# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,<br><br>       Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>       Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

## STATE OF FLORIDA AND FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION'S
## MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24, the State of Florida and Florida Department of Environmental Protection (collectively, "Florida Applicants") respectfully submit this motion to intervene in the above-captioned proceedings. Plaintiffs challenge a final approval granted on December 17, 2020, by the U.S. Environmental Protection Agency ("EPA") for Florida Applicants' request to administer a Clean Water Act ("CWA") Section 404 Program ("Section 404 Program"). *See* EPA's Approval of Florida's Clean Water Act Section 404 Assumption Request, 85 Fed. Reg. 83,553 (Dec. 22, 2020). Pursuant to that approval, Florida Applicants are now administering the Section 404 Program in Florida, which is consistent with the policy of Congress as reflected in 33 U.S.C. § 1251(b). As such, Florida Applicants have a direct and substantial interest in this case and are entitled to intervene as a party in these proceedings as a matter of right. In the alternative, Florida Applicants should be granted intervention as a matter of this Court's

discretion.  Pursuant to Local Civil Rule 7(a), Florida Applicants set forth their arguments supporting this motion in detail in the attached statement of points and authorities.

In accordance with Local Civil Rule 7(m), counsel for Florida Applicants has conferred with counsel for the parties.  Counsel for Federal Defendants indicated that Federal Defendants take no position on this motion at this time.  Counsel for Plaintiffs provided no response on the Plaintiffs' position on this motion.

| | |
|---|---|
| Dated:  January 19, 2021. | Respectfully submitted,<br>BAKER BOTTS L.L.P.<br><br>*/s/ Jeffrey H. Wood*<br>Jeffrey H. Wood (D.C. Bar No. 1024647)<br>Jared R. Wigginton (D.C. Bar No. 1033684)<br>700 K Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 639-7700<br>jeff.wood@bakerbotts.com<br>jared.wigginton@bakerbotts.com<br><br>Lily N. Chinn (DC Bar No. 979919)*<br>101 California Street<br>San Francisco, CA 94111<br>Phone: (415) 291-6200<br>lily.chinn@bakerbotts.com<br><br>Aaron M. Streett (TX Bar No. 24037561)*<br>Harrison Reback (TX Bar No. 24012897)*<br>910 Louisiana Street<br>Houston, TX 77002-4995<br>Phone: (713) 229-1234<br>aaron.streett@bakerbotts.com<br>harrison.reback@bakerbotts.com<br><br>*Appearing under LCvR 83.2(c)(1) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2021, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

                                                                     Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com