IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>　　　　Defendants<br><br>　　and<br><br>STATE OF FLORIDA AND FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>　　　　Movant Defendant-Intervenors | **CASE NO.** 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER
GRANTING STATE OF FLORIDA AND
FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION'S
MOTION TO INTERVENE**

Pending before this Court is the State of Florida and the Florida Department of Environmental Protection's ("Florida Applicants'") Motion to Intervene. Having reviewed the relevant papers, the Court concludes that Florida Applicants' motion to intervene satisfies the requirements of Federal Rule of Civil Procedure 24(a)(2). Accordingly, **IT IS HEREBY ORDERED** that Florida Applicants' motion is **GRANTED**.

**IT IS SO ORDERED.**

DATE: _____                                              _____
                                                                                            HON. Randolph D. Moss
                                                                                            **United States District Court Judge**

Active 56610068.2

## LOCAL RULE 7(K) CERTIFICATION:
## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the entry of the proposed order's entry:

TANIA GALLONI
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org

CHRISTINA REICHERT
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
creichert@earthjustice.org

BONNIE MALLOY
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

ANNA SEWELL
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

U.S. ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

ANDREW WHEELER
Administrator, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

DAVE ROSS
Assistant Administrator, Office of Water, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

DAVID FOTOUHI
Acting General Counsel, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

SUSAN BODINE
Assistant Administrator, Office of Enforcement and Compliance Assurance, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

MARY WALKER
Administrator for Region 4, U.S. Environmental Protection Agency
61 Forsyth Street SW
Atlanta, GA 30303

U.S. FISH AND WILDLIFE SERVICE
1849 C Street, NW
Washington, DC 20240;

| | |
|---|---|
| AURELIA SKIPWITH<br>Director, U.S. Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC 20240; | LIEUTENANT GENERAL SCOTT A. SPELLMON<br>Chief of Engineers and Commanding General, U.S. Army Corps of Engineers<br>441 G Street, NW<br>Washington, DC 20314; and |
| LEOPOLDO MIRANDA-CASTRO<br>Regional Director, U.S. Fish and Wildlife Service<br>1875 Century Boulevard, Suite 400<br>Atlanta, GA 30345; | COLONEL ANDREW KELLY<br>District Commander of the Jacksonville District, U.S. Army Corps of Engineers<br>701 San Marco Boulevard<br>Jacksonville, FL 32207 |
| U.S. ARMY CORPS OF ENGINEERS<br>441 G Street, NW<br>Washington, DC 20314; | |

Dated: January 19, 2021.

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
Jared R. Wigginton (D.C. Bar No. 1033684)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com
jared.wigginton@bakerbotts.com

Lily N. Chinn (D.C. Bar No. 979919)*
101 California Street
San Francisco, CA 94111
Phone: (415) 291-6200
lily.chinn@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)*
Harrison F. Reback (TX Bar No. 24012897)*
910 Louisiana Street
Houston, TX 77002-4995
Phone: (713) 229-1234
aaron.streett@bakerbotts.com
harrison.reback@bakerbotts.com

*Appearing under LCvR 83.2(c)(1)