AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Center for Biological Diversity, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00119 (RDM) |
| U.S. Environmental Protection Agency, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Florida and the Florida Department of Environmental Protection.

Date: 01/19/2021

/s/ Jared R. Wigginton
*Attorney's signature*

Jared R. Wigginton (D.C. Bar No. 1033684)
*Printed name and bar number*

Baker Botts L.L.P
700 K Street, NW
Washington, D.C. 20001
*Address*

jared.wigginton@bakerbotts.com
*E-mail address*

(202) 639-7766
*Telephone number*

(202) 639-1195
*FAX number*