IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | CIVIL NO. 1:21-cv-119 (RDM) |

## MOTION FOR BONNIE MALLOY TO APPEAR AND PARTICIPATE *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), counsel for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper respectfully move for permission for Bonnie Malloy to appear and participate *pro hac vice* in the above-captioned matter. This motion is signed by Anna Sewell, a sponsoring member of the Bar of this Court, and it is supported by the accompanying Declaration of Ms. Malloy. A Proposed Order also is attached.

Respectfully submitted this 20th day of January 2021.

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

1