IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) CIVIL NO. 1:21-cv-119 (RDM) |
| v. | ) <br> ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) <br> ) |
| Defendants. | ) <br> ) |

**DECLARATION OF BONNIE MALLOY IN SUPPORT OF MOTION for BONNIE MALLOY TO APPEAR AND PARTICIPATE *PRO HAC VICE***

I, Bonnie Malloy, declare as follows:

1. I am an attorney in the Florida office of Earthjustice, 111 S. Martin Luther King Jr. Blvd. Tallahassee, FL 32301. My office phone number is 850 681 0031.

2. I am admitted to the following bars: The U.S. District Court for the Southern District of Florida; the U.S. District Court for the Middle District of Florida; and the U.S. District Court for the Northern District of Florida.

3. I certify that I have never been disciplined by the Florida Bar Association or any other bar or court.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending in the District of Columbia Bar.

1

2

6. I seek *pro hac vice* status to represent Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of January 2021.

*/s/ Bonnie Malloy*
Bonnie Malloy