IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) **CIVIL NO.** 1:21-cv-119 (RDM) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER GRANTING MOTION FOR BONNIE MALLOY TO APPEAR AND PARTICIPATE *PRO HAC VICE*

The Court has reviewed the motion for Bonnie Malloy to appear and participate *pro hac vice* in the above-referenced case and hereby GRANTS the motion.

SO ORDERED.

DATED this ___ day of _____, 2021.

1