**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) **CIVIL NO.** 1:21-cv-119 (RDM) |
| v. | ) |
|  | ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**DECLARATION OF TANIA GALLONI IN SUPPORT OF MOTION for TANIA
GALLONI TO APPEAR AND PARTICIPATE *PRO HAC VICE***

I, Tania Galloni, declare as follows:

1.      I am the managing attorney in the Florida office of Earthjustice, 4500 Biscayne

Boulevard, Suite 201, Miami, FL 33137.  My office phone number is 305-440-5433.

2.      I am admitted to the following bars: Supreme Court of the State of Florida; the

U.S. District Court for the Southern District of Florida; the U.S. District Court for the Middle

District of Florida; the U.S. District Court for the Northern District of Florida; the U.S. Court of

Appeals for the Eleventh Circuit; and the Supreme Court of the United States.

3.      I certify that I have never been disciplined by the Florida Bar Association or any

other bar or court.

4.      I have been admitted *pro hac vice* in this Court in one other case in the past two

years: *Rio Grande International Study Center et al., v. Donald J. Trump et al.*, Case No. 1:19-cv-

720- TNM.

1

5.      I do not engage in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia Bar, nor do I have an application for membership pending in the District of Columbia Bar.

6.      I seek *pro hac vice* status to represent Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of January 2021.


                                        /s/ Tania Galloni
                                        Tania Galloni

2