IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiffs,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.

    Defendants.

CIVIL NO. 1:21-cv-119 (RDM)

### DECLARATION OF CHRISTINA I. REICHERT IN SUPPORT OF MOTION for CHRISTINA I. REICHERT TO APPEAR AND PARTICIPATE *PRO HAC VICE*

I, Christina I. Reichert, declare as follows:

1. I am an attorney in the Florida office of Earthjustice, 4500 Biscayne Boulevard, Suite 201, Miami, FL 33137. My office phone number is 305-440-5437.

2. I am admitted to the following bars: Florida Supreme Court; Tennessee Supreme Court; U.S. District Court for the Middle District of Florida; and U.S. Court of Appeals for the Sixth Circuit.

3. I certify that I have never been disciplined by the Florida Bar Association or any other bar or court.

4. I have not been admitted *pro hac vice* in this Court in the past two years.

5. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending in the District of Columbia Bar.

1

6. I seek *pro hac vice* status to represent Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of January 2021.

/s/ Christina I. Reichert
Christina I. Reichert