**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) **CIVIL NO.** 1:21-cv-119 (RDM) |
| v. | ) |
| | ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR CHRISTINA I. REICHERT TO APPEAR AND PARTICIPATE *PRO HAC VICE***

The Court has reviewed the motion for Christina I. Reichert to appear and participate *pro hac vice* in the above-referenced case and hereby GRANTS the motion.

SO ORDERED.

DATED this ___ day of _____, 2021.