### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>        Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

### MOTION FOR ADMISSION OF ATTORNEY LILY N. CHINN *PRO HAC VICE*

      Pursuant to Local Civil Rule 83.2(d), Movant-Intervenors State of Florida and the Florida Department of Environmental Protection move for the admission and appearance of attorney Lily N. Chinn pro hac vice in the above-entitled action.  This motion is supported by the Declaration of Lily N. Chinn, filed herewith.  As set forth in Ms. Chinn's declaration, she is admitted and an active member in good standing in the following bars and courts:  State Bar of California, District of Columbia Bar, United States Supreme Court, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the First Circuit, United States District Court for the Eastern District of California, United States District Court for the Northern District of California, United States District Court for the Southern District of California, United States Court of Federal Claims, and United States Court of Appeals for the Federal Circuit.  Within the last two years, Ms. Chinn has not been admitted pro hac vice in this Court.  Ms. Chinn engages in the practice of law from an office located in San Francisco, California.

      This motion is supported and signed by Jared Wigginton, an active and sponsoring member of the Bar of this Court.

Dated:  January 21, 2021                     */s/ Jared R. Wigginton*
                                                      Jared Wigginton (DC Bar 1033684)
                                                      Baker Botts LLP
                                                      700 K St NW
                                                      Washington, DC 20001
                                                      Tel: 202-639-7766
                                                      jared.wigginton@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2021, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

>Respectfully submitted,
>BAKER BOTTS L.L.P.
>
>*/s/ Jared R. Wigginton*
>Jared Wigginton (DC Bar 1033684)
>Baker Botts LLP
>700 K St NW
>Washington, DC 20001
>Tel: 202-639-7766
> jared.wigginton@bakerbotts.com