IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>       Plaintiffs,<br><br>       v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>       Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**DECLARATION OF LILY N. CHINN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY LILY N. CHINN *PRO HAC VICE***

I, Lily N. Chinn, hereby declare:

1. My full name is Lily Niu Chinn.

2. My office address and telephone number are:

    Lily N. Chinn
    Baker Botts LLP
    101 California Street, Suite 3600
    San Francisco, CA 94111
    Tel: (415) 291-6200

3. I have been admitted to the following bars and courts:

    - State Bar of California
    - District of Columbia Bar
    - United States Supreme Court
    - United States Court of Appeals for the Fifth Circuit
    - United States Court of Appeals for the Ninth Circuit
    - United States Court of Appeals for the First Circuit
    - United States District Court for the Eastern District of California

- United States District Court for the Northern District of California
- United States District Court for the Southern District of California
- United States Court of Federal Claims
- United States Court of Appeals for the Federal Circuit

4.  I certify that I have not been discipline by any bar, and that I am currently in good standing with all states, courts, and bars in which I am admitted.

5.  Within the last two years, I have not been admitted *pro hac vice* in this Court.

6.  I am a member of the District of Columbia Bar, and California Bar and engage in the practice of law from an office located in San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 21, 2021

*/s/ Lily Chinn*
Lily N. Chinn
Baker Botts LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6214
Lily.Chinn@BakerBotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

    Respectfully submitted,
    BAKER BOTTS L.L.P.

    */s/ Jared R. Wigginton*
    Jared Wigginton (DC Bar 1033684)
    Baker Botts LLP
    700 K St NW
    Washington, DC 20001
    Tel: 202-639-7766
    jared.wigginton@bakerbotts.com