### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

### MOTION FOR ADMISSION OF ATTORNEY AARON STREETT *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Movant-Intervenor State of Florida and Florida Department of Environmental Protection move for the admission and appearance of attorney Aaron Streett *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Aaron Streett, filed herewith. As set forth in Mr. Streett's declaration, he is admitted and an active member in good standing in the following bars and courts:

State Bar of Texas, United States Supreme Court, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the District of Columbia Circuit, United States District Court for the Eastern District of Texas, United States District Court for the Northern District of Texas, and United States District Court for the Southern District of Texas. Within the last two years, Mr. Streett has not been admitted

pro hac vice in this Court.  Mr. Streett engages in the practice of law from an office located in Houston, Texas.

This motion is supported and signed by Jared Wigginton, an active and sponsoring member of the Bar of this Court.

Dated:  January 21, 2021

*/s/ Jared R. Wigginton*
Jared Wigginton (DC Bar 1033684)
Baker Botts LLP
700 K St NW
Washington, DC 20001
Tel: 202-639-7766
jared.wigginton@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

>Respectfully submitted,
>BAKER BOTTS L.L.P.
>
>*/s/ Jared R. Wigginton*
>Jared Wigginton (DC Bar 1033684)
>Baker Botts LLP
>700 K St NW
>Washington, DC 20001
>Tel: 202-639-7766
> jared.wigginton@bakerbotts.com