**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>               Plaintiffs,<br><br>      v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>          Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

---

**DECLARATION OF AARON STREETT IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY AARON STREETT *PRO HAC VICE***

---

I, Aaron Streett, hereby declare:

1.　My full name is Aaron Michael Streett.

2.　My office address and telephone number are:

Aaron Streett
Baker Botts LLP
910 Louisiana Street, Suite 3200
Houston, TX 77002
Tel: (713) 229-1234

3.　I have been admitted to the following bars and courts:

- State Bar of Texas

- United States Supreme Court

- United States Court of Appeals for the Second Circuit

- United States Court of Appeals for the Fourth Circuit

- United States Court of Appeals for the Fifth Circuit

- United States Court of Appeals for the Seventh Circuit

- United States Court of Appeals for the Eighth Circuit

- United States Court of Appeals for the Ninth Circuit

- United States Court of Appeals for the Tenth Circuit

- United States Court of Appeals for the District of Columbia Circuit

- United States District Court for the Eastern District of Texas

- United States District Court for the Northern District of Texas

- United States District Court for the Southern District of Texas

4.    I certify that I have not been disciplined by any bar, and that I am currently in good standing with all states, courts, and bars in which I am admitted.

5.    Within the last two years, I have not been admitted pro hac vice in this Court.

6.    I am a member of the State Bar of Texas, and engage in the practice of law from an office located in Houston, Texas.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  January 21, 2021

Aaron Streett (TX Bar No. 24037561)
Baker Botts LLP
910 Louisiana Street, Suite 3200
Houston, TX 77002
Tel: (713) 229-1234
aaron.streett@bakerbotts.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January 2021, I electronically filed the foregoing

document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jared R. Wigginton*
Jared Wigginton (DC Bar 1033684)
Baker Botts LLP
700 K St NW
Washington, DC 20001
Tel: 202-639-7766
jared.wigginton@bakerbotts.com