# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.

            Plaintiffs,

       v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.

            Defendants.

**CASE NO.** 1:21-cv-00119 (RDM)

---

## [MOVANT-INTERVENOR'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
## ATTORNEY AARON STREETT *PRO HAC VICE*

---

The Court has reviewed Movant-Intervenor State of Florida and Florida Department of Environmental Protection's motion for admission of attorney Aaron Streett *pro hac vice*.  Upon consideration of that motion, the Court grants attorney Aaron Streett *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Randolph D. Moss
United States District Judge

**LOCAL RULE 7(K) CERTIFICATION:**
**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to LCvR 7(k), listed below are the names and addresses of the attorneys and

parties entitled to be notified of the entry of the proposed order's entry:

TANIA GALLONI
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org

CHRISTINA REICHERT
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
creichert@earthjustice.org

BONNIE MALLOY
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

ANNA SEWELL
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

U.S. ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

ANDREW WHEELER
Administrator, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

DAVE ROSS
Assistant Administrator, Office of Water, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

DAVID FOTOUHI
Acting General Counsel, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

SUSAN BODINE
Assistant Administrator, Office of Enforcement and Compliance Assurance, U.S. Environmental
Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

MARY WALKER
Administrator for Region 4, U.S. Environmental Protection Agency
61 Forsyth Street SW
Atlanta, GA 30303

U.S. FISH AND WILDLIFE SERVICE
1849 C Street, NW
Washington, DC 20240;

AURELIA SKIPWITH
Director, U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240;

LEOPOLDO MIRANDA-CASTRO
Regional Director, U.S. Fish and Wildlife Service
1875 Century Boulevard, Suite 400
Atlanta, GA 30345;

U.S. ARMY CORPS OF ENGINEERS
441 G Street, NW
Washington, DC 20314;

LIEUTENANT GENERAL SCOTT A. SPELLMON
Chief of Engineers and Commanding General, U.S. Army Corps of Engineers
441 G Street, NW
Washington, DC 20314; and

COLONEL ANDREW KELLY
District Commander of the Jacksonville District, U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207


Dated:  January 21, 2021.                Respectfully submitted,
                                         BAKER BOTTS L.L.P.

                                         */s/ Jared R. Wigginton*
                                         Jared R. Wigginton (D.C. Bar No. 1033684)
                                         700 K Street, NW
                                         Washington, D.C. 20001
                                         Phone: (202) 639-7700
                                         jared.wigginton@bakerbotts.com