IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. <br><br> Defendants. | Civil Action No. 1:21-cv-119 (RDM) |

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted to practice in this court under LCvR 83.2(c)(1), and I appear in this case as counsel for Plaintiffs: Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper, in the above-captioned matter.

Dated: January 22, 2021

                                                   Respectfully submitted,

                                                   /s/ Tania Galloni
                                                 TANIA GALLONI*
                                                 Fla. Bar No. 619221
                                                 Earthjustice
                                                 4500 Biscayne Blvd., Ste 201
                                                 Miami, FL 33137
                                                 T: 305-440-5432
                                                 F: 850-681-0020
                                                 tgalloni@earthjustice.org
                                                 flcaseupdates@earthjustice.org
                                                       *Admitted pro hac vice*

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org
  *Designated Local Counsel*

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper*