# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | **CASE NO.** 1:21-cv-00119 (RDM) |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

## **NOTICE**

In accordance with the Court's January 19, 2021, Minute Order, Plaintiffs, by and through undersigned counsel, hereby notify the Court that Plaintiffs do not oppose the Motion to Intervene by the State of Florida and Florida Department of Environmental Protection, Dkt 4.

Dated: January 22, 2021

                                                            Respectfully submitted,

                                                            /s/ Tania Galloni
                                                            TANIA GALLONI
                                                            Fla. Bar No. 619221
                                                            CHRISTINA I. REICHERT
                                                             Fla. Bar No. 0114257
                                                            Earthjustice
                                                            4500 Biscayne Blvd., Ste 201
                                                            Miami, FL 33137
                                                            T: 305-440-5432
                                                            F: 850-681-0020
                                                            tgalloni@earthjustice.org
                                                            creichert@earthjustice.org

1

/s/ Bonnie Malloy
BONNIE MALLOY
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org