**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>            Plaintiffs,<br><br>       v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>            Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**MOTION FOR ADMISSION OF ATTORNEY HARRISON REBACK *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Movant-Intervenor State of Florida and Florida Department of Environmental Protection move for the admission and appearance of attorney Harrison Reback *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Harrison Reback, filed herewith. As set forth in Mr. Reback's declaration, he is admitted and an active member in good standing in the State Bar of Texas.

Within the last two years, Mr. Reback has not been admitted pro hac vice in this Court. Mr. Reback engages in the practice of law from an office located in Houston, Texas.

This motion is supported and signed by Jared Wigginton, an active and sponsoring member of the Bar of this Court.

Dated:  January 22, 2021                     */s/ Jared R. Wigginton*
                                                              Jared Wigginton (DC Bar 1033684)
                                                              Baker Botts LLP
                                                              700 K St NW
                                                              Washington, DC 20001
                                                             Tel: 202-639-7766
                                                             jared.wigginton@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2021, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

>Respectfully submitted,
>BAKER BOTTS L.L.P.
>
>*/s/ Jared R. Wigginton*
>Jared Wigginton (DC Bar 1033684)
>Baker Botts LLP
>700 K St NW
>Washington, DC 20001
>Tel: 202-639-7766
> jared.wigginton@bakerbotts.com