**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>            Plaintiffs,<br><br>     v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>            Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**DECLARATION OF HARRISON REBACK IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY HARRISON REBACK *PRO HAC VICE***

I, Harrison Reback hereby declare:

1. My full name is Harrison Frazier Reback.

2. My office address and telephone number are:

   Harrison Reback
   Baker Botts LLP
   910 Louisiana Street, Suite 3200
   Houston, TX 77002
   Tel: (713) 229-1567

3. I have been admitted to the following bars and courts:

   - State Bar of Texas

4. I certify that I have not been disciplined by any bar, and that I am currently in good standing with all states, courts, and bars in which I am admitted.

5. Within the last two years, I have not been admitted pro hac vice in this Court.

6. I am a member of the State Bar of Texas, and engage in the practice of law from an office located in Houston, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 22, 2021

*Harrison Reback*
_____
Harrison Reback (TX Bar No. 24098310)
Baker Botts LLP
910 Louisiana Street, Suite 3200
Houston, TX 77002
Tel: (713) 229-1567
Harrison.reback@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

>Respectfully submitted,
>BAKER BOTTS L.L.P.
>
>*/s/ Jared R. Wigginton*
>Jared Wigginton (DC Bar 1033684)
>Baker Botts LLP
>700 K St NW
>Washington, DC 20001
>Tel: 202-639-7766
>jared.wigginton@bakerbotts.com