**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>　　　　Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

———————————————

**[PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY HARRISON REBACK *PRO HAC VICE***

———————————————

　　The Court has reviewed Plaintiff's motion for admission of attorney Harrison Reback *pro hac vice*. Upon consideration of that motion, the Court grants attorney Harrison Reback *pro hac vice* admission to this Court.

　　IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Randolph D. Moss
　　　　　　　　　　　　　　　　　　　　United States District Judge

## LOCAL RULE 7(K) CERTIFICATION:
## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the entry of the proposed order's entry:

TANIA GALLONI
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org

CHRISTINA REICHERT
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
creichert@earthjustice.org

BONNIE MALLOY
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

ANNA SEWELL
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

U.S. ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

ANDREW WHEELER
Administrator, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

DAVE ROSS
Assistant Administrator, Office of Water, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

DAVID FOTOUHI
Acting General Counsel, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

SUSAN BODINE
Assistant Administrator, Office of Enforcement and Compliance Assurance, U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460;

MARY WALKER
Administrator for Region 4, U.S. Environmental Protection Agency
61 Forsyth Street SW
Atlanta, GA 30303

U.S. FISH AND WILDLIFE SERVICE
1849 C Street, NW
Washington, DC 20240;

AURELIA SKIPWITH
Director, U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240;

LEOPOLDO MIRANDA-CASTRO
Regional Director, U.S. Fish and Wildlife Service
1875 Century Boulevard, Suite 400
Atlanta, GA 30345;

U.S. ARMY CORPS OF ENGINEERS
441 G Street, NW
Washington, DC 20314;

LIEUTENANT GENERAL SCOTT A. SPELLMON
Chief of Engineers and Commanding General, U.S. Army Corps of Engineers
441 G Street, NW
Washington, DC 20314; and

COLONEL ANDREW KELLY
District Commander of the Jacksonville District, U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207

Dated:  January 22, 2021.

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jared R. Wigginton*
Jared R. Wigginton (D.C. Bar No. 1033684)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jared.wigginton@bakerbotts.com