AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Center for Biological Diversity, et al.<br>*Plaintiff*<br>v.<br>U.S. Environmental Protection Agency, et. al<br>*Defendant* | Case No. 1:21-cv-00119 (RDM) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Florida and the Florida Department of Environmental Protection .

Date: 01/26/2021

/s/ Harrison Reback
*Attorney's signature*

Harrison Reback (Texas Bar No. 24098310)
*Printed name and bar number*

Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002
*Address*

harrison.reback@bakerbotts.com
*E-mail address*

(713) 229-1567
*Telephone number*

(713) 229-7967
*FAX number*