AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Center for Biological Diversity, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00119 (RDM) |
| U.S. Environmental Protection Agency, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Florida and the Florida Department of Environmental Protection.

Date:    01/26/2021

/s/ Lily N. Chinn
*Attorney's signature*

Lily N. Chinn (D.C. Bar No. 979919)
*Printed name and bar number*

Baker Botts L.L.P
101 California Street
San Francisco, CA 94111
*Address*

lily.chinn@bakerbotts.com
*E-mail address*

(415) 291-6214
*Telephone number*

(415) 291-6314
*FAX number*