**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | **Case No.** 1:21-cv-119 (RDM) |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted to practice in this court under LCvR 83.2(c)(1), and I appear in this case as counsel for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper, in the above-captioned matter.

Dated:          January 27, 2021

Respectfully submitted,

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
Tel. 850-681-0031
Fax (850) 681-0020
bmalloy@earthjustice.org
flcaseupdates@earthjustice.org
          *Admitted pro hac vice

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org
    *Designated Local Counsel*

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper*