IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiffs,

    v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.

    Defendants.

Case No. 1:21-cv-119 (RDM)

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted to practice in this court under LCvR 83.2(c)(1), and I appear in this case as counsel for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper, in the above-captioned matter.

Dated:    January 27, 2021

    Respectfully submitted,

    /s/ Christina I. Reichert
    CHRISTINA I. REICHERT*
    Fla. Bar No. 0114257
    Earthjustice
    4500 Biscayne Blvd., Ste 201
    Miami, FL 33137
    T: 305-440-5432
    F: 850-681-0020
    creichert@earthjustice.org
    flcaseupdates@earthjustice.org
        *Admitted pro hac vice*

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org
    *Designated Local Counsel*

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper*