# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Case No. 1:21-cv-00119 (RDM) |

## NOTICE OF APPEARANCE

The United States gives notice of the appearance of Andrew Coghlan as attorney for Defendants, U.S. Environmental Protection Agency ("EPA"); Andrew R. Wheeler in his official capacity as EPA Administrator; Dave Ross, in his official capacity as Assistant Administrator for the EPA Office of Water; David Fotouhi, in his official capacity as EPA Acting General Counsel; Susan Bodine, in her official capacity as Assistant Administrator for the EPA Office of Enforcement and Compliance Assurance; Mary Walker, in her official capacity as Administrator of EPA Region 4; U.S. Fish and Wildlife Service ("FWS"); Aurelia Skipwith, in her official capacity as FWS Director; Leopoldo Miranda-Castro, in his official capacity a FWS Regional Director; U.S. Army Corps of Engineers ("USACE"); Lt. Gen. Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General, USACE; and Col. Andrew Kelly, in his official capacity as District Commander of the Jacksonville District, UASCE.

Mr. Coghlan is registered to use the Court's Electronic Case Filing System (ECF), and pleadings may thus be served electronically using ECF. If necessary, notices, orders, or other papers may be sent to him at the address below.

Dated: January 27, 2021

*/s/ Andrew S. Coghlan*<br>
Andrew S. Coghlan<br>
U.S. Department of Justice<br>
Environment & Natural Resources Division<br>
Environmental Defense Section

1

P.O. Box 7611
Washington, D.C. 20044
(202) 514-9275 (o)
(202) 532-3252 (m)
andrew.coghlan@usdoj.gov
Overnight delivery:
150 M Street, NE
WASHINGTON, D.C. 20002

**Certificate of Service**

    I certify that on January 27, 2021, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

                                              */s/Andrew S. Coghlan*
                                              ANDREW S. COGHLAN