AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Center for Biological Diversity, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cv-00119 (RDM) |
| U.S. Environmental Protection Agency, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Florida and the Florida Department of Environmental Protection                    .

Date:   01/19/2021                                               /s/ Aaron M. Streett
                                                                  *Attorney's signature*

                                                          Aaron M. Streett (TX Bar No. 24037561)
                                                                  *Printed name and bar number*

                                                                  Baker Botts L.L.P
                                                                  910 Louisiana Street
                                                                  Houston, Texas 77002
                                                                        *Address*

                                                          aaron.streett@bakerbotts.com
                                                                     *E-mail address*

                                                                  (713) 229-1855
                                                                   *Telephone number*

                                                                  (713) 229-7855
                                                                      *FAX number*