AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 21-cv-119-RDM |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    U.S. ENVIRONMENTAL PROTECTION AGENCY
    1200 Pennsylvania Avenue,
    N.W. Washington, DC 20460

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Anna Sewell
    Earthjustice
    1001 G St., Ste 1000
    Washington, DC 20001

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  ___1/14/2021___

___/s/ Anson Hopkins___
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Environmental Protection Agency

was received by me on *(date)*   01/14/2021   .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Defendant was served via USPS Certified Mail and documents were received on 01/25/2021. (USPS Tracking # 42020460950280660216101421215814). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the District of Columbia were also sent copies and were both received on 01/22/2021. (USPS Tracking # 42020530950280660216101421215951 and 42020530950280660216101421215975.)

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   02-09-2021

_____
*Server's signature*

Ana C. Correa, Litigation Assistant
*Printed name and title*

4500 Biscayne Blvd. Suite 201
Miami, FL 33137
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 21-cv-119-RDM |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    ANDREW WHEELER, in his official capacity as Administrator for the
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anna Sewell
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    1/14/2021                                        /s/ Anson Hopkins

                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    ANDREW WHEELER, in his official capacity as Administrator for
the U.S. Environmental Protection Agency

was received by me on *(date)*    01/14/2021    .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*  Defendant was served via USPS Certified Mail and documents were received on 01/25/2021 (USPS Tracking #
42020460950280660216101421538). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the
District of Columbia were also sent copies and were both received on 01/22/2021. (USPS Tracking #
42020530950280660216101421595 and 42020530950280660216101421975).

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   02-09-2021   _____
                                                     *Server's signature*

                                                     Ana C. Correa, Litigation Assistant
                                                     *Printed name and title*


                                                     4500 Biscayne Blvd. Suite 201,
                                                     Miami, FL 33137
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 21-cv-119-RDM |
| | ) ) ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    DAVE ROSS in his official capacity as Assistant Administrator for the
Office of Water of the U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anna Sewell
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  _____1/14/2021_____                    _____/s/ Anson Hopkins_____

                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DAVE ROSS in his official capacity as Assistant Administrator for the Office of
Water of the U.S. Environmental Protection Agency
was received by me on *(date)*   01/14/2021                   .

❐  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____   ; or

❐  I returned the summons unexecuted because _____   ; or

☒  Other *(specify):*   Defendant was served via USPS Certified Mail and documents were received on 01/25/2021 (USPS Tracking #
420204609502806602161014215890). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the
District of Columbia were also sent copies and were both received on 01/22/2021. (USPS Tracking #
420205309502806602161014215951 and 420205309502806602161014215975).

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00         .

I declare under penalty of perjury that this information is true.

Date:   02-09-2021

_____
*Server's signature*

_____
Ana C. Correa, Litigation Assistant
*Printed name and title*

_____
4500 Biscayne Blvd. Suite 201
Miami, FL 33137
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr><td>

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

*Plaintiff(s)*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Defendant(s)*
</td><td>
)
)
)
)
)
)
)
)
)
)
)
)
</td><td>

Civil Action No. 21-cv-119-RDM
</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    DAVID FOTOUHI, in his official capacity as Acting General Counsel for the
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anna Sewell
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    1/14/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DAVID FOTOUHI, in his official capacity as Acting General Counsel for the U.S. Environmental Protection Agency

was received by me on *(date)*   01/14/2021   .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Defendant was served via USPS Certified Mail and documents were received on 01/25/2021 (USPS Tracking # 42020460950280660216101421 5913). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the District of Columbia were also sent copies and were both received on 01/22/2021. (USPS Tracking # 42020530950280660216101421 5951 and 42020530950280660216101421 5975).

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:   02-09-2021

_____
*Server's signature*

Ana C. Correa, Litigation Assistant
_____
*Printed name and title*

4500 Biscayne Blvd. Suite 201
Miami, FL 33137
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 21-cv-119-RDM |
| | ) ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SUSAN BODINE, in her official capacity as Assistant Administrator for the
Office of Enforcement and Compliance Assurance of the
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anna Sewell
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   1/14/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SUSAN BODINE, in her official capacity as Assistant Administrator for the Office of Enforcement and Compliance Assurance of the U.S. Environmental Protection Agency

was received by me on *(date)*      01/14/2021      .

❒  I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*  Defendant was served via USPS Certified Mail and documents were received on 01/25/2021 (USPS Tracking # 420204609502806602161014215937). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the District of Columbia were also sent copies and were both received on 01/22/2021. (USPS Tracking # 420205309502806602161014215951 and 420205309502806602161014215975).

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:  02-09-2021

_____
*Server's signature*

Ana C. Correa, Litigation Assistant
_____
*Printed name and title*

4500 Biscayne Blvd. Suite 201
Miami, FL 33137
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 21-cv-119-RDM |
| | ) ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> MARY WALKER, in her official capacity as Administrator for Region 4 of the
> U.S. Environmental Protection Agency
> 61 Forsyth Street SW
> Atlanta, GA 30303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anna Sewell
> Earthjustice
> 1001 G St., Ste 1000
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   1/14/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MARY WALKER, in her official capacity as Administrator for Region 4 of the

was received by me on *(date)*  01/14/2021  .  U.S. Environmental Protection Agency

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Defendant was served via USPS Certified Mail and documents were received on 01/21/2021 (USPS Tracking # 42030303950280660216101421 6071). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the Northern District of Georgia were also sent copies and were received on 01/22/2021 and 01/21/2021 respectively. (USPS Tracking # 42020530950280660216101421 5951 and 42030303950280660216101421 6057).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02-09-2021 _____          _____
                                              *Server's signature*

                                         Ana C. Correa, Litigation Assistant
                                         _____
                                              *Printed name and title*

                                         4500 Biscayne Blvd. Suite 201
                                         Miami, FL 33137
                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 21-cv-119-RDM |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. FISH AND WILDLIFE SERVICE
> 1849 C Street, NW
> Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anna Sewell
> Earthjustice
> 1001 G St., Ste 1000
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  1/14/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    U.S. FISH AND WILDLIFE SERVICE

was received by me on *(date)*    01/14/2021                 .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____; or

☒  Other *(specify):* Defendant was served via USPS Certified Mail and documents were received on 01/21/2021 (USPS Tracking # 42020240950280660216101 4215791). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the District of Columbia were also sent copies and were both received on 01/22/2021. (USPS Tracking # 42020530950280660216101 4215951 and 42020530950280660216101 4215975).

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 02-09-2021

_____
*Server's signature*

Ana C. Correa, Litigation Assistant
_____
*Printed name and title*

4500 Biscayne Blvd. Suite 201
Miami, FL 33137
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 21-cv-119-RDM |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> AURELIA SKIPWITH, in her official capacity as Director for the
> U.S. Fish and Wildlife Service
> 1849 C Street, NW
> Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anna Sewell
> Earthjustice
> 1001 G St., Ste 1000
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   1/14/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    AURELIA SKIPWITH, in her official capacity as Director for the U.S. Fish and
Wildlife Service

was received by me on *(date)*    01/14/2021    .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Defendant was served via USPS Certified Mail and documents were received on 01/21/2021(USPS Tracking #
42020240950280660216101421599). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the
District of Columbia were also sent copies and were both received on 01/22/2021. (USPS Tracking #
42020530950280660216101421595 and 42020530950280660216101421575).

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date:   02-09-2021

_____
*Server's signature*

Ana C. Correa, Litigation Assistant
_____
*Printed name and title*

4500 Biscayne Blvd. Suite 201
Miami, FL 33137
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 21-cv-119-RDM |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> LEOPOLDO MIRANDA-CASTRO, in his official capacity as
> Regional Director for the U.S. Fish and Wildlife Service
> 1875 Century Boulevard, Suite 400
> Atlanta, GA 30345

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anna Sewell
> Earthjustice
> 1001 G St., Ste 1000
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   1/14/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LEOPOLDO MIRANDA-CASTRO, in his official capacity as Regional Director for the U.S. Fish and Wildlife Service

was received by me on *(date)*    01/14/2021                  .

❐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*  Defendant was served via USPS Certified Mail and documents were received on 01/21/2021 (USPS Tracking # 9502806602161014216095). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the Northern District of Georgia were also sent copies and were received on 01/22/2021 and 01/21/2021 respectively. (USPS Tracking # 42020530950280660216101421 5951 and 420303039502806602161014216057).

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   02-09-2021

_____
*Server's signature*

Ana C. Correa, Litigation Assistant
_____
*Printed name and title*

4500 Biscayne Blvd. Suite 201
Miami, FL 33137
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 21-cv-119-RDM |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. ARMY CORPS OF ENGINEERS
> 441 G Street, NW
> Washington, DC 20314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anna Sewell
> Earthjustice
> 1001 G St., Ste 1000
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   1/14/2021                                   /s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. ARMY CORPS OF ENGINEERS

was received by me on *(date)*   01/14/2021   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Defendant was served via USPS Certified Mail and documents were received on 02/08/2021.(USPS Tracking # 9502
80663366103238 6867). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the District of
Columbia were also sent copies and were both received on 01/22/2021. (USPS Tracking # .
42020530950280660216101 4215951 and 42020530950280660216101 4215975.)

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   02-09-2021

_____
*Server's signature*

Ana C. Correa, Litigation Assistant
_____
*Printed name and title*

4500 Biscayne Blvd. Suite 201
Miami, FL 33137
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr><td>CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br><i>Plaintiff(s)</i><br><br>v.<br><br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 21-cv-119-RDM</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity as
> Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers
> 441 G Street, NW
> Washington, DC 20314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anna Sewell
> Earthjustice
> 1001 G St., Ste 1000
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  1/14/2021

_____
/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers .

was received by me on *(date)*   01/14/2021   .

❒  I personally served the summons on the individual at *(place)*  _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*  Defendant was served via USPS Certified Mail and documents were received on 01/21/2021 (USPS Tracking # 420203149502806602161014216019). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the District of Columbia were also sent copies and were both received on 01/22/2021. (USPS Tracking # 420205309502806602161014215951 and 420205309502806602161014215975).

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   02-09-2021

_____
*Server's signature*

Ana C. Correa, Litigation Assistant
*Printed name and title*

4500 Biscayne Blvd. Suite 201
Miami, FL 33137
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 21-cv-119-RDM |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

COLONEL ANDREW KELLY, in his official capacity as District Commander of the
Jacksonville District for the U.S. Army Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anna Sewell
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    1/14/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  COLONEL ANDREW KELLY, in his official capacity as District Commander
of the Jacksonville District for the U.S. Army Corps of Engineers

was received by me on *(date)*    01/14/2021                 .

❒ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

☒ Other *(specify):*  Defendant was served via USPS Certified Mail and documents were received on 01/21/2021 (USPS Tracking #
420322079502806602161014215876). The U.S. Acting Attorney General and the Acting U.S. District Attorney for the
Middle District of Florida were also sent copies and were both received on 01/22/2021 and 01/20/2021 respectively.
(USPS Tracking # . 420205309502806602161014215951 and 420322029502806602161014215852).

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00         .

I declare under penalty of perjury that this information is true.

Date:   02-09-2021
_____                          _____
                                                                            *Server's signature*

                                                                    Ana C. Correa, Litigation Assistant
                                                                   _____
                                                                            *Printed name and title*

                                                                    4500 Biscayne Blvd. Suite 201
                                                                    Miami, FL 33137
                                                                   _____
                                                                            *Server's address*

Additional information regarding attempted service, etc: