

January 26, 2021

Dear Ana Correa:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0460 9502 8066 0216 1014 2158 14**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | January 25, 2021, 8:10 am |
| Location: | WASHINGTON, DC 20460 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | K Hdam L Altus |
| Address of Recipient: | 20460 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


UNITED STATES POSTAL SERVICE

February 9, 2021

Dear Ana Correa:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0460 9502 8066 0216 1014 2158 38**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | January 25, 2021, 8:10 am |
| Location: | WASHINGTON, DC 20460 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten] 20460* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 26, 2021

Dear Ana Correa:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0460 9502 8066 0216 1014 2158 90**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | January 25, 2021, 8:10 am |
| Location: | WASHINGTON, DC 20460 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *K Hdam / L Altus* |
| Address of Recipient: | *20460* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 26, 2021

Dear Ana Correa:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0460 9502 8066 0216 1014 2159 13**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | January 25, 2021, 8:10 am |
| Location: | WASHINGTON, DC 20460 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | 20460 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 26, 2021

Dear Ana Correa:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0460 9502 8066 0216 1014 2159 37**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | January 25, 2021, 8:10 am |
| Location: | WASHINGTON, DC 20460 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten: 20460]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 21, 2021

Dear Briana Kleiner:

The following is in response to your request for proof of delivery on your item with the tracking number: **4203 0303 9502 8066 0216 1014 2160 71**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | January 21, 2021, 3:52 pm |
| **Location:** | ATLANTA, GA 30303 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

Signature of Recipient: (Authorized Agent)

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 26, 2021

Dear Ana Correa:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0240 9502 8066 0216 1014 2157 91**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 21, 2021, 1:39 pm |
| **Location:** | WASHINGTON, DC 20018 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 6.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *E. Chen / E. Chen* |
| Address of Recipient: | *[signature]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 21, 2021

Dear Briana Kleiner:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0240 9502 8066 0216 1014 2159 99**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 21, 2021, 1:39 pm |
| **Location:** | WASHINGTON, DC 20018 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *E. Chen / E. Chen* |
| Address of Recipient: | *[signature]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 21, 2021

Dear Briana Kleiner:

The following is in response to your request for proof of delivery on your item with the tracking number: **9502 8066 0216 1014 2160 95**.

| Item Details | |
|---|---|
| Status: | Delivered to Agent for Final Delivery |
| Status Date / Time: | January 21, 2021, 4:42 pm |
| Location: | ATLANTA, GA 30345 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

Signature of Recipient: (Authorized Agent)

*[signature]*

Address of Recipient:

1875 CENTURY BLVD NE
ATLANTA, GA 30345

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



February 9, 2021

Dear Ana Correa:

The following is in response to your request for proof of delivery on your item with the tracking number: **9502 8066 3366 1032 3868 67**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | February 8, 2021, 12:26 pm |
| Location: | WASHINGTON, DC 20314 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *ViGvan W.Grove* |
| Address of Recipient: | *20314* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 21, 2021

Dear Briana Kleiner:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0314 9502 8066 0216 1014 2160 19**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | January 21, 2021, 11:58 am |
| Location: | WASHINGTON, DC 20314 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *Shinyla Williams* |
| Address of Recipient: | 20314 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 26, 2021

Dear Ana Correa:

The following is in response to your request for proof of delivery on your item with the tracking number: **4203 2207 9502 8066 0216 1014 2158 76**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | January 21, 2021, 10:55 am |
| Location: | JACKSONVILLE, FL 32207 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 701 SAN MARCO BLVD FL 1 |
| City, State ZIP Code: | JACKSONVILLE, FL 32207-8154 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *C/9 C/9* |
| Address of Recipient: | *701 SAN MARCO BLVD* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 22, 2021

Dear Briana Kleiner:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0530 9502 8066 0216 1014 2159 75**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | January 22, 2021, 5:57 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[address stamp]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 22, 2021

Dear Briana Kleiner:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0530 9502 8066 0216 1014 2159 51**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | January 22, 2021, 5:57 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 8.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 21, 2021

Dear Briana Kleiner:

The following is in response to your request for proof of delivery on your item with the tracking number: **4203 0303 9502 8066 0216 1014 2160 57**.

| Item Details | |
|---|---|
| **Status:** | Delivered to Agent for Final Delivery |
| **Status Date / Time:** | January 21, 2021, 2:56 pm |
| **Location:** | ATLANTA, GA 30303 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 6.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: (Authorized Agent) | *BT 339 COVID 19* |
| Address of Recipient: | *75/60* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 26, 2021

Dear Ana Correa:

The following is in response to your request for proof of delivery on your item with the tracking number: **4203 2202 9502 8066 0216 1014 2158 52**.

| Item Details | |
|---|---|
| Status: | Delivered to Agent for Final Delivery |
| Status Date / Time: | January 20, 2021, 9:22 am |
| Location: | JACKSONVILLE, FL 32202 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

**Recipient Signature**

Signature of Recipient: (Authorized Agent)

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004