IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:21-cv-00119-RDM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Please take notice that Alison C. Finnegan of the United States Department of Justice enters her appearance as co-counsel in the above-captioned matter for Defendants, U.S. Environmental Protection Agency ("EPA"); Andrew Wheeler in his official capacity as EPA Administrator; Dave Ross, in his official capacity as Assistant Administrator for the EPA Office of Water; David Fotouhi, in his official capacity as EPA Acting General Counsel; Susan Bodine, in her official capacity as Assistant Administrator for EPA Office of Enforcement and Compliance Assurance; Mary Walker, in her official capacity as Administrator of EPA Region 4; the U.S. Fish and Wildlife Service ("FWS"); Aurelia Skipwith, in her official capacity as Director of FWS; Leopold Miranda-Castro, in his official capacity as FWS Regional Director; U.S. Army Corps of Engineers ("USACE"); Lt. Gen. Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General, USACE; and Col. Andrew Kelly, in his official capacity as District Commander of the Jacksonville District, USACE.

Ms. Finnegan is registered for Electronic Case Filing, and her contact information appears below:

1

Mailing Address:

    Alison C. Finnegan
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611

Overnight Delivery / Street Address:

    Alison C. Finnegan
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    4 Constitution Square
    150 M St., NE, Room 3.1118
    Washington, D.C. 20002

Telephone / Facsimile:

    Tel: (202) 305-0500
    Fax: (202) 305-0275

E-Mail:

    alison.c.finnegan@usdoj.gov


Dated: February 12, 2021        Respectfully submitted,

                                          JEAN E. WILLIAMS, Acting Assistant Attorney General
                                          SETH M. BARSKY, Chief
                                          MEREDITH L. FLAX, Assistant Chief

                                          /s/ Alison C. Finnegan
                                          Alison C. Finnegan, Senior Trial Attorney
                                          (Pennsylvania Bar No. 88519)
                                          U.S. Department of Justice
                                          Environment & Natural Resources Division
                                          Wildlife & Marine Resources Section
                                          Ben Franklin Station, P.O. Box 7611
                                          Washington, D.C. 20044-7611
                                          Tel: (202) 305-0500;  Fax: (202) 305-0275
                                          alison.c.finnegan@usdoj.gov

                                          Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Alison C. Finnegan