# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

## NOTICE OF FILING CERTIFIED INDEX
## TO THE ADMINISTRATIVE RECORD

Pursuant to LCvR 7(n)(1), Defendant U.S. Environmental Protection Agency ("EPA") hereby files the attached certified index to the administrative record for the EPA action that is being challenged in this case.

Respectfully submitted,

Dated: February 19, 2021

*/s/ Andrew S. Coghlan*
Andrew S. Coghlan
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9275 (o)
(202) 532-3252 (m)
andrew.coghlan@usdoj.gov
Overnight delivery:
150 M Street, NE
WASHINGTON, D.C. 20002

2

**Certificate of Service**

I certify that on February 19, 2021, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

<u>/s/Andrew S. Coghlan</u>
ANDREW S. COGHLAN