IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Civil Action No. 21-cv-119 (RDM) |

**CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

I, Jeaneanne Gettle, am the Director of the Water Division for the U.S. Environmental Protection Agency, Region 4. I certify to the best of my knowledge and belief and based on the representations of my staff that the materials listed in the attached index constitute the complete administrative record in support of EPA's December 17, 2020 approval of the State of Florida's Clean Water Act Section 404 program.

In witness whereof, I have signed this statement on February 18, 2021, at Decatur, GA.

_____
Jeaneanne Gettle
Director, Water Division
U.S. Environmental Protection Agency, Region 4
Atlanta, Georgia