IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

**NOTICE OF FILING CORRECTED CERTIFIED INDEX
TO THE ADMINISTRATIVE RECORD**

Pursuant to LCvR 7(n)(1), Defendant U.S. Environmental Protection Agency ("EPA") hereby files the attached amended certified index to the administrative record for the EPA action that is being challenged in this case. The attached index includes four documents that were inadvertently omitted from the index filed on February 19, 2021 (Dkt. No. 27). Those four documents, which appear at the end of the attached index, are designated EPA-HQ-OW-2018-0640-0660, EPA-HQ-OW-2018-0640-0660-A1, EPA-HQ-OW-2018-0640-0661, EPA-HQ-OW-2018-0640-0662.

On February 24, 2021, the undersigned counsel notified counsel for Plaintiffs and Intervenors of this impending correction and provided them with access to the four documents that have been added to the amended index.

Dated: February 26, 2021

Respectfully submitted,

*/s/ Andrew S. Coghlan*
Andrew S. Coghlan
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9275 (o)
(202) 532-3252 (m)
andrew.coghlan@usdoj.gov
Overnight delivery:
150 M Street, NE
WASHINGTON, D.C. 20002

1

## Certificate of Service

I certify that on February 26, 2021, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

>*/s/Andrew S. Coghlan*
>ANDREW S. COGHLAN