**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:21-cv-119 (RDM) |
| ANDREW WHEELER, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*, | |
| *Defendants*, | |
| and | |
| STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION | |
| *Defendant-Intervenors*. | |

———————————————

**THE FLORIDA CHAMBER OF COMMERCE AND
ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS'
*UNOPPOSED* MOTION TO INTERVENE**

———————————————

Pursuant to Federal Rule of Civil Procedure 24(a)(2) and Rule 24(b)(1)(B), the Florida Chamber of Commerce ("Chamber") and Association of Florida Community Developers ("AFCD") move to intervene.  In short, Plaintiffs challenge the U.S. Environmental Protection Agency's ("EPA") approval of the State of Florida's request to administer the dredge-and-fill permitting program under section 404 of the Clean Water Act.  *See* EPA's Approval of Florida's Clean Water Act Section 404 Assumption Request, 85 Fed. Reg. 83,553 (Dec. 22, 2020).  Because

1

of the agency action at issue, Chamber and AFCD members are currently subject to the state-administered permitting regime being challenged. Success for Plaintiffs in this case would result in reversion to the prior, federally-administered permitting regime, which is a less responsive and less transparent. For this and the reasons discussed in the accompanying memorandum of law, the Chamber and AFCD ask to intervene as a matter of right under Rule 24(a)(2). At a minimum, the Chamber and AFCD ask to intervene at this Court's discretion under Rule 24(b)(1)(B).

In accordance with Local Civil Rule 7(m), counsel for the Chamber and AFCD conferred with counsel for the Parties. Counsel for Federal Defendants indicated that Federal Defendants take no position on this motion. Counsel for Florida Intervenor-Defendants do not oppose this motion. Counsel for Plaintiffs "do not oppose intervention with the understanding [the undersigned] plan[s] to confer with Defendants and the Florida Intervenors to avoid duplication and redundancy."

Respectfully submitted,

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
GARY V. PERKO (FBN 855898)*
EDWARD M. WENGER (FBN 85568)
HOPPING GREEN AND SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax: (850) 224-8551
mjazil@hgslaw.com
gperko@hgslaw.com
ewenger@hgslaw.com

*Counsel for the Florida Chamber of Commerce and Association of Florida Community Developers*

*\*Appearing under LCvR 83.2(c)(1) and admission pending*

Dated: February 26, 2021

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2021, I electronically filed the foregoing document using the CM/ECF system.  Service was accomplished by the CM/ECF system.

Respectfully submitted,

*/s/ Mohammad O. Jazil*
Attorney