IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>ANDREW WHEELER, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*,<br><br>　　　　*Defendants*,<br><br>　and<br><br>STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>　　　　*Defendant-Intervenors*. | Civil Action No. 1:21-cv-119 (RDM) |

**DECLARATION OF FRANK WALKER ON BEHALF OF
THE FLORIDA CHAMBER OF COMMERCE**

I, Frank Walker, according to 28 U.S.C. § 1746, hereby state:

　　　1.　　I am over 18 years old and serve as Vice President of Governmental Affairs for the Florida Chamber of Commerce ("Chamber"). Prior to joining the Chamber, I served as Chief of Staff to a Member of Congress.

　　　2.　　In my current role at the Chamber, I manage the development and strategic implementation of the Chamber's legislative and regulatory agenda, interact with Chamber members on issues of importance to Florida's business community, and manage the Chamber's

**EXHIBIT A**

team of lobbyists and lawyers. Energy and natural resources, the environment, agriculture, and transportation are among the policy issues on which I advise Chamber members and advocate on their behalf. I am thus familiar with this case and Florida's efforts to assume the dredge-and-fill permitting program under section 404 of the Clean Water Act. And, until recently, members of the team I led advised Chamber members on how to get their section 404 permit applications unstuck—to obtain prompt action on pending permitting applications before the U.S. Army Corps of Engineers ("Corps").

3. Briefly, the Chamber was founded in 1912. As an organization, the Chamber's mission has been to encourage a business-friendly climate to spur private-sector job creation and general economic growth, including through regulatory reform and streamlining of state and federal permitting requirements.

4. The Chamber and its members reflect a cross-section of Florida. Members include businesses of every size from the large multinational companies to the family businesses. Members provide products and services for, among other things, the tourism industry, construction, agriculture, retail, manufacturing, conservation, and space exploration.

5. The Chamber and its members remain committed to science-based policies for water, land use, energy, and growth that prioritize long-term sustainability over short-term gains. The Chamber and its members remain mindful that Florida is a rapidly growing State; over four million new residents are expected to move to Florida by 2030 with nearly two and a half million new drivers on Florida roads who will need nearly two million new jobs. The Chamber therefore advocates for predictable, streamlined, and effective permitting that balances growth with the preservation of unique ecological treasures like the beaches and wetlands so vital to our economy.

6.	In helping Florida grow, Chamber members apply for and obtain 404 permits for a wide variety of projects such as community developments (homes, schools, hospitals), environmental restoration projects, and mining operations.

7.	At the federal level, many factors such as high workloads, cumbersome permit processes, and staff turnover have historically led to delays in the processing of 404 permits by the Corps. These delays lead to unnecessary expenditures that harm businesses and make it difficult to know where and how to build new projects for the next generation of Floridians. Delay in the permitting of 404 applications is particularly frustrating because Chambers members must also apply for and obtain Environmental Resource Permits ("ERPs"). ERPs cover very similar regulated actions (dredging and filling) and are often indistinguishable from their federal counterparts. Florida's permit process, however, is streamlined and predictable; permits under Florida law are approved or disapproved months or even years in advance of Corps-issued permits.

8.	Because of past member experiences, and the Chamber's regulatory goals, the Chamber was an active participant in process for Florida to assume the 404-permitting program. The Chamber both filed written comments and made public comments at the October 21, 2020 public hearing. Copies of those comments are available on the regulatory docket. *See* ECF 28-2 at 8 (submitted written comments) and 23 (Exhibit 54: Public Hearing Transcript 10/21/2020)[1]. The Chamber applauded the U.S. Environmental Protection Agency's ("EPA") approval of Florida's application to assume the 404-permitting program.

---

[1] The comments can also be found at the following links:
https://www.regulations.gov/document/EPA-HQ-OW-2018-0640-0049 (written comments);
https://www.regulations.gov/document/EPA-HQ-OW-2018-0640-0387 (transcript of public comments).

Declaration of Frank Walker, Florida Chamber of Commerce
Page 3 of 4

**EXHIBIT A**

9. Since Florida's assumption of the Clean Water Act 404 program on December 22, 2020, Chamber members have been subject to Florida's 404 program. Some members have applied for or have applications currently pending under Florida's 404-program. If this Court were to grant Plaintiffs the relief requested, then these members would lose current protections provided by the Florida Administrative Procedure Act to seek review of the agency action.

10. The experience of Mr. W. Michael Dennis, PhD, the President of Breedlove, Dennis & Associates, Inc., is instructive. Breedlove, Dennis & Associates is a professional environmental and natural resources consulting firm founded in 1976 and the firm is itself a member of the Florida Chamber. As a consulting firm with an established a reputation for its knowledge of both federal and state environmental regulations (including the 404 and ERP processes), Breedlove, Dennis & Associates can attest to the difficulty of the preexisting 404 regime, the benefits enjoyed by Chamber members under the new regime, and the harm that this lawsuit threatens to inflict on the Chamber's members, should it succeed. I say nothing further.

On February 26, 2021, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct:

/s/    Frank Walker
Frank Walker