IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>ANDREW WHEELER, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*,<br><br>      *Defendants*,<br><br>  and<br><br>STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>      *Defendant-Intervenors*. | Civil Action No. 1:21-cv-119 (RDM) |

**DECLARATION OF LANCE PIERCE ON BEHALF OF
ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS**

I, Lance Pierce, consistent with the requirements of 28 U.S.C. § 1746, hereby state:

1. I am over 18 years old and serve as Executive Director of the Association of Florida Community Developers ("AFCD").

2. In my current role at the AFCD, I participate in the development and strategic implementation of the AFCD's legislative and regulatory agenda, interact with AFCD members on issues of importance to Florida's developer community, and help manage the AFCD's team of

**EXHIBIT B**

professionals. I am familiar with this case and Florida's efforts to assume the dredge-and-fill permitting program under section 404 of the Clean Water Act.

3. Founded in 1984, the AFCD is dedicated to advocating for policies that support high-quality community development across the State of Florida. The AFCD's mission is to provide a leadership role in the creation of quality community developments and the formulation of responsible approaches to the planning and development of Florida's future. Members of the AFCD advocate for an effective and efficient planning and policy framework to encourage and support economic development while retaining Florida's natural beauty (its beaches and wetlands, for example); this balance, the AFCD believes, helps draw tourists and new residents to Florida.

4. The AFCD has actively participated in environmental policy making in Florida at the state and federal level by attending workshops and hearings, making presentations, and offering suggestions, resulting in better rules for the environment and the affected parties.

5. AFCD members include people, businesses, and experts who participate in the planning, financing, construction, and maintenance of developments throughout the State. These developments include the construction of homes, schools, hospitals, grocery stores, retail centers, water and sewer lines, roadways, and a host of other infrastructure and amenities needed for Florida's growing economy. These developments, in turn, require state and federal permits.

6. AFCD members apply for and obtain 404 permits for their many projects. At the federal level, many factors such as high workloads, cumbersome permit processes, and staff turnover have led to delays in the processing of 404 permits by the U.S. Army Corps of Engineers ("Corps"). These delays lead to unnecessary expenditures harming existing business and make it difficult to plan for future developments within the state of Florida. Delay in the permitting of 404 applications is particularly frustrating because AFCD members must also apply for and obtain

State-issued Environmental Resource Permits ("ERPs"). ERPs cover very similar regulated actions (dredging and filling) and are often indistinguishable from their federal counterparts. Florida's permitting process, however, is streamlined and predictable; permits under Florida law are approved or disapproved months or even years in advance of Corps-issued permits.

7. Because of past member experience, and AFCD's regulatory goals, AFCD was an active participant in the process for Florida to assume the 404-permitting program. AFCD made public comments at the October 21, 2020 public hearing. A copy of those comments is available on the regulatory docket. *See* ECF 28-2 at 23 (Exhibit 54: Public Hearing Transcripts 10/21/2020)[1]. AFCD applauded the U.S. Environmental Protection Agency's approval of Florida's application to assume the 404-permitting program.

8. Since Florida's assumption of the Clean Water Act 404 program on December 22, 2020, AFCD's members have been subject to Florida's 404-program. Some members have applied for or have applications pending under Florida's 404-program. If this Court were to grant Plaintiffs the relief requested, then members would lose current protections provided by Florida law and expect to incur additional expense, unpredictability, redundant permitting requirements, and delay associated with the federally-administered program. I say nothing further.

On February 26, 2021, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct:

*/s/ Lance Pierce*
Lance Pierce

---

[1] A copy can also be found at the following link: https://www.regulations.gov/document/EPA-HQ-OW-2018-0640-0387.

Declaration of Lance Pierce, Association of Florida Community Developers
Page 3 of 3

**EXHIBIT B**