UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>  Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper and St. Johns Riverkeeper have moved for summary judgment on the Eighth and Ninth Claims for Relief in their Complaint.  Dkt 30.  Having considered the parties' submissions, and the pertinent portions of the administrative record, the Court finds that EPA's December 22, 2020, action to effectuate immediate transfer of Clean Water Act Section 404 authority from the U.S. Army Corps of Engineers to the state of Florida was (1) "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law"; (2) "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right"; and (3) "without observance of procedure required by law," and must be set aside.  5 U.S.C. § 706(2)(A), (C)–(D).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Partial Summary Judgment, Dkt. 30, is **GRANTED**.  Final Judgment is hereby **ENTERED** in favor of Plaintiffs on the Eighth and Ninth Claims for Relief in their Complaint.  Dkt. 1.

**SO ORDERED**.

_____
RANDOLPH D. MOSS
United States District Judge

Date: