**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>MICHAEL S. REGAN, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*,<br><br>   *Defendants,*<br><br>  and<br><br>STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>   *Defendant-Intervenors*. | Civil Action No. 1:21-cv-119 (RDM) |

---

**DECLARATION OF W. MICHAEL DENNIS, Ph.D.**

---

I, W. Michael Dennis, Ph.D., consistent with the requirements of 28 U.S.C. § 1746, state:

1. I am over 18 years old.

2. I am an environmental consultant and the President of Breedlove Dennis and Associates, Inc. ("BDA") where I specialize in wetland delineation, wetland permitting and mitigation, plant taxonomy and ecology, remote sensing, aerial photointerpretation of wetlands, threatened and endangered species issues, and wildlife evaluations.

**EXHIBIT C**

3.      BDA is itself a professional environmental and natural resources consulting firm founded in 1976.  BDA is a member of the Florida Chamber of Commerce ("Chamber") and the Association of Florida Community Developers ("AFCD").

4.      In my role as a scientist and as President of BDA I have extensive experience guiding clients through wetland permitting issues before state and federal agencies, including the federal-administered 404 permitting program and Florida's Environmental Resource Permit ("ERP") program.  The attached resume provides a more detailed account of my qualifications and past experiences (as a scientist, public servant, and expert witness), which I incorporate by reference.  *See* **Attached.**

5.      I am also familiar with this case and Florida's decades-long efforts to assume the dredge-and-fill permitting program under section 404 of the Clean Water Act.

6.      In my experience, there is substantial overlap between the 404-permit program and Florida's wetland component of the ERP program.  FDEP has noted that 85% of the review requirements of the two programs overlap. This makes sense given that both programs aim to protect and regulate the same basic resources, i.e., waterways and wetlands.[1]  The ERP applications contain both the wetland review component and a stormwater design component.  This allows a more unified and comprehensive analysis of the project from not only a wetland perspective but a water quality engineering design perspective as well.

7.      In my experience, the federally-administered 404-program presents a more difficult process.  The federally-administered U.S. Army Corps of Engineers ("Corps") and EPA 404 permit almost always take longer to process than the State ERP.  Exchange of permitting

---

[1] Given Florida's topography and geography, waters that are jurisdictional for State-law purpose and often jurisdictional for federal purposes as well.

**EXHIBIT C**

information is also at times made more difficult since disclosure must be obtained through the Freedom of Information Act's "deliberative process" privilege.  Finally, there is no trial-like administrative process before the Corps, unlike the independent Division of Administrative Hearing process for ERPs in Florida where agency action can be tested.  Taken together, in my experience, the federal process and the state process are largely overlapping with respect to wetland protection, but can lead to contrary permitting requirements and mitigation measures with no tangible additional benefits to the natural resources or the public.

8.    I say nothing further.

On March 31, 2021, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct:

*/s/ W. Michael Dennis*
W. Michael Dennis, PhD

Declaration of W. Michael Dennis, PhD
Page 3 of 3

**EXHIBIT C**

**W. MICHAEL DENNIS, Ph.D.**

**Areas of Specialization:**

Wetland delineation, permitting and mitigation; plant taxonomy and ecology; remote sensing and aerial photointerpretation; threatened and endangered (T&E) species; and wildlife evaluations.

**Experience:**

President, Breedlove, Dennis & Associates, Inc. (BDA), Winter Park, Florida. 1997 to present.

Principal, BDA, Winter Park, Florida. 1984 to present.

Vice President, BDA, Winter Park, Florida. 1983 to 1997.

Senior Scientist, Breedlove & Associates, Inc., Gainesville, Florida. 1981 to 1983.

Projects and responsibilities included development of technical data and management of projects in the following areas:

- Vegetation analysis and wetlands jurisdictional evaluations for land development activities in Alachua, Baker, Bay, Brevard, Broward, Charlotte, Citrus, Clay, Collier, Columbia, Dade, Dixie, Duval, Escambia, Flagler, Franklin, Gadsden, Gilchrist, Hamilton, Hardee, Hendry, Hernando, Highlands, Hillsborough ,Indian River, Jackson, Lake, Lee, Leon, Levy, Liberty, Manatee, Marion, Martin, Monroe, Nassau, Orange, Osceola, Palm Beach, Pasco, Pinellas, Polk, Putnam, Santa Rosa, Sarasota, Seminole, St. Johns, St. Lucie, Sumter, Suwannee, Taylor, Volusia, Wakulla, Walton, and Washington counties in Florida.

- Vegetation mapping of plant communities in Florida, Georgia, South Carolina, Alabama, Tennessee, Virginia, Kentucky, New Jersey, Mississippi, and North Carolina.

- Wetlands evaluations for phosphate, sand, and limerock mining activities.

- Wetland evaluations and permitting for major theme parks is Central Florida.

- Airport permitting.

- Wetland reclamation planning.

- Ordinary high water line determinations: Lake Saunders, Lake County; and Peace River Valley, Alafia River, Lake Kissimmee, Lake Hatchineha, Lake Tohopekaliga, Lake Preston, Lake Myrtle, Lake Joel, and Lake Poinsett.

- Power plant and right-of-way siting.

- Gas transmission line siting and permitting.

- Technical Advisor in administrative and legislative rule making process.

BREEDLOVE, DENNIS & ASSOCIATES, INC.
330 W. CANTON AVENUE / WINTER PARK, FLORIDA  32789 / (407) 677-1882 / FAX (407) 657-7008

**EXHIBIT C**

O:\ADMADMIN\RESUMES\WMD\WMD_UPDATED 01_27_21.DOC                                                                  January 27, 2021

W. Michael Dennis, Ph.D.                                                                                    **Page 2**

- Served on Technical Committee advising the Senate Natural Resources Committee on the 1984 Wetlands Legislation.

- Member of the Wildlife Advisory Group appointed by the Department of Community Affairs.

- Member of the Econlockhatchee River Task Force appointed by the St. Johns River Water Management District (SJRWMD).

- Participated in development of Florida Wetland Delineation and Environmental Permitting State Rules during the 1993/1994 Legislative Session.

- Member of the Environmental Constraints and Development Suitability Mapping Project Advisory Committee for Orange County.

- Member of the Technical Advisory Committee for the SJRWMD on the Cumulative Impacts Provision of the SJRWMD's Environmental Resource Permit rules.

- Served as one of five private sector representatives to the Melaleuca Technical Advisory Committee (TAC) to the South Florida Water Management District (1995-1996).

- Member of a SJRWMD appointed committee evaluating the Uniform Mitigation Assessment Method (2011).

- Expert witness testimony—qualified in biology, ecology, wetlands evaluation, and jurisdictional determinations and permitting, botanical indicators of ordinary high water line determinations, terrestrial and wetlands ecology, water quality as pertains to wetlands evaluations, T&E species surveys, and wildlife investigations.

Botanist, Tennessee Valley Authority (TVA), Tennessee.  1976 to 1981.

Responsible for planning, implementing, and presenting studies on the environmental impact of proposed TVA facilities on aquatic macrophyte communities, and ecological and taxonomic studies of aquatic plant species.  Project experience includes:

- Studies of aquatic and wetland plants of the Tennessee Valley.

- Phipps Bend Nuclear Plant environmental report.

- Bellefonte Nuclear Plant environmental report.

- Yellow Creek Nuclear Plant environmental report.

- Future power plant siting studies, Courtland, Westmoreland, and Town Creek sites.

- Pumped storage site evaluation report.

BREEDLOVE, DENNIS & ASSOCIATES, INC.
330 W. CANTON AVENUE / WINTER PARK, FLORIDA  32789 / (407) 677-1882 / FAX (407) 657-7008

O:\ADMADMIN\RESUMES\WMD\WMD_UPDATED 01_27_21.DOC                                    EXHIBIT 6

- Waterthyme (*Hydrilla* sp.) contingency plan for the Tennessee River watershed.

- Aquatic weed control program.

- Study of the vegetation of naturally occurring ponds of the Cumberland Plateau.

- Ecology of mud flat vegetation of Tennessee Valley reservoirs.

- Preparation of a manual of the submersed and floating-leaved plants of the Tennessee Valley.

- Utilization and revegetation of reservoir shorelines.

- Acid rain studies program for assessing impact of acid precipitation on aquatic systems.

- Studies of heavy metals accumulation in aquatic plants, Holston River basin.

- Vegetation study of Towns and Rabun counties, Georgia.

Faculty Associate, University of Tennessee, Knoxville, Tennessee. 1980 to 2017.

Adjunct Professor, University of North Alabama, Florence, Alabama. 1980 to 1981.

Visiting Assistant Professor, University of Tennessee, Knoxville, Tennessee. 1979.

Graduate Teaching Assistant, University of Tennessee, Knoxville, Tennessee. 1973 to 1976.

Research Assistant, University of South Carolina, Columbia, South Carolina. 1973.

- Studied floristic composition and ecological parameters in ponds of the sandhill belt of South Carolina.

Research Assistant, University of South Carolina, Columbia, South Carolina. 1972.

- Studied the flora and ecology of the Santee Swamp.

Teaching Assistant, University of South Carolina, Columbia, South Carolina. 1971-1973.

Medical Laboratory Technician, United States Army. 1969 to 1971.

**W. Michael Dennis, Ph.D.**                                                                        **Page 4**

**Education:**

Ph.D.    University of Tennessee, Knoxville, Tennessee, 1976.  Botany.

M.S.     University of South Carolina, Columbia, South Carolina, 1973.  Biology.

B.S.     Emory University, Atlanta, Georgia, 1969.  Biology.

A.A.     Oxford College of Emory University, 1967.

- Habitat Evaluation Procedure (HEP) 150 - Executive HEP Briefing Workshop, 1989.

- HEP 400 - Advanced Recreation Economic Techniques Workshop, 1989.

- EL 305 - Expert Witness Workshop, 1990

- Civil Service Commission Workshop in Environmental Assessment, 1977.

- National Aeronautics and Space Administration Technology Transfer Course, 1976.

- Basic concepts of remote sensing and data handling techniques, as they apply to the analysis of digitally recorded LANDSAT multispectral scanner data and the Earth Resources Laboratory's data analysis system.

**Certifications:**

- Occupational Safety and Health Administration (OSHA) 24-Hour Online Hazardous Waste Operations and Emergency Response (HAZWOPER) Training Course – Certificate No. 1512312156885, Issued December 2015

- Occupational Safety and Health Administration (OSHA) 8-Hour Online HAZWOPER Refresher Course, includes Physical Hazards and Basic PPE – Certificate No. 2011055156885, Issued November 2020

**Associations:**

Ecological Society of America
Association of Southeastern Biologists - Past President
Southern Appalachian Botanical Club
Society of Wetland Scientists
American Association for the Advancement of Science
Association of Florida Community Developers, Environmental & Water Task Force, Chair

**Honors:**

Distinguished Alumni Award – Oxford College of Emory University, 1987.
Volunteer Service Award – University of Tennessee, College of Arts & Sciences, 2015

BREEDLOVE, DENNIS & ASSOCIATES, INC.
330 W. CANTON AVENUE / WINTER PARK, FLORIDA  32789 / (407) 677-1882 / FAX (407) 657-7008

O:\ADMADMIN\RESUMES\WMD\WMD_UPDATED 01_27_21.DOC                    **EXHIBIT 6**

**W. Michael Dennis, Ph.D.**                                                                                    **Page 5**

**Board Memberships:**

Balsam Mountain Preserve Trust (Chairman, 2012) (inactive)
Breedlove, Dennis & Associates, Inc. (Chairman) (active)
BDY Environmental (active)
Chelonian Research Institute (inactive)
Discover Life in America (Vice Chairman, 2012 - 2014); (Honorary Director, 2016) (active)
Oxford College of Emory University Board of Counselors (Vice Chair, 2016 - 2018; Chair, 2019 - 2021) (active)
Spring Island Trust (inactive)
University of Tennessee College of Arts & Sciences Dean's Advisory Board (Vice Chair, 2014 - 2016); (Chair, 2016 - 2018) (active)

**Land Management Projects**

Spring Island
Balsam Mountain Preserve
Yeamans Hall Club

**Selected Publications and Presented Papers:**

Bates A.L., **W.M. Dennis** and T.L. Goldsby.  1978.  *Experimental use of diquat in Guntersville Reservoir*.  Aquatic Plant Management Society.

Bates, A.L., T.L. Goldsby, and **W.M. Dennis**.  1978.  *A prevention and contingency control plan for Hydrilla*.  Aquatic Plant Management Society.

Bates A.L., **W.M. Dennis**, and T.L. Goldsby.  1978.  *The use of remote sensing for determining effectiveness and planning of aquatic plant control operations in the Tennessee Valley*.  Aquatic Plant Management Society.

Bates, A.L., **W.M. Dennis**, and T.L. Goldsby.  1980.  *Eurasian water-milfoil (Myriophyllum spicatum L.) identification, distribution, and life history*.  Proceeding of the Mississippi Aquatic Weed Workshop, 13 February 1980, Mississippi State University.

Bates A.L., **W.M. Dennis**, and T.L. Goldsby.  1980.  *Prevention and control of Hydrilla*.  Proceedings of the Mississippi Aquatic Weed Workshop, 13 February 1980, Mississippi State University.

Bates, A.L., E. Pickard, and **W.M. Dennis**.  1978.  *Tree plantings:  A diversified management tool for reservoir shorelines*.  Proceedings of the National Symposium on Strategies for protection and Management of Floodplain Wetlands and other Riparian Ecosystems.

Batson, W.T. and **W.M. Dennis**.  1973.  *Record trees of South Carolina*.  South Carolina Wildlife 20(5):12-16.

Bierner, M.W., **W.M. Dennis**, and B.E. Wofford.  1977.  *Flavonoid chemistry, chromosome number and phylogenetic relationships of Helenium chihuahuensis (Asteraceae)*.  Biochemical Systematics and Ecology 5:23-28.

Breedlove, B.W. and **W.M. Dennis**.  1984.  *The use of Small-format Assessment of Microphyton; collection, use, and meaning of the American Society for Testing and Materials STP 843*.

Breedlove, B.W. and **W.M. Dennis**.  1987.  *Recent changes in and responses to U.S. Army Corps of Engineers 404 permitting*.  Environmental Land Use Law Section Reporter 10(1):22-23.

Carriker, N.E., **W.M. Dennis**, and R.C. Young.  1981.  *Quantification of allochthonous organic input to Cherokee Reservoir: Implications of hypolimnetic oxygen depletions*.  Proceedings of the International Symposium on Inland Waters and Lake Restoration, September 8-12, 1980, Portland, Maine.

Clewell, A.F., C. Raymond, C.L. Coultas, **W.M.Dennis** and J.P. Kelly.  2009.  Spatially Narrow Wet Prairies.  Castanea.  June 2009, Vol. 74 No. 2.

**Dennis, W.M.**  1973.  A new record water hickory for South Carolina.  Castanea 38:205.

**Dennis, W.M.**  1974.  A synecological study of the Santee Swamp, Sumter County, South Carolina.  ASB Bulletin 21(2):51.

**Dennis, W.M.**  1976.  Chromosome morphology of *Clematis*, subsection *Viornae*, (Ranunculaceae).  Canadian Journal of Botany 54(10):1135-1139.

**Dennis, W.M.**  1977.  Contributed *Clematis* (in part) to M.C. Johnston and J. Hendrickson, Chihuahuan Desert Flora.

**Dennis, W.M.**  1978.  Contributed Macrophyte section for C.I. Weber (ed.), Office of Water Data Coordination Manual.

**Dennis, W.M.**  1978.  The taxonomic status of *Clematis gattingeri* Small (Ranunculaceae).  Brittonia 30:463-465.

**Dennis, W.M.**  1979.  The new combination *Clematis pitcheri* T. & G. var. *dictyota* (Green) Dennis. Sida 8:194-195.

**Dennis, W.M.**  1980.  *Sarracenia oreophila* (Kearny) Wherry in the Blue Ridge Province of northeastern Georgia.  Castanea 45:101-103.

**Dennis, W.M.**  1982.  Contributed *Jamesianthus alabamensis* and *Clematis* Subsection *Viornae* to the National List of Scientific Plant Names.  United States Department of Agriculture Soil Conservation Service-TP-159.

**Dennis, W.M.**  1982.  Ecological notes on *Jamesianthus alabamensis* Blake and Sherff (Asteraceae) and an hypothesis on its endemism.  Sida 9(3):210-214.

BREEDLOVE, DENNIS & ASSOCIATES, INC.
330 W. CANTON AVENUE / WINTER PARK, FLORIDA  32789 / (407) 677-1882 / FAX (407) 657-7008

O:\ADMADMIN\RESUMES\WMD\WMD_UPDATED 01_27_21.DOC                                    **EXHIBIT 06**

**Dennis, W.M.**  1984.  Aquatic Macrophyton Sampling:  An overview.  Ecological Assessment of Macrophyton:  Collection, use and meaning of data, American Society for Testing and Materials STP 843.

**Dennis, W.M.** and W.T. Batson.  1974.  The floating log and stump communities in the Santee Swamp of South Carolina.  Castanea 39:166-170.

**Dennis, W.M.** and M.W. Bierner.  1980.  Distribution of flavonoids and their systematic significance in *Clematis* subsection *Viornae*.  Biochemical Systematics and Ecology 8:65-67.

**Dennis, W.M.** and B.W. Breedlove.  1983.  *Wetlands Reclamation:  A Drainage Basin Approach*.

**Dennis, W.M.** and B.W. Breedlove.  1984.  *The Assessment of Environmental Regulations on Agriculture Operations in Florida Through the Use of Small and Medium Format Color Infrared Aerial Photography*.  Abstract, p. 173.  *Color Aerial Photography in the Plant Sciences and Related Fields*.

**Dennis, W.M.** and B.W. Breedlove.  1987.  *Location of a Court Required Period Specific Ordinary High Water Using Detailed Survey, Tree Aging and Medium Format Color-Infrared Photography*.  Presentation at the ASPRS/ACSM 1987 Convention; Baltimore, Maryland.

**Dennis, W. M.**, C.W. Drake and W.B. LaFrenz.  2019.  *The City of Lakeland's Northeast Wellfield from Conceptualization to Production*. The Professional Geologist. 56(4): 13-18,41.

**Dennis, W.M.**, P.A. Collier, E.L. Morgan, and P. DePriest.  1981.  Habitat notes on the aquatic lichen *Hydrotheria venosa* Russell in Tennessee.  Bryologist 84:392-393.

**Dennis, W.M.**, A.M. Evans, and B.E. Wofford.  1979.  *Disjunct populations of Isoetes macrospora in southeastern Tennessee*. Amer. Fern J. 69:97-99.

**Dennis, W.M.** and B.G. Isom.  1984 (ed).  *Ecological Assessment of Macrophyton:  Collection Use and Meaning of Data*.  A symposium sponsored by American Society for Testing and Materials Committee D-19 on Water, Ft. Lauderdale, Florida, 15-16 Jan. 1983.  ASTM STP 843 122 p.

**Dennis, W.M.** and C.S. Keener.  1982.  *The subgeneric classification of Clematis (Ranunculaceae) in temperate North America north of Mexico*.  Taxon 31(1):37-44.

**Dennis, W.M.**, J.M. Neil, and R.C. Young.  1983.  *Productivity of the Aquatic Macrophyte Community of the Holston River:  Implications to Hypolimnetic Oxygen Depletion of Cherokee Reservoir TVA/ONR WR-83/12*.

**Dennis, W.M.**, T.S. Patrick, and D.H. Webb.  1981.  *Distribution and naturalization of Cyperus brevifolioides (Cyperaceae) in eastern United States*.  Sida 9(2):188-189.

**Dennis, W.M.** and Shaw, J. 2013.  *Taxonomy of Clematis subgenus Viorna and speciation in subsection Viornae* (abstract).  Presentation at the Association of Southeastern Biologists 74th Annual Meeting; Charleston, West Virginia

BREEDLOVE, DENNIS & ASSOCIATES, INC.
330 W. CANTON AVENUE / WINTER PARK, FLORIDA  32789 / (407) 677-1882 / FAX (407) 657-7008

O:\ADMADMIN\RESUMES\WMD\WMD_UPDATED 01_27_21.DOC                                    **EXHIBIT 6**

W. Michael Dennis, Ph.D.                                                                 **Page 8**

**Dennis, W.M.** and D.H. Webb.  1981.  Additions to the flora of Tennessee.  Sida 9(2):184.

**Dennis, W.M.** and D.H. Webb.  1981.  The distribution of *Pilularia americana* A. Br. in North America, north of Mexico.  Sida 9:19-24.

**Dennis, W.M.**, D.H. Webb, and A.L. Bates.  1988.  An Analysis of the plant community of mudflats of TVA mainstream reservoirs.  pp. 177-198.  In: Snyder, D.H. (ed.).  Proceedings of the first annual symposium on the natural history of lower Tennessee and Cumberland river valleys.  The Center for Field Biology of Land Between the Lakes.  Austin Peay State University, Clarksville, Tennessee.

**Dennis, W.M.**, D.H. Webb, and B.E. Wofford.  1977.  State records and other recent noteworthy collections of Tennessee plants.  II.  Castanea 42:190-193.

**Dennis, W.M.**, D.H. Webb, B.E. Wofford, and R. Kral.  1980.  State records and other recent noteworthy collections of Tennessee plants.  III.  Castanea 45:237-242.

**Dennis, W.M.** and B.E. Wofford.  1976.  Evidence for the hybrid origin of *Proserpinaca intermedia* Mackenz (Haloragaceae).  ASB Bulletin 23(2):54.

**Dennis, W.M.** and B.E. Wofford.  1976.  State records and other recent noteworthy collections of Tennessee plants.  Castanea 41:119-121.

Drake C.W., W.B. LaFrenz, and **W.M. Dennis**.  2019.  *The City of Lakeland's Northeast Wellfield from Conceptualization to Production*.  The Professional Geologist. 56(4): 13-18,41.

Shaw, J., M. Montgomery, C. Carpenter and **W.M. Dennis**.  2013.  *A preliminary phylogeny of Clematis subg. Viorna (Ranunculaceae): toward the understanding of the complex biogeographic patterns of this taxon* (abstract).  Presentation at the Association of Southeastern Biologists 74th Annual Meeting; Charleston, West Virginia

Tucker, A.O., M.J. Maciarello, B.E. Wofford, and **W.M. Dennis**.  1997.  *Volatile leaf oils of Persea borbonia (L.) Spreng., P. humilisnash, and P. palustris (Raf.) Sarg. (Lauraceae) of North America.*  J. Essent, Oil Res. 9: 209-211.

Webb, D.H., H.R. DeSelm, and **W.M. Dennis**.  1997.  Studies of prairie barrens of northwestern Alabama.  Castanea 62(3):173-184.

BREEDLOVE, DENNIS & ASSOCIATES, INC.
330 W. CANTON AVENUE / WINTER PARK, FLORIDA  32789 / (407) 677-1882 / FAX (407) 657-7008