IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MICHAEL S. REGAN, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*,<br><br>    *Defendants*,<br><br>    and<br><br>STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>    *Defendant-Intervenors*. | Civil Action No. 1:21-cv-119 (RDM) |

**DECLARATION OF LESLIE C. CANDES
ON BEHALF OF MATTAMY HOMES**

I, Leslie C. Candes consistent with the requirements of 28 U.S.C. § 1746, hereby state:

1.      I am over 18 years old and am the Chief Legal Counsel- US and Vice President of Mattamy Homes[1].

2.      Mattamy Homes, founded in 1978, is a leading homebuilder that places an emphasis on not just the homes built, but the community within which they are built. As a part of

---

[1] Mattamy Homes refers to all affiliates and subsidiaries operating in Florida.

**EXHIBIT D**

Mattamy Homes' commitment to communities, it has continually strived to bring leading-edge innovation and sustainability solutions to both its homeowners and business. Mattamy Homes is a member of both the Florida Chamber of Commerce and the Association of Florida Community Developers.

3. Mattamy Homes currently has homes available for sale in over 40 communities throughout the state of Florida and has plans to continue to develop communities within the state. As the Vice President I am familiar with the planning and development process for these communities, including procuring the necessary permits for the communities' infrastructure and construction. I am also familiar with this case.

4. Mattamy Homes currently holds valid section 404 permits, which the United States Army Corps of Engineers ("Corps") approved, and State-issued Florida Environmental Resource Permits ("ERP"). Additionally, Mattamy Homes has permit applications currently pending under Florida's State-administered 404 permit program and Mattamy Homes will almost certainly need additional section 404 permits as it continues to develop communities within the state of Florida.

5. In my experience with Mattamy Homes, the application for a State-issued ERP requires the submittal of substantially similar information as the Corps-issued section 404 permit program, and ultimately requires similar actions on Mattamy Homes' part to preserve environmental resources or minimize and mitigate harm to such resources. In my experience with Mattamy Homes, however, Florida's ERP review process is more streamlined, consistent, and predictable than the Corps' section 404 permitting process. For example, Mattamy Homes' application for a development in Bradenton, Florida took 294 days from the Corps' determination that the application was complete to the Corps' approval of the permit. *See* https://permits.ops.usace.army.mil/orm-public (DA No. SAJ-2014-01000-CMW). The

development's ERP counterpart took 37 days from the Florida Department of Environmental Protection's determination that the application was complete. *See* http://www18.swfwmd.state.fl.us/Erp/Export/ViewDoc/wpuc2roh.pdf; http://www18.swfwmd.state.fl.us/Erp/Export/ViewDoc/fptheud4.pdf.

6. Untimely processing of permits causes more than mere delay. Unduly long or unanticipated delays can lead to loss of project funding, increased costs, and even cancellation of a project.

7. Transparency in the process of obtaining a permit is also important. In my experience with Mattamy Homes, without transparency, in many cases it is impossible to understand why any specific permit condition was imposed, why a condition may have been imposed in one instance but not in another, or why an application was denied. Florida's broad public records laws and the protections afforded by the Florida Administrative Procedure Act provide the transparency necessary to understand permitting conditions, which, in turn, promotes consistency and predictability in the permitting process. Consistency and predictability allows, in my experience, Mattamy Homes to make more informed business decisions.

8. Timeliness, transparency, consistency, and predictability are why Mattamy Homes supports Florida's assumption of the 404-permitting program from the Corps. But if this litigation succeeds and 404 permitting reverts to the Corps, based on my past experience, Mattamy Homes expects to spend more money, time, and effort to obtain the same 404 permits from the Corps. I say nothing further.

On March 31, 2021, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct:

*Leslie C. Candes*
Leslie C. Candes, Vice President

Declaration of Leslie C. Candes on behalf of Mattamy Homes
Page 3 of 3

**EXHIBIT D**