IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>MICHAEL S. REGAN, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*,<br><br>      *Defendants*,<br><br>  and<br><br>STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>      *Defendant-Intervenors*. | Civil Action No. 1:21-cv-119 (RDM) |

**DECLARATION OF KRISTY BOSS
ON BEHALF OF TAYLOR MORRISON**

I, Kristy Boss, consistent with the requirements of 28 U.S.C. § 1746, hereby state:

1.    I am over 18 years old and am the Deputy General Counsel and Vice President of Taylor Morrison[1].

2.    Taylor Morrison, founded over 100 years ago, is a leading homebuilder and community developer serving a wide array of customer types and demographics. Taylor Morrison

---

[1] Taylor Morrison refers to all affiliates and subsidiaries operating in Florida.

**EXHIBIT E**

has integrated sustainability into all aspects of its business and environmental stewardship is at the core of its operations. Taylor Morrison is a member of both the Florida Chamber of Commerce and the Association of Florida Community Developers.

3. Taylor Morrison currently has homes for sale in over 50 communities in Florida and has plans to continue to develop communities within the state. I am familiar with the planning and development process for these communities, including procuring the necessary permits for the communities' infrastructure and construction. I am also familiar with this case.

4. Taylor Morrison currently holds valid section 404 permits, which the United States Army Corps of Engineers ("Corps") approved, and State-issued Florida Environmental Resource Permits ("ERP"). Additionally, Taylor Morrison has an application for a permit modification currently pending under Florida's State-administered 404 permit program for a development in Lee County and Taylor Morrison will almost certainly need additional section 404 permits as it continues to develop communities within the state of Florida.

5. In my experience with Taylor Morrison, the application for a State-issued ERP requires the submittal of substantially similar information to the Corps-administered section 404 permit program, and ultimately requires similar actions on Taylor Morrison's part to preserve environmental resources or minimize and mitigate harm to such resources. In my experience with Taylor Morrison, however, Florida's ERP review process is more streamlined, consistent, and predictable than the Corps' section 404 permitting process. For example, Taylor Morrison's application for a development project in Sarasota County took 854 days from the Corps' determination that the application was complete to the Corps' approval of the permit. *See* https://permits.ops.usace.army.mil/orm-public (DA No. SAJ-2007-01506-CSH). The development's ERP counterpart was issued 40 days after the Florida Department of Environmental

Protection determined the application was complete. *See* http://www18.swfwmd.state.fl.us/Erp/Export/ViewDoc/d12orth5.pdf at 380.

6.  Untimely processing of permits causes more than mere delay. Unduly long or unanticipated delays can lead to loss of project funding, increased costs, and even cancellation of a project.

7.  Transparency in the process of obtaining a permit is also important. In my experience, without transparency, in many cases it is impossible to understand why any specific permit condition was imposed, why a condition may have been imposed in one instance but not in another, or why an application was denied. Florida's broad public records laws and the protections afforded by the Florida Administrative Procedure Act provide the transparency necessary to understand permitting conditions, which, in turn, promotes consistency and predictability in the permitting process. Consistency and predictability allows, in my experience, Taylor Morrison to make more informed business decisions.

8.  Timeliness, transparency, consistency, and predictability are why Taylor Morrison supports Florida's assumption of the 404-permitting program from the Corps. But if this litigation succeeds and 404 permitting reverts to the Corps, based on my past experience, Taylor Morrison expects to spend more money, time, and effort to obtain the same 404 permits from the Corps. I say nothing further.

On March 31, 2021, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct:

*Kristy Boss, VP*
Kristy Boss
Vice President, Taylor Morrison

Declaration of Kristy Boss on behalf of Taylor Morrison
Page 3 of 3

**EXHIBIT E**