IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL S. REGAN, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>*Defendant-Intervenors*. | Civil Action No. 1:21-cv-119 (RDM) |

**DECLARATION OF JEREMY L. SUSAC
ON BEHALF OF LENNAR HOMES**

I, Jeremy L. Susac, consistent with the requirements of 28 U.S.C. § 1746, hereby state:

1. I am over 18 years old and am the Vice President of Government Affairs for Lennar Homes.

2. Lennar Homes[1], founded in 1954, is committed to being an innovator in the industry, focusing on improving the quality of homes, including the communities where they are

---

[1] Lennar Homes refers to all affiliates and subsidiaries operating in Florida.

**EXHIBIT F**

built and the natural environment, which Lennar homeowners enjoy. Lennar Homes is a member of the Florida Chamber of Commerce.

3. Lennar Homes has built over 300 communities in Florida and has plans to continue to develop communities within the state. As the Vice President of Government Affairs, I am familiar with the planning and development process for these communities, including procuring the necessary permits for the communities' infrastructure and construction. I am also familiar with this case.

4. Lennar Homes currently holds valid section 404 permits, which the United States Army Corps of Engineers ("Corps") approved, and Florida Environmental Resource Permits ("ERP"). Additionally, Lennar Homes has permit applications currently pending under Florida's State-administered 404 permit program for developments in Sarasota and Duval Counties and Lennar Homes will almost certainly need additional section 404 permits as it continues to develop communities within the state.

5. In my experience with Lennar Homes, the application for a State-issued ERP requires the submittal of substantially similar information as the Corps-administered section 404 permit program, and ultimately requires similar actions on Lennar Homes' part to preserve environmental resources or minimize and mitigate harm to such resources. In my experience with Lennar Homes, however, Florida's ERP review process is more streamlined, consistent, and predictable than the Corps' section 404 permitting process. For example, Lennar Homes' application in connection with a development project in Miramar, Florida took 1,313 days from the Corps' determination that the application was complete to the Corps' approval of the permit. *See* https://permits.ops.usace.army.mil/orm-public (DA No. SAJ-2017-01033-CHF). The

development's ERP counterpart took 39 days from the submittal of the last requested information. *See* https://my.sfwmd.gov/ePermitting/DetailedReport.do?applicationNo=180315-389.

6. Untimely processing of permits causes more than mere delay. Unduly long or unanticipated delays can lead to loss of project funding, increased costs, and even cancellation of a project.

7. Transparency in the process of obtaining a permit is also important. In my experience, without transparency, in many cases it is impossible to understand why any specific permit condition was imposed, why a condition may have been imposed in one instance but not in another, or why an application was denied. Florida's broad public records laws and the protections afforded by the Florida Administrative Procedure Act provide the transparency necessary to understand permitting conditions, which, in turn, promotes consistency and predictability in the permitting process. Consistency and predictability allow, in my experience, Lennar Homes to make more informed business decisions.

8. Timeliness, transparency, consistency, and predictability are why Lennar Homes supports Florida's assumption of the 404-permitting program from the Corps. But if this litigation succeeds and 404 permitting reverts to the Corps, based on my experience past experience, Lennar Homes expects to spend more money, time, and effort to obtain the same 404 permits from the Corps. I say nothing further.

On April 1, 2021, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct:

 */s/   Jeremy L Susac*
Jeremy L. Susac

Declaration of Jeremy L. Susac on behalf of Lennar Homes
Page 3 of 3

**EXHIBIT F**