IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL S. REGAN, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION <br><br> *Defendant-Intervenors*, <br><br> and <br><br> THE FLORIDA CHAMBER OF COMMERCE and ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS <br><br> *Movant Defendant-Intervenors*. | Civil Action No. 1:21-cv-119 (RDM) |

**[PROPOSED] ORDER GRANTING
THE FLORIDA CHAMBER OF COMMERCE AND
ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS'
RENEWED MOTION TO INTERVENE**

Pending before this Court is the Florida Chamber of Commerce ("Chamber") and Association of Florida Community Developers' ("AFCD") Renewed Motion to Intervene. This

Court concludes that the Motion to Intervene satisfies the requirements of Federal Rule of Civil Procedure 24(a)(2).  Accordingly, **IT IS HEREBY ORDERED** that the Motion to Intervene is **GRANTED** and the Chamber and AFCD are added to this case as Defendant-Intervenors.

**IT IS SO ORDERED**.

DATE:_____       _____
                                        HON. Randolph D. Moss
                                        **United States District Court Judge**

## LOCAL RULE 7(K) CERTIFICATION:

## NAMES AND PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the entry of the proposed order's entry:

**TANIA GALLOONI**
**CHRISTINA REICHERT**
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

**BONNIE MALLOY**
Earthjustice
111 S. Martin Luther King Jr. Blvd.
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

**ANNA SEWELL**
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Attorneys for Plaintiffs*

**ANDREW S. COGHLAN**
U.S. Department of Justice
150 M Street NE
Ste 4.400
Washington, DC 20002
T: 202-514-9275
F: 202-514-8865
andrew.coghlan@usdoj.gov

**ALISON C. FINNEGAN**
U.S. Department of Justice
ENRD Division
P.O. Box 7611
Washington, DC 20044-7611
T: 202-305-0500
alison.c.finnegan@usdoj.gov

*Attorneys for Federal Defendants*

**LILY CHINN**
BAKER BOTTS LLP
101 California Street Suite 3600
San Francisco, CA 94111
415-291-6214
lily.chinn@bakerbotts.com

**HARRISON REBACK**
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, TX 77002
713-229-1567
harrison.reback@bakerbotts.com

**JARED WIGGINTON**
BAKER BOTTS, LLP
The Warner Building
1299 Pennsylvania Avenue, NW
Suite 1300
Washington, DC 20004-2400
(202) 639-7766
jared.wigginton@bakerbotts.com

**JEFFREY WOOD**
BAKER BOTTS LLP
700 K St. NW
Washington, DC 20001
202-639-7732
jeff.wood@bakerbotts.com

*Attorneys for Intervenor-Defendant*

Respectfully submitted,

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
GARY V. PERKO (FBN 855898)*
EDWARD M. WENGER (FBN 85568)
HOPPING GREEN AND SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax: (850) 224-8551
mjazil@hgslaw.com
gperko@hgslaw.com
ewenger@hgslaw.com

*Counsel for The Florida Chamber of Commerce and Association of Florida Community Developers*

Dated: April 1st, 2021

*\*Appearing under LCvR 83.2(c)(1) and admission pending*