# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

## STATE OF FLORIDA AND FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION'S UNOPPOSED MOTION FOR LEAVE TO FILE A CONSOLIDATED BRIEF IN EXCESS OF PAGE LIMITS

The State of Florida and the Florida Department of Environmental Protection ("Florida Intervenors") respectfully move this Court, out of an abundance of caution, for leave to file a single consolidated brief, of no more than 70 pages, in opposition to Plaintiffs' motion for summary judgment and in support of Florida Intervenors' cross-motion to dismiss. Under Local Civil Rule 7(e), Florida Intervenors would have up to 45 pages for each separate filing (and 90 pages in total). Rather than file two separate submissions, Florida Intervenors seek to streamline the arguments and file a single consolidated submission not exceeding 70 pages in total length. In support of this request, Florida Intervenors state as follows:

1.  On January 14, 2021, Plaintiffs filed a nine-claim complaint against Defendants challenging approval of Florida's Clean Water Act Section 404 permit program application.

2.  On January 19, 2021, this Court granted Florida Intervenors' motion to intervene.

1

3. On February 17, 2021, this Court set a March 5, 2021 date for Plaintiffs to file their motion for summary judgment and directed that "[Federal] Defendants and [Florida] Intervenor Defendant *Responses* to Motion for Summary Judgment and Cross *Motions* are due by 4/26/2021." Minute Order dated February 17, 2021 (emphasis added).

4. On March 5, 2021, Plaintiffs filed their motion for summary judgment.

5. Local Civil Rule 7(e) limits a brief in support of or in opposition to a motion to 45 pages, "without prior approval of the Court." Florida Intervenors' consolidated brief would be materially shorter than the 90 pages allotted under the Local Rules for separate briefs. If granted, Florida Intervenors commit to not exceeding 70 pages in total length for a consolidated submission.

6. Furthermore, as requested by this Court, Florida Intervenors have conferred with counsel for the United States in an effort to streamline arguments and reduce redundancies to the extent possible. However, U.S. Department of Justice policies have not allowed for the United States to share briefs at this time.

7. Under these circumstances, and to avoid redundancy and achieve efficiency, Florida Intervenors respectfully request that this Court grant leave for Florida Intervenors to file a single consolidated submission, not to exceed 70 pages, in response to Plaintiffs' motion for summary judgment and in support of Florida Intervenors' cross-motion to dismiss.

8. The United States does not object to this motion.

9. Counsel for Plaintiffs responded as follows: "Plaintiffs consent to the relief requested with the understanding that the Intervenors' filing will not raise arguments unique to counts other than Counts 8 and 9, consistent with the court's ruling at the February 17, 2021, pre-filing hearing on plaintiffs' motion for partial summary judgment."

10. A proposed order accompanies this motion.

Dated: April 22, 2021.                    Respectfully submitted,
                                          BAKER BOTTS L.L.P.

                                          */s/ Jeffrey H. Wood*
                                          Jeffrey H. Wood (D.C. Bar No. 1024647)
                                          Jared R. Wigginton (D.C. Bar No. 1033684)
                                          700 K Street, NW
                                          Washington, D.C. 20001
                                          Phone: (202) 639-7700
                                          jeff.wood@bakerbotts.com
                                          jared.wigginton@bakerbotts.com

                                          Lily N. Chinn (DC Bar No. 979919)*
                                          101 California Street
                                          San Francisco, CA 94111
                                          Phone: (415) 291-6200
                                          lily.chinn@bakerbotts.com

                                          Aaron M. Streett (TX Bar No. 24037561)*
                                          Harrison Reback (TX Bar No. 24012897)*
                                          910 Louisiana Street
                                          Houston, TX 77002-4995
                                          Phone: (713) 229-1234
                                          aaron.streett@bakerbotts.com
                                          harrison.reback@bakerbotts.com

                                          *Appearing under LCvR 83.2(c)(1)

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.3, I hereby certify that on this 22nd day of April 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com
