IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>    Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER**

Upon Consideration of the State of Florida and the Florida Department of Environmental Protection's ("Florida Intervenors") motion for leave to exceed page limitations, it is hereby **ORDERED** that the Florida Intervenors' motion is **GRANTED**. Florida Intervenors are permitted to file, in excess of the page limits in Local Civil Rule 7(e), a consolidated brief in response to Plaintiffs' pending motion for summary judgment and in support of its cross-motion to dismiss, not to exceed 70 pages in length.

**IT IS SO ORDERED.**


DATE: _____            _____
                                 HON. Randolph D. Moss
                                 **United States District Court Judge**

62327732.1

## LOCAL RULE 7(K) CERTIFICATION:
## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to Local Civil Rule 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the entry of the proposed order's entry:

**TANIA GALLONI**
**CHRISTINA REICHERT**
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org

**BONNIE MALLOY**
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

**ANNA SEWELL**
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

**ANDREW S. COGHLAN**
U.S. Department of Justice
150 M Street NE
Ste 4.400
Washington, DC 20002
T: 202-514-9275
F: 202-514-8865
andrew.coghlan@usdoj.gov

**ALISON C. FINNEGAN**
U.S. Department of Justice
ENRD Division
P.O. Box 7611
Washington, DC 20044-7611
T: 202-305-0500
alison.c.finnegan@usdoj.gov

*Attorneys for Federal Defendants*

| | |
|---|---|
| Dated: April 22, 2021 | Respectfully submitted,<br>BAKER BOTTS L.L.P.<br><br>*/s/ Jeffrey H. Wood*<br>Jeffrey H. Wood (D.C. Bar No. 1024647)<br>Jared R. Wigginton (D.C. Bar No. 1033684)<br>700 K Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 639-7700<br>jeff.wood@bakerbotts.com<br>jared.wigginton@bakerbotts.com<br><br>Lily N. Chinn (D.C. Bar No. 979919)*<br>101 California Street<br>San Francisco, CA 94111<br>Phone: (415) 291-6200<br>lily.chinn@bakerbotts.com<br><br>Aaron M. Streett (TX Bar No. 24037561)*<br>Harrison F. Reback (TX Bar No. 24012897)*<br>910 Louisiana Street<br>Houston, TX 77002-4995<br>Phone: (713) 229-1234<br>aaron.streett@bakerbotts.com<br>harrison.reback@bakerbotts.com<br><br>*Appearing under LCvR 83.2(c)(1) |