IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>                Plaintiffs,<br><br>        v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>                Defendants. | Case No. 1:21-cv-0119 (RDM) |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND GRANTING DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper have moved for summary judgment on the Eighth and Ninth Claims for Relief in their Complaint.  Dkt 30.  Defendants United States Environmental Protection Agency, United States Fish and Wildlife Service, and United States Army Corps of Engineers (and various officers thereof sued in their official capacities) have cross-moved for summary judgment on Plaintiffs' Eighth and Ninth Claims for Relief.  Dkt. 34.

Having considered the parties' submissions, and the pertinent portions of the administrative record, the Court finds that Plaintiffs do not have standing to bring their Ninth Claim for Relief.  As to Plaintiffs' Eighth Claim for Relief, the Court finds that EPA was not required to postpone by 30 days the effective date of EPA's approval of Florida's request to assume Clean Water Act permitting authority pursuant to 33 U.S.C. § 1344.

1

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Partial Summary Judgment, Dkt. 30, is **DENIED**, and Defendants' Cross-Motion for Partial Summary Judgment, Dkt. 34, is **GRANTED**. Final Judgment is hereby **ENTERED** in favor of Defendants on the Eighth and Ninth Claims for Relief in Plaintiffs' Complaint. Dkt. 1.

**SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge

Date: