# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

## STATE OF FLORIDA AND FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION'S CROSS-MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 56, 12(b)(1), and 12(b)(6), the State of Florida and the Florida Department of Environmental Protection ("Florida Intervenors") respectfully request that this Court grant Florida Intervenors' cross-motion to dismiss and deny Plaintiffs' motion for summary judgment. Florida Intervenors submit the attached consolidated brief in support of this motion and in opposition to Plaintiffs' motion for summary judgment.

| | |
|---|---|
| Dated:  April 26, 2021. | Respectfully submitted,<br>BAKER BOTTS L.L.P.<br><br>*/s/ Jeffrey H. Wood*<br>Jeffrey H. Wood (D.C. Bar No. 1024647)<br>Jared R. Wigginton (D.C. Bar No. 1033684)<br>700 K Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 639-7700<br>jeff.wood@bakerbotts.com<br>jared.wigginton@bakerbotts.com |

1

        Lily N. Chinn (DC Bar No. 979919)
        101 California Street
        San Francisco, CA 94111
        Phone: (415) 291-6200
        lily.chinn@bakerbotts.com

        Aaron M. Streett (TX Bar No. 24037561)
        (*pro hac vice*)
        Harrison Reback (TX Bar No. 24012897)
        (*pro hac vice*)
        910 Louisiana Street
        Houston, TX 77002-4995
        Phone: (713) 229-1234
        aaron.streett@bakerbotts.com
        harrison.reback@bakerbotts.com

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.3, I hereby certify that on this 26th day of April 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

                                                Respectfully submitted,
                                                BAKER BOTTS L.L.P.

                                                */s/ Jeffrey H. Wood*
                                                Jeffrey H. Wood (D.C. Bar No. 1024647)
                                                700 K Street, NW
                                                Washington, D.C. 20001
                                                Phone: (202) 639-7700
                                                jeff.wood@bakerbotts.com