IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>        Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER**

Upon Consideration of the State of Florida and the Florida Department of Environmental Protection's ("Florida Intervenors") consolidated brief in opposition to Plaintiffs' motion for summary judgment and in support of Florida Intervenors' cross-motion to dismiss, and in consideration of the entire record herunder, it is hereby **ORDERED** that Plaintiffs' motion for summary judgment is **DENIED** and that Florida Intervenors' cross-motion to dismiss is **GRANTED**.

**IT IS SO ORDERED.**

DATE: _____               _____
                                    HON. Randolph D. Moss
                                    **United States District Court Judge**

62591519.1

## LOCAL CIVIL RULE 7(K) CERTIFICATION:
## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to Local Civil Rule 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the entry of the proposed order's entry:

**TANIA GALLONI**
**CHRISTINA REICHERT**
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org

**BONNIE MALLOY**
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

**ANNA SEWELL**
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

**ANDREW S. COGHLAN**
U.S. Department of Justice
150 M Street NE
Ste 4.400
Washington, DC 20002
T: 202-514-9275
F: 202-514-8865
andrew.coghlan@usdoj.gov

**ALISON C. FINNEGAN**
U.S. Department of Justice
ENRD Division
P.O. Box 7611
Washington, DC 20044-7611
T: 202-305-0500
alison.c.finnegan@usdoj.gov

*Attorneys for Federal Defendants*

Dated: April 26, 2021.

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
Jared R. Wigginton (D.C. Bar No. 1033684)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com
jared.wigginton@bakerbotts.com

Lily N. Chinn (D.C. Bar No. 979919)
101 California Street
San Francisco, CA 94111
Phone: (415) 291-6200
lily.chinn@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
(*pro hac vice*)
Harrison F. Reback (TX Bar No. 24012897)
(*pro hac vice*)
910 Louisiana Street
Houston, TX 77002-4995
Phone: (713) 229-1234
aaron.streett@bakerbotts.com
harrison.reback@bakerbotts.com