IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>MICHAEL S. REGAN, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*,<br><br>     *Defendants*,<br><br>   and<br><br>STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>     *Defendant-Intervenors*. | Civil Action No. 1:21-cv-119 (RDM) |

**THE FLORIDA CHAMBER OF COMMERCE AND
ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS' MOTION FOR LEAVE
TO FILE A RESPONSE IN OPPOSITION TO THE PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT ON CLAIMS 8 AND 9 OF COMPLAINT**

In an abundance of caution to preserve their ability to appeal any decision on claims eight and nine of the Plaintiffs' Complaint, the Proposed Intervenors, Florida Chamber of Commerce ("Chamber") and Association of Florida Community Developers ("AFCD"), seek leave to file the attached Proposed Response in Opposition to the Plaintiffs' Motion for Partial Summary Judgment. The Proposed Response should not prejudice the Parties because the Chamber and AFCD are filing it on the date previously set by this Court for responses to the Plaintiffs' Motion

for Partial Summary Judgment, thereby giving the Plaintiffs ample time to respond to the arguments presented, and the Chamber and AFCD haven taken care to limit the arguments to prevent redundancies and unnecessary judicial labors.  *See* Attached.  The Chamber and AFCD thus ask this Court to accept the Proposed Response.

Consistent with the Local Rule 7(m), counsel for the Chamber and AFCD conferred with counsel for the other Parties regarding the relief sought in this Motion.  The Federal and State Defendants take no position.  The Plaintiffs oppose "given the Court hasn't allowed [the Chamber and AFCD] to intervene."

                                                                             Respectfully submitted,

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
GARY V. PERKO (FBN 855898)
EDWARD M. WENGER (FBN 85568)
HOPPING GREEN AND SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax: (850) 224-8551
mjazil@hgslaw.com
gperko@hgslaw.com
ewenger@hgslaw.com

*Counsel for the Florida Chamber of Commerce and Association of Florida Community Developers*

Dated: April 26, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

                                      Respectfully submitted,

                                      */s/ Mohammad O. Jazil*
                                            Attorney