IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MICHAEL S. REGAN, in his official Capacity as Administrator for the United States Environmental Protection Agency, *et al.*,<br><br>    *Defendants*,<br><br>    and<br><br>STATE OF FLORIDA and FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>    *Defendant-Intervenors*, | Civil Action No. 1:21-cv-119 (RDM) |

**[PROPOSED] ORDER GRANTING
THE FLORIDA CHAMBER OF COMMERCE AND
ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS'
MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS'
PARTIAL MOTION FOR SUMMARY JUDGMENT**

Pending before this Court is the Florida Chamber of Commerce and Association of Florida Community Developers' (collectively "Proposed Intervenors") Motion for Leave to File Response in Opposition to Plaintiffs' Partial Motion for Summary Judgment ("Motion"). This Court having reviewed the Motion, **IT IS HEREBY ORDERED** that the Motion for Leave to File Response in

Opposition is **GRANTED** and the Response in Opposition attached to the Proposed Intervenors' Motion is deemed filed as of April 26, 2021.

    **IT IS SO ORDERED**.

DATE:_____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. Randolph D. Moss
　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**

## LOCAL RULE 7(K) CERTIFICATION:

## NAMES AND PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to LCvR 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the entry of the proposed order's entry:

**TANIA GALLOONI**
**CHRISTINA REICHERT**
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

**BONNIE MALLOY**
Earthjustice
111 S. Martin Luther King Jr. Blvd.
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

**ANNA SEWELL**
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Attorneys for Plaintiffs*

**ANDREW S. COGHLAN**
U.S. Department of Justice
150 M Street NE
Ste 4.400
Washington, DC 20002
T: 202-514-9275
F: 202-514-8865
andrew.coghlan@usdoj.gov

**ALISON C. FINNEGAN**
U.S. Department of Justice
ENRD Division
P.O. Box 7611
Washington, DC 20044-7611
T: 202-305-0500
alison.c.finnegan@usdoj.gov

*Attorneys for Federal Defendants*

| | |
|---|---|
| **LILY CHINN**<br>BAKER BOTTS LLP<br>101 California Street Suite 3600<br>San Francisco, CA 94111<br>415-291-6214<br>lily.chinn@bakerbotts.com<br><br>**HARRISON REBACK**<br>BAKER BOTTS L.L.P.<br>910 Louisiana St.<br>Houston, TX 77002<br>713-229-1567<br>harrison.reback@bakerbotts.com | **JARED WIGGINTON**<br>BAKER BOTTS, LLP<br>The Warner Building<br>1299 Pennsylvania Avenue, NW<br>Suite 1300<br>Washington, DC 20004-2400<br>(202) 639-7766<br>jared.wigginton@bakerbotts.com<br><br>**JEFFREY WOOD**<br>BAKER BOTTS LLP<br>700 K St. NW<br>Washington, DC 20001<br>202-639-7732<br>jeff.wood@bakerbotts.com<br><br>*Attorneys for Intervenor-Defendant* |

Respectfully submitted,

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
GARY V. PERKO (FBN 855898)
EDWARD M. WENGER (FBN 85568)
HOPPING GREEN AND SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax: (850) 224-8551
mjazil@hgslaw.com
gperko@hgslaw.com
ewenger@hgslaw.com

*Counsel for the Florida Chamber of Commerce and Association of Florida Community Developers*

Dated: April 26, 2021