**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>            Plaintiffs,<br><br>     v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>            Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**NOTICE OF WITHDRAWAL OF JARED R. WIGGINTON
AS COUNSEL FOR FLORIDA INTERVENORS**

Pursuant to LCvR 83.6, Jared R. Wigginton hereby withdraws his appearance as counsel for the State of Florida and Florida Department of Environmental Protection ("Florida Intervenors"). As of May 21, 2021, Mr. Wigginton will no longer be employed at Baker Botts, L.L.P. Additionally, no trial date has been set and Florida Intervenors have signed an Acknowledgement of Withdrawal of Counsel. Florida Intervenors continue to be represented by other counsel who have entered appearances in this case, including Jeffrey H. Wood, Lily N. Chinn, Aaron M. Streett, and Harrison F. Reback of Baker Botts, L.L.P. Accordingly, this withdrawal is appropriate under LCvR 83.6(b).

Dated:  May 21, 2021.	Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jared R. Wigginton*
Jared R. Wigginton (D.C. Bar No. 1033684)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7732
jared.wigginton@bakerbotts.com

## STATE OF FLORIDA'S ACKNOWLEDGEMENT
## OF WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b) of the Rules of the United States District Court for the District of Columbia, Timothy Newhall, in his official capacity as Special Counsel, Office of Attorney General of the State of Florida, acknowledges that Jared R. Wigginton files this Notice of Withdrawal of Counsel and has no objection.

*/s/ Timothy Newhall*

**FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION'S
ACKNOWLEDGEMENT OF WITHDRAWAL OF COUNSEL**

Pursuant to LCvR 83.6(b) of the Rules of the United States District Court for the District of Columbia, Justin Wolfe, in his official capacity as General Counsel of the Florida Department of Environmental Protection, acknowledges that Jared R. Wigginton files this Notice of Withdrawal of Counsel and has no objection.

*/s/ Justin Wolfe*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

>
> Respectfully submitted,
> BAKER BOTTS L.L.P.
>
> */s/ Jared R. Wigginton*
> Jared R. Wigginton (D.C. Bar No. 1033684)
> 700 K Street, NW
> Washington, D.C. 20001
> Phone: (202) 639-7732
> jared.wigginton@bakerbotts.com