# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

## [PROPOSED] ORDER

Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper and St. Johns Riverkeeper have moved for summary judgment on the Eighth and Ninth Claims for Relief in their Complaint. Dkt 31. EPA cross-moved for partial summary judgment, Dkt. 34, and Florida cross-moved for partial summary judgment and to dismiss this matter, Dkt. 37. Having considered the parties' submissions, and the pertinent portions of the record,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Partial Summary Judgment, Dkt. 31, is **GRANTED**. EPA's Cross-Motion for Partial Summary Judgment, Dkt. 34, and Florida Cross-Motion for Partial Summary Judgment and Motion to Dismiss, Dkt. 37, are **DENIED**.

**SO ORDERED**.

_____
RANDOLPH D. MOSS
United States District Judge

Date: