UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>    Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File a Sur-Reply Opposing Defendant's Cross-Motion for Partial Summary Judgment, Dkt. 34, and Florida's Cross-Motion to Dismiss, Dkt. 36–37, **IT IS HEREBY ORDERED** that Plaintiffs' Motion, Dkt. 47, is **GRANTED**. Plaintiffs shall be permitted to file a sur-reply no greater than ten (10) pages in length within 7 days of this Order.

**SO ORDERED**.

_____
RANDOLPH D. MOSS
United States District Judge

Date: _____

1