# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>          Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

## [PROPOSED] ORDER

Upon consideration of the State of Florida and the Florida Department of Environmental Protection's brief in opposition to Plaintiffs' motion for leave to file a sur-reply, and in consideration of the entire record herunder, it is hereby **ORDERED** that Plaintiffs' motion for leave to file a sur-reply is **DENIED**.

**IT IS SO ORDERED.**

DATE: _____                    _____
                                        HON. Randolph D. Moss
                                        **United States District Court Judge**

62591519.1

## LOCAL CIVIL RULE 7(K) CERTIFICATION:
## NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to Local Civil Rule 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the entry of the proposed order's entry:

**TANIA GALLONI**
**CHRISTINA REICHERT**
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org

**BONNIE MALLOY**
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

**ANNA SEWELL**
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

**ANDREW S. COGHLAN**
U.S. Department of Justice
150 M Street NE
Ste 4.400
Washington, DC 20002
T: 202-514-9275
F: 202-514-8865
andrew.coghlan@usdoj.gov

**ALISON C. FINNEGAN**
U.S. Department of Justice
ENRD Division
P.O. Box 7611
Washington, DC 20044-7611
T: 202-305-0500
alison.c.finnegan@usdoj.gov

*Attorneys for Federal Defendants*

|  |  |
|---|---|
| Dated: June 14, 2021. | Respectfully submitted,<br>BAKER BOTTS L.L.P.<br><br>*/s/ Jeffrey H. Wood*<br>Jeffrey H. Wood (D.C. Bar No. 1024647)<br>700 K Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 639-7700<br>jeff.wood@bakerbotts.com<br><br>Lily N. Chinn (D.C. Bar No. 979919)<br>101 California Street<br>San Francisco, CA 94111<br>Phone: (415) 291-6200<br>lily.chinn@bakerbotts.com<br><br>Aaron M. Streett (TX Bar No. 24037561)<br>(*pro hac vice*)<br>Harrison F. Reback (TX Bar No. 24012897)<br>(*pro hac vice*)<br>910 Louisiana Street<br>Houston, TX 77002-4995<br>Phone: (713) 229-1234<br>aaron.streett@bakerbotts.com<br>harrison.reback@bakerbotts.com |