# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | **CASE NO.** 1:21-cv-00119 (RDM) |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

### PLAINTIFFS' NOTICE OF FILING JOINT APPENDIX OF ADMINISTRATIVE RECORD RELIED UPON IN BRIEFING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDMGENT, DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, AND INTERVENORS' CROSS-MOTION TO DISMISS

Pursuant to Local Rule 7(n), the parties have jointly prepared this appendix containing copies of those portions of the Administrative Record that are cited or otherwise relied upon in the memoranda in support of or in opposition to Plaintiffs' motion and Defendants' cross-motion for partial summary judgment (Dkt. 31, 34) and Intervenors' cross-motion to dismiss (Dkt. 36, 37). Attached hereto is an index which provides hyperlinks to the cited documents, but due to technical difficulties, we have not been able to upload the voluminous appendix. In accordance with the Court's standing order (Dkt. 3), courtesy copies of the Joint Appendix will be provided to Chambers.

Dated: June 21, 2021

1

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

* Appearing under LCvR 83.2(c)(1))

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org