# Administrative Record Joint Appendix[1]

| A.R. | Document |
|---|---|
| 0001 | Request To Assume Administration of a Clean Water Act Program: Florida, Notice and Request for Comments, 85 Fed. Reg. 57,853 (Sept. 16, 2020) |
| 0002 | Florida Section 404 Program Application, Florida State Statutes and Regulations Table of Contents, Aug. 20, 2020 |
| 0002-A1 | Florida Section 404 Program Application, Environmental Resource Permit Applicant's Handbook Volume I: through Appendix D, Aug. 20, 2020 |
| 0002-A2 | Florida Section 404 Program Application, Environmental Resource Permit Applicant's Handbook Volume I: Appendices E-K , Aug. 20, 2020 |
| 0002-A3 | Florida Section 404 Program Application, Southwest Florida Water Management District Environmental Resource Permit Applicant's Handbook Volume II., Aug. 20, 2020 |
| 0002-A4 | Florida Section 404 Program Application, Environmental Resource Permit Applicant's Handbook Volume II For Use Within the Geographic Limits of the South Florida Water Management, Aug. 20, 2020 |
| 0002-A5 | Florida Section 404 Program Application, Florida Admin. Code: 62-340: F.A.C. Data, Aug. 20, 2020 |
| 0002-A6 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.050: Request for Verification of an Exemption, Aug. 20, 2020 |
| 0002-A7 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.060, Application for Individual and Conceptual Approval Environmental Resource Permit, State 404 Program Permit, and Authorization to Use State-Owned Submerged Lands, Aug. 20, 2020 |
| 0002-A8 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.060 Section B: For Single-Family Projects, Aug. 20, 2020 |
| 0002-A9 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.060 Section C: Supplemental Information for Works or Other Activities In, On, or Over Wetlands and/or Other Surface Waters, Aug. 20, 2020 |
| 0002-A10 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.060 Section D: Supplemental Information for Works or Activities Within Surface Waters (Other Than a Single-Family Project), Aug. 20, 2020 |
| 0002-A11 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.060 Section E: Supplemental Information Required for Works or Other Activities Involving a Stormwater Management System (Other Than a Single-Family Project), Aug. 20, 2020 |
| 0002-A12 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.060 Section F: Application for Authorization to Use State-Owned Submerged Lands, Aug. 20, 2020 |
| 0002-A13 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.060 Section G: Supplemental Information Required for Mitigation Banks, Aug. 20, 2020 |

[1] The Parties identify citations to the Administrative Record and replace the lengthy "EPA-HQ-OW-2018-0640" prefix with "A.R." followed by the document identification number.

| 0002-A14 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.060 Section H: Supplemental Information for Stormwater Management Systems for Mines, Aug. 20, 2020 |
| --- | --- |
| 0002-A15 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.060 Section I: Supplemental Information for State 404 Program Permits, Aug. 20, 2020 |
| 0002-A16 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.201(2): Petition for a Formal Determination of the Landward Extent of Wetlands and Other Surface Waters, Aug. 20, 2020 |
| 0002-A17 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.340(1): Request to Transfer Environmental Resource and/or State 404 Program Permit, Aug. 20, 2020 |
| 0002-A18 | Florida Section 404 Program Application, Florida Admin. Code: 62-330.402(1): Notice of Intent to Use an Environmental Resource and/or State 404 Program General Permit, Aug. 20, 2020 |
| 0002-A19 | Florida Section 404 Program Application, Florida Admin. Code: 40D-1.660 Publications, Forms, and Agreements Incorporated by Reference, Aug. 20, 2020 |
| 0002-A20 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.010(5): State 404 Program Applicant's Handbook Aug. 20, 2020 |
| 0002-A21 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.020(1): 40 CFR Vol 27 Sec 232-3 2019, Aug. 20, 2020 |
| 0002-A22 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.053(3)(a)3: 33 USC 1317, Aug. 20, 2020 |
| 0002-A23 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.100(1): Transfer of State 404 Program General Permit Verification, Aug. 20, 2020 |
| 0002-A24 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.200(1): Certification of Compliance with a State 404 Program General Permit, Aug. 20, 2020 |
| 0002-A25 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.201(3)(l): 16 U.S.C. 668, Aug. 20, 2020 |
| 0002-A26 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.201(3)(l): 16 U.S.C. 703-712, Aug. 20, 2020 |
| 0002-A27 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.201(3)(n): Manatee Conditions, Aug. 20, 2020 |
| 0002-A28 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.201(3)(o): Sea Turtle and Smalltooth Sawfish Construction Conditions, Aug. 20, 2020 |
| 0002-A29 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.201(3)(v): 16 U.S.C. 470aa-470mm, Aug. 20, 2020 |
| 0002-A30 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.201(3)(v): 25 U.S.C. 3001-3013, Aug. 20, 2020 |
| 0002-A31 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.210(1)(a): 33 CFR 330.3, Aug. 20, 2020 |
| 0002-A32 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.221(1)(a): 40 CFR 300 7-1-2019 Part 1, Aug. 20, 2020 |
| 0002-A33 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.221(1)(a): 40 CFR 300 7-1-2019 Part 2, Aug. 20, 2020 |

| 0002-A34 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.221(1)(a): 40 CFR 112.3 7-1-2019, Aug. 20, 2020 |
|---|---|
| 0002-A35 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.221(1)(b): 40 CFR 761 7-1-2019, Aug. 20, 2020 |
| 0002-A36 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.221(2)(a): National Response Team Guidance, Aug. 20, 2020 |
| 0002-A37 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.227(3)(d): Feb. 19, 2007 Letter SFESO to COE Regarding the Panther Key, Aug. 20, 2020 |
| 0002-A38 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.244(2)(b): U.S.C. Title 16 Chapter 67 (2018), Aug. 20, 2020 |
| 0002-A39 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.245(3)(d): U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines, Aug. 20, 2020 |
| 0002-A40 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.248(3)(f): Permit Streamlining Quality Enhancement Strategies (QES) for Wetland Impact Minimization, Aug. 20, 2020 |
| 0002-A41 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.248(3)(s): Standard Protection Measures for the Eastern Indigo Snake, Aug. 20, 2020 |
| 0002-A42 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.248(1): As-Built Certification By Professional Engineer, Aug. 20, 2020 |
| 0002-A43 | Florida Section 404 Program Application, Florida Admin. Code: 62-331.110(1): State 404 Program Emergency Field Authorization, Aug. 20, 2020 |
| 0002-A44 | Florida Section 404 Program Application, Florida Admin. Code: 62-4 Aug. 20, 2020 |
| 0002-A45 | Florida Section 404 Program Application, Florida Admin. Code: 62-110: Exceptions to the Uniform Rules of Procedure, Aug. 20, 2020 |
| 0002-A46 | Florida Section 404 Program Application, Florida Admin. Code: 62-330 2018, Aug. 20, 2020 |
| 0002-A47 | Florida Section 404 Program Application, Florida Admin. Code: 62-330 adopted changes, Aug. 20, 2020 |
| 0002-A48 | Florida Section 404 Program Application, Florida Admin. Code: 62-331 as adopted, Aug. 20, 2020 |
| 0002-A49 | Florida Section 404 Program Application, Florida Admin. Code: 62-340: Delineation of the Landward Extent of Wetlands and Surface Waters, Aug. 20, 2020 |
| 0002-A50 | Florida Section 404 Program Application, Florida Statute: Chapter 120: Administrative Procedure Act, Aug. 20, 2020 |
| 0002-A51 | Florida Section 404 Program Application, Florida Statute: Chapter 373: Water Resources, Aug. 20, 2020 |
| 0002-A52 | Florida Section 404 Program Application, Florida Statute: Chapter 403: Environmental Control, Aug. 20, 2020 |
| 0002-A53 | Florida Section 404 Program Application, Florida Statute: HB1091 enrolled, Aug. 20, 2020 |
| 0002-A54 | Florida Section 404 Program Application, Florida Statute: SB712 enrolled, Aug. 20, 2020 |

| 0003 | Cover Page and Table of Contents for Florida's Request to Assume Administration of a Clean Water Act Section 404 Program, Aug. 20, 2020 |
| 0004 | Letter from Gov. Ron DeSantis, Florida to Mary S. Walker, U.S. EPA Requesting to Assume Administration of a Clean Water Act Section 404 Program, Aug. 18, 2020 |
| 0005 | Letter from Noah Valenstein, FDEP to Mary S. Walker, U.S. EPA Requesting to Assume Administration of a Clean Water Act Section 404 Program, Aug. 7, 2020 |
| 0006 | Florida's State 404 Program Description Cover Page and Introduction, Aug. 20, 2020 |
| 0007 | Florida's State 404 Program Description Section a: Description of the Scope and Structure of the State's Program |
| 0007-A1 | Appendix (a)-1: Overview of The Wetland and Other Surface Water Regulatory and Proprietary Programs in Florida, July 1, 2020 |
| 0008 | Florida's State 404 Program Description Section b: Description of the State's Permitting, Administrative, Judicial Review, and Other Applicable Procedures |
| 0009 | Florida's State 404 Program Description Section c: Description of the Basic Organization and Structure of FDEP |
| 0010 | Florida's State 404 Program Description Section d: Description of the Funding and Person-Power |
| 0011 | Florida's State 404 Program Description Section e: An Estimate of the Anticipated Workload |
| 0012 | Florida's State 404 Program Description Section f: Copies Of Permit Application Forms, Permit Forms, And Reporting Forms |
| 0012-A1 | Application Form: Request For Verification Of An Exemption |
| 0012-A2 | Application Form: Section A: Application For Individual And Conceptual Approval Environmental Resource Permit |
| 0012-A3 | Application Form: Section B: For Single-Family Projects |
| 0012-A4 | Application Form: Section C: Supplemental Information For Works Or Other Activities In, On, Or Over Wetlands And/or Other Surface Waters |
| 0012-A5 | Application Form: Section D: Supplemental Information For Works Or Activities Within Surface Waters (Other Than A Single-Family Project) |
| 0012-A6 | Application Form: Section E: Supplemental Information Required For Works Or Other Activities Involving A Stormwater Management (Other Than a Single-Family Project) |
| 0012-A7 | Application Form: Section F: Application For Authorization To Use State-Owned Submerged Lands |
| 0012-A8 | Application Form: Section G: Supplemental Information Required For Mitigation Banks |
| 0012-A9 | Application Form: Section H: Supplemental Information For Stormwater Management Systems For Mines |
| 0012-A10 | Application Form: Section I: Supplemental Information For State 404 Program Permits |
| 0012-A11 | Application Form: Petition For A Formal Determination Of The Landward Extent Of Wetlands And Other Surface Waters |
| 0012-A12 | Application Form: Notice of Intent To Use An Environmental Resource And/or State 404 Program General Permit |

| 0012-A13 | Other Form: Request To Transfer Environmental Resource And/or State 404 Program Permit |
| 0012-A14 | Other Form: Transfer Of State 404 Program General Permit Verification |
| 0012-A15 | Other Form: Certification Of Compliance With A State 404 Program General Permit |
| 0012-A16 | Other Form: As-Built Certification By Professional Engineer |
| 0012-A17 | Other Form: State 404 Program Emergency Field Authorization |
| 0012-A18 | Other Form: Chapter 62-340 F.A.C. Data Form |
| 0012-A19 | Permit Template: 404 Exemptions |
| 0012-A20 | Permit Template: 404 General Permits |
| 0012-A21 | Permit Template: 404 General Permits Does Not Qualify |
| 0012-A22 | Permit Template: 404 Individual Permits |
| 0012-A23 | Permit Template: State 404 Program Technical Staff Report Regulatory Basis Of Issuance |
| 0012-A24 | Public Notice Template: Public Notice Template For Enforcement |
| 0012-A25 | Public Notice Template: Public Notice Template For Permitting |
| 0013 | Florida's State 404 Program Section g: Description of the State's Compliance Evaluation and Enforcement Program |
| 0013-A1 | Attachment 1: DEP Directive 923: Settlement Guidelines for Civil and Administrative Penalties |
| 0013-A2 | Attachment 2: Guidelines for Characterizing ERP Violations |
| 0014 | Florida's State 404 Program Section h: Description of the Waters of the United States within a State over which the State Assumes Jurisdiction Under the Approved Program |
| 0015 | Florida's State 404 Program Section i: Description of Specific Best Management Practices for Exemptions |
| 0016 | Florida's State 404 Program Section j: Additional Information Related to the Program Description |
| 0016-A1 | Appendix j-1: Operating Agreement Between the FDEP And the Florida Division Of Historical Resources - State Historic Preservation Officer Regarding the State 404 Program, Aug. 6, 2020 |
| 0016-A2 | Memorandum of Understanding Between the Florida Fish and Wildlife Conservation Commission, the U.S. Fish and Wildlife Service, and the Florida Department of Environmental Protection, Aug. 5, 2020 |
| 0016-A3 | Appendix j-3: ERP Comparison with Federal Requirements |
| 0017 | Statement from Justin G. Wolfe, General Counsel, FDEP, July 31, 2020 |
| 0018 | Memorandum of Agreement between the Florida Department of Environmental Protection and the U.S. Environmental Protection Agency, July 31, 2020 |
| 0019 | Memorandum of Agreement Between the Florida Department of Environmental Protection and the Department of the Army, July 31, 2020 |
| 0020 | Cover Page and Table of Contents on Federal Statutes and Policies |
| 0020-A1 | Attachment 1: CWA Section 404(b)(1) Guidelines (30 CFR 230) |
| 0020-A2 | Attachment 2: CWA Section 404(g) Regulations on State and Tribal Section 404 Program Assumption |
| 0020-A3 | Attachment 3: National Historic Preservation Act Section 106 Implementing Regulations at 36 CFR Part 800 |
| 0020-A4 | Attachment 4: The National Historic Preservation Act |

| 0051 | Letter from Bonnie Malloy et al., Earthjustice, to Kelly Laylock, EPA, Oct. 23, 2020 |
|---|---|
| 0066 | Letter from Mark Perry et al., Everglades Coalition to Heather Mason, FDEP, Mar. 31, 2020 |
| 0223 | Letter from Noah Valenstein, FDEP to David Ross, U.S. EPA, Nov. 2, 2020 |
| 0386 | Letter from Tania Galloni et. al, Earthjustice et al., to Kelly Laylock, EPA, Nov. 2, 2020 |
| 0387-A8 | ESA Biological Assessment for Clean Water Act Section 404 Assumption by the State of Florida, July 24, 2020 |
| 0388-A2 | U.S. Env't Prot. Agency, Memorandum on Endangered Species Act Section 7(a)(2) Consultation for State and Tribal Clean Water Section 404 Program Approvals, Aug. 27, 2020 |
| 0416-A3 | Comment submitted by Mario Diaz-Balart and Alcee L. Hastings, Members of Congress, to David Ross, U.S. EPA, Nov. 2, 2020 |
| 0429 | Transcript, Virtual Public Hearing on FL's Request to Assume Administration of CWA Section 404 Program, Oct. 21, 2020 |
| 0430 | Transcript, Virtual Public Hearing on FL's Request to Assume Administration of CWA Section 404 Program, Oct. 27, 2020 |
| 0431 | Letter from Michelle Diffenderfer, on behalf of Seminole Tribe of Florida, to Kelly Laylock, EPA, Nov. 2, 2020 |
| 0564 | Approval of Florida's Clean Water Act Section 404 Assumption Request, 85 Fed. Reg. 83,533, Dec. 22, 2020 |
| 0566 | Letter from Mary Walker, EPA, to Governor Ron DeSantis, Florida, Dec. 17, 2020 |
| 0568 | U.S. EPA Response to Comments on the State of Florida's Program Submission Requesting to Assume Administration of a Clean Water Act Section 404 Program, Dec. 16, 2020 |
| 0569 | Letter from Jeaneanne Gettle, U.S EPA to the U.S. Army Corps of Engineers on EPA's Receipt of a Complete Package from Florida, Aug. 28, 2020 |
| 0574 | Transcript, Virtual Public Hearing on FL's Request to Assume Administration of CWA Section 404 Program, Oct. 27, 2020 |
| 0575 | Attendee List, Virtual Public Hearing on FL's Request to Assume Administration of CWA Section 404 Program, Oct. 27, 2020 |
| 0589 | Attendee List, Virtual Public Hearing on FL's Request to Assume Administration of CWA Section 404 Program, Oct. 21, 2020 |
| 0595 | Letter from Jeaneanne Gettle, U.S. EPA to Reid Nelson, Advisory Council on Historic Preservation, Dec. 16, 2020 |
| 0604 | Florida Assumption Public Hearing Transcripts, Oct. 21, 2020 |
| 0606 | U.S. Envtl. Prot. Agency, Responses to Comments from the National Historic Preservation Act Section 106 Consulting Parties on Florida's Request for Assumption |
| 0630 | Letter from Jeaneanne Gettle, U.S. EPA to Noah Valenstein, FDEP on EPA's Response to NHPA Consultation Comments, Dec. 16, 2020 |
| 0635 | Letter from David Ross, U.S. EPA, to NOAA and the U.S. FWS on FDEP's Non-Federal Representative Designation, Dec. 13, 2019 |
| 0636 | Letter from Mary Walker, U.S. EPA to Noah Valenstein, FDEP on Florida's Non-Federal Representative Designation, Dec. 12, 2019 |

| 0639 | Programmatic Agreement under the National Historic Preservation Act Section 106, Dec. 16, 2020 |
|------|-----------------------------------------------------------------------------------------------|
| 0641 | Letter from Mary Walker, EPA, to Governor Ron DeSantis, Florida, Aug. 28, 2020 |
| 0642 | U.S. Fish & Wildlife Serv., Programmatic Biological Opinion for U.S. Environmental Protection Agency's Approval of FDEP's Assumption of the Administration of the Dredge and Fill Permitting Program Under Section 404 of the Clean Water Act, Nov. 17, 2020 |
| 0660 | Memorandum from David Ross, EPA, to Mary Walker, EPA, Aug. 27, 2020 |
| 0662 | Memorandum from R.D. James, Assistant Secretary of the Army, Civil Works on Assumable Waters, July 30, 2018 |