IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE CONTENTS OF JOINT APPENDIX**

Plaintiffs, by and through undersigned counsel, respectfully move the Court for good cause to extend the time to file the contents of the parties' joint appendix (see Dkt. 49). Fed. R. Civ. P. 6(b)(1)(B). In support of the motion, Plaintiffs state the following:

The parties' briefing on Plaintiffs' Motion for Partial Summary Judgment (Dkt. 31), Defendants' Cross-Motion for Partial Summary Judgement (Dkt. 34), and Intervenors' Cross-Motion to Dismiss (Dkt. 36, 37), was completed on June 7, 2021. See Minute Entry, Feb. 18, 2021 (briefing schedule concluded June 7, 2021). Pursuant to Local Rule 7(n)(2), the parties' joint appendix was required to be filed within 14 days of the filing of the final memorandum,[1] June 21, 2021.

---

[1] Plaintiffs' motion for leave to file a sur-reply (Dkt. 47) remains pending before the Court.

In accordance with Local Rule 7(n)(2), the parties designated the relevant portions of the administrative record. Plaintiffs timely filed an index to the joint appendix, with hyperlinks to the cited portions of the administrative record. (Dkt. 49-1.) Plaintiffs had also prepared the voluminous contents of the joint appendix for filing, ensuring that each of its components was within the size limits of CM/ECF, and made numerous efforts to submit the filing. However, due to technical difficulties, Plaintiffs were unable to file the contents of the appendix on time.

Over the course of more than seven hours, Plaintiffs received various error messages from CM/ECF while trying to submit the contents of the appendix. (Exh. 1.) While Plaintiffs were able to upload the voluminous documents into CM/ECF, multiple efforts to have the filing accepted by CM/ECF were unsuccessful. Plaintiffs made several attempts to overcome the error messages, including by breaking the filing into multiple parts, re-printing the documents to PDF, and having multiple staff members attempt to file from different locations. Plaintiffs ultimately submitted the notice of filing, with the joint appendix index, advising the Court that there had been a technical difficulty in submitting the contents of the joint appendix. (Dkt. 49.)

In the morning, Plaintiffs' counsel contacted the ECF Coordinator, who said that the filing should have gone through, and advised Plaintiffs' counsel to try the same filing again, or, in the alternative, to email the documents to the Clerk for docketing. (Exh. 2.) Plaintiffs again attempted to file through CM/ECF, without success. Plaintiffs' counsel have now submitted the documents to the Clerk's office for docketing. (Exh. 3.)

Based on the foregoing, Plaintiffs respectfully request that their motion for an extension of time to submit the contents of the joint appendix be granted up to and including the date on

which the filing is docketed by the Clerk.  Plaintiffs have conferred with counsel for the Defendants and Intervenors who advise that they do not oppose the motion.

Dated: June 22, 2021

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

* Appearing under LCvR 83.2(c)(1))

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

                                            Respectfully submitted,

                                            /s/ Tania Galloni
                                            TANIA GALLONI
                                            Fla. Bar No. 619221
                                            Earthjustice
                                            4500 Biscayne Blvd., Ste 201
                                            Miami, FL 33137
                                            T: 305-440-5432
                                            F: 850-681-0020
                                            tgalloni@earthjustice.org