# EXHIBIT 1



**Other Documents**
1:21-cv-00119-RDM CENTER FOR BIOLOGICAL DIVERSITY et al v. ANDREW WHEELER et al

TYPE-C

ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted.

Error File: C:\fakepath\_Part 1 - 0001 - 0002-A5.pdf

Submitted Entries

| File Type | Filename | Category | Description |
|---|---|---|---|
| Main Document | C:\fakepath\f.Notice of Filing Joint Appendix_FINAL.pdf | - | - |
| Attachment #1 | C:\fakepath\Administrative Record Joint Appendix_FINAL.pdf | Appendix | Joint Appendix Index |
| Attachment #2 | C:\fakepath\_Part 1 - 0001 - 0002-A5.pdf | - | AR Documents - Part 1 |
| Attachment #3 | C:\fakepath\_Part 2 - 0002-A6 - A28.pdf | - | AR Documents - Part 2 |
| Attachment #4 | C:\fakepath\_Part 3 - 0002A-29 - A31.pdf | - | AR Documents - Part 3 |
| Attachment #5 | C:\fakepath\_Part 4 - _EPA-HQ-OW-2018-0640-0002-A32 PT a.pdf | - | AR Documents - Part 4a |
| Attachment #6 | C:\fakepath\_Part 4 - _EPA-HQ-OW-2018-0640-0002-A32 PT b.pdf | - | AR Documents - Part 4b |
| Attachment #7 | C:\fakepath\_Part 4 - _EPA-HQ-OW-2018-0640-0002-A32 PT c.pdf | - | AR Documents - Part 4c |

[Back]



