Case 1:21-cv-00119-RDM    Document 50-2    Filed 06/22/21    Page 1 of 2

# EXHIBIT 2

| | |
|---|---|
| **From:** | Christina Reichert |
| **Sent:** | Tuesday, June 22, 2021 11:28 AM |
| **To:** | renee_jackson@dcd.uscourts.gov |
| **Subject:** | ECF Technical Difficulties (case no. 1:21-cv-00119-RDM) |

Dear Renee,

I spoke with the ECF Coordinator this morning about technical difficulties with filing a Joint Appendix in case no. 1:21-cv-00119-RDM. I shared the error messages we received with her, and she explained that those errors should have been remedied when we printed the files to PDF to create new PDF files. Despite that fix, however, our filing was still unable to go through the ECF system.

Based on her recommendation, we are attempting to file our Joint Appendix again this morning, and if we are still unable to file electronically, she suggested sending you the PDF documents to assist us in docketing the Joint Appendix. I will follow up with you if our attempt to e-file is unsuccessful.

Please let me know if I can provide any additional information regarding these technical difficulties. Thank you for your assistance.

Sincerely,

Christina

Christina I. Reichert
*she/her/hers*
Associate Attorney
Florida Regional Office
Earthjustice
4500 Biscayne Boulevard, Suite 201
Miami, FL 31337
Phone: 305-440-5432*
Fax: 305-681-0020

* We are currently working remotely, so email is the best way to reach me.

www.earthjustice.org

facebook.com/earthjustice.org
twitter.com/earthjustice.org



*Because the earth needs a good lawyer*