# EXHIBIT 3

# Tania Galloni

| | |
|---|---|
| **From:** | Christina Reichert |
| **Sent:** | Tuesday, June 22, 2021 12:51 PM |
| **To:** | renee_jackson@dcd.uscourts.gov |
| **Cc:** | Tania Galloni; Bonnie Malloy; Briana Kleiner; Ana Correa |
| **Subject:** | RE: ECF Technical Difficulties (case no. 1:21-cv-00119-RDM) |
| **Attachments:** | Error 5.pdf |

Dear Renee,

I am following up on my prior message because we received an error message when attempting to submit our Joint Appendix in case no. 1:21-cv-00119-RDM on behalf of Center for Biological Diversity, National Wildlife Federation, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, St. Johns Riverkeeper, and Miami Waterkeeper.

As such, we are sending the PDF documents to you to assist us in docketing these files into the ECF system. The files are too large to email, so we are sending them via Sharefile: https://earthjustice.sharefile.com/f/fo6250ce-a9f9-4d71-9458-91a4860324a3.

If you have any issues accessing the files or require any additional information from us, please let me know. You can also call me any time before 2pm at my cell phone, 772-360-5430. After 2pm, you can reach Bonnie Malloy (copied on this email) at her cell phone, 850-322-8086. Thank you so much for your assistance.

Sincerely,
Christina

---

**From:** Christina Reichert
**Sent:** Tuesday, June 22, 2021 11:28 AM
**To:** renee_jackson@dcd.uscourts.gov
**Subject:** ECF Technical Difficulties (case no. 1:21-cv-00119-RDM)

Dear Renee,

I spoke with the ECF Coordinator this morning about technical difficulties with filing a Joint Appendix in case no. 1:21-cv-00119-RDM. I shared the error messages we received with her, and she explained that those errors should have been remedied when we printed the files to PDF to create new PDF files. Despite that fix, however, our filing was still unable to go through the ECF system.

Based on her recommendation, we are attempting to file our Joint Appendix again this morning, and if we are still unable to file electronically, she suggested sending you the PDF documents to assist us in docketing the Joint Appendix. I will follow up with you if our attempt to e-file is unsuccessful.

Please let me know if I can provide any additional information regarding these technical difficulties. Thank you for your assistance.

Sincerely,

Christina

Christina I. Reichert