**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

     Plaintiffs,

     v.                                            **CASE NO.** 1:21-cv-00119 (RDM)

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

     Defendants.

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File

Contents of Joint Appendix, filed June 22, 2021, **IT IS HEREBY ORDERED** that Plaintiffs'

Motion, Dkt. ___, is **GRANTED**.

**SO ORDERED**.

_____
RANDOLPH D. MOSS
United States District Judge

Date: _____