LIST OF FIGURES

*Figure number*

3–1  Overview of ground water migration pathway.
3–2  Net precipitation factor values.
4–1  Overview of surface water overland/flood migration component.
4–2  Overview of ground water to surface water migration component.
4–3  Sample determination of ground water to surface water angle.
5–1  Overview of the soil exposure and subsurface intrusion pathway.
6–1  Overview of air migration pathway.
6–2  Particulate migration potential factor values.
6–3  Particulate mobility factor values.

LIST OF TABLES

*Table number*

2–1  Sample pathway scoresheet.
2–2  Sample source characterization worksheet.
2–3  Observed release criteria for chemical analysis.
2–4  Toxicity factor evaluation.
2–5  Hazardous waste quantity evaluation equations.
2–6  Hazardous waste quantity factor values.
2–7  Waste characteristics factor category values.
3–1  Ground water migration pathway scoresheet.
3–2  Containment factor values for ground water migration pathway.
3–3  Monthly latitude adjusting values.
3–4  Net precipitation factor values.
3–5  Depth to aquifer factor values.
3–6  Hydraulic conductivity of geologic materials.
3–7  Travel time factor values.
3–8  Ground water mobility factor values.
3–9  Toxicity/mobility factor values.
3–10  Health-based benchmarks for hazardous substances in drinking water.
3–11  Nearest well factor values.
3–12  Distance-weighted population values for potential contamination factor for ground water migration pathway.
4–1  Surface water overland/flood migration component scoresheet.
4–2  Containment factor values for surface water migration pathway.
4–3  Drainage area values.
4–4  Soil group designations.
4–5  Rainfall/runoff values.
4–6  Runoff factor values.
4–7  Distance to surface water factor values.
4–8  Containment (flood) factor values.
4–9  Flood frequency factor values.
4–10  Persistence factor values—half-life.
4–11  Persistence factor values—log $K_{ow}$.
4–12  Toxicity/persistence factor values.
4–13  Surface water dilution weights.
4–14  Dilution-weighted population values for potential contamination factor for surface water migration pathway.
4–15  Bioaccumulation potential factor values.
4–16  Toxicity/persistence/bioaccumulation factor values.
4–17  Health-based benchmarks for hazardous substances in human food chain.
4–18  Human food chain population values.
4–19  Ecosystem toxicity factor values.
4–20  Ecosystem toxicity/persistence factor values.
4–21  Ecosystem toxicity/persistence/bioaccumulation factor values.
4–22  Ecological-based benchmarks for hazardous substances in surface water.
4–23  Sensitive environments rating values.
4–24  Wetlands rating values for surface water migration pathway.
4–25  Ground water to surface water migration component scoresheet.
4–26  Toxicity/mobility/persistence factor values.
4–27  Dilution weight adjustments.
4–28  Toxicity/mobility/persistence/bioaccumulation factor values.
4–29  Ecosystem toxicity/mobility/persistence factor values.
4–30  Ecosystem toxicity/mobility/persistence/bioaccumulation factor values.
5–1  Soil exposure component scoresheet.
5–2  Hazardous waste quantity evaluation equations for soil exposure component.
5–3  Health-based benchmarks for hazardous substances in soils.
5–4  Factor values for workers.
5–5  Terrestrial sensitive environments rating values.
5–6  Attractiveness/accessibility values.
5–7  Area of contamination factor values.
5–8  Nearby population likelihood of exposure factor values.
5–9  Nearby individual factor values.
5–10  Distance-weighted population values for nearby population threat.
5–11  Subsurface intrusion component scoresheet.
5–12  Structure containment.
5–13  Depth to contamination.
5–14  Effective porosity/permeability of geological materials.
5–15  Vertical migration factor values.
5–16  Values for vapor pressure and Henry's constant.
5–17  Vapor migration potential factor values for a hazardous substance.
5–18  Degradation factor value table.
5–19  Hazardous waste quantity evaluation equations for subsurface intrusion component.
5–20  Health-based benchmarks for hazardous substances in the subsurface intrusion component.
5–21  Weighting factor values for populations within an area of subsurface contamination.

6-1 Air migration pathway scoresheet.
6-2 Gas potential to release evaluation.
6-3 Gas containment factor values.
6-4 Source type factor values.
6-5 Values for vapor pressure and Henry's constant.
6-6 Gas migration potential values for a hazardous substance.
6-7 Gas migration potential values for the source.
6-8 Particulate potential to release evaluation.
6-9 Particulate containment factor values.
6-10 Particulate migration potential values.
6-11 Gas mobility factor values.
6-12 Particulate mobility factor values.
6-13 Toxicity/mobility factor values.
6-14 Health-based benchmarks for hazardous substances in air.
6-15 Air migration pathway distance weights.
6-16 Nearest individual factor values.
6-17 Distance-weighted population values for potential contamination factor for air pathway.
6-18 Wetlands rating values for air migration pathway.
7-1 HRS factors evaluated differently for radionuclides.
7-2 Toxicity factor values for radionuclides.

### 1.0 Introduction

The Hazard Ranking System (HRS) is the principal mechanism the U.S. Environmental Protection Agency (EPA) uses to place sites on the National Priorities List (NPL). The HRS serves as a screening device to evaluate the potential for releases of uncontrolled hazardous substances to cause human health or environmental damage. The HRS provides a measure of relative rather than absolute risk. It is designed so that it can be consistently applied to a wide variety of sites.

### 1.1 Definitions

*Acute toxicity:* Measure of toxicological responses that result from a single exposure to a substance or from multiple exposures within a short period of time (typically several days or less). Specific measures of acute toxicity used within the HRS include lethal dose$_{50}$ (LD$_{50}$) and lethal concentration$_{50}$ (LC$_{50}$), typically measured within a 24-hour to 96-hour period.

*Ambient Aquatic Life Advisory Concentrations (AALACs):* EPA's advisory concentration limit for acute or chronic toxicity to aquatic organisms as established under section 304(a)(1) of the Clean Water Act, as amended.

*Ambient Water Quality Criteria (AWQC)/National Recommended Water Quality Criteria:* EPA's maximum acute (Criteria Maximum Concentration or CMC) or chronic (Criterion Continuous Concentration or CCC) toxicity concentrations for protection of aquatic life and its uses as established under section 304(a)(1) of the Clean Water Act, as amended.

*Bioconcentration factor (BCF):* Measure of the tendency for a substance to accumulate in the tissue of an aquatic organism. BCF is determined by the extent of partitioning of a substance, at equilibrium, between the tissue of an aquatic organism and water. As the ratio of concentration of a substance in the organism divided by the concentration in water, higher BCF values reflect a tendency for substances to accumulate in the tissue of aquatic organisms. [unitless].

*Biodegradation:* Chemical reaction of a substance induced by enzymatic activity of microorganisms.

*CERCLA:* Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended (Pub. L. 96-510, as amended).

*Channelized flow:* Natural geological or manmade features such as karst, fractures, lava tubes, and utility conduits (*e.g.*, sewer lines), which allow ground water and/or soil gas to move through the subsurface environment more easily.

*Chronic toxicity:* Measure of toxicological responses that result from repeated exposure to a substance over an extended period of time (typically 3 months or longer). Such responses may persist beyond the exposure or may not appear until much later in time than the exposure. HRS measures of chronic toxicity include Reference Dose (RfD) and Reference Concentration (RfC) values.

*Contract Laboratory Program (CLP):* Analytical program developed for CERCLA waste site samples to fill the need for legally defensible analytical results supported by a high level of quality assurance and documentation.

*Contract-Required Detection Limit (CRDL):* Term equivalent to contract-required quantitation limit, but used primarily for inorganic substances.

*Contract-Required Quantitation Limit (CRQL):* Substance-specific level that a CLP laboratory must be able to routinely and reliably detect in specific sample matrices. It is not the lowest detectable level achievable, but rather the level that a CLP laboratory should reasonably quantify. The CRQL may or may not be equal to the quantitation limit of a given substance in a given sample. For HRS purposes, the term CRQL refers to both the contract-required quantitation limit and the contract-required detection limit.

*Crawl space:* The enclosed or semi-enclosed area between a regularly occupied structure's foundation (*e.g.*, pier and beam construction) and the ground surface. Crawl space samples are collected to determine the concentration of hazardous substances in the air beneath a regularly occupied structure.

*Curie (Ci):* Measure used to quantify the amount of radioactivity. One curie equals 37 billion nuclear transformations per second, and one picocurie (pCi) equals $10^{-12}$ Ci.

*Decay product:* Isotope formed by the radioactive decay of some other isotope. This newly formed isotope possesses physical and chemical properties that are different from those of its parent isotope, and may also be radioactive.

*Detection Limit (DL):* Lowest amount that can be distinguished from the normal random "noise" of an analytical instrument or method. For HRS purposes, the detection limit used is the method detection limit (MDL) or, for real-time field instruments, the detection limit of the instrument as used in the field.

*Dilution weight:* Parameter in the HRS surface water migration pathway that reduces the point value assigned to targets as the flow or depth of the relevant surface water body increases. [unitless].

*Distance weight:* Parameter in the HRS air migration pathway, ground water migration pathway, and the soil exposure component of the soil exposure and subsurface intrusion pathway that reduces the point value assigned to targets as their distance increases from the site. [unitless].

*Distribution coefficient (K$_d$):* Measure of the extent of partitioning of a substance between geologic materials (for example, soil, sediment, rock) and water (also called partition coefficient). The distribution coefficient is used in the HRS in evaluating the mobility of a substance for the ground water migration pathway. [ml/g].

*ED$_{10}$ (10 percent effective dose):* Estimated dose associated with a 10 percent increase in response over control groups. For HRS purposes, the response considered is cancer. [milligrams toxicant per kilogram body weight per day (mg/kg-day)].

*Food and Drug Administration Action Level (FDAAL):* Under section 408 of the Federal Food, Drug and Cosmetic Act, as amended, concentration of a poisonous or deleterious substance in human food or animal feed at or above which FDA will take legal action to remove adulterated products from the market. Only FDAALs established for fish and shellfish apply in the HRS.

*Half-life:* Length of time required for an initial concentration of a substance to be halved as a result of loss through decay. The HRS considers five decay processes for assigning surface water persistence: Biodegradation, hydrolysis, photolysis, radioactive decay, and volatilization. The HRS considers two decay processes for assigning subsurface intrusion degradation: Biodegradation and hydrolysis.

*Hazardous substance:* CERCLA hazardous substances, pollutants, and contaminants as defined in CERCLA sections 101(14) and 101(33), except where otherwise specifically noted in the HRS.

*Hazardous wastestream:* Material containing CERCLA hazardous substances (as defined in CERCLA section 101(14)) that was deposited, stored, disposed, or placed in, or that otherwise migrated to, a source.

*HRS "factor":* Primary rating elements internal to the HRS.

*HRS "factor category":* Set of HRS factors (that is, likelihood of release [or exposure], waste characteristics, targets).

*HRS "migration pathways":* HRS ground water, surface water, and air migration pathways.

*HRS "pathway":* Set of HRS factor categories combined to produce a score to measure relative risks posed by a site in one of four environmental pathways (that is, ground water, surface water, soil exposure and subsurface intrusion, and air).

*HRS "site score":* Composite of the four HRS pathway scores.

*Henry's law constant:* Measure of the volatility of a substance in a dilute solution of water at equilibrium. It is the ratio of the vapor pressure exerted by a substance in the gas phase over a dilute aqueous solution of that substance to its concentration in the solution at a given temperature. For HRS purposes, use the value reported at or near 25 °C. [atmosphere-cubic meters per mole (atm-m$^3$/mol)].

*Hydrolysis:* Chemical reaction of a substance with water.

*Indoor air:* The air present within a structure.

*Inhalation Unit Risk (IUR):* The upper-bound excess lifetime cancer risk estimated to result from continuous exposure to an agent (i.e., hazardous substance) at a concentration of 1μg/m$^3$ in air.

*Karst:* Terrain with characteristics of relief and drainage arising from a high degree of rock solubility in natural waters. The majority of karst occurs in limestones, but karst may also form in dolomite, gypsum, and salt deposits. Features associated with karst terrains typically include irregular topography, sinkholes, vertical shafts, abrupt ridges, caverns, abundant springs, and/or disappearing streams. Karst aquifers are associated with karst terrain.

*LC$_{50}$ (lethal concentration, 50 percent):* Concentration of a substance in air [typically micrograms per cubic meter (μg/m$^3$)] or water [typically micrograms per liter (μg/l)] that kills 50 percent of a group of exposed organisms. The LC$_{50}$ is used in the HRS in assessing acute toxicity.

*LD$_{50}$ (lethal dose, 50 percent):* Dose of a substance that kills 50 percent of a group of exposed organisms. The LD$_{50}$ is used in the HRS in assessing acute toxicity [milligrams toxicant per kilogram body weight (mg/kg)].

*Maximum Contaminant Level (MCL):* Under section 1412 of the Safe Drinking Water Act,

as amended, the maximum permissible concentration of a substance in water that is delivered to any user of a public water supply.

*Maximum Contaminant Level Goal (MCLG):* Under section 1412 of the Safe Drinking Water Act, as amended, a nonenforceable concentration for a substance in drinking water that is protective of adverse human health effects and allows an adequate margin of safety.

*Method Detection Limit (MDL):* Lowest concentration of analyte that a method can detect reliably in either a sample or blank.

*Mixed radioactive and other hazardous substances:* Material containing both radioactive hazardous substances and nonradioactive hazardous substances, regardless of whether these types of substances are physically separated, combined chemically, or simply mixed together.

*National Ambient Air Quality Standards (NAAQS):* Primary standards for air quality established under sections 108 and 109 of the Clean Air Act, as amended.

*National Emission Standards for Hazardous Air Pollutants (NESHAPs):* Standards established for substances listed under section 112 of the Clean Air Act, as amended. Only those NESHAPs promulgated in ambient concentration units apply in the HRS.

*Non-Aqueous Phase Liquid (NAPL):* Contaminants and substances that are water-immiscible liquids composed of constituents with varying degrees of water solubility.

*Octanol-water partition coefficient ($K_{ow}$ [or P]):* Measure of the extent of partitioning of a substance between water and octanol at equilibrium. The $K_{ow}$ is determined by the ratio between the concentration in octanol divided by the concentration in water at equilibrium. [unitless].

*Organic carbon partition coefficient ($K_{oc}$):* Measure of the extent of partitioning of a substance, at equilibrium, between organic carbon in geologic materials and water. The higher the $K_{oc}$, the more likely a substance is to bind to geologic materials than to remain in water. [ml/g].

*Photolysis:* Chemical reaction of a substance caused by direct absorption of solar energy (direct photolysis) or caused by other substances that absorb solar energy (indirect photolysis).

*Preferential subsurface intrusion pathways:* Subsurface features such as animal burrows, cracks in walls, spaces around utility lines, or drains through which a hazardous substance moves more easily into a regularly occupied structure.

*Radiation:* Particles (alpha, beta, neutrons) or photons (x- and gamma-rays) emitted by radionuclides.

*Radioactive decay:* Process of spontaneous nuclear transformation, whereby an isotope of one element is transformed into an isotope of another element, releasing excess energy in the form of radiation.

*Radioactive half-life:* Time required for one-half the atoms in a given quantity of a specific radionuclide to undergo radioactive decay.

*Radioactive substance:* Solid, liquid, or gas containing atoms of a single radionuclide or multiple radionuclides.

*Radioactivity:* Property of those isotopes of elements that exhibit radioactive decay and emit radiation.

*Radionuclide/radioisotope:* Isotope of an element exhibiting radioactivity. For HRS purposes, "radionuclide" and "radioisotope" are used synonymously.

*Reference concentration (RfC):* An estimate of a continuous inhalation exposure to the human population that is likely to be without an appreciable risk of deleterious effects during a lifetime.

*Reference dose (RfD):* An estimate of a daily oral exposure to the human population that is likely to be without an appreciable risk of deleterious effects during a lifetime.

*Regularly occupied structures:* Structures with enclosed air space, where people either reside, attend school or day care, or work on a regular basis, or that were previously occupied but vacated due to a site-related hazardous substance(s). This also includes resource structures (*e.g.*, library, church, tribal structure).

*Removal action:* Action that removes hazardous substances from the site for proper disposal or destruction in a facility permitted under the Resource Conservation and Recovery Act or the Toxic Substances Control Act or by the Nuclear Regulatory Commission.

*Roentgen (R):* Measure of external exposures to ionizing radiation. One roentgen equals that amount of x-ray or gamma radiation required to produce ions carrying a charge of 1 electrostatic unit (esu) in 1 cubic centimeter of dry air under standard conditions. One microroentgen (μR) equals $10^{-6}$ R.

*Sample quantitation limit (SQL):* Quantity of a substance that can be reasonably quantified given the limits of detection for the methods of analysis and sample characteristics that may affect quantitation (for example, dilution, concentration).

*Screening concentration:* Media-specific benchmark concentration for a hazardous substance that is used in the HRS for comparison with the concentration of that hazardous substance in a sample from that media. The screening concentration for a specific hazardous substance corresponds to its reference concentration for inhalation exposures or reference dose for oral exposures, as appropriate, and, if the substance is a human carcinogen with either a weight-of-evidence classification of A, B, or C, or a weight-of-evidence classification of carcinogenic to humans, likely to be carcinogenic to humans or suggestive evidence of carcinogenic potential, to that concentration that

corresponds to its $10^{-6}$ individual lifetime excess cancer risk for inhalation exposures or for oral exposures, as appropriate.

*Shallow ground water:* The uppermost saturated zone, typically unconfined.

*Site:* Area(s) where a hazardous substance has been deposited, stored, disposed, or placed, or has otherwise come to be located. Such areas may include multiple sources and may include the area between sources.

*Slope factor (also referred to as cancer potency factor):* Estimate of the probability of response (for example, cancer) per unit intake of a substance over a lifetime. The slope factor is typically used to estimate upperbound probability of an individual developing cancer as a result of exposure to a particular level of a human carcinogen with either a weight-of-evidence classification of A, B, or C, or a weight-of-evidence classification of carcinogenic to humans, likely to be carcinogenic to humans or having suggestive evidence of carcinogenic potential. [(mg/kgday)$^{-1}$ for non-radioactive substances and (pCi)$^{-1}$ for radioactive substances].

*Soil gas:* The gaseous elements and compounds in the small spaces between particles of soil.

*Soil porosity:* The degree to which the total volume of soil is permeated with pores or cavities through which fluids (including air or gas) can move. It is typically calculated as the ratio of the pore spaces within the soil to the overall volume of the soil.

*Source:* Any area where a hazardous substance has been deposited, stored, disposed, or placed, plus those soils that have become contaminated from migration of a hazardous substance. Sources do not include those volumes of air, ground water, surface water, or surface water sediments that have become contaminated by migration, except: In the case of either a ground water plume with no identified source or contaminated surface water sediments with no identified source, the plume or contaminated sediments may be considered a source.

*Subslab:* The area immediately beneath a regularly occupied structure with a basement foundation or a slab-on-grade foundation. Subslab samples are collected to determine the concentration of hazardous substances in the soil gas beneath a home or building.

*Subsurface intrusion:* The migration of hazardous substances from the unsaturated zone and/or ground water into overlying structures.

*Target distance limit:* Maximum distance over which targets for the site are evaluated. The target distance limit varies by HRS pathway.

*Unit risk:* The upper-bound excess lifetime cancer risk estimated to result from continuous exposure to an agent (*i.e.,* hazardous substance) at a concentration of 1 µg/L in water, or 1 µg/m³ in air.

*Unsaturated zone:* The portion of subsurface between the land surface and the zone of saturation. It extends from the ground surface to the top of the shallowest ground water table (excluding localized or perched water).

*Uranium Mill Tailings Radiation Control Act (UMTRCA) Standards:* Standards for radionuclides established under sections 102, 104, and 108 of the Uranium Mill Tailings Radiation Control Act, as amended.

*Vapor pressure:* Pressure exerted by the vapor of a substance when it is in equilibrium with its solid or liquid form at a given temperature. For HRS purposes, use the value reported at or near 25 °C. [atmosphere or torr].

*Volatilization:* Physical transfer process through which a substance undergoes a change of state from a solid or liquid to a gas.

*Water solubility:* Maximum concentration of a substance in pure water at a given temperature. For HRS purposes, use the value reported at or near 25 °C. [milligrams per liter (mg/l)].

*Weight-of-evidence:* EPA classification system for characterizing the evidence supporting the designation of a substance as a human carcinogen. The EPA weight-of-evidence, depending on the date EPA updated the profile, includes either the groupings:

• Group A: Human carcinogen—sufficient evidence of carcinogenicity in humans.

• Group B1: Probable human carcinogen—limited evidence of carcinogenicity in humans.

• Group B2: Probable human carcinogen—sufficient evidence of carcinogenicity in animals.

• Group C: Possible human carcinogen—limited evidence of carcinogenicity in animals.

• Group D: Not classifiable as to human carcinogenicity—applicable when there is no animal evidence, or when human or animal evidence is inadequate.

• Group E: Evidence of noncarcinogenicity for humans.

Or the descriptors:

• Carcinogenic to humans.

• Likely to be carcinogenic to humans.

• Suggestive evidence of carcinogenic potential.

• Inadequate information to assess carcinogenic potential.

• Not likely to be carcinogenic to humans.

## 2.0 EVALUATIONS COMMON TO MULTIPLE PATHWAYS

2.1 *Overview.* The HRS site score (S) is the result of an evaluation of four pathways:

• Ground Water Migration ($S_{gw}$).

• Surface Water Migration ($S_{sw}$).

• Soil Exposure and Subsurface Intrusion ($S_{sessi}$).

• Air Migration ($S_a$).

The ground water and air migration pathways use single threat evaluations, while the surface water migration and soil exposure and subsurface intrusion pathways use multiple threat evaluations. Three threats are evaluated for the surface water migration pathway: Drinking water, human food chain, and environmental. These threats are evaluated for two separate migration components—overland/flood migration and ground water to surface water migration. Two components are evaluated for the soil exposure and subsurface intrusion pathway: Soil exposure and subsurface intrusion. The soil exposure component evaluates two threats: Resi-

dent population and nearby population, and the subsurface intrusion component is a single threat evaluation.

The HRS is structured to provide a parallel evaluation for each of these pathways, components, and threats. This section focuses on these parallel evaluations, starting with the calculation of the individual pathway scores.

2.1.1 *Calculation of HRS site score.* Scores are first calculated for the individual pathways as specified in sections 2 through 7 and then are combined for the site using the following root-mean-square equation to determine the overall HRS site score, which ranges from 0 to 100:

$$S = \sqrt{\frac{S_{gw}^2 + S_{sw}^2 + S_{sessi}^2 + S_a^2}{4}}$$

2.1.2 *Calculation of pathway score.* Table 2–1, which is based on the air migration pathway, illustrates the basic parameters used to calculate a pathway score. As Table 2–1 shows, each pathway (component or threat) score is the product of three "factor categories": Likelihood of release, waste characteristics, and targets. (The soil exposure and subsurface intrusion pathway uses likelihood of exposure rather than likelihood of release.) Each of the three factor categories contains a set of factors that are assigned numerical values and combined as specified in sections 2 through 7. The factor values are rounded to the nearest integer, except where otherwise noted.

2.1.3 *Common evaluations.* Evaluations common to all four HRS pathways include:

• Characterizing sources.

—Identifying sources (and, for the soil exposure and subsurface intrusion pathway, areas of observed contamination, areas of observed exposure and/or areas of subsurface contamination [see sections 5.1.0 and 5.2.0]).

—Identifying hazardous substances associated with each source (or area of observed contamination, or observed exposure, or subsurface contamination).

—Identifying hazardous substances available to a pathway.

TABLE 2–1—SAMPLE PATHWAY SCORESHEET

| Factor category | Maximum value | Value assigned |
|---|---|---|
| **Likelihood of Release** | | |
| 1. Observed Release | 550 | |
| 2. Potential to Release | 500 | |
| 3. Likelihood of Release (higher of lines 1 and 2) | 550 | |
| **Waste Characteristics** | | |
| 4. Toxicity/Mobility | (ª) | |
| 5. Hazardous Waste Quantity | (ª) | |
| 6. Waste Characteristics | 100 | |
| **Targets** | | |
| 7. Nearest Individual. | | |
| 7a. Level I | 50 | |
| 7b. Level II | 45 | |
| 7c. Potential Contamination | 20 | |
| 7d. Nearest Individual (higher of lines 7a, 7b, or 7c) | 50 | |
| 8. Population | (ᵇ) | |
| 8a. Level I | (ᵇ) | |
| 8b. Level II | (ᵇ) | |

TABLE 2-1—SAMPLE PATHWAY SCORESHEET—Continued

| Factor category | Maximum value | Value assigned |
|---|---|---|
| 8c. Potential Contamination ............................................................................ | (b) | |
| 8d. Total Population (lines 8a+8b+8c). | | |
| 9. Resources ................................................................................................... | 5 | |
| 10. Sensitive Environments | | |
| 10a. Actual Contamination ............................................................................... | (b) | |
| 10b. Potential Environments ............................................................................. | (b) | |
| 10c. Sensitive Environments (lines 10a+10b) .................................................. | (b) | |
| 11. Targets (lines 7d+8d+9+10c) ....................................................................... | (b) | |
| 12. Pathway Score is the product of Likelihood of Release, Waste Characteristics, and Targets, divided by 82,500. Pathway scores are limited to a maximum of 100 points. | | |

ª Maximum value applies to waste characteristics category. The product of lines 4 and 5 is used in Table 2-7 to derive the value for the waste characteristics factor category.
ᵇ There is no limit to the human population or sensitive environments factor values. However, the pathway score based solely on sensitive environments is limited to a maximum of 60 points.

- Scoring likelihood of release (or likelihood of exposure) factor category.
  —Scoring observed release (or observed exposure or observed contamination).
  —Scoring potential to release when there is no observed release.
- Scoring waste characteristics factor category.
  —Evaluating toxicity.
  ■ Combining toxicity with mobility, persistence, degradation and/or bioaccumulation (or ecosystem bioaccumulation) potential, as appropriate to the pathway (component or threat).
  ■ Evaluating hazardous waste quantity.
  —Combining hazardous waste quantity with the other waste characteristics factors.
  ■ Determining waste characteristics factor category value.
- Scoring targets factor category.
  —Determining level of contamination for targets.

These evaluations are essentially identical for the three migration pathways (ground water, surface water, and air). However, the evaluations differ in certain respects for the soil exposure and subsurface intrusion pathway.

Section 7 specifies modifications that apply to each pathway when evaluating sites containing radioactive substances.

Section 2 focuses on evaluations common at the pathway, component, and threat levels. Note that for the ground water and surface water migration pathways, separate scores are calculated for each aquifer (see section 3.0) and each watershed (see sections 4.1.1.3 and 4.2.1.5) when determining the pathway scores for a site. Although the evaluations in section 2 do not vary when different aquifers or watersheds are scored at a site, the specific factor values (for example, observed release, hazardous waste quantity, toxicity/mobility) that result from these evaluations can vary by aquifer and by watershed at the site. This can occur through differences both in the specific sources and targets eligible to be evaluated for each aquifer and watershed and in whether observed releases can be established for each aquifer and watershed. Such differences in scoring at the aquifer and watershed level are addressed in sections 3 and 4, not section 2.

2.2 *Characterize sources.* Source characterization includes identification of the following:

- Sources (and areas of observed contamination, areas of observed exposure, or areas of subsurface contamination) at the site.
- Hazardous substances associated with these sources (or areas of observed contamination, areas of observed exposure, or areas of subsurface contamination).
- Pathways potentially threatened by these hazardous substances.

Table 2-2 presents a sample worksheet for source characterization.

2.2.1 *Identify sources.* For the three migration pathways, identify the sources at the site that contain hazardous substances. Identify the migration pathway(s) to which each source applies. For the soil exposure and subsurface intrusion pathway, identify areas of observed contamination, areas of observed exposure, and/or areas of subsurface contamination at the site (see sections 5.1.0 and 5.2.0).

TABLE 2-2—SAMPLE SOURCE
CHARACTERIZATION WORKSHEET

Source: ___
A. Source dimensions and hazardous waste quantity.
Hazardous constituent quantity: ___
Hazardous wastestream quantity: ___
Volume: ___
Area: ___
Area of observed contamination: ___
Area of observed exposure: ___
Area of subsurface contamination: ___
B. Hazardous substances associated with the source.

Environmental Protection Agency

| Hazardous substance | Available to pathway | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Air | | Ground Water (GW) | Surface Water (SW) | | Soil Exposure/Subsurface Intrusion (SESSI) | | | |
| | | | | | | Soil exposure | | Subsurface Intrusion | |
| | Gas | Particulate | | Overland/flood | GW to SW | Resident | Nearby | Area of observed exposure | Area of subsurface contamination |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

121

2.2.2 *Identify hazardous substances associated with a source.* For each of the three migration pathways, consider those hazardous substances documented in a source (for example, by sampling, labels, manifests, oral or written statements) to be associated with that source when evaluating each pathway. In some instances, a hazardous substance can be documented as being present at a site (for example, by labels, manifests, oral or written statements), but the specific source(s) containing that hazardous substance cannot be documented. For the three migration pathways, in those instances when the specific source(s) cannot be documented for a hazardous substance, consider the hazardous substance to be present in each source at the site, except sources for which definitive information indicates that the hazardous substance was not or could not be present.

For an area of observed contamination in the soil exposure component of the soil exposure and subsurface intrusion pathway, consider only those hazardous substances that meet the criteria for observed contamination for that area (see section 5.1.0) to be associated with that area when evaluating the pathway.

For an area of observed exposure or areas of subsurface contamination (see section 5.2.0) in the subsurface intrusion component of the soil exposure and subsurface intrusion pathway, consider only those hazardous substances that:

• Meet the criteria for observed exposure, or

• Meet the criteria for observed release in an area of subsurface contamination and have a vapor pressure greater than or equal to one torr or a Henry's constant greater than or equal to $10^{-5}$ atm-m³/mol, or

• Meet the criteria for observed release in a structure within, or in a sample from below, an area of observed exposure and have a vapor pressure greater than or equal to one torr or a Henry's constant greater than or equal to $10^{-5}$ atm-m³/mol.

2.2.3 *Identify hazardous substances available to a pathway.* In evaluating each migration pathway, consider the following hazardous substances available to migrate from the sources at the site to the pathway:

• Ground water migration.
—Hazardous substances that meet the criteria for an observed release (see section 2.3) to ground water.
—All hazardous substances associated with a source with a ground water containment factor value greater than 0 (see section 3.1.2.1).

• Surface water migration—overland/flood component.
—Hazardous substances that meet the criteria for an observed release to surface water in the watershed being evaluated.

—All hazardous substances associated with a source with a surface water containment factor value greater than 0 for the watershed (see sections 4.1.2.1.2.1.1 and 4.1.2.1.2.2.1).

• Surface water migration—ground water to surface water component.
—Hazardous substances that meet the criteria for an observed release to ground water.
—All hazardous substances associated with a source with a ground water containment factor value greater than 0 (see sections 4.2.2.1.2 and 3.1.2.1).

• Air migration.
—Hazardous substances that meet the criteria for an observed release to the atmosphere.
—All gaseous hazardous substances associated with a source with a gas containment factor value greater than 0 (see section 6.1.2.1.1).
—All particulate hazardous substances associated with a source with a particulate containment factor value greater than 0 (see section 6.1.2.2.1).

• For each migration pathway, in those instances when the specific source(s) containing the hazardous substance cannot be documented, consider that hazardous substance to be available to migrate to the pathway when it can be associated (see section 2.2.2) with at least one source having a containment factor value greater than 0 for that pathway.

In evaluating the soil exposure and subsurface intrusion pathway, consider the following hazardous substances available to the pathway:

• Soil exposure component—resident population threat.
—All hazardous substances that meet the criteria for observed contamination at the site (see section 5.1.0).

• Soil exposure component—nearby population threat.
—All hazardous substances that meet the criteria for observed contamination at areas with an attractiveness/accessibility factor value greater than 0 (see section 5.1.2.1.1).

• Subsurface intrusion component.
—All hazardous substances that meet the criteria for observed exposure at the site (see section 5.2.0).
—All hazardous substances with a vapor pressure greater than or equal to one torr or a Henry's constant greater than or equal to $10^{-5}$ atm-m³/mol that meet the criteria for an observed release in an area of subsurface contamination (see section 5.2.0).
—All hazardous substances that meet the criteria for an observed release in a structure within, or in a sample from

below, an area of observed exposure (see section 5.2.0).

2.3 *Likelihood of release.* Likelihood of release is a measure of the likelihood that a waste has been or will be released to the environment. The likelihood of release factor category is assigned the maximum value of 550 for a migration pathway whenever the criteria for an observed release are met for that pathway. If the criteria for an observed release are met, do not evaluate potential to release for that pathway. When the criteria for an observed release are not met, evaluate potential to release for that pathway, with a maximum value of 500. The evaluation of potential to release varies by migration pathway (see sections 3, 4 and 6).

Establish an observed release either by direct observation of the release of a hazardous substance into the media being evaluated

(for example, surface water) or by chemical analysis of samples appropriate to the pathway being evaluated (see sections 3, 4 and 6). The minimum standard to establish an observed release by chemical analysis is analytical evidence of a hazardous substance in the media significantly above the background level. Further, some portion of the release must be attributable to the site. Use the criteria in Table 2–3 as the standard for determining analytical significance. (The criteria in Table 2–3 are also used in establishing observed contamination for the soil exposure component and for establishing areas of observed exposure and areas of subsurface contamination in the subsurface intrusion component of the soil exposure and subsurface intrusion pathway, see section 5.1.0 and section 5.2.0). Separate criteria apply to radionuclides (see section 7.1.1).

TABLE 2–3—OBSERVED RELEASE CRITERIA FOR CHEMICAL ANALYSIS

| |
|---|
| Sample Measurement < Sample Quantitation Limit.[a] |
| No observed release is established. |
| Sample Measurement ≥ Sample Quantitation Limit.[a] |
| An observed release is established as follows: |
|     • If the background concentration is not detected (or is less than the detection limit), an observed release is established when the sample measurement equals or exceeds the sample quantitation limit.[a] |
|     • If the background concentration equals or exceeds the detection limit, an observed release is established when the sample measurement is 3 times or more above the background concentration. |

[a] If the sample quantitation limit (SQL) cannot be established, determine if there is an observed release as follows:
—If the sample analysis was performed under the EPA Contract Laboratory Program, use the EPA contract-required quantitation limit (CRQL) in place of the SQL.
—If the sample analysis is not performed under the EPA Contract Laboratory Program, use the detection limit (DL) in place of the SQL.

2.4 *Waste characteristics.* The waste characteristics factor category includes the following factors: Hazardous waste quantity, toxicity, and as appropriate to the pathway or threat being evaluated, mobility, persistence, degradation, and/or bioaccumulation (or ecosystem bioaccumulation) potential.

2.4.1 *Selection of substance potentially posing greatest hazard.* For all pathways (components and threats), select the hazardous substance potentially posing the greatest hazard for the pathway (component or threat) and use that substance in evaluating the waste characteristics category of the pathway (component or threat). For the three migration pathways (and threats), base the selection of this hazardous substance on the toxicity factor value for the substance, combined with its mobility, persistence, and/or bioaccumulation (or ecosystem bioaccumulation) potential factor values, as applicable to the migration pathway (or threat). For the soil exposure component of the soil exposure and subsurface intrusion pathway, base the selection on the toxicity factor alone. For the subsurface intrusion component of the soil exposure and subsurface intrusion pathway, base the selection on the toxicity factor

value for the substance, combined with its degradation factor value. Evaluation of the toxicity factor is specified in section 2.4.1.1. Use and evaluation of the mobility, persistence, degradation, and/or bioaccumulation (or ecosystem bioaccumulation) potential factors vary by pathway (component or threat) and are specified under the appropriate pathway (component or threat) section. Section 2.4.1.2 identifies the specific factors that are combined with toxicity in evaluating each pathway (component or threat).

2.4.1.1 *Toxicity factor.* Evaluate toxicity for those hazardous substances at the site that are available to the pathway being scored. For all pathways and threats, except the surface water environmental threat, evaluate human toxicity as specified below. For the surface water environmental threat, evaluate ecosystem toxicity as specified in section 4.1.4.2.1.1.

Establish human toxicity factor values based on quantitative dose-response parameters for the following three types of toxicity:

    • Cancer—Use slope factors (also referred to as cancer potency factors) combined with

weight-of-evidence ratings for carcinogenicity for all exposure routes except inhalation. Use inhalation unit risk (IUR) for inhalation exposure. If an inhalation unit risk or a slope factor is not available for a substance, use its $ED_{10}$ value to estimate a slope factor as follows:

$$\text{Slope factor} = \frac{1}{6\,(ED_{10})}$$

• Noncancer toxicological responses of chronic exposure—use reference dose (RfD) or reference concentration (RfC) values as applicable.

• Noncancer toxicological responses of acute exposure—use acute toxicity parameters, such as the $LD_{50}$.

Assign human toxicity factor values to a hazardous substance using Table 2–4, as follows:

• If RfD/RfC and slope factor/inhalation unit risk values are available for the hazardous substance, assign the substance a value from Table 2–4 for each. Select the higher of the two values assigned and use it as the overall toxicity factor value for the hazardous substance.

• If either an RfD/RfC or slope factor/inhalation unit risk value is available, but not both, assign the hazardous substance an overall toxicity factor value from Table 2–4 based solely on the available value (RfD/RfC or slope factor/inhalation unit risk).

• If neither an RfD/RfC nor inhalation unit risk value is available, assign the hazardous substance an overall toxicity factor value from Table 2–4 based solely on acute toxicity. That is, consider acute toxicity in Table 2–4 only when both RfD/RfC and slope factor/IUR values are not available.

• If neither an RfD/RfC, nor slope factor/inhalation unit risk, nor acute toxicity value is available, assign the hazardous substance an overall toxicity factor value of 0 and use other hazardous substances for which information is available in evaluating the pathway.

TABLE 2–4—TOXICITY FACTOR EVALUATION

| | Assigned value |
|---|---|
| **Chronic Toxicity (Human)** | |
| Reference dose (RfD) (mg/kg-day): | |
| RfD < 0.0005 | 10,000 |
| 0.0005 ≤ RfD < 0.005 | 1,000 |
| 0.005 ≤ RfD < 0.05 | 100 |
| 0.05 ≤ RfD < 0.5 | 10 |
| 0.5 ≤ RfD | 1 |
| RfD not available | 0 |
| Reference concentration (RfC) (mg/m³): | |
| RfC < 0.0001 | 10,000 |
| 0.0001 ≤ RfC < 0.006 | 1,000 |
| 0.006 ≤ RfC < 0.2 | 100 |
| 0.2 ≤ RfC < 2.0 | 10 |
| 2.0 ≤ RfC | 1 |
| RfC not available | 0 |

| Carcinogenicity (human) | | | |
|---|---|---|---|
| A or Carcinogenic to humans | B or Likely to be carcinogenic to humans | C or Suggestive evidence of carcinogenic potential | Assigned value |
| **Weight-of-evidence[a]/Slope factor (mg/kg-day)⁻¹** | | | |
| 0.5 ≤ SF[b] | 5 ≤ SF | 50 ≤ SF | 10,000 |
| 0.05 ≤ SF < 0.5 | 0.5 ≤ SF < 5 | 5 ≤ SF < 50 | 1,000 |
| SF < 0.05 | 0.05 ≤ SF < 0.5 | 0.5 ≤ SF < 5 | 100 |
| | SF < 0.05 | SF < 0.5 | 10 |
| Slope factor not available | Slope factor not available | Slope factor not available | 0 |
| **Weight-of-evidence[a]/Inhalation unit risk (μg/m³)** | | | |
| 0.00004 ≤ IUR[c] | 0.0004 ≤ IUR | 0.004 ≤ IUR | 10,000 |
| 0.000001 ≤ IUR < 0.00004 | 0.0001 ≤ IUR < 0.0004 | 0.001 ≤ IUR < 0.004 | 1,000 |
| IUR < 0.000001 | 0.00001 ≤ IUR < 0.0001 | 0.0001 ≤ IUR < 0.001 | 100 |
| | IUR < 0.00001 | 0.0001 ≤ IUR < 0.0001 | 10 |
| | | IUR < 0.0001 | |
| Inhalation unit risk not available | Inhalation unit risk not available | Inhalation unit risk not available | 0 |

[a] A, B, and C, as well as Carcinogenic to humans, Likely to be carcinogenic to humans, and Suggestive evidence of carcinogenic potential refer to weight-of-evidence categories. Assign substances with a weight-of-evidence category of D (inadequate evidence of carcinogenicity) or E (evidence of lack of carcinogenicity), as well as inadequate information to assess carcinogenic potential and not likely to be carcinogenic to humans a value of 0 for carcinogenicity.

[b] SF = Slope factor.

[c] IUR = Inhalation Unit Risk.

**Environmental Protection Agency**                              **Pt. 300, App. A**

| Acute Toxicity (human) | | | | |
|---|---|---|---|---|
| Oral LD$_{50}$ (mg/kg) | Dermal LD$_{50}$ (mg/kg) | Dust or mist LC$_{50}$ (mg/l) | Gas or vapor LC$_{50}$ (ppm) | Assigned value |
| LD$_{50}$ < 5 .................... | LD$_{50}$ < 2 .................... | LC$_{50}$ < 0.2 .................... | LC$_{50}$ < 20 .................... | 1,000 |
| 5 ≤ LD$_{50}$ < 50 .......... | 2 ≤ LD$_{50}$ < 20 .......... | 0.2 ≤ LC$_{50}$ < 2 .......... | 20 ≤ LC$_{50}$ <200 .......... | 100 |
| 50 ≤ LD$_{50}$ < 500 ...... | 20 ≤ LD$_{50}$ < 200 ...... | 2 ≤ LC$_{50}$ <20 ............ | 200 ≤ LC$_{50}$ <2,000 ...... | 10 |
| 500 ≤ LD$_{50}$ ................ | 200 ≤ LD$_{50}$ ................ | 20 ≤ LC$_{50}$ ................ | 2,000 ≤ LC$_{50}$ ................ | 1 |
| LD$_{50}$ not available ...... | LD$_{50}$ not available ...... | LC$_{50}$ not available ...... | LC$_{50}$ not available ...... | 0 |

If a toxicity factor value of 0 is assigned to all hazardous substances available to a particular pathway (that is, insufficient toxicity data are available for evaluating all the substances), use a default value of 100 as the overall human toxicity factor value for all hazardous substances available to the pathway. For hazardous substances having usable toxicity data for multiple exposure routes (for example, inhalation and ingestion), consider all exposure routes and use the highest assigned value, regardless of exposure route, as the toxicity factor value. For HRS purposes, assign both asbestos and lead (and its compounds) a human toxicity factor value of 10,000.

Separate criteria apply for assigning factor values for human toxicity and ecosystem toxicity for radionuclides (see sections 7.2.1 and 7.2.2).

2.4.1.2 *Hazardous substance selection.* For each hazardous substance evaluated for a migration pathway (or threat), combine the human toxicity factor value (or ecosystem toxicity factor value) for the hazardous substance with a mobility, persistence, and/or bioaccumulation (or ecosystem bioaccumulation) potential factor value as follows:

• Ground water migration.
—Determine a combined human toxicity/ mobility factor value for the hazardous substance (see section 3.2.1).
• Surface water migration—overland/flood migration component.
—Determine a combined human toxicity/ persistence factor value for the hazardous substance for the drinking water threat (see section 4.1.2.2.1).
—Determine a combined human toxicity/ persistence/bioaccumulation factor value for the hazardous substance for the human food chain threat (see section 4.1.3.2.1).
—Determine a combined ecosystem toxicity/persistence/bioaccumulation factor value for the hazardous substance for the environmental threat (see section 4.1.4.2.1).
• Surface water migration—ground water to surface water migration component.
—Determine a combined human toxicity/ mobility/persistence factor value for the hazardous substance for the drinking water threat (see section 4.2.2.2.1).

—Determine a combined human toxicity/ mobility/persistence/bioaccumulation factor value for the hazardous substance for the human food chain threat (see section 4.2.3.2.1).
—Determine a combined ecosystem toxicity/mobility/persistence/bioaccumulation factor value for the hazardous substance for the environmental threat (see section 4.2.4.2.1).
• Air migration.
—Determine a combined human toxicity/ mobility factor value for the hazardous substance (see section 6.2.1).

Determine each combined factor value for a hazardous substance by multiplying the individual factor values appropriate to the pathway (or threat). For each migration pathway (or threat) being evaluated, select the hazardous substance with the highest combined factor value and use that substance in evaluating the waste characteristics factor category of the pathway (or threat).

For the soil exposure and subsurface intrusion pathway, determine toxicity and toxicity/degradation factor values as follows:

• Soil exposure and subsurface intrusion— soil exposure component.
—Select the hazardous substance with the highest human toxicity factor value from among the substances that meet the criteria for observed contamination for the threat evaluated and use that substance in evaluating the waste characteristics factor category (see section 5.1.1.2.1).
• Soil exposure and subsurface intrusion— subsurface intrusion component.
—Determine a combined human toxicity/ degradation factor value for each hazardous substance being evaluated that:
■ Meets the criteria for observed exposure, or
■ Meets the criteria for observed release in an area of subsurface contamination and has a vapor pressure greater than or equal to one torr or a Henry's constant greater than or equal to 10$^{-3}$ atm-m$^3$/ mol, or
■ Meets the criteria for an observed release in a structure within, or in a sample from below, an area of observed exposure and has a vapor pressure greater than or equal to one torr or a Henry's

125

constant greater than or equal to $10^{-5}$ atm-m³/mol.

—Select the hazardous substance with the highest combined factor value and use that substance in evaluating the waste characteristics factor category (see sections 5.2.1.2.1 and 5.2.1.2.2).

*2.4.2 Hazardous waste quantity.* Evaluate the hazardous waste quantity factor by first assigning each source (or area of observed contamination, area of observed exposure, or area of subsurface contamination) a source hazardous waste quantity value as specified below. Sum these values to obtain the hazardous waste quantity factor value for the pathway being evaluated.

In evaluating the hazardous waste quantity factor for the three migration pathways, allocate hazardous substances and hazardous wastestreams to specific sources in the manner specified in section 2.2.2, except: Consider hazardous substances and hazardous wastestreams that cannot be allocated to any specific source to constitute a separate "unallocated source" for purposes of evaluating only this factor for the three migration pathways. Do not, however, include a hazardous substance or hazardous wastestream in the unallocated source for a migration pathway if there is definitive information indicating that the substance or wastestream could only have been placed in sources with a containment factor value of 0 for that migration pathway.

In evaluating the hazardous waste quantity factor for the soil exposure component of the soil exposure and subsurface intrusion pathway, allocate to each area of observed contamination only those hazardous substances that meet the criteria for observed contamination for that area of observed contamination and only those hazardous wastestreams that contain hazardous substances that meet the criteria for observed contamination for that area of observed contamination. Do not consider other hazardous substances or hazardous wastestreams at the site in evaluating this factor for the soil exposure component of the soil exposure and subsurface intrusion pathway.

In evaluating the hazardous waste quantity factor for the subsurface intrusion component of the soil exposure and subsurface intrusion pathway, allocate to each area of observed exposure or area of subsurface contamination only those hazardous substances and hazardous wastestreams that contain hazardous substances that:

• Meet the criteria for observed exposure, or
• Meet the criteria for observed release in an area of subsurface contamination and have a vapor pressure greater than or equal to one torr or a Henry's constant greater than or equal to $10^{-5}$ atm-m³/mol, or
• Meet the criteria for an observed release in a structure within, or in a sample from

below, an area of observed exposure and have a vapor pressure greater than or equal to one torr or a Henry's constant greater than or equal to $10^{-5}$ atm-m³/mol.

Do not consider other hazardous substances or hazardous wastestreams at the site in evaluating this factor for the subsurface intrusion component of the soil exposure and subsurface intrusion pathway. When determining the hazardous waste quantity for multi-subunit structures, use the procedures identified in section 5.2.1.2.2.

*2.4.2.1 Source hazardous waste quantity.* For each of the three migration pathways, assign a source hazardous waste quantity value to each source (including the unallocated source) having a containment factor value greater than 0 for the pathway being evaluated. Consider the unallocated source to have a containment factor value greater than 0 for each migration pathway.

For the soil exposure component of the soil exposure and subsurface intrusion pathway, assign a source hazardous waste quantity value to each area of observed contamination, as applicable to the threat being evaluated.

For the subsurface intrusion component of the soil exposure and subsurface intrusion pathway, assign a source hazardous waste quantity value to each regularly occupied structure within an area of observed exposure or an area of subsurface contamination that has a structure containment factor value greater than 0. If sufficient data is available and state of the science shows there is no unacceptable risk due to subsurface intrusion into a regularly occupied structure located within an area of subsurface contamination, that structure can be excluded from the area of subsurface contamination.

For determining all hazardous waste quantity calculations except for an unallocated source or an area of subsurface contamination, evaluate using the following four measures in the following hierarchy:

• Hazardous constituent quantity.
• Hazardous wastestream quantity.
• Volume.
• Area.

For the unallocated source, use only the first two measures. For an area of subsurface contamination, evaluate non-radioactive hazardous substances using only the last two measures and evaluate radioactive hazardous substances using hazardous wastestream quantity only. See also section 7.0 regarding the evaluation of radioactive substances.

Separate criteria apply for assigning a source hazardous waste quantity value for radionuclides (see section 7.2.5).

*2.4.2.1.1 Hazardous constituent quantity.* Evaluate hazardous constituent quantity for the source (or area of observed contamination) based solely on the mass of CERCLA hazardous substances (as defined in CERCLA

**Environmental Protection Agency**                    **Pt. 300, App. A**

section 101(14), as amended) allocated to the source (or area of observed contamination), except:

• For a hazardous waste listed pursuant to section 3001 of the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act of 1976 (RCRA), 42 U.S.C. 6901 *et seq.*, determine its mass for the evaluation of this measure as follows:

—If the hazardous waste is listed solely for Hazard Code T (toxic waste), include only the mass of constituents in the hazardous waste that are CERCLA hazardous substances and not the mass of the entire hazardous waste.

—If the hazardous waste is listed for any other Hazard Code (including T plus any other Hazard Code), include the mass of the entire hazardous waste.

• For a RCRA hazardous waste that exhibits the characteristics identified under section 3001 of RCRA, as amended, determine its mass for the evaluation of this measure as follows:

—If the hazardous waste exhibits only the characteristic of toxicity (or only the characteristic of EP toxicity), include only the mass of constituents in the hazardous waste that are CERCLA hazardous substances and not the mass of the entire hazardous waste.

—If the hazardous waste exhibits any other characteristic identified under section 3001 (including any other characteristic plus the characteristic of toxicity [or the characteristic of EP toxicity]), include the mass of the entire hazardous waste.

Based on this mass, designated as C, assign a value for hazardous constituent quantity as follows:

• For the migration pathways, assign the source a value for hazardous constituent quantity using the Tier A equation of Table 2–5.

• For the soil exposure and subsurface intrusion pathway—soil exposure component, assign the area of observed contamination a value using the Tier A equation of Table 5–2 (section 5.1.1.2.2).

• For the soil exposure and subsurface intrusion pathway—subsurface intrusion component, assign the area of observed exposure a value using the Tier A equation of Table 5–19 (section 5.2.1.2.2).

If the hazardous constituent quantity for the source (or area of observed contamination or area of observed exposure) is adequately determined (that is, the total mass of all CERCLA hazardous substances in the source and releases from the source [or in the area of observed contamination or area of observed exposure] is known or is estimated with reasonable confidence), do not evaluate the other three measures discussed below. Instead assign these other three measures a value of 0 for the source (or area of observed contamination or area of observed exposure) and proceed to section 2.4.2.1.5.

If the hazardous constituent quantity is not adequately determined, assign the source (or area of observed contamination or area of observed exposure) a value for hazardous constituent quantity based on the available data and proceed to section 2.4.2.1.2.

TABLE 2–5—HAZARDOUS WASTE QUANTITY EVALUATION EQUATIONS

| Tier | Measure | Units | Equation for assigning value [a] |
|---|---|---|---|
| A | Hazardous constituent quantity (C) | lb | C. |
| B [b] | Hazardous wastestream quantity (W) | lb | W/5,000. |
| C [b] | Volume (V). | | |
| | Landfill | yd³ | V/2,500. |
| | Surface impoundment | yd³ | V/2.5. |
| | Surface impoundment (buried/backfilled) | yd³ | V/2.5. |
| | Drums [c] | gallon | V/500. |
| | Tanks and containers other than drums | yd³ | V/2.5. |
| | Contaminated soil | yd³ | V/2,500. |
| | Pile | yd³ | V/2.5. |
| | Other | yd³ | V/2.5. |
| D [b] | Area (A). | | |
| | Landfill | ft² | A/3,400. |
| | Surface impoundment | ft² | A/13. |
| | Surface impoundment (buried/backfilled) | ft² | A/13. |
| | Land treatment | ft² | A/270. |
| | Pile [d] | ft² | A/13. |
| | Contaminated soil | ft² | A/34,000. |

[a] Do not round to nearest integer.
[b] Convert volume to mass when necessary: 1 ton = 2,000 pounds = 1 cubic yard = 4 drums = 200 gallons.
[c] If actual volume of drums is unavailable, assume 1 drum=50 gallons.
[d] Use land surface area under pile, not surface area of pile.

127

2.4.2.1.2 *Hazardous wastestream quantity.* Evaluate hazardous wastestream quantity for the source (or area of observed contamination or area of observed exposure) based on the mass of hazardous wastestreams plus the mass of any additional CERCLA pollutants and contaminants (as defined in CERCLA section 101[33], as amended) that are allocated to the source (or area of observed contamination or area of observed exposure). For a wastestream that consists solely of a hazardous waste listed pursuant to section 3001 of RCRA, as amended or that consists solely of a RCRA hazardous waste that exhibits the characteristics identified under section 3001 of RCRA, as amended, include the mass of that entire hazardous waste in the evaluation of this measure.

Based on this mass, designated as W, assign a value for hazardous wastestream quantity as follows:

• For the migration pathways, assign the source a value for hazardous wastestream quantity using the Tier B equation of Table 2–5.

• For the soil exposure and subsurface intrusion pathway—soil exposure component, assign the area of observed contamination a value using the Tier B equation of Table 5–2 (section 5.1.1.2.2).

• For the soil exposure and subsurface intrusion pathway—subsurface intrusion component, assign the area of observed exposure a value using the Tier B equation of Table 5–19 (section 5.2.1.2.2).

Do not evaluate the volume and area measures described below if the source is the unallocated source or if the following condition applies:

• The hazardous wastestream quantity for the source (or area of observed contamination or area of observed exposure) is adequately determined—that is, total mass of all hazardous wastestreams and CERCLA pollutants and contaminants for the source and releases from the source (or for the area of observed contamination) is known or is estimated with reasonable confidence.

If the source is the unallocated source or if this condition applies, assign the volume and area measures a value of 0 for the source (or area of observed contamination) and proceed to section 2.4.2.1.5. Otherwise, assign the source (or area of observed contamination) a value for hazardous wastestream quantity based on the available data and proceed to section 2.4.2.1.3.

2.4.2.1.3 *Volume.* Evaluate the volume measure using the volume of the source (or the volume of the area of observed contamination, area of observed exposure, or area of subsurface contamination). For the soil exposure and subsurface intrusion pathway, restrict the use of the volume measure to those areas of observed contamination, areas of observed exposure, or areas of subsurface contamination as specified in sections 5.1.1.2.2 and 5.2.1.2.2.

Based on the volume, designated as V, assign a value to the volume measure as follows:

• For the migration pathways, assign the source a value for volume using the appropriate Tier C equation of Table 2-5.

• For the soil exposure and subsurface intrusion pathway—soil exposure component, assign the area of observed contamination a value for volume using the appropriate Tier C equation of Table 5-2 (section 5.1.1.2.2).

• For the soil exposure and subsurface intrusion pathway—subsurface intrusion component, assign the value based on the volume of the regularly occupied structures within the area of observed exposure or area of subsurface contamination using the Tier C equation of Table 5-19 (section 5.2.1.2.2).

If the volume of the source (or volume of the area of observed contamination, area of observed exposure, or area of subsurface contamination, if applicable) can be determined, do not evaluate the area measure. Instead, assign the area measure a value of 0 and proceed to section 2.4.2.1.5. If the volume cannot be determined (or is not applicable for the soil exposure and subsurface intrusion pathway), assign the source (or area of observed contamination, area of observed exposure, or area of subsurface contamination) a value of 0 for the volume measure and proceed to section 2.4.2.1.4.

2.4.2.1.4 *Area.* Evaluate the area measure using the area of the source (or the area of the area of observed contamination, area of observed exposure, or area of subsurface contamination). Based on this area, designated as A, assign a value to the area measure as follows:

• For the migration pathways, assign the source a value for area using the appropriate Tier D equation of Table 2-5.

• For the soil exposure and subsurface intrusion pathway—soil exposure component, assign the area of observed contamination a value for area using the appropriate Tier D equation of Table 5-2 (section 5.1.1.2.2).

• For the soil exposure and subsurface intrusion pathway—subsurface intrusion component, assign a value based on the area of regularly occupied structures within the area of observed exposure or area of subsurface contamination using the Tier D equation of Table 5-19 (section 5.2.1.2.2).

2.4.2.1.5 *Calculation of source hazardous waste quantity value.* Select the highest of the values assigned to the source (or areas of observed contamination, areas of observed exposure, or areas of subsurface contamination) for the hazardous constituent quantity, hazardous wastestream quantity, volume, and area measures. Assign this value as the source hazardous waste quantity value. Do not round to the nearest integer.

2.4.2.2 *Calculation of hazardous waste quantity factor value.* Sum the source hazardous waste quantity values assigned to all sources (including the unallocated source) or areas of observed contamination, areas of observed exposure, or areas of subsurface contamination for the pathway being evaluated and round this sum to the nearest integer, except: If the sum is greater than 0, but less than 1, round it to 1. Based on this value, select a hazardous waste quantity factor value for the pathway from Table 2–6.

TABLE 2–6—HAZARDOUS WASTE QUANTITY FACTOR VALUES

| Hazardous waste quantity value | Assigned value |
|---|---|
| 0 | 0 |
| 1 [a] to 100 | [b]1 |
| Greater than 100 to 10,000 | 100 |
| Greater than 10,000 to 1,000,000 | 10,000 |
| Greater than 1,000,000 | 1,000,000 |

[a] If the hazardous waste quantity value is greater than 0, but less than 1, round it to 1 as specified in text.

[b] For the pathway, if hazardous constituent quantity is not adequately determined, assign a value as specified in the text; do not assign the value of 1.

For a migration pathway, if the hazardous constituent quantity is adequately determined (see section 2.4.2.1.1) for all sources (or all portions of sources and releases remaining after a removal action), assign the value from Table 2–6 as the hazardous waste quantity factor value for the pathway. If the hazardous constituent quantity is not adequately determined for one or more sources (or one or more portions of sources or releases remaining after a removal action) assign a factor value as follows:

• If any target for that migration pathway is subject to Level I or Level II concentrations (see section 2.5), assign either the value from Table 2–6 or a value of 100, whichever is greater, as the hazardous waste quantity factor value for that pathway.

• If none of the targets for that pathway is subject to Level I or Level II concentrations, assign a factor value as follows:

—If there has been no removal action, assign either the value from Table 2–6 or a value of 10, whichever is greater, as the hazardous waste quantity factor value for that pathway.

—If there has been a removal action:

■ Determine values from Table 2–6 with and without consideration of the removal action.

■ If the value that would be assigned from Table 2–6 without consideration of the removal action would be 100 or greater, assign either the value from Table 2–6 with consideration of the removal action or a value of 100, whichever is greater, as the hazardous waste quantity factor value for the pathway.

■ If the value that would be assigned from Table 2–6 without consideration of the removal action would be less than 100, assign a value of 10 as the hazardous waste quantity factor value for the pathway.

For the soil exposure component of the soil exposure and subsurface intrusion pathway, if the hazardous constituent quantity is adequately determined for all areas of observed contamination, assign the value from Table 2–6 as the hazardous waste quantity factor value. If the hazardous constituent quantity is not adequately determined for one or more areas of observed contamination, assign either the value from Table 2–6 or a value of 10, whichever is greater, as the hazardous waste quantity factor value.

For the subsurface intrusion component of the soil exposure and subsurface intrusion pathway, if the hazardous constituent quantity is adequately determined for all areas of observed exposure, assign the value from Table 2–6 as the hazardous waste quantity factor value. If the hazardous constituent quantity is not adequately determined for one or more areas of observed exposure, assign either the value from Table 2–6 or assign a factor value as follows:

• If any target for the subsurface intrusion component is subject to Level I or Level II concentrations (see section 2.5), assign either the value from Table 2–6 or a value of 100, whichever is greater, as the hazardous waste quantity factor value for this component.

• If none of the targets for the subsurface intrusion component is subject to Level I or Level II concentrations and if there has been a removal or other temporary response action that does not permanently interrupt target exposure form subsurface intrusion, assign a factor value as follows:

—Determine the values from Table 2–6 with and without consideration of the removal or other temporary response action.

—If the value that would be assigned from Table 2–6 without consideration of the removal or other temporary response action would be 100 or greater, assign either the value from Table 2–6 with consideration of the removal action or a value of 100, whichever is greater, as the hazardous waste quantity factor value for the component.

—If the value that would be assigned from Table 2–6 without consideration of the removal or other temporary response action would be less than 100, assign a value of 10 as the hazardous waste quantity factor value for the component.

• Otherwise, if none of the targets for the subsurface intrusion component is subject to Level I or Level II concentrations and there has not been a removal action, assign a value from Table 2–6 or a value of 10, whichever is greater.

2.4.3 *Waste characteristics factor category value.* Determine the waste characteristics factor category value as specified in section 2.4.3.1 for all pathways and threats, except the surface water-human food chain threat and the surface water-environmental threat. Determine the waste characteristics factor category value for these latter two threats as specified in section 2.4.3.2.

2.4.3.1 *Factor category value.* For the pathway (component or threat) being evaluated, multiply the toxicity or combined factor value, as appropriate, from section 2.4.1.2 and the hazardous waste quantity factor value from section 2.4.2.2, subject to a maximum product of 1x10⁸. Based on this waste characteristics product, assign a waste characteristics factor category value to the pathway (component or threat) from Table 2–7.

TABLE 2–7—WASTE CHARACTERISTICS FACTOR CATEGORY VALUES

| Waste characteristics product | Assigned value |
| --- | --- |
| 0 | 0 |
| Greater than 0 to less than 10 | 1 |
| 10 to less than $1\times10^2$ | 2 |
| $1\times10^2$ to less than $1\times10^3$ | 3 |
| $1\times10^3$ to less than $1\times10^4$ | 6 |
| $1\times10^4$ to less than $1\times10^5$ | 10 |
| $1\times10^5$ to less than $1\times10^6$ | 18 |
| $1\times10^6$ to less than $1\times10^7$ | 32 |
| $1\times10^7$ to less than $1\times10^8$ | 56 |
| $1\times10^8$ to less than $1\times10^9$ | 100 |
| $1\times10^9$ to less than $1\times10^{10}$ | 180 |
| $1\times10^{10}$ to less than $1\times10^{11}$ | 320 |
| $1\times10^{11}$ to less than $1\times10^{12}$ | 560 |
| $1\times10^{12}$ | 1,000 |

2.4.3.2 *Factor category value, considering bioaccumulation potential.* For the surface water-human food chain threat and the surface water-environmental threat, multiply the toxicity or combined factor value, as appropriate, from section 2.4.1.2 and the hazardous waste quantity factor value from section 2.4.2.2, subject to:

• A maximum product of 1x10¹², *and*

• A maximum product exclusive of the bioaccumulation (or ecosystem bioaccumulation) potential factor of 1x10⁸.

Based on the total waste characteristics product, assign a waste characteristics factor category value to the threats from Table 2-7.

2.5 *Targets.* The types of targets evaluated include the following:

• Individual (factor name varies by pathway, component, and threat).

• Human population.

• Resources (these vary by pathway, component, and threat).

• Sensitive environments (included for the surface water migration pathway, air migration pathway, and soil exposure component of the soil exposure and subsurface intrusion pathway).

The factor values that may be assigned to each type of target have the same range for each pathway for which that type of target is evaluated. The factor value for most types of targets depends on whether the target is subject to actual or potential contamination for the pathway and whether the actual contamination is Level I or Level II:

• Actual contamination: Target is associated either with a sampling location that meets the criteria for an observed release (or observed contamination or observed exposure) for the pathway or with an observed release based on direct observation for the pathway (additional criteria apply for establishing actual contamination for the human food chain threat in the surface water migration pathway, see sections 4.1.3.3 and 4.2.3.3). Sections 3 through 6 specify how to determine the targets associated with a sampling location or with an observed release based on direct observation. Determine whether the actual contamination is Level I or Level II as follows:

—Level I:

■ Media-specific concentrations for the target meet the criteria for an observed release (or observed contamination or observed exposure) for the pathway and are at or above media-specific benchmark values. These benchmark values (see section 2.5.2) include both screening concentrations and concentrations specified in regulatory limits (such as Maximum Contaminant Level (MCL) values), or

■ For the human food chain threat in the surface water migration pathway, concentrations in tissue samples from aquatic human food chain organisms are at or above benchmark values. Such tissue samples may be used in addition to media-specific concentrations only as specified in sections 4.1.3.3 and 4.2.3.3.

—Level II:

■ Media-specific concentrations for the target meet the criteria for an observed release (or observed contamination or observed exposure) for the pathway, but are less than media-specific benchmarks. If none of the hazardous substances eligible to be evaluated for the sampling location has an applicable benchmark, assign Level II to the actual contamination at the sampling location, or

■ For observed releases or observed exposures based on direct observation, assign Level II to targets as specified in sections 3, 4, 5, and 6, or

■ For the human food chain threat in the surface water migration pathway, concentrations in tissue samples from aquatic human food chain organisms, when applicable, are below benchmark values.

—If a target is subject to both Level I and Level II concentrations for a pathway

**Environmental Protection Agency**                                    **Pt. 300, App. A**

(component or threat), evaluate the target using Level I concentrations for that pathway (component or threat).

• Potential contamination: Target is subject to a potential release (that is, target is not associated with actual contamination for that pathway or threat).

Assign a factor value for individual risk as follows (select the highest value that applies to the pathway, component or threat):

• 50 points if any individual is exposed to Level I concentrations.

• 45 points if any individual is exposed to Level II concentrations.

• Maximum of 20 points if any individual is subject to potential contamination. The value assigned is 20 unless reduced by a distance or dilution weight appropriate to the pathway. Assign factor values for population and sensitive environments as follows:

• Sum Level I targets and multiply by 10. (Level I is not used for sensitive environments in the soil exposure component of the soil exposure and subsurface intrusion and air migration pathways.)

• Sum Level II targets.

• Multiply potential targets in all but the soil exposure and subsurface intrusion pathway by distance or dilution weights appropriate to the pathway, sum, and divide by 10. Distance or dilution weighting accounts for diminishing exposure with increasing distance or dilution within the different pathways. For targets within an area of subsurface contamination in the subsurface intrusion component of the soil exposure and subsurface intrusion pathway, multiply by a weighting factor as directed in section 5.2.1.3.2.3.

• Sum the values for the three levels.

In addition, resource value points are assigned within all pathways for welfare-related impacts (for example, impacts to agricultural land), but do not depend on whether there is actual or potential contamination.

2.5.1 *Determination of level of actual contamination at a sampling location.* Determine whether Level I concentrations or Level II concentrations apply at a sampling location (and thus to the associated targets) as follows:

• Select the benchmarks applicable to the pathway (component or threat) being evaluated.

• Compare the concentrations of hazardous substances in the sample (or comparable samples) to their benchmark concentrations for the pathway (component or threat), as specified in section 2.5.2.

• Determine which level applies based on this comparison.

• If none of the hazardous substances eligible to be evaluated for the sampling location has an applicable benchmark, assign Level II to the actual contamination at that sampling location for the pathway (component or threat).

In making the comparison, consider only those samples, and only those hazardous substances in the sample, that meet the criteria for an observed release (or observed contamination or observed exposure) for the pathway, except: Tissue samples from aquatic human food chain organisms may also be used as specified in sections 4.1.3.3 and 4.2.3.3 of the surface water-human food chain threat. If any hazardous substance is present in more than one comparable sample for the sampling location, use the highest concentration of that hazardous substance from any of the comparable samples in making the comparisons.

Treat sets of samples that are not comparable separately and make a separate comparison for each such set.

2.5.2 *Comparison to benchmarks.* Use the following media-specific benchmarks for making the comparisons for the indicated pathway (or threat):

• Maximum Contaminant Level Goals (MCLGs)—ground water migration pathway and drinking water threat in surface water migration pathway. Use only MCLG values greater than 0.

• Maximum Contaminant Levels (MCLs)—ground water migration pathway and drinking water threat in surface water migration pathway.

• Food and Drug Administration Action Level (FDAAL) for fish or shellfish—human food chain threat in surface water migration pathway.

• EPA Ambient Water Quality Criteria (AWQC/National Recommended Water Quality Criteria) for protection of aquatic life—environmental threat in surface water migration pathway.

• EPA Ambient Aquatic Life Advisory Concentrations (AALAC)—environmental threat in surface water migration pathway.

• National Ambient Air Quality Standards (NAAQS)—air migration pathway.

• National Emission Standards for Hazardous Air Pollutants (NESHAPs)—air migration pathway. Use only those NESHAPs promulgated in ambient concentration units.

• Screening concentration for cancer corresponding to that concentration that corresponds to the $10^{-6}$ individual cancer risk for inhalation exposures (air migration pathway or subsurface intrusion component of the soil exposure and subsurface intrusion pathway) or for oral exposures (ground water migration pathway; drinking water and human food chain threats in surface water migration pathway; and soil exposure and subsurface intrusion pathway).

• Screening concentration for noncancer toxicological responses corresponding to the RfC for inhalation exposures (air migration pathway and subsurface intrusion component of the soil exposure and subsurface intrusion pathway) or RfD for oral exposures (ground water migration pathway; drinking

water and human food chain threats in surface water migration pathway; and soil exposure and subsurface intrusion pathway).

Select the benchmark(s) applicable to the pathway (component or threat) being evaluated as specified in sections 3 through 6. Compare the concentration of each hazardous substance from the sampling location to its benchmark concentration(s) for that pathway. Use only those samples and only those hazardous substances in the sample that meet the criteria for an observed release or observed contamination or observed exposure) for the pathway, except: Tissue samples from aquatic human food chain organisms may be used as specified in sections 4.1.3.3 and 4.2.3.3. If the concentration of any applicable hazardous substance from any sample equals or exceeds its benchmark concentration, consider the sampling location to be subject to Level I concentrations for that pathway (or threat). If more than one benchmark applies to the

hazardous substance, assign Level I if the concentration of the hazardous substance equals or exceeds the lowest applicable benchmark concentration.

If no hazardous substance individually equals or exceeds its benchmark concentration, but more than one hazardous substance either meets the criteria for an observed release (or observed contamination or observed exposure) for the sample (or comparable samples) or is eligible to be evaluated for a tissue sample (see sections 4.1.3.3 and 4.2.3.3), calculate the indices I and J specified below based on these hazardous substances.

For those hazardous substances that are carcinogens (that is, those having either a carcinogen weight-of-evidence classification of A, B, or C or a weight-of-evidence classification of carcinogenic to humans, likely to be carcinogenic to humans, or suggestive evidence of carcinogenic potential), calculate an index I for the sample location as follows:

$$I = \sum_{i=1}^{n} \frac{C_i}{SC_i}$$

Where:

$C_i$ = Concentration of hazardous substance i in sample (or highest concentration of hazardous substance i from among comparable samples).

$SC_i$ = Screening concentration for cancer corresponding to that concentration that corresponds to its $10^{-6}$ individual cancer

risk for applicable exposure (inhalation or oral) for hazardous substance i.

n = Number of applicable hazardous substances in sample (or comparable samples) that are carcinogens and for which an $SC_i$ is available.

For those hazardous substances for which an RfD or RfC is available, calculate an index J for the sample location as follows:

$$I = \sum_{j=1}^{m} \frac{C_j}{CR_j}$$

Where:

$C_j$ = Concentration of hazardous substance j in sample (or highest concentration of hazardous substance j from among comparable samples).

$CR_j$ = Screening concentration for noncancer toxicological responses corresponding to RfD or RfC for applicable exposure (inhalation or oral) for hazardous substance j.

m = Number of applicable hazardous substances in sample (or comparable samples) for which a $CR_j$ is available.

If either I or J equals or exceeds 1, consider the sampling location to be subject to Level

I concentrations for that pathway (component or threat). If both I and J are less than 1, consider the sampling location to be subject to Level II concentrations for that pathway (component or threat). If, for the sampling location, there are sets of samples that are not comparable, calculate I and J separately for each such set, and use the highest calculated values of I and J to assign Level I and Level II.

See sections 7.3.1 and 7.3.2 for criteria for determining the level of contamination for radioactive substances.

**Environmental Protection Agency**                                    **Pt. 300, App. A**

*3.0  Ground Water Migration Pathway*

Evaluate the ground water migration pathway based on three factor categories: likelihood of release, waste characteristics, and targets. Figure 3–1 indicates the factors included within each factor category.

Determine the ground water migration pathway score ($S_{gw}$) in terms of the factor category values as follows:

$$S_{gw} = \frac{(LR)(WC)(T)}{SF}$$

where:

LR = Likelihood of release factor category value.

WC = Waste characteristics factor category value.

T = Targets factor category value.

SF = Scaling factor.

Table 3–1 outlines the specific calculation procedure.

Calculate a separate ground water migration pathway score for each aquifer, using the factor category values for that aquifer for likelihood of release, waste characteristics, and targets. In doing so, include both the targets using water from that aquifer and the targets using water from all overlying aquifers through which the hazardous substances would migrate to reach the aquifer being evaluated. Assign the highest ground water migration pathway score that results for any aquifer as the ground water migration pathway score for the site.

133



FIGURE 3-1

OVERVIEW OF GROUND WATER MIGRATION PATHWAY

**Environmental Protection Agency**　　　　　　　　　　**Pt. 300, App. A**

TABLE 3–1—GROUND WATER MIGRATION PATHWAY SCORESHEET

| Factor categories and factors | Maximum value | Value assigned |
|---|---|---|
| **Likelihood of Release to an Aquifer:** | | |
| 1. Observed Release | 550 | ___ |
| 2. Potential to Release: | | |
| 　2a. Containment | 10 | ___ |
| 　2b. Net Precipitation | 10 | ___ |
| 　2c. Depth to Aquifer | 5 | ___ |
| 　2d. Travel Time | 35 | ___ |
| 　2e. Potential to Release [lines 2a(2b + 2c + 2d)] | 500 | ___ |
| 3. Likelihood of Release (higher of lines 1 and 2e) | 550 | ___ |
| **Waste Characteristics:** | | |
| 4. Toxicity/Mobility | (a) | ___ |
| 5. Hazardous Waste Quantity | (a) | ___ |
| 6. Waste Characteristics | 100 | ___ |
| **Targets:** | | |
| 7. Nearest Well | 50 | ___ |
| 8. Population: | | |
| 　8a. Level I Concentrations | (b) | ___ |
| 　8b. Level II Concentrations | (b) | ___ |
| 　8c. Potential Contamination | (b) | ___ |
| 　8d. Population (lines 8a + 8b + 8c) | (b) | ___ |
| 9. Resources | 5 | ___ |
| 10. Wellhead Protection Area | 20 | ___ |
| 11. Targets (lines 7 + 8d + 9 + 10) | (b) | ___ |
| **Ground Water Migration Score for an Aquifer:** | | |
| 12. Aquifer Score [(lines 3 × 6 × 11) / 82,500] c | 100 | ___ |
| **Ground Water Migration Pathway Score:** | | |
| 13. Pathway Score ($S_{gw}$), (highest value from line 12 for all aquifers evaluated) c | 100 | ___ |

a Maximum value applies to waste characteristics category.
b Maximum value not applicable.
c Do not round to nearest integer.

3.0.1　*General considerations*

3.0.1.1　*Ground water target distance limit.* The target distance limit defines the maximum distance from the sources at the site over which targets are evaluated. Use a target distance limit of 4 miles for the ground water migration pathway, except when aquifer discontinuities apply (see section 3.0.1.2.2). Furthermore, consider any well with an observed release from a source at the site (see section 3.1.1) to lie within the target distance limit of the site, regardless of the well's distance from the sources at the site.

For sites that consist solely of a contaminated ground water plume with no identified source, begin measuring the 4-mile target distance limit at the center of the area of observed ground water contamination. Determine the area of observed ground water contamination based on available samples that meet the criteria for an observed release.

3.0.1.2　*Aquifer boundaries.* Combine multiple aquifers into a single hydrologic unit for scoring purposes if aquifer interconnections can be established for these aquifers. In contrast, restrict aquifer boundaries if aquifer discontinuities can be established.

3.0.1.2.1　*Aquifer interconnections.* Evaluate whether aquifer interconnections occur within 2 miles of the sources at the site. If they occur within this 2-mile distance, combine the aquifers having interconnections in scoring the site. In addition, if observed ground

water contamination attributable to the sources at the site extends beyond 2 miles from the sources, use any locations within the limits of this observed ground water contamination in evaluating aquifer interconnections. If data are not adequate to establish aquifer interconnections, evaluate the aquifers as separate aquifers.

3.0.1.2.2　*Aquifer discontinuities.* Evaluate whether aquifer discontinuities occur within the 4-mile target distance limit. An aquifer discontinuity occurs for scoring purposes only when a geologic, topographic, or other structure or feature entirely transects an aquifer within the 4-mile target distance limit, thereby creating a continuous boundary to ground water flow within this limit. If two or more aquifers can be combined into a single hydrologic unit for scoring purposes, an aquifer discontinuity occurs only when the structure or feature entirely transects the boundaries of this single hydrologic unit.

When an aquifer discontinuity is established within the 4-mile target distance limit, exclude that portion of the aquifer beyond the discontinuity in evaluating the ground water migration pathway. However, if hazardous substances have migrated across an apparent discontinuity within the 4-mile target distance limit, do not consider this to be a discontinuity in scoring the site.

3.0.1.3　*Karst aquifer.* Give a karst aquifer that underlies any portion of the sources at

135

**Pt. 300, App. A**                                    **40 CFR Ch. I (7–1–19 Edition)**

the site special consideration in the evaluation of two potential to release factors (depth to aquifer in section 3.1.2.3 and travel time in section 3.1.2.4), one waste characteristics factor (mobility in section 3.2.1.2), and two targets factors (nearest well in section 3.3.1 and potential contamination in section 3.3.2.4).

3.1 *Likelihood of release.* For an aquifer, evaluate the likelihood of release factor category in terms of an observed release factor or a potential to release factor.

3.1.1 *Observed release.* Establish an observed release to an aquifer by demonstrating that the site has released a hazardous substance to the aquifer. Base this demonstration on either:

• Direct observation—a material that contains one or more hazardous substances has been deposited into or has been observed entering the aquifer.

• Chemical analysis—an analysis of ground water samples from the aquifer indicates that the concentration of hazardous substance(s) has increased significantly above the background concentration for the site (see section 2.3). Some portion of the significant increase must be attributable to the site to establish the observed release, except: when the source itself consists of a ground water plume with no identified source, no separate attribution is required.

If an observed release can be established for the aquifer, assign the aquifer an observed release factor value of 550, enter this value in table 3–1, and proceed to section 3.1.3. If an observed release cannot be established for the aquifer, assign an observed release factor value of 0, enter this value in table 3–1, and proceed to section 3.1.2.

3.1.2 *Potential to release.* Evaluate potential to release only if an observed release cannot be established for the aquifer. Evaluate potential to release based on four factors: containment, net precipitation, depth to aquifer, and travel time. For sources overlying karst terrain, give any karst aquifer that underlies any portion of the sources at the site special consideration in evaluating depth to aquifer and travel time, as specified in sections 3.1.2.3 and 3.1.2.4.

3.1.2.1 *Containment.* Assign a containment factor value from table 3–2 to each source at the site. Select the highest containment factor value assigned to those sources with a source hazardous waste quantity value of 0.5 or more (see section 2.4.2.1.5). (Do not include this minimum size requirement in evaluating any other factor of this pathway.) Assign this highest value as the containment factor value for the aquifer being evaluated. Enter this value in Table 3–1.

If no source at the site meets the minimum size requirement, then select the highest value assigned to the sources at the site and assign it as the containment factor value for the aquifer being evaluated. Enter this value in table 3–1.

3.1.2.2 *Net precipitation.* Assign a net precipitation factor value to the site. Figure 3–2 provides computed net precipitation factor values, based on site location. Where necessary, determine the net precipitation factor value as follows:

• Determine monthly precipitation and monthly evapotranspiration:

–Use local measured monthly averages.

–When local data are not available, use monthly averages from the nearest National Oceanographic and Atmospheric Administration weather station that is in a similar geographic setting.

TABLE 3–2—CONTAINMENT FACTOR VALUES FOR GROUND WATER MIGRATION PATHWAY

| Source | Assigned value |
|---|---|
| **All Sources (Except Surface Impoundments, Land Treatment, Containers, and Tanks)** | |
| Evidence of hazardous substance migration from source area (*i.e.*, source area includes source and any associated containment structures). | 10 |
| No liner | 10 |
| No evidence of hazardous substance migration from source area, a liner, *and*: | |
| (a) None of the following present: (1) maintained engineered cover, or (2) functioning and maintained run-on control system and runoff management system, or (3) functioning leachate collection and removal system immediately above liner. | 10 |
| (b) Any one of the three items in (a) present | 9 |
| (c) Any two of the items in (a) present | 7 |
| (d) All three items in (a) present plus a functioning ground water monitoring system | 5 |
| (e) All items in (d) present, plus no bulk or non-containerized liquids nor materials containing free liquids deposited in source area. | 3 |
| No evidence of hazardous substance migration from source area, double liner with functioning leachate collection and removal system above and between liners, functioning ground water monitoring system, *and*: | |
| (f) Only one of the following deficiencies present in containment: (1) bulk or noncontainerized liquids or materials containing free liquids deposited in source area, or (2) no or nonfunctioning or nonmaintained run-on control system and runoff management system, or (3) no or nonmaintained engineered cover. | 3 |
| (g) None of the deficiencies in (f) present | 0 |
| Source area inside or under maintained intact structure that provides protection from precipitation so that neither runoff nor leachate is generated, liquids or materials containing free liquids not deposited in source area, and functioning and maintained run-on control present. | 0 |

**Environmental Protection Agency**                                    **Pt. 300, App. A**

TABLE 3–2—CONTAINMENT FACTOR VALUES FOR GROUND WATER MIGRATION PATHWAY—
Continued

| Source | Assigned value |
|---|---|
| **Surface Impoundment** | |
| Evidence of hazardous substance migration from surface impoundment ................................................ | 10 |
| No liner ......................................................................................................................................................... | 10 |
| Free liquids present with either no diking, unsound diking, or diking that is not regularly inspected and maintained. | 10 |
| No evidence of hazardous substance migration from surface impoundment, free liquids present, sound diking that is regularly inspected and maintained, adequate freeboard, *and:* | |
|    (a) Liner ..................................................................................................................................................... | 9 |
|    (b) Liner with functioning leachate collection and removal system below liner, and functioning ground water monitoring system. | 5 |
|    (c) Double liner with functioning leachate collection and removal system between liners, and functioning ground water monitoring system. | 3 |
| No evidence of hazardous substance migration from surface impoundment *and* all free liquids eliminated at closure (either by removal of liquids or solidification of remaining wastes and waste residues). | Evaluate using **All sources** criteria (with no bulk or free liquid deposited). |
| **Land Treatment** | |
| Evidence of hazardous substance migration from land treatment zone ................................................. | 10 |
| No functioning, maintained, run-on control and runoff management system ......................................... | 10 |
| No evidence of hazardous substance migration from land treatment zone *and:* | |
|    (a) Functioning and maintained run-on control and runoff management system ................................ | 7 |
|    (b) Functioning and maintained run-on control and runoff management system, and vegetative cover established over entire land treatment area. | 5 |
|    (c) Land treatment area maintained in compliance with 40 CFR 264.280 ......................................... | 0 |
| **Containers** | |
| All containers buried ................................................................................................................................... | Evaluate using **All sources** criteria. |
| Evidence of hazardous substance migration from container area (*i.e.*, container area includes containers and any associated containment structures). | 10 |
| No liner (or no essentially impervious base) under container area. .......................................................... | 10 |
| No diking (or no similar structure) surrounding container area ................................................................. | 10 |
| Diking surrounding container area unsound or not regularly inspected and maintained ....................... | 10 |
| No evidence of hazardous substance migration from container area, container area surrounded by sound diking that is regularly inspected and maintained, *and:* | |
|    (a) Liner (or essentially impervious base) under container area ........................................................ | 9 |
|    (b) Essentially impervious base under container area with liquids collection and removal system ............. | 7 |
|    (c) Containment system includes essentially impervious base, liquids collection system, sufficient capacity to contain 10 percent of volume of all containers, and functioning and maintained run-on control; plus functioning ground water monitoring and, spilled or leaked hazardous substances and accumulated precipitation removed in timely manner to prevent overflow of collection system, at least weekly inspection of containers, hazardous substances in leaking or deteriorating containers transferred to containers in good condition, and containers sealed except when waste is added or removed. | 5 |
|    (d) Free liquids present, containment system has sufficient capacity to hold total volume of all containers and to provide adequate freeboard, single liner under container area with functioning leachate collection and removal system below liner, and functioning ground water monitoring system. | 5 |
|    (e) Same as (d) except: double liner under container area with functioning leachate collection and removal system between liners. | 3 |
| Containers inside or under maintained intact structure that provides protection from precipitation so that neither runoff nor leachate would be generated from any unsealed or ruptured containers, liquids or materials containing free liquids not deposited in any container, and functioning and maintained run-off control present. | 0 |
| No evidence of hazardous substance migration from container area, containers leaking, and all free liquids eliminated at closure (either by removal of liquid or solidification of remaining wastes and waste residues). | Evaluate using **All sources** criteria (with no bulk or free liquid deposited). |
| **Tank** | |
| Below-ground tank ...................................................................................................................................... | Evaluate using **All sources** criteria. |
| Evidence of hazardous substance migration from tank area (*i.e.*, tank area includes tank, ancillary equipment such as piping, and any associated containment structures). | 10 |
| Tank and ancillary equipment not provided with secondary containment (e.g., liner under tank area, vault system, double wall). | 10 |
| No diking (or no similar structure) surrounding tank and ancillary equipment ....................................... | 10 |
| Diking surrounding tank and ancillary equipment unsound or not regularly inspected and maintained ............. | 10 |

TABLE 3–2—CONTAINMENT FACTOR VALUES FOR GROUND WATER MIGRATION PATHWAY—Continued

| Source | Assigned value |
|---|---|
| No evidence of hazardous substance migration from tank area, tank and ancillary equipment surrounded by sound diking that is regularly inspected and maintained, *and*: | |
| (a) Tank and ancillary equipment provided with secondary containment ................................................. | 9 |
| (b) Tank and ancillary equipment provided with secondary containment with leak detection and collection system. | 7 |
| (c) Tank and ancillary equipment provided with secondary containment system that detects and collects spilled or leaked hazardous substances and accumulated precipitation and has sufficient capacity to contain 110 percent of volume of largest tank within containment area, spilled or leaked hazardous substances and accumulated precipitation removed in timely manner, at least weekly inspection of tank and secondary containment system, all leaking or unfit-for-use tank systems promptly responded to, and functioning ground water monitoring system. | 5 |
| (d) Containment system has sufficient capacity to hold volume of all tanks within tank containment area and to provide adequate freeboard, single liner under that containment area with functioning leachate collection and removal system below liner, and functioning ground water monitoring system. | 5 |
| (e) Same as (d) except: double liner under tank containment area with functioning leachate collection and removal system between liners. | 3 |
| Tank is above ground, and inside or under maintained intact structure that provides protection from precipitation so that neither runoff nor leachate would be generated from any material released from tank, liquids or materials containing free liquids not deposited in any tank, and functioning and maintained run-on control present. | 0 |

Environmental Protection Agency

Pt. 300, App. A



FIGURE 3-2
NET PRECIPITATION FACTOR VALUES





**FIGURE 3-2**
**NET PRECIPITATION FACTOR VALUES**
**(CONCLUDED)**

–When measured monthly evapotranspiration is not available, calculate monthly potential evapotranspiration ($E_i$) as follows:

$$E_i = 0.6\ F_i\ (10\ T_i/I)^a$$

where:

$E_i$ = Monthly potential evapotranspiration (inches) for month i.
$F_i$ = Monthly latitude adjusting value for month i.
$T_i$ = Mean monthly temperature (°C) for month i.

$$I = \sum_{i=1}^{12} (T_i/5)^{1.514}$$

$a = 6.75 \times 10^{-7} \, I^3 - 7.71 \times 10^{-5} \, I^2 + 1.79 \times 10^{-2} \, I + 0.49239$

Select the latitude adjusting value for each month from table 3–3. For latitudes lower than 50° North or 20° South, determine the monthly latitude adjusting value by interpolation.

• Calculate monthly net precipitation by subtracting monthly evapotranspiration (or

monthly potential evapotranspiration) from monthly precipitation. If evapotranspiration (or potential evapotranspiration) exceeds precipitation for a month, assign that month a net precipitation value of 0.

• Calculate the annual net precipitation by summing the monthly net precipitation values.

• Based on the annual net precipitation, assign a net precipitation factor value from table 3–4.

Enter the value assigned from Figure 3–2 or from table 3–4, as appropriate, in table 3–1.

TABLE 3–3—MONTHLY LATITUDE ADJUSTING VALUES [A]

| Latitude [b] (degrees) | Month | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan. | Feb. | March | April | May | June | July | August | Sept. | Oct. | Nov. | Dec. |
| ≥50 N | 0.74 | 0.78 | 1.02 | 1.15 | 1.33 | 1.36 | 1.37 | 1.25 | 1.06 | 0.92 | 0.76 | 0.70 |
| 45 N | 0.80 | 0.81 | 1.02 | 1.13 | 1.28 | 1.29 | 1.31 | 1.21 | 1.04 | 0.94 | 0.79 | 0.75 |
| 40 N | 0.84 | 0.83 | 1.03 | 1.11 | 1.24 | 1.25 | 1.27 | 1.18 | 1.04 | 0.96 | 0.83 | 0.81 |
| 35 N | 0.87 | 0.85 | 1.03 | 1.09 | 1.21 | 1.21 | 1.23 | 1.16 | 1.03 | 0.97 | 0.89 | 0.85 |
| 30 N | 0.90 | 0.87 | 1.03 | 1.08 | 1.18 | 1.17 | 1.20 | 1.14 | 1.03 | 0.98 | 0.89 | 0.88 |
| 20 N | 0.95 | 0.90 | 1.03 | 1.05 | 1.13 | 1.11 | 1.14 | 1.11 | 1.02 | 1.00 | 0.93 | 0.94 |
| 10 N | 1.00 | 0.91 | 1.03 | 1.03 | 1.08 | 1.06 | 1.08 | 1.07 | 1.02 | 1.02 | 0.98 | 0.99 |
| 0 | 1.04 | 0.94 | 1.04 | 1.01 | 1.04 | 1.01 | 1.04 | 1.04 | 1.01 | 1.04 | 1.01 | 1.04 |
| 10 S | 1.08 | 0.97 | 1.05 | 0.99 | 1.00 | 0.96 | 1.00 | 1.02 | 1.00 | 1.06 | 1.05 | 1.09 |
| 20 S | 1.14 | 0.99 | 1.05 | 0.97 | 0.96 | 0.91 | 0.95 | 0.99 | 1.00 | 1.08 | 1.09 | 1.15 |

[a] Do not round to nearest integer.
[b] For unlisted latitudes lower than 50° North or 20° South, determine the latitude adjusting value by interpolation.

TABLE 3–4—NET PRECIPITATION FACTOR VALUES

| Net precipitation (inches) | Assigned value |
|---|---|
| 0 ............................................... | 0 |
| Greater than 0 to 5 ..................... | 1 |
| Greater than 5 to 15 ................... | 3 |
| Greater than 15 to 30 ................. | 6 |
| Greater than 30 .......................... | 10 |

3.1.2.3 *Depth to aquifer.* Evaluate depth to aquifer by determining the depth from the lowest known point of hazardous substances at a site to the top of the aquifer being evaluated, considering all layers in that interval. Measure the depth to an aquifer as the distance from the surface to the top of the aquifer minus the distance from the surface to the lowest known point of hazardous substances eligible to be evaluated for that aquifer. In evaluating depth to aquifer in karst terrain, assign a thickness of 0 feet to a karst aquifer that underlies any portion of the sources at the site. Based on the calculated depth, assign a value from table 3–5 to the depth to aquifer factor.

Determine the depth to aquifer only at locations within 2 miles of the sources at the site, except: if observed ground water contamination attributable to sources at the site extends more than 2 miles beyond these sources, use any location within the limits of this observed ground water contamination when evaluating the depth to aquifer factor

for any aquifer that does not have an observed release. If the necessary geologic information is available at multiple locations, calculate the depth to aquifer at each location. Use the location having the smallest depth to assign the factor value. Enter this value in table 3–1.

TABLE 3–5—DEPTH TO AQUIFER FACTOR VALUES

| Depth to aquifer [a] (feet) | Assigned value |
|---|---|
| Less than or equal to 25 ................. | 5 |
| Greater than 25 to 250 .................. | 3 |
| Greater than 250 ........................... | 1 |

[a] Use depth of all layers between the hazardous substances and aquifer. Assign a thickness of 0 feet to any karst aquifer that underlies any portion of the sources at the site.

3.1.2.4 *Travel time.* Evaluate the travel time factor based on the geologic materials in the interval between the lowest known point of hazardous substances at the site and the top of the aquifer being evaluated. Assign a value to the travel time factor as follows:

• If the depth to aquifer (see section 3.1.2.3) is 10 feet or less, assign a value of 35.

• If, for the interval being evaluated, all layers that underlie a portion of the sources at the site are karst, assign a value of 35.

• Otherwise:

–Select the lowest hydraulic conductivity layer(s) from within the above interval.

Consider only layers at least 3 feet thick. However, do not consider layers or portions of layers within the first 10 feet of the depth to the aquifer.

–Determine hydraulic conductivities for individual layers from table 3–6 or from in-situ or laboratory tests. Use representative, measured, hydraulic conductivity values whenever available.

–If more than one layer has the same lowest hydraulic conductivity, include all such layers and sum their thicknesses. Assign a thickness of 0 feet to a karst layer that underlies any portion of the sources at the site.

–Assign a value from table 3–7 to the travel time factor, based on the thickness and hydraulic conductivity of the lowest hydraulic conductivity layer(s).

TABLE 3–6—HYDRAULIC CONDUCTIVITY OF GEOLOGIC MATERIALS

| Type of material | Assigned hydraulic conductivity [a] (cm/sec) |
|---|---|
| Clay; low permeability till (compact unfractured till); shale; unfractured metamorphic and igneous rocks .......... | $10^{-8}$ |
| Silt; loesses; silty clays; sediments that are predominantly silts; moderately permeable till (fine-grained, unconsolidated till, or compact till with some fractures); low permeability limestones and dolomites (no karst); low permeability sandstone; low permeability fractured igneous and metamorphic rocks .................................... | $10^{-6}$ |
| Sands; sandy silts; sediments that are predominantly sand; highly permeable till (coarse-grained, unconsolidated or compact and highly fractured); peat; moderately permeable limestones and dolomites (no karst); moderately permeable sandstone; moderately permeable fractured igneous and metamorphic rocks .......... | $10^{-4}$ |
| Gravel; clean sand; highly permeable fractured igneous and metamorphic rocks; permeable basalt; karst limestones and dolomites ............................................................................................................................ | $10^{-2}$ |

[a] Do not round to nearest integer.

TABLE 3–7—TRAVEL TIME FACTOR VALUES [a]

| Hydraulic conductivity (cm/sec) | Thickness of lowest hydraulic conductivity layer(s) [b] (feet) | | | |
|---|---|---|---|---|
| | Greater than 3 to 5 | Greater than 5 to 100 | Greater than 100 to 500 | Greater than 500 |
| Greater than or equal to $10^{-3}$ ................................. | 35 | 35 | 35 | 25 |
| Less than $10^{-3}$ to $10^{-5}$ ...................................... | 35 | 25 | 15 | 15 |
| Less than $10^{-5}$ to $10^{-7}$ ...................................... | 15 | 15 | 5 | 5 |
| Less than $10^{-7}$ ........................................................ | 5 | 5 | 1 | 1 |

[a] If depth to aquifer is 10 feet or less or if, for the interval being evaluated, all layers that underlie a portion of the sources at the site are karst, assign a value of 35.
[b] Consider only layers at least 3 feet thick. Do not consider layers or portions of layers within the first 10 feet of the depth to the aquifer.

Determine travel time only at locations within 2 miles of the sources at the site, except: if observed ground water contamination attributable to sources at the site extends more than 2 miles beyond these sources, use any location within the limits of this observed ground water contamination when evaluating the travel time factor for any aquifer that does not have an observed release. If the necessary subsurface geologic information is available at multiple locations, evaluate the travel time factor at each location. Use the location having the highest travel time factor value to assign the factor value for the aquifer. Enter this value in table 3–1.

3.1.2.5 *Calculation of potential to release factor value.* Sum the factor values for net precipitation, depth to aquifer, and travel time, and multiply this sum by the factor value for containment. Assign this product as the potential to release factor value for the aquifer. Enter this value in table 3–1.

3.1.3 *Calculation of likelihood of release factor category value.* If an observed release is established for an aquifer, assign the observed release factor value of 550 as the likelihood of release factor category value for that aquifer. Otherwise, assign the potential to release factor value for that aquifer as the likelihood of release value. Enter the value assigned in table 3–1.

3.2 *Waste characteristics.* Evaluate the waste characteristics factor category for an aquifer based on two factors: toxicity/mobility and hazardous waste quantity. Evaluate only those hazardous substances available to migrate from the sources at the site to ground water. Such hazardous substances include:

• Hazardous substances that meet the criteria for an observed release to ground water.

• All hazardous substances associated with a source that has a ground water containment factor value greater than 0 (see sections 2.2.2, 2.2.3, and 3.1.2.1).

**Environmental Protection Agency**                        **Pt. 300, App. A**

3.2.1 *Toxicity/mobility.* For each hazardous substance, assign a toxicity factor value, a mobility factor value, and a combined toxicity/mobility factor value as specified in the following sections. Select the toxicity/mobility factor value for the aquifer being evaluated as specified in section 3.2.1.3.

3.2.1.1 *Toxicity.* Assign a toxicity factor value to each hazardous substance as specified in Section 2.4.1.1.

3.2.1.2 *Mobility.* Assign a mobility factor value to each hazardous substance for the aquifer being evaluated as follows:

• For any hazardous substance that meets the criteria for an observed release by chemical analysis to one or more aquifers underlying the sources at the site, regardless of the aquifer being evaluated, assign a mobility factor value of 1.

• For any hazardous substance that does not meet the criteria for an observed release by chemical analysis to at least one of the aquifers, assign that hazardous substance a mobility factor value from table 3–8 for the aquifer being evaluated, based on its water solubility and distribution coefficient ($K_d$).

• If the hazardous substance cannot be assigned a mobility factor value because data on its water solubility or distribution coefficient are not available, use other hazardous substances for which information is available in evaluating the pathway.

TABLE 3–8—GROUND WATER MOBILITY FACTOR VALUES [a]

| Water solubility (mg/l) | Distribution coefficient ($K_d$) (ml/g) | | | |
| --- | --- | --- | --- | --- |
| | Karst [c] | ≤10 | >10 to 1,000 | >1,000 |
| Present as liquid [b] | 1 | 1 | 0.01 | 0.0001 |
| Greater than 100 | 1 | 1 | 0.01 | 0.0001 |
| Greater than 1 to 100 | 0.2 | 0.2 | 0.002 | $2 \times 10^{-5}$ |
| Greater than 0.01 to 1 | 0.002 | 0.002 | $2 \times 10^{-5}$ | $2 \times 10^{-7}$ |
| Less than or equal to 0.01 | $2 \times 10^{-5}$ | $2 \times 10^{-5}$ | $2 \times 10^{-7}$ | $2 \times 10^{-9}$ |

[a] Do not round to nearest integer.
[b] Use if the hazardous substance is present or deposited as a liquid.
[c] Use if the entire interval from the source to the aquifer being evaluated is karst.

• If none of the hazardous substances eligible to be evaluated can be assigned a mobility factor value, use a default value of 0.002 as the mobility factor value for all these hazardous substances.

Determine the water solubility to be used in table 3–8 for the hazardous substance as follows (use this same water solubility for all aquifers):

• For any hazardous substance that does not meet the criteria for an observed release by chemical analysis, if the hazardous substance is present or deposited as a liquid, use the water solubility category "Present as Liquid" in table 3–8 to assign the mobility factor value to that hazardous substance.

• Otherwise:

–For any hazardous substance that is a metal (or metalloid) and that does not meet the criteria for an observed release by chemical analysis, establish a water solubility for the hazardous substance as follows:

–Determine the overall range of water solubilities for compounds of this hazardous substance (consider all compounds for which adequate water solubility information is available, not just compounds identified as present at the site).

–Calculate the geometric mean of the highest and the lowest water solubility in this range.

–Use this geometric mean as the water solubility in assigning the hazardous substance a mobility factor value from table 3–8.

–For any other hazardous substance (either organic or inorganic) that does not meet the criteria for an observed release by chemical analysis, use the water solubility of that hazardous substance to assign a mobility factor value from table 3–8 to the hazardous substance.

For the aquifer being evaluated, determine the distribution coefficient to be used in table 3–8 for the hazardous substance as follows:

• For any hazardous substance that does not meet the criteria for an observed release by chemical analysis, if the entire interval from a source at the site to the aquifer being evaluated is karst, use the distribution coefficient category "Karst" in table 3–8 in assigning the mobility factor value for that hazardous substance for that aquifer.

• Otherwise:

–For any hazardous substance that is a metal (or metalloid) and that does not meet the criteria for an observed release by chemical analysis, use the distribution coefficient for the metal or (metalloid) to assign a mobility factor value from table 3–8 for that hazardous substance.

–For any other inorganic hazardous substance that does not meet the criteria for an observed release by chemical analysis,

143

use the distribution coefficient for that inorganic hazardous substance, if available, to assign a mobility factor value from table 3–8. If the distribution coefficient is not available, use a default value of "less than 10" as the distribution coefficient, except: for asbestos use a default value of "greater than 1,000" as the distribution coefficient.

–For any hazardous substance that is organic and that does not meet the criteria for an observed release by chemical analysis, establish a distribution coefficient for that hazardous substance as follows:

–Estimate the $K_d$ range for the hazardous substance using the following equation:

$$K_d = (K_{oc})(f_s)$$

where:

$K_{oc}$ = Soil-water partition coefficient for organic carbon for the hazardous substance.

$f_s$ = Sorbent content (fraction of clays plus organic carbon) in the subsurface.

–Use $f_s$ values of 0.03 and 0.77 in the above equation to establish the upper and lower values of the $K_d$ range for the hazardous substance.

–Calculate the geometric mean of the upper and lower $K_d$ range values. Use this geometric mean as the distribution coefficient in assigning the hazardous substance a mobility factor value from table 3–8.

3.2.1.3 *Calculation of toxicity/mobility factor value.* Assign each hazardous substance a toxicity/mobility factor value from table 3–9, based on the values assigned to the hazardous substance for the toxicity and mobility factors. Use the hazardous substance with the highest toxicity/mobility factor value for the aquifer being evaluated to assign the value to the toxicity/mobility factor for that aquifer. Enter this value in table 3–1.

TABLE 3–9—TOXICITY/MOBILITY FACTOR VALUES [a]

| Mobility factor value | Toxicity factor value | | | | | |
|---|---|---|---|---|---|---|
| | 10,000 | 1,000 | 100 | 10 | 1 | 0 |
| 1.0 | 10,000 | 1,000 | 100 | 10 | 1 | 0 |
| 0.2 | 2,000 | 200 | 20 | 2 | 0.2 | 0 |
| 0.01 | 100 | 10 | 1 | 0.1 | 0.01 | 0 |
| 0.002 | 20 | 2 | 0.2 | 0.02 | 0.002 | 0 |
| 0.0001 | 1 | 0.1 | 0.01 | 0.001 | $1 \times 10^{-4}$ | 0 |
| $2 \times 10^{-5}$ | 0.2 | 0.02 | 0.002 | $2 \times 10^{-4}$ | $2 \times 10^{-5}$ | 0 |
| $2 \times 10^{-7}$ | 0.002 | $2 \times 10^{-4}$ | $2 \times 10^{-5}$ | $2 \times 10^{-6}$ | $2 \times 10^{-7}$ | 0 |
| $2 \times 10^{-9}$ | $2 \times 10^{-5}$ | $2 \times 10^{-6}$ | $2 \times 10^{-7}$ | $2 \times 10^{-8}$ | $2 \times 10^{-9}$ | 0 |

[a] Do not round to nearest integer.

3.2.2 *Hazardous waste quantity.* Assign a hazardous waste quantity factor value for the ground water pathway (or aquifer) as specified in section 2.4.2. Enter this value in table 3–1.

3.2.3 *Calculation of waste characteristics factor category value.* Multiply the toxicity/mobility and hazardous waste quantity factor values, subject to a maximum product of $1 \times 10^8$. Based on this product, assign a value from table 2–7 (section 2.4.3.1) to the waste characteristics factor category. Enter this value in table 3–1.

3.3 *Targets.* Evaluate the targets factor category for an aquifer based on four factors: nearest well, population, resources, and Wellhead Protection Area. Evaluate these four factors based on targets within the target distance limit specified in section 3.0.1.1 and the aquifer boundaries specified in section 3.0.1.2. Determine the targets to be included in evaluating these factors for an aquifer as specified in section 3.0.

3.3.1 *Nearest well.* In evaluating the nearest well factor, include both the drinking water wells drawing from the aquifer being evaluated and those drawing from overlying aquifers as specified in section 3.0. Include standby wells in evaluating this factor only if they are used for drinking water supply at least once every year.

If there is an observed release by direct observation for a drinking water well within the target distance limit, assign Level II concentrations to that well. However, if one or more samples meet the criteria for an observed release for that well, determine if that well is subject to Level I or Level II concentrations as specified in sections 2.5.1 and 2.5.2. Use the health-based benchmarks from table 3–10 in determining the level of contamination.

Assign a value for the nearest well factor as follows:

• If one or more drinking water wells is subject to Level I concentrations, assign a value of 50.

• If not, but if one or more drinking water wells is subject to Level II concentrations, assign a value of 45.

• If none of the drinking water wells is subject to Level I or Level II concentrations, assign a value as follows:

**Environmental Protection Agency**  Pt. 300, App. A

–If one of the target aquifers is a karst aquifer that underlies any portion of the sources at the site and any well draws drinking water from this karst aquifer within the target distance limit, assign a value of 20.

–If not, determine the shortest distance to any drinking water well, as measured from any source at the site with a ground water containment factor value greater than 0. Select a value from table 3–11 based on this distance. Assign it as the value for the nearest well factor.

Enter the value assigned to the nearest well factor in table 3–1.

TABLE 3–10—HEALTH-BASED BENCHMARKS FOR HAZARDOUS SUBSTANCES IN DRINKING WATER

- Concentration corresponding to Maximum Contaminant Level (MCL).
- Concentration corresponding to a nonzero Maximum Contaminant Level Goal (MCLG).
- Screening concentration for cancer corresponding to that concentration that corresponds to the $10^{-6}$ individual cancer risk for oral exposures.
- Screening concentration for noncancer toxicological responses corresponding to the Reference Dose (RfD) for oral exposures.

TABLE 3–11—NEAREST WELL FACTOR VALUES

| Distance from source (miles) | Assigned value |
|---|---|
| Level I concentrations [a] | 50 |
| Level II concentrations [a] | 45 |
| 0 to ¼ | 20 |
| Greater than ¼ to ½ | 18 |
| Greater than ½ to 1 | 9 |
| Greater than 1 to 2 | 5 |
| Greater than 2 to 3 | 3 |
| Greater than 3 to 4 | 2 |
| Greater than 4 | 0 |

[a] Distance does not apply.

3.3.2 *Population.* In evaluating the population factor, include those persons served by drinking water wells within the target distance limit specified in section 3.0.1.1. For the aquifer being evaluated, count those persons served by wells in that aquifer and those persons served by wells in overlying aquifers as specified in section 3.0. Include residents, students, and workers who regularly use the water. Exclude transient populations such as customers and travelers passing through the area. Evaluate the population based on the location of the water supply wells, not on the location of residences, work places, etc. When a standby well is maintained on a regular basis so that water can be withdrawn, include it in evaluating the population factor.

In estimating residential population, when the estimate is based on the number of residences, multiply each residence by the average number of persons per residence for the county in which the residence is located.

In determining the population served by a well, if the water from the well is blended with other water (for example, water from other ground water wells or surface water intakes), apportion the total population regularly served by the blended system to the well based on the well's relative contribution to the total blended system. In estimating the well's relative contribution, assume each well and intake contributes equally and apportion the population accordingly, except: if the relative contribution of any one well or intake exceeds 40 percent based on average annual pumpage or capacity, estimate the relative contribution of the wells and intakes considering the following data, if available:

- Average annual pumpage from the ground water wells and surface water intakes in the blended system.
- Capacities of the wells and intakes in the blended system.

For systems with standby ground water wells or standby surface water intakes, apportion the total population regularly served by the blended system as described above, except:

- Exclude standby surface water intakes in apportioning the population.
- When using pumpage data for a standby ground water well, use average pumpage for the period during which the standby well is used rather than average annual pumpage.
- For that portion of the total population that could be apportioned to a standby ground water well, assign that portion of the population either to that standby well or to the other ground water well(s) and surface water intake(s) that serve that population; do not assign that portion of the population both to the standby well and to the other well(s) and intake(s) in the blended system. Use the apportioning that results in the highest population factor value. (Either include all standby well(s) or exclude some or all of the standby well(s) as appropriate to obtain this highest value.) Note that the specific standby well(s) included or excluded and, thus, the specific apportioning may vary in evaluating different aquifers and in evaluating the surface water pathway.

3.3.2.1 *Level of contamination.* Evaluate the population served by water from a point of withdrawal based on the level of contamination for that point of withdrawal. Use the applicable factor: Level I concentrations, Level II concentrations, or potential contamination.

If no samples meet the criteria for an observed release for a point of withdrawal and there is no observed release by direct observation for that point of withdrawal, evaluate that point of withdrawal using the potential contamination factor in section 3.3.2.4. If

145

there is an observed release by direct observation, use Level II concentrations for that point of withdrawal. However, if one or more samples meet the criteria for an observed release for the point of withdrawal, determine which factor (Level I or Level II concentrations) applies to that point of withdrawal as specified in sections 2.5.1 and 2.5.2. Use the health-based benchmarks from table 3–10 in determining the level of contamination. Evaluate the point of withdrawal using the Level I concentrations factor in section 3.3.2.2 or the Level II concentrations factor in section 3.3.2.3, as appropriate.

For the potential contamination factor, use population ranges in evaluating the factor as specified in section 3.3.2.4. For the Level I and Level II concentrations factors, use the population estimate, not population ranges, in evaluating both factors.

3.3.2.2 *Level I concentrations.* Sum the number of people served by drinking water from points of withdrawal subject to Level I concentrations. Multiply this sum by 10. Assign this product as the value for this factor. Enter this value in table 3–1.

3.3.2.3 *Level II concentrations.* Sum the number of people served by drinking water from points of withdrawal subject to Level II concentrations. Do not include those people already counted under the Level I concentrations factor. Assign this sum as the value for this factor. Enter this value in table 3–1.

3.3.2.4 *Potential contamination.* Determine the number of people served by drinking water from points of withdrawal subject to potential contamination. Do not include those people already counted under the Level I and Level II concentrations factors.

Assign distance-weighted population values from table 3–12 to this population as follows:

• Use the "Karst" portion of table 3–12 to assign values only for that portion of the population served by points of withdrawal that draw drinking water from a karst aquifer that underlies any portion of the sources at the site.

–For this portion of the population, determine the number of people included within each "Karst" distance category in table 3–12.

TABLE 3–12—DISTANCE-WEIGHTED POPULATION VALUES FOR POTENTIAL CONTAMINATION FACTOR FOR GROUND WATER MIGRATION PATHWAY [A]

| Distance category (miles) | Number of people within the distance category | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 to 10 | 11 to 30 | 31 to 100 | 101 to 300 | 301 to 1,000 | 1,001 to 3,000 | 3,001 to 10,000 | 10,001 to 30,000 | 30,001 to 100,000 | 100,001 to 300,000 | 300,001 to 1,000,000 | 1,000,001 to 3,000,000 |
| **Other Than Karst**[b]: | | | | | | | | | | | | | |
| 0 to ¼ | 0 | 4 | 17 | 53 | 164 | 522 | 1,633 | 5,214 | 16,325 | 52,137 | 163,246 | 521,360 | 1,632,455 |
| Greater than ¼ to ½ | 0 | 2 | 11 | 33 | 102 | 324 | 1,013 | 3,233 | 10,122 | 32,325 | 101,213 | 323,243 | 1,012,122 |
| Greater than ½ to 1 | 0 | 1 | 5 | 17 | 52 | 167 | 523 | 1,669 | 5,224 | 16,684 | 52,239 | 166,835 | 522,385 |
| Greater than 1 to 2 | 0 | 0.7 | 3 | 10 | 30 | 94 | 294 | 939 | 2,939 | 9,385 | 29,384 | 93,845 | 293,842 |
| Greater than 2 to 3 | 0 | 0.5 | 2 | 7 | 21 | 68 | 212 | 678 | 2,122 | 6,778 | 21,222 | 67,777 | 212,219 |
| Greater than 3 to 4 | 0 | 0.3 | 1 | 4 | 13 | 42 | 131 | 417 | 1,306 | 4,171 | 13,060 | 41,709 | 130,596 |
| **Karst**[c]: | | | | | | | | | | | | | |
| 0 to ¼ | 0 | 4 | 17 | 53 | 164 | 522 | 1,633 | 5,214 | 16,325 | 52,137 | 163,246 | 521,360 | 1,632,455 |
| Greater than ¼ to ½ | 0 | 2 | 11 | 33 | 102 | 324 | 1,013 | 3,233 | 10,122 | 32,325 | 101,213 | 323,243 | 1,012,122 |
| Greater than ½ to 1 | 0 | 2 | 9 | 26 | 82 | 261 | 817 | 2,607 | 8,163 | 26,068 | 81,623 | 260,680 | 816,227 |
| Greater than 1 to 2 | 0 | 2 | 9 | 26 | 82 | 261 | 817 | 2,607 | 8,163 | 26,068 | 81,623 | 260,680 | 816,227 |
| Greater than 2 to 3 | 0 | 2 | 9 | 26 | 82 | 261 | 817 | 2,607 | 8,163 | 26,068 | 81,623 | 260,680 | 816,227 |
| Greater than 3 to 4 | 0 | 2 | 9 | 26 | 82 | 261 | 817 | 2,607 | 8,163 | 26,068 | 81,623 | 260,680 | 816,227 |

[a] Round the number of people present within a distance category to nearest integer. Do not round the assigned distance-weighted population value to nearest integer.
[b] Use for all aquifers, except karst aquifers underlying any portion of the sources at the site.
[c] Use only for karst aquifers underlying any portion of the sources at the site.

–Assign a distance-weighted population value for each distance category based on the number of people included within the distance category.

**Environmental Protection Agency**

• Use the "Other Than Karst" portion of table 3–12 for the remainder of the population served by points of withdrawal subject to potential contamination.

–For this portion of the population, determine the number of people included within each "Other Than Karst" distance category in table 3–12.

–Assign a distance-weighted population value for each distance category based on the number of people included within the distance category.

Calculate the value for the potential contamination factor (PC) as follows:

$$PC = \frac{1}{10}\sum_{i=1}^{n}\left(W_i + K_i\right)$$

where:

$W_i$ = Distance-weighted population from "Other Than Karst" portion of table 3–12 for distance category i.

$K_i$ = Distance-weighted population from "Karst" portion of table 3–12 for distance category i.

n = Number of distance categories.

If PC is less than 1, do not round it to the nearest integer; if PC is 1 or more, round to the nearest integer. Enter this value in table 3–1.

3.3.2.5 *Calculation of population factor value.* Sum the factor values for Level I concentrations, Level II concentrations, and potential contamination. Do not round this sum to the nearest integer. Assign this sum as the population factor value for the aquifer. Enter this value in table 3–1.

3.3.3 *Resources.* To evaluate the resources factor, select the highest value specified below that applies for the aquifer being evaluated. Assign this value as the resources factor value for the aquifer. Enter this value in table 3–1.

Assign a resources value of 5 if water drawn from any target well for the aquifer being evaluated or overlying aquifers (as specified in section 3.0) is used for one or more of the following purposes:

• Irrigation (5-acre minimum) of commercial food crops or commercial forage crops.

• Watering of commercial livestock.

• Ingredient in commercial food preparation.

• Supply for commercial aquaculture.

• Supply for a major or designated water recreation area, excluding drinking water use.

Assign a resources value of 5 if no drinking water wells are within the target distance limit, but the water in the aquifer being evaluated or any overlying aquifers (as specified in section 3.0) is usable for drinking water purposes.

Assign a resources value of 0 if none of the above applies.

3.3.4 *Wellhead Protection Area.* Evaluate the Wellhead Protection Area factor based on Wellhead Protection Areas designated according to section 1428 of the Safe Drinking Water Act, as amended. Consider only those Wellhead Protection Areas applicable to the aquifer being evaluated or overlying aquifers (as specified in section 3.0). Select the highest value below that applies. Assign it as the value for the Wellhead Protection Area factor for the aquifer being evaluated. Enter this value in table 3–1.

Assign a value of 20 if either of the following criteria applies for the aquifer being evaluated or overlying aquifers:

• A source with a ground water containment factor value greater than 0 lies, either partially or fully, within or above the designated Wellhead Protection Area.

• Observed ground water contamination attributable to the sources at the site lies, either partially or fully, within the designated Wellhead Protection Area.

If neither criterion applies, assign a value of 5, if, within the target distance limit, there is a designated Wellhead Protection Area applicable to the aquifer being evaluated or overlying aquifers.

Assign a value of 0 if none of the above applies.

3.3.5 *Calculation of targets factor category value.* Sum the factor values for nearest well, population, resources, and Wellhead Protection Area. Do not round this sum to the nearest integer. Use this sum as the targets factor category value for the aquifer. Enter this value in table 3–1.

3.4 *Ground water migration score for an aquifer.* For the aquifer being evaluated, multiply the factor category values for likelihood of release, waste characteristics, and targets, and round the product to the nearest integer. Then divide by 82,500. Assign the resulting value, subject to a maximum value of 100, as the ground water migration score for the aquifer. Enter this score in table 3–1.

3.5 *Calculation of ground water migration pathway score.* Calculate a ground water migration score for each aquifer underlying the sources at the site, as appropriate. Assign the highest ground water migration score for an aquifer as the ground water migration pathway score ($S_{gw}$) for the site. Enter this score in table 3–1.

4.0 *Surface Water Migration Pathway*

4.0.1 *Migration components.* Evaluate the surface water migration pathway based on two migration components:

• Overland/flood migration to surface water (see section 4.1).

• Ground water to surface water migration (see section 4.2).

147

Evaluate each component based on the same three threats: drinking water threat, human food chain threat, and environmental threat.

Score one or both components, considering their relative importance. If only one component is scored, assign its score as the surface water migration pathway score. If both components are scored, select the higher of the two scores and assign it as the surface water migration pathway score.

4.0.2 *Surface water categories.* For HRS purposes, classify surface water into four categories: rivers, lakes, oceans, and coastal tidal waters.

Rivers include:

• Perennially flowing waters from point of origin to the ocean or to coastal tidal waters, whichever comes first, and wetlands contiguous to these flowing waters.

• Aboveground portions of disappearing rivers.

• Man-made ditches only insofar as they perennially flow into other surface water.

• Intermittently flowing waters and contiguous intermittently flowing ditches only in arid or semiarid areas with less than 20 inches of mean annual precipitation.

Lakes include:

• Natural and man-made lakes (including impoundments) that lie along rivers, but excluding the Great Lakes.

• Isolated, but perennial, lakes, ponds, and wetlands.

• Static water channels or oxbow lakes contiguous to rivers.

• Small rivers, without diking, that merge into surrounding perennially inundated wetlands.

• Wetlands contiguous to water bodies defined here as lakes.

Ocean and ocean-like water bodies include:

• Ocean areas seaward from the baseline of the Territorial Sea. (This baseline represents the generalized coastline of the United States. It is parallel to the seaward limit of the Territorial Sea and other maritime limits such as the inner boundary of Federal fisheries jurisdiction and the limit of States jurisdiction under the Submerged Lands Act, as amended.)

• The Great Lakes.

• Wetlands contiguous to the Great Lakes.

Coastal tidal waters include:

• Embayments, harbors, sounds, estuaries, back bays, lagoons, wetlands, etc. seaward from mouths of rivers and landward from the baseline of the Territorial Sea.

4.1 *Overland/flood migration component.* Use the overland/flood migration component to evaluate surface water threats that result from overland migration of hazardous substances from a source at the site to surface water. Evaluate three types of threats for this component: drinking water threat, human food chain threat, and environmental threat.

4.1.1 *General considerations.*

4.1.1.1 *Definition of hazardous substance migration path for overland/flood migration component.* The hazardous substance migration path includes both the overland segment and the in-water segment that hazardous substances would take as they migrate away from sources at the site:

• Begin the overland segment at a source and proceed downgradient to the probable point of entry to surface water.

• Begin the in-water segment at this probable point of entry.

–For rivers, continue the in-water segment in the direction of flow (including any tidal flows) for the distance established by the target distance limit (see section 4.1.1.2).

–For lakes, oceans, coastal tidal waters, or Great Lakes, do not consider flow direction. Instead apply the target distance limit as an arc.

–If the in-water segment includes both rivers and lakes (or oceans, coastal tidal waters, or Great Lakes), apply the target distance limit to their combined in-water segments.

For sites that consist of contaminated sediments with no identified source, the hazardous substance migration path consists solely of the in-water segment specified in section 4.1.1.2.

Consider a site to be in two or more watersheds for this component if two or more hazardous substance migration paths from the sources at the site do not reach a common point within the target distance limit. If the site is in more than one watershed, define a separate hazardous substance migration path for each watershed. Evaluate the overland/flood migration component for each watershed separately as specified in section 4.1.1.3.

4.1.1.2 *Target distance limit.* The target distance limit defines the maximum distance over which targets are considered in evaluating the site. Determine a separate target distance limit for each watershed as follows:

• If there is no observed release to surface water in the watershed or if there is an observed release only by direct observation (see section 4.1.2.1.1), begin measuring the target distance limit for the watershed at the probable point of entry to surface water and extend it for 15 miles along the surface water from that point.

• If there is an observed release from the site to the surface water in the watershed that is based on sampling, begin measuring the target distance limit for the watershed at the probable point of entry; extend the target distance limit either for 15 miles along the surface water or to the most distant sample point that meets the criteria for an observed release to that watershed, whichever is greater.

In evaluating the site, include only surface water targets (for example, intakes, fisheries, sensitive environments) that are within or contiguous to the hazardous substance migration path and located, partially or wholly, at or between the probable point of entry and the target distance limit applicable to the watershed:

• If flow within the hazardous substance migration path is reversed by tides, evaluate upstream targets only if there is documentation that the tidal run could carry substances from the site as far as those upstream targets.

• Determine whether targets within or contiguous to the hazardous substance migration path are subject to actual or potential contamination as follows:

–If a target is located, partially or wholly, either at or between the probable point of entry and any sampling point that meets the criteria for an observed release to the watershed or at a point that meets the criteria for an observed release by direct observation, evaluate that target as subject to actual contamination, except as otherwise specified for fisheries in section 4.1.3.3 and for wetlands in section 4.1.4.3.1.1. If the actual contamination is based on direct observation, assign Level II to the actual contamination. However, if the actual contamination is based on samples, determine whether the actual contamination is at Level I or Level II concentrations as specified in sections 4.1.2.3, 4.1.3.3, and 4.1.4.3.1.

–If a target is located, partially or wholly, within the target distance limit for the watershed, but not at or between the probable point of entry and any sampling point that meets the criteria for an observed release to the watershed, nor at a point that meets the criteria for an observed release by direct observation, evaluate it as subject to potential contamination.

For sites consisting solely of contaminated sediments with no identified source, determine the target distance limit as follows:

• If there is a clearly defined direction of flow for the surface water body (or bodies) containing the contaminated sediments, begin measuring the target distance limit at the point of observed sediment contamination that is farthest upstream (that is, at the location of the farthest available upstream sediment sample that meets the criteria for an observed release); extend the target distance limit either for 15 miles along the surface water or to the most distant downstream sample point that meets the criteria for an observed release to that watershed, whichever is greater.

• If there is no clearly defined direction of flow, begin measuring the target distance limit at the center of the area of observed sediment contamination. Extend the target distance limit as an arc either for 15 miles along the surface water or to the most dis-

tant sample point that meets the criteria for an observed release to that watershed, whichever is greater. Determine the area of observed sediment contamination based on available samples that meet the criteria for an observed release.

Note that the hazardous substance migration path for these contaminated sediment sites consists solely of the in-water segment defined by the target distance limit; there is no overland segment.

For these contaminated sediment sites, include only those targets (for example, intakes, fisheries, sensitive environments) that are within or contiguous to the hazardous substance migration path and located, wholly or partially, within the target distance limit for the site. Determine whether these targets are subject to actual or potential contamination as follows:

• If a target is located, partially or wholly, within the area of observed sediment contamination, evaluate it as subject to actual contamination, except as otherwise specified for fisheries in section 4.1.3.3 and wetlands in section 4.1.4.3.1.1.

–If a drinking water target is subject to actual contamination, evaluate it using Level II concentrations.

–If a human food chain target or environmental target is subject to actual contamination, evaluate it using Level I or Level II concentrations, as appropriate (see sections 4.1.3.3 and 4.1.4.3.1).

• If a target is located, partially or wholly, within the target distance limit for the watershed, but not within the area of observed sediment contamination, evaluate it as subject to potential contamination.

4.1.1.3 *Evaluation of overland/flood migration component.* Evaluate the drinking water threat, human food chain threat, and environmental threat for each watershed for this component based on three factor categories: likelihood of release, waste characteristics, and targets. Figure 4–1 indicates the factors included within each factor category for each type of threat.

Determine the overland/flood migration component score ($S_{of}$) for a watershed in terms of the factor category values as follows:

$$S_{of} = \sum_{i=1}^{3} \frac{(LR_i)(WC_i)(T_i)}{SF}$$

where:

$LR_i$ = Likelihood of release factor category value for threat i (that is, drinking water, human food chain, or environmental threat).

$WC_i$ = Waste characteristics factor category value for threat i.

$T_i$ = Targets factor category value for threat i.

**Pt. 300, App. A**

SF = Scaling factor.
Table 4-1 outlines the specific calculation procedure.

**40 CFR Ch. I (7–1–19 Edition)**

If the site is in only one watershed, assign the overland/flood migration score for that watershed as the overland/flood migration component score for the site.



FIGURE 4-1
OVERVIEW OF SURFACE WATER OVERLAND/FLOOD MIGRATION COMPONENT

**Environmental Protection Agency**　　　　　　　　　　　**Pt. 300, App. A**

TABLE 4–1—SURFACE WATER OVERLAND/FLOOD MIGRATION COMPONENT SCORESHEET

| Factor categories and factors | Maximum value | Value assigned |
|---|---|---|
| **Drinking Water Threat** | | |
| **Likelihood of Release:** | | |
| 1. Observed Release | 550 | _____ |
| 2. Potential to Release by Overland Flow: | | |
| 2a. Containment | 10 | _____ |
| 2b. Runoff | 25 | _____ |
| 2c. Distance to Surface Water | 25 | _____ |
| 2d. Potential to Release by Overland Flow (lines 2a[2b + 2c]) | 500 | _____ |
| 3. Potential to Release by Flood: | | |
| 3a. Containment (Flood) | 10 | _____ |
| 3b. Flood Frequency | 50 | _____ |
| 3c. Potential to Release by Flood (lines 3a × 3b) | 500 | _____ |
| 4. Potential to Release (lines 2d + 3c, subject to a maximum of 500) | 500 | _____ |
| 5. Likelihood of Release (higher of lines 1 and 4) | 550 | _____ |
| **Waste Characteristics:** | | |
| 6. Toxicity/Persistence | (a) | |
| 7. Hazardous Waste Quantity | (a) | |
| 8. Waste Characteristics | 100 | _____ |
| **Targets:** | | |
| 9. Nearest Intake | 50 | _____ |
| 10. Population | | |
| 10a. Level I Concentrations | (b) | _____ |
| 10b. Level II Concentrations | (b) | _____ |
| 10c. Potential Contamination | (b) | _____ |
| 10d. Population (lines 10a + 10b + 10c) | (b) | _____ |
| 11. Resources | 5 | _____ |
| 12. Targets (lines 9 + 10d + 11) | (b) | _____ |
| **Drinking Water Threat Score:** | | |
| 13. Drinking Water Threat Score ([lines 5 × 8 × 12]/82,500, subject to a maximum of 100) | 100 | _____ |
| **Human Food Chain Threat** | | |
| **Likelihood of Release:** | | |
| 14. Likelihood of Release (same value as line 5) | 550 | _____ |
| **Waste Characteristics:** | | |
| 15. Toxicity/Persistence/Bioaccumulation | (a) | |
| 16. Hazardous Waste Quantity | (a) | |
| 17. Waste Characteristics | 1,000 | _____ |
| **Targets:** | | |
| 18. Food Chain Individual | 50 | _____ |
| 19. Population | | |
| 19a. Level I Concentrations | (b) | _____ |
| 19b. Level II Concentrations | (b) | _____ |
| 19c. Potential Human Food Chain Contamination | (b) | _____ |
| 19d. Population (lines 19a + 19b + 19c) | (b) | _____ |
| 20. Targets (lines 18 + 19d) | (b) | _____ |
| **Human Food Chain Threat Score:** | | |
| 21. Human Food Chain Threat Score ([lines 14 × 17 × 20]/82,500, subject to a maximum of 100) | 100 | _____ |
| **Environmental Threat** | | |
| **Likelihood of Release:** | | |
| 22. Likelihood of Release (same value as line 5) | 550 | _____ |
| **Waste Characteristics:** | | |
| 23. Ecosystem Toxicity/Persistence/Bioaccumulation | (a) | |
| 24. Hazardous Waste Quantity | (a) | |
| 25. Waste Characteristics | 1,000 | _____ |
| **Targets:** | | |
| 26. Sensitive Environments. | | |
| 26a. Level I Concentrations | (b) | _____ |
| 26b. Level II Concentrations | (b) | _____ |
| 26c. Potential Contamination | (b) | _____ |
| 26d. Sensitive Environments (lines 26a + 26b + 26c) | (b) | _____ |
| 27. Targets (value from line 26d) | (b) | _____ |
| **Environmental Threat Score:** | | |
| 28. Environmental Threat Score ([lines 22 × 25 × 27]/82,500, subject to a maximum of 60) | 60 | _____ |
| **Surface Water Overland/Flood Migration Component Score for a Watershed** | | |
| 29. Watershed Score[c] (lines 13 + 21 + 28, subject to a maximum of 100) | 100 | _____ |

151

TABLE 4–1—SURFACE WATER OVERLAND/FLOOD MIGRATION COMPONENT SCORESHEET—Continued

| Factor categories and factors | Maximum value | Value assigned |
|---|---|---|
| **Surface Water Overland/Flood Migration Component Score** | | |
| 30. Component Score ($S_{of}$)[c] (highest score from line 29 for all watersheds evaluated, subject to a maximum of 100) ................................................ | 100 | ........ |

[a] Maximum value applies to waste characteristics category.
[b] Maximum value not applicable.
[c] Do not round to nearest integer.

If the site is in more than one watershed:
• Calculate a separate overland/flood migration component score for each watershed, using likelihood of release, waste characteristics, and targets applicable to each watershed.
• Select the highest overland/flood migration component score from the watersheds evaluated and assign it as the overland/flood migration component score for the site.

4.1.2 *Drinking water threat.* Evaluate the drinking water threat for each watershed based on three factor categories: likelihood of release, waste characteristics, and targets.

4.1.2.1 *Drinking water threat—likelihood of release.* Evaluate the likelihood of release factor category for each watershed in terms of an observed release factor or a potential to release factor.

4.1.2.1.1 *Observed release.* Establish an observed release to surface water for a watershed by demonstrating that the site has released a hazardous substance to the surface water in the watershed. Base this demonstration on either:
• Direct observation:
–A material that contains one or more hazardous substances has been seen entering surface water through migration or is known to have entered surface water through direct deposition, or
–A source area has been flooded at a time that hazardous substances were present, and one or more hazardous substances were in contact with the flood waters, or
–When evidence supports the inference of a release of a material that contains one or more hazardous substances by the site to surface water, demonstrated adverse effects associated with that release may also be used to establish an observed release.
• Chemical analysis:
–Analysis of surface water, benthic, or sediment samples indicates that the concentration of hazardous substance(s) has increased significantly above the background concentration for the site for that type of sample (see section 2.3).
–Limit comparisons to similar types of samples and background concentrations—for example, compare surface water samples to surface water background concentrations.

–For benthic samples, limit comparisons to essentially sessile organisms.
–Some portion of the significant increase must be attributable to the site to establish the observed release, except: when the site itself consists of contaminated sediments with no identified source, no separate attribution is required.

If an observed release can be established for a watershed, assign an observed release factor value of 550 to that watershed, enter this value in table 4–1, and proceed to section 4.1.2.1.3. If no observed release can be established for the watershed, assign an observed release factor value of 0 to that watershed, enter this value in table 4–1, and proceed to section 4.1.2.1.2.

4.1.2.1.2 *Potential to release.* Evaluate potential to release only if an observed release cannot be established for the watershed. Evaluate potential to release based on two components: potential to release by overland flow (see section 4.1.2.1.2.1) and potential to release by flood (see section 4.1.2.1.2.2). Sum the values for these two components to obtain the potential to release factor value for the watershed, subject to a maximum value of 500.

4.1.2.1.2.1 *Potential to release by overland flow.* Evaluate potential to release by overland flow for the watershed based on three factors: containment, runoff, and distance to surface water.

Assign potential to release by overland flow a value of 0 for the watershed if:
• No overland segment of the hazardous substance migration path can be defined for the watershed, or
• The overland segment of the hazardous substance migration path for the watershed exceeds 2 miles before surface water is encountered.

If either condition applies, enter a value of 0 in table 4–1 and proceed to section 4.1.2.1.2.2 to evaluate potential to release to flood. If neither applies, proceed to section 4.1.2.1.2.1.1 to evaluate potential to release by overland flow.

4.1.2.1.2.1.1 *Containment.* Determine the containment factor value for the watershed as follows:
• If one or more sources is located in surface water in the watershed (for example, intact sealed drums in surface water), assign

152

**Environmental Protection Agency**                                    **Pt. 300, App. A**

the containment factor a value of 10 for the watershed. Enter this value in table 4–1.

• If none of the sources is located in surface water in the watershed, assign a containment factor value from table 4–2 to each source at the site that can potentially release hazardous substances to the hazardous substance migration path for this watershed. Assign the containment factor value for the watershed as follows:

–Select the highest containment factor value assigned to those sources that meet the minimum size requirement described below. Assign this highest value as the containment factor value for the watershed. Enter this value in table 4–1.

–If, for this watershed, no source at the site meets the minimum size requirement,

then select the highest containment factor value assigned to the sources at the site eligible to be evaluated for this watershed and assign it as the containment factor value for the watershed. Enter this value in table 4–1.

A source meets the minimum size requirement if its source hazardous waste quantity value (see section 2.4.2.1.5) is 0.5 or more. Do not include the minimum size requirement in evaluating any other factor of this surface water migration component, except potential to release by flood as specified in section 4.1.2.1.2.2.3.

4.1.2.1.2.1.2 *Runoff.* Evaluate runoff based on three components: rainfall, drainage area, and soil group.

TABLE 4–2—CONTAINMENT FACTOR VALUES FOR SURFACE WATER MIGRATION PATHWAY

| Source | Assigned value |
|---|---|
| **All Sources (Except Surface Impoundments, Land Treatment, Containers, and Tanks)** | |
| Evidence of hazardous substance migration from source area (*i.e.,* source area includes source and any associated containment structures).. | 10 |
| No evidence of hazardous substance migration from source area *and:* | |
| (a) Neither of the following present: (1) maintained engineered cover, or (2) functioning and maintained run-on control system and runoff management system. | 10 |
| (b) Any one of the two items in (a) present ............................................................................. | 9 |
| (c) Any two of the following present: (1) maintained engineered cover, or (2) functioning and maintained run-on control system and runoff management system, or (3) liner with functioning leachate collection and removal system immediately above liner. | 7 |
| (d) All items in (c) present ......................................................................................................... | 5 |
| (e) All items in (c) present, plus no bulk or non-containerized liquids nor materials containing free liquids deposited in source area.. | 3 |
| No evidence of hazardous substance migration from source area, double liner with functioning leachate collection and removal system above and between liners, *and:* | |
| (f) Only one of the following deficiencies present in containment: (1) bulk or noncontainerized liquids or materials containing free liquids deposited in source area, or (2) no or nonfunctioning or nonmaintained run-on control system and runoff management system, or (3) no or nonmaintained engineered cover. | 3 |
| (g) None of the deficiencies in (f) present. | 0 |
| Source area inside or under maintained intact structure that provides protection from precipitation so that neither runoff nor leachate is generated, liquids or materials containing free liquids not deposited in source area, and functioning and maintained run-on control present. | |
| | |
| **Surface Impoundment** | |
| Evidence of hazardous substance migration from surface impoundment ......................................... | 10 |
| Free liquids present with either no diking, unsound diking, or diking that is not regularly inspected and maintained. | 10 |
| No evidence of hazardous substance migration from surface impoundment, free liquids present, sound diking that is regularly inspected and maintained, adequate freeboard, *and:* | |
| (a) No liner ................................................................................................................................... | 9 |
| (b) Liner ....................................................................................................................................... | 7 |
| (c) Liner with functioning leachate collection and removal system below liner ......................... | 5 |
| (d) Double liner with functioning leachate collection and removal system between liners .......... | 3 |
| No evidence of hazardous substance migration from surface impoundment and all free liquids eliminated at closure (either by removal of liquids or solidification of remaining wastes and waste residues). | Evaluate using **All Sources** criteria (with no bulk or free liquids deposited). |
| | |
| **Land Treatment** | |
| Evidence of hazardous substance migration from land treatment zone ........................................... | 10 |
| No functioning and maintained run-on control and runoff management system ................................ | 10 |
| No evidence of hazardous substance migration from land treatment zone *and:* | |
| (a) Functioning and maintained run-on control and runoff management system ......................... | 7 |
| (b) Functioning and maintained run-on control and runoff management system, and vegetative cover established over entire land treatment area. | 5 |

153

TABLE 4–2—CONTAINMENT FACTOR VALUES FOR SURFACE WATER MIGRATION PATHWAY—Continued

| Source | Assigned value |
|---|---|
| (c) Land treatment area maintained in compliance with 40 CFR 264.280 ........................................ | 0 |
| **Containers** | |
| All containers buried ...................................................................................................................... | Evaluate using **All Sources** criteria. |
| Evidence of hazardous substance migration from container area (*i.e.*, container area includes containers and any associated containment structures). | 10 |
| No diking (or no similar structure) surrounding container area ....................................................... | 10 |
| Diking surrounding container area unsound or not regularly inspected and maintained ................ | 10 |
| No evidence of hazardous substance migration from container area and container area surrounded by sound diking that is regularly inspected and maintained. | 9 |
| No evidence of hazardous substance migration from container area, container area surrounded by sound diking that is regularly inspected and maintained, *and:* | 9 |
| (a) Essentially impervious base under container area with liquids collection and removal system ..... | 7 |
| (b) Containment system includes essentially impervious base, liquids collection system, sufficient capacity to contain 10 percent of volume of all containers, and functioning and maintained run-on control; and spilled or leaked hazardous substances and accumulated precipitation removed in timely manner to prevent overflow of collection system, at least weekly inspection of containers, hazardous substances in leaking or deteriorating containers transferred to containers in good condition, and containers sealed except when waste is added or removed. | 5 |
| (c) Free liquids present, containment system has sufficient capacity to hold total volume of all containers and to provide adequate freeboard, and single liner under container area with functioning leachate collection and removal system below liner. | 5 |
| (d) Same as (c) except: double liner under container area with functioning leachate collection and removal system between liners. | 3 |
| Containers inside or under maintained intact structure that provides protection from precipitation so that neither runoff nor leachate would be generated from any unsealed or ruptured containers, liquids or materials containing free liquids not deposited in any container, and functioning and maintained run-on control present. | 0 |
| No evidence of hazardous substance migration from container area, containers leaking, and all free liquids eliminated at closure (either by removal of liquids or solidification of remaining wastes and waste residues). | Evaluate using All Sources criteria (with no bulk or free liquids deposited). |
| **Tank** | |
| Below-ground tank .......................................................................................................................... | Evaluate using All Sources criteria |
| Evidence of hazardous substance migration from tank area (*i.e.*, tank area includes tank, ancillary equipment such as piping, and any associated containment structures). | 10 |
| No diking (or no similar structure) surrounding tank and ancillary equipment .............................. | 10 |
| Diking surrounding tank and ancillary equipment unsound or not regularly inspected and maintained .. | 10 |
| No evidence of hazardous substance migration from tank area and tank and ancillary equipment surrounded by sound diking that is regularly inspected and maintained. | 9 |
| No evidence of hazardous substance migration from tank area, tank and ancillary equipment surrounded by sound diking that is regularly inspected and maintained, *and:* | |
| (a) Tank and ancillary equipment provided with secondary containment (e.g., liner under tank area, vault system, double-wall) with leak detection and collection system. | 7 |
| (b) Tank and ancillary equipment provided with secondary containment system that detects and collects spilled or leaked hazardous substances and accumulated precipitation and has sufficient capacity to contain 110 percent of volume of largest tank within containment area, spilled or leaked hazardous substances and accumulated precipitation removed in a timely manner, at least weekly inspection of tank and secondary containment system, and all leaking or unfit-for-use tank systems promptly responded to. | 5 |
| (c) Containment system has sufficient capacity to hold total volume of all tanks within the tank containment area and to provide adequate freeboard, and single liner under tank containment area with functioning leachate collection and removal system below liner. | 5 |
| (d) Same as (c) except: double liner under tank containment area with functioning leachate collection and removal system between liners. | 3 |
| Tank is above ground, and inside or under maintained intact structure that provides protection from precipitation so that neither runoff nor leachate would be generated from any material released from tank, liquids or materials containing free liquids not deposited in any tank, and functioning and maintained run-on control present. | 0 |

Rainfall. Determine the 2-year, 24-hour rainfall for the site. Use site-specific, 2-year, 24-hour rainfall data if records are available for at least 20 years. If such site-specific data are not available, estimate the 2-year, 24-hour rainfall for the site from a rainfall-frequency map. Do not round the rainfall value to the nearest integer.

Drainage area. Determine the drainage area for the sources at the site. Include in this drainage area both the source areas and the area upgradient of the sources, but exclude any portion of this drainage area for which runoff is diverted from entering the sources by storm sewers or run-on control and/or runoff management systems. Assign a drainage area value for the watershed from table 4–3.

Soil group. Based on the predominant soil group within the drainage area described above, assign a soil group designation for the watershed from table 4–4 as follows:

• Select the predominant soil group as that type which comprises the largest total area within the applicable drainage area.

• If a predominant soil group cannot be delineated, select that soil group in the drainage area that yields the highest value for the runoff factor.

Calculation of runoff factor value. Assign a combined rainfall/runoff value for the watershed from table 4–5, based on the 2-year, 24-hour rainfall and the soil group designation. Determine the runoff factor value for the watershed from table 4–6, based on the rainfall/runoff and drainage area values. Enter the runoff factor value in table 4–1.

TABLE 4–3—DRAINAGE AREA VALUES

| Drainage area (acres) | Assigned value |
|---|---|
| Less than 50 | 1 |
| 50 to 250 | 2 |
| Greater than 250 to 1,000 | 3 |
| Greater than 1,000 | 4 |

TABLE 4–4—SOIL GROUP DESIGNATIONS

| Surface soil description | Soil group designation |
|---|---|
| Coarse-textured soils with high infiltration rates (for example, sands, loamy sands). | A |
| Medium-textured soils with moderate infiltration rates (for example, sandy loams, loams). | B |
| Moderately fine-textured soils with low infiltration rates (for example, silty loams, silts, sandy clay loams). | C |
| Fine-textured soils with very low infiltration rates (for example, clays, sandy clays, silty clay loams, clay loams, silty clays); or impermeable surfaces (for example, pavement). | D |

TABLE 4–5—RAINFALL/RUNOFF VALUES

| 2-Year, 24-hour rainfall (inches) | Soil group designation | | | |
|---|---|---|---|---|
| | A | B | C | D |
| Less than 1.0 | 0 | 0 | 2 | 3 |
| 1.0 to less than 1.5 | 0 | 1 | 2 | 3 |
| 1.5 to less than 2.0 | 0 | 2 | 3 | 4 |
| 2.0 to less than 2.5 | 1 | 2 | 3 | 4 |
| 2.5 to less than 3.0 | 2 | 3 | 4 | 4 |
| 3.0 to less than 3.5 | 2 | 3 | 4 | 5 |

TABLE 4–5—RAINFALL/RUNOFF VALUES— Continued

| 2-Year, 24-hour rainfall (inches) | Soil group designation | | | |
|---|---|---|---|---|
| | A | B | C | D |
| 3.5 or greater | 3 | 4 | 5 | 6 |

TABLE 4–6—RUNOFF FACTOR VALUES

| Drainage area value | Rainfall/runoff value | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
| 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
| 2 | 0 | 0 | 1 | 1 | 2 | 3 | 4 |
| 3 | 0 | 0 | 1 | 3 | 7 | 11 | 15 |
| 4 | 0 | 1 | 2 | 7 | 17 | 25 | 25 |

4.1.2.1.2.1.3 *Distance to surface water.* Evaluate the distance to surface water as the shortest distance, along the overland segment, from any source with a surface water containment factor value greater than 0 to either the mean high water level for tidal waters or the mean water level for other surface waters. Based on this distance, assign a value from table 4–7 to the distance to surface water factor for the watershed. Enter this value in table 4–1.

4.1.2.1.2.1.4 *Calculation of factor value for potential to release by overland flow.* Sum the factor values for runoff and distance to surface water for the watershed and multiply this sum by the factor value for containment. Assign the resulting product as the factor value for potential to release by overland flow for the watershed. Enter this value in table 4–1.

4.1.2.1.2.2 *Potential to release by flood.* Evaluate potential to release by flood for each watershed as the product of two factors: containment (flood) and flood frequency. Evaluate potential to release by flood separately for each source that is within the watershed. Furthermore, for each source, evaluate potential to release by flood separately for each category of floodplain in which the source lies. (See section 4.1.2.1.2.2.2 for the applicable floodplain categories.) Calculate the value for the potential to release by flood factor as specified in 4.1.2.1.2.2.3.

4.1.2.1.2.2.1 *Containment (flood).* For each source within the watershed, separately evaluate the containment (flood) factor for each category of floodplain in which the source is partially or wholly located. Assign a containment (flood) factor value from table 4–8 to each floodplain category applicable to that source. Assign a containment (flood) factor value of 0 to each floodplain category in which the source does not lie.

4.1.2.1.2.2.2 *Flood frequency.* For each source within the watershed, separately evaluate the flood frequency factor for each category of floodplain in which the source is partially or wholly located. Assign a flood

frequency factor value from table 4–9 to each floodplain category in which the source is located.

4.1.2.1.2.2.3 *Calculation of factor value for potential to release by flood.* For each source within the watershed and for each category of floodplain in which the source is partially or wholly located, calculate a separate potential to release by flood factor value. Calculate this value as the product of the containment (flood) value and the flood frequency value applicable to the source for the floodplain category. Select the highest value calculated for those sources that meet the minimum size requirement specified in section 4.1.2.1.2.1.1 and assign it as the value for the potential to release by flood factor for the watershed. However, if, for this watershed, no source at the site meets the minimum size requirement, select the highest value calculated for the sources at the site eligible to be evaluated for this watershed and assign it as the value for this factor.

TABLE 4–7—DISTANCE TO SURFACE WATER
FACTOR VALUES

| Distance | Assigned value |
|---|---|
| Less than 100 feet | 25 |
| 100 feet to 500 feet | 20 |
| Greater than 500 feet to 1,000 feet | 16 |
| Greater than 1,000 feet to 2,500 feet | 9 |
| Greater than 2,500 feet to 1.5 miles | 6 |
| Greater than 1.5 miles to 2 miles | 3 |

TABLE 4–8—CONTAINMENT (FLOOD) FACTOR
VALUES

| Containment criteria | Assigned value |
|---|---|
| Documentation that containment at the source is designed, constructed, operated, and maintained to prevent a washout of hazardous substances by the flood being evaluated | 0 |
| Other | 10 |

TABLE 4–9—FLOOD FREQUENCY FACTOR
VALUES

| Floodplain category | Assigned value |
|---|---|
| Source floods annually | 50 |
| Source in 10-year floodplain | 50 |
| Source in 100-year floodplain | 25 |
| Source in 500-year floodplain | 7 |
| None of above | 0 |

Enter this highest potential to release by flood factor value for the watershed in table 4–1, as well as the values for containment (flood) and flood frequency that yield this highest value.

4.1.2.1.2.3 *Calculation of potential to release factor value.* Sum the factor values assigned to the watershed for potential to release by overland flow and potential to release by flood. Assign this sum as the potential to release factor value for the watershed, subject to a maximum value of 500. Enter this value in table 4–1.

4.1.2.1.3 *Calculation of drinking water threat-likelihood of release factor category value.* If an observed release is established for the watershed, assign the observed release factor value of 550 as the likelihood of release factor category value for that watershed. Otherwise, assign the potential to release factor value for that watershed as the likelihood of release factor category value for that watershed. Enter the value assigned in table 4–1.

4.1.2.2 *Drinking water threat-waste characteristics.* Evaluate the waste characteristics factor category for each watershed based on two factors: toxicity/persistence and hazardous waste quantity. Evaluate only those hazardous substances that are available to migrate from the sources at the site to surface water in the watershed via the overland/flood hazardous substance migration path for the watershed (see section 4.1.1.1). Such hazardous substances include:

• Hazardous substances that meet the criteria for an observed release to surface water in the watershed.

• All hazardous substances associated with a source that has a surface water containment factor value greater than 0 for the watershed (see sections 2.2.2, 2.2.3, 4.1.2.1.2.1.1, and 4.1.2.1.2.2.1).

4.1.2.2.1 *Toxicity/persistence.* For each hazardous substance, assign a toxicity factor value, a persistence factor value, and a combined toxicity/persistence factor value as specified in sections 4.1.2.2.1.1 through 4.1.2.2.1.3. Select the toxicity/persistence factor value for the watershed as specified in section 4.1.2.2.1.3.

4.1.2.2.1.1 *Toxicity.* Assign a toxicity factor value to each hazardous substance as specified in section 2.4.1.1.

4.1.2.2.1.2 *Persistence.* Assign a persistence factor value to each hazardous substance. In assigning this value, evaluate persistence based primarily on the half-life in surface water and secondarily on the sorption of the hazardous substance to sediments. The half-life in surface water is defined for HRS purposes as the time required to reduce the initial concentration in surface water by one-half as a result of the combined decay processes of biodegradation, hydrolysis, photolysis, and volatilization. Sorption to sediments is evaluated for the HRS based on the logarithm of the n-octanol-water partition coefficient (log $K_{ow}$) of the hazardous substance.

Estimate the half-life ($t_{1/2}$) of a hazardous substance as follows:

**Environmental Protection Agency**                           **Pt. 300, App. A**

$$t_{12} = \frac{1}{1/h + 1/b + 1/p + 1/v}$$

where:

h = Hydrolysis half-life.
b = Biodegradation half-life.
p = Photolysis half-life.
v = Volatilization half-life.

If one or more of these four component half-lives cannot be estimated for the hazardous substance from available data, delete that component half-life from the above equation. If none of these four component half-lives can be estimated for the hazardous substance from available data, use the default procedure indicated below. Estimate a half-life for the hazardous substance for lakes or for rivers, oceans, coastal tidal waters, and Great Lakes, as appropriate.

If a half-life can be estimated for a hazardous substance:

• Assign that hazardous substance a persistence factor value from the appropriate portion of table 4-10 (that is lakes; or rivers, oceans, coastal tidal waters, and Great Lakes).

• Select the appropriate portion of table 4-10 as follows:

–If there is one or more drinking water intakes along the hazardous substance migration path for the watershed, select the nearest drinking water intake as measured from the probable point of entry. If the in-water segment between the probable point of entry and this selected intake includes both lakes and other water bodies, use the lakes portion of table 4-10 only if more than half the distance to this selected intake lies in lake(s). Otherwise, use the rivers, oceans, coastal tidal waters, and Great Lakes portion of table 4-10. For contaminated sediments with no identified source, use the point where measurement begins (see section 4.1.1.2) rather than the probable point of entry.

–If there are no drinking water intakes but there are intakes or points of use for any of the resource types listed in section 4.1.2.3.3, select the nearest such intake or point of use. Select the portion of table 4-10 based on this intake or point of use in the manner specified for drinking water intakes.

–If there are no drinking water intakes and no specified resource intakes and points of use, but there is another type of resource listed in section 4.1.2.3.3 (for example, the water is usable for drinking water purposes even though not used), select the portion of table 4-10 based on the nearest intake of this resource in the manner specified for drinking water intakes.

TABLE 4–10—PERSISTENCE FACTOR VALUES—HALF-LIFE

| Surface water category | Substance half-life (days) | Assigned value [a] |
|---|---|---|
| Rivers, oceans, coastal tidal waters, and Great Lakes | Less than or equal to 0.2 ...................................... | 0.0007 |
| | Greater than 0.2 to 0.5 ........................................ | 0.07 |
| | Greater than 0.5 to 1.5 ........................................ | 0.4 |
| | Greater than 1.5 ................................................. | 1 |
| Lakes | Less than or equal to 0.02 .................................... | 0.0007 |
| | Greater than 0.02 to 2 ......................................... | 0.07 |
| | Greater than 2 to 20 ........................................... | 0.4 |
| | Greater than 20 .................................................. | 1 |

[a] Do not round to nearest integer.

If a half-life cannot be estimated for a hazardous substance from available data, use the following default procedure to assign a persistence factor value to that hazardous substance:

• For those hazardous substances that are metals (or metalloids), assign a persistence factor value of 1 as a default for all surface water bodies.

• For other hazardous substances (both organic and inorganic), assign a persistence factor value of 0.4 as a default for rivers, oceans, coastal tidal waters, and Great Lakes, and a persistence factor value of 0.07 as a default for lakes. Select the appropriate value in the same manner specified for using table 4-10.

Use the persistence factor value assigned based on half-life or the default procedure unless the hazardous substance can be assigned a higher factor value from Table 4-11, based on its Log $K_{ow}$. If a higher value can be assigned from table 4-11, assign this higher value as the persistence factor value for the hazardous substance.

TABLE 4–11—PERSISTENCE FACTOR VALUES—LOG $K_{ow}$

| Log $K_{ow}$ | Assigned value [a] |
|---|---|
| Less than 3.5 ............................................... | 0.0007 |
| 3.5 to less than 4.0 ...................................... | 0.07 |
| 4.0 to 4.5 .................................................... | 0.4 |

157

TABLE 4-11—PERSISTENCE FACTOR VALUES—
LOG $K_{ow}$—Continued

| Log $K_{ow}$ | Assigned value [a] |
|---|---|
| Greater than 4.5 | 1 |

[a] Use for lakes, rivers, oceans, coastal tidal waters, and Great Lakes. Do not round to nearest integer.

4.1.2.1.3 *Calculation of toxicity/persistence factor value.* Assign each hazardous substance a toxicity/persistence factor value from table 4–12, based on the values assigned to the hazardous substance for the toxicity and persistence factors. Use the hazardous substance with the highest toxicity/persistence factor value for the watershed to assign the toxicity/persistence factor value for the drinking water threat for the watershed. Enter this value in table 4–1.

4.1.2.2.2 *Hazardous waste quantity.* Assign a hazardous waste quantity factor value for the watershed as specified in section 2.4.2. Enter this value in table 4-1.

4.1.2.2.3 *Calculation of drinking water threat-waste characteristics factor category value.* Multiply the toxicity/persistence and hazardous waste quantity factor values for the watershed, subject to a maximum product of $1 \times 10^8$. Based on this product, assign a value from table 2–7 (section 2.4.3.1) to the drinking water threat-waste characteristics factor category for the watershed. Enter this value in table 4–1.

TABLE 4-12—TOXICITY/PERSISTENCE FACTOR VALUES [A]

| Persistence factor value | Toxicity factor value | | | | | |
|---|---|---|---|---|---|---|
| | 10,000 | 1,000 | 100 | 10 | 1 | 0 |
| 1.0 | 10,000 | 1,000 | 100 | 10 | 1 | 0 |
| 0.4 | 4,000 | 400 | 40 | 4 | 0.4 | 0 |
| 0.07 | 700 | 70 | 7 | 0.7 | 0.07 | 0 |
| 0.0007 | 7 | 0.7 | 0.07 | 0.007 | 0.0007 | 0 |

[a] Do not round to nearest integer.

4.1.2.3 *Drinking water threat-targets.* Evaluate the targets factor category for each watershed based on three factors: nearest intake, population, and resources.

To evaluate the nearest intake and population factors, determine whether the target surface water intakes are subject to actual or potential contamination as specified in section 4.1.1.2. Use either an observed release based on direct observation at the intake or the exposure concentrations from samples (or comparable samples) taken at or beyond the intake to make this determination (see section 4.1.2.1.1). The exposure concentrations for a sample (that is, surface water, benthic, or sediment sample) consist of the concentrations of those hazardous substances present that are significantly above background levels and attributable at least in part to the site (that is, those hazardous substance concentrations that meet the criteria for an observed release).

When an intake is subject to actual contamination, evaluate it using Level I concentrations or Level II concentrations. If the actual contamination is based on an observed release by direct observation, use Level II concentrations for that intake. However, if the actual contamination is based on an observed release from samples, determine which level applies for the intake by comparing the exposure concentrations from samples (or comparable samples) to health-based benchmarks as specified in sections 2.5.1 and 2.5.2. Use the health-based benchmarks from table 3-10 (section 3.3.1) in deter-

mining the level of contamination from samples. For contaminated sediments with no identified source, evaluate the actual contamination using Level II concentrations (see section 4.1.1.2).

4.1.2.3.1 *Nearest intake.* Evaluate the nearest intake factor based on the drinking water intakes along the overland/flood hazardous substance migration path for the watershed. Include standby intakes in evaluating this factor only if they are used for supply at least once a year.

Assign the nearest intake factor a value as follows and enter the value in table 4–1:

• If one or more of these drinking water intakes is subject to Level I concentrations as specified in section 4.1.2.3, assign a factor value of 50.

• If not, but if one or more of these drinking water intakes is subject to Level II concentrations, assign a factor value of 45.

• If none of these drinking water intakes is subject to Level I or Level II concentrations, determine the nearest of these drinking water intakes, as measured from the probable point of entry (or from the point where measurement begins for contaminated sediments with no identified source). Assign a dilution weight from table 4–13 to this intake, based on the type of surface water body in which it is located. Multiply this dilution weight by 20, round the product to the nearest integer, and assign it as the factor value.

Assign the dilution weight from table 4–13 as follows:

**Environmental Protection Agency**                    **Pt. 300, App. A**

TABLE 4–13—SURFACE WATER DILUTION WEIGHTS

| Type of surface water body [a] | | Assigned dilution weight [b] |
|---|---|---|
| Descriptor | Flow characteristics | |
| Minimal stream ............................................ | Less than 10 cfs [c] ........................................ | 1 |
| Small to moderate stream ........................... | 10 to 100 cfs ................................................... | 0.1 |
| Moderate to large stream ............................ | Greater than 100 to 1,000 cfs ........................ | 0.01 |
| Large stream to river ................................... | Greater than 1,000 to 10,000 cfs ................... | 0.001 |
| Large river ................................................... | Greater than 10,000 to 100,000 cfs ............... | 0.0001 |
| Very large river ............................................ | Greater than 100,000 cfs ............................... | 0.00001 |
| Coastal tidal waters [d] ................................ | Flow not applicable, depth not applicable ...... | 0.0001 |
| Shallow ocean zone [e] or Great Lake ......... | Flow not applicable, depth less than 20 feet .. | 0.0001 |
| Moderate depth ocean zone [e] or Great Lake ........... | Flow not applicable, depth 20 to 200 feet ...... | 0.00001 |
| Deep ocean zone [e] or Great Lake ............. | Flow not applicable, depth greater than 200 feet ............... | 0.000005 |
| 3-mile mixing zone in quiet flowing river ...... | 10 cfs or greater ............................................ | 0.5 |

[a] Treat each lake as a separate type of water body and assign a dilution weight as specified in text.
[b] Do not round to nearest integer.
[c] cfs = cubic feet per second.
[d] Embayments, harbors, sounds, estuaries, back bays, lagoons, wetlands, etc., seaward from mouths of rivers and landward from baseline of Territorial Sea.
[e] Seaward from baseline of Territorial Sea. This baseline represents the generalized U.S. coastline. It is parallel to the seaward limit of the Territorial Sea and other maritime limits such as the inner boundary of the Federal fisheries jurisdiction and the limit of States jurisdiction under the Submerged Lands Act, as amended.

• For a river (that is, surface water body types specified in table 4–13 as minimal stream through very large river), assign a dilution weight based on the average annual flow in the river at the intake. If available, use the average annual discharge as defined in the U.S. Geological Survey Water Resources Data Annual Report. Otherwise, estimate the average annual flow.

• For a lake, assign a dilution weight as follows:

  –For a lake that has surface water flow entering the lake, assign a dilution weight based on the sum of the average annual flows for the surface water bodies entering the lake up to the point of the intake.

  –For a lake that has no surface water flow entering, but that does have surface water flow leaving, assign a dilution weight based on the sum of the average annual flows for the surface water bodies leaving the lake.

  –For a closed lake (that is, a lake without surface water flow entering or leaving), assign a dilution weight based on the average annual ground water flow into the lake, if available, using the dilution weight for the corresponding river flow rate in table 4–13. If not available, assign a default dilution weight of 1.

• For the ocean and the Great Lakes, assign a dilution weight based on depth.

• For coastal tidal waters, assign a dilution weight of 0.0001; do not consider depth or flow.

• For a quiet-flowing river that has average annual flow of 10 cubic feet per second (cfs) or greater and that contains the probable point of entry to surface water, apply a zone of mixing in assigning the dilution weight:

  –Start the zone of mixing at the probable point of entry and extend it for 3 miles from the probable point of entry, except: if the surface water characteristics change to turbulent within this 3-mile distance, extend the zone of mixing only to the point at which the change occurs.

  –Assign a dilution weight of 0.5 to any intake that lies within this zone of mixing.

  –Beyond this zone of mixing, assign a dilution weight the same as for any other river (that is, assign the dilution weight based on average annual flow).

  –Treat a quiet-flowing river with an average annual flow of less than 10 cfs the same as any other river (that is, assign it a dilution weight of 1).

In those cases where water flows from a surface water body with a lower assigned dilution weight (from table 4–13) to a surface water body with a higher assigned dilution weight (that is, water flows from a surface water body with more dilution to one with less dilution), use the lower assigned dilution weight as the dilution weight for the latter surface water body.

4.1.2.3.2 *Population.* In evaluating the population factor, include only persons served by drinking water drawn from intakes that are along the overland/flood hazardous substance migration path for the watershed and that are within the target distance limit specified in section 4.1.1.2. Include residents, students, and workers who regularly use the water. Exclude transient populations such as customers and travelers passing through the area. When a standby intake is maintained on a regular basis so that water can be withdrawn, include it in evaluating the population factor.

159

In estimating residential population, when the estimate is based on the number of residences, multiply each residence by the average number of persons per residence for the county in which the residence is located.

In estimating the population served by an intake, if the water from the intake is blended with other water (for example, water from other surface water intakes or ground water wells), apportion the total population regularly served by the blended system to the intake based on the intake's relative contribution to the total blended system. In estimating the intake's relative contribution, assume each well or intake contributes equally and apportion the population accordingly, except: if the relative contribution of any one intake or well exceeds 40 percent based on average annual pumpage or capacity, estimate the relative contribution of the wells and intakes considering the following data, if available:

• Average annual pumpage from the ground water wells and surface water intakes in the blended system.

• Capacities of the wells and intakes in the blended system.

For systems with standby surface water intakes or standby ground water wells, apportion the total population regularly served by the blended system as described above, except:

• Exclude standby ground water wells in apportioning the population.

• When using pumpage data for a standby surface water intake, use average pumpage for the period during which the standby intake is used rather than average annual pumpage.

• For that portion of the total population that could be apportioned to a standby surface water intake, assign that portion of the population either to that standby intake or to the other surface water intake(s) and ground water well(s) that serve that population; do not assign that portion of the population both to the standby intake and to the other intake(s) and well(s) in the blended

system. Use the apportioning that results in the highest population factor value. (Either include all standby intake(s) or exclude some or all of the standby intake(s) as appropriate to obtain this highest value.) Note that the specific standby intake(s) included or excluded and, thus, the specific apportioning may vary in evaluating different watersheds and in evaluating the ground water pathway.

4.1.2.3.2.1 *Level of contamination.* Evaluate the population factor based on three factors: Level I concentrations, Level II concentrations, and potential contamination. Determine which factor applies for an intake as specified in section 4.1.2.3. Evaluate intakes subject to Level I concentration as specified in section 4.1.2.3.2.2, intakes subject to Level II concentration as specified in section 4.1.2.3.2.3, and intakes subject to potential contamination as specified in section 4.1.2.3.2.4.

For the potential contamination factor, use population ranges in evaluating the factor as specified in section 4.1.2.3.2.4. For the Level I and Level II concentrations factors, use the population estimate, not population ranges, in evaluating both factors.

4.1.2.3.2.2 *Level I concentrations.* Sum the number of people served by drinking water from intakes subject to Level I concentrations. Multiply this sum by 10. Assign this product as the value for this factor. Enter this value in table 4–1.

4.1.2.3.2.3 *Level II concentrations.* Sum the number of people served by drinking water from intakes subject to Level II concentrations. Do not include people already counted under the Level I concentrations factor. Assign this sum as the value for this factor. Enter this value in table 4–1.

4.1.2.3.2.4 *Potential contamination.* For each applicable type of surface water body in table 4–14, first determine the number of people served by drinking water from intakes subject to potential contamination in that type of surface water body. Do not include those people already counted under the Level I and Level II concentrations factors.

Environmental Protection Agency                    Pt. 300, App. A

TABLE 4-14—DILUTION-WEIGHTED POPULATION VALUES FOR POTENTIAL CONTAMINATION FACTOR FOR SURFACE WATER MIGRATION PATHWAY[a]

| Type of surface water body[b] | Number of people | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 | 1 to 10 | 11 to 30 | 31 to 100 | 101 to 300 | 301 to 1,000 | 1,001 to 3,000 | 3,001 to 10,000 | 10,001 to 30,000 | 30,001 to 100,000 | 100,001 to 300,000 | 300,001 to 1,000,000 | 1,000,001 to 3,000,000 | 3,000,001 to 10,000,000 |
| Minimal stream (<10 cfs) | 0 | 4 | 17 | 53 | 164 | 522 | 1,633 | 5,214 | 16,325 | 52,137 | 163,246 | 521,360 | 1,632,455 | 5,213,590 |
| Small to moderate stream (10 to 100 cfs) | 0 | 0.4 | 2 | 5 | 16 | 52 | 163 | 521 | 1,633 | 5,214 | 16,325 | 52,136 | 163,245 | 521,369 |
| Moderate to large stream (>100 to 1,000 cfs) | 0 | 0.04 | 0.2 | 0.5 | 2 | 5 | 16 | 52 | 163 | 521 | 1,633 | 5,214 | 16,325 | 52,136 |
| Large stream to river (>1,000 to 10,000 cfs) | 0 | 0.004 | 0.02 | 0.05 | 0.2 | 0.5 | 2 | 5 | 16 | 52 | 163 | 521 | 1,632 | 5,214 |
| Large river (>10,000 to 100,000 cfs) | 0 | 0 | 0.002 | 0.005 | 0.02 | 0.05 | 0.2 | 0.5 | 2 | 5 | 16 | 52 | 163 | 521 |
| Very large river (>100,000 cfs) | 0 | 0 | 0 | 0.001 | 0.002 | 0.005 | 0.02 | 0.05 | 0.2 | 0.5 | 2 | 5 | 16 | 52 |
| Shallow ocean zone or Great Lake (depth <20 feet) | 0 | 0 | 0.002 | 0.005 | 0.02 | 0.05 | 0.2 | 0.5 | 2 | 5 | 16 | 52 | 163 | 521 |
| Moderate ocean zone or Great Lake (depth 20 to 200 feet) | 0 | 0 | 0 | 0.001 | 0.002 | 0.005 | 0.02 | 0.05 | 0.2 | 0.5 | 2 | 5 | 16 | 52 |
| Deep ocean zone or Great Lakes (depth >200 feet) | 0 | 0 | 0 | 0 | 0.001 | 0.003 | 0.008 | 0.03 | 0.08 | 0.3 | 1 | 3 | 8 | 26 |
| 3-mile mixing zone in quiet flowing river (≥10 cfs) | 0 | 2 | 9 | 28 | 82 | 261 | 817 | 2,607 | 8,163 | 26,068 | 81,623 | 260,680 | 816,227 | 2,606,795 |

[a]Round the number of people to nearest integer. Do not round the assigned dilution-weighted population value to nearest integer.

[b]Treat each lake as a separate type of water body and assign it a dilution-weighted population value using the surface water body type with the same dilution-weighted from table 4-13 as the lake. If drinking water is withdrawn from coastal tidal water or the ocean, assign a dilution-weighted population value to it using the surface water body type with the same dilution weight from table 4-13 as the coastal tidal water or the ocean zone.