

*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

on a fatality data sheet, including date, species, sex and age (when possible), observer name, turbine number, distance from turbine, azimuth from turbine (including GPS coordinates), habitat surrounding carcass, condition of carcass (entire, partial, scavenged), and estimated time of death (e.g., <1 day, 2 days). The recorded data will ultimately be housed in the FWS Office of Law Enforcement Bird Mortality Reporting System. A digital photograph of the carcass should be taken. Rubber gloves should be used to handle all carcasses to eliminate possible transmission of rabies or other diseases and to reduce possible human scent bias for carcasses later used in scavenger removal trials. Carcasses should be placed in a plastic bag and labeled. Unless otherwise conditioned by the carcass possession permit, fresh carcasses (those determined to have been killed the night immediately before a search) should be redistributed at random points on the same day for scavenging trials.

*Field bias and error assessment*

During searches conducted at wind turbines, actual fatalities are likely incompletely observed. Therefore carcass counts must be adjusted by some factor that accounts for imperfect detectability (Huso 2011). Important sources of bias and error include: 1) fatalities that occur on a highly periodic basis; 2) carcass removal by scavengers; 3) differences in searcher efficiency; 4) failure to account for the influence of site (e.g. vegetation) conditions in relation to carcass removal and searcher efficiency; and 5) fatalities or injured birds and bats that may land or move outside search plots.

Some fatalities may occur on a highly periodic basis creating a potential sampling error (number 1 above). The Service recommends that sampling be scheduled so that some turbines are searched most days and episodic events are more likely detected, regardless of the search interval. To address bias sources 2-4 above, it is strongly recommended that all fatality studies conduct carcass removal

and searcher efficiency trials using accepted methods (Anderson 1999, Kunz et al. 2007, Arnett et al. 2007, NRC 2007, Strickland et al. 2011). Bias trials should be conducted throughout the entire study period and searchers should be unaware of which turbines are to be used or the number of carcasses placed beneath those turbines during trials. Carcasses or injured individuals may land or move outside the search plots (number 5 above). With respect to Tier 4a fatality estimates, this potential sampling error is considered to be small and can be assumed insignificant (Strickland et al. 2011).

Prior to a study's inception, a list of random turbine numbers and random azimuths and distances (in meters) from turbines should be generated for placement of each bat or bird used in bias trials. Data recorded for each trial carcass prior to placement should include date of placement, species, turbine number, distance and direction from turbine, and visibility class surrounding the carcass. Trial carcasses should be distributed as equally as possible among the different visibility classes throughout the study period and study area. Studies should attempt to avoid "over-seeding" any one turbine with carcasses by placing no more than one or two carcasses at any one time at a given turbine. Before placement, each carcass must be uniquely marked in a manner that does not cause additional attraction, and its location should be recorded. There is no agreed upon sample size for bias trials, though some state guidelines recommend from 50 - 200 carcasses (e.g., PGC 2007).

*Estimators of fatality*

If there were a direct relationship between the number of carcasses observed and the number killed, there would be no need to develop a complex estimator that adjusts observed counts for detectability, and observed counts could be used as a simple index of fatality (Huso 2011). But the relationship is not direct and raw carcass counts recorded using different search intervals and under

different carcass removal rates and searcher efficiency rates are not directly comparable. It is strongly recommended that only the most contemporary equations for estimating fatality be used, as some original versions are now known to be extremely biased under many commonly encountered field conditions (Erickson et al. 2000b, Erickson et al. 2004, Johnson et al. 2003, Kerns and Kerlinger 2004, Fiedler et al. 2007, Kronner et al. 2007, Smallwood 2007, Huso 2011, Strickland et al. 2011).

**Tier 4a Study Objectives**

In addition to the monitoring protocol design considerations described above, the metrics used to estimate fatality rates must be selected with the Tier 4a questions and objectives in mind. Metrics considerations for each of the Tier 4a questions are discussed briefly below. Not all questions will be relevant for each project, and which questions apply would depend on Tier 3 outcomes.

1. **What are the bird and bat fatality rates for the project?**

The primary objective of fatality searches is to determine the overall estimated fatality rates for birds and bats for the project. These rates serve as the fundamental basis for all comparisons of fatalities, and if studies are designed appropriately they allow researchers to relate fatalities to site characteristics and environmental variables, and to evaluate mitigation measures. Several metrics are available for expressing fatality rates. Early studies reported fatality rates per turbine. However, this metric is somewhat misleading as turbine sizes and their risks to birds vary significantly (NRC 2007). Fatalities are frequently reported per nameplate capacity (i.e. MW), a metric that is easily calculated and better for comparing fatality rates among different sized turbines. Even with turbines of the same name plate capacity, the size of the rotor swept area may vary among manufacturers, and turbines at various sites may operate for

*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

different lengths of time and during different times of the day and seasons. With these considerations in mind, the Service recommends that fatality rates be expressed on a per-turbine and per-nameplate MW basis until a better metric becomes available.

### 2. What are the fatality rates of species of concern?

This analysis simply involves calculating fatalities per turbine of all species of concern at a site when sample sizes are sufficient to do so. These fatalities should be expressed on a per nameplate MW basis if comparing species fatality rates among projects.

### 3. How do the estimated fatality rates compare to the predicted fatality rates?

There are several ways that predictions can be evaluated with actual fatality data. During the planning stages in Tier 2, predicted fatalities may be based on existing data at similar facilities in similar landscapes used by similar species. In this case, the assumption is that use is similar, and therefore that fatalities may be similar at the proposed facility. Alternatively, metrics derived from pre-construction assessments for an individual species or group of species – usually an index of activity or abundance at a proposed project – could be used in conjunction with use and fatality estimates from existing projects to develop a model for predicting fatalities at the proposed project site. Finally, physical models can be used to predict the probability of a bird of a particular size striking a turbine, and this probability, in conjunction with estimates of use and avoidance behavior, can be used to predict fatalities.

The most current equations for estimating fatality should be used to evaluate fatality predictions. Several statistical methods can be found in the revised Strickland et

al. 2011 and used to evaluate fatality predictions. Metrics derived from Tier 3 pre-construction assessments may be correlated with fatality rates, and (using the project as the experimental unit), in Tier 5 studies it should be possible to determine if different preconstruction metrics can in fact accurately predict fatalities and, thus, risk.

### 4. Do bird and bat fatalities vary within the project site in relation to site characteristics?

Data from pre-construction studies can demonstrate patterns of activity that may depend upon the site characteristics. Turbines placed near escarpments or cliffs may intrude upon airspace used by raptors soaring on thermals. Pre-construction and post construction studies and assessments can be used to avoid siting individual, specific turbines within an area used by species of concern. Turbine-specific fatality rates may be related to site characteristics such as proximity to water, forest edge, staging and roosting sites, known stop-over sites, or other key resources, and this relationship may be estimated using regression analysis. This information is particularly useful for evaluating micro-siting options when planning a future facility or, on a broader scale, in determining the location of the entire project.

### 5. How do the fatality rates compare to the fatality rates from existing facilities in similar landscapes with similar species composition and use?

Comparing fatality rates among facilities with similar characteristics can be useful to determine patterns and broader landscape relationships. Developers should communicate with the Service to ensure that such comparisons are appropriate to avoid false conclusions. Fatality rates should be expressed on a per nameplate MW or some other standardized metric basis for comparison with other projects,



*Big brown bat. Credit: USFWS*

and may be correlated with site characteristics – such as proximity to wetlands, riparian corridors, mountain-foothill interface, wind patterns, or other broader landscape features – using regression analysis. Comparing fatality rates from one project to fatality rates of other projects provides insight into whether a project has relatively high, moderate or low fatalities.

### 6. What is the composition of fatalities in relation to migrating and resident birds and bats at the site?

The simplest way to address this question is to separate fatalities per turbine of known resident species (e.g., big brown bat, prairie horned lark) and those known to migrate long distances (e.g. hoary bat, red-eyed vireo). These data are useful in determining patterns of species composition of fatalities and possible mitigation measures directed at residents, migrants, or perhaps both, and can be used in assessing potential population effects.

---

[7] In situations where a project operator was not the developer, the Service expects that obligations of the developer for adhering to the Guidelines transfer with the project.

 

*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

**Table 2. Decision Framework for Tier 4a Fatality Monitoring of Species of Concern.[8]**

| Probability of Significant Adverse Impacts in Tier 3 | Recommended Fatality Monitoring Duration and Effort | Possible Outcomes of Monitoring Results |
|---|---|---|
| Tier 3 Studies indicate LOW probability of significant adverse impacts | Duration: At least one year of fatality monitoring to estimate fatalities of birds and bats. Field assessments should be sufficient to confirm that risk to birds and/or bats is indeed "low." | 1. Documented fatalities are approximately equal to or lower than predicted risk. No further fatality monitoring or mitigation is needed. |
| | | 2. Fatalities are greater than predicted, but are not likely to be significant (i.e., unlikely to affect the long-term status of the population). If comparable fatality data at similar sites also supports that impacts are not likely to be high enough to affect population status, no further monitoring or mitigation is needed. If no comparable fatality data are available or such data indicates high risk, one additional year of fatality monitoring is recommended. If two years of fatality monitoring indicate levels of impacts that are not significant, no further fatality monitoring or mitigation is recommended. |
| | | 3. Fatalities are greater than predicted and are likely to be significant OR federally endangered or threatened species or BGEPA species are affected. Communication with the Service is recommended. Further efforts to address impacts to BGEPA or ESA species may be warranted, unless otherwise addressed in an ESA or BGEPA take permit. |
| Tier 3 studies indicate MODERATE probability of significant adverse impacts | Duration: Two or more years of fatality monitoring may be necessary.<br><br>Field assessments should be sufficient to confirm that risk to birds and/or bats is indeed "moderate." Closely compare estimated effects to species to those determined from the risk assessment protocol(s). | 1. Documented fatalities after the first two years are lower or not different than predicted and are not significant and no federally endangered species or BGEPA species are affected - no further fatality monitoring or mitigation is needed. |
| | | 2. Fatalities are greater than predicted and are likely to be significant OR federally endangered or threatened species or BGEPA species are affected, communication with the Service is recommended. Further efforts to address impacts to BGEPA or ESA species may be warranted, unless otherwise addressed in an ESA or BGEPA take permit. |
| Tier 3 studies indicate HIGH probability of significant adverse impacts | Duration: Two or more years of fatality monitoring may be necessary to document fatality patterns.<br><br>If fatality is high, developers should shift emphasis to exploring opportunities for mitigation rather than continuing to monitor fatalities. If fatalities are variable, additional years are likely warranted. | 1. Documented fatalities during each year of fatality monitoring are less than predicted and are not likely to be significant, and no federally endangered or threatened species or BGEPA species are affected – no further fatality monitoring or mitigation is needed. |
| | | 2. Fatalities are equal to or greater than predicted and are likely to be significant - further efforts to reduce impacts are necessary; communication with the Service are recommended. Further efforts, such as Tier 5 studies, to address impacts to BGEPA or ESA species may be warranted, unless otherwise addressed in an ESA or BGEPA take permit. |

---

[8] Ensure that survey protocols, and searcher efficiency and scavenger removal bias correction factors are the most reliable, robust, and up to date (after Huso 2009).



*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

**7. Do fatality data suggest the need for measures to reduce impacts?**

The Service recommends that the wind project operator[7] and the relevant agencies discuss the results from Tier 4 studies to determine whether these impacts are significant. If fatalities are considered significant, the wind project operator and the relevant agencies should develop a plan to mitigate the impacts.

**Tier 4b – Assessing direct and indirect impacts of habitat loss, degradation, and fragmentation**

The objective of Tier 4b studies is to evaluate Tier 3 predictions of direct and indirect impacts to habitat and the potential for significant adverse impacts on species of concern as a result of these impacts. Tier 4b studies should be conducted if Tier 3 studies indicate the presence of species of habitat fragmentation concern, or if Tier 3 studies indicate significant direct and indirect adverse impacts to species of concern (see discussion below). Tier 4b studies should also inform project operators and the Service as to whether additional mitigation is necessary.

Tier 4b studies should evaluate the following questions:

**1. How do post-construction habitat quality and spatial configuration of the study area compare to predictions for species of concern identified in Tier 3 studies?**

**2. Were any behavioral modifications or indirect impacts noted in regard to species of concern?**

**3. If significant adverse impacts were predicted for species of concern, and the project was altered to mitigate for adverse impacts, were those efforts successful?**

**4. If significant adverse impacts were predicted for species of**

concern, and the project was altered to mitigate for adverse impacts, were those efforts successful?

The answers to these questions will be based on information estimating habitat loss, degradation, and fragmentation information collected in Tier 3, currently available demographic and genetic data, and studies initiated in Tier 3. As in the case of Tier 4a, the answers to these questions will determine the need to conduct Tier 5 studies. For example, in the case that significant adverse impacts to species of concern were predicted, but mitigation was not successful, then additional mitigation and Tier 5 studies may be necessary. See Table 3 for further guidance.

**1. How do post-construction habitat quality and spatial configuration of the study area compare to predictions for species of concern identified in Tier 3 studies?**

GIS and demographic data collected in Tier 3 and/or published information can be used to determine predictions of impacts to species of concern from habitat loss, degradation, and fragmentation. The developer can provide development assumptions based on Tier 3 information that can be compared to post-construction information. Additional post-construction studies on impacts to species of concern due to direct and indirect impacts to habitat should only be conducted if Tier 3 studies indicate the potential for significant adverse impacts.

**2. Were any behavioral modifications or indirect impacts noted in regard to affected species?**

Evaluation of this question is based on the analysis of observed use of the area by species of concern prior to construction in comparison with observed use during operation. Observations and demographic data collected during Tier 3, and assessment of published information about the potential for displacement

and demographic responses to habitat impacts could be the basis for this analysis. If this analysis suggests that direct and/or indirect loss of habitat for a species of concern leads to behavioral modifications or displacement that are significant, further studies of these impacts in Tier 5 may be appropriate.

**3. If significant adverse impacts were not predicted in Tier 3 because of loss, degradation, or fragmentation of habitat, but Tier 4b studies indicate such impacts have the potential to**

**occur, can these impacts be mitigated?**

When Tier 4b studies indicate significant impacts may be occurring, the developer may need to conduct an assessment of these impacts and what opportunities exist for additional mitigation.

**4. If significant adverse impacts were predicted for species of concern, and the project was altered to mitigate for adverse impacts, were those efforts successful?**

When Tier 4b studies indicate significant impacts may be occurring, the developer may need to conduct an assessment of these impacts and what opportunities exist for additional mitigation. Evaluation of the effectiveness of mitigation is a Tier 4 study and should follow design considerations discussed in Tier 5 and from guidance in the scientific literature (e.g. Strickland et al. 2011).

When Tier 3 studies identified potential moderate or high risks to species of concern that caused a developer to incorporate mitigation measures into the project, Tier 4b studies should evaluate the effectiveness of those mitigation measures. Determining such effectiveness is important for the project being evaluated to ascertain whether additional mitigation measures are appropriate as well as informing future decisions about how to improve mitigation at wind

*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

energy facilities being developed.

### Tier 4b Protocol Design Considerations

Impacts to a species of concern resulting from the direct and indirect loss of habitat are important and must be considered when a wind project is being considered for development. Some species of concern are likely to occur at every proposed wind energy facility. This occurrence may range from a breeding population, to seasonal occupancy, such as a brief occurrence while migrating through the area. Consequently the level of concern regarding impacts due to direct and indirect loss of habitat will vary depending on the species and the impacts that occur.

If a breeding population of a species of habitat fragmentation concern occurs in the project area and Tier 3 studies indicate that fragmentation of their habitat is possible, these predictions should be evaluated following the guidance indicated in Table 3 using the protocols described in Tier 3. If the analysis of post-construction GIS data on direct and indirect habitat loss suggests that fragmentation is likely, then additional displacement studies and mitigation may be necessary. These studies would typically begin immediately and would be considered Tier 5 studies using design considerations illustrated by examples in Tier 5 below and from guidance in the scientific literature (e.g. Strickland et al. 2011).

Significant direct or indirect loss of habitat for a species of concern may occur without habitat fragmentation if project impacts result in the reduction of a habitat resource that potentially is limiting to the affected population. Impacts of this type include loss of use of breeding habitat or loss of a significant portion of the habitat of a federally or state protected species. This would be evaluated by determining the amount of the resource that is lost and determining if this loss would potentially result in significant impacts to the affected population. Evaluation of potential significant



*Black-capped Vireo. Credit: Greg W. Lasley*

impacts would occur in Tier 5 studies that measure the demographic response of the affected population.

The intention of the Guidelines is to focus industry and agency resources on the direct and indirect loss of habitat and limiting resources that potentially reduce the viability of a species of concern. Not all direct and indirect loss of a species' habitat will affect limiting resources for that species, and when habitat losses are minor or non-existent no further study is necessary.

### Tier 4b Decision Points

The developer should use the results of the Tier 4b studies to evaluate whether further studies and/or mitigation are needed. The developer should communicate the results of these studies, and decisions about further studies and mitigation, with the Service. Table 3 provides a framework for evaluating the need for further studies and mitigation. Level of effort for studies should be sufficient to answer all questions of interest. Refer to the relevant methods sections for Tier 2 Question 5 and Tier 3 Question 2 in the text for specific guidance on study protocols.

  *U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

**Table 3. Decision Framework to Guide Studies for Minimizing Impacts to Habitat and Species of Habitat Fragmentation (HF) Concern.**

| Outcomes of Tier 2 | Outcomes of Tier 3 | Outcomes of Tier 4b | Suggested Study/Mitigation |
|---|---|---|---|
| • No species of HF concern potentially present | • No further studies needed | • n/a | • n/a |
| • Species of HF concern potentially present | • No species of HF concern confirmed to be present | • No further studies needed | • n/a |
| | • Species of HF concern demonstrated to be present, but no significant adverse impacts predicted | • Tier 4b studies confirm Tier 3 predictions | • No further studies or mitigation needed |
| | | • Tier 4b studies indicate potentially significant adverse impacts | • Tier 5 studies and mitigation may be needed |
| • Species of HF concern potentially present | • Species of HF concern demonstrated to be present; significant adverse impacts predicted | • Tier 4b studies determine mitigation plan is effective; no significant adverse impacts demonstrated | • No further studies or mitigation needed |
| | • Mitigation plan developed and implemented | • Tier 4b studies determine mitigation plan is NOT effective; potentially significant adverse impacts | • Further mitigation and, where appropriate, Tier 5 studies |

*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

# Chapter 6: Tier 5 – Other Post-construction Studies

Tier 5 studies will not be necessary for most wind energy projects. Tier 5 studies can be complex and time consuming. The Service anticipates that the tiered approach will steer projects away from sites where Tier 5 studies would be necessary.

When Tier 5 studies are conducted, they should be site-specific and intended to: 1) analyze factors associated with impacts in those cases in which Tier 4 analyses indicate they are potentially significant; 2) identify why mitigation measures implemented for a project were not adequate; and 3) assess demographic effects on local populations of species of concern when demographic information is important, including species of habitat fragmentation concern.

## Tier 5 Questions

Tier 5 studies are intended to answer questions that fall in three major categories; answering yes to any of these questions might indicate a Tier 5 study is needed:

1. **To the extent that the observed fatalities exceed anticipated fatalities, are those fatalities potentially having a significant adverse impact on local populations? Are observed direct and indirect impacts to habitat having a significant adverse impact on local populations?**

For example, in the Tier 3 risk assessment, predictions of collision fatalities and habitat impacts (direct and indirect) are developed. Post-construction studies in Tier 4 evaluate the accuracy of those predictions by estimating impacts. If post-construction studies demonstrate potentially significant adverse impacts, Tier 5 studies may also be warranted and should be designed to understand observed versus predicted impacts.

2. **Were mitigation measures implemented (other than fee in lieu) not effective? This includes habitat mitigation measures as well as measures undertaken to reduce collision fatalities.**

Tier 4a and b studies can assess the effectiveness of measures taken to reduce direct and indirect impacts as part of the project and to identify such alternative or additional measures as are necessary. If alternative or additional measures were unsuccessful, the reasons why would be evaluated using Tier 5 studies.

3. **Are the estimated impacts of the proposed project likely to lead to population declines in the species of concern (other than federally-listed species)?**

Impacts of a project will have population level effects if the project causes a population decline in the species of concern. For non-listed species, this assessment will apply only to the local population.



*Wind turbines and habitat. Credit: NREL*

**U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines**

Tier 5 studies may need to be conducted when:

- Realized fatality levels for individual species of concern reach a level at which they are considered significant adverse impacts by the relevant agencies.

  For example, if Tier 4a fatality studies document that a particular turbine or set of turbines exhibits bird or bat collision fatality higher than predicted, Tier 5 studies may be useful in evaluating alternative mitigation measures at that turbine/turbine string.

- There is the potential for significant fatality impacts or significant adverse impacts to habitat for species of concern, there is a need to assess the impacts more closely, and there is uncertainty over how these impacts will be mitigated.

- Fatality and/or significant adverse habitat impacts suggest the potential for a reduction in the viability of an affected population, in which case studies on the potential for population impacts may be warranted.

- A developer evaluates the effectiveness of a risk reduction measure before deciding to continue the measure permanently or whether to use the measure when implementing future phases of a project.

  In the event additional turbines are proposed as an expansion of an existing project, results from Tier 4 and Tier 5 studies and the decision-making framework contained in the tiered approach can be used to determine whether the project should be expanded and whether additional information should be collected. It may also be necessary to evaluate whether additional measures are warranted to reduce significant adverse impacts to species.

**Tier 5 Study Design Considerations**

As discussed in Chapter 4 Tier 3, Tier 5 studies will be highly variable

and unique to the circumstances of the individual project, and therefore these Guidelines do not provide specific guidance on all potential approaches, but make some general statements about study design. Specific Tier 5 study designs will depend on the types of questions, the specific project, and practical considerations. The most common practical considerations include the area being studied, the time period of interest, the species of concern, potentially confounding variables, time available to conduct studies, project budget, and the magnitude of the anticipated impacts. When possible it is usually desirable to collect data before construction to address Tier 5 questions. Design considerations for these studies are including in Tier 3.

One study design is based on an experimental approach to evaluating mitigation measures, where the project proponent will generally select several alternative management approaches to manage, implement, and test. The alternatives are generally incorporated into sound experimental designs. Monitoring and evaluation of each alternative helps the developer to decide which alternative is more effective in meeting objectives, and informs adjustments to the next round of management decisions. The need for this type of study design can be best determined by communication between the project operator, the Service field office, and the state wildlife agency, on a project-by-project basis. This study design requires developers and operators to identify strategies to adjust management and/or mitigation measures if monitoring indicates that anticipated impacts are being exceeded. Such strategies should include a timeline for periodic reviews and adjustments as well as a mechanism to consider and implement additional mitigation measures as necessary after the project is developed.

When pre-construction data are unavailable and/or a suitable reference area is lacking, the reference Control Impact Design

(Morrison et al. 2008) is the recommended design. The lack of a suitable reference area also can be addressed using the Impact Gradient Design, when habitat and species use are homogenous in the assessment area prior to development. When applied both pre- and post-construction, the Impact Gradient Design is a suitable replacement for the classic BACI (Morrison et al. 2008).

In the study of habitat impacts, the resource selection function (RSF) study design (see Anderson et al 1999; Morrison et al. 2008; Manly et al. 2002) is a statistically robust design, either with or without pre-construction and reference data. Habitat selection is modeled as a function of characteristics measured on resource units and the use of those units by the animals of interest. The RSF allows the estimation of the probability of use as a function of the distance to various environmental features, including wind energy facilities, and thus provides a direct quantification of the magnitude of the displacement effect. RSF could be improved with pre-construction and reference area data. Nevertheless, it is a relatively powerful approach to documenting displacement or the effect of mitigation measures designed to reduce displacement even without those additional data.

***Tier 5 Examples***

As described earlier, Tier 5 studies will not be conducted at most projects, and the specific Tier 5 questions and methods for addressing these questions will depend on the individual project and the concerns raised during pre-construction studies and during operational phases. Rather than provide specific guidance on all potential approaches, these Guidelines offer the following case studies as examples of studies that have attempted to answer Tier 5 questions.

Habitat impacts - displacement and demographic impact studies

44

### U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines



*Rows of wind turbines. Credit: Joshua Winchell, USFWS*

Studies to assess impacts may include quantifying species' habitat loss (e.g., acres of lost grassland habitat for grassland songbirds) and habitat modification. For example, an increase in edge may result in greater nest parasitism and nest predation. Assessing indirect impacts may include two important components: 1) indirect effects on wildlife resulting from displacement, due to disturbance, habitat fragmentation, loss, and alteration; and 2) demographic effects that may occur at the local, regional or population-wide levels due to reduced nesting and breeding densities, increased isolation between habitat patches, and effects on behavior (e.g., stress, interruption, and modification). These factors can individually or cumulatively affect wildlife, although some species may be able to habituate to some or perhaps all habitat changes. Indirect impacts may be difficult to quantify but their effects may be significant (e.g., Stewart et al. 2007, Pearce-Higgins et al. 2008, Bright et al. 2008, Drewitt and Langston 2006, Robel et al. 2004, Pruett et al. 2009).

Example: in southwestern Pennsylvania, development of a project is proceeding at a site located within the range of a state-listed terrestrial species. Surveys were performed at habitat locations appropriate for use by the animal, including at control sites. Post-construction studies are planned at all locations to demonstrate any displacement effects resulting from the construction and operation of the project.

The Service recognizes that indirect impact studies may not be appropriate for most individual projects. Consideration should be given to developing collaborative research efforts with industry, government agencies, and NGOs to conduct studies to address indirect impacts.

Indirect impacts are considered potentially significant adverse threats to species such as prairie grouse (prairie chickens, sharp-tailed grouse), and sage grouse, and demographic studies may be necessary to determine the extent of these impacts and the need for mitigation.

Displacement studies may use any of the study designs describe earlier. The most scientifically robust study designs to estimate displacement effects are BACI, RSF, and impact gradient. RSF and impact gradient designs may not require specialized data gathering during Tier 3.

Telemetry studies that measure impacts of the project development on displacement, nesting, nest success, and survival of prairie grouse and sage grouse in different environments (e.g., tall grass, mixed grass, sandsage, sagebrush) will require spatial and temporal replication, undisturbed reference sites, and large sample sizes covering large areas. Examples of study designs and analyses used in the studies of other forms of energy development are presented in Holloran et al. (2005), Pitman et al. (2005), Robel et al. (2004), and Hagen et al. (2011). Anderson et al. (1999) provides a thorough discussion of the design, implementation, and analysis of these kinds of field studies and should be consulted when designing the BACI study.

Studies are being initiated to evaluate effects of wind energy development on greater sage grouse in Wyoming. In addition to measuring demographic patterns, these studies will use the RSF study design (see Sawyer et al. 2006) to estimate the probability of sage grouse use as a function of the distance to environmental features, including an existing and a proposed project.

In certain situations, such as for a proposed project site that is relatively small and in a more or less homogeneous landscape, an impact gradient design may be an appropriate means to assess avoidance of the wind energy facility by resident populations (Strickland et al. 2002). For example, Leddy et al. 1999 used the impact gradient design to evaluate grassland bird density as a function of the distance from wind turbines. Data were collected at various distances from turbines along transects.

This approach provides information on whether there is an effect, and may allow quantification of the gradient of the effect and the distance at which the displacement

**U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines**

effect no longer exists – the assumption being that the data collected at distances beyond the influence of turbines are the reference data (Erickson et al., 2007). An impact gradient analysis could also involve measuring the number of breeding grassland birds counted at point count plots as a function of distance from the wind turbines (Johnson et al. 2000).

*Sound and Wildlife*

Turbine blades at normal operating speeds can generate levels of sound beyond ambient background levels. Construction and maintenance activities can also contribute to sound levels by affecting communication distance, an animal's ability to detect calls or danger, or to forage. Sound associated with developments can also cause behavioral and/or physiological effects, damage to hearing from acoustic over-exposure, and masking of communication signals and other biologically relevant sounds (Dooling and Popper 2007). Some birds are able to shift their vocalizations to reduce the masking effects of noise. However, when shifts don't occur or are insignificant, masking may prove detrimental to the health and survival of wildlife (Barber et al. 2010). Data suggest noise increases of 3 dB to 10 dB correspond to 30 percent to 90 percent reductions in alerting distances for wildlife, respectively (Barber et al. 2010).

The National Park Service has been investigating potential impacts to wildlife due to alterations in sound level and type. However, further research is needed to better understand this potential impact. Research may include: how wind facilities affect background sound levels; whether masking, disturbance, and acoustical fragmentation occur; and how turbine, construction, and maintenance sound levels can vary by topographic area.

Levels of fatality beyond those predicted

More intensive post-construction fatality studies may be used to

determine relationships between fatalities and weather, wind speed or other covariates, which usually require daily carcass searches. Fatalities determined to have occurred the previous night can be correlated with that night's weather or turbine characteristics to establish important relationships that can then be used to evaluate the most effective times and conditions to implement measures to reduce collision fatality at the project.

Measures to address fatalities

The efficacy of operational changes (e.g. changing turbine cut-in speed) of a project to reduce collision fatalities has only recently been evaluated (Arnett et al. 2009, Baerwald et al 2009). Operational changes to address fatalities should be applied only at sites where collision fatalities are predicted or demonstrated to have significant adverse impacts.

*Tier 5 Studies and Research*

The Service makes a distinction between Tier 5 studies focused on project-specific impacts and research (which is discussed earlier in the Guidelines). For example, developers may be encouraged to participate in collaborative studies (see earlier discussion of Research) or asked to conduct a study on an experimental mitigation technique, such as differences in turbine cut-in speed to reduce bat fatalities. Such techniques may show promise in mitigating the impacts of wind energy development to wildlife, but their broad applicability for mitigation purposes has not been demonstrated. Such techniques should not be routinely applied to projects, but application at appropriate sites will contribute to the breadth of knowledge regarding the efficacy of such measures in addressing collision fatalities. In addition, studies involving multiple sites and academic researchers can provide more robust research results, and such studies take more time and resources than are appropriately carried out by one developer at a single site. Examples below demonstrate collaborative

research efforts to address displacement, operational changes, and population level impacts.

Studies of Indirect Effects

The Service provides two examples below of ongoing studies to assess the effects of indirect impacts related to wind energy facilities.

Kansas State University, as part of the NWCC Grassland Shrub-steppe Species Collaborative, is undertaking a multi-year research project to assess the effects of wind energy facilities on populations of greater prairie-chickens (GPCH) in Kansas. Initially the research was based on a Before/After Control/Impact (BACI) experimental design involving three replicated study sites in the Flint Hills and Smoky Hills of eastern Kansas. Each study site consisted of an impact area where a wind energy facility was proposed to be developed and a nearby reference area with similar rangeland characteristics where no development was planned. The research project is a coordinated field/laboratory research effort, i.e., collecting telemetry and observational data from adult and juvenile GPCH in the field, and determining important genetic attributes of GPCH in the laboratory from blood samples of birds and the impact and reference areas. Detailed data on GPCH movements, demography, and population genetics were gathered from all three sites from 2007 to 2010. By late 2008, only one of the proposed wind energy facilities was developed (the Meridian Way Wind Farm in the Smoky Hills of Cloud County), and on-going research efforts are focused on that site. The revised BACI study design now will produce two years of pre-construction data (2007 and 2008), and three years of post-construction data (2009, 2010, and 2011) from a single wind energy facility site (impact area) and its reference area. Several hypotheses were formulated for testing to determine if wind energy facilities impacted GPCH populations, including but not limited to addressing issues relating to: lek attendance, avoidance of turbines and associated features,



**U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines**

nest success and chick survival, habitat usage, adult mortality and survival, breeding behavior, and natal dispersal. A myriad of additional significant avenues are being pursued as a result of the rich database that has been developed for the GPCH during this research effort. GPCH reproductive data will be collected through the summer of 2011 whereas collection of data from transmitter-equipped GPCH will extend through the lekking season of 2012 to allow estimates of survival of GPCH over the 2011-2012 winter. At the conclusion of the study, the two years of pre-construction data and three years of post-construction data will be analyzed and submitted to peer-reviewed journals for publication.

Erickson et al. (2004) evaluated the displacement effect of a large wind energy facility in the Pacific Northwest. The study was conducted in a relatively homogeneous grassland landscape. Erickson et al. (2004) conducted surveys of breeding grassland birds along 300 meter transects perpendicular to strings of wind turbines. Surveys were conducted prior to construction and after commercial operation. The basic study design follows the Impact Gradient Design (Morrison et al. 2008) and in this application, conformed to a special case of BACI where areas at the distal end of each transect were considered controls (i.e., beyond the influence of the turbines). In this study, there is no attempt to census birds in the area, and observations per survey are used as an index of abundance. Additionally, the impact-gradient study design resulted in less effort than a BACI design with offsite control areas. Erickson et al. (2004) found that grassland passerines as a group, as well as grasshopper sparrows and western meadowlarks, showed reduced use in the first 50 meter segment nearest the turbine string. About half of the area within that segment, however, had disturbed vegetation and separation of behavior avoidance from physical loss of habitat in this portion of the area was impossible. Horned larks and savannah sparrows appeared

unaffected. The impact gradient design is best used when the study area is relatively small and homogeneous.

Operational Changes to Reduce Collision Fatality

Arnett et al. (2009) conducted studies on the effectiveness of changing turbine cut-in speed on reducing bat fatality at wind turbines at the Casselman Wind Project in Somerset County, Pennsylvania. Their objectives were to: 1) determine the difference in bat fatalities at turbines with different cut-in-speeds relative to fully operational turbines; and 2) determine the economic costs of the experiment and estimated costs for the entire area of interest under different curtailment prescriptions and timeframes. Arnett et al. (2009) reported substantial reductions in bat fatalities with relatively modest power losses.

In Kenedy County, Texas, investigators are refining and testing a real-time curtailment protocol. The projects use an avian profiling radar system to detect approaching "flying vertebrates" (birds and bats), primarily during spring and fall bird and bat migrations. The blades automatically idle when risk reaches a certain level and weather conditions are particularly risky. Based on estimates of the number and timing of migrating raptors, feathering (real-time curtailment) experiments are underway in Tehuantepec, Mexico, where raptor migration through a mountain pass is extensive.

Other tools, such as thermal imaging (Horn et al. 2008) or acoustic detectors (Kunz et al. 2007), have been used to quantify post-construction bat activity in relation to weather and turbine characteristics for improving operational change efforts. For example, at the Mountaineer project in 2003, Tier 4 studies (weekly searches at every turbine) demonstrated unanticipated and high levels of bat fatalities (Kerns and Kerlinger 2004). Daily searches were instituted in 2004 and revealed

that fatalities were strongly associated with low-average-wind-speed nights, thus providing a basis for testing operational changes (Arnett 2005, Arnett et al. 2008). The program also included behavioral observations using thermal imaging that demonstrated higher bat activity at lower wind speeds (Horn et al. 2008).

Studies are currently underway to design and test the efficacy of an acoustic deterrent device to reduce bat fatalities at wind facilities (E.B. Arnett, Bat Conservation International, under the auspices of BWEC). Prototypes of the device have been tested in the laboratory and in the field with some success. Spanjer (2006) tested the response of big brown bats to a prototype eight speaker deterrent emitting broadband white noise at frequencies from 12.5–112.5 kHz and found that during non-feeding trials, bats landed in the quadrant containing the device significantly less when it was broadcasting broadband noise. Spanjer (2006) also reported that during feeding trials, bats never successfully took a tethered mealworm when the device broadcast sound, but captured mealworms near the device in about 1/3 of trials when it was silent. Szewczak and Arnett (2006, 2007) tested the same acoustic deterrent in the field and found that when placed by the edge of a small pond where nightly bat activity was consistent, activity dropped significantly on nights when the deterrent was activated. Horn et al. (2007) tested the effectiveness of a larger, more powerful version of this deterrent device on reducing nightly bat activity and found mixed results. In 2009, a new prototype device was developed and tested at a project in Pennsylvania. Ten turbines were fitted with deterrent devices, daily fatality searches were conducted, and fatality estimates were compared with those from 15 turbines without deterrents (i.e., controls) to determine if bat fatalities were reduced. This experiment found that estimated bat fatalities per turbine were 20 to 53 percent lower at treatment turbines compared to controls.

**U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines**

More experimentation is required. At the present time, there is not an operational deterrent available that has demonstrated effective reductions in bat kills (E. B. Arnett, Bat Conservation International, unpublished data).

Assessment of Population-level Impacts

The Altamont Pass Wind Resource Area (APWRA) has been the subject of intensive scrutiny because of avian fatalities, especially for raptors, in an area encompassing more than 5,000 wind turbines (e.g., Orloff and Flannery 1992; Smallwood and Thelander 2004, 2005). Field studies on golden eagles, a long-lived raptor species, have been completed using radio telemetry at APWRA to understand population demographics, assess impacts from wind turbines, and explore measures to effectively reduce the incidence of golden eagle mortality for this area. (Hunt et al. 1999, and Hunt 2002). Results from nesting surveys (Hunt 2002) indicated that there was no decline in eagle territory occupancy. However Hunt (2002) also found that subadult and floater components of golden eagle populations at APWRA are highly vulnerable to wind turbine mortality and results from this study indicate that turbine mortality prevented the maintenance of substantial reserves of nonbreeding adults characteristic of healthy populations elsewhere, suggesting the possibility of an eventual decline in the breeding population (Hunt and Hunt 2006). Hunt conducted follow-up surveys in 2005 (Hunt and Hunt 2006) and determined that all 58 territories occupied by eagle pairs in 2000 were occupied in 2005. It should be noted however that golden eagle studies at APWRA (Hunt et al. 1999, Hunt 2002, and Hunt and Hunt 2006) were all conducted after the APWRA was constructed and the species does not nest within the footprint of the APWRA itself (Figure 4; Hunt and Hunt 2006). The APWRA is an area of about 160 sq. km (Hunt 2002) and presumably golden eagles formerly nested within this area. The loss of breeding eagle pairs from the APWRA suggests these birds have all been displaced



*Golden eagle. Credit: George Gentry, USFWS*

by the project, or lost due to various types of mortality including collisions with turbine blades.

**U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines**

# Chapter 7: Best Management Practices

## Site Construction and Operation

During site planning and development, careful attention to reducing risk of adverse impacts to species of concern from wind energy projects, through careful site selection and facility design, is recommended. The following BMPs can assist a developer in the planning process to reduce potential impacts to species of concern. Use of these BMPs should ensure that the potentially adverse impacts to most species of concern and their habitats present at many project sites would be reduced, although compensatory mitigation may be appropriate at a project level to address significant site-specific concerns and pre-construction study results.



*Wind electronic developers. Credit: NREL*

These BMPs will evolve over time as additional experience, learning, monitoring and research becomes available on how to best minimize wildlife and habitat impacts from wind energy projects. Service should work with the industry, stakeholders and states to evaluate, revise and update these BMPs on a periodic basis, and the Service should maintain a readily available publication of recommended, generally accepted best practices.

1. Minimize, to the extent practicable, the area disturbed by pre-construction site monitoring and testing activities and installations.

2. Avoid locating wind energy facilities in areas identified as having a demonstrated and unmitigatable high risk to birds and bats.

3. Use available data from state and federal agencies, and other sources (which could include maps or databases), that show the location of sensitive resources and the results of Tier 2 and/or 3 studies to establish the layout

of roads, power lines, fences, and other infrastructure.

4. Minimize, to the maximum extent practicable, roads, power lines, fences, and other infrastructure associated with a wind development project. When fencing is necessary, construction should use wildlife compatible design standards.

5. Use native species when seeding or planting during restoration. Consult with appropriate state and federal agencies regarding native species to use for restoration.

6. To reduce avian collisions, place low and medium voltage connecting power lines associated with the wind energy development underground to the extent possible, unless burial of the lines is prohibitively expensive (e.g., where shallow bedrock exists) or where greater adverse impacts to biological resources would result:

   a. Overhead lines may be acceptable if sited away

from high bird crossing locations, to the extent practicable, such as between roosting and feeding areas or between lakes, rivers, prairie grouse and sage grouse leks, and nesting habitats. To the extent practicable, the lines should be marked in accordance with Avian Power Line Interaction Committee (APLIC) collision guidelines.

   b. Overhead lines may be used when the lines parallel tree lines, employ bird flight diverters, or are otherwise screened so that collision risk is reduced.

   c. Above-ground low and medium voltage lines, transformers and conductors should follow the 2006 or most recent APLIC "Suggested Practices for Avian Protection on Power Lines."

7. Avoid guyed communication towers and permanent met towers at wind energy project sites. If guy wires are necessary,

*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

bird flight diverters or high visibility marking devices should be used.

8. Where permanent meteorological towers must be maintained on a project site, use the minimum number necessary.

9. Use construction and management practices to minimize activities that may attract prey and predators to the wind energy facility.

10. Employ only red, or dual red and white strobe, strobe-like, or flashing lights, not steady burning lights, to meet Federal Aviation Administration (FAA) requirements for visibility lighting of wind turbines, permanent met towers, and communication towers. Only a portion of the turbines within the wind project should be lighted, and all pilot warning lights should fire synchronously.

11. Keep lighting at both operation and maintenance facilities and substations located within half a mile of the turbines to the minimum required:

    a. Use lights with motion or heat sensors and switches to keep lights off when not required.

    b. Lights should be hooded downward and directed to minimize horizontal and skyward illumination.

    c. Minimize use of high-intensity lighting, steady-burning, or bright lights such as sodium vapor, quartz, halogen, or other bright spotlights.

    d. All internal turbine nacelle and tower lighting should be extinguished when unoccupied.

12. Establish non-disturbance buffer zones to protect sensitive habitats or areas of high risk for species of concern identified in pre-construction studies.

Determine the extent of the buffer zone in consultation with the Service and state, local and tribal wildlife biologists, and land management agencies (e.g., U.S. Bureau of Land Management (BLM) and U.S. Forest Service (USFS)), or other credible experts as appropriate.

13. Locate turbines to avoid separating bird and bat species of concern from their daily roosting, feeding, or nesting sites if documented that the turbines' presence poses a risk to species.

14. Avoid impacts to hydrology and stream morphology, especially where federal or state-listed aquatic or riparian species may be involved. Use appropriate erosion control measures in construction and operation to eliminate or minimize runoff into water bodies.

15. When practical use tubular towers or best available technology to reduce ability of birds to perch and to reduce risk of collision.

16. After project construction, close roads not needed for site operations and restore these roadbeds to native vegetation, consistent with landowner agreements.

17. Minimize the number and length of access roads; use existing roads when feasible.

18. Minimize impacts to wetlands and water resources by following all applicable provisions of the Clean Water Act (33 USC 1251-1387) and the Rivers and Harbors Act (33 USC 301 et seq.); for instance, by developing and implementing a storm water management plan and taking measures to reduce erosion and avoid delivery of road-generated sediment into streams and waters.

19. Reduce vehicle collision risk to wildlife by instructing project personnel to drive at appropriate speeds, be alert for wildlife, and

use additional caution in low visibility conditions.

20. Instruct employees, contractors, and site visitors to avoid harassing or disturbing wildlife, particularly during reproductive seasons.

21. Reduce fire hazard from vehicles and human activities (instruct employees to use spark arrestors on power equipment, ensure that no metal parts are dragging from vehicles, use caution with open flame, cigarettes, etc.). Site development and operation plans should specifically address the risk of wildfire and provide appropriate cautions and measures to be taken in the event of a wildfire.

22. Follow federal and state measures for handling toxic substances to minimize danger to water and wildlife resources from spills. Facility operators should maintain Hazardous Materials Spill Kits on site and train personnel in the use of these.

23. Reduce the introduction and spread of invasive species by following applicable local policies for invasive species prevention, containment, and control, such as cleaning vehicles and equipment arriving from areas with known invasive species issues, using locally sourced topsoil, and monitoring for and rapidly removing invasive species at least annually.

24. Use invasive species prevention and control measures as specified by county or state requirements, or by applicable federal agency requirements (such as Integrated Pest Management) when federal policies apply.

25. Properly manage garbage and waste disposal on project sites to avoid creating attractive nuisances for wildlife by providing them with supplemental food.

26. Promptly remove large animal carcasses (e.g., big game,



**U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines**

domestic livestock, or feral animal).

27. Wildlife habitat enhancements or improvements such as ponds, guzzlers, rock or brush piles for small mammals, bird nest boxes, nesting platforms, wildlife food plots, etc. should not be created or added to wind energy facilities. These wildlife habitat enhancements are often desirable but when added to a wind energy facility result in increased wildlife use of the facility which may result in increased levels of injury or mortality to them.

### Retrofitting, Repowering, and Decommissioning

As with project construction, these Guidelines offer BMPs for the retrofitting, repowering, and decommissioning phases of wind energy projects.

### *Retrofitting*

Retrofitting is defined as replacing portions of existing wind turbines or project facilities so that at least part of the original turbine, tower, electrical infrastructure or foundation is being utilized. Retrofitting BMPs include:

1. Retrofitting of turbines should use installation techniques that minimize new site disturbance, soil erosion, and removal of vegetation of habitat value.

2. Retrofits should employ shielded, separated or insulated electrical conductors that minimize electrocution risk to avian wildlife per APLIC (2006).

3. Retrofit designs should prevent nests or bird perches from being established in or on the wind turbine or tower.

4. FAA visibility lighting of wind turbines should employ only red, or dual red and white strobe, strobe-like, or flashing lights, not steady burning lights.

5. Lighting at both operation and maintenance facilities and substations located within half a mile of the turbines should be kept to the minimum required:

   a. Use lights with motion or heat sensors and switches to keep lights off when not required.

   b. Lights should be hooded downward and directed to minimize horizontal and skyward illumination.

   c. Minimize use of high intensity lighting, steady-burning, or bright lights such as sodium vapor, quartz, halogen, or other bright spotlights.

6. Remove wind turbines when they are no longer cost effective to retrofit.

### *Repowering*

Repowering may include removal and replacement of turbines and associated infrastructure. BMPs include:

1. To the greatest extent practicable, existing roads, disturbed areas and turbine strings should be re-used in repower layouts.

2. Roads and facilities that are no longer needed should be demolished, removed, and their footprint stabilized and re-seeded with native plants appropriate for the soil conditions and adjacent habitat and of local seed sources where feasible, per landowner requirements and commitments.

3. Existing substations and ancillary facilities should be re-used in repowering projects to the extent practicable.

4. Existing overhead lines may be acceptable if located away from high bird crossing locations, such as between roosting and feeding areas, or between lakes, rivers and nesting areas. Overhead lines may be used when they parallel tree lines, employ bird flight diverters, or are otherwise screened so that collision risk is reduced.

5. Above-ground low and medium voltage lines, transformers and conductors should follow the 2006 or most recent APLIC "Suggested Practices for Avian Protection on Power Lines."

6. Guyed structures should be avoided. If use of guy wires is absolutely necessary, they should be treated with bird flight diverters or high visibility marking devices, or are located where known low bird use will occur.

7. FAA visibility lighting of wind turbines should employ only red, or dual red and white strobe, strobe-like, or flashing lights, not steady burning lights.

8. Lighting at both operation and maintenance facilities and substations located within ½ mile of the turbines should be kept to the minimum required.

   a. Use lights with motion or heat sensors and switches to keep lights off when not required.

   b. Lights should be hooded downward and directed to minimize horizontal and skyward illumination.



*Towers are being lifted as work continues on the 2 MW Gamesa wind turbine that is being installed at the NWTC. Credit: NREL*



*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

c. Minimize use of high intensity lighting, steady-burning, or bright lights such as sodium vapor, quartz, halogen, or other bright spotlights.

### Decommissioning

Decommissioning is the cessation of wind energy operations and removal of all associated equipment, roads, and other infrastructure. The land is then used for another activity. During decommissioning, contractors and facility operators should apply BMPs for road grading and native plant re-establishment to ensure that erosion and overland flows are managed to restore pre-construction landscape conditions. The facility operator, in conjunction with the landowner and state and federal wildlife agencies, should restore the natural hydrology and plant community to the greatest extent practical.

1. Decommissioning methods should minimize new site disturbance and removal of native vegetation, to the greatest extent practicable.

2. Foundations should be removed to a minimum of three feet below surrounding grade, and covered with soil to allow adequate root penetration for native plants, and so that subsurface structures do not substantially disrupt ground water movements. Three feet is typically adequate for agricultural lands.

3. If topsoils are removed during decommissioning, they should be stockpiled and used as topsoil when restoring plant communities. Once decommissioning activity is complete, topsoils should be restored to assist in establishing and maintaining pre-construction native plant communities to the extent possible, consistent with landowner objectives.

4. Soil should be stabilized and re-vegetated with native plants appropriate for the soil conditions and adjacent habitat, and of local seed sources where feasible, consistent with landowner objectives.

5. Surface water flows should be restored to pre-disturbance conditions, including removal of stream crossings, roads, and pads, consistent with storm water management objectives and requirements.

6. Surveys should be conducted by qualified experts to detect populations of invasive species, and comprehensive approaches to preventing and controlling invasive species should be implemented and maintained as long as necessary.

7. Overhead pole lines that are no longer needed should be removed.

8. After decommissioning, erosion control measures should be installed in all disturbance areas where potential for erosion exists, consistent with storm water management objectives and requirements.

9. Fencing should be removed unless the landowner will be utilizing the fence.

10. Petroleum product leaks and chemical releases should be remediated prior to completion of decommissioning.

*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

# Chapter 8: Mitigation

Mitigation is defined in this document as avoiding or minimizing significant adverse impacts, and when appropriate, compensating for unavoidable significant adverse impacts, as determined through the tiered approach described in the recommended Guidelines. The Service places emphasis in project planning on first avoiding, then minimizing, potential adverse impacts to wildlife and their habitats. Several tools are available to determine appropriate mitigation, including the Service Mitigation Policy (USFWS Mitigation Policy, 46 FR 7656 (1981)). The Service policy provides a common basis for determining how and when to use different mitigation strategies, and facilitates earlier consideration of wildlife values in wind energy project planning.

Under the Service Mitigation Policy, the highest priority is for mitigation to occur on-site within the project planning area. The secondary priority is for the mitigation to occur off-site. Off-site mitigation should first occur in proximity to the planning area within the same ecological region and secondarily elsewhere within the same ecological region. Generally, the Service prefers on-site mitigation over off-site mitigation because this approach most directly addresses project impacts at the location where they actually occur. However, there may be individual cases where off-site mitigation could result in greater net benefits to affected species and habitats. Developers should work with the Service in comparing benefits among multiple alternatives.

In some cases, a project's effects cannot be forecast with precision. The developer and the agencies may be unable to make some mitigation decisions until post-construction data have been collected. If significant adverse effects have not been adequately addressed, additional mitigation for those adverse effects from operations may need to be implemented.

Mitigation measures implemented post-construction, whether in addition to those implemented pre-construction or whether they are new, are appropriate elements of the tiered approach. The general terms and funding commitments for future mitigation and the triggers or thresholds for implementing such compensation should be developed at the earliest possible stage in project development. Any mitigation implemented after a project is operational should be well defined, bounded, technically feasible, and commensurate with the project effects.

## NEPA Guidance on Mitigation

CEQ issued guidance in February 2011 on compliance with the National Environmental Policy Act (NEPA) entitled, "Appropriate Use of Mitigation and Monitoring and Clarifying the Appropriate Use of Mitigated Findings of No Significant Impact." This new guidance clarifies that when agencies premise their Finding of No Significant Impact on a commitment to mitigate the environmental impacts of a proposed action, they should adhere to those commitments, publicly report on those efforts, monitor how they are implemented, and monitor the effectiveness of the mitigation.

To the extent that a federal nexus with a wind project exists, for example, developing a project on federal lands or obtaining a federal permit, the lead federal action agency should make its decision based in part on a developer's commitment to mitigate adverse environmental impacts. The federal action agency should ensure that the developer adheres to those commitments, monitors how they are implemented, and monitors the effectiveness of the mitigation. Additionally, the lead federal action agency should make information on mitigation monitoring available to the public through its web site;



*Greater prairie chicken. Credit: Amy Thornburg, USFWS*

*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

and should ensure that mitigation successfully achieves its goals.

## Compensatory Mitigation

Compensatory mitigation as defined in this document refers to replacement of project-induced losses to fish and wildlife resources. Substitution or offsetting of fish and wildlife resource losses with resources considered to be of equivalent biological value.

- **In-kind** – Providing or managing substitute resources to replace the value of the resources lost, where such substitute resources are physically and biologically the same or closely approximate to those lost.

- **Out-of-kind** – Providing or managing substitute resources to replace the value of the resources lost, where such substitute resources are physically or biologically different from those lost. This may include conservation or mitigation banking, research or other options.

The amount of compensation, if necessary, will depend on the effectiveness of any avoidance and minimization measures undertaken. If a proposed wind development is poorly sited with regard to wildlife effects, the most important mitigation opportunity is largely lost and the remaining options can be expensive, with substantially greater environmental effects.

Compensation is most often appropriate for habitat loss under limited circumstances or for direct take of wildlife (e.g., Habitat Conservation Plans). Compensatory mitigation may involve contributing to a fund to protect habitat or otherwise support efforts to reduce existing impacts to species affected by a wind project. Developers should communicate with the Service and state agency prior to initiating such an approach.

Ideally, project impact assessment is a cooperative effort involving

the developer, the Service, tribes, local authorities, and state resource agencies. The Service does not expect developers to provide compensation for the same habitat loss more than once. But the Service, state resource agencies, tribes, local authorities, state and federal land management agencies may have different species or habitats of concern, according to their responsibilities and statutory authorities. Hence, one entity may seek mitigation for a different group of species or habitat than does another.

## Migratory Birds and Eagles

Some industries, such as the electric utilities, have developed operational and deterrent measures that when properly used can avoid or minimize "take" of migratory birds. Many of these measures to avoid collision and electrocution have been scientifically tested with publication in peer-reviewed, scientific journals. The Service encourages the wind industry to use these measures in siting, placing, and operating all power lines, including their distribution and grid-connecting transmission lines.

E.O. 13186, which addresses responsibilities of federal agencies to protect migratory birds, includes a directive to federal agencies to restore and enhance the habitat of migratory birds as practicable. E.O. 13186 provides a basis and a rationale for compensating for the loss of migratory bird habitat that results from developing wind energy projects that have a federal nexus.

Regulations concerning eagle take permits in 50 CFR 22.26 and 50 CFR 22.27 may allow for compensation as part of permit issuance. Compensation may be a condition of permit issuance in cases of nest removal, disturbance or take resulting in mortality that will likely occur over several seasons, result in permanent abandonment of one or more breeding territories, have large scale impacts, occur at multiple locations, or otherwise contribute to cumulative negative effects. The draft ECP Guidance

has additional information on the use of compensation for programmatic permits.

## Endangered Species

The ESA has provisions that allow for compensation through the issuance of an Incidental Take Permit (ITP). Under the ESA, mitigation measures are determined on a case by case basis, and are based on the needs of the species and the types of effects anticipated. If a federal nexus exists, or if a developer chooses to seek an ITP under the ESA, then effects to listed species need to be evaluated through the Section 7 and/or Section 10 processes. If an ITP is requested, it and the associated HCP must provide for minimization and mitigation to the maximum extent practicable, in addition to meeting other necessary criteria for permit issuance. For further information about compensation under federal laws administered by the Service, see the Service's Habitat and Resource Conservation website http://www.fws.gov/habitatconservation.



*Bald eagle. Credit: USFWS*

*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

# Chapter 9: Advancing Use, Cooperation and Effective Implementation

This chapter discusses a variety of policies and procedures that may affect the way wind project developers and the Service work with each other as well as with state and tribal governments and non-governmental organizations. The Service recommends that wind project developers work closely with field office staff for further elaboration of these policies and procedures.

## Conflict Resolution

The Service and developers should attempt to resolve any issues arising from use of the Guidelines at the Field Office level. Deliberations should be in the context of the intent of the Guidelines and be based on the site-specific conditions and the best available data. However, if there is an issue that cannot be resolved within a timely manner at the field level, the developer and Service staff will coordinate to bring the matter up the chain of command in a stepwise manner.

## Bird and Bat Conservation Strategies (BBCS)

The Service has recommended that developers prepare written records of their actions to avoid, minimize and compensate for potential adverse impacts. In the past, the Service has referred to these as Avian and Bat Protection Plans (ABPP). However, ABPPs have more recently been used for transmission projects and less for other types of development. For this reason the Service is introducing a distinct concept for wind energy projects and calling them Bird and Bat Conservation Strategies (BBCS).

Typically, a project-specific BBCS will explain the analyses, studies, and reasoning that support progressing from one tier to the next in the tiered approach. A wind energy project-specific BBCS is an example of a document or compilation of documents that describes the steps a developer could or has taken to apply these Guidelines to mitigate for adverse impacts and address the post-construction monitoring efforts the developer intends to undertake. A developer may prepare a BBCS in stages, over time, as analysis and studies are undertaken for each tier. It will also address the post-construction monitoring efforts for mortality and habitat effects, and may use many of the components suggested in the Suggested Practices for Avian Protection on Power Lines (APLIC 2006). Any Service review of, or discussion with a developer, concerning its BBCS is advisory only, does not result in approval or disapproval of the BBCS by the Service, and does not constitute a federal agency action subject to the National Environmental Policy Act or other federal law applicable to such an action.

## Project Interconnection Lines

The Guidelines are designed to address all elements of a wind energy facility, including the turbine string or array, access roads, ancillary buildings, and the above- and below-ground electrical lines which connect a project to the transmission system. The Service recommends that the project evaluation include consideration of the wildlife- and habitat-related impacts of these electrical lines, and that the developer include measures to reduce impacts of these lines, such



*Electricity towers and wind turbines. Credit: NREL*


*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

as those outlined in the Suggested Practices for Avian Protection on Power Lines (APLIC 2006). The Guidelines are not designed to address transmission beyond the point of interconnection to the transmission system. The national grid and proposed smart grid system are beyond the scope of these Guidelines.

### Confidentiality of Site Evaluation Process as Appropriate

Some aspects of the initial pre-construction risk assessment, including preliminary screening and site characterization, occur early in the development process, when land or other competitive issues limit developers' willingness to share information on projects with the public and competitors. Any consultation or coordination with agencies at this stage may include confidentiality agreements.

### Collaborative Research

Much uncertainty remains about predicting risk and estimating impacts of wind energy development on wildlife. Thus there is a need for additional research to improve scientifically based decision-making when siting wind energy facilities, evaluating impacts on wildlife and habitats, and testing the efficacy of mitigation measures. More extensive studies are needed to further elucidate patterns and test hypotheses regarding possible solutions to wildlife and wind energy impacts.

It is in the interests of wind developers and wildlife agencies to improve these assessments to better mitigate the impacts of wind energy development on wildlife and their habitats. Research can provide data on operational factors (e.g. wind speed, weather conditions) that are likely to result in fatalities. It could

also include studies of cumulative impacts of multiple wind energy projects, or comparisons of different methods for assessing avian and bat activity relevant to predicting risk. Monitoring and research should be designed and conducted to ensure unbiased data collection that meets technical standards such as those used in peer review. Research projects may occur at the same time as project-specific Tier 4 and Tier 5 studies.

Research would usually result from collaborative efforts involving appropriate stakeholders, and is not the sole or primary responsibility of any developer. Research partnerships (e.g., Bats and Wind Energy Cooperative (BWEC[9], Grassland and Shrub Steppe Species Collaborative (GS3C)[10] involving diverse players will be helpful for generating common goals and objectives and adequate funding to conduct studies (Arnett and Haufler 2003). The National Wind Coordinating Collaborative (NWCC)[11], the American Wind Wildlife Institute (AWWI)[12], and the California Energy Commission (CEC)'s Public Interest Energy Research Program[13] all support research in this area.

Study sites and access will be necessary to design and implement research, and developers are encouraged to participate in these research efforts when possible. Subject to appropriations, the Service also should fund priority research and promote collaboration and information sharing among research efforts to advance science on wind energy-wildlife interactions, and to improve these Guidelines.

### Service - State Coordination and Cooperation

The Service encourages states to increase compatibility between

state guidelines and these voluntary Guidelines, protocols, data collection methods, and recommendations relating to wildlife and wind energy. States that desire to adopt, or those that have formally adopted, wind energy siting, permitting, or environmental review regulations or guidelines are encouraged to cooperate with the Service to develop consistent state level guidelines. The Service may be available to confer, coordinate and share its expertise with interested states when a state lacks its own guidance or program to address wind energy-wildlife interactions. The Service will also use states' technical resources as much as possible and as appropriate.

The Service will explore establishing a voluntary state/federal program to advance cooperation and compatibility between the Service and interested state and local governments for coordinated review of projects under both federal and state wildlife laws. The Service, and interested states, will consider using the following tools to reach agreements to foster consistency in review of projects:

- Cooperation agreements with interested state governments.

- Joint agency reviews to reduce duplication and increase coordination in project review.

- A communication mechanism:

  - To share information about prospective projects

  - To coordinate project review

  - To ensure that state and federal regulatory processes, and/or mitigation requirements are being adequately addressed

---

[9] www.batsandwind.org

[10] www.nationalwind.org

[11] www.nationalwind.org

[12] http://www.awwi.org

[13] http://www.energy.ca.gov/research



*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

- To ensure that species of concern and their habitats are fully addressed

- Establishing consistent and predictable joint protocols, data collection methodologies, and study requirements to satisfy project review and permitting.

- Designating a Service management contact within each Regional Office to assist Field Offices working with states and local agencies to resolve significant wildlife-related issues that cannot be resolved at the field level.

- Cooperative state/federal/ industry research agreements relating to wind energy -wildlife interactions.

The Service will explore opportunities to:

- Provide training to states.

- Foster development of a national geographic data base that identifies development-sensitive ecosystems and habitats.

- Support a national database for reporting of mortality data on a consistent basis.

- Establish national BMPs for wind energy development projects.

- Develop recommended guidance on study protocols, study techniques, and measures and metrics for use by all jurisdictions.

- Assist in identifying and obtaining funding for national research priorities.

### Service - Tribal Consultation and Coordination

Federally-recognized Indian Tribes enjoy a unique government-to-government relationship with the United States. The United States Fish and Wildlife Service (Service) recognizes Indian tribal governments as the authoritative voice regarding the management of



*Wind turbine in California.. Credit: NREL*

tribal lands and resources within the framework of applicable laws. It is important to recall that many tribal traditional lands and tribal rights extend beyond reservation lands.

The Service consults with Indian tribal governments under the authorities of Executive Order 13175 "Consultation and Coordination with Indian Tribal Governments" and supporting DOI and Service policies. To this end, when it is determined that federal actions and activities may affect a Tribe's resources (including cultural resources), lands, rights, or ability to provide services to its members, the Service must, to the extent practicable, seek to engage the affected Tribe(s) in consultation and coordination.

### Tribal Wind Energy Development on Reservation Lands

Indian tribal governments have the authority to develop wind energy projects, permit their development, and establish relevant regulatory guidance within the framework of applicable laws.

The Service will provide technical assistance upon the request of Tribes that aim to establish regulatory guidance for wind energy development for lands under

the Tribe's jurisdiction. Tribal governments are encouraged to strive for compatibility between their guidelines and these Guidelines.

### Tribal Wind Energy Development on Lands that are not held in Trust

Indian tribal governments may wish to develop wind energy projects on lands that are not held in trust status. In such cases, the Tribes should coordinate with agencies other than the Service. At the request of a Tribe, the Service may facilitate discussions with other regulatory organizations. The Service may also lend its expertise in these collaborative efforts to help determine the extent to which tribal resource management plans and priorities can be incorporated into established regulatory protocols.

### Non-Tribal Wind Energy Development – Consultation with Indian Tribal Governments

When a non-Tribal wind energy project is proposed that may affect a Tribe's resources (including cultural resources), lands, rights, or ability to govern or provide services to its members, the Service should seek to engage the affected Tribe(s) in consultation and coordination as

57



*U.S. Fish **and Wildlife** Service Land-Based Wind **E**nergy Guidelines*

early as possible in the process. In siting a proposed project that has a federal nexus, it is incumbent upon the regulatory agency to notify potentially affected Tribes of the proposed activity. If the Service or other federal agency determines that a project may affect a Tribe(s), they should notify the Tribe(s) of the action at the earliest opportunity. At the request of a Tribe, the Service may facilitate and lend its expertise in collaborating with other organizations to help determine the extent to which tribal resource management plans and priorities can be incorporated into established regulatory protocols or project implementation. This process ideally should be agreed to by all involved parties.

In the consultative process, Tribes should be engaged as soon as possible when a decision may affect a Tribe(s). Decisions made that affect Indian Tribal governments without adequate federal effort to engage Tribe(s) in consultation have been overturned by the courts. See, e.g., Quechan Tribe v. U.S. Dep't of the Interior, No. 10cv2241 LAB (CAB), 2010 WL 5113197 (S.D. Cal. Dec. 15, 2010). When a tribal government is consulted, it is neither required, nor expected that all of the Tribe's issues can be resolved in its favor. However, the Service must listen and may not arbitrarily dismiss concerns of the tribal government. Rather, the Service must seriously consider and respond to all tribal concerns. Regional Native American Liaisons are able to provide in-house guidance as to government-to-government consultation processes. (See Service - State Coordination and Cooperation, above).

## Non-Governmental Organization Actions

If a specific project involves actions at the local, state, or federal level that provide opportunities for public participation, non-governmental organizations (NGOs) can provide meaningful contributions to the discussion of biological issues associated with that project, through the normal processes such as scoping, testimony at public

meetings, and comment processes. In the absence of formal public process, there are many NGOs that have substantial scientific capabilities and may have resources that could contribute productively to the siting of wind energy projects. Several NGOs have made significant contributions to the understanding of the importance of particular geographic areas to wildlife in the United States. This work has benefited and continues to benefit from extensive research efforts and from associations with highly qualified biologists. NGO expertise can – as can scientific expertise in the academic and private consulting sectors – serve highly constructive purposes. These can include:

- Providing information to help identify environmentally sensitive areas, during the screening phases of site selection (Tiers 1 and 2, as described in this document)

- Providing feedback to developers and agencies with respect to specific sites and site and impact assessment efforts

- Helping developers and agencies design and implement mitigation or offset strategies

- Participating in the defining, assessing, funding, and implementation of research efforts in support of improved predictors of risk, impact assessments and effective responses

- Articulating challenges, concerns, and successes to diverse audiences

## Non-Governmental Organization Conservation Lands

Implementation of these Guidelines by Service and other state agencies will recognize that lands owned and managed by non-government conservation organizations represent a significant investment that generally supports the mission of state and federal wildlife agencies. Many of these lands represent an investment of federal conservation

funds, through partnerships between agencies and NGOs. These considerations merit extra care in the avoidance of wind energy development impacts to these lands. In order to exercise this care, the Service and allied agencies can coordinate and consult with NGOs that own lands or easements which might reasonably be impacted by a project under review.



**U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines**

# Appendix A: Glossary

**Accuracy** – The agreement between a measurement and the true or correct value.

**Adaptive management** – An iterative decision process that promotes flexible decision-making that can be adjusted in the face of uncertainties as outcomes from management actions and other events become better understood. Comprehensively applying the tiered approach embodies the adaptive management process.

**Anthropogenic** – Resulting from the influence of human beings on nature.

**Area of interest** – For most projects, the area where wind turbines and meteorological (met) towers are proposed or expected to be sited, and the area of potential impact.

**Avian** – Pertaining to or characteristic of birds.

**Avoid** – To not take an action or parts of an action to avert the potential effects of the action or parts thereof. First of three components of "mitigation," as defined in Service Mitigation Policy. (See mitigation.)

**Before-after/control-impact (BACI)** – A study design that involves comparisons of observational data, such as bird counts, before and after an environmental disturbance in a disturbed and undisturbed site. This study design allows a researcher to assess the effects of constructing and operating a wind turbine by comparing data from the "control" sites (before and undisturbed) with the "treatment" sites (after and disturbed).

**Best management practices (BMPs)** – Methods that have been determined by the stakeholders to be the most effective, practicable means of avoiding or minimizing significant adverse impacts to individual species, their habitats or an ecosystem, based on the best available information.

**Buffer zone** – A zone surrounding a resource designed to protect the resource from adverse impact, and/or a zone surrounding an existing or proposed wind energy project for the purposes of data collection and/or impact estimation.

**Community-scale** – Wind energy projects greater than 1 MW, but generally less than 20 MW, in name-plate capacity, that produce electricity for off-site use, often partially or totally owned by members of a local community or that have other demonstrated local benefits in terms of retail power costs, economic development, or grid issues.

**Comparable site** – A site similar to the project site with respect to topography, vegetation, and the species under consideration.

**Compensatory mitigation** – Replacement of project-induced losses to fish and wildlife resources. Substitution or offsetting of fish and wildlife resource losses with resources considered to be of equivalent biological value.

- **In-kind** – Providing or managing substitute resources to replace the value of the resources lost, where such substitute resources are physically and biologically the same or closely approximate to those lost.

- **Out-of-kind** – Providing or managing substitute resources to replace the value of the resources lost, where such substitute resources are physically or biologically different from those lost. This may include conservation or mitigation banking, research or other options.

**Cost effective** – Economical in terms of tangible benefits produced by money spent.

**Covariate** – Uncontrolled random variables that influence a response to a treatment or impact, but do not interact with any of the treatments or impacts being tested.

**Critical habitat** – For listed species, consists of the specific areas designated by rule making pursuant to Section 4 of the Endangered Species Act and displayed in 50 CFR § 17.11 and 17.12.

**Cumulative impacts** – See impact.

 *U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines* 

**Curtailment** – The act of limiting the supply of electricity to the grid during conditions when it would normally be supplied. This is usually accomplished by cutting-out the generator from the grid and/or feathering the turbine blades.

**Cut-in Speed** – The wind speed at which the generator is connected to the grid and producing electricity. It is important to note that turbine blades may rotate at full RPM in wind speeds below cut-in speed.

**Displacement** – The loss of habitat as result of an animal's behavioral avoidance of otherwise suitable habitat. Displacement may be short-term, during the construction phase of a project, temporary as a result of habituation, or long-term, for the life of the project.

**Distributed wind** – Small and mid-sized turbines between 1 kilowatt and 1 megawatt that are installed and produce electricity at the point of use to off-set all or a portion of on-site energy consumption.

**Ecosystem** – A system formed by the interaction of a community of organisms with their physical and chemical environment. All of the biotic elements (i.e., species, populations, and communities) and abiotic elements (i.e., land, air, water, energy) interacting in a given geographic area so that a flow of energy leads to a clearly defined trophic structure, biotic diversity, and material cycles. Service Mitigation Policy adopted definition from E. P. Odum 1971 Fundamentals of Ecology.

**Edge effect** – The effect of the juxtaposition of contrasting environments on an ecosystem.

**Endangered species** – See listed species.

**Extirpation** – The species ceases to exist in a given location; the species still exists elsewhere.

**Fatality** – An individual instance of death.

**Fatality rate** – The ratio of the number of individual deaths to some parameter of interest such as megawatts of energy produced, the number of turbines in a wind project, the number of individuals exposed, etc., within a specified unit of time.

**Feathering** – Adjusting the angle of the rotor blade parallel to the wind, or turning the whole unit out of the wind, to slow or stop blade rotation.

**Federal action agency** – A department, bureau, agency or instrumentality of the United States which plans, constructs, operates or maintains a project, or which reviews, plans for or approves a permit, lease or license for projects, or manages federal lands.

**Federally listed species** – See listed species.

**Footprint** – The geographic area occupied by the actual infrastructure of a project such as wind turbines, access roads, substation, overhead and underground electrical lines, and buildings, and land cleared to construct the project.

**G1 (Global Conservation Status Ranking) Critically Imperiled** – At very high risk of extinction due to extreme rarity (often five or fewer populations), very steep declines, or other factors.

**G2 (Global Conservation Status Ranking) Imperiled** – At high risk of extinction or elimination due to very restricted range, very few populations, steep declines, or other factors.

**G3 (Global Conservation Status Ranking) Vulnerable** – At moderate risk of extinction or elimination due to a restricted range, relatively few populations, recent and widespread declines, or other factors.

**Guy wire** – Wires used to secure wind turbines or meteorological towers that are not self-supporting.

**Habitat** – The area which provides direct support for a given species, including adequate food, water, space, and cover necessary for survival.

**Habitat fragmentation** – Habitat fragmentation separates blocks of habitat for some species into segments, such that the individuals in the remaining habitat segments may suffer from effects such as decreased survival, reproduction, distribution, or use of the area.



**U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines**

**Impact** – An effect or effects on natural resources and on the components, structures, and functioning of affected ecosystems.

- **Cumulative** – Changes in the environment caused by the aggregate of past, present and reasonably foreseeable future actions on a given resource or ecosystem.

- **Direct** – Effects on individual species and their habitats caused by the action, and occur at the same time and place.

- **Indirect impact** – Effects caused by the action that are later in time or farther removed in distance, but are still reasonably foreseeable. Indirect impacts include displacement and changes in the demographics of bird and bat populations.

**Infill** – Add an additional phase to the existing project, or build a new project adjacent to existing projects.

**In-kind compensatory mitigation** – See compensatory mitigation.

**Intact habitat** – An expanse of habitat for a species or landscape scale feature, unbroken with respect to its value for the species or for society.

**Intact landscape** – Relatively undisturbed areas characterized by maintenance of most original ecological processes and by communities with most of their original native species still present.

**Lattice design** – A wind turbine support structure design characterized by horizontal or diagonal lattice of bars forming a tower rather than a single tubular support for the nacelle and rotor.

**Lead agency** – Agency that is responsible for federal or non-federal regulatory or environmental assessment actions.

**Lek** – A traditional site commonly used year after year by males of certain species of birds (e.g., greater and lesser prairie-chickens, sage and sharp-tailed grouse, and buff-breasted sandpiper), within which the males display communally to attract and compete for female mates, and where breeding occurs.

**Listed species** – Any species of fish, wildlife or plant that has been determined to be endangered or threatened under section 4 of the Endangered Species Act (50 CFR §402.02), or similarly designated by state law or rule.

**Local population** – A subdivision of a population of animals or plants of a particular species that is in relative proximity to a project.

**Loss** – As used in this document, a change in wildlife habitat due to human activities that is considered adverse and: 1) reduces the biological value of that habitat for species of concern; 2) reduces population numbers of species of concern; 3) increases population numbers of invasive or exotic species; or 4) reduces the human use of those species of concern.

**Megawatt (MW)** – A measurement of electricity-generating capacity equivalent to 1,000 kilowatts (kW), or 1,000,000 watts.

**Migration** – Regular movements of wildlife between their seasonal ranges necessary for completion of the species lifecycle.

**Migration corridor** – Migration routes and/or corridors are the relatively predictable pathways that a migratory species travel between seasonal ranges, usually breeding and wintering grounds.

**Migration stopovers** – Areas where congregations of wildlife assemble during migration. Such areas supply high densities of food or shelter.

**Minimize** – To reduce to the smallest practicable amount or degree.

**Mitigation** – (Specific to these Guidelines) Avoiding or minimizing significant adverse impacts, and when appropriate, compensating for unavoidable significant adverse impacts.



**U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines**

**Monitoring** – 1) A process of project oversight such as checking to see if activities were conducted as agreed or required; 2) making measurements of uncontrolled events at one or more points in space or time with space and time being the only experimental variable or treatment; 3) making measurements and evaluations through time that are done for a specific purpose, such as to check status and/or trends or the progress towards a management objective.

**Mortality rate** – Population death rate, typically expressed as the ratio of deaths per 100,000 individuals in the population per year (or some other time period).

**Operational changes** – Deliberate changes to wind energy project operating protocols, such as the wind speed at which turbines "cut in" or begin generating power, undertaken with the object of reducing collision fatalities. Considered separately from standard mitigation measures due to the fact that operational changes are considered as a last resort and will rarely be implemented if a project is properly sited.

**Passerine** – Describes birds that are members of the Order Passeriformes, typically called "songbirds."

**Plant communities of concern** –Plant communities of concern are unique habitats that are critical for the persistence of highly specialized or unique species and communities of organisms. Often restricted in distribution or represented by a small number of examples, these communities are biological hotspots that significantly contribute to the biological richness and productivity of the entire region. Plant communities of concern often support rare or uncommon species assemblages, provide critical foraging, roosting, nesting, or hibernating habitat, or perform vital ecosystem functions. These communities often play an integral role in the conservation of biological integrity and diversity across the landscape. (Fournier et al. 2007) Also, any plant community with a Natural Heritage Database ranking of S1, S2, S3, G1, G2, or G3.

**Population** – A demographically and genetically self-sustaining group of animals and/or plants of a particular species.

**Practicable** – Capable of being done or accomplished; feasible.

**Prairie grouse** – A group of gallinaceous birds, includes the greater prairie-chicken, the lesser prairie-chicken, and the sharp-tailed grouse.

**Project area** – The area that includes the project site as well as contiguous land that shares relevant characteristics.

**Project commencement** – The point in time when a developer begins its preliminary evaluation of a broad geographic area to assess the general ecological context of a potential site or sites for wind energy project(s). For example, this may include the time at which an option is acquired to secure real estate interests, an application for federal land use has been filed, or land has been purchased.

**Project Site** – The land that is included in the project where development occurs or is proposed to occur.

**Project transmission lines** – Electrical lines built and owned by a project developer.

**Raptor** – As defined by the American Ornithological Union, a group of predatory birds including hawks, eagles, falcons, osprey, kites, owls, vultures and the California condor.

**Relative abundance** – The number of organisms of a particular kind in comparison to the total number of organisms within a given area or community.

**Risk** – The likelihood that adverse effects may occur to individual animals or populations of species of concern, as a result of development and operation of a wind energy project. For detailed discussion of risk and risk assessment as used in this document see Chapter One - General Overview.

**Rotor** – The part of a wind turbine that interacts with wind to produce energy. Consists of the turbine's blades and the hub to which the blades attach.

**Rotor-swept area** – The area of the circle or volume of the sphere swept by the turbine blades.

**Rotor-swept zone** – The altitude within a wind energy project which is bounded by the upper and lower limits of the rotor-swept area and the spatial extent of the project.



### U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines

**S1 (Subnational Conservation Status Ranking) Critically Imperiled** – Critically imperiled in the jurisdiction because of extreme rarity or because of some factor(s) such as very steep declines making it especially vulnerable to extirpation from the jurisdiction.

**S2 (Subnational Conservation Status Ranking) Imperiled** – Imperiled in the jurisdiction because of rarity due to very restricted range, very few populations, steep declines, or other factors making it very vulnerable to extirpation from jurisdiction.

**S3 (Subnational Conservation Status Ranking) Vulnerable** – Vulnerable in the jurisdiction due to a restricted range, relatively few populations, recent and widespread declines, or other factors making it vulnerable to extirpation.

**Sage grouse** – A large gallinaceous bird living in the sage steppe areas of the intermountain west, includes the greater sage grouse and Gunnison's sage grouse.

**Significant** – For purposes of characterizing impacts to species of concern and their habitats, "significance" takes into account the duration, scope, and intensity of an impact. Impacts that are very brief or highly transitory, do not extend beyond the immediate small area where they occur, and are minor in their intensity are not likely to be significant. Conversely, those that persist for a relatively long time, encompass a large area or extend well beyond the immediate area where they occur, or have substantial consequences are almost certainly significant. A determination of significance may include cumulative impacts of other actions. There is probably some unavoidable overlap among these three characteristics, as well as some inherent ambiguity in these terms, requiring the exercise of judgment and the development of a consistent approach over time.

**Species of concern** – For a particular wind energy project, any species which 1) is either a) listed as an endangered, threatened or candidate species under the Endangered Species Act, subject to the Migratory Bird Treaty Act or Bald and Golden Eagle Protection Act; b) is designated by law, regulation, or other formal process for protection and/or management by the relevant agency or other authority; or c) has been shown to be significantly adversely affected by wind energy development, and 2) is determined to be possibly affected by the project.

**Species of habitat fragmentation concern** – Species of concern for which a relevant federal, state, tribal, and/or local agency has found that separation of their habitats into smaller blocks reduces connectivity such that the individuals in the remaining habitat segments may suffer from effects such as decreased survival, reproduction, distribution, or use of the area. Habitat fragmentation from a wind energy project may create significant barriers for such species.

**String** – A number of wind turbines oriented in close proximity to one another that are usually sited in a line, such as along a ridgeline.

**Strobe** – Light consisting of pulses that are high in intensity and short in duration.

**Threatened species** – See listed species.

**Tubular design** – A type of wind turbine support structure for the nacelle and rotor that is cylindrical rather than lattice.

**Turbine height** – The distance from the ground to the highest point reached by the tip of the blades of a wind turbine.

**Utility-scale** – Wind projects generally larger than 20 MW in nameplate generating capacity that sell electricity directly to utilities or into power markets on a wholesale basis.

**Voltage (low and medium)** – Low voltages are generally below 600 volts, medium voltages are commonly on distribution electrical lines, typically between 600 volts and 110 kV, and voltages above 110 kV are considered high voltages.

**Wildlife** – Birds, fishes, mammals, and all other classes of wild animals and all types of aquatic and land vegetation upon which wildlife is dependent.

**Wildlife management plan** – A document describing actions taken to identify resources that may be impacted by proposed development; measures to mitigate for any significant adverse impacts; any post-construction monitoring; and any other studies that may be carried out by the developer.

**Wind turbine** – A machine for converting the kinetic energy in wind into mechanical energy, which is then converted to electricity..





*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

# Appendix B: Literature Cited

Anderson, R., M. Morrison, K. Sinclair, and D. Strickland. 1999. Studying Wind Energy/Bird Interactions: A Guidance Document. Metrics and Methods for Determining or Monitoring Potential Impacts on Birds at Existing and Proposed Wind Energy Sites. National Wind Coordinating Committee/RESOLVE. Washington, D.C., USA.

Arnett, E.B., and J.B. Haufler. 2003. A customer-based framework for funding priority research on bats and their habitats. Wildlife Society Bulletin 31 (1): 98–103.

Arnett, E.B., technical editor. 2005. Relationships between Bats and Wind Turbines in Pennsylvania and West Virginia: An Assessment of Bat Fatality Search Protocols, Patterns of Fatality, and Behavioral Interactions with Wind Turbines. A final report submitted to the Bats and Wind Energy Cooperative. Bat Conservation International. Austin, Texas, USA. http://www.batsandwind.org/pdf/ar2004.pdf

Arnett, E.B., J.P. Hayes, and M.M.P. Huso. 2006. An evaluation of the use of acoustic monitoring to predict bat fatality at a proposed wind facility in south-central Pennsylvania. An annual report submitted to the Bats and Wind Energy Cooperative. Bat Conservation International. Austin, Texas, USA.

http://batsandwind.org/pdf/ar2005.pdf.

Arnett, E.B., D.B. Inkley, D.H. Johnson, R.P. Larkin, S. Manes, A.M. Manville, R. Mason, M. Morrison, M.D. Strickland, and R. Thresher. 2007. Impacts of Wind Energy Facilities on Wildlife and Wildlife Habitat. Issue 2007-2. The Wildlife Society, Bethesda, Maryland, USA.

Arnett, E.B., K. Brown, W.P. Erickson, J. Fiedler, B. Hamilton, T.H. Henry, G. D. Johnson, J. Kerns, R.R. Kolford, C.P. Nicholson, T. O'Connell, M. Piorkowski, and R. Tankersley, Jr. 2008. Patterns of fatality of bats at wind energy facilities in North America. Journal of Wildlife Management 72: 61–78.

Arnett, E.B., M. Schirmacher, M.M.P. Huso, and J.P. Hayes. 2009. Effectiveness of changing wind turbine cut-in speed to reduce bat fatalities at wind facilities. An annual report submitted to the Bats and Wind Energy Cooperative. Bat Conservation International. Austin, Texas, USA.

http://batsandwind.org/pdf/Curtailment_2008_Final_Report.pdf.

Arnett, E.B., M. Baker, M.M.P. Huso, and J. M. Szewczak. In review. Evaluating ultrasonic emissions to reduce bat fatalities at wind energy facilities. An annual report submitted to the Bats and Wind Energy Cooperative. Bat Conservation International. Austin, Texas, USA.

Avian Powerline Interaction Committee (APLIC). 2006. Suggested Practices for Avian Protection on Power Lines: The State of the Art in 2006. Edison Electric Institute, APLIC, and the California Energy Commission. Washington D.C. and Sacramento, CA. http://www.aplic.org/SuggestedPractices2006(LR-2watermark).pdf.

Baerwald, E.F., J. Edworthy, M. Holder, and R.M.R. Barclay. 2009. A Large-Scale Mitigation Experiment to Reduce Bat Fatalities at Wind Energy Facilities. Journal of Wildlife Management 73(7): 1077-81.

Bailey, L.L., T.R. Simons, and K.H. Pollock. 2004. Spatial and Temporal Variation in Detection Probability of Plethodon Salamanders Using the Robust Capture-Recapture Design. Journal of Wildlife Management 68(1): 14-24.

Becker, J.M., C.A. Duberstein, J.D. Tagestad, J.L. Downs. 2009. Sage-Grouse and Wind Energy: Biology, Habits, and Potential Effects from Development. Prepared for the U.S. Department of Energy, Office of Energy Efficiency and Renewable Energy, Wind & Hydropower Technologies Program, under Contract DE-AC05-76RL01830.

Breidt, F.J. and W.A. Fuller. 1999. Design of supplemented panel surveys with application to the natural resources inventory. Journal of Agricultural, Biological, and Environmental Statistics 4(4): 391-403.


*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

Bright J., R. Langston, R. Bullman, R. Evans, S. Gardner, and J. Pearce-Higgins. 2008. Map of Bird Sensitivities to Wind Farms in Scotland: A Tool to Aid Planning and Conservation. Biological Conservation 141(9): 2342-56.

California Energy Commission and California Department of Fish and Game. 2007. California Guidelines for Reducing Impacts to Birds and Bats from Wind Energy Development. Commission Final Report. California Energy Commission, Renewables Committee, and Energy Facilities Siting Division, and California Department of Fish and Game, Resources Management and Policy Division. CEC-700-2007-008-CMF.

Chamberlain, D.E., M.R. Rehfisch, A.D. Fox, M. Desholm, and S.J. Anthony. 2006. The Effect of Avoidance Rates on Bird Mortality Predictions Made by Wind Turbine Collision Risk Models. Ibis 148(S1): 198-202.

"Clean Water Act." Water Pollution Prevention and Control. Title 33 U.S. Code, Sec. 1251 et. seq. 2006 ed., 301-482. Print.

Connelly, J.W., H.W. Browers, and R.J. Gates. 1988. Seasonal Movements of Sage Grouse in Southeastern Idaho. Journal of Wildlife Management 52(1): 116-22.

Connelly, J.W., M.A. Schroeder, A.R. Sands, and C.E. Braun. 2000. Guidelines to manage sage grouse population and their habitats. Wildlife Society Bulletin 28(4):967-85.

Corn, P.S. and R.B. Bury. 1990. Sampling Methods for Terrestrial Amphibians and Reptiles, Gen. Tech. Rep. PNW-GTR-256. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

Cryan, P.M. 2008. Mating Behavior as a Possible Cause of Bat Fatalities at Wind Turbines. Journal of Wildlife Management 72(3): 845-49.

Dettmers, R., D.A. Buehler, J.G. Bartlett, and N.A. Klaus. 1999. Influence of Point Count Length and Repeated Visits on Habitat Model Performance. Journal of Wildlife Management 63(3): 815-23.

Drewitt, A.L. and R.H.W. Langston. 2006. Assessing the Impacts of Wind Farms on Birds. Ibis 148: 29-42.

Erickson, W.P., M.D. Strickland, G.D. Johnson, and J.W. Kern. 2000b. Examples of Statistical Methods to Assess Risk of Impacts to Birds from Windplants. Proceedings of the National Avian-Wind Power Planning Meeting III. National Wind Coordinating Committee, c/o RESOLVE, Inc., Washington, D.C.

Erickson, W.P., J. Jeffrey, K. Kronner, and K. Bay. 2004. Stateline Wind Project Wildlife Monitoring Final Report: July 2001 - December 2003. Technical report for and peer-reviewed by FPL Energy, Stateline Technical Advisory Committee, and the Oregon Energy Facility Siting Council, by Western EcoSystems Technology, Inc. (WEST), Cheyenne, Wyoming, and Walla Walla, Washington, and Northwest Wildlife Consultants (NWC), Pendleton, Oregon, USA. December 2004. http://www.west-inc.com.

Erickson, W., D. Strickland, J.A. Shaffer, and D.H. Johnson. 2007. Protocol for Investigating Displacement Effects of Wind Facilities on Grassland Songbirds. National Wind Coordinating Collaborative, Washington, D. C. http://www.nationalwind.org/workgroups/wildlife/SongbirdProtocolFinalJune07.pdf

Fiedler, J.K., T.H. Henry, C.P. Nicholson, and R.D. Tankersley. 2007. Results of Bat and Bird Mortality Monitoring at the Expanded Buffalo Mountain Windfarm, 2005. Tennessee Valley Authority, Knoxville, Tennessee, USA. https://www.tva.gov/environment/bmw_report/results.pdf

Fournier, D., J. Fraser, M. Coppoletta, M. Johnson, B. Brady, S. Dailey, B. Davidson, M. Vollmer, E. Carey, E. Kelchin, C. Shade, A. Stanton, M. Morrison. 2007. Technical Supplement and Appendix for PATHWAY 2007 Evaluation Report: Vegetation Resource, Draft. Tahoe Regional Planning Agency.

Fuller, W.A. 1999. Environmental surveys over time. Journal of Agricultural, Biological, and Environmental Statistics 4(4): 331-45.

Gauthreaux, S.A., Jr., and C.G. Belser. 2003. Radar ornithology and biological conservation. Auk 120(2):266-77.

Giesen, K.M. and J.W. Connelly. 1993. Guidelines for management of Columbian sharp-tailed grouse habitats. Wildlife Society Bulletin 21(3):325-33.



Graeter, G.J., B.B. Rothermel, and J.W. Gibbons. 2008. Habitat Selection and Movement of Pond-Breeding Amphibians in Experimentally Fragmented Pine Forests. Journal of Wildlife Management 72(2): 473-82.

Hagen, C.A., B.E. Jamison, K.M. Giesen, and T.Z. Riley. 2004. Guidelines for managing lesser prairie-chicken populations and their habitats. Wildlife Society Bulletin 32(1):69-82.

Hagen, C.A., B.K. Sandercock, J.C. Pitman, R.J. Robel, and R.D. Applegate. 2009. Spacial variation in lesser prairie-chicken demography: a sensitivity analysis of population dynamics and management alternatives. Journal of Wildlife Management 73:1325-32.

Hagen, C.A., J.C. Pitman, T.M. Loughin, B.K. Sandercock, and R.J. Robel. 2011. Impacts of anthropogenic features on lesser prairie-chicken habitat use. Studies in Avian Biology. 39: 63-75.

Holloran, M.J. 2005. Greater Sage-Grouse (Centrocercus urophasianus) Population Response to Natural Gas Field Development in Western Wyoming. Ph.D. dissertation. University of Wyoming, Laramie, Wyoming, USA.

Holloran, M.J., B.J. Heath, A.G. Lyon, S.J. Slater, J.L. Kuipers, S.H. Anderson. 2005. Greater Sage-Grouse Nesting Habitat Selection and Success in Wyoming. Journal of Wildlife Management 69(2): 638-49.

Horn, J.W., E.B. Arnett and T.H Kunz. 2008. Behavioral responses of bats to operating wind turbines. Journal of Wildlife Management 72(1):123-32.

Hunt, G. 2002. Golden Eagles in a Perilous Landscape: Predicting the Effects of Mitigation for Wind Turbine Bladestrike Mortality. California Energy Commission Report P500-02-043F. Sacramento, California, USA.

Hunt, G. and T. Hunt. 2006. The Trend of Golden Eagle Territory Occupancy in the Vicinity of the Altamont Pass Wind Resource Area: 2005 Survey. California Energy Commission, PIER Energy-Related Environmental Research. CEC-500-2006-056.

Huso, M. 2009. Comparing the Accuracy and Precision of Three Different Estimators of Bird and Bat Fatality and Examining the Influence of Searcher Efficiency, Average Carcass Persistence and Search Interval on These. Proceedings of the NWCC Wind Wildlife Research Meeting VII, Milwaukee, Wisconsin. Prepared for the Wildlife Workgroup of the National Wind Coordinating Collaborative by RESOLVE, Inc., Washington, D.C., USA. S. S. Schwartz, ed. October 28-29, 2008.

Johnson, G.D., D.P. Young, Jr., W.P. Erickson, C.E. Derby, M.D. Strickland, and R.E. Good. 2000. Wildlife Monitoring Studies, SeaWest Windpower Project, Carbon County, Wyoming, 1995-1999. Final report prepared for SeaWest Energy Corporation, and the Bureau of Land Management by Western EcoSystems Technology, Inc. Cheyenne, Wyoming, USA.

Johnson, G.D., W.P. Erickson, and J. White. 2003. Avian and Bat Mortality During the First Year of Operation at the Klondike Phase I Wind Project, Sherman County, Oregon. March 2003. Technical report prepared for Northwestern Wind Power, Goldendale, Washington, by Western EcoSystems Technology, Inc. (WEST), Cheyenne, Wyoming, USA. http://www.west-inc.com.

Kerns, J. and P. Kerlinger. 2004. A Study of Bird and Bat Collision Fatalities at the Mountaineer Wind Energy Center, Tucker County, West Virginia: Annual Report for 2003. Prepared for FPL Energy and the Mountaineer Wind Energy Center Technical Review Committee by Curry and Kerlinger, LLC. http://www.wvhighlands.org/Birds/MountaineerFinalAvianRpt-%203-15-04PKJK.pdf

Kronner, K., B. Gritski, Z. Ruhlen, and T. Ruhlen. 2007. Leaning Juniper Phase I Wind Power Project, 2006-2007: Wildlife Monitoring Annual Report. Unpublished report prepared by Northwest Wildlife Consultants, Inc. for PacifiCorp Energy, Portland, Oregon, USA.

Kuenzi, A.J. and M.L. Morrison. 1998. Detection of Bats by Mist-Nets and Ultrasonic Sensors. Wildlife Society Bulletin 26(2): 307-11.

Kunz, T.H., G.C. Richards, and C.R. Tidemann. 1996. Small Volant Mammals. In D. E. Wilson, F. R. Cole, J. D. Nichols, R. Rudran, and M. S. Foster, (eds.), Measuring and Monitoring Biological Diversity: Standard Methods for Mammals. Smithsonian Institution Press, Washington, D.C. USA. pp. 122-46.



*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

Kunz, T. H., E. B. Arnett, B. M. Cooper, W. P. Erickson, R. P. Larkin, T. Mabee, M. L. Morrison, M. D. Strickland, and J. M. Szewczak. 2007. Assessing impacts of wind-energy development on nocturnally active birds and bats: a guidance document. Journal of Wildlife Management 71: 2449-2486.

Kunz, T.H. and S. Parsons, eds. 2009. Ecological and Behavioral Methods for the Study of Bats. Second Edition. Johns Hopkins University Press.

Leddy, K.L., K.F. Higgins, and D.E. Naugle. 1999. Effects of Wind Turbines on Upland Nesting Birds in Conservation Reserve Program Grasslands. Wilson Bulletin 111(1): 100-4.

Mabee, T. J., B. A. Cooper, J. H. Plissner, and D. P. Young. 2006. Nocturnal bird migration over an Appalachian ridge at a proposed wind power project. Wildlife Society Bulletin 34(3): 682–90.

Madders, M. and D.P. Whitfield. 2006. Upland Raptors and the Assessment of Wind Farm Impacts. Ibis 148: 43-56.

Manly, B.F., L. McDonald, D.L. Thomas, T.L. McDonald, and W.P. Erickson. 2002. Resource Selection by Animals: Statistical Design and Analysis for Field Studies. 2nd Edition. Kluwer, Boston.

Manly, B.F.J. 2009. Statistics for Environmental Science and Management. 2nd edition. CRC Press, Boca Raton, Florida, USA.

Manville, A. M. II. 2004. Prairie grouse leks and wind turbines: U.S. Fish and Wildlife Service justification for a 5-mile buffer from leks; additional grassland songbird recommendations. Division of Migratory Bird Management, Service, Arlington, VA, peer-reviewed briefing paper.

Master, L.L., B.A. Stein, L.S. Kutner and G.A. Hammerson. 2000. Vanishing Assets: Conservation Status of U.S. Species. pp. 93-118 IN B.A. Stein, L.S. Kutner and J.S. Adams (eds.). Precious Heritage: the Status of Biodiversity in the United States. Oxford University Press, New York. 399 pages. ("S1, S2, S3; G1, G2, G3")

McDonald, T.L. 2003. Review of environmental monitoring methods: survey designs.  Environmental Monitoring and Assessment 85(2): 277-92.

Morrison, M.L., W.M. Block, M.D. Strickland, B.A. Collier, and M.J. Peterson. 2008. Wildlife Study Design. Second Edition. Springer, New York, New York, USA. 358 pp.

Murray, C. and D. Marmorek. 2003. Chapter 24: Adaptive Management and Ecological Restoration. In: P. Freiderici (ed.), Ecological Restoration of Southwestern Ponderosa Pine Forests. Island Press, Washington, California, and London. Pp. 417-28.

National Research Council (NRC). 2007. Environmental Impacts of Wind-Energy Projects. National Academies Press. Washington, D.C., USA. www.nap.edu

National Wind Coordinating Collaborative. 2010. Wind Turbine Interactions with Birds, Bats and Their Habitats: A Summary of Research Results and Priority Questions. NWCC Spring 2010 Fact Sheet.

O'Farrell, M.J., B.W. Miller, and W.L. Gannon. 1999. Qualitative Identification of Free-Flying Bats Using the Anabat Detector. Journal of Mammalogy 80(1): 11-23.

Olson, D., W.P. Leonard, and B.R. Bury, eds. 1997. Sampling Amphibians in Lentic Habitats: Methods and Approaches for the Pacific Northwest. Society for Northwestern Vertebrate Biology, Olympia, Washington, USA.

Organ, A. & Meredith, C. 2004. 2004 Avifauna Monitoring for the proposed Dollar Wind Farm – Updated Risk Modeling. Biosis Research Pty. Ltd. Report for Dollar Wind Farm Pty. Ltd.

Orloff, S. and A. Flannery. 1992. Wind Turbine Effects on Avian Activity, Habitat Use, and Mortality in Altamont Pass and Solano County Wind Resource Areas, 1989-1991. Final Report P700-92-001 to Alameda, Costra Costa, and Solano Counties, and the California Energy Commission by Biosystems Analysis, Inc., Tiburon, California, USA.

 *U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines* 

Pearce-Higgins, J.W., L. Stephen, R.H.W. Langston, & J.A. Bright. (2008) Assessing the cumulative impacts of wind farms on peatland birds: a case study of golden plover Pluvialis apricaria in Scotland. Mires and Peat, 4(01), 1–13.

Pennsylvania Game Commission (PGC). 2007. Wind Energy Voluntary Cooperation Agreement. Pennsylvania Game Commission, USA. http://www.pgc.state.pa.us/pgc/lib/pgc/programs/voluntary_agreement.pdf

Pierson, E.D., M.C. Wackenhut, J.S. Altenbach, P. Bradley, P. Call, D.L. Genter, C.E. Harris, B.L. Keller, B. Lengas, L. Lewis, B. Luce, K.W. Navo, J.M. Perkins, S. Smith, and L. Welch. 1999. Species Conservation Assessment and Strategy for Townsend's Big-Eared Bat (Corynorhinus townsendii townsendii and Corynorhinus townsendii pallescens). Idaho Conservation Effort, Idaho Department of Fish and Game, Boise, Idaho, USA.

Pitman, J.C., C.A. Hagen, R.J. Robel, T.M. Loughlin, and R.D. Applegate. 2005. Location and Success of Lesser Prairie-Chicken Nests in Relation to Vegetation and Human Disturbance. Journal of Wildlife Management 69(3):1259-69.

Pruett, C.L., M.A. Patten and D.H. Wolfe. Avoidance Behavior by Prairie Grouse: Implications for Development of Wind Energy. Conservation Biology. 23(5):1253-59.

Rainey, W.E. 1995. Tools for Low-Disturbance Monitoring of Bat Activity. In: Inactive Mines as Bat Habitat: Guidelines for Research, Survey, Monitoring, and Mine Management in Nevada. B. R. Riddle, ed. Biological Resources Research Center, University of Nevada-Reno, Reno, Nevada, USA.148 pp.

Ralph, C. John; Geupel, Geoffrey R.; Pyle, Peter; Martin, Thomas E.; DeSante, David F. 1993.

Handbook of field methods for monitoring landbirds. Gen. Tech. Rep. PSW-GTR-144-www. Albany, CA:  Pacific Southwest Research Station, Forest Service, U.S. Department of Agriculture; 41 p.

Ralph, C.J., J.R. Sauer, and S. Droege, eds. 1995. Monitoring Bird Populations by Point Counts. U.S. Department of Agriculture, Forest Service General Technical Report PSW-GTR-149.

Reynolds R.T., J.M. Scott, R.A. Nussbaum. 1980. A variable circular-plot method for estimating bird numbers. Condor. 82(3):309–13.

Richardson, W.J. 2000. Bird Migration and Wind Turbines: Migration Timing, Flight Behavior, and Collision Risk. In: Proceedings of the National Avian Wind Power Planning Meeting III (PNAWPPM-III). LGL Ltd., Environmental Research Associates, King City, Ontario, Canada, San Diego, California. www.nationalwind.org/publications/wildlife/avian98/20-Richardson-Migration.pdf

"Rivers and Harbors Act." Protection of Navigable Waters and of Rivers and of Harbor and River Improvements Generally. Title 33 U.S. Code, Sec. 401 et. seq. 2006 ed., 42-84. Print.

Robel, R.J., J. A. Harrington, Jr., C.A. Hagen, J.C. Pitman, and R.R. Reker. 2004. Effect of Energy Development and Human Activity on the Use of Sand Sagebrush Habitat by Lesser Prairie-Chickens in Southwestern Kansas. North American Wildlife and Natural Resources Conference 69: 251-66.

Sawyer, H., R.M. Nielson, F. Lindzey, and L.L. McDonald. 2006. Winter Habitat Selection of Mule Deer Before and During Development of a Natural Gas Field. Journal of Wildlife Management 70(2): 396-403. http://www.west-inc.com

Shaffer, J.A. and D.H. Johnson. 2008. Displacement Effects of Wind Developments on Grassland Birds in the Northern Great Plains. Presented at the Wind Wildlife Research Meeting VII, Milwaukee, Wisconsin, USA. Wind Wildlife Research Meeting VII Plenary. http://www.nationalwind.org/pdf/ShafferJill.pdf

Sherwin, R.E., W.L. Gannon, and J.S. Altenbach. 2003. Managing Complex Systems Simply: Understanding Inherent Variation in the Use of Roosts by Townsend's Big-Eared Bat. Wildlife Society Bulletin 31(1): 62-72.

Smallwood, K.S. and C.G. Thelander. 2004. Developing Methods to Reduce Bird Fatalities in the Altamont Wind Resource Area. Final report prepared by BioResource Consultants to the California Energy Commission, Public Interest Energy Research-Environmental Area, Contract No. 500-01-019; L. Spiegel, Project Manager.

 

### U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines

Smallwood, K.S. and C.G. Thelander. 2005. Bird Mortality at the Altamont Pass Wind Resource Area: March 1998 - September 2001. Final report to the National Renewable Energy Laboratory, Subcontract No. TAT-8-18209-01 prepared by BioResource Consultants, Ojai, California, USA.

Smallwood, K.S. 2007. Estimating Wind Turbine-Caused Bird Mortality. Journal of Wildlife Management 71(8): 2781-91.

Stewart, G.B., A.S. Pullin and C.F. Coles. 2007. Poor evidence-base for assessment of windfarm impacts on birds. Environmental Conservation 34(1):1:1-11.

Strickland, M.D., G. Johnson and W.P. Erickson. 2002. Application of methods and metrics at the Buffalo Ridge Minnesota Wind Plant. Invited Paper. EPRI Workshop on Avian Interactions with Wind Power Facilities, Jackson, WY, October 16-17, 2002.

Strickland, M. D., E. B. Arnett, W. P. Erickson, D. H. Johnson, G. D. Johnson, M. L., Morrison, J.A. Shaffer, and W. Warren-Hicks. In Review. Studying Wind Energy/Wildlife Interactions: a Guidance Document. Prepared for the National Wind Coordinating Collaborative, Washington, D.C., USA.

Suter, G.W. and J.L. Jones. 1981. Criteria for Golden Eagle, Ferruginous Hawk, and Prairie Falcon Nest Site Protection. Journal of Raptor Research 15(1): 12-18.

Urquhart, N.S., S.G. Paulsen, and D.P. Larsen. 1998. Monitoring for policy-relevant regional trends over time. Ecological Applications 8(2):246-57.

U.S. Fish and Wildlife Service. 2009. DRAFT Rising to the Challenge: Strategic Plan for Responding to Accelerating Climate Change.

U.S. Fish and Wildlife Service Mitigation Policy; Notice of Final Policy, 46 Fed. Reg. 7644-7663 (January 23, 1981). Print.

Vodehnal. W.L., and J.B. Haufler, Compilers. 2007. A grassland conservation plan for prairie grouse. North American Grouse Partnership. Fruita, CO.

Walters, C. J., and C. S. Holling. 1990. Large-scale management experiments and learning by doing. Ecology 71(6): 2060–68.

Weller, T.J. 2007. Evaluating Preconstruction Sampling Regimes for Assessing Patterns of Bat Activity at a Wind Energy Development in Southern California. California Energy Commission, PIER Energy-Related Environmental Research Program. CEC-500-01-037.

Williams, T.C., J.M. Williams, P.G. Williams, and P. Stokstad. 2001. Bird migration through a mountain pass studied with high resolution radar, ceilometers, and census. The Auk 118(2):889-403.

Williams, B. K., R. C. Szaro, and C. D. Shapiro. 2009. Adaptive Management: The U.S. Department of the Interior Technical Guide. Adaptive Management Working Group, U.S. Department of the Interior, Washington, DC.



*U.S. Fish and Wildlife **Service** **Land-Based** **Wind** Energy Guidelines*



# Appendix C: Sources of Information Pertaining to Methods to Assess Impacts to Wildlife

The following is an initial list of references that provide further information on survey and monitoring methods. Additional sources may be available.

Anderson, R., M. Morrison, K. Sinclair, D. Strickland. 1999. Studying wind energy and bird interactions: a guidance document. National Wind Coordinating Collaborative (NWCC). Washington, D.C.

Bird D.M., and K.L. Bildstein, (eds). 2007. Raptor Research and Management Techniques. Hancock House Publishers, Surrey, British Columbia.

Braun. C.E. (ed). 2005. Techniques for Wildlife Investigations and Management. The Wildlife Society. Bethesda, MD.

California Bat Working Group. 2006. Guidelines for assessing and minimizing impacts to bats at wind energy development sites in California. http://www.wbwg.org/conservation/papers/CBWGwindenergyguidelines.pdf

California Energy Commission and California Department of Fish and Game. 2007. California Guidelines for Reducing Impacts to Birds and Bats from Wind Energy Development Commission Final Report. http://www.energy.ca.gov/windguidelines/index.html

Corn, P.S. and R.B. Bury. 1990. Sampling Methods for Terrestrial Amphibians and Reptiles, Gen. Tech. Rep. PNW-GTR-256. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

Environment Canada's Canadian Wildlife Service. 2006. Wind turbines and birds, a guidance document for environmental assessment. March version 6. EC/CWS, Gatineau, Quebec. 50 pp.

Environment Canada's Canadian Wildlife Service. 2006. Recommended protocols for monitoring impacts of wind turbines and birds. July 28 final document. EC/CWS, Gatineau, Quebec. 33 pp.

Heyer, W.R., M.A. Donnelley, R.W. McDiarmid, L.C. Hayek, and M.S. Foster (Eds.) 1994. Measuring and monitoring biological diversity: standard methods for amphibians. Smithsonian Institution Press. Washington, D.C., USA.

Knutson, M. G., N. P. Danz, T. W. Sutherland, and B. R. Gray. 2008. Landbird Monitoring Protocol for the U.S. Fish and Wildlife Service, Midwest and Northeast Regions, Version 1. Biological Monitoring Team Technical Report BMT-2008-01. U.S. Fish and Wildlife Service, La Crosse, WI.

Kunz, T.H., E.B. Arnett, B.M. Cooper, W.P. Erickson, R.P. Larkin, T. Mabee, M.L. Morrison, M.D. Strickland, and J.M. Szewczak. 2007. Assessing impacts of wind-energy development on nocturnally active birds and bats: a guidance document. Journal Wildlife Management 71:2249-2486.

Kunz, T.H. and S. Parsons, eds. 2009. Ecological and Behavioral Methods for the Study of Bats. Second Edition. Johns Hopkins University Press.

Oklahoma Lesser-Prairie Chicken Spatial Planning Tool, at http://wildlifedepartment.com/lepcdevelopmentplanning. htm, Citation: Horton, R., L. Bell, C. M. O'Meilia, M. McLachlan, C. Hise, D. Wolfe, D. Elmore and J.D. Strong. 2010. A Spatially-Based Planning Tool Designed to Reduce Negative Effects of Development on the Lesser Prairie-Chicken (Tympanuchus pallidicinctus) in Oklahoma: A Multi-Entity Collaboration to Promote Lesser Prairie-Chicken Voluntary Habitat Conservation and Prioritized Management Actions. Oklahoma Department of Wildlife Conservation. Oklahoma City, Oklahoma. 79 pp. http://www.wildlifedepartment.com/lepcdevelopmentplanning.htm

Ralph, C. J., G. R. Geupel, P. Pyle, T.E. Martin, E. Thomas, D.F. DeSante. 1993. Handbook of field methods for monitoring landbirds. Gen. Tech. Rep. PSW-GTR-144-www. Albany, CA: Pacific Southwest Research Station, Forest Service, U.S. Department of Agriculture; 41 p.





*U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines*

Ralph C.J, J.R. Sauer, S. Droege (Tech. Eds). 1995. Monitoring Bird Populations by Point Counts. U.S. Forest Service General Technical Report PSW-GTR-149, Pacific Southwest Research Station, Albany, California. iv 187 pp.

Strickland, M.D., E.B. Arnett, W.P. Erickson, D.H. Johnson, G.D. Johnson, M.L. Morrison, J.A. Shaffer, and W. Warren-Hicks. 2011. Comprehensive Guide to Studying Wind Energy/Wildlife Interactions. Prepared for the National Wind Coordinating Collaborative, Washington, D.C. USA.

Wilson, D. E., F.R. Cole, J.D. Nichols, R. Rudra and M.S. Foster (Eds). 1996. Measuring and monitoring biological diversity: standard methods for mammals. Smithsonian Institution Press.  Washington, D.C., USA.

**U.S. Fish & Wildlife Service**
http://www.fws.gov

**March 2012**



# Permit Streamlining Quality Enhancement Strategies (QES) for Wetland Impact Minimization

1. OBJECTIVES:

In adherence to the below policies and guidelines the Florida Department of Transportation (FDOT) will follow the Quality Enhancement Strategies (QES) for FDOT capacity improvement projects. These QES's would be aimed at providing reasonable assurances to the regulatory agencies that FDOT projects have been designed to minimize wetland impacts as much as is practicable while conforming to acceptable design criteria without jeopardizing public safety.

Presidential Executive Order 11990 entitled " Protection of Wetlands", dated May 2, 1977 establishes a National Policy to "avoid to the extent possible the long-term and short-term adverse impacts associated with the destruction or modification of wetlands and to avoid direct or indirect support of new construction in wetlands wherever there is a practicable alternative." In implementing this Presidential Executive Order, the U.S. Department of Transportation set forth its policy on wetlands in USDOT Order 5660.1A " Preservation of the Nation's Wetlands", dated August 24, 1978, which is "to assure the protection, preservation and enhancement of the Nation's wetlands to the fullest extent practicable during the planning, construction and operation of transportation facilities and projects. New construction in wetlands shall be avoided unless there is no practicable alternative to the construction and the proposed action includes all practicable measures to minimize harm to wetlands which may result from such construction. In making a finding of no practicable alternative, economic, environmental and other factors may be taken into account. Some additional cost alone will not necessarily render alternatives or minimization measures impracticable since additional cost would normally be recognized as necessary and justified to meet national wetland policy objectives."

In carrying out US DOT Order 5660.1 A, the Federal Highway Administration has implemented its wetland policy through the Technical Advisory T 6640.8A, dated October 30, 1987, which provides guidance on the preparation of environmental documents including the assessment of project impacts on wetlands. The Technical Advisory prescribes a wetland evaluation methodology which, in part, calls for:
- An evaluation of all project alternatives including avoidance alternatives,
- A formal wetlands finding stating that no practical alternatives to the wetland taking exist, if such is the case, and, among others,
- An evaluation of all practicable measures to minimize harm to wetlands.

2. IMPLEMENTATION:

A. Perform early identification and quantification of wetland locations and preliminary impacts during Efficient Transportation Decision Making (ETDM) screening, Project Development and Environment (PD&E) and Design.

B. Determine possible wetland avoidance strategies and verify validity of alignment alternatives from the Preliminary Engineering Report.

C. Perform alternative design analysis.

1. Reduce roadway and pond footprint in order to avoid and/or minimize wetland impacts. Considerations may include:

Roadway:
    A. Median widths
    B. Fill slopes
    C. Shoulder widths
    D. Guardrail
    E. Bridge vs. embankment

Stormwater Ponds:
    A. Siting of pond sites
    B. Consider alternative treatment methods

2. Quantify wetland impacts and propose compensatory mitigation in accordance with state and federal regulations.
3. Evaluate safety aspects.
4. Provide cost of alternatives.

    D. Document interagency coordination and consideration of Environmental Technical Advisory Team (ETAT) comments during project development.

3. BENEFITS:

Implementation of these strategies will allow early identification and reduction of environmental impacts thereby streamlining the regulatory and production process.