IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | |
| v. | CASE NO. 1:21-cv-00119 (RDM) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF FILING AMENDED INDEX TO JOINT APPENDIX**

On June 21, 2021, Plaintiffs submitted an index to the parties' joint appendix containing those portions of the Administrative Record that are cited or otherwise relied upon in the memoranda in support of or in opposition to Plaintiffs' motion and Defendants' cross-motion for partial summary judgment and Intervenors' cross-motion to dismiss. Dkt. 49-1. Due to technical difficulties, Plaintiffs were unable to file the contents of the appendix at that time. Dkt. 49. On June 22, 2021, Plaintiffs' counsel spoke with the ECF Coordinator, who advised that if Plaintiffs were still were unable to file, they should email the documents to the Clerk's Office for docketing. Dkt. 50. Plaintiffs continued to encounter technical difficulties, emailed the documents to the Clerk's Office, and sought an unopposed extension of time to file. Id. The Clerk's Office was able to docket the first part of the joint appendix using the large attachment event (Dkt. 51), and suggested that Plaintiffs use that method to file the remainder of the appendix, which they did (Dkt. 52-56). Plaintiffs had originally bookmarked the individual documents within the PDFs, but that function was lost in the re-printing to PDF required to overcome part of the technical issues encountered.

1

For ease of reference, Plaintiffs now submit an amended index that adds a column identifying the docket number and corresponding CM/ECF page number where each document in the joint appendix begins and ends. The amended index also notes a citation error by Plaintiffs (Dkt. 42 at 22 n.3) and Intervenors (Dkt. 46 at 30) as to one document: when referencing an EPA memorandum dated August 27, 2020, these parties inadvertently cited A.R. 388-A2 when they should have cited A.R. 0660-A1. Similarly, the amended appendix notes that Plaintiffs' citations to A.R. 0660 (Dkt. 31 at 10, 11) meant to cite the attachment, A.R. 0660-A1. Plaintiffs also attach a document cited by Intervenors that was inadvertently omitted from the appendix (A.R. 0011).

Dated: June 24, 2021

    Respectfully submitted,

    /s/ Tania Galloni
    TANIA GALLONI*
    Fla. Bar No. 619221
    CHRISTINA I. REICHERT*
    Fla. Bar No. 0114257
    Earthjustice
    4500 Biscayne Blvd., Ste 201
    Miami, FL 33137
    T: 305-440-5432
    F: 850-681-0020
    tgalloni@earthjustice.org
    creichert@earthjustice.org

    /s/ Bonnie Malloy
    BONNIE MALLOY*
    Fla. Bar No. 86109
    Earthjustice
    111 S. Martin Luther King Jr. Blvd
    Tallahassee, FL 32301
    T: 850-681-0031
    F: 850-681-0020
    bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

\* Appearing under LCvR 83.2(c)(1))

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

>Respectfully submitted,
>
>/s/ Tania Galloni
>TANIA GALLONI
>Fla. Bar No. 619221
>Earthjustice
>4500 Biscayne Blvd., Ste 201
>Miami, FL 33137
>T: 305-440-5432
>F: 850-681-0020
>tgalloni@earthjustice.org