(e) An Estimate of the Anticipated Workload
(Required by 40 C.F.R. § 233.11(e))

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

# Purpose of Section (e)

The purpose of Section (e) is to provide the information required in 40 C.F.R. § 233.11(e), which states: *"An estimate of the anticipated workload, e.g., number of discharges."*

## Existing Department ERP Permitting Workload

Tables (e)-1 through (e)-7 show the number of Environmental Resource Permits (ERP), or wetland-related dredge and fill permits issued per DEP District and by the Mining and Mitigation Program per calendar year from 2014-2019. The purpose of these tables is to illustrate the existing workload of DEP permit processing staff.

Data does not include:

- Self-certifications for single-family docks (do not require staff processing)
- 10/2 stormwater general permit self-certifications (do not require staff processing)
- Minor modifications (extensions, transfers - these typically require only minimal staff processing)
- Permits denied or withdrawn

  DF = Pre-ERP dredge and fill permit. Some of these are still effective and occasionally modified. ERP was effective in most districts in 1995 but did not become effective in the Northwest District until 2007 (stormwater) and 2013 (environmental aka dredge and fill).

If a category of permit is absent from the table, then the district processed no permits in that category.

| Mining and Mitigation Program | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Average |
|---|---|---|---|---|---|---|---|
| DF | 20 | 3 | 6 | 8 | 1 | 5 | **7** |
| ERP Conceptual Approval Permit | 0 | 0 | 0 | 0 | 0 | 1 | **0** |
| ERP Exemption | 2 | | 5 | 2 | 2 | 2 | **3** |
| ERP General Permit | 5 | 3 | 5 | 1 | 5 | 6 | **4** |
| ERP Individual Permit | 4 | 9 | 5 | 10 | 5 | 3 | **6** |
| ERP Modification | 8 | 2 | 11 | 8 | 12 | 7 | **8** |

*Table (e)-1: Average number of ERP permits processed per year by the Mining and Mitigation Program*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

| Central District | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Average |
|---|---|---|---|---|---|---|---|
| DF | 0 | 0 | 1 | 0 | 0 | 0 | **0** |
| ERP Conceptual Approval Permit | 1 | 0 | 0 | 1 | 0 | 1 | **1** |
| ERP Exemption | 90 | 86 | 77 | 105 | 91 | 86 | **89** |
| ERP General Permit | 137 | 105 | 138 | 151 | 155 | 117 | **134** |
| ERP Individual Permit | 76 | 117 | 88 | 118 | 126 | 150 | **113** |
| ERP Modification | 19 | 22 | 14 | 17 | 9 | 15 | **16** |

*Table (e)-2: Average number of permits processed per year by the Central District*

| Northeast District | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Average |
|---|---|---|---|---|---|---|---|
| ERP Exemption | 120 | 105 | 136 | 164 | 158 | 141 | **137** |
| ERP General Permit | 101 | 97 | 110 | 110 | 116 | 212 | **124** |
| ERP Individual Permit | 119 | 130 | 145 | 129 | 180 | 136 | **140** |
| ERP Modification | 6 | 2 | 3 | 3 | 2 | 3 | **3** |

*Table (e)-3: Average number of permits processed per year by the Northeast District*

| Northwest District | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Average |
|---|---|---|---|---|---|---|---|
| DF | 79 | 42 | 19 | 1 | 1 | 2 | **24** |
| ERP Conceptual Approval Permit | 1 | 3 | 4 | 1 | 0 | 2 | **2** |
| ERP Exemption | 226 | 248 | 322 | 420 | 290 | 407 | **319** |
| ERP General Permit | 132 | 100 | 130 | 130 | 155 | 125 | **129** |
| ERP Individual Permit | 144 | 164 | 248 | 211 | 228 | 239 | **206** |
| Ecosystem Management Agreement Authorization | 0 | 1 | 1 | 2 | 3 | 11 | **3** |
| ERP Modification | 2 | 8 | 9 | 19 | 16 | 7 | **10** |

*Table (e)-4: Average number of permits processed per year by the Northwest District*

| South District | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Average |
|---|---|---|---|---|---|---|---|
| ERP Exemption | 1524 | 1624 | 1811 | 2077 | 2990 | 3054 | **2180** |
| ERP General Permit | 128 | 156 | 156 | 184 | 298 | 268 | **198** |
| ERP Individual Permit | 123 | 194 | 180 | 212 | 275 | 352 | **223** |
| ERP Modification | 6 | 4 | 14 | 6 | 11 | 24 | **11** |

*Table (e)-5: Average number of permits processed per year by the South District*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

| Southeast District | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Average |
|---|---|---|---|---|---|---|---|
| DF | 0 | 2 | 0 | 0 | 0 | 0 | **0** |
| ERP Conceptual Approval Permit | 2 | 0 | 1 | 0 | 0 | 0 | **1** |
| ERP Exemption | 837 | 1192 | 1296 | 1310 | 1892 | 1753 | **1380** |
| ERP General Permit | 118 | 120 | 148 | 179 | 159 | 165 | **148** |
| ERP Individual Permit | 105 | 119 | 117 | 120 | 118 | 102 | **114** |
| ERP Modification | 10 | 9 | 29 | 28 | 16 | 14 | **18** |

*Table (e)-6: Average number of permits processed per year by the Southeast District*

| Southwest District | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | Average |
|---|---|---|---|---|---|---|---|
| ERP Conceptual Approval Permit | 1 | 0 | 1 | 2 | 1 | 0 | **1** |
| ERP Exemption | 322 | 328 | 363 | 343 | 371 | 360 | **348** |
| ERP General Permit | 119 | 139 | 113 | 220 | 274 | 137 | **167** |
| ERP Individual Permit | 56 | 56 | 52 | 80 | 109 | 74 | **71** |
| ERP Modification | 17 | 13 | 6 | 4 | 3 | 5 | **8** |

*Table (e)-7: Average number of permits processed per year by the Southwest District*

## Estimated Number of State 404 Program Permits per District Office

The Department obtained permitting data from the US Army Corps of Engineers (USACE) for the years 2014-2018. The data contained latitude/longitude location points, which DEP converted into a GIS shapefile. The data was then overlain with GIS layers including a layer depicting the shoreline of retained freshwater bodies, a layer depicting the extent of tidal waters (NOAA Composite Shoreline), and a 300 foot buffer layer from the previous two layers representing the 300-foot guide line used to determine the administrative boundary of retained waters. Any project for which the location point fell landward of the 300-foot guide line was considered to be within state-assumed waters. These projects were overlain with a layer created to show all land parcels on which an ERP permit had been issued. The USACE projects that did not fall within a parcel that had an ERP permit were removed from the dataset. The remaining projects (those within state-assumed waters and with a corresponding ERP permit) were then sorted by type of USACE 404 permit (Individual, Standard, Letters of Permission, and Regional General Permit (RGP)); and General (Nationwide Permits), and by the DEP district and water management district (WMD) where the point was located. USACE RGPs were counted as individual permits because in many cases those project types will require a State 404 Program individual permit.

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

The Department will be processing all State 404 Permits. Tables (e)-8 through (e)-13 below show the total number of individual and general permits processed each year by USACE within the Department's district office boundary in the gray-shaded rows. This is the total estimated State 404 Program permit workload for the district. The data is then sorted further to show which state agency processed the ERP permit associated with the USACE-issued section 404 permit. These numbers provide an indication of the number of State 404 Program permits that will require coordination between the Department and WMD when the WMD processes the ERP and the Department processes the State 404 Program permit. Each district boundary contains areas under the jurisdiction of multiple water management districts.

The numbers shown are estimates as some of the USACE location point data did not match up closely with Department or WMD permit location data. Best professional judgement was used to assign the ERP for such mismatched point data to a Department district office or WMD.

The number of USACE-issued 404 permits that would have been attributed to DEP's Mining and Mitigation Program were not estimated based on location. Instead, the Department estimates that all ERP permits issued by the Mining and Mitigation Program will have an associated State 404 Program permit. This conservative estimate accounts for the fact that at the time this package was submitted, State 404 permits can be issued for a period not to exceed five years. This means that each mining project with an ERP that has a duration of more than 5 years may require multiple State 404 Program permits.

| Within DEP Central District | USACE 404 Permit Type | 2014 | 2015 | 2016 | 2017 | 2018 | Average |
|---|---|---|---|---|---|---|---|
| **Total** | **Individual** | 37 | 38 | 39 | 71 | 53 | **48** |
| | **General** | 105 | 85 | 160 | 124 | 84 | **112** |
| **DEP ERP** | **Individual** | 3 | 3 | 0 | 1 | 1 | **2** |
| | **General** | 27 | 24 | 56 | 40 | 19 | **33** |
| **SFWMD ERP** | **Individual** | 17 | 12 | 16 | 22 | 24 | **18** |
| | **General** | 20 | 19 | 26 | 15 | 22 | **20** |
| **SJRWMD ERP** | **Individual** | 16 | 22 | 23 | 48 | 27 | **27** |
| | **General** | 56 | 41 | 77 | 69 | 41 | **57** |
| **SWFWMD ERP** | **Individual** | 1 | 1 | 1 | 0 | 1 | **1** |
| | **General** | 2 | 1 | 1 | 0 | 2 | **1** |

*Table (e)-8: Average estimated State 404 Program permit workload for the Central District*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

| Within DEP Northeast District | USACE 404 Permit Type | 2014 | 2015 | 2016 | 2017 | 2018 | Average |
|---|---|---|---|---|---|---|---|
| **Total** | **Individual** | 49 | 34 | 33 | 34 | 35 | **37** |
| | **General** | 63 | 75 | 73 | 104 | 87 | **80** |
| **DEP ERP** | **Individual** | 3 | 3 | 1 | 5 | 4 | **3** |
| | **General** | 18 | 16 | 27 | 28 | 39 | **26** |
| **SJRWMD ERP** | **Individual** | 43 | 30 | 32 | 29 | 31 | **33** |
| | **General** | 42 | 49 | 41 | 67 | 46 | **49** |
| **SRWMD ERP** | **Individual** | 3 | 1 | 0 | 0 | 0 | **1** |
| | **General** | 3 | 10 | 5 | 9 | 2 | **6** |

*Table (e)-9: Average estimated State 404 Program permit workload for the Northeast District*

| Within DEP Northwest District | USACE 404 Permit Type | 2014 | 2015 | 2016 | 2017 | 2018 | Average |
|---|---|---|---|---|---|---|---|
| **Total** | **Individual** | 14 | 25 | 14 | 43 | 30 | **26** |
| | **General** | 64 | 97 | 100 | 111 | 90 | **92** |
| **DEP ERP** | **Individual** | 13 | 17 | 10 | 32 | 21 | **19** |
| | **General** | 37 | 53 | 57 | 61 | 53 | **52** |
| **NWFWMD ERP** | **Individual** | 1 | 8 | 4 | 11 | 9 | **7** |
| | **General** | 27 | 41 | 42 | 50 | 37 | **39** |
| **SRWMD ERP** | **Individual** | 0 | 0 | 0 | 0 | 0 | **0** |
| | **General** | 0 | 3 | 1 | 0 | 0 | **1** |

*Table (e)-10: Average estimated State 404 Program permit workload for the Northwest District*

| Within DEP South District | USACE 404 Permit Type | 2014 | 2015 | 2016 | 2017 | 2018 | Average |
|---|---|---|---|---|---|---|---|
| **Total** | **Individual** | 26 | 26 | 37 | 23 | 46 | **32** |
| | **General** | 75 | 73 | 69 | 100 | 174 | **98** |
| **DEP ERP** | **Individual** | 7 | 5 | 4 | 4 | 16 | **7** |
| | **General** | 23 | 36 | 17 | 54 | 120 | **50** |
| **SFWMD ERP** | **Individual** | 12 | 17 | 26 | 12 | 27 | **19** |
| | **General** | 38 | 24 | 35 | 28 | 37 | **32** |
| **SWFWMD ERP** | **Individual** | 7 | 4 | 7 | 7 | 3 | **6** |
| | **General** | 14 | 13 | 17 | 18 | 17 | **16** |

*Table (e)-11: Average estimated State 404 Program permit workload for the South District*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

| Within DEP Southeast District | USACE 404 Permit Type | 2014 | 2015 | 2016 | 2017 | 2018 | Average |
|---|---|---|---|---|---|---|---|
| Total | Individual | 58 | 53 | 41 | 56 | 61 | **54** |
| | General | 59 | 87 | 55 | 67 | 73 | **68** |
| **DEP ERP** | Individual | 3 | 7 | 4 | 10 | 11 | **7** |
| | General | 10 | 17 | 14 | 15 | 18 | **15** |
| **SFWMD ERP** | Individual | 53 | 45 | 32 | 44 | 47 | **44** |
| | General | 41 | 45 | 32 | 45 | 49 | **42** |
| **SJRWMD ERP** | Individual | 2 | 1 | 5 | 2 | 3 | **3** |
| | General | 8 | 25 | 9 | 7 | 6 | **11** |

*Table (e)-12: Average estimated State 404 Program permit workload for the Southeast District*

| Within DEP Southwest District | USACE 404 Permit Type | 2014 | 2015 | 2016 | 2017 | 2018 | Average |
|---|---|---|---|---|---|---|---|
| Total | Individual | 27 | 26 | 29 | 31 | 32 | **29** |
| | General | 108 | 83 | 85 | 110 | 85 | **94** |
| **DEP ERP** | Individual | 2 | 1 | 3 | 3 | 1 | **2** |
| | General | 0 | 1 | 0 | 2 | 0 | **1** |
| **SFWMD ERP** | Individual | 1 | 2 | 1 | 1 | 1 | **1** |
| | General | 14 | 8 | 7 | 22 | 10 | **12** |
| **SWFWMD ERP** | Individual | 24 | 23 | 25 | 27 | 30 | **26** |
| | General | 94 | 74 | 78 | 86 | 75 | **81** |

*Table (e)-13: Average estimated State 404 Program permit workload for the Southwest District*

## Estimated Staff Review Hours

First, the Department estimated the number of hours required to process small, medium, and large individual ERPs. The estimates were created from a poll of experienced processing staff. Position estimates include consideration for essential staff functions including training and leave. It should be noted that the following activities may not apply to all applications: Pre-application meetings, draft request for additional information (RAI), Review RAI response, and Draft RAI in response to comments from public notice (added for 404). Where these steps are not required because an application is received complete or there are no public comments, permitting time may be shortened.

A small ERP includes projects such as a single-family residence, boardwalk over wetlands, or small commercial site. A medium ERP includes projects such as smaller transportation projects, a small subdivision, or single-phase construction development. A large ERP includes major transportation projects, large residential or commercial developments, or multi-phase projects.

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

| Activity | Small ERP Project hours | Medium ERP Project hours | Large ERP Project hours | Small Mining hours | Large Mining hours |
|---|---|---|---|---|---|
| Pre-application meetings | 0.6 | 1.7 | 3.5 | 46.0 | 276.0 |
| Application log in | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| Initial Review | 3.5 | 9.2 | 18.4 | 64.4 | 184.0 |
| Site visit (including delineation verification) | 6.9 | 13.8 | 18.4 | 27.6 | 92.0 |
| Draft RAI | 3.5 | 9.2 | 18.4 | 18.4 | 46.0 |
| Review RAI response | 3.5 | 9.2 | 18.4 | 64.4 | 184.0 |
| Draft Public Notice | 2.3 | 3.5 | 4.6 | 46.0 | 92.0 |
| Draft RAI in response to comments from public notice (Conservative estimate for 404 projects: ~50% of ERP projects, 100% mining may require) | 1.7 | 4.6 | 9.2 | 18.4 | 46.0 |
| Review RAI response | 3.5 | 9.2 | 18.4 | 64.4 | 184.0 |
| Draft Permit and Staff Report | 6.9 | 13.8 | 27.6 | 46.0 | 184.0 |
| Data Entry | 1.2 | 1.2 | 1.2 | 18.4 | 27.6 |
| General Communication (email and phone calls) | 4.6 | 11.5 | 27.6 | 55.2 | 82.8 |
| **Total hours per permit** | **38.5** | **87.4** | **166.2** | **469.8** | **1399.0** |
| | | | | | |
| **Staff days (hours/8)** | **4.8** | **10.9** | **20.8** | **58.7** | **174.9** |

*Table (e)-14: Average estimated staff review time per ERP permit by project size*

Second, the Department estimated the additional time required to process a State 404 Program Permit and perform compliance related to the State 404 Program. The additional time is converted into an estimate of how many full-time staff will be retrained or reclassified to perform the additional work associated with a State 404 Program permit. (see Tables (e)-15 through (e)-21, below) The Department intends to administer the State 404 Program using existing resources, which includes reallocating existing positions and staff time from elsewhere in the Department to the State 404 Program. The Department intends to compensate for the reallocation of positions and staff time in other Department programs by creating efficiencies throughout the Department such as online applications, self-certifications, and additional automation of processes where practicable.

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

To calculate the estimated workload, the following assumptions were made:

1. A State 404 Program general permit, considered alone, will take as much time as a small ERP individual permit.

2. State 404 Program and ERP permit review requirements overlap approximately 85%. Additional coordination between DEP and WMDs and commenting agency coordination will add time to the process, so it is estimated that a State 404 Program authorization, on average, will add 50% to the staff time required to process a similarly-sized ERP (15% non-overlapping requirements, 35% WMD and commenting agency coordination).

3. State 404 Program compliance activities are estimated to take approximately 25% of the time required to process State 404 Program permits per district.

Central District

| State 404 Program Permit Type | Estimated Number of Permits or Compliance Cases Annually | Estimated total staff hours for review items overlapping with ERP (85%) | Additional 50% time allowance for non-overlapping review items and WMD coordination (hours) | Estimated staff days | Estimated number of staff needed (based on 260 working days per year) |
|---|---|---|---|---|---|
| General Permits | 112 | 4314.8 | 2157.4 | 269.7 | 1.0 |
| Small Individual Permits | 24 | 924.6 | 462.3 | 57.8 | 0.2 |
| Medium Individual Permits | 12 | 1048.8 | 524.4 | 65.6 | 0.3 |
| Large Individual Permits | 12 | 1994.1 | 997.1 | 124.6 | 0.5 |
| Compliance Activities | 40 | 2070.6 | 1035.3 | 129.4 | 0.5 |
| Staff Needed: | | | | | 2.5 |

*Table (e)-15: Estimated reallocated staff needed by the Central District*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

Northeast District

| State 404 Program Permit Type | Estimated Number of Permits or Compliance Cases Annually | Estimated total staff hours for review items overlapping with ERP (85%) | Additional 50% time allowance for non-overlapping review items and WMD coordination (hours) | Estimated staff days | Estimated number of staff needed (based on 260 working days per year) |
|---|---|---|---|---|---|
| **General Permits** | 80 | 3082.0 | 1541.0 | 192.6 | 0.7 |
| **Small Individual Permits** | 19 | 732.0 | 366.0 | 45.7 | 0.2 |
| **Medium Individual Permits** | 9 | 786.6 | 393.3 | 49.2 | 0.2 |
| **Large Individual Permits** | 9 | 1495.6 | 747.8 | 93.5 | 0.4 |
| **Compliance Activities** | 29 | 1524.1 | 762.0 | 95.3 | 0.4 |
| **Staff Needed:** | | | | | **1.8** |

*Table (e)-16: Estimated reallocated staff needed by the Northeast District*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

Northwest District

| State 404 Program Permit Type | Estimated Number of Permits or Compliance Cases Annually | Estimated total staff hours for review items overlapping with ERP (85%) | Additional 50% time allowance for non-overlapping review items and WMD coordination (hours) | Estimated staff days | Estimated number of staff needed (based on 260 working days per year) |
|---|---|---|---|---|---|
| **General Permits** | 92 | 3544.3 | 1772.2 | 221.5 | 0.9 |
| **Small Individual Permits** | 13 | 500.8 | 250.4 | 31.3 | 0.1 |
| **Medium Individual Permits** | 7 | 611.8 | 305.9 | 38.2 | 0.1 |
| **Large Individual Permits** | 6 | 997.1 | 498.5 | 62.3 | 0.2 |
| **Compliance Activities** | 30 | 1413.5 | 706.7 | 88.3 | 0.3 |
| **Staff Needed:** | | | | | **1.7** |

*Table (e)-17: Estimated reallocated staff needed by the Northwest District*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

South District

| State 404 Program Permit Type | Estimated Number of Permits or Compliance Cases Annually | Estimated total staff hours for review items overlapping with ERP (85%) | Additional 50% time allowance for non-overlapping review items and WMD coordination (hours) | Estimated staff days | Estimated number of staff needed (based on 260 working days per year) |
|---|---|---|---|---|---|
| **General Permits** | 98 | 3775.5 | 1887.7 | 236.0 | 0.9 |
| **Small Individual Permits** | 16 | 616.4 | 308.2 | 38.5 | 0.1 |
| **Medium Individual Permits** | 8 | 699.2 | 349.6 | 43.7 | 0.2 |
| **Large Individual Permits** | 8 | 1329.4 | 664.7 | 83.1 | 0.3 |
| **Compliance Activities** | 33 | 1605.2 | 802.6 | 100.3 | 0.4 |
| **Staff Needed:** | | | | | **1.9** |

*Table (e)-18: Estimated reallocated staff needed by the South District*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

Southeast District

| State 404 Program Permit Type | Estimated Number of Permits or Compliance Cases Annually | Estimated total staff hours for review items overlapping with ERP (85%) | Additional 50% time allowance for non-overlapping review items and WMD coordination (hours) | Estimated staff days | Estimated number of staff needed (based on 260 working days per year) |
|---|---|---|---|---|---|
| **General Permits** | 68 | 2619.7 | 1309.9 | 163.7 | 0.6 |
| **Small Individual Permits** | 27 | 1040.2 | 520.1 | 65.0 | 0.3 |
| **Medium Individual Permits** | 14 | 1223.6 | 611.8 | 76.5 | 0.3 |
| **Large Individual Permits** | 13 | 2160.3 | 1080.1 | 135.0 | 0.5 |
| **Compliance Activities** | 31 | 1761.0 | 880.5 | 110.1 | 0.4 |
| **Staff Needed:** | | | | | **2.1** |

*Table (e)-19: Estimated reallocated staff needed by the Southeast District*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

Southwest District

| State 404 Program Permit Type | Estimated Number of Permits or Compliance Cases Annually | Estimated total staff hours for review items overlapping with ERP (85%) | Additional 50% time allowance for non-overlapping review items and WMD coordination (hours) | Estimated staff days | Estimated number of staff needed (based on 260 working days per year) |
|---|---|---|---|---|---|
| **General Permits** | 94 | 3621.4 | 1810.7 | 226.3 | 0.9 |
| **Small Individual Permits** | 15 | 577.9 | 288.9 | 36.1 | 0.1 |
| **Medium Individual Permits** | 7 | 611.8 | 305.9 | 38.2 | 0.1 |
| **Large Individual Permits** | 7 | 1163.2 | 581.6 | 72.7 | 0.3 |
| **Compliance Activities** | 31 | 1493.6 | 746.8 | 93.4 | 0.4 |
| **Staff Needed:** | | | | | **1.8** |

*Table (e)-20: Estimated reallocated staff needed by the Southwest District*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

Mining

| State 404 Program Permit Type | Estimated Number of Permits or Compliance Cases Annually | Total staff hours for dredge and fill -related ERP review (not including stormwater engineering review, estimated to be 50% of total time) | Estimated total staff hours for review items overlapping with ERP (85%) | Additional 50% time allowance for non-overlapping review items and commenting agency coordination (hours) | Estimated staff days | Estimated number of staff needed (based on 260 working days per year) |
|---|---|---|---|---|---|---|
| **Small Individual Permits** | 18.0 | 4228.0 | 3593.8 | 1796.9 | 224.6 | 0.9 |
| **Large Individual Permits** | 3.0 | 2098.5 | 1783.7 | 891.8 | 111.5 | 0.4 |
| **404 Compliance** | 5.3 | 1581.6 | 1344.4 | 672.2 | 84.0 | 0.3 |
| **Staff needed:** | | | | | | 1.6 |

*Table (e)-21: Estimated reallocated staff needed by the Mining and Mitigation Program*

# State 404 Program Quality Control Auditing Estimates

Subject matter experts in the Department's Submerged Lands and Environmental Resources Coordination (SLERC) program will audit a percentage of State 404 Program permits and compliance actions and associated wetland delineations.  All formal jurisdictional determinations will be audited. Estimated audit numbers are shown for the first year for purposes of this workload analysis and reflect the minimum percentage of actions that will be audited (see Tables (e)-22 through (e)-29, below). SLERC may audit a greater percentage of actions if staff time allows. If the first year of auditing demonstrates a high level of quality work product, SLERC may reduce the percent of files audited by no more than 50% of the first year percentages. If the first year of auditing does not satisfy the Department's standards for a quality work product, SLERC will identify issues, provide training to correct the issues, and may increase the percentage of files audited. These auditing estimates reflect the requirement that any processing staff verifying delineations for State 404 Program permitting and compliance actions or conducting formal determinations are required to have passed the Department's internal Certified Wetland Evaluator (CWE) test, which is created and implemented solely by SLERC's

delineation subject matter experts to ensure accurate and consistent interpretations of Chapter 62-340, F.A.C., and Chapter 62-345, F.A.C.

Terms:

Desktop Delineation Audit: desktop analysis of a determination or delineation line using aerial photographs, topographic maps, soil survey maps and data forms

Follow-up Field Audit: field verification of portions of a determination or delineation line where the desktop audit showed a potential discrepancy

File Audit: desktop analysis of files associated with an issued permit or compliance action

Person-hour: 1 hour of work performed by 1 person

Scope of Work:

- Tallahassee SLERC staff will perform desktop audits for a percentage of State 404 Program (404) individual and general permits for determinations or delineations.

- Tallahassee SLERC staff will perform desktop audits for all formal delineations within the state.

- Tallahassee SLERC staff will perform field audits for any formal delineation or 404 individual and general permits where the desktop delineation audit shows a potential discrepancy.

- Tallahassee SLERC staff will perform desktop audits on a percentage of issued State 404 Program permit files and compliance actions.

Assumptions used to calculate workload:

- Permitting and compliance numbers were calculated as described in the Estimated Staff Review Hours section, above.
- 18,764 acres of Mining Formal Delineations averaged 16.5 acres per hour including travel and fieldwork. This number was used to estimate time needed for formal determination field audits. Mining staff averages are representative of the best trained and highest paid staff in the Department.
- 1 work day = 8 hours of work
- 1-person hour includes travel, desktop work, or fieldwork audit activities
- Baseline <u>desktop audits</u> require 4 hours for mapping and aerial data collection by an auditing assistant, plus an additional 2 hours by a SLERC ecologist for a total of 6 hours on all projects smaller than 1000 acres
- Baseline <u>field audits</u> require 8 hours of travel with 2 hours fieldwork for the first 16.5 acres and 1 hour of fieldwork for every additional 16.5 acres evaluated.
- When WOTUS evaluations are necessary desktop audit hours and/or fieldwork audit hours are predicted to double. It is not yet known what percentage of applicants will request WOTUS evaluations in accordance with the State 404 Applicant's Handbook section 1.1.

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

## Staffing and Time analysis:

Individual Permit Actions

Individual Permit Desktop Delineation Audits

Percentage of projects in a certain size category are variable per year. The following conservative estimates were used to allow for this variation: 50% of projects have less than 3 acres of impact; 25% of projects have between 3 and less than 10 acres of impact; 25% of projects have 10+ acres of impact. Where a decimal was calculated, the estimated number was rounded up.

| Size of Wetland or Surface Water Impact | Time Estimate | Estimated Number of Permits* | Number of Person-Hours Required per Year |
|---|---|---|---|
| <3 acres | 4 +2= 6 hours | 12 *(10% of 113)* | 68 |
| 3 to <10 acres | 4 +2= 6 hours | 12 *(20% of 57)* | 68 |
| 10 to 1000 acres | 4 +2= 6 hours 1 hour for every additional 1000 acres | 12 *(25% of 57)* | 68 |
| | | **Total number of person-hours required per year:** | 204 |

*Table (e)-22: Estimated person-hours for desktop delineation audits of individual permits*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

Individual Permit Follow-up Field Audits

A conservative estimate of 20% was used as the anticipated number of desktop delineation audits that will require a follow-up field audit.

| Size of Project | Time Estimate | Estimated Number of Permits | Number of Person-Hours Required per year *(number of permits x time estimate)* |
|---|---|---|---|
| <3 acres | 8+2=10 hours | 3 *(20% of 12)* | 30 |
| 3 to <10 acres | 8+2=10 hours | 3 *(20% of 12)* | 30 |
| 10- 16.5 acres | 8+2=10 hours 1 hour for every additional 16.5 acres | 3 *(25% of 12)* | 30 |
| | | **Total number of person-hours required per year:** | 90 |

*Table (e)-23: Estimated person-hours for follow-up field audits of individual permits*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

General Permit Actions

General Permit Desktop Delineation Audits

| Estimated Number of Permits | Time Estimate for projects <1000 acres | Estimated Number of Audits *(10% of permits)* | Number of Person-Hours Required Per Year *(number of audits x time estimate)* |
|---|---|---|---|
| 544 | 4 +2= 6 hours <1000 acres<br><br>1 hour for every additional 1000 acres | 55 | 330 |

*Table (e)-24: Estimated person-hours for desktop delineation audits of general permits*

General Permit Follow-up Field Audits

A conservative estimate of 20% was used as the anticipated number of desktop delineation audits that will require a follow-up field audit.

| Estimated Number of Permits | Time Estimate | Estimated Number of Field Audits (20% of Desktop Audits) | Number of Person-Hours Required Per Year *(number of Audits x time estimate)* |
|---|---|---|---|
| 544 | 8+2=10 hours < 16.5 acres<br><br>1 hour for every additional 16.5 acres | 11 | 111 |

*Table (e)-25: Estimated person-hours for follow-up field audits of general permits*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

Formal Determinations

Formal Determination Desktop Delineation Audits

| Size of Project | Time Estimate | Estimated Number of Formal Determinations in a 3-year period* | Number of Person-Hours Required Per Year *(number of permits/3 years x time estimate)* |
|---|---|---|---|
| 1 to 1000 acres | 6 hours | 331 | 662 |
| 1000+ to 2000 acres | 7 hours | 20 | 47 |
| 2000+ to 3000 acres | 8 hours | 7 | 19 |
| 3000+ to 4000 acres | 9 hours | 1 | 3 |
| 4000+ to 5000 acres | 10 hours | 3 | 10 |
| 5000+ to 6000 acres | 11 hours | 1 | 4 |
| 6000+ to 7000 acres | 12 hours | 1 | 4 |
| 10,000+ to 11,000 acres | 16 hours | 1 | 6 |
| 23,000 to 24,000 acres | 36 hours | 1 | 12 |
| | | **Total number of Person-hours required per year:** | 767 |

*Table (e)-26: Estimated person-hours for desktop delineation audits of formal determinations*

*\*Estimate calculated using data from DEP and WMDs from 10/2013 – 9/2016*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

Formal Determination Follow-up Field Audits

A conservative estimate of 20% was used as the anticipated number of desktop formal determination audits that will require a follow-up field audit. Required time was calculated using average total acreage of formals issued by the Department and WMDs between 10/2013 – 9/2016.

| Size of Project | Time Estimate | 20% 0f Formal Determination acreage evaluation | Number of Person-Hours Required Per Year |
|---|---|---|---|
| Average FD acreage per year = 49,747 acres | 16.5 acres per hour | 9,950 acres per year | 603 |

*Table (e)-27: Estimated person-hours for follow-up field audits of formal determinations*

Compliance Actions Audit Estimates

The Department estimates that compliance actions will take 25% of the time calculated for permitting actions.

| Desktop Delineation Audits *(Total Person Hours Calculated for Permitting Actions)* | Follow-up Field Audits *(Total Person Hours Calculated for Permitting Actions)* | Total Person-Hours Required Per Year for Compliance Actions *(Hours for Permitting Desktop and Follow-up Audits x 25%* |
|---|---|---|
| 534 | 201 | 183.75 |

*Table (e)-28: Estimated person-hours for audits of compliance actions*

*Florida Department of Environmental Protection*
*Program Description, Section (e) – Workload Analysis*

Permitting/Compliance Regulatory File Audits

SLERC subject matter experts will audit a percentage of State 404 Program permit files to ensure that permitting and compliance actions are consistent with the requirements of the State 404 Program.

| Type of Action | Time Estimate for Auditing Each Action *(Hours)* | Estimated Number of Actions Per Year | Percent of Files Audited | Number of Person-Hours Required Per Year |
|---|---|---|---|---|
| General Permit | 1 | 544 | 20% | 109 |
| Individual Permit | 2.5 | 226 | 50% | 283 |
| Compliance | 2.5 | 195 (25% of Permit Actions) | 50% | 244 |
|  |  |  | **Total Person-Hours Required Per Year** | 636 |

*Table (e)-29: Estimated person-hours for audits of regulatory files*

# Program Reassessment

The Department has committed to periodically re-assessing program staffing and funding needs, and to work toward program excellence in subsection 62-331.010(14), F.A.C.:

> (14) The Department strives to operate a wetlands regulatory program that far exceeds the minimum standards set by federal law and is comprised of professional and knowledgeable staff that make science-based decisions regarding the water resources of the state. To continuously exhibit these qualities, the Department will institute continuous improvement and evaluation measures, including but not limited to:
>
> (a) Partnering with a third-party entity to identify the qualities of a state wetlands regulatory program that exhibits a paragon of excellence, and
>
> (b) Conducting an annual staffing analysis of the State 404 Program.