UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

    *Plaintiffs*,

v.

MICHAEL S. REGAN, in his
official capacity as Administrator,
U.S. Environmental Protection Agency,
et al.,

    and

STATE OF FLORIDA, et al.,

    *Defendant-Intervenors*.
_____/

Civil Action No. 21-119 (RDM)

## NOTICE OF CHANGE OF ADDRESS

The Florida Chamber of Commerce ("Chamber") and the Association of Florida Community Developers ("AFCD") state that their undersigned counsel, Mohammad O. Jazil, Gary V. Perko, and Edward M. Wenger, effective June 7, 2021, have changed their law firm and address. Counsel's new firm and contact information are as follows:

|  |  |
|---|---|
| | Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>119 S. Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>Phone: (850) 391-0503<br>mjazil@holtzmanvogel.com<br>gperko@holtzmanvogel.com<br>emwenger@holtzmanvogel.com |
| Date: August 17, 2021 | Respectfully Submitted,<br>*/s/ Mohammad O. Jazil*<br>Mohammad O. Jazil (FBN 72556)<br>Gary V. Perko (FBN 855898)<br>Edward M. Wenger (FBN 85568)<br>HOLTZMAN VOGEL BARAN TORCHINSKY &<br>JOSEFIAK PLLC<br>119 S. Monroe Street, Suite 500<br>Tallahassee, FL 32301<br>Phone: (850) 391-0503<br>mjazil@holtzmanvogel.com<br>gperko@holtzmanvogel.com<br>emwenger@holtzmanvogel.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically field the foregoing with the Clerk of the Court by using the CM/ECF system on August 17, 2021.

> */s/ Mohammad O. Jazil*
> Attorney