**FLORIDA DEPARTMENT OF**
# ENVIRONMENTAL PROTECTION

# WOTUS Determinations

Home » Divisions » Division of Water Resource Management » Submerged Lands and Environmental Resources Coordination Program » WOTUS Determinations

To provide certainty, streamlining, and efficiency, DEP will consider that any wetlands or other surface waters delineated in accordance with Chapter 62-340, F.A.C., that are regulated under Part IV of Chapter 373, F.S., could be considered Waters of the United States (WOTUS), and will treat them as if they are, unless the applicant clearly demonstrates otherwise. WOTUS determinations may take extra processing time. DEP highly encourages applicants to take advantage of the added efficiency of accepting WOTUS jurisdiction over all wetlands and other surface waters onsite.

DEP will not be performing stand-alone WOTUS jurisdictional determinations. Instead, these three options are available to applicants:

1. Apply for a State 404 Program permit and specifically request that a WOTUS jurisdictional determination be completed during review of the permit application. Permit applications should contain all information required in the State 404 Program application forms and documentation demonstrating which waters the applicant believes are not WOTUS pursuant to 40 C.F.R. 120.

2. Apply for a formal determination under Chapter 62-340, F.A.C., and request that DEP perform a WOTUS jurisdictional determination with the formal determination. The petitioner should include documentation demonstrating which waters the applicant believes are not WOTUS pursuant to 40 C.F.R. 120, the petition form, and payment of the regular fee for a formal determination.

3. If the project will not impact WOTUS, the applicant does not need to submit an application for a State 404 permit. However, if verification is required  from DEP or if the project will impact non-WOTUS wetlands and the application is only for an Environmental Resource Permit (ERP), the applicant may apply for a State 404 "No Permit Required" verification, which should include information about the project footprint, the location of wetlands and other surface waters onsite delineated pursuant to Chapter 62-340, F.A.C., and documentation demonstrating which waters the applicant believes are not WOTUS pursuant to 40 C.F.R. 120, if applicable.

When applying for one of the three options above, the applicant should include a wetland delineation done in accordance with Chapter 62-340, F.A.C., and the completed form "Information Required for a WOTUS Determination in State-assumed Waters."

*Last Modified:*  October 5, 2021 - 10:55am