IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>    Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

_____

**FLORIDA INTERVENORS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**
_____

Plaintiffs' "Notice of Supplemental Authority in Support of Motion for Partial Summary Judgment" (Dkt. 59) purports to update this Court on new legal authorities related to the definition of "waters of the United States." Plaintiffs assert that this "supplemental authority" is relevant to their pending motion for partial summary judgment; however, that pending motion is based on Claim 8 ("effective date") and Claim 9 ("codification") and in no way involves the definition of "waters of the United States." The Notice does not provide new authority pertaining to Plaintiffs' pending motion, nor does the Notice comport with this Court's directives. *See* Standing Order at ¶8.d. (Dkt. 3) (directing parties to "follow the procedures set forth in Federal Rule of Appellate Procedure 28(j)," which allows parties to inform the court of "pertinent and significant authorities [that] come to a party's attention after the party's brief has been filed" and requiring the party to "refer[] either to the page of the brief or to a point argued orally"). As such, this Court should disregard the Notice. *See Oceana, Inc. v. Pritzker*, 2014 WL 3907795 (D.D.C. Aug. 12, 2014) (striking notice of supplemental

authority "given the Court's skepticism that the [new authority] is 'relevant to a disputed issue in this case'").

Dated:  November 4, 2021                                    Respectfully submitted,
                                                            BAKER BOTTS L.L.P.


                                                            */s/ Jeffrey H. Wood*
                                                            Jeffrey H. Wood (D.C. Bar No. 1024647)
                                                            700 K Street, NW
                                                            Washington, D.C. 20001
                                                            Phone: (202) 639-7700
                                                            jeff.wood@bakerbotts.com

                                                            Lily N. Chinn (DC Bar No. 979919)
                                                            101 California Street
                                                            San Francisco, CA 94111
                                                            Phone: (415) 291-6200
                                                            lily.chinn@bakerbotts.com

                                                            Aaron M. Streett (TX Bar No. 24037561)
                                                            Harrison Reback (TX Bar No. 24012897)
                                                            (*pro hac vice*)
                                                            910 Louisiana Street
                                                            Houston, TX 77002-4995
                                                            Phone: (713) 229-1234
                                                            aaron.streett@bakerbotts.com
                                                            harrison.reback@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2021, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com
