UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CORRECTED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ACCEPTING FIRST AMENDED COMPLAINT AS FILED**

Upon consideration of Plaintiffs' Corrected Motion for Leave to File First Amended Complaint, **IT IS HEREBY ORDERED** that Plaintiffs' Motion, Dkt. 62, is **GRANTED**. The Clerk shall docket the First Amended Complaint attached to Dkt. 62 as a separate docket entry.

**IT IS FURTHER ORDERED** that the parties' request to transfer Plaintiffs' motion for partial summary judgment, Dkt. 31, Defendants' cross-motion for partial summary judgment, Dkt. 34, and Intervenors' cross-motion to dismiss, Dkt. 36, to the First Amended Complaint is **GRANTED**.

**SO ORDERED**.

_____
RANDOLPH D. MOSS
United States District Judge

Date: _____

1