# Exhibit 1



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET, SW
ATLANTA, GEORGIA
30303-3104

**December 20, 2021**

Ms. Tania Galloni
Earthjustice
4500 Biscayne Blvd.
Suite 201
Miami, Florida  33137

SUBJECT:   March 31, 2021 60-Day Notice of Intent to Sue for Violations of the Endangered Species Act in Connection with EPA's Approval of Florida's Assumption of a Clean Water Act Section 404 Program

Dear Ms. Galloni:

The Environmental Protection Agency, the National Oceanic and Atmospheric Administration (NOAA), and the U.S. Fish and Wildlife Service (USFWS) (collectively, "the Agencies") are in receipt of your clients' March 31, 2021 Notice of Intent (NOI) to Sue pertaining to the EPA's approval of Florida's assumption of a Clean Water Act (CWA) Section 404 program and USFWS' associated Biological Opinion.

The NOI raises several issues, but in this letter, the EPA writes to address the issues raised regarding the EPA's determination that the EPA's approval of Florida's assumption of the CWA Section 404 program would have no effect on species and designated critical habitat under the National Marine Fisheries Service's (NMFS) jurisdiction. The EPA has considered this issue further and will initiate ESA consultation with NMFS, as appropriate. The EPA is currently preparing a Biological Evaluation (BE) and effects determinations for NMFS-listed species and critical habitats within that evaluation. Once the EPA has prepared the BE, it will initiate consultation with NMFS, as appropriate. The EPA will propose to NMFS that we consider the issues raised in the NOI, including potential impacts to listed marine species and their critical habitats downstream of assumed waters, in any upcoming ESA consultation.

Based on our current assessment of staffing needs and available resources, the EPA intends to initiate an ESA consultation as appropriate, within 90 days; if development of the BE requires more time, we will inform you of our revised timeline. The EPA and NMFS will then work cooperatively to establish a timeline for completion of consultation.

Please contact Ms. Alison Finnegan at (202)-305-0500 or alison.c.finnegan@usdoj.gov, who is handling the ESA claims against the EPA in the ongoing litigation over the EPA's approval of Florida's assumption of its CWA Section 404 permitting program pending in the District of Columbia if you have any questions concerning this letter or the litigation.

                                                Sincerely,

JEANEANNE GETTLE
Digitally signed by JEANEANNE GETTLE
Date: 2021.12.20 11:15:26 -05'00'

Jeaneanne M. Gettle, Director
Water Division