IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.

        Plaintiffs,

        v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.

        Defendants.

CASE NO. 1:21-cv-00119 (RDM)

_____

**FLORIDA INTERVENORS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF**
_____

      Florida Intervenors concur with Defendants' response (Dkt. 66). EPA's long-ago statement in *Adamkus*, which Plaintiffs take out of context, is not an "admission," nor is it "inconsistent" for the reasons Defendants have explained. To the extent Plaintiffs suggest some form of issue preclusion on the "rule vs. order" issue, such principles do not operate against the federal government in this context. *United States v. Mendoza*, 464 U.S. 154, 162-63 (1984). Regardless, the record here supports EPA's approval of Florida's Section 404 application via an order, *see* Dkt. 34 at 14-23; Dkt. 37 at 7-8, 11-13, 56-59, and Plaintiffs lack standing to contend otherwise. *See* Dkt. 37 at 17-55; Dkt. 46 at 2-22. While Plaintiffs try to conjure some basis for Claims 8 and 9, they cannot escape the reality that EPA has consistently treated Section 404 program approvals as notices that are effective immediately, and contrary to Plaintiffs' contentions in this case, EPA has never delayed the effective date for a State Clean Water Act program approval for 30 days or more. *See* Dkt. 46 at 24. *Adamkus* does not require otherwise. Plaintiffs' motion for partial summary judgment should be denied and Florida Intervenors' cross-motion to dismiss should be granted.

Dated:  February 2, 2022

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com

Lily N. Chinn (DC Bar No. 979919)
101 California Street
San Francisco, CA 94111
Phone: (415) 291-6200
lily.chinn@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
Harrison Reback (TX Bar No. 24012897)
(*pro hac vice*)
910 Louisiana Street
Houston, TX 77002-4995
Phone: (713) 229-1234
aaron.streett@bakerbotts.com
harrison.reback@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2022, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

    Respectfully submitted,
    BAKER BOTTS L.L.P.

    */s/ Jeffrey H. Wood*
    Jeffrey H. Wood (D.C. Bar No. 1024647)
    700 K Street, NW
    Washington, D.C. 20001
    Phone: (202) 639-7700
    jeff.wood@bakerbotts.com