# Exhibit A

40 C.F.R. Pt. 52

Clean Air Act National Ambient Air Quality Standards

📅 Displaying title 40, up to date as of 3/15/2022. Title 40 was last amended 3/14/2022.

⌛ There have been changes in the last two weeks to Part 52.

**Title 40 - Protection of Environment**
**Chapter I - Environmental Protection Agency**
**Subchapter C - Air Programs**

| | | Part / Section |
|---|---|---|
| ▼ **Title 40** Protection of Environment | | |
| ▼ **Chapter I** Environmental Protection Agency | | 1 – 1099 |
| ▼ **Subchapter C** Air Programs | | 50 – 99 |
| ▼ **Part 52** Approval and Promulgation of Implementation Plans | | 52.01 – 52.2999 |
| ▶ **Subpart A** | General Provisions | 52.01 – 52.39 |
| ▶ **Subpart B** | Alabama | 52.49 – 52.69 |
| ▶ **Subpart C** | Alaska | 52.70 – 52.98 |
| ▶ **Subpart D** | Arizona | 52.119 – 52.153 |
| ▶ **Subpart E** | Arkansas | 52.170 – 52.200 |
| ▶ **Subpart F** | California | 52.220 – 52.283 |
| ▶ **Subpart G** | Colorado | 52.320 – 52.354 |
| ▶ **Subpart H** | Connecticut | 52.369 – 52.387 |
| ▶ **Subpart I** | Delaware | 52.420 – 52.465 |
| ▶ **Subpart J** | District of Columbia | 52.470 – 52.515 |
| ▶ **Subpart K** | Florida | 52.519 – 52.540 |
| ▶ **Subpart L** | Georgia | 52.569 – 52.590 |
| ▶ **Subpart M** | Hawaii | 52.620 – 52.634 |
| ▶ **Subpart N** | Idaho | 52.670 – 52.691 |
| ▶ **Subpart O** | Illinois | 52.719 – 52.750 |
| ▶ **Subpart P** | Indiana | 52.769 – 52.800 |
| ▶ **Subpart Q** | Iowa | 52.820 – 52.842 |
| ▶ **Subpart R** | Kansas | 52.869 – 52.884 |
| ▶ **Subpart S** | Kentucky | 52.919 – 52.941 |
| ▶ **Subpart T** | Louisiana | 52.970 – 52.1018 |
| ▶ **Subpart U** | Maine | 52.1019 – 52.1037 |
| ▶ **Subpart V** | Maryland | 52.1070 – 52.1118 |
| ▶ **Subpart W** | Massachusetts | 52.1119 – 52.1169 |
| ▶ **Subpart X** | Michigan | 52.1170 – 52.1190 |
| ▶ **Subpart Y** | Minnesota | 52.1219 – 52.1241 |
| ▶ **Subpart Z** | Mississippi | 52.1270 – 52.1284 |
| ▶ **Subpart AA** | Missouri | 52.1319 – 52.1343 |
| ▶ **Subpart BB** | Montana | 52.1370 – 52.1398 |
| ▶ **Subpart CC** | Nebraska | 52.1420 – 52.1437 |
| ▶ **Subpart DD** | Nevada | 52.1470 – 52.1491 |
| ▶ **Subpart EE** | New Hampshire | 52.1519 – 52.1535 |
| ▶ **Subpart FF** | New Jersey | 52.1570 – 52.1607 |
| ▶ **Subpart GG** | New Mexico | 52.1620 – 52.1640 |
| ▶ **Subpart HH** | New York | 52.1670 – 52.1690 |
| ▶ **Subpart II** | North Carolina | 52.1769 – 52.1785 |
| ▶ **Subpart JJ** | North Dakota | 52.1820 – 52.1837 |
| ▶ **Subpart KK** | Ohio | 52.1870 – 52.1894 |
| ▶ **Subpart LL** | Oklahoma | 52.1919 – 52.1960 |
| ▶ **Subpart MM** | Oregon | 52.1970 – 52.2019 |
| ▶ **Subpart NN** | Pennsylvania | 52.2020 – 52.2064 |
| ▶ **Subpart OO** | Rhode Island | 52.2070 – 52.2089 |
| ▶ **Subpart PP** | South Carolina | 52.2120 – 52.2141 |
| ▶ **Subpart QQ** | South Dakota | 52.2170 – 52.2186 |
| ▶ **Subpart RR** | Tennessee | 52.2219 – 52.2241 |

| | | |
|---|---|---|
| ▶ **Subpart SS** | Texas | 52.2270 – 52.2312 |
| ▶ **Subpart TT** | Utah | 52.2320 – 52.2355 |
| ▶ **Subpart UU** | Vermont | 52.2370 – 52.2386 |
| ▶ **Subpart VV** | Virginia | 52.2420 – 52.2465 |
| ▶ **Subpart WW** | Washington | 52.2470 – 52.2502 |
| ▶ **Subpart XX** | West Virginia | 52.2520 – 52.2565 |
| ▶ **Subpart YY** | Wisconsin | 52.2569 – 52.2593 |
| ▶ **Subpart ZZ** | Wyoming | 52.2620 – 52.2637 |
| ▶ **Subpart AAA** | Guam | 52.2670 – 52.2686 |
| ▶ **Subpart BBB** | Puerto Rico | 52.2720 – 52.2732 |
| ▶ **Subpart CCC** | Virgin Islands | 52.2770 – 52.2782 |
| ▶ **Subpart DDD** | American Samoa | 52.2820 – 52.2827 |
| ▶ **Subpart EEE** | Approval and Promulgation of Plans | 52.2850 |
| ▶ **Subpart FFF** | Commonwealth of the Northern Mariana Islands | 52.2900 – 52.2999 |

*Appendixes A-C to Part 52 [Reserved]*

**Appendix D to Part 52**
    Determination of Sulfur Dioxide Emissions From Stationary Sources by Continuous Monitors

**Appendix E to Part 52**
    Performance Specifications and, Specification Test Procedures for Monitoring Systems for Effluent Stream Gas Volumetric Flow Rate

**Appendix F to Part 52**
    Clean Air Act Section 126 Petitions From Eight Northeastern States: Named Source Categories and Geographic Coverage

40 C.F.R. Pt. 62

Clean Water Act Sections 111(d) and 129

📅 Displaying title 40, up to date as of 3/15/2022. Title 40 was last amended 3/14/2022.

Title 40 - Protection of Environment
Chapter I - Environmental Protection Agency
Subchapter C - Air Programs

| | | | Part / Section |
|---|---|---|---|
| ▼ **Title 40** | | Protection of Environment | |
| | ▼ **Chapter I** | Environmental Protection Agency | 1 – 1099 |
| | ▼ **Subchapter C** | Air Programs | 50 – 99 |
| | | ▼ **Part 62**  Approval and Promulgation of State Plans for Designated Facilities and Pollutants | 62.01 – 62.16730 |
| | | ▸ **Subpart A**   General Provisions | 62.01 – 62.13 |
| | | ▸ **Subpart B**   Alabama | 62.100 – 62.107 |
| | | ▸ **Subpart C**   Alaska | 62.350 – 62.354 |
| | | ▸ **Subpart D**   Arizona | 62.600 – 62.660 |
| | | ▸ **Subpart E**   Arkansas | 62.850 – 62.875 |
| | | ▸ **Subpart F**   California | 62.1100 – 62.1130 |
| | | ▸ **Subpart G**   Colorado | 62.1350 – 62.1490 |
| | | ▸ **Subpart H**   Connecticut | 62.1500 – 62.1750 |
| | | ▸ **Subpart I**   Delaware | 62.1850 – 62.1995 |
| | | ▸ **Subpart J**   District of Columbia | 62.2100 – 62.2160 |
| | | ▸ **Subpart K**   Florida | 62.2350 – 62.2400 |
| | | ▸ **Subpart L**   Georgia | 62.2600 – 62.2609 |
| | | ▸ **Subpart M**   Hawaii | 62.2850 |
| | | ▸ **Subpart N**   Idaho | 62.3100 – 62.3150 |
| | | ▸ **Subpart O**   Illinois | 62.3300 – 62.3351 |
| | | ▸ **Subpart P**   Indiana | 62.3600 – 62.3682 |
| | | ▸ **Subpart Q**   Iowa | 62.3840 – 62.3918 |
| | | ▸ **Subpart R**   Kansas | 62.4100 – 62.4183 |
| | | ▸ **Subpart S**   Kentucky | 62.4350 – 62.4375 |
| | | ▸ **Subpart T**   Louisiana | 62.4620 – 62.4681 |
| | | ▸ **Subpart U**   Maine | 62.4845 – 62.4995 |
| | | ▸ **Subpart V**   Maryland | 62.5100 – 62.5170 |
| | | ▸ **Subpart W**   Massachusetts | 62.5340 – 62.5475 |
| | | ▸ **Subpart X**   Michigan | 62.5600 – 62.5630 |
| | | ▸ **Subpart Y**   Minnesota | 62.5850 – 62.5890 |
| | | ▸ **Subpart Z**   Mississippi | 62.6100 – 62.6127 |
| | | ▸ **Subpart AA**   Missouri | 62.6350 – 62.6363 |
| | | ▸ **Subpart BB**   Montana | 62.6600 – 62.6660 |
| | | ▸ **Subpart CC**   Nebraska | 62.6850 – 62.6917 |
| | | ▸ **Subpart DD**   Nevada | 62.7100 – 62.7140 |
| | | ▸ **Subpart EE**   New Hampshire | 62.7325 – 62.7465 |
| | | ▸ **Subpart FF**   New Jersey | 62.7600 – 62.7607 |
| | | ▸ **Subpart GG**   New Mexico | 62.7850 – 62.7893 |
| | | ▸ **Subpart HH**   New York | 62.8100 – 62.8109 |
| | | ▸ **Subpart II**   North Carolina | 62.8350 – 62.8363 |
| | | ▸ **Subpart JJ**   North Dakota | 62.8600 – 62.8700 |
| | | ▸ **Subpart KK**   Ohio | 62.8850 – 62.8880 |
| | | ▸ **Subpart LL**   Oklahoma | 62.9100 – 62.9191 |
| | | ▸ **Subpart MM**   Oregon | 62.9350 – 62.9520 |
| | | ▸ **Subpart NN**   Pennsylvania | 62.9600 – 62.9690 |
| | | ▸ **Subpart OO**   Rhode Island | 62.9825 – 62.9995 |
| | | ▸ **Subpart PP**   South Carolina | 62.10100 – 62.10200 |
| | | ▸ **Subpart QQ**   South Dakota | 62.10350 – 62.10410 |
| | | ▸ **Subpart RR**   Tennessee | 62.10602 – 62.10634 |
| | | ▸ **Subpart SS**   Texas | 62.10850 – 62.10912 |
| | | ▸ **Subpart TT**   Utah | 62.11100 – 62.11160 |

| ▸ **Subpart UU** | Vermont | 62.11350 – 62.11495 |
| ▸ **Subpart VV** | Virginia | 62.11600 – 62.11662 |
| ▸ **Subpart WW** | Washington | 62.11850 – 62.11870 |
| ▸ **Subpart XX** | West Virginia | 62.12100 – 62.12170 |
| ▸ **Subpart YY** | Wisconsin | 62.12320 – 62.12360 |
| ▸ **Subpart ZZ** | Wyoming | 62.12600 – 62.12660 |
| ▸ **Subpart AAA** | American Samoa | 62.12900 |
| ▸ **Subpart BBB** | Puerto Rico | 62.13100 – 62.13110 |
| ▸ **Subpart CCC** | Virgin Islands | 62.13350 – 62.13359 |
| ▸ **Subpart DDD** | Northern Mariana Islands | 62.13600 |
| *Subpart EEE [Reserved]* | | |
| ▸ **Subpart FFF** | Federal Plan Requirements for Large Municipal Waste Combustors Constructed on or Before September 20, 1994 | 62.14100 – 62.14109 |
| ▸ **Subpart GGG** | Federal Plan Requirements for Municipal Solid Waste Landfills That Commenced Construction Prior to May 30, 1991 and Have Not Been Modified or Reconstructed Since May 30, 1991 | 62.14350 – 62.14356 |
| ▸ **Subpart HHH** | Federal Plan Requirements for Hospital/Medical/Infectious Waste Incinerators Constructed On Or Before December 1, 2008 | 62.14400 – 62.14495 |
| ▸ **Subpart III** | Federal Plan Requirements for Commercial and Industrial Solid Waste Incineration Units That Commenced Construction On or Before November 30, 1999 | 62.14500 – 62.14840 |
| ▸ **Subpart JJJ** | Federal Plan Requirements for Small Municipal Waste Combustion Units Constructed on or Before August 30, 1999 | 62.15000 – 62.15410 |
| *Subpart KKK [Reserved]* | | |
| ▸ **Subpart LLL** | Federal Plan Requirements for Sewage Sludge Incineration Units Constructed on or Before October 14, 2010 | 62.15855 – 62.16050 |
| ▸ **Subpart OOO** | Federal Plan Requirements for Municipal Solid Waste Landfills That Commenced Construction On or Before July 17, 2014 and Have Not Been Modified or Reconstructed Since July 17, 2014 | 62.16710 – 62.16730 |

40 C.F.R. Pt. 147

Safe Drinking Water Act

📅 Displaying title 40, up to date as of 3/15/2022. Title 40 was last amended 3/14/2022.

**Title 40 - Protection of Environment**
**Chapter I - Environmental Protection Agency**
**Subchapter D - Water Programs**

| | | | Part / Section |
|---|---|---|---|
| ▼ **Title 40** | | Protection of Environment | |
| | ▼ **Chapter I** | Environmental Protection Agency | 1 – 1099 |
| | | ▼ **Subchapter D**    Water Programs | 100 – 149 |
| | | ▼ **Part 147**  State, Tribal, and EPA-Administered Underground Injection Control Programs | 147.1 – 147.3400 |
| | | ▶ **Subpart A**    General Provisions | 147.1 – 147.2 |
| | | ▶ **Subpart B**    Alabama | 147.50 – 147.60 |
| | | ▶ **Subpart C**    Alaska | 147.100 – 147.104 |
| | | ▶ **Subpart D**    Arizona | 147.150 – 147.152 |
| | | ▶ **Subpart E**    Arkansas | 147.200 – 147.205 |
| | | ▶ **Subpart F**    California | 147.250 – 147.253 |
| | | ▶ **Subpart G**    Colorado | 147.300 – 147.305 |
| | | ▶ **Subpart H**    Connecticut | 147.350 – 147.359 |
| | | ▶ **Subpart I**    Delaware | 147.400 – 147.449 |
| | | ▶ **Subpart J**    District of Columbia | 147.450 – 147.452 |
| | | ▶ **Subpart K**    Florida | 147.500 – 147.504 |
| | | ▶ **Subpart L**    Georgia | 147.550 – 147.559 |
| | | ▶ **Subpart M**    Hawaii | 147.600 – 147.601 |
| | | ▶ **Subpart N**    Idaho | 147.650 – 147.652 |
| | | ▶ **Subpart O**    Illinois | 147.700 – 147.703 |
| | | ▶ **Subpart P**    Indiana | 147.750 – 147.753 |
| | | ▶ **Subpart Q**    Iowa | 147.800 – 147.802 |
| | | ▶ **Subpart R**    Kansas | 147.850 – 147.860 |
| | | ▶ **Subpart S**    Kentucky | 147.900 – 147.905 |
| | | ▶ **Subpart T**    Louisiana | 147.950 – 147.951 |
| | | ▶ **Subpart U**    Maine | 147.1000 – 147.1001 |
| | | ▶ **Subpart V**    Maryland | 147.1050 – 147.1099 |
| | | ▶ **Subpart W**    Massachusetts | 147.1100 – 147.1101 |
| | | ▶ **Subpart X**    Michigan | 147.1150 – 147.1155 |
| | | ▶ **Subpart Y**    Minnesota | 147.1200 – 147.1210 |
| | | ▶ **Subpart Z**    Mississippi | 147.1250 – 147.1252 |
| | | ▶ **Subpart AA**    Missouri | 147.1300 – 147.1303 |
| | | ▶ **Subpart BB**    Montana | 147.1350 – 147.1355 |
| | | ▶ **Subpart CC**    Nebraska | 147.1400 – 147.1403 |
| | | ▶ **Subpart DD**    Nevada | 147.1450 – 147.1454 |
| | | ▶ **Subpart EE**    New Hampshire | 147.1500 – 147.1501 |
| | | ▶ **Subpart FF**    New Jersey | 147.1550 – 147.1551 |
| | | ▶ **Subpart GG**    New Mexico | 147.1600 – 147.1603 |
| | | ▶ **Subpart HH**    New York | 147.1650 – 147.1655 |
| | | ▶ **Subpart II**    North Carolina | 147.1700 – 147.1749 |
| | | ▶ **Subpart JJ**    North Dakota | 147.1750 – 147.1752 |
| | | ▶ **Subpart KK**    Ohio | 147.1800 – 147.1805 |
| | | ▶ **Subpart LL**    Oklahoma | 147.1850 – 147.1852 |
| | | ▶ **Subpart MM**    Oregon | 147.1900 – 147.1901 |
| | | ▶ **Subpart NN**    Pennsylvania | 147.1950 – 147.1955 |
| | | ▶ **Subpart OO**    Rhode Island | 147.2000 – 147.2001 |

- **Subpart PP**    South Carolina    147.2050 – 147.2051
- **Subpart QQ**    South Dakota    147.2100 – 147.2104
- **Subpart RR**    Tennessee    147.2150 – 147.2153
- **Subpart SS**    Texas    147.2200 – 147.2205
- **Subpart TT**    Utah    147.2250 – 147.2253
- **Subpart UU**    Vermont    147.2300 – 147.2349
- **Subpart VV**    Virginia    147.2350 – 147.2352
- **Subpart WW**    Washington    147.2400 – 147.2404
- **Subpart XX**    West Virginia    147.2450 – 147.2499
- **Subpart YY**    Wisconsin    147.2500 – 147.2510
- **Subpart ZZ**    Wyoming    147.2550 – 147.2555
- **Subpart AAA**    Guam    147.2600 – 147.2601
- **Subpart BBB**    Puerto Rico    147.2650 – 147.2651
- **Subpart CCC**    Virgin Islands    147.2700 – 147.2701
- **Subpart DDD**    American Samoa    147.2750 – 147.2752
- **Subpart EEE**    Commonwealth of the Northern Mariana Islands    147.2800 – 147.2802
- **Subpart FFF**    Trust Territory of the Pacific Islands    147.2850 – 147.2852
- **Subpart GGG**    Osage Mineral Reserve - Class II Wells    147.2901 – 147.2929
- **Subpart HHH**    Lands of the Navajo, Ute Mountain Ute, and All Other New Mexico Tribes    147.3000 – 147.3016
- **Subpart III**    Lands of Certain Oklahoma Indian Tribes    147.3100 – 147.3109
- **Subpart JJJ**    Assiniboine and Sioux Tribes    147.3200

*Subpart KKK [Reserved]*

- **Subpart LLL**    Navajo Indian Lands    147.3400

40 C.F.R. Pt. 233

Subpart H

Clean Water Act Section 404

📅 Displaying title 40, up to date as of 3/15/2022. Title 40 was last amended 3/14/2022.

Title 40 - Protection of Environment
Chapter I - Environmental Protection Agency
Subchapter H - Ocean Dumping
Part 233 - 404 State Program Regulations

| | | Part / Section |
|---|---|---|
| ▼ **Title 40** — Protection of Environment | | |
| ▼ **Chapter I** — Environmental Protection Agency | | 1 – 1099 |
| ▼ **Subchapter H** — Ocean Dumping | | 220 – 238 |
| ▼ **Part 233** — 404 State Program Regulations | | 233.1 – 233.71 |
| ▼ **Subpart H** — Approved State Programs | | 233.70 – 233.71 |
| **§ 233.70** Michigan. | | |
| **§ 233.71** New Jersey. | | |

40 C.F.R. Pt. 272

Resource Conservation and Recovery Act

📅 Displaying title 40, up to date as of 3/15/2022. Title 40 was last amended 3/14/2022.

**Title 40 - Protection of Environment**
**Chapter I - Environmental Protection Agency**
**Subchapter I - Solid Wastes**

| | | | Part / Section |
|---|---|---|---|
| ▼ **Title 40** | | Protection of Environment | |
| | ▼ **Chapter I** | Environmental Protection Agency | 1 – 1099 |
| | | ▼ **Subchapter I**   Solid Wastes | 239 – 299 |
| | | ▼ **Part 272**  Approved State Hazardous Waste Management Programs | 272.1 – 272.2849 |
| | | ▶ **Subpart A**  General Provisions | 272.1 – 272.49 |
| | | ▶ **Subpart B**  Alabama | 272.50 |
| | | ▶ **Subpart C**  Alaska | 272.100 |
| | | ▶ **Subpart D**  Arizona | 272.150 – 272.199 |
| | | ▶ **Subpart E**  Arkansas | 272.200 – 272.249 |
| | | ▶ **Subpart F**  California | 272.250 |
| | | ▶ **Subpart G**  Colorado | 272.300 |
| | | ▶ **Subpart H**  Connecticut | 272.350 |
| | | ▶ **Subpart I**  Delaware | 272.400 – 272.449 |
| | | ▶ **Subpart J**  District of Columbia | 272.450 |
| | | ▶ **Subpart K**  Florida | 272.500 – 272.549 |
| | | ▶ **Subpart L**  Georgia | 272.550 |
| | | ▶ **Subpart M**  Hawaii | 272.600 |
| | | ▶ **Subpart N**  Idaho | 272.651 – 272.699 |
| | | ▶ **Subpart O**  Illinois | 272.700 – 272.750 |
| | | ▶ **Subpart P**  Indiana | 272.751 – 272.799 |
| | | ▶ **Subpart Q**  Iowa | 272.800 |
| | | ▶ **Subpart R**  Kansas | 272.850 |
| | | ▶ **Subpart S**  Kentucky | 272.900 |
| | | ▶ **Subpart T**  Louisiana | 272.950 – 272.999 |
| | | ▶ **Subpart U**  Maine | 272.1000 |
| | | ▶ **Subpart V**  Maryland | 272.1050 |
| | | ▶ **Subpart W**  Massachusetts | 272.1100 |
| | | ▶ **Subpart X**  Michigan | 272.1150 – 272.1199 |
| | | ▶ **Subpart Y**  Minnesota | 272.1200 – 272.1249 |
| | | ▶ **Subpart Z**  Mississippi | 272.1250 |
| | | ▶ **Subpart AA**  Missouri | 272.1300 – 272.1349 |
| | | ▶ **Subpart BB**  Montana | 272.1350 – 272.1399 |
| | | ▶ **Subpart CC**  Nebraska | 272.1400 |
| | | ▶ **Subpart DD**  Nevada | 272.1450 |
| | | ▶ **Subpart EE**  New Hampshire | 272.1500 |
| | | ▶ **Subpart FF**  New Jersey | 272.1550 |
| | | ▶ **Subpart GG**  New Mexico | 272.1600 – 272.1649 |
| | | ▶ **Subpart HH**  New York | 272.1650 – 272.1699 |
| | | ▶ **Subpart II**  North Carolina | 272.1700 |
| | | ▶ **Subpart JJ**  North Dakota | 272.1750 – 272.1799 |
| | | ▶ **Subpart KK**  Ohio | 272.1800 – 272.1849 |
| | | ▶ **Subpart LL**  Oklahoma | 272.1850 – 272.1899 |
| | | ▶ **Subpart MM**  Oregon | 272.1900 |
| | | ▶ **Subpart NN**  Pennsylvania | 272.1950 |
| | | ▶ **Subpart OO**  Rhode Island | 272.2000 |

- ▶ **Subpart PP**   South Carolina                            272.2050
- ▶ **Subpart QQ**   South Dakota                             272.2100 – 272.2149
- ▶ **Subpart RR**   Tennessee                                272.2150
- ▶ **Subpart SS**   Texas                                    272.2200 – 272.2249
- ▶ **Subpart TT**   Utah                                     272.2251 – 272.2299
- ▶ **Subpart UU**   Vermont                                  272.2300
- ▶ **Subpart VV**   Virginia                                 272.2350
- ▶ **Subpart WW**   Washington                               272.2400
- ▶ **Subpart XX**   West Virginia                            272.2450
- ▶ **Subpart YY**   Wisconsin                                272.2500 – 272.2549
- ▶ **Subpart ZZ**   Wyoming                                  272.2550 – 272.2551
- ▶ **Subpart AAA**  Guam                                     272.2600
- ▶ **Subpart BBB**  Puerto Rico                              272.2650
- ▶ **Subpart CCC**  Virgin Islands                           272.2700
- ▶ **Subpart DDD**  American Samoa                           272.2750
- ▶ **Subpart EEE**  Commonwealth of the Northern             272.2800
                    Mariana Islands

**Appendix A to Part 272**
    State Requirements