# Exhibit A

**Exhibit A**

**Side-by-Side Comparison of Environmental Information
Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| Environmental Information Available under Corps-led 404 Program[i] | Environmental Information Available under Florida 404 Program<br>(*All information described below is publicly available*) |
|---|---|
| Purpose & Need for the Project (NEPA) | The purpose and need for a project are described in the permit documents and considered as part of the "public interest" review and environmental conditions for issuance of permits. *See* Fla. Stat. § 373.414(1)(a); Fla. Admin. Code § 62-330.301; Florida ERP Handbook[ii] §§ 10.1.1, 10.2.1, 10.2.3. Florida ERP Handbook § 10.2.1 explains that DEP evaluates the purpose of the project in light of whether impacts can be reduced or eliminated. DEP application forms for ERP/404 permits (General Permit Form 62-330.402(1), section K; individual permit application form 62-330.060, section I) also reference project purpose information. *See also* Fla. Admin. Code ch. 62-331 and the Florida 404 Handbook[iii] for additional discussion related to project purpose and need. This information is publicly available. |
| Project Alternatives (NEPA) | Project alternatives are considered and evaluated as part of the Florida 404/ERP procedures. *See* Fla. Admin. Code § 62-331.053; Florida 404 Handbook § 5.2, § 8.3.1. This includes consideration of "no action alternatives." *See* Florida 404 Handbook at § 8.3.1. A detailed discussion of Florida's consideration of alternatives is provided in Appendix C of the Florida 404 Handbook Appendix C ("Guidance for Conducting Alternatives Analysis"), which explains that a 404 "permit cannot be issued if there is a practicable alternative to the proposed activity which would have less adverse impact on the aquatic ecosystem, as long as the alternative does not have other significant adverse environmental consequences. The level of detail in an alternatives analysis shall be commensurate with the scale of the adverse environmental effects of the project. Analysis of projects proposing greater adverse environmental effects shall be more detailed and explore a wider range of alternatives than projects proposing lesser effects." In this analysis, Florida considers the "purpose and need" for the project proposal; identifies and evaluates "alternatives" that could meet the overall project purpose; analyze practicability and availability considerations; and identify the "least environmentally damaging practicable alternative," which "must be selected." *Id.* Florida also identifies the "environmental impacts for each remaining practicable alternate site." *Id.* This information is publicly available. |

| | |
|---|---|
| Affected Environment (NEPA)<br><br>*This is included in the requirements for an EIS but is not a requirement for an EA prepared by the Corps (33 CFR 230.10).* | The Florida ERP and 404 permit application and review process obtains information about the project location and surrounding environment including affected waterbodies. *See, e.g.*, *Application for Individual and Conceptual Approval Environmental Resource Permit, State 404 Program Permit, and Authorization to Use State-Owned Submerged Lands* (EPA-HQ-OW-2018-0640-0012). Section C of the Application (EPA-HQ-OW-2018-0640-0012-A4), for example, requires descriptions of the wetlands or other surface waters impacted by the project, along with aerials, maps, and other documents and materials to describe the affected environment. Section I of the Application requires, among other things, a description of "any listed species or designated critical habitat that might be affected by, or is in the vicinity of, the proposed activity," including "the name(s) of those listed species or critical habitat areas," description of "any actions proposed to be taken to avoid or minimize adverse effects to listed species" and "any other available data and information necessary for purposes of reviewing impacts to state and federal listed species."  Section I also requires the application to show the "location and extent of all wetlands and other surface waters, delineated in accordance with Chapter 62-340, F.A.C. The applicant must label all special aquatic sites (e.g., wetlands, sanctuaries and refuges, mudflats, vegetated shallows, and riffle and pool complexes). Each type of boundary (for example, ordinary high water line, mean high water line, wetlands, or other special aquatic sites) must be clearly annotated and/or symbolized to ensure they are differentiable on the map. Unless indicated below, all wetlands and other surface waters on the site, as delineated in accordance with Chapter 62-340, F.A.C., that will be impacted by the proposed activities will be evaluated for permitting purposes under Section 404 of the Clean Water Act."  Moreover, Florida evaluates project impacts on a "watershed" basis. *See* Florida 404 Handbook 2.0(52) (defining "watershed plan" as a plan that "addresses aquatic resource conditions in the watershed, multiple stakeholder interests, and land uses"). Additional information about the environment affected by the project is described in the Florida ERP and 404 Handbooks. This information is publicly available. |
| Environmental impacts of proposed action (NEPA) | Florida Statutes Section 373.414(1) requires consideration of environmental impacts. *See also* Fla. Admin. Code § FAC 62-330.301; Florida Environmental Resource Permit Applicant's Handbook Sections 10.1.1 & 10.2.3; Florida 404 Handbook Sections 8.1(a) & 8.2(i). DEP must weigh the environmental impacts as part of the review of Florida 404 permits. Florida considers direct impacts, cumulative effects, secondary effects, and other similar issues. *See* Florida 404 Handbook § 8.3.5 and § 8.3.6. Florida ERP Handbook Section 10 describes all resources that should be evaluated and how the factors should be weighed.  *See also* Fla. Admin. Code 331.060(1)(f), the Florida ERP Handbook, and the Florida 404 Handbook for additional information. This information is publicly available. |

2

| | |
|---|---|
| Mitigation Measures (NEPA) | Florida considers and prepares information concerning mitigation measures as part of the Florida 404 Program. *See* Fla. Stat. 373.414 (discussing mitigation measures for wetlands permitting); *see generally* Fla. Admin. Code ch. 62-330.  The Florida ERP Handbook (including Section 10.3) and the Florida 404 Handbook (Section 8.5 – 8.5.6.3) provide additional details on mitigation measures under the ERP/404 program. *See also* Fla. Admin. Code 62-331.130 & .140.  Importantly, as explained in the Florida 404 Handbook Section 8.3.3: "[m]itigation for State 404 Program permits is generally evaluated in accordance with Volume I, section 10.3, like ERP. However, in addition to those requirements, the federal mitigation hierarchy described in section 8.5.1 of this Handbook, shall apply to any mitigation for State 404 Program permits." Mitigation is also discussed extensively in the project application documents (including, for example, in Section C of the ERP/404 Application (EPA-HQ-OW-2018-0640-0012-A4)). This information is publicly available. |
| Socioeconomic Information (NEPA) | Florida considers public health, safety, or welfare or the property of others as part of the "public interest" review.  *See* Fla. Stat. 373.414(1)(a)1. Moreover, socioeconomic and demographic information related to projects remains publicly available through a variety of sources, including the Florida Office of Economic & Demographic Research[iv] (which produces demographic-related data and products, including by county/municipality/age/race/sex/national origin) and the U.S. Census Bureau[v] (which publishes a wide range of demographic and socioeconomic information about all project locations, including population data, income and poverty statistics, education and employment metrics, housing, health, family, race and ethnicity, and other similar data used for purposes of considering effects on populations in and around project locations). Separately, Plaintiffs continue to have access to a variety of publicly available databases specific to Environmental Justice, including EPA's Environmental Justice mapping and screening system known as "EJScreen,"[vi] as well as the CEQ's Climate and Economic Justice Screening Tool.[vii] This information is publicly available. |

3

| | |
|---|---|
| Historic/cultural/tribal (NEPA/NHPA) | Florida engages in consultation regarding historic, archeological, cultural, and tribal resources as part of the Florida ERP and 404 programs. As detailed in the Florida ERP Handbook at Section 10.2.3.6, Florida considers whether the regulated activity will adversely affect or will enhance significant historical and archaeological resources. The applicant must map the location of and characterize the significance of any known historical or archaeological resources that may be affected by the regulated activity located in, on or over wetlands or other surface waters." DEP also coordinates with the State Historic Preservation Office and other relevant federal and state agencies.  The applicant will be required to perform an archaeological survey and to develop and implement a plan as necessary to demarcate and protect the significant historical or archaeological resources, if such resources are reasonably expected to be impacted by the regulated activity.  DEP and the State Historic Preservation Office have entered into an Operating Agreement (available in the Administrative Record at EPA-HQ-OW-2018-0640-0016-A1), whereby DEP consults with the SHPO and the Indian Tribes. This Operating Agreement was approved by the Federal Historic Preservation Office as part of the federal consultation process, and was approved by EPA, integrating it as part of the 404 program.  For individual permits, DEP shall send a copy of the public notice required by Rule 62-331.060, F.A.C., to EPA for review and comment. Additional information about DEP consideration of historic, cultural, and tribal issues under the Florida ERP and 404 Programs is available at: Florida 404 Handbook Section 5.2.2 and 5.2.6; Fla. Admin. Code 62-331.052(3)(b), .060(2), .110(7), .200(3)(g) – (i), .201(t) – (v); and the Programmatic Agreement with EPA (EPA-HQ-OW-2018-0640-0639) providing for elevation of issues of concern under Section 106 of the NHPA. This information is publicly available. |

| | |
|---|---|
| Protected Species (NEPA, ESA) | The Florida ERP and 404 Programs require consideration of impacts to listed species and habitat. *See* Fla. Stat. 373.414(1)(a)2; ERP Handbook Section 10.2.2; Fla. Admin. Code 62-331.053(1)(4) and .200(3)(c); Florida 404 Handbook s. 5.2.3. For purposes of the Florida 404 Program, review and consideration of impacts to listed species and habitat is fully described in the State 404 Program Programmatic Biological Opinion issued by the U.S. Fish & Wildlife Service in conjunction with EPA's approval of Florida's program, as well as in the Memorandum of Agreement between DEP, the Florida Fish & Wildlife Commission, and USFWS. The Florida 404 Handbook 1.3.3 also explains: "Compliance shall be required, as applicable, with any requirements resulting from consultation with, or technical assistance by, the Florida Fish & Wildlife Conservation Commission (FWC), the US Fish & Wildlife Service, and the National Marine Fisheries Services (NMFS) for permits reviewed under the State 404 Program." Section 5.2.3 of the Florida 404 Handbook also explains: "The Florida Fish and Wildlife Conservation Commission (FWC), the U.S. Fish and Wildlife Service (FWS), and the National Marine Fisheries Service (NMFS) will be provided an opportunity to review all applications for projects with reasonable potential for affecting endangered or threatened species. Consultation with, or technical assistance by, FWC, FWS, or NMFS shall be required when DEP determines that the project may have the potential to affect listed species. To determine whether a project may have the potential to affect listed species, DEP may use available resources such as scientific literature, species keys, and habitat maps, or it may observe signs that the site is used by listed species during the site visit. If DEP determines that a listed species may be affected, DEP shall seek consultation with or technical assistance by FWC, FWS, and NMFS, as applicable, regarding the proposed project. DEP shall incorporate as permit conditions all recommended impact avoidance and minimization measures (protection measures) provided by the FWC, FWS, or NMFS under their respective authorities, to avoid jeopardizing listed species or adversely modifying designated or proposed critical habitat. For individual permits, DEP shall send a copy of the public notice required by Rule 62-331.060, F.A.C., to EPA for review and comment. If the FWC, FWS, or NMFS concludes that a permit application is likely to jeopardize or adversely modify designated critical habitat and no protection measures are available to reduce the risk to an acceptable level, DEP shall deny the permit or shall take no action and notify EPA and the applicant of the decision in accordance with sub-subparagraph 62-331.052(3)(b)6.b., F.A.C." Additional details are provided in the documents referenced above. This information is publicly available. |
| Coastal Zone (NEPA/CZM) | Within Florida's 404 program, compliance with the Coastal Zone Management Program is required for issuance of a permit. *See* Rule 62-331.070(2), F.A.C. Florida's coastal zone includes the area encompassed by the state's 67 counties and its territorial seas. The Florida Coastal Zone Management Program consists of a network of 24 Florida statute chapters administered by nine state agencies and five water management districts. Coastal zone impacts are considered consistent with Florida ERP Handbook 1.3.1.1. *See also* Fla. Admin. Code 62-331.070. This information is publicly available. |

5

| CWA 404(b)(1) Guidelines<br><br>*Not a requirement under NEPA but included here because Plaintiffs referenced these guidelines at the March 15, 2022 hearing* | Florida reviews and considers comparable information to the information considered by the Corps pursuant to the Corps' Section 404(b)(1) Guidelines, which provide that "dredged or fill material should not be discharged into the aquatic ecosystem, unless it can be demonstrated that such a discharge will not have an unacceptable adverse impact either individually or in combination with known and/or probable impacts of other activities affecting the ecosystems of concern." For a comprehensive (155-page) comparison of the Corps 404 Program requirements and the Florida ERP and 404 Programs, please refer to the comparison table found in the Administrative Record at EPA-HQ-OW-2018-0640-0016-A3, available at https://www.regulations.gov/document?D=EPA-HQ-OW-2018-0640-0016. In particular, pages 37 to 39 of the comparison spreadsheet identify Florida regulations that align with the requirements of the federal 404(b)(1) guidelines. Florida Admin. Code 62-331.052 and 62-331.053 also provide requirements comparable to the federal 404(b)(1) guidelines. This information is publicly available. |
|---|---|
| Public Interest Factors (33 CFR 320.4(a)) | Florida evaluates "public interest" factors in evaluating 404 permits. *See* Fla. Stat. § 373.414. This includes, among other things, effects to the public health, safety, or welfare or the property of others; effects to the conservation of fish and wildlife, including endangered or threatened species, or their habitats; effects to navigation or the flow of water or cause harmful erosion or shoaling; effects to the fishing or recreational values or marine productivity in the vicinity of the activity; temporary or permanent nature of a project; effects on significant historical and archaeological resources; and the current condition and relative value of functions being performed by areas affected by the proposed activity. *Id.* § 373.414(a). Public interest information is also obtained as part of the ERP/404 Applications (see, e.g., Section C of the Application). The public interest review is also discussed extensively in the Florida ERP Handbook at Section 10.2.3. This information is publicly available. |
| Agencies and Persons Consulted (NEPA) | Florida provides information about all federal, state, and local agencies and other persons consulted or who otherwise comment on Section 404 permit applications. DEP is required to send public notice to the applicant, any other agency with jurisdiction over the activity or project site, adjoining property owners, any State or tribe who's waters may be affected, and all persons who have requested copies of public notices. Fla. Admin. Code Ann. r. 62-331.060. This information is publicly available. |

---

[i] The Corps' NEPA regulations provide that "[m]ost permits will normally require only an EA," not an EIS, 33 § C.F.R. 230.7(a), and that an "EA is a brief document which provides sufficient information to the district commander on potential environmental effects of the proposed action and, if appropriate, its alternatives, for determining whether to prepare an EIS or a [Finding of No Significant Impact, or FONSI]." 33 C.F.R. § 230.10(a). An EA must "include a *brief discussion* of the need for the proposed action, or appropriate alternatives if there are unresolved conflicts

concerning alternative uses of available resources, of the environmental impacts of the proposed action and alternatives and a list of the agencies, interested groups and the public consulted." *Id*. at § 230.10(b) (emphasis added).

[ii] The Florida DEP's Environmental Resource Permit Applicant's Handbook is available in the Administrative Record at EPA-HQ-OW-2018-0640-0002-A1 through EPA-HQ-OW-2018-0640-0002-A4. Copies are also available for public review on-line at https://floridadep.gov/water/water/content/water-resource-management-rules.

[iii] DEP's State 404 Program Applicant's Handbook is available in the Administrative Record at EPA-HQ-OW-2018-0640-0002-A20. Copies are also available for public review on-line at https://floridadep.gov/water/water/content/water-resource-management-rules.

[iv] http://edr.state.fl.us/content/population-demographics/data/index-floridaproducts.cfm.

[v] https://www.census.gov/data.html

[vi] https://www.epa.gov/ejscreen

[vii] https://screeningtool.geoplatform.gov/en/