# Exhibit B

Menu

# Exhibit B

United States Environmental Protection Agency

Search EPA.gov

**NEPA**

Contact Us      Share

# Environmental Impact Statement (EIS) Database

The Environmental Impact Statement (EIS) Database provides information about EISs prepared by federal agencies, as well as EPA's comments concerning the EISs.

All EISs are filed with EPA, and EPA publishes a "Notice of Availability" each week in the Federal Register. The "Notice of Availability" is the start of the 45-day public comment period for Draft EISs. This notice is also the start of the 30-day "wait period" for Final EISs, in which agencies are generally required to wait 30 days before making a decision on a proposed action.

This database contains:

- Records of all EISs received by EPA since 1987
- EPA comment letters on EISs since 2001
- Electronic (PDF) versions of EISs received by EPA since October 2012

For questions regarding the project, the EIS, or the list of cooperating agencies (where applicable), please contact the lead agency directly.

# Open EISs and Recent Comment Letters

EISs filed during the previous week
EISs open for comment
EPA comments on EISs issued in the past 60 days

# Search the EIS database by:

### Title

EIS titles containing the following words or phrases. Including and/or creates a multiple word search.
Example: Mountain *and* Roadway.

### Federal Register Publication Date (mm/dd/yyyy)

From  01/01/2019   To  03/18/2022

### EPA Comment Letter Date (mm/dd/yyyy)

From              To

### Agency

USACE

### State or Territory

FL

### Only EISs with Comment Letters?

Check the box to search for EISs with EPA comment letters.

☐
*If all search criteria are left empty, all EIS records will be returned.

Reset     Search

Exporter : CSV| Excel| XML| HTML
18 items found, displaying all items.

| Title | Document | EPA Comment Letter Date | Federal Register Date ▼ | Agency | State | Download Documents |
|---|---|---|---|---|---|---|
| Lake Okeechobee Watershed Restoration Project Draft Revised Integrated Project Implementation Report and Environmental Impact Statement | Revised Draft | | 02/18/2022 | U.S. Army Corps of Engineers | FL | Download EIS |
| Port Everglades Harbor, Broward County, Florida | Second Draft Supplemental | | 02/04/2022 | U.S. Army Corps of Engineers | FL | Download EIS |
| Florida Keys Coastal Storm Risk Management Study Final Integrated Feasibility Report and Environmental Impact Statement | Final | | 08/27/2021 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |
| Port Everglades Harbor, Broward County, Florida | Draft Supplement | 02/01/2021 | 12/18/2020 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |

| Title | Document | EPA Comment Letter Date | Federal Register Date | Agency | State | Download Documents |
|---|---|---|---|---|---|---|
| Lake Okeechobee Watershed Restoration Project | Final | 09/28/2020 | 08/28/2020 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |
| Collier County Coastal Storm Risk Management Draft Integrated Feasibility Study and Environmental Impact Statement | Draft | | 07/31/2020 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |
| Combined Operational Plan | Final | 08/03/2020 | 07/02/2020 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |
| Florida Keys Coastal Storm Risk Management Report/Environmental Impact Statement | Draft | 08/10/2020 | 06/26/2020 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |

| Title | Document | EPA Comment Letter Date | Federal Register Date | Agency | State | Download Documents |
|---|---|---|---|---|---|---|
| Miami-Dade Back Bay Coastal Storm Risk Management Draft Integrated Feasibility Report and Programmatic Environmental Impact Statement | Draft | | 06/05/2020 | U.S. Army Corps of Engineers | FL | Download EIS  Download Comment Letters |
| Loxahatchee River Watershed Restoration Project Final Integrated Project Implementation Report and Environmental Impact Statement | Final | 03/04/2020 | 02/07/2020 | U.S. Army Corps of Engineers | FL | Download EIS  Download Comment Letters |
| Combined Operational Plan | Draft | 03/16/2020 | 01/31/2020 | U.S. Army Corps of Engineers | FL | Download EIS  Download Comment Letters |
| Central and Southern Florida, Everglades Agricultural Area (EAA), Florida | Final | 02/21/2020 | 01/24/2020 | U.S. Army Corps of Engineers | FL | Download EIS  Download Comment Letters |

| Title | Document | EPA Comment Letter Date | Federal Register Date | Agency | State | Download Documents |
|---|---|---|---|---|---|---|
| Gulf Coast Parkway | Final | 01/21/2020 | 12/20/2019 | Florida Department of Transportation | FL | Download EIS<br><br>Download Comment Letters |
| East Lake Tohopekaliga Drawdown and Habitat Enhancement | Final | 08/27/2019 | 08/02/2019 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |
| Lake Okeechobee Watershed Restoration Project Revised Draft Integrated Project Implementation Report and Environmental Impact Statement | Revised Draft | 08/27/2019 | 07/05/2019 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |
| Eagle LNG Partners Jacksonville, LLC Jacksonville Project | Final | 04/23/2019 | 04/19/2019 | Federal Energy Regulatory Commission | FL | Download EIS<br><br>Download Comment Letters |

| Title | Document | EPA Comment Letter Date | Federal Register Date▼ | Agency | State | Download Documents |
|---|---|---|---|---|---|---|
| East Lake Tohopekaliga Drawdown and Habitat Enhancement | Draft | 05/07/2019 | 04/12/2019 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |
| Loxahatchee River Watershed Restoration Plan Draft Integrated Project Implementation Report and Environmental Impact Statement | Draft | 05/01/2019 | 03/22/2019 | U.S. Army Corps of Engineers | FL | Download EIS<br><br>Download Comment Letters |

18 items found, displaying all items.
Exporter : CSV| Excel| XML| HTML

## Discover.

Accessibility

EPA Administrator

Budget & Performance

## Connect.

Data.gov

Inspector General

Jobs

## Ask.

Contact Us

Hotlines

FOIA Requests

Contracting

Grants

No FEAR Act Data

Privacy and Security

Newsroom

Open Government

Regulations.gov

Subscribe

USA.gov

White House

Frequent Questions

**Follow.**

LAST UPDATED ON MARCH 18, 2022