IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>　　　　Defendants. | Case No. 1:21-cv-0119 (RDM) |

### DEFENDANTS' UNOPPOSED MOTION FOR A CONTINUANCE OF STATUS CONFERENCE

Defendants move the Court for a continuance of the status conference currently scheduled for April 14, 2022 at 9:00 a.m., until the Court's earliest available date following April 18, 2022.

Pursuant to Local Civil Rule 7(m), Defendants have conferred with the other parties in this case and are authorized to represent that no party opposes this motion.

In support of this motion, Defendants state as follows.

1.　On April 1, 2022, the Court rescheduled a video status conference from April 18, 2022 at 3:00 p.m. to April 14, 2022 at 9:00 a.m., due to a conflict with Court's schedule.

2.　Counsel for Defendants both have preexisting out-of-town vacation plans on April 14, 2022 and respectfully request a brief continuance of the status conference to accommodate their scheduling conflicts.

3.　The following alternative dates have been agreed upon by all parties: April 19, April 20, April 21, and the morning of April 22, 2022.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 1, 2022 | /s/ Andrew S. Coghlan |
|  | ANDREW S. COGHLAN (CA Bar 313332) |
|  | Environmental Defense Section |
|  | P.O. Box 7611 |
|  | Washington, D.C. 20044-7611 |
|  | Tel: (202) 514-2191 |
|  | Fax: (202) 514-8865 |
|  | Email: andrew.coghlan@usdoj.gov |
|  |  |
|  | ALISON FINNEGAN (PA Bar 88519) |
|  | Wildlife & Marine Resources Section |
|  | P.O. Box 7611 |
|  | Washington, DC 20044-7611 |
|  | Tel: 202-305-0500 |
|  | Email: alison.c.finnegan@usdoj.gov |

*Attorneys for Defendants*

## Certificate of Service

I certify that on April 1, 2022, I filed the foregoing with the Court's CM/ECF system, which will notify each party.

/s/ Andrew S. Coghlan
ANDREW S. COGHLAN