# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR A CONTINUANCE OF STATUS CONFERENCE

Upon consideration of Defendants' Unopposed Motion for a Continuance of Status Conference, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**. It is further **ORDERED** that the video status conference currently scheduled for April 14, 2022 at 9:00 a.m., is **VACATED** and **RESCHEDULED** for April \_\_, 2022 at \_\_:\_\_.

SO ORDERED.

_____
RANDOLPH D. MOSS
United States District Judge