## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,
et al.,

      *Plaintiffs,*

v.                          Civil Action No.  1:21-cv-119 (RDM)

MICHAEL S. REGAN, et al.,

      *Defendants*.
_____/

## NOTICE OF APPEARANCE

Gary V. Perko hereby provides notice of his appearance on behalf of The Florida Chamber of Commerce ("Chamber") and the Association of Florida Community Developers ("AFCD"), in the above-styled action, and requests that all papers filed in this case be served on him.

Date:  April 18, 2022

                                              Respectfully submitted,

                                              */s/ Gary V. Perko*
                                              Gary V. Perko
                                              HOLTZMAN VOGEL BARAN
                                              TORCHINSKY & JOSEFIAK PLLC
                                              119 S. Monroe St., Suite 500
                                              Tallahassee, FL 32301
                                              Tel: (850) 391-0502
                                              gperko@holtzmanvogel.com

                                              *Counsel for the Chamber and AFCD*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on April 18, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>*/s/ Gary V. Perko*
>ATTORNEY