IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,
et al.,

    *Plaintiffs,*

v.                                               Civil Action No.  1:21-cv-119 (RDM)

MICHAEL S. REGAN, et al.,

    *Defendants.*
_____/

## NOTICE OF CHANGE OF ADDRESS

The Florida Chamber of Commerce ("Chamber") and the Association of Florida Community Developers ("AFCD") state that their undersigned counsel, Gary V. Perko, effective June 7, 2021, has changed their law firm and address from what is currently listed as record for this District.  Counsel's new firm and contact information are as follows:

        Holtzman Vogel Baran Torchinsky & Josefiak PLLC
        119 S. Monroe Street, Suite 500
        Tallahassee, FL 32301
        Phone: (850) 391-0502
        gperko@holtzmanvogel.com

Date:  April 18, 2022

        Respectfully submitted,

        */s/Gary V. Perko*
        Gary V. Perko
        HOLTZMAN VOGEL BARAN
        TORCHINSKY & JOSEFIAK PLLC
        119 S. Monroe St., Suite 500
        Tallahassee, FL 32301
        Tel: (850) 391-0502
        gperko@holtzmanvogel.com

        *Counsel for the Chamber and AFCD*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on April 18, 2022.

        */s/ Gary V. Perko*
        ATTORNEY