IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,
et al.,

      *Plaintiffs,*

v.                                  Civil Action No. 1:21-cv-119 (RDM)

MICHAEL S. REGAN, et al.,

      *Defendants.*
_____/

## NOTICE OF APPEARANCE

Edward M. Wenger hereby provides notice of his appearance on behalf of The Florida Chamber of Commerce ("Chamber") and the Association of Florida Community Developers ("AFCD"), in the above-styled action, and requests that all papers filed in this case be served on him.

Date: May 24, 2022

                                         Respectfully submitted,

                                         */s/ Edward M. Wenger*
                                         Edward M. Wenger (DC Bar No: 1001704)
                                         HOLTZMAN VOGEL BARAN TORCHINSKY
                                         & JOSEFIAK, PLLC
                                         2300 N Street NW, Suite 643A
                                         Washington, DC 20037
                                         202-737-8808
                                         emwenger@holtzmanvogel.com
                                         mfischer@holtzmanvogel.com

                                         *Counsel for the Chamber and AFCD*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on May 24, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Edward M. Wenger*
ATTORNEY