# Exhibit 1

From: Ana Correa <acorrea@earthjustice.org>
Sent: Wednesday, January 20, 2021 8:35 PM
To: Sawyers, Andrew <Sawyers.Andrew@epa.gov>
Cc: Wall, Tom <Wall.Tom@epa.gov>; Payne, James (Jim) <payne.james@epa.gov>; robert.anderson@sol.doi.gov
Subject: [Email 1 of 5] Request for Expedited Action: Ctr. for Biological Diversity, et al., v. Wheeler, No. 1:21-cv-119-RDM (D.D.C. Jan. 14, 2021)

Please see attached.

Email 1 of 5.

Ana C. Correa
*she/hers/ella*
Sr. Litigation Assistant
Florida Regional Office
4500 Biscayne Blvd. Ste 201
Miami, FL 33137
305-440-5433



*Because the earth needs a good lawyer*