### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | **CASE NO.** 1:21-cv-00119 (RDM) |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs, by and through undersigned counsel, respectfully move the Court for a one-week extension of the June 23, 2022, deadline to file their consolidated reply to the responses to Plaintiffs' supplemental briefing on redressability as to Claim 8. Min. Entry (Apr. 19, 2022); Dkt. 78, 82, 83, 84. Plaintiffs seek a brief extension to June 30, 2022, in light of a series of health-related challenges faced by different attorneys working on this matter. This includes a recent illness, an imminent medical leave, and lead counsel's need to isolate and care for her unvaccinated preschooler since her spouse contracted COVID-19 and the child has been excluded from summer camp because of the exposure. Plaintiffs' counsel has conferred with counsel for the Federal Defendants and for Florida who advise that they consent to the relief requested. As the Court has scheduled a hearing on this matter for July 22, 2022, Plaintiffs submit that the requested extension would not delay the proceeding. Plaintiffs therefore respectfully request that the motion be granted.

Dated: June 17, 2022

                              Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

* Appearing *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June 2022, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org