IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

**NOTICE OF FILING CERTIFIED INDEX
TO THE ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n)(1) and the Court's scheduling order of April 19, 2022, Defendants U.S. Army Corps of Engineers; Lt. Gen. Scott Spellman, in in his official capacity as Chief of Engineers and Commanding General of the U.S. Army Corps of Engineer; and Col. James Booth, in his official capacity as District Commander of the U.S. Army Corps of Engineers, Jacksonville District (collectively "the Corps") hereby file the attached certified index to the administrative record for the Corps action that is being challenged in this case.

Respectfully submitted,

Dated: June 29, 2022

*/s/ Andrew S. Coghlan*
ANDREW S. COGHLAN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-9275 (o)
(202) 532-3252 (m)
andrew.coghlan@usdoj.gov
Overnight delivery:
150 M Street, NE
WASHINGTON, D.C. 20002

1

**Certificate of Service**

    I certify that on June 29, 2022, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

                                                                         */s/Andrew S. Coghlan*
                                                                         ANDREW S. COGHLAN