IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br>          v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>    Defendants. | Case No. 1:21-cv-0119 (RDM) |

**CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

      I, Robert Barron, am a Program Manager for the U.S. Army Corps of Engineers, Jacksonville District Regulatory Division. I was the lead author of the Retained Waters List associated with the State of Florida's assumption of the Clean Water Act Section 404 permitting program in Florida. In that capacity, I was responsible for compiling the administrative record supporting the Retained Waters List. I certify to the best of my knowledge and belief that the materials listed in the attached index constitute the complete administrative record in support of the U.S. Army Corps of Engineers' August 5, 2020, Retained Waters List for purposes of the State of Florida's assumption of the Clean Water Act Section 404 program.

      In witness whereof, I have signed this statement on June 27, 2022, at Jacksonville, Florida.

BARRON.ROBERT.BRUCE.JR.1205237026
Digitally signed by BARRON.ROBERT.BRUCE.JR.1205237026
Date: 2022.06.27 12:49:17 -04'00'

Robert Barron
Program Manager
U.S. Army Corps of Engineers
Jacksonville District
Jacksonville, Florida