**U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD**
Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates - Begin | Date (YYYYMMDD) | From/Originator | To | Full Name | Attachment(s) |
|---|---|---|---|---|---|
| CORPS000001 | 19300707 | U.S. Army Corps of Engineers | | NAVIGATION STUDY (NAVSTUDY) Carrabelle Harbor | |
| CORPS000056 | 19690729 | U.S. Army Corps of Engineers | | 1965 Navigable Waters List | |
| CORPS000080 | 19720823 | U.S. Army Corps of Engineers | | NAVSTUDY Flint Mile 232 | |
| CORPS000166 | 19720823 | U.S. Army Corps of Engineers | | NAVSTUDY Flint River | |
| CORPS000247 | 19720925 | U.S. Army Corps of Engineers | | NAVSTUDY Wakulla River A on 62nd page | |
| CORPS000372 | 19720925 | U.S. Army Corps of Engineers | | NAVSTUDY Wakulla | |
| CORPS000469 | 19741224 | U.S. Army Corps of Engineers | | NAVSTUDY Ochlockonee | |
| CORPS000528 | 19750200 | U.S. Army Corps of Engineers | | NAVSTUDY St Johns on 187th page | |
| CORPS000766 | 19750300 | U.S. Army Corps of Engineers | | NAVSTUDY Kissimmee | |
| CORPS000826 | 19750300 | U.S. Army Corps of Engineers | | NAVSTUDY Nassau | |
| CORPS000846 | 19750327 | U.S. Army Corps of Engineers | | NAVSTUDY Leitner Creek | |
| CORPS000865 | 19750418 | U.S. Army Corps of Engineers | | NAVSTUDY Ochlockonee Lake - Talquin | |
| CORPS001039 | 19750500 | U.S. Army Corps of Engineers | | NAVSTUDY Waccasassa River Coastal Zone | |
| CORPS001058 | 19760100 | U.S. Army Corps of Engineers | | NAVSTUDY Saul Creek B | |
| CORPS001117 | 19760600 | U.S. Army Corps of Engineers | | NAVSTUDY Saint Marks River A | |
| CORPS001226 | 19760600 | U.S. Army Corps of Engineers | | NAVSTUDY St Marks | |
| CORPS001332 | 19760700 | U.S. Army Corps of Engineers | | NAVSTUDY Brothers | |
| CORPS001405 | 19771117 | U.S. Army Corps of Engineers | | NAVSTUDY Saint Marks River B | |

**U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD**
Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates - Begin | Date (YYYYMMDD) | From/Originator | To | Full Name | Attachment(s) |
|---|---|---|---|---|---|
| CORPS001515 | 19771117 | U.S. Army Corps of Engineers | | NAVSTUDY Saul Creek A | |
| CORPS001577 | 19850131 | U.S. Army Corps of Engineers | | NAVSTUDY Saul Creek | |
| CORPS001636 | 19850909 | U.S. Army Corps of Engineers | | NAVSTUDY Withlacoochee | |
| CORPS001792 | 19860606 | U.S. Army Corps of Engineers | | NAVSTUDY Suwannee | |
| CORPS001943 | 19860922 | U.S. Army Corps of Engineers | | NAVSTUDY Anclote | |
| CORPS002024 | 19860922 | U.S. Army Corps of Engineers | | NAVSTUDY Peace | |
| CORPS002214 | 19870304 | U.S. Army Corps of Engineers | | NAVSTUDY Ecofina | |
| CORPS002243 | 19870327 | U.S. Army Corps of Engineers | | NAVSTUDY Hillsborough | |
| CORPS002371 | 19870327 | U.S. Army Corps of Engineers | | NAVSTUDY Manatee River | |
| CORPS002598 | 19870900 | U.S. Army Corps of Engineers | | NAVSTUDY Aucilla | |
| CORPS002636 | 19880222 | U.S. Army Corps of Engineers | | NAVSTUDY Pithlachascotee | |
| CORPS002725 | 19881219 | U.S. Army Corps of Engineers | | NAVSTUDY St Marys | |
| CORPS002751 | 19890120 | U.S. Army Corps of Engineers | | NAVSTUDY St Lucie North Fork | |
| CORPS002769 | 19890328 | U.S. Army Corps of Engineers | | NAVSTUDY Brothers River A | |
| CORPS002842 | 19900522 | U.S. Army Corps of Engineers | | NAVSTUDY Fisheating | |
| CORPS002864 | 19920923 | U.S. Army Corps of Engineers | | NAVSTUDY Short Canal | |
| CORPS002971 | 19930504 | U.S. Army Corps of Engineers | | NAVSTUDY Fisheating Creek District Court | |
| CORPS002976 | 19930830 | U.S. Army Corps of Engineers | | NAVSTUDY Lake Tibet | |

Case 1:21-cv-00119-RDM   Document 86-2   Filed 06/29/22   Page 3 of 9

U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD
Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates - Begin | Date (YYYYMMDD) | From/Originator | To | Full Name | Attachment(s) |
|---|---|---|---|---|---|
| CORPS002982 | 19950920 | U.S. Army Corps of Engineers | | NAVSTUDY Fisheating Creek Circuit Court | |
| CORPS002987 | 20140925 | U.S. Army Corps of Engineers | | Jacksonville District Section 10 Waters | |
| CORPS002993 | 20170524 | EPA-National Advisory Council for Environmental Policy | | Assumable Waters Subcommittee Report | |
| CORPS003065 | 20170606 | Jim Vearil | Bob Barron | Email from Vearil to Barron re Lykes Bros v USACE Fisheating Creek navigability case | Knetsch, Preserving FL Public Lands (1998) |
| | | | | | Ansbacher and Knetsch, Public Trust Doctrine and Sovereignty Lands in FL (1989) |
| CORPS003112 | 20171003 | Tori White | Bob Barron | Email from White to Barron re Section 10 list update | |
| CORPS003114 | 20171005 | U.S. Army Corps of Engineers | | Supplement To Jacksonville District Section 10 Waters | |
| CORPS003131 | 20171128 | Bob Barron | Tori White, et al. | Email from Barron to White et al re Navigability Info needed for Panhandle | RE Florida panhandle Nav Studies this confirms my email contact info (UNCLASSIFIED).msg |
| CORPS003136 | 20180306 | Tori White | Bob Barron, et al. | Email from White to Barron et al re Brothers River | Brothers River Navigability Study |
| CORPS003210 | 20180319 | Tori White | | Public Notice re Determination of Navigable Waters | |
| CORPS003212 | 20180320 | Steve Currie | Florida Email Distribution List | Email re Public Notice - Florida Email Distribution List | |
| CORPS003214 | 20180320 | John Palmer | Special Interest Distribution List | Email re Public Notice - Special Interest Distribution List | |
| CORPS003216 | 20180322 | John Palmer | Steve Currie | Email from Palmer to Currie re Seminole Tribe Canoe Travel | |
| CORPS003219 | 20180322 | John Palmer | Steve Currie | Email from Palmer to Currie re SHPO Additional Canoe Travel Locations Response to Public Notice | Willoughby, Across the Everglades (1898) |
| | | | | | Gifford, The Everglades and Other Essays Relating to Southern Florida (1911) |

Case 1:21-cv-00119-RDM   Document 86-2   Filed 06/29/22   Page 4 of 9

U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD
Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates - Begin | Date (YYYYMMDD) | From/Originator | To | Full Name | Attachment(s) |
|---|---|---|---|---|---|
| CORPS003606 | 20180322 | John Palmer | Steve Currie | Email from Palmer to Currie re SHPO Additional Canoe Travel Locations Response to Public Notice | Wright, The Florida Everglades (1912) |
| CORPS003698 | 20180330 | Doug Alderson | U.S. Army Corps of Engineers | Email from FL-Office of Greenways and Trails to USACE re Updated Opportunity Paddling Trails Map | |
| CORPS003699 | 20180330 | Jeff Devine | U.S. Army Corps of Engineers | Email from WCIND to USACE re RWMS GIS Data | |
| CORPS003700 | 20180407 | Debra Fosaaen | U.S. Army Corps of Engineers | Email from Fosaaen to USACE re Response to Public Notice | |
| CORPS003701 | 20180408 | Rachel Herman | U.S. Army Corps of Engineers | Email from Sarasota County Government to USACE re Public Notice | |
| CORPS003703 | 20180410 | Alvin Lee | John Ferguson et al | Email from Lee to Ferguson et al re Kirk Email to Corps HQ re Jacksonville District Navigation Studies | |
| CORPS003705 | 20180410 | Steve Currie | Florida Email Distribution List | Email re Public Notice Terminating PN - Florida Email Distribution List | |
| CORPS003706 | 20180410 | Tori White | | Public Notice re Cessation of Public Comment Period | |
| CORPS003707 | 20180411 | Robert Burnes | U.S. Army Corps of Engineers | Email from Pinellas County to USACE re Public Notice | |
| CORPS003708 | 20180411 | Annie Wilkins | U.S. Army Corps of Engineers | Email from Wilkins to USACE re Boca Ciega Bay Aquatic Preserve Expansion | |
| CORPS003709 | 20180412 | Marj Lorand | U.S. Army Corps of Engineers | Email from Lorand to USACE re Response to Public Notice | Navigable Waters Public Comment |
| CORPS003711 | 20180415 | Sandra Chiappetta | U.S. Army Corps of Engineers | Email from Chiappetta to USACE re Public Notice | Shallow Bay Outlined |
| CORPS003713 | 20180416 | Cris Costello | U.S. Army Corps of Engineers | Email from Sierra Club to USACE re Public Notice | Sierra Club Letter to USACE 404 Issue |

4

**U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD**
Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates - Begin | Date (YYYYMMDD) | From/Originator | To | Full Name | Attachment(s) |
|---|---|---|---|---|---|
| | | | | | Public Notice Dated March 19, 2018 Determination of Navigability |
| | | | | | Public Notice Dated April 10, 2018 Cessation of Public Comment Period |
| | | | | | Short summary of the use of Florida waters for small scale commerce during the navigation era |
| | | | | | Draft Memorandum of Agreement between FDEP and the Corps |
| | | | | | Jacksonville District Section 10 Waters |
| | | | | | Jacksonville District Section 10 Waters_long list_2017 |
| | | | | | awsubcommitteefinalreport_05-2017 |
| CORPS003832 | 20180417 | Chris Farrell | U.S. Army Corps of Engineers | Email from Audubon Florida to USACE re Public Notice | Audubon FL comments on Navigable Waters |
| CORPS003835 | 20180418 | Jacki Lopez | U.S. Army Corps of Engineers | Email from Center for Biological Diversity to USACE re Public Notice | 404 assumption comments |
| CORPS003839 | 20180418 | Amber Crooks | U.S. Army Corps of Engineers | Email from Conservancy of Southwest Florida to USACE re Public Notice | 5 County area |
| | | | | | 515 Charlotte County Blueways |
| | | | | | Collier blueway overview |
| | | | | | Jacksonville District Section 10 Waters 6 page |
| | | | | | Jacksonville District Section 10 Waters 17 page 2017 |
| | | | | | Great Calusa Blueway |
| | | | | | 4-18-18 CSWFL letter re ACOE navigability |

U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD
Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates - Begin | Date (YYYYMMDD) | From/Originator | To | Full Name | Attachment(s) |
|---|---|---|---|---|---|
| CORPS003889 | 20180418 | Tania Galloni | U.S. Army Corps of Engineers | Email from EarthJustice to USACE re Public Notice | 2018 04 18 Public Comment Letter to USACE |
| | | | | | 2018 04 18 Exhibit 1: Waterkeeper Letter |
| | | | | | 2018 04 18 Exhibit 2: Florida Water Permitting Programs |
| | | | | | 2018 04 18 Exhibit 3: Editorial: The Rick Scott Record: An Environmental Disaster |
| | | | | | 2018 04 18 Exhibit 4: Scott's Undeclared Polluters' Holiday Stains Florida |
| | | | | | 2018 04 18 Exhibit 5: Editorial: Don't Let Florida Take Over Wetlands Permitting |
| | | | | | 2018 04 18 Exhibit 6: Commentary: Florida's Wetlands on the Eve of Destruction -- We Cannot Allow It |
| | | | | | 2018 04 18 Exhibit 7: Public Notice Seeking Input on Use of Waters for Navigation |
| | | | | | 2018 04 18 Exhibit 8: Public Notice Re Cessation of Public Comment Period |
| CORPS004054 | 20180418 | Gladys Delgadillo | U.S. Army Corps of Engineers | Email from Florida Conservation Coalition to USACE re Public Notice | FCC Comments on ACOE Update of Florida "Navigable" Waters List |
| CORPS004058 | 20180418 | Julie Dick | U.S. Army Corps of Engineers | Email from FKEF to USACE re Public Notice | Navigational Determination FKEF Letter to Corps 4-18-18 |
| | | | | | Ex. A - 2018 04 18 Public Comment Letter to USACE |
| CORPS004074 | 20180418 | Lisa Rinaman | U.S. Army Corps of Engineers | Email from Florida Waterkeepers to USACE re Public Notice | Florida Waterkeepers Navigability Corps Letter 4-18-18 |

Case 1:21-cv-00119-RDM   Document 86-2   Filed 06/29/22   Page 7 of 9

U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD
Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates - Begin | Date (YYYYMMDD) | From/Originator | To | Full Name | Attachment(s) |
|---|---|---|---|---|---|
| CORPS004077 | 20180418 | Tori White | Bob Barron | Email from White to Barron et al re Audubon Public Notice Comments | Audubon FL comments on Navigable Waters |
| CORPS004080 | 20180419 | Kelli Levy | U.S. Army Corps of Engineers | Email from Pinellas County to USACE re GIS Files | Pinellas County Navigable Waters |
| CORPS004082 | 20180618 | William James | Tori White | Email from James to White re Suspension of the Florida Navigability Study 18 May 18 | CG, USACE - Suspension of the Florida Navigability Study - 18 May 18 |
| CORPS004085 | 20180730 | R. D. James | USACE | Memorandum from ASA-CW to USACE re Clean Water Act Section 404(g) - Non-Assumable Waters | |
| CORPS004088 | 20180801 | Bob Barron | Alana Hoye | Email from Barron to Hoye re Section 10 waters with no location | Jim-Section 10 Waters NO MATCH FOUND |
| CORPS004091 | 20180801 | William James | USACE Regulatory and Major Subordinate Commands | Email from James to USACE Regulatory re Assumable Waters Subcommittee Final Report | EPA Assumption Regulations |
| CORPS004134 | 20180807 | Michael Wehr | USACE | Email from Wehr to USACE re DCG Notification for Assumable Waters | |
| CORPS004135 | 20180808 | Bob Barron | Alana Hoye et al. | Email from Barron to Hoye et al re Location of Dunns Creek and Lake Cresent | SAJN 004 |
| CORPS004137 | 20180824 | Jennifer Moyer | Alvin Lee et al | Email from Moyer to Lee et al re Request MFR for DCW 1 Sep Commitment Terms | |
| CORPS004138 | 20180827 | Diana Holland | Director of Civil Works | Memorandum from SAD re CWA 404 MOA Resolution | |
| CORPS004139 | 20180917 | Bob Barron | Jim Vearil | Email from Barron to Vearil re Canoe Creek location | Canoe Creek |
| | | | | | Canoe Creek-CHANNEL |
| | | | | | Earth Point Topo Map |
| CORPS004141 | 20180917 | Jim Vearil | Bob Barron | Email from Vearil to Barron re Canoe Creek location | SFWMD row works of the district |

Case 1:21-cv-00119-RDM   Document 86-2   Filed 06/29/22   Page 8 of 9

U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD
Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates - Begin | Date (YYYYMMDD) | From/Originator | To | Full Name | Attachment(s) |
|---|---|---|---|---|---|
| CORPS004162 | 20180918 | Bob Barron | Clif Payne | Email from Barron to Payne re Clear Creek Confirmed in Escambia County | Clear Creek |
| CORPS004164 | 20180918 | Clif Payne | Bob Barron | Email from Payne to Barron re Clear Creek Confirmed in Escambia County | |
| CORPS004165 | 20180921 | Bob Barron | Heather Mason | Email from USACE to FDEP re Retained Waters List as of 21 Sep | 20180921-RetainedWatersList.pdf |
| | | | | | 20180921-RetainedWatersList.docx |
| CORPS004174 | 20180925 | Bob Barron | Heather Mason | Email from USACE to FDEP re Retained Waters List as of 21 Sep | 20180921-pdf-RetainedWatersList.docx |
| CORPS004179 | 20180927 | Heather Mason | Bob Barron | Email from FDEP to USACE re Retained Waters List as of 21 Sep | |
| CORPS004181 | 20180928 | Bob Barron | Heather Mason | Email from USACE to FDEP re Retained Waters List - Copy | |
| CORPS004184 | 20181001 | Bob Barron | Heather Mason | Email from USACE to FDEP re Retained Waters List as of 1 Oct | 20181001-RetainedWatersList.docx |
| CORPS004189 | 20181004 | Bob Barron | Heather Mason | Email from USACE to FDEP re Retained Waters List as of 4 Oct | 20181004-RetainedWatersList.docx |
| CORPS004194 | 20181018 | Bob Barron | Jon Griffin et al. | Email from Barron to Griffin et al re Location of Crooked Creek | |
| CORPS004196 | 20181018 | Bob Barron | Jon Griffin et al. | Email from Barron to Griffin et al re Location of Wrights and Moores Creek | |
| CORPS004198 | 20181018 | Bob Barron | Jon Griffin et al. | Email from Barron to Griffin et al re Location of Wrights Creek | Wrights Creek Holmes County |
| CORPS004201 | 20181018 | Bob Barron | Alana Hoye | Email from Barron to Hoye re Section 10 waters that couldn't be located | 20181018-MFR-NotFounds.docx |
| | | | | | 20181018-NotFounds.kmz |
| CORPS004205 | 20181018 | Bob Barron | Robin Moore | Email from Barron to Moore re Location of Wrights Creek | Wrights Creek Holmes County |
| CORPS004207 | 20181018 | Bob Barron | Alisa Zarbo | Email from Barron to Zarbo re Location of Moores Creek | |

Case 1:21-cv-00119-RDM   Document 86-2   Filed 06/29/22   Page 9 of 9

U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD
Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates - Begin | Date (YYYYMMDD) | From/Originator | To | Full Name | Attachment(s) |
|---|---|---|---|---|---|
| CORPS004209 | 20181018 | Edgar Garcia | Bob Barron et al. | Email from Garcia to Barron et al re Location of Ward Lake | |
| CORPS004211 | 20181018 | Jon Griffin | Tori White | Email from Griffin to White re Location of Crooked Creek | |
| CORPS004212 | 20181018 | Jon Griffin | Tori White | Email from Griffin to White re Location of Moores Creek | |
| CORPS004213 | 20181018 | Jon Griffin | Tori White | Email from Griffin to White re Location of Wrights Creek | |
| CORPS004214 | 20181018 | Robin Moore | Bob Barron | Email from Moore to Barron re Location of Wrights Creek | Wright's Creek Location |
| CORPS004217 | 20181018 | Edward Sarfert | Tori White et al. | Email from Sarfert to White et al re Location of Wrights Creek | |
| CORPS004218 | 20181018 | Tori White | Regulatory Division | Email from White to CESAJ Regulatory re Section 10 waters that couldn't be located | 20181018-MFR-NotFounds.docx |
| | | | | | 20181018-NotFounds.kmz |
| CORPS004222 | 20181018 | Tori White | Alisa Zarbo | Email from White to Zarbo re Location of Moores Creek | |
| CORPS004224 | 20181018 | Alisa Zarbo | Bob Barron | Email from Zarbo to Barron re Location of Moores Creek | |
| CORPS004225 | 20181018 | Alisa Zarbo | Tori White et al. | Email from Zarbo to White et al re Location of Moores Creek | |
| CORPS004227 | 20181113 | Bob Barron | | Memorandum for Record re GIS Edits Historic | |
| CORPS004254 | 20190305 | Bob Barron | | Memorandum for Record re GIS Edits Multi-Checks | |
| CORPS004301 | 20190823 | Bob Barron | Heather Mason | Email from USACE to DEP re 23 Aug edit of 24 Oct Retained Waters List for Ochlokonee River | 20190823-EditOf-20181024-RetainedWatersListforOchlockonee |
| CORPS004307 | 20200805 | Noah Valenstein, R.D. James | | Memorandum of Agreement between FDEP and Dept of the Army | |