# Exhibit 2

# Ana Correa

| | |
|---|---|
| **From:** | Sawyers, Andrew <sawyers.andrew@epa.gov> |
| **Sent:** | Wednesday, January 20, 2021 8:46 PM |
| **To:** | Ana Correa |
| **Subject:** | Read: [Email 1 of 5] Request for Expedited Action: Ctr. for Biological Diversity, et al., v. Wheeler, No. 1:21-cv-119-RDM (D.D.C. Jan. 14, 2021) |
| **Attachments:** | ATT00001 |

Your message

  To: Sawyers, Andrew
  Subject: [Email 1 of 5] Request for Expedited Action: Ctr. for Biological Diversity, et al., v. Wheeler, No. 1:21-cv-119-RDM (D.D.C. Jan. 14, 2021)
  Sent: Wednesday, January 20, 2021 8:35:01 PM (UTC-05:00) Eastern Time (US & Canada)

 was read on Wednesday, January 20, 2021 8:46:25 PM (UTC-05:00) Eastern Time (US & Canada).

1

# Ana Correa

| | |
|---|---|
| **From:** | Wall, Tom <wall.tom@epa.gov> |
| **Sent:** | Wednesday, January 20, 2021 8:52 PM |
| **To:** | Ana Correa |
| **Subject:** | Read: [Email 1 of 5] Request for Expedited Action: Ctr. for Biological Diversity, et al., v. Wheeler, No. 1:21-cv-119-RDM (D.D.C. Jan. 14, 2021) |
| **Attachments:** | ATT00001 |

Your message

　To: Wall, Tom
　Subject: [Email 1 of 5] Request for Expedited Action: Ctr. for Biological Diversity, et al., v. Wheeler, No. 1:21-cv-119-RDM (D.D.C. Jan. 14, 2021)
　Sent: Wednesday, January 20, 2021 8:35:01 PM (UTC-05:00) Eastern Time (US & Canada)

 was read on Wednesday, January 20, 2021 8:51:41 PM (UTC-05:00) Eastern Time (US & Canada).

1

# Ana Correa

| | |
|---|---|
| **From:** | Payne, James (Jim) <payne.james@epa.gov> |
| **Sent:** | Wednesday, January 20, 2021 9:13 PM |
| **To:** | Ana Correa |
| **Subject:** | Read: [Email 1 of 5] Request for Expedited Action: Ctr. for Biological Diversity, et al., v. Wheeler, No. 1:21-cv-119-RDM (D.D.C. Jan. 14, 2021) |
| **Attachments:** | ATT00001 |

Your message

  To: Payne, James (Jim)
  Subject: [Email 1 of 5] Request for Expedited Action: Ctr. for Biological Diversity, et al., v. Wheeler, No. 1:21-cv-119-RDM (D.D.C. Jan. 14, 2021)
  Sent: Wednesday, January 20, 2021 7:35:01 PM (UTC-06:00) Central Time (US & Canada)

 was read on Wednesday, January 20, 2021 8:13:25 PM (UTC-06:00) Central Time (US & Canada).