IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

NOTICE OF FILING CERTIFIED INDEX
TO THE SECOND AMENDED ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1) and the Court's scheduling order of April 19, 2022, Defendant U.S. Environmental Protection Agency ("EPA") hereby files the attached certified index to the second amended administrative record for the EPA action that is being challenged in this case.

Dated: July 18, 2022

Respectfully submitted,

/s/ Alison C. Finnegan
ALISON C. FINNEGAN (PA Bar 88519)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
Email: alison.c.finnegan@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 18, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                                                                      /s/ Alison C. Finnegan