**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, *et al.* )<br><br>Defendants. ) | Civil Action No. 21-cv-119 (RDM) |

**CERTIFIED INDEX TO THE SECOND AMENDED ADMINISTRATIVE RECORD**

I, Jeaneanne Gettle, am the Director of the Water Division for the U.S. Environmental Protection Agency (EPA), Region 4. I certify to the best of my knowledge and belief and based on the representations of my staff that the materials listed in the attached index constitute the complete administrative record in support of the decisions by EPA that are challenged in the Amended Complaint.

In witness whereof, I have signed this statement on July 13, 2022 at Decatur, GA.

JEANEANNE GETTLE
Digitally signed by JEANEANNE GETTLE
Date: 2022.07.13 21:36:25 -04'00'

Jeaneanne M. Gettle,
Director, Water Division
U.S. Environmental Protection Agency,
Region 4, Atlanta, Georgia