# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>                    Plaintiffs,<br><br>          v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>                    Defendants. | Case No. 1:21-cv-0119 (RDM) |

## NOTICE OF FILING CERTIFIED INDEX
## TO THE ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1) and the Court's scheduling order of April 19, 2022, Defendants, the U.S. Fish and Wildlife Service ("the Service"); Martha Williams, in her official capacity as Director of the Service; and Leopoldo Miranda-Castro, in his official capacity as Regional Director for the Service, hereby file the attached certified index to the administrative record for the Service's action that is being challenged in this case.

Dated: July 18, 2022                             Respectfully submitted,

/s/ Alison C. Finnegan
ALISON C. FINNEGAN (PA Bar 88519)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
Email: alison.c.finnegan@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Alison C. Finnegan