U.S. FISH AND WILDLIFE SERVICE ADMINISTRATIVE RECORD

Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| Bates Number | Date | To | From | File Name: YYYYMMDD_author_file_description.pdf |
|---|---|---|---|---|
| FWS-000001 | 12/12/219 | FDEP | EPA | 20191212_EPA_ltr_designating_FDEP_nonfed_rep_ESA_consult |
| FWS-000003 | 12/13/2019 | DOI, DOC | EPA | 20191213_EPA_ltr_informing_USFWS_USACE_FDEP_nonfed_rep_statusESA_consult |
| FWS-000004 | 12/20/2019 | DOI, DOC, FDEP | Bettencourt, DOI | 20191220_DOI_coord_FDEP_USACE_EPA_state_404_application_process |
| FWS-000006 | 12/26/2019 | Rauschenberger, FWS | Duncan, FDEP | 20191226_FDEP_draft_state_404_rule_62-331 |
| FWS-000007 | 12/26/2019 | | | 20191226_FDEP_draft_state_404_rule_62-331_attach1 |
| FWS-000011 | 12/26/2019 | | | 20191226_FDEP_draft_state_404_rule_62-331_attach2 |
| FWS-000069 | 12/26/2019 | | | 20191226_FDEP_draft_state_404_rule_62-331_attach3 |
| FWS-000111 | 12/26/2019 | | | 20191226_FDEP_draft_state_404_rule_62-331_attach4 |
| FWS-000112 | 12/26/2019 | | | 20191226_FDEP_draft_state_404_rule_62-331_attach5 |
| FWS-000113 | 1/23/2020 | Truitt and Armour, FDEP | Williams, FWS | 20200123_USFWS_email_FDEP_discuss_develop_draft_FDEP_BA |
| FWS-000117 | 1/24/2020 | Mason (FDEP), et al., | Bettencourt, DOI | 20200124_USFWS_email_DOI_EPA_FDEP_discuss_FL404_applic_process_ESA_consult |
| FWS-000119 | 1/29/2020 | Dziergowski, FWS | Duncan, FDEP | 20200129_USFWS_email_advice_FDEP_drafting_biological_assessment |
| FWS-000122 | 1/29/2020 | | | 20200129_USFWS_email_advice_FDEP_drafting_biological_assessment_20191205_doc |
| FWS-000129 | 2/11/2020 | Dohner, GHD Consultants | Rauschenberger, FWS | 20200211_USFWS_email_GHDconsultants_to_FDEP_BO_BE_examples |
| FWS-000130 | 2/11/2020 | | | 20200211_USFWS_email_GHDconsultants_to_FDEP_BO_BE_examples_R4_BO_template |
| FWS-000173 | 2/11/2020 | | | 20200211_USFWS_email_GHDconsultants_to_FDEP_BO_BE_examples_USFWS_BO_EPA316b_2ndCirCt |
| FWS-000247 | 2/19/2020 | Mason (FDEP), et al., | Rauschenberger, FWS | 20200219_FDEP_email_proposed_state_404_rule |
| FWS-000249 | 2/25/2020 | Herrington (FWS) et al. | Mason (FDEP), et al., | 20200225_FDEP_email_tranm_FDEP_draft_biological_assessment_v1 |
| FWS-000250 | 2/25/2020 | | | 20200225_FDEP_email_tranm_FDEP_draft_biological_assessment_v1_BA_pdf |
| FWS-000520 | 2/27/2020 | Rauschenberger, FWS | Duncan, FDEP | 20200227_FDEP_email_draft_MOAs_FDEP_EPA_Corps_MOAs |
| FWS-000521 | 2/27/2020 | | | 20200227_FDEP_email_draft_MOAs_FDEP_EPA_Corps_CorpsMOA |
| FWS-000529 | 2/27/2020 | | | 20200227_FDEP_email_draft_MOAs_FDEP_EPA_Corps_EPA_MOA |
| FWS-000543 | 3/3/2020 | Rauschenberger, FWS | Duncan, FDEP | 20200303_USFWS_email_discuss_biological_assessment_terminology_FDEP |

| | | | | |
|---|---|---|---|---|
| FWS-000545 | 3/6/2020 | Rauschenberger, FWS | Duncan, FDEP | 20200306_FDEP_email_draft_FDEP_FWC_USFWS_MOU_species_coord |
| FWS-000546 | 3/6/2020 | | | 20200306_FDEP_email_draft_FDEP_FWC_USFWS_MOU_species_coord_attach1 |
| FWS-000555 | 3/6/2020 | | | 20200306_FDEP_email_draft_FDEP_FWC_USFWS_MOU_species_coord_attach2 |
| FWS-000560 | 3/17/2020 | Rauschenberger, FWS | Duncan, FDEP | 20200317_FDEP_draft_stressor_table_BA_contents |
| FWS-000561 | 3/17/2020 | | | 20200317_FDEP_draft_stressor_table_BA_contents_attach1 |
| FWS-000609 | 3/18/2020 | Duncan, FDEP | Rauschenberger, FWS | 20200318_USFWS_comments_FDEP_draft_stressor_table_BA_contents |
| FWS-000611 | 3/21/2020 | | | 20200321_FDEP_email_discuss_BA_EPA_screening |
| FWS-000612 | 3/21/2020 | | | 20200321_FDEP_email_discuss_BA_EPA_screening_attach1 |
| FWS-000615 | 3/21/2020 | Rauschenberger, FWS, et al. | Duncan, FDEP | 20200321_FDEP_email_discuss_BA_terminology |
| FWS-000617 | 3/21/2020 | | | 20200321_FDEP_email_discuss_BA_terminology_attach1 |
| FWS-000619 | 3/24/2020 | Duncan, FDEP, et al. | Tawes, FWS | 20200324_USFWS_email_transm_comments_FDEP_biological_assessment_v1 |
| FWS-000620 | 3/24/2020 | | | 20200324_USFWS_email_transm_comments_FDEP_biological_assessment_v1_attachment_draft_BA |
| FWS-000714 | 3/24/2020 | | | 20200324_USFWS_email_transm_comments_FDEP_biological_assessment_v1_attachment_EPA_screen |
| FWS-000719 | 3/25/2020 | Rauschenberger, FWS, et al. | Duncan, FDEP | 20200325_FDEP_draft_flowchart_USFWS_comments |
| FWS-000721 | 3/25/2020 | | | 20200325_FDEP_draft_flowchart_USFWS_comments_attach1 |
| FWS-000722 | 3/27/2020 | Rauschenberger, FWS, et al. | Duncan, FDEP | 20200327_FDEP_email_discuss_epa_screening |
| FWS-000723 | 3/27/2020 | | | 20200327_FDEP_email_discuss_epa_screening_attach1 |
| FWS-000728 | 3/30/2020 | Duncan, FDEP | Rauschenberger, FWS, et al. | 20200330_USFWS_comments_FDEP_drafft_species_coord_process |
| FWS-000731 | 3/30/2020 | | | 20200330_USFWS_comments_FDEP_drafft_species_coord_process_attach1 |
| FWS-000737 | 3/31/2020 | | | 20200331_USFWS_addedcomments_FDEP_drafft_species_coord_process_attach1 |
| FWS-000747 | 3/31/2020 | | | 20200331_USFWS_addedcomments_FDEP_drafft_species_coord_process_attach2 |

U.S. FISH AND WILDLIFE SERVICE ADMINISTRATIVE RECORD

Center for Biological Diversity, et al. v EPA, et al., Case No. 21-cv-0119 (RDM)

| | | | | |
|---|---|---|---|---|
| FWS-000748 | 3/31/2020 | | | 20200331_USFWS_addedcomments_FDEP_drafft_species_coord_process_attach3 |
| FWS-000749 | 3/31/2020 | Duncan, FDEP, et al. | Rauschenberger, FWS | 20200331_USFWS_addedcomments_FDEP_draft_species_coord_process |
| FWS-000752 | 4/1/2020 | Rauschenberger, FWS, et al. | Duncan, FDEP | 20200401_FDEP_draft_avoidance_minimization_measures |
| FWS-000753 | 4/1/2020 | | | 20200401_FDEP_draft_avoidance_minimization_measures_attach1 |
| FWS-000760 | 4/28/2020 | Herrington (FWS) et al. | Mason (FDEP), et al., | 20200428_FDEP_1email_transm_draft_biological_assessment_v2 |
| FWS-000761 | 4/28/2020 | | | 20200428_FDEP_draft_biological_assessment_v2 |
| FWS-001052 | 5/21/2020 | | | 20200521_EPA_FR_notice_request_comments_404g_ESA_consult_policy |
| FWS-001055 | 5/28/2020 | Duncan, FDEP | Tawes, FWS | 20200528_FWS_1email_transm_comments_draft_FDEP_BA_v2 |
| FWS-001056 | 5/28/2020 | | | 20200528_FWS_comments_draft_FDEP_BA_v2 |
| FWS-001362 | 6/18/2020 | Rauschenberger, FWS | Duncan, FDEP | 20200618_FDEP_email_transm_draft_biological_assessment_v3.0 |
| FWS-001363 | 6/18/2020 | | | 20200618_FDEP_email_transm_draft_biological_assessment_v3.0_attach |
| FWS-001870 | 7/1/2020 | Duncan, FDEP | Rauschenberger, FWS | 20200701_USFWS_email_to_FDEP_1USFWScomments_draft_FDEP_BAv3_MOU_ |
| FWS-001871 | 7/1/2020 | | | 20200701_USFWS_email_to_FDEP_Attachement_USFWS_comments_BAv3 |
| FWS-002175 | 7/1/2020 | | | 20200701_USFWS_email_to_FDEP_Attachement_USFWS_comments_MOU |
| FWS-002187 | 8/7/2020 | | | 20200807_FDEP_ltr_EPA_req_assum_404 |
| FWS-002188 | 8/11/2020 | Walsh and Hinzman,FWS | Tawes, FWS | 20200811_FDEP_state_404_trng_USFWS_invite_materials |
| FWS-002193 | 8/11/2020 | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_40cfr120 |
| FWS-002198 | 8/11/2020 | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-330_1 |
| FWS-002353 | 8/11/2020 | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-330_2 |
| FWS-002526 | 8/11/2020 | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-330_3 |
| FWS-002540 | 8/11/2020 | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-331_404handbook |
| FWS-002602 | 8/11/2020 | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-331_adoptedRule |
| FWS-002681 | 8/11/2020 | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_FDEP_FWC_USFWS_MOU |

| | | | | |
|---|---|---|---|---|
| FWS-002694 | 8/11/2020 | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_FDEPSHPO |
| FWS-002711 | 8/11/2020 | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_FS373 |
| FWS-002713 | 8/17/2020 | | | 20200817_FDEP_staff_trng_indiv_gen_permits |
| FWS-002715 | 8/17/2020 | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_app_404 |
| FWS-002725 | 8/17/2020 | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_app_sec_d |
| FWS-002736 | 8/17/2020 | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_app_singlefam |
| FWS-002741 | 8/17/2020 | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_app_wetlands |
| FWS-002751 | 8/17/2020 | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_exempt_rule |
| FWS-002756 | 8/19/2020 | Rauschenberger, FWS | Duncan, FDEP | 20200819_FDEP_email_to_USFWS_re_404_app_submitted_to_EPA |
| FWS-002759 | 8/19/2020 | | | 20200819_FDEP_email_to_USFWS_re_404_attachment_DeSantis |
| FWS-002760 | 8/19/2020 | | | 20200819_FDEP_email_to_USFWS_re_404_attachment_Ortel |
| FWS-002877 | 8/20/2020 | | | 20200820_FDEP404_app_package_coverpage |
| FWS-002879 | 8/20/2020 | | | 20200820_FDEP404_app_package_DEP_ARMY_MOA1 |
| FWS-002888 | 8/20/2020 | | | 20200820_FDEP404_app_package_EPA_MOA_signed |
| FWS-002902 | 8/20/2020 | | | 20200820_FDEP404_app_package_FDEP_Sec_ltr |
| FWS-002903 | 8/20/2020 | | | 20200820_FDEP404_app_package_Final_GC_Statement_signed |
| FWS-002915 | 8/20/2020 | | | 20200820_FDEP404_app_package_Governor_ltr |
| FWS-002916 | 8/20/2020 | | | 20200820_FDEP404_app_package_Program Description_bates_FWS-002916 --This record must be opened directly from the file folder. The names and order of documents in file folder match this index. |
| FWS-003386 | 8/20/2020 | | | 20200820_FDEP404_app_package_State_ Statutes_Regs_bates_FWS-003386 -- This record must be opened directly from the file folder. The names and order of documents in file folder match this index. |
| FWS-005604 | 8/28/2020 | DeSantis, Florida Gov | Walker, EPA | 20200828_EPA_USFWS_email_attach_EPA_ltr_to_GovFL_complete_FDEP_package |
| FWS-005606 | 8/28/2020 | McGill, EPA | Skipwith, FWS | 20200828_EPA_USFWS_email_EPA_rcvd_complete_FDEP_package |
| FWS-005608 | 9/2/2020 | Miranda, FWS | Gettle, EPA | 20200902_EPA_s7_consultation_request_ltr |
| FWS-005610 | 9/2/2020 | | | 20200902_EPA_s7_consultation_request_ltr_attach_BioEval |
| FWS-005907 | 9/17/2020 | Duncan, FDEP | Rauschenberger, FWS | 20200917_FDEP_email_string_USFWS_FWC_FDEP_staff_404_trng |
| FWS-005910 | 9/17/2020 | | | 20200917_FDEP_email_string_USFWS_FWC_FDEP_staff_404_trng_attach_listed_spp_coord |
| FWS-005955 | 9/23/2020 | Duncan, FDEP | Rauschenberger, FWS | 20200923_USFWS_email_comments_FDEP_staff_trng |
| FWS-005957 | 9/28/2020 | Skipwith, FWS | Gettle, EPA | 20200928_EPA_ltr_to_USFWS_completeFDEP404_Application |

| | | | | |
|---|---|---|---|---|
| FWS-005960 | 9/28/2020 | Mason (FDEP), Rauschenberger (FWS) et al. | Duncan, FDEP | 20200928_FDEP_email_trng_state_staff_endangered_species_coordination |
| FWS-005961 | 9/28/2020 | | | 20200928_FDEP_email_trng_state_staff_endangered_species_coordination_attach_elev_procedures |
| FWS-005962 | 9/28/2020 | | | 20200928_FDEP_email_trng_state_staff_endangered_species_coordination_attach_flowcharts |
| FWS-005966 | 9/28/2020 | | | 20200928_FDEP_email_trng_state_staff_endangered_species_coordination_attach_listed_spp_ppt |
| FWS-006012 | 9/28/2020 | Goff (FDEP), et al. | Rauschenberger, FWS | 20200928_USFWS_email_comments_State_trng_endangered_species_coord |
| FWS-006015 | 11/16/2020 | USFWS, FDEP, FWC | USFWS, FDEP, FWC | 20201116_USFWS_FDEP_FWC_MOU_appen2_final_USFWS_404BiOp |
| FWS-006028 | 11/17/2020 | | | 20201117_USFWS final biological opinion on potential approval of FL 404 assumption |
| FWS-006116 | 11/17/2020 | | | 20201117_USFWS_lit_cited_compilation_USFWS_BiOp_FL_404 |
| FWS-006143 | 11/19/2020 | Gettle, EPA | Tawes, FWS | 20201119_USFWS final biological opinion on potential approval of FL 404 assum_transm_ltr |