**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | |
| v. | **CASE NO.** 1:21-cv-00119 (RDM) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

<u>**JOINT MOTION TO MODIFY ADMINISTRATIVE RECORD DEADLINES**</u>

The parties, by and through undersigned counsel, respectfully submit this Joint Motion to Modify Administrative Record Deadlines set by the Court's April 19, 2022, minute entry order. In accordance with that order, the Federal Defendants lodged the administrative records by July 18, 2022.  Dkt. 86, 89, 90.  In addition to the EPA administrative record, the administrative records produced by USFWS and the Corps total more than 10,000 pages.  Plaintiffs and Intervenors are currently due to bring any concerns to the Federal Defendants' attention by August 1, 2022.  Min. Entry (Apr. 19, 2022).  In order to provide the parties with sufficient time to review these documents, attempt to resolve any disputes relating to the contents of the administrative records, and address remaining issues, if any, with the Court, the parties respectfully request that the schedule be modified as follows:

- Plaintiffs/Intervenors notify Federal Defendants of any record issues by 9/1/2022;

- Federal Defendants respond to Plaintiffs/Intervenors by 9/16/2022;

- Any agreement to add to the record(s) to be filed by Federal Defendants by 9/30/2022;

1

- If no (or only partial) agreement, Plaintiffs/Intervenors file motions challenging adequacy of the record(s) by 10/7/2022;

- Federal Defendants' Response to motions due by 11/4/2022;

- Plaintiffs'/Intervenors' Reply due by 11/14/2022;

- Status conference with the Court (currently set for 10/21/2022) to be rescheduled subject to the Court's availability the week of 11/14/2022.

Dated: July 26, 2022                                    Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for the Plaintiffs*

*Admitted pro hac vice

/s/ Andrew S. Coghlan
ANDREW S. COGHLAN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202)514-9275 (o)
(202)532-3252 (m)
andrew.coghlan@usdoj.gov

ALISON C. FINNEGAN (PA Bar 88519)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
alison.c.finnegan@usdoj.gov

*Counsel for the Federal Defendants*

/s/ Jeffrey H. Wood
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com

Lily N. Chinn (DC Bar No. 979919)
101 California Street
San Francisco, CA 94111
Phone: (415) 291-6200
lily.chinn@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
Harrison Reback (TX Bar No. 24012897)
(pro hac vice)
910 Louisiana Street
Houston, TX 77002-4995
Phone: (713) 229-1234
aaron.streett@bakerbotts.com
harrison.reback@bakerbotts.com

*Counsel for the Intervenors*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July 2022, I electronically filed the foregoing

document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org