IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>      Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER GRANTING JOINT MOTION
TO MODIFY ADMINISTRATIVE RECORD DEADLINES**

Upon consideration of the parties' Joint Motion To Modify Administrative Record Deadlines, it is hereby **ORDERED** that the motion (Dkt. \_\_\_\_) is **GRANTED**. The schedule for remaining administrative record deadlines in this matter are modified as follows:

- Plaintiffs/Intervenors notify Federal Defendants of any record issues by 9/1/2022;
- Federal Defendants respond to Plaintiffs/Intervenors by 9/16/2022;
- Any agreement to add to the record(s) to be filed by Federal Defendants by 9/30/2022;
- If no (or only partial) agreement, Plaintiffs/Intervenors file motions challenging adequacy of the record(s) by 10/7/2022;
- Federal Defendants' Response to motions due by 11/4/2022;
- Plaintiffs'/Intervenors' Reply due by 11/14/2022.

**IT IS FURTHER ORDERED** that the video status conference currently scheduled for 10/21/2022 at 10:00AM is hereby **VACATED** and **RESCHEDULED** for 11/\_\_\_/2022, at \_\_\_:\_\_\_.

**IT IS SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge