# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | **CASE NO.** 1:21-cv-00119 (RDM) |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

## UNOPPOSED MOTION TO MODIFY ADMINISTRATIVE RECORD DEADLINES

Plaintiffs, by and through undersigned counsel, respectfully move the Court for a modification of the remaining administrative record deadlines set by the Court's July 27, 2022, minute entry order (Dkt. 91). This modification is necessitated to allow the parties one additional week to work to resolve record issues before the deadline to file motions challenging the adequacy of the record. Plaintiffs have conferred with counsel for the Federal Defendants and Florida who advise that they consent to this request and the deadlines specified below.

Plaintiffs therefore respectfully request that the schedule be modified as follows:

- Plaintiffs/Intervenors file any motions challenging adequacy of the record(s) by 10/14/2022;
- Federal Defendants' file their response to any motion by 11/14/2022; and
- Plaintiffs'/Intervenors' file replies by 11/21/2022.

As the Court has scheduled a hearing on this matter for November 22, 2022 (Dkt. 91), Plaintiffs submit that the requested extension should not delay the proceeding. If the Court

1

prefers to reschedule the hearing, Plaintiffs request for it to be rescheduled subject to the Court's availability on November 28, November 29, or November 30, 2022. Plaintiffs therefore respectfully request that the motion be granted.

Dated: October 5, 2022

                Respectfully submitted,

                /s/ Tania Galloni
                TANIA GALLONI*
                Fla. Bar No. 619221
                CHRISTINA I. REICHERT*
                Fla. Bar No. 0114257
                Earthjustice
                4500 Biscayne Blvd., Ste 201
                Miami, FL 33137
                T: 305-440-5432
                F: 850-681-0020
                tgalloni@earthjustice.org
                creichert@earthjustice.org

                /s/ Bonnie Malloy
                BONNIE MALLOY*
                Fla. Bar No. 86109
                Earthjustice
                111 S. Martin Luther King Jr. Blvd
                Tallahassee, FL 32301
                T: 850-681-0031
                F: 850-681-0020
                bmalloy@earthjustice.org

                /s/ Anna Sewell
                ANNA SEWELL
                D.C. Bar No. 241861
                Earthjustice
                1001 G St., Ste 1000
                Washington, DC 20001
                T: 202-667-4500
                asewell@earthjustice.org

                *Counsel for Plaintiffs*

                * Appearing *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October 2022, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

                    Respectfully submitted,

                    /s/ Tania Galloni
                    TANIA GALLONI
                    Fla. Bar No. 619221
                    Earthjustice
                    4500 Biscayne Blvd., Ste 201
                    Miami, FL 33137
                    T: 305-440-5432
                    F: 850-681-0020
                    tgalloni@earthjustice.org