## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MODIFY ADMINISTRATIVE RECORD DEADLINES**

Upon consideration of the Plaintiffs' Unopposed Motion To Modify Administrative Record Deadlines, it is hereby **ORDERED** that the motion (Dkt. ____ ) is **GRANTED**. The schedule for remaining administrative record deadlines in this matter are modified as follows:

- Plaintiffs/Intervenors file motions challenging adequacy of the record(s), if any, by 10/14/2022;

- Federal Defendants' file their response to any motion by 11/14/2022; and

- Plaintiffs'/Intervenors' file replies by 11/21/2022.

**IT IS SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge