IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 1:21-cv-0119 (RDM) |

## CERTIFICATION OF REVISED ADMINISTRATIVE RECORD

I, R. Heath Rauschenberger, state as follows:

1. I am the Regional Section 7 Coordinator within the Division of Environmental Review of the South Atlantic-Gulf and Mississippi Basin Office of the U.S. Fish and Wildlife Service (FWS) within the Department of Interior. This regional office developed and signed the November 17, 2020, Biological Opinion on the U.S. Environmental Protection Agency's Approval of FDEP's Assumption of the Administration of the Dredge and Fill Permitting Program under Section 404 of the Clean Water Act. As such, I am the custodian of the administrative record for FWS's agency action challenged in this case, and I was responsible for ensuring that the administrative record was properly compiled.

2. Based on my official knowledge and information, I hereby certify that the materials listed on the attached index constitute the complete administrative record in support of the FWS's November 17, 2020, Biological Opinion on the U.S. Environmental Protection Agency's

Approval of FDEP's Assumption of the Administration of the Dredge and Fill Permitting Program under Section 404 of the Clean Water Act.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of October 2022.

_____
R. Heath Rauschenberger, Regional Section 7 Coordinator
Division of Environmental Review
South Atlantic-Gulf and Mississippi Basin
U. S. Fish and Wildlife Service