| Bates Number | Date | To | From | Document # on 10/12/2022 Final AR list | File Name: YYYYMMDD_author_file_description.pdf |
|---|---|---|---|---|---|
| FWS-000001 | 12/12/219 | FDEP | EPA | | 20191212_EPA_ltr_designating_FDEP_nonfed_rep_ESA_consult |
| FWS-000003 | 12/13/2019 | DOI, DOC | EPA | | 20191213_EPA_ltr_informing_USFWS_USACE_FDEP_nonfed_rep_statusESA_consult |
| FWS-000004 | 12/20/2019 | DOI, DOC, FDEP | Bettencourt, DOI | | 20191220_DOI_coord_FDEP_USACE_EPA_state_404_application_process |
| FWS-000006 | 12/26/2019 | Rauschenberger, FWS | Duncan, FDEP | | 20191226_FDEP_draft_state_404_rule_62-331 |
| FWS-000007 | 12/26/2019 | | | | 20191226_FDEP_draft_state_404_rule_62-331_attach1 |
| FWS-000011 | 12/26/2019 | | | | 20191226_FDEP_draft_state_404_rule_62-331_attach2 |
| FWS-000069 | 12/26/2019 | | | | 20191226_FDEP_draft_state_404_rule_62-331_attach3 |
| FWS-000111 | 12/26/2019 | | | | 20191226_FDEP_draft_state_404_rule_62-331_attach4 |
| FWS-000112 | 12/26/2019 | | | | 20191226_FDEP_draft_state_404_rule_62-331_attach5 |
| FWS-000113 | 1/23/2020 | Truitt and Armour, FDEP | Williams, FWS | | 20200123_USFWS_email_FDEP_discuss_develop_draft_FDEP_BA |
| FWS-000117 | 1/24/2020 | Mason (FDEP), et al., | Bettencourt, DOI | | 20200124_USFWS_email_DOI_EPA_FDEP_discuss_FL404_applic_process_ESA_consult |
| FWS-000119 | 1/29/2020 | Dziergowski, FWS | Duncan, FDEP | | 20200129_USFWS_email_advice_FDEP_drafting_biological_assessment |
| FWS-000122 | 1/29/2020 | | | | 20200129_USFWS_email_advice_FDEP_drafting_biological_assessment_20191205_doc |
| FWS-000129 | 2/11/2020 | Dohner, GHD Consultants | Rauschenberger, FWS | | 20200211_USFWS_email_GHDconsultants_to_FDEP_BO_BE_examples |
| FWS-000130 | 2/11/2020 | | | | 20200211_USFWS_email_GHDconsultants_to_FDEP_BO_BE_examples_R4_BO_template |
| FWS-000173 | 2/11/2020 | | | | 20200211_USFWS_email_GHDconsultants_to_FDEP_BO_BE_examples_USFWS_BO_EPA316b_2ndCirCt |
| FWS-000247 | 2/19/2020 | Mason (FDEP), et al., | Rauschenberger, FWS | | 20200219_FDEP_email_proposed_state_404_rule |
| FWS-000249 | 2/25/2020 | Herrington (FWS) et al. | Mason (FDEP), et al., | | 20200225_FDEP_email_tranm_FDEP_draft_biological_assessment_v1 |
| FWS-000250 | 2/25/2020 | | | | 20200225_FDEP_email_tranm_FDEP_draft_biological_assessment_v1_BA pdf |
| FWS-000520 | 2/27/2020 | Rauschenberger, FWS | Duncan, FDEP | | 20200227_FDEP_email_draft_MOAs_FDEP_EPA_Corps_MOAs |
| FWS-000521 | 2/27/2020 | | | | 20200227_FDEP_email_draft_MOAs_FDEP_EPA_Corps_CorpsMOA |
| FWS-000529 | 2/27/2020 | | | | 20200227_FDEP_email_draft_MOAs_FDEP_EPA_Corps_EPA_MOA |
| FWS-000543 | 3/3/2020 | Rauschenberger, FWS | Duncan, FDEP | | 20200303_USFWS_email_discuss_biological_assessment_terminology_FDEP |
| FWS-000545 | 3/6/2020 | Rauschenberger, FWS | Duncan, FDEP | | 20200306_FDEP_email_draft_FDEP_FWC_USFWS_MOU_species_coord |
| FWS-000546 | 3/6/2020 | | | | 20200306_FDEP_email_draft_FDEP_FWC_USFWS_MOU_species_coord_attach1 |
| FWS-000555 | 3/6/2020 | | | | 20200306_FDEP_email_draft_FDEP_FWC_USFWS_MOU_species_coord_attach2 |
| FWS-000560 | 3/17/2020 | Rauschenberger, FWS | Duncan, FDEP | | 20200317_FDEP_draft_stressor_table_BA_contents |
| FWS-000561 | 3/17/2020 | | | | 20200317_FDEP_draft_stressor_table_BA_contents_attach1 |
| FWS-000609 | 3/18/2020 | Duncan, FDEP | Rauschenberger, FWS | | 20200318_USFWS_comments_FDEP_draft_stressor_table_BA_contents |

| Bates | Date | From | To | CC | Filename |
|---|---|---|---|---|---|
| FWS-000611 | 3/21/2020 | | | | 20200321_FDEP_email_discuss_BA_EPA_screening |
| FWS-000612 | 3/21/2020 | | | | 20200321_FDEP_email_discuss_BA_EPA_screening_attach1 |
| FWS-000615 | 3/21/2020 | Rauschenberger, FWS, et al. | Duncan, FDEP | | 20200321_FDEP_email_discuss_BA_terminology |
| FWS-000617 | 3/21/2020 | | | | 20200321_FDEP_email_discuss_BA_terminology_attach1 |
| FWS-000619 | 3/24/2020 | Duncan, FDEP, et al. | Tawes, FWS | | 20200324_USFWS_email_transm_comments_FDEP_biological_assessment_v1 |
| FWS-000620 | 3/24/2020 | | | | 20200324_USFWS_email_transm_comments_FDEP_biological_assessment_v1_attachment_draft_BA |
| FWS-000714 | 3/24/2020 | | | | 20200324_USFWS_email_transm_comments_FDEP_biological_assessment_v1_attachment_EPA_screen |
| FWS-000719 | 3/25/2020 | Rauschenberger, FWS, et al. | Duncan, FDEP | | 20200325_FDEP_draft_flowchart_USFWS_comments |
| FWS-000721 | 3/25/2020 | | | | 20200325_FDEP_draft_flowchart_USFWS_comments_attach1 |
| FWS-000722 | 3/27/2020 | Rauschenberger, FWS, et al. | Duncan, FDEP | | 20200327_FDEP_email_discuss_epa_screening |
| FWS-000723 | 3/27/2020 | | | | 20200327_FDEP_email_discuss_epa_screening_attach1 |
| FWS-000728 | 3/30/2020 | Duncan, FDEP | Rauschenberger, FWS, et al. | | 20200330_USFWS_comments_FDEP_drafft_species_coord_process |
| FWS-000731 | 3/30/2020 | | | | 20200330_USFWS_comments_FDEP_drafft_species_coord_process_attach1 |
| FWS-000737 | 3/31/2020 | | | | 20200331_USFWS_addedcomments_FDEP_drafft_species_coord_process_attach1 |
| FWS-000747 | 3/31/2020 | | | | 20200331_USFWS_addedcomments_FDEP_drafft_species_coord_process_attach2 |
| FWS-000748 | 3/31/2020 | | | | 20200331_USFWS_addedcomments_FDEP_drafft_species_coord_process_attach3 |
| FWS-000749 | 3/31/2020 | Duncan, FDEP, et al. | Rauschenberger, FWS | | 20200331_USFWS_addedcomments_FDEP_draft_species_coord_process |
| FWS-000752 | 4/1/2020 | Rauschenberger, FWS, et al. | Duncan, FDEP | | 20200401_FDEP_draft_avoidance_minimization_measures |
| FWS-000753 | 4/1/2020 | | | | 20200401_FDEP_draft_avoidance_minimization_measures_attach1 |
| FWS-000760 | 4/28/2020 | Herrington (FWS) et al. | Mason (FDEP), et al., | | 20200428_FDEP_1email_transm_draft_biological_assessment_v2 |
| FWS-000761 | 4/28/2020 | | | | 20200428_FDEP_draft_biological_assessment_v2 |
| FWS-001052 | 5/21/2020 | | | | 20200521_EPA_FR_notice_request_comments_404g_ESA_consult_policy |
| FWS-001055 | 5/28/2020 | Duncan, FDEP | Tawes, FWS | | 20200528_FWS_1email_transm_comments_draft_FDEP_BA_v2 |
| FWS-001056 | 5/28/2020 | | | | 20200528_FWS_comments_draft_FDEP_BA_v2 |
| FWS-001362 | 6/18/2020 | Rauschenberger, FWS | Duncan, FDEP | | 20200618_FDEP_email_transm_draft_biological_assessment_v3.0 |
| FWS-001363 | 6/18/2020 | | | | 20200618_FDEP_email_transm_draft_biological_assessment_v3.0_attach |
| FWS-001870 | 7/1/2020 | Duncan, FDEP | Rauschenberger, FWS | | 20200701_USFWS_email_to_FDEP_1USFWScomments_draft_FDEP_BAv3_MOU |
| FWS-001871 | 7/1/2020 | | | | 20200701_USFWS_email_to_FDEP_Attachement_USFWS_comments_BAv3 |

| Bates | Date | From | To | CC | Filename |
|---|---|---|---|---|---|
| FWS-002175 | 7/1/2020 | | | | 20200701_USFWS_email_to_FDEP_Attachement_USFWS_comments_MOU |
| FWS-002187 | 8/7/2020 | | | | 20200807_FDEP_ltr_EPA_req_assum_404 |
| FWS-002188 | 8/11/2020 | Walsh and Hinzman,FWS | Tawes, FWS | | 20200811_FDEP_state_404_trng_USFWS_invite_materials |
| FWS-002193 | 8/11/2020 | | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_40cfr120 |
| FWS-002198 | 8/11/2020 | | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-330_1 |
| FWS-002353 | 8/11/2020 | | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-330_2 |
| FWS-002526 | 8/11/2020 | | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-330_3 |
| FWS-002540 | 8/11/2020 | | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-331_404handbook |
| FWS-002602 | 8/11/2020 | | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_62-331_adoptedRule |
| FWS-002681 | 8/11/2020 | | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_FDEP_FWC_USFWS_MOU |
| FWS-002694 | 8/11/2020 | | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_FDEPSHPO |
| FWS-002711 | 8/11/2020 | | | | 20200811_FDEP_state_404_trng_USFWS_invite_materials_FS373 |
| FWS-002713 | 8/17/2020 | | | | 20200817_FDEP_staff_trng_indiv_gen_permits |
| FWS-002715 | 8/17/2020 | | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_app_404 |
| FWS-002725 | 8/17/2020 | | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_app_sec_d |
| FWS-002736 | 8/17/2020 | | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_app_singlefam |
| FWS-002741 | 8/17/2020 | | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_app_wetlands |
| FWS-002751 | 8/17/2020 | | | | 20200817_FDEP_staff_trng_indiv_gen_permits_attach_exempt_rule |
| FWS-002756 | 8/19/2020 | Rauschenberger, FWS | Duncan, FDEP | | 20200819_FDEP_email_to_USFWS_re_404_app_submitted_to_EPA |
| FWS-002759 | 8/19/2020 | | | | 20200819_FDEP_email_to_USFWS_re_404_attachment_DeSantis |
| FWS-002760 | 8/19/2020 | | | | 20200819_FDEP_email_to_USFWS_re_404_attachment_Ortel |
| FWS-002877 | 8/20/2020 | | | | 20200820_FDEP404_app_package_coverpage |
| FWS-002879 | 8/20/2020 | | | | 20200820_FDEP404_app_package_DEP_ARMY_MOA1 |
| FWS-002888 | 8/20/2020 | | | | 20200820_FDEP404_app_package_EPA_MOA_signed |
| FWS-002902 | 8/20/2020 | | | | 20200820_FDEP404_app_package_FDEP_Sec_ltr |
| FWS-002903 | 8/20/2020 | | | | 20200820_FDEP404_app_package_Final_GC_Statement_signed |
| FWS-002915 | 8/20/2020 | | | | 20200820_FDEP404_app_package_Governor_ltr |
| FWS-002916 | 8/20/2020 | | | | 20200820_FDEP404_app_package_Program Description_bates_FWS-002916 --This record must be opened directly from the file folder. The names and order of documents in file folder match this index. |
| FWS-003386 | 8/20/2020 | | | | 20200820_FDEP404_app_package_State_ Statutes_Regs_bates_FWS-003386 -- This record must be opened directly from the file folder. The names and order of documents in file folder match this index. |
| FWS-005604 | 8/28/2020 | DeSantis, Florida Gov | Walker, EPA | | 20200828_EPA_USFWS_email_attach_EPA_ltr_to_GovFL_complete_FDEP_package |
| FWS-005606 | 8/28/2020 | McGill, EPA | Skipwith, FWS | | 20200828_EPA_USFWS_email_EPA_rcvd_complete_FDEP_package |
| FWS-005608 | 9/2/2020 | Miranda, FWS | Gettle, EPA | | 20200902_EPA_s7_consultation_request_ltr |
| FWS-005610 | 9/2/2020 | | | | 20200902_EPA_s7_consultation_request_ltr_attach_BioEval |
| FWS-005907 | 9/17/2020 | Duncan, FDEP | Rauschenberger, FWS | | 20200917_FDEP_email_string_USFWS_FWC_FDEP_staff_404_trng |

| | | | | | |
|---|---|---|---|---|---|
| FWS-005910 | 9/17/2020 | | | | 20200917_FDEP_email_string_USFWS_FWC_FDEP_staff_404_trng_attach_listed_spp_coord |
| FWS-005955 | 9/23/2020 | Duncan, FDEP | Rauschenberger, FWS | | 20200923_USFWS_email_comments_FDEP_staff_trng |
| FWS-005957 | 9/28/2020 | Skipwith, FWS | Gettle, EPA | | 20200928_EPA_ltr_to_USFWS_completeFDEP404_Application |
| FWS-005960 | 9/28/2020 | Mason (FDEP), Rauschenberger (FWS) et al. | Duncan, FDEP | | 20200928_FDEP_email_trng_state_staff_endangered_species_coordinati on |
| FWS-005961 | 9/28/2020 | | | | 20200928_FDEP_email_trng_state_staff_endangered_species_coordinati on_attach_elev_procedures |
| FWS-005962 | 9/28/2020 | | | | 20200928_FDEP_email_trng_state_staff_endangered_species_coordinati on_attach_flowcharts |
| FWS-005966 | 9/28/2020 | | | | 20200928_FDEP_email_trng_state_staff_endangered_species_coordinati on_attach_listed_spp_ppt |
| FWS-006012 | 9/28/2020 | Goff (FDEP), et al. | Rauschenberger, FWS | | 20200928_USFWS_email_comments_State_trng_endangered_species_co ord |
| FWS-006015 | 11/16/2020 | USFWS, FDEP, FWC | USFWS, FDEP, FWC | | 20201116_USFWS_FDEP_FWC_MOU_appen2_final_USFWS_404BiOp |
| FWS-006028 | 11/17/2020 | | | | 20201117_USFWS final biological opinion on potential approval of FL 404 assumption |
| FWS-006116 | 11/17/2020 | | | | 20201117_USFWS_lit_cited_compilation_USFWS_BiOp_FL_404 |
| FWS-006143 | 11/19/2020 | Gettle, EPA | Tawes, FWS | | 20201119_USFWS final biological opinion on potential approval of FL 404 assum_transm_ltr |
| FWS-006144 | 6/25/2018 | New Jersey-USFWS | New Jersey-USFWS | 74 | NJ MOA |
| FWS-006166 | 11/9/2011 | Michigan-USFWS | Michigan-USFWS | 73 | Hyperlink(EPA_404 Program MOA - November 2011 [Michigan] |
| FWS-006174 | 12/20/2019 | Tawes/USFWS | Arnold/USFWS | 77 | FL Assumption Intro |
| FWS-006176 | 12/20/2019 | Ziewitz/USFWS | Tawes/USFWS | 78 | Florida 404 Assumption PHASE 1- Intro/Kick Off |
| FWS-006179 | 1/2/2020 | Tawes/USFWS | Myers | 79 | Myers to Tawes Transmitting 2001 MOA |
| FWS-006181 | 1/2/2020 | Tawes/USFWS | Myers | 79a | 2001 MOA |
| FWS-006197 | 1/24/2020 | Phillips | Miranda | 80 | FL Assumption Intro |
| FWS-006201 | 2/11/2020 | USFWS | EPA | 81 | 316b ESA Biological Evaluation_v3 June 18 2013 |
| FWS-006432 | 2/11/2020 | EPA | USFWS | 82 (105a) | Final Biological Opinion re_ EPA Final Rule - Cooling Water Intakes - May 19, 2014.pdf |
| FWS-006523 | 2/19/2020 | Tawes/USFWS | Rauschenberger | 83 | State 404 Program Notices of Proposed Rule published |
| FWS-006527 | 2/21/2020 | Phillips | Tawes | 84 | State of Florida 404 Assumption Update |
| FWS-006530 | 2/27/2020 | EPA | FDEP | 85 | DEP White Summary White Paper |
| FWS-006532 | 2/27/2020 | EPA | FDEP | 86 | DEP White Paper |
| FWS-006555 | 3/16/2020 | EPA | NMFS | 87 | Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion Reissuance of National Pollutant Discharge Elimination System General Permit AKG524000 for Offshore Seafood Processors in Alaska |
| FWS-006639 | 3/27/2020 | Rauschenberger | Duncan, FDEP | 90 | DOI_EPA_screening_DRAFT_03.21.2 020_DOIFWS_ano nauthor |
| FWS-006640 | 3/27/2020 | Tawes et al | Rauschenberger | 91 | DOI_EPA_screening_DRAFT_03.21.2 020_DOIFWS_ano nauthor |

| | | | | | |
|---|---|---|---|---|---|
| FWS-006647 | 4/15/2020 | FDEP | NMFS | 94 | FL CWA 404 Assumptions NMFS Letter Final.pdf |
| FWS-006649 | 4/23/2020 | Duncan | Rauschenberger | 95 | terminology for adverse impact |
| FWS-006652 | 4/23/2020 | Duncan | Rauschenberger | 95a | attachment |
| FWS-006745 | 4/23/2020 | Duncan | Rauschenberger | 96 | terminology for adverse impact |
| FWS-006752 | 4/23/2020 | Duncan | Rauschenberger | 96a | attachment: Effects of the Acton on ESA-listed speciea |
| FWS-006806 | 5/5/2020 | Herrington (FWS) et al. | tawes | 97 | Circle up Later Today Regarding 404 Assumption (with attachment) |
| FWS-006810 | 5/21/2020 | duncan | rauschenberger | 98 | a question |
| FWS-006816 | 6/17/2020 | rauschenberger | Duncan, FDEP | 100 | Draft_3.0_06.17.2020 without track changes.pdf |
| FWS-006817 | 6/24/2020 | tawes | Williams, FWS | 101 | question about waiver of review regarding 404 permits |
| FWS-006819 | 6/24/2020 | tawes | Williams, FWS | 101a | attached draft EPA MOA as of 9-18-18 |
| FWS-006832 | 8/30/2020 | McGill, EPA | Skipwith, FWS | 102 | transmittal of letter regarding Florida's request to assume |
| FWS-006834 | 12/18/2019 | Duncan | Rauschenberger | 104 | additional example of how EPA and FWS have dealt with a programmatic BA/BO |
| FWS-006835 | 12/18/2019 | Duncan | Rauschenberger | 104a | attached 104a_20191218_2018_316B_bo_2nd_dist_coolingwater |
| FWS-006909 | 1/17/2020 | Duncan | Rauschenberger | 105 | 20200117_Heath_premeeting advice_federal to state program assumption ESA consultation |
| FWS-006911 | 1/17/2020 | Duncan | Rauschenberger | 105a2 | 105a2_20200117_316b ESA Formal Consultation Request 061813 |
| FWS-006915 | 1/17/2020 | Duncan | Rauschenberger | 105a3 | 105a3_20200117_316b ESA Formal Consultation Request 061813 (1) |
| FWS-006919 | 6/17/2020 | duncan | rauschenberger | 106 | Re: [EXTERC56:F137NAL] Draft_Listed Species Coordination_07162020.docx |
| FWS-006924 | 1/29/2020 | Tawes | Myers, et al | "Notes" - 118 | 118_20200129 FDEP SOL FWS Call Notes FL 404 HR Edits (1) |