IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

NOTICE OF FILING CERTIFIED INDEX TO THE
U.S. ARMY CORPS OF ENGINEERS' REVISED ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1), Defendant United States Army Corps of Engineers ("the Corps") hereby files the attached certified index to the amended administrative record for the Corps action at issue in this case.

Dated: November 1, 2022

Respectfully submitted,

/s/ Andrew S. Coghlan
ANDREW S. COGHLAN (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-514-9275
Email: andrew.coghlan@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Andrew S. Coghlan