IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

NOTICE OF FILING CERTIFIED INDEX TO THE
U.S. ENVIRONMENTAL PROTECTION AGENCY'S REVISED
ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1), Defendant United States Environmental Protection Agency ("EPA") hereby files the attached certified index to the third amended administrative record for the EPA actions at issue in this case.

Dated: November 1, 2022

Respectfully submitted,

/s/ Andrew S. Coghlan
ANDREW S. COGHLAN (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-514-9275
Email: andrew.coghlan@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Andrew S. Coghlan