UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | |
| UNITED STATES ENVIRONMENTAL ) PROTECTION AGENCY, *et al.* ) | Civil Action No. 21-cv-119 (RDM) |
| Defendants. ) | |

**CERTIFIED INDEX TO THE THIRD AMENDED ADMINISTRATIVE RECORD**

I, Denisse D. Diaz, am the Acting Director of the Water Division for the U.S. Environmental Protection Agency, Region 4. I certify to the best of my knowledge and belief and based on the representations of my staff that the materials listed in the attached index constitute the complete administrative record in support of the decisions by EPA that are challenged in the Amended Complaint.

Document ID No. EPA-HQ-OW-2018-0640-0664 is included in the record for the limited purpose of addressing Claim 11 in light of EPA's ongoing efforts to reassess its no effect determination. EPA acknowledges that post-decisional documents are not usually part of an administrative record. EPA would further reserve its right to cite or rely on these documents at the appropriate time in defense of Claim 5.

In witness whereof, I have signed this statement on November 1, 2022, at Atlanta, GA.

DENISSE DIAZ
Digitally signed by DENISSE DIAZ
Date: 2022.11.01 11:38:00 -04'00'

Denisse D. Diaz, Acting Director
Water Division
U.S. Environmental Protection Agency, Region 4
Atlanta, Georgia