IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.* <br><br> Defendants. | Case No. 1:21-cv-0119 (RDM) |

JOINT STATUS REPORT

Pursuant to the Court's Order of October 17, 2022, Plaintiffs, Defendants, and Defendant-Intervenors (collectively the "Parties") file this Joint Status Report.

The Parties met and conferred to discuss case management by telephone on November 4 and 10, 2022. The Parties agree that the Court's disposition of Claim Eight may affect the substance and/or timing of their merits briefs on Plaintiffs' remaining claims. The Parties therefore respectfully request the opportunity to propose a case management order (or proposed orders, if they are unable to agree on briefing format and deadlines) following the Court's entry of a decision on Claim Eight. The Parties further request that any order entered on Claim Eight direct the parties to submit the proposed case management order (or orders) within 14 days of the Court's order.

The Parties also respectfully submit that the Status Conference, currently scheduled for November 22, 2022, can be taken off calendar.

Dated: November 15, 2022                                        Respectfully submitted,

FOR FEDERAL DEFENDANTS

/s/ Andrew S. Coghlan
ANDREW S. COGHLAN (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-514-9275
Email: andrew.coghlan@usdoj.gov

ALISON FINNEGAN (PA Bar 88519)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
Email: alison.c.finnegan@usdoj.gov


FOR PLAINTIFFS

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861

Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

\* Appearing *pro hac vice*

FOR DEFENDANT-INTERVENORS

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
Baker Botts L.L.P.
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com

Lily N. Chinn (DC Bar No. 979919)
101 California Street
San Francisco, CA 94111
Phone: (415) 291-6200
lily.chinn@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
Harrison Reback (TX Bar No. 24012897)
(*pro hac vice*)
910 Louisiana Street
Houston, TX 77002-4995
Phone: (713) 229-1234
aaron.streett@bakerbotts.com
harrison.reback@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Andrew S. Coghlan