IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-119 (RDM) |

**JOINT MOTION FOR SCHEDULING ORDER**

The parties, by and through undersigned counsel, respectfully move the Court for entry of a summary judgment briefing schedule. Following the Court's October 17, 2022, hearing regarding supplemental briefing on the cross-motions for partial summary judgment on Claim Eight of Plaintiffs' Complaint, the Court entered a minute order instructing the parties to submit a status report by November 15, 2022. In the status report (Dkt. 96), the parties requested the opportunity to propose a case management order (or proposed orders, if unable to agree on briefing format and deadlines) following the Court's entry of a decision on Claim Eight, given that the ruling may affect the substance and/or timing of their briefs on the remaining claims.

The parties have since conferred (on December 21, 2022, and again on January 19, 2023) and they are prepared to move forward with summary judgment briefing. Plaintiffs are concerned about the potential permitting of projects that they believe will harm their interests and are prepared to file their motion by February 28, 2023. The parties have reached agreement on a proposed timetable and enlargement of page limits. The parties therefore respectfully submit that the Court enter a scheduling order as follows:

| Filing | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | February 28, 2023 | 70 |
| Defendants' Response / Cross-Motion for Summary Judgment | April 26, 2023 | 70 |
| Intervenors' Response / Cross-Motion for Summary Judgment | May 10, 2023 | 50[1] |
| Plaintiffs' Consolidated Reply / Response to Defendants' and Intervenors' Motions for Summary Judgment | June 9, 2023 | 100 consolidated filing (alternatively two 50-page filings) |
| Defendants' Reply | June 30, 2023 | 40 |
| Intervenors' Reply | July 7, 2023 | 30 |
| Plaintiffs' Sur-Reply[2] | July 14, 2023 | 40 consolidated filing |

In light of the number and complexity of the issues presented, the parties also submit that the Court would benefit from oral argument following the conclusion of briefing.

Dated: January 30, 2023

Respectfully submitted,

FOR PLAINTIFFS

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

---

[1] Intervenors retain the right to request an enlargement of pages if necessary to address the issues without duplicating arguments presented by the Federal Defendants.

[2] Defendants and Intervenors take no position on Plaintiffs' request for a Sur-Reply.

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

* Appearing *pro hac vice*

FOR FEDERAL DEFENDANTS

/s/
ANDREW S. COGHLAN (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-514-9275
Email: andrew.coghlan@usdoj.gov

ALISON FINNEGAN (PA Bar 88519)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
Email: alison.c.finnegan@usdoj.gov

FOR DEFENDANT-INTERVENORS

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
Baker Botts L.L.P.
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700

jeff.wood@bakerbotts.com

Lily N. Chinn (DC Bar No. 979919)
101 California Street
San Francisco, CA 94111
Phone: (415) 291-6200
lily.chinn@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
Harrison Reback (TX Bar No. 24012897)
(*pro hac vice*)
910 Louisiana Street
Houston, TX 77002-4995
Phone: (713) 229-1234
aaron.streett@bakerbotts.com
harrison.reback@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Tania Galloni
TANIA GALLONI
