IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
|---|---|
| Plaintiffs, | |
| v. | CASE NO. 1:21-cv-00119 (RDM) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER

Upon consideration of the Joint Motion for a Scheduling Order (Dkt. \_\_\_\_), it is hereby

**ORDERED** that the motion is **GRANTED**. The Court enters the following scheduling order:

| Filing | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | February 28, 2023 | 70 |
| Defendants' Response / Cross-Motion for Summary Judgment | April 26, 2023 | 70 |
| Intervenors' Response / Cross-Motion for Summary Judgment | May 10, 2023 | 50 |
| Plaintiffs' Consolidated Reply / Response to Defendants' and Intervenors' Motions for Summary Judgment | June 9, 2023 | 100 consolidated filing (alternatively two 50-page filings) |
| Defendants' Reply | June 30, 2023 | 40 |
| Intervenors' Reply | July 7, 2023 | 30 |
| [Plaintiffs' Sur-Reply] | July 14, 2023 | 40 consolidated filing |

1

**IT IS FURTHER ORDERED** that oral argument on the Motion and Cross-Motions for Summary Judgment will be held on _____.

**IT IS SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge