IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**DECLARATION OF ELIZABETH H. FLEMING**

I, Elizabeth H. Fleming, hereby declare as follows:

1. I am a resident of St. Petersburg, Florida, and a member of Defenders of Wildlife ("Defenders"). As a member of Defenders, I rely on the organization to represent my interests in protecting all native wild animals and plants in their natural communities, including from two of the most serious environmental threats to the planet: the accelerating rate of extinction of species and associated loss of biological diversity, and habitat alteration and destruction. Florida panthers and sea turtles are particular passions of mine and I am grateful for the work that Defenders does to protect them in my native state.

2. I attended Tufts University in Massachusetts from 1983 to 1987 and graduated *magna cum laude* with a degree in political science and a minor in biology. I had designed a curriculum that allowed me to take graduate courses and undertake independent studies on the environment.  In 2002, I returned to St. Petersburg, Florida.

1

**Membership and Work with Defenders of Wildlife**

3. I began working for Defenders as the Florida Representative in 2004 and became the Senior Florida Representative in 2012. As a member of Defenders and a Florida, protecting the Florida panther and sea turtles is an ongoing and important part of my professional life and my personal interests.

4. Founded in 1947, Defenders is a national non-profit conservation organization focused solely on wildlife and habitat conservation and the safeguarding of biodiversity with a mission to protect all native animals and plants in their natural communities. The organization protects and restores imperiled species throughout North America by transforming policies and institutions and by promoting innovative solutions informed by scientific, legal, and policy expertise, hands-on wildlife management experience, and effective advocacy.

5. Defenders reaches thousands of people through print and online media and communications. Defenders' Florida/Georgia/Alabama Facebook page reaches a network of over 1,000 people. Our Defenders magazine is circulated to around 300,000 members and is available on our website.

6. As Defenders' Senior Florida Representative, I work to protect and restore Florida's imperiled wildlife, wildlife habitat, and a state ecological network. I coordinate with partners to conserve core and connective habitat for threatened and endangered wildlife, especially wide-ranging species that use a mosaic of habitats such as the Florida panther and Florida manatee.

7. I also coordinate with partners to conserve core and connective habitat for sea turtles; some of these habitats include nesting beaches, seagrass beds, coral reefs, mangroves, sargassum mats, estuaries, and open water.

8.      As part of my work, I engage with members and supporters to help protect the wildlife and wildlife habitat throughout Florida. I have personally written letters to federal agencies regarding a number of rulemakings, including reclassification of species and refuge planning.  I also oversee programs that foster responsible coexistence with wildlife, including the Florida panther, manatees and sea turtles.

9.      In my capacity at Defenders and as a board member of the Friends of the Florida Panther National Wildlife Refuge, which supports Ten Thousand Islands National Wildlife Refuge, I have helped advance efforts to darken beaches, such as by endorsing allocation of monies from the BP Deepwater Horizon restoration funds to retrofit buildings on entire stretches of beach. I am currently endorsing efforts to secure Dark Sky designation for Ten Thousand Islands National Wildlife Refuge in the western Everglades.  The outer barrier islands of the Refuge are important nesting areas for several endangered and threatened sea turtle species that need dark beaches for their survival.

10.     I lead Defenders' work on the Florida panther.  Because of our comprehensive approach to panther conservation and recovery, I serve as conservation representative for the Florida Panther Recovery Implementation Team ("PRIT"), a state and federal public-private initiative formed in 2013 to help USFWS implement the 2008 Florida Panther Recovery Plan and advance recovery objectives.  I helped write parts of the current panther recovery plan.  And I serve as the liaison between the PRIT's core team and the transportation sub-team, which aims to reduce road fatalities (vehicle strikes), the largest human source of panther deaths.

11.     I have also worked on securing wildlife crossings for the Florida panther, which are necessary as roads are constructed in areas where wide-ranging panthers roam.   Wildlife crossings help protect panthers against vehicle strikes, a leading cause of death.  Wildlife

crossings can allow panthers to move safely throughout their large home ranges as to improve foraging and breeding opportunities. Panthers need to expand their range northward for the population to increase, and fragmentation and destruction of habitat, along with roads necessitated by new development, are a major threat to their conservation and recovery.

12. As part of my work, I also advocate for co-existence when people and wildlife come into contact. For example, we have a predator resistant enclosure program where we help fund and construct sturdy enclosures that help keep goats and other small livestock and pets safe from panthers and other predators. I have worked to try to improve state and federal funding programs to help compensate ranchers who've lost livestock, and also to receive payment for ecological services to provide a financial incentive to maintain land in ways that benefit wildlife.

13. The Florida panther is important not only because it is critically endangered, but it also serves as an umbrella species. That means that when we conserve the panther—a large, wide-ranging animal that requires vast areas of connected habitat to survive—we are also benefting other plants and wildlife, including landscapes and watersheds that fall within panther range, and so the overall biological diversity in the state.

14. I also co-lead Defenders' work on sea turtles and on the Everglades. Defenders' work on sea turtles focuses on reducing threats to these species and their habitats from fisheries interactions, entanglement in and ingestion of plastics and other marine debris, coastal and upstream development, offshore oil and gas development, climate change, and other stressors. Defenders has been an active participant in multiple notice-and-comment rulemaking processes related to sea turtle conservation. We also have worked statewide on policies and regulations to improve coastal construction practices, inappropriate lighting and inadequate habitat protection, as well as on-site specific projects in different areas in Florida. Our members regularly use,

enjoy, and benefit from healthy coastal and marine ecosystems and the presence of diverse coastal and marine life, including sea turtles.

15. In my work on behalf of sea turtle conservation, I work specifically along the Atlantic and Gulf of Mexico coasts of Florida to preserve sea turtle nesting beaches and foraging areas; improve coastal-construction policies so that jetties and sea walls do not prevent turtles from nesting; promote responsible lighting along nesting beaches; encourage local residents, visitors, and businesses to remove trash that attracts raccoons and other predators that devour eggs and hatchlings; and organize workshops and beach clean-ups. For instance, in 2010, I worked with Defenders staff to document beach lighting violations in Bay County, in the Florida Panhandle on the Gulf of Mexico, and supported local efforts to adopt protective lighting ordinances in Bay County and in Panama City.

16. Over the years, I have organized opportunities for Defenders staff and other conservation professionals to accompany sea turtle researchers with the University of Central Florida to monitor sea turtle nesting at Archie Carr National Wildlife Refuge. The Refuge was established in 1991 to protect nesting habitat for sea turtles. In May 2015, we were fortunate to be able to observe an endangered leatherback turtle laying her eggs.

17. As part of my work at Defenders, I have also organized a number of events to help educate the general public about threats to sea turtles and connect them with opportunities to help conserve sea turtles. In 2006, I organized a site visit to Archie Carr National Wildlife Refuge with reporters and other conservation professionals to witness nesting green and loggerhead sea turtles from a responsible distance. Several of the reporters wrote uplifting stories about the importance of conserving sea turtles and actions people can take to help. On May 31, 2008, I organized and hosted a workshop at Gumbo Limbo Nature Reserve in Boca Raton for

around 100 coastal residents in Broward and Palm Beach counties, educating them about responsible practices fostering sea turtle conservation in their communities, with a focus on reducing artificial lighting that disorients nesting and hatchling sea turtles, and including disposal of trash, reducing pollution, and planting native vegetation. The workshop included a nighttime beach walk to observe artificial and natural beach lighting conditions and allowed participants to observe sea turtles nesting from a responsible distance.

18. On July 9, 2021, I participated in filming in Boca Raton for a program about sea turtles hosted by conservationist and television personality Jeff Corwin. The program is part of a new television series called "Wildlife Nation," sponsored by Defenders, which focuses on efforts to save endangered species across North America. The sea turtle episode premiered on ABC on October 9, 2021 and will air again on November 13, 2021. During the filming I emphasized the global importance of Florida's beaches and waters to sea turtles, and I helped release a loggerhead sea turtle that had been rescued following a boat strike and rehabilitated in captivity. It was a phenomenal and moving experience to observe this 105-pound loggerhead sea turtle reenter the wild to be able to reproduce and help her species.

19. Defenders actively supported the establishment of the Nature Coast Aquatic Preserve in 2020 to protect 400,000 acres of shallow seagrass meadows, which are abundant foraging habitat for green sea turtles, manatees, and other species. I have also supported recent efforts to launch a Sea Turtle Protection Zone in Palm Beach County. Launched earlier this year, the initiative, which is voluntary, is intended to protect sea turtles from unintended boat strikes during nesting season between March 1 and October 31.

**Recreational and Aesthetic Interests**

20.     I grew up in Florida from age 7 and have been interested in wildlife my whole life. I remember driving across Alligator Alley when it was a two-lane highway and reading the signs letting the public know how many Florida panthers were still left. The signs would be crossed out with grim new numbers as more panthers died. I've always been aware of how precarious their continued existence is.

21.     Growing up on the east coast of Florida in Lighthouse Point, my family was very engaged in outdoor marine activities. I saw my first sea turtle and manatee from our family's boat sometime around the mid-1970s. Following that initial experience, my family and I frequently observed sea turtles while boating and snorkeling, at home and during trips and vacations around the state. I have vivid memories of my sea turtles encounters and experienced several life-changing events observing and engaging with them. For instance, when I was in high school, I recall sitting at Deerfield Beach with a group of my friends and witnessing a loggerhead sea turtle crawl up the beach to within 30 feet of where we were and proceed to dig her nest chamber and lay her eggs. I also used to sail a lot in middle and high school and often saw sea turtles, including mating sea turtles on several occasions. I even have scooped up sea turtle hatchlings crossing a road fronting Fort Lauderdale beach. They were heading the wrong way because of artificial lighting from hotels and were being run over on the roadway separating the beach and the hotels. These formative experiences shaped my love of sea turtles and my commitment to their conservation.

22.     Personally, I enjoy seeing sea turtles and other marine wildlife at every opportunity near my home in St. Petersburg, Florida. I live in Shore Acres, a manmade island in St. Petersburg accessible by bridges. Most mornings, I walk four to six miles from my home

across a bridge to Snell Isle. While walking along the shoreline and across bridges in my neighborhood situated within Tampa Bay, I often look for and will sometimes have the occasion to see juvenile loggerhead and green sea turtles foraging in seagrasses and swimming in the water.

23.     Every year from May through October during sea turtle nesting season, I also see sea turtle nests, marked and protected, while strolling along St. Pete Beach, a Gulf Coast beach near where I live. I drive over to that beach just to walk, to observe evidence of sea turtles nesting and to visit friends.

24.     While I was growing up, my family regularly visited and vacationed in many areas of Florida along the Gulf and Atlantic coasts, such as the Keys, Marco Island, Sanibel Island, Melbourne (Archie Carr National Wildlife Refuge), and other places to see sea turtles swimming, nesting, and/or hatching. To this day we still visit many of these places as a family in hopes of viewing sea turtles in the wild. Most recently, from October 16 to October 23, 2021, my mother and I vacationed in Sanibel Island in hopes of seeing sea turtles. We were able to see two green sea turtle nests. As it was later in the nesting season, there were significantly fewer nests than the last time we had visited in September 2020 when there were more than a dozen loggerhead nests on that same stretch of beach. Last year, my mother and I had made the same trek to Sanibel Island and were thrilled to see many marked nests on the beach that had been laid the night before and tiny tracks in the sand where hatchings had emerged. We also had the pleasure of chatting with sea turtle researchers every morning who were on the beach monitoring and studying the sea turtle nests. We plan to continue these family trips to Sanibel Island and other areas of Florida next year and every year into the future. Seeing sea turtles in their natural habitat is a wonderful and integral part of these trips.

25. I also go boating on occasion to enjoy the ocean and to view wildlife such as sea turtles. My sister lives in Boca Raton, Florida, on the Atlantic Coast, and for years, at least twice a year, I have gone boating with her family whenever I visit. Boca Raton is one of the most important beaches for sea turtle nesting and my sister lives within ten miles of where I grew up. When I visit her, we go out boating and look for sea turtles. We mostly see loggerhead sea turtles, although on occasion also see green and leatherback sea turtles out in the water. It is a great bonding experience and I look forward to these trips with her. I plan to visit her and her family for Christmas this year.

26. Conservation of sea turtles is important to me because it is a passion that I share with my family members who also live in Florida and are active Defenders members. I enjoy seeing sea turtles and other wildlife with my family and knowing that it is a love that has been passed down through the generations. My mother enjoys photographing wildlife, especially seabirds and shorebirds. My father always enjoyed walking the beach and collecting seashells, beach glass, fossilized sharks' teeth and driftwood that washed in with the tide. I have always been particularly fascinated with sea turtles, knowing they have been around in their current form for 110 million years, roaming the Earth's oceans since the time of the dinosaurs, and that they navigate the world's oceans throughout different stages of their lives. Spending time as a family at the beach and on the water has been a wonderfully relaxing way to connect and experience nature together.

27. One of the reasons I am so committed to conserving sea turtles is that Florida is globally important for multiple sea turtle species. Florida's beaches provide nesting habitat for five of the world's seven species of sea turtles: loggerhead, green, leatherback, Kemp's ridley, and hawksbill, all of which are listed as either threatened or endangered under the U.S.

Endangered Species Act (ESA). More than 90% of all sea turtle nesting in the continental U.S. occurs in Florida. Florida beaches host the world's largest nesting aggregation of loggerhead turtles and almost all the nesting in North America for green turtles and leatherback turtles. The turtles that use Florida's nesting beaches forage in and migrate through the nearshore and coastal waters of the U.S. Gulf of Mexico and South Atlantic waters.

28. Seeing sea turtles in the wild, both onshore and in my local and surrounding waters, brings me immense joy in my day-to-day life. I have often tried to photograph them even though it is difficult to capture the right shot. I want to be able to see sea turtles nesting on our Atlantic and Gulf beaches and swimming in the waters of the Atlantic and Gulf of Mexico this year and in the coming years.

**Harms and Redressability**

29. My professional and personal interests in the Florida panther, manatees and sea turtles are harmed by EPA's approval of Florida's 404 permitting program because it is not as stringent as federal law and allows for 404 permitting without the protections of ESA Section 7 consultations or, where appropriate, NEPA review. Florida's program is also less protective because it extends incidental take coverage to permittees without requiring them to go through the Section 7 or Section 10 processes under the ESA.

30. I devoted years of my professional life to cultivating the collaborative relationships with private landowners and others that led to development of a proposed Habitat Conservation Plan ("HCP") for the Florida panther that was going to take place over 50 years. Under Section 10, the HCP would take a "big picture" science-based approach to panther conservation, taking into account growth, development, transportation, agriculture, and habitat connectivity, providing coverage against incidental take liability in exchange.

31.     The HCP would have covered approximately 152,000 acres of rural, agricultural, and wild lands in eastern Collier County in southwest Florida that connects the Florida Panther National Wildlife Refuge and the Big Cypress National Preserve with other protected areas in the region.  The HCP covered  11 federally listed or candidate species, including the Florida panther, Florida scrub jay, and Florida bonneted bat.

32.     However, once the state assumed the 404 process, which relies on a "technical assistance" process for ESA review rather than Section 7 or Section 10 of the ESA, landowners who were party to the HCP began considering abandoning that process.  And ultimately, in August 2022, they withdrew from the HCP.

33.     As a result, much of Defenders' investment in the HCP has been thwarted, and we will have to divert resources to try to secure comparable gains in terms of mitigation and conservation as individual projects move forward.  We know that in addition to pending 404 permits, there are other projects that will be coming into the pipeline and that will also pose a threat to the Florida panther, especially in terms of habitat loss and fragmentation.  A few of many projects include Rivergrass, Rural Lands West, and several other projects popping up in Collier County and on Corkscrew Road in Lee County that are north of the the lands that would have been covered by the HCP.

34.     My personal and professional interests are harmed by the threats to the Florida panther from the state program.  I have recreated in and around panther habitat for many years and do so whenever I get the chance. My parents live in Estero in southwest Florida and I often visit and work from there when I have meetings, events and other engagements involving panthers. Since 2008 I have served as a board member and advocacy chair of the Friends of the Florida Panther National Wildfe Refuge, and I have been to the panther refuge dozens of times

11

of the years for the annual Save the Florida Panther Day open house and for additional meetings and field outings. Some other areas in panther habitat that I have frequented over the years include Big Cypress National Preserve many times, notably in June 2006 when I was down there working on a proposal for a wildlife underpass to reduce panther mortality along the Turner River section of US41 Big Cypress, the biologist got the call that a Florida panther mother that they had been monitoring had left the den to hunt. I got to accompany the biologist and the superintendent of the park in a helicopter to travel to the den while the biologist "worked up" the three kittens (e.g., examine, deworm, microship, hair sample). Over the course of several hours, I was able to hold a panther kitten as they worked on the others, an experience I will never forget as they are so vulnerable and adorable. I've driven on trails and hiked in Fakahatchee Strand State Preserve Park, Picayune Strand State Forest, Collier Seminole State Park, Audubon's Corkscrew Swamp Sanctuary, Okaloacoochee Strand State Forest, Spririt of the Wild Wildlife Management Area, Babcock Ranch Preservation Area and other conservation lands occupied by panthers, and I have spent time on the properties of more than two dozen private ranches in panther country and in panther expansion areas.

35. Even though panther sightings are rare, I have seen panther tracks, scat, scrapes and other panther sign on many occasions, and I know that some of the panthers that left this sign saw me even though I didn't see them. It gives me tremendous joy to know that Florida landscapes are still healthy enough to support Florida panthers, which represent the only remaining population of pumas east of the Mississippi, and as such they play a vital role in maintaining wild and natural landscapes in Florida. In recognition of the importance to the rest of the ecosystem in which it occurs, the Florida panther is aptly designated as our official state animal. I am travelling down to panther country tomorrow to staff the annual Swamp Cabbage

Festival in LaBelle near Okaloacoochee Slough State Forest in Hendry County to display our predator resistant enclosure and interact with members of the public about living responsibly with Florida panthers. This festival is held in an area close to where I saw a panther crossing a forest road in December 2011 as I described in this blog, *Florida Panther Sighting Heralds Slow Zone Designation*, available at https://defenders.org/blog/2011/12/florida-panther-sighting-heralds-slow-zone-designation.  I will also be going to the panther refuge on Save the Florida Panther Day on March 18, 2023. Harms to those habitats will affect my use and enjoyment of that environment.

36.     My personal and professional interests are also harmed by EPA's failure to consult at all on the potential impact of Florida's 404 program on nesting sea turtles. Development and construction projects near beaches can adversely affect nesting sea turtles especially when it comes to artificial lighting that disorients nesting and hatchling sea turtles. Reduced protections for sea turtles will make it less likely that I will able to observe and enjoy these species in their natural habitat.

37.     My work will also be harmed by the loss of information now that many 404 projects, including those affecting the Florida panther, will be handled by the State where they will not be studied in USFWS Biological Opinions and will not undergo any NEPA review.  We rely on important information produced in biological opinions and NEPA documents to educate our members, identify projects of particular concern, and engage in advocacy.  Without access to that information, we will have to divert organizational resources to try to assess the impact projects on a variety of listed species.

38.     I understand that Defenders, alongside other organizations, is suing EPA, USFWS, and the Corps over their failure to comply with the requirements of the Administrative

Procedure Act, the Clean Water Act, the Endangered Species Act, and the Rivers and Harbors Act. I depend on the federal government to comply with these laws to protect and conserve sea turtle populations and the Florida panther.

39. My injuries would be redressed if the Court sets aside the agency actions in this case and remands the matter to comply with federal law. Vacating EPA's approval of Florida's 404 program would restore the Corps' authority over all 404 permitting in Florida, making those actions once again subject to the protections of NEPA and ESA Section 7 consutlations. This would also ensure that protection against liability for incidental take of listed species would be extended only pursuant to a biological opinion issued after Section 7 consultation or pursuant to a Section 10 Habitat Conservation Plan.

40. A ruling in Defenders' favor on our ESA claims would also redress my harms by requiring EPA to reinitiate consultation with USFWS (and to consult with NMFS) to fully consider the effects of Florida's application on listed species and critical habitat; require the wildlife agencies to produce legally sufficient biological opinions that properly analyze the impact to listed species and critical habitat, set limits on incidental take, and impose reasonable and prudent measures and triggers for reinitiation that are protective under the ESA; and prohibit EPA, the state, and state permittees from receiving incidental take coverage from an unlawful "technical assistance" process.

41. I declare under penalty of perjury that the foregoing is true and correct. Executed this 23th day of February 2023, at St. Petersburg, Florida.

*Elizabeth Fleming*

Elizabeth H. Fleming