IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

### DECLARATION OF MATTHEW SCHWARTZ

I, Matthew Schwartz, state and declare as follows:

1. I am a resident of Tampa, Florida. The following facts are personally known to me and if called as a witness I could and would truthfully testify to these facts.

2. I have been a resident of South Florida since 1995.

3. I have a bachelor's degree from the State University of New York-Albany, a master's degree in psychology (counseling) from New York University, and a master's degree in sociology from City College of the City University of New York. I did my master's thesis in sociology on recreational activities of residents in Bronx, NY.

4. I am a member of the Center for Biological Diversity since 2019. I frequently read press releases and documents the Center provides links to on its website. I have also read the Center's action alerts and news stories where the organization is cited. On occasion, I interact with Center staff. I trust the Center represents my interests and I rely on the Center to represent my interests in addition to my own advocacy.

5. I am the Executive Director of South Florida Wildlands Association, a nonprofit organization founded in 2010 that is dedicated to the protection of wildlife and habitat in the Greater Everglades. My work focuses on places where human development impacts wildlife.

6. Along with my work at South Florida Wildlands Association, I also work as a tour guide in the Everglades where I lead group hiking, biking, and kayaking tours. I give talks on the human, natural, and geologic history of the Everglades and take the public on airboat tours with the Miccosukee Tribe of Indians. On airboat tours, I have traveled deep into the Everglades as far west as the border of the Big Cypress and into Mullet Slough where pristine waters of the Big Cypress join the Everglades. I also led swamp walks with the Sierra Club in the Big Cypress for about five years. I continue to provide these tours, talks, and activities to visitors to the Everglades.

7. As an environmentalist, I routinely interact with federal, state, and county agencies. I communicate with the Department of Interior (DOI), the U.S. Fish & Wildlife Service (FWS), the U.S. National Park Service (NPS), the Florida Fish and Wildlife Conservation Commission (FWC), the Florida Department of Transportation (FDOT), and the Florida Department of Environmental Protection (DEP) regarding development, energy, and transportation projects and their impacts to wildlife. I regularly send requests under the Freedom of Information Act and Florida's Public Records Act to obtain project specific information. I speak to agency staff by email, telephone, and in person regarding these projects. I also frequently speak with staff of South Florida county governments about upcoming projects and speak at county commission meetings on topics of interest including the rezoning of agricultural lands to make way for new development.

8. I serve on several Management Advisory Groups for State Wildlife Management Areas (WMAs), including the Okaloacoochee Slough WMA, Dinner Island Ranch WMA, and Spirit of the Wild WMA in southwest Florida. Former agricultural lands like those found in these WMAs provide important habitat to species like the endangered Florida panther. Unfortunately, many agricultural lands outside the WMAs and other public lands are being converted to development.

9. I enjoy hiking, kayaking, and exploring public lands throughout the state and especially in South Florida where I lived for many years before relocating to Tampa. I have visited virtually all the public lands in South Florida and plan to continue visiting them in the future.

10. In the southeast part of the state, I have visited and recreated in Jonathan Dickinson State Park, Allapattah Flats WMA, Loxahatchee Slough, Grassy Waters Preserve, J.W. Corbett WMA, Dupuis Wildlife and Environmental Area, Hungryland Wildlife and Environmental Area, Rotenberger WMA, Holeyland WMA, Everglades and Francis S. Taylor WMA, Stormwater Treatment Area (STA) 1 West, STA 1 East, the Loxahatchee NWR, the Harold Campbell Public Use Area of STA 3 and 4, STA 5 and 6, the A-1 Flow Equalization Basin, and Everglades National Park. I regularly kayak in Biscayne Bay and in the Intracoastal Waterway in Broward and Palm Beach Counties.

11. I enjoy hiking, birding, photography, and animal watching in all the above public lands and in the WMAs in the Southwestern corner of Palm Beach County. I am on the management advisory group of the Everglades Complex of WMAs, which includes the Everglades and Francis Taylor WMA, the Rotenberger WMA, and the Holeyland WMA.

One of my favorite activities in all these lands is looking for tracks, scat, and other signs of wildlife. I have seen bear and panther tracks in many of these public lands.

12. In southwest Florida, I have visited the Florida Panther National Wildlife Refuge (NWR), Big Cypress National Preserve, Fakahatchee Strand State Preserve, Picayune Strand State Forest, Ten Thousand Islands NWR, and Collier Seminole State Park. I have enjoyed kayaking and looking for wildlife in the mangroves of the Turner River south of U.S. Highway 41 towards the Gulf of Mexico and kayaking from Chockoloskee to Ten Thousand Islands NWR. I have enjoyed seeing sharks, manatees, rays, dolphins, birds, mollusks, and crustaceans while I kayak these waters. I have also kayaked, walked, and camped along Fisheating Creek, bicycled, and walked the levee of Lake Okeechobee and kayaked its waters. I have walked and kayaked Myakka River State Park, and walked the trails of Little Manatee River State Park, Alafia River State Park, Highlands Hammock State Park, and the Lake Wales Ridge State Forest. I have also kayaked in the Estero River, Terra Ceia Preserve State Park, Upper Hillsborough River, Chassahowitzka WMA, and Cedar Key.

13. In central Florida, I have kayaked the Kissimmee River, Lake Istokpoga, Blue Cypress Lake, Shingle Creek, Lake Panasoffkee, the Indian River Lagoon, Banana River, and the Mosquito Lagoon. As part of a kayak trip on the Indian River Lagoon in 2021, I kayaked to the site of a "manatee graveyard" north of Manatee Cove County Park in Brevard County. I took photos and video of the site. I am aware that scientists have determined the leading cause of death for manatees in this part of Florida to be the lack of seagrass (the manatees' main food supply) as a result of poor water quality in the lagoon. I also witnessed the near-complete lack of seagrass in this part of the lagoon. It saddened me to

think that so many of Florida's manatees are now dying due to years of nutrient-rich runoff that has been allowed to pour into this once-biodiverse estuary. Indian River Lagoon has been deteriorating for decades primarily due to the improperly regulated run-off from surrounding fertilized lawns, agriculture, and septic systems. I have enjoyed hiking and star watching in Kissimmee Prairie Preserve State Park, and hiking in the Fort Drum WMA, Blue Cypress Conservation Area, Little Big Econ State Forest, Ocala National Forest, the Green Swamp WMA, Withlacoochee State Forest, Richloam WMA, Half Moon WMA, Flying Eagle WMA, and Citrus WMA.

14. In North Florida, I have enjoyed kayaking in Anastasia State Park, Guana River WMA, and the Saint John's River near Palatka. I have also explored the Goethe State Forest, Saint Marks NWR, Apalachicola National Forest, Tate's Hell State Forest, St. Joseph Peninsula State Park, the Dead Lakes north of Wewahitchka, Osceola National Forest, and the Okefenokee NWR. I enjoyed hiking in the Black Water River State Forest while being trained as a wilderness first responder in Century, Florida.

15. As an environmentalist, I have spent many years on several campaigns to create management plans and policies on public lands that put wildlife protection first. In the Big Cypress National Preserve, I have worked to rein in the use of recreational motor vehicles in some of the preserve's more sensitive areas. I have also worked to limit damage to seagrass beds, coral reefs, and bird rookeries from power boats in Everglades and Biscayne National Parks. In Biscayne National Park I also advocated for the 10,000-acre marine reserve which is now a part of the park's management plan. While serving on the Management Advisory Groups for various state-run WMAs, I advocate for management plans that emphasize wildlife protection as well as public education that

teaches the public why these protected lands are so important and why they should be supported. I also routinely oppose new developments and transportation projects on private lands that buffer all these protected public lands.

16. In the course of my environmental work, I have also opposed five proposals to explore and drill for oil in the Greater Everglades. In chronological order, they include: 1) an exploratory oil well by the Dan A. Hughes Company on land that sits between the Florida Panther National Wildlife Refuge and the Golden Gate Estates; 2) seismic testing for oil using shot holes and explosives by Tocala LLC across more than 100,000 acres of land north of the Big Cypress National Preserve; 3) seismic testing (using vibroseis vehicles) and exploratory oil wells by Burnett Oil on 235,000 acres of mineral rights leased inside the Big Cypress National Preserve; 4) an exploratory oil well in the Everglades of Broward County by Kanter Real Estate; and 5) an exploratory oil well proposed by Trend Exploration inside the community of Immokalee.  In all cases, I opposed the projects due to potential negative impacts to underlying aquifers and drinking water supplies, surface wetlands, native vegetation, and state and federally listed wildlife. Public lands and their enjoyment by residents and visitors was also a concern. I engaged in litigation involving the Dan A. Hughes Company, Tocala, Burnett (with CBD and other environmental allies), and Kanter Realty – with legal issues including federally jurisdictional wetlands, NEPA, state ERPs, state laws on oil drilling, NPS rules on oil drilling, and federal and state laws regarding listed wildlife species.  In the case of the Dan A. Hughes Company, the company was also applying for a Class II Injection Well from the EPA for the disposal of liquids connected with their oil operations. I actively opposed that application as well. I also helped write extensive comments for the Apalachicola Riverkeeper in their

opposition to an exploratory oil well by Spooner Petroleum in the floodplain of the Apalachicola River. Three of the five operations I worked on in South Florida – Dan A. Hughes, Tocala LLC, and Kanter Realty – are no longer pursuing their applications (Kanter Realty received a buyout of their land inside Water Conservation Area 3 from the state).

17. I routinely visit natural areas in Southwest Florida with friends and on my own and I intend to do so in the future.

18. On January 31 and February 1, 2023, I visited Dinner Island Ranch WMA, Sprit-of-the-Wild WMA, and Okaloacoochee Slough WMA, and the Okaloacoochee Slough State Forest while staying in the area to attend the February 1st Management Advisory Group meeting for the Okaloacoochee Slough WMA. During my visit I hiked several trails, observed habitats, and practiced wildlife photography. I also engaged in night photography in Dinner Island Ranch where some of the darkest night skies in Southwest Florida are found. Stargazing has been an important hobby for me ever since I arrived in South Florida in 1995. Seeing dark skies that are less impacted by urban and suburban light pollution is another reason for me to spend time on Florida's public lands.

19. I frequently explore the state's waters and wetlands and intend to visit them in the future. I have explored marshes in Eastern Bear Island (Little Marsh), the California Slough in the Big Cypress "Addition Lands," Mullet Slough on the Florida Trail in the Big Cypress, and in the Hungryland Wildlife and Environmental Area in Martin and Palm Beach Counties. I frequently hike into the wet interior of cypress domes and cypress strands in these areas for the variety of vegetation and animal life they host. I have also swamp-walked through parts of the Okaloacoochee Slough, which feeds public lands and waters

south to the 10,000 islands. These wetlands are important to the hydrology of the larger Everglades ecosystem. I am concerned about the drainage of nearby wetlands and how this impacts the groundwater and the public lands I visit. We have already seen the effects of drainage. In the places like the Florida Panther NWR and the Picayune Strand State Forest, sabal palms that normally cannot handle standing water for long periods of time, have taken over vast swaths of the former wetland landscape. The area around the Florida Panther National Wildlife Refuge has also become a significant area for new residential development. The increased development I am seeing in this region bothers me a great deal. Southwest Florida's aquifers are nearly tapped out. The state is urging people to use less water and it is trying to switch to desalinating parts of the Florida Aquifer as an alternative water supply. But in addition to the direct loss of habitat from development, important wetlands are continuously being degraded and lost to development.

20. The amount of development occurring in Southwest Florida saddens me. In the past two months, I hiked Bird Rookery Swamp in the CREW lands in Corkscrew, Florida as well as other CREW lands south of Florida State Road 82. These lands include the Caracara Prairie Preserve, Flint Pen, and the Cypress Dome trails off Corkscrew Road. I also visited Audubon's Corkscrew Swamp. Each time I return to this area, it seems that the level of development as well as traffic on area roads is increasing. This increased traffic and resulting wildlife road fatalities diminish my opportunities to see wildlife when I'm in these areas. The noise from traffic and light pollution from these developments also affect my ability to enjoy these areas because the feeling is one of being in suburbia as opposed to being immersed in nature.

21. I almost always visit Big Cypress National Preserve when I visit Collier County. In the past month, I also explored the Picayune State Forest for a day. I entered the forest from Everglades Blvd on the north side and hiked various trails and photographed the landscape. I also visited the massive new pump stations that were built south of I-75 to help bring back the natural hydrology of the area. I document what I see through photography that I often share with my organization's followers on social media and in PowerPoint presentations.

22. Now living in the Tampa Bay area, I continually frequent public lands on drives to Collier County. I have increasing interest in the Babcock/Webb WMA and Babcock Ranch Preserve, which I enjoy exploring. I am aware that the FWS has considered those lands for their excellent potential in expanding Florida panther habitat north of the Caloosahatchee River. I have also explored public lands on Pine Island and other nearby locations on other occasions.

23. I enjoy viewing native plants and I am always looking for wildlife tracks including scrapes and scat. I have seen Florida panthers on more than one occasion. On my first visit to the Big Cypress National Preserve soon after arriving in South Florida, I camped in the Bear Island section of the Big Cypress National Preserve. On my way home after the weekend, I was driving at dusk on Turner River Road and saw wild piglets on the side of the road. I then saw what appeared to me at the time to be a very large breed of dog walking north as I drove south. As I got closer, it turned sideways and showed itself as a large panther before it disappeared into the brush on the side of the road. I also saw a panther at night in the Okaloacoochee Slough WMA and one just outside the protective fence on the west side of the Florida Panther National Wildlife Refuge along SR 29. The

fourth panther I encountered in the wild was when I was driving north late at night on State Road 29. I stopped to help a motorist who said he had accidentally hit an alligator that damaged the plastic under his vehicle. We walked back to where he thought he had hit the gator, but the gator had walked off. As we returned to the vehicles, we hugged the fence on the side of the road to be away from the traffic on a dark road. A panther hissed and spit loudly and slapped the fence we were walking alongside of. We were only separated from the panther by about a foot – but had the fence between us.

24. I am interested in visiting the Carlton Reserve soon. I also recently visited the Little Manatee River State Park several times near my home. Because of its proximity to the Myakka River State Park, the Carlton Reserve and the stretch of lands north of the Caloosahatchee River could be a place for panthers, but recent development and transportation projects make that a challenge. I plan to spend more time in the public lands of Central Florida and exploring wildlife connections between the I-4 Corridor and the Caloosahatchee River. I am interested in and will be visiting public lands in this region because I now live closer to these lands, and they are within the Florida Wildlife Corridor and the expansion area for the Florida panther. When the M-CORES highway project was still working its way through the state approval process, I advocated strongly to stop the project due to severe disruption to the habitat and the movement of wildlife in this area.

25. I often look at development and road widening projects during my travels through these areas. My photography captures the interaction between human development and habitat. Growing up in New York, the large amount of remaining wilderness and the degree of biodiversity in South Florida fascinated me. It was also interesting for me to see the

DocuSign Envelope ID: EEF87686-107C-42BC-BBDA-86743DDD5A63

proximity of this wilderness and wildlife habitat to the intense level of human development that is also a part of this region.

26. The juxtaposition interests me, but I don't like to see it. I feel the state is trading off its most important natural habitats, including those that are vital for its state animal, the Florida panther, for subdivisions and strip malls. I consider this to be this to be a very bad tradeoff. It makes me sad that it is happening, and that state and local governments are greenlighting it. I also believe the state-assumed 404 permits are coming in with great frequency right now and many are receiving quick approvals.

27. I am concerned about the boom-and-bust history of development in Florida and the burden this new development and growing population places on local governments to provide services, to residents like me.

28. There is something about Florida that I believe is special and that I love. I have hiked around the world, including in the Rocky Mountains, the Andes, and Alaska. In Florida, you can hike year-round, and the biodiversity is overwhelming. Aside from the wildlife, I love natural places for my own well-being. I feel bad when I do not get outside for any length of time. I have also learned to navigate on foot by compass and GPS and feel very comfortable in Florida's most wild landscapes.

29. I grew up with a passion for fishing in New York City.  I fished regularly in Jamaica Bay near my home in Brooklyn and then along many parts of the Hudson and East Rivers. I believe these experiences were what first introduced me to caring about the environment. I fell in love with the nature and wildlife I experienced when I moved to Florida, but I also saw it disappearing right before my eyes. This made me an environmentalist. The

Everglades is a special place, and it is sad that it is being destroyed. It is an incredible world resource that should be treated better than it is.

30. I enjoy talking to the locals I meet when I am exploring these places. I like having conversations with them about Florida's history and what the landscape once looked like pre-development. I have gotten to know some of the locals that live in the towns around Lake Okeechobee who have described to me what the northern Everglades looked like before sugar fields covered the landscape.

31. My experiences as an environmentalist have changed through the years. Initially, I was more of a naturalist – and tried hard to learn the names of many native plants, birds, and wildlife. But as I learned more about the history, law, and policy affecting these places I became more knowledgeable. I now understand the politics more and how Florida's environment is being managed. I often think about the changes being made to the natural environment. When I view a landscape now, I see the land as it is. But I also know what the land was like before, how and why it changed, and often I have the knowledge of what is coming.

32. I am familiar with the state's assumption of the 404-permitting program. I voiced opposition to the state's assumption of the program in public comment. I provided verbal comments at the EPA hearing on the state's assumption of the program.

33. One of my main concerns is that the transfer of the program to the state eliminates the biological opinion process under the federal Endangered Species Act. It also eliminates full NEPA review and the consideration of other laws such as the National Historic Preservation Act.

34. I know how in-demand housing development is, and biological opinions are one of the only tools to fall back on for the survival and recovery of species like the Florida panther. Section 7 of the Endangered Species Act allows a line to be drawn to stop development that would jeopardize these species. It is the last and best tool we have, and it directly implements the intention of the ESA to conserve rare species.

35. This won't take place through the State's technical assistance process. The new process speeds up the pace of development with many more applications coming in and being approved.

36. As a non-lawyer, it was not easy for me to learn and become familiar with the federal process for protecting endangered species. Yet, in one swoop of the pen it was replaced with a process I still don't fully understand. FWC has very little experience with the ESA, and it is now the lead agency in approving projects in the habitat of federally listed wildlife. FWC's previous reviews were at best anemic for development projects applying for state permits. Often, their comment on a project they were asked to review was "no comment." They never issued biological opinions and have no experience with them. In my opinion, though FWC staff were extremely knowledgeable about Florida's wildlife and their needs, they were not an agency that did a rigorous review of the impacts of development projects. My experience with the FWS is that their review yielded a full biological opinion for individual projects. At the very least, it was a written document produced according to the guidelines laid out in the Endangered Species Act. I knew there was a formal federal process for submitting public comment and that people could challenge a biological opinion in federal court if it was thought to be inadequate.

37. This technical assistance process is novel and does not have all the requirements of a biological opinion. Components like the environmental baseline, action area, and effects analysis are described in the ESA and the ESA regulations. The components of a biological opinion make the process intelligible and subject to review and one can challenge them in federal court if they are deficient. These components are lost through the state's assumption of the program.

38. It also makes it more difficult to challenge the state's decision in state court as there are fewer resources to do so. I have previously brought suits in federal court to protect the panther and the ESA was front and center. Previously, I relied on federal legal practitioners who were ESA experts to represent me in federal court. I will lose the expertise of many federal lawyers to interpret the adequacy of biological opinions for me and challenge a permit that harms endangered species.

39. The blanket incidental take statement in the Programmatic Biological Opinion was one of the biggest daggers. There was no specificity for any project, current or future, and the impacts to each species of concern are unknown. New development projects in Southwest Florida will bring new roads, which will inevitably lead to more vehicle trips, resulting in more roadkill. Vehicle mortality is one of the major impacts to panthers and this will greatly affect my ability to see and look for them in the wild. I am also concerned about how these projects will affect the species as a whole as well as the many other wildlife species which share the panther's habitat.

40. I don't believe state protections are adequate. There is no superfluous habitat for panthers. I am now left with the problem of not knowing what I can do to advocate for the panther and how I can best make a difference.

41. The state's assumption of the permitting program creates a lot more anxiety knowing the places I explore and the wildlife I like to see will be impacted by the new roads and development. The light pollution from these developments will destroy my ability to see the night sky in the places I enjoy visiting, particularly in Southwest Florida. Newly approved development will cause degradation in all kinds of ways and is already impacting the public lands I visit. I am concerned about not seeing wildlife in places like Big Cypress. I also enjoy seeing the signs of them - their scat, tracks, and markings. Not seeing them will make me sad.

42. I have been extensively involved in transportation, development, and energy projects that impact panthers, especially in Collier County.

43. I regularly attend County Commission and Planning Commission meetings.

44. I speak out against new development at public meetings.

45. I created an online petition that garnered more than 165,000 signatures to ask FWS to reject approval of the Eastern Collier Multi-Species Habitat Conservation Plan.

46. I have met with FWS and other federal agencies about projects that threatened species like the panther in Southwest Florida. I have given numerous interviews with the press and track a lot of projects including the Town of Big Cypress and its three component villages. I spoke in opposition to these projects at the public meetings I attended and my comments were often picked up in the local press. These component villages include Belmar, Longwater, and Rivergrass. Each of these separate villages are approximately 1,000 acres each and were each the subject of separate planning and county commission hearings. I attended most of those hearings. These projects run from just north of Oil Well Road to just north of the Florida Panther National Wildlife Refuge. The villages and

the town itself are deep in the primary zone of the panther and will have multiple impacts on the panther and many other species. I also warned the commissioners that in approving these projects, they were inviting human-wildlife conflicts. The Florida Panther Wildlife Refuge is a haven for Florida black bears as well as panthers. And food odors from the new residences will surely attract bears into the new neighborhoods.

47. My top concern with these projects is their proximity to the Florida Panther NWR that I frequently visit and plan to continue visiting. I visit the Refuge because it has the greatest density of panthers based on telemetry points. I know from the FWC's annual reports which track the movement of collared panthers, that these panthers are constantly moving in and out of the Refuge boundaries. The surrounding lands are very important to wildlife of the Refuge, but also because they form habitat connections between the Refuge and the CREW Lands and many other public lands in the vicinity that I also enjoy visiting. Allowing these developments to fragment this rural, undeveloped, and currently unpopulated area harms the panther and other species living there. This harm will impact my ability to enjoy these largely untouched areas and the wildlife that lives there.

48. I am also monitoring the Immokalee Road Rural Village, which is a 2,500-acre project south and east of Immokalee Road. It is in close proximity to Audubon's Corkscrew Swamp Sanctuary (to the north) and the CREW lands to the west - specifically Flint Pen Strand and Bird Rookery Swamp (areas I regularly hike in). I have also attended planning and county commission hearings on this project. The west side of the project is in the primary zone of the panther and the east side is in the secondary zone. I am aware of numerous panthers that have already died as a result of roadkill on the part of Immokalee Road which separates the west side of Immokalee Road Rural Village from the CREW

Lands further west. This project is also near public lands I regularly use and will continue to use. Like the projects discussed above, this large-scale project also threatens to further fragment panther habitat and, as such, harms my ability to enjoy these lands and view wildlife.

49. Another project I was very engaged in was Brightshore Village, which is on the north side of Immokalee Road in the same general vicinity as Immokalee Road Rural Village. I opposed this project as well at the planning and county commission level.

50. The area is deteriorating and there are other projects everywhere in rural parts of Southwest Florida. I try to track as many as I can to help these panthers through my advocacy. Once we had the potential for a Habitat Conservation Plan (HCP) for a significant section of Eastern Collier County, but now we won't even have individual biological opinions for each of these new projects. My concern is nobody at the state is watching these projects, that they are not being looked at as a whole and that their impacts are not being considered cumulatively. I also don't believe the new process will provide the "hard look" that NEPA previously provided and required.

51. Previously, biological opinions would be posted on FWS's Vero Beach office website for public review. I could also provide comments to FWS and U.S. Army Corps of Engineers on permit applications that were under review and a biological opinion was being prepared. It was a slower process, but it provided protections and adequate time to review complex decisions. Who actually benefits now from this new "streamlined process?" I believe this transfer of authority was a gift to developers without any benefit for wildlife or the current residents of this rapidly developing part of Southwest Florida.

52. I also don't believe the public understands the new process. In my experience, when previously appearing before local government officials, I would be told that it is for the federal scientists to determine if the project would harm endangered wildlife (or cause their extinction) under the Endangered Species Act. Now that process is no longer in place. I have been involved in the federal process for a long time and I am still trying to wrap my head around this new state approval process.

53. From what I've seen so far, the approval process now feels like an applicant for a building permit receiving specific terms and conditions on how he/she should construct a given project. In a Biological Opinion, all the components of the review including the specifics of how listed wildlife will be impacted by the project are spelled out in the ESA. It is a formal process that others, including federal courts, could review and determine the sufficiency under the ESA. It was easily subject to outside review and challenge.

54. While Florida is allowed to implement this 404 program, I will be personally harmed by permitted developments that do not undergo the same rigorous review as under the Federal program. The fragmentation of largely untouched rural areas and impacts to wildlife from these developments threaten my ability to enjoy the public lands and advocate for the protection of the panther and other species for the reasons discussed above.

55. If I had the ability, I would immediately bring the process back to the U.S. Army Corps of Engineers and FWS whenever federally listed species would be affected. The previous system was imperfect, but it was codified and subject to challenge in federal court when there were inconsistencies with the requirements of the Biological Opinion and the ESA. It carried with it the bigger lens of federal law including NEPA.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February __23__, 2023.

DocuSigned by:

*Matt Schwartz*

16A5ED2A5C724D5...

Matthew Schwartz