IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

## DECLARATION OF SARAH GLEDHILL

I, Sarah Gledhill, make the following declaration:

1. I am a resident of St. Augustine, Florida.

2. I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

3. I am President and Chief Executive Officer of Florida Wildlife Federation, Inc. ("FWF"), one of the Plaintiffs in this case. I began my career with FWF 19 years ago, advocating for the development of policies that protected Northeast Florida's natural resources. In 2016, I became FWF's Planning Director focusing on statewide water resources, land acquisition, and growth management initiatives. After spending a few years with the Center for Biological Diversity, I returned to FWF as its Regional Policy Director in 2021 and later became Vice-President. On January 21, 2023, I became the fourth President to lead the organization.

1

4. FWF is a 501(c)(3) nonprofit that solely focuses on conserving Florida's wildlife, habitat, and natural resources. FWF was founded in 1936 and has grown in membership to over 9,000 members and approximately 60,000 supporters throughout Florida. The mission of FWF is to ensure that wildlife and Florida's fragile environment have a voice, which is echoed in our motto: "Wildlife is our Middle Name." FWF does this through three main outreach areas: 1) Environmental Education, 2) Policy and Advocacy, 3) and Science-based Stewardship.

5. FWF's Environmental Education program focuses on educating the public on the importance of protecting Florida's environment. FWF accomplishes this through a distribution of various media focusing on wildlife issues. FWF's media includes books, videos, and a newsletter aiming to educate the public on the importance of protecting the environment. Additionally, FWF supports wildlife research and environmental preservation.

6. FWF program areas focus on wildlife, land conservation, water, and climate change through our educational materials, policy and advocacy. FWF advocates for the protection of species like the Florida panther and other listed species through connection of existing conservation lands along with road crossings in Southwest Florida. FWF has been a leader in statewide land conservation and advocates for more funding for the Florida Forever program and other similar programs. FWF promotes Everglades restoration, strengthening the environmental resiliency of our rivers and bays, and coastal protection for sea turtles and birds. Lastly, FWF pushes for action on the state and federal level to counter climate change with activities such as successfully promoting a ban of oil and gas drilling in Florida's coastal waters.

7. A majority of FWF's core advocacy work is dedicated to wildlife protection and land conservation.

8.  On behalf of FWF, I concur with Preston Robertson's, FWF's former President, declaration regarding the harms FWF has sustained and will continue to sustain because of Florida's assumption of the 404 permitting program. Preston Robertson accurately describes those harms to our organization and I adopt those in my official capacity on behalf of FWF.

9.  While Florida is allowed to implement the state 404 program, FWF will continue to be harmed in its ability to carry out its mission of protecting native and endangered species, their habitats, and waters.

10. A favorable ruling from this Court would return Section 404 authority to the Corps and restore the federal protections afforded under NEPA and the ESA. In addition, a favorable ruling would allow FWF to pursue remedies in federal court in order to vindicate rights under the CWA, NEPA, and ESA. A decision favorable to the Plaintiffs will prevent the issuance of permits authorized by the state program and the associated harms to FWF as outlined above.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 09 day of February, 2023.

*DocuSigned by:*

*Sarah Gledhill*

87734EF4DD8142D...

Sarah Gledhill
53 Salt Point
St Augustine, FL 32086