IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

    Plaintiffs,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    Defendants.

CASE NO. 1:21-cv-00119 (RDM)

## DECLARATION OF RICHARD HAMANN

I, Richard Hamann, make the following declaration:

1. I am a resident of Alachua County, Florida.

2. I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

3. I am a member of Florida Wildlife Federation, Inc., and have for over 50 years been an avid canoeist and kayaker on Florida rivers and streams in the area in and around Alachua County. I have also used power boats of up to 20 feet in length on those waters. During these trips, I enjoy observing birds and wildlife, many of which are unique to this region of Florida. Over the years, I have

observed with distain the degradation of beautiful streams and rivers from environmental permits that were supposed to, but did not, prevent the degradation of these waterways.

4. I regularly use and have enjoyed the Santa Fe River, a tributary of the Suwannee River. I have fished on the Santa Fe River for bass and panfish, especially the Redbelly or Redbreast Sunfish. I have also personally observed manatees in the Ichetucknee River, a tributary of the Santa Fe River. The Santa Fe is a fairly large river, with widths and depths that make it a natural avenue of waterborne trade and commerce. Attached A to this declaration is a photograph of the Santa Fe near its confluence with the Suwannee, and I know from my personal knowledge that this photograph is an accurate depiction of what the Santa Fe River looks like there. I know the Santa Fe River to be currently navigable based on my observation of the use of it by large kicker boats, and by commercial guiding of kayakers that I have observed on it. I have frequently engaged a local guide to lead groups of students on paddling trips on the Santa Fe River. I intend to continue using and enjoying the Santa Fe River for small scale boating and observation of the flora and fauna of that ecosystem.

5. The confluence of the Santa Fe River and the Suwannee River is over 50 river miles from the Gulf of Mexico, well above the reach of tidal influence.

6. I have reviewed the Corps' 2019 Retained Water List and found that Santa Fe River is not on the list, even though it is navigable and not tidally influenced.

7. I understand the Santa Fe to be subject to development pressure because of urban and agricultural development in the region that has been rapidly expanding over the years into this region of Florida.

8. I have a reasonable, well-grounded fear that there will be be state 404 permitting related to the Santa Fe River in the foreseeable future, which will harm my interests in the Santa Fe River because the state's 404 process is not as protective as federal law, does not involve Section 7 consultations as to impacts on listed species, and is not subject to NEPA review as 404 permits are when they are administered by the Corps. A ruling in Plaintiffs' favor in this litigation would redress my harms.

9. A ruling invalidating EPA's approval of Florida's program would restore 404 authority over assumable waters to the Corps, restoring Section 7 and NEPA review to projects, and ensuring that all requirements of federal law are met and can be enforced in federal court. A ruling in Plaintiffs' favor on our ESA claims would redress my harms by requiring EPA to reinitiate consultation with USFWS (and to consult with NMFS) to fully consider the effects of Florida's application on listed species and critical habitat; require the wildlife agencies to

produce legally sufficient biological opinions that properly analyze the impact to listed species and critical habitat, set limits on incidental take, and impose reasonable and prudent measures and triggers for reinitiation that are protective under the ESA; and prohibit EPA, the state, and state permittees from receiving incidental take coverage from an unlawful "technical assistance" process. A ruling in Plaintiffs' favor on the Rivers and Harbors Act claim would set aside the Corps' inadequate retained waters list, prevent state 404 permitting on waters required to remain under the Corps' jurisdiction, and require re-evaluation of the Corps' list to comply with federal law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of February 2023, in Alachua County, Florida. .

*Richard Hamann* (signature)
Richard Hamann

# ATTACHMENT A

