IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

    Plaintiffs,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    Defendants.

**CASE NO.** 1:21-cv-00119 (RDM)

## DECLARATION OF ROBERT L. KNIGHT

I, Robert L. Knight, make the following declaration:

1. I am a resident of Alachua County, Florida.

2. I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

3. I am a member of St. Johns River Keeper and have for the past 44 years regularly navigated Silver River for research and for pleasure. During my trips on Silver River, I regularly see commercial river tours in large deck boats carrying over ten passengers. My research includes studying the flora and fauna of

1

Silver Springs and Silver River. I also regularly kayak and canoe on Silver River for my own enjoyment.

4. Silver River is the Silver Springs run and is the largest tributary of the Ocklawaha River, which, in turn, is the largest tributary to the St. Johns River, which is the third largest river by flow volume and flows into the Atlantic Ocean. Silver River was declared navigable in 1931 by a federal court in the case of *Silver Springs Paradise Co. vs Ray*, based on the historic use of the river for commerce. I know that Silver River is navigable because I have used it regularly during all seasons of the year.

5. Attachment A to this declaration is a photograph of a typical section of Silver River, and I know from my personal knowledge that this photograph is an accurate depiction of what the Silver River looks like.

6. Silver River is well over 100 miles upstream of the Atlantic Ocean and is not subject to tidal influence.

7. I know that Silver River is not on the Corps' 2019 Retained Water List, even though it is historically and currently navigable and is not tidally influenced.

8. With the exception of one in-holding, the entire Silver River and adjacent floodplain wetlands are in public ownership. If the privately owned wetlands along the River were developed, the adverse impact on the River would

be severe. I have documented the repeated failures of the state DEP and St. Johns River Water Management District to prevent damage to the River by issuing or approving environmental permits that adversely affected the River and Springs. Thus, I have a reasonable fear that I will be adversely affected by the issuance of state 404 permits.

9. I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February 2023, in Alachua County, Florida.

Robert L. Knight

# ATTACHMENT A

