IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper have moved for summary judgment on Claims One through Seven and Ten through Thirteen in the Amended Complaint and renewed their motion for summary judgment on Claim Eight.[1]  Dkt. 98; *see also* Dkt. 31.

Having considered the parties' submissions, and the pertinent portions of the administrative records, the Court finds that the motion is due to be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment, Dkt. 98, is **GRANTED**.  Final Judgment is hereby **ENTERED** in favor of Plaintiffs on Claims One through Eight and Ten through Thirteen of the Amended Complaint.  Dkt. 77.

---

[1] Plaintiffs earlier filed a Motion for Partial Summary Judgment on Claims Eight and Nine, Dkt. 31, to which EPA and Florida filed cross-motions, Dkt. 34, 36.  The Court ruled for Defendants on Claim Nine and denied the motions without prejudice as to Claim Eight.  Dkt. 73, at 61, 48–49.  The Court ordered supplemental briefing on Claim Eight and has taken that matter under advisement.  Minute Orders Apr. 19, 2022, Oct. 17, 2022; *see also* Dkt. 78, 82, 83, 87.

2

    Plaintiffs shall have twenty-one (21) days from the date of this Order to submit a brief on the appropriate remedy.  Defendants may submit a response brief within twenty-one (21) days of Plaintiffs' filing, and Plaintiffs may file a reply within twenty-one (21) days thereafter.

    **SO ORDERED.**

                                                                                                                  _____

                                                                                                                  RANDOLPH D. MOSS  
                                                                                                                  United States District Judge