IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>    Defendants. | Case No. 1:21-cv-0119 (RDM) |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Federal Defendants, the U.S. Environmental Protection Agency ("EPA"); Michael S. Regan, in his official capacity as Administrator for EPA; Rhadika Fox, in her official capacity as Assistant Administrator for the Office of Water of EPA; Jeffrey Prieto, in his official capacity as General Counsel for EPA; Lawrence Starfield, in his official capacity as Acting Assistant Administrator for the Office of Enforcement and Compliance Assurance for EPA; John Blevins, in his official capacity as Acting Administrator for EPA Region 4; the U.S. Fish and Wildlife Service ("FWS"); Martha Williams, in her official capacity as Director of FWS; Leopoldo Miranda-Castro, in his official capacity as Regional Director for FWS; the U.S. Army Corps of Engineers ("the Corps"); Lieutenant General Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General of the Corps; and Colonel James Booth, in his official capacity as District Commander of the Jacksonville District for the Corps (collectively, "Federal Defendants"), have cross-moved for summary judgment on Claims One through Seven and Ten through Thirteen in the Amended Complaint. Federal Defendants also previously filed a cross-

2

motion for summary judgment on Claim Nine, on which the Court has not yet issued a final decision. *See* Dkt. Nos. 34, 82.

Having considered the parties' submissions and the pertinent portions of the administrative records, the Court finds that Federal Defendants' Cross-Motion should be granted.

Judgment hereby is entered in favor of Federal Defendants on Claims One through Seven and Ten through Thirteen of the Amended Complaint.

SO ORDERED.

RANDOLPH D. MOSS
United States District Judge