# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

**DECLARATION OF DENISSE D. DIAZ IN SUPPORT OF FEDERAL DEFENDANTS' COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Denisse D. Diaz, state as follows:

1. I am the Acting Director of the Water Division for the U.S. Environmental Protection Agency, Region 4.

2. In my official capacity, as part of my responsibilities as Acting Director of the Water Division, I oversee and supervise the work of the Oceans, Streams, and Wetlands Protection Branch (Branch). This Branch is responsible for reviewing a Region 4 state's request to assume a Clean Water Act (CWA) section 404 program, pursuant to section 404(g) of the CWA, 33 U.S.C. § 1344(g), and the regulations promulgated thereunder. Where EPA's approval of a state's request to assume a CWA section 404 program may affect species listed under the Endangered Species Act, 16 U.S.C. §§ 1531 et seq., the Branch is responsible for consulting with the United States Fish and Wildlife Section and/or the National Marine Fisheries Service (NMFS), as appropriate, pursuant to section 7 of the Endangered Species Act.

3. As part of my responsibilities, I am familiar with the Amended Complaint in this case and correspondence received from Plaintiffs on March 31, 2021, in which Plaintiffs gave

notice of their intent to sue EPA for violations of the Endangered Species Act, 16 U.S.C. § 1531 et seq.

4. In its December 20, 2021 response to Plaintiffs' notice of intent to sue, EPA stated that it was writing to address the issues that Plaintiffs raised regarding its determination that approval of Florida's assumption of the CWA section 404 program would have no effect on species and designated critical habitat under NMFS's jurisdiction. EPA stated that, having considered this issue further, it was preparing a Biological Evaluation and effects determinations for NMFS-listed species and critical habitats potentially affected by EPA's approval action. EPA explained that once it had prepared the Biological Evaluation, it would initiate consultation with NMFS, as appropriate. EPA further stated that it would propose to NMFS that EPA consider the issues raised in Plaintiffs' notice of intent to sue, including potential impacts to listed species and their critical habitats downstream of assumed waters, in any upcoming Endangered Species Act consultation.

5. Since the date of EPA's response, EPA has undertaken to make effects determinations as to NMFS-listed species and designated critical habitat. These efforts include hiring a contractor; communicating with the Florida Department of Environmental Protection, Florida Fish and Wildlife Conservation Commission, and NMFS; and preparing a draft Biological Evaluation to evaluate the effects of EPA's approval of Florida's assumption of the CWA 404 program on listed species under NMFS's jurisdiction.

6. Also during this time, EPA has communicated with staff at NMFS's Office of Protected Resources to coordinate EPA's efforts with the consulting agency and streamline its work so that if EPA ultimately initiates consultation, that process can go forward in an efficient manner.

7. EPA has established an internal timetable for completion of the Biological Evaluation. EPA intends to complete the Biological Evaluation on or around July 14, 2023, and intends to submit the Biological Evaluation to NMFS shortly thereafter pursuant to 50 C.F.R. § 402.12(j), as appropriate. This is EPA's best estimate at this time, recognizing that EPA has to engage with various state and federal agencies to coordinate its efforts as described in Paragraph 5 herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 25, 2023

DENISSE DIAZ
Digitally signed by DENISSE DIAZ
Date: 2023.04.25 16:01:25 -04'00'

Denisse D. Diaz, Acting Director
Water Division
U.S. Environmental Protection Agency
Atlanta, Georgia