IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al*. <br><br> Defendants. | Case No. 1:21-cv-0119 (RDM) |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Federal Defendants, the U.S. Environmental Protection Agency ("EPA"); Michael S. Regan, in his official capacity as Administrator for EPA; Rhadika Fox, in her official capacity as Assistant Administrator for the Office of Water of EPA; Jeffrey Prieto, in his official capacity as General Counsel for EPA; Lawrence Starfield, in his official capacity as Acting Assistant Administrator for the Office of Enforcement and Compliance Assurance for EPA; John Blevins, in his official capacity as Acting Administrator for EPA Region 4; the U.S. Fish and Wildlife Service ("FWS"); Martha Williams, in her official capacity as Director of FWS; Leopoldo Miranda-Castro, in his official capacity as Regional Director for FWS; the U.S. Army Corps of Engineers ("the Corps"); Lieutenant General Scott A. Spellmon, in his official capacity as Chief of Engineers and Commanding General of the Corps; and Colonel James Booth, in his official capacity as District Commander of the Jacksonville District for the Corps (collectively, "Federal Defendants"), have cross-moved for summary judgment on Claims One through Seven and Ten through Thirteen in the Amended Complaint. Federal Defendants also previously filed a cross-

2

motion for summary judgment on Claim Nine, on which the Court has not yet issued a final decision.  *See* Dkt. Nos. 34, 82.

Having considered the parties' submissions and the pertinent portions of the administrative records, the Court finds that Federal Defendants' Cross-Motion should be granted.

Judgment hereby is entered in favor of Federal Defendants on Claims One through Seven and Ten through Thirteen of the Amended Complaint.

SO ORDERED.

_____<br>
RANDOLPH D. MOSS<br>
United States District Judge

2