IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>  Defendants,<br><br>STATE OF FLORIDA, ET AL.<br><br>  Intervenor-Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

### STATE OF FLORIDA AND FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the State of Florida and the Florida Department of Environmental Protection ("Florida Intervenors") respectfully request that this Court grant Florida Intervenors' cross-motion for summary judgment and deny Plaintiffs' motion for summary judgment. Florida Intervenors are filing herewith a combined brief in support of this motion and in opposition to Plaintiffs' motion for summary judgment.

Dated: May 10, 2023

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com

1

Lily N. Chinn (DC Bar No. 979919)
101 California Street
San Francisco, CA 94111
Phone: (415) 291-6200
lily.chinn@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
(*pro hac vice*)
Harrison Reback (TX Bar No. 24012897)
(*pro hac vice*)
910 Louisiana Street
Houston, TX 77002-4995
Phone: (713) 229-1234
aaron.streett@bakerbotts.com
harrison.reback@bakerbotts.com

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.3, I hereby certify that on this 10th day of May 2023, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

    Respectfully submitted,
    BAKER BOTTS L.L.P.

    */s/ Jeffrey H. Wood*
    Jeffrey H. Wood (D.C. Bar No. 1024647)
    700 K Street, NW
    Washington, D.C. 20001
    Phone: (202) 639-7700
    jeff.wood@bakerbotts.com