**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>Defendants,<br><br>STATE OF FLORIDA, ET AL.<br><br>Intervenor-Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Intervenor-Defendants, State of Florida and the Florida Department of Environmental Protection, have cross-moved for summary judgment on Claims One through Seven and Ten through Thirteen in the Amended Complaint.

Having considered the parties' submissions and the pertinent portions of the administrative records, the Court finds that Intervenor-Defendants' Cross-Motion should be granted.

Judgement hereby is entered in favor of Federal Defendants and Intervenor-Defendants on Claims One through Seven and Ten through Thirteen of the Amended Complaint.

SO ORDERED.

_____
RANDOLPH D. MOSS
United States District Judge