**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.

              Plaintiffs,

      v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.

              Defendants.

**CASE NO.** 1:21-cv-00119 (RDM)

**DECLARATION OF JUSTIN WOLFE**

1.      My name is Justin Wolfe. I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the following statements are true and correct to the best of my knowledge and belief.

2.      I serve as General Counsel to the Florida Department of Environmental Protection ("FDEP"). FDEP is the state agency in Florida authorized by law to "control and prohibit pollution of air and water…." Fla. Stat. § 403.061.

3.      Pursuant to Section 20.255(c), Florida Statutes, as General Counsel, I am responsible for all legal matters of FDEP. I have held this position for approximately four years. Before serving as the General Counsel for FDEP, I served as the Deputy General Counsel for the Water, Air, and State Lands Section of FDEP's Office of General Counsel.

4.      I am authorized by the Office of the Governor of the State of Florida, the Office of Attorney General of the State of Florida, and the Secretary of the FDEP to provide this declaration to this Court.

5.      I am aware that a coalition of environmental organizations ("Plaintiffs") filed a Complaint in the U.S. District Court for the District of Columbia seeking, among other things, to invalidate and enjoin EPA's approval of Florida's Section 404 Program.

6.      I am aware that Plaintiffs submitted several sworn declarations in support of standing to bring their lawsuit. I am providing this declaration to provide sworn facts to this Court that I believe are relevant to evaluating whether Plaintiffs have standing, i.e., whether they are injured by EPA's approval of Florida's Section 404 Program or otherwise have standing for the claims brought in this case.

7.      Previously, I signed a declaration in support of FDEP's standing to intervene, which was filed in this proceeding on January 19, 2021 (Dkt. 4-2) and which I hereby re-affirm and incorporate by reference, subject to any additional information or clarifications provided herein.

8.      Some of the grounds for standing, as asserted by Plaintiffs in their most recent motion, relate to "statutory avenues to advocate for robust environmental protection" and "access to courts." These points were addressed, at least in part, in my prior declaration, as well as in the briefs filed by FDEP in this case.

***FDEP Implementation of the State 404 Program***

9.      FDEP has been working cooperatively with the U.S. Environmental Protection Agency (EPA), the U.S. Army Corps of Engineers (Corps), the U.S. Fish and Wildlife Service (FWS), and other federal, state, and local agencies on implementation of the Section 404 program in Florida.

10.      Since assumption of the Section 404 program in December 2020, FDEP has received over 7,700 applications. This includes applications for individual permits, coverage under

general permits or regional permits, requests for No Permit Required (NPR) determinations, and other Section 404 permit-related requests.

11.     Currently, over 1,780 permit applications are pending review and determination by FDEP.

12.     To date, FDEP has issued approximately 460 individual permits (including modifications) under the Section 404 program and has denied over 168 applications (including individual permits, regional and general permit requests, and NPR requests).

13.     Approximately 2,900 applications filed with the Florida 404 program have been withdrawn by permit applicants. In many instances, applications are withdrawn after FDEP staff submit requests for additional information or flag concerns with project proposals.

14.     Permit statistics are available via the FDEP's public database available at https://fldep.dep.state.fl.us/parep/pa_query_pa_data.asp (last visited May 10, 2023) (query based on "State 404 Program" with a permit application date range of December 2020 through May 2023).

15.     For the Court's reference, any member of the public can access this database and, from there and other FDEP online resources, link directly to permit files.

***Plaintiffs' Assertions of Standing/Injury from EPA's Approval of Florida's 404 Program***

16.     To support their standing, Plaintiffs' declarations cite several pending permit applications and suggest that Florida's processing of those applications cause injuries to Plaintiffs sufficient to support standing.

17.     In Enclosure A to this declaration, I have provided information (in a summary table format) showing the current status of review for each of the projects identified by Plaintiffs (in their declarations) which are pending review with FDEP. Additionally, Plaintiffs referenced

several proposed projects for which a Section 404 application has not yet been submitted, so those projects are not listed in the table. Various other projects referenced in Plaintiffs' declarations have been withdrawn by the permit application (e.g., Nobles Grade/Burnett Oil; Tamiami Prospect; State Road 836, Port 1850), and are also not listed in the table.

18.    Via FDEP's website, Plaintiffs (and the general public) have access to readily-available, real-time information as well as a robust opportunity for involvement in the permit process. The Florida 404 Handbook fully describes the public notice and comment process for FDEP 404 permits. EPA-HQ-OW-2018-0640-0002-A-51 at 26-27.[1] The Handbook also describes the information that is developed as part of the permit review process, which includes: an analysis of project alternatives that would avoid impacts to wetlands; an analysis of environmental impacts (including cumulative and secondary effects, where appropriate); a review of impacts on state water quality; development of a technical staff report to document how the project addresses the requirements found in Rules 62-330.301, 62-330.302, and 62-331.053; written documentation on each application outlining the permitting decision and the rationale for the decision. All of this is made publicly available.

19.    Plaintiffs contend that obtaining information from FDEP related to 404 permit applications is difficult or costly. That is not the case. FDEP provides access to records in a much more user-friendly, cost-effective, and streamlined way than the Corps-led program.

20.    Florida provides *real-time access* to state permit records related to Section 404 permit applications via publicly accessible FDEP websites. Written communications to or from state officials (including permitting staff) regarding state business are available to the public.

---

[1] The currently applicable "404 Handbook" is available on the State of Florida administrative regulation website found at https://www.flrules.org/gateway/reference.asp?No=Ref-12064 (last visited May 10, 2023).

Records and information are readily available at no cost via one of FDEP's online resources,[2] including:

    a.    <u>Florida's "Oculus" System</u>, which is a web-based electronic document management system providing real-time access to public records associated with FDEP permitted facilities and activities. Documents in Oculus are filed under a specific FDEP program and facility. The public can access this system and search for all records under the Florida 404 Program, ERP Program, and various other Florida environmental programs. *See* https://depedms.dep.state.fl.us/Oculus/servlet/search (last visited May 10, 2023).

    b.    <u>FDEP Information Portal</u>, which provides extensive information that is updated on a daily basis about projects, including permit application materials, public comments, agency correspondence, and all other associated records. *See* https://prodenv.dep.state.fl.us/DepNexus/public/searchPortal (last visited May 10, 2023).

    c.    <u>FDEP Permitting Information Database</u>, which provides extensive information about permit status. *See* https://fldep.dep.state.fl.us/parep/pa_query_pa_data.asp (last visited May 10, 2023).

    d.    <u>FDEP ARCGIS Mapping Tool</u>, which is a digital geographic information system mapping tool where the public can easily access information on 404 permit applications (including those that have been withdrawn, remain pending, etc.) on a real-time basis (shown in yellow boxes in Figure 1). *See* https://fdep.maps.arcgis.com/apps/mapviewer/index.html?layers=ce4369c29c0c428f8316

---

[2] These databases provide more information on a real-time basis than is available from the Corps, which has an on-line permit database searching system available at https://permits.ops.usace.army.mil/orm-public# (last visited May 10, 2023).

af480c19fe65 (last visited May 10, 2023). The mapping tool shows detailed information about (1) areas classified as "assumable waters" (FDEP 404 permitting) versus "retained waters" (Corps 404 permitting); and (2) provides site-specific information about pending permit applications.

Figure 1. Showing FDEP ARCGIS Mapping Too



21.     A member of the public can go to any project location (shown as yellow boxes in Figure 1) on the FDEP mapping tool, and from there access substantial information about the project, including a link to the permit application file (see the "View" hyperlink inside the red box

in Figure 2). Or, if they prefer, they can simply use the search tool on the FDEP Information Portal, FDEP Permitting Information Database, or Oculus system and download relevant project documents that way.

Figure 2. Showing FDEP ARCGIS Mapping Tool, with Information Box.



22.     For example, by searching the FDEP Information Portal, FDEP Permitting Information Database, Oculus system, and/or FDEP ARCGIS Mapping Tool, Plaintiffs can access the permit file link for "Troyer Brothers Florida – Troyer Mine" (application # 0292013-008-SFI) referenced in Plaintiffs' standing declarations and brief. *See* Enclosure B for screenshots of how to search and identify publicly available information related to Troyer Mine from these four FDEP

websites. This permit file information shows that the permit application has been "pending" for over 390 days while it undergoes review by FDEP. *Id.* It also shows that public notice and comment was opened in July 2022. *Id.* The permit file records provide extensive information, including thousands of pages of permit application records, environmental reports, correspondence between federal and state agencies, public notice information, requests for additional information, etc., and are all available for download online. *Id.* The summary table in Enclosure A also provides additional current information on this permit application.

23.     Likewise, information in the FDEP databases about the "Kingston Project" located in Lee County, Florida (cited in Plaintiffs' standing declarations) provide downloadable links to extensive materials, including thousands of pages of permit application records, environmental report, biological assessment, correspondence between federal and state agencies, public notice information, requests for additional information, and a host of other points of information.[3] This particular project, which is also referenced in Enclosure A, remains in "pending" status.

***Availability of Information Comparable to Corps-led Program (NEPA & ESA)***

24.     I have also been made aware that Plaintiffs allege that they are deprived of information under the Florida-led 404 program that they would otherwise receive by virtue of the Corps-led 404 program. I do not believe their concern is justified, because under the Florida-led program, the same or very similar kinds of information is made available to the public, and in many situations, much more information is provided and in a timelier way.

25.     All major categories of environmental information available to the public under the Corps-led 404 program are also available to the public in a comparable manner after Florida's

---

[3] *See* https://prodenv.dep.state.fl.us/DepNexus/public/electronic-documents/ST404_423130/gis-facility!search (last visited May 10, 2023).

assumption of the Section 404 program. This includes the essential contents of a NEPA Environmental Impact Statement ("EIS") and/or Environmental Assessment ("EA"): purpose and need for a project, alternatives to the project, information about the affected environment, environmental impacts (including cumulative effects, secondary effects, etc.), mitigation measures, socioeconomic information, historic/cultural/tribal information, species and habitat information, coastal zone impacts, and a wide range of "public interest" information. Plaintiffs still have access to the environmental information that they had before.

26.     It is also important to bear in mind that the vast majority of Section 404 permits under the Corps-led program never trigger the requirement to prepare an EIS.

27.     Notably, based on a review of the nationwide searchable online database (Environmental Conservation Online System) maintained by FWS and NMFS that tracks Biological Opinions, relatively few Section 404 permits issued in Florida actually trigger a requirement for a Biological Opinion.[4] A search of the database identified 138 Biological Opinions prepared for Corps permits/projects in Florida from 2009 to the present. *See* list attached as Enclosure C. (It appears that the database does not yet contain Corps' Biological Opinions issued in 2022 or 2023.)  A review of the list shows that many of the projects (if proposed today) clearly would have involved retained waters and thus would have remained under the Corps' permitting authority (e.g., 28 beach/shoreline renourishment or restoration projects and 3 dredging projects in major rivers or coastal areas). Various other projects on the list appear to be federal projects that would otherwise trigger a Biological Opinion requirement irrespective of state 404 assumption. Thus, conservatively, it is likely that less than 100 Corps permits/projects from 2009 to the present

---

[4] *See* https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

(in what would now be assumable waters in Florida) required preparation of a Biological Opinion.[5] During this same timeframe, the Jacksonville District of the Corps made 8,690 individual 404 permit decisions according to the Corps' publicly available permit database.[6] Thus, less than 1.6% of the individual permit applications submitted to the Corps triggered a need for a Biological Opinion at all from 2009 to the present.[7] As these figures suggest, permit applicants often go to great lengths to avoid adverse effects to listed species and designated critical habitat, thereby avoiding the need for formal consultation. This reality further calls into question Plaintiffs' allegations that they are harmed by a loss of environmental information from the purported lack of biological opinions for projects of concern. Moreover, the FWS database only provides basic information about the biological opinions and not actual copies of the analyses, which must be obtained elsewhere (e.g., through FOIA).

28.     As shown in Enclosure D, which is a side-by-side comparison of environmental information available via the Corps-led 404 program versus the Florida-led program, Plaintiffs can

---

5 According to a decade-old GAO report, in fiscal year 2008, a total of 278 actions by the Corps (for all Corps activities, not just limited to the smaller set of 404 permits) triggered formal ESA consultation *across 11 Western States* (Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming). *See* https://www.gao.gov/assets/gao-09-550.pdf at 6, 14 (last visited May 10, 2023).Though a limited data set, this would support the view that, in any given year, only a small handful of Section 404 permits in any given state would trigger a need for a biological opinion.

6 *See* the Corps' database for permit actions, available at https://permits.ops.usace.army.mil/orm-public (last visited May 10, 2023).

7 To support this estimate, I identified the number of individual permit decisions made by Jacksonville District (8,690 total including issuing 8,603 permits and denying 86 permits) between 2009 to the present in the Corps' database. I then calculated the percentage of total individual permit applications that could have received biological opinions by dividing the number of biological opinions issued according to the FWS and NMFS database (138) by the number individual permit applications (8,690) acted upon by the Corps according to its database for the time period 2009 to the present.

still obtain essentially all of the same kinds of information, and in many cases, get that information more quickly and easily. This comparison was previously submitted to this Court. Dkt. 72-1.

29.     Plaintiffs also say that they lack access to information about the "technical assistance process." This, too, is incorrect. First, Plaintiffs are comprised of some of the most sophisticated environmental non-profits in Florida and routinely engage with FDEP to obtain information. In addition, the FDEP meets with Plaintiffs' organizations to hear their concerns and discuss solutions. Moreover, Plaintiffs know that, to obtain any public record in Florida, they merely need to ask for it and Florida law provides them with a constitutional right to the information. FDEP staff respond promptly to such requests wherever possible, but most information is, as already noted, publicly available via online FDEP databases. The records related to the Kingston Project, noted above, provide a useful example.

30.     Another useful example is the FFD project (FDEP Permit Application No. 0291030-004-SFI), which was referenced in Plaintiffs' standing declarations to support their purported injuries from the loss of environmental information especially related to species impacts. The FDEP online database contains extensive information about the FFD project (permit file), including an applicant-prepared Biological Assessment (with over 1,100 pages of documentation), as well as an environmental site assessment of more than 200 pages (completed at the request of FWS). FWS and FWC are reviewing and evaluating this information. The permit application remains pending. Additional information about the application is shown in Enclosure A. Though these projects are in the middle of the permit process and have ongoing engagement between FDEP, FWS, FWC, and other agencies and stakeholders, they do illustrate how Florida's 404 program makes significant information available to the public on a real-time basis, including the same kinds of information that Plaintiffs incorrectly claim they do not receive.

*EPA Oversight*

31.     EPA is actively overseeing Florida's 404 Program. As noted above, FDEP has issued 460 individual permits and permit modifications so far. EPA has objected to 39 permits to date (or around 8.5% of permits issued). Of these 39, EPA was not satisfied with FDEP's response to EPA's concerns for three permits (less than 1% of permits issued) and, thus, EPA federalized those three permit applications (i.e., transferred the applications to the Corps of Engineers for processing under the federal-led program). While FDEP disagreed with EPA in those circumstances, FDEP abided by EPA's decision. FDEP believes these numbers are an excellent illustration of FDEP and EPA's cooperative work in resolving EPA's concerns regarding Florida's implementation of its 404 Program.

*Enforcement*

32.     FDEP takes its responsibility to enforce environmental laws seriously.

33.     Florida law authorizes enforcement of the State 404 Program in the same manner and to the same extent as provided in other relevant parts of Florida's environmental laws. Florida has administrative, civil, and criminal enforcement authorities comparable to federal enforcement.

34.     Enforcement of the State 404 Program is implemented through FDEP's six regulatory district offices distributed across the state as shown in Figure 3, below, with the Office of General Counsel or the Office of the State Attorney providing legal support depending on the type of enforcement initiated.

Figure 3: FDEP Regional Offices[8]



35.     FDEP is authorized to restrain unauthorized activity (§§ 373.129(1) and 373.430(1)); to enjoin and abate violations of statutes, rules, and orders adopted pursuant to Chapter 373 (§ 373.129(2)); and to recover civil penalties up to $15,000 per violation (§ 373.129(5)).

36.     FDEP is also authorized to seek criminal remedies against someone who: with reckless indifference or gross careless disregard (criminal negligence) discharges dredged or fill

---

[8] Source: https://floridadep.gov/districts (last visited May 10, 2023).

material without the required permit or in violation of any permit condition in the amount up to $10,000 (§ 373.430(4)); willfully discharges dredged or fill material without the required permit or in violation of any permit condition in the amount up to $10,000 (§ 373.430(5)); or knowingly makes false statements, representation or certification in any application, record, report, plan, or other document filed or required to be maintained part IV, Chapter 373, or falsifies tampers with or knowingly renders inaccurate any monitoring device or method required to be maintained under the permit in an amount of $10,000. (§ 373.430(1)(c) & (5)).

37.     FDEP has a Division of Law Enforcement, which consists of the Environmental Crimes Unit and the Office of Emergency Response. This division is responsible for enforcing environmental laws and responding to incidents where environmental impacts are reported or discovered. The Environmental Crimes Unit ensures compliance with environmental laws through inspections and enforcement. The unit works in conjunction with the Office of Emergency Response, which provides technical and on-site assistance to ensure threats to the environment and human safety are quickly and effectively addressed.

38.     Division staff respond to incidents involving petroleum spills caused by vehicle accidents to chemical plant explosions to coastal oil spills. In addition, the division works with local public safety officials and emergency response contractors to minimize threats to the environment.

39.     FDEP and Florida Water Management District staff have conducted 280 compliance inspections of State 404 permit sites since assuming the program. More than 179 warning letters and 2 notices of violations have been issued, and 37 matters have been referred to FDEP's Office of General Counsel for review for possible further enforcement. A total of 19 consent orders (resolving violations) have been executed.

40. FDEP has a comprehensive "Enforcement Manual," updated regularly, which guides the enforcement work of the agency's staff. This manual and a variety of other materials related to FDEP enforcement is available at https://floridadep.gov/ogc/ogc/content/enforcement-manual (last visited May 10, 2023) The manual includes chapters covering enforcement organization, compliance options, enforcement options, inspections and investigations, administrative process and remedies, judicial process and remedies, litigation procedures, and data management.

***No Permit Required Letters***

41. Plaintiffs have expressed concerns in their standing declaration about No Permit Required ("NPR") letters. Notably, at EPA's request, FDEP has been providing EPA with copies of specific NPR determinations issued by FDEP under the Section 404 program.

42. Florida's NPRs are entirely voluntary and non-binding and provided only as a courtesy. And while FDEP believes NPRs provide valuable assistance to the regulated community and help to promote overall compliance with the law, a property owner in Florida with an NPR issued by FDEP still proceeds at their own risk. If projects occur in "waters of the United States," they remain subject to Section 404 purview and possible enforcement by FDEP or EPA, or both.

43. An NPR is not a determination of waters of the United States, or a tool to establish jurisdiction. An applicant may apply for a State 404 "No Permit Required" verification when the activity has avoided all impacts to wetland or surface waters delineated using 62-340, F.A.C., or when the activity has been designed to only impact wetlands or surface waters that are excluded from jurisdiction as waters of the United States.

44.     Importantly, from the start of Florida's program, NPRs have been available to EPA for review upon request. NPRs can also be identified using the search tools available on the Oculus and FDEP Permitting Information publicly-accessible databases.

45.     In its oversight capacity, EPA has been requesting copies of NPRs and FDEP has been providing NPRs to EPA, as requested. To the extent EPA has questions or concerns about a particular NPR determination, FDEP has encouraged EPA to raise those issues to our attention for further discussion and resolution.

***Retained Waters List***

46.     Plaintiffs claim injury from the alleged failure by the Corps to provide a complete and perfect list of "retained waters." It is hard to fathom how Plaintiffs are injured by the issuance of this list, as it expressly identifies those waters that the Corps has determined to be "retained waters" for purposes of Section 404(g) of the Clean Water Act, while also expressly stating that the list also includes all other waters that meet the definition of non-assumable waters under 404(g).

47.     According to FDEP's sister agency, the Florida Fish and Wildlife Conservation Commission, there are more than "7,500 lakes, ponds and reservoirs" in Florida, along with "approximately 12,000 miles of fishable rivers, streams and canals."[9]

48.     As reflected in the Memorandum of Agreement (MOA) between Florida and the Corps (AR-00019), the retained waters list will be updated on an as-needed basis.  Part II.A of the MOA explains that the "Corps will retain responsibility for permitting for the discharge of dredged or fill material in those waters identified in the Retained Waters List…, as well as all waters subject

---

[9] https://myfwc.com/fishing/freshwater/sites-forecasts/lakes-and-rivers/#:~:text=Florida%27s%20freshwater%20fisheries%20comprise%20more,canals%E2%80%94with%20no%20closed%20seasons (last visited May 10, 2023).

to the ebb and flow of the tide shoreward to their mean high water mark that are not specifically listed in the Retained Waters List, including wetlands adjacent thereto landward to the administrative boundary." As stated in the MOA, the Corps provided Retained Waters GIS layers to FDEP, and those GIS layers are to be updated "as necessary, in accordance with II.C. and III.B" of the MOA, which allows for modifications to the list in a variety of circumstances. For example, in the first year of assumption, FDEP has asked the Corps to evaluate certain coastal areas to determine whether they should be considered tidal and shown on the Retained Waters List GIS Layer. An area of canals in Cape Coral was recently added to the GIS layer because they were found to be tidally influenced in accordance with the Section III.B of the MOA.

49.     FDEP staff do not rely solely on the list of retained waters to determine whether a particular permit application should be handled by FDEP or the Corps. FDEP staff look at site-specific data for each project. If information shows that the project may result in discharges to non-assumable waters, i.e., waterbodies that are "presently used, or are susceptible to use in their natural condition or by reasonable improvement as a means to transport interstate or foreign commerce...," and "all waters subject to the ebb and flow of the tide shoreward to their high water mark that are not specifically listed …, including wetlands adjacent thereto landward to the administrative boundary," FDEP will raise that issue with the Corps Jacksonville District.

***NMFS Review***

50.     FDEP has been informed that EPA continues to prepare a Biological Evaluation (BE) regarding EPA's approval of FDEP's CWA 404 program in coordination with the National Marine Fisheries Service (NMFS). EPA has communicated with FDEP throughout this process. It is our understanding that EPA plans to complete and issue the BE for NMFS species in the near future. FDEP is actively supporting efforts by EPA and NMFS to complete consultation

Executed on the 10th day of May, 2023.

Justin Wolfe
General Counsel
Florida Department of Environmental Protection
3900 Commonwealth Blvd M.S. 35
Tallahassee, FL 32399

# ENCLOSURE A

## CURRENT STATUS OF 404 PERMIT APPLICATIONS

## CITED IN PLAINTIFFS' STANDING DECLARATIONS

*Status of FDEP 404 Permit Applications Referenced in Plaintiffs' Standing Declarations*

| Project Name | FDEP Permit Application Nos. | Plaintiffs' Declaration | Status of Permit / Appeal |
|---|---|---|---|
| Troyer Mine | 0292013-007 0292013-008 | Crooks ¶ 45-54 | This permit application remains pending and under review. Permit application originally filed with FDEP but then withdrawn by the applicant and resubmitted. Public notice period provided (Plaintiffs submitted comments). FDEP has requested additional information from the applicant. The FDEP online database provides extensive information (permit file), including significant engagement and information exchange with other agencies and stakeholders. Permit file contains information concerning biological issues related to species and habitat. Process is ongoing. |
| Rural Lands West | 0396966-001 | Crooks ¶ 55-64 | This permit application is early in the review process. FDEP has engaged with FWS and FWC concerning potential species impacts. FDEP has been informed that "FWC and USFWS are currently evaluating the Rural Lands West project and additional information from the applicant may be required to determine whether, and to what extent, the proposed activities will adversely impact listed species or designated critical habitats." The FDEP online database provides extensive information (permit file). Process is ongoing. |
| Bellmar Community Development | 396364-001 | Crooks ¶ 65-74 Hartl Dec. ¶34-37 Umpierre Dec. ¶16 | This permit application remains pending and under review. FDEP has engaged with FWS and FWC concerning potential species impacts. FWS has been engaged in review of this project. The FDEP online database provides extensive information (permit file). Public notice period provided (Plaintiffs submitted comments). FDEP has requested additional information from applicant. |

*Status of FDEP 404 Permit Applications Referenced in Plaintiffs' Standing Declarations*

| Project Name | FDEP Permit Application Nos. | Plaintiffs' Declaration | Status of Permit / Appeal |
|---|---|---|---|
| Immokalee Road Rural Village | 396348-001 | Crooks ¶ 75-81 Schwartz Dec. ¶48 | This permit application is pending and under review. Permit file shows that FWS is engaged on this project and has stated that it intends to recommend "Conservation Measures similar to what was included" in a habitat conservation plan for another project, including "identifying areas of habitat that can be conserved or managed to promote high quality habitat, facilitating the installation of wildlife crossings in high priority areas, providing funds to assist these efforts into the future," etc. FDEP online database provides extensive information about this permit application. (permit file). Plaintiffs have submitted comments. Public comment period will be provided. |
| Old Corkscrew Plantation Mine (Kingston) | 0423130-001 | Crooks ¶ 82-83 | This permit is under review by FDEP. Extensive documentation is available to the public in the permit file (including an applicant-prepared Biological Assessment with over 500 pages of documentation), an environmental supplement report (with over 620 pages of documentation), and various other applicant and agency records. FDEP has issued several Requests for Additional Information (most recent request dated March 13, 2023). FWC and USFWS are currently evaluating this project and additional information from the applicant may be required to determine whether, and to what extent, the proposed activities will adversely impact listed species or designated critical habitats. After the review is completed and additional information is required, FWC will send another RAI request. If no additional information is needed, FWC will notify DEP. FWC has communicated with FWS and FDEP that, based on its initial review, the applicant's Biological Assessment may be incomplete and that additional information is needed to complete the review for species impacts. Public comment process with public meeting(s) will be provided if FDEP proposes issuance of a Section 404 permit for this project. |

**Status of FDEP 404 Permit Applications Referenced in Plaintiffs' Standing Declarations**

| Project Name | FDEP Permit Application Nos. | Plaintiffs' Declaration | Status of Permit / Appeal |
|---|---|---|---|
| Hogan West (Brightshore) | 0405559-001-NPR<br><br>0405559-002-SFI | Crooks ¶ 84(a) | This permit application remains under review. FDEP has requested additional information. FWC has stated that it is "coordinating with the USFWS and developing the affected species list and anticipated effect determination statements for the Public Notice." FDEP online database contains extensive information about the project, including environmental report with discussion of impacts to species and habitat, among other things (permit file). Public notice period will be provided. Plaintiffs have provided comments and information |
| FFD (Orchid) | 0291030-004-SFI | Crooks ¶ 84(b) | This permit application remains under review. FDEP has requested additional information. FDEP online database contains extensive information about the project (permit file). Permit file contains applicant-prepared Biological Assessment (with over 1,100 pages of documentation), as well as an environmental site assessment of more than 200 pages (completed at the request of FWS). FWS and FWC are engaged in reviewing and evaluating. Permit application remains pending. Public comment process to be provided. |

*Note: Plaintiffs referenced several proposed projects in their standing declarations for which a Section 404 application has not yet been submitted (e.g., Wilson-Benfield Road, Eden Oak Development). Various other projects referenced in Plaintiffs' declarations have been withdrawn by the permit application (e.g., Nobles Grade/Burnett Oil; Tamiami Prospect; State Road 836, Port 1850). Plaintiffs also referenced the CPN West LLC project, a commercial development that met the requirements for a No Permit Required letter (FDEP file).

# ENCLOSURE B

## EXAMPLES OF FLORIDA'S PUBLICLY AVAILABLE

## SECTION 404 PERMIT INFORMATION

## (TROYMER MINE PROJECT EXAMPLE)

1.     **Florida's "Oculus" System Screenshots:**

https://depedms.dep.state.fl.us/Oculus/servlet/search (last visited May 10, 2023)



https://depedms.dep.state.fl.us/Oculus/servlet/hitlist?action=sort (last visited May 10, 2023)



**2.      FDEP Information Portal Screenshots:**

https://prodenv.dep.state.fl.us/DepNexus/public/searchPortal (last visited May 10, 2023)





https://prodenv.dep.state.fl.us/DepNexus/public/facilitysearch (last visited May 10, 2023)



Click on "D" hyperlink from redbox *supra*
https://prodenv.dep.state.fl.us/DepNexus/public/electronic-documents/ST404_292013/facility!search (last visited May 10, 2023)



*Note: This portal page contains 106 records (only a small portion of the list is shown above).*

### 3.     FDEP Permitting Information Database Screenshots

https://fldep.dep.state.fl.us/parep/pa_query_pa_data.asp (last visited May 10, 2023)

https://fldep.dep.state.fl.us/parep/pa_rep_pa_data.asp?report_name=QUERY+PA+DATA&Dist_County=DISTRICT&program1=ST404&i_program_type=%27ST404%27&i_permit_type=&USERNAME=&project_name=troyer&site_name=&site_id=&appl_name=&agent_name=&where_search=DISTRICT&area=ALL&rec_month1=01&rec_year1=2020&rec_month2=05&rec_year2=2023&agency_action=&month1=01&year1=2020&month2=05&year2=2023&status=OPEN&open_period=&rai_count=&project_site_name=1&SORT1=b.program_abbrev&SORT2=office_abbrev&SORT3=permit_type_abbrev&SORT4=permit_subtype_abbrev&SORT5=b.receive_date&Choice=HTML&SUBMIT1=Submit+Query (last visited May 8, 2023)



Click on "Application #" hyperlink from redbox *supra*
https://fldep.dep.state.fl.us/parep/rep_detail/master_detail.asp?bis_id=660466
(last visited May 8, 2023)



Executive Reports  |  District Reports  |  Summary & Pending Reports  |  Errors  |  Help  |

**May 8, 2023**

**Application Number:** 0292013-008-SFI
**Project Name:**    TROYER 404 PERMIT MOD

| Application/Permit Details | |
|---|---|
| Processing Office: | TLMN - MINING AND MINERALS REGULATION |
| County: | LEE |
| Permit Type/Subtype: | SFI - 33 |
| Application Action: | NEW |
| Site/Facility: | TROYER BROTHERS FLORIDA - TROYER MINE |
| Received Date: | 4/1/2022 |
| Logged in by: | SHELY_Z |
| Time in House: | 402 days |
| Number of Requests for Additional Information (RFI): | 1 |
| Processor: | SHELY_Z |
| Complete Date: | 7/1/2022 |
| Agency Action: | Pending |
| Agency Action Date: | |
| Remaining Days: | -278 |
| Applicant Name: | AARON TROYER |
| Applicant Company: | TROYER BROTHERS FLORIDA, INC. |
| Comments: | No comments |

Events Scheduled: Database View

| Event | Begin Date | Prd | Status | End Date | Date Event Posted | Posted by |
|---|---|---|---|---|---|---|
| Receive Request | 4/1/2022 | 1 | Done | 4/1/2022 | 4/1/2022 9:16:32 AM | SHELY_Z |
| Completeness Review | 4/1/2022 | 30 | Incomplete | 4/29/2022 | 4/29/2022 11:37:59 AM | SHELY_Z |
| RESET CLOCK | 4/29/2022 | 1 | Done | 4/29/2022 | 4/29/2022 11:38:00 AM | SHELY_Z |
| Awaiting Additional Information | 4/29/2022 | 90 | Received | 6/3/2022 | 6/10/2022 1:22:36 PM | SHELY_Z |
| Completeness Review | 6/3/2022 | 30 | Administratively Complete | 7/1/2022 | 7/1/2022 9:42:34 AM | SHELY_Z |
| Publish Public Notice | 7/1/2022 | 10 | Done | 7/8/2022 | 7/18/2022 9:55:02 AM | SHELY_Z |
| 30 Day Commenting | 7/8/2022 | 30 | Pending | | 7/18/2022 9:55:03 AM | SHELY_Z |

Data is normally current as of previous business day.

B-7

### 4.   **FDEP ARCGIS Mapping Tool Screenshots**

https://fdep.maps.arcgis.com/apps/mapviewer/index.html?layers=ce4369c29c0c428f8316af480c
19fe65 (last visited May 10, 2023)





Click on "View" hyperlink in redbox *supra*
https://prodenv.dep.state.fl.us/DepNexus/public/electronic-documents/ST404_292013/gis-facility!search (last visited May 10, 2023)



*Note: This portal page contains 106 records (only a small portion of the list is shown above).*

# ENCLOSURE C

## FWS AND NMFS

## ENVIRONMENTAL CONSERVATION

## ONLINE SYSTEM

## BIOLOGICAL OPINIONS FOR CORPS OF ENGINEERS'

## FLORIDA PROJECTS

## (2009-Present)

https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

| Project Code(s) | Biological Opinion Date | Title(s) | Counties | Activity Type(s) |
|---|---|---|---|---|
| 04EF2000-2016-F-0170 | 5/30/2019 | Boardwalk Construction, Texas Holdem LLC, SAJ-2015-02626 | Lee (FL) | ** OTHER ** |
| 04EF2000-2016-F-0168 | 12/19/2018 | Town of Palm Beach Reach 8 and 9 Sand Placement | Palm Beach (FL) | ** OTHER ** |
| 04EF2000-2016-F-0169 | 5/4/2018 | Town of Palm Beach County Sand Placement & Groin Construction | Palm Beach (FL) | ** OTHER ** |
| 41420-2006-F-0472-R001 | 5/24/2019 | Chapel Creek, SAJ-2006-3929 (NW-MAE) | Lee (FL) | DEVELOPMENT |
| 04EF2000-2017-F-0204 | 2/11/2019 | Sonoma Preserve | DeSoto (FL) | DEVELOPMENT |
| 04EF2000-2017-F-0116 | 8/14/2018 | Palm Beach Park of Commerce - Surf Ranch | Palm Beach (FL) | DEVELOPMENT |
| 41420-2006-F-0899-R001 | 4/2/2018 | Pelican Landing, Bay Wings Mixed-use Residential Development | Lee (FL) | DEVELOPMENT |
| 04EF2000-2017-F-0403 | 2/23/2018 | RAVINIA SAJ-2005-09762 | St. Lucie (FL) | DEVELOPMENT |
| 04EF2000-2019-F-0599 | 2/12/2020 | SAJ-1996-01274 Paradise Isles | Lee (FL) | Development - Commercial |
| 04EF2000-2019-F-1011 | 1/28/2020 | Fort Myers Contact Center SAJ-2013-2704 | Lee (FL) | Development - Commercial |
| 04EF2000-2017-F-0675 | 2/15/2019 | Stor-Rite RV Facility Expansion | Lee (FL) | Development - Commercial |
| 04EF2000-2018-F-0080 | 2/15/2019 | Buc-ee's LTD MLK-75 Development | Lee (FL) | Development - Commercial |
| 04EF2000-2018-F-0298 | 1/30/2019 | Smyrna Ready Mix East Trail Plant | Collier (FL) | Development - Commercial |
| 04EF2000-2017-F-0183 | 5/9/2018 | LT Ranch | Sarasota (FL) | Development - Commercial |
| 04EF1000-2017-F-0229 | 8/28/2017 | Cross Creek Fill - Clay | Clay (FL) | Development - Commercial |
| 04EF1000-2016-F-0025 | 11/4/2015 | Walt Disney World Resort Long Term Permit II | Orange (FL) | Development - Commercial |
| 04EF2000-2017-F-0004 | 7/30/2019 | Tuckers Grade - Crimson Tamiami Trail Holdings | Charlotte (FL) | Development - Commercial, Development |
| 04EF2000-2019-F-1146 | 1/6/2020 | SAJ-2018-01385 Collier Lakes Villages/Hyde Park Village | Collier (FL) | Development - Commercial, Development - Residential |
| 04EF2000-2019-F-0791 | 10/28/2019 | SAJ-2006-07829 Burnt Store Road / Coral Creek | Charlotte (FL) | Development - Commercial, Development - Residential |
| 41420-2006-F-1032-R001 | 8/31/2018 | Ave Maria University | Collier (FL) | Development - Commercial, Development - Residential |
| 04EF2000-2017-F-0035 | 4/26/2018 | Avenir - Palm Beach County | Palm Beach (FL) | Development - Commercial, Development - Residential |

https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

| Project Code(s) | Biological Opinion Date | Title(s) | Counties | Activity Type(s) |
|---|---|---|---|---|
| 04EF2000-2018-F-0308-R001 | 3/19/2020 | Big Corkscrew Island Regional Park | Collier (FL) | Development - Government / Municipal |
| 04EF2000-2019-F-0965 | 11/4/2019 | SAJ-2019-1797 Collier County Sports Complex | Collier (FL) | Development - Government / Municipal |
| 04EF2000-2018-F-0308 | 1/29/2019 | Big Corkscrew Island Regional Park | Collier (FL) | Development - Government / Municipal |
| 04EF1000-2020-F-0776 | 9/4/2020 | Rhodine Development - Hillsborough | Hillsborough (FL) | Development - Residential |
| 04EF2000-2020-F-0660 | 8/20/2020 | Savanna Lakes SAJ-1999-04313 | Lee (FL) | Development - Residential |
| 04EF2000-2019-F-0931 | 7/15/2020 | SAJ-2019-01196 Westview | Miami-Dade (FL) | Development - Residential |
| 04EF2000-2017-F-1045 | 5/20/2020 | KE Willow Run Properties | Collier (FL) | Development - Residential |
| 04EF2000-2019-F-1178 | 3/10/2020 | Cayo Pelon | Lee (FL) | Development - Residential |
| 04EF2000-2019-F-0083 | 12/17/2019 | Hudson Creek - GA-Pinnacle Cape Coral c/o Passarella & Assocs | Lee (FL) | Development - Residential |
| 04EF2000-2019-F-0506 | 6/19/2019 | SAJ-2018-03064 Ventana Pointe Parcel Development Earth Tech Environmental | Collier (FL) | Development - Residential |
| 04EF2000-2019-F-0590 | 5/24/2019 | Oak Creek, SAJ-2003-12543 | Lee (FL) | Development - Residential |
| 04EF2000-2019-F-0132 | 3/1/2019 | Sunbridge A/B SAJ-2018-02766 | Osceola (FL) | Development - Residential |
| 04EF2000-2018-F-1085 | 2/22/2019 | Palmer Ranch 6A | Sarasota (FL) | Development - Residential |
| 04EF2000-2018-F-0849 | 11/16/2018 | Sunbridge C/D/E/F | Osceola (FL) | Development - Residential |
| 04EF2000-2018-F-0848 | 11/15/2018 | Del Webb | Osceola (FL) | Development - Residential |
| 04EF2000-2018-F-0217 | 11/13/2018 | Promenade Estates SAJ-2017-02139 | Sarasota (FL) | Development - Residential |
| 41420-2007-F-0491-R001 | 9/24/2018 | Habitat for Humanity of Collier County | Collier (FL) | Development - Residential |
| 04EF2000-2018-F-0871 | 9/24/2018 | St. Cloud Airfield Development | Osceola (FL) | Development - Residential |
| 04EF2000-2016-F-0223 | 9/20/2018 | The Glen at West Haven | Polk (FL) | Development - Residential |
| 04EF2000-2017-F-0005 | 9/11/2018 | Lennar Homes Timber Creek Residential Development - Lee County | Lee (FL) | Development - Residential |
| 04EF2000-2017-F-0182 | 8/9/2018 | Verdana / Corkscrew Grove | Lee (FL) | Development - Residential |
| 04EF1000-2018-F-0230 | 5/25/2018 | South Hampton Lakes - Brevard | Brevard (FL) | Development - Residential |
| 04EF1000-2018-F-0214 | 5/23/2018 | Antigua Bay - Brevard | Brevard (FL) | Development - Residential |

https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

| Project Code(s) | Biological Opinion Date | Title(s) | Counties | Activity Type(s) |
|---|---|---|---|---|
| 04EF2000-2017-F-0335 | 3/13/2018 | Walton Development - Ridgewood Lakes | Polk (FL) | Development - Residential |
| 04EF1000-2018-F-0081 | 3/1/2018 | Eisenhower Property Group - Hillsborough | Hillsborough (FL) | Development - Residential |
| 04EF2000-2017-F-0578 | 1/4/2018 | Twin Lakes | Osceola (FL) | Development - Residential |
| 04EF1000-2017-F-0600 | 12/27/2017 | Serenoa Active-Adult - Lake | Lake (FL) | Development - Residential |
| 04EF1000-2018-F-0023 | 11/9/2017 | Grande Palisades at Lake Austin Preserve Reinitiation - Orange | Orange (FL) | Development - Residential |
| 04EF1000-2017-F-0354 | 9/28/2017 | Hanover Hickory Nut - Orange | Orange (FL) | Development - Residential |
| 04EF1000-2017-F-0251 | 7/14/2017 | Waterleigh Residential Subdivision - Orange | Orange (FL) | Development - Residential |
| 04EF2000-2016-F-0591 | 4/4/2017 | FCC Creek LLC and Oyster Harbor LLC residential community | Collier (FL) | Development - Residential |
| 04EF1000-2016-F-0298 | 11/22/2016 | Zanzibar Subdivision - Orange | Orange (FL) | Development - Residential |
| 04EF2000-2014-CPA-0115, 04EF2000-2014-F-0148 | 7/9/2014 | Parkland Royale TLH 15 Dolly to fill wetlands SAJ-2013-00799 | Palm Beach (FL) | Development - Residential |
| 04EF2000-2015-F-0261 | 1/24/2018 | Van Haastrecht Argo Corkscrew Crossing - Monte Cristo Lee County | Lee (FL) | Development - Residential, Fill - Wetland |
| 04EF2000-2019-F-0139 | 2/19/2019 | Naples to Big Marco Pass O&M | Collier (FL) | DREDGE / EXCAVATION |
| 04EF1000-2018-F-0922 | 9/13/2018 | Atlantic Intracoastal Waterway Maintenance Dredging - Nassau | Nassau (FL) | DREDGE / EXCAVATION |
| 04EF1000-2015-F-0053 | 9/24/2015 | Long Boat Pass Maintenance Dredge - Manatee | Manatee (FL) | DREDGE / EXCAVATION |
| 04EF1000-2015-F-0382 | 2/6/2017 | Dredging and spoil placement areas - Duval/Nassau | Duval (FL), Nassau (FL) | Dredge / Excavation - Disposal |
| 41420-2006-F-0339 | 7/12/2018 | Florida Rock Industries East Naples Mine | Collier (FL) | Dredge / Excavation - Gravel / Sand |
| 04EF3000-2018-F-0100 | 6/5/2018 | Eastern Coastal Dune Lake Outfall - Emergency Opening, Walton Co. | Walton (FL) | Dredge / Excavation - Other |
| 41420-2010-CPA-0395, 41420-2010-F-0249, 41420-2010-F-0249-R001 | 8/2/2017 | Clam Pass Dredging and Sand Placement | Collier (FL) | Dredge / Excavation - Other |
| 04EF2000-2016-F-0172 | 8/22/2017 | Morrison CMW, SAJ-2015-03722 | Sarasota (FL) | FILL |
| 04EF1000-2015-F-0216 | 2/6/2017 | Egmont Key Sheet Pile Wall Construction - Pinellas | Pinellas (FL) | Fill - Intertidal / Subtidal |

https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

| Project Code(s) | Biological Opinion Date | Title(s) | Counties | Activity Type(s) |
|---|---|---|---|---|
| 04EF2000-2019-F-0981 | 1/7/2020 | SAJ-2019-00241 Mosaic South Fort Meade Hardee County | Hardee (FL) | Fill - Lake / Reservoir |
| 41420-2010-CPA-0532, 41420-2011-F-0011 | 10/24/2013 | Fellsmere Water Management Areas 1 throug 5 flooding, Fellsmere Water Management Areas 1 thru 3 overall plan | Indian River (FL) | Land Flooding - Agricultural, etc. |
| 41420-2010-CPA-0532, 41420-2011-F-0011 | 6/9/2011 | Fellsmere Water Management Areas 1 throug 5 flooding, Fellsmere Water Management Areas 1 thru 3 overall plan | Indian River (FL) | Land Flooding - Agricultural, etc. |
| 41420-2010-CPA-0532, 41420-2011-F-0011 | 3/23/2011 | Fellsmere Water Management Areas 1 throug 5 flooding, Fellsmere Water Management Areas 1 thru 3 overall plan | Indian River (FL) | Land Flooding - Agricultural, etc. |
| 04EF2000-2019-F-1066 | 9/25/2020 | C-139 Flow Equalization Basin | Hendry (FL) | Land Flooding - Wetland |
| 41420-2006-F-0363 | 11/12/2019 | Loxahatchee River Watershed Restoration Project | Palm Beach (FL) | Land Restoration / Enhancement - Other |
| 04EF2000-2018-F-0560 | 12/21/2018 | Garcia Mine | Hendry (FL) | MINING |
| 04EF2000-2012-F-0327 | 5/27/2014 | Star Ranch Limestone Mine | Palm Beach (FL) | MINING |
| 04EF2000-2013-F-0081, 41420-2010-CPA-0339 | 5/22/2014 | Cemex, MINE EIS - CEMEX Alico North Quarry Phase 3C | Lee (FL) | MINING |
| 41420-2010-CPA-0114, 41420-2010-F-0473 | 6/9/2014 | CF South Pasture Mine | Hardee (FL) | Mining - Subsurface |
| 41420-2008-F-0921-R002 | 3/26/2020 | SEIS on Rock Mining in the Lake Belt Region | Miami-Dade (FL) | Mining - Subsurface Extraction - Non Energy Materials |
| 04EF2000-2019-F-0780 | 7/15/2019 | Mosaic-South Fort Meade Phosphate Mine - Additional Tract | Hardee (FL) | Mining - Subsurface Extraction - Non Energy Materials |
| 41420-2007-F-0247-R002 | 10/2/2019 | Florida Rock Industries Mine 2 SAJ-1994-02942 | Lee (FL) | Mining - Surface Extraction - Non Energy Materials |
| 04EF2000-2017-F-0988 | 11/6/2018 | Ona Phosphate Mine | Hardee (FL) | Mining - Surface Extraction - Non Energy Materials |
| 04EF2000-2017-F-0045 | 3/21/2018 | Corrigan Ranch Mine | Indian River (FL) | Mining - Surface Extraction - Non Energy Materials, Mining |
| 04EF2000-2019-F-0782 | 6/12/2019 | FPL Palm Bay Solar Energy Center | Brevard (FL) | Power Gen - Solar |

https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

| Project Code(s) | Biological Opinion Date | Title(s) | Counties | Activity Type(s) |
|---|---|---|---|---|
| 04EF2000-2019-F-0570 | 5/6/2019 | Poinsett Solar Energy Center | Brevard (FL), Osceola (FL) | Power Gen - Solar |
| 04EF2000-2018-F-0999 | 10/2/2018 | FPL Blue Solar Energy Center | Hendry (FL) | Power Gen - Solar |
| 04EF2000-2018-F-0660 | 8/23/2018 | FPL Indiantown Solar Energy Center SAJ-2017-03238 | Martin (FL) | Power Gen - Solar |
| 04EF2000-2018-F-0631 | 7/17/2018 | FPL Okeechobee Solar Energy Center | Okeechobee (FL) | Power Gen - Solar |
| 04EF2000-2018-F-0506 | 5/10/2018 | FPL Interstate Solar | St. Lucie (FL) | Power Gen - Solar |
| 04EF2000-2018-F-0836 | 8/17/2018 | Sailfish Groin Restoration | Martin (FL) | Shoreline / Beach Protect - Groins |
| 04EF2000-2018-F-0437 | 4/4/2018 | Fisher Island Groin Rehabilitation | Miami-Dade (FL) | Shoreline / Beach Protect - Groins |
| 04EF2000-2020-F-0855 | 8/17/2020 | Broward Co Shore Protection Segment II Beach Renourishment | Broward (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF2000-2018-F-1098-R001 | 4/26/2019 | Broward County Segment 3 Sand Placement | Broward (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF1000-2019-F-0594 | 4/18/2019 | Manatee County Beach Nourishment - Manatee | Manatee (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF2000-2018-F-1098 | 10/16/2018 | Broward County Segment 3 Sand Placement | Broward (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF1000-2018-F-0716 | 7/19/2018 | Canaveral Harbor SPP - Brevard | Brevard (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF1000-2018-F-0715 | 6/20/2018 | Tampa Channel Egmont Nourishment | Hillsborough (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF1000-2017-F-0070 | 8/7/2017 | Sand Key Beach Rehabilitation - Pinellas | Pinellas (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF2000-2013-F-0110, 04EF2000-2013-F-0110-R002, 04EF2000-2013-F-0110-R035, 41420-2006-F-0013, 41420-2010-F-0224, 41420-2010-F-0225 | 8/2/2017 | Collier County Sand Placement Project | Collier (FL) | Shoreline / Beach Protect - Renourishment |

https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

| Project Code(s) | Biological Opinion Date | Title(s) | Counties | Activity Type(s) |
|---|---|---|---|---|
| 04EF3000-2017-F-0106 | 6/30/2017 | Gulf County- St Joseph Peninsula Beach nourishment | Gulf (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF3000-2017-F-0106 | 6/30/2017 | Gulf County- St Joseph Peninsula Beach nourishment | Gulf (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF3000-2015-F-0028 | 1/6/2015 | Pensacola Beach Re-nourishment | Escambia (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF2000-2014-CPA-0205, 04EF2000-2014-F-0126 | 8/12/2014 | Siesta Key Sand Placement | Sarasota (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF2000-2014-CPA-0011, 04EF2000-2014-F-0064 | 2/25/2014 | Phipps Ocean Park Reach 7 & 8 | Palm Beach (FL) | Shoreline / Beach Protect - Renourishment |
| 41420-2007-F-0839, 41420-2010-F-0222, 41420-2010-F-0222-R001 | 12/31/2013 | Sector 3 Beach Nourishment Project | Indian River (FL) | Shoreline / Beach Protect - Renourishment |
| 41420-2007-F-0396, 41420-2007-F-0396-R001, 41420-2007-FA-0477 | 10/22/2013 | North Boca Raton Beach Nourishment | Palm Beach (FL) | Shoreline / Beach Protect - Renourishment |
| 41420-2007-F-0396, 41420-2007-F-0396-R001, 41420-2007-FA-0477 | 8/20/2013 | North Boca Raton Beach Nourishment | Palm Beach (FL) | Shoreline / Beach Protect - Renourishment |
| 41410-2009-F-0096 | 12/22/2009 | Okaloosa County Beach Nourishment (West Destin) | Okaloosa (FL) | Shoreline / Beach Protect - Renourishment |
| 04EF2000-2019-F-0553 | 9/27/2019 | Sanibel Causeway Island B Shoreline Stabilization Project | Lee (FL) | Shoreline / Beach Protection |
| 04EF2000-2019-F-0108 | 12/4/2018 | Indian River County Sector 5 Sand Placement | Indian River (FL) | SHORELINE / BEACH PROTECTION / RENOURISHMENT |
| 04EF2000-2018-F-1101 | 10/16/2018 | Gasparilla Island Sand Placement | Lee (FL) | SHORELINE / BEACH PROTECTION / RENOURISHMENT |
| 04EF2000-2016-F-0325 | 1/4/2018 | Marco Island Beach Re-grading and Sand Placement | Collier (FL) | SHORELINE / BEACH PROTECTION / RENOURISHMENT |

https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

| Project Code(s) | Biological Opinion Date | Title(s) | Counties | Activity Type(s) |
|---|---|---|---|---|
| 04EF2000-2015-CPA-0304, 04EF2000-2015-F-0376, 04EF2000-2015-F-0376-R001, 04EF2000-2015-F-0376-R002, 04EF2000-2015-F-0376-R003 | 4/24/2017 | Sailfish Point and Bathtub Beach Sand Placement Project | Martin (FL) | SHORELINE / BEACH PROTECTION / RENOURISHMENT |
| 04EF2000-2014-CPA-0023, 04EF2000-2014-F-0027, 04EF2000-2014-F-0027-R001 | 12/10/2014 | Midtown Reaches 3 & 4 Sand Placement | Palm Beach (FL) | SHORELINE / BEACH PROTECTION / RENOURISHMENT |
| 04EF2000-2012-CPA-0053, 04EF2000-2012-F-0036 | 6/5/2014 | Venice Beach Sand Placement | Sarasota (FL) | SHORELINE / BEACH PROTECTION / RENOURISHMENT |
| 04EF2000-2013-CPA-0183, 04EF2000-2013-F-0163 | 5/22/2014 | FCCE Projects (2013) | Broward (FL), Lee (FL), Miami-Dade (FL), Palm Beach (FL), St. Lucie (FL) | SHORELINE / BEACH PROTECTION / RENOURISHMENT |
| 04EF2000-2014-CPA-0023, 04EF2000-2014-F-0027 | 2/25/2014 | Midtown Reaches 3 & 4 Sand Placement | Palm Beach (FL) | SHORELINE / BEACH PROTECTION / RENOURISHMENT |
| 04EF2000-2018-F-0885 | 12/19/2019 | Lake Okeechobee Watershed Restoration Project | Glades (FL) | STREAM / WATERBODY / CANALS / LEVEES / DIKES |
| 04EF2000-2018-F-0205 | 3/22/2018 | Duke Energy Fort Meade to West Lake Wales Substation | Polk (FL) | Transmission Line - Electrical |
| 04EF2000-2017-TA-0846, 04EF2000-2018-F-0205 | 3/20/2018 | Duke Energy Fort Meade to West Lake Wales Substation, Duke Energy - West Lake Wales 230kV Transmission Line Rebuild Project | Polk (FL) | TRANSMISSION LINE, Transmission Line - Electrical |
| 04EF1000-2019-F-0211 | 7/9/2019 | SR 40 from CR 314 to CR 314A - Marion | Marion (FL) | Transport - Road / Hwy - M / M / R / U - Federal |
| 04EF2000-2018-F-0736 | 11/14/2018 | Burnt Store Road from Zemel Drive to Notre Dame Boulevard | Charlotte (FL) | Transport - Road / Hwy - M / M / R / U - Federal |

https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

| Project Code(s) | Biological Opinion Date | Title(s) | Counties | Activity Type(s) |
|---|---|---|---|---|
| 04EF2000-2018-F-0653 | 7/5/2018 | State Road 82 from Shawnee Road to Alabama Road | Lee (FL) | Transport - Road / Hwy - M / M / R / U - Federal |
| 04EF2000-2016-F-0266 | 6/13/2019 | Hanson Road Roundabout | Lee (FL) | Transport - Road / Hwy - New Constr - Federal |
| 04EF2000-2016-F-0597 | 4/24/2017 | Bay Street Extension SAJ-2015-02875 | Sarasota (FL) | Transport - Road / Hwy - New Constr - Federal |
| 41420-2010-CPA-0464, 41420-2010-F-0328, 41420-2010-F-0328-R001, 41420-2010-F-0328-R002 | 8/18/2017 | St. Lucie Inlet Maintenance Dredging and Sand Placement | Martin (FL) | Transport - Shipping - Inland Waterway / Navigation |
| 04EF2000-2013-CPA-0188, 04EF2000-2013-F-0167 | 12/2/2013 | Gordon Pass M&O | Broward (FL), Collier (FL) | Transport - Shipping - Inland Waterway / Navigation |
| 04EF2000-2019-F-1095 | 1/17/2020 | Collier County NESA Utility Site | Collier (FL) | Wastewater Facility - New Construction |
| 04EF2000-2019-F-0190 | 5/3/2019 | Gumbo Limbo Nature Center Intake Pipes | Palm Beach (FL) | WATER SUPPLY / DELIVERY |
| 04EF2000-2016-F-0245 | 6/4/2018 | Lake Okeechobee Regulation Schedule and Portable Forward Pumps | Glades (FL), Highlands (FL), Okeechobee (FL), Palm Beach (FL) | WATER SUPPLY / DELIVERY |
| 04EF2000-2018-F-1113 | 5/29/2019 | SAJ-2016-03400 McCarty Ranch | St. Lucie (FL) | Water Supply Facility |
| 04EF2000-2018-F-0419 | 2/19/2019 | Istokpoga Marsh Water Improvment District Phase 2 | Highlands (FL) | Waterbody Creation |
| 41420-2006-F-0603-R002 | 10/4/2021 | C-44 Reservoir and Stormwater Treatment Area, - Indian River Lagoon-South | Martin (FL) | Waterbody Restoration / Enhancement |
| 04EF2000-2021-F-0239 | 7/16/2021 | Indian River Lagoon South STA C-23 C-24 Reservoirs | St. Lucie (FL) | |
| 04EF2000-2020-F-0401 | 3/18/2020 | Alico Dispersed Water management Alternative | Hendry (FL) | |
| 04EF2000-2018-F-0939 | 1/13/2020 | C-139 Abiaki Phase II C-13 Annex | Hendry (FL) | |
| 04EF2000-2019-F-0456 | 5/30/2019 | SAJ-2018-03023 Pursuit Boats | St. Lucie (FL) | |
| 04EF2000-2017-F-0701 | 2/11/2019 | SWFIA Air Traffic Control Tower (ATCT) | Lee (FL) | |
| 04EF2000-2018-F-0850 | 11/29/2018 | Sunbridge Cyrils Drive | Orange (FL), Osceola (FL) | |

https://ecos.fws.gov/ecp/report/adhocDocumentation?catalogId=species&reportId=bo (last visited May 10, 2023).

| Project Code(s) | Biological Opinion Date | Title(s) | Counties | Activity Type(s) |
|---|---|---|---|---|
| 04EF2000-2016-F-0396 | 6/15/2018 | Stewart Materials Mine | Palm Beach (FL) | |
| 04EF2000-2017-F-0875 | 1/5/2018 | Southern Pines Phases 3B, 4, and 5 | Osceola (FL) | |
| 04EF2000-2015-F-0436 | 4/7/2017 | San Marino H LD | Collier (FL) | |

# ENCLOSURE D

## A SIDE-BY-SIDE COMPARISON OF ENVIRONMENTAL INFORMATION AVAILABLE VIA THE CORPS-LED 404 PROGRAM VERSUS THE FLORIDA-LED 404 PROGRAM

**Side-by-Side Comparison of Environmental Information**
**Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| *Environmental Information Available under Corps-led 404 Program*[1] | *Environmental Information Available under Florida 404 Program*<br>*(All information described below is publicly available)* |
|---|---|
| Purpose & Need for the Project (NEPA) | The purpose and need for a project are described in the permit documents and considered as part of the "public interest" review and environmental conditions for issuance of permits. *See* Fla. Stat. § 373.414(1)(a); Fla. Admin. Code § 62-330.301; Florida ERP Handbook[2] §§ 10.1.1, 10.2.1, 10.2.3. Florida ERP Handbook § 10.2.1 explains that DEP evaluates the purpose of the project in light of whether impacts can be reduced or eliminated. DEP application forms for ERP/404 permits (General Permit Form 62-330.402(1), section K; individual permit application form 62-330.060, section I) also reference project purpose information. *See also* Fla. Admin. Code ch. 62-331 and the Florida 404 Handbook[3] for additional discussion related to project purpose and need. This information is publicly available. |
| Project Alternatives (NEPA) | Project alternatives are considered and evaluated as part of the Florida 404/ERP procedures. *See* Fla. Admin. Code § 62-331.053; Florida 404 Handbook § 5.2, § 8.3.1. This includes consideration of "no action alternatives." *See* Florida 404 Handbook at § 8.3.1. A detailed discussion of Florida's consideration of alternatives is provided in Appendix C of the Florida 404 Handbook Appendix C ("Guidance for Conducting Alternatives Analysis"), which explains that a 404 "permit cannot be issued if there is a practicable alternative to the proposed activity which would have less adverse impact on the aquatic ecosystem, as long as the alternative does not have other significant adverse environmental consequences.<br><br>The level of detail in an alternatives analysis shall be commensurate with the scale of the adverse environmental effects of the project. Analysis of projects proposing greater adverse environmental effects shall be more detailed and explore a wider range of alternatives than projects proposing lesser effects." In this analysis, Florida considers the "purpose and need" for the project proposal; identifies and evaluates "alternatives" that could meet the overall project purpose; analyze practicability and availability considerations; and identify the "least environmentally damaging practicable alternative," which "must be selected." *Id.* Florida also identifies the "environmental impacts for each remaining practicable alternate site." *Id.* This information is publicly available. |

**Side-by-Side Comparison of Environmental Information**
**Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| *Environmental Information Available under Corps-led 404 Program[1]* | *Environmental Information Available under Florida 404 Program* <br> *(All information described below is publicly available)* |
|---|---|
| Affected Environment (NEPA) <br><br> *This is included in the requirements for an EIS but is not a requirement for an EA prepared by the Corps (33 CFR 230.10).* | The Florida ERP and 404 permit application and review process obtains information about the project location and surrounding environment including affected waterbodies. *See, e.g.*, *Application for Individual and Conceptual Approval Environmental Resource Permit, State 404 Program Permit, and Authorization to Use State-Owned Submerged Lands* (EPA-HQ-OW-2018-0640-0012). Section C of the Application (EPA-HQ-OW-2018-0640-0012-A4), for example, requires descriptions of the wetlands or other surface waters impacted by the project, along with aerials, maps, and other documents and materials to describe the affected environment. <br><br> Section I of the Application requires, among other things, a description of "any listed species or designated critical habitat that might be affected by, or is in the vicinity of, the proposed activity," including "the name(s) of those listed species or critical habitat areas," description of "any actions proposed to be taken to avoid or minimize adverse effects to listed species" and "any other available data and information necessary for purposes of reviewing impacts to state and federal listed species." Section I also requires the application to show the "location and extent of all wetlands and other surface waters, delineated in accordance with Chapter 62-340, F.A.C. The applicant must label all special aquatic sites (e.g., wetlands, sanctuaries and refuges, mudflats, vegetated shallows, and riffle and pool complexes). Each type of boundary (for example, ordinary high water line, mean high water line, wetlands, or other special aquatic sites) must be clearly annotated and/or symbolized to ensure they are differentiable on the map. Unless indicated below, all wetlands and other surface waters on the site, as delineated in accordance with Chapter 62-340, F.A.C., that will be impacted by the proposed activities will be evaluated for permitting purposes under Section 404 of the Clean Water Act." Moreover, Florida evaluates project impacts on a "watershed" basis. *See* Florida 404 Handbook 2.0(52) (defining "watershed plan" as a plan that "addresses aquatic resource conditions in the watershed, multiple stakeholder interests, and land uses"). Additional information about the environment affected by the project is described in the Florida ERP and 404 Handbooks. This information is publicly available. |

**Side-by-Side Comparison of Environmental Information**
**Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| *Environmental Information Available under Corps-led 404 Program[1]* | *Environmental Information Available under Florida 404 Program*<br>*(All information described below is publicly available)* |
|---|---|
| Environmental impacts of proposed action (NEPA) | Florida Statutes Section 373.414(1) requires consideration of environmental impacts. *See also* Fla. Admin. Code § FAC 62-330.301; Florida Environmental Resource Permit Applicant's Handbook Sections 10.1.1 & 10.2.3; Florida 404 Handbook Sections 8.1(a) & 8.2(i). DEP must weigh the environmental impacts as part of the review of Florida 404 permits. Florida considers direct impacts, cumulative effects, secondary effects, and other similar issues. *See* Florida 404 Handbook § 8.3.5 and § 8.3.6. Florida ERP Handbook Section 10 describes all resources that should be evaluated and how the factors should be weighed. *See also* Fla. Admin. Code 331.060(1)(f), the Florida ERP Handbook, and the Florida 404 Handbook for additional information. This information is publicly available. |
| Mitigation Measures (NEPA) | Florida considers and prepares information concerning mitigation measures as part of the Florida 404 Program. *See* Fla. Stat. 373.414 (discussing mitigation measures for wetlands permitting); *see generally* Fla. Admin. Code ch. 62-330. The Florida ERP Handbook (including Section 10.3) and the Florida 404 Handbook (Section 8.5 – 8.5.6.3) provide additional details on mitigation measures under the ERP/404 program. *See also* Fla. Admin. Code 62-331.130 & .140.<br><br>Importantly, as explained in the Florida 404 Handbook Section 8.3.3: "[m]itigation for State 404 Program permits is generally evaluated in accordance with Volume I, section 10.3, like ERP. However, in addition to those requirements, the federal mitigation hierarchy described in section 8.5.1 of this Handbook, shall apply to any mitigation for State 404 Program permits." Mitigation is also discussed extensively in the project application documents (including, for example, in Section C of the ERP/404 Application (EPA-HQ-OW-2018-0640-0012-A4)). This information is publicly available. |

**Side-by-Side Comparison of Environmental Information**
**Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| *Environmental Information Available under Corps-led 404 Program*[1] | *Environmental Information Available under Florida 404 Program* *(All information described below is publicly available)* |
|---|---|
| Socioeconomic Information (NEPA) | Florida considers public health, safety, or welfare or the property of others as part of the "public interest" review. *See* Fla. Stat. 373.414(1)(a)1. Moreover, socioeconomic and demographic information related to projects remains publicly available through a variety of sources, including the Florida Office of Economic & Demographic Research[4] (which produces demographic-related data and products, including by county/municipality/age/race/sex/national origin) and the U.S. Census Bureau[5] (which publishes a wide range of demographic and socioeconomic information about all project locations, including population data, income and poverty statistics, education and employment metrics, housing, health, family, race and ethnicity, and other similar data used for purposes of considering effects on populations in and around project locations). Separately, Plaintiffs continue to have access to a variety of publicly available databases specific to Environmental Justice, including EPA's Environmental Justice mapping and screening system known as "EJScreen"[6] as well as the CEQ's Climate and Economic Justice Screening Tool.[7] This information is publicly available. |

**Side-by-Side Comparison of Environmental Information**
**Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| *Environmental Information Available under Corps-led 404 Program[1]* | *Environmental Information Available under Florida 404 Program*<br>*(All information described below is publicly available)* |
|---|---|
| Historic/cultural/tribal (NEPA/NHPA) | Florida engages in consultation regarding historic, archeological, cultural, and tribal resources as part of the Florida ERP and 404 programs. As detailed in the Florida ERP Handbook at Section 10.2.3.6, Florida considers whether the regulated activity will adversely affect or will enhance significant historical and archaeological resources. The applicant must map the location of and characterize the significance of any known historical or archaeological resources that may be affected by the regulated activity located in, on or over wetlands or other surface waters."<br><br>DEP also coordinates with the State Historic Preservation Office and other relevant federal and state agencies. The applicant will be required to perform an archaeological survey and to develop and implement a plan as necessary to demarcate and protect the significant historical or archaeological resources, if such resources are reasonably expected to be impacted by the regulated activity. DEP and the State Historic Preservation Office have entered into an Operating Agreement (available in the Administrative Record at EPA-HQ-OW-2018-0640-0016-A1), whereby DEP consults with the SHPO and the Indian Tribes. This Operating Agreement was approved by the Federal Historic Preservation Office as part of the federal consultation process, and was approved by EPA, integrating it as part of the 404 program.<br><br>For individual permits, DEP shall send a copy of the public notice required by Rule 62-331.060, F.A.C., to EPA for review and comment. Additional information about DEP consideration of historic, cultural, and tribal issues under the Florida ERP and 404 Programs is available at: Florida 404 Handbook Section 5.2.2 and 5.2.6; Fla. Admin. Code 62-331.052(3)(b), .060(2), .110(7), .200(3)(g) – (i), .201(t) – (v); and the Programmatic Agreement with EPA (EPA-HQ-OW-2018-0640-0639) providing for elevation of issues of concern under Section 106 of the NHPA. This information is publicly available. |

**Side-by-Side Comparison of Environmental Information**
**Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| *Environmental Information Available under Corps-led 404 Program*[1] | *Environmental Information Available under Florida 404 Program*<br>*(All information described below is publicly available)* |
|---|---|
| Protected Species (NEPA, ESA) | The Florida ERP and 404 Programs require consideration of impacts to listed species and habitat. *See* Fla. Stat. 373.414(1)(a)2; ERP Handbook Section 10.2.2; Fla. Admin. Code 62-331.053(1)(4) and .200(3)(c); Florida 404 Handbook s. 5.2.3. For purposes of the Florida 404 Program, review and consideration of impacts to listed species and habitat is fully described in the State 404 Program Programmatic Biological Opinion issued by the U.S. Fish & Wildlife Service in conjunction with EPA's approval of Florida's program, as well as in the Memorandum of Agreement between DEP, the Florida Fish & Wildlife Commission, and USFWS. In particular, the Florida 404 Handbook 1.3.3 explains: "Compliance shall be required, as applicable, with any requirements resulting from consultation with, or technical assistance by, the Florida Fish & Wildlife Conservation Commission (FWC), the US Fish & Wildlife Service, and the National Marine Fisheries Services (NMFS) for permits reviewed under the State 404 Program."<br><br>Section 5.2.3 of the Florida 404 Handbook also explains: "The Florida Fish and Wildlife Conservation Commission (FWC), the U.S. Fish and Wildlife Service (FWS), and the National Marine Fisheries Service (NMFS) will be provided an opportunity to review all applications for projects with reasonable potential for affecting endangered or threatened species. Consultation with, or technical assistance by, FWC, FWS, or NMFS shall be required when DEP determines that the project may have the potential to affect listed species.<br><br>To determine whether a project may have the potential to affect listed species, DEP may use available resources such as scientific literature, species keys, and habitat maps, or it may observe signs that the site is used by listed species during the site visit. If DEP determines that a listed species may be affected, DEP shall seek consultation with or technical assistance by FWC, FWS, and NMFS, as applicable, regarding the proposed project. |

**Side-by-Side Comparison of Environmental Information**
**Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| Environmental Information Available under Corps-led 404 Program[1] | Environmental Information Available under Florida 404 Program *(All information described below is publicly available)* |
|---|---|
| Protected Species (NEPA, ESA) (continued) | DEP shall incorporate as permit conditions all recommended impact avoidance and minimization measures (protection measures) provided by the FWC, FWS, or NMFS under their respective authorities, to avoid jeopardizing listed species or adversely modifying designated or proposed critical habitat.  For individual permits, DEP shall send a copy of the public notice required by Rule 62-331.060, F.A.C., to EPA for review and comment. <br><br> If the FWC, FWS, or NMFS concludes that a permit application is likely to jeopardize or adversely modify designated critical habitat and no protection measures are available to reduce the risk to an acceptable level, DEP shall deny the permit or shall take no action and notify EPA and the applicant of the decision in accordance with sub-subparagraph 62-331.052(3)(b)6.b., F.A.C." Additional details are provided in the documents referenced above. This information is publicly available. |
| Coastal Zone (NEPA/CZM) | Within Florida's 404 program, compliance with the Coastal Zone Management Program is required for issuance of a permit. *See* Rule 62-331.070(2), F.A.C. Florida's coastal zone includes the area encompassed by the state's 67 counties and its territorial seas. The Florida Coastal Zone Management Program consists of a network of 24 Florida statute chapters administered by nine state agencies and five water management districts. Coastal zone impacts are considered consistent with Florida ERP Handbook 1.3.1.1. *See also* Fla. Admin. Code 62-331.070. This information is publicly available. |

**Side-by-Side Comparison of Environmental Information
Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| *Environmental Information Available under Corps-led 404 Program[1]* | *Environmental Information Available under Florida 404 Program*<br>*(All information described below is publicly available)* |
|---|---|
| CWA 404(b)(1) Guidelines<br><br>*Not a requirement under NEPA but included here because Plaintiffs referenced these guidelines at the March 15, 2022 hearing* | Florida reviews and considers comparable information to the information considered by the Corps pursuant to the Corps' Section 404(b)(1) Guidelines, which provide that "dredged or fill material should not be discharged into the aquatic ecosystem, unless it can be demonstrated that such a discharge will not have an unacceptable adverse impact either individually or in combination with known and/or probable impacts of other activities affecting the ecosystems of concern."<br><br>For a comprehensive (155-page) comparison of the Corps 404 Program requirements and the Florida ERP and 404 Programs, please refer to the comparison table found in the Administrative Record at EPA-HQ-OW-2018-0640-0016-A3. In particular, pages 37 to 39 of the comparison spreadsheet identify Florida regulations that align with the requirements of the federal 404(b)(1) guidelines. Florida Admin. Code 62-331.052 and 62-331.053 also provide requirements comparable to the federal 404(b)(1) guidelines. This information is publicly available. |

**Side-by-Side Comparison of Environmental Information**
**Available to Public under Corps-led 404 Program and Florida-led 404 Program**

| *Environmental Information Available under Corps-led 404 Program[1]* | *Environmental Information Available under Florida 404 Program* <br> *(All information described below is publicly available)* |
|---|---|
| Public Interest Factors (33 CFR 320.4(a)) | Florida evaluates "public interest" factors in evaluating 404 permits. *See* Fla. Stat. § 373.414. This includes, among other things, effects to the public health, safety, or welfare or the property of others; effects to the conservation of fish and wildlife, including endangered or threatened species, or their habitats; effects to navigation or the flow of water or cause harmful erosion or shoaling; effects to the fishing or recreational values or marine productivity in the vicinity of the activity; temporary or permanent nature of a project; effects on significant historical and archaeological resources; and the current condition and relative value of functions being performed by areas affected by the proposed activity. *Id.* § 373.414(a). Public interest information is also obtained as part of the ERP/404 Applications (see, e.g., Section C of the Application). The public interest review is also discussed extensively in the Florida ERP Handbook at Section 10.2.3. This information is publicly available. |
| Agencies and Persons Consulted (NEPA) | Florida provides information about all federal, state, and local agencies and other persons consulted or who otherwise comment on Section 404 permit applications. DEP is required to send public notice to the applicant, any other agency with jurisdiction over the activity or project site, adjoining property owners, any State or tribe who's waters may be affected, and all persons who have requested copies of public notices. Fla. Admin. Code Ann. r. 62-331.060. This information is publicly available. |

**Side-by-Side Comparison of Environmental Information**
**Available to Public under Corps-led 404 Program and Florida-led 404 Program**

---

[1] The Corps' NEPA regulations provide that "[m]ost permits will normally require only an EA," not an EIS, 33 § C.F.R. 230.7(a), and that an "EA is a brief document which provides sufficient information to the district commander on potential environmental effects of the proposed action and, if appropriate, its alternatives, for determining whether to prepare an EIS or a [Finding of No Significant Impact, or FONSI]." 33 C.F.R. § 230.10(a). An EA must "include a *brief discussion* of the need for the proposed action, or appropriate alternatives if there are unresolved conflicts concerning alternative uses of available resources, of the environmental impacts of the proposed action and alternatives and a list of the agencies, interested groups and the public consulted." *Id*. at § 230.10(b) (emphasis added).

[2] The Florida DEP's Environmental Resource Permit Applicant's Handbook is available in the Administrative Record at EPA-HQ-OW-2018-0640-0002-A1 through EPA-HQ-OW-2018-0640-0002-A4. Copies are also available for public review on-line at https://floridadep.gov/water/water/content/water-resource-management-rules.

[3] DEP's State 404 Program Applicant's Handbook is available in the Administrative Record at EPA-HQ-OW-2018-0640-0002-A20. Copies are also available for public review on-line at https://floridadep.gov/water/water/content/water-resource-management-rules.

[4] http://edr.state.fl.us/content/population-demographics/data/index-floridaproducts.cfm.

[5] https://www.census.gov/data.html

[6] https://www.epa.gov/ejscreen

[7] https://screeningtool.geoplatform.gov/en/