IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

### SUPPLEMENTAL DECLARATION OF LISA RINAMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Lisa Rinaman, make the following declaration:

1. I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

2. I am a resident of Jacksonville, Florida.

3. I am a member of St. Johns Riverkeeper, and I am also employed by St. Johns Riverkeeper as the Riverkeeper.

4. I submitted a declaration in support of Plaintiffs' Motion for Partial Summary Judgment on March 5, 2021. Dkt. 31-8. I submitted another declaration in support of Plaintiffs' Motion for Summary Judgment on February 28, 2023. Dkt. 98-6. I incorporate by reference my prior declarations here. I am providing this supplemental declaration to provide updates in response to factual matters raised by Florida, Dkt. 102, regarding harms St. Johns Riverkeeper and its members face from EPA's approval of the State's inadequate 404 program.

1

5. **Water Quality Concerns:** As explained in the 2022 State of the River Report for the Lower St. Johns River Basin,[1] water quality in some of the St. Johns' tributaries "are too poor to allow the safe consumption of fish or crabs, or to allow swimming."[2] Pollution (e.g., from runoff, development) "threatens human health, the economy, and the ecosystems that support plants, animals, and recreation."[3] And "[w]etlands are increasingly threatened."[4]

6. The water quality of the river and its tributaries will be further degraded by changes in land uses along the river, including increased development that would require Section 404 permits, especially when there is inadequate enforcement.

7. **Member Harms:** The State's less stringent enforcement program and inadequate 404 program will likely lead to more water quality impacts to the St. Johns River and its tributaries. I regularly enjoy recreating in the river, where I kayak, boat, swim, fish, bird-watch, and take photos with my husband and teenage boys. I also regularly enjoy hiking and camping in the areas surrounding the river. These activities depend on there being a clean, pollution-free river whose waters are fresh and not depleted.

8. **Organizational Harms:** Less stringent enforcement also requires St. Johns Riverkeeper to divert resources away from our other core program activities to fill in the gaps by conducting investigations, reporting violations, and investigating potential enforcement actions. These harms are amplified by the State's more restrictive standing requirements, costly litigation requirements because of the need to retain expert witnesses for challenges in state administrative courts, and the potentially devastating risk of mandatory fee-shifting laws.

---

[1] https://sjrr.domains.unf.edu.
[2] https://sjrr.domains.unf.edu/a-guide-for-the-general-public.
[3] *Id.*
[4] *Id.*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of June, 2023.

DocuSigned by:

*Lisa Rinaman*

42AEE8821F824DB...

Lisa Rinaman
Riverkeeper at St. Johns Riverkeeper
2800 University Blvd N
Jacksonville, FL 32211