IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY AND EXHIBIT**

Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Sierra Club, Conservancy of Southwest Florida, Florida Wildlife Federation, Miami Waterkeeper, and St. Johns Riverkeeper have moved for leave to file a sur-reply and exhibit, Dkt. 109, in support of their Motion for Summary Judgment, Dkt. 98.  Having considered the parties' submissions, the Court finds that the motion is due to be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File a Sur-Reply and Exhibit, Dkt. 109, is **GRANTED**.  Plaintiffs shall have seven days from the date of this Order to file a consolidated sur-reply not to exceed thirty (30) pages in length.

**SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge