IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al*. <br><br> Defendants. | Case No. 1:21-cv-0119 (RDM) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME BY FEDERAL DEFENDANTS AND FLORIDA INTERVENORS TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY AND EXHIBIT**

Federal Defendants and Intervenor-Defendants the State of Florida and the Florida Department of Environmental Protection ("the Florida Intervenors"), by and through their respective undersigned counsel, respectfully move the Court to extend the July 28, 2023 deadline to file their respective oppositions to Plaintiffs' Motion for Leave to File Sur-Reply and Exhibit (Dkt. No. 109) by one week, through and including August 4, 2023. *See* Local Civil Rule 7(b).

Counsel for Plaintiffs notified counsel for Federal Defendants on the afternoon of July 11, 2023 of Plaintiffs' intention to seek leave to file a sur-reply and an additional exhibit. This notification came the day before one of Federal Defendants' attorneys, Andrew S. Coghlan, left for a two-week vacation outside of the United States. Mr. Coghlan is not scheduled to return to the office until July 27, 2023. Federal Defendants' other counsel of record, Alison C. Finnegan, has a reply brief due on July 27, 2023, and is scheduled to begin a one-week vacation at the end of the day on July 28, 2023, and will not return to the office until August 7, 2023. Likewise, counsel for the Florida Intervenors also have personal and professional obligations, including

prepaid personal travel with family from July 21 to July 31, 2023.  Accordingly, this brief extension is necessary to accommodate pre-existing professional obligations and long-standing and pre-paid vacation plans.

Counsel for Federal Defendants and counsel for the Florida Intervenors have conferred with counsel for Plaintiffs, who advise that they consent to the relief requested. As the Court has scheduled a hearing on this matter for September 8, 2023, Federal Defendants and the Florida Intervenors submit that the requested extension would not delay the proceeding.  Federal Defendants and the Florida Intervenors, therefore, respectfully request that this motion be granted.

Dated: July 14, 2023                                       Respectfully submitted,

/s/ Alison C. Finnegan
ALISON C. FINNEGAN (PA Bar 88519)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
Email: alison.c.finnegan@usdoj.gov

ANDREW S. COGHLAN (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2191
Fax: (202) 514-8865
Email: andrew.coghlan@usdoj.gov

*Attorneys for Defendants*

BAKER BOTTS L.L.P.

/s/ Jeffrey H. Wood (with permission)
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com

        Lily N. Chinn (DC Bar No. 979919)
        101 California Street
        San Francisco, CA 94111
        Phone: (415) 291-6200
        lily.chinn@bakerbotts.com

        Aaron M. Streett (TX Bar No. 24037561)
        Harrison Reback (TX Bar No. 24012897)
        (pro hac vice)
        910 Louisiana Street
        Houston, TX 77002-4995
        Phone: (713) 229-1234
        aaron.streett@bakerbotts.com
        harrison.reback@bakerbotts.com

        *Counsel for Florida Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Alison C. Finnegan