# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

     Plaintiffs,

     v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, et al.,

     Defendants.

**CASE NO.** 1:21-cv-00119 (RDM)

## <u>SUPPLEMENTAL JOINT APPENDIX</u>

## VOLUME 8

**From:** Gladys Delgadillo
**To:** Navigability Determination
**Subject:** [Non-DoD Source] FCC Comments on ACOE Update of Florida "Navigable" Waters List
**Date:** Wednesday, April 18, 2018 3:21:33 PM
**Attachments:** FCC Comments on ACOE Update of Florida "Navigable" Waters List.pdf

Please see the attached comments from the Florida Conservation Coalition regarding the ACOE navigability studies in Florida.

Gladys

--

Gladys Delgadillo
Administrator
Florida Conservation Coalition
(850) 222 - 6277 ext 107
Blockedhttps://www.wearefcc.org/ <Blockedhttp://floridaconservationcoalition.org>



**STEERING COMMITTEE:**

Chairman

**Bob Graham**

Vice Chairmen

**Nathaniel Pryor Reed**

**Lee Constantine**

Organizations:

**DEFENDERS OF WILDLIFE**

**FLORIDA WILDLIFE FEDERATION**

**LEAGUE OF WOMEN VOTERS**

**1000 FRIENDS OF FLORIDA**

**SIERRA CLUB FLORIDA**

**ST JOHNS RIVERKEEPER**

Individuals:

**Craig Diamond**

**Gary Kuhl**

**Victoria Tschinkel**

**Estus Whitfield**

April 18, 2018

Florida Conservation Coalition
308 N. Monroe Street
Tallahassee, FL 32301

Department of the Army
Jacksonville District Corps of Engineers
Regulatory Division
ATTN: Determination of Navigable Waters
P.O. Box 4970
Jacksonville, FL 32232-0019
Navigability_Determination@usace.army.mil

<u>Subject</u>: FCC Comments on ACOE Update of Florida "Navigable" Waters List

To Whom It May Concern:

The Florida Conservation Coalition (FCC) is a coalition of over 80 conservation organizations in Florida dedicated to protecting Florida's lands, waters, and wildlife. We submit the following comments to you with regard to the March 19, 2018 public notice concerning the determination of "navigable" waters in Florida. We request that the Corps use the broadest legal definition of "navigable" in assessing Florida's water bodies in order to protect as many of Florida's waters as possible.

The context of our comments is that the Florida Conservation Coalition has serious concerns about State assumption of the Section 404 Program. For example, the Coalition is concerned that the State cannot legally duplicate the comprehensive protections embedded in the National Environmental Policy Act or be as rigorous in considering impacts to wildlife as the federal government would under the Fish and Wildlife Coordination Act and the Endangered Species Act. We understand that the Corps' list of Section 10 Navigable Waters may be used as a basis for determining which water bodies may be assumed by a State or tribe.

CORPS004066

The Corps should use the broadest legal definition of "navigable" when assessing Florida's waters

We ask that the Corps be very judicious in assessing "navigability" of Florida's waterways. Case law has given the Corps ample flexibility in designating waters as "navigable," by looking at past, present, and possible navigation on a waterway. The Jacksonville District has previously determined many of Florida's waters to be "navigable" (see "Supplement to the Jacksonville District Navigable Waters Lists – October 5, 2017), however, there are many more waters deserving of this determination. Therefore, we request that the District utilize the broadest legal definition of "navigable" in updating its list in order for the federal government to ultimately retain its jurisdiction over as many of Florida's waters as possible, should delegation of the Section 404 program occur.

Most of Florida's waters qualify as "navigable" under Section 10 of the Rivers and Harbors Act

Proper attention to the past, present, and possible recreation, navigation, and commerce on Florida's waterways should find that most of Florida's waters are indeed deserving of a "navigable" determination and should fall under the Army Corps' jurisdiction under the Rivers and Harbors Act of 1899. Florida has 1,197 miles of coastline, approximately 10,000 miles of rivers, and nearly 11 million acres of wetlands. Florida's navigable waters play a huge role in the quality of life for Florida's citizens.

Before modern transportation infrastructure was available, residents and visitors in Florida depended solely on waterways for navigation. Transportation across land was difficult because of the State's innumerable and connected waters. Throughout history, commerce linking Floridians to one another and the rest of the world relied on travel along Florida's water bodies. Floridians and others traveled along our rivers, even taking advantage of the seasons when the smallest boats could pass through, to transport and deliver goods and natural products and to visit friends and family. A water body which historically has been used for navigation always retains its status as a "navigable" water under the Rivers and Harbors Act.

Today, many Florida citizens actively recreate on our waterways or have businesses dependent on them. Florida's economy also depends on travelers from all over the nation and the world who travel here to recreate, bird watch, fish, hunt, paddle, sail, and travel. Innumerable businesses and economies are tied directly to these activities. Florida's smaller streams and tributaries are essential parts of Florida's network of navigable waterways. Our Coalition of conservation organizations, and our collective membership, are passionate about these waterways and stopping inappropriate development from polluting them.

Proper investigation of Florida's water bodies will determine that many more of Florida's waters are utilized in a way that qualifies the waterway as "navigable" under the Rivers and Harbors Act. As a small example, all of Florida's Designated Paddling Trails, a list maintained by the Florida Department of Environmental Protection, should be included in Florida's list of "navigable" waters.

The environmental protections at stake are critical.

The Corp's navigability study will influence the environmental protections provided to Florida's waters and wetlands. Section 404 wetlands adjacent to navigable waterways have been historically regulated by the federal government under the Clean Water Act. This regulation has provided important protection.

Florida has already lost half of its historic wetlands, with great negative effects on water quality, water supply, fish nurseries, wildlife habitat, our economy, and flood control. These negative effects will be exacerbated by the continued dredging and filling of Florida's remaining wetlands. For example, over one-third of endangered and threatened species occupy wetland habitats in the US. Protection of Florida's remaining wetlands will be crucial for these species' ultimate survival.

The Corps' determination of which waterways are "navigable" in Florida is fundamental to which waters will receive the important protections of the federal statutes. Florida's environment, as well as future residential and agricultural development, are absolutely dependent upon the storage of water and protection of water quality which all of Florida's wetlands, including isolated wetlands, afford. With billions of dollars of ecosystem services on the line, a careful look at Florida's multitude of water bodies is warranted.

<u>Public input is necessary for making informed "navigability" determinations</u>

The Florida Conservation Coalition appreciates the opportunity to comment on this important matter, and is concerned that the comment period was unexpectedly closed early. As it was, a month does not represent an adequate opportunity for us to inform our members of this complex issue, and to solicit from them the names of additional water bodies which the Corps of Engineers would ask us to nominate for a "navigability" determination. We urge you to make your update of Florida's "navigable" waters as transparent as possible, and include ample opportunities for the public to comment. Only then will you be able to use the best available information in your determinations.

<u>Conclusion</u>

Thank you for your attention to our comments.

The FCC requests you use your broad authority to designate as many waters "navigable" as possible. Doing so complies with your legislative authority and is in the best interest of Florida's environment.

Sincerely,

Bob Graham

Chairman
Florida Conservation Coalition

| From: | Julie Dick |
|---|---|
| To: | Navigability Determination; Kirk, Jason A COL USARMY CESAJ (US) |
| Subject: | [Non-DoD Source] Navigational Determination Comments |
| Date: | Wednesday, April 18, 2018 11:31:29 PM |
| Attachments: | Navigational Determination FKEF Letter to Corp 4-18-18.pdf |
| | Ex. A - 2018 04 18 Public Comment Letter to USACE.pdf |

Dear Colonel Kirk,

Please see the attached comments I am submitting on behalf of Florida Keys Environmental Fund regarding the Navigational Determination noticed by the Corps on March 19, 2018.

Please let me know if you have any questions.

Best regards,

Julie Dick


JULIE DICK LAW, P.A.

200 Crandon Blvd., Suite 201

Key Biscayne, FL 33149

Office: 305-365-1276

Cell: 312-399-4057

Julie@JulieDickLaw.com

Blockedwww.juliedicklaw.com <Blockedhttp://www.juliedicklaw.com>

CONFIDENTIALITY NOTE: The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

CORPS004069

# Julie Dick Law, P.A.

200 Crandon Blvd., Suite 201
Key Biscayne, FL 33149
Phone: 312-399-4057
E-Mail: Julie@juliedicklaw.com

April 18, 2018

Colonel Jason A. Kirk, District Commander
Department of the Army
Jacksonville District Corps of Engineers, Regulatory Division
Att'n: Determination of Navigable Waters
P.O. Box 4970
Jacksonville, Florida  32232-0019

*Via Email* Navigability_Determination@usace.army.mil
Jason.a.kirk@usace.army.mil

Dear Colonel Kirk:

Please accept these comments on behalf of the Florida Keys Environmental Fund regarding the Navigability Determination noticed on March 19, 2018.  The Florida Keys Environmental Fund is an environmental organization based in Isla Morada, Florida that has been working to conserve Florida's natural resources since 1988.

We oppose efforts by the State of Florida to assume jurisdiction over Section 404 permitting under the Clean Water Act (CWA) and encourage the U.S. Army Corps of Engineers to adopt the broadest possible interpretation of navigable waters under the CWA.

We incorporate by reference the comments submitted by EarthJustice on April 18, 2018, attached hereto as Ex. A.

Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. § 329.4) (Section 10) requires a Department of Army (DA) permit for certain activities in navigable waters of the United States. Section 404(a) of the CWA, 33 U.S.C. § 1344, authorizes the Secretary of the Army, to issue DA permits for discharge of dredged or fill material into waters of the United States.

<u>Clean Water Act</u>

Congress enacted the CWA in 1972 "to restore and maintain the chemical, physical, and biological integrity of the Nation's waters."[1]  The Act also states that "it is the policy of Congress to recognize, preserve, and protect the primary responsibilities and rights of States to prevent,

---

[1] 33 U.S.C. § 1251(a).

reduce, and eliminate pollution, to plan the development and use (including restoration, preservation, and enhancement) of land and water resources, and to consult with the Administrator in the exercise of his authority under this chapter."[2]

The Clean Water Act (CWA) prohibits "the discharge of any pollutant by any person."[3] "The discharge of a pollutant" is defined as "any addition of any pollutant to navigable waters from any point source."[4] "Navigable waters" are defined as "the waters of the United States, including the territorial seas" § 1362(7). Pollutant is defined broadly to include "dredged spoil, ... rock, sand, [and] cellar dirt."

The Corps has interpreted "the waters of the United States" expansively to include not only traditional navigable waters,[5] but also other defined waters[6]; including wetlands "adjacent" to such waters.[7] "Adjacent" wetlands include those "bordering, contiguous [to], or neighboring" waters of the United States even when they are "separated from [such] waters . . . by man-made dikes . . . and the like."[8]

The Act provides certain exceptions to its prohibition of "the discharge of any pollutant by any person."[9] Section 1342(a) ("Section 404") authorizes the Administrator of the EPA to "issue a permit for the discharge of any pollutant, . . . notwithstanding section 1311(a) of this title." Section 404 authorizes the Secretary of the Army, acting through the Army Corps of Engineers Corps to "issue permits . . . for the discharge of dredged or fill material into the navigable waters at specified disposal sites."[10]

The notice of the Navigability Determination noted that "State assumption of the Section 404 Program … does not include navigable waters of the United States. "Navigable waters" or "waters of the United States" are legal terms of art under the CWA. The concurring opinion by Justice Kennedy in *Rapanos v. US* provides the controlling definition of navigable waters of the United States. Justice Kennedy concluded that the Corps could reasonably interpret the CWA to cover "impermanent streams" and wetlands if there was "a significant nexus between the wetlands in question and navigable waters in the traditional sense." He explained, "wetlands possess the requisite nexus, and come within the statutory phrase 'navigable waters,' if the wetlands, either alone or in combination with similarly situated lands in the region, significantly affect the chemical, physical, and biological integrity of other covered waters more readily

---

[2] *Id.* § 1251(b).
[3] 33 USC § 1251(a).
[4] *Id.* at § 1362(12).
[5] 33 C.F.R. § 328.3(a)(1)
[6] 33 C.F.R. § 328.3(a)(2), (3)
[7] 33 C.F.R.§ 328.3(a)(7).
[8] 33 C.F.R. § 328.3(c).
[9] 33 U.S.C. § 1311(a).
[10] 33 U.S.C. § 1344(a), (d).

004060

understood as 'navigable.'"[11]

Throughout the Everglades ecosystem, the health of estuaries is significantly impacted by the water quality and system operations in wetlands and waterways in the middle of the state. The extensive and highly interconnected water systems across the State of Florida and porous limestone karst geology in much of Florida result in vast watersheds and wetlands throughout the state with significant hydrologic connections that "significantly affect the chemical, physical, and biological integrity of other covered waters more readily understood as 'navigable.'" Therefore, any and all wetlands with such a nexus to more readily understood 'navigable' waters must continue under the jurisdiction of the federal government for purposes of § 404 of the CWA. We urge the Army Corps to ensure that the full extent of water-bodies and wetlands that meet the Rapanos nexus are retained by the Corps.

A §404 permit must satisfy regulations promulgated both by the Army Corps and by the Environmental Protection Agency ("EPA").[12] The regulations promulgated by the EPA under section 404(b)(1) of the CWA, provide that adverse impacts to aquatic ecosystems must be avoided to the extent that practicable alternatives are available, which will result in less adverse impacts.[13] Section 404(a)(1) specifically calls identifying practical alternatives to dredge and fill activities in waters of the United States.[14] It will not be possible for the Army Corps and EPA to meet its obligations under these regulations if the State of Florida assumes jurisdiction over § 404 permitting for wetlands that would be considered waters of the U.S. in Florida.

We urge the Corps to maintain § 404 jurisdiction over all waters of the US in Florida, including adjacent wetlands, those bordering, contiguous, or neighboring" waters of the United States as defined by Justice Kennedy in *Rapanos v. U.S.*.

<u>National Environmental Policy Act</u>

The issuance of a § 404 permit constitutes federal action, which triggers an Environmental Assessment or Environmental Impact Statement under the National Environmental Policy Act ("NEPA"). The National Environmental Policy Act (NEPA) is our "basic national charter for protection of the environment."[15] NEPA's essential purpose is "to help public officials make decisions that are based on understanding of environmental consequences, and take actions that protect, restore, and enhance the environment."[16] To accomplish its purpose, NEPA contains certain "action forcing" provisions that compel federal agencies to consider the environmental effects of their actions.[17]

---

[11] Rapanos v. US., 547 U.S. 715, 780 (2006) (concurrence).
[12] *Friends of the Earth v. Hintz*, 800 F.2d 822, 831 (9th Cir. 1986).
[13] 40 C.F.R. § 230.10(a).
[14] 40 C.F.R. § 230.10(a)
[15] 40 C.F.R. § 1500.1(a)
[16] 40 C.F.R. § 1500.1(c).
[17] 40 C.F.R. § 1500.19(a)

NEPA requires federal agencies to prepare an environmental impact statement (EIS) for all "major Federal actions significantly affecting the quality of the human environment."[18] The EIS must describe (1) the "environmental impact of the proposed action," (2) any "adverse environmental effects which cannot be avoided should the proposal be implemented," (3) any "alternatives to the proposed action," and (4) any "irreversible or irretrievable commitment of resources which would be involved in the proposed action should it be implemented."[19]

The Corps regulations require the Corps to evaluate the probable impacts, including cumulative impacts, of the proposed activity and its intended use on the public interest, weighing foreseeable benefits against foreseeable detriments using all facts that may be relevant.[20]  This analysis must also include a thorough discussion of the indirect and cumulative impacts resulting from the proposed action.[21]

To the extent § 404 permitting is delegated from the federal government to the State of Florida, aquatic systems that would be assumed by the State will lose the critical protections that NEPA provides.  Without federal jurisdiction for these permitting decisions, the NEPA analysis of environmental considerations and alternatives consideration that often leads to less damaging projects will not apply to permitting decisions made by the State.

Federal jurisdiction over § 404 permitting in Florida ensures that federal laws and regulations, like NEPA and the Endangered Species Act, will continue to apply to dredge and fill permitting decisions.  The State does not have the regulatory framework or the resources in place to replicate the value that NEPA provides in decisions connected to §404 permitting.

<u>Conclusion</u>

For the reasons included herein, in addition to those in the letter submitted by EarthJustice, attached hereto as Ex. A, we urge the Army Corps to maintain jurisdiction over § 404 permitting in Florida.  To the extent the Corps provides a Navigational Determination identifying waters to be assumed by the State of Florida for § 404 permitting, we urge the Corps to maintain jurisdiction over navigable waters of the U.S. in a manner that fully includes the extensive water bodies and wetlands across the State that "significantly affect the chemical, physical, and biological integrity of other covered waters more readily understood as navigable."

Thank you for your time and consideration of our comments.

---

[18] 42 U.S.C. § 4332(2)(C).
[19] *Id.*
[20] 33 C.F.R. § 320.4(a)(a).
[21] *See generally, Blue Mountains Biodiversity Project*, 161 F.3d 1208, 1214 (9th Cir. 1998)

004062

Sincerely,

Julie Dick

Counsel for Florida Keys Environmental Fund

004063



ALASKA   CALIFORNIA   FLORIDA   MID-PACIFIC   NORTHEAST   NORTHERN ROCKIES

NORTHWEST   ROCKY MOUNTAIN   WASHINGTON, D.C.   INTERNATIONAL

Colonel Jason A. Kirk, District Commander
Department of the Army
Jacksonville District Corps of Engineers, Regulatory Division
Att'n: Determination of Navigable Waters
P.O. Box 4970
Jacksonville, Florida 32232-0019

April 18, 2018
*Via Email* Navigability_Determination@usace.army.mil
Jason.a.kirk@usace.army.mil

Dear Colonel Kirk:

Please accept these comments on behalf of Florida Wildlife Federation, the Conservancy of
Southwest Florida, the Miami Waterkeeper, and the St. Johns Riverkeeper regarding the
navigability of waters in the State of Florida within the meaning of Section 10 of the Rivers and
Harbors Act of 1899 (RHA), 33 U.S.C. § 403, for purposes of determining the Corps' jurisdiction
should the U.S. Environmental Protection Agency (EPA) grant Florida's anticipated request to
administer its own permitting program under Section 404(a) of the Clean Water Act of 1972
(CWA), 33 U.S.C. § 1344, in waters of the United States.[1]

Since 1936, the **Florida Wildlife Federation** (FWF) has worked to ensure that Florida's wildlife
and fragile environment have a voice.  Among other things, FWF is dedicated to protecting
Florida's waterways, as wildlife cannot thrive where wetlands are drained, waters polluted and
habitats degraded or destroyed.  The **Conservancy of Southwest Florida** is dedicated to the
protection of Southwest Florida's land, water, wildlife and future through advocacy, science,
education, and wildlife rehabilitation. The Conservancy was founded in 1964 in response to
plans to build a road through Rookery Bay and carries on its mission to preserve wetlands and
downstream areas important to the health of the ecosystem, economy, and quality of life.
**Miami Waterkeeper's** (MWK) mission is to defend, protect, and preserve South Florida's
watershed through citizen engagement and community action rooted in sound science and
research.  MWK works to ensure swimmable, drinkable, fishable water for all.  The **St. Johns
Riverkeeper** mission is to be an independent voice that defends, advocates, and activates others
to protect and restore the St. Johns River, Florida's longest and most significant river for
commercial and recreational use.

---

[1] These comments are also supported by several additional **Florida Waterkeepers**, independent
organizations belonging to Waterkeeper Alliance, whose members combine firsthand knowledge of their
waterways with an unwavering commitment to the rights of their communities and to the rule of law.
(*See* Exhibit 1 at 2, Letter from Florida Waterkeepers.)

004064

CORPS004075



ALASKA   CALIFORNIA   FLORIDA   MID-PACIFIC   NORTHEAST   NORTHERN ROCKIES

NORTHWEST   ROCKY MOUNTAIN   WASHINGTON, D.C.   INTERNATIONAL

We oppose Florida's attempt to assume jurisdiction over Section 404 permitting, which would imperil invaluable water resources in the state. We urge the Corps to recognize the unique complexity of waters in Florida; to ensure any assessment of Section 10 versus assumable waters is transparent, comprehensive, based in science, and informed by public participation; and to retain the maximum jurisdiction possible under federal law in the Nation's interest.

<u>The Unique Nature and Value of Waters in the State of Florida</u>

Florida's water resources are stunning and uniquely complex. The State's distinctive peninsular shape, flat topography and karst terrain create prolific coastlines, rivers, springs, and lakes. With almost 1,200 miles of coastline, more than 7,500 lakes (greater than 10 acres), 33 first-magnitude springs, and approximately 27,561 linear miles of rivers and streams, water is one of Florida's most prominent features. *See* Elizabeth Purdum, U.S. Geological Survey, *Florida Waters: A Water Resources Manual* 49 (2002), *available at* http://www.swfwmd.state.fl.us/ publications/files/floridawaters.pdf; Florida Department of State, Quick Facts, http://dos.myflorida.com/florida-facts/quick-facts/ (last visited April 12, 2018); Florida Department of Environmental Protection, *2016 Integrated Water Quality Assessment for Florida* 34 (2016) *available at* https://floridadep.gov/sites/default/files/2016-Integrated-Report.pdf.

Countless valuable wetlands are widely distributed throughout the State, including the renowned Everglades and Big Cypress Swamp. *See e.g.*, Albert Hine, *Geology of Florida*, 17-18 (2009), *available at* https://www.cengage.com/custom/enrichment_modules.bak/data /1426628390_Florida-LowRes_watermarked.pdf. With approximately 11 million acres of wetlands, Florida has more than any of the other conterminous states. U.S. Geologic Survey, *National Water Summary on Wetland Resources Water Supply Paper* 2425, *available at* https://water.usgs.gov/nwsum/WSP2425/state_highlights_summary.html. These often shallow wetlands are vast and diverse and include rare habitats such as mangrove swamps and hydric hammocks. *See* Purdum, *Florida Waters: A Water Resources Manual* 49.

In addition to these expansive surface waters, Florida has more groundwater than any other state. *See id*. Florida's unusual terrain is significant. As the groundwater seeps beneath the ground through sinkholes, underground caverns, and limestone channels and cracks, it connects to Florida's abundant surface waters in fluctuating and intricate ways. *Id.* at 49-52. The interconnectedness of surface and ground waters make determining watershed boundaries and drainage patterns particularly challenging. *See id.* at 52. Drainage patterns have been described as "disjointed" because rivers and streams do not continuously flow on the surface but instead disappear at times in the karst terrain. *Id.*

FLORIDA REGIONAL OFFICE    4500 BISCAYNE BLVD., STE 201    MIAMI, FL    (305) 432-5433    FLOFFICE@EARTHJUSTICE.ORG

004065



Florida's waters help sustain some of the world's most diverse species.  Florida lies within the North American Coastal Plan, the World's 36th Biodiversity Hotspot, and is considered the richest area biologically for endemic species.  Zenaida Kotala, *Florida Declared a Global Biodiversity Hotspot*, UCF Today (Feb. 26, 2016), https://today.ucf.edu/florida-declared-a-global-biodiversity-hotspot/.  Freshwater resources in Florida provide nesting, foraging, wintering and migrating habitats for numerous species of fish and wildlife.  Florida Fish and Wildlife Conservation Commission, *Florida's Freshwater Priority Resources: A Guide for Future Management* 1 (2017), *available at* http://myfwc.com/media/4386049/fwpriorityresourcesguide.pdf.

These resources are relied on by high numbers of threatened and endangered plants (26%) and animals (45%) and, as such, are designated as critical habitat under the Endangered Species Act. *Id*.  Due to having one of the highest rates of habitat loss, Florida's water resources and the species that depend on them are some of the most threatened.  *See* Denise Rocus and Frank Mazzotti, University of Florida/IFAS Extension, *Threats to Florida's Biodiversity* (1996), *available at* https://edis.ifas.ufl.edu/pdffiles/UW/UW10700.pdf; Zenaida Kotala, *Florida Declared a Global Biodiversity Hotspot*, UCF Today (Feb. 26, 2016), *available at* https://today.ucf.edu/florida-declared-a-global-biodiversity-hotspot/.

Florida's waterways are unique, extensive and complex.  Identifying wholesale which Florida waterbodies constitute navigable waters of the United States for purposes of assumption is impracticable.  It is sure to lead to jurisdictional conflict, regulatory uncertainty, public confusion, administrative delay and costly litigation.

In addition, Florida's waters are critical to several multi-billion dollar industries, including agriculture and tourism, affecting interstate commerce.  *See, e.g.*, Visit Florida, Tourism Fast Facts, https://www.visitflorida.org/about-us/what-we-do/tourism-fast-facts/ (last visited April 18, 2018); Florida Department of Agriculture and Consumer Services, Florida Agriculture Overview and Statistics, https://www.freshfromflorida.com/Divisions-Offices/Marketing-and-Development/Education/For-Researchers/Florida-Agriculture-Overview-and-Statistics (last visited April 18, 2018). The United States can and should retain jurisdiction over these waters to the greatest extent possible under federal law.

<u>Florida's Rush to Assume Jurisdiction is Ill-Advised</u>

As stated above, we oppose Florida's attempt to assume jurisdiction over Section 404 permitting—something that after careful study more than a decade ago the State determined would not be feasible in Florida.  We see no need for the State to revisit this issue, and to do so now is a wasteful expenditure of time and resources for all involved.  We are particularly concerned that the Governor is aggressively fast-tracking a plan to assume jurisdiction without giving sufficient consideration to all the issues at stake or providing adequate opportunity for



ALASKA    CALIFORNIA    FLORIDA    MID-PACIFIC    NORTHEAST    NORTHERN ROCKIES

NORTHWEST    ROCKY MOUNTAIN    WASHINGTON, D.C.    INTERNATIONAL

meaningful public input and participation.  Florida's plan is ill-advised and ill-conceived.  We urge the Corps not to succumb to pressure to expedite this process.

In 2005, Florida thoroughly considered, but ultimately declined to pursue, assumption of the Section 404 program.  *See* Florida Department of Environmental Protection, *Consolidation of State and Federal Wetland Permitting Programs Implementation of House Bill 759 (Chapter 2005-273, Laws of Florida)*, Sept. 30, 2005 ("2005 FDEP Report," attached as Exhibit 2).

Among other things, the FDEP observed that "[b]ecause all coastal waters and a significant number of inland waters are deemed navigable" these waters "would be excluded from state assumption under current federal law[.]" 2005 FDEP Report at 2.  The FDEP concluded that for assumption in Florida to be feasible, several changes to state and federal law would be required.  *Id.* at 3-5.  The FDEP recognized that "the boundaries between navigable and non-navigable waters are not clearly defined in many waters" in Florida, and that as a result, Florida would "not [be] able to assume the federal program in large portions of the state."  *Id.* at 8.

Relevant circumstances have not changed in the intervening 10+ years so as to justify Florida revisiting assumption.  Specifically, Florida has failed to: (1) perform an updated study of the feasibility of assumption in Florida, (2) identify meaningful changes in the science, evidence, and circumstances that would warrant departing from its conclusion not to pursue assumption in the past, (3) provide adequate opportunity to the public to provide input on whether assumption should be pursued, (4) provide complete and accurate information to state legislators when they were presented with state agency-driven enabling legislation, (5) maintain and properly staff and fund its existing permitting and regulatory programs, (6) ensure adequate protection of Florida waters already under the State's jurisdiction, (7) request any resources to ensure the capacity to administer an additional federal program, or (8) strengthen state laws to ensure adequate protection of Florida's waters and meet federal standards.  We understand that if Florida proceeds with this plan and submits an assumption application to EPA, the EPA will afford the public an opportunity to comment on that application.  We intend to submit additional information at that time.

Given the lack of consideration and study by the State of Florida, the complexity of the waters involved, and the environmental, commercial and other interests that are at stake, it would be premature for the Corps to render navigability determinations for purposes of state assumption.  To continue to rush this process will only create more confusion for the public, more uncertainty for the regulated community, and more challenges for ensuring that waters of the United States in Florida receive the full protections afforded by federal law.



ALASKA    CALIFORNIA    FLORIDA    MID-PACIFIC    NORTHEAST    NORTHERN ROCKIES

NORTHWEST    ROCKY MOUNTAIN    WASHINGTON, D.C.    INTERNATIONAL

In light of the foregoing, we also urge the Corps to recognize the impracticability of attempting to delineate where its navigable waters begin and end for purposes of assumption at this time, and to convey these challenges to the State of Florida for further review, study, public input and deliberation.

<u>Florida's Department of Environmental Protection Is Not Equipped to Administer a Section 404 Program</u>

Adequate funding and staff are a critical component of determining whether a state can adequately administer an important CWA program such as Section 404 permitting affecting the destruction or pollution of wetlands.  Yet, rather than increase resources to take on such a large and important endeavor, over the past eight years Florida's Governor has severely reduced staff and funding for the State's Department of Environmental Protection, including in its wetlands regulatory division.

The Tampa Bay Times described Florida's recent environmental record as an "environmental disaster."  *Editorial: The Rick Scott record: an environmental disaster*, Tampa Bay Times, Sept. 5, 2014 (Exhibit 3), *available at* http://www.tampabay.com/opinion/editorials/editorial-the-rick-scott-record-an-environmental-disaster/2196359.  The State's leading paper observed that the administration had reduced water management budgets, rushed through permitting, weakened enforcement, caused widespread layoffs, provoked a brain drain of experts in the field, and replaced experts with political appointees focused on advancing business interests rather than environmental stewardship.[2]  Plainly, this is not a department equipped to assume a major new program that must protect waters in Florida.

In 2016, an analysis released by Public Employees for Environmental Responsibility (PEER) found that in 2015 FDEP had opened 81% fewer enforcement cases, collected the lowest number of fines in 28 years, and assessed no penalties in a third of the cases.  PEER, *Scott's Undeclared Polluters' Holiday Stains Florida* (Aug. 17, 2016), press release *available at* https://www.peer.org/news/news-releases/scott%e2%80%99s-undeclared-polluters%e2%80%99-holiday-stains-florida.html; PEER, *Report on Enforcement Efforts By the  Florida Department of Environmental Protection Calendar Year 2015*, report *available at* https://www.peer.org/assets/docs/fl/8_18_16_DEP_Report_on_2015_Enforcement.pdf (both are attached as Exhibit 4).

---

[2] *See also* St. Johns Riverkeeper, *State Failing to Protect Our Waterways*, http://www.stjohnsriverkeeper.org/blog/state-agencies-failing-environment/ (compilation of newspaper articles describing the State's environmental record).

FLORIDA REGIONAL OFFICE    4500 BISCAYNE BLVD., STE 201    MIAMI, FL    (305) 432-5433    FLOFFICE@EARTHJUSTICE.ORG



ALASKA   CALIFORNIA   FLORIDA   MID-PACIFIC   NORTHEAST   NORTHERN ROCKIES

NORTHWEST   ROCKY MOUNTAIN   WASHINGTON, D.C.   INTERNATIONAL

Despite having a weakened and underfunded agency, on December 28, 2017, the Florida legislature quietly introduced a bill to authorize the FDEP to pursue assumption over Section 404 waters.  FDEP assured legislators that assumption would be simple, that it would only streamline and expedite permit approvals, that the State would provide the same federal protections required under the current program, that very few permits were at issue, and that no additional resources would be needed.  Legislators relied on these baseless representations throughout the legislative process.

On January 29, 2018, the State's leading paper urged against allowing Florida to pursue assumption, citing the same concerns about the FDEP.  *Editorial: Don't Let Florida Take Over Wetlands Permitting*, Tampa Bay Times, Jan. 29, 2018 (Exhibit 5), *available at* http://www.tbo.com/opinion/editorials/Editorial-Don-t-let-Florida-take-over-wetlands-permitting_164963973 (raising concerns about the reduction of the DEP workforce and funding for environmental programs; "There is no reason to have confidence that the state agency is prepared to take on this obligation . . . The wetlands are too important to Florida's economy and to public safety in a coastal state to put the interests of developers ahead of the general good.").

Nevertheless, according to former FDEP Secretary Victoria Tschinkel, Florida legislators "tripped over themselves in a stampede" to pass vague enabling legislation on behalf of those who seek "fast and simple permitting."  Victoria Tschinkel, *Do Not Leave Wetlands Protection to Chance*, Orlando Sentinel, Mar. 9, 2018 (Exhibit 6), *available at* http://www.orlandosentinel.com/opinion/os-ed-do-not-leave-wetlands-protection-to-chance-20180309-story.html.

On March 9, 2018, former Secretary Tschinkel urged the Governor to veto the bill, noting among other things that "Florida has already lost half its wetlands, with great negative effects on water quality, fish nurseries, wildlife habitat and flood control." *Id.*  On March 23, 2018, Governor Scott signed the bill into law.

<u>The Corps' Determination of What Waters Can Be Assumed Under 33 U.S.C. § 1344(g) Requires Time, Resources, Public Input, Transparency and Scientific Integrity</u>

As the Corps notes in its Public Notice, any Section 404 program proposed by Florida would not include navigable waters of the United States, which remain under exclusive federal jurisdiction under federal law.  33 U.S.C. § 403; *id.* § 1344(g).  Specifically, federal law provides that waters and their adjacent wetlands that are "presently used, or are susceptible to use in their natural condition or by reasonable improvement as a means to transport interstate or foreign commerce shoreward to their ordinary high water mark, including all waters which are subject to the ebb and flow of the tide shoreward to their mean high water mark, or mean higher high water mark on the west coast" constitute "navigable waters" and therefore cannot be delegated to a state for administration of a Section 404 permitting program.  33 U.S.C. § 1344(g)(1).



ALASKA   CALIFORNIA   FLORIDA   MID-PACIFIC   NORTHEAST   NORTHERN ROCKIES
NORTHWEST   ROCKY MOUNTAIN   WASHINGTON, D.C.   INTERNATIONAL

To determine which waters and their adjacent wetlands are presently used or are susceptible to use in their natural condition or by reasonable improvement as a means to transport commerce and therefore not assumable under federal law, FDEP has asked the Corps to engage in extensive, highly complex mapping on an expedited basis.  Public records from FDEP indicate that the agency expects the Corps to complete this mammoth technical analysis by July 2018 so that the FDEP can submit its assumption application to the EPA in August 2018.

FDEP's rushed approach to such important issues disregards the need for thorough study and analysis to ensure waters in the State of Florida are protected; creates confusion in the public and among the regulated community; precludes meaningful public participation; and is likely to lead to disastrous results. Plainly, determining which waters are or in their natural condition or with reasonable improvement could be, used in interstate commerce---particularly Florida's critical tourism and agriculture industries—is a fact and science-intensive process that requires documentation of each water at issue.  The Corps should resist political pressure to unnecessarily rush and take short cuts on a project of such lasting consequence to so many.

<u>The Corps' Request for Public Comment</u>

It is notable that in this hurried environment, the Corps issued its Public Notice regarding these determinations on March 19, 2018, days before Florida's enabling legislation had even been signed into law.  The Corps' notice seeks input relative to determining which waters in Florida would remain under federal jurisdiction pursuant to Section 10 of the RHA if Florida's request to assume jurisdiction under Section 404 of the CWA is approved by the EPA.  Jacksonville District U.S. Army Corps of Engineers, *Public Notice: Determination of Navigable Waters*, March 19, 2018 (Exhibit 7).  The Corps invited the public to submit comments "regarding use of waters in the [S]tate of Florida for navigation.  This includes identification of those rivers, streams, lakes, etc.[,] associated with past, current, or potential future commerce, commercial traffic, or recreational activities." *Id.* at 2.  The deadline to submit comments was 30 days from the date of the notice, or April 18, 2018.

On April 10, 2018, the Corps circulated a document titled "UPDATED PUBLIC NOTICE" and "Cessation of Public Comment Period."  Jacksonville District U.S. Army Corps of Engineers, *UPDATED PUBLIC NOTICE*, April 10, 2018 (Exhibit 8).  That notice did not withdraw the March 19, 2018 Public Notice but summarily stated without explanation that "the comment period originally set to expire on April 20, 2018, is considered closed until further notice[.]"

It is not clear what the Corps' "cessation" notice means, or what the basis for its issuance may have been, if any.  In any event, the public is entitled to comment on the Corps' March 19, 2018 Public Notice.  These comments are submitted in compliance with the Public Notice deadline.

FLORIDA REGIONAL OFFICE    4500 BISCAYNE BLVD., STE 201    MIAMI, FL    (305) 432-5433    FLOFFICE@EARTHJUSTICE.ORG



ALASKA   CALIFORNIA   FLORIDA   MID-PACIFIC   NORTHEAST   NORTHERN ROCKIES

NORTHWEST   ROCKY MOUNTAIN   WASHINGTON, D.C.   INTERNATIONAL

We note that the original comment period of 30 days was already unreasonably short for the task at hand.  Nevertheless, we and other members of the public began diligently working on submissions.  Those submissions must be taken into account in any decision the Corps is considering and/or makes.

The Corps should extend the formal comment period for an additional 60 days through and including June 20, 2018, as well as schedule workshops around the State of Florida to allow local experts to provide critical information relevant to the Corps' navigability studies.

<u>Determination of Navigable Waters in Florida</u>

As 33 U.S.C. § 1344(g)(1) makes clear, the waters and adjacent wetlands that are not assumable by a state specifically include those that are "presently used, or are susceptible to use in their natural condition or by reasonable improvement as a means to transport interstate or foreign commerce shoreward to their ordinary high water mark, including all waters which are subject to the ebb and flow of the tide shoreward to their mean high water mark, or mean higher high water mark on the west coast." 33 U.S.C. § 1344(g)(1).  Decades of administrative action and case law relating to the CWA and RHA have established that use in "interstate or foreign commerce" can also include use for recreational commerce activities such as fishing, swimming and boating.  *See, e.g., State of Utah By & Through Div. of Parks & Recreation v. Marsh*, 740 F.2d 799, 803-04 (10th Cir. 1984) (interstate commerce included recreational use of lake by interstate travelers for fishing, hunting, boating, camping, wildlife viewing and other activities).

Given Florida's extensive water resources and unique hydrology, it is plain that any navigability study by the Corps will require a thorough analysis of numerous waterways to determine which waters may be assumable.  This undertaking must pay special attention to the rivers, streams and adjacent wetlands located throughout the State.

Although "conclusive determinations of navigability can be made only by federal Courts," 33 C.F.R. § 329.14(a), navigability determinations by federal agencies are "accorded substantial weight by the courts." It is therefore imperative that "when jurisdictional questions arise, district personnel *carefully investigate* those waters which may be subject to Federal regulatory jurisdiction[.]" *Id.* (emphasis added). Navigability determinations may have to be "revised or reversed . . . to reflect changed rules or interpretations of the law." *Id.*

The determination of whether a waterbody is a water that can or cannot be assumed under Section 404(g) is to be made by the division engineer in a report of findings based on criteria set out in the Corps' regulations.  These reports must be reviewed by district counsel before the division engineer issues a final determination.  33 C.F.R. § 329.14(b).  Each report by the division engineer should include a number of facts, including but not limited to the name of the



waterbody, its physical characteristics, approximate discharge volume, fall per mile, extent of tidal influence, range between high and ordinary low water, improvements, nature and location of significant obstructions, authorized projects, list of known survey documents or report describing the waterbody, past or present interstate commerce, potential use for interstate commerce, state or federal court decisions relating to navigability of the waterbody, and the Corps' finding regarding navigability. *Id.* § 329.14(c).

Federal regulations provide that "[s]pecific inquiries regarding the jurisdiction of the Corps of Engineers can be answered only after a determination whether (1) the waters are navigable waters of the United States or (2) If not navigable, whether the proposed type of activity may nevertheless so affect the navigable waters of the United States that the assertion of regulatory jurisdiction is deemed necessary." *Id.* § 329.15(c).

Importantly, each district of the Corps is required to maintain a tabulated list of final determinations of navigability, and to update these lists "as necessitated by court decisions, jurisdictional inquiries, or other changed conditions." *Id.* § 329.16(a). Since the district's list "represent[s] only those waterbodies for which determinations have been made[,] absence from that list should not be taken as an indication that the waterbody is not navigable." *Id.* § 329.16(b). Under federal regulations, "[d]eletions from the list are not authorized" and "changes are not considered final until a determination has been made by the division engineer" following updated findings. *Id.* § 329.16(c).

Waterbodies that may not presently be navigable but with reasonable improvements could be made navigable are subject to federal jurisdiction. *Id.* § 329.8(b). Artificial and privately-owned waterbodies may also be deemed navigable. *Id.* § 329.8(a)(1)-(3). Any waterbody that has in the past been navigable either in its natural or improved state remains navigable as a matter of law regardless of its subsequent use or navigability, unless there has been a Congressional declaration of the waterbody's non-navigability. *Id.* § 329.9. The existence of past or present obstructions does not necessarily defeat the navigability of a waterbody. *Id.* § 329.10.

The Corps' jurisdiction also "extend[s] laterally to the entire water surface and bed of a navigable waterbody, which includes all the land and waters below the ordinary high water mark." *Id.* § 329.11(a). "Marshlands and similar areas are thus considered navigable in law, but only so far as the area is subject to inundation by the ordinary high waters." *Id.* § 329.11; *see also id.* § 329.12(b); *United States v. DeFelice*, 641 F.2d 1169, 1175 (5th Cir. 1981) ("even shallow tidal areas, like sloughs or marshes below the elevation of a mean high water line" are subject to regulation under the Rivers and Harbors Act).



Determining the adjacency of wetlands in particular will require time, investigation and evidence and will be of critical importance to Florida's residents and economies. These determinations must be based on technical information, hydrology and science. By necessity, adjacency determinations must be made case by case, based on site-specific characteristics of the area's hydrology, topography and vegetation, among other factors.

To perform such studies, it will be imperative to solicit information from the public, as there are entities and individuals with relevant expertise located throughout the State.

<u>Conclusion</u>

Given the enormity of this undertaking, its lasting implications for waters in the State of Florida, and the communities, industries and wildlife that rely on them, and the national interests embodied in the Clean Water Act and Rivers and Harbors Act, we urge the Corps to ensure that its process is fully transparent, rooted in evidence-based science, and informed by meaningful opportunities for public input and participation. We further urge the Corps to retain the maximum jurisdiction available under federal law.

Sincerely,

Tania Galloni
Managing Attorney

cc:     Donald W. Kinard, Chief of the Regulatory Division, U.S. Army Corps of Engineers, Jacksonville District, donald.w.kinard@usace.army.mil

Tori White, Deputy Chief of the Regulatory Division, tori.white@usace.army.mil

Trey Green, Atlanta Regional Administrator, U.S. EPA, Glenn.trey@Epa.gov

Thomas McGill, U.S. EPA, Mcgill.Thomas@epa.gov

Pace Wilber, National Marine Fisheries Service, pace.wilber@noaa.gov

Larry Williams, U.S. Fish and Wildlife Service, Vero Beach, Florida, larry_williams@fws.gov

CORPS004084

| From: | Lisa Rinaman |
|---|---|
| To: | Kirk, Jason A COL USARMY CESAJ (US); Navigability Determination |
| Cc: | Florida Waterkeepers and Affiliates; Bart Mihailovich |
| Subject: | [Non-DoD Source] Florida Waterkeeper Submit Navigable Waters Comment Letter |
| Date: | Wednesday, April 18, 2018 2:08:26 PM |
| Attachments: | Florida Waterkeepers Navigability Corps Letter 4-18-18.pdf |

Dear Colonel Kirk:


On behalf of all of the Florida Waterkeepers, we are writing to request that the U.S. Army Corps of Engineers adopt the broadest interpretation of navigable waters under the Clean Water Act (CWA). Florida's waterways are uniquely connected and thus should be comprehensively and collectively protected under the Clean Water Act. We oppose any attempt to undermine these protections through unnecessary reclassification of waterways and we sincerely urge the Corps to maintain permitting authority over these important resources.


Please accept our full comments attached.



Thank you.


For the River!

Lisa Rinaman
St. Johns Riverkeeper
lisa@stjohnsriverkeeper.org <mailto:lisa@stjohnsriverkeeper.org>
(904)509-3260



Colonel Jason A. Kirk, District Commander
Jacksonville District Corps of Engineers
Regulatory Division
Att'n: Determination of Navigable Waters
P.O. Box 4970
Jacksonville, Florida  32232-0019

April 18, 2018
*Via Email* Jason.a.kirk@usace.army.mil, Navigability_Determination@usace.army.mil

Dear Colonel Kirk:

On behalf of our respective organizations, we are writing to request that the U.S. Army Corps of Engineers adopt the broadest interpretation of navigable waters under the Clean Water Act (CWA). Florida's waterways are uniquely connected and thus should be comprehensively and collectively protected under the Clean Water Act. We oppose any attempt to undermine these protections through unnecessary reclassification of waterways and we sincerely urge the Corps to maintain permitting authority over these important resources.

CWA Section 404 requires permits for the discharge of dredge and fill material into Waters of the United States, including wetlands. Florida has particularly fragile and critical areas that are regulated by Section 404 dredge and fill permits, and which require the highest level of review and scrutiny. We believe that the federal government is best able to conduct this review given their historic jurisdiction and agency expertise in this area. The federal authority to govern our waters has its origins in the Commerce Clause of the Constitution due to the central role our waterways and seas play in interstate commerce. Traditionally, wetlands have been subject to federal jurisdiction as well due to their critical role in providing watershed connectivity. As such, we strongly believe that CWA authority should remain with the federal government and any delegation to the state would be inappropriate and incongruous with the spirit of the law. Our organizations vehemently oppose the state of Florida's attempt to assume this jurisdiction.

004075

Due to the value of these resources to our state, we urge the Corps to apply a broad interpretation to navigable waters in order to maintain federal control of these waterways. We request the Corps fully assess Florida's water bodies to ensure the Florida Navigable Waters List is complete and completely accurate. In addition, we urge the Corps to provide adequate public involvement and transparency during the process to update Florida's Navigable Waters.

In addition, we fully support comments submitted by Earthjustice regarding the navigability of waters in the State of Florida within the meaning of Section 10 of the Rivers and Harbors Act of 1899, 33 U.S.C. § 403, for purposes of determining the Corps' jurisdiction should the U.S. Environmental Protection Agency (EPA) grant Florida's anticipated request to administer its own permitting program under Section 404(a) of the Clean Water Act of 1972 (CWA), 33 U.S.C. § 1344, in waters of the United States.

Each signatory is an independent organization and member of Waterkeeper Alliance, a global movement of on-the-water advocates who patrol and protect over 100,000 miles of rivers, streams and coastlines in North and South America, Europe, Australia, Asia and Africa. More than 300 Waterkeeper Organizations worldwide combine firsthand knowledge of their waterways with an unwavering commitment to the rights of their communities and to the rule of law.

Sincerely,
Rachel Silverstein                                   Lisa Rinaman
Miami Waterkeeper                                St. Johns Riverkeeper

Georgia Ackerman                                Andrew Hayslip
Apalachicola Riverkeeper                       Tampa Bay Waterkeeper

Marty Baum                                          Andy Mele & Justin Bloom
Indian Riverkeeper                                Suncoast Waterkeeper

Jen Lomberk                                         John Quarterman
Matanzas Riverkeeper                           Suwannee Riverkeeper

Rick Frey                                              Reinaldo Diaz
St. Marys Riverkeeper                            Lake Worth Waterkeeper

Harrison Langley                                   Laurie Murphy
Collier County Waterkeeper                    Emerald Coastkeeper

John Cassani
Calusa Waterkeeper

004076

| | |
|---|---|
| **From:** | JAMES, William L CIV USARMY CELRD (US) |
| **To:** | White, Tori K CIV USARMY CESAJ (US) |
| **Cc:** | Mover, Jennifer A CIV USARMY CEHO (US) |
| **Subject:** | Florida Assumption (UNCLASSIFIED) |
| **Date:** | Monday, June 18, 2018 10:25:29 AM |
| **Attachments:** | CG, USACE - Suspension of the Florida Navigability Study - 18 May 18.pdf |

CLASSIFICATION: UNCLASSIFIED

Tori,

In response to your question on the Chiefs' call last Thursday, I checked with Jennifer and there has been no change in the directive the district was given.  In accordance with Mr. James' 18 May memo (copy attached), the district is to take no action on the navigability reports until further notice.

Let me know if you have any further questions.

Thanks.

William L. James
U.S. Army Corps of Engineers
Great Lakes and Ohio River Division
National Mining Expert
3701 Bell Road
Nashville, Tennessee  37214-2660
Office Phone:  (615) 369-7508
Fax:  (615) 369-7501
Mobile:  (615) 712-4066
e-mail:  william.l.james@usace.army.mil

CLASSIFICATION: UNCLASSIFIED



**DEPARTMENT OF THE ARMY**
OFFICE OF THE ASSISTANT SECRETARY
CIVIL WORKS
108 ARMY PENTAGON
WASHINGTON DC 20310-0108

MAY 1 8 2018

MEMORANDUM FOR COMMANDING GENERAL U.S. ARMY CORPS OF ENGINEERS

SUBJECT: U.S. Army Corps of Engineers, Jacksonville District Regulatory Program's Navigability Study in response to the State of Florida's proposal to assume the Section 404 Clean Water Act Program pursuant to Section 404(g) of the Clean Water Act

1. References:

   a. 33 Code of Federal Regulations (CFR) Section 329 – Definition of Navigable Waters of the United States (51 Federal Register (FR) 41251, November 13, 1986).

   b. Section 404 of the Clean Water Act (CWA) – Permits for dredged for fill material (33 U.S. Code (USC) Section 1344).

   c. Executive Order (E.O.) 13778 – Restoring the Rule of Law, Federalism, and Economic Growth by Reviewing the "Waters of the United States" Rule, February 28, 2017.

   d. U.S. Army Corps of Engineers, Jacksonville District, Regulatory Division, Public Notice: Determination of Navigable Waters, March 19, 2018.

2. The U.S. Army Corps of Engineers, Jacksonville District (Corps) shall suspend its efforts relating to a navigability study of waters in the State of Florida pursuant section 10 of the Rivers and Harbors Act of 1899 until further notice (see References 1a and 1d).

3. Pursuant to section 404(g) of the CWA, the State of Florida Department of Environmental Protection (FDEP) initiated discussions with the U.S. Environmental Protection Agency (EPA) on potentially assuming authority "to administer its own individual and general permits program for the discharge of dredged or fill material into the navigable waters (other than those waters which are presently used, or are susceptible to use in their natural condition or by reasonable improvement as a means to transport interstate or foreign commerce shoreward to their ordinary high water mark, including all waters which are subject to the ebb and flow of the tide shoreward to their mean high water mark, or mean higher high water mark on the west coast, including wetlands adjacent)." (See Reference 1b). In accordance with 40 CFR 233.11, and in furtherance of FDEP's proposal, the Corps initiated a navigability study to identify those waters of the United States that the Corps would retain authority under section 404(g) of the CWA.

4. In accordance with EO 13778, the EPA and the U.S. Department of the Army (Army) are currently developing a proposed rule to revise the definition of "Waters of the United States" (see Reference 1c). Once finalized, this rule may modify the current definition of waters of the United States. Because of the current uncertainty regarding the outcome of the joint

CORPS004094

agency rulemaking, the Army, EPA and FDEP agree that it is appropriate for the State to await the final rule before finalizing its submittal to EPA for proposed assumption. Accordingly, the Corps shall suspend the current navigability studies until further notice from this office.

5.  For any further questions regarding this action, please contact Mr. Ryan Fisher, Principal Deputy Assistant Secretary of the Army (Civil Works) at (703) 697-4672.

R.D. James
Assistant Secretary of the Army
(Civil Works)

-2-

004084



**DEPARTMENT OF THE ARMY**
OFFICE OF THE ASSISTANT SECRETARY
CIVIL WORKS
108 ARMY PENTAGON
WASHINGTON DC 20310-0108

3 0 JUl 2018

MEMORANDUM FOR COMMANDING GENERAL, U.S. ARMY CORPS OF ENGINEERS

SUBJECT:  Clean Water Act Section 404(g) — Non-Assumable Waters

1.  Congress enacted Section 404(g) of the Clean Water Act (CWA) to allow states and tribes to take an active role in the permitting of dredge and fill operations within their jurisdiction of governance, with one exception: the Corps must retain exclusive permitting authority over certain waters.  The waters over which the Corps must retain permitting authority, referred to as non-assumable or "retained" waters, are "... those waters which are presently used, or are susceptible to use in their natural condition or by reasonable improvement as a means to transport interstate or foreign commerce shoreward to their ordinary high water mark, including all waters which are subject to the ebb and flow of the tide shoreward to their mean high water mark, or mean higher high water mark on the west coast, including wetlands adjacent thereto ..." 33 U.S.C. § 1344(g). The Corps provides to states and tribes that are seeking to administer a dredge and fill program under CWA Section 404 an identification of these waters over which the Corps would retain authority.

2.  In 2015, the Environmental Protection Agency (EPA) established the Assumable Waters Subcommittee within the National Advisory Council for Environmental Policy and Technology (NACEPT) to provide advice and develop recommendations regarding the meaning of Section 404(g) and thus the scope of waters and adjacent wetlands that may be assumed by a state or tribe.  The NACEPT Subcommittee issued a Final Report in May 2017.[1]  Though many states have shown interest in assuming the Section 404 program, only two states have done so.  The Subcommittee report cited a number of possible reasons why so few states have assumed the Section 404 program, one of which may be the difficulty in ascertaining those waters that are retained waters.  The Subcommittee noted that this area of uncertainty has stifled the interests of several states in particular in recent years.  Further, I have personally heard from state officials who – but for this uncertainty – would pursue Section 404(g) assumption on behalf of their state.  While EPA intends to address the Subcommittee report and clarify the waters for which a state or tribe could assume responsibility as well as the procedures related to state assumption under Section 404(g) in a rulemaking process, assumption of the Section 404

---

[1] The Army has not previously taken any formal position on the recommendations contained in this report.

004085

SUBJECT: Clean Water Act Section 404(g) — Non-Assumable Waters

program by states and tribes is not dependent upon and need not await the completion of any such rulemaking..

3.  The Subcommittee's majority – formed of all 21 members aside from a Corps technical representative – recommended a policy under which, when a state or tribe program is approved by EPA under Section 404(g), the waters retained within the Corps' permitting authority would be limited to waters regulated under Section 10 of the Rivers and Harbors Act of 1899 (RHA), less those waters that are jurisdictional under the RHA due solely to historical navigability and with the addition of wetlands adjacent to other retained waters.[2]  For ease of implementation, the Subcommittee's majority recommended using existing RHA Section 10 lists of waters as a starting point, which could be amended by the Corps as appropriate following consideration of the RHA case law and relevant factors set forth in the RHA Section 10 regulations.  The majority also recommended that the agencies clarify that the Corps would retain administrative authority over all wetlands adjacent to retained navigable waters landward to an administrative boundary agreed upon by the state or tribe and the Corps.  The majority's discussion provides considerations that may be useful to the state or tribe and the Corps as they evaluate the appropriate administrative boundary suited to the particular circumstances of the state or tribe, including state or tribal regulatory authority, topography, and hydrology.

4.  I have reviewed the Subcommittee's findings and recommendations and believe that the majority's recommendations reflect an appropriate apportionment of responsibility between the states and tribes and the Federal government for the regulation of waters under a program administered by a state or tribe pursuant to Section 404(g).  In my view, implementing Section 404(g) in this manner adheres to the language of the statute and the intent of Congress when enacting this provision.

5.  Therefore, subject to further proceedings by EPA and the Corps, it is appropriate for the Corps to retain the following categories of waters for permitting under Section 404(g) of the Clean Water Act:

  a.  waters that are jurisdictional under Section 10 of the Rivers and Harbors Act of 1899, *provided that* —

---

[2] The Assumable Waters Subcommittee report noted that the scope of retained waters defined by the parenthetical of Section 404(g)(1) is similar to the scope of Section 10 waters under the RHA, except for the deletion of historical-use-only waters and the addition of adjacent wetlands.

- 2 -

SUBJECT: Clean Water Act Section 404(g) — Non-Assumable Waters

- retained waters include tidal waters shoreward to their mean high water mark, or mean higher high water mark on the west coast, and

- retained waters do not include those waters that qualify as "navigable" solely because they were "used in the past" to transport interstate or foreign commerce; and

b. wetlands adjacent to waters retained under a. above, landward to an administrative boundary agreed upon by the state or tribe and the Corps.

For ease of implementation and to provide transparency to states, tribes and the public, the Corps will use existing RHA Section 10 lists of waters as a starting point, which could be amended by the Corps as appropriate consistent with applicable regulations and case law.

6.  Nothing in this memorandum affects the scope of "waters of the United States" under the CWA, as this memorandum addresses only the division of responsibility between the Corps and a state or tribe that assumes the Section 404(g) program.  Further, this memorandum is not intended to address future decisions to be made by EPA under Sections 404(g) or 404(h).  Any final decisions pertaining to a specific application for state or tribe assumption under 404(g) will be made at a later time and may be made case-by-case to take into account context-specific information.  No rights are created and no obligations are imposed through this guidance memorandum.

R. D. James
Assistant Secretary of the Army
(Civil Works)

- 3 -

004087



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, SOUTH ATLANTIC DIVISION
60 FORSYTH STREET SW, ROOM 10M15
ATLANTA, GA 30303-8801

REPLY TO
ATTENTION OF

CESAD-PDO

MEMORANDUM FOR DIRECTOR OF CIVIL WORKS

SUBJECT:  Remaining Issues for Completion of Memorandum of Agreement for Florida's
Assumption of the Clean Water Act (CWA) Section 404 Program

1.  We are committed to completing a Memorandum of Agreement (MOA) with Florida
Department of Environmental Protection (FDEP) to enable the assumption of the CWA Section
404 program in certain waters.  We will expend all efforts to enable completion of the MOA by
1 September, subject to resolution with FDEP.

2.  We are currently addressing the following issues with FDEP:

- Administrative boundary would be established at 300 feet, and projects bisected
  by the boundary would be regulated by the Corps;
- The 2014 list of Navigable Waters will be the basis of the list of retained waters,
  subject to verification and update by USACE, as appropriate;
- Permit modifications and requests for time extensions for expiring permits in
  assumed waters would be processed by FDEP;
- FDEP will give permit applicants specific USACE contacts and information to
  ensure permit applicants are aware of section 408 approval requirements as they
  relate to permits issued by FDEP that may impact Corps projects;
- Established mitigation banks and in-lieu fee programs with credits may be used
  for impacts occurring in assumed waters (i.e., business as usual); newly created
  banks and in-lieu fee programs will have both USACE and FDEP as co-chairs;
- The definition of Tribal Lands will align with what is provided in response to the
  pending USACE request to Tribes, consistent with 18 U.S.C. § 1151; and
- USACE Civil Works actions in all waters assumed by FDEP will not require state
  permits upon USACE's provision of documentation establishing compliance with
  404(b)(1) Guidelines.

We anticipate resolution of these issues by close of business on 28 August.

3.  My point of contact is John Ferguson, (404) 562-5111.

DIANA M. HOLLAND
Brigadier General, USA
Commanding

004138

CESAJ-RD-(1200A)                                                    13 Nov 2018

**MEMORANDUM FOR RECORD**

SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

Following indicators as Alana & Bob kept track of edits.

[____] various colors shows GIS edits as list was updated.

13 Nov:  Historic & Head Navigation edited for 2 streams after Oct 24, one because stream was on the list and so was added as Historic note says [Nov13: added this edit since on 2014 list], the other because was not on the list and so removed, note says [Nov13: removed this edit since not on 2014 list]

[   ][Future GIS for future additions to List (tributaries not on 2014 List).

**1. Hillsborough:**  No segments to remove because of historic.

a.  Summary.  The SAD Determination approved up to the Tampa Dam at river mile 10.2 based on ebb and flow.  Past historic commerce below this point.

b.  Extract from SAD Determinationr.  "Although there is evidence of past commercial trade on the Hillsborough River, all indications are that this took place below mile 10.2, within the range of tidal influence.  There is also no suggestion of present-day commercial traffic beyond this point.  Moreover, given the existence of the water department dam at mile 10.2 and an apparent lack of need for waterborne commercial traffic beyond this point, there is no likelihood of reasonable improvements necessary for such traffic being made in the foreseeable future."

c.  Report.  Shows navigable in fact upstream of the dam.

d.  Head of navigation.  Head of navigation in the approval is mile 10.2, i.e., the Tampa Dam, which is also the range of tidal influence.

e. Anecdotal.  Further upstream at I-75 is structure S-155, one of the outlet structure for the Little Hillsborough Detention Area, was designed in consideration of enabling recreational boating through the structure (not a lock but at all but during flood when structure closed).

f.  GIS.  RFID 02933.

(1)  Set N (Navigability)

(a) for the Hillsborough River at the Tampa Water Development Dam at mile 10.2 (tidal influence).  Suffix: Downstream of Tampa Water Development Dam.  Mark set at end of NHD Flowline that intersects the top of the dam based on aerial.

1

004227

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

> (b) [■] For the unnamed tributary at Hillsborough River mile 2.8, set N at ___.  Suffix: ___.
>
> (c) [■] For the unnamed tributary at Hillsborough River mile 7.4, set N at ___.  Suffix: ___.

(2)  Set R (Retained) at .  Suffix: . .

(3).  Set X (XReference) at .  Suffix: . .

(4).  NHD Edits.

> (a) [Edited] For the Hillsborough River, for NHDFlowline segments downstream of N, remove RFID 02933 from ACE_RFID and paste into "Historical".  Added suffix to Table 9/List "(Downsream of Tampa Water Development Dam)" For NHDFlowline segments above "N", remove RFID from ACE_RFID and add note "Above approved study".
>
> (b) [■] For the unnamed tributary at Hillsborough River mile 2.8, for NHDFlowline segments downstream of N, assign RFID ___  and add note "Tidal".  Add to Table 9/List.
>
> (c) [■] For the unnamed tributary at Hillsborough River mile 7.4, for NHDFlowline segments downstream of N, ___ assign RFID ___  and add note "Tidal".  Add to Table 9/List.
>
> (b)  For the following tributaries edit as noted.  This is based on GIS examination of upstream segments..

>> (1) [Edited], NHD Waterbody 00043, Lake Thonotosassa.  Remove RFID 00043 from ACE_RFID and add note "Above approved study". Removed from Table 9/List
>>
>> (2)  NHD Flowline 03116, Trout Creek.  Should be removed by multi-checks (selecting one in St Johns study)
>>
>> (3) [Edited] NHD Flowline 02228, New River.  Remove RFID 02228 from ACE_RFID and add note "Above approved study".  Removed from Table9/List (shown with suffix "(Pasco County)")
>>
>> (4) [  ], NHD Flowline 02880, Cypress Creek.  Will be removed by mulit-checks because do not know which one, all are unlikely.

**2. Wakulla River:**  No segments to remove because of historic.

a.  Summary.  HQ approval because of current use by tour boats.

004228

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

b.  HQ approval letter.  Letter states is navigable from its mouth at the St. Marks Rivers up to and including Wakulla Springs.  Discussion therein for the upper portion (the spring) states "Sufficient basis exists in the holding of Silver Springs Paradise Co. v. Ray, 50 F.2nd 356, 359 (5th__, 1931) where carrying passengers for hire in glass-bottom boats was __ld to be an exercise of the public's right of navigation"

c.  Report.  Paragraph 38.  'Historically, Wakulla River has never been used for commercial navigation, in the older definition of the term, …."

d.  Conclusion.  Possibly the Paragraph 38 alludes to the portion above the Spring proper but in any case the entire length up to the spring is navigable for reasons other than historic.

e.  Head of navigation.  The spring, i.e., upstream from the mouth up to and including the spring because the river above the spring is not mentioned in the approval letter.

f.  Anecdotal.  Tour boats for hire are currently available for  river tours at Wakulla Springs State Park (see https://www.floridastateparks.org/park-activities/Wakulla-Springs#Boat-Tours ).

g.  GIS.  RFID 03123.

(1)  Set N (Navigability) "at the uppermost part of Wakulla Spring" quoting SAD 1st endorsement 10May1972) confirmed by CWO-N 25Sep1972 "up to and including Wakulla Springs"  at  Suffix:  Wakulla Springs.  Mark set at endpoint of NHD segment at the upper point of the NHD Area polygon which is the open waterbody where located the docks.  Wakulla Spring is location of glass bottom boat about 9 miles from the mouth.  From Wakulla spring northward is a continuation of the Wakulla River to its source at Sally Ward Spring shown by the brochure for the State Park.

(4).  NHD Edits.

(a) [Edited] For NHDFlowline segments below N, add suffix "(Up to and including Wakulla Springs)"  For NHDFlowline segments above "N", remove RFID from ACE_RFID and add note "Above approved study".

(b)  No tributaries to remove.

**3.  Fisheating Creek:**  No segments to remove because of historic.

a.  Summary.  SAD Determination was navigable upstream to Venus, Florida based on historic and present use in interstate commerce.  The Court found not navigable past Ft Center.

b.  SAD Determination.

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(1) Paragraph 7 says "The physical characteristics of Fisheating Creek, as described above, taken together with its historic and present use in interstate commerce form a basis for finding of navigability.  Such a finding is warranted under the applicable criteria despite the seasonal limitations and physical impediments found to exist.  I am satisfied that the available information, taken as a whole, demonstrates a sufficiently regular and predictable capability to support interstate commerce of the sort appropriate for the region of the period of time considered."

(2) Paragraph 8 says "…this creek was used in interstate commerce up to the town of Venus, Florida, the location of one of the commercial fish houses.  The State Road 731 Bridge offers a reasonable and readily identifiable point of demarcation in the vicinity of Venus."

c.  Court decision.

(1) District Court.  821 F. Supp 1457 (1993). "Conclusions of Law", Paragraph 4 states ""Furthermore, FEC upstream from Fort Center has not been used and has not be [sic] susceptible for use to transport interstate commerce…"

(2) Circuit Court.  11th Circuit.  93-3179.  "After a seventeen day trial, the district court reversed the Corps' determiniation, concluding that Fisheating Creek is navigable only for several miles, from its mouth at Lake Okeechobee to Fort Center, Florida."

d.  Conclusion.  Paragraph 7's "sufficiently regular and predictable capability to support interstate commerce" indicates navigable for reasons not just historic.   The Court states not navigable above Fort Center for reasons including historic, though nothing indicates what the Court thought about downstream.

e.  Anedotal.  Estimated the location of Fort Center based on Fort Center Trail Fisheating Creek Wildlife Management Area trail map online at https://floridahikes.com/fortcenter.

f.  Head of navigation.  Fort Center, i.e., not navigable upstream of Fort Center.

g.  GIS.  RFID 02910.

(1)  Set N (Navigability) at Fort Center.  Suffix: Fort Center.  Mark placed on river at approximate location shown by SHPO file.

(3).  NHD Edits.

(a) [Edited] For NHDFlowline segments upstream of N, remove RFID from ACE_RFID and add note "Above approved study".  For segments downstream of N, add suffix "(Downstream of Fort Center)"

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

       (b) No upstream tributaries to remove.

**4.  Ochlockonee:**  Remove segments between head of tide (mile 43) and the railroad bridge (mile 87.12) due to historic navigation. Add suffix "(Portion downstream starting 500 feet south of the ramp at Jack Langston Drive, Sopchoppy, FL., and the portion upstream starting at the railroad bridge parallel to U.S. 90)"

  a.  Summary.

  b.  HQ Determination 24 Dec 1974.  Near end of last paragraph states "Accordingly, on the basis of the first 43 miles of the River being under the influence of tidal action, the historical documentation of previous commercial use of the river up to mile 87.12, and the recognized susceptibility of the river up to the Georgia-Florida border for use in interstate commerce in the early 1800's, I hereby declare the Ochlockonee River between its mouth and mile 116.16 to be a navigable water of the United States…"  Earlier in the paragraph states mile 116.16 to be at the Georgia-Florida border.  The letter also states in paragraph 2 that "The Jackson Bluff Dam and power plan at mile 64.9 effectively bar [sic] through navigation."

  c.  Report.

    (1)  Following references related to the "susceptibility" in the HQ Determination.  Paragraph 5.a., Nature, condition and locations of any improvement made under projects authorized by Congress, described Congress authorized improvement of the entire river but only 70 miled cleared with no work since.  Paragraph 7, Potential use for interstate commerce, states "Ochlockonee River is physically adaptable to improvement for commercial navigation below the existing Jackson Bluff Dam.  However, there is no present or forseeable need for such improvement.  Abandonment of the present project was reacommended in House Document No. 467, 69th Congress, 1st session (1926)."  Paragraph 8 states "According to the Coast Guard regulations, the Ochlockonee River is navigable up to and including Lake Talquin.  33 CFR 32.30-15.  The upper end of Lake Talquin is at River Mile 86.0.

    (2) Legal Analysis associated with the report.  Section B concludes portion of the river below Mile 43 since are tidewaters.  Section C.1. concludes navigable "Based on past use in interstate commerce … at least to River Mile 87.12."  Section C.2., titled "Past Susceptibility to Use in Interstate Commerce", concludes ".. is a navigable water of the United States to River Mile 116.16 - at the boundary between Georgia and Florida".

  d.  Conclusion.  The HQ determination divides the river into 3 pieces, tidal (first 43 miles), then historic (to 87.12, noting the Dam at 64.9 bars navigation), then susceptible (to the border, 116.16).  That the upper reach is susceptible would imply

004231

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

the middle reach is also but the strict reading of the SAD determination and the legal analysis indicates only the middle portion is historic.

e.  Head of navigation.  Florida-Georgia state line.

f.  GIS.  RFID. 03020

(1)  Set N (Navigability) at Georgia-Florida border (Mile 116.6).  Suffix: Downstream of Georgia-Florida border.  .

(2)  Set R (Retained) at "first 43 miles of the river being under the influence of tidal action".  Suffix: "(Portion downstream starting 500 feet south of the ramp at Jack Langston Drive, Sopchoppy, FL., and the portion upstream starting at the railroad bridge parallel to U.S. 90)".  Mileage table in the report says 43.0 is "Upper Langston Landing" which the topo shows is a tiny community off of Jack Langston Road north of Sopchoppy, FL.  Using NHD dataset, sum of length of segments for 43 miles is just south of the commercial boat ram on Jack Langston Rd.  Therefore, mark set based on sum of lengths of NHD lines.  GIS sum of NHD segments: OchlockoneeCal43, 43.382205; ~DAM, 66.606 (vs. 64.9 in report); ~Lines selected to GA-FL border, 119.67791 vs116.16 in report.

(3).  Set H (Historic) at the railroad bridge (Mile 87.12).  Suffix: Downstream of Railroad Bridge parallel to U.S. 90.  HQ determination letter paragraph 4 states "..previous commercial use of river up to mile 87.12..", i.e. "..steam vessels carried freight and passengers up…to river mile 64.9 and in later years to a point 87.12 miles upstream.."  Report top of page 4 states "(Present mileage at the railroad bridge is 87.12)" and on page 3 states the bridge is now the Seaboard Coast Line.  Page 4 states "Some of this commerce originated in the vicinity of Little River, or about 10 miles downstream from the present Seaboard Coast Line Railroad bridge near the head of Lake Talquin."  The large map, Attachment A shows a railroad above the lake between Tallahasee and Quincy.  Point set at railroad bridge shown by old topo as Seaboard Coast Line.

(3).  Notes.  Set X (XReference) at the Jackson Bluff Dam.

(4).  NHD Edits.

(a) [Edited] NHDFlowline segments between R and H, remove RFID 03020 from ACE_RFID and paste into "Historical".

(b)  For the following tributaries, remove following RFIDs from the ACE_RFID and past into "Historical".  This is based on GIS examination of upstream segments. .

(1) [Edited] Telogia Creek, 03107.

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(2) [Edited] Lake Talquin, 00041.

(3) [Edited] Little River, 02067.

(c)  The following tributaries are upstream according to GIS but have been or expected to be removed from multi-checks.

(1) Blue Creek, 02820.

(2) Sweetwater Creek, 03104.

(3) Camp Branch, 02845.

(4) Bull Creek, 02837.

5.  **Manatee:**  No segments of the river or tributaries removed due to historic navigation.

a.  Summary.  Historic did not extend beyond tidal.

b.  SAD Determination.

(1) Paragraph 3 states "There is substantial additional evidence of commercial waterborne transportation in this area, but this evidence … indicates that commercial use of these rivers [Manatee and Braden] do not extend beyond the range of tidal influence. "

(2) Paragraph 4 states "…the maximum extent of navigability of the Manatee River, Braden River and their tributaries is reIn the 1987 Navigability determination the SAD Division Commander concluded that the maximum extent of navigability of the Manatee River, the Braden River, and their tributaries is represented by the extent to which those waters are tidally influenced."

c.  Head of navigation.  The river miles shown in the SAD Determination.

f.  GIS.  RFID.

(1)  Set N (Navigability) at .  Suffix: .  .

(a) For Manatee River, NHDFlowline 02994, Set N at mile 23.5 based on tidal influence.  Suffix: Lake Manatee Dam.  Mark set at endpoint of NHD segment at Lake Manatee Dam.  Study schematic indicates this is point of tidal influence at Mile 23.5.

(a) [For Braden River, NHDFlowline 02828, Set N from its confluence with the Manatee River to mile 5.8 based on tidal influence.  Mark set at endpoint of NHD segment at the dam forming Bill Evers Reservoir (Ward Lake).  Study schematic indicates this is point of tidal influence at Mile 5.8

004233

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(from confluence with Mantee River).   Suffix: Ward Lake Dam (Bill Evers Reservoir).

(a) [  ] For  Snead Island Cutoff Channel, NHDFlowline [_not on List_], Set N for entire length from the Manatee River (mile 2.1) to Terra Ceia Bay Suffix:

(a) [  ] For Warner West Bayou (mile 2.2.) NHDFlowline [_not on List_], Set N for entire length, Suffix:

(a) [  ] For  Warner East Bayou (mile 2.3) NHDFlowline [_not on List_], Set N for entire length  Suffix:

(a) [  ] For McLewis Bayou (mile 3.5) NHDFlowline [_not on List_], Set N for entire length  Suffix:

(a) For Wares Creek NHDFlowline 03125, Set N from confluence with the Manatee River (at mile 4.5) to mile 1.0   Manatee.  SAD 27Mar1987.  Mark set at endpoint of NHD segment at the bridge for 12th Ave W.  Study schematic indicates this is point of tidal influence.  Suffix: Bridge for 12th Ave W Bradenton FL

(a) [  ] For Cypress Strand NHDFlowline [_not on List_], Set N from confluence with the Mantee River (at mile 10.9) to mile 1.2  Suffix:

(a) [  ] For Unnamed Creek NHDFlowline [_not on List_], Set N from confluence with the Manatee River (at mile 10.8) to mile 1.0  Suffix:

(a) [  ] For Gates Creek NHDFlowline [_not on List_], Set N from confluence with the Manatee River (at mile 15.4) to mile 0.3  Suffix:

(a) [  ] For Gamble Creek NHDFlowline [_not on List_], Set N from confluence with the Managee River (at mile 15.9) to mile 4.0 Suffix:

(a) [  ] For Mill Creek NHDFlowline [_not on List_], Set N from confluence with the Manatee River (at mile 15.8) to mile 1.2  Suffix:

(a) [  ] For Rye Branch NHDFlowline [_not on List_], Set Nfrom confluence with the Manatee River (at mile 21.5) to mile 0.15  Suffix:

(a) [  ] For  Surgarhouse Creek NHDFlowline [_not on List_], Set N from confluence with the Braden River (at mile 1.4) to mile 0.5  Suffix:

(a) [  ] For unnamed tributary of Sugarhouse Creek (Mile 0.4) NHDFlowline [_not on List_], Set N to mile 0.2 Suffix:

CORPS004245

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(a) [■] For  Jeffs Cowpen (Braden River mile 1.9), NHDFlowline [_not on List_], Set N f to mile 0.3   Suffix:

(a) [■] For Gap Creek (Braden River mile 4.0) NHDFlowline [_not on List_], Set N to mile 2.3  Suffix:

(a) [■] For Williams Creek (Braden River mile 4.9)  NHDFlowline [_not on List_], Set N to mile 0.4  Suffix:

(4).  NHD Edits.

(a) [Edited] For Manatee River, NHDFlowline 02994 For NHDFlowline segments below "N", add suffix (Downstream of Lake Manatee Dam).  For NHDFlowline segments above "N", remove RFID from ACE_RFID and add note "Above approved study".

(a) [Edited] For Braden River, NHDFlowline 02828, For NHDFlowline segments below "N", add suffix (Downstream of Lake Ward Dam (Bill Evers Reservoir)).  For NHDFlowline segments above "N", remove RFID from ACE_RFID and add note "Above approved study".

(a) [■] For  Snead Island Cutoff Channel, NHDFlowline [_not on List_], Set N for entire length from the Manatee River (mile 2.1) to Terra Ceia Bay Suffix:

(a) [■] For Warner West Bayou (mile 2.2.) NHDFlowline [_not on List_], Set N for entire length, Suffix:

(a) [■] For  Warner East Bayou (mile 2.3) NHDFlowline [_not on List_], Set N for entire length  Suffix:

(a) [■] For McLewis Bayou (mile 3.5) NHDFlowline [_not on List_], Set N for entire length  Suffix:

(a) [Edited] For Wares Creek NHDFlowline 03125, For NHDFlowline segments below "N", add suffix (Downstream of Bridge for 12th Ave W Bradenton FL).  For NHDFlowline segments above "N", remove RFID from ACE_RFID and add note "Above approved study".

(a) [■] For Cypress Strand NHDFlowline [_not on List_], Set N from confluence with the Mantee River (at mile 10.9) to mile 1.2  Suffix:

(a) [■] For Unnamed Creek NHDFlowline [_not on List_], Set N from confluence with the Manatee River (at mile 10.8) to mile 1.0  Suffix:

(a) [■] For Gates Creek NHDFlowline [_not on List_], Set N from confluence with the Manatee River (at mile 15.4) to mile 0.3  Suffix:

CESAJ-RD-(1200A)
SUBJECT: Examination of Navigation Studies to remove of Historic Navigation Segments.

(a) [ ] For Gamble Creek NHDFlowline [_not on List_], Set N from confluence with the Managee River (at mile 15.9) to mile 4.0 Suffix:

(a) [ ] For Mill Creek NHDFlowline [_not on List_], Set N from confluence with the Manatee River (at mile 15.8) to mile 1.2  Suffix:

(a) [ ] For Rye Branch NHDFlowline [_not on List_], Set Nfrom confluence with the Manatee River (at mile 21.5) to mile 0.15  Suffix:

(a) [ ] For  Surgarhouse Creek NHDFlowline [_not on List_], Set N from confluence with the Braden River (at mile 1.4) to mile 0.5  Suffix:

(a) [ ] For unnamed tributary of Sugarhouse Creek (Mile 0.4) NHDFlowline [_not on List_], Set N to mile 0.2 Suffix:

(a) [ ] For  Jeffs Cowpen (Braden River mile 1.9), NHDFlowline [_not on List_], Set N f to mile 0.3   Suffix:

(a) [ ] For Gap Creek (Braden River mile 4.0) NHDFlowline [_not on List_], Set N to mile 2.3 Suffix:

(a) [ ] For Williams Creek (Braden River mile 4.9)  NHDFlowline [_not on List_], Set N to mile 0.4 Suffix:

(b)  For the following tributaries, remove following RFIDs from the ACE_RFID and add note "Above approved study".  This is based on GIS examination of upstream segments. .

(1) [Edited], .Lake Manatee, NHDWaterbody RFID 00082.

(1) [Edited], .Ward Lake (Manatee County), NHDWaterbody RFID 00057.

**6.  Peace:**  Due to historic navigation: remove segments on Peace River above river mile 19.0.  Add suffix "(Upstream to 0.64 river miles north of old railroad bridge at SW River Street, Ft Ogden, FL)".  Also remove from the list tributary Payne Creek.

a.  Summary.

b.  SAD letter.

(1) Paragraph 6.a. states "The Peace River is navigable for purposes of the exercise of regulatory jurisdiction of the Army Corps of Engineers from its mouth in Charlotte Harbor to its origins at the confluence of Peace Creek and Saddle Creek (Mile 104.6), based on tidal influence (to Mile 19.0) and on historic use to transport interstate commerce."  In other words, tidal to 19.0 then historic to 104.6.

CESAJ-RD-(1200A)
SUBJECT: Examination of Navigation Studies to remove of Historic Navigation Segments.

(2) Paragraph 6.b. states "Payne Creek is navigable for the same purposes to Mile 0.8, based on its historic use in transporting interstate commerce." In other words, entirety is historic.

(3) Paragraph 6.c. states "Saddle Creek is navigable for the same purposes between Lake Hancock and the Peace River, based on its historic use in transporting interstate commerce." In other words, entirety is historic.

(4) Paragraph 6.d. states "The following tributaries are navigable for the same purposes to the extend indicated based on tidal influence: [list]"

c. Head of navigation. As stated SAD letter.

f. GIS. RFID: Peace, 03034; Payne Creek, 03033; and Saddle Creek, 02440 but Saddle Creek not on 2014 list.

(1) Set N (Navigability)

(a) For Peace, 03034, Set Xref at "..its [Peace River] origins at the confluence of Peace Creek and Saddle Creek (Mile 104.6). Suffix: "Peace River at confluence of Peace Creek and Saddle Creek". Quote from SAD Determination stating this river navigable up to this point. Mark set at uppermost vertex of NHD Flowline segment named Peace River. Is lowest of Flowlines named Saddle Creek. Confirmed by Topo.

(b) For Payne, 03033, Set N from Peace River to mile 0.8 based on historic use transporting commerce. Mark set at sum of NHD segments 0.8 miles. Study report says Kennedy & Darling built post at mile 0.8. Location consistent State Park brochure map "Trading Post Site". Webpage calls Kennedy-Darling Trading Store Site. SHPO site file has the location further to the south and slightly west.

(c) [ ] For Saddle Creek, Set N at point enters Lake Hancock. Suffix "Downstream of Lake Hancock. SAD Determination states "Saddle Creek is navigable … between Lake Hancock and the Peace River, based on historic use in transporting interstate commerce." The SAD Determination does not mention Lake Hancock. The study schematic shows the Lake is recommended. Mark set at vertex of NHD Flowline segment were intersects with Lake Hancock NHD Waterbody. Confirmed Topo. [Nov13: removed this edit since not on 2014 list]

(d) For the following tributaries, set N's based on tidal influence to the mile mark as stated in the SAD Determination:

(1) [ ] Boggs Creek. Add to Table9/List

004237

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(2) ⬛ Boggess Lake. Add to Table9/List

(3) ⬛ Broad Creek. Add to Table9/List

(4) ⬛ Deep Creek. Amend 19Oct:  Add to Table9/List   Prior text:
*No edits to make.  Navigable for entire length 3.6 miles.  Sum of NHD segments is 3.7 but OK given winding nature.  Creek starts at Peace at one point and ends on Peace at another point.*

[Done 19Oct] Originally selected this Deep Creek out of multiples (RFID 02885) but on re-look have chosen a different Deep Creek as more likely, one of the reasons is none of the other tributaries on Peace River are on the 2014 list.  .

(5) ⬛ Hunter Creek. Add to Table9/List

(6) ⬛ Lee Branch. Add to Table9/List

(7) ⬛ Lettuce Lake cutoff. Add to Table9/List

(8) ⬛ Myrtle Slough. Add to Table9/List

(9) Shell Creek. 03078.  Navigable from Peace River to the dam at mile 5.0.  Dam for Shell Creek Reservoir.  Punta Gorda water supply.  Mark set where NHD Segment intersects the dam.  Suffix: Dam for Shell Creek Reservoir.

(10) ⬛ The unnamed creek at Peace River Mile 15.2. Add to Table9/List

(11) ⬛ Whidden Bay. Add to Table9/List

 (2)  Set R (Retained) at mile 19.0.  Suffix: "Up to 0.64 river miles N of RR bridge at SW River St Ft Ogden".  Page 4 of the report states "The USGS (Ref. 22) places the tidal limit in the vicinity of Fort Ogden (mile 19.0).  The Southwest Florid Water Management District (Ref. 21) locates the tidal limit at approximately mile 13 on the Peace, based primarily on salinity measurements."  Both references are personal communication.  The report continues "During field observations at 1300 hours, 25 June 1984, … at the Seaboard Coast Line Railroad bridge at mile 18.4, a definite shore-term, one-inch drop in the water line was observed during a 30-minute period.  Local residents claimed that the ordinatry tidal excursion was approximately six verticle inches at that point.  … Given the slope of the river in this reach (0.85 ft/mile), the stream bed will rise an additional 0.5 feet in 0.6 mile.  Therefore, the 0.5-foot tide estimated at mile 18.4 could be overcome by the rise of the channel invert at about mile 19. … it

CORPS004249

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

appears the USGS estimate at mile 19.0 is supported … the tidal limit in tributary streams was also estimated based on bottom gradients obtained from USGS mapping …"  Mark set at mile 19.0 based on measuring distance using NHD Flowline segments from the SR 761 bridge (Mile 17.47) to Mile 19.0 (0.64 miles), file Peace-FL761to19.shp.  Report shows distance between SR 761 bridge (Mile 17.47) and the railroad bridge (Mile 18.36) to be 0.89 miles, the NHD segments sum to 0.889371, file PeaceFL761toRR.shp..

(3).  Notes.  The SAD Determination does not mention Lake Hancock.  The study schematic shows the Lake is recommended.

(4).  NHD Edits.

(a) [Edited] For Peace, for NHDFlowline segments between X and R, remove RFID 03034 from ACE_RFID and paste into "Historical".  There are no segments above X.

(b) [Edited] For Payne Creek, for segments downstream of N, remove RFID 03033 from ACE_RFID2014 and paste into "Historical".  For segments above N, remove and add not "above approved study"

(c) [   ]For Saddle Creek, 02440, for the segments between N and Xref, add RFID 02440 into "Historical". For segments above N, remove and add not "above approved study" [Nov13: removed this edit since not on 2014 list]

(d) For each of the following tributaries, add their RFID to ACE_RFID2014 to the segments downstream of the N's.  Add note "Tidal".

(1) [ ] Boggs Creek. Add to Table9/List

(2) [ ] Boggess Lake. Add to Table9/List

(3) [ ] Broad Creek. Add to Table9/List

(4) Deep Creek. 02885.  No edits to make.  Navigable for entire length 3.6 miles.  Sum of NHD segments is 3.7 but OK given winding nature.  Creek starts at Peace at one point and ends on Peace at another point.

(5) [ ] Hunter Creek. Add to Table9/List

(6)[ ] Lee Branch. Add to Table9/List

(7) [ ] Lettuce Lake cutoff. Add to Table9/List

(8) [ ] Myrtle Slough. Add to Table9/List

CORPS004250

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(9) [Edited] Shell Creek. 03078.  For segments above "N", delete RFID 03078 from ACE_RFID and note "above approved study".

(10) ☐ The unnamed creek at Peace River Mile 15.2. Add to Table9/List

(11) ☐ Whidden Bay. Add to Table9/List

(e) The following are above Retained mark, found by GIS, but have or will be removed by multi-checks.

(1) McCullogh Creek.

(2) Buckhorn Creek.

**7. Withlacoochee:**  Remove segments above tidal on basis of historic.

a.  Summary.  The SAD determination concludes navigable "to its historic point of commercial navigation at Mile 80.5".  It does not state whether historic is or is not the only basis for approving navigation up to 80.5.  However, paragraph 3 states "today's river traffic is exclusively recreational" except at the Dam and paragraph 4 discussion concludes with the text "supporting commercial traffic".  SAJ-OC's DF used 3 tests but did describe which waters each test applied to.  The SAJ Report states there is potential because of the federal project although in practice limited by rail and highway.  The SAJ Report divides the recommendations into 4 groups but did not split out Historic by itself.

b.  SAD Determination.

(1) Paragraph 1 states "It is tidally influenced as far as Inglis Dam, 11.1 miles from the Gulf."  Also, "There is an existing federal navigation project from the Gulf of Mexico to Mile 6.2, and there is additional authorization for clearing and snagging as far as Mile 80.5."

(2)  Paragraph 3 says the river "appears to be navigable in fact at least to Mile 104.7.  With the exception of the portion upstream of Inglis Dam [possible typo: meant downstream?], today's river traffic is exclusively recreational.  Historically, the Withlacoochee was an active avenue of commerce … The upper reach of this commercial trade appears to have been what was once called Pembertons Ferry, located at Mile 80.5.  There is no evidence of commercial travel going beyond this point; moreover, the Report gives no basis for concluding that commercial trade will develop in the future."

(3)  Paragraph 4 starts "Two of the many tributaries of the Withlacoochee have also had a history of supporting commercial traffic. [Blue Run and Outlet River] Of the remaining tributaries to the Withlacoochee, several others are capable of

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

supporting recreational craft.  None, however, appear to have either a history or a potential for serving as an avenue of commerce."

(3)  Paragraph 5 states "… I conclude as follows:

a.  The Withlacoochee River is navigable for purposes of the exercise of regulatory jurisdiction … from its mouth at the Gulf of Mexico to its historic point of commercial navigation at 80.5.;

b.  Blue Run is navigable for the same purposes from its confluence with the Withlacoochee at Mile 26.2 to its end at Rainbow Springs, a distance of 5.9 miles;

c.  Outlet River is navigable for the same purposes from its confluence with the Withlacoochee River at Mile 58.3 to its end at Lake Panasoffkee, a distance of 2.3 miles;

d.  The remainder of the Withlacoochee and its tributaries are non-navigable… "

c.  Report.

(1) SAJ-OC's DF forwarding the report at paragraph 8 concluded "Applying the various tests above [Paragraph 7] to the river system and its tributaries it is apparent that based upon past use and potential for future use with reasonable development, the Withlacoochee River can be considered a navigable water of the United States up to Dobes Hole (river mile 104.7)."  Paragraph 7 discusses navigable in fact, navigable in law (ebb and flow of the tide), and navigable with reasonable improvements.  Paragraph 4 states "At the present time the upper reaches of the Withlacoochee River are extensively used as camp sites, marinas, major boat rental enterprises and similar recreationa oriented activities."  In paragraph 5 is found "The Withlaccohee River can be traversed with a minimum of obstructions to an area known as Dobe's Hole at River mile 104.7."

(2) Paragraph 5 of the Report, Improvements Made Under Congressional Authorization, states the intial improvement was authorized in 1881 to provide a 2-foot channel to mile 74.5 and in 1885 extended to Pembertons Ferry (present day Croom - mile 80.5).

(3)  Paragraph 7 of the Report, Potential Use for Interstate Commerce, states "The federal navigation project provides an improved, deepened channel from the Gulf of Mexico to Inglis (mile 6.2).  In addition, clearing and snagging and other minimal maintenance is authorized as far as Croom (mile 80.5)..  Also, in 1919, the Corps "decided a small, four-foot channel could not be justified based on projected use".  Also "Established rail and highway networks now appear to

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

limit potential use of the Withlacoochee to recreational purposes beyond the dredged federal project at Inglis (mile 6.2), or possibly, the Inglis Dam (mile 11.1). "  The paragraph continues with results of boat survey.

(4) Paragraph11 of the Report, Findings of Navigability, is subdivided into 4 parts.  Subparagraph a., "Navigable-by-Law or by Past or Present Use" lists Withlacoochee to Mile 104.7 (further upstream than the SAD Determination, the latter stopped at the end of the federal navigation project), Tsala Apopka chain of lakes (not in the SAD Determination), Blue Run to mile 5.9 (same as SAD) and Outlet River to mile 2.3 (same as SAD).  The other categories not in the SAD Determination:  b.  Presently Navigable-in-Fact, c. Navigable with Reasonable Improvements, and of course d.  Not Navigable.

(5) Plat I in the file, a Topo at 1:250,000 scale, shows "T" (Navigable based on Tidal Influence) at the Dam and "H" (Navigable based on Historical Use) near Mile 105 (consistent with the Report).

d.  Conclusion.  The SAD determination does NOT state that historic was the only basis for approving navigation up to 80.5.  However, its discussion used the terms "commercial traffic" and "avenue of commerce".  It also did not approve many of the recommended waterways (including the segment between 80.5 and 104.7).  Therefore, it appears the intent of the SAD determination was approving above tidal only those portions of the Withlacoochee River system with clearly demonstrated historic movement of goods.  Therefore, will remove these segments above tidal on basis of historic.

e.  Head of navigation.  As stated in SAD Determination.

f.  GIS.

(1)   For Withlacoochee River, RFID 02770, set N (Navigability) at "its historic point of commercial navigation at Mile 80.5."  The SAD determination states this was once called "Pembertons Ferry".  Not able to find any other info.  Placed Mark at location that topography on old Topo would suggest is the landing and is 1 mile downstream of I-75 which the report shows is mile 81.5.  At this location is Sumter County Iron Bridge Park.   Suffix: Iron Bridge Park at Croom.  .

(2)  [Edited]] For Blue Run, RFID ___, "from its confluence with the Withlacoochee at Mile 26.2…", set N (Navigability) at "…Rainbow Springs, a distance of 5.9 miles."   Suffix: .  Add to Table9/List.. [Nov13: added this edit since on 2014 list]

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(3)  [ ] For Outlet River, RFID ____, "from its confluence with the Withlacoochee River at Mile 58.3…", set N (Navigability) at "its end at Lake Panasoffkee, a distance of 2.3 miles."  Suffix: .  Add to Table9/List..

 (4).  Set X (XReference) where "It is tidally influenced as far as Inglis Dam, 11.1 miles from the Gulf."  Suffix: .  Mark set on the top of the dam based on aerial and topo at end point of NHD Flowline segment.  This is on the old alignment of the Withlacoochee River.

(5).  Set X (XReference) at the downstream gate of Inglis Lock.  This is on the Cross Florida Barge Canal.  This would be the extent of tidally influence equivalent to Inglis Dam.  Suffix:  Inglis Lock.  .

(6). Set X (XReference) at the Inglis Bypass Spillway.  This is on the bypass channel that is now named by the new topo and NHD as the Withlacoochee River.  Suffix: Inglis Bypass Spillway.  .

(7).  NHD Edits.

(a) [Edited] For Withlacoochee River, for the 5 NHDFlowline segments found in the file "Withlacoochee_OldChannel.shp", add RFID 02770 to ACE_RFID, and add ALT_Text, "Withlacoochee (Old Channel)".  Add suffix "(Downstream of the Inglis Dam and the Inglis Bypass Spillway in Citrus County).  This is channel as shown in the study 1:250 topo and also the older USGS topo.

(b) [Edited] For Withlacoochee River, for segments above "N", remove RFID 02770 from ACE_RFID and add note "Above approved study".

(c) [Edited] For Withlacoochee River, for segments between "X" and N, remove RFID 02770 from ACE_RFID and paste into "Historical".  For segments downstream of "X", change suffix from (Central Florida) to (Downstream of Inglis Dam and Inglis Bypass Spillway in Citrus County).  Table 9/List already edited.

(c) [Edited] For Blue Run, report states this is a.k.a. Rainbow River, therefore,  add RFID 03050 to Historical and add note above retained" Add to Table9/List. [Nov13: added this edit since on 2014 list]

(d) [ ] For Outlet River, for segments above "N", add RFID ____ to ACE_RFID and add note "Stated in study approval".  Add to Table9/List.

(e)  For the following tributaries, remove following RFIDs from the ACE_RFID and mark "Not in approval."  This is based on GIS examination of upstream segments and the report showing not named in approval or above head of navigation.

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(1) [Edited],  Tsala Apopka Lake, RFID 00056.  Table9 already edited.

(2) [Edited],  Silver Lake (Sumter and Hernando Counties), RFID 00102.  Table9 already edited.

(3) [Edited],  Little Withlacooche River, RFID 02983.  Table9 already edited.

(3) Bear Creek, 02806, not segment selected by multi-check.

(4) Cross Creek, 02875, not segment selected by multi-check.

8. **Suwannee:**  Segments above tidal (Mile 40) removed due to historic navigation.

a.  Summary.  The SAD determination concludes navigable up into Georgia based on "past and current support of commercial and recreational navigation"  However, the District Counsel Opinion indicates that upstream of the head of tide, portions of Suwannee and 2 tributaries is based on historic and that use by recreational craft etc is basis for commerce for the "remaining portions of the Suwanee Basin".  The SAD Determination at paragraph 3 states "While…railroads…ended the heavy commercial use…the river is still heavily used for recreational boating…"

b.  SAD Determination.

(1) Paragraph 4 (conclusion) states "The physical characteristics of the Suwannee River and its past and current support of commercial and recreational navigation are such that is may properly be considered a navigable water of the United States.  Accordingly, I conclude that the Suwannee River is navigable…from the river mouth at the Gulf of Mexico (Mile 0.0) to the Suwannee River Sill (Mile 228.0)."

(2) Paragraph 3 states "The Suwannee River has a long history of commercial navigation." and "While the expansion of railroads in Florida ended the heavy commercial use of the Suwannee in the early part of the century, the river is still heavily used for recreational boating over its entire length."

b.  Opinion of District Counsel.

(1) Paragraph 4.b., Navigability of the Suwannee River below Mile 40, states "that portion of the Suwannee River below Mile 40 is navigable…since they are tidal."

(2) Paragraph 4.c., Navigability of the Suwanee - White Springs and below, of the Alapaha below Jennings, Fla. And of the Withlacoochee below Bellville, states "…navigable … by reason of historic navigability".

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(3) Paragraph 4.d., Navigability of the Suwannee - Above White Springs, , "…navigable … based upon the historic use of the river as a means to ship logs interstate."

(4) Paragraph 4.e., Navigability of remaining portions of the Suwannee River Basin.  The opinion discusses commerce includes use by recreational et al craft.  The paragraph concludes "The Report's Finding of Navigability based upon Navigability-in-Fact…are supported by the evidence and applicable case law"

c.  1975 documents.

(1) In the file is several carbons of transmittal letters forwarding a 1975 report and a carbon of a Determination.  All are unsigned.  The Determination shows "Navigable in Law" within tidal (mile 40) and historic evidence of commercial activity above that to certain points on the Suwannee, Withlacoochee and Alapaha.

(2) The 1975 Report has a map that color codes the above streams up to the certain points as "based on past commercial use" and the remainder of the streams but other tributaries such as the Santa Fe as "Navigability in Fact".

d.  Conclusion.  The SAD determination states "past and current support of commercial and recreational navigation" but does not state whether historic is or is not the only basis for approving navigation for any particular portion.  The District Counsel Opinion does identify a particular portion as based on historic.  The SAD determination notes current absence of commerce and present recreational use.  The SAD determination only discusses the Suwannee River and is silent on the other recommended tributaries:  especially the Alapaha and Withlacoochee (identified as historic in District Counsel Opinion); and none of the other tributaries such as the Santa Fe (these all identified as Navigable in Fact by the District Counsel Opinion on basis of recreational as commerce).  However, the basis that above mile 40 is historic and/or navigable-in-fact is consistent with the 1975 documents.  Therefore, will remove everything above mile 40 on basis of historic.  Addendum:  Will mark the Suwannee River segments above mile 40 as historic;  will remove/not mark any of the tributaries as historic since the SAD determination is silent on the tributaries (both those SAJ recommended as historic and those recommended on basis of recreation) and therefore implies rejected the recommendation.

e.  Head of Navigation.  The Florida-Georgia state line (navigation extends into Georgia).

f.  GIS.  RFID.

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(1)  Set N (Navigability) at Suwannee River Sill (Mile 228.0).  Suffix: Suwannee River Sill.  Set mark on vertex at the spillway through the sill based on aerial photo.  Consistent with 1:250,000 topo in study file and topos.

(2)  Set X (XReference) at Florida-Georgia Border.  Suffix: Florida-Georgia Border.  For purposes of the map for use in Florida.

 (3).  Set R (Retained) at Mile 40, tidal.  Suffix: Purvis Landing Park / Boat Ramp.  (Paragraph 3.e., of the Report, Physical Characteristics- Extent of Tidal Influence, states "…the tidal influence extends through the lower 40 miles." referencing the "Suwannee River, Ga. And Fla., Review Report, U.S. Army Engineer District, Savannah, January 1965. Table 1 of the report, shows the tributary Otter Springs to be at mile 39.1 and Hart Springs at mile 41.9. Table 3 of the report shows the Seaboard Coast Line RR Bridge at mile 36.3.  Set Mark at end point of NHD Flowline segments that sum to 39.97 miles.  Location consistent with above and to the 1:250,000 topo in the file that shows river miles.  This point is 300+ feet north of the public Purvis Landing Park / Boat Ramp, 294 NE 832 St, Old Town 32680, in Dixie County but suffix at ramp for simplicity.

 (4).  NHD Edits.

(a) [Edited] For Suwanee River, RFID 03103, for NHDFlowline segments below R, add suffix (Downstream of Purvis Landing Park and Boat Ramp).  For segments between R and N, remove RFID  from ACE_RFID and paste into "Historical".  For NHDFlowline segments above "N", remove RFID from ACE_RFID and add note "Above approved study".  Note that all segments above X are in Georgia.

(b)  For the following tributaries, remove following RFIDs from the ACE_RFID and past into "Historical".  This is based on GIS examination of upstream segments. . [Addendum Done 19OCT:  remove from "Historical" and add note "Not listed in approval though are tributaries off historic portion of Suwannee"]

(1) [Edited] [[Addendum Done 19OCT, Santa Fe Lake, RFID 01058, NHD Waterbody.

(2) [Edited] [[Addendum Done 19OCT Little Lake Santa Fe, RFID 00050, NHD Waterbody.

(3) [Edited] [[Addendum Done 19OCT Alapaha River, RFID 02798.

(3) [Edited] [[Addendum Done 19OCT Santa Fe River, RFID 03071.

(3) [Edited] [[Addendum Done 19OCT Withlacoochee River (North Florida), RFID 02771.

004246

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(3) Alligator Creek. Ok, multi selected Sarasota

(3) [Buck Creek.  Ok, multi selected Charlotte

(3) Camp Branch.  Ok, multi selected Putnam

(3) Caney Branch.  Ok, multi selected Duval

(3) Cat Creek.  Ok, multi selected Franklin

(3) Cow Creek.  Ok, multi selected Putnam.

(3) Cross Creek.  Multi should select St Johns

(3) Cypress Creek.  Multi should remove all.

(3) Five Mile Creek.  Ok multi selected St Lucie

(3) [Edited] [Addendum Done 19OCT]chetucknee River RFID 02948.

(3) Long Branch. Ok, multi should select St Johns

(3) Mud Creek. Ok, multi should select St Johns

(3) [Edited] [Addendum Done 19OCT]New River (Union/Bradford) RFID 02229.

(3) Reedy Creek.  Ok, multi should select Kissimmee.

(3) [[Addendum Done 19OCT] Alapahoochee River.  RFID 02779

(3) Tiger Creek.  Ok, multi should select Kissimmee.

**9.  Anclote**:  Above tidal (14.2) removed due to historic navigation.  Add suffix "(Upstream to 7 Springs Blvd)"

a.  Summary.

b.  SAD Determination 18 Sep 1986.  "A water of the United States is deemed navigable … to the extent it is subject to the ebb and flow of the tide.  The Anclote River is thus navigable on this basis to Mile 14.2.  Additionally, evidence of past use in the transport of interstate or foreign commerce warrants a finding of navigability to Mile 16.3 [Seven Springs]."

c.  Report.

d.  Conclusion.  Remove above Mile 14.2 (tide) due to historic.

e.  Head of Navigation.  Seven Springs (Mile 16.3).

004247

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation
Segments.

    f.  GIS.  RFID 01258.

        (1)  Set N (Navigability) at Seven Springs (Mile 16.3).  Suffix: Downstream of
Little Road.  Captain Samual Stephenson's cabin at Seven Springs (paragraph 6
on page 8 of the report).  Mile 16.3 at Seven Springs is at the bridge (page 13 of
the report).  Fig 2 schematic points to road FL 54.  Plate "I" (1:250 topo) points to
old FL 54 alignment.  FL 54 has been moved to a bypass.  The current road is
now Little Road.

        (2)  Set R (Retained) at tidal (Mile 14.2).  Suffix: Upstream to 7 Springs Blvd.  Fig
2 schematic points to Rowan Road.  Plate "I" (1:250 topo) points to a spot not
inconsistent with current alignment of Rowan Road (reproduction left off details).
Today, Rowan Rd extends north of FL 54 but to the south (crossing the river) is 7
Springs Blvd (older maps say Road, newer maps say Blvd).

        (3).  Notes.  The schematic also recommends other tributaries based on tidal but
not mentioned in SAD Determination

        (4).  [Edited] NHD Edits.  Remove RFID 01258 from ACE_RFID for segments
between R and N and paste into "historical".  Remove RFID 01258 from
ACE_RFID for segments above R and note "Upstream of approved study."

**10.  Ecofina (Calhoon, Washington & Bay Counties):**  Entire stream removed from
2014 list due to historic navigation.

    a.  Summary.  Deer Point Dam eliminated current and potential commerce.

    b.  SAD letter.  "…present State Road 20 represents a historic point of commercial
navigation, and there is insufficient evidence of past, present or potential commercial
use of this stream north of that point.  Accordingly…from its mouth at Deer Point
Lake to the State Road 20 Highway bridge."

    c.  Report.  Noted "…construction in the 1900's of a dam at the mouth of Deerpoint
Lake at its entrance to North Bay…was no longer connected to the Gulf of Mexico as
a continuous waterway."

    d.  Conclusion.  Only basis for the entire stream is historic.

    e.  Head of Navigation.  State Road 90 bridge.

    f.  GIS.  RFID. 02897

        (1)  Set N (Navigability) at State Road 20 bridge.  Suffix: Downstream of FL 20
bridge.  SADOC 9 Mar 1987 at paragraph 2 says "…is navigable… to the State
Road 20 Highway Bridge.".

        (2)  [n.a.] Set R (Retained).  .

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(2)  Set M (Mouth) at northern extent of Deer Point Lake.  Suffix: (Where enters extent Deer Point Lake).  See discussion next paragraph.  .

(3)  Set XRef (XReference) at Deer Point Dam.  Suffix: (Deer Point Dam).   The NHD Flowline and the current USGS Topo (via National Map) indicates Ecofina Creek extends to this point.  However, the topo labels the flooded area as Deer Point Lake and NHDArea file has a polygon Deer Point Lake that extends up to the point Ecofina Creek is a distinct channel.  The 1944 topo (prior to the dam) labels the waterbody as Deer Creek Lake as does the 1983 topo, i.e., does not indicate Ecofina Creek extends through the lake. SAJPD 5 Nov 1986 says in the first paragraph "It makes its way into the Gulf through North Bay and St. Andrews Bay…" and the 3rd paragraph notes "A dam has been constructed across North Bay at Deer Point….".  "SAJOC 9 Dec 1986 says "Ecofina Creek flows in a generally north and south direction flowing to the south into Deerpoint Lake and thence into North Bay, St Andrews Bay, and the Gulf of Mexico."  SADOC 9 Mar 1987 at paragraph 2 says "…is navigable…from its mouth at Deer Point Lake to the State Road 20 Highway Bridge."  The study documents indicate the mouth is where enters Deer Point Lake.  Therefore, will set M (Mouth) at that point.  However, the information in the study useful in that the lake above the dam is probably only historic.

(3).  Notes.   Between X and M probably only historic based on information in the Ecofina study and the dam blocks navigation.

(4).  NHD Edits.

(a)  [Edited] For NHDFlowline segments between X and M (through the Lake), remove RFID 02897 from with note "Not part of Ecofina study.  For segments between M and N, remove RFID 02897 from ACE_RFID2014 and paste into "Historical".  For RFID 02897 segments above N, remove RFID 02897 with note "Above approved in Ecofina study."

(b) The following streams are tributaries based on GIS check and have been or should be removed by multi-checks.

(1) Buckhorn Creek.

(2) Cat Creek.

(3) Long Branch.

(4) Sweetwater Creek.

(5) Ten Mile Creek.

**11.  Saul Creek:**  No segments removed due to historic navigation.

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

a.  Summary.  Entire length is tidal.

b.  SAD letter.  "The past and current-day use of this river for commercial transportation, …The fact that it is tidal over its entire length likeway confirms its navigavibility in law…"  "…is navigable…from Mile 0, at the Gulf Intracoastal Waterway, to Mile 4.5."

c.  Report.

d.  Conclusion.  No segments to remove.

e.  Head of Navigation.  Mile 4.5 where "originates in a hardwood swamp" (quote from the SAD letter)

f.  GIS.  RFID 03072.

  (1)  Set N (Navigability) at endpoint of the NHD segments named Saul Creek. Sum of length of NHD segments is 4.6 miles so comparable to reports 4.5 because NHD extends past mouth into Jackson River).  Suffix: Downstream Sauls Creek Road. Google Map names it Sauls Creek Road.  Bridge inventory names it singular (Saul Creek Road).

  (2).  NHD Edits.  None needed.  Entire length is retained.

**12.  Pithlachascotee:**  No segments removed due to historic navigation.

a.  Summary.  Historic is within extent that is tidal.

b.  SAD Determination.  "…the maximum extent of navigability....is represented by the extent to which these waters are tidally influenced….to the unimproved private bridge at mile 7.2 from its mouth at Port Richy, Florida."  Earlier in letter states "The occasional use of recreational craft beyond the tidal influence does suggest a potential support for future commercial traffic, but there is no apparent need for waterborne interests beyond that point…..the improvments necessary…would be unreasonable…"

c.  Report.  Paragraph 7 states "Little potential for development of the Pithlachascotee for interstate commerce was apparent from the historical data and from field studies"

d.  Conclusion.  Entire is based on tidal.

e.  Head of Navigation.  Unimproved private bridge at mile 7.2 from its mouth at Port Richy, Florida

f.  GIS.  RFID 03043.

CORPS004261

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(1)  Set N (Navigability) at "unimproved private bridge at mile 7.2 from its mouth at Port Richey FL"  Suffix: (Upstream to the private road bridge that is approximately 2,200 feet upstream of Rowan Road).  Mark set at vertex of NHD segment at private road bridge between Rowan Road and Little Road based on aerial and study photo.  Location of Tidal (Mile 7.2) according to study schematic.

(2).  NHD Edits.

(a) [Edited] For NHDFlowline segments for NHDFlowline segments above "N", remove RFID 03043 from ACE_RFID and add note "Above approved study".

(b)  No tributaries to remove.

**13.  Kissimmee (DRAFT study):**  No segments will be removed.

a.  Report.  The schematic lumps together "HISTORICALLY OR PRESENTLY NAVIGABLE-IN-FACT (INCLUDING RECREATIONAL CRAFT USE)" so cannot use this along to determine if any are historic only.  Section VI., Past or Present Interstate Commerce, includes the following sentence:  "In recent years sport fishing and recreation have replaced the passenger and freight traffic of the past".  The report and diagrams show the authorized federal navigation project from Fort Basinger (north of Lake Okeechobee(upstream for 137 miles to Kissimmee).

b. Anecdotal.  The C&SF added improvements and some structures allow for boat access.  There has been other proposed (small boat project authorized and deauthorized) and authorized/constructed works (Kissimmee River Restoration) subsequent to this draft report.

c. Conclusion.  This draft report needs to be updated and completed.  Therefore, no segments will be removed.

**14.  Other DRAFT reports.**  No segments will be removed for the same conclusion as the Kissimee, i.e., draft reports need to be updated and completed.

ss//
Bob Barron
Project Manager

>> below are Oct 10 QC.  Text in gray italic is from above.

*8.  Suwanee.*

*f.  GIS.  RFID.*

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

(4).  NHD Edits.

(a) [Edited] For Suwanee River, RFID 03103, for NHDFlowline segments below R, add suffix (Downstream of Purvis Landing Park and Boat Ramp). For segments between R and N, remove RFID  from ACE_RFID and paste into "Historical".  For NHDFlowline segments above "N", remove RFID from ACE_RFID and add note "Above approved study".  Note that all segments above X are in Georgia.

[Edited] Suwannee01.shp.  For these segments downstream of R, remove RFID 03103 from Historical and paste into ACE_RFID.  Add suffix (Downstream of Purvis Landing Park and Boat Ramp).

7.  Withlacoochee:

f.  GIS.

(7).  NHD Edits.

(b) [Edited] For Withlacoochee River, for segments above "N", remove RFID 02770 from ACE_RFID and add note "Above approved study".

[Edited] Withlacoochee01.shp, for these segments above "N", remove RFID 02770 from ACE_RFID and add note "Above approved study".

(c) [Edited] For Withlacoochee River, for segments between "X" and N, remove RFID 02770 from ACE_RFID and paste into "Historical".  For segments downstream of "X", change suffix from (Central Florida) to (Downstream of Inglis Dam and Inglis Bypass Spillway in Citrus County). Table 9/List already edited.

[Edited] Withlacoochee02.shp, for these segments below X, remove RFID 02770 from Historical and paste back into ACE_RFID.  change suffix from (Central Florida) to (Downstream of Inglis Dam and Inglis Bypass Spillway in Citrus County)

[EditedOct19] [ForNextEdition] LakeRousseu-ChangeToHistoric.shp.  for future edition of list, remove from Table9/List because is upstream of Inglis Dam.  Remove RFID 00089 from NHDWaterbody ACE_RFID and put into Historic.   Add note "Withlacoochee River is Historic upstream of Inglis Dam" LakeRousseu-Overlap-Withlacoochee.shp is for reference, are NHDFlowline Segments already coded Historic.

CESAJ-RD-(1200A)
SUBJECT:  Examination of Navigation Studies to remove of Historic Navigation Segments.

**10.  Ecofina (Calhoon, Washington & Bay Counties):**  *Entire stream removed from 2014 list due to historic navigation.*

*(4).  NHD Edits.*

*(a)  [Edited] For NHDFlowline segments between X and M (through the Lake), remove RFID 02897 from with note "Not part of Ecofina study.  For segments between M and N, remove RFID 02897 from ACE_RFID2014 and paste into "Historical".  For RFID 02897 segments above N, remove RFID 02897 with note "Above approved in Ecofina study."*

[Edited] Ecofina01.shp.  For these segments above N, remove RFID 02897 with note "Above approved in Ecofina study.

**9.  Anclote:**  *Above tidal (14.2) removed due to historic navigation.  Add suffix "(Upstream to 7 Springs Blvd)"*

*(4).  [Edited] NHD Edits.  Remove RFID 01258 from ACE_RFID for segments between R and N and paste into "historical".  Remove RFID 01258 from ACE_RFID for segments above R and note "Upstream of approved study."*

Error:  In the 2nd sentence, change "R" to "N"

[Edited] Anclote01.shp.  for these segments, remove RFID 01258 from ACE_RFID for segments above R and note "Upstream of approved study."

[Edited] Anclote02.shp.  for these segments, restore RFID 01258 to ACE_RFID for segments below R and remove the note "Upstream of approved study."

**1.  Hillsborough:**  *No segments to remove because of historic.*

*(4).  NHD Edits.*

*(a) [Edited] For the Hillsborough River, for NHDFlowline segments downstream of N, remove RFID 02933 from ACE_RFID and paste into "Historical".  Added suffix to Table 9/List "(Downsream of Tampa Water Development Dam)" For NHDFlowline segments above "N", remove RFID from ACE_RFID and add note "Above approved study".*

Error: Delete the entire first sentence.  Is wrong..

[Edited] Hillsborough01.shp.  for these segments, remove RFID 02933 from Historical and paste back into ACE_RFID.

004253

CESAJ-RD-(1200A)                                                    5 Mar 2019


**MEMORANDUM FOR RECORD**

SUBJECT:  Edits (Multi-Checks)

**1.  Eightmile Creek:**  [Edited]  RFID 01682.  NHDFlowline.  Select reachcode 03140107.  Add suffix "(Escambia County)".  Add note "Chose 1 of multiple same name  Delete this RFID from the other reachcodes.  This is closest one to tidal. Others are small.

**2.  Deep Creek:**  [Edited]  RFID 02885.  NHDFlowline.  Select reachcode 03100101.  Add suffix "(Charlotte-Desoto Counties)"  Add note "Chose 1 of multiple same name  Delete this RFID from the other reachcodes.  This in the approved Peace study, is near tidal and has houses.  Another is in draft St Johns study but no development.  Others small.

        See below for additonal

**3.  Indian Creek:**  [Edited] RFID 02951.  NHDFlowline.  Drop entirely (delete this RFID from ACE_RFID2014).  Add note "Drop since multiples and do not know source where name added to list".  Only reference is on 1965 list located in Miami Beach.  NHD does not show Miami Beach one.  Most likely one of many is tidal creek in marsh off IWW north of St Augustine.

**4.  Johnson Creek (other than in Gulf County):**  [Edited]  RFID 02957.  NHDFlowline.  Drop entirely (delete this RFID from ACE_RFID2014.  Add note "Drop since multiples and do not know source where name added to list".  Two most likely are tidal off Gulf of Mexico and have no houses.

**5.  Rocky Creek (other than Okaloosa/Walton):**  [Edited]  RFID 03057.  NHDFlowline.  Select reachcode 03100206. Add suffix "(Hillsborough County)".  Add note "Chose 1 of multiple same name  Delete this RFID from the other reachcodes.This is largest of multiple and is tidal and has development along it.  Also, Sweetwater Creek that is on the 2014 list is a tributary to this particular Rocky Creek.

**6.  Salt Creek (other than Dixie County):**  There are several

        a.  [Edited]  RFID 03062.  NHDFlowline.  Select reachcode 03080103. Add suffix "(Flagler County)".  Add note "Chose 2 of multiple same name".

        a.  [Edited]  NHDFlowline.  Change RFID 03062 to 04003 for reachcode 03080101 (RFID 04003 is new one I added).  Add suffix "(Seminole County)".  Add note "Chose 2 of multiple same name."

        c.  [Edited]  NHDFlowline.  Delete this RFID from the other reachcodes.

        d.  [Done]  There are several small tidal creeks off of Gulf of Mexico.  However, there are 2 creeks by this name in the St Johns Study, and other creeks/waterbodies in the vicinity are also on the 2014 list, therefore that is the likely source of this entry on

004254

CORPS004265

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

the 2014 list.  Therefore changed the single entry on the 2014 list and made it 2 entries and added the suffix for the 2 county names.

**7.  Turkey Creek (other than Okaloosa County):**  [Edited]  RFID 03118. NHDFlowline.  Select reachcode 03080202.  Add suffix "(Brevard County)".  Add note "Chose 1 of multiple same name  Delete this RFID from the other reachcodes. Only reference is 1965 list. That one is south of Melborne.  That is the most likely to have the one used for the list because there is residential development along it and fairly large mouth opening onto the lagoon.  The others are small and short creeks within interior.  .

**8.  Lake Manatee:**  [Done]  2014 List shows 2 entries, one in (Manatee County) and the other (blank).  Searched NHD and found only one lake (in waterbody).  Therefore will drop the (blank) entry off the list.

**9.  Hog Creek:**  [Edited]  RFID 02934.  Select reachcode 03090206.  NHDFlowline. Add suffix "(Martin County)".  Add note "Chose 1 of multiple same name  Delete this RFID from the other reachcodes.  This is creek off of St Lucie Canal and other small creeks just downstream also on the 2014 list therefore likely is the source of this entry. Other Hog Creeks are small and way upstream.

**10.  Lake Seminole.**

     a.  [No Change]  RFID 00038 for (Gadsen, Jackson Counties) is OK as-is in NHD_Waterbody attribute table.

     b.  [Edited]  RFID 00040 for (Pinellas County).  Edit the NHD Waterbody attribute table to insert 00040 into ACE_RFID2014 column and to insert the suffix "(Pinellas County)".

**11.  Check NHDArea Multiples Check.**  If multiple polygons assigned the same water name from the 2014 list, check to see if need to choose only 1 and add a suffix to idenfy the choice.

     a.  RFID 03078, Shell Creek.  The likely source of Shell Creek on the 2014 list is the Peace River study.

          (1) [Edited]  In NHDArea, there are 2 polygons, one in Lee County, tidal off Gulf of Mexico and one in Seminole County off Lake Jessup, both channels in marsh.  Therefore deleted the RFIDs for these 2 and added note "Removed because not on Peace River study which is the likely reason is on the 2014 list."

          (2) [Edited] in NHDFlowline, there are multiples.  Add suffix "(Charlotte County)"  Select reachcode 03100101.  Add note "Chose 1 of multiple same name  Delete this RFID from the other reachcodes.

     b.  RFID 03088, Snake Creek.  Likely source of Snake Creek on the 2014 list is the St Johns River study.

004255

CORPS004266

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

      (1) [Edited] In NHD Area, there are 2 polygons, neither on the St Johns. Both are tidal.  Therefore deleted the RFIDs for these 2 and added note "Removed because not on St Johns River study which is the likely reason is on the 2014 list."

      (2) [Edited] in NHDFlowline, there are multiples both on St Johns River. Selected the segments that are downstream of Lake Monroe to match the Study.  Add note: "Chose 1 of multiple same name" Added suffix (Lake County).

**12. Check NHDWaterbody Multiples Check.**  If multiple polygons assigned the same water name from the 2014 list, check to see if need to choose only 1 and add a suffix to idenfy the choice.

    a. RFID 00001, Alligator Lake.  The likely source on the 2014 list is the Kissimee study.

      (1) [Edited]  In NHDWaterbody, there are several polygons, most are small, the largest in Osceola County that matches the Kissimmee study. Therefore deleted the RFIDs except for the one.  "Removed because not on Kissimee River study which is the likely reason is on the 2014 list."  Added Suffix "(Osceola County)"

      (2) [Done] in NHDFlowline, not listed.

    b.  RFID 00005, Cherry Lake.  No info on source.

      (1) [Edited]  In NHDWaterbody, there are 3 polygons.  One in Georgia. One completely surrounded by housing.  The 3rd in the upper end of the Oklawaha that matches the St Johns study, reachcode 03080102.  Therefore deleted the RFIDs except for the one.  Add note: "Chose 1 of multiple same name" Added Suffix "(Lake County)"

      (2) [Done] in NHDFlowline, not listed.

    d.  RFID 00018, Lake Hart.  The likely source on the 2014 list is the Kissimmee study.

      (1) [Edited]  In NHDWaterbody, there are several polygons, one matches the study.  Therefore deleted the RFIDs except for the one in reachcode 03090101.  "Chose 1 of multiple same name_"  Added Suffix "(Orange County)"

      (2)

    d.  RFID 00022, Lake Jackson.  The likely source on the 2014 list is Kissimmee study.

      (1) [Edited]  In NHDWaterbody, there are several polygons, reachcode 03090101034629 matches the study (there are 2 Lake Jacksons in the Kissimmee study and the HUC8, selected one that recommended navigable)

004256

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

Therefore deleted the RFIDs except for the one.  Others landlocked or way upstream.  "Chose 1 of multiple same name"  Added Suffix "(Oseola County)"

(2)

d.  RFID 00029 / 04003, Lake Minehaha.  The likely source on the 2014 list is the St Johns Study.  There are 2 separate occurrences of Lake Minnehaha in the Study, one off St Johns River and one off Oklawaha.  Other waterbodies in vicinity of both of these are also on the 2014 list.

(1) [Edited]  In NHDWaterbody, there are 2 polygons that match the 2 shown in the study, one in reachcode 03080102024390 will be assigned new RFID 04004 and suffix (Lake County), the other reachcode 03080101010103 retains 00029 and adds suffix (Orange County).  There were only one entry on the 2014 list but now have 2 entries.  Note: "Split into 2 entries based on draft study"

(2) [UPDATE]

(a) [Done] Remove RFID 00029 from ACE_RFID and change note to say "Chose 1 of multiple same name".  Further comparison of the study schematic found not all of the waters leading to this (smaller) lake Minehahaha are not on the 2014 list, therefore less likely to have been the source of putting the lake on the list.

(b)  [Done] Retain 04004 but change note "Chose 1 of mulple same name".

d.  RFID 00045, Lake Washington.  The likely source on the 2014 list is St Johns study.

(1) [Edited]  In NHDWaterbody, there are 2 polygons, reachcode 03080101 on the St Johns and other in Clay County appears landlocked.  Therefore deleted the RFIDs except for the one.  Added note "Chose 1 of multiple same name"  Added Suffix "(Brevard County)"

(2)

d.  RFID 00056, Tsala-Apopka Lake.  The likely source on the 2014 list is Withlacoochee.

(1) [Done]  In NHDWaterbody, there are 2 polygons, not connected but nearby and seem to be connected, i.e., may be same feature.  Therefore will leave both on.

(2)

d.  RFID 00058, Adams Lake.  The likely source on the 2014 list is ??.

4

004257

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

(1) [Edit]  In NHDWaterbody, there are 5 different HUC8s/Counties.  The most likely one is the one on the St Johns River south of Lake George though not listed in the study.  The others are much less likely:  one is in Georgia;  one in Lafayette had docks but no obvious tributary/connection to Suwannee River with no permit info, and remaining 2 are landlocked.  Therefore select one on St Johns, reachcode 03080101036097.  Add suffix (Volusia County).

(2)

d.  RFID 00059, Clark Lake.  The likely source on the 2014 list is St. Johns Study.

(1) [Edit]  In NHDWaterbody, there are several polygons, 1 is in reachcode 03080101062442 in Volusia County and the other is in a small lake in Polk County.  Therefore deleted the RFIDs except for the one located in Volusia.  "Chose 1 of multiple same name"  Added Suffix "(Volusia County)"

(2) Discovered later the GIS had incorrectly coded a different Clark Lake on the Alafia system (part of reclaimed strip mine area) but corrected.

d.  RFID 00060, Clear Lake.  The likely source on the 2014 list is Kissimmee Study.

(1) [Edited]  In NHDWaterbody, there are several polygons.  The one with reachcode 03090101028070 is shown on the Kissimmee study.  Therefore deleted the RFIDs for the others except for this one.  Add note "Chose 1 of multiple same name"  Added Suffix "(Orange County)"

(2)

d.  RFID 00061, Crescent Lake.  The likely source on the 2014 list is St Johns Study.

(1) [Edited]  In NHDWaterbody, there are several polygons. The one with reachcode 03080103033128 is shown on the St Johns study.  Therefore deleted the RFIDs for the others except for this one.  Add note "Chose 1 of multiple same name"  Added Suffix "(Putnam-Flagler Counties)"

(2)

d.  RFID 00062, Cypress Lake.  The likely source on the 2014 list is Kissimmee Study.

(1) [Edited]  In NHDWaterbody, there are several polygons.  The one with reachcode 03090101033771 is shown on the Kissimmee study.  Therefore deleted the RFIDs for the others except for this one.  Add note "Chose 1 of multiple same name"  Added Suffix "(Osceola County)

004258

CORPS004269

CESAJ-RD-(1200A)
SUBJECT: Edits (Multi-checks).

(2)

d. RFID 00071, Lake Dexter. The likely source on the 2014 list is St Johns Study.

(1) [Edited] In NHDWaterbody, there are several polygons, 1 is in reachcode 03080101042565 in Volusia County and the other is in a small lake in Polk County. Therefore deleted the RFIDs except for the one located in Volusia. "Chose 1 of multiple same name" Added Suffix "(Volusia County)"

(2)

d. RFID 00072, Lake Emma. The likely source on the 2014 list is St Johns Study.

(1) [Edited] In NHDWaterbody, there are several polygons. The one with reachcode 03080102027744 is shown on the St Johns study. Therefore deleted the RFIDs for the others except for this one. Add note "Chose 1 of multiple same name" Added Suffix "(Lake County)"

(2)

d. RFID 00073, Lake Florence. The likely source on the 2014 list is _.

(1) [Edited] In NHDWaterbody, there are several polygons. The one with reachcode 03080101043019 is shown on the St Johns study. Therefore deleted the RFIDs for the others except for this one. Add note "Chose 1 of multiple same name" Added Suffix "(Brevard County)"

(2)

d. RFID 00074, Lake George. The likely source on the 2014 list is St Johns.

(1) [Edited] In NHDWaterbody, there are several polygons. The one with reachcode 03080101028890 is shown on the St Johns study. Therefore deleted the RFIDs for the others except for this one. Add note "Chose 1 of multiple same name" Added Suffix "(Putnam-Volusia Counties)"

(2)

d. RFID 00075, Lake Griffin. The likely source on the 2014 list is St Johns.

(1) [Edited] In NHDWaterbody, there are several polygons. The one with reachcode 03080102025009 is shown on the St Johns study. Therefore deleted the RFIDs for the others except for this one. Add note "Chose 1 of multiple same name" Added Suffix "(Lake County)"

(2)

6

CORPS004270

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

    d.  RFID 00077, Lake Harris.  The likely source on the 2014 list is St Johns.

       (1) [Edited]  In NHDWaterbody, there are several polygons. The one with reachcode 03080102029073 is shown on the St Johns study.  Therefore deleted the RFIDs for the others except for this one.  Add note "Chose 1 of multiple same name"  Added Suffix "(Lake County)"

       (2)

    d.  RFID 00078, Lake Ida.  The likely source on the 2014 list is Kissimee study.

       (1) [Edited]  In NHDWaterbody, there are several polygons, one is shown on the Kissimee study report and therefore will use this one.  One is inland of Delray but may be artificial.  The others are landlocked.  Therefore deleted the RFIDs except for the one with reachcode 03090101035618.  "Chose 1 of multiple same name"  Added Suffix "(Polk County)"

       (2) See update in paragraph 14 below.

    d.  RFID 00080, Lake Louisa.  The likely source on the 2014 list is St Johns study.

       (1) [Edited]  In NHDWaterbody, there are several polygons, one matches that on the St Johns study and the other is landlocked.  Therefore deleted the RFIDs except for the one with reachcode 03080102005606.  "Chose 1 of multiple same name"  Added Suffix "(Lake County)"

       (2)

    d.  RFID 00081, Lake Lucy.  The likely source on the 2014 list is St Johns study.

       (1) [Edited]  In NHDWaterbody, there are several polygons, one matches that on the St Johns study and the other appears to be landlocked.  Therefore deleted the RFIDs except for the one with reachcode 03080102018190.  "Chose 1 of multiple same name"  Added Suffix "(Lake County)"

       (2)

    d.  RFID 00084, Lake Marion.  The likely source on the 2014 list is Kissimmee Study.

       (1) [Edited]  In NHDWaterbody, there are several polygons, one is shown on the Kissimee study report and therefore will use this one.  The others appear to be landlocked.  Therefore deleted the RFIDs except for the one with reachcode 03090101033942.  "Chose 1 of multiple same name"  Added Suffix "(Polk County)"

       (2)

004260

CORPS004271

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

d.  RFID 00086, Lake Myrtle.  The likely source on the 2014 list is Kissimmee Study.

(1) [Edited]  In NHDWaterbody, there are several polygons, one is shown on the Kissimee study report and therefore will use this one.  The others appear to be landlocked.  Therefore deleted the RFIDs except for the one with reachcode 03090101030282.  "Chose 1 of multiple same name"  Added Suffix "(Osceola County)"

(2)

d.  RFID 00090, Lake Susan.  The likely source on the 2014 list is St Johns Study.

(1) [Edited]  In NHDWaterbody, there are several polygons, one matches that on the St Johns study and the others appears to be landlocked or nearly so.  Therefore deleted the RFIDs except for the one with reachcode 03080102026057.  "Chose 1 of multiple same name"  Added Suffix "(Lake County)"

(2)

d.  RFID 00096, Mud Lake.  The likely source on the 2014 list is St Johns Study.

(1) [Edited]  In NHDWaterbody, there are several polygons, one matches that on the St Johns study.  Therefore deleted the RFIDs except for the one with reachcode 03080101042584.  "Chose 1 of multiple same name"  Added Suffix "(Alachua County)"

(2)

d.  RFID 00097, Orange Lake.  The likely source on the 2014 list is St Johns.

(1) [Edited]  In NHDWaterbody, there are several polygons, one matches that on the St Johns study.  Therefore deleted the RFIDs except for the one with reachcode 03080102029141.  "Chose 1 of multiple same name"  Added Suffix "(Lake County)"

(2)

d.  RFID 00100, Salt Lake.  The likely source on the 2014 list is either the Anclote or St Johns Studies.

(1) [Edited]  In NHDWaterbody, there are 2 polygons.

(a) the polygon with reachcode 03100207003057 matches the Anclote study.  Therefore, add the suffix (Pinellas County).  Note "Inserted 2nd Salt Lake since in 2 studies"

8

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

(b) the polygon with reachcode  03080101009886 matches the St Johns study.  Therefore, change the RFID from 00100 to 04005 (a new one).  Add Suffix "(Brevard County)"  Note "Inserted 2nd Salt Lake since in 2 studies"

(2)

d.  RFID 00101, Sawgrass Lake.  The likely sources on the 2014 list is Withlacoochee and St Johns studies.

(1) In NHDWaterbody, there are several polygons,

(a)  For the Withlacoochee, there is no NHDWaterbody associated with Sawgrass Lake.  See below for NHD Flowline and NHDArea

(b)  [Edited] For the St Johns, NHDWaterbody reachcode 03080101028858 matches the study and USGS topo.  Therefore delete the the RFID 00101  for all the others except this one.  Add suffix (Brevard County)"  Note "Inserted 2nd Sawgrass Lake since in 2 studies"

(2) in NHDFlowline,

(a) [Edited] For the Withlacoochee, the NHDFlowline segment that matches the USGS topo that matches the diagram on the study is Permanent_ID 167195404 within reachcode 03100208018863, see shapefile "Sawgrass_Lake_NHDFlowline_Pasco.shp".  Assign this RFID 04006 (new one), Add suffix (Pasco County).  Note "Inserted 2nd Sawgrass Lake since in 2 studies"

(b) In NHD Flowline, there are multiple Withlacoochee Rivers on Table 9.  Need to split out Flowline

(i) [Edited/Done] NHDFlowline DEP_RFID 02771 all in same 8 digit reachcode and generally aligns with the Suwannee study where this river crosses into Georgia.  The 2014 list suffix is "(north Florida)".  Therefore, copied 02771 into field ACE_RFID2014.  Therefore, added to the NHDFlowline the suffix "(central Florida)"

(ii) [Edited/Done] NHDFlowline DEP_RFID 02770 all in same 8 digit reachcode and generally aligns with the Withlacoochee study on the Gulf coast north of Tampa.  The 2014 list suffix is "(north Florida)".  Therefore, copied 02770 into field ACE_RFID2014.  Therefore, added to the NHDFlowline the suffix "(Central Florida)"

(ii) [Edited/Done] NHDFlowline DEP_RFID 02769 is what was originally shown on Table 9.  DEP had assigned 3 RFID's for

004262

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

this river.  The other 2 confirmed above.  These segments are in Georgia.  Therefore, removed 02769 from ACE_RFID2014.  Also removed the suffix "(central florida)" from these.

(3) in NHDArea, for the Withlacoochee, Sawgrass Lake occupies only the southernmost portion of the NHDArea polygon (that is unnamed) that itself is associated with the Withlacoochee River NHDFlowline segment.

d.  RFID 00102, Silver Lake.  The likely source on the 2014 list is Withlacoochee.

(1) In NHDWaterbody, there are several polygons,

(a)  For the Withlacoochee, NHDWaterbody reachcode 03100208003248 matches the study and USGS topo.  Therefore delete the the RFID 00102  for all the others except this one.  Add suffix "(Sumter and Hernando Counties)"  Note "Inserted 2nd Silver Lake since in 2 studies"

(b)  [Edited] For the St Johns, NHDWaterbody reachcode 03080101009953 matches the study and USGS topo.  Therefore assign to this polygon RFID 04007 (new one) Add suffix (Brevard County)"  Note "Inserted 2nd Silver Lake since in 2 studies"

(2)

d.  RFID 00105, Tiger Lake.  The likely source on the 2014 list is Kissimmee.

(1) [Edited]  In NHDWaterbody, there are several polygons, 1 matches the study and the other 2 appear to be landlocked.  Therefore deleted the RFIDs except for the one with reachcode 03090101034773.  Note "Chose 1 of multiple same name"  Added Suffix "(Polk County)"

(2)

d.  RFID 00106, Trout Lake.  The likely source on the 2014 list is Kissimmee.

(1) [Edited]  In NHDWaterbody, there are several polygons, 1 of which matches the study.  Therefore delete the RFIDs except for the one with reachcode 03090101031413.  "Chose 1 of multiple same name"  Added Suffix "(Osceola County)"

(2)

d.  RFID 01006, Powell Lake.  The original name on the 2014 list is Lake Powell.  Renamed to match the NHD dataset.  Likely source on the 2014 list is _.

004263

CORPS004274

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

(1) [Edited]  In NHDWaterbody, there are 3 polygons, the most likey the one is the source for the 2014 list is the large lake on the coast west of Panama City (internet search finds many references to this as "Lake Powell".  One of the other polygons is in Georgia and the 3rd is small lake in the bottomland high upstream on the Choctawatchee River.  Therefore deleted the RFIDs except for the one with reachcode 03140101000916.  "Chose 1 of multiple same name" Added Suffix "(Bay and Walton Counties)"

(2)

d.  RFID 00098, Puzzle Lake.  The likely source on the 2014 list is St Johns Study.

(1) [Edited] For the St Johns, NHDWaterbody reachcodes 03080101065319 and 03080101062329 matches the study.  Therefore delete the the RFID 00098  for all the other except these two.  "Chose 2 of multiple same name"  Add suffix (Seminole and Volusia Counties)".

(see below for additional paragraph "(2) Update"

d.  RFID 00107, Ward Lake.  Is listed twice on the list, once as "(Mantee County)" and again with no suffix.  Are 2 Ward Lakes in the NHD but the one in Dixie County is very unlikely (appears landlocked).  Therefore, dropped the blank one from the 2014 list with note "Drop.  Only 1 Ward Lake in NHD." [Edited]

(1) [Edited] The Ward Lake in the NHD Waterbody layer is in Dixie county and appears to be landlocked.  Therefore, removed RFID 00107 from this one. "Dropped since not match the Manatee study likely source of the 2014 listing"].

(2) [Edited]  The likely source is the Manatee River study.  The study shows "Evers Reservoir (formally Ward Lake)"  The NHD Waterbody polygon that matches the study location is "Ward Lake" with DEP_RFID of 00057. Therefore, copied 00057 into ACE_RFID2014.  Edited Table9.

d.  RFID 01058 / 04001, Santa Fe Lake.  [Edited] Table 9 shows the 2014 list named this "Lake Santa Fe" but was renamed to "Santa Fe Lake" and assigned new RFID 04001 but no notes.   RFID 01058 in the NHD Waterbody layer is the lake on the Suwannee system that is the likely source of the entry on the 2014 list.  04001 not found in the NHD Waterbody layer. Therefore, changed Table9 to show 01058.  Also added suffix "(Alachua County)".  Also copied the 01058 to ACE_RFID2014 in NHDWaterbody and added the suffix.

**13.  Check NHDFlowlines Multiples Check.**  If multiple polygons assigned the same water name from the 2014 list, check to see if need to choose only 1 and add a suffix to idenfy the choice.

11

004264

CESAJ-RD-(1200A)
SUBJECT: Edits (Multi-checks).

d.  RFID 02629, Tenmile Creek. Renamed from the 2014 List's "Ten Mile Creek" to match the NHD.

(1) [Edited]  In NHDFlowlines, there are several locations.  The most likely one of choices available is the creek that connects to the end of the North Fork St Lucie River because it is mentioned in the report.  Also have a similar situation with Five Mile Creek (next paragraph).  The second likelys one in the Waccasassa a tributary to Cow Creek which is tributary to the Waccasassa River, however, a nearby tributary Bullfrog Creek is not on the 2014 list.  The others are very unlikely:  one is in Georgia; one is a small creek off the Escambia River through silviculture properties; ditto another off of Turkey Creek; another is small creek off the Ecofina with some residential development starting and does not appear to be on the maps in that study; next is a small one high on the Chipola river; and finally a small creek draining to the marsh that is the headwater of the St Johns.  Therefore deleted the RFIDs except for the one with reachcode 03090206.  Note: "Chose 1 of multiple same name"  Added Suffix "(St Lucie County)"

d.  RFID 01716, Fivemile Creek.  The likely source on the 2014 list is Pithlachascotee study.

(1) [Edited]  In NHDFlowlines, there are several sets. The most likely one of choices available is the creek that connects to the end of the North Fork St Lucie River because it is mentioned in the report.  Also have a similar situation with Ten Mile Creek (prior paragraph).  The next most likely is the one on the Pithlachascotee study, but is only mentioned as a note on the schematic above the recommended extent of navigability.  Another one is on Suwannee system but not mentioned in the Suwannee study files.  The last one is in in Georgia.  Therefore delet the RFIDs except for the those with reachcode 03090206.  Note: "Selected 1 of multiple same name."  Add Suffix "(St Lucie County)"

(2)

d.  RFID 02450, Saint Marks River.  Renamed from the 2014 List's "St. Marks River" to match the NHD.  The likely source on the 2014 list is the draft St Marks River study.

(1) [Edited]  In NHDFlowlines, there are 2 sets, one is a natural meander through the tidal marsh at the mouth of the Apalachicola River, and the other matches the study.  Therefore delete the RFIDs except for the ones with reachcode 03120001.  Note: "Select 1 of multiple same name."  Added Suffix "(Wakulla, Leon and Jefferson Counties)"

(2)

004265

CORPS004276

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

d.  RFID 02521, Sixmile Creek.  Renamed from the 2014 List's "Six Mile Creek" to match the NHD. The likely source on the 2014 list is the St Johns study.

(1) [Edited]  In NHDFlowlines, there are several sets, the most likely is the one that directly off the St Johns River.  The others are:  a creek off Ribault river that is off the Trout River flowing to St Johns, a creek flowing into the marsh that is the headwaters of the St Johns, and an improved channel that is an extension of the Palm River off upper Tampa Bay.  Therefore delete the RFIDs except for the ones for reachcode 03080103.  Note: "Selected 1 of multiple same name." Added Suffix "(St Johns County)"

(2)

d.  RFID 02719 / "TBD.shp" / RFID 02720 West Branch.  The likely source on the 2014 list is St Johns study.

(1) [_]  In NHDFlowlines, FDEP assigned RFID to "West Branch Crabgrass Creek" and "West Branch Sopchoppy River".  The St Johns study schematic shows it at mile 22.2 as off the Trout River.  The NHDFlowline that matches has the GNIS_Name "West Branch Blockhouse Creek" GNIS_ID 00293039 is assigned RFID 02720 by FDEP.  Therefore:

(a) .  [Edited ] Delete the RFID 02719 in ACE_RFID2014 for all records where it now occurs.

(b) [Edited]  Copy RFID 002720 to ACE_RFID2014 for all records where it now occurs (see also Westbranch.shp).  Add note: "Renamed to match the NHD segment that matches the St Johns study likely source of the listing"  No suffix needed.

(2)

**14. Update to NHDWaterbodies.**  Text in paragraph 12 shown in italic.

d.  RFID 00078, Lake Ida.  *The likely source on the 2014 list is Kissimee study.*

*(1) [Edited]  In NHDWaterbody, there are several polygons, one is shown on the Kissimee study report and therefore will use this one.  One is inland of Delray but may be artificial.  The others are landlocked.  Therefore deleted the RFIDs except for the one with reachcode 03090101035618.  "Chose 1 of multiple same name"  Added Suffix "(Polk County)"*

(2) [Edited]Update.  Lake Ida flows to Reedy Lake which flows via Livingston Creek to Arbuckle Lake.  None of these are on the 2014 list therefore the Kissimee less likely to be the source.  The Lake Ida inland of Delray has docks and section 10 permit activity and there are other similar inland lakes in the vicinity that are on the 2014 list, all likely added by the local Corps office.

004266

CORPS004277

CESAJ-RD-(1200A)
SUBJECT: Edits (Multi-checks).

Therefore, remove RFID 00078 and the suffix "(Polk County)" from reachcode *03090101035618*. Then add RFID 00078 to reachcode 03090206045138 and add suffix "(Palm Beach County)".

**15. More NHDFlowlines multiples.**

d. [Edited] RFID 02800, Alligator Creek. There are several sets, none of which show on any of the study maps. Therefore select the most likely as the largest one, with docks, and closest to tide: in South Venice. Therefore delete the RFIDs except for the one with reachcode 03100201. "Chose 1 of multiple same name" Add Suffix "(Sarasota County)"

d. [Edited] RFID 02861, Christopher Creek. The likely source on the 2014 list is St Johns study. There are two sets, one matches that study. Therefore delete the RFIDs except for the one with reachcode 03080103. Chose 1 of multiple same name" Add Suffix "(Duval County)"

d. RFID 02806, Bear Creek. There are 2 on the 2014 list, one with the suffix (Bay County) and the other blank with a likely source as the St Johns study.

(1) [Edited] For (Bay County), select the segments with reachcode 03140101, retain RFID 02806, and add suffix (Bay County). Delete the RFIDs for all the other reach codes. Add note "Select 2 of multiple same name"

(1) [Edited] For the St Johns Study, select the segments with reachcode 03080102 and apply new RFID 04008 and add suffix (Putnam County). Add note "Select 2 of multiple same name"

d. [Edited] RFID 02816, Blackwater River. The likely one is the major river at Pensacolar. One of the others is in Alabama. The 3rd a small tidal waterway in the 10,000 island area. Therefore delete the RFIDs except for the one with reachcode 03140104. "Chose 1 of multiple same name" Add Suffix "(Santa Rosa and Okaloosa Counties)"

d. [Edited] RFID 02820, Blue Creek. The likely source on the 2014 list is St Johns study. There are several. This is most likely as shown as recommended. The 2nd most likely is a tributary off Salt Creek north of the Steinhatchee, shown as non-navigable in the raw North Gulf Coast Zone study notes. Therefore delete the RFIDs except for the one with reachcode 03080101. "Chose 1 of multiple same name" Add Suffix "(Lake County)"

d. [Edited] RFID 02824, Boggy Creek. The likely source on the 2014 list is either or both the Nassau or Kissimee studies. There are several sets. None in Nassau but the Kissimee matches that in the study. Therefore delete the RFIDs except for the one with reachcode 03090101. "Chose 1 of multiple same name"

14

CESAJ-RD-(1200A)
SUBJECT: Edits (Multi-checks).

Add Suffix "(Orange and Osceola Counties)" The 2nd most a tributary off the bay by Panama City. 3rd is a tributary high on the Perdido. Both no docks etc. evident.

d. [Edited] RFID 02827, Box Branch. There are 2 sets, one in Alabama and the other a tributary to Pablo Creek a tributary to the IWW. Therefore deleted the RFIDs except for the one with reachcode 03080103. "Chose 1 of multiple same name" Add Suffix "(Duval County)"

d. [Edited] RFID 02831, Britt Creek. There are 2 sets. One appears landlocked. The other off the North Fork St Lucie River. Therefore delete the RFIDs except for the one with reachcode 03090206 "Chose 1 of multiple same name" Add Suffix "(Martin and St Lucie Counties)"

d. [Edited] RFID 02835, Buck Creek. There are several sets. The most likely is a creek off of Lemon Bay. The other is extension of tidal creek south of the Steinhatchee. The 3rd is small creek within Canaveral station. Therefore deleted the RFIDs except for the one with reachcode 03100201. "Select 1 of multiple same name" Add Suffix "(Charlotte County)"

d. [Edited] RFID 02836, Buckhorn Creek. There are 3 sets. One is high on the Peace River but not named on the map in the study. Another is high on the Ecofina not named in the study. One is a creek tributary off the Sopchoppy river in that river's delta. Another is a tidal/marsh creek in Duval off the Intracoastal. Next is a small creek through bottomland off the Alafia, difficult to see if any docks present but there is a PJD and Permit issued showing Section 10. Therefore deleted the RFIDs except for the one with reachcode 03100204. "Chose 1 of multiple same name" Add Suffix "(Hillsborough County)"

d. [Edited] RFID 02837, Bull Creek. There are several. The most likely is the one that matches that recommended in the St Johns study. Therefore deleted the RFIDs except for the one with reachcode 03080103. "Chose 1 of multiple same name" Add Suffix "(Flagler County)"

d. [Edited] RFID 02839, Burn Mill Creek. There are 2 sets. One is very high on the St Marks river. The other discharges directly into West Bay by Panama City, this is the more likely. Therefore delete the RFIDs except for the one with reachcode 03140101. "Chose 1 of multiple same name" Add Suffix "(Bay County)"

d. [Edited] RFID 02842, Cabbage Creek. One is high on the St Mary's river. Another is a small tidal stream off the Gulf near the Ecofina River. The last is a tributary via Orange Creek and Little Orange Creek to Lake Ocklawaha and shown on the St Johns Study, however the creeks are not on the 2014 list. Last, and most likely, is a tidal creek off the IWW in St Johns County that has docks.

004268

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

Therefore delete the RFIDs except for the one with reachcode 03080103.
"Chose 1 of multiple same name"  Add Suffix "(St Johns County)"

d.  [Edited] RFID 02845, Camp Branch.  The likely source on the 2014 list is St
Johns study.  The most likely is one off of St Johns River just upstream the
Cross-Florida canal.  Therefore delete the RFIDs except for the one with
reachcode 03080103.  "Chose 1 of multiple same name"  Add Suffix "(Putnam
County)"

d.  [Edited] RFID 02846, Cany Branch.  The likely source on the 2014 list is St
Johns study.  The most likely is one off of Dunn Creek off of St Johns River just
upstream of Blount Island.  Therefore delete the RFIDs except for the one with
reachcode 03080103.  "Chose 1 of multiple same name"  Add Suffix "(Duval
County)"

d.  RFID 02847, Canoe Creek.  There are 3 sets.   One is a long one high on the
Escambia River.  One is a creek that connects (via what looks like to be a
culvert) Canoe Lake to the Yellow River. The 3rd is the remnant of the
channelized creek shown in the Kissimmee study.

    [Edited] Delete RFID 02487 from the segments where it now exists even
though the GNIS name is Canoe Creek (reference:  Canoe_Creek.shp).  Add
note "Chose 1 of multiple same name.  Removed non-channelized portion to
match study"

    [Edited] Add RFID 02487 to the NHDFlowline channelized segments that
connect Lake Gentry to Cypress Lake (reference:  Canoe_Creek_Channel.shp).
The topo confirms the name.  Add note "Chose 1 of multiple same name.  Added
channelized portion to match study" Add Suffix "(Osceola County)"

d.  [Edited] RFID 02851, Cat Creek.  2 are in Georgia.  One is a small creek
apparently disconnected from the Santa Fe.  One is off the Ecofina Creek
downstream of the head of navigability but not shown on the map/study.  The
most likely is a small creek on the New River in Franklin County because two
other small creeks upstream are also on the 2014 list.  Therefore delete the
RFIDs except for the one with reachcode 03130013.  "Chose 1 of multiple same
name"  Add Suffix "(Franklin County)"

d.  [Edited] RFID 02852, Cedar Creek.  The likely source on the 2014 list is St
Johns study.  One matches the schematic for that study.  Therefore deleted the
RFIDs except for the one with reachcode 03080103.  "Chose 1 of multiple same
name"  Add Suffix "(Putnam County)"  The other potential one is a creek off of
Deer Point Lake near Panama City, above the Dam.

d.  [Edited] RFID 02853, Cedar Point Creek.  The likely source on the 2014 list is
St Johns study.  There are only 2, one in Georgia and the other on the St Johns.

16

004269

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

Therefore deleted the RFIDs except for the one with reachcode 03080103. "Chose 1 of multiple same name"  Add Suffix "(Duval County)"

d.  [Edited] RFID 02863, Clark Creek.  There are 2 sets.  One a tidal creek off Gulf of Mexico north of Cedar Key.  The more likely is off the Jackson River off the Apalachicola River in Gulf County.  Though some smaller creeks nearby are not on the list, a larger creek, Saul Creek, is subject of a study, plus other larger waterways also on the list.  Therefore deleted the RFIDs except for the one with reachcode 03130011.  "Chose 1 of multiple same name"  Add Suffix "(Gulf County)"

d.  [Edited] RFID 02865, Clear Creek.  One is narrow creek upstream on the Blackwater River in Santa Rosa County but a nearby creek is not on the list.  One is tributary to Bear Creek (on the list) to Deer Point Lake above the Dam.  The most likely is one near the mouth of the Escambia River, Escambia County wide at the lower end with two utility crossing Section 10 permits.  Therefore deleted the RFIDs except for the one with reachcode 03140305.  "Chose 1 of multiple same name"  Add Suffix "(Escambia County)"

d.  [Edited] RFID 02867, Cow Creek.  The likely source on the 2014 list is St Johns study.  There is one that matches the study.  Therefore delete the RFIDs except for the one with reachcode 03080103.  "Chose 1 of multiple same name" Add Suffix "(Putnam County)"  there is another small one off the St Johns further upstream off Lake Harney but not on the schematic.  There is another directly off the Gulf of Mexico at the mouth of the Waccasassa but other tributaries shown on that map are not on the 2014 list so less likely to be source of the listing.  Remainder are small creeks with no apparent development so least likely.

d.  [Edited] RFID 02868, Cowhead Creek.  The likely source on the 2014 list is St Johns.  There is only one within Florida and matches the study.  Therefore deleted the RFIDs except for the one with reachcode 03080103.  "Chose 1 of multiple same name"  Add Suffix "(Duval County)"

d.  [Edited] RFID 02869, Cracker Branch.  2 sets.  The most likely is tributary off Deep Creek off St Johns River, matches location on schematic "West Run Deep Creek" and recommended navigable.  Therefore deleted the RFIDs except for the one with reachcode 03080103.  "Chose 1 of multiple same name"  Add Suffix "(St Johns County, St Johns River)"  the other one is off Pellicer Creek off the Matanzas River St Johns County, 2 of the 3 other tributaries nearby off that creek are not on the 2014 list (1 on the list is closer to the mouth of the river) so less likely is source.  Also permit activity on the St Johns one .

d.  [Edited] RFID 02872, Crane Creek.  The most likely is in Brevard County that off the Indian River at Melbourne that is fairly large with a marina at the mouth.  Another in Brevard County is now a residential canal network off Banana River

004270

CORPS004281

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

between Cocoa & Coca Beach  The 3rd is in Biscayne National Park.  Therefore for the most likely one delete the RFIDs except for the one with reachcode 0308020201.  "Chose 1 of multiple same name"  Add Suffix "(Brevard County, Melbourne)"

d.  [___] RFID 04009, Crooked Creek.  There are 2 on the list, one is (Martin County) and the other is <blank>.  NHD Dataset does not have such a named waterbody in Martin County.

(1)  For (Martin County).  (Following from search in April based on list of not founds provided by FDEP.).  The likely source is a man-made canal called Crooked Creek, this is a quote from the public notice for a permit authorizing dredging of same (SAJ-2010-00431).  The National Bridge Inventory also shows the bridge crossing Crooked Creek.

(a) [Edited] in NHDFlowline, add RFID 04009 (this a new one) to ACE_RFID column for the NHD segments shown by "Crooked-Creek-Martin-County-NHDFlowline".  Add ALT_NAME Crooked Creek.  Add note "Selected NHD segments matched likely source of listing"  Add Suffix "(MartinCounty)"

(b) [Edited] in NHDArea, add RFID 04009 (this a new one) to ACE_RFID column for the NHD segments shown by "Crooked-Creek-Martin-County-NHDArea".  Add ALT_NAME Crooked Creek.  Add note "Selected NHD segments matched likely source of listing"  Add Suffix "(MartinCounty)"

(See further below for additional paragraph for <blank>, the 2nd Crooked Creek on the list RFID 02873.)

Stopped Here for 21 Sep List

Started Here for 1Oct List

d.  [Edited] RFID 03112, Tiger Creek. There are 4 sets. The likely source on the 2014 list is Kissimmee study.  Therefore delete the RFIDs except for the one with reachcode 03090101.  Note "Chose 1 of multiple same name"  Add Suffix "(Polk County)"

d.  [Edited] RFID 03116, Trout Creek. There are 9 sets. The likely source on the 2014 list is St Johns Study.  Therefore delete the RFIDs except for the one with reachcode 03080103.  "Chose 1 of multiple"  Add Suffix "(St Johns County)"

d.  [Edited] RFID 03124, Walker Creek. There are 2 sets. The likely source on the 2014 list is unknown.  The likely is the one in Nassau County, it has several docks.  The other is also tidal but no structures directly on it.   Therefore deleted

004271

CORPS004282

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

the RFIDs except for the one with reachcode 03070205.  "Chose 1 of multiple same name"  Add Suffix "(Nassau County)"

d.  [Edited] RFID 03128, Wekiva River. There are 2 likely sources.

(1). The first source for the 2014 list is the St Johns study.  Therefore for the RFIDs with Reachcode 03080101, add note  "Chose 2 of multiple same name" and add suffix "(Seminole and Lake Counties)"

(2) The second source is the Wacaccassa Study.  Therefore remove RFID 03128 and replace with RFID 04010 (new one) for the segments with Reachcode 03110101, add note  "Chose 2 of multiple same name" and add suffix "(Levy County)"

Stopped Here for 1 Oct List

Ones below are coded "Oct2" on Table9 as "in progress revision of List"

**16.  Added subparagraphs to NHDWaterbodies above.**  Text in italic are copied from the paragraphs above.

d.  RFID 00029 / 04003, Lake Minehaha.  *The likely source on the 2014 list is the St Johns Study.  There are 2 separate occurrences of Lake Minnehaha in the Study, one off St Johns River and one off Oklawaha.  Other waterbodies in vicinity of both of these are also on the 2014 list.*

*(1) [Edited]  In NHDWaterbody, there are 2 polygons that match the 2 shown in the study, one in reachcode 03080102024390 will be assigned new RFID 04004 and suffix (Lake County), the other reachcode 03080101010103 retains 00029 and adds suffix (Orange County).  There were only one entry on the 2014 list but now have 2 entries.  Note: "Split into 2 entries based on draft study"*

(2) Update to NHD Waterbody

(a) [Edited] Remove RFID 00029 from ACE_RFID and change note to say "Chose 1 of multiple same name".  Further comparison of the study schematic found not all of the waters leading to this (smaller) lake Minehahaha are not on the 2014 list, therefore less likely to have been the source of putting the lake on the list.

(b)  [Edited] Retain 04004 but change note "Chose 1 of mulple same name".

d.  RFID 00098, Puzzle Lake.  *The likely source on the 2014 list is St Johns Study.*

19

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

*(1) [Edited] For the St Johns, NHDWaterbody reachcodes 03080101065319 and 03080101062329 matches the study.  Therefore delete the the RFID 00098  for all the other except these two.  "Chose 2 of multiple same name"  Add suffix (Seminole and Volusia Counties)".*

(2) Update to NHD Waterbody

(a) Note one is just a "sliver" next to the larger one, same lake.

(b) [Edited] Change note from "Chose 2…" to say "2 polygons same lake"

**17.  Added subparagraph for Crooked Creek from above.** Text in italic is copied from above.

*d. RFID 04009, Crooked Creek.  There are 2 on the list, one is (Martin County) and the other is <blank>.  NHD Dataset does not have such a named waterbody in Martin County.*

*(1)  For (Martin County).  (Following from search in April based on list of not founds provided by FDEP.).  The likely source is a man-made canal called Crooked Creek, this is a quote from the public notice for a permit authorizing dredging of same (SAJ-2010-00431).  The National Bridge Inventory also shows the bridge crossing Crooked Creek.*

*(a) [___] in NHDFlowline, add RFID 04009 (this a new one) to ACE_RFID column for the NHD segments shown by "Crooked-Creek-Martin-County-NHDFlowline".  Add ALT_NAME Crooked Creek.  Add note "Selected NHD segments matched likely source of listing"  Add Suffix "(MartinCounty)"*

*(b) [___] in NHDArea, add RFID 04009 (this a new one) to ACE_RFID column for the NHD segments shown by "Crooked-Creek-Martin-County-NHDArea".  Add ALT_NAME Crooked Creek.  Add note "Selected NHD segments matched likely source of listing"  Add Suffix "(MartinCounty)"*

 (2)  [Edited] For (<blank>), there are several NHD sets assigned RFID 02873.  The 1st is off the Escambia river through forested bottom, has a low water crossing at its mouth.  2nd in Alabama.  3rd is creek through rural area tributary to Bruce Creek to Choctawhatchee River. 4th is off West Bay and see boat ramp and docks.  5th through rural off of Dead Lake off the Chipola off the Apalachicola.  6th through undeveloped off Flat R high on the Apalachicola R.  7th and 8th are small tidal creeks off the Gulf.  9th isin Georgia. The most likely is the 4th.  Therefore, delete RFID 02873 for all

004273

CORPS004284

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

except reachcode 03140101 "Chose 1 of multiple same name"  Add suffix
(Bay County)

**18. More NHDFlowlines multiples.**

d.  [Edited] RFID 02875, Cross Creek. There are 4 NHD sets. The likely source
on the 2014 list is St Johns study.  1st set is in Georgia.  2nd connects Lochloosa
Lake and Orange Lake, both lakes on the 2014 list, creek matches the St Johns
study schematic (off of Orange Lake off of Oklawaha River, recommended
navigable) with docks and a permit.  3rd matches another Cross Creek on the St
Johns schematic, this by Lake Dexter, short one through undeveloped wetlands.
The 4th very high on Withlacoochee in forested area. iTherefore, the 2nd one is
the likely source and deleted the RFIDs except for 03080102h.  "Chose 1 of
multiple same name"  Add Suffix "(Alachua County)"

d.  [Edited] RFID 02895, East River.  There are 8 NHD sets.  1st is a tidal branch
at the delta of the Escambia River, no development.  2nd  is a creek through
bottomland parallel to the Choctawachee River (forms East River Island),
observed a footbridge crossing and some development along short stretch and a
tributary that flows to this is on the 2014 list..  3rd is part of the tidal delta of the
Apalachicola River, no development.  4th drains rural lands and flows into the
mouth of St Marks River.  5th is in 10,000 Island area, no development. 6th & 7th
tidal in Everglades National Park, no development.  8th (at Cape Canaveral) and
9th (at St Augustine) are called "Creek", not "River".  10 thin Georgia. Therefore
the 2nd is the most likely and deleted the RFIDs except for reachcode 03140203.
"Chose 1 of multiple same name"  Add Suffix "(Washington and Bay Counties)"

d.  [Edited] RFID 02901, Elbow Branch.  There are 2 NHD sets.  The likely source
on the 2014 list is St Johns study.  Both sets are on the St Johns.  The less likely
one is high upstream and not shown on the study schematic.  The other one
matches the schematic, therefore deleted the RFIDs except for reachcode
03080103  "Chose 1 of multiple same name"  Add Suffix "(Putnam County)"

d.  [Edited] RFID 02909, Fish Creek.  There are 3 HHD sets. The likely source on
the 2014 list is St Johns study.  The 1st set is on the St Johns and matches the
study schematic.  The 2nd is a small oxbow off the Oklawaha (part of St Johns
study).  The 3rd is a tidal creek off the Gulf that extends a short distance into
agricultural lands.  The 4th is a msall creek tha drains Tampa airport but has a
community dock at its mouth. .The most likely is the 1st set, therefore deleted the
RFIDs except for reachcode 03080103.  "Chose 1 of multiple same name"  Add
Suffix "(Putnam County)"

004274

CORPS004285

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

d.  [Edited] RFID 02916, Four Mile Creek. There are 5 NHD sets.  1st in Georgia. 2nd off of Choctawhatchee Bay with some commercial docks on it.  Also on the 2014 list is a tributary to this NHD set, Lafayette Creek.  Also a federal navigation project.  3rd high on Chipola through rural area.  4th high on Suwannee no clear incised connection to.  5th very high on the Econolockhatchee River in rural. Therefore, the 2nd is most likely and deleted the RFIDs except for reachcode 03140102.  "Chose 1 of multiple same name".   Add Suffix "(Walton County)"

d.  [Edited] RFID 02921, GinHouse Creek.  There are 2 NHD sets.  The likely source on the 2014 list is St Johns study.  One NHD set is in Georgia.  The other is on St Johns River.  Therefore deleted the RFIDs except for 03080103. "Chose 1 of multiple same name"  Add Suffix "(Duval County)"

d.  [Edited] RFID 02928, Harrison Creek. There are 2 NHD sets.  1st is a small creek in forested bottomland (no development) off of Brothers River but is not mentioned in the study.  The 2nd is the likely one, a tidal creek off the Amelia River with docks present  Therefore deleted the RFIDs except for reachcode 03070205  "Chose 1 of multiple same name"  Add Suffix "(Nassau County)"

d.  [Edited] RFID 02930, Haw Creek. There are 2 NHD sets.  The likely source on the 2014 list is St Johns.  One NHD set is off the Ochlockonee but is not mentioned in the study.  The 2nd set matches the St Johns schematic.  Therefore, deleted the RFIDs except for reachcode 03080103.  "Chose 1 of multiple same name"  tAdd Suffix "(Flagler County)"

d.  [Edited] RFID 02936, Hogpen Creek. There are 2 NHD sets.  One is high on the New River in the panhandle, no development.

(1) The 2nd is the likely one is a tidal creek off the IWW with development and docks on it.  Therefore deleted the RFIDs except for the one with reachcode 03080103.  "Chose 1 of multiple"  Add Suffix "(Duval County)"

(2) Appears an additional tidal channel was dug that intercepted Hogpen Creek to serve the Holiday Harbor residential development.  There is a Holiday Harbor stream listed on the 2014 list that was dropped because not sure if this artificial channel was the source of the listing.  Neither the NHD dataset and the various ages of topos do not name this channel. Therefore, will leave it dropped off the list.

d.  [Edited] RFID 02940, Honey Creek. There are 3 NHD sets. The likely source on the 2014 list is St Johns.  One of the NHD sets match the schematic. Therefore deleted the RFIDs except for reachcode  03080101.  "Chose 1 of multiple same name"  Add Suffix "(Volusia County)"  The other NHD set is small creek high on a tributary in the panhandle.  The 3rd is in Georgia.

004275

CESAJ-RD-(1200A)
SUBJECT: Edits (Multi-checks).

d. [Edited] RFID 02943, Horseshoe Creek. There are 2 NHD sets. The likely source is the one off of on the 2014 list is off of East Bay east of Panama City because a nearby creek is also on the list. The other is further east off the IWW through marsh/forested area, a creek nearby is not on the list. Therefore deleted the RFIDs except for reachcode 03140101 "Chose 1 of multiple same name" Add Suffix "(Bay and Gulf Counties)"

d. [Edited] RFID 02945, Howard Creek. There are 3 NHD sets. 1st is a small creek off Borthers River off the Apalachicola River with 2 boat ramp facilities. Not mentioned in the draft Brothers River draft study other than on the map. 2nd a small tidal creek off the Gulf. The 3rd is off Lake Myakka but that Lake is not on the list. 4th is a creek off of the North Fork St Lucie River with some docks and residential canals. One of the other small creeks nearby on same side of river is on the list (others on other side not). The last one most likely. Therefore deleted the RFIDs except for reachcode 03090206 "Chose 1 of multiple same name" Add Suffix "(St Lucie County)"

d. [Edited] RFID 02954, Jackson Creek. There are 4 NHD sets. 1 is on the Kissimee study schematic as tributary to Lake Josephine but that Lake is not on the 2014 list. The 2nd NHD set is high on the St Johns but no incised channel connection to that river. 3rd set is a tidal creek off the IWW south of St Mary's River. The 4th is in Alabama. Therefore, will use the 3rd, deleted the RFIDs except for reachcode 03070204. "Chose 1 of multiple same name" Add Suffix "(Nassau County)"

d. [Edited] RFID 02958, Johnson Slough. There are 2 NHD sets. The likely source on the 2014 list is St Johns study. 1 NHD set matches the schematic. Therefore deleted the RFIDs except for reachcode 03080103 "Chose 1 of multiple same name" " Add Suffix "(Clay County)" The other NHD set is a small tributary off Apalachicola river, no development.

d. [Edited] RFID 02960, Jones Creek. There are 3 NHD sets. The likely source on the 2014 list is St Johns Study. The 1 NHD set matches the schematic. Therefore deleted the RFIDs except for reachcode 03080103 "Chose 1 of multiple same name" Add Suffix "(Duval County). The 2nd NHD set is a short tidal stream off of the Gulf. The 3rd is in Georgia.

d. [Edited] RFID 02962, Juniper Creek. There are 15 on the list. The likely source on the 2014 list is St Johns Study. Also Little Juniper on St Johns is on the 2014 List and was selected out of multiples (below). The NHD set matches the schematic. Therefore deleted the RFIDs except for reachcode 03080101. "Chose 1 of multiple same name" Add Suffix "(Lake County)" The other NHD sets with 1 exception are in undeveloped, typically forested bottomland, the one with development shows no docks or permits. Therefore are less likely than the one chosen above.

004276

CORPS004287

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

d.  [Edited] RFID 02972, Little Black Creek. There are 2 NHD sets. The likely source on the 2014 list is St Johns study.  1 of the NHD sets match the schematic. Therefore deleted the RFIDs except for reachcode 03080103 "Select 1 of multiple same name"  Add Suffix "(Clay County)"  The other one is small one high on tributary draining to Chctawhatchee Bay.

d.  [Edited] RFID 02973, Little Cedar Creek. There are 2 NHD sets. The likely source on the 2014 list is St Johns study.  1 NHD set matches the schematic, therefore deleted the RFIDs except for reachcode 03080103 "Chose 1 of multiple same name"  Add Suffix "(Duval County)"  The other NHD set is a tributary ot Big Cedar Creek (which is not on the 2014 list) that drains to Deer Point Lake same as Ecofina.

d.  [Edited] RFID 02976, Little Juniper Creek. There are 2 NHD sets.  The likely source on the 2014 list is St Johns study.  1 set is in Alabama.  The other matches the study schematic.  Therefore deleted the RFIDs except for reachcode 03080101.  "Chose 1 of multiple same name"  Add Suffix "(Lake County)"

d.  [Edited] RFID 02979, Little Rocky Creek. There are 5 NHD sets. 1 is tributary with no development off of Rocky Creek off Choctawhatchee Bay.  1 is off the Gulf of Mexico and goes inland a distance in Dixie County with no development. 1 extends no further than the tidal marshes off the Gulf of Mexico at the power plant in Levy County.  The others are high upstream or in Alabama.  The last is the most likely because is the longest and is tributary off of Rocky Creek that is on the list but other creeks in vicinity are not on the list.  Therefore, will drop entirely because not clear which one was the source for the list.  Therefore delete the RFID 02979 from all the reachcodes.with note "Drop since multiples and do not know source".

d.  [Edited] RFID 02986, Long Branch. There are 19 NHD sets.. The likely source on the 2014 list is the St Johns study.  The 1 NHD set matches the study schematic.  Therefore deleted the RFIDs except for reachcode 03080103. "Chose 1 of multiple same name"  Add Suffix "(Duval County)"  1 of the NHD sets is off the Ecofina Creek but not mentioned in that study.  1 of the NHD sets is way high on the Suwannee and only reference in that study is on the list of tributaries.  1 of the NHD sets is directly off Old Tampa Bay through some residential (with some docks) and commercial areas but the neighboring waterways on either side are not on the 2014 list.  The remaining NHD sets are small or in Alabama/Georgia.

d.  [Edited] RFID 02987, Long Creek. There are 6 NHD sets.  2 are near each other, one off of Rocky Creek draining to Chotowachee Bay and the other draining directly to the bay, both small in forested bottomland with no development.  2 others are high on the Yellow River system no development.  1

004277

CORPS004288

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

is very high on the Manatee system.  1 parallels the north fork of the St Lucie River with some docks on it.  The last is within the Palm Coast development off of Matanzas River with some docks on it. The Big Mulberry Creek that is on the 2014 list is a tributary to this Long Creek.  Therefore this is the likely source for the list.   Therefore deleted the RFIDs except for reachcode 03080201.  "Chose 1 of multiple same name"  Add Suffix "(Flagler County)"

d.  [Edited] RFID 02995, Marshall Creek. There are 2 NHD sets.  One is high on the Chipola River through bottomland forest and crosses into Alabama. The other is the more likely one, off the tidal Tolomoka River and has a residential development at its head.  Therefore  deleted the RFIDs except for reachcode 03080201.  "Chose 1 of multiple same name" Add Suffix "(St Johns County)"

d.  [Edited] RFID 02996, Mason Branch. There are 2 NHD sets. The likely source on the 2014 list is St Johns study.  One of the NHD sets match the schematic, therefore eleted the RFIDs except for reachcode 03080103.  "Chose 1 of multiple same name  Add Suffix "(Putnam County)"  the other NHD set is a small tributary high on the Blackwater.

d.  [Edited] RFID 02998, McCullough Creek. There are 2 on the list. The likely source on the 2014 list is St Johns study.  One of the NHD sets is very high on the Peace river system.  The other NHD set is on the St Johns and therefore deleted the RFIDs except for reachcode 03080103  "Chose 1 of multiple"  Add Suffix "(St Johns County)"

d.  [Edited] RFID 03004, Mill Branch. There are 7 sets. The likely source on the 2014 list is St Johns study.  One of the NHD sets match the study schematic and is recommended navigable.  Therefore deleted the RFIDs except for reachcode located in Putnam County.  "Chose 1 of multiple same name"  Add Suffix "(Putnam County)"  The others are small and upstream on tributaries.

d.  [Edited] RFID 03006, Mills Creek. There are 3 sets.  The likely source on the 2014 list is the Nassau study.  One of the NHD sets matches the drawing in the draft study.  The 2014 list also has the other 2 neighboring creeks on that map.  Therefore deleted the RFIDs except for reachcode 03070205.  "Chose 1 of multiple same name"  Add Suffix "(Nassau County)"  One of the other NHD sets I off Lake Monroe on St Johns but not shown on the schematic.  The 3rd set does match up with the St Johns Schematic off the Econlockhatchee but the other tributaries connected to it are not on the 2014 list so less likely source for 2014 list.

d.  [Edited] RFID 03007, Moccasin Branch. There are 4, 2 in Alabama. One is off the St Johns River and matches the schematic.  The topo shows an incised stream from St Johns into the marsh, then with a break continuing past the marsh.  Will not include the part upstream of the marsh because not shown on

004278

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

the study schematic (these segments with note "not shown on study").
Therefore, deleted the RFIDs except for reachcode 03080103. "Chose 1 of
multiple same name"  Add Suffix "(St Johns County)"  The other NHD is another
small creek that drains a small civil aviation airfield but otherwised undeveloped,
tributary high on Shoal River that is tributary to Yellow River

d.  [Edited] RFID 03010, Monroe Canal. There are 2 sets. The likely source on
the 2014 list is St Johns study.  One of the NHD sets match the schematic.
TTherefore deleted the RFIDs except for reachcode 03080101.  "Chose 1 of
multiple"  Add Suffix "(Seminole County)"  The other one is the tidal residential
canal at south end of Pine Island, however the other named canals in that
system are not on the list, therefore is less likely this is the source of the 2014
list.

d.  [Edited] RFID 03013, Mud Creek. There are 6. The likely source on the 2014
list is St Johns study which is recommended navigable.  One other is in a wet but
no incised stream.  Rest are small tidal off of the Gulf.  .  Therefore deleted the
RFIDs except for reachcode 03080101.  "Chose 1 of multiple same name"  Add
Suffix "(Putnam County)"

d.  [Edited] RFID 03018, Ninemile Creek. There are 4.  The most likely one is that
shown as recommended on the St Johns Study.  The others are small high on
tributary and generally through pasture.  Therefore deleted the RFIDs except for
reachcode 03080103.  "Chose 1 of multiple same name"  Add Suffix "(Duval
County)"

d.  [Edited] RFID 03024, Open Creek. There are 2. One is a creek high on
tributary of another creek high on the Chotowatchee.  The most likely is the one
off the IWW with residential development on it.  Therefore deleted the RFIDs
except for the reachcode 03080103.  "Chose 2 of multiple same name"  Add
Suffix "(Duval County)"

d.  [Edited] RFID 03038, Peters Branch. There are 2. One is in Georgia. The
likely source on the 2014 list is St Johns study.  Therefore deleted the RFIDs
except for reachcode 03080103 that matches the schematic.  "Chose 1 of
multiple same name"  Add Suffix "(Clay County)"

d.  [Edited] RFID 03041, Pine Log Creek. There are 6 sets. The most likely one is
a tributary that eventually flows to Choctawhatchee Bay because of docks
present.   Therefore deleted the RFIDs except for reachcode 03140203 "Chose 1
of multiple same name"  Add Suffix "(Bay and Washington Counties)"

d.  [Edited] RFID 03045, Pond Creek. There are 4. The likely one is directly off of
Blakwater River at its mouth. Therefore deleted the RFIDs except for reachcode
03140104.  "Chose 1 of multiple same name" Add Suffix "(Santa Rosa County)"

004279

CORPS004290

CESAJ-RD-(1200A)
SUBJECT: Edits (Multi-checks).

d. [Edited] RFID 03046, Porpoise Creek. There are 3. The most likely is the one in the vicinity of the Steinhatchee River. Therefore deleted the RFIDs except for reachcode 03110102 "Chose 1 of multiple same name" Add Suffix "(Dixie County)"

d. [Edited] RFID 03052, Reedy Creek. There are 13. The likely source on the 2014 list is Kissimmee. The others are small. Therefore deleted the RFIDs except for reachcode 03090101. "Chose 1 of multiple same name" Add Suffix "(Osceola and Orange Counties)"

d. [Edited] RFID 03054, Rice Creek. There are 3. The likely source on the 2014 list is St Johns study. There are 2 Rice Creeks on the schematic and associated NHD segments for both. Chose the 1 with is recommended navigable. Therefore, deleted the RFIDs except for reachcode 0308010303 NOTE THIS IS 10 DIGIT (Several #'s chosen to complete river) The other one is a tributary to the Etonia Creek which is a tributary to Rice Creek! "Chose 1 of multiple" Add Suffix "(Putnam County)(One directly off St Johns River)"

d. [Edited] RFID 03055, Robinson Creek. There are 3. 1 in Alabama. The likely one is near Manatanzas Inlet with a project being developed. The other is very high on the Suwannee. Therefore deleted the RFIDs except for reachcode 03080201 "Chose 1 of multiple same name" Add Suffix "(St Johns County)"

d. [Edited] RFID 03064, Salt Springs Run. There are 2. The likely source on the 2014 list is St Johns Study. One of the 2 match the schematic. Therefore deleted the RFIDs except for reachcode 03080101 "Chose 1 of multiple same name_" Add Suffix "(Marion County)"

d. [Edited] RFID 03069, Sandy Creek. There are 6 but only 2 in Florida. The likely one is off of East Bay by Panama City that has docks. The other is off the Choctawatchee higher on that stream. Therefore deleted the RFIDs except for the reachcode 03140101. "Chose 1 of multiple same name" Add Suffix "(Bay County)"

d. [Edited] RFID 03076, Shad Creek. There are 2. The most likely is the one that connects Loughman and Salt Lakes on the upper St Johns as shown on the study schematic. Therefore Therefore deleted the RFIDs except for reachcode 03080101. "Chose 1 of multiple same name" Add Suffix "(Brevard County)"

d. [Edited] RFID 03079, Shingle Creek. There are 2. The likely source on the 2014 list is Kissimee study. Therefore deleted the RFIDs except for reachcode 03090101 "Chose 1 of multiple same name" Add Suffix "(Osceola and Orange Counties)"

d. [Edited] RFID 03086, Sink Creek. There are 2. One is very high on tributary. The likely one is on the Gulf with a boat ramp facility. Therefore deleted the

27

CORPS004291

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

RFIDs except for the reachcode 03110102.  "Chose 1 of multiple same name" Add Suffix "(Dixie County)"

d.  [Edited] RFID 03090, Soldier Creek. There are 2 on the list and 2 NHD sets.

(1) One has suffix "Escambia County".  For RFID 03090 and reachcode 03140107, add suffix "Escambia County"

(2) The other has suffix <blank> but likely source is St Johns River study. NHD segment matches the study schematic.  Therefore, For RFID 03090 and reachcode 03080101, change the ACE_RFID to 04011 (new one), add suffix (Seminole County), note "Chose 1 of multiple same name.

d.  [Edited] RFID 03095, Spring Creek. There are 10. The most likely is the one off the Gulf of Mexico with docks present.  Therefore deleted the RFIDs except for reachcode 03120001.  "Chose 1 of multiple"  Add Suffix "(Wakulla County)"

d.  [Edited] RFID 03104, Sweetwater Creek. There are 12 sets. The most likely is the one in Hillsborough County because of Rocky Creek also on the list. Therefore deleted the RFIDs except for reachcode 03100206.  "Chose 1 of multiple same name"  Add Suffix "(Hillsborough County)"

**Bob paused here 1pm Oct3rd**

**19. More NHDFlowlines multiples.**

d.  [Edited] RFID 03106, Taylor Creek. There are 3 NHD sets.  The likely source on the 2014 list is St Johns which has 2 Taylor Creeks.  1st on the schematic is small stream in marsh tributary to Tick Island Mud Lake to Harry's Creek to Dexter Lake to St Johns, not recommended as navigable in the draft study and no line segment in NHD dataset. 2nd on the schematic and 1st of NHD sets is high on the St Johns system downstream of Lake Poinsett, navigable in fact for short distance to a road.  Tributaries upstream on this Taylor Creek are not on list but other tributaries off or above Lake Poinsett are on the list, including one not recommended as navigable, therefore is possible was missed when transcribing into the list.  The 2nd NHD set is very high on the Myakka River through agricultural lands.  The 3rd NHD set is access through a navigation lock on the north shore of Lake Okeechobee with many docks and permits.  Lake Okeechobee and some of the other major navigable canals off of the Lake are on the 2014 list.  Therefore, this is the most likely one as the source for the list. Therefore, delete the RFIDs for all except reachcode 03090102.  "Chose 1 of multiple same name".  Add suffix (Ockeechobee County).

d.  [Edited Below] RFID 02880 Cypress Creek . ( no Reachcode for suggested)There are 11 NHD sets within Florida.  2 of these are tributaries to rivers with studies.  1st is on the Hillsborough:  is on the schematic as a note "not

28

004281

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

shown contiguous channel on USGS mapping" which indeed the aerial shows cypress drains to a marsh that drains to the Hillsborough, therefore unlikely this was source of the 2014 listing.  2nd is way high on the Suwannee that drains to Rocky Creek then to the Suwanee, is not shown on the study so also unlikely source of the 2014 listing.  3rd, 4th and 5th in Washington Jackson and Calhoun counties are small in rural areas high on tributaries so not likely.  6th is off the Gulf IWW in Bay county through silviculture and no development.  7th is a longer one also in Bay through agricultural lands that drains into Indian Bayou then into Lake Wimico:  Indian Bayou is not on the list but 2 other creeks of the Lake are on the list so this is a possible.  8th is fairly high on the Manatee R and runs through a residential development, but appears is simply forested bottomland preserve with no evidence of docks or permitting.  9th is small creek off of the Caloosahatchee and has at least 1 dock and permit. , 10th drains agricultural and undeveloped lands into the tip of the Loxahatchee River.  11th is small creek with no incised connection to Nubbin Slough into Lake Okechobee.   The most likely is the 9th.also because other creeks downstream  are on the list.   Therefore, deleted RFIDs except for reachcode 03090205.  Add suffix "(Lee County)".  Add note "Selected 1 of multiple same name".

d.   RFID 03128, Wekiva River. Italic text is text copied from above

> *d.   RFID 03128, Wekiva River. There are 2 likely sources.*
>
> > *(1). The first source for the 2014 list is the St Johns study. Therefore for the RFIDs with Reachcode 03080101, add note "Chose 2 of multiple same name" and add suffix "(Seminole and Lake Counties)"*
> >
> > *(2) The second source is the Wacaccassa Study.  Therefore remove RFID 03128 and replace with RFID 04010 (new one) for the segments with Reachcode 03110101, add note  "Chose 2 of multiple same name" and add suffix "(Levy County)"*

(3) [Edited] Update from above.  Delete RFID 04010 from all segments with this RFID.  After further review, is less likely this was source even though shown on the study map draining to the Wacassasa River because this drains rural area with no development and the permit/development is on the Wacassassa downstream of this.

d. RFID 01342 Coldwater Creek. The 2014 list has a single entry Coldwater Creek.  There are 3 parts to this creek:  Big Coldwater Creek, East Fork and West Fork (according to the topos).  Early in the editing modified the list to show all 3 of these.  Now, based on looking at webpages, found references to all 3 parts are simply "Coldwater Creek" (e.g.., kayaking concessions).  Therefore, will

004282

CORPS004293

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

remove the East Fork and West Fork entries for simplicity.  Suffix already added "(also East and West Forks)"

(1) [Edited] RFID 01669 East Fork.  Change the ACE_RFID from 01669 to 01342.

(2) [Edited] RFID 02727 West Fork.  Change the ACE_RFID from 02727 to 01342.

d. RFID 04003 Salt Creek(Seminole County)  Text in italic is copied from above.

*6.  Salt Creek (other than Dixie County):  There are several*

*a.  [Edited]  RFID 03062.  NHDFlowline.  Select reachcode 03080103. Add suffix "(Flagler County)".  Add note "Chose 2 of multiple same name".*

*a.  [Edited]  NHDFlowline.  Change RFID 03062 to 04003 for reachcode 03080101 (RFID 04003 is new one I added).  Add suffix "(Seminole County)".  Add note "Chose 2 of multiple same name."*

*c.  [Edited]  NHDFlowline.  Delete this RFID from the other reachcodes.*

*d.  [Done]  There are several small tidal creeks off of Gulf of Mexico.  However, there are 2 creeks by this name in the St Johns Study, and other creeks/waterbodies in the vicinity are also on the 2014 list, therefore that is the likely source of this entry on the 2014 list.  Therefore changed the single entry on the 2014 list and made it 2 entries and added the suffix for the 2 county names.*

e. [Edited] Update. Remove RFID 04003 from ACE_RFID with note "Chose 1 of multiple same name".  Update to preclude adding an entry to the list.  Between the two, this is the lesser likely choice because is further upstream and is not as prominant on the schematic so may have been missed.

f. [Edited] Update.  For RFID 03062, change note to "Chose 1 of multiple same name"

d.  RFID 04005, Salt Lake (Brevard County).  The text in italic is from above.

*d.  RFID 00100, Salt Lake.  The likely source on the 2014 list is either the Anclote or St Johns Studies.*

*(1) [Edited]  In NHDWaterbody, there are 2 polygons.*

004283

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

*(a) the polygon with reachcode 03100207003057 matches the Anclote study.  Therefore, add the suffix (Pinellas County).  Note "Inserted 2nd Salt Lake since in 2 studies"*

*(b) the polygon with reachcode  03080101009886 matches the St Johns study.  Therefore, change the RFID from 00100 to 04005 (a new one).  Add Suffix "(Brevard County)"  Note "Inserted 2nd Salt Lake since in 2 studies"*

(2) [Edited] Update.  Remove 04005 from the ACE_RFID column of NHD Waterbody.  Change note to read "Chose 1 of multiple same name".  Update to preclude adding an entry to the list.  Between the two, this is the lesser likely choice because is fairly high upstream on St Johns, flows to the St Johns through other Lakes, and the Salt Lake in Pinellas County is on an approved study and has docks and permit activity..

(3) [Edited] Update.  For RFID 00100 of NHD Waterbody, change note to "Chose 1 of multiple same name"

d.  RFID 04006 Sawgrass Lake.  The following text is from above.

*d.  RFID 04006, Sawgrass Lake.  The likely sources on the 2014 list is Withlacoochee and St Johns studies.*

*  *  *

*(2) in NHDFlowline,*

*(a) [Edited] For the Withlacoochee, the NHDFlowline segment that matches the USGS topo that matches the diagram on the study is Permanent_ID 167195404 within reachcode 03100208018863, see shapefile "Sawgrass_Lake_NHDFlowline_Pasco.shp".  Assign this RFID 04006 (new one), Add suffix (Pasco County).  Note "Inserted 2nd Sawgrass Lake since in 2 studies"*

*  *  *

*(3) in NHDArea, for the Withlacoochee, Sawgrass Lake occupies only the southernmost portion of the NHDArea polygon (that is unnamed) that itself is associated with the Withlacoochee River NHDFlowline segment.*

(4) [Edited]  Update.  In NHD Flowline, remove RFID 04006 for all segments.  Add note "Sawgrass Lake.  Above approved study" The purpose of this update is to preclude adding an entry to the list.

004284

CORPS004295

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).


This update may already have taken place as result of removing segments above head of navigation.

**Bob stopped here 1pm Oct4th**


**>> below are Oct 10 QC.  Text in gray italic is from above.**

**20.  More edits.**


*d.  [___] RFID 02880 Cypress Creek . ( no Reachcode for suggested) .\*\*\*\* Therefore, deleted RFIDs except for reachcode 03090205.  Add suffix "(Lee County)".  Add note "Selected 1 of multiple same name".*

[Edited] CypressCreek01.shp.  This shapefile has the segments that are to be retained.  The reachcode looks same to my tired eyes. Add note "Chose 1 of multiple same name"

[Edited] CypressCreek02.shp .  This shapefile has the segments to be removed, i.e., remove 02880 from ACE_RFID.  Add note "Chose 1 of multiple same name".

*d.  RFID 02806, Bear Creek.  There are 2 on the 2014 list, one with the suffix (Bay County) and the other blank with a likely source as the St Johns study.*

*(1) [Edited] For (Bay County), select the segments with reachcode 03140101, retain RFID 02806, and add suffix (Bay County).  Delete the RFIDs for all the other reach codes.  Add note "Select 2 of multiple same name"*

*(1) [Edited] For the St Johns Study, select the segments with reachcode 03080102 and apply new RFID 04008 and add suffix (Putnam County).  Add note "Select 2 of multiple same name"*

[Edited] BearCreek01.shp.  This shapefile has the segments where DEP_RFID = 02806 except for those where the suffixes were added to the Bay County and Putnam County segments.  For the segments in this shapefile (without a suffix), the RFID needs to be removed from ACE_RFID.   Also, add the note "Select 2 of multiple same name" for the segments thus edited.

*d.  [Edited] RFID 03041, Pine Log Creek. There are 6 sets. The most likely one is a tributary that eventually flows to Choctawhatchee Bay because of docks present.   Therefore deleted the RFIDs except for reachcode 03140203 "Chose 1 of multiple same name"  Add Suffix "(Bay and Washington Counties)"*

004285

CORPS004296

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

[Edited]PineLogCreek01.shp  For these segments, remove RFID 03041 from ACE_RFID

**d.  New (stray)**.  RFID 03041, Depot Creek.

[n.a.] DepotCreek01.shp matches the older scaned topos.  So leave along.

[Edited] DepotCreek02.shp appears to be a marshy area with no apparent connection to DepotCreek01.shp but is connected to unnamed canal DepotCreek03.shp.   therefore,remove RFID 03041 from ACE_RFID and add not "appears not connected to Depot Creek".

*d.  [Edited] RFID 02845, Camp Branch.  The likely source on the 2014 list is St Johns study.  The most likely is one off of St Johns River just upstream the Cross-Florida canal.  Therefore delete the RFIDs except for the one with reachcode 03080103.  "Chose 1 of multiple same name"  Add Suffix "(Putnam County)"*

Error.  Use 10 digit reachcode 0308010303.

[Edited] CampBranch01.shp.  For these segments, remove the suffix "(Putnam County)" and remove RFID 02845 from the ACE_RFID column.

[n.a.] CampBranch02.shp. This is the chosen set of segments. Attributes OK.as-is.

*d.  [Edited] RFID 02986, Long Branch. There are 19 NHD sets.. The likely source on the 2014 list is the St Johns study.  The 1 NHD set matches the study schematic.  Therefore deleted the RFIDs except for reachcode 03080103.  "Chose 1 of multiple same name"  Add Suffix "(Duval County)"  1 of the NHD sets is off the Ecofina Creek but not mentioned in that study.  1 of the NHD sets is way high on the Suwannee and only reference in that study is on the list of tributaries.  1 of the NHD sets is directly off Old Tampa Bay through some residential (with some docks) and commercial areas but the neighboring waterways on either side are not on the 2014 list.  The remaining NHD sets are small or in Alabama/Georgia.*

Error.  Use 10 digit reachcode 0308010300.

[Edited] LongBranch01.shp.  For these segments, remove the suffix "(Duval County)" and remove RFID 02986 from the ACE_RFID column.

[n.a.] LongBranch02.shp. this is the chosen set of segments.  Attributes OK as is.

[__]

004286

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

d.  **New (strays)**.

RFID 02523, Sixteenmile Creek. Sixteenmile creek is ok, is not a multi, and should have a connecting tributary Deep Creek, see below.

2.  Deep Creek:  [Edited]  RFID 02885.  NHDFlowline.  Select reachcode 03100101.  Add suffix "(Charlotte-Desoto Counties)"  Add note "Chose 1 of multiple same name  Delete this RFID from the other reachcodes.  This in the approved Peace study, is near tidal and has houses.  Another is in draft St Johns study but no development.  Others small.

Upon further re-look at the 3 Deep Creeks, the original choice (one on Peace River) is less likely.  One of the reasons is none of the other tributaries on Peace River are on the 2014 list.  Other reasons is two other creeks drain to this one (Sixteen mile creek and Cracker Branch);  is tidal; all 3 shown on the schematic and and recommended in the draft study; and these tribs have permit activity.

[Done19Oct] Remove RFID 02885 and suffix "(Charlotte-Desoto Counties) from the existing segments (on Peace River) both in the NHD Flowline and Table 9/ List.

[Done19Oct] Add RFID 02885 and Suffix (St Johns County) to the segments in that County shown by DeepCreek2nd_Add.shp to complete the network of tributaries.

RFID 01988, Lake Ashby Canal and RFID 00011 Lake Ashby are both ok, not a multi, and should have a connecting tributary Deep Creek3rd, see below.

Done19Oct   Add RFID 01988 to the NHD segments for the portion of Deep Creek that connect it to the St Johns River.  Add note "De facto extenson of the canal"  Add to Table9/List the suffix "Lake Ashby Canal (and Deep Creek)" This provides the segments to add to the list that will "complete" the network of tributaries.  Suffix will be (Volusia County). Lake Ashby via its canal drains to Deep Creek that drains to the St Johns and is shown on the on St Johns study schematic.  Deep Creek is intercepted further upstream (where the canal comes in) by a diversion canal.  The intervening area is now a marsh. The older topos indicates no incised channel probably because the upooper part is intercepted by Deep Creek Diversion Canal not shown on the study schematic.

[Edited]  LakeAshbyCanal02.shp.  For the segments in this shapefile, in NHDFlowline, populate ACE_RFID with RFID 01988, enter ALT_Name "Lake Ashby Canal", add note (Segments assigned consistent with topo)" These segments extend the said canal south to its intersection with Deep

34

004287

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

Creek and thereby completing the tributary network.  Is consistent with the St John's schematic.

d. **New (stray)** RFID 00010, Lake Apopka.

[Edited] ApopkaBeauclercCanal01.shp.  For the segments in this shapefile, in NHDFlowline, assign RFID 01987 to ACE_RFID.  Add ALT_NAME 'Apopka Beauclair Canal"(Already in the GNIS_Name field so did not add to ALT).   These segments match the topo and the St Johns study schematic and provide the missing connection to Lake Apopka.

[ForNextEdition] DoraCanal_Add.shp. Add Dora Canal to the list.  For the segments in this shapefile, add RFID xxxx to ACE_RFID. This will provide the missing connection downstream of Lake Apopka.

d. RFID 03052, Reedy Creek.

*[Edited] RFID 03052, Reedy Creek. There are 13. The likely source on the 2014 list is Kissimmee.  The others are small. Therefore deleted the RFIDs except for reachcode 03090101.  "Chose 1 of multiple same name" Add Suffix "(Osceola and Orange Counties)"*

Error:  needed to use the 12 digit reachcode to select.

[Edited] ReedyCreek01.shp.  For the segments in this shapefile, in NHDFlowline, remove RFID 03052 from ACE_RFID and remove the note.

d. **New (stray)** RFID 01397, Bonnet Creek.

[Edited] BonnetCreek01.shp.  For the segments in this shapefile, in NHDFlowline, remove RFID 01397 from ACE_RFID.  Note "Not likely is source for List".   This Bonnet Creek drains through Arbukle to Lake Istapoka on Kissimmee, but Arbukle not on list and not recommended.  More likely is the one recommended in St Johns study.

[Edited] BonnetCreek02.shp.  This polygon is "clipped" from the Lake Jesup polygon out of NHDWaterbody.shp.  Assign ACE_RFID to be 01397, add ALT NAME Bonnet Creek, note "this consistent with topo and study".  Add note to the ALTERED field.  This is a very small creek off of Lake Jesup but does not have a NHD Flowline.  Recommended on St Johns schematic.  Small creeks on either side of this one also on the 2014 list.

[Edited]LakeJesup_less_BonnetCreek.shp.  This is the remainder of the NHDWaterbody polygon after clipping off Bonnett Creek.  Add note to the ALTERED field.

004288

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

> [Done 19Oct][ForNextEdition] On Table9/List, for Bonnet Creek, add suffix "(Seminole County)"

d. **New (stray)** RFID 01984, L-8 Canal.

> L-8_Canal.shp is the only NHDFlowline segment of this canal that was selected by FDEP (i.e., assigned RFID 01984).  The following edits capture the full extent of this canal from Lake Okeechobee to the West Palm Beach Canal.  Extent based on topo scans, SFWMD's facility_map-overview.pdf, CorpsProjectMapBook54-CandSF.pdf, and the line segments named L-8 in the HYDROEDGE dataset within SFWMD's ArcHydro Enhanced Database (L-8_Canal_From_HYDROEDGE.shp)

> L-8_Canal01.shp and L-8_Canal02.shp represents the full extent of the L-8 canal.  These 2 polygons are both clips of 2 larger polygongs in the NHDArea layer.

>> [ ] For NHDArea, for the 2 polygons within the dataset, split the polygons same, add note to the ALTERED fields, add RFID 01984 to the ACE_RFID, add to ALT NAME "L-8 Canal"

>> [Edited] For NHDFlowline, select the segments within these polygons that represent the canal (not the tributary lines), add RFID 10984 to ACE_RFID, add ALT NAME L-8 Canal.

d. **New (stray)** RFID 01462, C-24 canal.

> C-24_Canal-2StraySegments.shp show 2 stray NHDFlowline segments with no GNIS name.

>> [Edited] in NHDFlowline, select the additional segments so that the entire C-24 canal is represented using SFWMD's facility_map-overview.pdf, CorpsProjectMapBook54-CandSF.pdf, and the line segments named C-24 in the HYDROEDGE dataset within SFWMD's  ArcHydro Enhanced Database.

**21.  More edits.**

>> below is MFR to distribute for relook at "drops"  Text in gray italic from other places this MFR.

**MEMORANDUM FOR RECORD**

SUBJECT:  Not Founds.

004289

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

**1.  Lake Seminole (Leon County):**  Not found after searching multiple sources.  There are 3 Lake Seminoles on the list.  1st has suffix (Gadsen, Jackson Counties) and has been found/mapped.  2nd is in (Pinellas County) and that has been mapped.  3rd has suffix (Leon County) and has not been found.  There are in Florida known to be 4 Lake Seminoles and 1 Seminole Lake, but none in Leon County.  See LakeSeminole_many.kmz.

> *10.  Lake Seminole.*
>
> > *a.  [No Change]  RFID 00038 for (Gadsen, Jackson Counties) is OK as-is in NHD_Waterbody attribute table.*
> >
> > *b.  [Edited]  RFID 00040 for (Pinellas County).  Edit the NHD Waterbody attribute table to insert 00040 into ACE_RFID2014 column and to insert the suffix "(Pinellas County)".*

No replies to MFR indicating location found.  Will remain Dropped.

**2.  Moore's Creek (Martin County):**  Have not found this after search multiple sources.  There are 2 Moore's Creeks on the list.  1st is "Moore's Creek (Martin County)".  This is the one not found.  The 2nd is just plain "Moore's Creek" (no suffix).  The 2nd one is probably the Moore's Creek in Ft Pierce in St Lucie County, compared to other 3 known Moore [singular] Creeks: 2 in Santa Rosa and 1 in Brevard.  See Moore_Creek_Many.shp.

> After querying RD Staff, none found in Martin County.  Ones who replied indicated the Moore's Creek in St Lucie County.  One agreed with hypothesis what this Moore's Creek was submitted for inclusion in the list by 2 persons and one of them had wrong county but listed twice.  The topo and GNIS has this as a singular but is referred to locally in other documents/web pages in the plural.
>
> [Done 19OCT] Remove RFID 02191 from ACE_RFID since segments neither in Martin County or St Lucie County.
>
> [Done 19OCT] Add RFID 02190 to segments Moore Creek in St Lucie County.  Add suffix "St Lucie County"  Note "Chose 1 of multiple same name" Update Table 9 / List.
>
> [Done 19OCT] Remove Moores Creek (Martin County) from List / Table 9.

**3.  NN Creek:**  Dropped because cannot find a confirm a waterway by this name.  Maybe why this is on the list is because St Johns Draft Navigability Study schematic has several unnamed creeks labeled "NNC"?

> [Done 19Oct] In response to memo, member of staff identified the NN Creek to be one in identified one in Brevard County connecting Loughman Lake.  Therefore, restore to list with suffix Brevard County.  Add RFID 04012 to

004290

CORPS004301

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

NHDFlowline segment between that lake and the next one.  Add alt name.  Add note Local Name.

**X.  Summer Haven River:**  Dropped because cannot confirm a waterway by this name.  Possibly a local name for the portion of the Mantanzas River at the community of summer haven at the Mantanzas Inlet south of St Augustine.  See Summer_Haven_River.kmz.

[Done 19Oct]  Member of staff confirmed the waterway is the local name identified above.  Therefore restore to list with suffix St Johns County.. Add RFID 04013 to the 3 portions of the NHDArea clipped off from the larger portion.  Add Alt Name.  Add note "Local Name".  Add "Altered"

**4.  Crooked River:**  Dropped 1 of the 2 Crooked Rivers on the list because could not find.  The 1st one on the list is "Crooked River (Franklin County)".  That one has been found and mapped.  The 2nd is just plain "Crooked River" (no suffix).  Have not found a 2nd river in Florida officially named this.  This may be a local name for the Withlacoothee River in Hernando County based on the presence of a Crooked River Campground within the Withlacoochee State Forest located on Silver Lake (the Withlacoochee River flows into and out of Silver Lake).   This may also be a local name for a portion of the Palatlakaha River in Lake County between Lake Louisa and Lake Susan / Lake Minnehaha based on the presence of the Crooked River Preserve (and hiking trail) on Lake Louisa Road, Clermont, FL.

[Done 19Oct]  In response to memo, member of staff contirmed is the 2nd local name one identified above. Therefore, restore to list with suffix Lake County.  Add RFID 04014" to NHDFlowline segments between these 2 Lakes.  Add Alt Name.  Add note "Local Name"

**5.  Ward Lake:**  There are 2 of these on the list.  One on the list is "Ward Lake (Manatee County)" and the other is "Ward Lake" (no suffix).  Dropped the "Ward Lake" (no suffix) because the only other Ward Lake found is in Dixie County but appears landlocked and therefore unlikely to be the source for putting on the list.  See WardLake.kmz.

*d.  RFID 00107, Ward Lake.  Is listed twice on the list, once as "(Mantee County)" and again with no suffix.  Are 2 Ward Lakes in the NHD but the one in Dixie County is very unlikely (appears landlocked).  Therefore, dropped the blank one from the 2014 list with note "Drop.  Only 1 Ward Lake in NHD." [Edited]*

*(1) [Edited] The Ward Lake in the NHD Waterbody layer is in Dixie county and appears to be landlocked.  Therefore, removed RFID 00107 from this one.  "Dropped since not match the Manatee study likely source of the 2014 listing"].*

*(2) [Edited]  The likely source is the Manatee River study.  The study shows "Evers Reservoir (formally Ward Lake)"  The NHD Waterbody polygon*

38

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

*that matches the study location is "Ward Lake" with DEP_RFID of 00057. Therefore, copied 00057 into ACE_RFID2014.  Edited Table9.*

No replies to MFR indicating location found.  Ward Lake (no suffix) will remain Dropped.

Note, Ward Lake (Manatee County) 00057 was dropped because above approved study headwater (MFR Historical0

**X.  Myakkahatchee Creek:**  Dropped because cannot confirm a waterway by this name.   Possibly is a local name for Big Slough inside Myakkahatchee Creek Environmental Park.  See Myakkahatchee_Creek.kmz.

[Done 19Oct] Upon further examination, is very probable this local name was the source for putting on the list. Therefore, restore to list with suffix Sarasota County.  Add RFID 04015 to NHDFlowline segments with GNIS Name "Big Slough".  Add note Local Name.  Add Alt namer.

**X.  Holiday Harbor:**  Dropped because cannot confirm a waterway by this name.  Possibly is a local name for an artificial tidal canal dug that intercepted Hogpen Creek to serve the Holiday Harbor residential development in Duval County.  See Holiday_Harbor.kmz.

*d.  [Edited] RFID 02936, Hogpen Creek. There are 2 NHD sets.  One is high on the New River in the panhandle, no development.*

*(1) The 2nd is the likely one is a tidal creek off the IWW with development and docks on it.  Therefore deleted the RFIDs except for the one with reachcode 03080103.  "Chose 1 of multiple"  Add Suffix "(Duval County)"*

*(2) Appears an additional tidal channel was dug that intercepted Hogpen Creek to serve the Holiday Harbor residential development.  There is a Holiday Harbor stream listed on the 2014 list that was dropped because not sure if this artificial channel was the source of the listing.  Neither the NHD dataset and the various ages of topos do not name this channel.  Therefore, will leave it dropped off the list.*

*d.  [__] RFID 02936, Hogpen Creek. There are 2 NHD sets.  One is high on the New River in the panhandle, no development.  The 2nd is the likely one is off the IWW with development and docks on it.  The original creek was modified by a channel dug for the Holiday Harbor residential development.  Therefore deleted the RFIDs except for the one with reachcode 03080103.  "Chose 1 of multiple" Add Suffix "(Duval County)"*

Done 19Oct] Upon further examination, is very probable this local name was the source for putting on the list. Therefore, restore to list with suffix Duval County.

004292

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

Add RFID 04016 to NHDFlowline segments for the artificial canal going to this subdivision.  Add ALT Name.  Add note "Local Name"

**X.  Little Rocky Creek:**  There is 1 on the list and 4 in Florida.  Dropped because none of the 5 stood out as the one likely to be the source for the list.   1st is in Walton County, a tributary through rural lands with no development off of Rocky Creek off Choctawhatchee Bay.  2nd is in Dixie County and goes inland a distance with no development and no nearby creeks are on the list.  3rd in Levy County extends no further than the tidal marshes off the Gulf of Mexico at the power plant.  4th is in Jackson County very high on the tributary.

*d.  [edited] RFID 02979, Little Rocky Creek. There are 5 NHD sets. 1st is tributary with no development off of Rocky Creek off Choctawhatchee Bay.  1 is off the Gulf of Mexico and goes inland a distance in Dixie County with no development.  1 extends no further than the tidal marshes off the Gulf of Mexico at the power plant in Levy County.  The others are high upstream or in Alabama. The 1st last is the most likely because is the longest and is tributary off of Rocky Creek that is on the list but other creeks in vicinity are not on the list.  Therefore, will drop entirely because not clear which one was the source for the list. Therefore delete the RFID 02979 from all the reachcodes.with note "Drop since multiples and do not know source".*

==Done 19Oct== Upon further examination, is very probable the 1st was the source for putting on the list because is a larger creek than other tribs and not far from the mouth. Therefore, restore to list with suffix Walton and Okaloosa Counties. Add RFID 02979 to NHDFlowline segments for this creek in those counties. Note Chose 1 of multiple same name.  Add suffix.

**10.  Wrights Creek (Walton County):**  There are 2 Wrights Creeks on the list, one with the suffix "(Walton County)" and the other without a suffix.  The entry on the list without a suffix is probably the Wrights Creek in Holmes County, because there is a river in that county on the topos and has a boat ramp.  However, have searched multiple sour ces and not found one in Walton County.  There is a possibility this was on the list in error because the Wrights Creek in Holmes County is a tributary to the Choctawatchee River which further south provides the boundary to Walton County.  Maybe there is a locally named creek in Walton County named after a W.T. Wright was one of the surveyors who laid out DeFuniak Springs and the railroad alignment.

[==Done19Oct==][For future edition]   For segments with RFID 03137, added suffix "(Holmes County)" with note "Added suffix based on mapped location".  Added suffix to List / Table 9.

[==Done19Oct==][For future edition] .  Drop off table 9 / list the one with (Walton County) since cannot find.

004293

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).


No replies to MFR indicating location found.  Wrights Creek (Walton County) will remain Dropped.


**22.  More edits.**

>> below are other results of Oct 16 relook at "drops".  Text in gray italic from other places.

a.  Little Mud Creek:  clip area.

During relook, noted was dropped because there was no NHD segment.  However, now this is a small tidal area north of Hutchinson Island south of Ft Pierce.   Therefore, restore to Table9/List with suffix "St Lucie County"

a.  [Done19Oct]  Clip of NHD Area.  Enter '04017' into the ACE_RFID column.  Add "Altered".  Add note "As shown on Topo"  Add Alt Name.  Add suffix "(St Lucie County)".

b.  Indian Creek:

*a.  Indian Creek:  [Edited] RFID 02951.  NHDFlowline.  Drop entirely (delete this RFID from ACE_RFID2014).  Add note "Drop since multiples and do not know source where name added to list".   Only reference is on 1965 list located in Miami Beach.  NHD does not show Miami Beach one.  Most likely one of many is tidal creek in marsh off IWW north of St Augustine.*

During relook of "drops", noted there are 2 on the list, neither with a suffix.  There are 6 NHD Sets.  1st in Manatee County, rural area not connected (marsh at downstream end).  2nd very high on the Hillsborough River.  3rd in Hernando County where lowere poart is canal and residential.  4th in Walton county very high on the river and rural.  5th is St Johns County tidal and nearby small tidal creeks are on the list.  Therefore, add both the 3rd and 5th this back onto Table9/List

a.  [Done19Oct]  5th IndianCreek_Add.shp.  For these 2 NHD segments, enter '02951' into the ACE_RFID column.  Add suffix "(St Johns County)".

b.  [Done19Oct]  3rd. For these NHD segments, enter '04018' into the ACE_RFID column.  Add suffix "(Hernando County)".   "Chose 2 of multiple same name".

c.  Johnson Creek:  There are 2 of these on the list.  One on the list is "Johnson Creek (Gulf County)" and the other is "Johnson Creek" (no suffix).

41

004294

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

**4.  Johnson Creek (other than in Gulf County):**  [Edited]  RFID 02957. NHDFlowline.  Drop entirely (delete this RFID from ACE_RFID2014.  Add note "Drop since multiples and do not know source where name added to list".  Two most likely are tidal off Gulf of Mexico and have no houses.

Johnson Creek (Gulf County) assigned RFID 01947.

Johnson Creek <blank> assigned 2957.  Johnson Creeks other than Gulf County are as follows.  2nd high on Apalachicola River and is connected via marsh to the river. 3rd tidal in Dixie County goes inland a bit (rural area).  4th in Citrus County small tidal creek not extend outside the marsh.  5th in Manatee County very high on the Myakka River.  The 3rd is most likely and also discovered nearby small tidal creeks are also on the list.  Therefore, add this back onto Table9/List with suffix (Dixie County).

a.  [Done19Oct]:  For these  NHD segments in Dixie County, enter '04019' into the ACE_RFID column.  Add suffix "(Dixie)".  For all NHDFlowline segments with DEP_RFID = '02957, change the note (Edit2014 column) to say "Chose 2 of multiple same name".

b. Middle River:

On the list is Middle River <no suffix> and Middle River (South and North Forks).

The Middle River <no suffix> was originally dropped because was a duplicate.

The Middle River his is incorrect.  Is RFID 03003.  Therefore, restored to the list.

The Middle River (South and North Forks) was incorrectly coded as RFID 03003. In reality, these are two NHD Flowline Segments, RFID 02550 (South Fork Middle River) and RFID 02244 (North Fork Middle River).  Since is combined on the list, will assign RFID 04020 to both of these sets of NHD Segments.

a.  [Done19Oct]  For Segments assigned 03003 (both ACE_RFID and DEP_RFID), remove suffix "(South and North Forks)"

a.  [Done19Oct]  For Segments assigned 02550 and 02244" (DEP_RFID), assign 04020 in the ACE_RFID column.  Add note ""Combined NHD Segments to match name on list"  Add ALT name "Middle River (North and South Fork)"

d.  RFID 00077, Lake Harris / Little Lake Harris.  The likely source on the 2014 list is St Johns.

(1) [Edited]  In NHDWaterbody, there are several polygons. The one with reachcode 03080102029073 is shown on the St Johns study.  Therefore deleted

42

CORPS004306

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

the RFIDs for the others except for this one.  Add note "Chose 1 of multiple same name"  Added Suffix "(Lake County)"

The Topo and List show Lake Harris and Little Lake Harris, but the NHD Area combines as a single polygon.

a.  [Done19Oct]  Split the NHD Area polygon into 2 pieces, assign the piece corresponding with Little Lake Harris as RFID 04021.  Add ALT Name.  Add note:  split NHD polygon to match topo names.

e.  RFID 01847, Haynes Creek / Haines Creek.

The List has a Haynes Creek and a Haines Creek.  Early in the effort Haines Creek was renamed to Haynes Creek to match the NHD name.  Result are two Haynes Creeks on the list.

Haines Creek is shown on the St Johns study between Lake Griffin and Lake Eustis.  NHD Segments for 01847 match this and the topo and the topo shows Haines as the spelling.  NHD spells Haynes.  Therefore, on the Table9/list remove the 2nd Haynes Creek and add back Haines Creek. [Done19Oct

There is no Haines Creek in the NHD and only one location in the NHD with spelling Haynes Creek (which is the location of Haines Creek).  A search of the internet shows Haynes and Haines used interchangibly, e.g.., the park is called Haynes and is located on the Haines.  No other Haynes found in searching, therefore possibility was 2 different individuals provided these names not knowing are the same geographic feature.  Will remove Haynes Creek off the list and add suffix to (a.k.a. Haynes Creek) to Haines Creek.

f.  RFID 02249, North New River Canal / New River Canal off LO

The List has a "North New River Canal" and a "New River Canal off LO". Early in the effort "New River Canal off LO" was renamed to "North New River Canal" match the NHD name.  Result are two North New River Canals on the list. There is a New River Canal but is not off of Lake Okeechobee confirmed by search of NHD and other sources. Possibility was 2 different individuals provided these names not knowing are the same geographic feature. Therefore, will delete the duplicate. Done19Oct

f.  RFID 03019, Norris Dead River / Morris Dead River

The List has a "Norris …" and a "Morris .." Early in the effort "Morris …" was renamed to "Norris … "   Result are two Norris's.  There is only one Norris in NHD and other searches.  Web search found a Morris in a report by the Nationwl Wildlife Refuge but was a mis-spelling of Norris. Possibility was 2 different

004296

CORPS004307

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

individuals provided these names not knowing are the same geographic feature. Therefore, will delete the Morris. Done19Oct

**23.  More edits.**

>> below are results of additional rounds of QC (some also above).  Text in gray italic from other places.

d.  [Edited] RFID 03090, Soldier Creek. *There are 2 on the list and 2 NHD sets.*

*(1) One has suffix "Escambia County".  For RFID 03090 and reachcode 03140107, add suffix "Escambia County"*

*(2) The other has suffix <blank> but likely source is St Johns River study. NHD segment matches the study schematic.  Therefore, For RFID 03090 and reachcode 03080101, change the ACE_RFID to 04011 (new one), add suffix (Seminole County), note "Chose 1 of multiple same name.*

Discovered the NHD segments assigned for Escambia County are outside Florida.  Clif Payne showed where the one is within Escambia County.

(3) [Edited]  Removed RFID 03090, suffix and note from the prior segments, added note "In Alabama".  For selected segments, added RFID 03090 to ACE-RFID, added suffix (Escambia County), added note "Selected based on local knowledge", added ALT NAME "Soldier Creek"

d.  RFID 03055, Robinson Creek. *There are 3. 1 in Alabama. The likely one is near Manatanzas Inlet with a project being developed.  The other is very high on the Suwannee.  Therefore deleted the RFIDs except for reachcode 03080201 "Chose 1 of multiple same name"  Add Suffix "(St Johns County)"*

Observed segments coded historic in Alabama?

[Edited]  Removed 03055 from Historic field for the segments in Alabama.

[Edited]  Removed 03055 from Historic field for all the other segments since is not shown on MFR_Historical.

d.  RFID 02894, East Creek.  There are 3 sets of NHD segments.  Chose 1st of multiple as most likely.  1st tidal in St Johns with other similar creeks nearby on list.  2nd is in Merrit Island but no connected by other waters on the list.  3rd is on Florida Bay in Everglades.

[Edited]  Removed 02894 from segments except for St Johns County. Added suffix (St Johns County).

d.  RFID 03109, Thomas Creek.  There are 3 sets of NHD segments.  Chose 1st of multiple as most likely.  1st is off Nassau River and other nearby creeks on the

004297

CORPS004308

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

list and is tidal.  2nd is high on the Escambia River, but downstream end is interrupted by a marsh, drains to a River that is not on the list, then to the Escamba.  The 3rd set is not in Florida.

[Edited]   Removed 03109 from segments except for Nassau River.. Added suffix (Nassau and Duval Counties).

**24.  More edits.** Made for Retained Waters Extract of 26 Feb

a.  NHDFlowlines. Removed 722 segments that were outside of Florida.  Set ACE_RFID2014 to NULL.  Added to Edit2014 the note "Outside of Florida"

**25.  More edits.** Made edits to the master after sending Retained Waters files to DEP on 26 Feb (edits made in the extracted/transmitted file)

a.  NHDFlowlines.  Removed 2 more segments that were outside Florida.  Permanent ID 35160618 (Pea River) and 133129715 (Chattahoochee River) that dipped down then back out of Florida.

a.  [TO DO] NHDAreas.  Clip/Remove those with ACE_RFID2014 that are outside of Florida.

**26.  More edits.** To the master after the telcon w/ FDEP 1 March

a.  RFID 02315 Phelps Creek off of Lake Jessup 0079.  Originally RFID 0315 was a clip of the NHDArea for Lake Jessup but overlap remained in the NHDWaterbody.  Therefore, NHDWaterbody split so now a polygon for 0315 and remainder for 0079 and the 02315 removed from the polygon in NHDArea.

a.  Gap between Caloosahatchee River and Lake Okeechobee.  During telcon, FDEP GIS folks indicated odd not connected.  This is a federal navigation project so should be.  Further examination found that the segments assigned ACE-RFID 02000 (Caloosahatchee River) those are from the mouth then upstream to the Ortona Lock (matching the GNIS Name).  The segments between the lock and Lake Okeechobee (Moore Haven) have GNIS Name of Caloosahatchee Canal (not river), RFID 01471 but that is not on the 2014 List (is on the Supplement).  The Topos give this 2 names, Caloosahatchee Canal and Okeechobee Waterway (the federal project name).  The "Lake Okeechobee Waterway" RFID 02000 is on the 2014 list.  Therefore, will code these segments as 02000.

(1) NHDFlowline.  For the segments between Ortona Lock and Moore Haven, assigned ACE_RFID2014 to be 02000 (waterway).  In Edit2014 added note ""Is also named the Okeechobee Waterway"

(2) NHDArea.  Equivalent edits made.

45

004298

CORPS004309

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).

a.  Canal from MooreHaven to Clewiston.  The topos show this dual named Rim Canal and Okeechobee Waterway, and the GNIS naming is mixed in the NHDFlowline segments.

(1) NHDFlowline.  Assigned ACE_RFID to be 02000 (Lake Okeechobee Waterway).  In "ALT_NAME" added "Rim Canal/Okeechobee Waterway"

(2) NHDArea.  Equivalent edits made.

a.  Gap between major EAA canals and Lake Okeechobee.  During telcon, FDEP GIS folks indicated odd not connected.  The canal from Clewiston east to discharge into the lake (circa Pelican Bay) was not originally assigned ACE_RFID.  However, the topos show this named Rim Canal.  It is also part of Okeechobee Waterway.  Therefore, will code these segments  RFID 01999 Lake Okeechobee Rim Canal which is also on the 2014 list.  This will connect the EAA canals to the lake.

(1) NHDFlowline.  Assigned ACE_RFID to be 01999 (Okeechobee Rim Canal).  In "ALT_NAME" added "Rim Canal/Okeechobee Waterway"

(2) NHDArea.  Equivalent edits made

**27.  More edits.**

a.  ___.

(1) ___.

(2) ___.

a.  ___.

(1) ___.

(2) ___.

a.  ___.

(1) ___.

(2) ___.

a.  ___.

(1) ___.

(2) ___.

46

004299

CORPS004310

CESAJ-RD-(1200A)
SUBJECT:  Edits (Multi-checks).


Bob Barron
Project Manager

004300

CORPS004311

**From:** BARRON, Robert B (Bob) CIV USARMY CESAJ (US) <Robert.B.Barron@usace.army.mil>
**Sent:** Tuesday, November 26, 2019 8:24 PM UTC
**To:** Zinszer, Shawn H CIV USARMY CESAJ (US) <Shawn.H.Zinszer@usace.army.mil>; Beter, Dale E CIV USARMY CESAJ (USA) <Dale.E.Beter@usace.army.mil>; Holmes, Joshua R CIV USARMY CESAJ (USA) <Joshua.R.Holmes@usace.army.mil>
**Subject:** AAR Retained Water GIS call: We need a "big" call with FDEP

BLUF:  at end of GIS discussion, Heather Mason provided some updates that I said need to be topic of a call involving the "full team".  FDEP may be submitting application to EPA as soon as March.

'1.  Updates.
    a.  FDEP hired contractor who has 90 days to prepare a Biological Assessment (BA) to submit to EPA. I asked a BA for what?   Since EPA's decision is discretionary authority they need a BA for the effect of the program.  I said I am stop asking questions to leave for the "full team" meeting [Agenda item].
        (1)  FDEP reached out to NMFS and FWS to review species list.
        (2)  FDEP has Q's for us how ESA reviews are conducted [Agenda item].
    b.  Final rule (FDEP's 404 Program) published in similar timeframe as BA.
    c.  For final rule, need from us
        (1)  Retained Waters GIS dataset [more below]
        (2)  Indian Lands [In Aug I said would resume our effort on this]
        (3)  Federal Projects [In Aug I said some work has re-started on this by another office in SAJ]

'2.  GIS discussion on Retained Waters List.
    a.  [Agenda Item]:  On Suwannee River, the Critical Habitat extends upstream of the limit of retained water.  Should retained water limit go upstream?  Bob said his preliminary answer is "No" because there is no explicit mention of ESA in the definition of retained waters.  He said will confirm / add as agenda item for full team call.
    b.  The 6 questions that were the agenda for the call were resolved when discovered person at FDEP using wrong dataset.
    c.  FDEP has supplemented our map to provide shoreline-to shoreline view using an older State shoreline dataset and clipped to show (as tidal) only those based on FWS NWI dataset.  I planned to do shoreline to shoreline using the same dataset have used to date + use the NOAA dataset to approximate tidal.  [ome discussion on accuracy, I said this map is for illustration/approximate.  FDEP will share their layer so we (Corps) can compare to our draft work for followup GIS meeting.  [They moved out ahead of our work because needed to figure out how many permits they are assuming, this was discussion item in August.]
    d.  Need to finish QC of the Retained Waters List.  We know of 2 edits.  FDEP said found some "orphaned" waters but did not write down.

Bob

Bob Barron
Project Manager, Regulatory Division
Jacksonville District, U.S. Army Corps of Engineers
U.S. Mail:  PO Box 4970, Jacksonville FL 32232-0019
Physical: 701 San Marco Blvd, Jacksonville FL 32207
Office (904) 232-2203    Cell Phone  (904) 304-9572

CORPS004318

**From:**       Beter, Dale E CIV USARMY CESAJ (USA)
**To:**         Zinszer, Shawn H CIV USARMY CESAJ (US)
**Cc:**         BARRON, Robert B (Bob) CIV USARMY CESAJ (US)
**Subject:**    404g/h assumption meeting Notes
**Date:**       Friday, December 06, 2019 3:05:03 PM
**Attachments:** 20191206 Sec 404g assumption Mtg Notes.docx

Shawn:

See attached notes from this afternoon's meeting.  I propose we incorporate a degree of this meeting in next week's PRB.

Dale E. Beter, Deputy Chief
Regulatory Division
Jacksonville District
U.S. Army Corps of Engineers
O: 904.232.1361
C:  904.402.2975

CORPS004319

**Sec 404g assumption Mtg, Dec 6, 2019**

Attendees:  Mary Duncan, Heather Mason, Bob Barron, Josh Holmes

Agenda:
1. Biological Assessment and how fits into the process.
2. Timing of FDEP publishing rule and finalizing our MOA.
3. Who at Corps will answer FDEP's Q's how ESA reviews are conducted
4. Timeline/level of effort for GIS datasets.
    (a) Retained Waters.
    (b) Indian Lands
    (c) Federal Projects
5. [This item may not happen during this call].  Confirm/deny Bob's answer.  On Suwannee River, the Critical Habitat extends upstream of the limit of retained water.  Should retained water limit go upstream?  Bob said his preliminary answer is "No" because there is no explicit mention of ESA in the definition of retained waters.

Notes:

The DEP has been in a holding pattern for I year based on ESA issues – are in discussion with FWS, will have a contractor prepare a BA to submit to EPA to address ESA.  The contractor has been given 90 days to provide the draft BA..We will use 1 Apr for planning the related actions.

The draft rules are ready to go, got some comments from EPA.  Are waiting for being told to publish.  Expect  sync up rule issuance with the ESA BA.

GIS datasets – Bob's goal is to provide interim datasets have the provide interim GIS datasets soon to enable rounds of discussions with DEP GIS folks to be finished n the next 90- days for the following:

   (a) Retained Waters. Have some known edits, need to QC on the shoreline to shoreline, and then cut in rough estimate of tidal.  Bob emphasized this is very approximate.
   (b) Indian Lands (we are still trying to figure out what this is-) (Will do an estimate and will expect refinement from Tribe comments to EPA).
   (c) Federal Projects (will do the best we can, a list will suffice in lieu of a data layer)


The DEP probably won't have the MOA finalized until right before the BA is completed.

Are they aware of WOTUS, step 2 – and will this affect interest in Assumption.

The 90 day timeframe started Nov 21 (contract with consultant for the BA)

Finalized Rule and BA are required prior to submitting the MOA

Comments on the final rule may require re-publishing of the rule,

The DEP's plan is to move forward with or without step 2.  They will be using 62-340 for delineation and will assume all waters are WOTUS unless demonstrated otherwise by the applicant.  Step 2 may actually make their life easier.

CORPS004320

The BA will be used by EPA to request consultation and produce a programmatic BO.

The DEP asked how we perform consultations.  We explained formal, informal and programmatic consultation, including reporting requirements.  Bob offered to share ORM data on ESA and impact acres for the permits they have estimated would be assumed by the Corps (FDEP took Corps' list of projects and overlayed on their data layer of retained waters + their estimate of tidal.  Bob notes he still intends to do same so may have different estimates.  Also, they questioned the completeness of the 2018 permit data provided and Bob will fix/provide).

They had a lot of Qs regarding the Sec 7 process, including plants.

## MEMORANDUM OF AGREEMENT BETWEEN
## THE FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION
## AND THE DEPARTMENT OF THE ARMY

I.      GENERAL

      A.      Purpose and Authority

      (1)      Section 404 of the Clean Water Act (CWA), 33 U.S.C. § 1344, authorizes the Secretary of the Army, acting through the Chief of Engineers, to regulate the discharge of dredged or fill material into waters of the United States. The U.S. Army Corps of Engineers, Jacksonville District (Corps), currently administers the Section 404 program in the State of Florida.

      (2)      Section 404(g) of the CWA, 33 U.S.C. § 1344(g), authorizes a state, with approval from the United States Environmental Protection Agency (EPA), to administer its own permit program for the discharge of dredged or fill material into certain waters of the United States (State 404 Program) in lieu of the permitting program implemented by the Corps. The EPA has promulgated regulations at 40 C.F.R. Part 233 outlining, among other things, its requirements for approving a state program.

      (3)      The State of Florida (State) is submitting its program to regulate the discharge of dredged or fill material in compliance with the above-cited authorities. This Memorandum of Agreement (Agreement) between the State and the Corps fulfills the requirements of 40 C.F.R. § 233.14.

      (4)      The Florida Department of Environmental Protection (DEP), pursuant to Part IV of Chapter 373, Florida Statutes, is authorized to issue permits for regulated activities conducted in State regulated waters, including the discharge of dredged and fill material. The Secretary of DEP is given the authority to issue permits pursuant to Part IV of Chapter 373, Florida Statutes, and is the State official charged with administering the State 404 Program when the program is approved in accordance with 40 C.F.R. Part 233.

      B.      Effective Date and Revisions

      (1)      This Agreement shall be executed by DEP and the Corps and shall take effect at the time of EPA approval of the State 404 Program, which shall be the effective date published in the Federal Register.

      (2)      DEP and the Corps agree to maintain a high level of cooperation and coordination and to work in partnership to assure successful and effective implementation of the programs regulating the discharge of dredged or fill material into waters of the United States.

      (3)      This Agreement, and any procedures established in conformance with it, shall be reviewed periodically, or at least once every 12 months, by DEP and the Corps, except as otherwise provided herein. Either party may request in writing an amendment or modification to

the Agreement. Amendments and modifications shall be in writing and shall be effective upon the signature of both parties and approval by EPA.

(4)     This Agreement shall remain in effect until the State 404 Program authorization is modified by EPA, pursuant to 40 C.F.R. § 233.16, in a manner that would affect this Agreement, until EPA's approval is withdrawn pursuant to 40 C.F.R. § 233.53(b), or until DEP voluntarily transfers program responsibilities to the Corps according to the criteria and procedures established in 40 C.F.R. § 233.53(a).

(5)     In the event DEP proposes to transfer all or part of the State 404 Program to another State agency in accordance with 40 C.F.R. § 233.16, either this Agreement will be modified to add that other State agency or a new Memorandum of Agreement between the Corps and that State agency will be required.

## II.    WATERS TO BE RETAINED

A.     Pursuant to 404(g) of the CWA, the Corps will retain permitting authority under Section 404 of the CWA for those waters which are presently used, or are susceptible to use in their natural condition or by reasonable improvement as a means to transport interstate or foreign commerce shoreward to their ordinary high water mark, including all waters which are subject to the ebb and flow of the tide shoreward to their mean high water mark, including wetlands adjacent thereto.[1]  The Corps will retain responsibility for permitting for the discharge of dredged or fill material in those waters identified in the Retained Waters List (Attachment A), as well as all waters subject to the ebb and flow of the tide shoreward to their mean high water mark that are not specifically listed in the Retained Waters List, including wetlands adjacent thereto landward to the administrative boundary. For purposes of this Agreement, the administrative boundary demarcating the adjacent wetlands over which jurisdiction is retained by the Corps is a 300-foot guide line established from the ordinary high water mark or mean high tide line of the retained water.  In the case of a project that involves discharges of dredged or fill material both waterward and landward of the 300-foot guide line, the Corps will retain jurisdiction to the landward boundary of the project for the purposes of that project only. All waters of the United States not retained by the Corps will be assumed by DEP as part of its State 404 Program (State assumed waters). The Corps will provide Retained Waters GIS layers to DEP, and will update the GIS layers as necessary, in accordance with II.C. and III.B, below.

B.     The Corps shall retain responsibility for permitting the discharge of dredged and fill material in waters of the United States within "Indian country," as that term is defined at 18 U.S.C. § 1151. Title 18 U.S.C. §1151 defines "Indian country" as: (a) all land within the limits of any Indian reservation under the jurisdiction of the United States Government, notwithstanding the issuance of any patent, and, including rights-of-way running through the reservation, (b) all dependent Indian communities within the borders of the United States whether within the original

---

[1] Section 404(g) of the CWA, 33 U.S.C. § 1344(g), is interpreted and implemented in accordance with Assistant Secretary of the Army for Civil Works, Memorandum dated July 30, 2018, Subject: *Clean Water Act Section 404(g)-Non-Assumable Waters.*

CORPS004323

or subsequently acquired territory thereof, and whether within or without the limits of a state, and (c) all Indian allotments, the Indian titles to which have not been extinguished, including rights-of-way running through the same. Indian reservations include lands held in trust by the United States for an Indian tribe even if such lands have not been formally designated as an Indian reservation.

C.       Modifications to the Retained Waters List and Retained Waters List GIS layers, including identification of the head of navigation, will be made in the following circumstances: when the Corps makes a navigability determination;[2] a Federal court makes a navigability determination; the United States Congress makes a navigability determination; there are applicable rule changes; or pursuant to Section III.B., below. Any modifications to the Retained Waters List which affect the area of jurisdiction are subject to EPA approval pursuant to 40 C.F.R. § 233.16(d). Nothing in this Agreement affects the authority of the Corps to make determinations of navigability pursuant to 33 C.F.R. Part 329.

III.    JOINT COORDINATION PROCEDURES

A.       When an application or verification request is received by either party, the application will be screened using the Retained Waters List and GIS layers to determine if the proposed activity will occur within Corps retained waters, as identified in Section II, above. When a proposed activity falls within retained waters, DEP will, within five calendar days of receipt, refer the applicant to the Corps. Likewise, when a proposed activity falls within State assumed waters, the Corps will, within five calendar days of receipt, refer the applicant to DEP.

B.       If DEP has reason to believe a proposed activity is within the Corps' jurisdiction as defined in Section II.A., above, but is not within the Retained Waters List or depicted in the retained waters GIS layers, DEP will request the Corps determine whether the project falls within retained waters. The Corps shall provide its determination within seven calendar days of receipt of DEP's request. In the event the Corps determines the proposed activity falls within its jurisdiction, DEP will refer the applicant to the Corps. Within 30 calendar days, the Corps will update its GIS layer and Retained Waters List accordingly.

C.       In accordance with Section 10 of the Rivers and Harbors Act of 1899 (RHA), the Corps has regulatory jurisdiction over all obstructions and alterations of navigable waters of the United States, the construction of any structures in or over navigable waters of the United States, and any work affecting the course, location, condition, or capacity of navigable waters of the United States, as defined in 33 C.F.R. Part 329. This includes permit authority under Section 10 of the RHA for those waters that are jurisdictional based solely on historic use (Section 10 historic waters). While the Corps retains authority over Section 10 historic waters, upon the effective date of this Agreement, the State assumes responsibility for permitting the discharge of dredged or fill material within Section 10 historic waters. Therefore, discharges of dredged or fill material in Section 10 historic waters will require a Section 10 permit from the Corps and a 404 permit from

_____
[2] 33 C.F.R. § 329.14

3

CORPS004324

DEP. Nothing in this Agreement affects the authority of the Corps in implementing regulatory programs pursuant to the RHA.

IV.     EXISTING PERMITS AND PENDING PERMIT APPLICATIONS

    A.     Individual Permits

        (1)     The time limit for completing work authorized under a Department of the Army (DA) individual permit issued prior to the effective date of assumption for the discharge of dredged or fill material in State assumed waters will remain the expiration date stated in the permit instrument. After the effective date of assumption, an applicant must apply for a new permit from DEP for any work that remains incomplete by the expiration date. The Corps will not review requests for extension of time and will refer the applicant to DEP to apply for a new permit under the State 404 Program.  DEP may administratively continue an expiring Corps permit until the effective date of a new permit, if any, consistent with 40 C.F.R. § 233.38, or a decision is made not to issue a new permit.

        (2)     The Corps retains authority to make minor modifications to DA permits in State assumed waters.  Minor modifications are generally ministerial in nature, and shall include the following: a) to correct errors or typographical mistakes; b) to incorporate changes requested by the Corps; c) to change due dates for reporting or performance deadlines; d) to transfer a permit upon a change in ownership or control; and e) to make minor technical changes. Minor modifications may include other minor changes; however, in no case will a minor modification expand the volume or amount, enlarge the footprint, change the location, or extend the duration of the authorized discharge. The Corps will refer modifications that it determines, in its sole discretion, to fall outside the scope of a minor modification to DEP for evaluation of a permit under the State 404 Program.

    B.     General Permits

        (1)     The time limit for completing the work under a DA general permit verified prior to the effective date of assumption for the discharge of dredged or fill material in State assumed waters will remain the expiration date stated in the verification letter, to include 12 months after expiration if work has commenced or is under contract to commence. After the effective date of assumption, any work that remains incomplete by the expiration date must receive a new permit from DEP under the State 404 Program. Requests for modifications of verifications under a DA general permit within State assumed waters shall be made to DEP. After the effective date of assumption, no new verifications under general permits will be issued by the Corps within State assumed waters.

        (2)     Upon EPA approval of the State 404 Program, the FDEP will assume

CORPS004325

administration of the following Regional General Permits in State assumed waters: SAJ-13 (Aerial Transmission Lines in Florida); SAJ-14 (Sub-aqueous Utility and Transmission Lines in Florida); SAJ-86 (Residential, Commercial, Recreational and Institutional Fill in the Choctawhatchee Bay, Lake Powell, and West Bay Basins, Bay and Walton Counties, Florida); SAJ-90 (Residential, Commercial & Institutional Developments in Northeast Florida); SAJ-103 (Residential Fill in Holley By The Sea, a Subdivision in Santa Rosa County); SAJ-105 (Residential, Commercial, Recreational and Institutional Fill in the West Bay Watershed of Bay County, Florida); and SAJ-114 (Residential, Commercial, Recreational and Institutional Fill in the Choctawhatchee Bay and St. Andrew's Bay Watersheds located in Bay County and Walton County, Florida). The Corps will transfer relevant information, files, and records to DEP, pursuant to 40 C.F.R. § 233.14(b)(3).

C.     Records Transfer

Upon notification of program approval from EPA, the Corps will transfer to DEP any pending Section 404 program permit application files, including requests for verifications of Regional General Permits identified in Section IV.B(2) above, within State assumed waters. Upon request by DEP, the Corps will provide copies of specific permits for purposes of DEP issuing a new permit. Transfer methods shall be mutually agreed upon by the Corps and DEP.

V.     REVIEW OF APPLICATIONS FOR STATE PROGRAM PERMITS

A.     Anchorage and Navigation

DEP shall not issue a permit if notified that the Corps has determined, in accordance with 40 C.F.R. § 233.20(d), that anchorage and navigation of any navigable waters would be substantially impaired.

B.     Corps Civil Works Projects

(1)     Section 14 of the RHA (33 U.S.C. § 408) (Section 408) mandates that any use or alteration of a Corps Civil Works project by another party is subject to the approval of the Corps.  Within five calendar days of receipt of a permit application or verification request, DEP agrees to inform the Corps and instruct the applicant to contact the appropriate Corps Section 408 contact person for any activities that may use or alter an existing Corps Civil Works project. Existing Corps Civil Works projects are found in the Jacksonville District Regulatory Source Book, which the Corps will update as necessary. Within 14 calendar days of receipt of the notification from DEP, the Corps will notify DEP if the Corps' approval is required pursuant to Section 408, in which case the State agrees to delay any final State actions until Section 408 review is complete or include a special condition in the permit requiring Section 408 permission prior to construction that will include the Corps' Section 408 contact information. However, where DEP is processing a

5

CORPS004326

verification of a general permit identified in Section IV.B(2), the State agrees that it cannot verify coverage under the general permit until the Corps issues an authorization pursuant to Section 408.

(2)     Corps Civil Works projects involving the discharge of dredged or fill material into waters of the United States must be developed in accordance with the guidelines promulgated under Section 404(b)(1) of the CWA, as amended, unless exempted by Section 404(f) of the CWA. For Corps Civil Works projects in State assumed waters, other than projects specifically authorized by Congress for which the Corps has applied or will apply Section 404(r) of the CWA, the Corps and DEP will develop and follow, as practicable, mutually agreed upon procedures for submission of information necessary for DEP to process an application for a permit under the State 404 Program.

C.     Emergency Permits

In accordance with 40 C.F.R. § 233.22(d), DEP shall consult in an expeditious manner with the Corps about issuance of an emergency permit in State assumed waters.

D.     State 404 Permits

In accordance with 40 C.F.R. § 233.50(j), if DEP has received an EPA objection or requirement for a permit condition to a permit application or draft general permit in State assumed waters, and in the event that DEP neither satisfies EPA's objections or requirement for a permit condition nor denies the permit, the Corps shall process the permit application. DEP will provide a copy of the administrative record to the Corps using an agreed upon method to facilitate the Corps' review.

E.     Designation of a Non-Federal Representative

If DEP receives an EPA objection or requirement for a permit condition and neither satisfies EPA's objection or requirement for a permit condition nor denies the permit, and, pursuant to the process in 40 C.F.R. § 233.50(j), responsibility for permitting has shifted to the Corps, under Endangered Species Act (ESA) implementing regulations, the Corps may designate a non-federal representative, such as DEP, the Florida Fish and Wildlife Conservation Commission, or the permit applicant to conduct informal ESA consultation or prepare a biological assessment, pursuant to 50 C.F.R. § 402.08. Upon receipt of a permit application package from DEP for a project that has the reasonable potential for affecting endangered or threatened species, the Corps may in its sole discretion, designate the State or the applicant as a non-federal representative for purposes of conducting informal ESA consultation or preparing a biological assessment by giving written notice to designated non-Federal representative. If a permit applicant is involved that is not the designated non-Federal representative, then the applicant and Corps must agree on the choice of the designated non-Federal representative. If a biological assessment is prepared by the designated non-Federal representative, the Corps shall furnish guidance and supervision and shall independently review and evaluate the scope and contents of the biological assessment.

6

CORPS004327

VI.    COORDINATION OF MITIGATION BANKING

    A.    Mitigation Bank Instruments and In-Lieu Fee Program Agreements

Mitigation banking instruments and in-lieu fee program instruments shall be processed by the Corps in accordance with 33 C.F.R. Part 332. DEP may co-chair any applicable interagency coordination effort.

    B.    Permits for Mitigation Bank and In-Lieu Fee Projects

With respect to permits for mitigation banks and in-lieu fee projects issued after the effective date of assumption, the boundary of the mitigation bank or of a project under an in-lieu fee program (as distinct from the service area) will be the project boundary for purposes of Section II.A., above, for authorization of discharge of dredged or fill material.

    C.    Use of Credits from Corps Approved Mitigation Banks for State 404 Permits

DEP may approve the use of credits from a Corps-approved mitigation bank or in-lieu fee program to provide compensatory mitigation for permits issued under the State 404 Program, as long as the use of credits is consistent with the approved mitigation banking instrument or in-lieu fee instrument.

VII.    ENFORCEMENT

    A.    After the effective date of State assumption, the Corps will continue to monitor compliance and enforce the terms and conditions of all DA individual and general permits issued or verified in State assumed waters prior to the effective date of assumption. For general permits previously issued by the Corps but administered by the State after the effective date of assumption, DEP will monitor compliance and enforce the terms of any verifications it issues.

    B.    The Corps will not be responsible for enforcing against unauthorized discharges of dredged or fill material in violation of the CWA which occur in State assumed waters after the effective date of assumption.  Unauthorized discharges include discharges that exceed the volume or amount of discharge authorized under a permit, that occur outside of the areas authorized for discharge under a permit, or that occur outside the period specified in a permit.

    C.    Except as provided in Section D, DEP will be responsible for enforcing against unauthorized discharges of dredged or fill material in violation of the CWA which occurred in State assumed waters prior to the effective date of State assumption.

    D.    The Corps will remain the lead agency for ongoing enforcement actions against unauthorized discharges of dredged or fill material in violation of the CWA or against noncompliance with the terms and conditions of a DA permit in State assumed waters that have not been resolved prior to the effective date of State assumption (hereinafter Ongoing Enforcement Action).  If there is an unusual circumstance concerning an Ongoing Enforcement Action, the

7

parties to this Agreement may discuss DEP taking the lead. For those instances where the Corps, on its own or in coordination with EPA or the United States Department of Justice, resolves an Ongoing Enforcement Action, the Corps will consult with DEP as practicable, and will provide DEP a copy of any consent decree or settlement agreement. DEP will be responsible for issuing any after-the-fact permit for the discharge of dredged or fill material.

## VIII.  COMMUNICATION BETWEEN PARTIES

A.    Communication and record sharing between the parties of this Agreement may be accomplished through electronic means.

B.    Following execution of this Agreement, DEP and the Corps will meet as necessary to discuss issues related to State assumption. Following the effective date of State assumption, the Corps and DEP shall meet on a biweekly basis during the first six months of State assumption in order for the Corps and DEP to ensure effective coordination in the implementation of this Agreement.

## IX.    GENERAL PROVISIONS

A.    The Parties are entering into this Agreement based solely on the representations and warranties herein and not based on any promises, representations, and/or warranties not found herein.

B.    This Agreement does not create any right or benefit, substantive or procedural, enforceable by law or equity, by any persons, their officers or employees, or any other person. This Agreement does not apply to any person outside of the Corps and DEP.

C.    The signatory agencies do not waive any administrative claims, positions, or interpretations they may have with respect to the applicability or enforceability of the CWA, the ESA, the National Historic Preservation Act, or any other applicable federal or State laws or regulations.

D.    Nothing in this Agreement shall be interpreted as obligating the signatory agencies for the expenditure of funds in excess of appropriations authorized by law, or otherwise commit the signatory agencies to actions for which they lack statutory authority.

E.    Nothing in this Agreement shall affect any of the Corps' tribal trust responsibilities.

F.    The headings in this Agreement are for convenience of reference only and shall not limit or otherwise affect the meaning hereof.

G.    If any provision of this Agreement is held to be illegal or invalid by a court of competent jurisdiction, such provision shall be deemed to be severed and deleted; and neither such provision, nor its severance and deletion, shall affect the validity of the remaining provisions.

8

CORPS004329

X.    SIGNATURES

**Florida Department of Environmental Protection**

_____  **07/31/2020**
Noah Valenstein            (Date)
Secretary


**Department of the Army**

_____  **08/05/2020**
R.D. James            (Date)
Assistant Secretary of the Army
(Civil Works)

9

CORPS004330



**US Army Corps of Engineers®**

### MEMORANDUM OF AGREEMENT BETWEEN
### THE FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION
### AND THE DEPARTMENT OF THE ARMY
### Dated August 5, 2020
### Attachment A

**Retained Waters List**

The Corps will retain responsibility for permitting for the discharge of dredged or fill material in those waters identified in the Retained Waters List (below), as well as all waters subject to the ebb and flow of the tide shoreward to their mean high water mark that are not specifically listed in the Retained Waters List, including wetlands adjacent thereto landward to the administrative boundary.

## Rivers and Creeks

rAcosta Creek
Alafia River
Alaqua Creek
Alexander Springs Creek
Alligator Creek (Sarasota County)
Alligator Lake-Lake Gentry Canal
Amelia River
Anclote River (Upstream to 7 Springs Blvd)
Apalachicola River
Arlington River
Aucilla River
Axle Creek
Banana River
Barrentine Creek
Barron River
Basin Creek
Bayou Marcus
Bear Creek (Bay County)
Bear Creek (Putnam County)
Belcher Canal
Bells River
Bessy Creek
Big Coldwater Creek (Also East Fork and West Fork)
Big Davis Creek
Big Fishweir Creek
Big Juniper Creek
Big Marco River
Big Muddy Creek
Big Mulberry Branch
Billy Creek
Black Creek
Black Creek (Walton County)
Black Water Creek
Blackwater River (Santa Rosa and Okaloosa Counties)
Blind Creek
Blockhouse Creek
Blounts Branch
Blue Creek (Lake County)
Blue Hole Creek
Blue Springs Run
Bluff Branch
Boathouse Creek

Bogey Branch
Boggy Creek (Orange and Osceola Counties)
Bonnet Creek (Seminole County)
Botts Creek
Bowlees Creek
Box Branch (Duval County)
Boynton Canal
Braden River (Downstream of Ward Lake Dam (Bill Evers Reservoir))
Bradley Creek
Bray Creek
Brick-Alligator Lake Canal
Britt Creek (Martin and St Lucie Counties)
Broad River
Brothers River
Broward Creek
Broward River
Browns Creek
Buck Creek (Charlotte County)
Buckhorn Creek (Hillsborough County)
Bull Creek (Flagler County)
Bulow Creek
Bumblebee Creek
Burnt Mill Creek (Bay County)
Butcher Pen Creek
Butler Creek
C-15 Canal
C-17 Canal
C-18 Canal
C-23 Canal
C-24 Canal
C-51 Canal / West Palm Beach Canal
Cabbage Creek (St Johns County)
Callaway Creek
Caloosahatchee River
Camp Branch (Putnam County)
Caney Branch (Duval County)
Canoe Creek (Osceola County)
Capo Creek
Carpenter Creek

Carrabelle River
Casa Cola Creek
Cat Creek (Franklin County)
Cedar Creek (Putnam County)
Cedar Point Creek (Duval County)
Cedar River
Cemetery Creek
Chassahowitzka River
Chatham River
Chattahoochee River
Chicopit Bay
Chipola River
Choctawhatchee River
Christopher Creek (Duval County)
Clapboard Creek
Clark Creek (Gulf County)
Clarkes Creek
Clear Creek (Escambia County)
Cocohatchee River
Coon Lake-Lake Lizzie Canal
Coral Gables Waterway
Cormorant Branch
Cow Creek (Putnam County)
Cowhead Creek (Duval County)
Cracker Branch (St Johns County, St Johns River)
Cradle Creek
Craig Creek
Crane Creek (Brevard County, Melbourne)
Crooked Creek (Bay County)
Crooked Creek (Martin County)
Crooked River (Franklin County)
Crooked River (Lake County)
Cross Creek (Alachua County)
Cross Florida Barge Canal
Crystal River
Cunningham Creek
Cut Creek
Cypress Creek (Lee County)
Danforth Creek
Dania Cut-off canal
Days Creek
Dead River (Kissimmee River)

Dead River (Lake County, Florida)
Dead River (Wakulla County)
Dean Dead River
DeBlieu Creek
Deep Bottom Creek
Deep Creek (St Johns County)
Deer Creek (Duval County)
Depot Creek
Dillaberry Branch
Dog Branch
Drummond Creek
Dunns Creek
Durbin Creek
East Bay River
East Creek (St Johns County)
East River (Washington and Bay Counties)
Eau Gallie River
Econfina River
Econlockhatchee River
Egans Creek
Eightmile Creek (Escambia County)
Elbow Branch (Putnam County)
Elbow Creek
Elevenmile Creek
Eph Creek
Escambia River
Estero River
Etonia Creek
Fakahatchee River
Fenholloway River
Fish Creek (Putnam County)
Fisheating Creek (Downstream of Fort Center)
Fishing Creek
Fitzpatrick Creek
Fivemile Creek (St Lucie County)
Flora Branch
Forked Creek
Fort George River
Fourmile Creek (Walton County)
Fox Cut
Frazier Creek
Garden Creek
Get Out Creek
Ginhouse Creek (Duval County)
Goodbys Creek
Governors Creek
Graham Creek
Grog Branch
Guana River
Gulley Creek
Haines Creek (a.k.a. Haynes Creek)
Half Creek
Halifax River
Hannah Mills Creek
Harney River
Harrison Creek (Nassau County)

Harrys Creek
Hatchett Creek
Hatchineha Canal
Haulover Creek
Haw Creek (Flagler County)
Henderson Creek
Highland Park Run
Hillsboro Canal
Hillsboro River
Hillsborough River (Downstream of Tampa Water Development Dam)
Hitchens Creek
Hog Creek (Martin County)
Hogan Creek
Hogpen Creek (Duval County)
Holiday Harbor (Duval County)
Holmes Creek (Jackson County)
Hominy Branch
Homosassa River
Honey Creek (Volusia County)
Hontoon Dead River
Hopkins Creek
Horseshoe Creek (Bay and Gulf Counties)
Hospital Creek
Howard Creek (St Lucie County)
Hudson Bayou
Hulett Branch
Huston River
Imperial River
Inconstance Creek
Indian Creek (Hernando County)
Indian Creek (St Johns County)
Indian River
Indian River North
Istokpoga Creek
Jackson Canal
Jackson Creek (Nassau County)
Jackson River
Joe River
Johnson Creek (Dixie County)
Johnson Creek (Gulf County)
Johnson Slough (Clay County)
Jolly River
Jones Creek (Duval County)
Jones Swamp Creek
Julington Creek
Juniper Creek (Lake County)
Karen Canal
Kendall Creek
Kentucky Branch
Kestner Creek
Kissimmee River
Krueger Creek
L-40 Canal
L-8 Canal
Lafayette Creek
Lake Ajay-Fells Cove Canal
Lake Apopka-Beauclerc Canal
Lake Ashby Canal (and Deep Creek)

Lake Center-Coon Lake Canal
Lake Griffin-Yale Canal
Lake Hart-Ajay Canal
Lake Joel-Myrtle Canal
Lake Joel-Trout Canal
Lake Lizzie-Alligator Canal
Lake Marion Creek
Lake Mary Jane-Hart Canal
Lake Myrtle-Mary Jane Canal
Lake Okeechobee Rim Canal
Lake Okeechobee Waterway
Lake Preston-Myrtle Canal
Lake Worth
Lanceford Creek
Lehigh Canal
Leitner Creek
Little Black Creek (Clay County)
Little Cedar Creek (Duval County)
Little Clapboard Creek
Little Double Creek
Little Econlockhatchee River
Little Fishweir Creek
Little Juniper Creek (Lake County)
Little Manatee River
Little Mud Creek (St Lucie County)
Little Pottsburg Creek
Little River (Biscayne Bay)
Little Rocky Creek (Walton and Okaloosa Counties)
Little Saint Marys River
Little Trout River
Little Wekiva River
Lofton Creek
Lolly Creek
Long Branch (Duval County)
Long Creek (Flagler County)
Lopez River
Lostmans River
Lower Sister Creek
Loxahatchee River
Lumber Creek
Mainard Branch
Manatee Creek
Manatee River (Downstream of Lake Manatee Dam)
Marshall Creek (St Johns County)
Mason Branch (St Johns County)
Matanzas River
McCoy Creek
McCullough Creek (St Johns County)
McGirts Creek
McQueen Creek
Miami Canal
Miami River
Middle River

Middle River (South and North Fork)
Mill Branch (Putnam County)
Mill Log Creek
Mills Creek (Nassau County)
Moccasin Branch (St Johns County)
Moccasin Slough
Moncrief Creek
Monroe Canal (Seminole County)
Moore's Creek (St Lucie County)
Morrison Creek
Moses Creek
Moultrie Creek
Mud Creek (Putnam County)
Murphy Creek
Myakka River
Myakkahatchee Creek (Sarasota County)
Nassau River
New River (Broward County)
New River (Collier County)
New River (Franklin County)
New Rose Creek
Newcastle Creek
Nichols Creek
Ninemile Creek (Duval County)
NN Creek (Brevard County)
Norris Dead River
North Fork Saint Lucie River
North New River Canal
Ochlockonee River (Portion downstream starting 500 feet south of the ramp at Jack Langston Drive, Sopchoppy, FL.)
Ocklawaha River
Old Channel
Oldfield Creek
Oleta River
Open Creek (Duval County)
Orange Creek
Orange Grove Branch
Orange River
Ortega River
Pablo Creek
Paines Branch
Palatlakaha River
Palm River
Pancho Creek
Pea River
Peace River (Upstream to 0.64 river miles north of old railroad bridge at SW River Street, Ft Ogden, FL)
Pecks Branch
Pellicer Creek
Perdido River
Peters Branch (Clay County)
Peters Creek
Phelps Creek

Philippe Creek
Pine Barren Creek
Pine Log Creek (Bay and Washington Counties)
Pinhook River
Pithlachascotee River (Upstream to the private road bridge that is approximately 2,200 feet upstream of Rowan Road)
Plummer Creek
Polly Creek
Pond Creek (Santa Rosa County)
Poppolton Creek
Porpoise Creek (Dixie County)
Pottsburg Creek
Puckett Creek
Pumpkin Hill Creek
Red House Branch
Reedy Creek (Osceola and Orange Counties)
Ribault River
Rice Creek (Putnam County)(One directly off the St Johns River)
Robinson Creek (St Johns County)
Rock Springs Run
Rocky Creek (Hillsborough County)
Rocky Creek (Okaloosa/Walton)
Rodgers River
Rosalie Creek
Rushing Branch
Saint Francis Dead River
Saint Johns River
Saint Lucie Canal
Saint Lucie River
Saint Marks River (Wakulla, Leon and Jefferson Counties)
Saint Marys River
Saint Sebastian River
Salt Creek (Dixie County)
Salt Creek (Flagler County)
Salt Run
Salt Springs Run (Marion County)
San Carlos Creek
San Julian Creek
San Sebastian River
Sand Beach Branch
Sandy Creek (Bay County)
Sandy Run
Saul Creek (Downstream of Sauls Creek Road)
Sawpit Creek
Scipio Creek
Scoggin Creek
Shad Creek (Brevard County)
Shark River

Shell Creek (Charlotte County) (Downstream of dam for Shell Creek Reservoir)
Shingle Creek (Osceola and Orange Counties)
Shipyard Creek
Shired Creek
Shoal River
Short Canal
Silver Glen Springs Run
Silversmith Creek
Simms Creek
Simpson Creek
Sink Creek (Dixie County)
Sisters Creek
Sixmile Creek
Sixteenmile Creek
Smith Creek (Flagler)
Smith Creek (St. Johns)
Snake Creek (Lake County)
Snell Creek
Soap Creek
Soldier Creek (Escambia County)
Soldier Creek (Seminole County)
Sombrero Creek
Sopchoppy River
South Amelia River
South Fork Black Creek
South Fork Saint Lucie River
South Port Canal
Spring Creek (Wakulla County)
Spring Garden Creek
Spring Warrior Creek
Spruce Creek
St. Cloud Canal
Steinhatchee River
Stokes Creek
Stranahan River
Strawberry Creek
Styles Creek
Summer Haven River (St Johns County)
Suwannee River (Downstream of Purvis Landing and Boat Ramp)
Sweetwater Creek (Hillsborough County)
Swimming Pen Creek
Tarpon River
Taylor Creek (Okeechobee County)
Tenmile Creek (St Lucie County)
Terrapin Creek
Thomas Creek (Nassau and Duval Counties)
Thomas Mill Run
Three Otter Creek
Tiger Creek (Polk County)
Tocoi Creek
Tolomato River
Tomoka River

Trout -Coon Lake Canal
Trout Creek (St Johns County)
Trout River
Turkey Creek (Brevard County)
Turkey Creek (Okaloosa County)
Turner River
Upper Sister Creek
Waccasassa River
Wacissa River
Wakulla River (Up to and
  including Wakulla Springs)
Walker Creek (Nassau County)

Wares Creek (Downstream of
  Bridge for 12th Ave W
  Bradenton FL)
Warner Creek
Weeki Wachee River
Wekiva River (Seminole and
  Lake Counties)
Weohyakapka Creek
West Branch Blockhouse Creek
West Palm Beach Canal
West Run Cracker Branch
Wetappo Creek
Wharf Creek
Whitney River

Whittenhorse Creek
Williamson Creek
Willoughby Creek
Wills Branch
Withlacoochee River
  (Downstream of the Inglis
  Dam and the Inglis Bypass
  Spillway in Citrus County)
Woodruff Creek
Wrights Creek (Homes County)
Ximanies Creek
Yellow River
Zeigler Dead River

# Lakes

Adams Lake (Volusia County)
Ajay Lake
Alligator Lake (Osceola County)
Blue Cypress Lake
Blue Lagoon
Brick Lake
Cherry Lake (Lake County)
Clark Lake (Volusia County)
Clear Lake (Orange County)
Coon Lake
Crescent Lake (Putnam-Flagler
  Counties)
Cypress Lake (Osceola County)
Dead Lakes
Deer Point Lake
Doctors Lake
Dumfoundling Bay
East Lake Tohopekaliga
Fells Cove
Horseshoe Mud Lake
Kimball Lake
Lake Apopka
Lake Ashby
Lake Beauclair
Lake Beresford
Lake Carlton
Lake Center
Lake Cone
Lake Dexter (Volusia County)
Lake Dora
Lake Emma (Lake County)
Lake Eustis
Lake Florence (Brevard County)
Lake Gentry

Lake George (Putnam-Volusia
  Counties)
Lake Griffin (Lake County)
Lake Harney
Lake Harris (Lake County)
Lake Hart (Orange County)
Lake Hatchineha
Lake Hellen Blazes
Lake Ida (Palm Beach County)
Lake Istokpoga
Lake Jackson (Osceola County)
Lake Jesup
Lake Joel
Lake Kissimmee
Lake Lizzie
Lake Louisa (Lake County)
Lake Lucy (Lake County)
Lake Mangonia
Lake Marion (Polk County)
Lake Mary Jane
Lake Minnehaha (Lake County)
Lake Minneola
Lake Monroe
Lake Myrtle (Osceola County)
Lake Nellie
Lake Okeechobee
Lake Ola
Lake Osborne
Lake Poinsett
Lake Preston
Lake Rosalie
Lake Seminole (Gadsden,
  Jackson Counties)
Lake Seminole (Pinellas County)
Lake Susan (Lake County)

Lake Tarpon
Lake Tohopekaliga
Lake Washington (Brevard
  County)
Lake Weohyakapka
Lake Wimico
Lake Winder
Lake Woodruff
Lake Yale
Little Lake George
Little Lake Harris (Lake County)
Little Sawgrass Lake
Lochloosa Lake
Loughman Lake
Marco Lake
Maule Lake
Mud Lake (Lake County)
Orange Lake (Alachua County)
Powell Lake (Bay and Walton
  Counties)
Puzzle Lake (Seminole and
  Volusia Counties)
Rodman Reservoir
Ruth Lake
Salt Lake (Pinellas County)
Sawgrass Lake (Brevard
  County)
Silver Lake (Brevard County)
Spring Garden Lake
Stagger Mud Lake
Tick Island Mud Lake
Tiger Lake
Trout Lake (Osceola County)

CORPS004334