IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. 1:21-cv-0119 (RDM) |

**NOTICE OF COMPLETION OF BIOLOGICAL EVALUATION**

As stated in a previous filing, the Environmental Protection Agency ("EPA") considered the issues raised in Plaintiffs' March 31, 2021 Notice of Intent to Sue EPA for violations of the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 et seq., and undertook preparation of a Biological Evaluation and effects determination for ESA-listed species and designated critical habitat under the jurisdiction of the National Marine Fisheries Service ("NMFS"). Dkt. No. 99-2 at ¶¶ 3-4. EPA stated that it anticipated completion of the Biological Evaluation on or around July 14, 2023, and that it intended to submit the Biological Evaluation to NMFS shortly thereafter pursuant to 50 C.F.R. § 402.12(j), as appropriate. *Id*. ¶ 7. Accordingly, EPA notifies the parties and the Court that it transmitted the Biological Evaluation to NMFS on July 14, 2023.

Dated: July 19, 2023

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

 /s/ Alison C. Finnegan
Alison C. Finnegan (PA Bar 88519)

United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
Email: Alison.C.Finnegan@usdoj.gov

Andrew S. Coghlan (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9275
Fax: (202) 514-8865
Email: Andrew.Coghlan@usdoj.gov

*Attorneys for Federal Defendants*

**Certificate of Service**

I certify that on July 19, 2023, I filed the foregoing with the Court's ECF system, which will notify other counsel of record.

/s/ Alison C. Finnegan