IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**PLAINTIFFS' NOTICE OF FILING**
**INDEX TO SUPPLEMENTAL JOINT APPENDIX**

Plaintiffs, by and through undersigned counsel, respectfully submit the attached Index to the parties' Supplemental Joint Appendix, Dkt. 112, containing copies of those portions of the Administrative Record that are cited or otherwise relied upon in the memoranda in support of or in opposition to Plaintiffs' Motion for Summary Judgment (Dkt. 98), the Federal Defendants' Cross-Motion for Summary Judgment (Dkt. 99), and Florida's Cross-Motion for Summary Judgment (Dkt. 102). The index to the Supplemental Joint Appendix lists both the relevant portions of the original Joint Appendix (with original citations to the docket) and the supplemental materials now filed with Court (organized by volume and with citations to the docket).

1

Dated: July 19, 2023

                Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

* Appearing *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2023, I electronically filed the foregoing document and Index to the Supplemental Joint Appendix using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org