IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

**NOTICE OF PROPOSED AGENCY ACTION**

In a previous filing, EPA stated that it was "currently preparing to propose updated changes to its Section 404 assumption regulations" and that it would "keep the parties and the Court apprised of any developments." Dkt. 99 at 57 n.16.

Accordingly, EPA notes that on July 13, 2023, the Administrator signed a Notice of Proposed Rulemaking titled Clean Water Act Section 404 Tribal and State Program Regulation. On July 19, 2023, EPA released this notice for pre-publication and made it available to the public at https://www.epa.gov/cwa404g/current-agency-efforts-regarding-assumption-under-cwa-section-404. This notice is expected to be published later this summer in the Federal Register.

Respectfully submitted,

Dated: July 19, 2023

TODD KIM

Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

  /s/ Alison C. Finnegan
Alison Finnegan (PA Bar 88519)
United States Department of Justice

1

Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
Email: Alison.C.Finnegan@usdoj.gov

Andrew S. Coghlan (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9275
Fax: (202) 514-8865
Email: Andrew.Coghlan@usdoj.gov

*Attorneys for Federal Defendants*

**Certificate of Service**

I certify that on July 19, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify counsel of record for each party.

/s/ Alison C. Finnegan