IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION

Plaintiff Sierra Club, by and through undersigned counsel, respectfully moves for leave to file a Supplemental Declaration in support of Plaintiffs' Motion for Summary Judgment, Dkt. 98, and Plaintiffs' Consolidated Reply and Response in Opposition to the Federal Defendants' and Florida's Cross-Motions for Summary Judgment, Dkt. 104, 105.

During the pendency of this litigation, Plaintiff Sierra Club has submitted two declarations by Diana Umpierre asserting organizational and member harms. Dkt. 31-2, 98-10. Ms. Umpierre's employment with Sierra Club ended, however, on September 18, 2023. Plaintiff Sierra Club therefore requests leave to file the Declaration of Cris Costello (Exhibit A), who has been Ms. Umpierre's direct supervisor throughout this litigation, which merely adopts the organizational harms previously asserted by Ms. Umpierre on behalf of Sierra Club. Ms. Umpierre remains an active and engaged member of the Sierra Club. Therefore Ms. Costello's Declaration would supplement Ms. Umpierre's Declaration, which also asserts harms sustained by Ms. Umpierre as a member of the organization.

1

No party would be prejudiced by the filing of Ms. Costello's Declaration and granting this relief would not affect or delay adjudication of the matter. Plaintiffs therefore respectfully request that the motion be granted. *See Marsh v. Johnson*, 263 F. Supp. 2d 49, 54 (D.D.C. 2003) (granting leave to file supplemental declaration).

In accordance with LCvR 7(m), undersigned counsel certify that they conferred with opposing counsel in a good faith effort to determine whether there is opposition to the motion. The Federal Defendants and Florida advise that they take no position on the motion.

Dated: September 22, 2023

        Respectfully submitted,

        /s/ Tania Galloni
        TANIA GALLONI*
        Fla. Bar No. 619221
        CHRISTINA I. REICHERT*
        Fla. Bar No. 0114257
        Earthjustice
        4500 Biscayne Blvd., Ste 201
        Miami, FL 33137
        T: 305-440-5432
        F: 850-681-0020
        tgalloni@earthjustice.org
        creichert@earthjustice.org

        /s/ Bonnie Malloy
        BONNIE MALLOY*
        Fla. Bar No. 86109
        Earthjustice
        111 S. Martin Luther King Jr. Blvd
        Tallahassee, FL 32301
        T: 850-681-0031
        F: 850-681-0020
        bmalloy@earthjustice.org

        /s/ Anna Sewell
        ANNA SEWELL
        D.C. Bar No. 241861
        Earthjustice
        1001 G St., Ste 1000

                                            Washington, DC 20001
                                            T: 202-667-4500
                                            asewell@earthjustice.org

*Counsel for Plaintiffs*

\* Appearing under LCvR 83.2(c)(1))

## CERTIFICATE OF SERVICE

  I hereby certify that on September 22, 2023, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

                Respectfully submitted,

                /s/ Tania Galloni
                TANIA GALLONI
                Fla. Bar No. 619221
                Earthjustice
                4500 Biscayne Blvd., Ste 201
                Miami, FL 33137
                T: 305-440-5432
                F: 850-681-0020
                tgalloni@earthjustice.org