IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

### DECLARATION OF CRIS COSTELLO

I, Cris Costello, make the following declaration:

1. I submit this declaration in support of the Sierra Club in the above-captioned action.

2. I live in Nokomis, Florida, less than a mile from Oscar Scherer State Park, and have lived here since 2002. I spend a considerable amount of time enjoying and trying to help protect the natural environment and wildlife across the state of Florida. I believe our unique ecosystem and wildlife are very important to the communities here and for biodiversity in general.

3. Accordingly, I became an active member of the Sierra Club in 2007 to help protect and conserve endangered species and natural ecosystems in South Florida.

4. I became an employee of the Sierra Club in May of 2007 and since then have served as Organizing Representative, Lead Organizer, and Senior Organizing

1

Representative; was promoted to Organizing Manager in 2017; and became a Senior Organizing Manager in 2020.

5. Prior to joining Sierra Club, my experience included being a rural and urban community organizer; a Peace Corps Volunteer in Honduras; an external organizer, contract negotiator, and arbitration specialist during a seventeen-year career in the labor movement; and a consultant to the Gulf Coast Community Foundation in Venice, Florida. I earned my Bachelor of Arts degree from Grinnell College in 1986.

6. My current work includes supporting and expanding volunteer-based grassroots efforts to promote the restoration of the Greater Everglades ecosystem and the protection of its remaining natural wildlife habitats from threats such as water mismanagement, development, and sea level rise.

7. My work also involves supervising Patrick Ferguson, who works on the Sierra Club's Stop Pre-harvest Sugar Field Burning Campaign in the heart of the Everglades Agricultural Area; Michael McGrath, who works on water quality and land conservation campaigns, including both the fight to protect Southwest Florida from unsustainable development and the fight to protect Big Cypress National Preserve from oil exploration and drilling, and from December 2017 through September 2023 supervised Diana Umpierre, who has provided declarations in this matter as both a member and on behalf of the organization. *See* Dkt. 31-2, Dkt. 98-10. Ms. Umpierre remains an engaged member of Sierra Club with on-going interest in this litigation. As of September 18, 2023, however, she will no longer be on staff with the Sierra Club.

8. Given Ms. Umpierre's change in employment, on behalf of Sierra Club, I hereby affirm, adopt, and incorporate the information she provided as relates to harms that Sierra Club has suffered and continues to suffer from Florida's implementation of its 404 program. *See* Dkt. 31-2, Dkt. 98-10. I also affirm that a ruling in Plaintiffs' favor in this litigation would redress Sierra Club's harms for the reasons stated in Ms. Umpierre's declarations. *Id.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of September 2023, at Nokomis, Florida.

*Cris Costello*
—ACA63A7AD63242A...
Cris Costello, Senior Organizing Manager
Sierra Club Florida