# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*<br><br>*Defendants*. | Case No. 1:21-cv-0119 (RDM) |

Kenneth Daines hereby provides notice of his appearance on behalf of Amici Curiae The Florida Chamber of Commerce ("Chamber") and the Association of Florida Community Developers ("AFCD"), in the above-styled action, and requests that all papers filed in this case be served on him.

Dated: October 18, 2023

Respectfully submitted,

/s/ Kenneth Daines
Kenneth Daines (DCB # 1600753)
HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK, PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
Phone: (540) 341-8808
Fax: (540) 341-8809

kdaines@holtzmanvogel.com

*Counsel for the Chamber and AFCD*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, I filed this Brief with the United States District Court for the District of Columbia using the CM/ECF system, which will cause it to be served on all counsel of record.

*/s/ Kenneth Daines*
Kenneth Daines (DCB No. 1600753)