IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**PLAINTIFFS' NOTICE OF FILING
ADDITION TO SUPPLEMENTAL JOINT APPENDIX**

Plaintiffs, by and through undersigned counsel, respectfully submit the document identified as FWS-006639 in Plaintiffs' Consolidated Reply in Support of Plaintiffs' Motion for Summary Judgment, *see* Dkt. 104 at 35 n.13, which was inadvertently omitted from the parties' Supplemental Joint Appendix. Also, the "JAXBO" (shorthand for Jacksonville District Biological Opinion), which Plaintiffs cited in briefing and referenced during yesterday's hearing, is available at http://cdm16021.contentdm.oclc.org/utils/getfile/collection/p16021coll3/id/577, *see* Dkt. 104 at 41 n.19.

Dated: October 20, 2023

                                               Respectfully submitted,

                                               /s/ Tania Galloni
                                               TANIA GALLONI*
                                               Fla. Bar No. 619221
                                               CHRISTINA I. REICHERT*
                                               Fla. Bar No. 0114257
                                               Earthjustice
                                               4500 Biscayne Blvd., Ste 201
                                               Miami, FL 33137
                                               T: 305-440-5432

F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

* Appearing *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2023 I electronically filed the foregoing document and attachment using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org