| | |
|---|---|
| **From:** | Duncan, Mary J |
| **To:** | Rauschenberger, Heath |
| **Subject:** | [EXTERNAL] DOI_EPA_screening_DRAFT_03.21.2020_DOIFWS_anonauthor.docx |
| **Date:** | Friday, March 27, 2020 8:34:50 AM |
| **Attachments:** | DOI_EPA_screening_DRAFT_03.21.2020_DOIFWS_anonauthor.docx |

Good morning Heath,

Thanks for the edits on the EPA process – they make a lot of sense.

As an FYI for the first comment – the confusion/question about interpreting this phrase:

"discharges with reasonable potential for affecting endangered or threatened species as determined by FWS [U.S. Fish and Wildlife Service]".

In our last meeting with EPA, they clarified that after lots of discussion, EPA has decided to interpret this phrase as "determining which species are endangered or threatened". So while FWS through technical assistance will assist FDEP on determining "reasonable potential for affecting", FWS is not solely responsible for this determination.

As a heads up I'm sending another email later today with a couple of questions/concurrence on meaning regarding some of the comments provided in the draft BA.

Stay safe!
Mary

