IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>     Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**PLAINTIFFS' NOTICE OF FILING**
**AMENDED INDEX TO SUPPLEMENTAL JOINT APPENDIX**

Plaintiffs, by and through undersigned counsel, respectfully submit an Amended Index to the parties' Supplemental Joint Appendix, so as to include the document identified as FWS-006639 in Plaintiffs' Consolidated Reply in Support of Plaintiffs' Motion for Summary Judgment, *see* Dkt. 104 at 35 n.13, which was inadvertently omitted from the parties' Supplemental Joint Appendix.

Dated: October 20, 2023

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

2

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

\* Appearing *pro hac vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2023 I electronically filed the foregoing document and Amended Index to the Supplemental Joint Appendix using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org