## Amended Index to Supplemental Joint Appendix[1]

| EPA | Document | Docket Entry |
|---|---|---|
| EPA-HQ-OW-2018-0640-0001 | Request to Assume Administration of a Clean Water Act Program: Florida, Notice and Request for Comments, 85 Fed. Reg. 57,853 (Sept. 16, 2020) | Dkt. 51 at 1–4 |
| EPA-HQ-OW-2018-0640-0002 | Florida Section 404 Program Application: Florida State Statutes and Regulations Table of Contents, Aug. 20, 2020 | Dkt. 51 at 5–6 |
| EPA-HQ-OW-2018-0640-0002-A1 | Florida Section 404 Program Application: Florida Admin. Code 62-330.010(4)(a): Environmental Resource Permit Applicant's Handbook Volume I: through Appendix D, Aug. 20, 2020 | Dkt. 51 at 7–161 |
| EPA-HQ-OW-2018-0640-0002-A2 | Florida Section 404 Program Application: Florida Admin. Code 62-330.010(4)(a): Environmental Resource Permit Applicant's Handbook Volume I: Appendices E through K, Aug. 20, 2020 | Dkt. 51 at 162–334 |
| EPA-HQ-OW-2018-0640-0002-A3 | Florida Section 404 Program Application: Southwest Florida Water Management District Environmental Resource Permit Applicant's Handbook Volume II, Aug. 20, 2020 | Dkt. 51 at 335–421 |
| EPA-HQ-OW-2018-0640-0002-A4 | Florida Section 404 Program Application: Environmental Resource Permit Applicant's Handbook Volume II For Use Within the Geographic Limits of the South Florida Water Management, Aug. 20, 2020 | Dkt. 51 at 422–74 |
| EPA-HQ-OW-2018-0640-0002-A5 | Florida Section 404 Program Application: Florida Admin. Code 62-340: F.A.C. Data Form Guide, Aug. 20, 2020 | Dkt. 51 at 475–570 |
| EPA-HQ-OW-2018-0640-0002-A6 | Florida Section 404 Program Application: Florida Admin. Code 62-330.050: Request for Verification of an Exemption, Aug. 20, 2020 | Dkt. 52 at 1–5 |
| EPA-HQ-OW-2018-0640-0002-A7 | Florida Section 404 Program Application: Florida Admin. Code 62-330.060: Application for Individual and Conceptual Approval Environmental Resource Permit, State 404 Program Permit, and Authorization to Use State-Owned Submerged Lands, Aug. 20, 2020 | Dkt. 52 at 6–15 |

---

[1] This index incorporates the administrative record materials previously filed in conjunction with Plaintiffs' Motion for Partial Summary Judgment, Dkt. 31, the Defendants' Cross-Motion for Partial Summary Judgment, Dkt. 34, and Florida's Cross-Motion to Dismiss, Dkt. 37, which are also cited in the briefing on Plaintiffs' Motion for Summary Judgment, Dkt. 98, and the Defendants' and Florida's Cross-Motions for Summary Judgment, Dkts. 99, 102. The Supplemental Joint Appendix contains the additional materials not previously filed with the Court, which are organized into Volumes 1 through 8.

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0002-A8 | Florida Section 404 Program Application: Florida Admin. Code 62-330.060 Section B: For Single-Family Projects, Aug. 20, 2020 | Dkt. 52 at 16–20 |
| EPA-HQ-OW-2018-0640-0002-A9 | Florida Section 404 Program Application: Florida Admin. Code 62-330.060 Section C: Supplemental Information for Works or Other Activities In, On, or Over Wetlands and/or Other Surface Waters, Aug. 20, 2020 | Dkt. 52 at 21–30 |
| EPA-HQ-OW-2018-0640-0002-A10 | Florida Section 404 Program Application: Florida Admin. Code 62-330.060 Section D: Supplemental Information for Works or Activities Within Surface Waters (Other Than a Single-Family Project), Aug. 20, 2020 | Dkt. 52 at 31–41 |
| EPA-HQ-OW-2018-0640-0002-A11 | Florida Section 404 Program Application, Florida Admin. Code 62-330.060 Section E: Supplemental Information Required for Works or Other Activities Involving a Stormwater Management System (Other Than a Single-Family Project), Aug. 20, 2020 | Dkt. 52 at 42–47 |
| EPA-HQ-OW-2018-0640-0002-A12 | Florida Section 404 Program Application: Florida Admin. Code 62-330.060 Section F: Application for Authorization to Use State-Owned Submerged Lands, Aug. 20, 2020 | Dkt. 52 at 48–51 |
| EPA-HQ-OW-2018-0640-0002-A13 | Florida Section 404 Program Application: Florida Admin. Code 62-330.060 Section G: Supplemental Information Required for Mitigation Banks, Aug. 20, 2020 | Dkt. 52 at 52–55 |
| EPA-HQ-OW-2018-0640-0002-A14 | Florida Section 404 Program Application: Florida Admin. Code 62-330.060 Section H: Supplemental Information for Stormwater Management Systems for Mines, Aug. 20, 2020 | Dkt. 52 at 56–67 |
| EPA-HQ-OW-2018-0640-0002-A15 | Florida Section 404 Program Application: Florida Admin. Code 62-330.060 Section I: Supplemental Information for State 404 Program Permits, Aug. 20, 2020 | Dkt. 52 at 68–69 |
| EPA-HQ-OW-2018-0640-0002-A16 | Florida Section 404 Program Application: Florida Admin. Code 62-330.201(2): Petition for a Formal Determination of the Landward Extent of Wetlands and Other Surface Waters, Aug. 20, 2020 | Dkt. 52 at 70–73 |
| EPA-HQ-OW-2018-0640-0002-A17 | Florida Section 404 Program Application: Florida Admin. Code 62-330.340(1): Request to Transfer Environmental Resource and/or State 404 Program Permit, Aug. 20, 2020 | Dkt. 52 at 74 |
| EPA-HQ-OW-2018-0640-0002-A18 | Florida Section 404 Program Application: Florida Admin. Code 62-330.402(1): Notice of Intent to Use an Environmental Resource and/or State 404 Program General Permit, Aug. 20, 2020 | Dkt. 52 at 75–80 |

| ID | Description | Location |
|---|---|---|
| EPA-HQ-OW-2018-0640-0002-A19 | Florida Section 404 Program Application: Florida Admin. Code 40D-1.660 Publications, Forms, and Agreements Incorporated by Reference, Aug. 20, 2020 | Dkt. 52 at 81 |
| EPA-HQ-OW-2018-0640-0002-A20 | Florida Section 404 Program Application: Florida Admin. Code 62-331.010(5): State 404 Program Applicant's Handbook Aug. 20, 2020 | Dkt. 52 at 82–143 |
| EPA-HQ-OW-2018-0640-0002-A21 | Florida Section 404 Program Application: Florida Admin. Code 62-331.020(1): 40 C.F.R. § 232.3 (2019), Aug. 20, 2020 | Dkt. 52 at 144–47 |
| EPA-HQ-OW-2018-0640-0002-A22 | Florida Section 404 Program Application: Florida Admin. Code 62-331.053(3)(a)3: 33 U.S.C. § 1317, Aug. 20, 2020 | Dkt. 52 at 148–51 |
| EPA-HQ-OW-2018-0640-0002-A23 | Florida Section 404 Program Application: Florida Admin. Code 62-331.100(1): Transfer of State 404 Program General Permit Verification, Aug. 20, 2020 | Dkt. 52 at 152 |
| EPA-HQ-OW-2018-0640-0002-A24 | Florida Section 404 Program Application: Florida Admin. Code 62-331.200(1): Certification of Compliance with a State 404 Program General Permit, Aug. 20, 2020 | Dkt. 52 at 153 |
| EPA-HQ-OW-2018-0640-0002-A25 | Florida Section 404 Program Application: Florida Admin. Code 62-331.201(3)(l): 16 U.S.C. § 668, Aug. 20, 2020 | Dkt. 52 at 154–57 |
| EPA-HQ-OW-2018-0640-0002-A26 | Florida Section 404 Program Application: Florida Admin. Code 62-331.201(3)(l): 16 U.S.C. §§ 703–712, Aug. 20, 2020 | Dkt. 52 at 158–65 |
| EPA-HQ-OW-2018-0640-0002-A27 | Florida Section 404 Program Application: Florida Admin. Code 62-331.201(3)(n): Manatee Conditions, Aug. 20, 2020 | Dkt. 52 at 166–67 |
| EPA-HQ-OW-2018-0640-0002-A28 | Florida Section 404 Program Application, Florida Admin. Code 62-331.201(3)(o): Sea Turtle and Smalltooth Sawfish Construction Conditions, Aug. 20, 2020 | Dkt. 52 at 168 |
| EPA-HQ-OW-2018-0640-0002-A29 | Florida Section 404 Program Application: Florida Admin. Code 62-331.201(3)(v): 16 U.S.C. §§ 470aa–470mm, Aug. 20, 2020 | Dkt. 52-1 at 1–8 |
| EPA-HQ-OW-2018-0640-0002-A30 | Florida Section 404 Program Application: Florida Admin. Code 62-331.201(3)(v): 25 U.S.C. §§ 3001–3013, Aug. 20, 2020 | Dkt. 52-1 at 9–16 |
| EPA-HQ-OW-2018-0640-0002-A31 | Florida Section 404 Program Application: Florida Admin. Code 62-331.210(1)(a): 33 C.F.R. § 330.3, Aug. 20, 2020 | Dkt. 52-1 at 17–18 |
| EPA-HQ-OW-2018-0640-0002-A32 | Florida Section 404 Program Application: Florida Admin. Code 62-331.221(1)(a): 40 C.F.R. § 300 (2019), Aug. 20, 2020, Part I | Dkt. 52-2 at 1 to 52-4 at 48 |

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0002-A33 | Florida Section 404 Program Application: Florida Admin. Code 62-331.221(1)(a): 40 C.F.R. § 300 (2019), Aug. 20, 2020, Part II | Dkt. 53 at 1 to 53-2 at 10 |
| EPA-HQ-OW-2018-0640-0002-A34 | Florida Section 404 Program Application: Florida Admin. Code 62-331.221(1)(a): 40 C.F.R. § 112.3 (2019), Aug. 20, 2020 | Dkt. 53-2 at 11–13 |
| EPA-HQ-OW-2018-0640-0002-A35 | Florida Section 404 Program Application: Florida Admin. Code 62-331.221(1)(b): 40 C.F.R. § 761(2019), Aug. 20, 2020 | Dkt. 53-3 at 1 to Dkt. 53-5 at 47 |
| EPA-HQ-OW-2018-0640-0002-A36 | Florida Section 404 Program Application: Florida Admin. Code 62-331.221(2)(a): National Response Team Guidance, Aug. 20, 2020 | Dkt. 54 at 1–23 |
| EPA-HQ-OW-2018-0640-0002-A37 | Florida Section 404 Program Application: Florida Admin. Code 62-331.227(3)(d): Feb. 19, 2007, Letter SFESO to COE Regarding the Panther Key, Aug. 20, 2020 | Dkt. 54 at 24–32 |
| EPA-HQ-OW-2018-0640-0002-A38 | Florida Section 404 Program Application, Florida Admin. Code 62-331.244(2)(b): 16 U.S.C. Ch. 67 (2018), Aug. 20, 2020 | Dkt. 54 at 33–51 |
| EPA-HQ-OW-2018-0640-0002-A39 | Florida Section 404 Program Application: Florida Admin. Code 62-331.245(3)(d): U.S. Fish and Wildlife Service Land-Based Wind Energy Guidelines, Aug. 20, 2020 | Dkt. 54-1 at 1 to Dkt. 54-2 at 36 |
| EPA-HQ-OW-2018-0640-0002-A40 | Florida Section 404 Program Application: Florida Admin. Code 62-331.248(3)(f): Permit Streamlining Quality Enhancement Strategies (QES) for Wetland Impact Minimization, Aug. 20, 2020 | Dkt. 54-2 at 37 to Dkt. 54-3 at 2 |
| EPA-HQ-OW-2018-0640-0002-A41 | Florida Section 404 Program Application: Florida Admin. Code 62-331.248(3)(s): Standard Protection Measures for the Eastern Indigo Snake, Aug. 20, 2020 | Dkt. 54-3 at 3–5 |
| EPA-HQ-OW-2018-0640-0002-A42 | Florida Section 404 Program Application: Florida Admin. Code 62-331.248(1): As-Built Certification By Professional Engineer, Aug. 20, 2020 | Dkt. 54-3 at 6 |
| EPA-HQ-OW-2018-0640-0002-A43 | Florida Section 404 Program Application: Florida Admin. Code 62-331.110(1): State 404 Program Emergency Field Authorization, Aug. 20, 2020 | Dkt. 54-3 at 7–10 |
| EPA-HQ-OW-2018-0640-0002-A44 | Florida Section 404 Program Application: Florida Admin. Code 62-4 Aug. 20, 2020 | Dkt. 54-3 at 11–52 |
| EPA-HQ-OW-2018-0640-0002-A45 | Florida Section 404 Program Application: Florida Admin. Code 62-110: Exceptions to the Uniform Rules of Procedure, Aug. 20, 2020 | Dkt. 54-3 at 53–60 |
| EPA-HQ-OW-2018-0640-0002-A46 | Florida Section 404 Program Application: Florida Admin. Code 62-330 (2018), Aug. 20, 2020 | Dkt. 54-3 at 61–160 |
| EPA-HQ-OW-2018-0640-0002-A47 | Florida Section 404 Program Application: Florida Admin. Code 62-330 (adopted changes), Aug. 20, 2020 | Dkt. 54-3 at 161–74 |

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0002-A48 | Florida Section 404 Program Application: Florida Admin. Code 62-331 (as adopted), Aug. 20, 2020 | Dkt. 54-3 at 175–253 |
| EPA-HQ-OW-2018-0640-0002-A49 | Florida Section 404 Program Application: Florida Admin. Code 62-340: Delineation of the Landward Extent of Wetlands and Surface Waters, Aug. 20, 2020 | Dkt. 54-3 at 254–79 |
| EPA-HQ-OW-2018-0640-0002-A50 | Florida Section 404 Program Application: Florida Stat. Ch. 120: Administrative Procedure Act, Aug. 20, 2020 | Dkt. 54-3 at 280–332 |
| EPA-HQ-OW-2018-0640-0002-A51 | Florida Section 404 Program Application: Florida Stat. Ch. 373: Water Resources, Aug. 20, 2020 | Dkt. 54-3 at 333–583 |
| EPA-HQ-OW-2018-0640-0002-A52 | Florida Section 404 Program Application: Florida Stat. Ch. 403: Environmental Control, Aug. 20, 2020 | Dkt. 55 at 1–274 |
| EPA-HQ-OW-2018-0640-0002-A53 | Florida Section 404 Program Application: Florida Stat. HB1091 enrolled, Aug. 20, 2020 | Dkt. 55 at 275–319 |
| EPA-HQ-OW-2018-0640-0002-A54 | Florida Section 404 Program Application: Florida Stat. SB712 enrolled, Aug. 20, 2020 | Dkt. 55 at 320–430 |
| EPA-HQ-OW-2018-0640-0003 | Cover Page and Table of Contents for Florida's Request to Assume Administration of a Clean Water Act Section 404 Program, Aug. 20, 2020 | Dkt. 55 at 431–32 |
| EPA-HQ-OW-2018-0640-0004 | Letter from Gov. Ron DeSantis, Florida, to Mary Walker, U.S. EPA, Requesting to Assume Administration of a Clean Water Act Section 404 Program, Aug. 18, 2020 | Dkt. 55 at 433 |
| EPA-HQ-OW-2018-0640-0005 | Letter from Noah Valenstein, FDEP, to Mary Walker, U.S. EPA, Requesting to Assume Administration of a Clean Water Act Section 404 Program, Aug. 7, 2020 | Dkt. 55 at 434 |
| EPA-HQ-OW-2018-0640-0006 | Florida's State 404 Program Description Cover Page and Introduction, Aug. 20, 2020 | Dkt. 55 at 435–37 |
| EPA-HQ-OW-2018-0640-0007 | Florida's State 404 Program Description Section a: Description of the Scope and Structure of the State's Program, Aug. 20, 2020 | Dkt. 55 at 438–46 |
| EPA-HQ-OW-2018-0640-0007-A1 | Appendix (a)-1: Overview of the Wetland and Other Surface Water Regulatory and Proprietary Programs in Florida, July 1, 2020 | Dkt. 55 at 447–84 |
| EPA-HQ-OW-2018-0640-0008 | Florida's State 404 Program Description Section b: Description of the State's Permitting, Administrative, Judicial Review, and Other Applicable Procedures, Aug. 20, 2020 | Dkt. 55 at 485–92 |
| EPA-HQ-OW-2018-0640-0009 | Florida's State 404 Program Description Section c: Description of the Basic Organization and Structure of FDEP, Aug. 20, 2020 | Dkt. 55 at 493–99 |
| EPA-HQ-OW-2018-0640-0010 | Florida's State 404 Program Description Section d: Description of the Funding and Person-Power, Aug. 20, 2020 | Dkt. 55 at 500–08 |
| EPA-HQ-OW-2018-0640-0011 | Florida's State 404 Program Description Section e: An Estimate of the Anticipated Workload, Aug. 20, 2020 | Dkt. 57-2 at 1–22 |

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0012 | Florida's State 404 Program Description Section f: Copies of Permit Application Forms, Permit Forms, and Reporting Forms, Aug. 20, 2020 | Dkt. 55 at 509–11 |
| EPA-HQ-OW-2018-0640-0012-A1 | Application Form: Request For Verification of an Exemption | Dkt. 55 at 512–16 |
| EPA-HQ-OW-2018-0640-0012-A2 | Application Form: Section A: Application for Individual and Conceptual Approval Environmental Resource Permit | Dkt. 55 at 517–26 |
| EPA-HQ-OW-2018-0640-0012-A3 | Application Form: Section B: For Single-Family Projects | Dkt. 55 at 527–31 |
| EPA-HQ-OW-2018-0640-0012-A4 | Application Form: Section C: Supplemental Information for Works or Other Activities In, On, or Over Wetlands and/or Other Surface Waters | Dkt. 55 at 532–41 |
| EPA-HQ-OW-2018-0640-0012-A5 | Application Form: Section D: Supplemental Information for Works or Activities Within Surface Waters (Other Than a Single-Family Project) | Dkt. 55 at 542–52 |
| EPA-HQ-OW-2018-0640-0012-A6 | Application Form: Section E: Supplemental Information Required for Works or Other Activities Involving a Stormwater Management (Other Than a Single-Family Project) | Dkt. 55 at 553–58 |
| EPA-HQ-OW-2018-0640-0012-A7 | Application Form: Section F: Application for Authorization to Use State-Owned Submerged Lands | Dkt. 55 at 559–62 |
| EPA-HQ-OW-2018-0640-0012-A8 | Application Form: Section G: Supplemental Information Required for Mitigation Banks | Dkt. 55 at 563–66 |
| EPA-HQ-OW-2018-0640-0012-A9 | Application Form: Section H: Supplemental Information for Stormwater Management Systems for Mines | Dkt. 55 at 567–78 |
| EPA-HQ-OW-2018-0640-0012-A10 | Application Form: Section I: Supplemental Information for State 404 Program Permits | Dkt. 55 at 579–80 |
| EPA-HQ-OW-2018-0640-0012-A11 | Application Form: Petition for a Formal Determination of the Landward Extent of Wetlands and Other Surface Waters | Dkt. 55 at 581–84 |
| EPA-HQ-OW-2018-0640-0012-A12 | Application Form: Notice of Intent to Use an Environmental Resource and/or State 404 Program General Permit | Dkt. 55 at 585–90 |
| EPA-HQ-OW-2018-0640-0012-A13 | Other Form: Request to Transfer Environmental Resource and/or State 404 Program Permit | Dkt. 55 at 591 |
| EPA-HQ-OW-2018-0640-0012-A14 | Other Form: Transfer of State 404 Program General Permit Verification | Dkt. 55 at 592 |
| EPA-HQ-OW-2018-0640-0012-A15 | Other Form: Certification of Compliance with a State 404 Program General Permit | Dkt. 55 at 593 |
| EPA-HQ-OW-2018-0640-0012-A16 | Other Form: As-Built Certification by Professional Engineer | Dkt. 55 at 594 |
| EPA-HQ-OW-2018-0640-0012-A17 | Other Form: State 404 Program Emergency Field Authorization | Dkt. 55 at 595–98 |
| EPA-HQ-OW-2018-0640-0012-A18 | Other Form: Chapter 62-340 F.A.C. Data Form | Dkt. 55 at 599–694 |

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0012-A19 | Permit Template: 404 Exemptions | Dkt. 55-1 at 1–7 |
| EPA-HQ-OW-2018-0640-0012-A20 | Permit Template: 404 General Permits | Dkt. 55-1 at 8–19 |
| EPA-HQ-OW-2018-0640-0012-A21 | Permit Template: 404 General Permits Does Not Qualify | Dkt. 55-1 at 20–23 |
| EPA-HQ-OW-2018-0640-0012-A22 | Permit Template: 404 Individual Permits | Dkt. 55-1 at 24–35 |
| EPA-HQ-OW-2018-0640-0012-A23 | Permit Template: State 404 Program Technical Staff Report Regulatory Basis of Issuance | Dkt. 55-1 at 36–39 |
| EPA-HQ-OW-2018-0640-0012-A24 | Public Notice Template: Public Notice Template for Enforcement | Dkt. 55-1 at 40–41 |
| EPA-HQ-OW-2018-0640-0012-A25 | Public Notice Template: Public Notice Template for Permitting | Dkt. 55-1 at 42–43 |
| EPA-HQ-OW-2018-0640-0013 | Florida's State 404 Program Section g: Description of the State's Compliance Evaluation and Enforcement Program, Aug. 20, 2020 | Dkt. 55-1 at 44–55 |
| EPA-HQ-OW-2018-0640-0013-A1 | Attachment 1: DEP Directive 923: Settlement Guidelines for Civil and Administrative Penalties | Dkt. 55-1 at 56–77 |
| EPA-HQ-OW-2018-0640-0013-A2 | Attachment 2: Guidelines for Characterizing ERP Violations | Dkt. 55-1 at 78–86 |
| EPA-HQ-OW-2018-0640-0014 | Florida's State 404 Program Section h: Description of the Waters of the United States Within a State Over Which the State Assumes Jurisdiction Under the Approved Program, Aug. 20, 2020 | Dkt. 55-1 at 87–96 |
| EPA-HQ-OW-2018-0640-0015 | Florida's State 404 Program Section i: Description of Specific Best Management Practices for Exemptions, Aug. 20, 2020 | Dkt. 55-1 at 97–98 |
| EPA-HQ-OW-2018-0640-0016 | Florida's State 404 Program Section j: Additional Information Related to the Program Description, Aug. 20, 2020 | Dkt. 55-1 at 99–102 |
| EPA-HQ-OW-2018-0640-0016-A1 | Appendix j-1: Operating Agreement Between FDEP and the Florida Division of Historical Resources, State Historic Preservation Officer Regarding the State 404 Program, Aug. 6, 2020 | Dkt. 55-1 at 103–19 |
| EPA-HQ-OW-2018-0640-0016-A2 | Appendix j-2: Memorandum of Understanding Between the Florida Fish and Wildlife Conservation Commission, USFWS, and FDEP, Aug. 5, 2020 | Dkt. 55-1 at 120–32 |
| EPA-HQ-OW-2018-0640-0016-A3 | Appendix j-3: ERP Comparison with Federal Requirements | Dkt. 55-1 at 133–287 |
| EPA-HQ-OW-2018-0640-0017 | Statement from Justin G. Wolfe, General Counsel, FDEP, July 31, 2020 | Dkt. 55-1 at 288–99 |
| EPA-HQ-OW-2018-0640-0018 | Memorandum of Agreement between FDEP and EPA, July 31, 2020 | Dkt. 55-1 at 300–13 |
| EPA-HQ-OW-2018-0640-0019 | Memorandum of Agreement Between FDEP and the U.S. Department of the Army, July 31, 2020 | Dkt. 55-1 at 314–22 |

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0020 | Cover Page and Table of Contents on Federal Statutes and Policies, Aug. 20, 2020 | Dkt. 55-1 at 323 |
| EPA-HQ-OW-2018-0640-0020-A1 | Attachment 1: CWA Section 404(b)(1) Guidelines (30 C.F.R. Pt. 230) | Dkt. 55-1 at 324–77 |
| EPA-HQ-OW-2018-0640-0020-A2 | Attachment 2: CWA Section 404(g) Regulations on State and Tribal Section 404 Program Assumption | Dkt. 55-2 at 1–23 |
| EPA-HQ-OW-2018-0640-0020-A3 | Attachment 3: National Historic Preservation Act Section 106 Implementing Regulations (36 C.F.R. Pt. 800) | Dkt. 55-3 at 1–16 |
| EPA-HQ-OW-2018-0640-0020-A4 | Attachment 4: The National Historic Preservation Act | Dkt. 55-3 at 17–68 |
| EPA-HQ-OW-2018-0640-0051 | Letter from Bonnie Malloy et al., Earthjustice, to Kelly Laylock, EPA, Oct. 23, 2020[2] | Dkt. 55-3 at 69–129 |
| EPA-HQ-OW-2018-0640-0223 | Letter from Noah Valenstein, FDEP, to David Ross, U.S. EPA, Nov. 2, 2020 | Dkt. 56 at 7–15 |
| EPA-HQ-OW-2018-0640-0385-A1 | Exhibit 9: Editorial, Rick Scott Record an Environmental Disaster, Sept. 5, 2014[3] | Vol. 1, Dkt. 112-1 at 2–7 |
| EPA-HQ-OW-2018-0640-0385-A2 | Exhibit 10: PEER, Scott's Undeclared Polluters' Holiday Stains Florida, Aug. 16, 2016 | Vol. 1, Dkt. 112-1 at 8–10 |
| EPA-HQ-OW-2018-0640-0385-A3 | Exhibit 11: 2015 PEER Report on Enforcement Efforts by FDEP | Vol. 1, Dkt. 112-1 at 11–129 |
| EPA-HQ-OW-2018-0640-0385-A4 | Exhibit 12: Jimmy Orth, State Failing to Protect Our Waterways, Feb. 1, 2013 | Vol. 1, Dkt. 112-1 at 130–35 |
| EPA-HQ-OW-2018-0640-0385-A6 | Exhibit 14: Consolidation of State and Federal Wetland Permitting Programs Implementation of House Bill 759, Sept. 30, 2005 | Vol. 1, Dkt. 112-1 at 136–48 |
| EPA-HQ-OW-2018-0640-0385-A7 | Exhibit 15: The Florida Senate Bill Analysis and Fiscal Impact, Feb. 13, 2018 | Vol. 1, Dkt. 112-1 at 149–66 |
| EPA-HQ-OW-2018-0640-0385-A8 | Exhibit 16: 2018 Letter from Rachel Silverstein, Ph.D., Miami Waterkeeper, et al., Jan. 22, 2018 | Vol. 1, Dkt. 112-1 at 167–69 |

---

[2] EPA omitted the exhibits to this letter from the regulations.gov docket as copyrighted. Plaintiffs have filed the documents with the Court because they are public agency documents, public comments, or items for which Plaintiffs have received permission from the respective publishers to file with the Court.

[3] EPA omitted this item from the regulations.gov docket as copyrighted. Plaintiffs have obtained permission from the Tampa Bay Times to file it with the Court.

| EPA-HQ-OW-2018-0640-0385-A9 | Exhibit 17: Editorial, Don't Let Florida Take Over Wetlands Permitting, Apr. 18, 2018[4] | Vol. 1, Dkt. 112-1 at 170–72 |
|---|---|---|
| EPA-HQ-OW-2018-0640-0385-A10 | Exhibit 18: Everglades Coalition Resolution Opposing SB1402 and HB7043: State Assumption of Federal Section 404 Dredge and Fill Permitting Authority | Vol. 1, Dkt. 112-1 at 173–74 |
| EPA-HQ-OW-2018-0640-0386 | Letter from Tania Galloni et al., Earthjustice et al., to Kelly Laylock, EPA, Nov. 2, 2020 | Dkt. 56 at 16–70 |
| EPA-HQ-OW-2018-0640-0386-A1 | Comment Letter (same as above) | Dkt. 56 at 16–70 |
| EPA-HQ-OW-2018-0640-0386-A2 | Exhibit 1: 2002 Purdum, FL Waters Resource Manual | Dkt. 56 at 71–191 |
| EPA-HQ-OW-2018-0640-0386-A3 | Exhibit 2: 2009 Hine, Geology of FL | Dkt. 56 at 192–224 |
| EPA-HQ-OW-2018-0640-0386-A4 | Exhibit 3.a: 1996 USGS Natl Water Wetlands | Dkt. 56 at 225–66 |
| EPA-HQ-OW-2018-0640-0386-A5 | Exhibit 3.b: 1996 USGS Natl Water Wetlands | Dkt. 56 at 267–309 |
| EPA-HQ-OW-2018-0640-0386-A6 | Exhibit 4: 2016 Kotala, FL Declared a Global Biodiversity Hotspot | Dkt. 56 at 310–12 |
| EPA-HQ-OW-2018-0640-0386-A7 | Exhibit 5: 2018 FWC Freshwater Priority | Dkt. 56-1 at 1–37 |
| EPA-HQ-OW-2018-0640-0386-A8 | Exhibit 6: 2016 Rocus & Mazzotti, Threats to FL Biodiversity | Dkt. 56-1 at 38–41 |
| EPA-HQ-OW-2018-0640-0387-A8 | Exhibit 58: ESA Biological Assessment for Clean Water Act Section 404 Assumption by the State of Florida, July 24, 2020 | Dkt. 56-1 at 65–364 |
| EPA-HQ-OW-2018-0640-0387-A10 | Exhibit 60: 1998 Endangered Species Consultation Handbook | Vol. 1, Dkt. 112-1 at 175–490 |
| EPA-HQ-OW-2018-0640-0388-A2 | EPA, Memorandum on Endangered Species Act Section 7(a)(2) Consultation for State and Tribal Clean Water Section 404 Program Approvals, Aug. 27, 2020[5] | *See* A.R. 0660-A1, Dkt. 56-1 at 775–81, 785 |
| EPA-HQ-OW-2018-0640-0388-A7 | Exhibit 67: FDEP White Paper, ESA Consultation | Vol. 2, Dkt. 112-2 at 2–26 |
| EPA-HQ-OW-2018-0640-0388-A9 | Exhibit 69: 2008 Panther Recovery Plan | Vol. 2, Dkt. 112-2 at 27–260 |

---

[4] EPA omitted this item from the regulations.gov docket as copyrighted. Plaintiffs have obtained permission from the Tampa Bay Times to file it with the Court.

[5] In the earlier briefing on partial summary judgment, Plaintiffs and Florida inadvertently cited A.R. 0388-A2, *see* Dkt. 42 at 22 n.3, Dkt. 46 at 30, when they intended to cite EPA-HQ-OW-2018-0640-0660-A1.

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0388-A10 | Exhibit 70: 2009 Panther 5 Year Review | Vol. 2, Dkt. 112-2 at 261–93 |
| EPA-HQ-OW-2018-0640-0391-A6 | Exhibit 46: Section 404 Public Comments to FDEP, Apr. 30, 2020 | Vol. 2, Dkt. 112-2 at 294–336 |
| EPA-HQ-OW-2018-0640-0392-A2 | Exhibit 19: Victoria Tschinkel, Commentary, Florida's Treasured Wetlands on the Eve of Destruction—We Cannot Allow It, Mar. 12, 2018[6] | Vol. 2, Dkt. 112-2 at 337–39 |
| EPA-HQ-OW-2018-0640-0392-A3 | Exhibit 20: Letter to Kenneth Detzner, Florida, from Governor Rick Scott, Florida, Mar. 23, 2018 | Vol. 2, Dkt. 112-2 at 340–42 |
| EPA-HQ-OW-2018-0640-0429 | Transcript, Virtual Public Hearing on FL's Request to Assume Administration of CWA Section 404 Program, Oct. 21, 2020 | Dkt. 56-1 at 366–92 |
| EPA-HQ-OW-2018-0640-0430 | Transcript, Virtual Public Hearing on FL's Request to Assume Administration of CWA Section 404 Program, Oct. 27, 2020 | Dkt. 56-1 at 393–425 |
| EPA-HQ-OW-2018-0640-0564 | Approval of Florida's Clean Water Act Section 404 Assumption Request, 85 Fed. Reg. 83,533, Dec. 22, 2020 | Dkt. 56-1 at 433–34 |
| EPA-HQ-OW-2018-0640-0565 | Action Memorandum from Jeaneanne Gettle, EPA, to Mary Walker, EPA, on Florida's Assumption Request, Dec. 17, 2020 | Vol. 2, Dkt. 112-2 at 343–48 |
| EPA-HQ-OW-2018-0640-0566 | Letter from Mary Walker, EPA, to Governor Ron DeSantis, Florida, Dec. 17, 2020 | Dkt. 56-1 at 435–36 |
| EPA-HQ-OW-2018-0640-0568 | EPA, Response to Comments on the State of Florida's Program Submission Requesting to Assume Administration of a Clean Water Act Section 404 Program, Dec. 16, 2020 | Dkt. 56-1 at 437–549 |
| EPA-HQ-OW-2018-0640-0574 | Florida Assumption Public Hearing Transcripts from October 27, 2020 | Dkt. 56-1 at 552–84 |
| EPA-HQ-OW-2018-0640-0575 | Florida Assumption Public Hearing Attendee List from October 27, 2020 | Dkt. 56-1 at 585–88 |
| EPA-HQ-OW-2018-0640-0589 | Florida Assumption Public Hearing Attendee List from October 21, 2020 | Dkt. 56-1 at 589–94 |
| EPA-HQ-OW-2018-0640-0595 | Letter from Jeaneanne Gettle, EPA, to Reid Nelson, Advisory Council on Historic Preservation, Dec. 16, 2020 | Dkt. 56-1 at 595–603 |
| EPA-HQ-OW-2018-0640-0604 | Florida Assumption Public Hearing Transcripts, Oct. 21, 2020 | Dkt. 56-1 at 604–30 |

---

[6] EPA omitted this item from the regulations.gov docket as copyrighted. Plaintiffs have obtained permission from the Orlando Sentinel to file it with the Court.

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0608 | Letter from Jeaneanne Gettle, EPA, to Aurelia Skipwith, USFWS, et al., on EPA's Receipt of a Complete Package from Florida, Aug. 28, 2020 | Vol. 2, Dkt. 112-2 at 349–50 |
| EPA-HQ-OW-2018-0640-0617 | Letter from Jeaneanne Gettle, EPA, to Roy Crabtree, NOAA NMFS, on EPA's Section 7 Consultation, Sept. 2, 2020 | Vol. 2, Dkt. 112-2 at 351 |
| EPA-HQ-OW-2018-0640-0618 | Letter from Virginia Fay, NOAA NMFS, to Jeaneanne Gettle, EPA, Oct. 30, 2020 | Vol. 2, Dkt. 112-2 at 352–53 |
| EPA-HQ-OW-2018-0640-0623 | USFWS Biological Opinion Appendix 2: Memorandum of Understanding Between FWC, USFWS, and FDEP, August 5, 2020 | Vol. 2, Dkt. 112-2 at 354–66 |
| EPA-HQ-OW-2018-0640-0635 | Letter from David Ross, EPA, to Timothy Gallaudet, NOAA NMFS, and Rob Wallace, USFWS, on FDEP's Non-Federal Representative Designation, Dec. 13, 2019 | Dkt. 56-1 at 669 |
| EPA-HQ-OW-2018-0640-0636 | Letter from Mary Walker, EPA, to Noah Valenstein, FDEP, on FDEP's Non-Federal Representative Designation, Dec. 12, 2019 | Dkt. 56-1 at 670–71 |
| EPA-HQ-OW-2018-0640-0637 | EPA, Request for Comment on Whether EPA's Approval of a Clean Water Act Section 404 Program is Non-Discretionary for Purposes of Endangered Species Act Section 7 Consultation, 85 Fed. Reg. 30,953, May 21, 2020 | Vol. 2, Dkt. 112-2 at 367–69 |
| EPA-HQ-OW-2018-0640-0638 | Letter from Cathryn Tortorici, NOAA NMFS, to Heather Mason, FDEP, April 15, 2020 | Vol. 2, Dkt. 112-2 at 370–71 |
| EPA-HQ-OW-2018-0640-0639 | Programmatic Agreement under National Historic Preservation Act Section 106, Dec. 16, 2020 | Dkt. 56-1 at 673–83 |
| EPA-HQ-OW-2018-0640-0641 | Letter from Mary Walker, EPA, to Governor Ron DeSantis, Florida, on EPA's Completeness Determination for Florida's Assumption Request, August 28, 2020 | Dkt. 56-1 at 684–85 |
| EPA-HQ-OW-2018-0640-0642 | USFWS, Programmatic Biological Opinion for EPA's Approval of FDEP's Assumption of the Administration of the Dredge and Fill Permitting Program Under Section 404 of the Clean Water Act, Nov. 17, 2020 | Dkt. 56-1 at 686–773 |
| EPA-HQ-OW-2018-0640-0649 | USFWS Biological Opinion Appendix 1: EPA's Biological Evaluation | Vol. 3, Dkt. 112-3 at 2–298 |
| EPA-HQ-OW-2018-0640-0660 | Memorandum from David Ross, EPA, to Mary Walker, EPA, Aug. 27, 2020[7] | Dkt. 56-1 at 774 |

---

[7] Plaintiffs' citations to A.R. 0660 in their Motion for Partial Summary Judgment, Dkt. 31 at 10, 11, meant to cite the attachment, EPA-HQ-OW-2018-0640-0660-A1.

11

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0660-A1 | EPA, Memorandum on Endangered Species Act Section 7(a)(2) Consultation for State and Tribal Clean Water Section 404 Program Approvals, Aug. 27, 2020 | Dkt. 56-1 at 775–81, 785 |
| EPA-HQ-OW-2018-0640-0663 | Email from David Bernhart, NMFS, to Thomas Mcgill, EPA, et al., re: ESA No Effect Letter, Sept. 3, 2020 | Vol. 3, Dkt. 112-3 at 299–300 |
| EPA-HQ-OW-2018-0640-0664 | Letter from Jeaneanne Gettle, EPA, to Tania Galloni, Earthjustice, Responding to Notice of Intent to Sue, Dec. 20, 2021 | Vol. 3, Dkt. 112-3 at 301–02 |
| EPA-HQ-OW-2018-0640-0665 | Email from Philip G. Mancusi-Ungaro, EPA, to Jason M. Hand, FDEP, re: FDEP's Criminal Program, Feb. 16, 2018 | Vol. 3, Dkt. 112-3 at 303–04 |
| EPA-HQ-OW-2018-0640-0666 | Email from Philip G. Mancusi-Ungaro, EPA, to Jason M. Hand, FDEP, re: Cases, Feb. 21, 2018 | Vol. 3, Dkt. 112-3 at 305–06 |
| EPA-HQ-OW-2018-0640-0667 | Email from Philip G. Mancusi-Ungaro, EPA, to Jason M. Hand, FDEP, re: Idaho Letter, Feb. 21, 2018 | Vol. 3, Dkt. 112-3 at 307 |
| EPA-HQ-OW-2018-0640-0667-A1 | Letter from Daniel D. Opalski, EPA, to Barry Burnell, IDEP, re: IPDES Negligence-Standard, Nov. 30, 2016 | Vol. 3, Dkt. 112-3 at 308–09 |
| EPA-HQ-OW-2018-0640-0668-A1 | 2009 Uhlmann, Environmental Crime Comes of Age: The Evolution of Criminal Enforcement in the Environmental Regulatory Scheme | Vol. 3, Dkt. 112-3 at 310–40 |
| EPA-HQ-OW-2018-0640-0668-A2 | 2015 Clayton, Minimizing Risk Under the Clean Water Act[8] | Vol. 3, Dkt. 112-3 at 341 |
| EPA-HQ-OW-2018-0640-0668-A3 | 2009, Roth, The Criminalization of Negligence Under the Clean Water Act[9] | Vol. 3, Dkt. 112-3 at 342 |
| EPA-HQ-OW-2018-0640-0670 | Email from David Fotouhi, EPA, to Matt Leopold, EPA, et al., transmitting documents for Florida Stakeholder meeting, Sept. 17, 2018 | Vol. 3, Dkt. 112-3 at 343 |
| EPA-HQ-OW-2018-0640-0670-A3 | Potential ESA Compromise Analysis and Proposal | Vol. 3, Dkt. 112-3 at 344–52 |
| EPA-HQ-OW-2018-0640-0670-A5 | Florida Proposal Regarding ESA (SSEC-Doug-P18082810080) | Vol. 3, Dkt. 112-3 at 353–59 |

---

[8] EPA omitted this item from the regulations.gov docket as copyrighted. The Defendants submit that it is publicly available free of charge at https://www.eba-net.org/wp-content/uploads/2023/02/7-16-69-Clayton-et-al.-Final-4.27.pdf and Plaintiffs will provide a courtesy copy to the Court.

[9] EPA omitted this item from the regulations.gov docket as copyrighted. Plaintiffs will provide a courtesy copy to the Court.

| | | |
|---|---|---|
| EPA-HQ-OW-2018-0640-0681 | Idaho Conservation League v. EPA, Ninth Circuit Decision on Simple Negligence, Sept. 10, 2020 | Vol. 3, Dkt. 112-3 at 360–67 |
| EPA-HQ-OW-2018-0640-0686 | Response to Comments on EPA Consultation under ESA | Vol. 3, Dkt. 112-3 at 368–72 |
| EPA-HQ-OW-2018-0640-0689-A3 | Letter from Peter S. Silva, EPA, to R. Steven Brown, Environmental Council of the States, et al., re EPA Position on ESA Consultation for 404 Assumption, Dec. 27, 2010 | Vol. 3, Dkt. 112-3 at 373–74 |
| EPA-HQ-OW-2018-0640-0690 | Letter from Peter S. Silva, EPA, to R. Steven Brown, Environmental Council of the States, et al., re EPA Position on ESA Consultation for 404 Assumption, Dec. 27, 2010 (same as above) | Vol. 3, Dkt. 112-3 at 375–76 |
| **USFWS** | **Document** | **Docket Entry** |
| FWS-000001 | 20191212 Letter from Mary Walker, EPA, to Noah Valenstein, FDEP, re: Designation of FDEP as Non-Federal Representative for Informal Consultation | Vol. 4, Dkt. 112-4 at 2–3 |
| FWS-000113 | 20200123 Email exchange between USFWS and FDEP re: Coordination on Biological Assessment | Vol. 4, Dkt. 112-4 at 4–7 |
| FWS-000129 | 20200211 Email from H. Rauschenberger, USFWS, to E. Dohner, GHD, re: Some New Info | Vol. 4, Dkt. 112-4 at 8 |
| FWS-000749 | 20200331 Email from H. Rauschenberger, USFWS, to M. Duncan, FDEP, J. Goff, FWC, et al., re: Comments on Draft Species Coordination Process | Vol. 4, Dkt. 112-4 at 9–11 |
| FWS-002888 | 20200820 Memorandum of Agreement between FDEP and EPA, included in FDEP's Application Package | Vol. 4, Dkt. 112-4 at 12–25 |
| FWS-003296 | 20200820 Program Description Section (a), submitted as part of FDEP's application package. The remainder of the application package is available at EPA-HQ-OW-2018-0640-0001 to EPA-HQ-OW-2018-0640-0020. | Vol. 4, Dkt. 112-4 at 26–34 |
| FWS-003305 | 20200820 Program Description Section (b), submitted as part of FDEP's application package. The remainder of the application package is available at EPA-HQ-OW-2018-0640-0001 to EPA-HQ-OW-2018-0640-0020. | Vol. 4, Dkt. 112-4 at 35–42 |
| FWS-003386 | 20200820 Florida Rules Chapter 62-4, submitted as part of FDEP's application package. The remainder of the application package is available at EPA-HQ-OW-2018-0640-0001 to EPA-HQ-OW-2018-0640-0020. | Vol. 4, Dkt. 112-4 at 43–84 |

| | | |
|---|---|---|
| FWS-005608 | 20200902 Letter from Jeaneanne Gettle, EPA, to Leopoldo Miranda, USFWS, re: Initiation of ESA Section 7 Consultation, enclosing EPA's Biological Evaluation | Vol. 4, Dkt. 112-4 at 85–86 |
| FWS-005610 | 202008 ESA Biological Evaluation for Clean Water Act Section 404 Assumption by the State of Florida | Vol. 4, Dkt. 112-4 at 87–383 |
| FWS-005910 | 20200917 Florida DEP Species Coordination Training PowerPoint Presentation | Vol. 5, Dkt. 112-5 at 2–46 |
| FWS-006015 | 20201116 Memorandum of Understanding between FWC, USFWS, and FDEP (attached as Appx. 2 to USFWS's Biological Opinion) | Vol. 5, Dkt. 112-5 at 47–59 |
| FWS-006028 | 20201117 Programmatic Biological Opinion for EPA's Approval of FDEP's Assumption of the Administration of the Dredge and Fill Permitting Program Under Section 404 of the Clean Water Act | Vol. 5, Dkt. 112-5 at 60–147 |
| FWS-006144 | 20180625 Memorandum of Agreement between EPA, USFWS, and NJDEP Related to the Protection of Federally-Listed Threatened or Endangered Species and Designated Critical Habitat Under a New Jersey-Assumed Section 404 Program | Vol. 5, Dkt. 112-5 at 148–169 |
| FWS-006523 | 20200219 Email from H Rauschenberger, USFWS, to R. Tawes, USFWS, et al., re: State 404 Program Notices of Proposed Rule Published | Vol. 5, Dkt. 112-5 at 170–73 |
| FWS-006639 | 20200327 Email from M. Duncan, FDEP, to H. Rauschenberger, USFWS, re: DOI_EPA_screening_DRAFT_03.21.2 020_DOIFWS_anonauthor | Dkt. 125-1 |
| **Army Corps** | **Document** | **Docket Entry** |
| CORPS002987 | 20140925 Jacksonville District Section 10 Waters | Vol. 6, Dkt. 112-6 at 2–7 |
| CORPS002993 | 20170524 Assumable Waters Subcommittee Report | Vol. 6, Dkt. 112-6 at 8–79 |
| CORPS003115 | 20171003 Email from White, Corps, to Barron, Corps, re: Section 10 list update | Vol. 6, Dkt. 112-6 at 80–81 |
| CORPS003117 | 20171005 Supplement To Jacksonville District Section 10 Waters | Vol. 6, Dkt. 112-6 at 82–98 |
| CORPS003213 | 20180319 Public Notice re: Determination of Navigable Waters | Vol. 6, Dkt. 112-6 at 99–100 |

| CORPS003215 | 20180320 Email from Ennis Bradley, FDEP, to Robert Barron, Corps, et al., re: Corps - FDEP Florida Navigable Waters Discussion<br>**Attachment:** Florida Navigable Waters: Section 10 | Vol. 6, Dkt. 112-6 at 101–08 |
|---|---|---|
| CORPS003227 | 20180322 Email from John Palmer, Corps, to Steven Currie, Corps, re: Seminole Tribe Canoe Travel | Vol. 6, Dkt. 112-6 at 109–11 |
| CORPS003230 | 20180322 Email from John Palmer, Corps, to Steven Currie, Corps, re: SHPO Additional Canoe Travel Locations Response to Public Notice | Vol. 6, Dkt. 112-6 at 112–498 |
| CORPS003617 | 20180322 Email from John Palmer, Corps, to Steven Currie, Corps, re: SHPO Additional Canoe Travel Locations Response to Public Notice<br>**Attachment:** Wright, The Florida Everglades (1912) | Vol. 7, Dkt. 112-7 at 2–93 |
| CORPS003709 | 20180330 Email from Doug Alderson, FL-Office of Greenways and Trails, to Corps re: Updated Opportunity Paddling Trails Map | Vol. 7, Dkt. 112-7 at 94 |
| CORPS003714 | 20180410 Email from Alvin Bryan Lee, Corps, to John Ferguson, Corps, et al., re: Kirk Email to Corps HQ re Jacksonville District Navigation Studies | Vol. 7, Dkt. 112-7 at 95–96 |
| CORPS003717 | 20180410 Public Notice re: Cessation of Public Comment Period | Vol. 7, Dkt. 112-7 at 97 |
| CORPS003724 | 20180416 Email from Cris Costello, Sierra Club, to Corps re: Public Notice<br>**Attachment:** Sierra Club Letter to USACE 404 Issue | Vol. 7, Dkt. 112-7 at 98–216 |
| CORPS003843 | 20180417 Email from Chris Farrell, Audubon Florida, to Donald Kinard, Corps, et al., re: Public Notice<br>**Attachment:** Audubon FL Comments on Navigable Waters | Vol. 7, Dkt. 112-7 at 217–19 |
| CORPS003846 | 20180418 Email from Jaclyn Lopez, Center for Biological Diversity, to Jason Kirk, Corps, et al., re: Public Notice<br>**Attachment:** 404 Assumption Comments | Vol. 7, Dkt. 112-7 at 220–23 |
| CORPS003850 | 20180418 Email from Amber Crooks, Conservancy of Southwest Florida, to Donald Kinard, Corps, et al., re: Public Notice<br>**Attachments**: Public Comment Letter and Exhibits | Vol. 7, Dkt. 112-7 at 224–73 (letter at 265–73) |
| CORPS003900 | 20180418 Email from Tania Galloni, Earthjustice, to Donald Kinard, Corps, et al., re: Public Notice<br>**Attachments:** Public Comment Letter and Exhibits | Vol. 7, Dkt. 112-7 at 274–438 |
| CORPS004065 | 20180418 Email from Gladys Delgadillo, Florida Conservation Coalition, to Corps re: Public Notice<br>**Attachments:** Public Comment Letter and Exhibits | Vol. 8, Dkt. 112-8 at 2–5 |

| CORPS004069 | 20180418 Email from Julie Dick, on behalf of FKEF, to Jason Kirk, Corps, et al., re: Public Notice **Attachments:** Public Comment Letter and Exhibits | Vol. 8, Dkt. 112-8 at 6–21 |
|---|---|---|
| CORPS004085 | 20180418 Email from Lisa Rinaman, on behalf of Florida Waterkeepers to Jason Kirk, Corps, et al., re: Public Notice **Attachment:** Public Comment Letter | Vol. 8, Dkt. 112-8 at 22–24 |
| CORPS004093 | 20180618 Email from William James, Corps, to Tori White, Corps, re: Suspension of the Florida Navigability Study 18 May 18 **Attachment:** CG, USACE - Suspension of the Florida Navigability Study - 18 May 18 | Vol. 8, Dkt. 112-8 at 25–27 |
| CORPS004096 | 20180730 Memorandum from R.D. James ASA-CW to Corps re: Clean Water Act Section 404(g): Non-Assumable Waters | Vol. 8, Dkt. 112-8 at 28–30 |
| CORPS004149 | 20180827 Memorandum from Diana M. Holand, Corps SAD, re: CWA 404 MOA Resolution | Vol. 8, Dkt. 112-8 at 31 |
| CORPS004238 | 20181113 Memorandum for Record re: GIS Edits Historic | Vol. 8, Dkt. 112-8 at 32–58 |
| CORPS004265 | 20190305 Memorandum for Record re: GIS Edits Multi-Checks | Vol. 8, Dkt. 112-8 at 59–105 |
| CORPS004318 | 20191126 Email from Robert Barron, Corps, to Shawn Zinszer, Corps, et al., re: AAR Retained Water GIS Call: We Need a Big Call with FDEP | Vol. 8, Dkt. 112-8 at 106 |
| CORPS004319 | 20191206 Email Dale Beter, Corps, to Shawn Zinszer, Corps, re: 404g_h Assumption Meeting Notes **Attachment:** 20191206 Sec 404g Assumption Mtg Notes.docx | Vol. 8, Dkt. 112-8 at 107–09 |
| CORPS004322 | 20200805 Memorandum of Agreement between FDEP and U.S. Department of the Army | Vol. 8, Dkt. 112-8 at 110–22 |