# Attachment 1

# Plaintiffs' Claims Are Not Justiciable

|   | *Claim* | *No Informational Injury* | *No Substantive Injury* | *Not Ripe/Not Final* |
|---|---|---|---|---|
| 1 | EPA complete application finding violates CWA/APA | ✓ | ✓ | ✓ |
| 2 | EPA approval of FL's program violates CWA/APA | ✓ | ✓ *Crow Creek, Waterkeeper Alliance* |  |
| 3 | FWS BiOp + "No Jeopardy" violate ESA/APA | ✓ | * | ✓ |
| 4 | FWS BiOp + Incidental Take Statement violate ESA/APA | ✓ | * | ✓ |
| 5 | EPA "No Effect" for NMFS species violates CWA/APA | ✓ | * | ✓ |
| 6 | FWS Incidental Take "scheme" violates APA | ✓ | * | *Arguably not ripe* |
| 7 | Corps "Retained Waters List" violates RHA/APA | ✓ | * | ✓ |
| 10 | EPA use of Programmatic BiOp violates ESA | ✓ | * | *Arguably not ripe* |
| 11 | EPA failed to consult w/ NMFS | ✓ | * | ✓ |
| 12 | EPA failed to consult w/ FWS (sea turtles) | ✓ | * | ✓ |
| 13 | FWS "Technical Assistance Process" is ultra vires | ✓ | * | *Arguably not ripe* |

\* - Plaintiffs do not prove/rely on substantive injuries.

# Plaintiffs' Aesthetic and Recreational Injuries Are Speculative

Under *Clapper,* no injury to Plaintiffs *unless* all "dominos" fall. (FL Br., Dkt. 101 at 45; FL Reply Br., Dkt. 107 at 21-22)



|  |  |  |  |  |
|---|---|---|---|---|
| FDEP proposes to issue 404 permit that would harm Pls, and Pls submit comments. | EPA fails to convince FDEP to resolve the issue, and EPA neither objects to nor federalizes the permit. | FDEP proceeds to issue the permit without correcting concerns submitted in the public comment process. | Pls file administrative challenge (automatically forestalls final agency action). FL admin hr'g and judicial review results in no changes to project. | Project proceeds in a manner that actually harms Pls' cognizable interests. |