IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | |
| v. | CASE NO. 1:21-cv-00119 (RDM) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO
INTERVENORS' MOTION FOR LEAVE TO FILE POST-HEARING MEMORANDUM
(AND EXTRA-RECORD ATTACHMENTS)**

Plaintiffs, by and through undersigned counsel, respectfully submit this response in opposition to Intervenors' motion for leave to file a post-hearing brief, Dkt. 127. Intervenors' untimely motion is wholly without merit and should be denied.

First, Intervenors were not deprived of the opportunity to address issues during oral argument on the parties' cross-motions for summary judgment "due to time limitations." Dkt. 127 at 1. After the October 19, 2023, hearing continued past five o'clock, the Court more than once offered Intervenors the opportunity to continue their argument the next morning if counsel required more time. But Intervenors declined. Intervenors presented their argument, concluded their argument, and did not request additional time or leave to submit supplemental argument in writing.[1] Intervenors should not be permitted now to supplement the record or bolster or come

---

[1] Intervenors characterize this exchange as the Court's expressing "a willingness to consider additional argument at a later time." Dkt. 127 at 2. But the Court's offer was to continue oral argument, when all parties could be present, not an invitation for unsolicited, unilateral briefing. The Court advised that the parties would be notified if the Court required additional briefing or argument on any matter.

1

up with arguments they could have made, but declined to make, when the parties were all before the Court. Allowing Intervenors to submit post-hearing briefing and evidence would prejudice the Plaintiffs by causing unnecessary delay and depriving them of the opportunity to respond.[2]

Second, the issues before the Court have been fully and extensively briefed over the course of several months. Intervenors had every opportunity to brief the issues and submit exhibits during the course of this briefing. Intervenors have not identified any new matter raised for the first time during the hearing, nor could they as the issues they point to were all addressed in briefing. Intervenors have not shown how the further briefing they propose would aid the Court. In addition, since Intervenors' cross-motion sought summary judgment only based on standing and the justiciability of Plaintiffs' claims, it would also prejudice Plaintiffs for the Court now to allow Intervenors to inject new arguments on the merits, which would also only delay resolution of this case and deprive the Plaintiffs the opportunity to respond.

Third, Intervenors' request to file a demonstrative exhibit on standing is both untimely and without merit. Intervenors could have submitted the demonstrative (which as presented is more akin to argument than truly a demonstrative exhibit) with their briefing but chose not to. Intervenors have not shown that the untimely submission of this exhibit would aid in the resolution of the claims before the Court.

For these reasons, Plaintiffs respectfully request that the Court deny Intervenors' motion. Although the Plaintiffs' strong preference is to avoid any undue delay, if the Court grants the motion, Plaintiffs' respectfully request an opportunity for a brief rebuttal.

---

[2] Intervenors' motion neglects to mention that in addition to hearing from the Plaintiffs, Dkt. 127 at 2, the Court also heard extensive argument from the Defendants, whose positions are aligned with Intervenors'.

Dated: October 27, 2023

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

* Appearing *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2023 I electronically filed the foregoing using the CM/ECF system. Service was accomplished by the CM/ECF system.

                                              Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org