IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE POST-HEARING MEMORANDUM**

Plaintiffs respectfully submit this response in opposition to the Defendants' motion for leave to file a supplemental, post-hearing brief, Dkt. 131. Because the Defendants had ample opportunity to brief legislative history but chose not to and this request would only cause delay, Plaintiffs respectfully request that the motion be denied. If the Court is inclined to grant the motion, Plaintiffs respectfully request the opportunity to submit a short response to what the Defendants admit is new briefing. *See* Dkt. 131 at 2 (purporting to explain why the Defendants "did not address this legislative history in prior briefing").

Contrary to the Defendants' claim, the Defendants did raise legislative history in prior briefing, but chose to do so only in passing. *See* Dkt. 99 at 18–19, 28. To the extent the Defendants belatedly seek leave for more briefing on the theory that Plaintiffs raised case law to support their interpretation of retained waters or its legislative history "for the first time" on sur-reply, this claim lacks merit. As the sur-reply made clear, Plaintiffs were responding to the Defendants' invocation of examples (*The Daniel Ball* case and the Great Salt Lake) to support

1

their interpretation and cited a legislative report the Defendants themselves had cited, Dkt. 99 at 18–19, albeit for a different purpose. Dkt. 123 at 18. The Defendants had the opportunity but failed to raise any concerns about Plaintiffs' sur-reply at the Court's October 19, 2023, hearing on summary judgment a week after the Plaintiffs' filing. Plaintiffs' rebuttal to Florida's belated, post-hearing reliance on legislative history was also appropriate and flagged that the Defendants had previously cited the same legislative report for a different purpose. Dkt. 129 at 3.

The Intervenors' and Defendants' strategy of repeatedly requesting additional briefing, even after oral argument,[1] is prejudicial to Plaintiffs, especially since, as Plaintiffs flagged at the oral argument, the state 404 program is poised to soon issue major permits in the last remaining habitat of the critically endangered Florida panther. Indeed, on November 6, 2023, the State issued a thirty-day public hearing notice for one of those projects, which is the last step before the permit can issue. Without relief from this Court, nothing prevents the State's unlawful 404 program from issuing that permit once the December 7, 2023, hearing passes.

For these reasons, Plaintiffs respectfully request that the Court deny the Defendants' motion. Although Plaintiffs' strong preference is to avoid any further delay, if the Court grants the motion, Plaintiffs' respectfully request an opportunity for a brief rebuttal. Additionally, because the requested supplemental briefing relates only to the retained waters list, Plaintiffs respectfully request that the Court not await resolution of the matter before resolving Plaintiffs' Endangered Species Act claims, Claims 3–6 and 11–13.

---

[1] The Defendants even broadly indicated that they "welcome" the opportunity for indefinite, additional briefing beyond what they have even requested with this filing. Dkt. 131 at 2.

Dated: November 7, 2023

        Respectfully submitted,

        /s/ Tania Galloni
        TANIA GALLONI*
        Fla. Bar No. 619221
        CHRISTINA I. REICHERT*
        Fla. Bar No. 0114257
        Earthjustice
        4500 Biscayne Blvd., Ste 201
        Miami, FL 33137
        T: 305-440-5432
        F: 850-681-0020
        tgalloni@earthjustice.org
        creichert@earthjustice.org

        /s/ Bonnie Malloy
        BONNIE MALLOY*
        Fla. Bar No. 86109
        Earthjustice
        111 S. Martin Luther King Jr. Blvd
        Tallahassee, FL 32301
        T: 850-681-0031
        F: 850-681-0020
        bmalloy@earthjustice.org

        /s/ Anna Sewell
        ANNA SEWELL
        D.C. Bar No. 241861
        Earthjustice
        1001 G St., Ste 1000
        Washington, DC 20001
        T: 202-667-4500
        asewell@earthjustice.org

        *Counsel for Plaintiffs*

        * Appearing *pro hac vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of November 2023 I electronically filed the foregoing using the CM/ECF system. Service was accomplished by the CM/ECF system.

      Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org