## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

     Plaintiffs,

     v.                                             **CASE NO.** 1:21-cv-00119 (RDM)

U.S. ENVIRONMENTAL PROTECTION
AGENCY, et al.,

     Defendants.

## DECLARATION OF ROBERT FRAKES, PH.D.

I, Robert Frakes, Ph.D., make the following declaration:

    1.     I am a resident of Fort Pierce, Florida.

    2.     I have been retained by the Center for Biological Diversity to provide my professional opinion regarding matters in this case. I exercised my own independent, scientific judgment when providing my opinion.

    3.     The facts set forth in this declaration are based on my personal and professional knowledge and if called as a witness, I could and would competently testify to these facts under oath. As to those matters that reflect a matter of opinion, they reflect my professional opinion and judgment upon the matter.

    4.     I earned a B.S. from the University of Cincinnati in Biology, an M.S. in Zoology (Animal Ecology) from Washington State University, and a Ph.D. in Environmental Toxicology from Utah State University. A Curriculum Vitae listing my publications and professional experience is attached to this declaration as Attachment A.

5.      I have training in ecology, zoology, and environmental toxicology. Ecotoxicology involves a lot of modeling with a focus on environmental conditions and the food chain.

6.      I began my career in 1986 as the State Toxicologist for the State of Maine (7 years). Following that, I served as a Supervisory Fish and Wildlife Biologist for the U.S. Fish & Wildlife Service (FWS) New Jersey Field Office (5 years) and later became the Deputy Refuge Manager for the Florida Keys National Wildlife Refuge (2 years). After my time at the Refuge, I was employed as a Supervisory Ecologist by the FWS South Florida Ecological Services Office for 14 years before I retired in 2014. After retiring, I have done freelance work as a consultant for conservation organizations. I have also trained a graduate student on an adult panther habitat model that myself and a colleague developed so she could research the impact of solar facilities on Florida panther habitat and intend to participate on her graduate committee.

7.      In my role as the Supervisory Ecologist in the South Florida Ecological Services Office in Vero Beach, Florida, I developed food chain and habitat models for endangered species, including the Florida panther.

8.      I began working on Florida panther regulatory issues around 2002 when the FWS first began working on developing an assessment tool for habitat compensation. I was invited to assist with the panther habitat assessment because of my skills with statistics and modeling. I worked on panther issues while also supervising the Environmental Contaminants Program and working on the Comprehensive Everglades Restoration Plan and wetland restoration. Although I have worked with several listed species, I moved towards working on panthers nearly full-time in 2010. I gained knowledge about the species through modeling, literature review, and working closely with panther experts. The team included those who focused on field work studying Florida panthers, Endangered Species biologists, GIS specialists, a hydrologist, and biologists

2

interested in species distribution modeling. I established and chaired a modeling team that included representatives from the Florida FWS offices.

9.      During 2003 to 2006, I worked with a team assigned to develop the Florida Panther Habitat Assessment Methodology. The intent of this effort was to develop a consistent regulatory approach for assessing impacts for proposed projects in panther habitat and determining acceptable compensation ratios when losses could not be avoided. The methodology included assumptions based on available panther science at the time and took into account the amount of total panther habitat remaining, the amount at-risk (in private lands), and the amount conserved (protected) in the Primary and Secondary Zones. The methodology was supposed to be updated every two years, as panther science and the amount of habitat at-risk and amount conserved is constantly changing. Unfortunately, the FWS has not updated the acres of at risk and conserved lands since 2003, despite those factors being critical to the calculation of compensation ratios.

10.      I have informed the FWS managers on multiple occasions that the methodology was flawed, outdated, and not consistent with the best science. The flawed habitat assessment methodology remains essentially unchanged. It is still used and distributed by the FWS today. This same methodology was used to calculate compensation for habitat losses due to the Bellmar and other development projects.

11.      In order to better identify and prioritize panther habitat, my colleagues and I developed a Random Forest adult panther habitat model, which was the basis of a co-authored, peer-reviewed article titled "Landscape Analysis of Adult Florida Panther Habitat" (Frakes et al.

2015) published in 2015.[1] Using radio-collar data from 87 adult panthers taken from 2004 through 2013, we analyzed the characteristics of the occupied area and used those attributes to model a predictive distribution map for resident breeding panthers in southern Florida. This model was 87.5 % accurate in predicting presence or absence of panthers in the 16,678 km$^2$ study area. Our analysis indicated that the amount of forests and forest edge, hydrology, and human population density were the most important factors determining presence or absence of panthers. Presence of human populations, roads, and agriculture (other than pasture) had strong negative effects on the probability of panther presence. Forest cover and forest edge had strong positive effects. This is because panthers can use forest edge habitat to ambush prey like deer. Panthers' preference for edge habitat is about availability of prey and ability to capture that prey. Edge habitat is conducive to higher amounts of prey (deer, and to some extent hogs, tend to prefer open fields next to forests) and provides panthers cover that increases their success as ambush-style predators.

12.    Using the model, we identified 5579 km$^2$ of suitable breeding habitat remaining in southern Florida. Because there is less panther habitat remaining than previously thought, we recommended that all remaining breeding habitat in south Florida should be maintained, and the current panther range should be expanded into south-central Florida. Our model is useful for evaluating the impacts of future development projects, in prioritizing areas for panther conservation, and in evaluating the potential impacts of sea-level rise and changes in hydrology.

13.    The FWS has relied extensively on our models in a draft species status assessment for the Florida panther that was released in 2020. My model is also being used to help prioritize

---

[1] Frakes RA, Belden RC, Wood BE, James FE (2015) Landscape Analysis of Adult Florida Panther Habitat. PLoS ONE 10(7): e0133044. https://doi.org/10.1371/journal.pone.0133044.

DocuSign Envelope ID: E8002A18-A183-4390-962E-EEF565DD6F5EF

areas for the Florida Wildlife Corridor and was the basis for a study at Florida Atlantic University on the impacts of large solar facilities on habitat connectivity.

14.    In addition to the model, I have published peer-reviewed articles and reports relating to Florida panther conservation. A focus of my work has been predicting the impacts of habitat destruction in southwest Florida on the Florida panther's survival and recovery.

15.    In 2018, I authored a publicly available report[2] that assessed the habitat impacts from proposed residential and mining developments across approximately 45,000 acres within the Florida panther's current occupied range in eastern Collier County, including the proposed Bellmar and Rural Lands West developments. I used the previously published model (Frakes et al. 2015) to predict how adult panther breeding habitat and habitat connectivity within the study area would be impacted by the proposed developments. My study predicted substantial losses of adult panther breeding habitat in terms of both habitat quantity (areal extent) and quality. The model also predicted damage to north-south panther corridors via narrowing of these important linkages that allow panthers to move to and from habitat areas north of the core breeding range, which is critical to the FWS's panther recovery goals. The report concluded that the cumulative effect of approving these proposed developments in the region would appreciably reduce the likelihood of survival and recovery of the Florida panther.

16.    In 2021, I co-authored another peer-reviewed article titled "Location and extent of unoccupied panther (*Puma concolor coryi*) habitat in Florida: Opportunities for recovery."[3] In that study, we estimated the amount and location of breeding panther habitat still remaining in

---

[2] Frakes, R. A. (2018). Impacts to panther habitat from the proposed eastern collier multiple species habitat conservation plan: A quantitative analysis. Report.

[3] Frakes, R. A., & Knight, M. L. (2021). Location and extent of unoccupied panther (*Puma concolor coryi*) habitat in Florida: Opportunities for recovery. *Global Ecology and Conservation*, 26, e01516.

Florida using a modified version of a published Random Forest habitat model. We found that a large proportion of the state (41%) is still suitable panther habitat. Most of this habitat is concentrated in the Panhandle, Big Bend region, and northern third of the peninsula, although there are also smaller islands of habitat in central Florida, in addition to the occupied range in south Florida. However, due to existing impediments to dispersal and anticipated rapid development in Florida, all of these areas except for the core breeding range in southwest Florida have remained unoccupied by panther populations, and natural recolonization of unoccupied habitat in north Florida seems unlikely.

17.    In 2022, I co-authored another peer-reviewed article titled, "Impacting habitat connectivity of the endangered Florida panther in the transition to utility-scale solar energy."[4] In the study, we assessed the impact that rapidly increasing utility-scale solar energy facility installations have on Florida panther habitat and dispersal corridors. We compared Florida panther habitat suitability and connectivity pre- and post-installation of 45 solar facilities within Peninsular Florida using models to predict probability of panther presence and movement probability between the areas of suitable habitat. Our findings suggest a substantial bias in the locating of solar facilities within rural and undeveloped lands that may provide connectivity for Florida panther dispersal to habitat suitable for population establishment. We recommended that facility siting should consider landscape-scale connectivity in addition to environmental impacts within the footprint of new facilities because protection and restoration of dispersal corridors and gene flow throughout peninsular Florida is critical to the Florida panther.

---

[4] O.V. Leskova, R.A. Frakes, S.H. Markwith, Impacting habitat connectivity of the endangered Florida panther for the transition to utility-scale solar energy, *J. Appl. Ecol.*, 59 (3) (2022), pp. 822–834, 10.1111/1365-2664.14098.

18.     While completing all of the work described above, I became knowledgeable about the Florida panther's life history and its threats. The Florida panther has been listed as endangered since 1967. The current official population estimate from Florida Fish and Wildlife Conservation Commission (FWC) is 120–230 adult and subadult panthers. The FWS has used this estimate in its 2020 species status assessment for the Florida panther.[5]

19.     The Florida panther once ranged across the southeastern United States, including in Alabama, Arkansas, Georgia, Florida, Louisiana, Mississippi, and parts of Tennessee and South Carolina. Now the only remaining breeding population of panthers is largely confined to a small fraction of that range south of the Caloosahatchee River in southwest Florida. Individual panthers have very large home ranges. Male panthers may occupy a home range of $500 \text{ km}^2$ or more. Female home ranges are smaller.

20.     Threats to the panther include habitat loss from development, roads, and traffic, which threaten panthers' ability to move north by closing off habitat corridors panthers could use. Panthers are often hit and killed by vehicles when crossing roads. Other threats include disease, sea level rise, and intraspecific aggression. Another threat to the panther's recovery is lack of human acceptance for sharing the landscape with a predator.

21.     I am very familiar with the FWS's Recovery Plan for the Florida panther.[6] The recovery strategy for the Florida panther is to maintain, restore, and expand the panther population and its habitat in south Florida, expand its population into south-central Florida,

---

[5] USFWS. 2020. Species Status Assessment for the Florida Panther. Version 1.0 September, 2020. Vero Beach, Florida, at 76, 87 (available at https://www.researchgate.net/publication/355080952_Species_Status_Assessment_for_the_Flori da_Panther).
[6] U.S. Fish and Wildlife Service. 2008. Florida Panther Recovery Plan (*Puma concolor coryi*), Third Revision. U.S. Fish and Wildlife Service. Atlanta, Georgia. 217pp.

DocuSign Envelope ID: E8002A18-A183-4860-962E-EEF565DD6F5EF

establish at least two additional viable populations within the historic range outside of south and south-central Florida, and facilitate panther recovery through public awareness and education. The panther depends upon habitat of sufficient quantity, quality, and spatial configuration for long-term persistence. Therefore, the plan is built upon habitat conservation and reducing habitat-related and other threats.

22.    One of the objectives of the Recovery Plan is to maintain, restore, and expand the panther population and its habitat in south Florida and expand the breeding portion of the population in south Florida to areas north of the Caloosahatchee River. The Recovery Plan calls for three self-sustaining, interconnected populations of 240 adult panthers for the species to be considered fully recovered. This goal was established based on population viability analyses that suggest at least 240 panthers are required for genetic health and long-term viability of a population. These populations would also need sufficient habitat to support them, as well as habitat corridors to facilitate movement between populations to maintain natural genetic flow.

23.    The only existing population in south Florida (120–230 adults and subadults) is probably not genetically viable in the long-term, so further habitat losses are not acceptable. That has been stated in several peer-reviewed publications.[7] If there are any losses, the biological function of the habitat lost must be replaced. Preserving existing habitat does not replace the

---

[7] Kautz R, Kawula R, Hoctor T, Comiskey J, Jansen D, Jennings D, Kasbohm J, Mazzzotti F, McBride R, Richardson L, Root K (2006) How much is enough? Landscape-scale conservation for the Florida panther. Biol Conserv 130:118–133; Frakes RA, Belden RC, Wood BE, James FE (2015) Landscape Analysis of Adult Florida Panther Habitat. PLoS ONE 10(7): e0133044. https://doi.org/10.1371/journal.pone.0133044; Root, K.V., 2004. Using models to guide recovery efforts for the Florida panther. In: Akc¸akaya, H.R., Burgman, M., Kindvall, O.,Wood, C.C., Sjogren-Gulve, P., Hatfield, J., McCarthy, M. (Eds.),Species Conservation and Management: Case Studies. OxfordUniversity Press, New York, NY, USA, pp. 491–504.

DocuSign Envelope ID: E8002A18-A183-4280-962E-EEF565DD6F5EF

function that was lost. Rather, new habitat must be acquired, restored, and protected to replace the lost function.

24.     While hypothetically developing 500 acres and preserving another 500 acres may be acceptable for species that have abundant habitat, this is not viable for panthers. I have not seen any scientific publication that has stated Florida panthers can afford to lose more habitat.

25.     The Recovery Plan also recognizes the need to establish populations outside of the Florida panther's current range. The Florida panther is restricted to less than 5% of its historic range in one breeding population located in southern Florida. As panther habitat in south Florida continues to be reduced and fragmented by residential development and sea level rise, the only pathway to recovery is to re-establish panthers in unoccupied habitat in North Florida and other parts of their historical range. This will require maintaining corridors for panthers to disperse northward and may require decades for female panthers to colonize these areas to the north. This will require panthers to move through Central Florida, which is the idea of the Florida Wildlife Corridor. There is adequate habitat available in north Florida and in the panhandle to establish a viable population and contribute to recovery of the species. If natural dispersal to unoccupied habitat does not occur due to barriers such as roads and development, panther recovery will likely require active reintroduction.

26.     Protecting breeding habitat in southwest Florida is important because this is the only breeding population left. This population would be the source of recovery for the entire state. Without the population in southwest Florida, there is no hope for recovery. Accordingly, there is no real room for habitat loss in south Florida for the species until panthers are successfully established and populations are secured in north Florida or elsewhere in its historic range.

27.    In other words, until the FWS and the FWC are ready to reestablish panthers elsewhere and secure their persistence in the long-term, the land in southwest Florida is all there is for the species.

28.    There are several terms that are used to classify Florida panther habitat in southwest Florida. "Primary Zone" and "Secondary Zone" habitat are terms developed by the FWS's Panther Recovery Team and published by Kautz et al. in 2006. Primary Zone habitat is considered to be essential to the Florida panther's survival, while Secondary Zone habitat is near the Primary Zone that is used by panthers and could be used for population expansion and connectivity. These zones are primarily based on radio-telemetry data for resident panthers, dispersing panthers, and immature panthers considered together.

29.    Adult or breeding habitat refers to areas predicted by the Random Forest model that panthers would use for establishing home ranges and reproducing. The model predictions are based on radio-telemetry data for adult (breeding) panthers with established home ranges only.

30.    The Primary Zone and breeding habitat do not overlap perfectly. Some areas of Primary Zone are not included as breeding habitat, which means the total area of habitat identified as Primary Zone is a bit larger than the area identified as breeding habitat.

**Opinion Regarding the Bellmar Project**

31.    The Bellmar development project (Bellmar) is one of several residential and commercial developments planned within or near the core breeding range for the Florida panther. I understand that Bellmar is now under consideration for imminent permitting under the state Clean Water Act 404 permitting program challenged in this case and has been reviewed by the FWS through technical assistance.

32.    I have reviewed the FWS's State 404 Permit Application Review/Response Form (Technical Assistance Form) dated October 31, 2023.

33.    I am also familiar with the Endangered Species Act's Section 7 consultation process and I have some experience preparing and reviewing biological opinions. I have also supervised staff who were responsible for drafting these documents.

34.    I have also completed a focused study of Bellmar's impacts on adult panther breeding habitat. To do this, I used the habitat model described by Frakes et al. (2015). I used more recent landscape data that was not available in my 2018 analysis of a broader suite of projects in the region. Therefore, this opinion should be considered an update to Frakes (2018), which provides a better understanding of these projects within the context of the Florida panther's range. The methods for using the model to predict impacts to adult panther habitat were the same or similar to those used in Frakes (2018).

35.    The model analyzed landscape characteristics such as vegetative landcover, land use, human population density, road density, forest edge, and hydrology in 1 $km^2$ grid cells to predict the probability of panther presence in each cell.

36.    I ran the grid cells to be impacted prospectively by Bellmar through the model under existing conditions (circa 2020) and again using various assumptions for variable values to depict conditions after development. I then compared model outputs for pre- and post-development in order to quantify impacts to adult panther habitat. I classified a grid as adult panther habitat when the model-predicted $P$ value was > 0.338 (Frakes et al. 2015). For this analysis, the study area was defined by drawing a box 5 km wide (east to west) and 5 km long (north to south) to include the impact area of Bellmar. Accordingly, the study area contained 25 model grid cells (25 $km^2$).

37.     Figure 1, below, shows the pre-development adult panther habitat in the study

area and surrounding areas as predicted by the adult panther habitat model, using a cutoff value

of $P$=0.338 (Frakes et al. 2015). As shown in the figure, currently there is important panther

breeding habitat within and near the proposed Bellmar development. Within the 25 km$^2$ study

area, 19 grid cells (4695 acres) were classified as adult panther habitat under existing landscape

conditions. Figure 2 shows the model output based on projected changes to the landscape that

will occur if Bellmar is developed as proposed. Within the 25 km$^2$ study area, only 9 grid cells

(2224 acres) were predicted to continue to be useful to adult panthers after development of the

area. This represents a predicted loss of 10 km$^2$ (2471 acres) of panther habitat.

**Figures 1 & 2**



38.     Figures 3 and 4, below, show interpolated or smoothed versions of the panther habitat suitability data predicted by the model. These interpolated maps allow relative habitat values and habitat corridors to be seen more easily.

**Figures 3 & 4**



39.     After construction, the residential part of the Bellmar development, along with the stormwater lakes, will no longer be available as habitat for panthers. That habitat will be lost.

40.     Although there appears to be a small area of natural habitat preserved in the middle of the project, this area will be inaccessible to panthers due to the surrounding development—even if it does still exist following construction.

41.     In this case, the loss of panther habitat is not mitigated by the fact that the developer focused on developing agricultural land. For panthers, context matters. Many of these agricultural areas are just narrow strips near forests. At the landscape scale, these agricultural

areas are part of a mosaic of habitats that was classified by the model as valuable for panthers. Therefore, the development footprint, even though limited to an agricultural field, is still impacting important panther habitat when considered on a landscape scale. In other words, replacing agriculture with residential development in this case changes the entire area to non-habitat, resulting in a net loss of panther habitat.

42.    This project would also constrain the west side of the Camp Keis corridor, an area panthers use to move between larger areas of habitat, making panthers less likely to use this corridor. As explained below, the narrowing of this corridor will only be intensified by the adjacent proposed Rural Lands West development.

43.    The prospective habitat loss is likely to begin once construction commences and bulldozers and people come to the site. Generally speaking, if a panthers sees a person, it will go the other way. So loud noise and activity would likely deter a panther from using the area.

44.    It must also be noted that although the FWS's Technical Assistance Form evaluates the impact of this habitat loss in terms of what percentage it reflects of the remaining habitat for the panther, this approach fails to consider that the panther population is already not large enough to survive long-term on its own without intensive management, and there is simply not enough remaining habitat available in the region to justify having even less. Moreover, this approach fails to take into account the project's location and impacts to the nearby corridor and the potential shifting of multiple panther home ranges that likely overlap with Bellmar.

45.    I also analyzed the cumulative impact of Bellmar and the nearby proposed Rural Lands West development, which the FWS considers in its Technical Assistance Form. I used the same analysis methods described above, except for this analysis, the study area was defined by drawing a box 5 km wide (east to west) and 14 km long (north to south) to include the impact

areas of Bellmar and Rural Lands West. Accordingly, the study area contained 70 model grid cells (70 km$^2$).

46.     Figure 5, below, shows the pre-development adult panther habitat in the study area and surrounding areas as predicted by the adult panther habitat model, using a cutoff value of $P$=0.338 (Frakes et al. 2015). As shown in the figure, currently there is important panther breeding habitat within and near the proposed developments. Within the 70 km$^2$ study area, 43 grid cells (10,625 acres) were classified as adult panther habitat under existing landscape conditions. Figure 6, below, shows the model output based on projected changes to the landscape that will occur if the Bellmar and Rural Lands West projects are developed as proposed. Within the 70 km$^2$ study area, only 20 grid cells (4942 acres) were predicted to continue to be useful to adult panthers after development of the two areas. This represents a predicted loss of 23 km$^2$ (5683 acres) of panther habitat.

**Figures 5 & 6**



47.    Figures 7 and 8 show interpolated or smoothed versions of the panther habitat

suitability data predicted by the model. These interpolated maps allow relative habitat values and

habitat corridors to be seen more easily.

**Figures 7 & 8**



48.    Figure 7 shows the existing north-south panther habitat connection (Camp Keais

Strand) between Florida Panther National Wildlife Refuge and Corkscrew Swamp, in relation to

the proposed location of the Bellmar and Rural Lands West developments. Figure 8 shows the

predicted impacts to this important corridor after development of the two projects. The predicted

narrowing of this corridor as shown is likely to adversely impact north-south panther movements

in this part of their range. Connectivity to the north is essential for panther recovery.

49.    Panther home ranges overlap, and a project may affect multiple individuals and

multiple panther home ranges. During previous habitat studies (Frakes et al. 2015; Frakes 2018)

we calculated minimum convex polygon home ranges for 87 adult panthers using radio telemetry data from 2004–2013. As demonstrated in Figure 9, below, overlaying these home ranges on the areas that will be affected by the prospective development shows that the Bellmar project alone would have impacted the home ranges of 7 out of 87 (8.0%) of all radio-collared adult panthers if it had been built during that time period. If the project is constructed, the actual number of panther home ranges impacted today will probably be greater because most panthers were not radio-collared, and thus not accounted for, and panther numbers have increased since then according to official estimates.

**Figure 9**

50.    In summary, my analysis predicts at least three cumulative adverse effects to the Florida panther if the Bellmar and Rural Lands West projects are constructed as proposed.

51.    First, it predicts direct loss of approximately 5,600 acres of prime panther breeding habitat. The FWS used an outdated and scientifically flawed methodology (see discussion below and in Frakes et al. 2015) to calculate compensation for this loss by preserving (i.e., not developing) part of the project area. Mere preservation of already existing habitat does not compensate for the lost biological function of the habitat that will be destroyed. "No net loss" of panther habitat function has been recommended repeatedly by panther scientists (Kautz et al. 2006, Frakes et al. 2015, others).

52.    Second, it predicts narrowing and degradation of an important panther movement corridor. The Bellmar project is about a mile from the Florida Panther National Wildlife Refuge. It sits adjacent to an important dispersal corridor. This north-south corridor extends from the Florida Panther National Wildlife Refuge to Corkscrew Swamp where their home ranges extend. The proposed project substantially intrudes into the western side of this narrow habitat corridor, causing a "pinch point" that will impede panther movements to the north. Free movement of panthers through dispersal corridors such as this is essential to panther recovery. Context matters. There are a lot of radio telemetry points along this corridor, indicating high use by Florida panthers. The corridor is already narrow, and this development would cut into that corridor and narrow it even more. Mitigation in the form of underpasses will not compensate for narrowing the corridor. Narrowing the corridor affects the likelihood of recovery for the species because panthers need to disperse north across the Caloosahatchee River to move into central and northern Florida, which is a goal of the Florida Panther Recovery Plan. The more these

DocuSign Envelope ID: E8002A48-A193-4259-983E-EEF66DD6FEEE

corridors are narrowed, the less likely panthers will use them. Proposed panther crossings don't compensate for damage to the corridor itself.

53.     Third, the model predicts reductions and shifts in the home ranges of multiple adult panthers. The exact number of panthers that will be affected is unknown, but historical use data suggests the number is at least seven and probably more. Shifting and/or compression of home ranges may result in increased competition for limited resources and increase the probability of intraspecific aggression, a leading cause of panther mortality.

54.     Generally, panthers are reluctant to approach too closely to densely populated residential areas, so impacts to panthers will extend outside the development footprint. They will also avoid the lakes that are planned along the edges of this development.

55.     I have also analyzed Bellmar's cumulative impacts on panther habitat along with other foreseeable developments in the surrounding area. Bellmar is one of several foreseeable developments in southwest Florida that I analyzed in my 2018 report to assess their collective habitat impacts. All of these developments are foreseeable because the developers sought incidental take authorization for their projects under ESA section 10, but they later withdrew those applications to seek authorization through the State of Florida's Clean Water Act permitting process. While my detailed findings can be reviewed in the report, I concluded that the projected future, foreseeable development within eastern Collier County would likely cause substantial losses of adult panther breeding habitat in terms of both habitat quantity and quality. It is also likely that the cumulative effects of development will narrow and break existing north-south habitat corridors for adult panthers that link the main body of panther habitat to the south with panther habitat in the Corkscrew Swamp and Okaloacoochee Slough to the north. These impacts would appreciably reduce the likelihood of survival and recovery for the Florida panther.

56.     In addition to the individual and cumulative adverse effects of Bellmar, it is important to address problems with the FWS's Technical Assistance Form. These problems stem from what appears to be a failure to use the best available science (as required under the Endangered Species Act) and the failure to engage in an analysis that is as rigorous as what is required when preparing a biological opinion. Below I provide a non-exhaustive review of some deficiencies with the Technical Assistance form.

57.     For example, when analyzing Bellmar, FWS made a mistake by comparing the project area to the average size of a single panther home range and to conclude that the project only affects a small percentage of a single panther home range. This approach is incorrect and misleading. As revealed by analysis and mapping in paragraph 49 and Figure 9, the Bellmar project alone is likely to impact multiple panther home ranges.

58.     As another example, the population baseline analysis included in the FWS's Technical Assistance Form is erroneous. The data do not support a population estimate as high as 773 panthers. The FWS obtained this upper bound number from a road mortality study. This study presented an upper bound of more than 500 panthers and was recently updated to be more than 700 panthers. This, however, is not possible as the habitat cannot currently support that many panthers. If it were correct, Florida would have three times the density of pumas found anywhere in North America. The authors of the study themselves recommended against using this ridiculously high estimate because it is well above the carrying capacity of the habitat. The authors also state that the actual number of panthers may have never exceeded 150. The FWS also found in its 2020 species status assessment for the panther that this estimate had a margin of error that was too wide to inform conservation decisions. As I explained above, the official Florida population estimate is actually between 120–230 adult panthers.

59.     The validity of this method of calculating panther productivity and comparing it

with the level of take is questionable. This method assumes constant population growth since

2000 and that this level of productivity and growth will continue indefinitely. Recent evidence

suggests that panther population growth has leveled off and may now be declining. Methods for

estimating the population in 2000 were very different from those used today and therefore

various estimates of the panther population over this time period are not comparable.

60.     Because of Bellmar's location roughly a mile from Florida Panther National

Wildlife Refuge and presence of high-quality habitat, the site is very useful to panthers and they

include it in their home ranges. Contrary to the 10 radio telemetry points cited by the FWS in its

Technical Assistance Form, the FWC telemetry database shows 52 telemetry points in the project

area. Additionally, there are dozens of telemetry points very close to the edges of the proposed

residential community.

61.     Indirect and cumulative impacts are also important considerations, and the FWS is

required to analyze them under the Endangered Species Act. Context matters in this case because

there are many other projects planned or proposed for this part of the panther's range. These

projects, including Bellmar and numerous other developments in Collier County and within the

action area, are foreseeable because the developers previously sought incidental take

authorization for them under ESA section 10, before the State 404 permitting program offered an

alternative avenue to obtain take authorization. Now many of those projects are moving through

state permitting. The Endangered Species Act requires a detailed cumulative impacts analysis for

non-federal projects (including state-approved projects), and is regularly included in a biological

opinion, but the FWS did not adequately do that in its brief Technical Assistance Form. For its

cumulative effects analysis, the FWS attempted to analyze projects which do not impact

wetlands and therefore would not require regulatory review at all. Instead, FWS should have

considered all foreseeable projects whose wetland destruction would no longer require federal

authorization, and therefore not be subject to ESA section 7 consultation requirements, which,

unlike "Technical Assistance," ensure that impacts will not occur without affirmative action by

FWS. It is not clear from FWS's explanation in the Technical Assistance Form why it

mentioned the cumulative effects of some projects like Kingston and Florida Farms

Development (FFD) but not other foreseeable projects. In fact, they did not even analyze the

effects of these projects that they did mention. In addition, FWS did not analyze impacts to

north-south corridors in its effects analysis, which are so essential for the panther's recovery, as

detailed in my analysis above.

62.    The FWS also failed to adequately consider indirect effects in its Technical

Assistance Form. For instance, there is no discussion of how this development will affect

ongoing management activities at the nearby Florida Panther National Wildlife Refuge. These

activities include controlled burns, which are necessary to optimize habitat for panthers.

However, people living near public lands subject to controlled burns often complain about the

smoke drifting over their property and object to these necessary practices. In addition, there is no

discussion of the impacts to hydrology over the 25-mile action area. Hydrology is an important

factor determining panther use of an area.

63.    It is also unclear how the FWS determined in its Technical Assistance Form that

anticipated take would be 4 individuals at year of buildout (3 via vehicle collision, 1 due to

habitat loss and reduction in carrying capacity), and 3 individuals a year thereafter. Home ranges

overlap and it appears the FWS is not accounting for multiple home ranges when estimating take

of only one panther due to habitat loss and reduction in carrying capacity. Historical use data suggests the number of home ranges impacted is likely at least seven and probably more.

64.    Further, the Panther Habitat Assessment Methodology used to calculate compensation for the Bellmar project contains the following serious flaws: (1) the FWS has not updated the acres of at risk and conserved lands remaining since 2003. These figures are critical to the calculation of compensation ratios; (2) the FWS methodology currently assumes that lands outside the Primary Zone have a 33–69% equivalency (so-called multipliers) with those inside the Primary Zone. More recent modeling (Frakes et al. 2015) shows that these lands, and a large portion of the Primary Zone itself, are of little value to support a breeding population of Florida panthers. Therefore, the methodology greatly overestimates the amounts of land available for use by panthers; (3) the density used (from Kautz et al. 2006) is outdated. Current panther densities are estimated to be 3 to 5 times higher; and (4) compensation ratios are based on a goal to protect habitat for 90 panthers. This is far below what is needed for survival and recovery and is also below the current population size.

65.    In addition, the review of the scientific literature is very minimal in the FWS's Technical Assistance Form. Biological opinions usually include a detailed "Status of the Species" section in which important literature and research is reviewed with regard to habitat needs, population changes, birth and death rates, disease prevalence, etc. The FWS form mentions only one peer-reviewed publication in the status of the species section, even though several new, relevant studies have been published in recent years. This suggests that FWS is not adequately considering the best available science related to panther survival and recovery.

66.    In summary, the Bellmar development will impact about 2,500 acres of Florida panther breeding habitat that could be part of several Florida panther's home ranges. Impacts

from the Bellmar development will, individually and in combination with the future Rural Lands West development, constrain the Camp Keis Strand panther habitat corridor, making it less likely panthers will use the corridor. FWS, through technical assistance, has failed to analyze and mitigate these harms the way the ESA requires the agency to do in a biological opinion. FWS's conditions do not require compensation for lost panther breeding habitat through replacement of the lost habitat function, and FWS does not compensate for damage to the migration corridor. Most conservation scientists agree that, at a minimum, the existing habitat function and extent within the panther's occupied range must be maintained.

**Opinion Regarding the Kingston Project**

67.     I have also analyzed impacts to panther habitat from the proposed Troyer Mine and nearby Kingston and Florida Farms Development (FFD) residential developments, which have submitted applications for state Clean Water Act section 404 permits. These three major projects are also likely to significantly impact Florida panther habitat to the extent that it harms the species survival and recovery.

68.     To reach this conclusion, I used the habitat model described by Frakes and Knight (2021), and the methods for using the model to predict impacts to adult panther habitat were the same or similar to those used in Frakes (2018) and my analysis of the Bellmar development's impacts.

69.     Based on my analysis, I found that Troyer Mine, Kingston, and FFD will cumulatively cause the direct loss of 7,400 acres of prime panther breeding habitat.

70.     These proposed developments are also located near important movement corridors for panthers, connecting areas of panther habitat within eastern Lee County and into Hendry and Collier counties. For example, Troyer Mine is proposed in an area that provides

panthers access to habitat east of the project area. Kingston contains a significant amount of adult breeding habitat for Florida panthers, and its development would fragment connectivity to Corkscrew Regional Ecosystem Watershed and other environmentally valuable lands to the south and east. And FFD would restrict a Florida panther movement corridor that is already narrow near the only panther road underpass that exists on Corkscrew Road. Individually and together, these projects are likely to narrow or block movement corridors, making the areas of habitat less valuable for Florida panthers. The loss of habitat and damage to movement corridors is likely to reduce the panther's ability to survive and recover.

71.     Below I provide my analysis and opinion on the individual impacts of the Kingston project.

72.     The FWS states that the Kingston project will impact approximately 3400 acres of panther habitat, based on the size of the development footprint. However, the development will also impact nearby habitat outside the footprint as well as blocking access to some internal habitat. I used a previously published Random Forest panther habitat model (Frakes and Knight 2021) to predict habitat impacts on a landscape scale. The model predicted that the Kingston project will cause about 21 km$^2$ (5189 acres) of previously good habitat to become unsuitable for use by adult breeding panthers. This is because the model analyzes habitat impacts at the landscape scale, focusing on the mixture of land cover types. Development, roads, and human presence cause not only the loss of habitat in the project footprint, but also of habitat in proximity to high human density. Proximity to development reduces the value to adjacent habitat.  For example, replacing agriculture near a forest edge with development would reduce habitat suitability for the panther to hunt.

73.    Figure 10, below, shows the pre-development adult panther habitat in the area of the proposed Kingston development and two other nearby proposed developments called Troyer Mine and FFD, as predicted by the adult panther habitat model, using a cutoff value of $P$=0.315 (Frakes and Knight 2021). As shown in the figure, currently there is important panther breeding habitat within and near the proposed developments. Figure 11, below, shows the model output based on projected changes to the landscape that will occur if the projects are developed as proposed.

**Figures 10 & 11**



74.    The Technical Assistance Form for Kingston includes many of the flaws identified in the Technical Assistance Form for Bellmar, as discussed above.

75.    The Technical Assistance Form for Kingston says that, as an avoidance and minimization measure, the permittee will make payments to a Fish and Wildlife Foundation fund

to "fund panther conservation and research." While more panther research is to be encouraged, this does nothing to avoid or minimize the lost biological function of the destroyed habitat. Same is true for the rest of the avoidance and minimization measures.

76.    Similar to my point above regarding Bellmar, the population baseline analysis included in the FWS's Technical Assistance Form is not valid. FWS obtained these population estimates from a vehicle mortality study that produced population estimates with extremely wide confidence intervals. Nevertheless, the FWS used the upper limits of the confidence intervals (509 to 773 panthers) to estimate population growth. The science does not support a population estimate this large, because the available habitat cannot currently support that many panthers. If it were correct, Florida would have three times the density of cougars anywhere in North America. The authors of the study themselves recommended against using this ridiculously high estimate because it is well above the carrying capacity of the habitat. The authors also state that the actual number of panthers may have never exceeded 150. The FWS also found in its 2020 species status assessment for the panther that this estimate had a margin of error that was too wide to inform conservation decisions. As I explained above, the official FWC population estimate is actually between 120–230 adult panthers.

77.    The FWS calculates that the loss of habitat represents between 5 and 11 percent of a single panther's home range. Based on this, the FWS states that the project is expected to impact no more than one panther home range. This approach to estimating take from habitat loss is incorrect and misleading. Panther home ranges overlap, and a project may affect multiple individuals and multiple panther home ranges. I reviewed the historical (2004-2013) home range data, and the Kingston footprint would have impacted the home ranges of 6 out of 87 (7%) adult

radio-collared panthers if built during that time period. Therefore, the FWS underestimates the amount of take from habitat loss.

78.    The FWS states that the applicant will restore and protect 3,273 acres of currently unprotected habitat. The best available science suggests that the current extent and function of habitat within the Primary Zone should be maintained or increased. Mere protection of existing habitat does not replace the biological function that was lost. Rather, new habitat must be acquired, restored, and protected to replace the lost function.

79.    The applicant used the FWS Panther Habitat Assessment Methodology to determine the amount of preservation needed to compensate for the habitat that will be lost. However, as discussed above for Bellmar, this methodology is scientifically flawed and out of date. Assumptions used in this methodology such as habitat remaining, panther density, the relative values of the Primary and Secondary Zones, and the panther population goal, are no longer correct. The FWS should revise its methodology so that it is based on habitat suitability/function and a principle of no net loss of habitat.  Compensation based on the current methodology is meaningless.

80.    The FWS states that the project has been designed to maintain and improve existing wildlife corridors. On the contrary, my modeling shows that the project will impinge upon or block pathways that panthers use or could use to move from one area of habitat to another. The northern portion of the Kingston development sits across an area currently used by panthers to move east and west between adjacent areas of habitat (this pathway will be blocked even further by the cumulative impacts with the proposed Troyer Mine). Similarly, the southern portion of Kingston destroys several square kilometers of adult habitat that form a potential north-south bridge between two arms of the Primary Zone.

81.    FWS proposes that highway underpasses will compensate for the narrowing of the established movement corridors. Underpasses are designed to limit panther mortality from vehicle strikes but they do not compensate for the narrowing of the corridor, which makes panthers less likely to use the corridor.

82.    The FWS states in the Technical Assistance Form that it used a traffic analysis to estimate that an additional 16 panther deaths per year due to vehicle collisions would be caused by the increased traffic generated by the project. The FWS states that the 99% confidence interval around the point estimate of 16 is 3 to 22 panthers killed per year due to the project traffic. It is not clear how this confidence interval was calculated. It is not clear how 16 deaths per year is acceptable to FWS and why more could not be done to avoid, minimize, or mitigate the anticipated deaths. FWS did not do any analysis or explain how the loss of 16 panthers (roughly 10% of the estimated population) would affect the population.

83.    Adding one panther from loss of habitat to the above increase in vehicle collision mortality, the FWS expects the amount of take (harm) to the subspecies to be no more than between 4 and 23 Florida panthers in the first year, and 3 to 22 panthers in each subsequent year. This estimate of take covers such a wide range that it is virtually useless for a jeopardy determination, which instead should focus on the level of take that is likely. FWS has never established a quantitative or qualitative jeopardy standard for the panther. However, they admit on pages 23 and 24 of the Technical Assistance Form that the upper end of their estimate of take exceeds the population growth rate. Assuming FWS's estimated population growth rate is accurate and remains the same, there would likely be a population decline as the level of take approaches the upper estimate.

84.     In my opinion, the upper end of this range of estimated take, in combination with damage to established movement corridors for panthers, would jeopardize the survival and recovery of the Florida panther.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of December 2023, in Fort Pierce, Florida.

*Robert A. Frakes, Ph.D.*

Robert Frakes, Ph.D.

## <u>Index to Material Cited</u>

| Item | PDF Page Number(s) |
|---|---|
| Attachment A – Curriculum Vitae Robert A. Frakes, Ph.D. | 32-38 |
| **Literature Cited** | |
| Olena V. Leskova *et al.*, *Impacting habitat connectivity of the endangered Florida panther for the transition to utility-scale solar energy* (2021). | 40-52 |
| Randy Kautz *et al.*, *How much is enough? Landscape-scale conservation for the Florida panther* (2006). | 53-68 |
| Robert A. Frakes, *Impacts to Panther Habitat from the Proposed Eastern Collier Multiple Species Habitat Conservation Plan: A Quantitative Analysis* (2018). | 69-108 |
| Robert A. Frakes, *et al.*, *Landscaping Analysis of Adult Florida Panther Habitat* (2015). | 109-126 |
| Robert A. Frakes *et al.*, *Location and extent of unoccupied panther (Puma concolor coryi) habitat in Florida: Opportunities for recovery* (2021). | 127-138 |

# **Attachment A**

# CURRICULUM VITAE

**Robert A. Frakes, Ph.D.**
2455 Johnston Road
Fort Pierce, FL 34951
772-429-0087 (Home)
Email: frakesr@comcast.net

## EDUCATION:

*Ph.D. in Environmental Toxicology*
Center for Environmental Toxicology and Department of Veterinary Sciences, Utah State University, Logan, UT, 1985

*M.S. in Zoology (Animal Ecology)*
Department of Zoology, Washington State University, Pullman, WA, 1978

*B.S. in Biology*
Department of Biology, University of Cincinnati, Cincinnati, OH, 1973

**Graduate Training Fellowship**
*National Institute of Environmental Health Sciences Predoctoral Trainee in Toxicology*
Utah State University, Logan, UT (1981-1985)

## EXPERIENCE:

*Supervisory Ecologist* (2000-2014)
U.S. Fish and Wildlife Service, South Florida Ecological Services Office, Vero Beach, FL. Developed food chain and habitat models for endangered species such as the Everglade snail kite and Florida panther. Recommended contaminant clean-up levels at Everglades restoration sites. Developed Florida panther habitat compensation methodology.  Briefly served as acting panther recovery coordinator.

*Refuge Manager* (1998-2000)
U.S. Fish and Wildlife Service, Florida Keys National Wildlife Refuges, Big Pine Key, FL. Worked on conservation and management of nine endangered species in the Florida Keys, including the Key deer, American crocodile, and Lower Keys marsh rabbit.

*Supervisory Fish and Wildlife Biologist* (1993-1998)
U.S. Fish and Wildlife Service, New Jersey Field Office, Pleasantville, NJ. Conducted and supervised environmental contaminant studies to assess risks to the bald eagle, peregrine falcon, and other species. Supervised the Partners for Fish and Wildlife Program. Prepared biological opinion on New Jersey water quality standards.

1

*State Toxicologist* (1986-1993)
Maine Department of Human Services, Augusta, ME.
Primary authority in Maine state government on toxicology and chemical risk assessment for humans, fish, and wildlife. Developed dioxin standards and advisories for fish in Maine rivers.

**PEER-REVIEWED PUBLICATIONS:**

Leskova, O.V., R.A. Frakes and S.H. Markwith. 2022. Impacting habitat connectivity of the endangered Florida panther for the transition to utility-scale solar energy. *Journal of Applied Ecology* 00: 1–13. https://doi.org/10.1111/1365-2664.14098.

Frakes, R.A. and M.L. Knight. 2021. Location and extent of unoccupied panther (*Puma concolor coryi*) habitat in Florida: Opportunities for recovery. *Global Ecology and Conservation* 26 (2021) https://doi.org/10.1016/j.gecco.2021.e01516.

Frakes, R.A., R.C. Belden, B.E. Wood and F.E. James. 2015. Landscape analysis of adult Florida panther habitat. *PLoS ONE* 10(7): e0133044.doi:10.1371/journal.pone.0133044.

Hoang, T.C., R.L. Pryor, G.M. Rand, and R.A. Frakes. 2011. Use of butterflies as nontarget insect test species and the acute toxicity and hazard of mosquito control insecticides. *Environmental Toxicology and Chemistry* 30(4): 997-1005.

Hoang, T.C., R.L. Pryor, G.M. Rand, and R.A. Frakes. 2011. Bioaccumulation and toxicity of copper in outdoor freshwater microcosms. *Ecotoxicology and Environmental Safety* 74(4): 1011-1020.

Hoang, T.C., L.J. Schuler, E.C. Rogevich, P.M. Bachman, G.M. Rand, and R.A. Frakes. 2009. Copper release, speciation, and toxicity following multiple floodings of copper enriched agricultural soils: Implications in Everglades restoration. *Water Air Soil Pollut.* 199: 79-93.

Frakes, R.A., T.A. Bargar and E.A. Bauer. 2008. Sediment copper bioavailability to freshwater snails in south Florida: risk implications for the Everglade snail kite (*Rostrhamus sociabilis plumbeus*). *Ecotoxicology* 17: 598-604.

Hoang, T.C., E.C. Rogevich, G.M. Rand, and R.A. Frakes. 2008. Copper uptake and depuration by Florida apple snails (*Pomacea paludosa*): Bioconcentration and bioaccumulation factors. *Ecotoxicology* 17: 605-615.

Hoang, T.C., E.C. Rogevich, G.M. Rand, P.R. Gardinali, R.A. Frakes and T.A. Bargar. 2008. Copper desorption in flooded agricultural soils and toxicity to the Florida apple snail (*Pomacea paludosa*): Implications in Everglades restoration. *Environmental Pollution* 154: 338-347.

Frakes, R.A. and L.R. Hicks. 1993. Fungicides, in: *Handbook of Hazardous Materials*, M. Corn, ed. Academic Press, Inc., San Diego, CA.

Frakes, R.A., C.Q.T. Zeeman and B. Mower.  1993.  Bioaccumulation of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD) by fish downstream of pulp and paper mills in Maine.  *Ecotoxicology and Environmental Safety* 25: 244-252.

Frakes, R.A.  1988.  Drinking water guideline for ethylenethiourea, a metabolite of ethylene bisdithiocarbamate fungicides.  *Regul. Toxicol. Pharmacol*.  8: 207-218.

Frakes, R.A., R.P. Sharma, C.C. Willhite and G. Gomez.  1986.  Effect of cyanogenic glycosides and protein content in cassava diets on hamster prenatal development.  *Fundam. Appl. Toxicol*. 7: 191-198.

Frakes, R.A., R.P. Sharma and C.C. Willhite.  1986.  Comparative metabolism of linamarin and amygdalin in hamsters.  *Food and Chemical Toxicology* 24: 417-420.

Frakes, R.A., C.C. Willhite and R.P. Sharma.  1985.  Developmental toxicity of the cyanogenic glycoside linamarin in the golden hamster.  *Teratology* 31: 241-246.

Willhite, C.C., N.L. Rossi, R.A. Frakes and R.P. Sharma.  1985.  Cranioschisis aperta with encephaloschisis in cephalothoracopagus hamster twins.  *Can. J. Comp. Med*.  49: 195-201.

Taylor, M.J., R.A. Frakes, R.P. Sharma and C.C. Willhite.  1984.  Comparative pharmacokinetics of trypan blue in female Sprague-Dawley and Long-Evans rats.  *Food and Chemical Toxicology* 22(11): 875-878.

Frakes, R.A. and R.E. Johnson.  1982.  Niche convergence in *Empidonax* flycatchers.  *Condor* 84: 286-291.

**TECHNICAL REPORTS:**

Frakes, R.A.  2018.  Impacts to panther habitat from the proposed Eastern Collier Multiple Species Habitat Conservation Plan: a quantitative analysis.  Report prepared for the Conservancy of Southwest Florida, October 2018.

Frakes, R.A., T.A. Bargar, B. Arrington, J.F. Boggs, J. Tutton, and A. Sowers.  2010.  Pesticide and nutrient contamination in the Cypress Swamp of the A.R.M. Loxahatchee National Wildlife Refuge.  U.S. Fish and Wildlife Service, Vero Beach, FL.  July 2010.

Frakes, R.A., T.A. Bargar, B. Arrington, J.F. Boggs, J. Tutton, and A. Sowers.  2010.  Pesticide and nutrient contamination in the Strazulla Marsh of the A.R.M. Loxahatchee National Wildlife Refuge.  U.S. Fish and Wildlife Service, Vero Beach, FL.  July 2010.

Frakes, R.A., E.A. Boughner, J.F. Boggs, J. Tutton, and T.A. Bargar.  2007.  Delineation of the nature and extent of contamination at the former NAS Key West Skeet Club on Great White Heron National Wildlife Refuge.  U.S. Fish and Wildlife Service, Vero Beach, FL.  October 2007.

Bargar, T.A., R.A. Frakes, J.F. Boggs, and E.A. Boughner. 2005. Uptake of copper by apple snails from contaminated sediments in south Florida. Interim report. U.S. Fish and Wildlife Service, Vero Beach, FL. January 2005.

Frakes, R.A. 2004. Ecological risk assessment guidance for wetland restoration on agricultural lands in south Florida. U.S. Fish and Wildlife Service, Vero Beach, FL. August 2004.

Frakes, R.A. 2000. McMurrain Farms ecological risk assessment, summary and recommendations. U.S. Fish and Wildlife Service, Vero Beach, FL. November 2000.

Frakes, R.A. 2000. Derivation of "No-Application Periods" for interim use pesticides. U.S. Fish and Wildlife Service, Vero Beach, FL. April 2000.

USFWS. 1999. Evaluation of contaminant residues in Delaware Bay bald eagle nestlings, 1996-98. U.S. Fish and Wildlife Service, Pleasantville, NJ. January 1999.

Frakes, R.A. 1998. Preliminary contaminants survey, Naval Air Station Key West Skeet Club. U.S. Fish and Wildlife Service, Big Pine Key, FL. October 1998.

USFWS. 1998. Metals in New Jersey's Pinelands National Reserve sediments, surface water and biota: an emphasis on mercury. U.S. Fish and Wildlife Service, Pleasantville, NJ. April 1998.

USFWS and NJDEP. 1998. Reproductive success and egg contaminant concentrations of southern New Jersey peregrine falcons. U.S. Fish and Wildlife Service, Pleasantville, NJ. March 1998.

USFWS. 1996. Biological opinion on the effects of the U.S. Environmental Protection Agency's approval of the State of New Jersey's Surface Water Quality Standards on the bald eagle, peregrine falcon, and dwarf wedgemussel. U.S. Fish and Wildlife Service, Pleasantville, NJ. June, 1996.

USFWS. 1996. Environmental contaminants impact analysis and ecological risk assessment for the Federal Aviation Administration Technical Center CERCLA sites in Atlantic County, New Jersey. U.S. Fish and Wildlife Service, Pleasantville, NJ. April 1996. (study director).

USFWS and NJDEP. 1995. Evaluation of contaminant residues in Delaware Bay bald eagle nestlings. U.S. Fish and Wildlife Service, Pleasantville, NJ. October 1995. (study director).

USFWS. 1994. Evaluation of contaminants in sediments and forage organisms, Cape May National Wildlife Refuge. Technical assistance report. U.S. Fish and Wildlife Service, Pleasantville, NJ. August 1994. (study director).

Frakes, R.A. 1990. Health-based water quality criteria for 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD). Maine Department of Human Services, Augusta, ME. November 1990.

Frakes, R.A.  1989.  Risk assessment of uncontrolled ash releases from the Maine Energy Recovery Company (MERC) in Biddeford, Maine.  Maine Department of Human Services, Augusta, ME.  January 1989.

Frakes, R.A.  1987.  Maximum Exposure Guideline for ethylenethiourea in drinking water.  Maine Department of Human Services, Augusta, ME.

Frakes, R.A.  1987.  Risk assessment for dioxin-contaminated fish.  Maine Department of Human Services, Augusta, ME.  February 1987.

Frakes, R.A.  1986.  Health risks associated with land-spreading of dioxin-contaminated sludge.  Maine Department of Human Services, Augusta, ME.  June 1986.

**SELECTED TRAINING**

Spatial Distribution, Animal Movement and Home Range Analysis.  National Conservation Training Center, US Fish and Wildlife Service, Shepherdstown, WV (2012).

Data Analysis IIIB:  Species Distribution Modeling Using R (40 hrs).  National Conservation Training Center, US Fish and Wildlife Service, Panama City, FL (December 2009).

Data Analysis IIIA:  Species Distribution Modeling Using R (40 hrs).  National Conservation Training Center, US Fish and Wildlife Service, Panama City, FL (August 2009).

Data Analysis II.  Ecological Modeling Using R (40 hrs).  National Conservation Training Center, US Fish and Wildlife Service, Panama City, FL (July 2009).

GIS Introduction for Conservation Professionals.  National Conservation Training Center, US Fish and Wildlife Service, Vero Beach, FL (2008).

Geostatistical Analysis of Environmental Data.  University of Florida, Gainesville, FL (2006).

Migratory Bird Conservation – A Trust Responsibility.  National Conservation Training Center, US Fish and Wildlife Service.  Taught at Vero Beach, FL, February 5-8, 2007.

Hazardous Waste Operations and Emergency Response (40-hour).  Center for Safety and Environmental Management, Slippery Rock University.  Taught at Vero Beach, FL, May 1-4, 2006.

Endangered Species Act - Section 7 Training: Level 1.  U.S. Fish and Wildlife Service, Vero Beach, FL (2003).

National Environmental Contaminants Training Conference.  Division of Environmental Quality, U.S. Fish and Wildlife Service, Tucson, AR (2003).

National Environmental Contaminants Training Conference.  Division of Environmental Quality, US Fish and Wildlife Service, Fish Camp, CA (2001).

National Environmental Contaminants Training Conference.  Division of Environmental Contaminants, US Fish and Wildlife Service, Branson, MO (1999).

Cold Weather Oil Spill Response.  US Coast Guard, Portland, ME (1996).

Oiled Wildlife Recovery, Reception, and Response.  Tri-State Bird Rescue and Research, Sudbury, MA (1996).

Natural Resource Damage Assessment.  National Conservation Training Center, US Fish and Wildlife Service, Tacoma, WA (1995).

Mid-America Toxicology Course.  Kansas City, MO (1992).

# <u>Literature Cited</u>

Received: 27 September 2020 | Accepted: 13 November 2021

DOI: 10.1111/1365-2664.14098

**RESEARCH ARTICLE**


Journal of Applied Ecology

# Impacting habitat connectivity of the endangered Florida panther for the transition to utility-scale solar energy

**Olena V. Leskova**[1] | **Robert A. Frakes**[2] | **Scott H. Markwith**[1]

[1]Department of Geosciences, Florida Atlantic University, Boca Raton, FL, USA

[2]Fort Pierce, FL, USA

**Correspondence**
Olena V. Leskova
Email: leskovaolena@gmail.com

**Present address**
Olena V. Leskova, 511 SE 5th Avenue, Unit 2422, Fort Lauderdale, FL 33301, USA

**Handling Editor:** Cristina Garcia

## Abstract

1. The only breeding population of the endangered Florida panther *Puma concolor coryi* is restricted to <5% of its historic range in South Florida, but this area may be at carrying capacity and three viable populations within the historic range are needed for species recovery. The number of utility-scale solar energy (USSE) facility installations is increasing rapidly throughout Florida, and while important in combatting carbon emissions and climate change, they pose additional threats to Florida panther habitat and dispersal corridors.

2. We compared Florida panther habitat suitability and connectivity pre- and post-installation of 45 USSE facilities within Peninsular Florida using random forest to predict probability of presence in 1 km$^2$ cells and circuit theory (Circuitscape 4.0) to predict movement probability between the areas of suitable habitat.

3. We found that most often solar facilities were installed on grasslands and pastures (45.7% of total area replaced by solar facilities) and agricultural lands (34.9%). Forest was the third most impacted land cover category (13.2%). Probability of presence in the 351 impacted cells decreased by 0.03.

4. The major changes in current density occurred within the cells overlapped by the facilities and within their vicinity. Post-installation effective resistance between core areas increased by 0.07%.

5. Nine facilities were located within major corridors connecting the only breeding population with other areas with the potential to support populations of Florida panther, 26 facilities were located within lesser current density areas that maintain some dispersal capacity and six facilities had no, or very minimal, potential expected impact on connectivity (four were excluded from the analysis).

6. Our findings suggest a substantial bias in the locating of USSE facilities within rural and undeveloped lands that may provide connectivity sufficient for Florida panther dispersal to habitat suitable for population establishment. Our research is the first study documenting the effect of USSE facilities on both habitat suitability and regional-scale connectivity of suitable habitat for any large carnivore.

7. *Synthesis and applications.* Current permitting review methodologies resulting in USSE (utility-scale solar energy) facilities installation approval may be inadequate, and facility siting should consider landscape-level connectivity in addition to environmental impacts within facility boundaries.

**KEYWORDS**
connectivity, fragmentation, habitat suitability, *Puma concolor*, solar, USSE, utility-scale solar energy facilities, wildlife corridors

## 1 | INTRODUCTION

To meet growing energy needs worldwide and to mitigate climate change, national and global environmental policies are focused on the challenge of shifting from conventional fossil fuels towards renewable energy sources. The US Energy Information Administration (EIA) states that total world energy consumption will increase nearly 50% by 2050, and forecasts that renewables will be the fastest growing energy source between 2018 and 2050, with renewable energy consumption increasing 3.1% per year (EIA, 2019). The EIA and World Energy Council (WEC) forecast that the percentage of total energy production generated by renewable sources will account for 20%–30% in 2050 (EIA, 2019; WEC, 2013). Wind and solar photovoltaic (PV) will provide more than half of the additional electricity generation in 2040, and account for nearly all the growth in the International Energy Agency's Sustainable Development Scenario (IEA, 2019). In the United States, the share of renewables in electricity generation is expected to increase from 19% in 2019 to 38% in 2050, mostly from solar and wind energy (EIA, 2020).

Expansion of renewable energy will come with environmental trade-offs. Renewable energy is perceived as a promising sustainable alternative to conventional energy sources, and there is a deficit of research into those trade-offs. Recent research examined the impacts on biodiversity, habitat loss and fragmentation, but primarily focused on hydropower, a historically dominant renewable energy source (e.g. Lange et al., 2018; Rehbein et al., 2020). Migratory bat and bird mortality are some of the better-studied impacts of wind and solar energy production (Katzner, 2017; Köppel et al., 2014; McCrary et al., 1986; Voigt et al., 2015; Walston et al., 2016). However, utility-scale solar energy facilities (USSE, capacity >1MW), and associated infrastructure, may have broader impacts on biodiversity, habitat loss, water use, air quality, noise, land cover change and connectivity (Biasotto & Kindel, 2018; Hernandez et al., 2014; Lovich & Ennen, 2011; Turney & Fthenakis, 2011). USSE facilities are usually enclosed by chain-link fencing, spanning hundreds of acres of private land in rural areas, exacerbating habitat fragmentation and creating habitat connectivity barriers (Hernandez et al., 2014; Saunders et al., 1991). Although USSE facilities may impact habitat connectivity of large carnivores (Lovich & Ennen, 2011), which live at low density and because of this are very sensitive to connectivity loss, the literature does not appear to contain any empirical research on the subject.

The endangered Florida panther *Puma concolor coryi*, a puma subspecies *Puma concolor*, once ranged throughout the southeastern United States (Frakes et al., 2015). Due to the extensive spatial requirements (e.g. panther female home range mean of 208 km$^2$, male home range mean of 499 km$^2$), large carnivores

such as Florida panthers are considered conservation umbrellas for regional-scale connectivity planning (Thorne et al., 2006). The most important threats to Florida panthers include habitat degradation, fragmentation and loss (Belden et al., 1988; Frakes et al., 2015; USFWS, 2008). They occur most frequently in forests, less frequently in agricultural, barren and shrub/brush land cover (Maehr & Cox, 1995; Maehr et al., 1991), and dens are generally located in close proximity to upland forests (Benson et al., 2008). The only breeding population of Florida panther is restricted to <5% of its historic range in South Florida, but this area may be at carrying capacity (Figure 1; Frakes, 2018; FFWCC, 2015), and three viable populations within the historic range are needed for species recovery (USFWS, 2008). In addition, estimates suggest that 10%–33% of existing panther habitat will be inundated by sea-level rise by 2100 (IPCC, 2007; Nicholls & Cazenave, 2010; Pfeffer et al., 2008), forcing panthers to expand their range northward (Songlin et al., 2011). Although telemetry, mortality and other evidence of panthers north of their breeding range are not unprecedented, effective dispersal and population establishment in available potential breeding habitat have not occurred (FFWCC, 2019a, 2019b; USFWS, 2018). Degraded corridors may pose serious barriers to range expansion, and improving connectivity is recommended for species adaptation to the changing climate (Dakos et al., 2015).

The recent global- and Florida-specific increases in USSE facility installations suggest that a strategic management approach may be necessary to reduce their potential impacts on wildlife. Solar capacity in Florida was forecasted to grow over 10 years from 1,743 to 12,537 MW, with major electric companies planning substantial expansions (FPSC, 2019). Examining the impacts of USSE installations in permeable or semi-permeable dispersal corridors on functional connectivity is paramount in Florida due to continually increasing habitat loss and fragmentation as a result of human development and climate change (Sawyer et al., 2013; Smith et al., 2019). The objective of this regional-scale landscape connectivity study was to use circuit theory to examine the impacts of USSE facilities on wildlife movement corridors and habitat connectivity significant for potential Florida panther dispersal, conservation and recovery. We hypothesized that large USSE facilities were being placed predominantly in rural areas where Florida panther dispersal corridors are located, and that USSE facility installation degrades these corridors. Confirmation of this hypothesis suggests that in the drive to shift our energy production to carbon neutral sources to fight climate change, while maintaining maximum profitability, wildlife outside human-dominated landscapes with large ranges and dispersal potentials may be pushed into less favourable habitat or cut-off completely from available habitat by degradation of corridors.

FIGURE 1  Map of 45 USSE facilities, core areas and post-installation cumulative current density. Higher current density reflects higher flow (see Table 1 for facility names associated with label numbers). Core areas descriptions: A—current breeding population, B—Babcock-Webb WMA (Wildlife Management Area) and Fisheating Creek, C—JW Corbett WMA, D—Richloam WMA/Green Swamp Wilderness Preserve, E—Ocala National Forest, F—Osceola NF and WMA, G—Big Bend area



## 2 | MATERIALS AND METHODS

### 2.1 | Study area and facilities

This study encompassed peninsular Florida, USA, excluding the Panhandle region (Figure 1), and focused on 45 installed or planned USSE facilities (35–75 MW capacity). In all, 22 USSE plants were operating as of January 1, 2019; 23 facilities were formally planned or in permitting by November 1, 2019 (referred to as 23 Planned USSE Facilities, although some became operational before study completion; FPL, 2019; Duke Energy, 2019; Origis Energy, 2019; SEIA, 2019; SWFWMD, 2019; Tampa Electric, 2018; Table 1). The total area of all 45 USSE facilities equalled 11,205.6 ha (approximately 112 km$^2$, <0.1% of peninsular Florida's land area), and the mean area of a USSE plant was 248.9 ha.

Most USSE facilities in this study are surrounded by 1.8 m tall chain-link fences, topped with barbed wire, which is assumed to cause dispersal redirection. Some facilities use wildlife-friendly 1.8 m split rail fences with wide mesh (e.g. Blue Heron Solar Energy Center [SEC]) or short intervals of 1.2 m split rail fences with wide mesh (e.g. Hammock SEC), and some have double fences (e.g. Lithia Solar). Wildlife-friendly fences are more permeable to white-tailed deer *Odocoileus virginiana* and other smaller prey (Dalrymple & Bass, 1996) but may be installed adjacent to canals (Hammock SEC), another potential barrier to dispersal (Goff, 2017).

### 2.2 | Habitat suitability

We analysed two datasets that represent pre-installation and post-installation scenarios using a state-wide panther habitat suitability model developed by Frakes and Knight (2021) and Frakes et al. (2015). The model used randomForest (classification; Liaw & Wiener, 2002) in R (R Core Team, 2019) to predict

TABLE 1 The 45 USSE facilities analysed in this study, and mean probability of presence (p) per facility based on the habitat suitability analysis. Largest decreases in current density per USSE facility based on the Circuitscape analysis

| | Facility name | MW | Area (ha) | Project status[a] (as of 01/01/19) | Owner | Habitat suitability | | | Cumulative current density | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | p pre-install | p post-install | Change in p | Greatest decrease within facility | % decrease | Greatest decrease within 5 km | % Decrease |
| 1 | Alafia Solar SEC[b] | 50 | 824.6 | In design | TECO | 0.073 | 0.071 | -0.002 | -0.014 | -32.77% | -0.005 | -9.20% |
| 2 | Babcock Preserve SEC | 74.5 | 177.1 | Construction | FPL | 0.36 | 0.352 | -0.008 | Excluded | — | Excluded | — |
| 3 | Babcock Ranch SEC | 74.5 | 157.4 | Completed | FPL | 0.284 | 0.293 | 0.008 | Excluded | — | Excluded | — |
| 4 | Balm SPP | 74 | 200.3 | Completed | TECO | 0.079 | 0.068 | -0.011 | -0.009 | -20.00% | -0.005 | -7.90% |
| 5 | Barefoot Bay SEC | 74.5 | 152.2 | Completed | FPL | 0.102 | 0.081 | -0.021 | 0 | — | 0 | — |
| 6 | Blue Cypress SEC | 74.5 | 168.5 | Completed | FPL | 0.114 | 0.117 | 0.003 | -0.023 | -23.44% | -0.023 | -82.37% |
| 7 | Blue Heron SEC | 74.5 | 256.5 | Construction | FPL | 0.089 | 0.1 | 0.011 | -0.009 | -5.63% | -0.006 | -11.76% |
| 8 | Bonnie Mine SPP | 34.5 | 154.2 | Completed | TECO | 0.064 | 0.064 | 0 | 0 | — | 0 | — |
| 9 | Cattle Ranch SEC | 74.5 | 364.5 | Construction | FPL | 0.162 | 0.135 | -0.027 | -0.052 | -53.58% | -0.056 | -92.01% |
| 10 | Citrus SEC | 74.5 | 235.4 | Completed | FPL | 0.13 | 0.104 | -0.026 | -0.01 | -20.38% | -0.056 | -92.01% |
| 11 | Citrus Ridge SEC (FL Solar 5) | 52 | 174.0 | Completed | Origis | 0.52 | 0.379 | -0.14 | -0.045 | -18.69% | -0.022 | -6.78% |
| 12 | Columbia SEC | 75 | 331.4 | Development | Duke | 0.08 | 0.089 | 0.009 | -0.004 | -5.98% | -0.005 | -15.42% |
| 13 | Coral Farms SEC | 74.5 | 218.1 | Completed | FPL | 0.171 | 0.161 | -0.009 | -0.003 | -6.95% | -0.008 | -37.73% |
| 14 | DeBary SPP | 75 | 181.5 | Development | Duke | 0.118 | 0.105 | -0.013 | -0.006 | -66.90% | -0.001 | -5.84% |
| 15 | Echo River SEC | 74.5 | 226.4 | Construction | FPL | 0.384 | 0.264 | -0.12 | -0.026 | -50.10% | -0.007 | -9.50% |
| 16 | Ghost Orchid | — | 999.6 | Planning | FPL | 0.069 | 0.08 | 0.011 | Excluded | — | Excluded | — |
| 17 | Grange Hall SPP | 61 | 124.7 | Completed | TECO | 0.234 | 0.266 | 0.032 | -0.004 | -6.72% | -0.005 | -5.78% |
| 18 | Hamilton SEC | 74.5 | 221.1 | Completed | FPL | 0.319 | 0.157 | -0.163 | -0.041 | -46.10% | -0.009 | -13.24% |
| 19 | Hammock SEC | 74.5 | 165.4 | Completed | FPL | 0.065 | 0.067 | 0.002 | -0.035 | -29.18% | -0.033 | -6.45% |
| 20 | Hibiscus SEC | 74.5 | 162.2 | Construction | FPL | 0.035 | 0.023 | -0.012 | -0.002 | -36.63% | 0 | — |
| 21 | Horizon SEC | 74.5 | 223.0 | Completed | FPL | 0.095 | 0.086 | -0.009 | -0.009 | -10.32% | -0.011 | -27.36% |
| 22 | Indian River SEC | 74.5 | 157.7 | Completed | FPL | 0.044 | 0.013 | -0.031 | -0.019 | -87.72% | -0.020 | -322.5% |
| 23 | Interstate SEC | 75 | 167.0 | Completed | FPL | 0.131 | 0.099 | -0.033 | -0.006 | -8.80% | -0.003 | -5.87% |
| 24 | Lake Hancock SPP | 50 | 131.1 | Development | TECO | 0.052 | 0.06 | 0.009 | -0.028 | -100% | -0.014 | -24% |
| 25 | Lake Placid SPP | 45 | 257.2 | Development | Duke | 0.142 | 0.11 | -0.031 | -0.026 | -34% | -0.014 | -15.10% |
| 26 | Lithia Solar | 74.5 | 183.1 | Completed | TECO | 0.272 | 0.243 | -0.029 | -0.017 | -13.90% | -0.003 | -2.90% |
| 27 | Little Manatee River Solar | 75 | 182.5 | Construction | TECO | 0.179 | 0.148 | -0.031 | -0.003 | -14.85% | 0 | — |
| 28 | Loggerhead SEC | 74.5 | 164.9 | Completed | FPL | 0.236 | 0.186 | -0.05 | -0.018 | -9.60% | -0.013 | -18.52% |

TABLE 1   (Continued)

| | Facility name | MW | Area (ha) | Project status[a] (as of 01/01/19) | Owner | Habitat suitability | | | Cumulative current density | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | p pre-install | p post-install | Change in p | Greatest decrease within facility | % decrease | Greatest decrease within 5 km | % Decrease |
| 29 | Manatee SEC | 74.5 | 173.9 | Completed | FPL | 0.302 | 0.269 | -0.033 | -0.004 | -11.82% | 0 | — |
| 30 | Martin Next Generation SEC[c] | 75 | 218.3 | Completed | FPL | 0.407 | 0.273 | -0.134 | -0.078 | -27.49% | -0.038 | -10.80% |
| 31 | Miami Dade SEC | 75 | 187.4 | Completed | FPL | 0.06 | 0.006 | -0.054 | 0 | — | 0 | — |
| 32 | Mountain View SEC | 55 | 115.7 | Construction | TECO | 0.075 | 0.078 | 0.003 | -0.002 | -4.20% | -0.002 | -4.30% |
| 33 | Northern Preserve SEC | 74.5 | 227.6 | Construction | FPL | 0.19 | 0.193 | 0.003 | -0.012 | -23.90% | -0.002 | -3.70% |
| 34 | Okeechobee SEC | 74.5 | 221.0 | Construction | FPL | 0.27 | 0.236 | -0.034 | -0.052 | -26.20% | -0.02 | -10.83% |
| 35 | Payne Creek SEC | 70 | 168.6 | Completed | TECO | 0.239 | 0.131 | -0.107 | -0.014 | -29.30% | -0.007 | -10.55% |
| 36 | Peace Creek SEC | 56 | 129.7 | Construction | TECO | 0.17 | 0.156 | -0.014 | 0.013 | -4.92% | -0.01 | -16.30% |
| 37 | Pioneer Trail SEC | 75 | 206.6 | Completed | FPL | 0.306 | 0.238 | -0.068 | -0.055 | -11.11% | -0.054 | -11.85% |
| 38 | Southern (unnamed) site | — | 881.8 | Planning | FPL | 0.21 | 0.247 | 0.036 | Excluded | — | Excluded | — |
| 39 | Southfork SEC | 74.5 | 222.5 | Construction | FPL | 0.245 | 0.255 | 0.01 | -0.001 | 1.91% | -0.005 | -9.23% |
| 40 | Sunshine Gateway SEC | 75 | 205.3 | Completed | FPL | 0.217 | 0.165 | -0.053 | -0.021 | -29.45% | -0.003 | -5.04% |
| 41 | Sweetbay SEC | 74.5 | 226.3 | Construction | FPL | 0.129 | 0.072 | -0.056 | -0.038 | -35.49% | -0.019 | -15.55% |
| 42 | Trenton SPP | 75 | 329.8 | Development | Duke | 0.301 | 0.204 | -0.097 | -0.01 | -23.70% | -0.004 | -12.08% |
| 43 | Twin Lakes SEC | 74.5 | 343.2 | Construction | FPL | 0.344 | 0.253 | -0.091 | -0.02 | -17.40% | -0.01 | -9.23% |
| 44 | Wildflower SEC | 74.5 | 176.2 | Completed | FPL | 0.183 | 0.152 | -0.031 | -0.056 | -92.01% | -0.052 | -53.58% |
| 45 | Wimauma SEC | 74.5 | 208.9 | Completed | TECO | 0.137 | 0.139 | 0.002 | -0.01 | -43.30% | -0.001 | -1.44% |

[a]FPL (2019), Tampa Electric (2018), Duke Energy (2019), Origis Energy (2019), SWFWMD (2019).
[b]The site plan for Alafia Solar was not available at the time of this study and is based on TECO (Tampa Electric, 2018) and property ownership maps (SWFWMD, 2019).
[c]Parabolic-trough CSP.

6  Journal of Applied Ecology

Case 1:21-cv-00119-RDM    Document 135-1    Filed 12/04/23    Page 45 of 138
LESKOVA ET AL.

the probability of panther presence ($p$) in 1 km$^2$ raster cells based on habitat characteristics associated with telemetry locations. Review and approval by FAU's IACUC (Institutional Animal Care and Use Committee) was unnecessary due to the use of existing telemetry data. The pre-installation model prediction reflected habitat suitability before USSE installations because the explanatory variable data dated from prior to 2016, before 44 of the facilities were installed (Martin Next Generation SEC was installed in 2010). This explanatory variable data included seven land cover categories consolidated from 2010 datasets from the state's five Water Management Districts (WMDs; Table 2); forest edge, important to panther hunting success (Holmes & Laundré, 2006; Laundré & Loxterman, 2007); wetness index from National Wetlands Inventory (NWI) data (USFWS, 2014); human population density from 2010 U.S. Census data; and road density based on 2011 Florida TIGER/Line data (excluding four-wheel drive roads and trails). Post-installation habitat suitability analysis incorporated changes to land cover and forest edge variables after installation of the 45 USSE facilities (see Appendix S1). Installed USSE facility fence lines were hand-digitized with the World Imagery basemap in ArcMap 10.6.1 (Esri, 2019). The 23 Planned USSE facilities were digitized using site plans available online (FPL, 2019; Duke Energy, 2019; Origis Energy, 2019; Tampa Electric, 2018), or unpublished proposed site locations provided by the Conservancy of SW Florida (Ghost Orchid and Southern [unnamed]). The Alafia Solar plan was not available and was estimated based on a Tampa Electric document and property ownership maps (SWFWMD, 2019; Tampa Electric, 2018).

The 45 facilities impacted land cover in a total of 351 raster grid cells (1 km$^2$ cell size). According to the Frakes et al. (2015) classification (Table 2), utilities fall into the urban land cover class. Therefore, we changed pre-installation land covers (such as pasture or agriculture) to urban within the facility footprint and recalculated forest

edge for the impacted cells following Frakes and Knight (2021). Using the random forest model, we created two raster surfaces based on the probability of panther presence ($p$) in each cell, that is, pre-installation and post-installation using the changed habitat characteristics.

## 2.3 | Core areas

According to Frakes and Knight (2021), areas of continuous high suitability habitat for possible re-introduction and large enough to support additional breeding populations within peninsular Florida include the Big Bend region and Osceola and Ocala National Forests and vicinities. We selected three additional natural protected areas of contiguous suitable habitat based on Frakes and Knight (2021) model predictions, that is, JW Corbett WMA, Babcock Ranch/ Fisheating Creek and Richloam WMA/Green Swamp Wilderness Preserve, that may lack sufficient area to support permanent independent viable populations, but may support persistent populations with consistent immigration and/or act as steppingstones for further dispersal as they are located between the current breeding population in southern Florida and identified large areas of high suitability in northern Florida (Figure 1).

## 2.4 | Connectivity modelling

While there are many methods and movement models to study functional connectivity (e.g. least-cost path [Adriaensen et al., 2003; Urban & Keitt, 2001], individual-based movement simulations [Shumaker, 1998], etc.), we used circuit theory (CIRCUITSCAPE 4.0 software package; McRae et al., 2008), which has several advantages over other methods. For example, while

TABLE 2  Land cover categories replaced by the 45 USSE facilities. All non-urban category hectares were replaced by the urban category, and pre-existing urban hectares remained unchanged

| Land cover category | Description | Area (ha) | Percent of total area replaced by USSE facilities |
|---|---|---|---|
| Open | Freshwater marsh, sawgrass, wet prairies, pasture, dry prairies | 5,123.3 | 45.7 |
| Agriculture | Croplands including row crops, field crops, sugar cane, citrus groves, ornamentals | 3,906.8 | 34.9 |
| Forest | Pine flatwoods, upland hardwood forest and hardwood-coniferous mixed forest, as well as cypress strands and domes, hydric pine flatwoods, cypress-mixed hardwoods, bay swamps, mixed wetland hardwoods, cypress-pine-cabbage palm and wet melaleuca | 1,480.4 | 13.2 |
| Shrub | Shrub and brushland, palmetto prairies, mixed rangeland and mixed wetland shrubs | 246.2 | 2.2 |
| Urban | Residential, developed, industrial, commercial or disturbed lands | 234.4 | 2.1 |
| Open water | Lakes, reservoirs, rivers, bays, canals | 214.5 | 1.9 |
| Saltwater wetland | Mangrove swamps, saltwater marshes and tidal flats | 0 | 0 |
| Total | | 11,205.6 | |

least-cost theory assumes that there is only one potential path and an animal has a good knowledge of the area, it ignores the importance of less permeable corridors which can be taken by an animal despite some level of human disturbance. Circuit theory, on the other hand, is based on random walk theory and provides the potential to evaluate the contributions of multiple dispersal pathways without assuming the disperser has prior knowledge of the area (McRae et al., 2008).

We predicted the impacts of USSE facilities on connectivity by comparing cumulative current density (current density between all core areas in a pairwise mode) and effective resistance between pairs of core areas pre- and post-installation of facilities. Current density is a measure of movement probability, where higher current densities show higher current flow when a number of potential paths congregate to pass through a narrow area. Effective resistance is the resistance between two core areas separated by a network on resistors. It is a measure of isolation between pairs of core areas based on multiple pathways (McRae et al., 2008).

We used pre-installation and post-installation habitat suitability rasters to calculate resistance surfaces for the circuit model (McRae et al., 2008, Circuitscape 4.0 for ArcGIS). The practice of 'inverting' suitability scores to use as a resistance raster for connectivity modelling is frequently employed for a variety of species when studying habitat suitability and connectivity (Luo et al., 2021; Morovati et al., 2020; Rouhi et al., 2019; Spontak & Hoctor, 2017). We ran Circuitscape in pairwise mode, with resistance of each cell calculated as $(1 - p) \times 100$, the calculation option set to connect eight neighbouring cells and raster cell size set to 1 km$^2$.

To determine change in current density of each raster cell, we subtracted pre-installation from post-installation current density using the raster calculator in ArcGIS. Thus, positive values represent increased current density for the cells, and negative values showed that current density decreased. Percent change within facilities and within a 5 km radius was calculated by dividing the amount of change by the pre-installation current density, multiplied by 100. Mean background current density change, the standard deviation and the 95% confidence interval of background change were calculated using raster cells across peninsular Florida outside core areas and the 5 km radius around facilities. Four facilities were located completely within, or in contact with, core area boundaries (Ghost Orchid and the Southern [unnamed] site in the core area A, and Babcock Ranch and Babcock Preserve SECs in the core area B, covering a total area of 2,215.87 ha) and were excluded from connectivity analysis.

We also compared pre- and post-installation effective resistances for the whole of peninsular Florida and each pair of core areas. While not a mappable quantity, effective resistance provides insight concerning the amount of isolation among pairs of core areas based on multiple pathways. Increases in effective resistance indicate increases in isolation and decreases in connection redundancy between core areas (Shah & McRae, 2008).

## 3 | RESULTS

### 3.1 | Habitat suitability

The most impacted land cover category was open (Table 2). A total of 5,123 ha of open habitat (mostly grasslands and pastures) was replaced by solar facilities, which equals 45.7% of total area replaced by USSE facilities (Table 2). Forest was the third most impacted category (after agricultural), with 1,480.4 ha replaced, which equals 13.2% of total area replaced by USSE facilities. Forest patches were present in 133 impacted raster cells. The total forest edge removed post-installation was 97.1 km, decreasing from 682.89 km to 585.79 km.

Comparison of $p$ between pre- and post-installation habitat suitability rasters showed $p$ decreased in the 351 impacted raster cells by 0.03, $SE = 0.004$. The greatest pre-installation $p$ within facilities was predicted for USSE facilities #11 (0.520), 30 (0.407), 15 (0.384) and 2 (0.36). The model cut-off threshold for adult panther habitat was $p > 0.315$ (Table 1; Frakes & Knight, 2021). The greatest reductions in $p$ were predicted for #18 (−0.163), 11 (−0.140) and 30 (−0.134).

### 3.2 | Connectivity models

We found changes between pre- and post-installation cumulative current density within predicted panther corridors and effective resistance between pairs of core areas. Current density changed both within each facility's boundary and beyond the footprint (occasionally >10 km from facilities; Table 1, Figure 2a,b). Current density for both pre- and post-installation datasets ranged from 0 to 1.17 (Figure 1). Current density change ranged between −0.078 and 0.068 within facilities' footprints and the 5 km radius around the facilities (Figure 2b). Mean change within the cells overlapped by facilities' footprints was −0.003, $SE = 0.0008$, and mean change within the 5 km buffer was −0.0002, $SE = 0.00006$. Mean background current density change was $0.000008 \pm 0.0003$, and the 95% confidence interval around the mean was −0.0005 to 0.0005. Percent change in effective resistance across all pairwise comparisons ranged from −0.27% to 0.17%, and mean percent change in effective resistance across all pairwise comparisons showed an increase of 0.07% (Table 3). Mean effective resistance change was 0.00004, $SE = 0.00001$.

USSE facilities #11, 30, 36, 34 and 37 (Table 1) overlapped cells with the greatest pre-installation current density (0.20–0.49). The largest cell decreases in current density occurred within the USSE facilities #9, 11, 18, 30, 34, 37, 41 and 44 (−0.038 to −0.078, all outside the 95% CI current density change of the background cells; Table 1; Figure 2a,b). The largest decreases in current density within a 5 km radius around facilities (excluding cells overlapped by the facilities) occurred around #9, 10, 30, 37 and 44 (−0.038 to −0.056, all outside the 95% CI current density change of the background cells; Table 1, Figure 2a,b). In



**FIGURE 2** (a) Pre-installation current density. (b) Post-installation current density change

**TABLE 3** Effective resistances ($R_e$) pre-installation in the upper diagonal among all focal areas, and percent change in effective resistance post-installation in the lower diagonal

|  | Babcock Webb | Big Bend | Current Breeding Pop. | JW Corbett | Ocala NF | Osceola NF/WMA | Richloam |
|---|---|---|---|---|---|---|---|
| Babcock Webb |  | 0.078 | 0.025 | 0.039 | 0.063 | 0.080 | 0.055 |
| Big Bend | 0.08% |  | 0.106 | 0.099 | 0.019 | 0.010 | 0.042 |
| Current Breeding Pop. | −0.27% | 0.01% |  | 0.017 | 0.091 | 0.108 | 0.083 |
| JW Corbett | 0.09% | 0.14% | 0.03% |  | 0.084 | 0.101 | 0.078 |
| Ocala NF | 0.10% | 0.04% | 0.01% | 0.17% |  | 0.016 | 0.033 |
| Osceola NF/WMA | 0.09% | 0.12% | 0.01% | 0.14% | 0.04% |  | 0.046 |
| Richloam | 0.11% | 0.02% | <0.01% | 0.16% | 0.03% | 0.03% |  |

total, 25 additional USSE facilities had lesser current density decreases within facilities, but those changes remained outside the 95% CI current density change of the background cells (#1, 4, 6, 7, 12, 13, 14, 15, 17, 19, 21, 22, 23, 24, 25, 26, 28, 32, 33, 35, 39, 40, 42, 43 and 45). Only six facilities (#5, 8, 20, 27, 29 and 31) were installed in the areas with low current density, and had zero change in current density either inside the facility, the 5 km radius around the facilities, or both.

USSE facility #11 was installed approximately 9 km from core area D in the only major wildlife corridor connecting core area D with other core areas in South Florida (Figures 1 and 2a). Current density decreased up to 19% within the facility footprint and 7% within 5 km

(Table 1). Facility #37 was installed approximately 25 km from core area E, in the major wildlife corridor with large predicted current densities connecting to core areas in South Florida (Figures 1 and 2a). Current density decreased up to 11% within the facility footprint, and 12% within 5 km (Table 1). Facilities #30, 41 and 28 are between 9 km and 27 km from core area C, with facilities #30 and 41 <5 km from each other. Current density decreased up to 36% within the facilities' footprints and 16% within 5 km (Table 1), in the only strong wildlife corridor that connects core area C with other core areas (Figures 1 and 2a).

Circuitscape also predicted increased current densities in habitat at various distances surrounding these facilities, as the current

adjusted to find alternative routes around the facilities (Figure 2b). USSE facilities #9, 10 and 44 were installed approximately 32 km north of core area B, with facilities directly adjacent to each other spanning the width of a north–south corridor (Figures 1 and 2a). Current density decreased in the cells forming the corridor perpendicular to the alignment of the three facilities (up to 92% within the facilities' footprints and 92% within 5 km (Table 1)), and increased on the eastern and western sides of the corridor as current density adjusted to find alternative routes (Figure 2b). Facility #34 was installed connected to the eastern side of the major corridor trending north/south from core area C. Current density was predicted to increase to the east and west of the facility and decrease in four cells on the western border of the installation (Figure 2b). Facility #36 was installed on a corridor connecting core area D with core area B (Figures 1 and 2a). A minor decrease in current density in one cell of the corridor was compensated by increases in >30 cells of lower conductivity surrounding the corridor. Facility #18 showed substantial effects on current density equivalent to some of those previously mentioned but was installed adjacent to a relatively weak corridor connecting the presently uninhabited core areas G and F at the far northern reaches of the study area. Current density within the facility and the 5 km radius was predicted to decrease 46% and 13%, respectively (Table 1).

## 3.3 | Model validation

We analysed panther radio-telemetry data collected by Florida Fish and Wildlife Conservation Commission (FFWCC) from February 1981 to June 2020 (see Figure S1). Methods for the telemetry locations collection were described by Land et al. (2008). We used the telemetry dataset that included all telemetry points north of the existing breeding habitat and excluded those points that fell within other core areas. Thus, we overlaid the telemetry dataset inclusive of 377 telemetry points dated between 02/1988 and 10/2015 with our current density map. Nearly all of the points coincided with areas of elevated current density, correlating to the corridors predicted by the model. The mean current density of the cells overlapping the telemetry points was 0.17, SD was 0.12, and the range was from 0 to 1.17. Only one telemetry location point overlapped a cell with zero current density, which represented 0.27% of the telemetry dataset.

We ran other connectivity tools such as Linkage Pathways (former Linkage Mapper), Barrier Mapper and PinchPoint Mapper (Figures S2–S4). However, they were less accurate in predicting panther movements in comparison to the current density map. Only 40.8% of the telemetry points (154 out of 377) fell within the Linkage Pathways predicted corridors.

## 4 | DISCUSSION

We found nine facilities located within major corridors connecting the current breeding habitat and other core areas with the potential to support populations of Florida panther. We found an additional 26 facilities located in rural areas between core areas with relatively weaker current densities compared to the major corridors, but that could potentially support dispersal. Of the remaining facilities in this study, four were within or connected to core areas, and six facilities had no to very minimal potential expected impact on core areas or connectivity. The findings of this research suggest a substantial bias in the locating of USSE facilities outside of developed suburban and urban regions, and within rural and undeveloped lands that may provide connectivity sufficient for Florida panther dispersal to habitat suitable for population establishment. Our research is the first study documenting the effect of USSE facilities on both habitat suitability and broad-scale connectivity of suitable habitat for any large carnivore.

Habitat fragmentation and degradation are among the main causes of the Florida panther's plight (Belden et al., 1988; Frakes et al., 2015; USFWS, 2008). Several publications suggested that USSE facilities may cause further habitat fragmentation (Hernandez et al., 2014; Saunders et al., 1991), but Lovich and Ennen (2011) suggested that peer-reviewed data were insufficient for rigorous assessment of USSE impacts on wildlife. Our comparison of modelled suitability pre- and post-installation showed an overall decrease in habitat suitability within the footprint of the facilities. In addition, four facilities (#11, 30, 15 and 2) were installed in habitat with suitability equivalent to that of the current breeding habitat. After USSE installations, predicted probability of presence within the raster cells overlapped by these four facilities decreased, and fell to below the breeding habitat suitability threshold (0.315) at #30 and 15.

Habitat connectivity is important for panther persistence and recovery (Kautz et al., 2006; Meegan & Maehr, 2002; USFWS, 2008). Our results show substantial agreement with the landscape connectivity corridors modelled for Florida panther by other researchers (Oetting et al., 2016; Spontak & Hoctor, 2017). Comparison with the Florida Ecological Greenways Network (FEGN), a state-wide network designed to maintain landscape-scale ecological functions for Florida biodiversity (Oetting et al., 2016), shows that some linkages identified by the FEGN were also identified by our pre-installation model, but we demonstrated that those corridors were degraded by USSE installations.

Current density changed within and around facilities located within or close to predicted wildlife corridors (e.g. #30, 11, 37, 9, 10, 44) and these facilities increased effective resistance among core areas. The greatest impacts occurred where facilities were located within a predicted major corridor, where current density was substantially greater than its surroundings, and where no alternative major corridors exist (e.g. #30). Facility #30 impacted the major corridor that joins core area C with other core areas. Facility #11 was installed in the major corridor that joins core area D with core areas in South Florida. Facility #37 was installed in the middle of a wide corridor with the highest current density predicted for peninsular Florida. Facilities #6 and 36 disrupted narrow smaller corridors, which may have important roles as alternative dispersal routes. It is important to acknowledge that our analyses do not draw any specific conclusions whether the impacted corridors have been rendered unusable,

and changes in connectivity are useful for general assessment of potential impacts to connectivity. However, the results do suggest reductions in corridor quality and problematic siting of aforementioned USSE facilities in the context of maintaining regional functional connectivity for panthers.

USSE facilities can span hundreds of fenced hectares, and are often installed in semi-permeable habitats that may lie within functional wildlife corridors. Conversion to a humanized land cover impacts suitability and movement patterns, but fencing is a structure erected with the intention to impede movement into facilities. The use of tall chain-link fences topped with barbed wire encircling each facility inserts potential barriers to the movement of large carnivores and their prey. Ecological costs of fencing to wildlife include disruption of migration routes, habitat fragmentation, range restriction, restriction of evolutionary potential, and direct and indirect mortality (Hayward & Kerley, 2009; Jones, 2014). In addition, barbed wire placed atop fences to discourage climbing can cause injuries (entangle legs, strained/torn ligaments, lacerations and infection; Paige, 2012; USDOT & FHA, 2008; van der Ree, 1999).

Fencing can restrict both panthers and their ungulate prey (e.g. wild hog, white-tailed deer; e.g. Clevenger et al., 2001; Fitzwater, 1972; Jensen et al., 2010), but variations in design cause variable behavioural inhibitions among different species. The United States Department of Transportation and Federal Highway Administration guidelines (USDOT & FHA, 2008) suggest 3.4 m tall fences for panthers to exclude them entering highways. Although anecdotal sources suggest they can jump 4–5 m vertically, the combination of 3.4 m fencing and underpasses along Florida's highways greatly reduced wildlife–vehicle collisions and mortality of panthers (Downs et al., 2014; Jensen et al., 2010; Land & Lotz, 1996). The 2.0 m fences around the USSE facilities may not make the area within the footprints of USSE facilities impermeable for panthers, but combined with the lack of prey and tree cover, such a fenced-in humanized habitat may produce avoidance behaviour and rerouting of dispersal. Searching for alternative routes around a USSE facility, dispersing large mammals may more intensively utilize less suitable or less permeable areas (in comparison to the habitat replaced by solar arrays; Osipova et al., 2018), which was suggested by post-installation current density predictions.

The post-installation analysis predicted dispersal path deviations that panthers may attempt to bypass facilities. Pinch points created by facilities (e.g. east of #30) require additional attention to avoid bottleneck effects. The increases in current density around the facilities suggest these pathways are likely alternative corridors, and protection and enhancement of these new pathways should be explored so dispersal is not further impeded. The alternative dispersal pathways demonstrate that landscape-level habitat connectivity impacts are evident beyond the footprints of facilities. Current permitting review methodologies resulting in USSE facilities installation approval may be inadequate, and facility siting should consider landscape-level connectivity in addition to environmental impacts within facility boundaries.

USSE facilities installed in clusters may create greater connectivity disruption than single facilities, especially when installed as a nearly continuous barrier perpendicular to the corridor. The corridor in which USSE facilities #9, 10 and 44 are located connects core area B, an important area for Florida panther dispersal and possible colonization (Kautz et al., 2006; Spontak & Hoctor, 2017; Thatcher et al., 2009), with core area D in Central Florida. This practice of clustering facilities is attractive to energy companies because it decreases the amount of supporting infrastructure (e.g. roads, transmission lines), and consolidates maintenance activities. Because of efficiencies of scale, clustered facilities are likely to increase in number, with probable expansion in association with facilities included herein. Since most facilities have footprints in corridors and core areas, expansion of facilities may create additional disruptions in already impacted corridors.

## 5 | CONCLUSIONS

Selecting locations for USSE facilities where impacts to biodiversity are relatively small and meet both renewable energy and conservation goals is important (Fluri, 2009). Fluri (2009) showed that the strategic placement of USSE facilities and infrastructure in South Africa would create 548 GW of solar power capacity while avoiding impacts to habitat for endangered species. Similar positive results can be achieved in Florida, but permitting of new facilities within contiguous suitable habitat of protected species and within dispersal corridors connecting suitable habitat needs to be halted if their persistence is valued. Impacts are expected on other endangered and protected wildlife species in Florida, including those that have large spatial requirements and/or specific habitat requirements, for example, gopher tortoises *Gopherus polyphemus*, eastern indigo snakes *Drymarchon coraiscouperi*, Florida scrub jay *Aphelocoma coerulescens*, Florida burrowing owls *Athene cunicularia floridana* and Florida black bears *Ursus americanus floridanus*. Research involving additional impacted species will fill gaps in environmental protection policy concerning both local and regional scale implications of USSE facilities. Formally protecting and enhancing the remaining corridors between core areas at the landscape scale will potentially ameliorate, or mitigate, the impacts already evident after installation of some facilities, and may prevent foreseeable impacts with additional planned facilities. Restoration of dispersal corridors and gene flow throughout peninsular Florida is critical to the Florida panther, its prey and ancillary species that benefit from a connected Florida ecosystem. This, in turn, will benefit biodiversity and species resiliency at the landscape scale.

Impacts of USSE facilities on wildlife are not well studied due to the relative novelty of centralized solar facilities in the utility-scale electric power industry. Concentrating solar power (CSP) impacts on birds and insects on public lands in the western US are the best studied (e.g. Gasparatos et al., 2017; McCrary et al., 1986; Walston et al., 2016), which are not applicable to photovoltaic facilities on private lands. Additional research concerning new and modified

approaches in USSE facility installations (e.g. fencing alternatives, no fencing, dividing facilities into smaller disconnected sections, concentrating installations in urbanized landscapes, expand partnerships to install panels in parking lots, mitigation efforts in habitat surrounding facilities, more efficient technologies requiring less land, etc.) may result in better decision-making for future installations. Given the exponential growth of the solar industry in Florida and around the world, it is crucial to provide land managers and conservation decision-makers with robust research on this new technology to ensure responsible development and permitting practices are established. Concerning environmental cost, residential rooftop SSSE systems may be a better alternative; however, abundant USSE siting alternatives likely exist within more developed regions where suitable habitat and corridors are already degraded. Continued research on solar energy installations is required to establish criteria for informed land use, decrease environmental costs by reducing impacts on endangered species and provide a robust scientific understanding of the wider-reaching impacts correlated with solar installations.

## ACKNOWLEDGEMENTS

We wanted to thank the Conservancy of Southwest Florida for providing data on proposed site locations for two USSE facilities.

## CONFLICT OF INTEREST

None of the authors of this study have a conflict of interests.

## AUTHORS' CONTRIBUTIONS

S.H.M, R.A.F. and O.V.L. conceived the ideas and designed the methodology of this study, R.A.F. collected the data and developed the methodology for random forest habitat suitability model, O.V.L. collected the data on solar facilities and ran Circuitscape model. All authors contributed critically to the drafts and gave final approval for publication.

## DATA AVAILABILITY STATEMENT

Data available via Figshare digital repository https://doi.org/10.6084/m9.figshare.17109119 (Leskova et al., 2021).

## ORCID

*Olena V. Leskova* https://orcid.org/0000-0001-5780-6505
*Scott H. Markwith* https://orcid.org/0000-0003-0969-3723

## REFERENCES

Adriaensen, F., Chardon, J., De Blust, G., Swinnen, E., Villalba, S., Gulinck, H., & Matthysen, E. (2003). The application of 'least-cost' modelling as a functional landscape model. *Landscape and Urban Planning, 64*(4), 233–247. https://doi.org/10.1016/S0169-2046(02)00242-6

Belden, R., Frankenberger, W., McBride, R., & Schwikert, S. (1988). Panther habitat use in Southern Florida. *The Journal of Wildlife Management, 52*, 660–663. https://doi.org/10.2307/3800927

Benson, J., Lotz, M., & Jansen, D. (2008). Natal den selection by Florida panthers. *Journal of Wildlife Management, 72*, 405–410. https://doi.org/10.2193/2007-264

Biasotto, D., & Kindel, A. (2018). Power lines and impacts on biodiversity: A systematic review. *Environmental Impact Assessment Review, 71*, 110–119. https://doi.org/10.1016/j.eiar.2018.04.010

Clevenger, A., Chruszcz, B., & Gunson, K. (2001). Highway mitigation fencing reduces wildlife-vehicle collisions. *Wildlife Society Bulletin, 1973–2006*(29), 646–653.

Dakos, V., Quinlan, A., Baggio, J., Bennett, E., Bodin, Ö., & BurnSilver, S. (2015). In R. Biggs, M. Schluter, & M. Schoon (Eds.), *Principles for building resilience: Sustaining ecosystem services in social-ecological systems* (pp. 80–98). Cambridge University Press.

Dalrymple, G., & Bass, O. (1996). The diet of the Florida panther in Everglades National Park, Florida. *Bulletin of the Florida Museum of Natural History, University of Florida, 39*, 173–193.

Downs, J., Horner, M., Loraamm, R., Anderson, J., Hyun, K., & Onorato, D. (2014). Strategically locating wildlife crossing structures for Florida panthers using maximal covering approaches. *Transactions in GIS, 18*, 46–65. https://doi.org/10.1111/tgis.12005

Duke Energy. (2019, Apr 1). *Ten-Year Site Plan 2019-2028*. http://www.floridapsc.com/Files/PDF/Utilities/Electricgas/TenYearSitePlans/2019/Duke%20Energy%20Florida.pdf

Esri. (2019). *World imagery (WGS84)*. Created: Jun 13, 2016; updated: Aug 30, 2019. https://www.arcgis.com/home/item.html?id=898f58f2ee824b3c97bae0698563a4b3

Fitzwater, W. (1972). Barrier fencing in wildlife management. *Proceedings of the Vertebrate Pest Conference, 5*, 49–55.

Florida Fish and Wildlife Conservation Commission (FFWCC). (2015). *Florida panther recovery and 510 management: Strategic priorities*. Position statement, September 3, 2015. 511. https://myfwc.com/wildlifehabitats/wildlife/panther/reports/

Florida Fish and Wildlife Conservation Commission (FFWCC). (2019). *Florida Panther Telemetry database*, 6 Feb 2019. http://geodata.myfwc.com/datasets/2ae91ecb6f0e4cf0a400f86be4abaf2c_8?-geometry=-92.838%2C26.673%2C-69.47%2C30.056

Florida Fish and Wildlife Conservation Commission (FFWCC). (2019). *Florida Panther Mortality database*, 6 Feb 2019. https://geodata.myfwc.com/datasets/florida-panther-mortality?geometry=-91.418%2C27.362%2C-68.05%2C30.723

Florida Power & Light (FPL). (2019). *Ten-year Power Plant Site Plan 2019–2028*. https://www.fpl.com/company/pdf/10-year-site-plan.pdf

Florida Public Service Commission (FPSC). (2019). *Review of the 2019 ten year site plans of Florida's electric utilities*. http://www.floridapsc.com/Files/PDF/Utilities/Electricgas/TenYearSitePlans/2019/Review.pdf

Fluri, T. (2009). The potential of concentrating solar power in South Africa. *Energy Policy, 37*, 5075–5080. https://doi.org/10.1016/j.enpol.2009.07.017

Frakes, R. (2018). *Impacts to panther habitat from the proposed Eastern Collier Multiple Species 526 Habitat Conservation Plan: A quantitative analysis*. Report prepared for the Conservancy 527 of Southwest Florida, Naples, FL. 34 pp.

Frakes, R., Belden, R., Wood, B., & James, F. (2015). Landscape analysis of adult Florida panther habitat. *PLoS ONE, 10*(7). https://doi.org/10.1371/journal.pone.0133044

Frakes, R., & Knight, M. (2021). Location and extent of unoccupied panther (*Puma concolor coryi*) habitat in Florida: Opportunities for recovery. *Global Ecology and Conservation, 26*. https://doi.org/10.1016/j.gecco.2021.e01516

Gasparatos, A., Doll, C., Esteban, M., Abubakari, A., & Olang, T. (2017). Renewable energy and biodiversity: Implications for transitioning to a Green Economy. *Renewable and Sustainable Energy Reviews, 70*, 161–184. https://doi.org/10.1016/j.rser.2016.08.030

Goff, M. (2017). *Florida Panther Biological Report*. Hammock Solar Energy Center. Environmental Consulting & Technology, Inc.

Hayward, M., & Kerley, G. (2009). Fencing for conservation: Restriction of evolutionary potential or a riposte to threatening processes?

*Biological Conservation*, *142*, 1–13. https://doi.org/10.1016/j.biocon.2008.09.022

Hernandez, R. R., Easter, S. B., Murphy-Mariscal, M. L., Maestre, F. T., Tavassoli, M., Allen, E. B., Barrows, C. W., Belnap, J., Ochoa-Hueso, R., Ravi, S., & Allen, M. F. (2014). Environmental impacts of utility-scale solar energy. *Renewable and Sustainable Energy Reviews*, *29*, 766–779. https://doi.org/10.1016/j.rser.2013.08.041

Holmes, B., & Laundré, J. (2006). Use of open, edge and forest areas by pumas (*Puma concolor*) in winter: Are pumas foraging optimally? *Wildlife Biology*, *12*, 201–209.

Intergovernmental Panel on Climate Change (IPCC). (2007). Intergovernmental Panel on Climate Change (IPCC). *Climate change 2007: The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*. Cambridge University Press.

International Energy Agency (IEA). (2019, November). *World Energy Model*. IEA. https://www.iea.org/reports/world-energy-model

Jensen, D., Sherwood, K., & Fleming, E. (2010). *The I-75 Project: Lessons from the Florida panther. Safe passages: Highways, wildlife, and habitat connectivity*. Island Press.

Jones, P. (2014). Scarred for life: The other side of the fence debate. *Human-Wildlife Interactions*, *8*, 150–154.

Katzner, T. E., Nelson, D. M., Braham, M. A., Doyle, J. M., Fernandez, N. B., Duerr, A. E., Bloom, P. H., Fitzpatrick, M. C., Miller, T. A., Culver, R. C. E., Braswell, L., & DeWoody, J. A. (2017). Golden Eagle fatalities and the continental-scale consequences of local wind-energy generation. *Conservation Biology*, *31*, 406–415. https://doi.org/10.1111/cobi.12836

Kautz, R., Kawula, R., Hoctor, T., Comiskey, J., Jansen, D., Jennings, D., Kasbohm, J., Mazzotti, F., McBride, R., Richardson, L., & Root, K. (2006). How much is enough? Landscape-scale conservation for the Florida panther. *Biological Conservation*, *130*, 118–133. https://doi.org/10.1016/j.biocon.2005.12.007

Köppel, J., Dahmen, M., Helfrich, J., Schuster, E., & Bulling, L. (2014). Cautious but committed: Moving toward adaptive planning and operation strategies for renewable energy's wildlife implications. *Environmental Management*, *54*, 744–755. https://doi.org/10.1007/s00267-014-0333-8

Land, D., & Lotz, M. (1996). Wildlife crossings designs and use by Florida panthers and other wildlife in southwest Florida. Trends in Addressing Transportation Related Wildlife Mortality, proceedings of the transportation related wildlife mortality seminar. FDOT. FL-ER-58-96.

Land, E., Shindle, D., Kawula, R., Benson, J., Lotz, M., & Onorato, D. (2008). Florida panther habitat selection analysis of concurrent GPS and VHF telemetry data. *The Journal of Wildlife Management*, *72*, 633–639. https://doi.org/10.2193/2007-136

Lange, K., Meier, P., Trautwein, C., Schmid, M., Robinson, C., Weber, C., & Brodersen, J. (2018). Basin-scale effects of small hydropower on biodiversity dynamics. *Frontiers in Ecology & the Environment*, *16*, 397–404. https://doi.org/10.1002/fee.1823

Laundré, J., & Loxterman, J. (2007). Impact of edge habitat on summer home range size in female pumas. *American Midland Naturalist*, *157*, 221–229.

Leskova, O., Frakes, R., & Markwith, S. (2021). Data from: Impacting habitat connectivity of the endangered Florida panther for the transition to utility-scale solar energy. *Figshare Digital Depository*, https://doi.org/10.6084/m9.figshare.17109119

Liaw, A., & Wiener, M. (2002). Classification and regression by random-Forest. *R News*, *2*, 18–22.

Lovich, J., & Ennen, J. (2011). Wildlife conservation and solar energy development in the desert Southwest, United States. *BioScience*, *61*, 982–992. https://doi.org/10.1525/bio.2011.61.12.8

Luo, Z., Wang, X., Yang, S., Cheng, X., Liu, Y., & Hu, J. (2021). Combining the responses of habitat suitability and connectivity to climate change for an East Asian endemic frog. *Frontiers in Zoology*, *18*(1). https://doi.org/10.1186/s12983-021-00398-w

Maehr, D., & Cox, J. (1995). Landscape features and panthers in Florida. *Conservation Biology*, *9*, 1008–1019. https://doi.org/10.1111/j.1523-1739.2005.00286.x-i1

Maehr, D., Land, E., & Roof, J. (1991). Social ecology of Florida panthers. *National Geographic Research and Exploration*, *7*, 414–413.

McCrary, M., McKernan, R., Schreiber, R., Wagner, W., & Sciarrotta, T. (1986). Avian mortality at a solar energy power plant. *Journal of Field Ornithology*, *57*, 135–141.

McRae, B., Dickson, B., Keitt, T., & Shah, V. (2008). Using circuit theory to model connectivity in ecology, evolution, and conservation. *Ecology*, *89*, 2712–2724. https://doi.org/10.1890/07-1861.1

Meegan, P., & Maehr, D. (2002). Landscape conservation and regional planning for the Florida panther. *Southeastern Naturalist*, *1*, 217–232.

Morovati, M., Karami, P., Amjas, F., & Mingyang, L. (2020). Accessing habitat suitability and connectivity for the westernmost population of Asian black bear (*Ursus thibetanus gedrosianus*, Blanford, 1877) based on climate changes scenarios in Iran. *PLoS ONE*, *15*(11). https://doi.org/10.1371/journal.pone.0242432

Nicholls, R., & Cazenave, A. (2010). Sea level rise and its impact on coastal zones. *Science*, *328*, 1517–1520. https://doi.org/10.1126/science.1185782

Oetting, J., Hoctor, T., & Volk, M. (2016). *CLIP: Critical lands and water identification project*. Version 4.0 User Tutorial. U.S. Fish and Wildlife Service.

Origis Energy. (2019). *FL solar 5 - Reedy creek improvement district*. Available from https://www.origisenergy.com/projects/fl-solar-5-rcid/

Osipova, L., Okello, M., Njumbi, S., Ngene, S., Western, D., Hayward, M., Balkenhol, N., & Struebig, M. (2018). Fencing solves human-wildlife conflict locally but shifts problems elsewhere: A case study using functional connectivity modelling of the African elephant. *Journal of Applied Ecology*, *55*, 2673–2684. https://doi.org/10.1111/1365-2664.13246

Paige, C. (2012). *A landowner's guide to wildlife friendly fences* (2nd ed.). Private Land Technical Assistance Program, Montana Fish, Wildlife & Parks.

Pfeffer, W., Harper, J., & O'Neel, S. (2008). Kinematic constraints on glacier contributions to 21st-century sea-level rise. *Science*, *321*, 1340–1343. https://doi.org/10.1126/science.1159099

R Core Team. (2019). *R: A language and environment for statistical computing*. R Foundation for Statistical Computing. https://www.R-project.org/

Rehbein, J., Watson, J., Lane, J., Sonter, L., Venter, O., Atkinson, S., & Allan, J. (2020). Renewable energy development threatens many globally important biodiversity areas. *Global Change Biology*, *26*, 3040–3051. https://doi.org/10.1111/gcb.15067

Rouhi, H., Kaboodvandpour, S., & Almasieh, K. (2019). Habitat suitability and connectivity for the brown bear (*Ursus arctos*) along the Iran-Iraq border. *European Journal of Wildlife Research*, *65*(4), 57.

Saunders, D., Hobbs, R., & Margules, C. (1991). Biological consequences of ecosystem fragmentation: A review. *Conservation Biology*, *5*, 18–32. https://doi.org/10.1111/j.1523-1739.1991.tb00384.x

Sawyer, H., Kauffman, M., Middleton, A., Morrison, T., Nielson, R., & Wyckoff, T. (2013). A framework for understanding semi-permeable barrier effects on migratory ungulates. *Journal of Applied Ecology*, *50*, 68–78. https://doi.org/10.1111/1365-2664.12013

Schumaker, N. (1998). *A user's guide to the PATCH model*. Environmental Protection Agency, Environmental Research Laboratory.

Shah, V., & McRae, B. (2008). Circuitscape: A tool for landscape ecology. In *Proceedings of the 7th Python in Science Conference (SciPy 2008)* (pp. 62–66). Pasadena, CA, USA, 19–24 August 2008; SciPy. https://circuitscape.org/pubs/Shah_McRae_Circuitscape_Python_Scipy08.pdf

Smith, J., Duane, T., & Wilmers, C. (2019). Moving through the matrix: Promoting permeability for large carnivores in a human-dominated landscape. *Landscape and Urban Planning*, *183*, 50–58. https://doi.org/10.1016/j.landurbplan.2018.11.003

Solar Energy Industries Association (SEIA). (2019, February). *Major solar projects*. https://www.seia.org/research-resources/major-solar-projects-list

Songlin, F., Cox, J., & Whittle, A. (2011). A perfect storm may threaten Florida panther recovery: Peer-reviewed letter. *Frontiers in Ecology and the Environment*, *9*, 317–318. https://doi.org/10.1890/11.WB.013

Southwest Florida Water Management District (SWFWMD). (2019). *Water management information system*. http://www18.swfwmd.state.fl.us/WMISMap/WMISMap/WMISMap.aspx?function=quickmap&layer=erp&appid=24496

Spontak, M., & Hoctor, T. (2017). A multi-faceted approach to corridor planning for the Florida black bear and Florida panther. *Journal of Conservation Planning*, *13*, 1–10.

Tampa Electric. (2018). *Ten-year site plan 2018–2027*. http://www.psc.state.fl.us/Files/PDF/Utilities/Electricgas/TenYearSitePlans/2018/Tampa%20Electric%20Company.pdf

Thatcher, C., van Manen, F., & Clark, J. (2009). A habitat assessment for Florida panther population expansion into Central Florida. *Journal of Mammalogy*, *90*, 918–925. https://doi.org/10.1644/08-MAMM-A-219.1

Thorne, J., Cameron, D., & Quinn, J. (2006). A conservation design for the central coast of California and the evaluation of mountain lion as an umbrella species. *Natural Areas Journal*, *26*, 137–148.

Turney, D., & Fthenakis, V. (2011). Environmental impacts from the installation and operation of large-scale solar power plants. *Renewable and Sustainable Energy Reviews*, *15*, 3261–3270. https://doi.org/10.1016/j.rser.2011.04.023

Urban, D., & Keitt, T. (2001). Landscape connectivity: A graph-theoretic perspective. *Ecology*, *82*, 1205–1218.

US Department of Transportation and Federal Highway Administration (USDOT & FHA). (2008, October). *Wildlife vehicle collision reduction study*. Report to Congress.

US Energy Information Administration (EIA). (2019, September 24). *International Energy Outlook 2019*. 24 Sep 2019. https://www.eia.gov/outlooks/ieo/pdf/ieo2019.pdf

US Energy Information Administration (EIA). (2020, January 29). *Annual energy outlook 2020*. https://www.eia.gov/outlooks/aeo/pdf/AEO2020%20Full%20Report.pdf

US Fish and Wildlife Service (USFWS). (2008). *Florida panther recovery plan* (Puma concolor coryi) (3rd revision). USFWS.

US Fish and Wildlife Service (USFWS). (2014). *USFWS National Wetlands Inventory – Polygons – October 2014. Classification of Wetlands and Deepwater Habitats of the United States, Oct 2014*. U.S. Department of the Interior, Fish and Wildlife Service. FWS/OBS-79/31.

US Fish and Wildlife Service (USFWS). (2018). *Florida panther*. National Wildlife Refuge. Jan 11, 2018. https://www.fws.gov/refuge/florida_panther/wah/panther.html

Van der Ree, R. (1999). Barbed wire fencing as a hazard to wildlife. *Victorian Naturalist*, *116*, 210–217.

Voigt, C., Lehnert, L., Petersons, G., Adorf, F., & Bach, L. (2015). Wildlife and renewable energy: German politics cross migratory bats. *European Journal of Wildlife Research*, *2*, 213–219. https://doi.org/10.1007/s10344-015-0903-y

Walston, L., Rollings, K., LaGory, K., Smith, K., & Meyers, S. (2016). A preliminary assessment of avian mortality at utility-scale solar energy facilities in the United States. *Renewable Energy*, *92*, 405–414. https://doi.org/10.1016/j.renene.2016.02.041

World Energy Council (WEC). (2013). *World energy scenarios*. https://www.worldenergy.org/assets/downloads/World-Energy-Scenarios_Composing-energy-futures-to-2050_Executive-summary.pdf

## SUPPORTING INFORMATION

Additional supporting information may be found in the online version of the article at the publisher's website.

**How to cite this article:** Leskova, O. V., Frakes, R. A., & Markwith, S. H. (2022). Impacting habitat connectivity of the endangered Florida panther for the transition to utility-scale solar energy. *Journal of Applied Ecology*, 00, 1–13. https://doi.org/10.1111/1365-2664.14098

BIOLOGICAL CONSERVATION 130 (2006) 118–133



available at www.sciencedirect.com



SCIENCE⌀DIRECT®

journal homepage: www.elsevier.com/locate/biocon



# How much is enough? Landscape-scale conservation for the Florida panther

Randy Kautz[a,*], Robert Kawula[a], Thomas Hoctor[b], Jane Comiskey[c], Deborah Jansen[d], Dawn Jennings[e], John Kasbohm[f], Frank Mazzotti[g], Roy McBride[h], Larry Richardson[i], Karen Root[j]

[a]Florida Fish and Wildlife Conservation Commission, 620 South Meridian Street, Tallahassee, FL 32399-1600, USA
[b]University of Florida, Department of Landscape Architecture, P.O. Box 115704, Gainesville, FL 32611-5704, USA
[c]The Institute for Environmental Modeling, Department of Ecology and Evolutionary Biology, University of Tennessee, Knoxville, TN 37996, USA
[d]Big Cypress National Preserve, 33100 Tamiami Trail East, Ochopee, FL 34141, USA
[e]US Fish and Wildlife Service, 6620 South Point Drive South, Suite 310, Jacksonville, FL 32216, USA
[f]US Fish and Wildlife Service, 1502 S.E. Kings Bay Drive, Crystal River, FL 34429, USA
[g]Fort Lauderdale Research and Education Center, Department of Wildlife Ecology and Conservation, 3205 College Avenue, Davie, FL 33314, USA
[h]Box 178, Ochopee, FL 34141, USA
[i]US Fish and Wildlife Service, Florida Panther National Wildlife Refuge, 3860 Tollgate Boulevard, Suite 300, Naples, FL 34114, USA
[j]Department of Biology, Bowling Green State University, Bowling Green, OH 43403-0212, USA

ARTICLE INFO

Article history:
Received 10 February 2005
Received in revised form
29 November 2005
Accepted 14 December 2005
Available online 3 February 2006

Keywords:
Florida panther
Puma concolor coryi
Conservation planning
Habitat
Corridors

ABSTRACT

The Florida panther (Puma concolor coryi) is an endangered, wide-ranging predator whose habitat needs conflict with a rapidly growing human population. Our goal was to identify specific regions of the south Florida landscape that are of high conservation value to support a self-sustaining panther population. We used compositional and Euclidean distance analyses to determine relative importance of various land cover types as panther habitat and to investigate the role of forest patch size in habitat selection. A model of landscape components important to Florida panther habitat conservation was created. The model was used in combination with radio telemetry records, home range overlaps, land use/land cover data, and satellite imagery to delineate Primary and Secondary zones that would comprise a landscape mosaic of cover types sufficient to support a self-sustaining population. The Primary Zone generally supports the present population and is of highest conservation value, while the Secondary Zone is of lesser value but could accommodate expansion of the population given sufficient habitat restoration. Least-cost path models identified important landscape linkages, and model results were used to delineate a Dispersal Zone to accommodate future panther dispersal outside of south Florida. We determined that the three habitat zones could support 80–94 panthers, a population likely to persist and remain stable for 100 years, but that would be subject to continued genetic problems. The Primary, Dispersal and Secondary zones comprise essential components of a landscape-scale conservation plan for the protection of a viable Florida panther population in south Florida. Assessments of potential impacts of developments should strive to

* Corresponding author: Present address: Breedlove, Dennis and Associates, Inc., 2625 Neuchatel Drive, Tallahassee, FL 32303-2249, USA.
Tel.: +1 850 5624849; fax: +1 850 5624828.
E-mail addresses: rkautz@bda-inc.com, randykautz@earthlink.net (R. Kautz).
0006-3207/$ - see front matter © 2005 Elsevier Ltd. All rights reserved.
doi:10.1016/j.biocon.2005.12.007

BIOLOGICAL CONSERVATION 130 (2006) 118–133

**119**

achieve no net loss of landscape function or carrying capacity for panthers within the Primary Zone or throughout the present range of the Florida panther.

© 2005 Elsevier Ltd. All rights reserved.

## 1. Introduction

The Florida panther (*Puma concolor coryi*) is a wide-ranging predator whose current breeding population is restricted to an area of approximately 10,000 km$^2$ in southern Florida, USA, south of Lake Okeechobee. The habitat of the Florida panther is an extensive landscape comprised of a mix of natural, semi-natural, and agricultural land uses (Maehr and Cox, 1995; Comiskey et al., 2002). Due to past persecution and ongoing habitat loss, the Florida panther is listed as an endangered species by the State of Florida and the US Fish and Wildlife Service (Sullivan, 2004). The Florida panther population was previously estimated at 30–50 individuals (Maehr, 1992), but recent counts place the population at 80–100 adults and sub-adults (Land and Lacy, 2000; McBride, 2001, 2002, 2003).

Habitat loss remains the greatest threat to the Florida panther. Large areas of natural habitat have been converted to agricultural and urban uses to support the rapidly growing human population in south Florida (Kautz, 1994) and statewide (Kautz, 1998). Further loss of natural areas may be expected as the population of the 5-county south Florida region supporting most of the current panther population (i.e., Lee, Hendry, Collier, Miami-Dade, Broward) is projected to increase 55% between 2000 and 2030 (BEBR, 2001). Agencies involved in reviewing proposed development projects in areas inhabited by Florida panthers are keenly aware that continued development will result in the loss of additional habitat, and they recognize that the consequences of permitting decisions may further compromise panther population viability. However, attempts to protect panther habitats through regulatory programs often are confounded by the wide-ranging nature of the species, low population density that makes it difficult to target specific locations for protection, the large landscapes needed to support a viable population, private landowner concerns, and limitations inherent in laws and rules that regulate the incidental take of endangered species. Although land acquisition programs have brought almost 200,000 ha of panther habitat into public ownership over the past decade, previous spatially-explicit conservation plans (Logan et al., 1993; Cox et al., 1994) indicate that much more habitat needs to be protected to ensure panther survival.

The range-wide recovery objective for the Florida panther is to achieve 3 viable, self-sustaining populations within the historic range of the animal. The first priority of the recovery plan is to secure the population in south Florida (USFWS, 1995), which is the only existing Florida panther population. Our goal was to identify those portions of the south Florida landscape needed to ensure the long-term persistence of the Florida panther in south Florida. To accomplish this, we conducted a series of geographic information system (GIS) analyses. First, we completed several analyses of land cover types and forest patch sizes associated with telemetry locations and panther home ranges, and we used the results to develop a new spatially explicit model of habitat components important to Florida panther habitat conservation needs. Next, using the spatial model, Florida panther telemetry and home ranges, land use/land cover data, and satellite imagery as guides, we identified areas of suitable habitat that have been consistently occupied by panthers in the past 20 years (Primary Zone), adjacent areas that would be most likely to be occupied by an expanding panther population (Secondary Zone), and areas that would best facilitate dispersal and population expansion north of the Caloosahatchee River (Dispersal Zone). Finally, we used the results of previous population viability analyses to evaluate the potential for the landscape we delineated to support a population large enough to remain viable.

### 1.1. Study area

The entirety of our study area covered 60,256 km$^2$ of central and south Florida, and comprised all or portions of 25 counties (Fig. 1). This large region was selected as the study area because it contained all telemetry location records for radio-collared panthers through 30 March 2001 (Fig. 2), and because habitats north of Lake Okeechobee were likely destinations for dispersing panthers. However, most of our analyses focused on the landscape south of Lake Okeechobee and the Caloosahatchee River, the region where reproducing panthers were found and where 99% of telemetry records have been collected (Fig. 2).

Rapidly growing urban areas characterized both coasts of the study area. Dominant land uses of interior regions included pastureland, citrus production, croplands, and scattered smaller urban and residential lands. Throughout much of the study area, natural areas consisting of slash pine (*Pinus elliottii*) flatwoods, hardwood hammocks, dry prairies, and forested and herbaceous wetlands were interspersed among lands that have been converted to more intensive human uses. Public lands south of Lake Okeechobee contained approximately 73% of the area known to support the Florida panther. Big Cypress National Preserve (2950 km$^2$) in the southwestern portion of the region south of Lake Okeechobee consisted of a vast system of forested and herbaceous wetlands interspersed with smaller upland islands dominated by slash pine and hardwood forests. The Everglades of southeastern Florida consisted predominantly of herbaceous freshwater wetlands interspersed with numerous small tree islands.

## 2. Methods

### 2.1. Land use and land cover data

We created a statewide land cover data set by merging land use/land cover data available from Florida's 5 water



**Fig. 1 – South Florida study area for modeling and mapping habitats important to the conservation of the Florida panther. While the current reproducing population is found south of the Caloosahatchee River, the entire study area extends through south central Florida to include all records of radio-collared panthers.**

management districts (WMD). Each WMD data set was in vector format and derived from 1995 aerial photography, and each had been subjected to ground-truthing and accuracy assessment prior to release to the public. The land use/land cover data had minimum mapping units (MMU) of 2 ha for all classes except wetlands. Wetlands were mapped with a 0.2 ha MMU in all areas except south Florida where the wetlands MMU was 0.8 ha. We converted the vector data sets to 30 m pixel grids, and then we merged the 5 grids into a single statewide grid. The combined statewide data set contained 298 Level III/IV land use/land cover classes (Anderson et al., 1976; as modified for Florida by Kuyper et al., 1981), but similar cover types were grouped to produce a data set with 44 classes. We accomplished this by grouping 101 classes representing residential, commercial, industrial, institutional, and recreational areas into five urban lands classes; 15 types of extractive land uses into a single mined lands class; 35 types of cropland, feeding operations, groves, nurseries, vineyards, specialty farms, and rural open lands into four agricultural lands classes; nine types of pasture and rangeland into five pasture and rangeland classes; 18 water classes into a single open water class; 10 types of barren land into two barren land classes; 21 types of transportation facilities into a single

transportation class; four types of communications facilities into a single communications facilities class; 10 types of utilities into a single utilities class; four types of tree plantations into a single plantation class; four non-native plants classes into a single exotics class; and 61 natural community types into 21 natural community classes.

We acknowledge that the results of our analyses might be different if we used land cover data that were contemporaneous with Florida panther telemetry records. However, earlier land cover data sets (Kautz et al., 1993; WMD 1988 land use/land cover) used different classification schemes that were not always consistent over time. In addition, most telemetry records were collected from radio-collared panthers inhabiting remote areas of public lands where land use changes have been minimal, and we suspect that use of land cover data sets closer to the dates of telemetry would yield only minor or even insignificant differences in the results we obtained.

## 2.2.    Analysis of habitat use

We used 2 methods to assess Florida panther habitat use within the landscape (Fig. 1), compositional analysis (Aebischer et al., 1993) and Euclidean distance analysis (Conner



**Fig. 2 – Florida panther radio-telemetry locations (n = 55,542) collected between February 22, 1981, and March 30, 2001, and the compositional analysis study area boundary. The study area used to determine characteristics of the landscape used by panthers was defined by a minimum convex polygon containing 46,350 telemetry records for 79 panthers >2 years of age for which >50 telemetry records were available.**

and Plowman, 2001). Although both methods use a similar statistical technique (i.e., MANOVA) to test for differences in habitat use, each method uses a different technique for determining used habitats relative to telemetry locations. We used compositional analysis to determine the composition of land cover types within home ranges relative to the study area. We used Euclidean distance analysis to determine habitat use by comparing distances from each radio-telemetry location of individual Florida panthers to each land cover class and distances from random locations to each land cover class.

Our master set of Florida panther radio-telemetry records consisted of data collected between February 1981 and March 2001 (n = 55,542) (Fig. 2). However, our determinations of Florida panther home ranges and our analyses of relative importance of various land cover types as panther habitat were limited to telemetry records for 79 Florida panthers that occurred south of the Caloosahatchee River (n = 46,350) to coincide with the region occupied by the reproducing population. Methodology for collection of telemetry locations was described by Belden et al. (1988). Spatial accuracy of telemetry data (i.e., 95th percentile) has been estimated to be within 230 m (Belden et al., 1988; Dees et al., 2001). Telemetry records were acquired between 0600 and 1000 hours when panthers

usually were not active, and thus the majority of locations were recorded when individuals were at or near daytime resting sites (Comiskey et al., 2002; Beier et al., 2006).

The compositional analysis study area was delimited as a minimum convex polygon containing 46,350 telemetry records south of the Caloosahatchee River (Fig. 2). We calculated fixed kernel home ranges (Worton, 1989) with the software program KERNELHR (Seaman et al., 1998) using the least squares cross-validation (LSCV) method for choosing the kernel smoothing parameter. Home ranges (n = 79) were calculated for radio-collared panthers >2 years old and for which >50 radio locations were determined. The age limitation was applied to ensure individuals were independent of their mothers and to reduce the effect of dispersing juveniles on home ranges. The criterion for minimum number of locations follows the recommendation of Seaman et al. (1999) to reduce effects of small sample sizes on the kernel estimator.

We used compositional analysis (Aebischer et al., 1993) to identify proportions of land cover types within the fixed kernel home ranges that differed from proportions of land cover types within the study area. All land cover types were not represented in each home range, thus land cover types were

further combined into 16 habitat classes to reduce effects of inflated Type I error rates on our results (Bingham and Brennan, 2004). If proportions of land cover types differed ($p \leqslant 0.05$; PROC GLM, SAS Institute, 1999), land cover types were ranked according to the number of positive differences between pairs. Paired $t$-tests were then used to determine differences ($p \leqslant 0.05$) between ranked land cover types. Results from these analyses were then incorporated in our GIS models below.

We used Euclidean distance analysis to identify differences in mean distances from each of the 16 land cover types to radio-telemetry locations of individual Florida panthers and to random locations ($n = 5000$) within the study area. The methodology used to determine statistical differences in habitat use was identical to that described for compositional analysis above.

### 2.3. Forest patch size metrics

We also used compositional analysis to assess the effect of forest patch size on panther habitat use within the study area south of the Caloosahatchee River (Fig. 2). We accomplished this by reclassifying upland and wetland forest types into one forest class, determining patch size, and assigning individual forest patches to size classes according to an equal area increment function. Similar to constraints put on the number of different habitat classes above, the number of forest patch size classes was limited by availability of each class within each fixed kernel home range. Consequently, to reduce effects of absence of specific patch size classes in individual home ranges and the resultant effect of inflated Type I error rates (Bingham and Brennan, 2004), 13 forest patch size classes were used. Differences in proportions of forest patches within each home range relative to the entire study area were tested using the same methodology described above for the compositional analysis of land cover types.

### 2.4. Spatially explicit model of important habitat components

Based on results from our compositional analyses of land cover types and forest patch sizes, and based on reviews of Belden et al. (1988) and Maehr et al. (1991), we created a spatially explicit raster model of habitat patches potentially suitable for use by panthers for cover. The model was based on the following criteria: (1) all forest patches >2 ha regardless of forest type were included in the model, and (2) all non-urban cover types within 200 m of forest patches >2 ha were included. This model reflected panther use of all types of upland and wetland forest patches, regardless of size, and it also reflected the minimum mapping unit of 2 ha for upland forests in the land cover database. The model accounts for spatial error in the telemetry data by allowing for inclusion of other natural or disturbed cover types in close proximity to forest patches. This model was needed as a basis for delineating boundaries around a landscape that links together the most important components of panther habitat with intervening cover types (e.g., agricultural and pasture lands) present in the landscape.

### 2.5. Primary zone

Our principal goal was to identify south Florida lands essential to the long-term viability and survival of the Florida panther. Survival is defined as "the condition in which a species continues to exist into the future while retaining the potential for recovery. This condition is characterized by a species with a sufficient population, represented by all necessary age classes, genetic heterogeneity, and number of sexually mature individuals producing viable offspring, which exists in an environment providing all requirements for completion of the species' entire life cycle, including reproduction, sustenance, and shelter" (USFWS and NMFS, 1998; page xix). We called lands that met this goal the Primary Zone.

To delineate Primary Zone boundaries, we overlaid panther telemetry data on the model of important landscape components, overlapping minimum convex polygons of panther home ranges that identified areas with heaviest use by panthers from 1981 to 2001 as described by Comisky et al. (2002), and WMD land use/land cover data. We then screen-digitized a line around the outer edges of habitat patches in the landscape components model in a manner that (1) encompassed most telemetry locations of currently monitored panthers in areas of highest home range overlap and (2) incorporated a mix of non-urban land cover types (e.g., citrus groves, croplands, pastureland, freshwater marsh) in areas between patches of forest in which the preponderance of telemetry data occurred. The landscape delineated in this manner consisted of forest patches panthers would most likely select as daytime resting sites and den sites, and would use as cover for stalking prey. Moreover, other natural and non-urban disturbed land cover types between forest patches served as landscape connections that accommodate panther home range and dispersal movements (Maehr et al., 2002b), and they contributed to the support of prey species. After the first draft of the Primary Zone boundary had been completed, we adjusted the boundary slightly to account for changes to intensive land uses (e.g., suburban or urban development) found through visual interpretation of the draft boundary in relation to recent satellite imagery (i.e., Landsat 5 Thematic Mapper satellite imagery dated December 26, 1999 [US Geological Survey, EROS Data Center, Sioux Falls, South Dakota, USA]).

### 2.6. Landscape linkage model and dispersal zone

Since 1998, three radio-collared male panthers have dispersed into south central Florida, and telemetry records indicate that all crossed the Caloosahatchee River (Fig. 1) near the same location (Maehr et al., 2002b). At the same time, the growing human population of southwest Florida is expanding east from Ft. Myers along the State Road 80 corridor immediately south of the Caloosahatchee River, and development is expected to reach the area where the panthers crossed the river. To maintain future opportunities for an expanding Florida panther population to disperse out of south Florida, our second goal was to identify lands that should be protected from urban development to serve as a dispersal corridor. We called lands that met this goal the Dispersal Zone.

We used ArcGIS GIS© version 3.3 and ArcView Spatial Analyst© version 2 (Environmental Systems Research, Inc.,

BIOLOGICAL CONSERVATION 130 (2006) 118–133

Redlands, CA, USA) to construct a set of least-cost path models to identify optimum panther dispersal corridor(s). The least-cost path models operated on 2 cost surfaces that ranked suitability of the landscape for use by dispersing panthers under the assumption that habitat suitability influences the routes likely to be taken by dispersing panthers. The 2 cost surfaces were 30 m pixel grids produced from the results of our compositional and Euclidean distance analyses of habitat types. We scored the 16 land cover types from 1 to 11 and 1 to 10 based on results of pair-wise comparisons of habitat types in the compositional and Euclidean distance analyses, respectively, with lower scores indicating higher likelihood of use by dispersing panthers (Table 1). It is worth noting that the urban lands class, which included residential and commercial areas as well as roads and power lines, appeared in the habitat suitability ranking because this class occurred within some panther home ranges and within the study area used for the compositional analysis.

We also performed sensitivity analyses to determine whether higher cost scores for roads and water, which may provide greater impedance to panther movements, would affect the outputs of the model. We assigned water a score of 15 in each of the 2 cost surfaces to indicate that water is less likely to be used by dispersing panthers than vegetated uplands or wetlands. We assigned major roads a score of 20 in each cost surface as an indication that, even though dispersing panthers can and do cross highways, the cost of dispersing along a highway would accumulate rapidly relative to the cost of crossing perpendicular to a road.

To run least-cost path models, it is necessary to designate specific habitat sources and destinations for dispersing panthers. Based on radio-telemetry locations and overlap of fixed kernel home ranges, we selected all of Florida Panther National Wildlife Refuge (FPNWR) and patches of potential habitat within Big Cypress National Preserve (BCNP) north of I-75 as source areas for dispersing panthers (Fig. 3). We then selected patches of potential panther habitat within various large parcels of public land in central Florida as destinations. We made no attempt to model dispersal paths between occupied habitats in BCNP and Everglades National Park because these areas were protected by public ownership, and the goal of this effort was to find one or more dispersal pathways into central Florida. The 4 cost surfaces (i.e., 1 from each of habitat rankings analyses; 1 from each analysis modified to test effects of roads and water) were used to find a set of one-pixel-wide least-cost paths from source patches to destination patches. We reviewed the resulting set of least-cost paths (Fig. 3) in relation to recent Landsat satellite imagery (26 December 1999; 3 April 2001), 1995 land use/land cover data, the spatially explicit model of important landscape components, apparent paths followed by three radio-collared males known to have dispersed out of south Florida since 1998, and literature recommendations for possible corridor widths (Harrison, 1992; Noss, 1992; Beier, 1995). We screen-digitized a 3.0–7.8 km wide boundary of a Dispersal Zone to encompass a mosaic of suitable land cover types in an area east of the town of LaBelle, Hendry County, FL.

## 2.7. Secondary zone

Our final goal was to identify additional natural and disturbed lands in south Florida that may be important to transient sub-adult male panthers and have potential to support an expanding panther population, especially if habitat restoration were

---

**Table 1 – Florida panther habitat use as determined by compositional analyses (CA) between fixed kernel home ranges and the CA study area (Fig. 2) and Euclidean distance analysis (EDA) of panther telemetry records by individual animal**

| Habitat rank | Compositional analysis | | | Euclidean distance | | |
|---|---|---|---|---|---|---|
| | Habitat type | Rank differences[a] | Cost surface score | Habitat type | Rank differences[a] | Cost surface score |
| 15 | Upland forest | A | 1 | Cypress swamp | A | 1 |
| 14 | Hardwood swamp | A | 1 | Pineland | AB | 2 |
| 13 | Pineland | AB | 2 | Hardwood swamp | BC | 3 |
| 12 | Scrub | B | 3 | Upland forest | CD | 4 |
| 11 | Cypress swamp | B | 3 | Dry prairie | DE | 5 |
| 10 | Shrub and brush | C | 4 | Pasture/grassland | EF | 6 |
| 9 | Freshwater marsh | CD | 5 | Unimproved pasture | F | 7 |
| 8 | Dry prairie | CD | 5 | Shrub and brush | F | 7 |
| 7 | Barren land | DE | 6 | Urban | G | 8 |
| 6 | Unimproved pasture | E | 7 | Cropland | G | 8 |
| 5 | Urban | EF | 8 | Coastal wetlands | G | 8 |
| 4 | Pasture/grassland | F | 9 | Orchard/citrus grove | G | 8 |
| 3 | Cropland | F | 9 | Freshwater marsh | H | 9 |
| 2 | Open water | G | 10 | Barren land | H | 9 |
| 1 | Orchard/citrus grove | G | 10 | Scrub | H | 9 |
| 0 | Coastal wetlands | H | 11 | Open water | I | 10 |

Fixed kernel polygon home ranges were determined using 46,350 telemetry locations for 79 panthers that were >2 years old and for which >50 telemetry records were available. Land cover source data was derived from a composite of 1995 water management district land use/land cover data. Results from the CA and EDA were used to assign values to cost surface grids used in determining a landscape linkage across the Caloosahatchee River, FL, USA.
a Pairwise t-tests indicated habitat types with the same letter code were not different ($p > 0.05$) from each other.



**Fig. 3 – Least-cost paths most likely to be taken by Florida panthers dispersing out of south Florida. The Florida Panther National Wildlife Refuge (FPNWR) and occupied habitat patches in the northeastern corner of Big Cypress National Preserve were used as source areas for dispersal. Destinations for dispersing panthers were patches of apparently suitable habitat on parcels of public land in peninsular Florida north of the Caloosahatchee River. Scores for cost surfaces derived from the results of compositional analysis (CA) and Euclidean distance (ED) analysis.**

possible. We called lands that met this goal the Secondary Zone. We sketched a preliminary boundary of a Secondary Zone on a hard copy map, and the boundary was screen-digitized utilizing the panther potential habitat map, recent satellite imagery, and telemetry locations as guides. We then conducted a GIS-based assessment of landscape context inside the draft Secondary Zone to provide direction to the process of creating a final boundary. We used a ranking method that involved subjective quantitative estimates of various landscape variables to score lands within the draft Secondary Zone based on presumed indicators of potential suitability to panthers.

We evaluated the landscape context of the draft Secondary Zone by combining a set of 30-m pixel grids created to measure three habitat-related variables (i.e., proximity to Primary Zone, proximity to a forest plus buffer patch, forest plus buffer patch size) and three land-use variables (i.e., proximity to urban lands, intensity of land use, and road type and density). We used WMD data as the source of land cover classes input to each layer except roads, which derived from 1:24,000-scale digital line graph (DLG) coverages for the region. We assigned each pixel in the six data layers with scores of 1–10, with 10

representing the best case for panthers, and then we added the grids together to rank the landscape within the draft Secondary Zone.

We developed scores for proximity to the Primary Zone by first determining the maximum perpendicular distance of the draft Secondary Zone boundary from the Primary Zone boundary, which was found to be 17.53 km. Scores were assigned in increasing increments of distance from the Primary Zone based on this maximum distance. To develop scores for proximity to a forest plus buffer patch, Florida panther telemetry locations were overlaid on the model of important landscape components, and numbers of locations were tallied in increments of 100 m from patches of potential habitat. Scores were assigned as an increasing function of distance from forest plus buffer patches. Scores for forest plus buffer patch size were assigned as an increasing function of size under the assumption that larger patches would likely be more important to panthers in the more disturbed landscape of the Secondary Zone.

We assigned scores for proximity to urban lands based on a review of Beier (1995), who provided some information about cougar behavior in the vicinity of urban areas, and by

evaluating the distribution of telemetry locations in 100 m increments from urban lands. We buffered urban lands by 300 m (98.5% of telemetry locations were >300 m from urban lands), and we assigned lands within this buffer a1. We then assigned lands between 300 and 1000 m from urban areas scores of 2–9 in 100 m increments, and we assigned lands >1000 m from urban areas a score of 10. To develop a ranked data layer for land use intensity, we grouped land use/land cover classes into natural, low, moderate, and high land use intensity categories, and we assigned scores to pixels as follows: natural = 0, low = 1, moderate = 2, and high = 3. We then computed the mean value of each pixel in the grid by averaging all scores within a 1.0 km × 1.0 km window of each pixel. The range of mean land use intensity values (i.e., 0.0–3.0) was divided by 10, and scores were assigned in increments of 0.3.

To develop scores for road type and density, we first assigned scores to road segments in the 1:24,000-scale DLG coverage for Florida as follows: major highways = 10, major arterial roads = 7, other paved roads = 4, and minor rural roads = 1. Next, an empty 90 m pixel grid was created, and the DLG road coverage that had been scored by road types was overlaid on the grid. Then, a value for each pixel in the grid was calculated by multiplying the total length of road segments within a 1610 m radius of a pixel by the type score of each road segment. Pixel values in the resulting grid ranged 0–167 and represented a measure of road type-length within 1610 m of a pixel. Regions of the grid with low values contained few or no roads, whereas higher values indicated regions with a high density of busy multi-lane highways. Panther radio telemetry locations were overlaid on the road type-length grid to produce a histogram of number of locations associated with each pixel value. A score of 10 was assigned to road type-length units of 0 (i.e., cells with no roads within 1610 m), and a score of 1 was assigned to road type-length units >23.

Lacking empirical evidence for relative contribution of each data layer to landscape context, we tested 2 approaches to assigning weights to the data layers. First, we assumed each data layer had equal weight. Second, authors were polled for their recommendations for assigning weights between 0 and 1 to each of the six variables, and mean weights suggested by the authors were assigned to each layer. We added the six weighted data layers using both equal weights and mean weights suggested to by authors to create final landscape context layers that were rescaled to 1–10. Differences between equal weights and author assigned weights were negligible. We then intersected panther telemetry locations with the landscape context grids to generate frequency distributions of number of telemetry points by values in the grid. Finding that 99% of telemetry locations were associated with pixels having scores ⩾6, we created a final Secondary Zone boundary by adjusting the draft boundary to eliminate most areas with scores <6.

### 2.8.    Florida panther population density

We generated minimum convex polygons of panther home ranges for all Florida panthers by year (n = 49,889 telemetry locations, 1981–2000). Each polygon was converted to a 100 m pixel grid, and resulting grids were summed to produce a grid in which the value of each pixel represented the number of overlapping home range polygons that had occurred at that place over the period of record. Assuming that minimum convex polygons derived from transient males that may have used an area only once or twice over-estimated the region of south Florida most consistently occupied by Florida panthers over time, we subtracted pixels with values of 1 or 2 from the grid to generate a grid that we defined as the region of most consistent panther occupancy for the period of record. To estimate population density, the total land area within the resulting region of panther occupancy was divided by 62, the panther population count in 2000 (McBride, 2000), which was the year of the most recent telemetry data used to define minimum convex polygon home ranges.

To evaluate the extent to which the Primary, Secondary, and Dispersal zones contribute to survival of the Florida panther, the number of panthers that each could potentially support was estimated. Density estimates of one panther per 11,000 ha (Maehr et al., 1991) and one panther per 12,919 ha (this paper) were used to calculate a range of estimated population sizes as a function of the total land area of each zone. These population estimates assume that habitat quality was homogeneous throughout the landscape, which it was not. Habitat quality in the Secondary Zone was estimated to be 34.53% of that in the Primary Zone based on relative proportions of potentially suitable habitat patches in each zone. To account for this difference, the estimated carrying capacity of the Secondary Zone was adjusted downward accordingly. Population size estimates were reviewed in relation to a suggested set of population viability guidelines assembled from a review of the Florida panther population viability analyses (PVA) that have been conducted to date (Ballou et al., 1989; Seal and Lacy, 1992; Ellis et al., 1999; Kautz and Cox, 2001; Maehr et al., 2002b; Root, 2004).

## 3.    Results

### 3.1.    Compositional and Euclidean distance analyses

Comparison of the composition of land cover types found in fixed kernel home ranges relative to the composition of land cover types within the compositional analysis study area indicated that habitat use was disproportionate to availability (Wilk's $\lambda$ = 0.0297, df = 15, P < 0.001). The 3 highest ranked habitats found within home ranges included upland hardwood forest, hardwood swamp, and pinelands, respectively (Table 1). Habitats that were found to be disproportionately lower in home ranges than available within the study area included coastal wetlands, orchards/citrus groves, open water, cropland, and pasture/grassland.

Comparison of mean distances between telemetry locations and random locations indicated that habitat use was non-random (Wilk's $\lambda$ = 0.0016, df = 16, P < 0.001). Florida panther locations during morning hours were within or closer to forested cover types, particularly cypress swamp, pinelands, hardwood swamp, and upland hardwood forests than would be expected based on random locations (Table 1). Conversely, daytime sites were farther from freshwater marsh, barren

land, scrub, and open water than would be expected from random locations.

Use of forest patches within fixed kernel home ranges also differed significantly from random (Wilk's $\lambda = 0.0475$, df = 12, $P < 0.001$). Generally, patches in the smallest forest patch size classes occurred within home ranges in higher proportions relative to their availability than larger forest patches (Table 2). With the exception of the largest forest patch, which had an intermediate rank, pairwise comparisons of patch size differences indicate that forest patch sizes 3.2–8.5 ha were found in highest proportions relative to their availability, and forest patches 4886.9–5647.7 ha were used less than their availability within the compositional analysis study area.

### 3.2.    Model of important components of the landscape

The map of landscape components important to the Florida panther (Fig. 4), the criteria for which were based on the findings from compositional and Euclidean distance analyses, indicated that the greatest extent of forest plus buffer patches occurs in southwest Florida, the principal area supporting the current panther population. Large areas of habitat are in public ownership (i.e., Big Cypress National Preserve, Fakahatchee Strand Preserve State Park, Florida Panther National Wildlife Refuge, and Picayune Strand State Forest). These landscape components tend to become progressively more fragmented and isolated north of these parcels of public land as well as in the southeastern portions of the Everglades.

### 3.3.    Primary, Dispersal, and Secondary zones

The Primary, Dispersal, and Secondary zones (Fig. 5) included a total area of 1,258,823 ha (Table 3). The Primary Zone

### Table 2 – Florida panther forest patch use as determined by compositional analyses (CA) between fixed kernel home ranges and the CA study area (Fig. 2)

| Forest patch size class (ha) | Habitat rank | Differences in ranks[a] |
|---|---|---|
| 3.2–8.5 | 12 | A |
| 2.0–3.1 | 11 | A B |
| 21.3–47.7 | 10 | A B |
| 117.3–253.0 | 9 | A B |
| 8.6–21.1 | 8 | B |
| 23,973.7+ | 7 | B C |
| 47.8–115.0 | 6 | B C |
| 254.9–439.1 | 5 | B C |
| 3520.4–4706.6 | 4 | C |
| 505.1–847.8 | 3 | C |
| 848.1–1515.7 | 2 | C |
| 1538.4–3235.2 | 1 | D |
| 4886.9–5647.7 | 0 | D |

Fixed kernel polygon home ranges were determined using 46,350 telemetry locations for 79 panthers that were >2 years old and for which >50 telemetry records were available. Land cover source data was derived from a composite of water management district land use/land cover data.
a Pairwise $t$-tests indicated forest patches size classes with the same letter code were not different ($p > 0.05$) from each other.

covered 918,895 ha, of which 671,654 ha (73%) were in public ownership and 247,241 ha (27%) were in private ownership (Table 4). Forests accounted for 45% of Primary Zone cover types; freshwater marshes for 41%; prairie and shrub lands for 2.6%; and agricultural lands for 7.6%. Urban lands comprised only 0.52%. Privately owned lands within the Primary Zone included more areas in agricultural use but less area of freshwater marsh. Land cover types modeled as potentially suitable habitat patches accounted for 64.3% of the Primary Zone.

The least-cost paths output from the 2 cost surfaces based on the original scores from the compositional and Euclidean distance analyses resulted in multiple routes that Florida panthers might follow when dispersing out of south Florida across the Caloosahatchee River (Fig. 3). There were no discernable differences in the sensitivity analysis least-cost paths that were produced from versions of the cost surfaces that incorporated higher impedance scores for roads and water. Paths west of LaBelle, FL, were rejected as candidate sites for the location of the Dispersal Zone because they passed through dense urban or intensive agricultural areas or by following one-pixel-wide paths unlikely to be used by panthers on a regular basis. The path just west of Lake Okeechobee was not a feasible location for the Dispersal Zone because it passed through large expanses of open agricultural lands. The site we selected for the Dispersal Zone incorporated the paths that passed just east of LaBelle, FL. The Dispersal Zone covered 11,284 ha; ranged 3.0–7.8 km wide; had a mean width of 5.3 km; extended about 20 km north from the Primary Zone; and included a 6 km segment of the Caloosahatchee River that averaged about 100 m across. Immediately north of the Dispersal Zone was a large area mapped as having habitat conditions potentially important for Florida panthers (Logan et al., 1993; Cox et al., 1994), and the entire area was in a single private ownership. Just within the eastern boundary of the Dispersal Zone was an abandoned railroad grade that may facilitate dispersal (Maehr et al., 2002b). Forests accounted for 29% of the Dispersal Zone; freshwater marshes for 7.5%; prairie and shrub lands for 8.8%; agriculture (primarily improved pasture and citrus groves) for 49%; and barren and urban land for 5.1%. Land cover types modeled as potentially suitable habitat patches accounted for 59.9% of the Dispersal Zone.

The Secondary Zone covered 328,654 ha, of which 124,898 ha (38%) were in public ownership and 196,151 ha (60%) were in private ownership. Only 11% of the Secondary Zone was forest, the highest ranking cover types in the compositional analysis. A large percentage (43%) consisted of freshwater marsh, the dominant plant community of the Florida Everglades, most of which is in public ownership. Prairie and shrub lands and agricultural lands accounted for 42% of the Secondary Zone, and a small percentage (2.3%) consisted of low-density residential areas and open urban lands. Land cover types modeled as potentially suitable habitat patches accounted for 22.2% of the Secondary Zone.

### 3.4.    Florida panther population density

The region of most consistent panther occupancy from 1981 through early 2000 covered 800,951 ha. Based on the



**Fig. 4 – A model of landscape components (i.e., forest patches >2 ha surrounded by 200 m non-urban buffers) significant to Florida panther conservation throughout the southern portion of the Florida peninsula.**

estimated panther population of 62 individuals (McBride, 2000), population density was one panther per 12,919 ha in 2000.

## 4.    Discussion

### 4.1.    Habitat analyses

Previous investigators have reported that Florida panthers are strongly associated with forested habitats, especially in the morning hours of 0600–1000 when telemetry data are typically collected (Belden et al., 1988; Maehr et al., 1991; Land, 1994; Maehr and Cox, 1995; Kerkhoff et al., 2000). Compositional analyses of Florida panther habitat in this study confirmed previous findings that forest patches comprise an important component of Florida panther habitat in south Florida. Our compositional analysis also confirms previous findings that other natural (e.g., freshwater marsh) and disturbed (e.g., agricultural and pasture lands) cover types are also present in the large landscapes that support panthers, but these cover types rank lower in importance as panther habitats (Belden et al., 1988; Maehr et al., 1991; Comiskey et al., 2002). Similarly, Euclidean distance analysis, which ranks the mean distances of telemetry records to the nearest instance of each land cover type, also confirms that forest

cover types are either selected by Florida panthers as daytime sites, or they are very close to the sites selected. On the other hand, daytime sites typically are farthest away from freshwater marsh, barren land, scrub, and open water.

The differences in the results in Table 1 are because compositional analysis and Euclidean distance analysis measure two different but related aspects of Florida panther use of the landscape. Compositional analysis measures the relative importance of various land cover types within home ranges. Euclidean distance, on the other hand, ranks land cover types according to whether or not they are selected or are near to sites selected by panthers as daytime rest sites. Thus, not only are panther home ranges composed to a large extent of forest cover types, but forest cover types also are typically selected as daytime sites, or they are at least near to the sites selected. However, freshwater marsh is an example of a land cover type that is fairly abundant within panther home ranges, but sites selected during the daytime tend to be more distant from freshwater marsh.

Contrary to information reported by Maehr and Cox (1995) and Maehr and Deason (2002) that Florida panthers tend to avoid forest patches <500 ha in size, our analyses showed that the smallest classes of forest patches were the highest ranked forest patch sizes within panther home ranges. This



Fig. 5 – Locations of Primary, Dispersal, and Secondary zones identified as important lands for conservation of Florida panther habitat. Whereas the model in Fig. 4 indicates habitat patches providing important cover for panthers, the zones integrate the patches into a connected landscape mosaic of land cover types needed to support the population.

**Table 3 – Area of 1995 water management district land use/land cover types within Florida panther Primary, Dispersal, and Secondary zones**

| Land cover type | Primary zone (ha) | Dispersal zone (ha) | Secondary zone (ha) | Total (ha) |
|---|---|---|---|---|
| Wetland forest | 350,306 | 1872 | 18,639 | 370,817 |
| Upland forest | 65,173 | 1440 | 16,984 | 83,597 |
| Freshwater marsh | 374,356 | 844 | 140,654 | 515,854 |
| Prairie and shrub lands | 23,553 | 992 | 20,163 | 44,707 |
| Agriculture | 70,155 | 5527 | 119,271 | 194,953 |
| Barren, urban, exotics | 15,236 | 576 | 10,864 | 26,675 |
| Coastal wetlands | 17,470 | – | 18 | 17,488 |
| Aquatic | 2646 | 34 | 2062 | 4742 |
| Total area | 918,895 | 11,284 | 328,654 | 1,258,834 |

finding demonstrates that, not only are forests cover types important to panthers, but forest patches of all sizes appear to be important components of the landscapes inhabited by Florida panthers, not just the larger forest patches. There are several reasons why small forest patches could be important to Florida panther conservation. First, this finding may simply be indicative of the presence of numerous small tree islands in a matrix of freshwater herbaceous wetlands characteristic of the Florida Everglades as well as small forest patches interspersed within agricultural landscapes occupied by some panthers. Second, small forest patches may be important for sub-adult Florida panthers that have not yet established their own breeding territories, but need a place to hunt and disperse in the interim. Additionally, a more heterogeneous landscape characterized by an interspersion of forest and non-forest patches may be more favorable to the production of prey species, including white-tailed deer (*Odocoileus viriginianus*) and wild hogs (*Sus scrofa*), or perhaps prey ambush success is greater under such conditions.

BIOLOGICAL CONSERVATION 130 (2006) 118–133  **129**

| Zone | Ownership | Area (ha) | Potential number of panthers (1/11,000 ha)[a] | Potential number of panthers (1/12,919 ha)[b] |
|---|---|---|---|---|
| Primary | Public land (April 2001) | 671,654 | 61 | 52 |
| | Private land | 200,356 | 18 | 15 |
| | Tribal land | 46,886 | 4 | 4 |
| | Total area | 918,895 | 84 | 71 |
| Secondary | Public land (April 2001) | 124,898 | 11 | 10 |
| | Private land | 196,151 | 18 | 15 |
| | Tribal land | 7605 | 1 | 1 |
| | Total area | 328,654 | 30 | 25 |
| | Effective area (34.5%) | 113,480 | 10 | 9 |
| Dispersal | Public land (April 2001) | 0 | 0 | 0 |
| | Private land | 11,284 | 1 | 0 |
| | Tribal land | 0 | 0 | 0 |
| | Total area | 11,284 | 1 | 0 |

Table 4 – Estimated number of panthers that could be supported by the Primary, Secondary, and Dispersal zones in south Florida by ownership

a Density estimate from Maehr et al. (1991).
b Density estimate derived in this study.

## 4.2. Primary zone

The Primary Zone is the most important of the three zones identified in this project because preservation of these lands will contribute most to the long-term persistence of the Florida panther in the wild. The Primary Zone, which consisted of 86% natural cover types, could support an estimated 71–84 panthers based on estimates of population density (Table 4). The Florida panther population was estimated at 30–50 individuals throughout the 1980s and early 1990s (Maehr, 1992). However, the population has been growing since the mid-1990s when 8 Texas females (*P. c. stanleyana*) were introduced into south Florida, and major sources of roadkill mortality were eliminated with the installation of underpasses along Interstate 75 and State Road 29. If the population continues to grow, it seems likely that additional sub-adult males may eventually disperse outside of currently occupied lands. However, the chances of female dispersal, especially across the Caloosahatchee River, without human intervention remain in doubt. The most likely areas of dispersal are into the Secondary Zone and through the Dispersal Zone to privately owned lands to the north.

A population of 71–84 panthers has a high probability of persistence for 100 years (Table 5) assuming no further loss of habitat. Available PVA models indicate that a population of this size may either remain stable or decline gradually, perhaps by as much as 25%, over the next 100 years; and genetic problems associated with inbreeding depression and loss of heterozygosity are likely to continue without management intervention. Translocation of 2 females into the population every 10 years would minimize the effects of inbreeding depression and loss of heterozygosity in a population of this size (Ellis et al., 1999; Maehr et al., 2002a), but genetic stability would still fall short of the level provided by a population of 300 individuals (Maehr et al., 2002a). Thus, it appears that the Primary Zone, a large landscape consisting of a matrix of natural and disturbed cover types, provides just enough space to support a population that is barely viable demo-

| Population size | Viability |
|---|---|
| <50 | Extinction highly probable in less than 100 years<br>– demographic instability<br>– $N_e \ll 50$<br>– high levels of inbreeding |
| 60–70 | Barely viable<br>– low probability of extinction in 100 years<br>– expect 25% population decline in 100 years<br>– $N_e < 50$<br>– declining heterozygosity<br>– no habitat loss or catastrophes can be tolerated |
| 80–100 | Stable population likely for 100 years<br>– low probability of extinction in 100 years<br>– expect population to remain stable over 100 years<br>– $N_e > 50$<br>– slowly declining heterozygosity<br>– no habitat loss or catastrophes can be tolerated |
| >240 | High probability of persistence<br>– low probability of extinction in 100 years<br>– expect population to remain stable over 100 years<br>– $N_e > 50$<br>– able to retain 90% of heterozygosity<br>– some habitat loss or mild catastrophes can be tolerated |

Table 5 – Population guidelines for the Florida panther based on the results of previous population viability analyses (Ballou et al., 1989; Seal and Lacy, 1992; Ellis et al., 1999; Kautz and Cox, 2001; Maehr et al., 2002b; Root, 2004)

graphically as long as the habitat base remains stable. A population of 71–84 panthers would just meet the criteria for survival (USFWS and NMFS, 1998) with the exception of genetic heterogeneity. The Primary Zone takes on additional significance in that it supports the only known breeding

panther population, a population that should be viewed as the essential foundation for one of three self-sustaining populations needed for the recovery of the species (USFWS, 1995).

### 4.3.    Dispersal zone

Our second priority for conservation of panther habitats was the Dispersal Zone, an area intended to function as a landscape linkage maintaining connectivity to potentially suitable habitat north of the Caloosahatchee River. Due to the rapid rate of urban development in the region, the opportunity for panthers to disperse out of south Florida eventually will be precluded if a landscape connection cannot be maintained. Moreover, should a breeding population become established north of the Caloosahatchee River, effectively forming a metapopulation (Wiens, 1996), a landscape connection would facilitate exchange of dispersing individuals between the two sub-populations, thereby increasing genetic and demographic viability of the entire south Florida population (Ellis et al., 1999). Logan et al. (1993) and Cox et al. (1994) identified about 150,000 ha immediately north of the Caloosahatchee River as being potentially important for the long-term conservation of Florida panther habitats. However, there is no certainty that potential habitats north of the Caloosahatchee River actually can support a sub-population of panthers.

The Dispersal Zone includes 113 km$^2$, an area considerably smaller than the average home ranges of adult male and female panthers (i.e., 416.5 km$^2$ and 156.1 km$^2$, respectively [Land et al., 2004]). Therefore, it seems highly unlikely that the Dispersal Zone could support permanent occupancy by adult Florida panthers. However, Beier (1995) reported that dispersing sub-adult males occupied transient home ranges 2–30% the size of adult home ranges for short periods of time. Assuming transient home ranges of sub-adult male Florida panthers were 30% the size of the average adult male, transient home ranges would be 125 km$^2$, a number only slightly larger than the size of the Dispersal Zone. Thus, the Dispersal Zone may be large enough accommodate infrequent temporary use by dispersing males even though it is not large enough to support permanent occupancy.

Regardless of its small area, the Dispersal Zone may be expected to function as a landscape linkage (Harris and Scheck, 1991; Hoctor, 2003). Mean maximum dispersal distance was 68.4 km for males and 20.3 km for females (Maehr et al., 2002b), suggesting that both males and females could easily traverse the 20 km length of the Dispersal Zone. Although sub-adult females tend to set up home ranges immediately adjacent to their mother's home range (Maehr et al., 2002a), Logan and Sweanor (2001) reported that a sizable minority of female pumas in New Mexico did not settle near their mother, suggesting that use of the Dispersal Zone will not be limited to males. The potential appears to exist for female Florida panthers to eventually disperse over the Caloosahatchee River in an attempt to establish new territories to the north.

As to the widths needed to accommodate dispersal, Beier (1995) reported that mountain lions dispersed through corridors of suitable habitat that were 0.5–1.0 km wide over a distance of 6.0 km. In a California setting of wild lands surrounded by urban areas, Beier (1995) recommended that corridors with a length <0.8 km should be >100 m wide; corridors extending 1–7 km should be >400 m wide; and corridor width should increase as length increases. Noss (1992) suggested that, as a rule-of-thumb, a regional corridor connecting larger hubs of habitat should be at least 1.6 km wide with no bottlenecks <400 m wide. With widths ranging 3.0–7.8 km, the Dispersal Zone appears to be wide enough to facilitate panther dispersal out of south Florida.

The Dispersal Zone appears to be strategically located. Three radio-collared sub-adult males have been documented to have crossed the Caloosahatchee River in the approximate vicinity of the Dispersal Zone (Maehr et al., 2002b). In addition, the southern boundary is contiguous with Okaloacoochee Slough State Forest, a parcel of public land that supported a denning female in 2001 (Comiskey et al., 2002) and again in 2005 (Land, D., personal communication). Thus, a portion of the breeding population was proximal to the southern terminus of the Dispersal Zone in recent years, suggesting that it is likely that dispersing panthers can find this landscape linkage in the future. Perhaps it is only a matter of time before pressure from an increasing population forces a young female to disperse to the north across the Caloosahatchee River.

Immediately north of the Dispersal Zone is a very large parcel of privately owned ranch land containing large areas of habitat potentially suitable for Florida panthers. Our analysis of potential habitats and past evaluations (Logan et al., 1993; Cox et al., 1994; Kautz and Cox, 2001) indicate that these lands may possess qualities that may be suitable for panthers. Just within the eastern boundary of the Dispersal Zone is an abandoned railroad grade, a landscape feature likely to accommodate panther dispersal (Maehr et al., 2002b) The Dispersal Zone includes a 6.0 km segment of the Caloosahatchee River that averages 100 m across, thus making this area accessible for panthers to cross. In addition, development intensity in this segment of the river is relatively low.

### 4.4.    Secondary zone

Our third priority for Florida panther habitat conservation was the Secondary Zone, a set of lands immediately adjacent to the Primary Zone but containing lower quality habitat and few records of panther use. Due to its position in the landscape, the Secondary Zone is the area most likely to be encountered by panthers ranging out of the Primary Zone. Areas within the Secondary Zone also may provide temporary habitat or refuge for sub-adult male panthers prior to their recruitment into the population as breeders on established territories. Even though radio-collared panthers previously have been tracked in portions of the Secondary Zone, no panthers are known to inhabit the area on a regular basis. Many areas within the Secondary Zone do not now contain suitable panther habitat (e.g., intensive agricultural lands, low density residential areas), but many areas could feasibly support panthers on a permanent basis if habitat restoration were to occur.

Based on area alone, the Secondary Zone has the capacity to support 25–30 Florida panthers (Table 4). However, under current conditions, habitat quality within the Secondary Zone probably is not sufficient to support that many panthers. Cover types modeled as being important landscape components for panthers (Fig. 4) comprised only 22.2% of the Secondary Zone compared to 64.3% in the Primary Zone. If the proportion of

potentially suitable habitat patches in each zone is an indicator of quality, the effective area of the Secondary Zone is about 34.5% of that in the Primary Zone. Applying this ratio to adjust for differences in habitat quality, the Secondary Zone probably can support no more than 9–10 panthers in its current condition (Table 4). However, this estimate is clearly speculative because there is no evidence that panthers consistently occupy the Secondary Zone at the present time.

## 5.    Conservation implications

The Primary, Dispersal, and Secondary zones comprise essential components of a landscape-scale conservation plan for the protection of a viable Florida panther population in south Florida. Taken together, the three zones in their current condition apparently have the capacity to support approximately 80–94 Florida panthers. A population of this approximate size has a high probability of persistence for 100 years and has a good chance of remaining stable or perhaps declining only slightly over the planning period. However, this conclusion assumes that (1) further loss of habitat in all 3 zones, but especially in the Primary Zone, is minimized, (2) the existing population will expand into areas of the Secondary Zone where habitat conditions are presently suboptimal and panthers are only occasionally known to occur, and (3) unforeseen catastrophes do not affect the population. These conditions may not be met as new developments occur within all zones. Moreover, the panther population is currently experiencing an outbreak of feline leukemia, the ultimate consequences of which remain to be seen. Despite the high chance of persistence, a population of 80–94 panthers is nevertheless likely to experience genetic problems associated with inbreeding depression and decreasing heterozygosity, and future management intervention will likely be needed to resolve these problems.

The Primary Zone, which supports the existing panther population and comprises predominantly natural cover types, is the most important of the lands mapped in this project to panther habitat conservation. The maintenance of existing home ranges and habitat function within the Primary Zone is essential to maintaining a viable Florida panther population. Assessments of potential impacts of proposed developments within the Primary Zone should strive to achieve no net loss of landscape function or carrying capacity for panthers within the Primary Zone. Loss of function or carrying capacity within the Primary Zone may be affected by: (1) reduction or degradation of the habitat base, (2) reduction in the areal extent of the Primary Zone, (3) increasing landscape fragmentation, and (4) land use intensification (e.g., moving along a gradient from natural conditions to pasture, to cropland, to urban). Critical aspects of a functioning landscape for panthers include use by panthers for home ranges, breeding access, resting and denning sites, stalking cover, dispersal routes, transient ranges of non-resident males, support for prey, and natural areas that buffer against indirect impacts associated with adjacent urban and industrial uses. Habitat quality, functionality, and availability for panthers must be maintained to ensure that no net loss of function or carrying capacity occurs. When adverse land uses within the Primary Zone are unavoidable, affected lands should be compensated by the restoration or enhancement of habitat that maintains or increases the potential carrying capacity for panthers elsewhere within the Primary Zone. In addition, maintaining the total areal extent of the Primary Zone may require expanding the boundaries of the zone in appropriate locations (e.g., into the Secondary Zone adjacent to protected habitat within the Primary Zone) to compensate for loss of area. In such cases, lower quality areas should be restored to land cover types and landscape configurations that promote healthy prey densities, connectivity, and habitat context to compliment conservation efforts within the Primary Zone.

If the Florida panther population continues to expand, dispersal outside of the Primary Zone is likely. The Dispersal Zone is the second most important area mapped because it will play a key role in maintaining a landscape connection between south Florida and potential habitats to the north should a second breeding sub-population become established. The most important conservation action that could be taken for the Dispersal Zone is to secure it as a public conservation area using fee-simple acquisition or the purchase of conservation easements. Most of the Dispersal Zone is privately owned; however, 11% has been placed under publicly funded conservation easements, and most of the remainder is proposed for public acquisition under the State's Florida Forever land protection program. In addition, habitats within the Dispersal Zone need to be restored to conditions more suitable for panthers to increase the chances that this corridor will be used for dispersal. Although pumas and panthers have been observed to disperse through areas that are not developed to intensive urban uses (Beier, 1995; Maehr et al., 2002b), habitat restoration within the Dispersal Zone would improve chances for dispersal. Another management action that can be taken is for public land managers to maintain high quality habitat conditions within Okaloacoochee Slough State Forest immediately south of the Dispersal Zone. Continued successful reproduction and growth of the panther population in this portion of the range may be the pressure needed to push a female panther through the Dispersal Zone to habitats north of the Caloosahatchee River.

The Secondary Zone is the lowest priority for panther conservation. Even though the Secondary Zone is immediately adjacent to occupied areas of the Primary Zone, much of the Secondary Zone is in intensive agricultural use, and some areas are interspersed with low-density residential subdivisions and golf course communities. Restoration of natural cover types would have to occur in many areas of the Secondary Zone before the area could contribute meaningfully to the recovery of the Florida panther. Therefore, although habitat restoration and protection opportunities should be pursued within the Secondary Zone whenever possible, these efforts should not detract from the goal of protecting and enhancing habitats within the Primary Zone.

Presently, state and federal government programs are actively engaged in obtaining new areas for protection of Florida panther habitat. The State's Florida Forever land acquisition program and the South Florida Water Management District's Save Our Rivers program have purchased almost 200,000 ha of panther habitat over the last decade, and another 118,000 ha are on proposed acquisition lists. The US Fish and Wildlife Service (USFWS) reviews proposed development projects in South Florida for potential impacts to Florida panther habitat under Sections 7 and 10 of the US Endangered

Species Act (ESA). As a result of USFWS project reviews conducted under the ESA between 1 September 2003, and 5 May 2005, over 4850 ha have been conserved in the Primary and Dispersal zones (Slack, J., USFWS, personal communication). The results of this study could aid in increasing the efficiency and effectiveness of these programs by providing information needed to determine which lands should be subject to regulatory programs and to target specific areas for protection, either through fee-simple acquisition or purchase of less-than-fee conservation easements.

Integration of all conservation efforts will be required to support a self-sustaining population of the Florida panther in South Florida. An ambitious, comprehensive strategy for working with private landowners to protect, enhance, and restore panther habitat within the Primary, Dispersal, and Secondary Zones is essential. Public agencies responsible for land use planning, transportation planning, and land management on public lands must also make decisions that maintain or enhance the ability of South Florida to support a viable population of the Florida panther. Trends in human population growth, habitat loss and fragmentation, agricultural conversions, and transportation planning all indicate that these recommended conservation actions need to begin immediately. The future of the Florida panther will likely be determined in the next 2 decades, and without concerted conservation efforts that future is uncertain.

## Acknowledgement

This work is a product of the Florida panther sub-team of the Multi-species Ecosystem Recovery Implementation Team (MERIT), a committee appointed by the US Fish and Wildlife Service (USFWS), Ecological Services Field Office, Vero Beach, FL, USA. The primary purpose of MERIT is to guide implementation of recovery actions for endangered and threatened species in south Florida. Sam Hamilton and Jay Slack (USFWS) were instrumental in overseeing the process. USFWS employees Kalani Cairns, Grant Webber, Gloria Bell, Kim Dryden, and Andy Eller participated in some team meetings, as well as did Darrell Land, David Maehr, and Rebecca Meegan. Private citizens who regularly participated in team meetings include Tom Jones, Tim Durham, Bruce Johnson, Kris Thoemke, and Sydney Maddock. We are grateful to Paul Beier, Tom Logan, and three anonymous peer reviewers whose comments and suggestions led to improvements in the final draft. The GIS analyses for this project were performed in the facilities of the Florida Fish and Wildlife Conservation Commission's Office of Environmental Services and Fish and Wildlife Research Institute in Tallahassee, FL, USA. The senior author is grateful to Mike Dennis of Breedlove, Dennis & Associates, Inc., for making time available to complete this work.

REFERENCES

Aebischer, N.J., Robertson, P.A., Kenward, R.E., 1993. Compositional analysis of habitat use from animal radio-tracking data. Ecology 74 (5), 1313–1325.

Anderson, J.R., Hardy, E.E., Roach, J.T., Witmer, R.E., 1976. A land use and land cover classification system for use with remote sensor data. Geological Survey Professional Paper 964. US Geological Survey, Washington, DC, USA.

Ballou, J.D., Foose, T.J., Lacy, R.C., Seal, U.S., 1989. Florida Panther (Felis concolor coryi). Population Viability Analysis and Recommendations. Species Survival Commission, Captive Breeding Specialist Group, IUCN, Gland, Switzerland.

Beier, P., 1995. Dispersal of juvenile cougars in fragmented habitat. Journal of Wildlife Management 59 (2), 228–237.

Beier, P., Conroy, M.J., Vaughn, M.R., Quigley. H., 2006. Evaluating scientific inferences about the Florida panther. Journal of Wildlife Management 71 (1), in press.

Belden, R.C., Frankenberger, W.B., McBride, R.T., Schwikert, S.T., 1988. Panther habitat use in southern Florida. Journal of Wildlife Management 52 (4), 660–663.

Bingham, R.L., Brennan, L.A., 2004. Type I error rates and resource selection. Journal of Wildlife Management 68, 206–212.

Bureau of Economic and Business Research (BEBR). 2001. Projections of Florida population by county, 2000–2030. Florida Population Studies, vol. 34, No. 1, Bulletin 128. University of Florida, Gainesville, FL, USA.

Comiskey, E.J., Bass, Jr., O.L., L.J. Gross, McBride, R.T., Salinas. R., 2002. Panthers and forests in South Florida: an ecological perspective. Conservation Ecology 6(1):18. [online] URL: http://www.consecol.org/vol6/iss1/art18.

Conner, L.M., Plowman, B.W., 2001. Using Euclidean distances to assess nonrandom habitat use. In: Millspaugh, J.J., Marzluff, J.M. (Eds.), Radio Tracking and Animal Populations. Academic Press, San Diego, CA, USA, pp. 275–290.

Cox, J., Kautz, R., MacLaughlin, M., Gilbert, T., 1994. Closing the Gaps in Florida's Wildlife Habitat Conservation System. Florida Game and Fresh Water Fish Commission, Tallahassee, FL, USA.

Dees, C.S., Clark, J.D., Van Manen, F.T., 2001. Florida panther habitat use in response to prescribed fire. Journal of Wildlife Management 65 (1), 141–147.

Ellis, S., Lacy, R.C., Kennedy-Stoskopf, S., Wildt, D.E., Shillcox, J., Byers, O., Seal, U.S., editors. 1999. Florida panther population and habitat viability assessment and genetics workshop report. IUCN/SSC Conservation Breeding Specialist Group, Apple Valley, Minnesota, USA.

Harris, L.D., Scheck, J., 1991. From implications to applications: the dispersal corridor approach to the conservation of biological diversity. In: Saunders, D.A., Hobbs, R.J. (Eds.), Nature Conservation 2: the Role of Corridors. Surrey Beatty and Sons, Chipping Norton, New South Wales, Australia, pp. 189–220.

Harrison, R.L., 1992. Toward a theory of inter-refuge corridor design. Conservation Biology 6 (2), 293–295.

Hoctor, T.S. 2003. Regional landscape analysis and reserve design to conserve Florida's biodiversity. Ph.D. dissertation, Univesity of Florida, Gainesville, FL, USA.

Kautz, R. 1994. Historical trends within the range of the Florida panther. In: Jordan, D.B., (Ed.), Proceedings of the Florida Panther Conference US Fish and Wildlife Service, Atlanta, GA, USA, pp. 285–296.

Kautz, R.S., 1998. Land use and land cover trends in Florida 1936–1995. Florida Scientist 61 (3–4), 171–187.

Kautz, R.S., Cox, J.A., 2001. Strategic habitats for biodiversity conservation in Florida. Conservation Biology 15 (1), 55–77.

Kautz, R.S., Gilbert, D.T., Mauldin, G.M., 1993. Vegetative cover in Florida based on 1985–1989. Landsat Thematic Mapper imagery. Florida Scientist 56, 135–154.

Kerkhoff, A.J., Milne, B.T., Maehr. D.S., 2000. Toward a panther-centered view of the forests of south Florida. Conservation Ecology 4(1):1. [online] URL: http://www.consecol.org/vol4/iss1/art1.

Kuyper, W.H., Becker, J.E., Shopmyer, A., 1981. Land Use, Cover and Forms Classification System: A Technical manual. Florida

**133**

Department of Transportation, State Topographic Office, Remote Sensing Center, Tallahassee, FL, USA.

Land, E.D., 1994. Panther use of the southern Florida landscape. In: Jordan, D.B. (Ed.), Proceedings of the Florida Panther Conference. US Fish and Wildlife Service, Atlanta, GA, USA, pp. 278–284.

Land, E.D., Lacy, R.C., 2000. Introgression level achieved through Florida panther genetic restoration. Endangered Species UPDATE 17 (5), 99–103.

Land, D., Cunningham, M., Lotz, M., Shindle, D., 2004. Florida panther genetic restoration and management Annual report 2003–2004. Florida Fish and Wildlife Conservation Commission, Tallahassee, FL, USA.

Logan, K.A., Sweanor, L.L., 2001. Desert Puma. Island Press, Washington, DC.

Logan, T., Eller Jr., A.C., Morrell, R., Ruffner, D., Sewell, J., 1993. Florida Panther Habitat Preservation Plan: south Florida Population. Florida Panther Interagency Committee, US Fish and Wildlife Service, Gainesville, FL, USA.

Maehr, D.S., 1992. Florida panther (*Felis concolor coryi*). In: Rare and Endangered Biota of Florida. In: Humphrey, S.R. (Ed.), Mammals, vol. I. University Press of Florida, Gainesville, FL, USA, pp. 176–189.

Maehr, D.S., Cox, J.A., 1995. Landscape features and panthers in Florida. Conservation Biology 9 (5), 1008–1019.

Maehr, D.S., Deason, J.P., 2002. Wide-ranging carnivores and development permits: constructing a multi-scale model to evaluate impacts on the Florida panther. Clean Technology and Environmental Policy 3, 398–406.

Maehr, D.S., Land, E.D., Roof, J.C., 1991. Social ecology of Florida panthers. National Geographic Research and Exploration 7 (4), 414–431.

Maehr, D.S., Lacy, R.C., Land, E.D., Bass Jr., O.L., Hoctor, T.S., 2002a. Evolution of population viability assessments for the Florida panther: a multi-perspective approach. In: Beissinger, S.R., McCullough, D.R. (Eds.), Population Viability Analysis. University of Chicago Press, Chicago, IL, USA, pp. 284–311.

Maehr, D.S., Land, E.D., Shindle, D.B., Bass, O.L., Hoctor, T.S., 2002b. Florida panther dispersal and conservation. Biological Conservation 106, 187–197.

McBride, R.T. 2000. Current panther distribution and habitat use: A review of field notes, fall 1999–winter 2000. Report to Florida Panther Subteam of MERIT, United States Fish and Wildlife Service, South Florida Ecosystem Office, Vero Beach, FL, USA. [online] URL: http://www.panther.state.fl.us/news/pdf/ report.pdf.

McBride, R.T. 2001. Current panther distribution, population trends, and habitat use: Report of field work, fall 2000–winter 2001. Report to Florida Panther Subteam of MERIT, United States Fish and Wildlife Service, South Florida Ecosystem Office, Vero Beach, FL, USA. [online] URL: http://www.panther.state.fl.us/news/pdf/rtm2001.pdf.

McBride, R.T. 2002. Current panther distribution and conservation implications: Highlights of field work, fall 2001–winter 2002. Report to Florida Panther Subteam of MERIT, United States Fish and Wildlife Service, South Florida Ecosystem Office, Vero Beach, FL. [online] URL: http://www.panther.state.fl.us/news/ pdf/rtm2002.pdf.

McBride, R.T. 2003. Documented panther population and its current distribution. In: Shindle, D., Cunningham, M., Land, D., McBride, R., Lotz, M., Ferree, B. (Eds.), Florida Panther Genetic Restoration Annual Report 2002–2003. Florida Fish and Wildlife Conservation Commission, Tallahassee, FL, USA. [online] URL: http:// www.panther.state.fl. us/news/pdf/FWC2002-2003PantherGeneticRestorationAnnualReport.pdf.

Noss, R.F. 1992. The wildlands project land conservation strategy. Wild Earth (special issue): pp. 10–25.

Root, K.V., 2004. Using models to guide recovery efforts for the Florida panther. In: Akçakaya, H.R., Burgman, M., Kindvall, O., Wood, C.C., Sjogren-Gulve, P., Hatfield, J., McCarthy, M. (Eds.), Species Conservation and Management: Case Studies. Oxford University Press, New York, NY, USA, pp. 491–504.

SAS Institute. 1999. SAS/STAT user's guide. SAS Institute, Cary, NC, USA.

Seal, U.S., Lacy, R., 1992. Genetic Management Strategies and Population Viability of the Florida Panther (*Felis concolor coryi*). Report of a Workshop to the US Fish and Wildlife Service. Captive Breeding Specialist Group, IUCN, Apple Valley, MN, USA.

Seaman, D.E., Griffith, B., Powell, R.A., 1998. KERNELHR: a program for estimating animal home ranges. Wildlife Society Bulletin 26, 95–100.

Seaman, D.E., Millspaugh, J.J., Kernohan, B.J., Brundige, G.C., Raedeke, K.J., Gitzen, R.A., 1999. Effects of sample size on kernel home range estimates. Journal of Wildlife Management 63 (2), 739–747.

Sullivan, J.D., Jr. 2004. Florida's endangered species, threatened species and species of special concern. Florida Fish and Wildlife Conservation Commission, Tallahassee, FL, USA.

US Fish and Wildlife Service (USFWS). 1995. Second revision Florida panther recovery plan, Atlanta, GA, USA.

US Fish and Wildlife Service (USFWS) and National Marine Fisheries Service (NMFS). 1998. Endangered Species Act consultation handbook: procedures for conducting section 7 consultations and conferences, Washington, DC, USA.

Wiens, J.A., 1996. Wildlife in patchy environments metapopulations, mosaics, and management. In: McCullough, D.R. (Ed.), Metapopulations and Wildlife Conservation. Island Press, Washington, DC, USA, pp. 53–84.

Worton, B.J., 1989. Kernel methods for estimating the utilization distribution in home-range studies. Ecology 70, 164–168.

November 28, 2018

Amber Crooks
Conservancy of Southwest Florida
1495 Smith Preserve Way
Naples, FL 34102

Dear Ms. Crooks:

This letter serves as a follow-up to the report entitled "Impacts to Panther Habitat from the Proposed Eastern Collier Multiple Species Habitat Conservation Plan: A Quantitative Analysis" (report) that I submitted to the Conservancy of Southwest Florida on October 7, 2018. The report describes the results of using a landscape-scale panther habitat model (Frakes et al. 2015) to predict and quantify damages to panther habitat that may result if the Eastern Collier Multiple Species Habitat Conservation Plan (ECMSHCP) is approved and implemented as proposed in the April 2015 draft document. An especially concerning finding of the study was the predicted narrowing and breaking of existing adult habitat corridors linking the main body of panther habitat to the south with the Corkscrew Swamp and Okaloacoochee Slough to the north.

A revised version of the ECMSHCP dated August 2018 was made available online by the U.S. Fish and Wildlife Service in conjunction with the opening of the public comment period. In this revised version it was noted that the "southern corridor" had been widened slightly by moving a small area from the Covered Activities to the Preservation/Plan-wide Activities. Since my previous analysis had predicted significant narrowing and breaks in this important habitat linkage, I agreed to reexamine the model output using this new configuration. Conservancy staff digitized the changed area and provided the layer as a shapefile.

The change to the southern corridor was contained entirely within just 3 grid cells of the study area (out of 895 total). The total area changed (from covered activities to preserve) was about 118 acres of mostly agricultural land cover. The change increased the width of the protected "corridor" from about 650 feet at its narrowest point to about 1690 feet. When I ran this change through the model it had the following effect on the 3 cells involved:

| Cell | $P$ before | $P$ after | Change in $P$ |
|------|-----------|-----------|---------------|
| 11689 | 0.106 | 0.198 | +0.092 |
| 11809 | 0.228 | 0.270 | +0.042 |
| 11929 | 0.278 | 0.324 | +0.046 |

As shown, all 3 cells increased slightly in adult habitat value ($P$), as would be expected when the amount of urban land cover is reduced. When these new values were imported into ArcMap and the maps were re-drawn, the change was almost imperceptible. The corridor near Summerlin Swamp and Highway 29 is still as fragmented and narrowed as it was before. Therefore, this particular change to the ECMSHCP has no effect on the conclusions in the report.

Sincerely,

Robert A. Frakes, Ph.D.

# IMPACTS TO PANTHER HABITAT FROM THE PROPOSED EASTERN COLLIER MULTIPLE SPECIES HABITAT CONSERVATION PLAN: A QUANTITATIVE ANALYSIS

**October 7, 2018**

Prepared for:
Conservancy of Southwest Florida
1495 Smith Preserve Way
Naples, Florida 34102

Prepared by:
Robert A. Frakes, Ph.D.
2455 Johnston Road
Fort Pierce, Florida 34951

EXECUTIVE SUMMARY

The Eastern Collier Multiple Species Habitat Conservation Plan (ECMSHCP or "Plan") proposes development of 45,000 acres in rural eastern Collier County within the current range of the endangered Florida panther. The Plan asserts that, using the USFWS Panther Habitat Assessment Methodology, preservation of 87,500 acres of existing (mostly agricultural) uses provides adequate compensation/mitigation for the loss of habitat from the proposed mining and residential/commercial developments, also known as "Covered Activities." However, the Panther Habitat Assessment Methodology is outdated and scientifically flawed.

The ECMSHCP is located entirely within the Rural Lands Stewardship Area (RLSA) in eastern Collier County. This study used a recently published landscape-scale panther habitat model to predict how adult panther breeding habitat and habitat linkages within the RLSA would be impacted by the proposed development(s). Model validation using GPS adult panther telemetry locations indicated high model accuracy (>97%) in this part of the panther's range.

Three scenarios were examined: existing conditions (pre-HCP); Scenario 1 (development as proposed by the ECMSHCP); and Scenario 2 (likely additional residential development, agricultural intensification, and mining beyond Scenario 1). To simulate development, changes were made to variables for human density, road density, landcover, and forest edge. Model outputs for pre- and post-development were then compared in order to quantify impacts to adult panther habitat.

The model predicted substantial losses of adult panther (breeding) habitat in terms of both habitat quantity (areal extent) and quality. Under Scenario 1 (proposed ECMSHCP), the model predicted that the RLSA will lose 16,779 acres (18%) of existing adult panther habitat. This figure increased to 21,425 acres (23%) under Scenario 2. Overall habitat quality within the RLSA (area-weighted average probability of presence, $P$) decreased by 16% and 23.4% under Scenario 1 and 2, respectively.

Nearly all of the existing panther habitat in the Covered Activities area will be destroyed by development under the proposed ECMSHCP. This area was predicted to lose 85.4 -90.9% of its existing adult panther habitat. Although mostly agricultural, the Covered Activities area is currently used by panthers as part of their home ranges. During the 10-year period from 2004 to 2013, the Covered Activities area contained parts of the home ranges of at least 17 adult panthers. With final average $P$ values of 0.097 (Scenario 1) and 0.072 (Scenario 2), the Covered Activities area will be almost useless to panthers post-development.

It is important to note that even the proposed Preserve Areas will suffer considerable habitat losses. Under Scenario 1, the "Preservation/Plan-Wide Activities" area was predicted to lose 4753 acres (8.0%) of panther breeding habitat. Under Scenario 2, the predicted loss increased to 6744 acres (11.4%). These losses are approximately the same size as the town of Ave Maria. Any compensation calculation should take potential habitat impacts within the Preserve Areas into account.

Damages to north-south panther corridors within the RLSA were predicted, in spite of claims that these corridors would be preserved by the ECMSHCP. The model predicted that the northward extension of habitat on the western side of the RLSA (through Camp Keais Strand towards the Corkscrew Swamp) will be significantly narrowed and shortened. The fairly strong existing habitat connection on the eastern side of the RLSA (through Summerlin Swamp towards the Okaloacoochee Slough) will be narrowed and completely severed in some places, especially under Scenario 2. It is likely that the degraded/reduced habitat along these pathways will adversely impact north-south panther movements. In addition, new roads, especially those running east and west, will add to the fragmentation and loss of connectivity

The locations within the RLSA where the greatest impacts to adult panther habitat were predicted to occur are shown on the output maps. Minimization of effects (as required under the Endangered Species Act) could be achieved by relocating the Covered Activities boundaries to avoid these high impact areas. Further minimization could be achieved by requiring that current land uses in the Preserve Areas be maintained (i.e., no agricultural intensification).

Approval of the ECMSHCP as currently conceived would appreciably reduce the likelihood of survival and recovery of the Florida panther, due to significant habitat loss, fragmentation, and damage to dispersal corridors. The ECMSHCP provides little or no meaningful compensation for these adverse impacts and does not demonstrate minimization and mitigation to the maximum extent practicable.

INTRODUCTION

Historically occurring throughout the southeastern United States, the Florida panther (*Puma concolor coryi*) is now restricted to less than 5 percent of its historic range in one breeding population located in southern Florida. Recovery of the panther is dependent upon the survival of this small, isolated population and expansion of additional populations elsewhere in its historic range. Although the species was listed as endangered in 1967, loss of panther habitat due to development on private lands has continued unchecked since that time. Anticipated rampant development in south Florida remains the greatest threat to panther survival and recovery.

The Eastern Collier Multiple Species Habitat Conservation Plan (ECMSHCP or "Plan") proposes development of 45,000 acres in rural eastern Collier County within the current range of the panther (Stantec 2015). The Plan proposes to compensate for impacts to panther habitat through the protection of approximately 87,500 acres of "Preservation/Plan-Wide Activities" (Stantec 2015). The Plan asserts that, using the current U.S. Fish and Wildlife Service (USFWS) Panther Habitat Assessment Methodology (USFWS 2012), protection of these preservation areas provides adequate compensation/mitigation to offset the loss of habitat from the mining and residential/commercial developments, also known as "Covered Activities." However, the Panther Habitat Assessment Methodology is outdated, scientifically flawed, and does not provide accurate comparisons of panther habitat value on a landscape scale (Frakes et al. 2015).

The ECMSHCP is located entirely within the Rural Lands Stewardship Area (RLSA) in eastern Collier County. The RLSA contains many square kilometers of excellent panther habitat as well important linkages between the core panther population to the south and protected areas, such as Corkscrew Regional Ecosystem Watershed (CREW) and Okaloacoochee Slough State Forest, to the north. The purpose of this study was to use the best available science to predict how adult panther breeding habitat and habitat linkages within the RLSA would be affected by the proposed ECMSHCP, in terms of both habitat quantity and quality.

METHODS

The landscape-scale adult panther habitat model used in this study was identical to that described by Frakes et al. (2015). Briefly, habitat characteristics in 1-km$^2$ grid cells in south Florida were analyzed using the RandomForest package in R to predict the probability of panther presence (*P*) in each cell. The training dataset consisted of VHF telemetry locations of adult panthers collected by the Florida Fish and Wildlife Conservation Commission and the National Park Service from 2004 through 2013 (FWC 2014). See Frakes et al. (2015) for details on the model. It is important to note that the habitat model used in this report predicts the suitability of an area as habitat for adult, breeding panthers. Other areas not classified as adult panther habitat may still be important to transient, dispersing or immature panthers or as connections between areas of more valuable habitat. In this report the terms "habitat," "panther habitat," and "habitat quality" refer to adult, breeding panther habitat only.

The study area for this analysis was defined by overlapping the RLSA with the grid cells from the south Florida model (Frakes et al. 2015). Grid cells along the border that were bisected by

1

the RLSA boundary were included in the study area, to include complete grid cells and to ensure complete model coverage of the entire RLSA. This resulted in inclusion of 895 1-km$^2$ grid cells in the study area. These cells were run through the model under existing conditions (c. 2010), and again using various assumptions for variable values to depict conditions after development in the RLSA, as described in the draft ECMSHCP (Stantec 2015). To simulate development, changes were made to variables for human density, road density, landcover, and forest edge. The hydrology variables were held constant at existing conditions because no information on changes to hydrology due to Covered Activities development was available. Model outputs for pre- and post-development were then compared in order to quantify impacts to adult panther habitat.

ECMSHCP shapefiles showing Covered Activities, Preservation/Plan-Wide Activities, and other designations were obtained through U.S. Fish and Wildlife Service (USFWS) quarterly release of documents related to the Plan.[1] The shapefiles depict the designations proposed in the April 2015 draft ECMSHCP. All areal and geostatistical calculations for the RLSA, Covered Activities, and Preserve Areas were done in ArcMap® version 10.6. Interpolation (smoothing) between grid cells was accomplished using the kernel interpolation tool of the geostatistical analyst package in ArcMap®. Bandwidth was set at 1500 meters.

For the purposes of this analysis, habitat quality was assumed to be directly proportional to the probability of panther presence ($P$) as estimated by the model. The overall habitat quality of an area was characterized by the average and range of $P$ values of the grid cells in that area. Loss of habitat quality due to development was estimated by comparing the average $P$ value under existing conditions (pre-HCP) with the average $P$ value predicted for the same area after development. To account for the fact that some cells were only partially contained within each area, area-weighted average $P$ values were calculated.

A grid cell was classified as adult panther habitat when the model-predicted $P$ value was > 0.34 (Frakes et al. 2015). Habitat quantity (areal extent) was calculated as the sum of the area of all grid cells or partial cells above that threshold.

The purpose of this study was to predict how the adult panther breeding habitat, as depicted in Frakes et al. (2015), would be affected by the proposed intensification from the ECMSHCP, in terms of both habitat quantity and quality. Scenario 1 is designed to reflect the applicants' submittal as found in the April 2015 draft ECMSHCP and associated plans, such as the Rural Lands West development application currently under review. Scenario 2 builds upon Scenario 1 by also including other likely effects and impacts associated with the addition of 45,000 acres of urban and mining development in the RLSA, including other parcels likely to be intensified due to the ECMSHCP.

*Scenario 1*

Land cover
Land cover is an important variable determining panther use of an area. Panther home ranges generally consist of a mixture of cover types. The model analyzes the mixture of cover types in

---

[1] ECMSHCP 2016 Quarter 1 release.

each grid cell as part of the process of calculating the probability of panther use.  Land cover types used as variables in the south Florida model (Frakes et al. 2015) were based on the Florida Land Use and Cover Classification System (FLUCCS) (SFWMD 2009).  Vegetative cover and land uses from the FLUCCS were combined into 10 major land cover categories for use as variables in the model.  Fig. 1 shows the current distribution of the 9 land cover classes in the RLSA (one landcover type, saltwater wetland, was not present in the study area).

Areas depicted as Covered Activities under the ECMSHCP were described as "45,000 acres… of residential/commercial development and earth mining" (Stantec 2015).  Under Scenario 1, these areas were reclassified from their original designation (mostly agricultural) to urban. The applicants' proposed Plan and associated shapefile depict a 49,848-acre envelope where the 45,000 acres of Covered Activities development is proposed to take place (Stantec 2015).  Thus, this study selected 45,000 acres of the 49,848-acre envelope for designation as urban (Fig. 2a). The model as described in Frakes et al. (2015) includes mining as an urban land cover category. In order to evaluate the "worst case" for Scenario 1, the 45,000 acres of development was applied to the Primary Zone (Kautz et al. 2006) first.  As presented in the ECMSHCP, Ave Maria at 5,027 acres (Primary and Secondary Zones) was mapped as urban and included in the 45,000 acres (Stantec 2015).

All of the Covered Activities areas, which may include internal open space, were reclassified as urban land cover because the proposed Plan describes these areas as part of the residential/commercial development (Stantec 2015).  Additionally, since detailed site development plans were not available, it was not known if natural lands contained within the Covered Activities areas would be accessible to panthers, or if they would be used by panthers given the expected increase in human activity.

Population density

All areas reclassified as urban under Scenario 1 were assigned a new human population density value (people/km$^2$).  The population density of future towns was based on the density of the existing town of Ave Maria, as well as the potential density for the proposed town known as Rural Lands West.  By utilizing these known and proposed densities, the possible densities for future towns in the RLSA were extrapolated.  The densities were assigned based on approximate locations of potential new towns (Stantec 2015), in which the center of the new town would have the highest density, with lower densities as one moves farther from the town center.  The assigned densities ranged from 0.2 to 6 dwelling units per acre.  The new densities were then converted to people/km$^2$ using a factor of 2.59 persons per dwelling unit[2] and integrated into the existing density layer for the entire RLSA.

These assumptions result in accommodating a future additional population of approximately 303,000 people in the RLSA in approximately 117,000 new dwelling units.  Therefore, the assumed new population under Scenario 1 is conservative compared with a projected population estimate of up to 350,000 in this portion of Collier County.[3]

---

[2] https://www.census.gov/quickfacts/fact/table/colliercountyflorida/PST045217
[3] See https://www.naplesnews.com/story/opinion/2018/01/19/commentary-smart-growth-planning-collier-county/1034456001/ and http://www.winknews.com/2015/07/13/plans-moving-ahead-for-new-town-in-eastern-collier-county/



Figure 1. Current distribution of 9 major land cover categories within the RLSA, used as explanatory variables in the random forest model. Categories were distilled from the Florida Land Use and Cover Classification System (FLUCCS).



Figure 2.  Landscape changes within the RLSA that are reasonably certain to occur if the ECMSHCP is approved. (a) Scenario 1 shows increased development and roads as proposed in the draft ECMSHCP. (b) Scenario 2 shows additional residential developments, intensified agriculture, new mines, and additional roads and streets that may occur beyond those proposed in the ECMSHCP.

Road density
The total length of roads in each cell in the study area for each of the three scenarios (existing conditions, Scenario 1, and Scenario 2) was calculated. The original road layer used in the south Florida model was based on the 2011 TIGER/Line shapefiles of Florida roads (U.S. Census Bureau 2011). Roads classified as four-wheel drive, bike trails, or pedestrian trails were excluded, because these probably do not represent enough disturbance to impact panther use of an area. An analysis provided to Collier County from Stantec of the road network needed to support 45,000 acres of development in the study area was used to estimate the road density under Scenario 1.[4] New roadways from this shapefile were added to the existing roads from the TIGER/Line 2011 shapefile as utilized in Frakes et al. 2015. Proposed internal roads from the Rural Lands West project were also digitized from plans submitted to Collier County and dated October 2017. The resulting roads layer (Fig. 2a) was then intersected with the study area grid to obtain road densities for each cell for Scenario 1.

Forest edge
As a possible measure of prey availability (i.e., panther hunting habitat), forest edge was an important variable in the south Florida model. Forest edge was calculated for each of the three scenarios (existing conditions, Scenario 1, and Scenario 2) based on the land cover layer for each scenario. See Frakes et al. (2015) for details on the calculation method. The values of the forest edge variable for existing conditions would be identical to Frakes et al. (2015). The amount of forest edge would be expected to decrease under Scenario 1, due to the increase of non-edge-forming residential and commercial (urban) areas.

Hydrology
Average dry and wet season water depths were important predictors of panther presence in the south Florida model. Because no information was available on potential changes in hydrology due to development in the RLSA, these variables were held constant (unchanged from existing conditions). However, large residential developments may produce significant changes in hydrology, both locally and possibly in downstream areas within and outside the RLSA. Therefore, the results of this exercise may be conservative in regards to the additive impact on the landscape from changes in hydrology, as well as climate change and sea level rise.

*Scenario 2*

Land cover
In addition to Scenario 1, reasonably foreseeable changes to land cover that may occur as a result of the proposed ECMSHCP were examined. Scenario 2 is a hypothetical worst-case scenario because specific information on changes that may occur in addition to those proposed in the ECMSHCP (Scenario 1) are lacking. As the RLSA program is an overlay, the study area includes lands that are not owned by the ECMSHCP applicants, and the applicants have proposed additional developments outside of the ECMSHCP process. Therefore, it is certainly reasonable to assume that additional development, intensification, road building, etc. will occur beyond what is proposed in Scenario 1, although these additional changes may not occur in the exact locations and extent as proposed here. The Scenario 2 analysis is presented as a

[4] Shapefiles entitled "RLSA_Buildout_RoadPlans" dated November 11, 2008 provided to the Conservancy of Southwest Florida by Collier County on December 8, 2008.

6

generalized example of possible indirect and cumulative effects that may occur beyond those specified in the ECMSHCP.

1.  Scenario 2 assumes that Immokalee Sand Mine and Hogan Island Quarry will be mined, as is currently proposed (Fig. 2b).

2.  Given the infrastructure that will be required to serve the proposed 45,000 acres of new towns and developments, the likelihood of adjacent development outside of the ECMSHCP Covered Activities area, either as dense urban developments or ranchettes, is increased. Thus, Scenario 2 assumes that the remaining 4,848 acres of lands identified as potential Covered Activities within the envelope provided by the applicants will be developed. Additionally, Scenario 2 assumes approximately 12,000 acres of adjacent lands owned by non-participants in the ECMSHCP may also be developed, as these landowners may apply for approval as an SRA or develop at the baseline one unit per five acres. The increase in urban/residential cover types assumed in Scenario 2 is shown in Fig. 2b.

3.  Of the proposed Covered Activities, about 37,600 acres are row crops/groves and about 5,800 acres are pastures (Stantec 2015). To replace lost agriculture lands that will be converted to mines or rooftops, it is likely that intensification of natural and agricultural lands to active or more intense agriculture will occur. To account for this, the model assumes that approximately 13,000 acres of lands will be intensified. Largely, the areas assumed be intensified are in the RLSA Habitat Stewardship Areas (HSA). These lands may be intensified to pasture and row crops. The intensification was split equally between improved pasture and row crops, which have different land cover classes in the model. The intensification categorization was informed by surrounding and existing land uses; areas where grasslands were surrounded by or adjacent to existing agricultural operations were targeted as most likely locations for intensification or conversion. The assumed HSA intensification is shown in Fig. 2b.

Population density

All areas reclassified as additional urban land cover under Scenario 2 were assigned a new human population density value (people/$km^2$). The densities assigned to the new towns and villages are based on the proposed densities for Rural Lands West and the actual densities in Ave Maria. The additional residential areas under Scenario 2 added approximately 16,600 more people to the RLSA in approximately 6,400 new dwelling units. These additions brought the total population under Scenario 2 to approximately 319,600 in 123,400 new dwelling units.

Road density

Increasing road density can have a pronounced negative effect on adult panther use of an area (Frakes et al. 2015). Unfortunately, no information was available regarding projected road and street patterns following implementation of the residential developments proposed in the ECMSHCP. Therefore, the existing road density and patterns of the first town in the RLSA, Ave Maria, were replicated in likely town centers within the Covered Activities area. The new roads were added to the Scenario 1 road layer and used to compute estimated values for the road

density variable for Scenario 2. These new roads are approximations of what may be needed in order to support the residential densities proposed (Fig. 2b).

<u>Forest edge</u>
Forest edge was recalculated based on the assumed changes in land cover for Scenario 2. The amount of forest edge would be expected to decrease compared to Scenario 1, due to the addition of more urban, mining and agricultural areas. These non-natural cover types are not classified as edge-forming in the panther habitat model.

<u>Hydrology</u>
No change (see above).

RESULTS

*Model Validation*

The model was validated for the area in and surrounding the RLSA using GPS telemetry monitoring data supplied by the Florida Fish and Wildlife Conservation Commission (D. Onorato, pers. comm., 2018). All GPS locations of adult panthers (>3 years old) collected from 2005 to 2012 within approximately a 20 km radius of the RLSA boundary were used (33,318 locations). The GPS locations were not part of the training dataset. The model correctly predicted 97.7 percent of the GPS locations to be adult panther breeding habitat, indicating high model accuracy in this part of the panther's range (Fig. 3).

*Effects on Quantity (Areal Extent) of Panther Habitat*

<u>Entire RLSA</u>
The total area of the RLSA was calculated as 790.4 km$^2$ (195,300 ac). This area overlaps, wholly or in part, 895 grid cells from the south Florida panther habitat model (Frakes et al. 2015). During the 10-year period from 2004 through 2013, the RLSA contained parts of the home ranges of 27 radio-collared adult panthers (Fig. 4). Since only about half of panthers were collared during that time (Frakes et al. 2015), it is clear that the RLSA was (and is) extensively used by adult panthers as part of their breeding home ranges.

The areal extent of adult panther habitat in the RLSA as predicted by the model under existing conditions (pre-HCP) is shown in Fig. 5. Most of the habitat is south of County Road 858, adjacent to Florida Panther National Wildlife Refuge. There are also significant patches of habitat in the northeast and northwest corners of the RLSA, near the CREW and Okaloacoochee Slough, respectively. In addition, two narrow habitat corridors can be seen extending from south to north on each side of the RLSA.

The RLSA currently contains about 376.5 km$^2$ (93,000 ac) of adult panther breeding habitat (Table 1). This represents about 47.6 percent of the entire RLSA. Under Scenario 1 (proposed ECMSHCP), the model predicted that the RLSA will lose 67.9 km$^2$ (16,800 ac) of adult panther

8



Figure 3. Model validation using GPS data (2005-2012) for adult panthers in the RLSA and surrounding area. Greater than 97 percent of GPS locations fell within areas classified by the model as adult panther habitat.



Figure 4. Minimum convex polygon adult panther home ranges within the RLSA in 2004-2013. Figure shows the minimum historical use of the RLSA by adult panthers. Actual use may be greater because panther numbers have increased in recent years and many adult panthers were not radio-collared.

10



Figure 5. Areal extent of adult panther habitat within the RLSA under existing (pre-HCP) conditions. Areas with *P* > 0.34 are considered to be adult (breeding) panther habitat.

breeding habitat. This represents 18 percent of the remaining habitat within the RLSA (Fig. 6, Table 1). Impacts to panther habitat were considerably greater under Scenario 2. The RLSA was predicted to lose an additional 18.8 km$^2$, bringing the total habitat loss under Scenario 2 to 86.7 km$^2$ (21,400 ac). This represents a loss of 23.0 percent of the existing breeding habitat within the RLSA (Fig. 7, Table 1).

Covered Activities
The total area of the Covered Activities (CA) envelope presented in the draft ECMSHCP was 201.8 km$^2$ (49,900 ac). This area impacted, wholly or in part, 386 grid cells from the south Florida model (Table 1). During the 10-year period from 2004 to 2013, the CA area contained parts of the home ranges of 17 radio-collared adult panthers (Fig. 4). Since only about half of panthers were radio-collared during that time (Frakes et al. 2015), it is clear that the CA area was (and is) extensively used by adult panthers as part of their breeding home ranges. During the same time period, 60.4 percent of the CA area overlapped with the minimum convex polygon (MCP) home ranges of adult panthers. Development within the CA area may cause shifts in many home ranges, resulting in increased competition for prey and possibly intraspecific aggression among males.

Although the CA area is mostly agricultural land, it does overlap with a significant number of cells classified as adult panther habitat by the model. Under existing (pre-HCP) conditions, the CA area currently contains about 50.6 km$^2$ (12,500 ac) of adult panther breeding habitat (Table 1). This represents about 25.1 percent of the CA lands. Nearly all of the existing panther habitat in the CA area will be destroyed by development under the proposed ECMSHCP. Under Scenario 1, the CA area was predicted to lose 43.2 km$^2$ (85.4 percent) of its existing adult panther habitat. Nearly all of these losses are on the southern and western areas of the CA. Under Scenario 2 assumptions, the model-predicted losses were 46.0 km$^2$ (90.9 percent) of existing habitat (Table 1).

Preserve Areas
The proposed "Preservation/Plan-Wide Activities" (PA) lands of the draft ECMSHCP measured 396.1 km$^2$ (97,900 ac) and overlapped all or parts of 686 grid cells from the south Florida model (Table 1). The PA area contains a large amount of adult panther habitat (239.0 km$^2$) (59,100 ac), which makes up 60.3 % of the total area.

Since the PA lands are located outside the area proposed for development, direct habitat losses in the PA area under Scenarios 1 and 2 would be expected to be small. Nevertheless, considerable habitat losses were predicted to occur there because of the proximity of parts of the PA to the CA areas, new roads in the PA area, and reasonably foreseeable agricultural intensification under Scenario 2. Under Scenario 1, the PA area was predicted to lose 19.2 km$^2$ (4753 ac) (8.0%) of panther breeding habitat. Under Scenario 2, the predicted loss increased to 27.3 km$^2$ (6744 ac) (11.4%) (Table 1). These losses are approximately the same size as the town of Ave Maria. The draft ECMSHCP erroneously assumed no loss of habitat function or extent within the PA lands and counted the entire area as compensation for impacts in the Covered Activities area. Any compensation calculation should take potential habitat impacts within the PA area into account.

12

Table 1. Direct impacts to adult panther habitat quantity and quality under Scenario 1 and Scenario 2. Totals are shown for the entire RLSA, Covered Activities envelope, and Plan-Wide/Preserve areas proposed under the ECMSHCP.

| Area | Total area | | Cells | Adult habitat extent[a] | | Habitat extent loss | | | Overall habitat | Habitat quality |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | (km$^2$) | (acres) | impacted | (km$^2$) | (acres) | (km$^2$) | (acres) | (%) | quality (ave. $P$)[b] | loss (%) |
| *RLSA, total* | 790.4 | 195315 | 895 | | | | | | | |
| Existing conditions | | | | 376.5 | 93040 | - | - | - | 0.454 | - |
| Scenario 1 | | | | 308.6 | 76261 | 67.9 | 16779 | 18.0 | 0.382 | 16.0 |
| Scenario 2 | | | | 289.8 | 71615 | 86.7 | 21425 | 23.0 | 0.348 | 23.4 |
| | | | | | | | | | | |
| *Covered Activites* | 201.8 | 49856 | 386 | | | | | | | |
| Existing conditions | | | | 50.6 | 12495 | - | - | - | 0.246 | - |
| Scenario 1 | | | | 7.4 | 1822 | 43.2 | 10673 | 85.4 | 0.097 | 60.5 |
| Scenario 2 | | | | 4.6 | 1137 | 46.0 | 11358 | 90.9 | 0.072 | 70.7 |
| | | | | | | | | | | |
| *Preserves* | 396.1 | 97884 | 686 | | | | | | | |
| Existing conditions | | | | 239.0 | 59069 | - | - | - | 0.578 | - |
| Scenario 1 | | | | 219.8 | 54315 | 19.2 | 4753 | 8.0 | 0.520 | 10.0 |
| Scenario 2 | | | | 211.8 | 52324 | 27.3 | 6744 | 11.4 | 0.494 | 14.4 |

[a]Habitat extent is the total area of all cells with $P > 0.34$.

[b]Overall habitat quality of an area was based on the area-weighted average $P$ for all cells.



Figure 6. Areal extent of adult panther habitat within the RLSA under Scenario 1 (ECMSHCP as proposed). Areas with $P > 0.34$ are considered to be adult (breeding) panther habitat. For comparison, dashed line indicates panther habitat as it currently exists, showing the predicted loss in extent under Scenario 1.



Figure 7.  Areal extent of adult panther habitat within the RLSA under Scenario 2.  Areas with *P* > 0.34 are considered to be adult (breeding) panther habitat.  For comparison, dashed line indicates panther habitat as it currently exists, showing the predicted loss in extent under Scenario 2.

*Effects on Panther Habitat Quality*

Looking at panther habitat quality using averages over a large area can be misleading because habitat quality can vary tremendously depending on local conditions. For example, individual grid cells within the RLSA varied from $P = 0$ to $P = 0.99$. However, average values of $P$ as reported in this section can give an idea of the overall decline in habitat function caused by a large development such as the ECMSHCP.

The area-weighted average $P$ value of the RLSA under existing conditions was 0.454. This dropped to 0.382 under Scenario 1 (a 16% loss), and 0.348 under Scenario 2 (a 23.4% loss) (Table 1). For comparison, our previous study found that the minimum average value of home ranges of resident adult panthers was about 0.4 (Frakes et al. 2015). The most severe impacts under Scenario 1 were predicted in the southern and southwestern portions of the Covered Activities area (Fig. 8). Much of the additional impact under Scenario 2 was due to agricultural intensification projected to occur along the east central part of the RLSA (Fig. 9).

Although much of the CA area is of low-medium value to adult panthers, it does contain some high-quality habitat, particularly in the southern parts and along the edges. Approximately 25 percent of the CA lands were classified as adult panther habitat by this model. The area-weighted average $P$ value of the entire CA area was only 0.246. However, habitat quality within the CA lands varied tremendously depending on location, which explains why many panthers included parts of the CA in their home ranges (Fig. 4). For example, CA lands south of County Road 858 (Oil Well Road) are mostly high-quality panther habitat (average $P = 0.658$).

The overall loss of habitat quality in the CA under Scenarios 1 and 2 was 60.5% and 70.7%, respectively. The area-weighted average $P$ value dropped from 0.246 to 0.097 (Scenario 1) and 0.072 (Scenario 2), indicating that the CA area will be almost useless to panthers post-development under either scenario (Table 1). The portion of the CA known as Rural Lands West was especially damaging to the adjacent north-south habitat corridor (Camp Keais Strand). Covered Activities also damaged the north-south corridor near SR29 (Summerlin Swamp) (Figs. 10 and 11). Much of the loss in habitat function and extent could be avoided by limiting development to areas north of CR858.

The PA area under existing conditions has an area-weighted average $P$ value of 0.578, making it suitable overall for use by breeding adult panthers as part of their home range. As with the other areas, individual grid cell values varied over a wide range from 0 to 0.99. Since the PA land is outside the area of proposed development, habitat quality losses were predicted to be relatively less than the other areas, but it was still affected for the reasons described above. The PA area was predicted to lose between 10.0 to 14.4 percent of existing habitat quality depending on which assumptions were modeled. The area-weighted average $P$ value dropped from 0.578 to 0.520 (Scenario 1) and 0.494 (Scenario 2), suggesting that the PA area will still be useful to adult panthers post-development, provided no further intensification of land uses occurs (Table 1).

*Minimizing Direct Impacts to Panther Habitat*

The locations within the RLSA where the greatest impacts to adult panther habitat were predicted to occur are shown in Figs. 8 and 9. Fig. 8 shows the areas of greatest impact to

panther habitat that will result under the ECMSHCP as currently proposed (Scenario 1).  The areas of greatest loss of habitat are shown in relation to the Covered Activities area identified in the Plan.  Habitat loss is represented by the decrease in $P$ before development (existing conditions) compared to after development ($P_{\text{existing}}$ minus $P_{\text{scenario 1}}$).

As shown, some parts of the CA area caused a large loss of panther habitat value, while other areas caused less severe impacts.  Impacts were greatest where existing high value panther habitat is slated for residential development.  Minimization of effects (as required under the Endangered Species Act) could be achieved by simply relocating the CA boundaries to avoid the high impact areas shown in Fig. 8 (orange and red areas on the map).

Fig. 9 shows additional areas of habitat loss projected to occur under Scenario 2.  Most of these additional losses are due to possible agricultural intensification projected under Scenario 2.  These additional losses could be avoided/minimized by requiring that current land uses in those areas be maintained (i.e., no intensification in those parts of the Preservation/Plan-Wide Activities that have panther habitat value).

Without changes to the proposed ECMSHCP such as those recommended above, approval of the Plan will result in substantial losses of panther habitat quality scattered over a wide area of the RLSA, as shown in Figs. 8 and 9.

*Impacts to Habitat Connectivity and Dispersal Pathways*

The analysis shown in Figs. 10 and 11 was intended to examine potential impacts to connections between the main body of habitat to the south and the Okaloacoochee Slough and Corkscrew Swamp to the north.  Adverse impacts to these connections may be even more damaging than direct habitat losses in certain areas, because they could block or hinder the movement of panthers between these areas of excellent habitat and impact the potential for panthers to disperse north across the Caloosahatchee River.  Since dispersal of panthers across the Caloosahatchee River is a requirement for recovery, impacts to these pathways will reduce the likelihood of panther recovery.

As shown in Figs. 10 and 11, north-south pathways in the areas of the Camp Keais Strand and Summerlin Swamp within the RLSA may be broken or significantly narrowed by approval of the ECMSHCP.  The model predicts that the northward extension of habitat on the western side of the RLSA (towards the Corkscrew Swamp) will be significantly narrowed and shortened (Fig. 10).  This corridor was already a limited connection, which will be decimated even further by the proposed development.  The fairly strong existing connection to the Okaloacoochee Slough through the eastern side of the RLSA will be completely broken, especially under Scenario 2 (Fig. 11).

Even though adult habitat connections to the north may be broken or narrowed, transient and dispersing panthers, which seem to be more tolerant of low quality habitat, may still be able to find their way north.  However, it is likely that the degraded/reduced habitat along these pathways will adversely impact all north-south panther movements.

17



Figure 8. Losses to adult panther habitat quality (decrease in *P*) that are predicted to occur under the ECMSHCP (Scenario 1). Impacts to habitat are shown in relation to the Covered Activities area in the Plan.

18



Figure 9. Losses to adult panther habitat quality (decrease in *P*) that are predicted to occur under Scenario 2. Impacts to habitat are shown in relation to the additional urban development, agricultural intensification, and new mines projected under this scenario.



Figure 10. (a) Existing north-south panther habitat connection on the western side of the RLSA, between Florida Panther NWR and Corkscrew Swamp. (b) Model predicted changes after implementation of ECMSHCP (Scenario 1). The pathway that adult panthers use has been broken and substantially narrowed (arrows).



Figure 11. (a) Existing north-south panther habitat connection on the eastern side of the RLSA, between Florida Panther NWR and Okaloacoochee Slough.  (b) Model predicted changes after implementation of ECMSHCP as proposed (Scenario 1).  (c)  Model predicted changes after implementation of ECMSHCP with additional plausible intensification (Scenario 2).  The north-south pathway that adult panthers use has been broken in several places and substantially narrowed (arrows). (Legend same as previous figure).

21

DISCUSSION AND CONCLUSIONS

Section 10 of the Endangered Species Act (ESA) regarding Habitat Conservation Plans states that the Secretary shall issue the permit if he finds that the project "will not appreciably reduce the likelihood of survival and recovery of the species in the wild." Thus, the burden is on the USFWS to demonstrate that issuing the permit *will not* appreciably reduce this likelihood. The meaning of "appreciably" as used in the ESA has been the cause of much debate and confusion among wildlife biologists and managers. Webster's New Collegiate Dictionary defines appreciable as "capable of being perceived or measured; perceptible." Whatever meaning for the term is used, the reduction in habitat extent and quality, fragmentation, and erosion of dispersal corridors predicted in this report most certainly rises to that level.

Few would dispute the fact that the amount of available habitat is the most important factor affecting panther survival. It is also obvious that panther recovery is dependent on the ability of panthers, particularly females, to disperse northward to unoccupied habitats north of the Caloosahatchee River. In this analysis of impacts to panther habitat from the ECMSHCP, the best available quantitative modeling techniques were used to quantify (i.e., measure) losses to panther habitat from the proposed project. It was suggested that these habitat losses could be minimized by moving the impact area of the project outside of the zone of panther breeding habitat. Direct habitat losses that remain after moving the impact area should be compensated for by restoring degraded habitat along the fringes of the breeding zone to replace any habitat function lost.

Free movement of panthers north and south is essential for panther recovery. Highways and roads block panther movements and are a major cause of panther mortality. Highway underpasses and fencing are only partly effective in allowing free movement of panthers from one area to another. An analysis of adult panther home ranges shows that, although some panthers do cross highways, most resident, adult panther home ranges adjacent to major highways are limited to one side or the other and do not cross, even if the highway is equipped with underpasses.[5] Even if habitat losses could be minimized as described above, a development the size of the proposed ECMSHCP would necessitate a large network of multilane highways to provide ingress and egress to this large population center(s). These new roads, especially those running east and west, would impede panther movements and affect the size and shape of home ranges, potentially cutting some existing home ranges in two. Increased road kills will also occur. The ECMSHCP does not offer adequate compensation for these adverse road-related impacts, which will undoubtedly occur as a direct result of this Plan, even if substantial investments are made in crossings and underpasses.

Virtually all peer-reviewed publications and reports on panther conservation (e.g., Florida Panther Subteam 2002, Root 2004, Kautz et al. 2006, Frakes et al. 2015) have recommended complete protection and maintenance of habitat function and extent of the remaining primary zone and breeding habitat in order to achieve a viable panther population in south Florida. The following excerpts from Kautz et al. (2006) are clear:

---

[5] Frakes, unpublished analysis. Transient panthers and other wildlife do use highway underpasses and underpasses should always be included in highway designs.

> "The maintenance of existing home ranges and habitat function within the
> Primary Zone is essential to maintaining a viable Florida panther population.
> Assessments of potential impacts of proposed developments within the Primary
> Zone should strive to achieve *no net loss* (emphasis added) of landscape function
> or carrying capacity for panthers within the Primary Zone."

and;

> "Habitat quality, functionality, and availability for panthers must be maintained to
> ensure that no net loss of function or carrying capacity occurs. When adverse land
> uses within the Primary Zone are unavoidable, *affected lands should be
> compensated by the restoration or enhancement of habitat* (emphasis added) that
> maintains or increases the potential carrying capacity for panthers elsewhere
> within the Primary Zone."

Obviously, mere protection of existing agricultural uses, as proposed in the ECMSHCP, does not
compensate, in the sense advised by Kautz et al., for the loss of habitat function and extent
predicted in this study. In fact, the ECMSHCP as written would allow for intensification of uses
within the Preserve/Plan-Wide Activities area (e.g., conversion from pasture to row crops),
resulting in even more uncompensated loss of panther habitat value. In addition, most of the
existing Preserve/Plan-Wide areas would already be protected from most forms of development
by the RLSA policies contained in the Collier County Comprehensive Plan and Land
Development Code. It is clear that the compensation proposed in the Plan amounts to little or no
compensation at all. Meaningful compensation can only be achieved through acquisition and
restoration of degraded lands to a natural landscape that provides a level of habitat function and
extent equivalent to that lost to development. To approve the ECMSHCP without meaningful
compensation (replacement of lost habitat function and extent) would be to ignore the
recommendations of the leading experts in panther conservation (i.e., best available science).

In conclusion, approval of the ECMSHCP by the USFWS would appreciably reduce the
likelihood of survival and recovery of the Florida panther, due to significant habitat loss and
fragmentation. It would result in the direct loss of 68-87 km$^2$ (16,800-21,500 acres) of adult
panther breeding habitat. In addition to the loss of areal extent of habitat, it would reduce the
overall habitat quality within the RLSA by approximately 18-23 percent, and it would damage or
break existing north-south dispersal corridors. Given the infrastructure required to support such
a large human population, other indirect and cumulative impacts, though difficult to predict, will
undoubtedly occur. The ECMSHCP provides little or no meaningful compensation for these
adverse impacts and does not demonstrate minimization and mitigation to the maximum extent
practicable.

## Acknowledgments

The author is grateful to staff of the Conservancy of Southwest Florida (Amber Crooks, Julianne Thomas, and Nicole Johnson), who provided projections of likely changes to road patterns, population densities, and agricultural intensification under the various development scenarios. Dave Onorato of the Florida Fish and Wildlife Conservation Commission provided the GPS telemetry locations used for model validation.  The Conservancy of Southwest Florida provided funding for this project.

## Literature Cited

Florida Fish and Wildlife Conservation Commission (FWC). 2014. Annual report on the research and management of Florida panthers: 2013–2014. Naples: Fish and Wildlife Research Institute & Division of Habitat and Species Conservation.

Florida Panther Subteam of the Multi-species/Ecosystem Recovery Implementation Team. 2002. Landscape Conservation Strategy for the Florida Panther in South Florida. Vero Beach, Florida.

Frakes RA, Belden RC, Wood BE, James FE. 2015. Landscape Analysis of Adult Florida Panther Habitat. PLoS ONE 10(7): e0133044.doi:10.1371/journal.pone.0133044

Kautz R, Kawula R, Hoctor T, Comiskey J, Jansen D, Jennings D, et al. 2006. How much is enough? Landscape-scale conservation for the Florida panther. Biological Conservation 130: 118–133.

Root, K. 2004. Florida panther (*Puma concolor coryi*): Using models to guide recovery efforts. Pages 491-504 *in* HR Akcakaya, M Burgman, O Kindvall, CC Wood, P Sjogren-Gulve, J Hatfield, and M McCarthy (eds). Species Conservation and Management, Case Studies. Oxford University Press, New York, NY.

Stantec. 2015. Eastern Collier Multiple Species Habitat Conservation Plan (ECMSHCP). First Draft. Prepared for Eastern Collier Property Owners and submitted to the U.S. Fish and Wildlife Service by Stantec Consulting Services, April 22, 2015.

U.S. Census Bureau. 2011. TIGER/Line shapefiles of Florida roads. Washington, D.C.: U.S. Census Bureau. http://www.census.gov.

U.S. Fish and Wildlife Service (USFWS). 2012. Panther Habitat Assessment Methodology. South Florida Ecological Services Office home page. https://www.fws.gov/verobeach/ListedSpeciesMammals.html#fp

APPENDIX


Raw Model Outputs for 895 Grid Cells

In the Study Area

| cell | P_before | P_Sc1 | P_Sc2 | cell | P_before | P_Sc1 | P_Sc2 | cell | P_before | P_Sc1 | P_Sc2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9555 | 0.802 | 0.802 | 0.802 | 10700 | 0.854 | 0.152 | 0.08 | 11076 | 0.896 | 0.896 | 0.902 |
| 9556 | 0.848 | 0.848 | 0.848 | 10701 | 0.94 | 0.362 | 0.278 | 11077 | 0.932 | 0.932 | 0.942 |
| 9557 | 0.836 | 0.836 | 0.836 | 10702 | 0.848 | 0.254 | 0.058 | 11078 | 0.89 | 0.89 | 0.89 |
| 9683 | 0.826 | 0.826 | 0.826 | 10703 | 0.856 | 0.856 | 0.856 | 11079 | 0.338 | 0.338 | 0.338 |
| 9684 | 0.852 | 0.852 | 0.852 | 10704 | 0.962 | 0.962 | 0.962 | 11080 | 0.79 | 0.79 | 0.834 |
| 9685 | 0.892 | 0.892 | 0.892 | 10705 | 0.928 | 0.928 | 0.928 | 11081 | 0.994 | 0.994 | 0.994 |
| 9810 | 0.832 | 0.832 | 0.832 | 10706 | 0.968 | 0.968 | 0.968 | 11082 | 0.986 | 0.986 | 0.986 |
| 9811 | 0.84 | 0.84 | 0.84 | 10707 | 0.966 | 0.966 | 0.966 | 11083 | 0.9 | 0.9 | 0.9 |
| 9812 | 0.972 | 0.972 | 0.972 | 10708 | 0.974 | 0.974 | 0.974 | 11084 | 0.98 | 0.98 | 0.98 |
| 9937 | 0.804 | 0.804 | 0.804 | 10709 | 0.986 | 0.986 | 0.986 | 11085 | 0.974 | 0.974 | 0.974 |
| 9938 | 0.918 | 0.918 | 0.918 | 10710 | 0.962 | 0.962 | 0.962 | 11086 | 0.992 | 0.992 | 0.992 |
| 9939 | 0.906 | 0.906 | 0.906 | 10711 | 0.97 | 0.97 | 0.97 | 11087 | 0.996 | 0.996 | 0.996 |
| 10064 | 0.738 | 0.738 | 0.738 | 10712 | 0.982 | 0.982 | 0.982 | 11088 | 0.986 | 0.986 | 0.986 |
| 10065 | 0.93 | 0.93 | 0.93 | 10713 | 0.994 | 0.994 | 0.994 | 11089 | 0.076 | 0.076 | 0.076 |
| 10066 | 0.962 | 0.962 | 0.962 | 10823 | 0.06 | 0.074 | 0.074 | 11090 | 0.914 | 0.914 | 0.914 |
| 10067 | 0.974 | 0.974 | 0.974 | 10824 | 0.916 | 0.344 | 0.344 | 11091 | 0.886 | 0.886 | 0.886 |
| 10068 | 0.944 | 0.944 | 0.944 | 10825 | 0.952 | 0.276 | 0.276 | 11092 | 0.942 | 0.942 | 0.942 |
| 10069 | 0.984 | 0.984 | 0.984 | 10826 | 0.97 | 0.408 | 0.338 | 11093 | 0.248 | 0.248 | 0.248 |
| 10190 | 0.746 | 0.746 | 0.746 | 10827 | 0.962 | 0.962 | 0.962 | 11094 | 0.886 | 0.886 | 0.886 |
| 10191 | 0.984 | 0.984 | 0.984 | 10828 | 0.948 | 0.948 | 0.948 | 11095 | 0.868 | 0.868 | 0.868 |
| 10192 | 0.908 | 0.908 | 0.918 | 10829 | 0.962 | 0.962 | 0.962 | 11191 | 0.11 | 0.088 | 0.044 |
| 10193 | 0.976 | 0.976 | 0.976 | 10830 | 0.972 | 0.972 | 0.972 | 11192 | 0.786 | 0.248 | 0.248 |
| 10194 | 0.922 | 0.922 | 0.922 | 10831 | 0.43 | 0.43 | 0.43 | 11193 | 0.85 | 0.258 | 0.23 |
| 10195 | 0.922 | 0.922 | 0.922 | 10832 | 0.98 | 0.98 | 0.98 | 11194 | 0.772 | 0.204 | 0.18 |
| 10318 | 0.796 | 0.796 | 0.796 | 10833 | 0.868 | 0.868 | 0.868 | 11195 | 0.702 | 0.702 | 0.77 |
| 10319 | 0.976 | 0.976 | 0.976 | 10834 | 0.928 | 0.928 | 0.928 | 11196 | 0.4 | 0.4 | 0.286 |
| 10320 | 0.956 | 0.956 | 0.94 | 10835 | 0.944 | 0.944 | 0.944 | 11197 | 0.846 | 0.532 | 0.532 |
| 10321 | 0.974 | 0.974 | 0.974 | 10836 | 0.968 | 0.968 | 0.968 | 11198 | 0.878 | 0.652 | 0.648 |
| 10322 | 0.856 | 0.856 | 0.856 | 10947 | 0.08 | 0.054 | 0.05 | 11199 | 0.95 | 0.95 | 0.96 |
| 10323 | 0.958 | 0.958 | 0.958 | 10948 | 0.978 | 0.374 | 0.374 | 11200 | 0.92 | 0.92 | 0.92 |
| 10324 | 0.98 | 0.98 | 0.98 | 10949 | 0.96 | 0.106 | 0.106 | 11201 | 0.896 | 0.678 | 0.678 |
| 10325 | 0.996 | 0.996 | 0.996 | 10950 | 0.954 | 0.278 | 0.278 | 11202 | 0.968 | 0.968 | 0.968 |
| 10326 | 0.996 | 0.996 | 0.996 | 10951 | 0.994 | 0.994 | 0.994 | 11203 | 0.674 | 0.674 | 0.244 |
| 10327 | 0.988 | 0.988 | 0.988 | 10952 | 0.99 | 0.99 | 0.99 | 11204 | 0.766 | 0.766 | 0.452 |
| 10446 | 0.8 | 0.254 | 0.13 | 10953 | 0.434 | 0.434 | 0.434 | 11205 | 0.958 | 0.958 | 0.898 |
| 10447 | 0.902 | 0.202 | 0.09 | 10954 | 0.974 | 0.974 | 0.974 | 11206 | 0.966 | 0.966 | 0.964 |
| 10448 | 0.952 | 0.372 | 0.256 | 10955 | 0.972 | 0.972 | 0.972 | 11207 | 0.914 | 0.914 | 0.914 |
| 10449 | 0.966 | 0.548 | 0.53 | 10956 | 0.982 | 0.982 | 0.982 | 11208 | 0.918 | 0.918 | 0.918 |
| 10450 | 0.964 | 0.964 | 0.964 | 10957 | 0.338 | 0.338 | 0.338 | 11209 | 0.124 | 0.124 | 0.124 |
| 10451 | 0.952 | 0.952 | 0.952 | 10958 | 0.952 | 0.952 | 0.952 | 11210 | 0.146 | 0.146 | 0.146 |
| 10452 | 0.96 | 0.96 | 0.96 | 10959 | 0.97 | 0.97 | 0.97 | 11211 | 0.96 | 0.96 | 0.96 |
| 10453 | 0.944 | 0.944 | 0.944 | 10960 | 0.938 | 0.938 | 0.938 | 11212 | 0.982 | 0.982 | 0.982 |
| 10454 | 0.994 | 0.994 | 0.994 | 10961 | 0.978 | 0.978 | 0.978 | 11213 | 0.984 | 0.984 | 0.984 |
| 10455 | 0.978 | 0.978 | 0.978 | 10962 | 0.988 | 0.988 | 0.988 | 11214 | 0.908 | 0.908 | 0.908 |
| 10574 | 0.816 | 0.148 | 0.098 | 10963 | 0.98 | 0.98 | 0.98 | 11215 | 0.83 | 0.83 | 0.83 |
| 10575 | 0.102 | 0.216 | 0.072 | 10964 | 0.972 | 0.972 | 0.972 | 11312 | 0.062 | 0.036 | 0.024 |
| 10576 | 0.786 | 0.208 | 0.082 | 10965 | 0.968 | 0.968 | 0.968 | 11313 | 0.246 | 0.082 | 0.082 |
| 10577 | 0.964 | 0.61 | 0.572 | 10966 | 0.94 | 0.94 | 0.94 | 11314 | 0.892 | 0.076 | 0.068 |
| 10578 | 0.89 | 0.89 | 0.89 | 10967 | 0.978 | 0.978 | 0.978 | 11315 | 0.89 | 0.428 | 0.428 |
| 10579 | 0.024 | 0.024 | 0.024 | 10968 | 0.892 | 0.892 | 0.892 | 11316 | 0.856 | 0.856 | 0.856 |
| 10580 | 0.738 | 0.738 | 0.738 | 10969 | 0.806 | 0.806 | 0.806 | 11317 | 0.302 | 0.302 | 0.302 |
| 10581 | 0.86 | 0.86 | 0.86 | 10970 | 0.716 | 0.716 | 0.716 | 11318 | 0.76 | 0.348 | 0.348 |
| 10582 | 0.97 | 0.97 | 0.97 | 10971 | 0.832 | 0.832 | 0.832 | 11319 | 0.756 | 0.274 | 0.122 |
| 10583 | 0.988 | 0.988 | 0.988 | 10972 | 0.964 | 0.964 | 0.964 | 11320 | 0.666 | 0.222 | 0.094 |
| 10584 | 0.984 | 0.984 | 0.984 | 11070 | 0.036 | 0.046 | 0.048 | 11321 | 0.948 | 0.304 | 0.226 |
| 10585 | 0.972 | 0.972 | 0.972 | 11071 | 0.89 | 0.166 | 0.166 | 11322 | 0.892 | 0.11 | 0.11 |
| 10586 | 0.952 | 0.952 | 0.952 | 11072 | 0.878 | 0.316 | 0.316 | 11323 | 0.964 | 0.366 | 0.362 |
| 10587 | 0.982 | 0.982 | 0.982 | 11073 | 0.762 | 0.17 | 0.186 | 11324 | 0.8 | 0.8 | 0.558 |
| 10699 | 0.088 | 0.104 | 0.104 | 11074 | 0.892 | 0.892 | 0.914 | 11325 | 0.824 | 0.824 | 0.346 |
|  |  |  |  | 11075 | 0.878 | 0.878 | 0.9 | 11326 | 0.976 | 0.976 | 0.754 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11327 | 0.974 | 0.974 | 0.794 | 11575 | 0.836 | 0.33 | 0.33 | 11918 | 0.91 | 0.91 | 0.9 |
| 11328 | 0.906 | 0.906 | 0.704 | 11576 | 0.256 | 0.256 | 0.256 | 11919 | 0.822 | 0.34 | 0.34 |
| 11329 | 0.832 | 0.232 | 0.256 | 11577 | 0.744 | 0.744 | 0.744 | 11920 | 0.786 | 0.314 | 0.316 |
| 11330 | 0.81 | 0.31 | 0.308 | 11578 | 0.766 | 0.766 | 0.766 | 11921 | 0.064 | 0.188 | 0.188 |
| 11331 | 0.938 | 0.436 | 0.452 | 11672 | 0.052 | 0.052 | 0.088 | 11922 | 0.03 | 0 | 0 |
| 11332 | 0.982 | 0.83 | 0.83 | 11673 | 0.042 | 0.042 | 0.09 | 11923 | 0.03 | 0.04 | 0.04 |
| 11333 | 0.984 | 0.984 | 0.984 | 11674 | 0.06 | 0.07 | 0.054 | 11924 | 0.346 | 0.012 | 0.014 |
| 11334 | 0.96 | 0.96 | 0.96 | 11675 | 0.95 | 0.758 | 0.758 | 11925 | 0.104 | 0.244 | 0.036 |
| 11335 | 0.778 | 0.778 | 0.778 | 11676 | 0.98 | 0.72 | 0.72 | 11926 | 0.242 | 0.382 | 0.202 |
| 11336 | 0.62 | 0.62 | 0.62 | 11677 | 0.256 | 0.222 | 0.222 | 11927 | 0.09 | 0.248 | 0.054 |
| 11432 | 0.03 | 0.03 | 0.04 | 11678 | 0.808 | 0.524 | 0.53 | 11928 | 0.122 | 0.122 | 0.006 |
| 11433 | 0.044 | 0.044 | 0.092 | 11679 | 0.794 | 0.794 | 0.84 | 11929 | 0.898 | 0.278 | 0.248 |
| 11434 | 0.05 | 0.04 | 0.028 | 11680 | 0.686 | 0.288 | 0.302 | 11930 | 0.746 | 0.228 | 0.046 |
| 11435 | 0.122 | 0 | 0 | 11681 | 0.004 | 0.006 | 0.002 | 11931 | 0.748 | 0.158 | 0.062 |
| 11436 | 0.28 | 0.112 | 0.104 | 11682 | 0.012 | 0.024 | 0.002 | 11932 | 0.112 | 0.112 | 0.1 |
| 11437 | 0.206 | 0.334 | 0.334 | 11683 | 0.106 | 0.058 | 0.058 | 11933 | 0.84 | 0.84 | 0.84 |
| 11438 | 0.978 | 0.978 | 0.978 | 11684 | 0.738 | 0.056 | 0.068 | 11934 | 0.742 | 0.742 | 0.742 |
| 11439 | 0.94 | 0.784 | 0.784 | 11685 | 0.046 | 0.018 | 0.018 | 11935 | 0.216 | 0.216 | 0.37 |
| 11440 | 0.166 | 0.196 | 0.196 | 11686 | 0.092 | 0.214 | 0.078 | 11936 | 0.172 | 0.172 | 0.28 |
| 11441 | 0.046 | 0.038 | 0.026 | 11687 | 0.166 | 0.298 | 0.008 | 11937 | 0.14 | 0.14 | 0.176 |
| 11442 | 0.078 | 0.024 | 0.02 | 11688 | 0.162 | 0.162 | 0.39 | 11938 | 0.068 | 0.068 | 0.098 |
| 11443 | 0.156 | 0.06 | 0.062 | 11689 | 0.946 | 0.106 | 0.076 | 12035 | 0.038 | 0.014 | 0.008 |
| 11444 | 0.834 | 0.062 | 0.062 | 11690 | 0.918 | 0.226 | 0.046 | 12036 | 0.062 | 0.062 | 0.016 |
| 11445 | 0.882 | 0.15 | 0.148 | 11691 | 0.172 | 0.03 | 0.018 | 12037 | 0.05 | 0.066 | 0.012 |
| 11446 | 0.924 | 0.068 | 0.048 | 11692 | 0.834 | 0.834 | 0.182 | 12038 | 0.76 | 0.34 | 0.22 |
| 11447 | 0.934 | 0.104 | 0.122 | 11693 | 0.79 | 0.666 | 0.308 | 12039 | 0.258 | 0.258 | 0.258 |
| 11448 | 0.95 | 0.158 | 0.158 | 11694 | 0.066 | 0.114 | 0.082 | 12040 | 0.896 | 0.322 | 0.322 |
| 11449 | 0.958 | 0.65 | 0.55 | 11695 | 0.804 | 0.332 | 0.342 | 12041 | 0.716 | 0.142 | 0.142 |
| 11450 | 0.214 | 0.152 | 0.14 | 11696 | 0.746 | 0.746 | 0.104 | 12042 | 0.006 | 0 | 0 |
| 11451 | 0.058 | 0.02 | 0 | 11697 | 0.028 | 0.028 | 0.028 | 12043 | 0.004 | 0.004 | 0.004 |
| 11452 | 0.26 | 0.042 | 0.028 | 11698 | 0.1 | 0.1 | 0.114 | 12044 | 0.018 | 0.008 | 0.008 |
| 11453 | 0.906 | 0.074 | 0.074 | 11794 | 0.1 | 0.068 | 0.046 | 12045 | 0.02 | 0.026 | 0 |
| 11454 | 0.778 | 0.214 | 0.214 | 11795 | 0.942 | 0.26 | 0.26 | 12046 | 0.086 | 0.112 | 0.066 |
| 11455 | 0.954 | 0.696 | 0.696 | 11796 | 0.864 | 0.196 | 0.196 | 12047 | 0.222 | 0.222 | 0.222 |
| 11456 | 0.874 | 0.874 | 0.874 | 11797 | 0.23 | 0.128 | 0.128 | 12048 | 0.128 | 0.128 | 0.196 |
| 11457 | 0.706 | 0.706 | 0.706 | 11798 | 0.93 | 0.472 | 0.472 | 12049 | 0.112 | 0.112 | 0.002 |
| 11458 | 0.152 | 0.152 | 0.152 | 11799 | 0.84 | 0.74 | 0.742 | 12050 | 0.316 | 0.404 | 0.404 |
| 11552 | 0.092 | 0.092 | 0.162 | 11800 | 0.704 | 0.272 | 0.276 | 12051 | 0.89 | 0.362 | 0.35 |
| 11553 | 0.02 | 0.02 | 0.034 | 11801 | 0.074 | 0.076 | 0.042 | 12052 | 0.764 | 0.764 | 0.294 |
| 11554 | 0.092 | 0.028 | 0.012 | 11802 | 0.016 | 0 | 0 | 12053 | 0.67 | 0.67 | 0.264 |
| 11555 | 0.362 | 0.074 | 0.07 | 11803 | 0.02 | 0.046 | 0.046 | 12054 | 0.754 | 0.754 | 0.704 |
| 11556 | 0.916 | 0.468 | 0.468 | 11804 | 0.028 | 0.012 | 0.006 | 12055 | 0.22 | 0.22 | 0.348 |
| 11557 | 0.792 | 0.262 | 0.252 | 11805 | 0.022 | 0.014 | 0.01 | 12056 | 0.768 | 0.768 | 0.5 |
| 11558 | 0.88 | 0.682 | 0.682 | 11806 | 0.014 | 0.05 | 0.05 | 12057 | 0.114 | 0.114 | 0.322 |
| 11559 | 0.77 | 0.552 | 0.56 | 11807 | 0.136 | 0.232 | 0.01 | 12058 | 0.122 | 0.122 | 0.122 |
| 11560 | 0.048 | 0.07 | 0.07 | 11808 | 0.188 | 0.188 | 0.11 | 12059 | 0.112 | 0.112 | 0.164 |
| 11561 | 0.052 | 0.034 | 0.034 | 11809 | 0.844 | 0.228 | 0.066 | 12155 | 0.03 | 0.038 | 0.056 |
| 11562 | 0.006 | 0.032 | 0 | 11810 | 0.762 | 0.034 | 0.03 | 12156 | 0.08 | 0.118 | 0.006 |
| 11563 | 0.072 | 0.068 | 0.066 | 11811 | 0.118 | 0.078 | 0.002 | 12157 | 0.04 | 0.12 | 0.046 |
| 11564 | 0.106 | 0.088 | 0.044 | 11812 | 0.75 | 0.75 | 0.046 | 12158 | 0.188 | 0.188 | 0.188 |
| 11565 | 0.714 | 0.022 | 0 | 11813 | 0.754 | 0.754 | 0.554 | 12159 | 0.192 | 0.192 | 0.192 |
| 11566 | 0.712 | 0.144 | 0.012 | 11814 | 0.664 | 0.664 | 0.664 | 12160 | 0.86 | 0.228 | 0.228 |
| 11567 | 0.834 | 0.11 | 0.004 | 11815 | 0.79 | 0.79 | 0.77 | 12161 | 0.102 | 0.208 | 0.208 |
| 11568 | 0.798 | 0.252 | 0.094 | 11816 | 0.122 | 0.122 | 0.236 | 12162 | 0.006 | 0.002 | 0.002 |
| 11569 | 0.786 | 0.076 | 0.07 | 11817 | 0.084 | 0.084 | 0.108 | 12163 | 0.002 | 0 | 0 |
| 11570 | 0.854 | 0.08 | 0.006 | 11818 | 0.034 | 0.034 | 0.036 | 12164 | 0.012 | 0.008 | 0.008 |
| 11571 | 0.814 | 0.116 | 0.052 | 11914 | 0.028 | 0.022 | 0.024 | 12165 | 0.002 | 0.006 | 0.002 |
| 11572 | 0.768 | 0.256 | 0.208 | 11915 | 0.058 | 0.006 | 0.008 | 12166 | 0.346 | 0.154 | 0.022 |
| 11573 | 0.102 | 0.032 | 0.038 | 11916 | 0.346 | 0.032 | 0.002 | 12167 | 0.074 | 0.08 | 0.118 |
| 11574 | 0.7 | 0.042 | 0.042 | 11917 | 0.66 | 0.34 | 0.204 | 12168 | 0.638 | 0.494 | 0.014 |

28

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12169 | 0.106 | 0.094 | 0.022 | 12413 | 0.95 | 0.95 | 0.856 | 12653 | 0.826 | 0.332 | 0.284 |
| 12170 | 0.91 | 0.91 | 0.91 | 12414 | 0.834 | 0.834 | 0.834 | 12654 | 0.116 | 0.116 | 0.116 |
| 12171 | 0.906 | 0.906 | 0.906 | 12415 | 0.154 | 0.154 | 0.154 | 12655 | 0.228 | 0.228 | 0.228 |
| 12172 | 0.764 | 0.764 | 0.396 | 12416 | 0.148 | 0.148 | 0.148 | 12656 | 0.806 | 0.806 | 0.806 |
| 12173 | 0.686 | 0.686 | 0.166 | 12417 | 0.184 | 0.184 | 0.184 | 12657 | 0.92 | 0.92 | 0.822 |
| 12174 | 0.78 | 0.78 | 0.588 | 12418 | 0.186 | 0.186 | 0.186 | 12658 | 0.926 | 0.926 | 0.758 |
| 12175 | 0.13 | 0.13 | 0.256 | 12419 | 0.87 | 0.87 | 0.87 | 12659 | 0.308 | 0.308 | 0.396 |
| 12176 | 0.11 | 0.11 | 0.296 | 12510 | 0.014 | 0.014 | 0 | 12748 | 0.212 | 0.212 | 0.212 |
| 12177 | 0.046 | 0.046 | 0.03 | 12511 | 0.152 | 0.218 | 0.054 | 12749 | 0.268 | 0.346 | 0.322 |
| 12178 | 0.126 | 0.126 | 0.126 | 12512 | 0.25 | 0.236 | 0.208 | 12750 | 0.234 | 0.338 | 0.26 |
| 12179 | 0.062 | 0.062 | 0.1 | 12513 | 0.058 | 0.028 | 0.004 | 12751 | 0.096 | 0.068 | 0.066 |
| 12274 | 0.056 | 0.056 | 0.034 | 12514 | 0.012 | 0.028 | 0 | 12752 | 0.076 | 0.076 | 0.198 |
| 12275 | 0.03 | 0.062 | 0.016 | 12515 | 0.336 | 0.262 | 0.258 | 12753 | 0.212 | 0.212 | 0.246 |
| 12276 | 0.008 | 0.046 | 0.004 | 12516 | 0.126 | 0.2 | 0.266 | 12754 | 0.33 | 0.33 | 0.574 |
| 12277 | 0.122 | 0.244 | 0.122 | 12517 | 0.114 | 0.366 | 0.366 | 12755 | 0.212 | 0.212 | 0.212 |
| 12278 | 0.188 | 0.188 | 0.248 | 12518 | 0.284 | 0.284 | 0.284 | 12756 | 0.21 | 0.248 | 0.248 |
| 12279 | 0.908 | 0.908 | 0.678 | 12519 | 0.878 | 0.878 | 0.578 | 12757 | 0.15 | 0.25 | 0.246 |
| 12280 | 0.834 | 0.254 | 0.276 | 12520 | 0.218 | 0.266 | 0.124 | 12758 | 0.036 | 0.054 | 0.018 |
| 12281 | 0.222 | 0.16 | 0.202 | 12521 | 0.262 | 0.262 | 0.522 | 12759 | 0.024 | 0.042 | 0.002 |
| 12282 | 0.162 | 0.242 | 0.262 | 12522 | 0.228 | 0.402 | 0.402 | 12760 | 0.008 | 0.036 | 0 |
| 12283 | 0.192 | 0.196 | 0.2 | 12523 | 0.732 | 0.058 | 0.038 | 12761 | 0.636 | 0.23 | 0.21 |
| 12284 | 0.042 | 0.064 | 0.036 | 12524 | 0.688 | 0.04 | 0.038 | 12764 | 0.01 | 0.008 | 0.006 |
| 12285 | 0.022 | 0.034 | 0.018 | 12525 | 0.026 | 0.008 | 0.01 | 12765 | 0.006 | 0.046 | 0.028 |
| 12286 | 0.006 | 0.012 | 0.01 | 12526 | 0.204 | 0 | 0.002 | 12766 | 0.108 | 0.142 | 0.124 |
| 12287 | 0.002 | 0.002 | 0.036 | 12527 | 0.268 | 0.048 | 0.006 | 12767 | 0.234 | 0.138 | 0.15 |
| 12288 | 0.112 | 0.02 | 0.022 | 12528 | 0.01 | 0.016 | 0.01 | 12768 | 0.104 | 0.028 | 0.03 |
| 12289 | 0.024 | 0.044 | 0.044 | 12529 | 0.026 | 0.008 | 0 | 12769 | 0.014 | 0.018 | 0.024 |
| 12290 | 0.124 | 0.188 | 0.188 | 12530 | 0.02 | 0.002 | 0 | 12770 | 0.082 | 0.082 | 0.09 |
| 12291 | 0.912 | 0.532 | 0.492 | 12531 | 0.03 | 0.002 | 0 | 12771 | 0.814 | 0.814 | 0.124 |
| 12292 | 0.822 | 0.822 | 0.668 | 12532 | 0.094 | 0.03 | 0.046 | 12772 | 0.85 | 0.85 | 0.334 |
| 12293 | 0.168 | 0.168 | 0.314 | 12533 | 0.874 | 0.318 | 0.298 | 12773 | 0.228 | 0.228 | 0.228 |
| 12294 | 0.758 | 0.758 | 0.676 | 12534 | 0.11 | 0.11 | 0.11 | 12774 | 0.2 | 0.2 | 0.2 |
| 12295 | 0.244 | 0.244 | 0.244 | 12535 | 0.206 | 0.206 | 0.206 | 12775 | 0.36 | 0.36 | 0.36 |
| 12296 | 0.162 | 0.162 | 0.166 | 12536 | 0.252 | 0.252 | 0.252 | 12776 | 0.92 | 0.92 | 0.92 |
| 12297 | 0.814 | 0.814 | 0.814 | 12537 | 0.94 | 0.94 | 0.94 | 12777 | 0.34 | 0.34 | 0.502 |
| 12298 | 0.73 | 0.73 | 0.73 | 12538 | 0.866 | 0.866 | 0.766 | 12866 | 0.172 | 0.172 | 0.172 |
| 12299 | 0.78 | 0.78 | 0.76 | 12539 | 0.212 | 0.212 | 0.21 | 12867 | 0.768 | 0.332 | 0.276 |
| 12390 | 0.048 | 0.046 | 0.048 | 12630 | 0.092 | 0.202 | 0.138 | 12868 | 0.19 | 0.264 | 0.122 |
| 12391 | 0.098 | 0.054 | 0.052 | 12631 | 0.264 | 0.334 | 0.088 | 12869 | 0.188 | 0.288 | 0.288 |
| 12392 | 0.02 | 0.062 | 0.076 | 12632 | 0.24 | 0.308 | 0.274 | 12870 | 0.264 | 0.264 | 0.318 |
| 12393 | 0.01 | 0.014 | 0.02 | 12633 | 0.006 | 0.04 | 0.01 | 12871 | 0.346 | 0.346 | 0.33 |
| 12394 | 0.034 | 0.022 | 0.018 | 12634 | 0.058 | 0.046 | 0.002 | 12872 | 0.204 | 0.204 | 0.204 |
| 12395 | 0.058 | 0.118 | 0.036 | 12635 | 0.148 | 0.234 | 0.25 | 12873 | 0.2 | 0.2 | 0.2 |
| 12396 | 0.046 | 0.096 | 0.03 | 12636 | 0.2 | 0.2 | 0.398 | 12874 | 0.168 | 0.252 | 0.252 |
| 12397 | 0.176 | 0.206 | 0.206 | 12637 | 0.31 | 0.31 | 0.31 | 12875 | 0.134 | 0.162 | 0.122 |
| 12398 | 0.834 | 0.834 | 0.62 | 12638 | 0.28 | 0.28 | 0.28 | 12876 | 0.018 | 0.002 | 0.006 |
| 12399 | 0.17 | 0.17 | 0.328 | 12639 | 0.21 | 0.328 | 0.306 | 12877 | 0.016 | 0.042 | 0.002 |
| 12400 | 0.074 | 0.056 | 0.062 | 12640 | 0.834 | 0.082 | 0.074 | 12878 | 0.016 | 0.028 | 0.008 |
| 12401 | 0.168 | 0.238 | 0.242 | 12641 | 0.17 | 0.226 | 0.134 | 12879 | 0.07 | 0.096 | 0.122 |
| 12402 | 0.298 | 0.298 | 0.548 | 12642 | 0.22 | 0.22 | 0.172 | 12884 | 0.044 | 0.074 | 0.108 |
| 12403 | 0.128 | 0.26 | 0.26 | 12643 | 0.126 | 0.08 | 0.06 | 12885 | 0.212 | 0.132 | 0.04 |
| 12404 | 0.014 | 0.034 | 0.02 | 12644 | 0.1 | 0.032 | 0.016 | 12886 | 0.064 | 0.016 | 0.006 |
| 12405 | 0.008 | 0.076 | 0.014 | 12645 | 0.008 | 0.034 | 0.02 | 12887 | 0.096 | 0.074 | 0.082 |
| 12406 | 0.02 | 0.032 | 0.02 | 12646 | 0.016 | 0.048 | 0.052 | 12888 | 0.058 | 0.058 | 0.098 |
| 12407 | 0.274 | 0.274 | 0.016 | 12647 | 0.026 | 0.048 | 0.004 | 12889 | 0.684 | 0.684 | 0.138 |
| 12408 | 0.22 | 0.038 | 0.038 | 12648 | 0.054 | 0.116 | 0.03 | 12890 | 0.86 | 0.86 | 0.27 |
| 12409 | 0.052 | 0.008 | 0 | 12649 | 0.044 | 0.074 | 0.074 | 12891 | 0.932 | 0.932 | 0.932 |
| 12410 | 0.04 | 0.04 | 0.032 | 12650 | 0.082 | 0.006 | 0.008 | 12892 | 0.326 | 0.326 | 0.326 |
| 12411 | 0.092 | 0.058 | 0.026 | 12651 | 0.068 | 0.03 | 0.03 | 12893 | 0.344 | 0.344 | 0.344 |
| 12412 | 0.802 | 0.13 | 0.128 | 12652 | 0.106 | 0.028 | 0.03 | 12894 | 0.292 | 0.292 | 0.408 |

| ID | A | B | C | ID | A | B | C | ID | A | B | C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12895 | 0.2 | 0.2 | 0.238 | 13236 | 0.194 | 0.194 | 0.258 | 13578 | 0.84 | 0.84 | 0.596 |
| 12984 | 0.702 | 0.702 | 0.702 | 13237 | 0.03 | 0.03 | 0.088 | 13579 | 0.832 | 0.832 | 0.648 |
| 12985 | 0.18 | 0.368 | 0.352 | 13238 | 0.112 | 0.182 | 0.214 | 13580 | 0.28 | 0.28 | 0.498 |
| 12986 | 0.194 | 0.282 | 0.26 | 13239 | 0.822 | 0.822 | 0.066 | 13581 | 0.196 | 0.264 | 0.412 |
| 12987 | 0.234 | 0.234 | 0.234 | 13240 | 0.788 | 0.788 | 0.764 | 13582 | 0.008 | 0.008 | 0.248 |
| 12988 | 0.186 | 0.186 | 0.186 | 13241 | 0.244 | 0.244 | 0.244 | 13583 | 0.006 | 0.012 | 0.006 |
| 12989 | 0.2 | 0.2 | 0.2 | 13242 | 0.206 | 0.206 | 0.206 | 13584 | 0.002 | 0 | 0.018 |
| 12990 | 0.002 | 0.002 | 0.002 | 13243 | 0.162 | 0.162 | 0.162 | 13585 | 0.01 | 0.004 | 0.004 |
| 12991 | 0.062 | 0.062 | 0.062 | 13244 | 0.746 | 0.746 | 0.456 | 13586 | 0.014 | 0.012 | 0.054 |
| 12992 | 0.164 | 0.164 | 0.25 | 13245 | 0.094 | 0.094 | 0.042 | 13587 | 0.008 | 0.004 | 0.004 |
| 12993 | 0.374 | 0.374 | 0.414 | 13246 | 0.69 | 0.69 | 0.284 | 13588 | 0.004 | 0.006 | 0.006 |
| 12994 | 0.09 | 0.104 | 0.04 | 13247 | 0.716 | 0.716 | 0.332 | 13589 | 0.004 | 0.004 | 0.004 |
| 12995 | 0.142 | 0.142 | 0.118 | 13336 | 0.846 | 0.846 | 0.736 | 13590 | 0 | 0.002 | 0.002 |
| 12996 | 0.316 | 0.316 | 0.404 | 13337 | 0.838 | 0.838 | 0.838 | 13591 | 0.01 | 0.01 | 0.01 |
| 12997 | 0.108 | 0.108 | 0.192 | 13338 | 0.018 | 0.018 | 0.018 | 13592 | 0.024 | 0.044 | 0.026 |
| 13002 | 0.08 | 0.098 | 0.132 | 13339 | 0.858 | 0.858 | 0.55 | 13593 | 0.036 | 0.036 | 0.082 |
| 13003 | 0.094 | 0.03 | 0 | 13340 | 0.318 | 0.318 | 0.538 | 13594 | 0.03 | 0.03 | 0.03 |
| 13004 | 0.04 | 0.02 | 0.004 | 13341 | 0.802 | 0.802 | 0.158 | 13595 | 0.144 | 0.144 | 0.144 |
| 13005 | 0.042 | 0.056 | 0.056 | 13342 | 0.174 | 0.174 | 0.056 | 13596 | 0.844 | 0.844 | 0.844 |
| 13006 | 0.068 | 0.068 | 0.196 | 13343 | 0.174 | 0.174 | 0.3 | 13597 | 0.778 | 0.778 | 0.778 |
| 13007 | 0.634 | 0.634 | 0.178 | 13344 | 0.084 | 0.084 | 0.198 | 13598 | 0.292 | 0.292 | 0.292 |
| 13008 | 0.1 | 0.1 | 0.156 | 13353 | 0 | 0 | 0.01 | 13599 | 0.918 | 0.918 | 0.918 |
| 13009 | 0.156 | 0.156 | 0.156 | 13354 | 0.026 | 0.026 | 0.078 | 13600 | 0.13 | 0.13 | 0.13 |
| 13010 | 0.912 | 0.912 | 0.766 | 13355 | 0.028 | 0.07 | 0.082 | 13601 | 0.08 | 0.08 | 0.032 |
| 13011 | 0.908 | 0.908 | 0.722 | 13356 | 0.044 | 0.046 | 0.086 | 13602 | 0.032 | 0.032 | 0.028 |
| 13012 | 0.822 | 0.822 | 0.372 | 13357 | 0.752 | 0.752 | 0.036 | 13603 | 0.006 | 0.006 | 0.008 |
| 13013 | 0.682 | 0.682 | 0.18 | 13358 | 0.264 | 0.264 | 0.264 | 13697 | 0.822 | 0.822 | 0.13 |
| 13100 | 0.168 | 0.168 | 0.168 | 13359 | 0.126 | 0.126 | 0.126 | 13698 | 0.07 | 0.07 | 0.092 |
| 13101 | 0.194 | 0.194 | 0.194 | 13360 | 0.052 | 0.052 | 0.052 | 13699 | 0.002 | 0.002 | 0.002 |
| 13102 | 0.192 | 0.358 | 0.358 | 13361 | 0.182 | 0.182 | 0.246 | 13700 | 0.032 | 0.032 | 0.032 |
| 13103 | 0.256 | 0.256 | 0.31 | 13362 | 0.764 | 0.764 | 0.476 | 13701 | 0.044 | 0.044 | 0.044 |
| 13104 | 0.864 | 0.864 | 0.664 | 13363 | 0.182 | 0.182 | 0.226 | 13702 | 0.824 | 0.824 | 0.712 |
| 13105 | 0.218 | 0.218 | 0.334 | 13364 | 0.764 | 0.764 | 0.49 | 13703 | 0.782 | 0.782 | 0.646 |
| 13106 | 0.002 | 0.002 | 0.002 | 13365 | 0.092 | 0.092 | 0.122 | 13704 | 0.06 | 0.064 | 0.058 |
| 13107 | 0 | 0 | 0 | 13453 | 0.152 | 0.152 | 0.252 | 13705 | 0.236 | 0.236 | 0.236 |
| 13108 | 0.108 | 0.108 | 0.15 | 13454 | 0.804 | 0.804 | 0.736 | 13706 | 0.236 | 0.226 | 0.016 |
| 13109 | 0.28 | 0.396 | 0.48 | 13455 | 0.782 | 0.782 | 0.782 | 13707 | 0 | 0 | 0.024 |
| 13110 | 0.23 | 0.252 | 0.514 | 13456 | 0.092 | 0.092 | 0.106 | 13708 | 0.028 | 0.038 | 0.036 |
| 13118 | 0.06 | 0.064 | 0.114 | 13457 | 0.204 | 0.204 | 0.478 | 13709 | 0.024 | 0.024 | 0.07 |
| 13119 | 0.112 | 0.04 | 0.062 | 13458 | 0.73 | 0.73 | 0.442 | 13710 | 0.012 | 0.01 | 0.01 |
| 13120 | 0.086 | 0.01 | 0.012 | 13459 | 0.14 | 0.14 | 0.312 | 13711 | 0 | 0.016 | 0.012 |
| 13121 | 0.062 | 0.068 | 0.032 | 13460 | 0.138 | 0.138 | 0.262 | 13712 | 0 | 0 | 0 |
| 13122 | 0.742 | 0.742 | 0.262 | 13461 | 0.14 | 0.14 | 0.23 | 13713 | 0.046 | 0.082 | 0.082 |
| 13123 | 0.718 | 0.718 | 0.676 | 13470 | 0.006 | 0.006 | 0.012 | 13714 | 0.052 | 0.036 | 0.036 |
| 13124 | 0.774 | 0.774 | 0.774 | 13471 | 0.004 | 0.004 | 0.008 | 13715 | 0.01 | 0.008 | 0.008 |
| 13125 | 0.764 | 0.764 | 0.764 | 13472 | 0.02 | 0.042 | 0.03 | 13716 | 0.042 | 0.042 | 0.042 |
| 13126 | 0.89 | 0.89 | 0.692 | 13473 | 0.108 | 0.108 | 0.178 | 13717 | 0.09 | 0.09 | 0.09 |
| 13127 | 0.702 | 0.702 | 0.208 | 13474 | 0.176 | 0.176 | 0.142 | 13718 | 0.17 | 0.17 | 0.17 |
| 13128 | 0.83 | 0.83 | 0.188 | 13475 | 0.304 | 0.304 | 0.304 | 13719 | 0.848 | 0.848 | 0.848 |
| 13129 | 0.066 | 0.066 | 0.03 | 13476 | 0.702 | 0.702 | 0.702 | 13720 | 0.86 | 0.86 | 0.86 |
| 13218 | 0.782 | 0.782 | 0.738 | 13477 | 0.214 | 0.214 | 0.214 | 13721 | 0.92 | 0.92 | 0.92 |
| 13219 | 0.78 | 0.78 | 0.78 | 13478 | 0.288 | 0.288 | 0.38 | 13722 | 0.954 | 0.954 | 0.954 |
| 13220 | 0.124 | 0.124 | 0.124 | 13479 | 0.804 | 0.804 | 0.804 | 13723 | 0.762 | 0.762 | 0.762 |
| 13221 | 0.248 | 0.248 | 0.248 | 13480 | 0.076 | 0.076 | 0.066 | 13724 | 0.742 | 0.742 | 0.624 |
| 13222 | 0.844 | 0.844 | 0.668 | 13481 | 0.762 | 0.762 | 0.098 | 13725 | 0.768 | 0.768 | 0.344 |
| 13223 | 0.198 | 0.198 | 0.086 | 13482 | 0.016 | 0.016 | 0.028 | 13726 | 0.018 | 0.018 | 0.03 |
| 13224 | 0 | 0 | 0 | 13574 | 0.806 | 0.806 | 0.682 | 13820 | 0.058 | 0.054 | 0.04 |
| 13225 | 0 | 0 | 0 | 13575 | 0.896 | 0.896 | 0.844 | 13821 | 0.836 | 0.836 | 0.124 |
| 13226 | 0.042 | 0.042 | 0.1 | 13576 | 0.862 | 0.862 | 0.862 | 13822 | 0.838 | 0.838 | 0.64 |
| 13235 | 0.032 | 0.032 | 0.11 | 13577 | 0.04 | 0.04 | 0.04 | 13823 | 0.002 | 0.002 | 0.002 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13824 | 0.004 | 0.004 | 0.004 | 14065 | 0.888 | 0.42 | 0.414 | | | | |
| 13825 | 0.044 | 0.044 | 0.044 | 14066 | 0.874 | 0.536 | 0.534 | | | | |
| 13826 | 0.252 | 0.286 | 0.286 | 14067 | 0.572 | 0.314 | 0.3 | 14295 | 0.1 | 0.058 | 0.028 |
| 13827 | 0.336 | 0.022 | 0.008 | 14068 | 0.356 | 0.034 | 0.004 | 14296 | 0.192 | 0.15 | 0.074 |
| 13828 | 0 | 0.024 | 0 | 14069 | 0.004 | 0.03 | 0 | 14297 | 0.03 | 0.074 | 0.062 |
| 13829 | 0.002 | 0.008 | 0 | 14070 | 0.004 | 0.012 | 0.006 | 14298 | 0.012 | 0.034 | 0 |
| 13830 | 0 | 0 | 0.014 | 14071 | 0 | 0 | 0 | 14299 | 0.002 | 0.022 | 0.002 |
| 13831 | 0.016 | 0.018 | 0 | 14072 | 0.002 | 0.006 | 0.008 | 14300 | 0.006 | 0.02 | 0.004 |
| 13832 | 0.004 | 0.004 | 0 | 14073 | 0.004 | 0.01 | 0.004 | 14301 | 0.004 | 0.004 | 0.01 |
| 13833 | 0.006 | 0.008 | 0 | 14074 | 0.022 | 0.03 | 0.028 | 14302 | 0.014 | 0.024 | 0 |
| 13834 | 0.012 | 0.038 | 0.042 | 14075 | 0.026 | 0.032 | 0.032 | 14303 | 0.018 | 0.004 | 0 |
| 13835 | 0.018 | 0.018 | 0.018 | 14076 | 0 | 0.01 | 0.01 | 14304 | 0.014 | 0.032 | 0.034 |
| 13836 | 0.01 | 0.01 | 0.01 | 14077 | 0.024 | 0.028 | 0.028 | 14305 | 0 | 0.012 | 0.014 |
| 13837 | 0.006 | 0.006 | 0.006 | 14078 | 0.034 | 0.034 | 0.034 | 14306 | 0.012 | 0.012 | 0.012 |
| 13838 | 0.028 | 0.042 | 0.042 | 14079 | 0.012 | 0.012 | 0.012 | 14307 | 0.008 | 0.008 | 0.008 |
| 13839 | 0.076 | 0.076 | 0.076 | 14080 | 0.664 | 0.664 | 0.664 | 14308 | 0.006 | 0.006 | 0.006 |
| 13840 | 0.8 | 0.8 | 0.8 | 14081 | 0.804 | 0.804 | 0.804 | 14309 | 0.626 | 0.626 | 0.626 |
| 13841 | 0.914 | 0.914 | 0.914 | 14082 | 0.142 | 0.142 | 0.142 | 14310 | 0.646 | 0.646 | 0.646 |
| 13842 | 0.876 | 0.876 | 0.876 | 14083 | 0.19 | 0.19 | 0.19 | 14311 | 0.73 | 0.73 | 0.73 |
| 13843 | 0.244 | 0.244 | 0.244 | 14084 | 0.632 | 0.632 | 0.632 | 14312 | 0.844 | 0.844 | 0.844 |
| 13844 | 0.93 | 0.93 | 0.93 | 14085 | 0.946 | 0.946 | 0.946 | 14313 | 0.896 | 0.896 | 0.896 |
| 13845 | 0.878 | 0.878 | 0.878 | 14086 | 0.368 | 0.368 | 0.368 | 14314 | 0.818 | 0.818 | 0.818 |
| 13846 | 0.76 | 0.76 | 0.76 | 14087 | 0.916 | 0.916 | 0.916 | 14315 | 0.878 | 0.878 | 0.878 |
| 13847 | 0.044 | 0.044 | 0.068 | 14088 | 0.932 | 0.932 | 0.932 | 14316 | 0.838 | 0.838 | 0.838 |
| 13848 | 0.732 | 0.732 | 0.356 | 14089 | 0.96 | 0.96 | 0.96 | 14317 | 0.934 | 0.934 | 0.934 |
| 13849 | 0.718 | 0.718 | 0.64 | 14090 | 0.894 | 0.894 | 0.894 | 14318 | 0.916 | 0.916 | 0.916 |
| 13942 | 0.168 | 0.238 | 0.248 | 14180 | 0.064 | 0.112 | 0.114 | 14319 | 0.83 | 0.83 | 0.83 |
| 13943 | 0.818 | 0.438 | 0.36 | 14181 | 0.678 | 0.074 | 0.016 | 14320 | 0.908 | 0.908 | 0.908 |
| 13944 | 0.856 | 0.844 | 0.844 | 14182 | 0.758 | 0.194 | 0.046 | 14396 | 0.052 | 0.052 | 0.076 |
| 13945 | 0.77 | 0.77 | 0.77 | 14183 | 0.8 | 0.126 | 0.056 | 14397 | 0.032 | 0.016 | 0.014 |
| 13946 | 0.002 | 0.002 | 0.002 | 14184 | 0.086 | 0.108 | 0.08 | 14398 | 0.038 | 0.044 | 0.024 |
| 13947 | 0.208 | 0.208 | 0.208 | 14185 | 0.106 | 0.16 | 0.084 | 14399 | 0.016 | 0.016 | 0.02 |
| 13948 | 0.842 | 0.458 | 0.45 | 14186 | 0.002 | 0.036 | 0.006 | 14400 | 0.05 | 0.058 | 0.04 |
| 13949 | 0.012 | 0.034 | 0 | 14187 | 0.004 | 0.018 | 0 | 14401 | 0.068 | 0.046 | 0.034 |
| 13950 | 0 | 0.022 | 0 | 14188 | 0.004 | 0.01 | 0 | 14402 | 0.008 | 0.018 | 0.018 |
| 13951 | 0.006 | 0.004 | 0.012 | 14189 | 0.006 | 0.014 | 0.01 | 14403 | 0.006 | 0.016 | 0.016 |
| 13952 | 0.004 | 0.004 | 0.02 | 14190 | 0.008 | 0.008 | 0.008 | 14404 | 0.014 | 0.004 | 0.008 |
| 13953 | 0 | 0.002 | 0 | 14191 | 0.016 | 0.024 | 0.03 | 14405 | 0.006 | 0.006 | 0.004 |
| 13954 | 0.006 | 0.012 | 0.002 | 14192 | 0.012 | 0.018 | 0.01 | 14406 | 0.002 | 0.002 | 0.024 |
| 13955 | 0.004 | 0.034 | 0.014 | 14193 | 0.02 | 0.048 | 0.048 | 14407 | 0 | 0.014 | 0 |
| 13956 | 0.012 | 0.022 | 0.02 | 14194 | 0.002 | 0.012 | 0.012 | 14408 | 0.038 | 0.036 | 0.016 |
| 13957 | 0.058 | 0.058 | 0.058 | 14195 | 0 | 0 | 0 | 14409 | 0 | 0.014 | 0.004 |
| 13958 | 0.006 | 0.014 | 0.014 | 14196 | 0.086 | 0.086 | 0.086 | 14410 | 0 | 0 | 0 |
| 13959 | 0.004 | 0.012 | 0.012 | 14197 | 0.032 | 0.032 | 0.032 | 14411 | 0.01 | 0.01 | 0.01 |
| 13960 | 0.096 | 0.112 | 0.112 | 14198 | 0.044 | 0.044 | 0.044 | 14412 | 0.004 | 0.004 | 0.004 |
| 13961 | 0.824 | 0.824 | 0.824 | 14199 | 0.712 | 0.712 | 0.712 | 14413 | 0.004 | 0.004 | 0.004 |
| 13962 | 0.244 | 0.244 | 0.244 | 14200 | 0.788 | 0.788 | 0.788 | 14414 | 0.004 | 0.004 | 0.004 |
| 13963 | 0.884 | 0.884 | 0.884 | 14201 | 0.154 | 0.154 | 0.154 | 14415 | 0.032 | 0.032 | 0.032 |
| 13964 | 0.942 | 0.942 | 0.942 | 14202 | 0.918 | 0.918 | 0.918 | 14416 | 0.692 | 0.692 | 0.692 |
| 13965 | 0.148 | 0.148 | 0.148 | 14203 | 0.88 | 0.88 | 0.88 | 14417 | 0.908 | 0.908 | 0.908 |
| 13966 | 0.892 | 0.892 | 0.892 | 14204 | 0.824 | 0.824 | 0.824 | 14418 | 0.298 | 0.298 | 0.298 |
| 13967 | 0.92 | 0.92 | 0.92 | 14205 | 0.836 | 0.836 | 0.836 | 14419 | 0.202 | 0.202 | 0.202 |
| 13968 | 0.88 | 0.88 | 0.88 | 14206 | 0.916 | 0.916 | 0.916 | 14420 | 0.832 | 0.832 | 0.832 |
| 13969 | 0.83 | 0.83 | 0.83 | 14207 | 0.93 | 0.93 | 0.93 | 14421 | 0.822 | 0.822 | 0.822 |
| 13970 | 0.836 | 0.836 | 0.836 | 14208 | 0.982 | 0.982 | 0.982 | 14422 | 0.858 | 0.858 | 0.858 |
| 13971 | 0.732 | 0.732 | 0.732 | 14209 | 0.89 | 0.89 | 0.89 | 14423 | 0.934 | 0.934 | 0.934 |
| 14061 | 0.062 | 0.088 | 0.026 | 14291 | 0.156 | 0.164 | 0.164 | 14424 | 0.942 | 0.942 | 0.942 |
| 14062 | 0.66 | 0.178 | 0.11 | 14292 | 0.626 | 0.146 | 0.132 | 14425 | 0.966 | 0.966 | 0.966 |
| 14063 | 0.81 | 0.35 | 0.314 | 14293 | 0.144 | 0.118 | 0.11 | TOTALS | 397.576 | 339.538 | 313.032 |
| 14064 | 0.844 | 0.498 | 0.492 | 14294 | 0.08 | 0.092 | 0.064 | | | | |

## CURRICULUM VITAE

### Robert A. Frakes, Ph.D.
2455 Johnston Road
Fort Pierce, FL 34951
772-429-0087 (Home)
Email: frakesr@comcast.net


**EDUCATION:**

*Ph.D. in Environmental Toxicology*
Center for Environmental Toxicology and Department of Veterinary Sciences, Utah State
University, Logan, UT, 1985

*M.S. in Zoology (Animal Ecology)*
Department of Zoology, Washington State University, Pullman, WA, 1978

*B.S. in Biology*
Department of Biology, University of Cincinnati, Cincinnati, OH, 1973

**Graduate Training Fellowship**
*National Institute of Environmental Health Sciences Predoctoral Trainee in Toxicology*
Utah State University, Logan, UT (1981-1985)


**EXPERIENCE:**

*Supervisory Ecologist* (2000-2014)
U.S. Fish and Wildlife Service, South Florida Ecological Services Office, Vero Beach, FL.
Developed food chain and habitat models for endangered species such as the Everglade snail kite
and Florida panther.

*Refuge Manager* (1998-2000)
U.S. Fish and Wildlife Service, Florida Keys National Wildlife Refuges, Big Pine Key, FL.
Worked on conservation and management of nine endangered species in the Florida Keys,
including the Key deer, American crocodile, and Lower Keys marsh rabbit.

*Supervisory Fish and Wildlife Biologist* (1993-1998)
U.S. Fish and Wildlife Service, New Jersey Field Office, Pleasantville, NJ.
Conducted and supervised environmental contaminant studies to assess risks to the bald eagle,
peregrine falcon, and other species.

*State Toxicologist* (1986-1993)
Maine Department of Human Services, Augusta, ME.
Primary authority in Maine state government on toxicology and chemical risk assessment for
humans, fish, and wildlife.

**PEER-REVIEWED PUBLICATIONS:**

Frakes, R.A., R.C. Belden, B.E. Wood and F.E. James. 2015. Landscape analysis of adult Florida panther habitat. *PLoS ONE* 10(7): e0133044.doi:10.1371/journal.pone.0133044.

Hoang, T.C., R.L. Pryor, G.M. Rand, and R.A. Frakes. 2011. Use of butterflies as nontarget insect test species and the acute toxicity and hazard of mosquito control insecticides. *Environmental Toxicology and Chemistry* 30(4): 997-1005.

Hoang, T.C., R.L. Pryor, G.M. Rand, and R.A. Frakes. 2011. Bioaccumulation and toxicity of copper in outdoor freshwater microcosms. *Ecotoxicology and Environmental Safety*: 74(4): 1011-1020.

Hoang, T.C., L.J. Schuler, E.C. Rogevich, P.M. Bachman, G.M. Rand, and R.A. Frakes. 2009. Copper release, speciation, and toxicity following multiple floodings of copper enriched agricultural soils: Implications in Everglades restoration. Water Air Soil Pollut. 199:79-93.

Frakes, R.A., T.A. Bargar and E.A. Bauer. 2008. Sediment copper bioavailability to freshwater snails in south Florida: risk implications for the Everglade snail kite (*Rostrhamus sociabilis plumbeus*). *Ecotoxicology* 17:598-604.

Hoang, T.C., E.C. Rogevich, G.M. Rand, and R.A. Frakes. 2008. Copper uptake and depuration by Florida apple snails (*Pomacea paludosa*): Bioconcentration and bioaccumulation factors. *Ecotoxicology, Vol. 17, pp 605-615.*

Hoang, T.C., E.C. Rogevich, G.M. Rand, P.R. Gardinali, R.A. Frakes and T.A. Bargar. 2008. Copper desorption in flooded agricultural soils and toxicity to the Florida apple snail (*Pomacea paludosa*): Implications in Everglades restoration. *Environmental Pollution, Vol. 154, pp 338-347.*

Frakes, R.A. and L.R. Hicks. 1993. Fungicides, in: *Handbook of Hazardous Materials*, M. Corn, ed. Academic Press, Inc., San Diego, CA.

Frakes, R.A., C.Q.T. Zeeman and B. Mower. 1993. Bioaccumulation of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD) by fish downstream of pulp and paper mills in Maine. *Ecotoxicology and Environmental Safety* 25:244-252.

Frakes, R.A. 1988. Drinking water guideline for ethylenethiourea, a metabolite of ethylene bisdithiocarbamate fungicides. *Regul. Toxicol. Pharmacol*. 8:207-218.

Frakes, R.A., R.P. Sharma, C.C. Willhite and G. Gomez. 1986. Effect of cyanogenic glycosides and protein content in cassava diets on hamster prenatal development. *Fundam. Appl. Toxicol*. 7:191-198.

Frakes, R.A., R.P. Sharma and C.C. Willhite. 1986. Comparative metabolism of linamarin and amygdalin in hamsters. *Food and Chemical Toxicology* 24:417-420.

Frakes, R.A., C.C. Willhite and R.P. Sharma. 1985. Developmental toxicity of the cyanogenic glycoside linamarin in the golden hamster. *Teratology* 31:241-246.

Willhite, C.C., N.L. Rossi, R.A. Frakes and R.P. Sharma. 1985. Cranioschisis aperta with encephaloschisis in cephalothoracopagus hamster twins. *Can. J. Comp. Med.* 49:195-201.

Taylor, M.J., R.A. Frakes, R.P. Sharma and C.C. Willhite. 1984. Comparative pharmacokinetics of trypan blue in female Sprague-Dawley and Long-Evans rats. *Food and Chemical Toxicology* 22(11):875-878.

Frakes, R.A. and R.E. Johnson. 1982. Niche convergence in *Empidonax* flycatchers. *Condor* 84:286-291.

**TECHNICAL REPORTS:**

Frakes, R.A. 2018. Impacts to panther habitat from the proposed Eastern Collier Multiple Species Habitat Conservation Plan: a quantitative analysis. Report prepared for the Conservancy of Southwest Florida, October 2018.

Frakes, R.A., T.A. Bargar, B. Arrington, J.F. Boggs, J. Tutton, and A. Sowers. 2010. Pesticide and nutrient contamination in the Cypress Swamp of the A.R.M. Loxahatchee National Wildlife Refuge. U.S. Fish and Wildlife Service, Vero Beach, FL. July 2010.

Frakes, R.A., T.A. Bargar, B. Arrington, J.F. Boggs, J. Tutton, and A. Sowers. 2010. Pesticide and nutrient contamination in the Strazulla Marsh of the A.R.M. Loxahatchee National Wildlife Refuge. U.S. Fish and Wildlife Service, Vero Beach, FL. July 2010.

Frakes, R.A., E.A. Boughner, J.F. Boggs, J. Tutton, and T.A. Bargar. 2007. Delineation of the nature and extent of contamination at the former NAS Key West Skeet Club on Great White Heron National Wildlife Refuge. U.S. Fish and Wildlife Service, Vero Beach, FL. October 2007.

Bargar, T.A., R.A. Frakes, J.F. Boggs, and E.A. Boughner. 2005. Uptake of copper by apple snails from contaminated sediments in south Florida. Interim report. U.S. Fish and Wildlife Service, Vero Beach, FL. January 2005.

Frakes, R.A. 2004. Ecological risk assessment guidance for wetland restoration on agricultural lands in south Florida. U.S. Fish and Wildlife Service, Vero Beach, FL. August 2004.

Frakes, R.A. 2000. McMurrain Farms ecological risk assessment, summary and recommendations. U.S. Fish and Wildlife Service, Vero Beach, FL. November 2000.

Frakes, R.A. 2000. Derivation of "No-Application Periods" for interim use pesticides. U.S. Fish and Wildlife Service, Vero Beach, FL. April 2000.

USFWS.  1999.  Evaluation of contaminant residues in Delaware Bay bald eagle nestlings, 1996-98.  U.S. Fish and Wildlife Service, Pleasantville, NJ.  January 1999.

Frakes, R.A.  1998.  Preliminary contaminants survey, Naval Air Station Key West Skeet Club.  U.S. Fish and Wildlife Service, Big Pine Key, FL.  October 1998.

USFWS.  1998.  Metals in New Jersey's Pinelands National Reserve sediments, surface water and biota: an emphasis on mercury.  U.S. Fish and Wildlife Service, Pleasantville, NJ.  April 1998.

USFWS and NJDEP.  1998.  Reproductive success and egg contaminant concentrations of southern New Jersey peregrine falcons.  U.S. Fish and Wildlife Service, Pleasantville, NJ.  March 1998.

USFWS.  1996.  Biological opinion on the effects of the U.S. Environmental Protection Agency's approval of the State of New Jersey's Surface Water Quality Standards on the bald eagle, peregrine falcon, and dwarf wedgemussel.  U.S. Fish and Wildlife Service, Pleasantville, NJ.  June, 1996.

USFWS.  1996.  Environmental contaminants impact analysis and ecological risk assessment for the Federal Aviation Administration Technical Center CERCLA sites in Atlantic County, New Jersey.  U.S. Fish and Wildlife Service, Pleasantville, NJ.  April 1996.  (study director).

USFWS and NJDEP.  1995.  Evaluation of contaminant residues in Delaware Bay bald eagle nestlings.  U.S. Fish and Wildlife Service, Pleasantville, NJ.  October 1995.  (study director).

USFWS.  1994.  Evaluation of contaminants in sediments and forage organisms, Cape May National Wildlife Refuge.  Technical assistance report.  U.S. Fish and Wildlife Service, Pleasantville, NJ.  August 1994.  (study director).

Frakes, R.A.  1990.  Health-based water quality criteria for 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD).  Maine Department of Human Services, Augusta, ME.  November 1990.

Frakes, R.A.  1989.  Risk assessment of uncontrolled ash releases from the Maine Energy Recovery Company (MERC) in Biddeford, Maine.  Maine Department of Human Services, Augusta, ME.  January 1989.

Frakes, R.A.  1987.  Maximum Exposure Guideline for ethylenethiourea in drinking water.  Maine Department of Human Services, Augusta, ME.

Frakes, R.A.  1987.  Risk assessment for dioxin-contaminated fish.  Maine Department of Human Services, Augusta, ME.  February 1987.

Frakes, R.A.  1986.  Health risks associated with land-spreading of dioxin-contaminated sludge.  Maine Department of Human Services, Augusta, ME.  June 1986.

**SELECTED TRAINING**

Spatial Distribution, Animal Movement and Home Range Analysis.  National Conservation Training Center, US Fish and Wildlife Service, Shepherdstown, WV (2012).

Data Analysis IIIB:  Species Distribution Modeling Using R.  National Conservation Training Center, US Fish and Wildlife Service, Panama City, FL (December 2009).

Data Analysis IIIA:  Species Distribution Modeling Using R.  National Conservation Training Center, US Fish and Wildlife Service, Panama City, FL (August 2009).

Data Analysis II.  Ecological Modeling Using R.  National Conservation Training Center, US Fish and Wildlife Service, Panama City, FL (July 2009).

GIS Introduction for Conservation Professionals.  National Conservation Training Center, US Fish and Wildlife Service, Vero Beach, FL (2008).

Geostatistical Analysis of Environmental Data.  University of Florida, Gainesville, FL (2006).

Migratory Bird Conservation – A Trust Responsibility.  National Conservation Training Center, US Fish and Wildlife Service.  Taught at Vero Beach, FL, February 5-8, 2007.

Hazardous Waste Operations and Emergency Response (40-hour).  Center for Safety and Environmental Management, Slippery Rock University.  Taught at Vero Beach, FL, May 1-4, 2006.

Endangered Species Act - Section 7 Training: Level 1.  U.S. Fish and Wildlife Service, Vero Beach, FL (2003).

National Environmental Contaminants Training Conference.  Division of Environmental Quality, U.S. Fish and Wildlife Service, Tucson, AR (2003).

National Environmental Contaminants Training Conference.  Division of Environmental Quality, US Fish and Wildlife Service, Fish Camp, CA (2001).

National Environmental Contaminants Training Conference.  Division of Environmental Contaminants, US Fish and Wildlife Service, Branson, MO (1999).

Cold Weather Oil Spill Response.  US Coast Guard, Portland, ME (1996).

Oiled Wildlife Recovery, Reception, and Response.  Tri-State Bird Rescue and Research, Sudbury, MA (1996).

Natural Resource Damage Assessment.  National Conservation Training Center, US Fish and Wildlife Service, Tacoma, WA (1995).

Mid-America Toxicology Course.  Kansas City, MO (1992).

PLOS | ONE

RESEARCH ARTICLE

# Landscape Analysis of Adult Florida Panther Habitat

Robert A. Frakes[1]*, Robert C. Belden[1¤], Barry E. Wood[1], Frederick E. James[2†]

**1** U.S. Fish and Wildlife Service, South Florida Ecological Services Office, 1339 20th Street, Vero Beach, Florida, United States of America, **2** National Park Service, South Florida Natural Resources Center, Everglades National Park, Homestead, Florida, United States of America

† Deceased.
¤ Current address: 22032 SW 15th Avenue, Newberry, Florida, United States of America
* frakesr@comcast.net



CrossMark
click for updates

OPEN ACCESS

**Citation:** Frakes RA, Belden RC, Wood BE, James FE (2015) Landscape Analysis of Adult Florida Panther Habitat. PLoS ONE 10(7): e0133044. doi:10.1371/journal.pone.0133044

**Editor:** Alessio Mortelliti, Fenner School of Environment and Society, AUSTRALIA

**Received:** February 23, 2015

**Accepted:** June 23, 2015

**Published:** July 29, 2015

**Copyright:** This is an open access article, free of all copyright, and may be freely reproduced, distributed, transmitted, modified, built upon, or otherwise used by anyone for any lawful purpose. The work is made available under the Creative Commons CC0 public domain dedication.

**Data Availability Statement:** All relevant data are within the paper and its Supporting Information files, or at the following URLs: Panther telemetry data: http://ocean.floridamarine.org/TRGIS/Description_Layers_terrestrial.htm; panther annual reports: http://www.floridapanthernet.org/index.php/reports/.

**Funding:** The authors received no specific funding for this work.

**Competing Interests:** The authors have declared that no competing interests exist.

## Abstract

Historically occurring throughout the southeastern United States, the Florida panther is now restricted to less than 5% of its historic range in one breeding population located in southern Florida. Using radio-telemetry data from 87 prime-aged (≥3 years old) adult panthers (35 males and 52 females) during the period 2004 through 2013 (28,720 radio-locations), we analyzed the characteristics of the occupied area and used those attributes in a random forest model to develop a predictive distribution map for resident breeding panthers in southern Florida. Using 10-fold cross validation, the model was 87.5 % accurate in predicting presence or absence of panthers in the 16,678 km² study area. Analysis of variable importance indicated that the amount of forests and forest edge, hydrology, and human population density were the most important factors determining presence or absence of panthers. Sensitivity analysis showed that the presence of human populations, roads, and agriculture (other than pasture) had strong negative effects on the probability of panther presence. Forest cover and forest edge had strong positive effects. The median model-predicted probability of presence for panther home ranges was 0.81 (0.82 for females and 0.74 for males). The model identified 5579 km² of suitable breeding habitat remaining in southern Florida; 1399 km² (25%) of this habitat is in non-protected private ownership. Because there is less panther habitat remaining than previously thought, we recommend that all remaining breeding habitat in south Florida should be maintained, and the current panther range should be expanded into south-central Florida. This model should be useful for evaluating the impacts of future development projects, in prioritizing areas for panther conservation, and in evaluating the potential impacts of sea-level rise and changes in hydrology.

## Introduction

The Florida panther (*Puma concolor coryi*) is a subspecies of puma (also called mountain lion or cougar). Pumas were once widely distributed throughout North and South America, but have been extirpated from the eastern United States except for a small breeding population of

Florida panthers in southern Florida (in this paper, we use the term "puma" when referring to the species as a whole and "panther" when referring specifically to the Florida panther subspecies). Panthers, like all pumas, are wide ranging, secretive, and occur at low densities. They require large contiguous areas to meet their social, reproductive, and energetic needs [1], a requirement that is being compromised by rapid development in southern Florida. Panther habitat continues to be lost to urbanization, residential development, conversion to agriculture, and mining [1]. Highways result in loss and fragmentation of habitat, lead to traffic-related panther mortality, and encourage further human development [2]. Urban, suburban, and exurban areas eliminate, fragment, and alter panther habitat and increase the potential for panther-human interactions. The recovery strategy for the Florida panther includes: (1) maintaining, restoring, and expanding the panther population and its habitat in southern Florida; (2) expanding this population into south-central Florida if sufficient habitat exists; (3) establishing at least two additional viable populations within the historic range outside of south and south-central Florida; and (4) facilitating panther recovery through public awareness and education [1]. The keystone to this recovery strategy is the existing panther population in southern Florida. Because habitat loss, degradation, and fragmentation are among the greatest threats to this population, there is a need for land use planning that incorporates panther conservation and recovery.

Several resource selection analyses have been completed to identify habitats selected by panthers in southern Florida. Following the ordering of selection processes suggested by Johnson [3], the majority of these analyses were third order selections (habitat within home ranges) [4–9], 3 were second order selection analyses (home ranges within the range) [6, 7, 10], and only Kautz et al. [7] and Thatcher et al. [10] attempted to analyze the first order selection (range within the region). Kautz et al. [7] identified areas that had been consistently occupied by panthers for 20 years ("Primary Zone"), adjacent areas that would be most likely to be occupied by an expanding panther population ("Secondary Zone"), and areas that would best facilitate dispersal and population expansion north of the Caloosahatchee River ("Dispersal Zone"). Thatcher et al. [10] developed a panther habitat model using the Mahalanobis distance statistic and landscape characteristics within panther home ranges, based on older (mid-1990s) telemetry and landscape data. Since these studies were completed, a great deal of new land use/land cover information and panther telemetry data have become available.

Recovery Action 1.1.4.2. in the Third Revision of the Florida Panther Recovery Plan [1] calls for updating the Kautz et al. [7] map every five years. The objective of this study was to develop a first-order predictive, landscape-scale model based on occurrence data to predict the distribution of Florida panther habitat to meet this requirement. Our study differs from most previous work in that it was intended to examine the large-scale mixture of landscape characteristics where panthers are found, as opposed to distances of panther locations from specific habitat patches, as used in most previous studies. The model will be useful in evaluating the impacts of future development projects, prioritizing areas for panther conservation (e.g., mitigation areas, panther conservation banks, conservation easements, and fee title purchases), identifying areas outside the study area for possible panther reintroductions, and evaluating the potential impacts of sea-level rise and changes in hydrology.

## Methods
### Study area

The study area ([Fig 1a](#)) was located in southwest Florida where the only breeding population of Florida panthers occurs. The study area was designated by drawing an approximate 16-km buffer (roughly the width of an average female home range) around the Primary Zone described by Kautz et al. [7]. This area is bordered on the west and south by the Gulf of Mexico



**Fig 1. Location of the Florida panther study area and major land cover classes.** (a) Main map shows the study area in relation to the Primary Zone, an area of focus by conservation agencies. Inset shows the location of resident adult telemetry points from 2004 through 2013. Breeding panthers do not occur north of the Caloosahatchee River. (b) Geographical distribution of 10 major land cover categories within the study area, used as explanatory variables in the random forest model. Categories were distilled from the Florida Land Use and Cover Classification System (FLUCCS).

doi:10.1371/journal.pone.0133044.g001

and Florida Bay, on the north by the Caloosahatchee River, and on the east by the 16-km buffer drawn around the Primary Zone boundary. Near-shore islands within the 16-km buffer were excluded. The 16,678 km$^2$ study area included most of Everglades National Park, Big Cypress National Preserve, Florida Panther National Wildlife Refuge, Fakahatchee Strand Preserve State Park, and other public lands, as well as thousands of acres of undeveloped land in private ownership. It also contained large agricultural and urbanized areas, the latter including Naples, Fort Myers, and the outskirts of Miami. The study area was divided into 16,678 square kilometer grid cells (1.0 km on each side). This grid size was chosen to account for telemetry error (within 124–230 m [4, 8, 11]) and because of our interest in analyzing panther habitat characteristics at the landscape scale.

## Panther telemetry data

Methods for collecting telemetry locations have been described elsewhere [4, 8, 11]. Our radio-telemetry dataset consisted of all locations collected from February 1981 through June 2014 ($n = 103,828$) as part of ongoing research and monitoring by the Florida Fish and Wildlife Conservation Commission and the National Park Service [12]. During this 33-year monitoring program, 228 panthers were radio-collared and each collared individual was relocated 3 times per week, if possible, during the entire time that it wore a functioning collar. During the time frame of this study (2004–2013), an estimated average of 44% (range 26–62%) of the known population of resident adult panthers was collared and monitored each year, based on annual panther counts by McBride et al. [13]. Of all radio-locations collected, 102,818 locations were within the study area. These data were filtered to the period from January 2004 through December 2013 to be contemporaneous with the data for cover type, roads, human population,

and water depth. To avoid including dependent kittens and young transient males, only data for breeding-age panthers ($\geq$3 years old) [14] were utilized. After applying the above filters, only individuals with $\geq$50 telemetry points were included, in order to reduce the effects of small sample sizes on home range estimates [15]. Home ranges were plotted as 100% minimum convex polygons using the convex hull tool in ArcMap version 10.2.2 (ESRI, Redlands, CA). The final filtered dataset consisted of 87 adult panther home ranges (52 females and 35 males) comprising 28,720 telemetry locations (18,124 for females and 10,596 for males) (Fig 1a). Because of the large number of animals monitored, the frequency of relocations, and the fact that panther home ranges are large and overlap extensively, we felt that areas used and avoided by adult panthers during the 10-year time frame of this study could be accurately identified using these locations within a small margin of error (see below). Therefore, grid cells containing at least one telemetry point from the filtered dataset were classified as "present;" all others were classified as "absent."

## Landscape variables

**Land cover types.**   Vegetation cover types and land uses were obtained from the Florida Land Use and Cover Classification System (FLUCCS) Geographic Information System (GIS) database [16]. There were 76,609 FLUCCS polygons in the study area representing 124 different vegetation cover/land use classes. We combined these into 10 major land cover categories (Table 1). Categories were selected based on our judgment of characteristics important to panthers, such as amount of cover provided (forest, shrub, open), human disturbance (urban, agriculture), or cover types known to be avoided by panthers (open water, saltwater wetlands). Percentages of each of the 10 major land cover categories in each grid cell were calculated using the area tool in ArcMap, and used as explanatory variables in the model.

**Other landscape variables.**   The primary prey species of the Florida panther in southern Florida are white-tailed deer (*Odocoileus virginiana*) and wild hogs (*Sus scrofa*) [17, 18]. The white-tailed deer is an "edge species" and the amount of edge affects both the quality and quantity of deer [19, 20]. Lacking spatial density data for these species, we estimated the amount of forest edge in each grid cell as a possible measure of prey availability (i.e., panther hunting habitat) [21, 22]. Using the 10 cover types described above, we defined forest edge as the line between forest polygons and other cover types considered suitable to form a natural edge.

**Table 1. Land cover categories used as explanatory variables and their extent in the study area.**

| Land cover category | Description | Area (km²) | Percent of study area |
|---|---|---|---|
| **Open fresh- water wetland** | Freshwater marsh, sawgrass, and wet prairies | 5715.9 | 34.3 |
| **Wetland forest** | Includes cypress strands and domes, hydric pine flatwoods, cypress-mixed hardwoods, bay swamps, mixed wetland hardwoods, cypress-pine-cabbage palm, and wet melaleuca | 2457.2 | 14.7 |
| **Agriculture** | Croplands including row crops, field crops, sugar cane, citrus groves, ornamentals | 1610.1 | 9.7 |
| **Saltwater wetland** | Mangrove swamps, saltwater marshes, and tidal flats | 1474.8 | 8.8 |
| **Grassland** | Includes improved and unimproved pastures, and herbaceous (dry) prairies | 1274.5 | 7.6 |
| **Wet shrub** | Mixed wetland shrubs | 1360.2 | 8.2 |
| **Urban** | Residential, developed, industrial, commercial, or disturbed lands | 1158.1 | 6.9 |
| **Upland forest** | Includes pine flatwoods, upland hardwood forest (e.g., oak-cabbage palm), and hardwood-coniferous mixed forest | 895.1 | 5.4 |
| **Open water** | Lakes, reservoirs, rivers, bays, canals | 379.4 | 2.3 |
| **Upland shrub** | Shrub and brushland, palmetto prairies, and mixed rangeland | 351.2 | 2.1 |

doi:10.1371/journal.pone.0133044.t001

Under this definition, polygons classified as urban or agricultural were not considered to be edge-forming. Grasslands and prairies, bodies of fresh water, shrubs, and open freshwater wetlands were counted as edge-forming where they were adjacent to forest. In addition, deer in Florida preferentially use areas where upland forest is adjacent to swamps [23]. Therefore, the edge between upland forest and wetland forest polygons was also counted as forest edge.

We estimated average wet and dry season water depths for the period 1999–2009 for each grid cell of the study area. The wet season was defined as June through October and the dry season as November through May. The value of the water depth variable represented a long-term average water depth for an entire grid cell. A negative depth implied that most of the water table was below the surface, but did not necessarily indicate a completely dry (upland) cell. Similarly, positive values suggested that most, but not necessarily all, of a cell was wetland.

Creating a water depth surface involved subtracting ground surface elevation from a corresponding stage elevation (water level). Daily mean surface water and groundwater data were acquired from the databases of Everglades National Park [24] and the South Florida Water Management District [25]. Gauging stations both within and exterior to the study area were included to minimize boundary or edge effects when generating seasonal water depths. Ground surface elevations for the southeastern portion of the study area were obtained from the U.S. Geological Survey High Accuracy Elevation Data project (HAED) [26]. Topography data for the northwestern portion of the study area were obtained from the U.S. Army Corps of Engineers [27]. Vertical accuracy ranged from +/- 7.5 to +/- 15.0 cm, depending on the source. Generating the average seasonal water depth required interpolating the stage value between the gauging stations, relating each stage value to a corresponding ground surface elevation, subtracting the ground surface elevation from the corresponding stages, and averaging the multiple water depths in each grid cell to produce a single value for each cell (see S1 Text for details).

We calculated average human population density for each cell in the study area using census block data from the 2010 U.S. Census [28]. Census blocks were intersected with the study area grid to obtain an area-weighted average human density for each cell. We calculated the total length of roads in each cell based on the 2011 TIGER/Line shapefiles of Florida roads [29]. Roads classified as four-wheel drive, bike trails, or pedestrian trails were excluded, because we felt that these did not represent enough disturbance to impact panther use of an area.

## Modeling approach

We used random forest (RF) modeling because of demonstrated advantages of RF over other types of statistical classifiers that include: (1) very high classification accuracy; (2) a method of ranking variables according to their importance; (3) the ability to model complex interactions; and (4) RF makes no assumptions about the distribution of predictor or response variables [30]. We tested many different modeling techniques before selecting RF. These included logistic regression, mixed effects logistic regression, generalized additive models (GAM), negative binomial, and Maxent. We also tested both presence-absence and used-available (resource selection function) designs. Although all of these methods produced similar results, we found RF to be more accurate at predicting known panther locations, to be more straightforward to use, and to provide more useful information than the other methods. Because the emphasis of our modeling effort was on prediction rather than explanation, we felt that predictive accuracy was the most important factor on which to base our selection of a modeling technique.

Our model was based on a presence-absence design, in which grid cells lacking a telemetry location were assumed to be absences. Generally, this assumption is potentially invalid because the species could have occurred at the location during the study but was not detected, thus these locations are often referred to as "pseudo-absences" [31]. However, we considered our

panther dataset to be valid (i.e., true absences) and the use of an area by resident adult panthers without being detected highly unlikely. Our reasons for this included the large number of animals monitored (228 total, 87 in this study), long duration of the monitoring program (33 years, 10 years in this study), high frequency of monitoring flights (3 times per week), large size of the cells (1.0 km$^2$), and the fact that panther home ranges overlap extensively. The latter is important because, although not all panthers were radio-collared (only about half during the time frame of this study), it is likely that all areas used by panthers contained some collared individuals. In addition, the total area occupied by resident adult panthers in south Florida is relatively small, and the entire area is surveyed each year by expert trackers using hounds (e.g., [13]). Therefore, we believe that a presence-absence study design is appropriate in this case.

The model was run using the randomForest package in R (version 3.1.1, www.r-project.org). The type of random forest was classification, with 500 classification trees generated at each run, and 3 variables tried at each split. The model included 15 explanatory variables: 10 land cover categories (see Table 1), plus forest edge, dry season water depth, wet season water depth, human population density, and road density. Male and female panthers do not select significantly different habitat [8, 9], and our preliminary modeling showed that building separate models for males and females did not improve model accuracy. Therefore, the model was built using combined male and female occurrence data. Model-predicted probabilities of presence ($P$) were used to classify each grid cell as present (i.e., adult panther habitat) or absent (i.e., non-habitat). We classified a grid cell as "present" when the model-predicted probability of presence was $\geq 0.338$, because at this cutoff point model sensitivity and specificity were equal. Selecting a cutoff threshold where sensitivity equals specificity tends to approximate the observed prevalence of the species in the study area [31].

The RF model was validated using 10-fold cross validation [32]. The training dataset was randomly divided into 10 equal-sized groupings. Nine of the groups (90%) were then combined and used to construct a model, which was used to classify the remaining group. This process was repeated ten times until all of the groups had been classified. Accuracy metrics from this process were compared with the out-of-bag accuracy of the original model. Accuracy metrics calculated included PCC (percent of cells correctly classified), sensitivity (proportion of "present" cells correctly classified), specificity (proportion of "absent" cells correctly classified), kappa (a measure of improvement of classification accuracy above that expected by chance), and AUC (area under the receiver operating characteristic curve) [31].

Sensitivity analysis consisted of plotting the model's response to changes in one predictor while holding the other predictors constant, using the Plotmo library (version 2.2.1) in R. Plotmo's default value for the fixed variables is the median [33]. However, this commonly used approach in which one variable is changed while the others are held at a single value (usually the median or mean) would be inadequate with our model, because some variables had different effects depending on the starting point. For example, increasing some variables might have a negative effect in a landscape that was already good habitat, but a positive effect in poor habitat. Also, assigning all variables a median or mean value was not realistic, because in no case could all variables in a cell be at their central tendency at the same time. In good habitat, beneficial landscape characteristics are high while detrimental ones are low, and vice versa for poor habitat. Therefore, model response to changes in each variable was examined in narrow ranges of $P$ values corresponding to excellent panther habitat ($P = 0.85$–$0.95$), medium habitat ($P = 0.45$–$0.55$), and poor habitat ($P = 0.05$–$0.15$). The subset of observed variable values producing $P$ values within each range was determined. Averages were calculated for each variable for each range, and these served as the fixed value for sensitivity analysis. This allowed for use of realistic combinations of variable values as opposed to simply using median values.


We calculated the mean probability of presence for each panther home range from the *P* values of the grid cells contained within the home range. Mean probability of presence in home ranges were compared using the Wilcoxon rank sum test.

The randomForest package in R provides two measures of variable importance: (1) mean decrease in model accuracy, determined by randomly permuting one predictor variable at a time and determining the resulting loss in model classification accuracy, and (2) the Gini importance, calculated as the mean decrease in node impurity attributed to each predictor variable [34, 35]. Although both methods are presented here, the former is considered to be the more advanced method [34].

## Results

### Landscape variables

GIS analysis of land cover types showed the study area to be predominantly wetlands (Table 1, Fig 1b). Open freshwater wetlands (mostly sawgrass and freshwater marsh) were by far the largest land cover category, representing more than one third of the study area. Wetland forest and wet shrub lands were also important categories concentrated mainly in the center of the study area. Saltwater wetlands, mainly mangrove swamps, bordered the study area on the east and south. Altogether, wetlands made up 66.0% of the study area. In contrast, natural or semi-natural upland areas (upland forest, shrub lands, and grasslands) comprised only about 15.1% of the total. Upland forest, comprising only 5.4%, was scattered in small patches throughout the northern half of the study area. Urban areas predominated in the extreme northwestern (Naples-Ft. Myers area) and southeastern (Miami area) parts of the study area. Agriculture occurred mainly in the northern one-third of the study area, although there was also a large concentration of crop areas on the eastern border of Everglades National Park.

The amount of forest edge in each cell ranged from essentially none in the vast sawgrass wetlands, coastal areas, and agricultural areas, to 17 km per cell in the center of the study area (Fig 2a). Forest edge was not well-correlated ($R^2 = 0.42$) with the total amount of forest cover in a cell, i.e., some areas with low amounts of forest cover might have large amounts of edge, and vice versa.

Average wet and dry season water depths in the study area ranged from -5.2 m (below ground surface) up to +2.6 m above ground. Water depths during the wet season averaged about 0.3 m greater than during the dry season. Wet season and dry season water depths were highly correlated ($R^2 = 0.98$). Nevertheless, we chose to keep both variables in the model because removing one of them resulted in a slight loss in model accuracy. The driest areas occurred in the northern and extreme southeastern portions of the study area, corresponding with the well-drained agricultural and residential land uses in those areas. The highest water depths occurred in the Water Conservation Areas, the Shark River Slough in Everglades National Park, and the coastal bays of southwestern Florida. The center of the study area had mostly intermediate water depths (Fig 2b).

Human population density ranged from uninhabited throughout much of the study area, to upwards of 8,000 people per grid cell ($km^2$) in the densely populated areas in the northwest and southeast corners of the study area (Fig 2c). Road density showed a similar pattern, ranging from roadless in much of the study area to over 18 km of roads per grid cell in some urban areas. However, even the most undeveloped part of the study area is bisected by several major highways including Interstate 75, US 41, and US 29 and also contains many minor roadways (Figs 1a and 2d).



**Fig 2. Landscape characteristics within the study area used as explanatory variables.** (a) amount of forest edge (km/km²); (b) average water depths during the dry season (m); (c) area-weighted average human population density (people/km²); (d) road density (km/km²).

doi:10.1371/journal.pone.0133044.g002

## Model results

Probabilities of panther presence for each grid cell predicted by the model were plotted on a map of the study area (Fig 3a). Adult panther habitat (therefore breeding habitat) was defined as those grid cells classified as "present", i.e., having a probability of presence of adult resident panthers greater than 0.338 (Fig 3b). Using this cutoff point, 5579 km² of breeding habitat were identified within the study area. Areas of high probability of panther presence were, for the most part, concentrated in a single large contiguous block within the central and northwestern part of the study area. A separate, smaller area of predicted panther use occurred in the southwestern portion of the study area within Everglades National Park. Breeding panther presence was not likely in the Water Conservation Areas, Shark River Slough, or the coastal wetlands of southwest Florida.

**Accuracy.** The RF model accurately predicted the presence or absence of adult panthers in the study area. Using a cutoff probability of 0.338, the RF model had an overall accuracy (PCC)



**Fig 3. Probability of presence and adult panther habitat.** (a) Probability of presence (*P*) of resident adult panthers throughout the study area in south Florida, as predicted by the random forest model. (b) Grid cells with *P* > 0.338 are considered to be adult (breeding) panther habitat. Adult panther habitat is shown in relation to the Primary and Secondary Zones.

doi:10.1371/journal.pone.0133044.g003

of 87.7% of cells correctly classified, based on out-of-bag error rates (Table 2). By simple resubstitution of the training data, the RF model correctly classified 99% of the grid cells. Sensitivity and specificity were both equal to the PCC at this cutoff point. The kappa statistic (0.711) and AUC (0.95) both indicated high model accuracy in predicting panther presence within the study area. Ten-fold cross validation accuracy was nearly identical to out-of-bag accuracy for all metrics (Table 2).

**Variable importance.**   The 15 explanatory variables are ranked from highest to lowest importance in Fig 4. Human population density stood out as the most important variable affecting model accuracy, followed by wetland forest. The amount of wetland forest and forest

**Table 2. Accuracy metrics for the Florida panther habitat model.**

| Method of Calculation | PCC[a] | Specificity | Sensitivity | Kappa | AUC[b] |
|---|---|---|---|---|---|
| resubstitution | 98.7 | 98.5 | 99.1 | 0.97 | 1.00 |
| out-of-bag | 87.7 | 87.6 | 87.7 | 0.71 | 0.95 |
| 10-fold cross validation | 87.5 | 87.4 | 87.7 | 0.71 | 0.95 |

[a]Percent correctly classified.
[b]Area under the receiver operating characteristic curve.

doi:10.1371/journal.pone.0133044.t002

PLOS ONE

Florida Panther Habitat



**Fig 4. Variable importance.** Importance was calculated based on mean decrease in model accuracy (black bars) and mean decrease in Gini index (gray bars). Importance scores were standardized relative to the most important variable by each method. Variables are ranked from highest to lowest importance, based on combined scores from the two methods. Wet_For = wetland forest, Pop_Dens = human population density, For_Edge = forest edge, dry_depth = average dry season water depth, wet_depth = average wet season water depth, Wet_Shrub = wetland shrub, Rd_Dens = road density, FW_Wet = open freshwater wetlands, Ag = agricultural, Up_For = upland forest, Grass = grasslands/dry prairies, Water = open water, Up_Shrub = upland shrub, SW_Wet = saltwater wetland.

doi:10.1371/journal.pone.0133044.g004

edge were the most important variables according to the Gini index. The top five variables were the same by both importance measures, although in different order. Using the combined relative importance from the two methods, the order of variable importance was wetland forest > human density > forest edge > dry season water depth > wet season water depth. It is surprising that both water depth variables were included in the top five, even though they were highly collinear. Wetland shrubs, road density, freshwater wetlands, and agricultural use were of medium importance relative to the other variables. The upland cover types (upland forests, grasslands, and upland shrubs) did not score as highly in importance as expected. Along with urban, open water, and saltwater wetlands, these were among the least predictive variables. There was greater variation in importance among the variables based on the Gini index compared with model accuracy. According to the accuracy analysis, all variables contributed somewhat to model accuracy.

**Sensitivity analysis.**  Sensitivity analysis results for six of the most important predictor variables are shown in Fig 5. Small increases in human density were predicted to have a pronounced negative effect on the probability of panther presence ($P$) (Fig 5a). In excellent (high $P$ value) panther habitat, when human density increased from 0 to 10 people per km$^2$, the model predicted a 0.3 decrease in the probability of panther use. At 50 people per km$^2$, $P$ decreased by almost 0.5. Likelihood of use by panthers continued to decrease up to about 140 people per grid cell, at which point further increases in human density had little effect. The human density variable had a similar but less pronounced effect on model outputs in lesser quality habitat. A related variable, road density was another strong negative predictor of panther presence. In medium quality habitat, a cell with no roads was predicted to be about twice as likely to support adult panthers than a cell with 5 km of roads (Fig 5b). Road density had its maximal effect at the middle ranges of $P$, but the effect was similar in all ranges. Since human population and roads generally occur together, the combined impact of increased roads and increased population density in residential developments, even low density developments, is predicted to be large.

The probability of panther presence was positively related to amount of forest edge, peaking at about 8 km of forest edge per cell (Fig 5c). Increasing forest edge from 0 to 8 km produced a corresponding increase of 0.36 in $P$ in good quality panther habitat. The effect was similar but less pronounced in low $P$ ranges. Beyond 8 km of forest edge, no further increase in $P$ was observed. Increasing the amount of wetland forest cover in low quality habitat caused a steady increase in $P$ from 0.21 up to 0.47 (Fig 5d). The increase was fairly constant throughout the entire range of forest coverage from 0 to 100%. The effect was similar at higher $P$ ranges but began to drop off at about 80%.

Agricultural uses other than pasture within a grid cell were predicted to reduce its suitability for panthers, particularly in otherwise good (high $P$) habitat (Fig 5e). Panther presence was most likely when the average water level was just below ground surface. In high quality habitat, $P$ was highest when the average water depth in the dry season was between -2 m and 0 m, and dropped off sharply on either side of this range. Peak probability of presence occurred at -0.6 m average water depth (Fig 5f). Average wet season water depths showed a similar probability profile. The other variables in the model had less profound or inconsistent effects. For example, increasing amounts of shrub (both upland and wetland) were predicted to have a positive effect on poor habitat and a negative effect on good habitat. Upland forest had a consistent positive effect but the maximum gain in $P$ was less than 0.1.

The average probability of presence for each of the 87 panther home ranges was between 0.35 and 0.96, with a median value of 0.81. Except for one male with an unusually large home range, no panther home range had an average $P$ below 0.4. Female panthers selected slightly higher quality habitat than males (p<0.01, Wilcoxon rank sum test) (Fig 6).

PLOS ONE

Florida Panther Habitat



**Fig 5. Sensitivity of model predictions (probability of presence, *P*) to changes in selected explanatory variables.** (a) human population density; (b) road density; (c) forest edge; (d) wetland forest cover; (e) agriculture (other than pasture); (f) average dry season water depth. The response to each variable was examined at high, medium and low ranges of *P*. The *P* range where the variable had its largest effect is shown.

doi:10.1371/journal.pone.0133044.g005



**Fig 6. Average probability of presence in Florida panther home ranges.** Males (open circles): median = 0.74, n = 35; females (solid circles): median = 0.82, n = 52. One male home range (average *P* = 0.35) is not shown.

doi:10.1371/journal.pone.0133044.g006

## Discussion

### Panther habitat

The most important factors determining panther presence or absence in a given cell were (1) the amount of forest cover, (2) human population density, (3) the amount of forest edge, and (4) the average water level (Fig 4). To our knowledge, this is the first model to demonstrate the importance of forest edge and water depth in panther habitat use, although other studies have examined related factors such as forest patch size [5, 7, 9, 36] and water regime (duration of flooding) [10]. A more widely applicable but still accurate model could probably be built based on the above four factors alone. However, with RF modeling when the objective is accurate prediction within the region, as was the case here, there is no compelling reason to reduce the number of variables. Our analysis showed that all variables made some contribution to model accuracy, however slight in some cases.

In the western states, the distribution of cougars is influenced by the amount of topographic heterogeneity and the quantity of forested cover [37], and in south Florida forested habitats have been shown to be important to panthers [4–9, 38], although it is topographically flat [39]. Maehr and Cox [5] and Maehr and Deason [36] asserted that Florida panthers used only forest patches >500 ha in size. However, Kautz et al. [7] and Onorato et al. [9] showed that forest patches of all sizes are used. Results from our study are consistent with the latter in that, related to forest patch size, the amount of forest edge was a highly predictive variable of adult panther presence. Studies by Holmes and Laundré [21] and Laundré and Loxterman [22] suggested that forest edges provide the necessary structural components for successful hunting by pumas, and Laundré and Hernández [40] concluded that use of edge areas allowed a puma to observe deer out in the open and to ambush deer as they moved between open and forest patches.

Other studies have suggested that edge might be an important factor in panther habitat selection [5, 9]. Onorato et al. [9] reported often encountering panther kills in forests adjacent to more open habitats. We hypothesize that the importance of forest edge to panthers in south Florida is primarily as hunting and feeding habitat.

The extent of upland forest in our study area (895 km$^2$) was small, and 333 km$^2$ (37%) of that occurred outside the Primary Zone, in isolated patches surrounded by residential or agricultural land cover types. In addition, many areas used intensively by panthers within the Primary Zone contained very little land cover classified by FLUCCS as upland forest. Therefore, our model did not find upland forest cover to be a major factor in predicting presence of adult panthers on a landscape scale. However, upland forests ranked high in habitats selected *within* panther home ranges [6–9]. Benson et al. [41] found that panthers tended to select upland hardwoods, pinelands, and mixed wet forests for den sites. They suggested that the use of upland forests for denning may be a behavioral mechanism to maximize offspring survival in the flood-prone landscape of south Florida. However, panthers also selected mixed wet forests as den sites, did not avoid cypress swamps, and even denned in freshwater marsh [41]. Previous studies also found that panthers selected cypress swamps [6, 7]. Therefore, the importance of upland forest in panther habitat selection remains unclear, but it is obvious that forest cover in general is an essential element of panther habitat.

A consistent characteristic of panther den sites was extremely dense understory of saw palmetto (*Serenoa repens*), thickets, shrubs, or vines [17, 41]. Benson et al. [41] suggested that hydrology and resulting understory conditions in upland habitat types at least partially explain why pinelands and upland hardwoods were strongly selected by females as den sites. Our model showed that hydrology is indeed one of the most important factors determining the presence of adult panthers. The model indicated that the probability of adult panther presence is greatest when average water levels are just below the surface and drops off rapidly as water depths increase or decrease. Conditions would probably be optimal for the growth of dense understory vegetation when water depths are just below the surface. As water depths increasingly fall below the surface, however, understory vegetation may become less dense and, therefore, less usable to panthers. In addition, the areas within our study area where water depths were well below the surface were often associated with agricultural and urban land cover types.

Human land uses avoided by panthers on the landscape scale are also important in predicting panther presence or absence. Our model indicated that urbanized areas (as represented by human population and/or road density) were strong negative predictors of adult panther presence. The probability of adult panther presence dropped off precipitously as the number of people and roads per unit area increased (Fig 5a and 5b). The conversion of land for urban or agricultural uses eliminates, fragments, and alters panther habitat. Research by Burdett et al. [42] indicated that pumas avoided intensively developed suburban or urban areas, showed a negative response to exurban development (but individual responses were variable), and responded neutrally to rural development (again, individual responses were variable). In our model, agriculture (excluding pasture and rangelands) was of medium importance as a variable and had a pronounced negative effect on panther habitat.

## Comparison with previous landscape model

The boundary of the panther Primary Zone as drawn by Kautz et al. [7] was supported by our model, with a few notable exceptions. The Water Conservation Areas on the east side of the Primary Zone, the Shark River Slough in Everglades National Park, and the long, narrow corridor extending east from the Primary Zone and bisecting the Secondary Zone, do not contain adult panther habitat according to the probabilities assigned to those areas by our model (Fig

3b). These areas probably are used by transient males and fit more closely to the definition of the Secondary Zone [7]. The Shark River Slough portion, although not breeding panther habitat, is nevertheless an important connection between the main subpopulation to the north and the smaller Everglades subpopulation to the south, and thus represents an area that may be essential to panther survival and recovery. This area is currently protected within Everglades National Park, although rising water levels in this region could sever connections between the two subpopulations.

The RF model indicates that 5579 km$^2$ of suitable adult panther habitat remain in southern Florida. Of this, 1399 km$^2$ (25%) is in non-protected private ownership. Of the available breeding habitat, approximately 5232 km$^2$ (93.8%) is contained within the Primary Zone defined by Kautz et al. [7], and 211 km$^2$ (3.8%) is contained within their Secondary Zone. The remaining lands classified as adult habitat by our model (135.8 km$^2$, 2.4%) are disjunct patches outside the Primary and Secondary zones and are seldom used by panthers, except for transient males (Fig 3b).

The Secondary Zone of Kautz et al. [7] is of little value to breeding panthers in its current state (Fig 3). Our model predicted an overall average probability of use of 0.086 for the Secondary Zone, compared with 0.455 for the Primary Zone. The former is much less than the minimum average value of a panther home range (0.352), suggesting that an adult panther could not establish a home range there. Kautz et al. [7] estimated that the effective area of the Secondary Zone is about 34.5% of that in the Primary Zone. In contrast, our model identified only 211 km$^2$ of potential adult habitat in the Secondary Zone, compared with 5232 km$^2$ in the Primary Zone (4.0%). Although containing little suitable habitat for adult, breeding panthers, the Secondary Zone is still important as a refuge for transient, non-breeding panthers. It also provides crucial connectivity to unoccupied areas and has the potential to be restored to more productive habitat.

Our study suggests that changes are needed to current conservation policies and practices for the Florida panther, especially with regard to methodologies for calculating habitat needs and impacts from development. For example, the U.S. Fish and Wildlife Service (USFWS) Panther Habitat Assessment Methodology (see Biological Opinions issued by USFWS since 2003 [43]) under-values the remaining adult habitat by overestimating the value of lands outside the Primary Zone. The USFWS methodology currently assumes lands in the Secondary Zone have a 69% equivalency with those in the Primary Zone. Our model shows that these lands, and a large portion of the Primary Zone itself, are of little value to support a breeding population of Florida panthers. As a result, compensation required by the agency to offset losses due to development has been largely inadequate, because our study suggests that the amount of habitat remaining has been significantly overestimated. Even if all of the adult habitat within southern Florida had the maximum adult density of 2.80 panthers per 100 km$^2$ as reported in Quigley and Hornocker [44], the total population would remain below 240 adults and subadults, a population size thought to be necessary to maintain genetic viability and a high probability of persistence [7]. Coupled with our findings, this indicates that there is not enough adult panther (breeding) habitat remaining in south Florida to maintain one genetically viable population.

## Conclusions

Our study has attempted to identify the remaining adult (breeding) habitat for the Florida panther south of the Caloosahatchee River. This population may already be at or close to carrying capacity, yet the panther population is probably below what is required for long-term genetic viability. Therefore, protection of the remaining breeding habitat in south Florida is essential



to the survival and recovery of the subspecies and should receive the highest priority by regulatory agencies. Further loss of adult panther habitat is likely to reduce the prospects for survival of the existing population, and decrease the probability of natural expansion of the population into south-central Florida. This model is suitable for use by conservation agencies attempting to identify and protect the most valuable panther habitat in south Florida. Because it assigns a numerical "score" (probability of presence) to each square km in the study area, it will help managers to rank and prioritize those areas most important to panther survival. It will also be useful for calculating compensation for the inevitable habitat losses that will occur. One of the strong points of the model is its regional specificity for the unique south Florida landscape. However, it should be used with caution outside south Florida, due to the dominance of wetland habitats there compared to other areas.

## Supporting Information

**S1 Table. Landscape Data for South Florida Study Area.**
(CSV)

**S1 Text. Detailed Water Depth Methodology.**
(DOCX)

## Acknowledgments

Panther telemetry data were provided by the Florida Fish and Wildlife Conservation Commission and the National Park Service. We thank D. Onorato, D. Land, D. Shindle, P. Halupa, M. Knight, K. Dryden, D. Hartley, C. Aubrey, and L. Williams for their helpful comments on earlier drafts of this manuscript. T. Robinson and T. Edwards provided expert technical advice on the random forest models. We thank J. Cooke and S. Glass for GIS assistance. This article is dedicated to the memory of Freddie James, outstanding hydrologist and friend.

*Disclaimer*: The findings and conclusions in this article are those of the authors and do not necessarily represent the views of the U.S. Fish and Wildlife Service.

## Author Contributions

Conceived and designed the experiments: RAF RCB. Performed the experiments: RAF. Analyzed the data: RAF RCB BEW FEJ. Wrote the paper: RAF RCB FEJ. GIS analysis: BEW RAF. Hydrological calculations: FEJ.

## References

1. Fish U.S. and Wildlife Service. Florida panther recovery plan (*Puma concolor coryi*), third revision. Atlanta: U.S. Fish and Wildlife Service; 2008.

2. Schwab AC. The influence of roads on the Florida panther. Thesis, University of South Florida. 2006.

3. Johnson DH. The comparison of usage and availability measurements for evaluating resource preference. Ecology. 1980; 61: 65–71.

4. Belden RC, Frankenberger WB, McBride RT, Schwikert ST. Panther habitat use in southern Florida. Journal of Wildlife Management. 1988; 52: 660–663.

5. Maehr DS, Cox JA. Landscape features and panthers in Florida. Conservation Biology. 1995; 9: 1008–1019.

6. Cox JJ, Maehr DS, Larkin JL. Florida panther habitat use: new approach to an old problem. Journal of Wildlife Management. 2006; 70: 1778–1785.

7. Kautz R, Kawula R, Hoctor T, Comiskey J, Jansen D, Jennings D, et al. How much is enough? Landscape-scale conservation for the Florida panther. Biological Conservation. 2006; 130: 118–133.

8.   Land ED, Shindle DB, Kawula RJ, Benson JF, Lotz MA, Onorato DP. Florida panther habitat selection analysis of concurrent GPS and VHF telemetry data. Journal of Wildlife Management. 2008; 72: 633–639.

9.   Onorato DP, Criffield M, Lotz M, Cunningham M, McBride R, Leone EH, et al. Habitat selection by critically endangered Florida panthers across the diel period: implications for land management and conservation. Animal Conservation. 2011; 14: 196–205.

10.  Thatcher CA, Van Manen FT, Clark JD. A habitat assessment for Florida panther population expansion into central Florida. Journal of Mammalogy. 2009; 90: 918–925.

11.  Dees CS, Clark JD, Van Manen FT. Florida panther habitat use in response to prescribed fire. Journal of Wildlife Management. 2001; 65: 141–147.

12.  Florida Fish and Wildlife Conservation Commission. Annual report on the research and management of Florida panthers: 2013–2014. Naples: Fish and Wildlife Research Institute & Division of Habitat and Species Conservation; 2014.

13.  McBride RT, McBride CE, Sensor R. Synoptic survey of Florida panthers 2011. Annual report submitted to U. S. Fish and Wildlife Service, Agreement #401817G005. Alpine, Texas: Rancher's Supply; 2012.

14.  Logan KA, Sweanor LL. Desert puma: Evolutionary ecology and conservation of an enduring carnivore. Washinton, D.C.: Island Press; 2001.

15.  Seaman DE, Millspaugh JJ, Kernohan BJ, Brundige GC, Raedeke KJ. Effects of sample size on kernel home range estimates. Journal of Wildlife Management. 1999; 63: 739–747.

16.  South Florida Water Management District. 2009 Florida land use and cover classification system. West Palm Beach: South Florida Water Management District. Available: http://my.sfwmd.gov/gisapps/sfwmdxwebdc/dataview.asp?query = unq_id=1813. Accessed 9 Dec 2014.

17.  Maehr DS, Land D, Roof JC, McCown JW. Day beds, natal dens, and activity of Florida panthers. Proceedings of the Annual Conference of Southeast Fish and Wildlife Agencies. 1990; 44: 310–318.

18.  Dalrymple GH, Bass OL Jr. The diet of the Florida panther in Everglades National Park. Bulletin of the Florida Museum of Natural History. 1996; 39: 173–194.

19.  Severinghaus CW, Cheatum EL. Life and times of the white-tailed deer. In: Taylor WP, editor. The deer of North America. Harrisburg: Stackpole and Washington, D.C.: Wildlife Management Institute; 1969. pp. 57–186.

20.  Labisky RG, Boulay MC, Sargent RA, Miller KE, Zultowsky JM. Population dynamics of white-tailed deer in the Big Cypress National Preserve and Everglades National Park. Final report to USDI National Park Service. Gainesville: Department of Wildlife Ecology and Conservation, University of Florida; 1995.

21.  Holmes BR, Laundré JW. Use of open, edge and forest areas by pumas (Puma concolor) in winter: Are pumas foraging optimally? Wildlife Biology. 2006; 12: 201–9.

22.  Laundré JW, Loxterman J. Impact of edge habitat on summer home range size in female pumas. American Midland Naturalist. 2007; 157: 221–229.

23.  Harlow RF, Jones FK Jr. The white-tailed deer in Florida. Tallahassee: Florida Game and Fresh Water Fish Commission Technical Bulletin 9; 1965.

24.  South Florida Natural Resources Center. DataForEVER dataset. Homestead: Everglades National Park. Available: http://www.timriley.net/hydrology/. Accessed 28 Jan 2010.

25.  South Florida Water Management District. DBHYDRO environmental database. Available: http://www.sfwmd.gov/portal/page/portal/xweb environmental monitoring/dbhydro application. Accessed 28 Jan 2010.

26.  U.S. Geological Survey. High Accuracy Elevation Data project (HAED). Available: http://sofia.usgs.gov/exchange/desmond/desmondelev.html. Accessed 28 Jan 2010.

27.  U.S. Army Corps of Engineers. Southwest Florida Feasibility Study (SWFFS). Available: http://www.evergladesplan.org/pm/studies/swfl.aspx. Accessed 28 Jan 2010.

28.  U.S. Census Bureau. Census Blocks, 2010: Florida. 1:24,000. Washington, D.C.: U.S. Census Bureau. Available: http://www.census.gov. Accessed 05 Nov 2014.

29.  U.S. Census Bureau. 2011 TIGER/Line shapefiles of Florida roads. Washington, D.C.: U.S. Census Bureau. Available: http://www.census.gov. Accessed 05 Nov 2014.

30.  Cutler DR, Edwards TC, Beard KH, Cutler A, Hess KT, Gibson J, et al. Random forests for classification in ecology. Ecology. 2007; 88: 2783–2792. PMID: 18051647

31.  Franklin J. Mapping species distributions: spatial inference and prediction. New York: Cambridge University Press; 2009.

32.  Fielding AH, Bell JF. A review of methods for the assessment of prediction errors in conservation presence/absence models. Environmental Conservation. 1997; 24: 38–49.

33. Milborrow S. Plot a model's response while varying the values of the predictors. Available: http://www. milbo.users.sonic.net. 2015.

34. Strobl C, Boulesteix A, Zeileis A, Hothorn T. Bias in random forest variable importance measures: Illustrations, sources and a solution. BMC Bioinformatics. 2007; 8:25. PMID: 17254353

35. Touw WG, Bayjanov JR, Overmars L, Backus L, Boekhorst J, Wels M, et al. Data mining in the life sciences with random forest: a walk in the park or lost in the jungle? Briefings in Bioinformatics. 2012; 14: 315–326. doi: 10.1093/bib/bbs034 PMID: 22786785

36. Maehr DS, Deason JP. Wide-ranging carnivores and development permits: constructing a multi-scale model to evaluate impacts on the Florida panther. Clean Technology Environmental Policy. 2002; 3: 398–406.

37. Riley SJ, Malecki RA. A landscape analysis of cougar distribution and abundance in Montana, USA. Environmental Management. 2001; 28: 317–323. PMID: 11531235

38. Comiskey EJ, Bass OL Jr, Gross LJ, McBride RT, Salinas R. Panthers and forests in south Florida: an ecological perspective. Conservation Ecology. 2002; 6: 18.

39. Duever MJ, Carlson JE, Meeder JF, Duever LC, Gunderson LH, Riopelle LA, et al. The Big Cypress National Preserve. New York: National Audubon Society; 1986.

40. Laundré JW, Hernández L. Winter hunting habitat of pumas (*Puma concolor*) in northwestern Utah and southern Idaho, USA. Wildlife Biology. 2003; 9: 123–129.

41. Benson JF, Lotz MA, Jansen D. Natal den selection by Florida panthers. Journal of Wildlife Management. 2008; 72: 405–410.

42. Burdett CL, Crooks KR, Theobald DM, Wilson KR, Boydston EE, Lyren LM, et al. Interfacing models of wildlife habitat and human development to predict the future distribution of puma habitat. Ecosphere. 2010; 1: 1–21.

43. US Fish and Wildlife Service, South Florida Ecological Services Office home page. Available: http:// www.fws.gov/verobeach/BiologicalOpinions.html

44. Quigley H, Hornocker M. Cougar population dynamics. In: Hornocker M, Negri S, editors. Cougar ecology and conservation. Chicago: The University of Chicago Press; 2010. pp. 59–75.

Global Ecology and Conservation 26 (2021) e01516

Contents lists available at ScienceDirect

# Global Ecology and Conservation

journal homepage: http://www.elsevier.com/locate/gecco



# Location and extent of unoccupied panther (*Puma concolor coryi*) habitat in Florida: Opportunities for recovery



Robert A. Frakes [a, *], Marilyn L. Knight [b]

[a] 2455 Johnston Road, Fort Pierce, FL, 34951, USA
[b] U.S. Fish and Wildlife Service, Virginia Field Office, 6669 Short Lane, Gloucester, VA, 23061, USA

## ARTICLE INFO

*Article history:*
Received 13 November 2020
Received in revised form 20 February 2021
Accepted 22 February 2021

*Keywords:*
Florida panther
Habitat models
Habitat suitability
Random forest
Reintroduction

## ABSTRACT

Breeding Florida panthers (*Puma concolor coryi*) are currently restricted to a small area in southwest Florida south of the Caloosahatchee River. Expansion of their range and numbers is necessary for long-term survival and recovery. We estimated the amount and location of breeding panther habitat still remaining in Florida using a modified version of a published random forest habitat model. Unexpectedly, we found that a large proportion of the state (41%) is still suitable panther habitat. Most of this habitat is concentrated in the Panhandle, Big Bend region, and northern third of the peninsula, although there are also smaller islands of habitat in central Florida, in addition to the occupied range in south Florida. Five large areas with suitable habitat for potential reestablishment of breeding panther populations were identified: Eglin Air Force Base, Apalachicola National Forest and vicinity, Big Bend region and the northwest peninsula, Osceola National Forest and vicinity, and Ocala National Forest. Combined, these areas could theoretically support approximately 499–798 adult and subadult panthers, contributing to or achieving recovery goals. These areas were analyzed with regard to habitat quality and extent, highway density, human residential density, potential for livestock depredations, and amount of protected public lands, and compared with the currently occupied panther range in south Florida. In some cases, the unoccupied areas matched or exceeded the currently occupied panther range with regard to these indicators. We conclude that there is ample suitable habitat remaining in the state of Florida for recovery of the Florida panther. However, due to existing impediments to dispersal and anticipated rapid development in Florida, natural recolonization of unoccupied habitat in north Florida seems unlikely.

© 2021 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

The Florida panther (*Puma concolor coryi*), which once ranged throughout the southeastern United States, is now restricted to a small breeding population in southwest Florida south of the Caloosahatchee River. First listed as endangered in 1967 under the original Endangered Species Preservation Act of 1966 (Federal Register 32(48): 4001) and subsequently receiving Federal protection under the passage of the Endangered Species Act of 1973 (Public Law No. 93−205), the Florida panther was and still remains one of the most critically imperiled large mammals in the world. Although males have been observed at various locations throughout the state, until recent years females apparently did not cross the Caloosahatchee River and no

* Corresponding author.
  *E-mail address:* frakesr@comcast.net (R.A. Frakes).

https://doi.org/10.1016/j.gecco.2021.e01516
2351-9894/© 2021 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

R.A. Frakes, M.L. Knight

Global Ecology and Conservation 26 (2021) e01516

panther reproduction had been documented north of the river since 1973 (Florida Fish and Wildlife Conservation Commission (FWC) 2017a). In the mid-1990s the subspecies was near extinction with around 30 individuals remaining and severe genetic defects due to small population size. The panther was saved from extinction in 1995 by implementation of a successful genetic restoration program (Johnson et al., 2010; Hostetler et al., 2013) in which eight female Texas cougars (*Puma concolor stanleyana*) were released in southwest Florida in order to reverse the effects of inbreeding and small population size. The population has been increasing steadily since genetic restoration and is currently estimated at approximately 120–230 adults and subadults (FWC 2017b), but now may be at or close to the carrying capacity of the existing habitat south of the river (FWC 2015; Frakes et al., 2015). This small population may not be viable in the long term without repeated genetic introgressions (Van de Kerk et al., 2019). The continuous loss of habitat due to development of private lands within the panther range compounds the problem. The human population of south Florida is projected to increase by 68% by 2070 (Carr and Zwick 2016). A large residential development of more than 200,000 residents is currently planned for eastern Collier County that will seriously impact panther habitat and dispersal corridors (Frakes 2018). Therefore, relocation of breeding panthers, through encouraging natural dispersal or through capture and translocation, is necessary to ensure survival of the subspecies. Hope that this is beginning to occur naturally was provided by the discovery of three female panthers north of the river in the last four years, at least one of which mated and produced kittens (FWC 2017a, 2020). However, because of obstacles to dispersal such as the Caloosahatchee River, urban areas, interstate highways, and female panther philopatry, it may be decades before a sufficient number of females can reach unoccupied habitat to the north. Therefore, panther recovery can probably only be accomplished by reintroducing panthers to suitable unoccupied habitat (Thatcher et al., 2006).

The Florida Panther Recovery Plan (USFWS 2008) specifies that two viable populations of at least 240 individuals (adults and subadults) are necessary for downlisting (i.e., changing the panther listing status from endangered to threatened), and three viable, self-sustaining populations of at least 240 individuals are necessary for delisting (i.e., removing the panther from the endangered species list). Recognizing the inherent difficulty of achieving these numbers, the Recovery Plan also established an "interim goal" to achieve and maintain a minimum of 80 individuals (adults and subadults) in each of two reintroduction areas within the historic range and to maintain, restore, and expand the south/south-central Florida subpopulation (USFWS 2008). These recovery goals are based on population viability analyses (PVAs) by Root (2004) and others, summarized by Kautz et al. (2006). The Recovery Plan does not specify where these populations would be located. Although two studies have established the biological feasibility of translocating panthers into northern Florida using Texas cougars as surrogates (Belden and Hagedorn 1993; Belden and McCown 1996), these recovery goals have not been met, or even attempted. The purpose of this study is to identify areas in the state of Florida where sufficient habitat extent and quality still exist in order to achieve the recovery goals as stated in the Florida Panther Recovery Plan.

The basis for this work was a published landscape scale habitat model for the panther in south Florida (Frakes et al., 2015). Unlike the northern two-thirds of the peninsula and the Florida panhandle, the south Florida landscape is heavily dominated by wetlands. Two-thirds of the study area of the south Florida model consisted of various wetland cover types including vast areas of cypress swamps, sawgrass, freshwater marsh, and mangrove swamps. Therefore, the previous model may be biased toward the unusual landscape of south Florida and is of uncertain value for predicting potential panther habitat in other parts of the state (Frakes et al., 2015). In this study, we modified the existing south Florida habitat model to make it more applicable throughout the state, compiled the statewide geospatial data needed to serve as variable inputs, and used the model output to identify focus areas for possible reestablishment of breeding panther populations.

## 2. Methods

The study area consisted of the entire state of Florida, United States. For modeling purposes, the state was overlaid with a one square kilometer grid pattern. This grid size was chosen based on the successful use of this grid size in the south Florida panther habitat model (Frakes et al., 2015). Grid cells that overlapped the state boundary or shoreline were excluded, so that only those contained entirely within the state were used. This process created 143,105 1-km$^2$ grid cells as statistical units.

### 2.1. Landscape variables

Much of the methodology for compiling landscape variables in this study was the same or similar to Frakes et al. (2015), but expanded in scale to cover the entire state of Florida. The statewide land cover layer was obtained from the Florida Geographic Data Library as a shapefile (FGDL 2019). This dataset represents land use and land cover information derived from imagery for the following range of years: 2011–2017. FGDL constructed this layer by merging vegetation cover types and land uses obtained from the Florida Land Use, Cover and Forms Classification System (FLUCCS) Geographic Information System (GIS) databases for the five Florida Water Management Districts (WMD): Northwest Florida WMD (2016), Suwannee River WMD (2017), St. Johns River WMD (2014), Southwest Florida WMD (2011), and South Florida WMD (2016). The minimum mapping unit was 5 acres (2 ha) for uplands and 2 acres (0.8 ha) for wetlands.

There were 1.34 x 10$^6$ FLUCCS polygons in the study area representing 196 different vegetation cover/land use classes. We combined these into 10 major land cover categories (Table 1). Categories were selected based on our judgment of characteristics important to panthers, such as amount of cover provided (forest, shrub, open), human disturbance (urban, agriculture), or cover types known to be avoided by panthers (open water, saltwater wetlands). Percentages of each of the 10

R.A. Frakes, M.L. Knight

Global Ecology and Conservation 26 (2021) e01516

**Table 1**
Land cover categories used as explanatory variables and their extent in Florida.

| Land cover category | Description | Area (km$^2$) | Percent of study area |
| --- | --- | --- | --- |
| **Upland forest**[a] | Includes pine flatwoods, upland hardwood forest (e.g., oak-cabbage palm), and hardwood-coniferous mixed forest | 36531.7 | 25.5 |
| **Urban** | Residential, developed, industrial, commercial, or disturbed lands | 23132.5 | 16.2 |
| **Wetland forest**[a] | Includes cypress strands and domes, hydric pine flatwoods, cypress-mixed hardwoods, bay swamps, mixed wetland hardwoods, cypress-pine-cabbage palm, and wet melaleuca | 22090.3 | 15.4 |
| **Herbaceous upland**[b] | Includes improved and unimproved pastures, and herbaceous (dry) prairies | 16990.2 | 11.9 |
| **Open fresh-water wetland**[b] | Freshwater marsh, sawgrass, and wet prairies | 14479.9 | 10.1 |
| **Agriculture** | Croplands including row crops, field crops, sugar cane, citrus groves, ornamentals | 10977.1 | 7.7 |
| **Open water** | Lakes, reservoirs, rivers, bays, canals | 6755.8 | 4.7 |
| **Wet shrub**[c] | Mixed wetland shrubs | 5158.8 | 3.6 |
| **Upland shrub**[c] | Shrub and brushland, palmetto prairies, and mixed rangeland | 4284.9 | 3.0 |
| **Saltwater wetland** | Mangrove swamps, saltwater marshes, and tidal flats | 2702.1 | 1.9 |

[a-c] Land covers with the same letter were combined for use in the model.

major land cover categories in each grid cell were calculated using the area tool in ArcMap version 10.8 (ESRI, Redlands, CA) and used as explanatory variables in the model.

Several studies have suggested that forest edge is an important factor in panther habitat selection (Laundré and Hernández 2003; Holmes and Laundré 2006; Laundré and Loxterman 2007; Onorato et al., 2011). Edge provides hunting and stalking cover and affects both the quality and quantity of prey (Severinghaus and Cheatum 1956; Labisky et al., 1995). In a previous study, the amount of forest edge was a highly predictive variable of adult panther presence (Frakes et al., 2015). Lacking statewide spatial density data for panther prey species, we estimated the amount of forest edge in each grid cell as a possible measure of prey availability and panther hunting success. Using the landcover data described above, we defined forest edge as the line between forest polygons and other cover types considered suitable to form a natural edge. Grasslands and pastures, shrubs, freshwater wetlands, and bodies of fresh water were counted as edge-forming where they were adjacent to forest. Polygons classified as urban or intensive agriculture were not considered to be edge-forming.

We calculated average human population density for each cell in the study area using census block data from the 2010 U.S. Census (U.S. Census Bureau 2015). [Unfortunately, census data from the 2020 Census was not yet available.] We also calculated the total length of roads in each cell based on the 2018 TIGER/Line shapefiles of Florida roads (U.S. Census Bureau 2020). Roads classified as four-wheel drive, bike and horse trails, or pedestrian trails were excluded.

We derived our hydrology variable from the National Wetlands Inventory (NWI) Florida Wetlands GIS database (USFWS 2020). This shapefile contains polygons representing the extent, locations, and type of wetlands in the state of Florida. Each wetland polygon is assigned a water regime code and description representing the type and duration of flooding and exposure. NWI water regimes have been used in an earlier model as a categorical variable (Thatcher et al., 2009). We assigned a numerical value to each water regime category ranging from 1 (intermittently flooded, usually exposed) to 7 (permanently flooded). Uplands were assigned a value of 0. These values were averaged over a grid cell to produce a continuous "wetness index" variable. The scoring plan used in this calculation is shown in Supplemental Material.

## 2.2. Modeling approach

The statewide adult panther habitat model used in this study was a slightly modified version of a previously published model specific for south Florida (Frakes et al., 2015). Briefly, landscape characteristics in 1-km$^2$ grid cells in south Florida (the only area where Florida panthers occur) were analyzed using the randomForest package in R (Liaw and Wiener 2002) to predict the probability of panther presence ($P$) in each cell. The training dataset consisted of VHF telemetry locations of adult panthers collected by the FWC and the National Park Service from 2004 through 2013 (FWC 2014). Only data for adult, breeding-age panthers ($\geq$3 years old) (Logan and Sweanor 2001) with established home ranges were utilized. This data set comprised 28,720 locations within 87 adult panther home ranges (52 females and 35 males). Methods for collecting telemetry locations have been described elsewhere (Belden et al., 1988; Land et al., 2008). See Frakes et al. (2015) for more details on the modeling approach. It is important to note that the habitat model used in this study predicts the suitability of an area as habitat for adult, breeding panthers. Other areas not classified as adult panther habitat may still be important to transient, dispersing, or immature panthers or as connections between areas of more valuable habitat. In this study, the terms "habitat," "habitat suitability," and "habitat quality" refer to adult, breeding panther habitat only.

The model was modified in the following ways: (1) upland and wetland land cover classes were combined (e.g., wetland forest and upland forest were combined to create a single forest class, and so on for the shrub and herbaceous cover types); and (2) water depth variables were removed and replaced with a single "wetness index" derived from NWI water regime and hydroperiod data (see section 2.1). The first change was made in an attempt to compensate for biases that might be caused by the dominance of wetland cover types in the south Florida landscape compared with other areas of the state (freshwater

R.A. Frakes, M.L. Knight

Global Ecology and Conservation 26 (2021) e01516

wetlands comprised over 57% of the south Florida study area). The second modification was made because, although south Florida has numerous water gauging stations and detailed water depth information is available, similar information is not available for most of the state. However, hydrology has been found to be an important factor influencing panther use of an area (Frakes et al., 2015). Therefore, we replaced the water depth variables with the wetness index described above to perform a similar function in the model. The final form of the modified model expressed in R notation was:

$$randomForest(as.factor(Present) \sim Forest + Shrub + Open + Ag + Urban + Water + SW\_Wet + Rd\_Dens$$
$$+ \ Pop\_Dens + For\_Edge + Wet\_Index),$$

where Present = 1 if panthers were present in a grid cell, 0 if absent; Forest = the fraction of forest cover types comprising a grid cell (and so on for the other cover types); Rd_Dens = km of roads per grid cell (km/km$^2$); Pop_Dens = human population density (people/km$^2$); For_Edge = km of forest edge per grid cell (km/km$^2$); and Wet_Index = an index of the wetness of a cell based on NWI water regime data. Model-predicted probabilities of presence ($P$) were then used to classify each grid cell in the state as adult (breeding) panther habitat or non-habitat. We classified a grid cell as "breeding habitat" when the model-predicted probability of presence was >0.315, because at this cutoff point model sensitivity and specificity were equal (Franklin 2009).

### 2.3. Model accuracy and validation

Accuracy metrics calculated included PCC (percent of cells correctly classified), sensitivity (proportion of "present" cells correctly classified), specificity (proportion of "absent" cells correctly classified), kappa (a measure of improvement of classification accuracy above that expected by chance), and AUC (area under the receiver operating characteristic curve) (Franklin 2009). The random forest model was validated using 10-fold cross validation (Fielding and Bell 1997). Additional model validation was performed using independent GPS telemetry monitoring data (D. Onorato, pers. comm., 2018) of 16 adult panthers (≥3 years old) collected from 2005 to 2012 (42,408 locations). The GPS locations were not part of the training dataset. Using kernel interpolation (ArcMap 10.8 Geostatistical Analyst), a predicted $P$-value was calculated for each GPS location based on the model output raster. Predicted $P$-values >0.315 were considered to be correct predictions.

### 2.4. Focus areas

We used the $P = 0.5$ to $P = 1.0$ contour interval to identify large contiguous areas of high value panther habitat. Contours were determined by converting the vector model output to a smoothed raster using the kernel interpolation tool in the geostatistical analyst extension of ArcMap (version 10.8). Parameters for the smoother were set at bandwidth = 1500 m, function = polynomial5, order of polynomial = 1, ridge = 50. Cell size of the output raster was 100 m. Contours were created from the raster using the contour tool in the spatial analyst extension (ArcMap 10.8). Resulting habitat patches less than the minimum size of a male panther home range (~100 km$^2$) were removed from the map for clarity. The six largest areas of predicted panther habitat (including the currently occupied panther range in southwest Florida) were selected as focus areas for further analysis. The $P > 0.5$ contour should not be thought of as a line between panther habitat and non-habitat. Instead, it is a means of focusing on core areas of high value habitat that may be suitable for reestablishment of additional panther populations. There is a great deal of habitat outside the 0.5 contour that could and would be used by panthers. For example, panther home ranges in south Florida had average $P$-values as low as 0.4 (Frakes et al., 2015).

After selecting the focus areas, we examined several anthropogenic characteristics that we felt would be beneficial or detrimental to efforts to establish panther populations in each area and compared those with the same characteristics in the panther occupied area in south Florida. Vehicle strikes are a major cause of panther mortality (Schwab and Zandbergen 2011), and high densities of highways within an area would clearly be a negative factor. We calculated the total length of primary and secondary roads in each focus area from the 2018 TIGER/Line shapefile of Florida roads (US Census Bureau 2020). This length was divided by the total area of each focus area to obtain the average highway density. A high concentration of human residences would increase the likelihood of panther-human interactions and would also be a negative predictor of reintroduction success. For each focus area, we calculated the total area and percentage classified as a residential land use (FGDL 2019). Similarly, the potential for panther depredations on livestock was examined by calculating the total area and percentage of land classified as pasture within each focus area. Finally, as a positive factor, we calculated the proportion of land within each focus area already being managed for conservation purposes using data from the Florida Natural Areas Inventory (FNAI 2020). A high proportion of public lands would reduce the potential for panther-human conflicts (Thatcher et al., 2006) and make management operations easier. For comparison, the same parameters were calculated for the panther Primary Zone, the main area of focus of panther conservation in south Florida (Kautz et al., 2006).

Recent density estimates for Florida panthers range from 2.5 to 4.0 panthers/100 km$^2$ (FWC 2017b, unpublished data). We multiplied these density figures by the amount of breeding panther habitat predicted by the model in each focus area to obtain an estimate of the size of the adult and subadult panther population that could theoretically be supported in each area. These probably are underestimates (especially at the low end of the range) because the average habitat suitability within the focus areas is generally higher than some parts of the Primary Zone, where the density estimates were obtained.

R.A. Frakes, M.L. Knight

*Global Ecology and Conservation 26 (2021) e01516*

## 3. Results

### 3.1. Landscape variables

The distribution and areal extent of the 10 land cover classes are shown in Table 1 and Fig. 1. Forest cover made up almost 41% of the state. Of this, upland forest was the single largest land cover category at 25%. Most of the forest cover was concentrated in the panhandle and the northern one-third of the peninsula (Fig. 1). Forest cover was relatively sparse in the central peninsula. A large area of wetland forest was evident in southwest Florida where the only population of breeding panthers currently exists. Residential and other urban classes were the second largest land cover category (16.2%), particularly along both coasts. With some exceptions, large urban concentrations were not as evident in the panhandle and northwest



**Fig. 1.** Geographical distribution of 10 major land cover categories within Florida, used as explanatory variables in the statewide random forest model. Categories were distilled from the most recent Florida Land Use and Cover Classification System (FLUCCS) databases of the five water management districts. FW = freshwater.

R.A. Frakes, M.L. Knight

*Global Ecology and Conservation 26 (2021) e01516*

peninsula. The interior of south Florida is not urbanized due to the extensive presence of public land (e.g., Everglades National Park and Big Cypress National Preserve) and agriculture, although sprawl from the west coast cities is rapidly encroaching on the remaining natural lands in private ownership. Upland and wetland herbaceous cover combined to make up about 22% of the state. A large part of the grasslands and prairies consists of improved and unimproved pasture. Pastures and grasslands were most concentrated in central Florida although they are common throughout the state. Herbaceous freshwater wetlands dominate south Florida. A large, contiguous agricultural area consisting mostly of sugar cane fields is evident surrounding the southern half of Lake Okeechobee (Fig. 1).

The geographical distributions of forest edge Fig. A.1, human population density Fig. A.2, road density Fig. A.3, and average water regimes (wetness index) Fig. A.4 are shown in Appendix A.

## 3.2. Model accuracy and validation

Using a cutoff threshold of $P > 0.315$ for classifying a cell as adult panther habitat, the modified model had an overall accuracy (PCC) of 85.8% of cells correctly classified, based on out-of-bag error rates (Table 2). Modification of the original south Florida-specific model reduced overall accuracy by about 2% (PCC = 87.7% for south Florida model, Frakes et al., 2015). By simple resubstitution of the training data, the modified model correctly classified 98% of the training grid cells. Sensitivity and specificity were both equal to the PCC at this cutoff point. The kappa statistic and AUC both indicated excellent model accuracy (Dillon et al., 2011). Ten-fold cross validation accuracy was nearly identical to out-of-bag accuracy for all metrics (Table 2).

Validation using independent GPS data found that 88.6% of adult panther locations were in areas classified by the model as panther habitat. Most of the error (6.1% out of 11.4%) came from six cats in the marginal Everglades subpopulation, where habitat is atypical and confined to a small area separated from the main population in the Big Cypress region. Removing these animals from the GPS data pool increased model sensitivity to 93.5%.

## 3.3. Model output

Model output consisted of the predicted probability of adult panther use (habitat suitability, $P$) for each of the 143,105 cells in the study area, based on the landscape characteristics within each cell. These probabilities were plotted on a map of the state of Florida (Fig. 2). The median $P$-value was 0.216, and one quarter of the cells had a $P$-value $> 0.56$, indicating a great deal of highly suitable panther habitat remaining throughout the state. Using the predetermined threshold of $P > 0.315$, the model classified 59,156 cells (41.3%) as potential panther habitat. Many of these cells are single or in small isolated clusters too small to support breeding panthers. However, several large, contiguous areas of excellent panther habitat were predicted, particularly in the panhandle and northern third of the peninsula. The currently occupied panther range in south Florida was also well-predicted by the model (Fig. 2). Panther habitat was predicted to be more diffuse and of slightly lower quality in central Florida, although there is sufficient habitat there for use by dispersing and some breeding panthers.

## 3.4. Focus areas

Using the interpolation procedure and $P > 0.5$ contour interval as described above, more than 1100 patches of high value panther habitat were generated on the model output surface shown in Fig. 2. Most of these are small, and only patches greater than 100 km$^2$ in area (36 patches) are shown in Fig. 3. Also shown in Fig. 3 are slightly lower value ($P > 0.4$) small habitat patches that may also be important as dispersal corridors or habitat in their own right. We selected the six largest, more or less contiguous extents of high suitability habitat for further analysis as potential breeding panther reestablishment areas. These were (in no particular order): (1) Eglin Air Force Base; (2) the area in and around Apalachicola National Forest; (3) the Big Bend region extending north to the Georgia border and south along the northwest peninsula; (4) the area in and around the Osceola National Forest; (5) the area in and around Ocala National Forest; and (6) the Big Cypress region in south Florida, which is contained within the designated panther conservation area known as the Primary Zone (Fig. 3). The latter is the only one of the six focus areas that is currently occupied by a breeding population of panthers and was included as a standard against which the other focus areas could be measured.

The important characteristics of the six focus areas and the panther Primary Zone are summarized in Table 3. Focus areas ranged in size from approximately 1800 km$^2$ to nearly 8000 km$^2$. All areas contained >90% panther breeding habitat, and all areas had an average $P$-value >0.65, indicating excellent suitability as panther habitat. Three of the five unoccupied areas

**Table 2**
Accuracy metrics for the statewide panther habitat model.

| Method of Calculation | PCC[a] | Specificity | Sensitivity | Kappa | AUC[b] |
|---|---|---|---|---|---|
| **resubstitution** | 98.0 | 97.9 | 98.3 | 0.95 | 1.00 |
| **out-of-bag** | 85.8 | 85.8 | 85.8 | 0.67 | 0.93 |
| **10-fold cross validation** | 85.8 | 85.8 | 85.6 | 0.67 | 0.93 |

[a] Percent correctly classified.
[b] Area under the receiver operating characteristic curve.

R.A. Frakes, M.L. Knight                                    *Global Ecology and Conservation 26 (2021) e01516*



**Fig. 2.** Model-predicted panther habitat suitability ($P$) for 143,105 grid cells (1 km$^2$ each) in Florida. Yellow, orange and red cells represent suitable panther habitat. Breaks between colors were determined by Jenks natural breaks. Inset box shows the statistical distribution of $P$-values in Florida.

(Apalachicola, Big Bend, and Osceola) were approximately equal to the occupied area in overall suitability, while two (Eglin AFB and Ocala) were slightly less. The percentage of publicly owned or managed conservation lands varied considerably among focus areas, from only 24% in Big Bend up to 96% at Eglin AFB. Highway density (primary and secondary roads) was similar across all areas, and the prevalence of residential areas was low (<1%) in all focus areas. Pasture lands made up >4% of the Big Cypress panther-occupied area, but was much lower at all other (unoccupied) focus areas. Two focus areas (Apalachicola and Big Bend) were each predicted to be capable of supporting more panthers than the entire Primary Zone (Table 3).

## 4. Discussion

The importance of forest as a component of Florida panther habitat is well-established (Belden et al., 1988; Maehr and Cox 1995; Land et al., 2008; Onorato et al., 2011; Frakes et al., 2015). Our land cover analysis showed that approximately 40% of the state of Florida is still forested, and more than half of that (25%) is upland forest. In contrast, our south Florida study area contained only 5.4% upland forest and about 20% total forest cover (Frakes et al., 2015). Thus, the state as a whole contains twice as much forest cover and about five times as much upland forest per unit area when compared with the area currently occupied by breeding panthers. Despite rapid population growth and agricultural development in Florida, it is encouraging for panther recovery that there is still almost twice as much forest cover as urban and agriculture (excluding pasture) combined (Table 1).

R.A. Frakes, M.L. Knight    *Global Ecology and Conservation 26 (2021) e01516*



**Fig. 3.** Areas of contiguous high-value potential panther habitat greater than 100 km² in size. Green represents the interpolated contour interval with $P > 0.5$. Blue represents areas with $P > 0.4$. Five of the largest areas were selected as focus areas for breeding panther reestablishment: (1) Eglin Air Force Base; (2) Apalachicola National Forest and surroundings; (3) Big Bend and the northwest peninsula; (4) Osceola National Forest and surroundings; and (5) Ocala National Forest. Currently occupied panther habitat (Big Cypress) and the Primary Zone in south Florida are also shown.

### 4.1. Focus areas

The Apalachicola and Big Bend focus areas stand out as the largest in area (Table 3). Both are approximately twice as large as the equivalent quality of habitat in south Florida (Big Cypress), and the habitat suitability (average *P*-value) of both is nearly identical to the best of the panther-occupied habitat in south Florida. The Apalachicola focus area consists of the Apalachicola National Forest and Tate's Hell State Forest on the eastern side, while the western side is in private ownership. Conservation lands make up about 51% of the total area. The major drawback to the large Big Bend focus area is the lack of publicly-owned conservation lands. Only about 24% of the area consists of managed conservation lands. A large habitat void is evident in the center of Big Bend focus area where several highways converge at Perry, FL, which may represent a panther sink due to vehicular mortality if a breeding panther population becomes established here. A narrow bridge of good habitat connects Big Bend with the Apalachicola area to the west (Fig. 3). These two areas each approach the Primary Zone in size, contain more breeding habitat, and have much higher overall habitat suitability. Density-based calculations suggest that each of these areas could support a larger panther population than the entire Primary Zone (Table 3).

Eglin AFB focus area is unique among the six focus areas in that it consists almost entirely (96%) of public lands under control of the U.S. Air Force. Habitat suitability relative to the other areas is slightly lower, but residential developments and pasture lands are practically non-existent in the area, suggesting minimal potential for adverse human-panther interactions or livestock depredations. In fact, all of the focus areas north of the Caloosahatchee River have lower prevalence of livestock grazing than the Primary Zone and Big Cypress areas (Table 3), where cattle depredations have sometimes been a problem (Jacobs and Main 2015). Even though relatively small in size, the high proportion of public land and low potential for conflict

R.A. Frakes, M.L. Knight

**Table 3**
Characteristics of importance to panther reestablishment in each focus area compared with the current panther range.

| Focus Area | Total Area km$^2$ | Breeding Habitat km$^2$ | % | Avg. Habitat Suitability P | Conservation Lands km$^2$ | % | Total Highways km | Highway Density km per 100 km$^2$ | Residential Areas km$^2$ | % | Pasture Lands km$^2$ | % | No. of Panthers That Area Could Support[a] min | max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eglin AFB | 1834.9 | 1673.9 | 91.2 | 0.652 | 1765.9 | 96.2 | 125.7 | 6.8 | 1.8 | 0.10 | 0.1 | 0.01 | 42 | 67 |
| Apalachicola | 7057.0 | 6673.6 | 94.6 | 0.764 | 3624.3 | 51.4 | 410.1 | 5.8 | 44.0 | 0.62 | 14.9 | 0.21 | 167 | 267 |
| Big Bend-NW Peninsula | 7956.2 | 7597.3 | 95.5 | 0.768 | 1917.7 | 24.1 | 566.4 | 7.1 | 56.2 | 0.71 | 123.7 | 1.56 | 190 | 304 |
| Osceola | 2367.4 | 2263.8 | 95.6 | 0.779 | 1198.6 | 50.6 | 128.1 | 5.4 | 4.1 | 0.17 | 3.3 | 0.14 | 57 | 91 |
| Ocala | 1793.3 | 1724.7 | 96.2 | 0.699 | 1591.6 | 88.8 | 83.8 | 4.7 | 9.7 | 0.54 | 4.8 | 0.26 | 43 | 69 |
| Big Cypress[b] | 3630.5 | 3540.1 | 97.5 | 0.779 | 3011.0 | 82.9 | 233.8 | 6.4 | 3.2 | 0.09 | 151.3 | 4.17 | 89 | 142 |
| Primary Zone[b] | 9188.9 | 5264.6 | 57.3 | 0.446 | 7235.1 | 78.7 | 366.3 | 4.0 | 48.4 | 0.53 | 509.1 | 5.54 | 132 | 211 |

[a] Based on a minimum density of 2.5 and a maximum of 4.0 panthers per 100 km$^2$ of breeding habitat.
[b] Current breeding panther range. The Big Cypress focus area represents the highest value habitat within the Primary Zone.

Global Ecology and Conservation 26 (2021) e01516

R.A. Frakes, M.L. Knight Global Ecology and Conservation 26 (2021) e01516

with humans suggests that this area should be seriously considered as a potential reintroduction site. We estimated that the Eglin AFB focus area could support about 42−67 panthers (Table 3).

The 2367 km$^2$ Osceola focus area is centered on the Osceola National Forest and also contains the Bethea State Forest and Pinhook Swamp and Suwannee River conservation areas (about 51% in managed conservation lands). Its value as a potential panther reintroduction area is enhanced by the huge expanse of Okefenokee Swamp National Wildlife Refuge immediately to the north in Georgia. Unfortunately, Interstate 10 passes through the southern end but otherwise major highways are scarce in this area. This area contains very high value panther habitat, identical in *P*-value to the best habitat in south Florida (Big Cypress) (Table 3). Assuming a high panther density, this area could serve as one of the two "interim goal" reintroduction areas of 80 individuals recommended in the recovery plan. Decades ago, this area was chosen as the location of a translocation feasibility study and was recommended as the best choice for establishing an additional panther population in Florida (Belden and Hagedorn 1993).

The Ocala focus area consists primarily of the Ocala National Forest and also includes the Lake George State Forest, the Lake Woodruff National Wildlife Refuge, and other conservation lands. Although it is the smallest of the focus areas, it has the advantage of a high proportion of public lands, which combined make up 88.8% of the total area. Panther habitat suitability, although very good, is somewhat less than the other focus areas (except Eglin AFB) (Table 3). This may be due, at least in part, to the low amount of forest edge in the nearly continuous pine forest habitat (Appendix Fig. A1). Although two major highways cross this focus area from north to south and east to west, the Ocala focus area has the lowest highway density of all focus areas.

### 4.2. Prospects for recovery

Biologically, recovery of the Florida panther is achievable. According to our habitat model, millions of hectares of suitable, unoccupied habitat remain within the state of Florida alone. The primary factor preventing these areas from being reclaimed naturally by panthers is the reluctance of females to cross the Caloosahatchee River and move to areas to the north. Although panther numbers have increased dramatically since genetic restoration in 1995, the subspecies' range remains restricted to the same small area in southwest Florida. Exacerbating this lack of progress towards panther range expansion, the remaining panther habitat on private lands in south Florida is being lost to development at an alarming rate. This loss of panther habitat on private lands will only continue as the human population of Florida explodes in the coming decades. Aggressive protection of the remaining panther habitat in south Florida has been recommended repeatedly (Beier 1993; Root 2004; Kautz et al., 2006; Frakes et al., 2015), but development projects continue to be approved without requiring adequate compensation, gradually reducing and fragmenting the remaining habitat and impairing panther movement corridors (Frakes et al., 2015; Frakes 2018). Long-term survival and recovery of the Florida panther can only be assured by reestablishment of self-sustaining populations north of the Caloosahatchee River.

Our statewide model identified five large areas as suitable for reestablishment of permanent, breeding populations of Florida panthers. Together, these areas contain nearly 20,000 km$^2$ of adult panther habitat, nearly four times as much as the currently occupied range in the Primary Zone. We estimate that these areas, combined, could support 499-798 adult and subadult panthers. These areas, fully populated, combined with the existing population in south Florida (120−230 animals), would nearly satisfy the numerical recovery criteria recommended in the recovery plan (3 populations of 240 animals) (USFWS 2008). In addition to these large areas, the model also identified many smaller patches of habitat that could support breeding panthers and/or serve as movement pathways between the large focus areas (Fig. 3). For example, a female panther was recently documented on the Babcock Ranch Preserve, just north of the Caloosahatchee River (FWC 2020). According to our model predictions, this area combined with the adjacent Babcock-Webb Wildlife Management Area, contains over 400 km$^2$ of good panther habitat. Smaller patches of habitat such as this, scattered through central Florida, could serve as "stepping stones" to the large habitat areas in north Florida while also supporting some panther reproduction. However, this "passive" recovery strategy would be a long process with uncertain potential for success.

Potential connections among the five unoccupied focus areas can also be seen in Fig. 3. Two chains of habitat patches can be seen between the Osceola and Ocala focus areas. Properly managed, these corridors could link these two areas allowing exchange of genes and, combined with the adjacent Okefenokee Swamp, form a large interconnected panther population. Similarly, examining the Big Bend and Panhandle regions reveals almost continuous habitat connections among the three focus areas there (Fig. 3). If panthers were reestablished and connections were secured, panthers could move among these three large areas, eventually forming another large interconnected population. There are no obvious east-west habitat corridors between the Osceola/Ocala focus areas in the east and the Big Bend/Panhandle region to the west, but some exchange of individuals between these areas also is likely. Future research should focus on identifying the best of these linkages for protection and enhancement, which would benefit many species in addition to the panther.

Two of our focus areas (Apalachicola and Osceola) have been recommended as reintroduction sites in previous studies (Belden and Hagedorn 1993; Thatcher et al., 2006). Thatcher et al. (2006) used a Mahalanobis distance model combined with a survey of panther experts to identify prospective sites for panther reintroductions within the entire southeastern United States (historic range). Within Florida, our results agreed with theirs in identifying the Apalachicola National Forest region as favorable panther habitat. However, in contrast to the present study, they did not include the Big Bend region in the list of potential reintroduction sites because it did not meet their size criterion of 2590 km$^2$, although it contained favorable habitat. In contrast, this model predicted 7600 km$^2$ of excellent panther habitat in the same region. According to our results, the Big

R.A. Frakes, M.L. Knight

*Global Ecology and Conservation 26 (2021) e01516*

Bend region is even larger and contains more suitable breeding habitat than Apalachicola, although much of the region is in private ownership.

Belden and McCown (1996) performed the definitive study of the feasibility of reintroducing panthers into northern Florida. They released 19 western cougars (*Puma concolor stanleyana*) into the area covered by the Osceola focus area from this study. Although four animals were killed by illegal shooting and vehicles, the rest eventually settled down into established home ranges. They concluded that reintroduction of Florida panthers to northern Florida was biologically feasible, but cautioned about the sociopolitical problems they encountered. Although the vast majority of Florida residents supported reintroduction (Duda and Young 1995), rural residents in the immediate vicinity of the release site were strongly opposed. Undoubtedly, panther recovery will require considerable public education and stakeholder involvement, such as the participatory modeling process recommended by Ferraz et al. (2020).

Based on a recommendation of no less than 50 animals per reintroduced population (Seal and Lacey 1989) and densities varying from 0.9 to 1.5 panthers/100 km$^2$, Belden and McCown (1996) calculated that at least 3300−5500 km$^2$ would be necessary for initial establishment of new breeding populations. Beier (1993) modeled a very low risk of cougar extinction in an area as small as 2200 km$^2$, but his model did not consider inbreeding depression. Extrapolating from their field data, Belden and Hagedorn (1993) recommended that a panther reestablishment area should be $\geq$ 2590 km$^2$. Three of our five unoccupied focus areas meet or exceed these size criteria. However, there is still potential for the two smaller focus areas because: (1) there is additional suitable panther habitat outside the $P > 0.5$ contour, (2) interconnections between the focus areas and with other smaller habitat areas effectively increase their size, and (3) panther densities used to calculate the minimum areas were appreciably lower than recent density estimates.

## 5. Conclusions

At this time, there is ample suitable habitat remaining in the state of Florida to support a viable population of Florida panthers. This study has identified and characterized five large areas of high-quality unoccupied habitat for consideration as possible sites for reestablishment of breeding panther populations. Conservation agencies have so far shown little inclination to attempt the full recovery of the subspecies by reintroduction to unoccupied habitat. The reason for this may be that these agencies prefer to await natural recolonization and thus avoid the political complications that might result from intentional relocation. However, natural recolonization may take decades, if it ever occurs. With current and projected human population growth and continual losses of suitable habitat, the chances for natural recolonization will further diminish, especially if wildlife corridors are reduced or severed. The Florida panther is one of the most studied large mammals in the world. Forty years of research by numerous federal, state, and academic scientists has provided us with comprehensive knowledge of panther movements, home ranges, population biology, genetics, and habitat requirements. The results of this study should be useful in planning the next phase of panther recovery: establishment of self-sustaining, interconnected populations north of the Caloosahatchee River.

### Disclaimer

The findings and conclusions in this article are those of the authors and do not necessarily represent the views of the U.S. Fish and Wildlife Service.

This research did not receive any specific grant from funding agencies in the public, commercial, or not-for-profit sectors.

### Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

### Acknowledgments

We thank the biologists and staff of the FWC and the National Park Service for collecting, tabulating, and making available almost 40 years of panther VHF telemetry data. Dave Onorato of the FWC provided the GPS telemetry locations used for model validation and also provided unpublished panther density estimates. We thank Steve Traxler for his encouragement to extend the panther habitat model to the entire state of Florida. We thank Paula Halupa and two anonymous reviewers for their helpful comments on earlier drafts of this manuscript. Finally, we thank Chris Belden for his insights into panther biology, which made creation of an accurate habitat model possible.

### Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.gecco.2021.e01516.

R.A. Frakes, M.L. Knight

Global Ecology and Conservation 26 (2021) e01516

## References

Beier, P., 1993. Determining minimum habitat areas and habitat corridors for cougars. Conserv. Biol. 7 (1), 94–108.

Belden, R.C., Frankenberger, W.B., McBride, R.T., Schwikert, S.T., 1988. Panther habitat use in southern Florida. J. Wildl. Manag. 52, 660–663.

Belden, R.C., Hagedorn, B.W., 1993. Feasibility of translocating panthers into northern Florida. J. Wildl. Manag. 57 (2), 388–397.

Belden, R.C., McCown, J.W., 1996. Florida panther reintroduction feasibility study. Fla. Game and Fresh Water Fish Comm. Bur. Wildl. Res. Final Rep 70 pp.

Carr, M.H., Zwick, P.D., 2016. Technical Report Florida 2070. Mapping Florida's Future – Alternative Patterns of Development in 2070. Geoplan Center at the University of Florida, Gainesville.

Dillon, G.K., Holden, Z.A., Morgan, P., Crimmins, M.A., Heyerdahl, E.K., Luce, C.H., 2011. Both topography and climate affected forest and woodland burn severity in two regions of the western US, 1984 to 2006. Ecosphere 2 (12), 130. https://doi.org/10.1890/ES11-00271.1.

Duda, M.D., Young, K.C., 1995. Floridians' Knowledge, Opinions and Attitudes toward Panther Habitat and Panther-Related Issues: Public Opinion Survey Results Report. Responsive Management. Mark Damian Duda & Associates, Inc., Harrisonburg, VA, p. 165pp. Report presented to Florida Advisory Council on Environmental Education, Tallahassee.

Ferraz, K.M.P.M.B., Morato, R.G., Bovo, A.A.A., et al., 2020. Bridging the gap between researchers, conservation planners, and decision makers to improve species conservation decision-making. Conserv. Sci. Pract. 2020, e330. https://doi.org/10.1111/csp2.330.

Fielding, A.H., Bell, J.F., 1997. A review of methods for the assessment of prediction errors in conservation presence/absence models. Environ. Conserv. 24, 38–49.

Florida Fish and Wildlife Conservation Commission (FWC), 2014. Annual Report on the Research and Management of Florida Panthers: 2013–2014. Fish and Wildlife Research Institute & Division of Habitat and Species Conservation, Naples, Florida, USA.

Florida Fish and Wildlife Conservation Commission (FWC), 2015. Florida panther recovery and management: strategic priorities. Position Statement. September 3, 2015. https://myfwc.com/wildlifehabitats/wildlife/panther/reports/. Accessed 11/8/2020.

Florida Fish and Wildlife Conservation Commission (FWC), 2017a. Annual Report on the Research and Management of Florida Panthers: 2016–2017. Fish and Wildlife Research Institute & Division of Habitat and Species Conservation, Naples, Florida, USA.

Florida Fish and Wildlife Conservation Commission (FWC), 2017b. Determining the size of the Florida panther population. Accessed 6/1/2018. https://myfwc.com/wildlifehabitats/wildlife/panther/reports/.

Florida Fish and Wildlife Conservation Commission (FWC), 2020. Annual Report on the Research and Management of Florida Panthers: 2019–2020. Fish and Wildlife Research Institute & Division of Habitat and Species Conservation, Naples, Florida, USA.

Florida Geographic Data Library (FGDL), 2019. Accessed 6/27/2020. http://www.fgdl.org/metadataexplorer/explorer.jsp.

Florida Natural Areas Inventory (FNAI), 2020. Florida managed areas June 2020 shapefile. Accessed 7/10/2020. Accessed 7/10/2020. http://www.fnai.org/gis_data.cfm.

Frakes, R.A., 2018. Impacts to Panther Habitat from the Proposed Eastern Collier Multiple Species Habitat Conservation Plan: A Quantitative Analysis. Report prepared for the Conservancy of Southwest Florida, Naples, FL, p. 34.

Frakes, R.A., Belden, R.C., Wood, B.E., James, F.E., 2015. Landscape analysis of adult Florida panther habitat. PloS One 10 (7), e0133044. https://doi.org/10.1371/journal.pone.0133044.

Franklin, J., 2009. Mapping Species Distributions: Spatial Inference and Prediction. Cambridge University Press, New York.

Holmes, B.R., Laundré, J.W., 2006. Use of open, edge and forest areas by pumas (Puma concolor) in winter: are pumas foraging optimally? Wildl. Biol. 12, 201–209.

Hostetler, J.A., Onorato, D.P., Jansen, D., Oli, M.K., 2013. A cat's tale: the impact of genetic restoration on Florida panther population dynamics and persistence. J. Anim. Ecol. 82 (3), 608–620.

Jacobs, C.E., Main, M.B., 2015. A conservation-based approach to compensation for livestock depredation: the Florida panther case study. PloS One 10 (9), e0139203. https://doi.org/10.1371/journal.pone.0139203.

Johnson, W.E., Onorato, D.P., Roelke, M.E., Land, E.D., Cunningham, M., Belden, R.C., McBride, R., Jansen, D., Lotz, M., Shindle, D., Howard, J., Wildt, D.E., Penfold, L.M., Hostetler, J.A., Oli, M.K., O'Brien, S.J., 2010. Genetic restoration of the Florida panther. Science 329, 1641–1645.

Kautz, R., Kawula, R., Hoctor, T., Comiskey, J., Jansen, D., Jennings, D., Kasbohm, J., Mazzotti, F., McBride, R., Richardson, L., Root, K., 2006. How much is enough? Landscape-scale conservation for the Florida panther. Biol. Conserv. 130, 118–133.

Labisky, R.G., Boulay, M.C., Sargent, R.A., Miller, K.E., Zultowsky, J.M., 1995. Population Dynamics of White-Tailed Deer in the Big Cypress National Preserve and Everglades National Park. Final Report to USDI National Park Service. Department of Wildlife Ecology and Conservation, University of Florida, Gainesville.

Land, E.D., Shindle, D.B., Kawula, R.J., Benson, J.F., Lotz, M.A., Onorato, D.P., 2008. Florida panther habitat selection analysis of concurrent GPS and VHF telemetry data. J. Wildl. Manag. 72, 633–639.

Laundré, J.W., Hernández, L., 2003. Winter hunting habitat of pumas (Puma concolor) in northwestern Utah and southern Idaho, USA. Wildl. Biol. 9, 123–129.

Laundré, J.W., Loxterman, J., 2007. Impact of edge habitat on summer home range size in female pumas. Am. Midl. Nat. 157, 221–229.

Liaw, A., Wiener, M., 2002. Classification and regression by randomForest. R. News 2/3, 18–22.

Logan, K.A., Sweanor, L.L., 2001. Desert Puma: Evolutionary Ecology and Conservation of an Enduring Carnivore. Island Press, Washington, D.C.

Maehr, D.S., Cox, J.A., 1995. Landscape features and panthers in Florida. Conserv. Biol. 9, 1008–1019.

Onorato, D.P., Criffield, M., Lotz, M., Cunningham, M., McBride, R., Leone, E.H., Bass Jr., O.L., Hellgren, E.C., 2011. Habitat selection by critically endangered Florida panthers across the diel period: implications for land management and conservation. Anim. Conserv. 14, 196–205.

Root, K.V., 2004. Florida panther (Puma concolor coryi): using models to guide recovery efforts. In: Akcakaya, H.R., Burgman, M., Kindvall, O., Wood, C.C., Sjogren-Gulve, P., Hatfield, J., McCarthy, M. (Eds.), Species Conservation and Management, Case Studies. Oxford University Press, New York, pp. 491–504.

Schwab, A.C., Zandbergen, P.A., 2011. Vehicle-related mortality and road crossing behavior of the Florida panther. Appl. Geogr. 31 (2), 859–870.

Seal, U.S., Lacy, R.C., 1989. Florida Panther Viability Analysis and Species Survival Plan. Captive Breeding Specialist Group, Apple Valley, MN, p. 255 pp.. Report to the U.S. Fish and Wildlife Service.

Severinghaus, C.W., Cheatum, E.L., 1956. Life and times of the white-tailed deer. In: Taylor, W.P. (Ed.), The Deer of North America. Stackpole and Wildlife Management Institute, Harrisburg and Washington, D.C, pp. 57–186.

Thatcher, C.A., Van Manen, F.T., Clark, J.D., 2006. Identifying suitable sites for Florida panther reintroduction. J. Wildl. Manag. 70 (3), 752–763.

Thatcher, C.A., Van Manen, F.T., Clark, J.D., 2009. A habitat assessment for Florida panther population expansion into central Florida. J. Mammal. 90, 918–925.

U.S. Census Bureau, 2015. Census Blocks. U.S. Census Bureau, Washington, D.C, 2010: Florida. 1:24,000. http://www.census.gov. Accessed 5/15/2015.

U.S. Census Bureau, 2020. 2018 TIGER/Line Shapefiles of Florida Roads. U.S. Census Bureau, Washington, D.C. http://www.census.gov. Accessed 5/12/2020.

U.S. Fish and Wildlife Service (USFWS), 2008. Florida Panther Recovery Plan (Puma Concolor Coryi), Third Revision. U.S. Fish and Wildlife Service, Atlanta.

U.S. Fish and Wildlife Service (USFWS), 2020. National wetlands inventory Florida shapefile. https://www.fws.gov/wetlands/Data/State-Downloads.html. Accessed 6/29/2020.

Van de Kerk, M., Onorato, D.P., Hostetler, J.A., Bolker, B.M., Oli, M.K., 2019. Dynamics, persistence, and genetic management of the endangered Florida panther population. Wildl. Monogr. 203, 3–35. https://doi.org/10.1002/wmon1041.