**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | |
| v. | CASE NO. 1:21-cv-00119 (RDM) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

## DECLARATION OF JOAN MORRISON, PH.D.

I, Joan Morrison, Ph.D., make the following declaration:

1.      I am a resident of Corrales, New Mexico.

2.      The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify to these facts under oath. As to those matters that reflect a matter of opinion, they reflect my personal professional opinion and judgment upon the matter.

3.      I earned a Ph.D. in 1997 from the University of Florida Department of Wildlife Ecology and Conservation. I have a Master's degree in Resource Ecology from the University of Michigan (1979) and a B.A. in Biology from the College of Wooster (1975).

4.      I am a researcher and retired professor of Conservation Biology and Environmental Science. I have been studying the Florida population of the Crested Caracara (*Caracara plancus*) for over 30 years, and this work was the focus of my doctoral degree.  My research and that of my Ph.D. student, Post-doctoral student, and several undergraduate students has resulted in 24

1

publications in peer-reviewed journals and numerous technical reports to state and federal agencies all focused on the Florida population of the Crested Caracara. I am the original sole author and current co-author of the species account for the Crested Caracara in Birds of the World (Morrison and Dwyer 2023, https://birdsoftheworld-org/). A Curriculum Vitae listing my publications and professional experience as a researcher and professor is attached to this declaration as Attachment A.

5.        Sierra Club contracted me to review and provide my independent evaluation of the decisions that FWS made for the Bellmar project in the "State 404 Permit Application Review/Response Form" for "Permit Application No. Bellmar ST404_396364-001" dated October 31, 2023, referred to hereafter as "2023 FWS Bellmar Decision Document." *See* Attachment B. Although I have worked as an independent contractor on a number of projects in Florida related to caracaras, I have not previously been involved in work specifically on the Bellmar project. Nor have I been involved in work on the formerly proposed Eastern Collier Habitat Conservation Plan, which would have encompassed the Bellmar project. Nor was I involved in development of the programmatic Biological Opinion for the State 404 Program that is at issue in this case.

6.        For the reasons described below, it is my conclusion that the 1440 acres of foraging habitat loss resulting from the Bellmar development will likely include the displacement of a breeding pair of caracaras from the area, forcing the pair to shift their territory into the territories of other breeding pairs. That displacement will occur when the fields are cleared for construction or flooded. The likely result of that displacement is permanent loss of the reproductive capacity of at least one breeding pair.

7.      The Florida population of the Crested Caracara was listed as a threatened species under the Endangered Species Act ("ESA") in 1987 due to the threat posed by destruction of their habitat, *see* 52 Fed. Reg. 25,229 (July 6, 1987) and remains listed as threatened.

8.      The U.S. Fish and Wildlife Service has used my research in Endangered Species Act documents and decisions regarding that listed entity.

9.      For example, I wrote most of the account for the Crested Caracara in the U.S. Fish and Wildlife Service Endangered Species Act South Florida Multi-species Recovery Plan (1999). Recovery plans are plans for the conservation and long-term survival of ESA-listed species, and the ESA requires the U.S. Fish and Wildlife Service to develop and implement such plans.

10.     The U.S. Fish and Wildlife Service (FWS) has also cited my research in its decision document for the Bellmar project. *See* Attachment B, "State 404 Permit Application Review/Response Form" for "Permit Application No. Bellmar ST404_396364-001" dated October 31, 2023 at 7, 27 (citing Morrison, J.L. 2001. Recommended management practices and survey protocols for Audubon's crested caracaras (*Caracara cheriway audubonii*) in Florida. Technical Report Number 18. Florida Fish and Wildlife Conservation Commission; Tallahassee, Florida.).

11.     The 300 meter radius primary zone around the nest used by FWS, *see* Attachment B at 3, is based on studies my research assistants and I conducted in the mid-1990s.  The goal of these efforts was to determine at what distance a bird on a nest would flush from the nest given disturbance, which was a person walking toward the nest tree making noise and waving arms. We determined that the bird would show responses to this disturbance (flush from nest and fly out of the tree) when the disturbance was at a distance of about 300 meters (m) (Morrison 2001).

12.     In contrast, the "1500 m radius secondary zone" that FWS uses in decisions related to caracaras is not based on a recommendation in any of my research, and I am unaware of any evidence to support the adequacy of this zone. The size of an area with a 1500 meter radius is not sufficient to encompass the average territory size of a breeding pair of caracaras in Florida.

13.     The average territory size of a breeding pair of caracaras in Florida is approximately 1296 hectares (~3200 acres), which can be described in simple terms as a circle of ~2000 m radius around a nest tree (Morrison and Humphrey 2001), although territories are never actually circular but rather are defined by the boundaries of the habitat areas used by the breeding pair. Information about the actual size, configuration and context of a territory and habitats actually used can only be understood by obtaining telemetry data from one or more members of the breeding pair. The 1500 m radius "secondary zone," is frequently used in management decisions by FWS in the absence of telemetry data. However, using this distance to describe the area of a territory fails to capture the entire area used by a breeding pair, as the area of a circle with a 1500 m radius is only about 1746 acres, compared to the 3200 acre territory of a breeding pair.

14.     Caracaras are highly territorial, breeding pairs remain on their territory all year (they do not migrate or leave Florida), and individuals remain on their territory for multiple years, up to decades (Morrison and Humphrey 2001). Caracaras are a long-lived raptor, adults may live as long as 24 years in the wild (Morrison et al. 2016).

15.     Caracaras nest in Florida from October through April, although peak egg-laying season is January through March. Young caracaras from late nests fledge as late as July. Caracaras regularly renest after a nest failure (Morrison 1999), and approximately 10% of the studied pairs raised two broods successfully during each year of our studies (Morrison 1998). This means that

DocuSign Envelope ID: 1CCD7A65-2FE6-48A4-B332-393847E2B491

a breeding pair may conduct reproduction-related activities, including fledging young, almost all year round.

16.    While breeding pairs of caracaras are strongly site faithful, often nesting in the same tree in consecutive years, they do use alternate nest trees within the territory (Morrison 2001). Alternate nest trees may be used for a second brood or if the nest in a previously used tree is damaged, for example, by wind or rain, and falls out of the tree.  These alternate nest trees are often within 0.5 km (0.31 miles) of each other but are within the same 3200 acre territory, and thus the breeding pair would depend on the same foraging areas.

17.    Nesting pairs of caracaras and their territories in Florida primarily can be found on private ranchlands (Morrison and Humphrey 2001).

18.    Habitat loss continues to threaten the Florida crested caracara population.

19.    The available habitat in Florida is believed to be saturated, as FWS recognizes. *See*, e.g., Attachment B at 9.

20.    Habitat saturation means that all habitat suitable for a species to survive, thrive, and reproduce successfully is already occupied by breeding individuals.  In other words, offspring of those individuals cannot find a place to nest and reproduce because there is no more habitat in which to do so.  I liken the scenario to a population living in a fishbowl.  The fishbowl has the maximum number of individuals living in it that the fishbowl can support. These individuals continue to reproduce successfully, but the fishbowl can only hold so many individuals and that many are already in there.  Thus, the offspring of these individuals that do survive cannot establish a territory inside the already crowded (saturated) fish bowl.  And the overall problem analogous to the situation in Florida is that the fishbowl is continually shrinking (continued habitat loss).  That means there is even less area (habitat) in which the number of individuals and

their young can survive, thrive and reproduce.  As noted before, a breeding pair of caracaras is highly territorial.  They will act aggressively toward other caracaras in their territory, meaning that individuals without a territory (i.e. floaters) will be forced to move throughout the species' range possibly suffering reduced survival and never finding a place to breed (Dwyer et al. 2012a, 2013).  If these individuals cannot settle and breed, they will not be contributing to the long-term population persistence or to recovery.  In a situation of habitat saturation, individuals experience competition, especially if breeding pairs continue to reproduce, and stress from competition among territorial pairs may preclude those pairs breeding successfully or result in reduced productivity.

21.    If the overall acreage of suitable habitat continues to shrink, the number of individuals in the population will eventually decline because a lost pair is not likely to be replaced even if there are offspring to replace them, especially if habitat quality is also declining and reproduction has not been successful for many pairs.  Even if all individuals inside the (saturated) fishbowl survive and breed, if the fishbowl keeps getting smaller (habitat loss), the population will eventually decline.  When monitoring long-lived species like the caracara, continued observations of pairs on a territory may lead to the erroneous conclusion that all is well and the pair is breeding successfully. However, in a situation of habitat saturation, pairs may not be breeding successfully or may be producing fewer young.  Long-term persistence of a population depends on recruitment of young individuals into the breeding cohort when the older individuals die off.  However, if reproductive rates have declined in a population due to stress from competition, loss of habitat or degradation of habitat quality, there may be fewer young birds to replace the lost adults.  In this situation, a population can decline quickly.

22.     In the 2021 draft Biological Opinion on the formerly proposed Eastern Collier County Property Owner's Habitat Conservation Plan (HCP), which would have encompassed the Bellmar project, the FWS estimated the lower and upper bound for the number of breeding adults in Florida's crested caracara population at 300 and 1,224, respectively. That estimate does not reflect the best available scientific information. The best and most reliable estimate of population size for Florida's caracara population was recently published in Payne et al. (2023) and is based on genetic analyses.  These analyses provide more reliable estimates of Effective Population Size (EPS), which corresponds to the number of individuals in the population that are actually breeding thus are contributing to the population's long-term persistence (Wang et al. 2016).  The estimate provided by Payne et al. (2023) for the EPS of Florida's caracara population is 565.4 individuals (95% CI: 458.2, 671.2), which represents approximately 280 breeding pairs.

23.     There is much evidence within the scientific literature that loss of reproductive potential within a closed population (i.e. a population in a "fish bowl" as described above) experiencing continued habitat loss will ultimately lead to population decline. In a classic paper in the field of conservation biology, Shaffer (1981) described four sources of uncertainty to which a population may be subject and that could lead to population decline or extinction, particularly for small, isolated populations.  These are *demographic stochasticity* (i.e. arises from chance events causing changes in survival and reproductive success of a finite number of individuals), *environmental stochasticity* (i.e. temporal variation in habitat parameters and populations of competitors, parasites, or diseases that could affect survival and reproduction), *natural catastrophes* (i.e. extreme weather events with random occurrence such as hurricanes, floods, fires that could cause nest failures), and *genetic stochasticity* (i.e. changes in gene frequencies due to inbreeding, etc., which are particularly deleterious in a small population already subject to

reduced genetic diversity). Given that the caracara population in Florida is isolated, relatively

small, and is already known to have reduced genetic diversity (Payne et al. 2023), any of these

four factors could lead to population decline especially when combined with range wide habitat

loss.

24.     In short, the currently available evidence provides substantial reasons to believe that

habitat loss that reduces the number of breeding pairs likely appreciably diminishes survival and

recovery. Continued loss of habitat that 'takes' nest sites and foraging areas is not making

progress toward recovery as required by the ESA, which implies increasing a population's size

and enhancing that population's ability to survive and reproduce.

25.     Further, at present, I am aware of no scientific study establishing that the current number

of breeding pairs is sufficient for long-term persistence. To establish whether the number of

breeding pairs is sufficient for long-term persistence would require, at minimum, a population

viability analysis (PVA).

26.     Models used in a PVA are generally useful for examining extinction risks given certain

demographic parameters and environmental changes (i.e. Beissinger and McCullough 2002). For

Florida's caracara population, these models can give a better understanding of whether 280

breeding pairs might be sufficient for long-term persistence. Examples where these models have

been used for populations of listed species in Florida include the Florida panther (Maehr et al.

2002), Florida Scrub Jay (Breininger et al. 1999), and Florida's Snail Kite (Martin et al. 2008).

The needed demographic information for a PVA is available for Florida's caracaras (see all of

Morrison's references) and the models can use a variety of initial population sizes, including the

current best estimate of EPS, to arrive at estimates of extinction risk. To date, I am not aware of

any work to develop population models for Florida caracaras. Absent such a model, there is

insufficient evidence to conclude that additional habitat loss and reduction to the number of breeding pairs is not likely to appreciably diminish survival and recovery.

27.     Through my work, I am aware of a number of land conversion projects for which FWS recently authorized or reauthorized caracara take via Incidental Take Statements.  From 2019 through 2021, FWS authorized or reauthorized caracara take from projects that will remove, cumulatively, more than 29,000 acres of caracara habitat, including at least 15 nest sites. *See* Attachment D (table listing projects).  Some of those projects have already undergone land clearing, so habitat has been lost already, for example, projects "C-43," and "C-139 Flow Equalization Basin." Others have a longer time scale, and so the destruction is ongoing or will occur in the future. *See id.*  If the pairs from those 15 nest sites cannot find another territory and reproduce successfully, in the long term, the contribution of those pairs toward long-term population persistence has been lost and recovery goals are likely not being met. Given habitat saturation, such loss is the likely result because as nesting habitat disappears and no new habitat is created, the displaced pairs will likely no longer have opportunities to reproduce. These projects already have resulted in, or will result in, losses or reduced reproduction of at least 15 pairs—and these are only the losses we know about because these projects required an Endangered Species Act ("ESA") Section 7 consultation.  Activities that result in habitat loss and thus, loss of nesting pairs on private lands, where there is no requirement for wetland permitting or Section 7 consultation are usually unknown.  Such activities on inaccessible private lands may or may not be contributing to overall loss throughout the species' Florida range, but not considering any losses as contributing to cumulative effects is likely having a larger impact on population persistence than the FWS recognizes.

28.     Since my initial studies of this population in the 1990s, many nest sites that I knew about
then are now gone, the habitat having been converted to something not used by caracaras for
nesting, i.e. urban or industrial development, sod farms, other agriculture.

29.     I have reviewed the decisions that FWS made for the Bellmar project in the "State 404
Permit Application Review/Response Form" for "Permit Application No. Bellmar
ST404_396364-001" dated October 31, 2023 ("2023 FWS Bellmar Decision Document." *See*
Attachment B.

30.     In the Bellmar Decision Document, FWS characterizes the "take" from Bellmar as: "Loss
or failed reproduction of one caracara pair." *See* 2023 FWS Bellmar Decision Document at 6.
FWS also states that the "take" is "1) the loss of caracara reproductive success for the known
breeding pair for the first year of the Project; and 2) loss of 1,440.33 ac of suitable caracara
foraging and nesting habitat in the Project footprint." *Id*. at 8. For the reasons described below, it
is my judgment that the loss of reproductive success for the known breeding pair is likely to be
permanent.

31.     Destruction of 1440 acres of caracara habitat resulting from the Bellmar development
will remove approximately half of the home range of the pair nesting within the project footprint
(project pair) and, likely, the nest tree.  Such loss will also likely cause loss of reproductive
success for the affected pair for more than just the first year of the Project because the habitat
loss of approximately half of the home range is permanent and because the displaced pair will
likely have to compete with adjacent pair(s) for nest sites and foraging habitat.  Based on
telemetry data from breeding caracaras associated with habitat conversion projects in other areas
I have been involved with, loss of the nest tree and this proportion of acreage will likely cause
the breeding pair to abandon the original site and shift to a nearby area.

32.    Based on previously identified nests in areas near the Bellmar site, there likely are other breeding pairs in these nearby areas. *See* Figure 1 below. As shown in Figure 1, which I created based on nest locations that either have been documented in publicly available reports or that I have personally observed, there are several known caracara nests in the general vicinity of the proposed Bellmar development. The location of the nest within the footprint of the Bellmar site is based on survey information in a Biological Assessment report for the Bellmar project, which describes a nest present in 2020. *See* Attachment C (literature cited).  The location of the nest immediately north of the Bellmar site was reported in a Biological Assessment report for the proposed Rural Lands West project, which describes a nest located in 2009. *See* Attachment C. The other three nests shown on Figure 1, at the Ave Maria and Rod and Gun Club sites are nests that I have observed personally within the last two years.

33.    The distance between the nest observed on the Bellmar site in 2020 and the nest observed in 2009 immediately to its north, on the proposed Rural Lands West site indicates that the nests are associated with two different breeding pairs. The 2009 and 2020 nests near and on the proposed Bellmar development are ~3.6 km apart, approximately the average distance between neighboring nests (3.4 km, $n = 29$ nest pairs, Morrison and Dwyer 2023), indicating that the 2009 nest represents an adjacent pair rather than the same pair on the Bellmar site.  Similarly, the two nests in the Ave Maria development are 9 and 13 km, respectively from the proposed Bellmar development, and therefore represent another two breeding pairs. Although the nest trees at those two sites are within the Ave Maria development, there are surrounding agricultural lands and wetlands within those caracaras' territories that provide good foraging habitat.  Given other suitable caracara habitat to the east of the proposed Bellmar development, including a matrix of agricultural, wetland, and forest lands (Fig. 1), and the saturation of habitat discussed

above, it is likely there are other adjacent pairs that could be affected by the 2020 Bellmar nesting pair shifting away from the Bellmar footprint. There are likely more nests adjacent to the Bellmar and other projects that are not known as many of these areas have not been surveyed for breeding pairs.

34.      Due to the habitat saturation described above, it is likely that a breeding pair associated with the 2009 nest detected north of the Bellmar site continues to occupy a breeding territory near that nest location, absent evidence that habitat destruction has occurred there in the interim. Although the Rural Lands West Biological Assessment report, *see* Attachment C, describes how recent surveys failed to detect nests, those negative survey results are not meaningful because the surveys were not conducted properly. According to the information in the document, the surveys were carried out using pedestrian (walking) transects, which are inappropriate for conducting caracara surveys (Morrison 2001, Dwyer et al. 2012b).

Figure 1. Known Crested Caracara nests in the general vicinity of the proposed Bellmar development.  Image from Google Earth.



35.    Competition combined with any habitat destruction experienced by those other breeding pairs adjacent to the Project could result in more than one pair being lost.  As detailed above, caracaras are highly territorial.  This high site fidelity makes them extremely vulnerable to certain amounts and types of changes within their territory.  When a nest tree is taken or foraging area(s) are converted from suitable habitat to other land uses, the pair may remain for a short period if there is any foraging habitat remaining, and they will hold on long as they can.  But ultimately, they must move to other areas with suitable habitat, in order to survive.

36.    In general, breeding pairs displaced by land conversion may experience the following outcomes:

(1) Disturbed caracara pairs may move to habitat adjacent to the project site and establish a new nest site and territory. If successful at establishing occupancy, they may be able to survive and reproduce successfully. Or, they may be unsuccessful in new areas either because of territorial aggressiveness from resident pairs or because the newly colonized habitat is insufficient to support reproduction.

(2)     Disturbed caracara pairs may travel some distance from the project site to find another area of suitable habitat where they can establish a new nest site and territory. If successful at establishing occupancy, they may be able to survive and reproduce successfully. Or, they may be unsuccessful in new areas either because of territorial aggressiveness from resident pairs or because the newly colonized habitat is insufficient to support reproduction.

(3)     Disturbed caracara pairs that move either adjacent to or far from project sites may fail to establish new territories and nest sites (i.e. become "floaters") traveling throughout the species' range without ever becoming established on another territory. If this happens, further contribution by that pair to long-term population persistence is lost. Unless they can acquire a territory, these individuals are not contributing to reproduction within the population. Floaters include individuals of all ages, even adults, suggesting these adult individuals cannot acquire a territory or mate. These floaters may be found in groups foraging together and at communal roosts (Dwyer et al. 2013, 2018).)

4)     Disturbed caracara pairs that move to new areas may displace other breeding pairs already in those areas. These other displaced pairs may exhibit any of the responses described above.

DocuSign Envelope ID: 1CCD7A65-2FE6-4BA4-B322-783847E2B191

5)    Pair bonds of disturbed caracara pairs may dissolve, individuals may or may not find another mate and territory and exhibit any of the responses described above.

37.    Evidence from multiple years of telemetry on one member of several breeding pairs of caracaras associated with land conversion projects substantiates shifts of displaced pairs and suggests that over time, reproductive rates decline.

38.    FWS's effects conclusion for the Bellmar project acknowledges that "all suitable caracara habitat is believed to be saturated." *See* 2023 FWS Bellmar Decision Document at 9. With regard to the impacts of the proposed Bellmar development, it is likely that displacement will result in permanent loss of the reproductive capacity of at least one breeding pair. This is the case due to the saturation of their habitat and the presence of multiple other breeding pairs in the vicinity of the Bellmar site, which will compete with the displaced pair.

39.    Furthermore, the impacts to those other breeding pairs from the competition will accumulate with impacts to them from other sources, such as habitat loss in their territories.  To fully assess the cumulative impacts of the Bellmar project with other reasonably foreseeable development, FWS should have evaluated whether other breeding pairs affected by competition from displaced pairs also experience stress from other sources, such as habitat loss or degradation in habitat quality, in addition to the competition. FWS failed to do so in its 2023 FWS Bellmar Decision Document.

40.    The mitigation requirement imposed by FWS in Condition 3, *see* 2023 FWS Bellmar Decision Document at 3-4, is inadequate to prevent the loss of the breeding pair from destruction of the nest tree, any alternate nest trees, and the foraging habitat within its territory. Destruction of 1440 acres of habitat within the caracara breeding pair's territory is destruction of ~45% of

that pair's approximately 3000 acre territory (see above).  A pair is likely to abandon the territory or, at minimum, be unable to reproduce successfully given that amount of habitat loss. Disturbance from the clearing and construction activities is also likely to cause territory abandonment. For example, I am aware of a situation where dredging 500 meters from an active nest caused nest failure and subsequent territory abandonment.

41.     The area within 300 m of a nest tree is only approximately 70 acres, ~2% of a caracara's home range, insufficient area to support a breeding pair. *See* Figure 2, below, which I prepared using information about the location of the nests described in the Biological Assessments reports for the Bellmar and Rural Lands West projects from surveys in 2009 and 2020. *See* Attachment C.  Mitigating for destruction occurring only in this area is insignificant if other habitat is destroyed.  Not requiring any mitigation for ~45% of habitat loss does not compensate for loss of the breeding pair and that pair's reproductive contribution to long-term population persistence. As shown in Figure 2 below, the distance between the two nests (2009, 2020) is ~3.6 km suggesting that the 2009 nest is an adjacent pair and not the same pair as that within the Bellmar footprint. As mentioned above, territories are not actually circular, but nonetheless the small amount of overlap of the 2000 m radius (~3100 acre) zones around each nest (Figure 2) suggests territoriality consistent with nests belonging to different breeding pairs.

42.     Mitigation for habitat loss only within the 300 m radius zone while allowing destruction of 1440 acres of habitat outside the zone will likely result in abandonment of the nesting pair within the footprint.  Plus, even if 70 acres of nesting habitat is restored (which must include providing one or more nest trees), there must be adequate foraging habitat associated with the nest site for a pair to occupy the area and be successful.  Restoring only 70 acres in the absence of suitable foraging habitat will not ensure presence of a successful breeding pair.

43.     In addition, even if the 2020 nest is not active when construction occurs, the pair is likely to have an alternate nest within their territory where they will make a nest attempt. Therefore, the pair would still experience impacts of losing 1440 acres of foraging habitat in their territory. As discussed above, while breeding pairs of caracaras are strongly site faithful, they do use alternate nest trees that are often with 0.5 km of each other but are within the same territory, and thus the pair relies on the same foraging areas.  It is important to identify alternate nest trees when evaluating possible impacts of a land conversion project.  When conducting surveys for caracara nests, it is important not just to observe at a known nest tree but to closely observe the birds for flights and other behaviors leading to their possibly nesting in another tree.  Even if a nest site does not have signs of active nesting when construction actually occurs, the pair would likely be nesting in an alternate tree thus would still experience the impact of losing 1440 acres of foraging habitat.  A nest site/territory can be declared "inactive" only after a 3 year period of documented inactivity and absence of observations (USFWS Habitat Management Guidelines 2002). But such a declaration is only rational and supported if the surveys have been conducted properly.

DocuSign Envelope ID: 1CCD7A65-2FE6-4BA4-B322-783847E2B191

Figure 2. Two known caracara nests associated with the proposed Bellmar project showing the relative size of areas with radius 300 m (~70 acres) and 2000 m (~3100 acres) around the nest tree. Even in this scenario that does not accurately depict each territory, territoriality is suggested by the small amount of overlap of the 2000 m radius zones around each nest.



44.     The mitigation requirement in Condition 2, see 2023 FWS Decision Document for

Bellmar at 3, is also inadequate to protect the newly fledged young. The assumption that land

clearing activities may be conducted inside the 300 m primary zone once young have fledged

from the nest is faulty.  Extensive telemetry data indicate that recent fledglings remain mostly

within 1 km of the nest for at least the first two months post-fledging and are still dependent on

their parents (Morrison and Poli, *in press*).  Thus, land clearing activities around the nest during

this post-fledging period are likely to have negative effects on the young birds, including reduced

survival.

45.     For the reasons described above, even with the mitigation that FWS has required, *likely*

effects of the Bellmar Project include the permanent displacement and permanent loss of the

reproductive capacity of at least one breeding pair. Survival of the breeding pair may also be

impaired if the individuals cannot find a suitable site to relocate, i.e. one having sufficient

foraging resources and lack of stress from competition with neighboring pairs (see paragraphs 36

to 38, above).  For the same reasons, survival of that pair's newly fledged offspring is also likely

to be impaired, even with the conditions FWS has required. Displacement of the breeding pair

will occur when the fields are cleared for construction or flooded. The pair may continue to

forage in the cleared area temporarily if not disturbed by clearing and construction activities.

But by the next nesting season the pair will have to relocate to attempt to establish a new

territory and attempt to secure a new nest site.

46.     For the reasons provided above, FWS has failed to require mitigation that will minimize

the impacts of the Bellmar Project. To minimize those impacts, FWS should have required

equivalent habitat replacement elsewhere that is sufficient to create a new breeding territory.

This would include ensuring the presence of multiple potential nesting sites (i.e. planting

cabbage palms) and at least 1440 acres of good foraging habitat within the breeding territory associated with those nesting sites. And all mitigation activities must include follow-through (surveying and monitoring) to verify that newly created habitat is actually being used by breeding caracaras.

47.    Furthermore, FWS's "no jeopardy" conclusion fails to properly evaluate the baseline condition of the Florida population. As explained above, since 2019, FWS has authorized or reauthorized destruction of approximately 29,000 acres of caracara habitat resulting in take of around 15 breeding pairs. Yet FWS's Bellmar Decision Document does not consider that loss in assessing the impact of the additional habitat and breeding pair that will be lost due to the Bellmar Project or additional pairs that might be lost due to displacement of the Bellmar pair onto adjacent caracara territories, leading to stress from competition.

48.    Nor does FWS consider the cumulative impacts of Bellmar coupled with reasonably foreseeable future development that will destroy additional caracara habitat, even in the vicinity of Bellmar. Instead FWS restricts its cumulative impacts analysis only to the footprint of Bellmar, despite recognizing that the habitat destruction from Bellmar will send the displaced breeding pair into the territories of other breeding pairs, where the pair will compete with other pairs, as explained above and shown in Figure 1.

49.    This error is especially egregious considering that other portions of the same FWS decision document recognize the reasonably foreseeable development of the proposed Rural Lands West project immediately to the north of Bellmar, and the proposed Kingston Project. *See* 2023 FWS Bellmar Decision Document at 15. For the Kingston Project, which is approximately 15 miles northwest of Bellmar, FWS similarly determined that development would "result in the loss or failed reproduction of one caracara pair," yet no information is provided indicating that

proper surveys have been conducted to determine if other caracara pairs exist in or adjacent to this project. *See* Letter from Florida Fish and Wildlife Conservation Commission to Florida Department of Environmental Protection, Jonathan Guinn (Nov. 1, 2023) at 3 (summarizing FWS comments on Kingston Project).

50.    As explained above, displacement of the breeding pair from Bellmar is likely to have a "domino effect" on other breeding pairs, meaning the area affected by the displacement is likely broader than just the most adjacent breeding territories.

51.    FWS therefore improperly limited the action area for the cumulative impacts analysis by failing to extend it to the entire area that is directly or indirectly impacted by Bellmar, which extends far beyond the footprint of Bellmar, as discussed above. FWS's conclusion regarding jeopardy therefore has been made without an adequate analysis of cumulative impacts.

52.    In sum, for the reasons detailed above, FWS has failed to conduct an adequate analysis to support its "no jeopardy" conclusion.

53.    Finally, as breeding pairs of caracaras are displaced from preferred habitat and sites where they can be observed by the birdwatching public, opportunities for the public to find and observe these birds are reduced. Caracaras are most often observed along roads as they fly or walk along them looking for food. These raptors are particularly easy to observe if habitats along roads are pasture, prairie, or agricultural lands. If these habitats along roads are lost or converted caracaras will likely be displaced from previously occupied areas, as noted above. A consequence is that members of the public will not be able to see caracaras along roads where the birds may have been seen previously. And this consequence reduces overall opportunities for people to see this unique raptor because other areas where they occur (mostly on private lands, as noted above) are not accessible to the birding public. Thus, displacement of the

breeding pair from the foraging habitats on the Bellmar site is likely to reduce the opportunity to

see that pair on public areas along roads adjacent to the Bellmar site. Notably, birders from all

over the world actually come to Florida to see caracaras because they are so unique.

54.    A list of literature cited in this declaration is attached as Attachment C.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct. Executed this __1st__ day of December 2023, in Corrales, NM.

_Dr. Joan Morrison_
3BD8E61A63E0462...

Joan Morrison, Ph.D.

DocuSign Envelope ID: 1CCD7A65-2FE6-4BA4-B322-783847E2B191

**ATTACHMENT A**

**<u>CURRICULUM VITAE OF DR. JOAN MORRISON</u>**

**JOAN L. MORRISON**
390 Rincon Road, Corrales, NM 87048
860-209-2328    joan.morrison@trincoll.edu

**EDUCATION:**

1997:    Ph.D., Dept. Wildlife Ecology and Conservation, Univ. Florida, Gainesville, FL
Dissertation title: "Reproductive ecology and habitat associations of Florida's Crested
Caracara (*Caracara plancus audubonii*)." Advisor: Dr. Stephen R. Humphrey

1979:    M.S. Resource Ecology, School of Natural Resources, Univ. Michigan, Ann Arbor, MI.
Thesis: "Comparison of the development and pathogenicity of two strains of *Leucocytozoon
simondi* in Canada geese from northern Michigan." Advisors: Dr. Archibald Cowan (UM),
Dr. John Stuht (Michigan Dept. of Natural Resources)

1975:    B.A. Biology, College of Wooster, Wooster, OH. Thesis: "Effects of temperature on growth
of *Polytomella caeca* and synchronization of cell division." Advisor: Dr. Donald Wise

**PROFESSIONAL EMPLOYMENT:**

Current:    Retired, Professor Emerita, Trinity College
2000 - 2017    Professor, Department of Biology and Environmental Science Program, Trinity College, Hartford,
CT.
1999 – 2000:    Instructor, Department of Biology, Colorado State University
1997 - 1999:    Post-doctoral research associate, Dept. Wildlife Ecology and Conserv, Univ. of Florida, Senda
Darwin Biological Station, Ancud, Chile.
1997 - 1999:    Research Biologist, Eagle Environmental, Inc., P.O. Box 23200, Santa Fe, NM 87502
1981 - 1991:    Research Assistant (seasonal, including Colorado State University; New Mexico Department of
Game and Fish; U.S. Forest Service; U.S. Fish and Wildlife Service; Environmental Protection
Group at Los Alamos National Laboratory)  US Forest Service Spotted Owl survey certification,
1986-1988, surveyed in Santa Fe National Forest, Santa Fe, NM

**OTHER AFFILIATIONS:**

2000 - present:    Research Affiliate, Archbold Biological Station, Lake Placid, FL.
2005 - 2014:    Adjunct faculty, Department of Fisheries and Wildlife Science, Virginia Tech, Blacksburg, VA.

**COURSES TAUGHT:**

Biology Department:
Ornithology, Mammalogy, Humans and Other Animals, Conservation Biology, Global Perspectives in Biological
Conservation, Avian Ecology and Conservation (senior seminar), Life History Strategies (senior seminar),
Evolution of Life, Inquiry into Life

Environmental Science Program:
Introduction to Environmental Science; Methods in Environmental Science; Advanced Senior Seminar in
Environmental Science; Civilization, Culture, and Conservation; Environmental Challenges Posed by Urban Life
Along the Yangtze River

**GRANTS AND FELLOWSHIPS:**

External Funding Awarded
2012 – 2016:  "Integrating Asian Studies and Environmental Science in a Distinctive Liberal Arts Context:
Leveraging Trinity's Urban-Global Initiative and Strength." $381,500. LIASE (Luce Foundation)
with several Trinity faculty
2011 – 2014:  "Hartford's Birds – Park Habitat Revitalization and Conservation." With Mary Pelletier, Park River
Watershed Revitalization Initiative, and the City of Hartford. U.S. Fish and Wildlife Service, Urban
Conservation Treaty for Migratory Birds Challenge Grant. Contract Agreement # 50154-1-G012,
$70,000.
2010 - 2012:  "Effects of land conversion projects on Crested Caracaras (*Caracara cheriway*) in Florida." With
Dr. James Fraser, Department of Fisheries and Wildlife Science, Virginia Tech. $220,000, U.S.
Fish and Wildlife Service and Wildlife Foundation of Florida.  WFF Contract No. 2010-CC-01.

2005 - 2009    "The function of 'gathering areas' for juvenile crested caracaras (*Caracara cheriway*) in Florida." With Dr. James Fraser, Department of Fisheries and Wildlife Science, Virginia Tech. $727,034, U.S. Fish and Wildlife Service project number 208-11-110A-009-374-1.

2002 – 2006:   "Habitat Suitability Model and Population Viability Analysis for Florida's Crested Caracaras." $46,449, Non-Game Program, FL Game & Fresh Water Fish Comm., Project # NG00-001.

2001 – 2003:   "Planning Activities: Development of a Strategic Plan for the Trinity College Field Station at Church Farm." $25,000. National Science Foundation Program: Division of Biological Infrastructure, Biological Field Stations and Marine Labs. With several Trinity faculty.

1997 - 2000:   "Age-specific Survival and Recruitment Rates of Juvenile Crested Caracaras and Preparation of Management Guidelines." $53,000, FL Game and Fresh Water Fish Commission.

1997 - 1999:   "Ecology of an avian predator in southern Chile's fragmented rainforest." $38,233, National Geographic Society (Post-doctoral research in Chile)

1997 - 1999:   "Non-breeding Season Ecology of the Cape Sable Seaside Sparrow, Everglades National Park." $147,830, South Florida Ecosystem Recovery Team, US Fish and Wildlife Service.

1997:   "Sexing Crested Caracaras Using DNA from Blood Samples." $5000, FL Game and Fresh Water Fish Commission; with Mary Maltbie, Los Alamos National Laboratory.

1996 – 1998:   "Status of Audubon's Crested Caracara within the Kissimmee River Restoration Project Area." $35,000, South Florida Water Management District.

1995 – 1997:   "Habitat Associations and Reproductive Ecology of Florida's Crested Caracaras." $83,000, FL Game & Fresh Water Fish Commission (Dissertation research, Univ. Florida).

1993 - 1996:   "Reproductive Ecology of Florida's Crested Caracaras." $200,000. Department of Defense, Avon Park Air Force Range (Dissertation research, Univ. Florida).

1991:   U.S. Forest Service, Apache-Sitgreaves National Forest, AZ, $3000.

1985 - 1989:   New Mexico Department of Game and Fish, Share With Wildlife Non-Game Program, $16,200. "Ecology of the meadow jumping mouse (*Zapus hudsonius luteus*) in the southwestern US."

Faculty Research Grants Awarded (Trinity College)

2013 – 2014    "Assessing soil and water quality in ponds in Hartford's Parks." Trinity College Faculty Research Grant, summer research stipend and housing for 1 undergraduate.

2012 - 2013    "Monitoring Birds' Habitat and Migration in Hartford and the Northeast." Trinity College Faculty Research Grant, summer research stipend and housing for 1 undergraduate.

2010 – 2011    "Assessing blood lead levels in Red-tailed Hawks and other urban birds living in Hartford." Trinity College Faculty Research Grant, summer research stipend and housing for 1 undergraduate

2007 – 2008    "Seasonal change in avian communities at Trinity College field station." Trinity College Faculty Research Grant, summer research stipend and housing for 1 undergraduate

2006 – 2008    "Use of urban environments by Red-tailed Hawks"  Howard Hughes Medical Grant to Trinity College, summer research stipend ($3500) for 4 undergraduates (1 was a thesis fellow); Trinity College Faculty Research Grant, summer research stipend ($3500) for 3 undergraduates.

2005 - 2006    "Assessing raptor diets: using Scanning Electron Microscopy to identify mammal hairs from pellets."  Howard Hughes Medical Grant to Trinity College, summer research stipend ($3500) for 1 undergraduate.

2005 – 2006    "Assessing raptor diet using pellet analysis."  Trinity College Faculty Research Grant, summer research stipend ($3500) for 1 undergraduate.

2004 – 2005:   "Genetic structure of Florida's crested caracara population." Trinity College Faculty Research Grant, research ($2900) + summer stipend ($3500) for 1 undergraduate.

2003 - 2004:   "Avian Community Structure and Habitat Associations in Urban Parks." Trinity College Faculty Research Grant, research + Jr. faculty stipend ($4050) plus summer stipend ($2340) for 2 undergraduates.

2002 (summer): Grant to add Quantitative Content to "Introduction to Environmental Science," ENVS 149. $1000, Trinity College, Math Center.

2000 - 2002:   "Avian Community Structure and Habitat Associations in Urban Parks." Trinity College Faculty Research Grant, research + Jr. faculty stipend ($5100) plus summer stipend (total $4500) for 2 undergraduates.

**AREAS OF SCHOLARSHIP:**
1.  Ecology, population dynamics, and habitat relationships of birds living in human-influenced landscapes, particularly urban environments and agricultural systems.
2.  Threatened and endangered species biology and management.
3.  The function of urban parks and green spaces in conserving biodiversity.

**HONORS, AWARDS:**

2007 - 2009:  Charles A. Dana Research Associate Professor of Biology
1999:         Phi Kappa Phi Honor Society, Colorado State University
1998 - 1999:  Ford Foundation Post-doctoral Fellowship for Minorities, $25,000 (Post-doctoral research, UF)
1997:         Helen and Alan Cruikshank Award, Florida Ornithological Society
1997:         Sigma Xi Graduate Student Award, University of Florida Chapter
1997:         Gamma Sigma Delta Agricultural Honor Society, University of Florida
1997:         Sigma Xi, Associate membership, University of Florida
1996 - 1997:  Ford Foundation Dissertation Fellowship for Minorities, $18,000 (Dissertation writing, UF)
1996:         GSA travel award, University of Florida
1995:         Travel award, Department of Wildlife Ecology and Conservation, University of Florida
1995:         Graduate Student of the Year award, Ph.D., research. WEC, Univ. of Florida.

**CONSULTANCIES:**

1995 - Present: Multiple projects focused on responses of crested caracaras to various land conversion projects, for multiple agencies and consultants: US Fish and Wildlife Service, Vero Beach, FL; U.S. Army Corps of Engineers, Jacksonville, FL; South Florida Water Management District, West Palm Beach, FL; Deseret Ranch, Melbourne, FL; Babcock Ranch Preserve; Mosaic Mining Corp.‚ Johnson Engineering, Ft. Myers, FL; Wilson-Miller, Inc., Fort Myers, FL; Bio-Tech Consulting, Inc., Orlando, FL; IMC Phosphates Co., Mulberry, FL
2001:  Surveys for grassland birds at Rentschler Field.  United Technologies Corp., Hartford, CT.

**PUBLICATIONS:**

Articles in Peer-reviewed Journals:

**Morrison, J.L.** and M.D. Saggese. 2024. Assessing knowledge of the caracaras: compiling information, identifying knowledge gaps, and developing recommendations for future research. Journal of Raptor Research 58:XXX-XXX.

Payne, N. J.A. Erwin, **J.L. Morrison,** J.F. Dwyer and M. Culver. 2023. Genomic insights into isolation of the threatened Florida crested caracara (*Caracara plancus*). Journal of Heredity XX, 1‒12. doi.org/10.1093/jhered/esad057.

Saggese, M.D., A.I. Quaglia, D.H. Ellis, **J.L. Morrison**, M.B. Amorós, C.D. Amorós, S.A. Cadierno, R.W. Nelson, and I.C. Caballero. 2022. Telephone network access trunks used as nesting structures by Crested Caracaras (*Caracara plancus*) in Santa Cruz Province, Patagonia, Argentina. Journal of Raptor Research https://doi.org/10.3356/JRR-21-47

Saggese, M.D., **J.L. Morrison**, A.I. Quaglia, D.H. Ellis, C.H. Ellis, R.W. Nelson, M.B. Amorós, C.D. Amorós, S.A. Cadierno. 2021. Breeding ecology of Southern Caracaras (*Caracara plancus*) in southern continental Patagonia, Santa Cruz Province, Argentina. Journal of Raptor Research 55(2): 190‒200. https://doi.org/10.3356/0892-1016-55.2.190

Dwyer, J.F., J.D. Fraser, and **J.L. Morrison**. 2018. Evolution of communal roosting: A social refuge-territory prospecting hypothesis. Journal of Raptor Research 52:407-419.

Smith, J.L., **J.L. Morrison**, and J.D. Fraser.2017. A Habitat Model to Aid the Conservation of Crested Caracaras. Journal of Wildlife Management 81:712-719.  DOI: 10.1002/jwmg.21239.

**Morrison, J.L**, I.G.W. Gottlieb[†], and K.E. Pias[†]. 2016. Spatial distribution and the value of green spaces for urban red-tailed hawks. Urban Ecosystems 19(3): 1373-1388.  DOI 10.1007/s11252-016-0554-0

**Morrison, J.L.** and J.M. Baird[†]. 2016. Using banding and encounter data to investigate movements of Red-tailed Hawks in the Northeast. Journal of Raptor Research 50(2):1-15.

**Morrison, J.**L., B. Schmidt, and S.M. McGehee. 2016. A new longevity record for the Northern Caracara (*Caracara cheriway*) in Florida. Florida Field Naturalist 44(1):25-27.

Erwin, J.A·, R.R. Fitak, J.F. Dwyer, **J.L. Morrison,** M. Culver. 2016. Molecular detection and prevalence of bacteria in the families *Rickettsiaceae* and *Anaplasmataceae* in northern crested caracaras (*Caracara cheriway*). Ticks and Tick-borne Diseases.  DOI-10.1016/j.ttbdis.2016.01.015.

Vaughn, E.E., J.F. Dwyer, **J.L. Morrison**, and M. Culver. 2014. Development and characterization of polymorphic microsatellite markers for the crested caracara, *Caracara cheriway*. Conservation Genetics Resources 6: DOI 10.1007/s12686-015-0423-9.

Dwyer, J.F., J.D. Fraser, and **J.L. Morrison**. 2013. Range sizes and habitat use of non-breeding Crested Caracaras in Florida.  Journal of Field Ornithology 84(3):223–233

Dwyer, J.F., **J.L. Morrison**, and J.D. Fraser. 2012. Within-year survival of non-breeding Crested Caracaras. Condor 114(2):295–301.

Dwyer, J.F., **J.L. Morrison**, and J.D. Fraser. 2012. Factors influencing detection of nesting Crested Caracaras. Journal of Wildlife Management 76:857-862.

**Morrison, J.L.** K.E. Pias[†], J. Cohen, and D. Catlin. 2009. Environmental correlates of breeding in Florida's Crested Caracaras. Auk 126(4):1-8.

Nemeth, N., J. Dwyer, **J. Morrison**, R Bowen, J.D. Fraser. 2009. Seroprevalence of West Nile virus and other arboviruses in crested caracaras (*Caracara cheriway*) in Florida, Journal of Wildlife Disease 45(3):817-822.

**Morrison, J.L.** and P.B. Wood. 2009. Broadening our approaches to studying dispersal in raptors. Journal of Raptor Research.  43(2):81-89.  Invited paper for a special issue of the journal focused on dispersal in raptors.

**Morrison J.L,** K.E. Pias[†], J. Abrams[†], I.G.W Gottlieb[†], M. Deyrup, and M. McMillian. 2008. Invertebrate diet of breeding and non-breeding Crested Caracaras (*Caracara cheriway*) in Florida. Journal of Raptor Research 42(1):38-47.

**Morrison, J.L.,** M. McMillian, J. Cohen, and D. Catlin. 2007. Environmental correlates of nesting success in Red-shouldered Hawks. Condor 109:648-657.

**Morrison, J.L.** 2007. Characteristics of nest sites used by Crested Caracaras in south-central Florida.  Florida Field Naturalist. 35(1):1-8.

**Morrison, J.L.,** J. Abrams[†], M. Deyrup, T. Eisner, and M. McMillian. 2007. Noxious menu: chemically protected insects in the diet of the crested caracara. Southeastern Naturalist 6(1):1-14.

**Morrison**, J.L., M. Terry[*], and P.L. Kennedy. 2006. Potential factors influencing nest defense in diurnal North American raptors.  Journal of Raptor Research 40(2): 98-110.

**Morrison, J.L.** and K.E. Pias[†]. 2006. Assessing the vertebrate component of the diet of Florida's crested caracaras. Florida Scientist 69(1): 36-43.

**Morrison, J.L** and W.C. Chapman[†]. 2005. Can urban parks provide habitat for woodpeckers? Northeastern Naturalist 12(3):253-262.

**Morrison, J.L.** 2003. Age-specific survival of Florida's Crested Caracaras. Journal of Field Ornithology 74(4):321-330.

Nemeth, N.M.[*] and **J.L. Morrison**. 2002.  Natal dispersal of the Crested Caracara in Florida. Journal of Raptor Research 36(3):203-206.

Forrester, D.J., G.W. Foster, and **J.L. Morrison**. 2001. *Leucocytozoon toddi* and *Haemoproteus tinnunculi* (Protozoa: Haemosporina) in the Chimango Caracara (*Milvago chimango*) in Southern Chile. Memórias do Instituto Oswaldo Cruz 96: 1023-1024.

**Morrison, J.L.** and S.R. Humphrey. 2001. Conservation value of private lands for Crested Caracaras in Florida. Conservation Biology 15(3):675-684.

Willson, M.F., **J.L. Morrison**, K.E. Sieving, T.L. De Santo, L. Santisteban[#], and I. Díaz[#]. 2001. Patterns of predation risk and survival of bird nests in a Chilean agricultural landscape.  Conserv. Biol. 15(2):447-456.

**Morrison, J.L.** and L.M. Phillips[#]. 2000. Nesting habitat and success of the Chimango Caracara in southern Chile.  Wilson Bulletin 112(2):225-232.

**Morrison, J.L.** 1999. Breeding biology and productivity of Florida's Crested Caracaras. Condor 101(3):505-517.

DocuSign Envelope ID: 1CCD7A65-2EE6-4BA4-B322-783847E2B191

**Morrison, J.L**. and M. Maltbie. 1999. Methods for gender determination of Crested Caracaras. Journal of Raptor Research 33(2):128-133.

**Morrison, J.L**. 1998. Effects of double brooding on productivity of Crested Caracaras. Auk 115(4):979-987.

Foster, G.W., **J.L. Morrison**, C.K. Steible, and D.J. Forrester. 1998. *Haemoproteus tinnunculi* in Crested Caracara (*Caracara plancus audubonii*) from south-central Florida. Jour. Raptor Research 32(2):159-162.

**Morrison, J.L.,** M.A. McMillian, S.M. McGehee, L.D. Todd. 1997. First record of Crested Caracaras nesting in a cypress. Florida Field Naturalist. 25(2):51-53.

**Morrison, J.L**. 1996. Crested Caracara (*Caracara plancus*). *In* The Birds of North America, No. 249 (A. Poole and F. Gill, eds.). The Academy of Natural Sciences, Philadelphia, and The American Ornithologists' Union, Washington, D.C.

**Morrison, J.L**. and S.M. McGehee. 1996. Capture methods for Crested Caracaras. Journal of Field Ornithology. 67(4):630-636.

**Morrison, J.L**. 1992. Persistence of the meadow jumping mouse, *Zapus hudsonius luteus*, in New Mexico. The Southwestern Naturalist 37(3):308-311.

**Morrison, J.L**. and P.L. Kennedy. 1989. The use of line transects to evaluate the abundance of diurnal mammalian prey.  Journal of Raptor Research 23(4):172-175.
† undergraduate co-author from Trinity College
* undergraduate co-author from Colorado State University
# undergraduate co-author from University of Florida

Symposia and Other Peer Reviewed Publications

**Morrison, J.L**. 2023. People and Wildlife: Managing Cattle and Caracaras. Ch. 15 *in* Prescribed Fire for Wildlife. The Florida Chapter of the Wildlife Society and the Florida Fish and Wildlife Conservation Commission.  April 23-25, 2023. FFA Leadership Training Center, Haines, City, FL

**Morrison, J.L.** and J.F. Dwyer. 2012. Crested Caracara (Caracara cheriway), The Birds of North America Online (A. Poole, Ed.). Ithaca: Cornell Lab of Ornithology; Retrieved from the Birds of North America Online: http://bna.birds.cornell.edu/bna/species/249  doi:10.2173/bna.249. (update of account originally published in 1996)

**Morrison, J.L.** 2006. The Crested Caracara in the changing grasslands of Florida. Pp. 211-215 *in* R. Noss (Ed.), Land of Fire and Water: The Florida Dry Prairie Ecosystem. Proceedings of the Florida Dry Prairie Conference, October 2004, Sebring, FL.

**Morrison, J.L.** 2001. Recommended management practices and survey protocols for Audubon's Crested Caracara (*Caracara cheriway audubonii*) in Florida. Technical Report No. 18.  Florida Fish and Wildlife Conservation Commission. Project Number: NG-96-021.

**Morrison, J.L.** 1990. The meadow jumping mouse in New Mexico: habitat preferences and management recommendations.  Pp. 136-143 *in* P.R. Krausman and N.S. Smith, eds. Proceedings of the Symposium on Managing Wildlife in the Southwest.  Published by The Wildlife Society, Arizona Chapter, Phoenix, AZ.

Book Chapters:

**Morrison, J.L**. 2002. "Teaching Science and Conservation in an Urban Environment". *in* website publication, *Cities, Urban Learning, and the Liberal Arts*, Trinity College, Hartford, CT. http://www.trincoll.edu/pub/Dean_Fac/urbpubs.html

Reviews:

**Morrison, J.L**. 1995. *Book Review:* Meffe, G.K. and Carroll, R.C. 1994. Principles of Conservation Biology, Sinauer. Journal of Mammalogy 76(3):972-974.

Manuscripts in Review

**Morrison, J.L**. and C. Poli. Post-fledging dependency period and dispersal of Crested Caracaras in Florida. Journal of Raptor Research special issue on caracaras.

**SELECTED TECHNICAL PUBLICATIONS AND REPORTS**

2022: - Present: <u>IRL-S Project</u>: Crested Caracara tagging, monitoring and reporting. Unpubl. Annual Report to the Army Corps of Engineers and LG2 consultants. Subcontract Agreement: SC 312022392 42.

2021 - Present: <u>Babcock Ranch Community</u>. Crested Caracara tagging, monitoring, and reporting.  Unpubl. Annual Reports to U.S. Fish and Wildlife Service.

2021 - Present: <u>C-139 Flow Equalization Basin (FEB) Project</u>: Crested Caracara tagging using GPS/GSM transmitters, monitoring and reporting. Unpubl. Annual Reports to South Florida Water Management District, West Palm Beach, FL. PO# 4500124596.

2021 - Present  <u>C-139 Annex Restoration Project</u>: Crested Caracara tagging using GPS/GSM transmitters, monitoring and reporting. Unpubl. Annual Reports to South Florida Water Management District, West Palm Beach. PO# 4500125127.

2016 - Present: Reports entitled: <u>C-43 West storage reservoir project</u> site. Northern Crested Caracara: tagging using GPS/GSM transmitters: Monitoring and reporting. Unpubl. Annual Reports to South Florida Water Management District, West Palm Beach.  Multiple contract purchase orders.

2015: <u>Lakeside Ranch STA North and L-63/L-64 Canal works</u>. Audubon Crested Caracara Satellite Tagging Project. Unpubl. Final Report to U.S. Fish and Wildlife Service South Florida Ecosystem Services Office, Vero Beach, and The Wildlife Foundation of Florida, Inc., Tallahassee.

2012:  Effects of Land Conversion Projects on Crested Caracara (Caracara cheriway) in Florida: A Pilot Study. Unpubl. Final Report to U.S. Fish and Wildlife Service, South Florida Ecological Services Office, Vero Beach, FL.  With Jennifer A. Smith and Jim Fraser.  WFF Contract No. 2010-CC-01

2007:  Habitat suitability and demographic population viability models for Florida's Crested Caracaras. Final Report. Florida Fish and Wildlife Conservation Commission. With K.V. Root., J. Barnes, and G. Lipps. Project Number: NG00-0011.

2006: Station 43-sanctuary important bird area conservation and management plan.  Unpubl. Final Report to Hartford Audubon Society, Hartford, CT.

2003: <u>The Lykes Brighton Sugar Cane North Farm Project:</u> Monitoring Crested Caracaras.  Unpubl. Final Report to Lykes Bros., Inc. and U.S. Fish and Wildlife Service, South Florida Ecological Services Office, Vero Beach, FL.

2003: <u>The Crossing Grove Project</u> and Audubon's Crested caracara, DeSoto County, Florida.  Unpubl. Final report to Orange-co of Florida, Inc. and U.S. Fish and Wildlife Service, South Florida Ecological Services Office.

2001: Age-specific survival and recruitment rates and development of best management practices for Florida's Crested Caracaras.  Final Report to Florida Fish and Wildlife Conservation Commission. Project Number: NG-96-021.

2001: Non-breeding season ecology of the Cape Sable seaside sparrow (*Ammodramus maritimus mirabilis*). Unpubl. Final Report to the U.S. Fish and Wildlife Service, South Florida Ecosystem Office, Vero Beach, FL.  Grants # 1448-40181-98-G-031 and 1448-40181-87-G-043.  With Tylan F. Dean.

**SELECTED PRESENTATIONS:**

<u>Papers given at professional conferences</u>:  (*presenter)

2022: Caracaras: falcons of a different feather.  A literature review and identification of knowledge gaps. J.L. Morrison* and M.D. Saggese. Annual meeting, Raptor Research Foundation, Fort Lauderdale, FL, October.

2022: Using telemetry and nest location data to evaluate nest buffers and use areas associated with caracaras nesting within and adjacent to land conversion projects. Annual meeting, Raptor Research Foundation, Fort Lauderdale, FL, October.

2017: North America's only caracara: wide-ranging but little known.  Invited paper for Symposium "Under-studied, Open-Land Raptors." Annual meeting, Raptor Research Foundation, Salt Lake City, UT. November.

2014: New transmitter technology: embracing the potential while understanding the limitations. Annual meeting, Raptor Research Foundation, Corpus Christi, TX, September

2014: Green Space Within Home Ranges of Red-tailed Hawks in an Urban Environment. Northeast Natural History Conference. Springfield, MA. April.

2014: Concurrent Communal Roosting of Crested Caracaras, Black Vultures, Turkey Vultures, and Wading Birds at a Single Roost in Florida. J.F. Dwyer*, J.D. Fraser, J.L. Morrison. Annual meeting, Raptor Research Foundation, Annual meeting, Raptor Research Foundation, Corpus Christi, TX, September.

2010: Testing survey methods for Crested Caracaras (Caracara cheriway) in Florida. James F. Dwyer*, James D. Fraser, Joan L. Morrison. Annual meeting, Raptor Research Foundation, Fort Collins, CO, September.

2009: Why do non-breeding crested caracaras in Florida form groups? James F. Dwyer*, James D. Fraser, Joan L. Morrison. Annual meeting, Raptor Research Foundation, Pitlochry, UK. September.

2008: Interspecific and intraspecific social interactions of crested caracaras (Caracara cheriway) in Florida. James F. Dwyer*, James D. Fraser, Joan L. Morrison. Annual meeting, Raptor Research Foundation, Missoula, MT. September.

2007: Predicting habitat distribution for the Crested Caracara (*Caracara cheriway*) using a spatial modeling approach. Jami Barnes, Karen V. Root, Gregg Lipps, and Joan L. Morrison*. Annual meeting, Raptor Research Foundation, Fogelsville, PA. September. SESSION CHAIR: HABITAT

2005: Habitat use and spatial partitioning of three raptors on a south Florida cattle ranch. Annual Research Symposium, Archbold Biological Station, Lake Placid, FL. January.

2004: The importance of prairies and cattle ranches to Florida's Crested Caracaras. Florida Dry Prairie Conference, Sebring, Florida, October.

2001: Turnover and Dispersal of Crested Caracaras (*Caracara cheriway*) in Florida. Annual meeting, Raptor Research Foundation, Winnipeg, Manitoba, Canada, October SESSION CHAIR: GENERAL SESSION IV.

2000: Non-breeding season ecology of the Cape Sable seaside sparrow: field observations and implications for management. Greater Everglades Ecosystem Restoration meeting, Naples, FL, December.

2000: Evaluation of the US Fish and Wildlife Service Draft Environmental Assessment to harvest nestling Peregrine Falcons in the western US. Annual meeting, Raptor Research Foundation, Jonesboro, AR, November.

2000: Conservation and private lands: Crested Caracaras on cattle ranches in Florida. Annual meeting, Society of Conservation Biology, Missoula, MT, June.

Selected Poster Presentations:

2023: Seasonal Movements and Habitat Associations of Crested Caracaras in Arizona. Annual meeting, Raptor Research Foundation, Albuquerque, NM. October.

2018: Caracaras in Arizona – Preliminary Data. Annual meeting, Arizona Field Ornithologists, Ajo, AZ, Oct.

2015: On the move: extralimital observations of the Crested Caracara (Caracara cheriway) in North America. Annual meeting, Raptor Research Foundation, Sacramento, CA, Nov.

2014: Raptors on the East Coast: A Shift in the Timing of Autumn Migration. (with Jason Baird[†]). Northeast Natural History Conference. Springfield, MA. April.

2013: Green Space Within Home Ranges of Red-tailed Hawks (*Buteo jamaicensis*) in an Urban Environment. Annual meeting, Raptor Research Foundation, Bariloche, Argentina, Oct. (with Sarah Black[†], Isabel G.W. Gottlieb[†], and Kyle E. Pias[†])

2012: Phenologic Shift: Are hawks on the east coast adapting their migratory patterns to climate change? Annual meeting, Hawk Migration Association of North America, Greenwich, CT. Oct. (with Jason Baird[†]).

2011: Analysis of Banding and Recovery Data for Red-tailed Hawks (*Buteo jamaicensis*) in the northeastern U.S. Annual meeting, Raptor Research Foundation, Duluth, MN. Sept. (with Jason Baird[†]).

2009: Use of Breast Plumage to Age Crested Caracaras (*Caracara cheriway*). Annual meeting, American Ornithologists Union, Philadelphia, PA. Aug. (with J.F. Dwyer and J.D. Fraser).

2008: Ecology of an Urban Red-tailed Hawk (*Buteo jamaicensis*) Population. Annual meeting, Raptor Research Foundation, Missoula, MT. Sept. (with Isabel G.W. Gottlieb[†], Frances M.L. Thomas[†], Connor Wells[†], and Kyle E. Pias[†])

2008: Seroprevalence of West Nile virus and other arboviruses in crested caracaras (*Caracara cheriway*) in Florida. International Conference of the Wildlife Disease Association, Edmonton, Alberta, Canada, August. (with N. Nemeth, J.F. Dwyer, R. Bowen and J.D. Fraser).

2007: Food habits of Florida's Crested Caracaras (Caracara cheriway). Annual meeting, Raptor Research Foundation, Fogelsville, PA. September. (with Kyle E. Pias[†] and Isabel G.W. Gottlieb[†])

2007: Finding microsatellite markers for the Crested Caracara (*Caracara cheriway*). Annual meeting, Raptor Research Foundation, Fogelsville, PA. September.

2006. Aspects of the diet of the northern Crested Caracara in Florida. 4th North American Ornithological Conference, Veracruz, Mexico, October. (with K.E. Pias[†])

2006: Habitat use, spatial partitioning, and productivity of 3 coexisting raptors on a south Florida cattle ranch. 4th North American Ornithological Conference, Veracruz, Mexico, October.

2006. Rural lands stewardship and species conservation in Collier County, Florida. 20th Annual Meeting, Society for Conservation Biology, San Jose, CA. June. (with B. Johnson, Wilson Miller, Inc.)

2004: Urban parks as habitat islands with importance for conservation of regional biodiversity. 18th Annual Meeting, Society for Conservation Biology, New York, NY. August. (with E.J. Riley[†]).

2004: Diet analysis of nesting crested caracaras in south central Florida. Undergraduate Environmental Research Symposium, Bridgewater State College, Bridgewater State College, Bridgewater, MA. November (with K.E. Pias[†])

2002: Composition and habitat associations of breeding bird communities in urban parks. 3rd North American Ornithological Conference, New Orleans, LA. Sept. (with J.A. Birnbaum[†], P.M. Ciastko[†], and C.M. Geremia[†]).

2002; Habitat relationships among wintering birds in urban parks. 3rd North American Ornithological Conference, New Orleans, LA. September. (with Z.A. Kahn[†]).

[†] undergraduate co-authors from Trinity College

Invited lectures
2006: Challenges of conservation on private lands. Invited lecture, Department of Natural Resources Conservation, UMass-Amherst, MA. (Oct)

2004: Raptors in human-managed landscapes: Caracaras in Florida and Chile. Invited lecture, Department of Biology, Eastern Connecticut State University, Willimantic, CT. (November)

1999: Department of Education and the National Council of Science and Technology, Centro de Investigaciones Biológicas del Noroeste, La Paz, BCS, Mexico. Presented two lectures on raptor population ecology and habitat management, in conjunction with the annual meeting of the Raptor Research Foundation.

Local and community invited presentations:
2021   Wildlife in the City: Urban Red-Tailed Hawks; Mass. Hawkwatch (virtual, Sept)
2020   My caracara research; North Shore Birding Festival, Apopka, FL (virtual, Dec)
2018   Caracaras in Arizona: Preliminary Data. Annual meeting Arizona Field Ornithologists (Oct)
2017   North America's Only Caracara: Wide-Ranging But Little Known. Annual meeting Arizona Field Ornithologists (Oct)
2015:  My urban bird research; Connecticut Forest & Park Association, Hartford, CT (May)
2015:  Climate - Too Hot (or Cold!) to Handle - talk on climate change, to local group, Farmington, CT (Feb)
2010:  My caracara research; Port St. Lucie Audubon Society, Port ST. Lucie, FL (Feb)
2008:  My red-tailed hawk research; Connecticut's Beardsley Zoo, Bridgeport, CT (Sep)
2006:  Ecology of local raptors; Glastonbury Audubon Center, Glastonbury, CT. (Oct.)
2005:  Birds in Chile; Hartford Audubon Society, Hartford, CT. (Oct.)
2001:  Status of the American Kestrel in Connecticut; Windham Land Trust (Oct.)
1998:  Ecology of an avian predator in Chiloé's fragmented landscape. Darwin on Chiloé: a Symposium to commemorate Darwin's visit to Chiloé Island. Ancud, Chiloé, Chile (Nov)

**PROFESSIONAL SERVICE:**
2023:            Associate Editor, Journal of Raptor Research special issue on caracaras.
2008-2022:   Secretary, Raptor Research Foundation
2002-2019:   Associate Editor, Journal of Raptor Research (over 100 manuscripts reviewed)
2000-2011    Student Travel Award Committee, Raptor Research Foundation
2000-2010:   Judge of student papers and session chair at annual meetings of the Raptor Research Foundation.
2000-Present:  Reviewed manuscripts for various journals including Conservation Biology, Auk, Northeastern Naturalist, Condor, Ecology, Jour. Field Ornithology, Wilson Bulletin, Southwestern Naturalist, Biodiversity Conservation, Jour. Wildlife Management, Polar Biology, Western Birds, Jour.Raptor Research.

DocuSign Envelope ID: 1CCD7A65-2EF6-4BA4-B822-783847E2B191

**GRADUATE STUDENTS AND POST-DOCS:**

2009-2012: Kyle E. Pias, Florida Cooperative Fish and Wildlife Research Unit, Dept. of Wildlife Ecology and Conservation, University of Florida. M.Sc. (with Dr. W. Kitchens and Dr. R. Fletcher) **Graduated** Dec 2012

2010-2012  Dr. Jennifer Smith, Post-doctoral Research Associate, Dept. Fisheries and Wildlife Science, Virginia Tech, Blacksburg, VA. (with Dr. J.D. Fraser). **Completed** Sept. 2012.

2006-2010: James F. Dwyer, Dept. Fisheries and Wildlife Science, Virginia Tech, Blacksburg, VA. Ph.D. (co-advisor, with Dr. J.D. Fraser).  **Graduated** May 2010

2004-2009: Jane Seymour, Dept. Natural Resources, University of Connecticut, Storrs, CT. M.S.  **Graduated** Jan 2009 (committee member)

**PROFESSIONAL MEMBERSHIPS:**

Raptor Research Foundation

**CURRENT SERVICE:**

2021-Present    Hawks Aloft, Inc. Board of Directors, Albuquerque, NM
2019-Present    Corrales Bosque Advisory Commission, Corrales, NM
2017-Present    Bird banding with local students, Bosque School, Albuquerque, NM
2017-Present    Friends of Valle de Oro National Wildlife Refuge Board of Directors, Albuquerque, NM

**PERMITS**

- USGS Bird Banding Lab Master Banding permit #22800, since 1996
- USFWS 10(a)(1)(A) Threatened and Endangered Species permit #TE106708, since 1996
- New Mexico Department of Game and Fish Authorization for Taking Protected Wildlife for Scientific Purposes, permit # 3681, since 2017
- Arizona Game and Fish Department Scientific Collecting License #SP503932, since 2016
- MBTA Scientific Collecting Permit #MBPER0004907, since 2021

**ATTACHMENT B**

## U.S. FISH AND WILDLIFE SERVICE TECHNICAL ASSISTANCE DECISION DOCUMENT FOR BELLMAR STATE 404 PERMIT

## State 404 Permit Application Review/Response Form

Date:                              10/31/2023
USFWS Reviewer:                    Adam Knutson
FWC Contact:                       Bryan Phillips
FDEP Contact:                      Toby Schwetje
Permit App. No./Title:             Bellmar ST404_396364-001
Permit App. Location:              Collier
Ecosphere Project Code             2022-0022196

**INSTRUCTIONS**

☒ Complete all relevant sections of the Project Review Form.

☒ For each species for which incidental take is anticipated, complete Section A.1 – C.2

☒ Obtain supervisory approval of comments and any incidental take determination and quantification.

☒ Ensure that the Ecosphere Project is linked to Project Code # 2022-0002197 (Florida 404 Assumption Programmatic) and the species determinations and take quantification is entered in the Project's Species Determination and Take Information widget.

☒ Upload completed Project Review Form to Ecosphere and supporting public notice.

**FEDERALLY LISTED SPECIES AND EFFECTS**

1.  Does the State 404 Permit Application Package contain an accurate list of all federally listed species and critical habitats that may be affected?

☒ Yes

☐ No

If USFWS checks No on question 1, USFWS will coordinate with FWC according to the MOA and list any species expected to occur within the project-specific action area.

2.  Does the State 404 Permit Application Package accurately determine the permit application's effects on the species and critical habitats?

☒ Yes

☐ No

If No is selected for question 2, USFWS will provide technical assistance on the effects determination with an explanation with supporting information to FWC.

3. Does the State 404 Permit Application Package have adequate protection measures to ensure the permitted activity will not jeopardize any federally listed species?

☒Yes

☐No

4. Does the State 404 Permit Application Package have adequate protection measures to avoid and minimize any incidental take that is reasonably certain to occur?

☐Yes

☒No

If the answers to questions 1-4 are all "Yes", then the USFWS has concluded its review of the permit application, as well as the status of the affected species, any cumulative effects within the permit applications' action area, and concludes that the permit application is not likely to jeopardize any federally listed species and has no further comments on this State 404 permit application.

If the answer to question 3 or 4 is "No", the USFWS will provide a list of the any necessary avoidance and minimization measures (AMMs) to ensure that the permitted activity is not likely to jeopardize any species, adversely modify or destroy critical habitat or to ensure that any incidental take is avoided or minimized.

Note that if the description of the permitted activities changes, new species or critical habitat are listed, or the status of a species changes, or other new information becomes available that was not considered during this USFWS technical assistance review, the USFWS will be contacted for further comments.

If No is selected for any of the questions, the USFWS will provide questions, comments, or any other appropriate information to assist FDEP and FWC in processing the permit application.

The USFWS will use section A.1- C.2, to document species determinations, AMMs and provide effects summary to track take.

## A.1.    Species and Critical Habitat that are likely to be adversely affected

Species that are listed in Table 1-1 of the PBO/CO are those that are likely to be adversely affected (LAA) by certain activities, even when all appropriate AMMs are incorporated.

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|------|-------------|------------------|
| Mammal | Florida bonneted bat | Proposed |
| Mammal | Florida panther | Has not been designated |
| Bird | Audubon's crested caracara | Has not been designated |
| Mammal | Tricolored bat (proposed) | Has not been designated |

**A.2.    Species and Critical Habitat that are not likely to be adversely affected (includes no effect) –**

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|------|-------------|------------------|
| Bird | Everglade snail kite; Wood stork; Florida scrub-jay; Red-cockaded woodpecker | Has not been designated |
| Reptile | Eastern indigo snake | Has not been designated |

**B.1.    Additional and Necessary Avoidance and Minimization Measures**

Additional Avoidance and Minimization Measures as included in the permittee's Bellmar Listed Species Conditions (Enclosure A).

| ☒ Audubon's crested caracara | 1. Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the project site that is under the permittee's ownership or neighboring areas where access is allowed. |
|---|---|
| | 2. To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site.  Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site.  Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition 3. |
| | 3. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting |

| | | |
|---|---|---|
| | | scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the project site that is under the permittee's ownership. The permittee shall contact the U.S Fish and Wildlife Service's Florida Ecological Services Office (FESO) at FW4FLESRegs@fws.gov for technical assistance and will notify the Florida Fish and Wildlife Conservation Commission (FWC) at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara. The permittee shall report the final location and extent of restored habitat to the FESO, the Florida Department of Environmental Protection (Department), and the FWC upon completion of restoration activities. |
| ☒ Eastern indigo snake | | The permittee shall implement the U.S. Fish and Wildlife Service's *Standard Protection Measures for the Eastern Indigo Snake* (SPM; Service March 23, 2021) during construction of the Project and restoration of the conservation area. |
| ☒ Florida bonneted bat and tricolored bat | 1. | The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at FW4FLESRegs@fws.gov for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com. |
| | 2. | The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized. |
| | 3. | The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 2,100.17± acres of on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities. |
| | 4. | The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings). |
| | 5. | Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost. |
| | 6. | The permittee shall implement planting of native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance. |
| | 7. | The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat. |

| | |
|---|---|
| | 8. The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.<br>9. The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat. |
| ☒ Florida panther | 1. The permittee will make contributions to the Paul J. Marinelli Fund as follows: i. The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project.  Upon deposit of the funds, the permittee shall provide correspondence from the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com) confirming that the contribution has been provided. ii. The permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale).  The permittee shall provide an annual report confirming the sale and contribution to the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com).<br>2. The permittee will, at its sole cost and expense, construct five wildlife crossings within the geographic region where this and proposed Rural Lands West project are located, including one just north of the Project site on Oil Well Road, approximately 1.44 miles east of Desoto Boulevard.  These wildlife crossings will be constructed to fulfill the state and federal permitting requirements for Rural Lands West and Bellmar, collectively.  The wildlife crossings shall be constructed to provide and preserve a wildlife movement corridor and the locations shall be constructed in the locations shown in Figure 1.  The permittee shall contact the FESO at FW4FLESRegs@fws.gov for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to start of the construction activities of the crossings and shall provide the location and plans of the proposed wildlife crossings for review.  The permittee shall report the final location and as-built plans of wildlife crossings to the FESO, the Department, and the FWC upon completion of construction.<br>3. The permittee shall ensure that HOA and/or homeowners' documents for the Bellmar community states that pets within the community should be kept indoors, on leash or supervised when outdoors in common areas, or within a secure covered kennel.  Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers.  The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers. |

**B.2.    Voluntary Conservation Measures**

Describe any voluntary/discretionary conservation activities that may be incorporated into the permit at the discretion of FDEP.  Reference the measure by species and number as described in section 2.5 or describe any conservation measures not included in the PBO/CO.

| Species | Recovery Activity |
|---|---|
| n/a | n/a |

**C.1.    Effects Summary and Tracking Take**

| Common Name | No Effect | Not Likely to Adversely Affect | Likely to Adversely Affect – Take is RCTO | Amount of Take (e.g, numbers of individuals or all individuals within a specified acreage) |
|---|---|---|---|---|
| Everglade snail kite | ☐ | ☒ | ☐ | |
| Florida scrub-jay | ☒ | ☐ | ☐ | |
| Wood stork | ☐ | ☒ | ☐ | |
| Red-cockaded woodpecker | ☐ | ☒ | ☐ | |
| Eastern indigo snakes | ☐ | ☒ | ☐ | |
| Florida bonneted bat | ☐ | ☐ | ☒ | 1 roost, 11 individuals |
| Florida panther | ☐ | ☐ | ☒ | 4 individuals at year of buildout (3 via vehicle collision, 1 due to habitat loss and reduction in carrying capacity), and 3 individuals a year thereafter |
| Audubon's crested caracara | ☐ | ☐ | ☒ | Loss or failed reproduction of one caracara pair |
| Tricolored bat | ☐ | ☐ | ☒ | 1 roost, 10 individuals |

**C.2** The following analysis supports the non-jeopardy determination.

If possible, the Service may reference the public notice sections that describe the action area, status of the species within the action area, effects of the action, cumulative effects, and the amount of take.

**Species and Critical Habitat Determinations**
Refer to Ecosphere Project S7 Consultation Code 2022-0022196 the consultation summary:

**Audubon's crested caracara**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for the Audubon's crested caracara (caracara) is the entire 5,105.49-acre project site.

*Status of the Species in the Action Area:*

The project lies within the consultation area for the caracara and contains approximately 2,285 acres of suitable habitat, dominated by row crops (1,242.33 acres). The amount of suitable habitat is anticipated to fluctuate as the cropland shifts seasonally and is expected to be used opportunistically by caracara. A caracara survey conducted in 2020 identified an active nest on the project site, which successfully fledged juvenile caracara. A subsequent survey was conducted in 2021 that found the previous nest was inactive and caracara were absent from the project site during that survey period. In 2022, another survey was conducted and found the 2020 nest was still inactive but discovered a different active nest within the Project footprint. Finally, a 2023 survey found both previous nests from 2020 and 2022 to be inactive but have identified that caracara are nesting just offsite to the north. Based on the results of these surveys, we expect caracara to shift their territory between the project site and an off-site location in response to annual changes in agricultural intensity and the suitability of the cropland.

*Effects of the Action:*

The Applicant proposes to develop a mixed-use community on approximately 1,793.4 acres and preserve and enhance approximately 2,391.63 acres of native upland and wetland habitats. Through these actions, approximately 1,440.33 acres of suitable caracara habitat will be converted to development. Of the 1,440.33 acres, approximately 1,424.02 acres is current cropland and only 16.31 acres is dry prairie and pasture. Caracara home ranges are known to vary from approximately 1,000 acres to approximately 5,000 acres, depending on habitat suitability and proximity to other caracara territories (Morrison 2001). To account for this variation in home range size and lack of more specific data, we will use an average home range of approximately 3,000 acres for our analysis. Accordingly, the development of 1,440.33 acres would constitute a loss of 48 percent of an average caracara territory. Because of the variable suitability of the existing cropland for caracara use, we expect caracara in the area have seasonally shifted territories to accommodate the changing value. However, the proposed project will eliminate any intermittent suitability of the cropland, likely permanently shifting the caracara territory. This habitat loss could result in increased intraspecific aggression with adjacent caracaras as the pair moves to neighboring territories in search of forage and nesting sites. This aggression and/or decrease in foraging area could also ultimately result in a lower reproductive potential.

In addition to habitat loss, we anticipate the noise and activity from personnel and vehicles during site preparation and construction would disturb foraging or nesting caracara, potentially

leading birds to change their behavior and abandon a foraging or nesting opportunity. The degree of disturbance is related to the distance of these activities from the nest, as well as the nesting pairs' tolerance to human activities. Adverse effects could range from abandoning a nesting attempt, if construction is close to the nest during breeding season, to general avoidance of the area for foraging. The avoidance and minimization measure of maintaining a 984 foot exclusion buffer around an active nest is expected to reduce this risk of abandoning a nest attempt; however, avoidance of the Project site for foraging could still adversely affect the breeding pair through lowering the adult fitness and/or reproductive success of a nest (via lower adult fitness or decreased food availability for young). Because we expect the documented pair to currently avoid portions of the cropland areas during times of lower suitability, we anticipate that these caracara may be less disturbed by noise and disturbance. Furthermore, the cropland areas will be ultimately converted to development, eliminating suitability for use by caracara. Therefore, the effects of disturbance is expected to be superseded by the habitat loss described above.

*Cumulative Effects*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in this Project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on caracara are not expected to extend beyond the proposed project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take*

The Service has reviewed the biological information for caracara, information presented by the Applicant's consultant, and other available information relevant to this action. The Project will result in take of caracara in the form of harm due to the disturbance from development and construction activities, as well as loss of foraging and nesting habitat in the Project footprint that is expected to result in a loss of reproductive success. Therefore, the Service expresses the amount of incidental take from the Project as: 1) the loss of caracara reproductive success for the known breeding pair for the first year of the Project; and 2) loss of 1,440.33 ac of suitable caracara foraging and nesting habitat in the Project footprint.

*Incidental take resulting from the project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly

impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed project to incidentally result in take of the caracara in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,440.33 acres of habitat; and the loss of caracara reproductive success for the known breeding pair for the first year of the Project).

*Jeopardy assessment*

After considering the status of the caracara, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the caracara. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

  1) Disturbance from site preparation and construction activities is anticipated to cause caracara to permanently shift their territory; however, as these caracara likely shift territories with some regularity, we expect the caracara to acclimate and resume normal behavior following the first year. A reduction in breeding success during this time would occur, but abandonment of this territory by caracara is not anticipated.
  2) The reduction of the breeding success is only expected for a short period, while birds adjust, and given that all suitable caracara habitat is believed to be saturated, this loss in breeding is expected to have minimal effect on the overall population.
  3) The permanent loss of approximately 1,440.33 ac of suitable caracara habitat will likely lead to increased competition for suitable foraging habitat and a reduction in nest productivity, but as discussed above the loss in breeding is not expected to adversely affect the overall population to a significant degree.
  4) The habitat loss (1,440.33 ac) is small reduction in the overall range of the species.

**Florida Panther**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action.  For this Project, the Service considers the action area for panthers as all lands within the footprint of the Project, and all lands within 25 miles of the Project footprint.  The 25-mile buffer around the Project footprint is designed to encompass mean dispersal distance of sub-adult male panthers, which was reported by Maehr et al. (2002) to be 23.2 miles and by Comiskey et al. (2002) to be 24.9 miles.  The 25-mile buffer distance encompasses the dispersal distance of both male and female panthers because male panther dispersal distances are known to exceed those reported for female panthers (Comiskey et al. 2002; Maehr et al. 2002).  The size of the Action Area for this consultation is consistent with action areas defined in our recent biological opinions for the panther, and it accounts for the wide-ranging movements of sub-adult panthers and the large home territories of adult panthers. While the action area is a 25-mile buffer around the Project footprint, effects to species other than panthers are not expected to extend beyond the Project boundaries.

*Status of the Species in the Action Area:*

This Project lies within the consultation area for the Florida panther and is within the Primary Zone of the focus area.  Over 7,400 telemetry locations have been documented within 5 miles of the Project from February 1982 to October 2019, with 10 occurring within the development footprint.  While these telemetry locations demonstrate that panthers use this area, they do not reflect whether these are resident panthers or dispersing panthers, how much time they spend there, or how many individuals may be present. The closest identified panther den is approximately 2.27 miles southeast of the project site.  The exact number of panthers that may use the project site is not known but the Project areas comprises only approximately 3 to 7 percent of an individual female or male panther home range respectively (see below, *effects of the action*).

According to the Service's GIS database, since monitoring of panthers began in 1982, there have been 398 panther documented deaths within the Action Area (e.g. 25 miles of the proposed Project) as of December 2, 2022.  Specifically, 275 of those deaths were attributed to motor vehicles, 49 were due to intraspecific aggression, and 74 were due to other causes (disease, starvation, etc.). We assume that based on population size, that these causes represent the variety of ways that panthers are most often killed.

Although an exact population size of panthers is not known, numbers were estimated to be between 90 and 120 in the early 2000s as described below (FWC and USFWS 2017).  Recent modeling techniques using vehicle mortality data from radio-collared panthers estimated a population of approximately 269 individuals in 2012, with a 95 percent confidence interval from 143 to 509 panthers (McClintock et al. 2015).  In 2019, the McClintock et al. (2015) model was updated with six additional years of data, resulting in size point estimate of 407 panthers in 2018, with a 95 percent confidence interval ranging from 222 to 773 panthers.  Based on the data

provided in both iterations of the McClintock et al. (2015) model, the panther population has increased from approximately 62 individuals in 2000 to between approximately 222 and 773 individuals in 2018, an average increase of between 9 and 39 [(222-62)/18 years and (773-62)/18 years] panthers per year.  Although survival rates for Florida panthers were described by Benson et al. (2011), those values are model-averaged and categorized by sex and age cohort, making them difficult to apply to a panther population of unknown demographics.  Current survival estimates range between approximately 0.63 (SE 0.08) and 0.95 (SE 0.034) but these vary by age and sex. Given the uncertainty of using these survival rates, as well as variability in number of breeding females in the population and litter size, the Service will use the approximate population growth described above as an estimate of recruitment.

*Effects of the Action:*

In the absence of the Project, continued development and increases in traffic will occur in this area but with fewer conservation measures than those proposed by the applicant to maintain large blocks of intact habitat and improve road conditions to reduce impacts to panthers and other wildlife. The land clearing and construction activities associated with the Project have the potential to injure or kill panthers.  However, panthers are intelligent and highly agile. Therefore, the Service expects that panthers will avoid the Project footprint during land clearing and construction, and injuries or mortalities of panthers due to these activities are unlikely.

Land clearing and construction activities associated with the Project will result in the permanent loss of habitat for panthers, and their prey.  Specifically, approximately 1,793 acres of panther habitat will be permanently lost.  According to the most current home range estimates of the panther (Lotz et al. 2005), this loss represents 6.17 percent of a single female panther's average home range (29,059 acres) and 2.8 percent of a male panther's average home range (62,542 acres).  Moreover, this loss represents 0.15 percent of the 1,202,699 acres of available rural private lands available to panthers in the Service's focus area south of the Caloosahatchee River. As a conservation measure to benefit the survival and recovery of the panther, the applicant will develop the lowest quality habitat (row crops) within the project area, and strategically restore and permanently protect 2,391.63 acres of currently unprotected habitat in areas where habitat connectivity can be maintained.  The Consultant used the Service's Panther Habitat Assessment Methodology (2012) to determine the amount of panther habitat units (PHUs) needed to compensate for the panther habitat lost on the Project site.  It is the Service's judgement that the PHUs provided by the onsite conservation, restoration, and preservation of the highest quality panther habitat available within the project area adequately compensates for the habitat lost to development.

Panthers are known to sometimes attack and kill other panthers.  This is called intraspecific aggression and occurs when males may kill other rival males when defending a territory or juveniles from another sire.  Habitat loss may increase the potential for this to occur as individual panthers adjust their home ranges.  As mentioned above, a total of 49 documented panther deaths due to intraspecific aggression have occurred within the action area since 1982 with the most

recent known death occurring in July 2019. The Project will remove about 1,793.4 acres of panther habitat. Based on estimates of home range size (described above) this loss of habitat is expected to impact no more than 1 male or female panther home range. As such, the Service finds that an increase in intraspecific aggression among panthers could occur as a result of the project displacing a resident panther.

In addition to habitat loss and disturbance, the Project will result in increased vehicular traffic in the Action Area. It should be noted that there is considerable uncertainty when correlating the number of panther deaths due to vehicle strikes to the overall population. This is because an increase in the number of panthers hit by cars may indicate an increase in the total number of panthers in the population and may not be attributable to a change in the volume of traffic. In evaluating a Project's potential to increase injuries and mortalities to panthers resulting from motor vehicle collisions, we consider the location of the Project in relation to surrounding native habitats, preserved lands, and wildlife corridors that are frequently used by panthers. We also consider the current road configuration and traffic patterns within the action area and the projected increase and patterns of traffic expected to result from the proposed action. We evaluate the habitats present on site, their importance in providing feeding and dispersal needs for panthers and panther prey species, and if the site development would further restrict access to surrounding lands important to panthers and panther prey species. The Project has been designed to conserve native habitat, maintain and improve existing wildlife corridors, and reduce impacts from vehicles by installing strategically placed wildlife crossings and fencing.

As discussed above, several panthers have been killed by collisions with motor vehicles in the action area. To analyze the Project's effects on motor vehicle related panther injuries and mortalities, the Service used a Traffic Impact Statement (TIS) for the Project site provided by the Applicant and reviewed by the Service. This information indicated that most vehicles entering and leaving the Project site would use three entrances onto Desoto Boulevard, one of which provides access to Golden Gate Boulevard and a total of 121,200 trips per day would be generated by vehicles associated with the Project. Approximately 53 percent of the Project's generated motor vehicle traffic would travel west on either Golden Gate Boulevard or 6th Avenue and 39 percent would travel north on Desoto Boulevard towards Oil Well Road. The remaining 8 percent would remain within the Golden Gate Estates subdivision. Of the northbound Desoto Boulevard traffic, approximately 28 percent would continue west towards the city of Naples, and 11 percent would travel east on Oil Well Road towards Ave Maria. It should be noted that this increase in traffic would likely occur regardless of the implementation of the Project as increased residential development will occur in this area.

Further, motor vehicle accidents are somewhat stochastic and influenced by many variables that are outside of the control of the project proponents. Several factors such as panther population size and composition, individual animal behavior, habitat configuration, road design, driver behavior and others, all play a role in circumstances that lead to a panther (or any species of wildlife) being hit by a car. As such, attributing panther mortality due to project induced traffic within 25 miles of the project area is challenging and fraught with uncertainty because the

precise cause of future accidents cannot be known. Nonetheless, we used best available scientific model to provide an assumed estimate of how the traffic associated with the project may influence the panther population for the purpose of determining whether the project may jeopardize the panther population.

The Traffic Impact Statement used in our analysis covered a 27-year period from 2015 through 2042. This included both background traffic and traffic generated from the Project. According to the TIS, both future background traffic as well as traffic created from the Project is expected to significantly increase from 2015 levels. By 2042, background traffic based on annual average daily traffic (AADT) in the Project area is expected to increase approximately 74 percent over the 27-year evaluation period from 916,110 AADT in 2015 to 1,592,800 AADT by 2042, excluding the additional trips from the Project. The TIS further estimates that the Project alone would increase traffic by 13 percent over 2015 background traffic. Combined, the estimated increase in traffic is 87 percent over 2015. By 2042, the Project generated traffic of 121,200 trips will increase traffic by 8 percent over the future 1,592,800 background trips. This is largely due to an increase in the human population as people move to Florida from other areas.

Although the Project is expected to increase traffic in the action area, it will be difficult to distinguish from the predicted non-Project traffic. Furthermore, attributing any panther mortality due to vehicle collision with traffic generated by the Project is anticipated to be indiscernible from background traffic. Nonetheless, the Service acknowledges that vehicle collision is the most documented cause of death for Florida panthers (FWC 2019), and the Project's potential effects on this mortality requires analysis.

Range-wide, 226 panthers were killed by vehicle collisions from 2014 through 2022 (FWC 2023), with a yearly average of roughly 26 panther deaths. Over that same time period within the action area, 149 panthers were killed as a result of vehicle collisions, with a yearly average of 17 panther deaths. If we were to assume that traffic volume is directly correlated to the number of panthers killed by vehicle collisions, the 13 percent increase over current background traffic generated by the Project would add 3 (17*0.132=2.18, rounded to 3) panther deaths to the yearly average once construction is completed in 2042. For comparison, the forecasted 2042 background traffic without the Project would add 13 (16.5*0.739=12.19, rounded to 13), and background plus Project traffic would contribute 15 (16.5*0.871=14.4, rounded to 15) additional panther deaths. Said another way, our methods predict that an increase in background traffic would result in 13 panther deaths and an additional 3 would result from project related traffic by 2042 for a total of 15 additional panther deaths per year.

However, there are many variables associated with vehicles colliding with panthers (time of traffic, speed of vehicle, panther population size and composition, duration of panther presence on the roadway, panther habitat near the roadway etc.), and there is a high likelihood that this relationship is not directly correlated and the numbers above are overestimations. Additionally, evaluation of both the action area and range-wide data between 2014 through 2022 indicates no clear trend in panther deaths, although linear regression shows a potential decline of vehicle

mortality over that time. Because of the uncertainties in describing the effects of traffic volume and speed on panther vehicle mortality outlined above, as well as any bias within the reporting of panther deaths, the Service expects that the calculation expressed above ($17*0.132=2.18$, rounded to 3) conservatively estimates the number of panthers that could be killed by Project-generated traffic every year. To be clear, these are estimates based on the assumptions stated above and used here to determine the potential impacts to the panther population.

To assist in reducing the threat of vehicle-related panther deaths, the Applicant has committed to fund and install a wildlife crossing just north of the Project site on Oil Well Road. This east-west roadway facilitates travel away from developed areas into an area where there is a higher risk of vehicles striking panthers because of the remote nature of the area and more suitable habitat for panthers. Therefore, this crossing is expected to provide safe passage for panthers in an area that is designed to become a conserved wildlife corridor under the Rural Lands Stewardship Program. Additionally, the Applicant has committed to contribute to the Paul J. Marinelli Fund (as described above) which supports land acquisition, corridor enhancement, and wildlife crossing installation. As more wildlife crossings are installed and wildlife corridors delineated through development of habitat-based models, risk of vehicle-related panther deaths is expected to be minimized and mitigated to the maximum extent practicable. By identifying individual road segments where there is a high likelihood of panthers crossing roads based on habitat conditions and past history of vehicles striking panthers, efforts can be made to install crossing and fences where they are most effective at reducing impacts to panthers.

*Cumulative Effects:*

The Service defines cumulative effects as the effects of future State, Tribal, local, or private actions that have the potential to affect Federally listed threatened and endangered species and are reasonably certain to occur in the Project's Action Area. Federal actions unrelated to the proposed action are not considered cumulative effects because they require separate consultation pursuant to section 7 of the Endangered Species Act of 1973, as amended (87 Stat. 884; 16 U.S.C. 1531 et seq. (Act).

Our projection of non-Federal actions (*i.e.,* cumulative effects) in the action area incorporates Florida Land Use Cover and Forms Classification System (FLUCCS) mapping to decide if a property may be exempt from Federal Clean Water Act, section 404 wetland regulatory review by the Corps or by the State of Florida (Florida Department of Environmental Protection) who has recently assumed administration of the Section 404 permitting program from Corps (through approval of the Environmental Protection Agency). To assess if a development project would likely be exempt from regulatory review, we identified the percentage of the project site that was classified as wetland habitat based on FLUCCS 600 series (wetland), and the 411 and 419 (hydric pine flatwood) mapping unit classifications. Projects on properties with less than 5 percent wetlands were considered exempt from the Corps' regulatory review because impacts to wetlands could likely be avoided by project design.

Based on this approach, and information provided by the Applicant's consultant, the Service finds that from 2017 through 2020, 554 projects in the action area affecting 7,967 acres were

14

exempt from regulatory review. Therefore, the Service estimates approximately 1,992 acres per year (7,967 acres/4 years = 1,992 acres per year) would be exempt from regulatory review in the action area. We find this value is representative of future yearly development likely to occur in the action area. The Service notes many unforeseen factors can affect development in the action area. Therefore, we acknowledge it is difficult to forecast development related to non-Federal actions and it comes with unknown uncertainty. However, the Service believes the rate of development based on 2017 through 2020 development provides a reasonable approximation of future, non-Federal actions reasonably certain to occur and meets our definition of a cumulative effect. This level of development represents 6.85 percent of a female panther's average home range (29,059 acres) and 3.2 percent of a male panther's average home range (62,542 acres). However, we expect the development to be spread over multiple home ranges instead of that belonging only to one female and one male Florida panther. This level of development also represents 0.1 percent of the non-urban private lands at risk of development in the Service's panther core area which covers 1,962,294 acres. In relation to the anticipated 2042 buildout of the proposed Project, non-Federal actions could develop approximately 43,823 acres without regulatory review. In conjunction with the Project, this would amount to 45,616 acres or 2.32 percent of the estimated 1,962,294 acres of non-urban private lands at risk of development in the Service's panther core area by 2042. In addition, the Service is aware of three other development projects under Section 404 permitting within the action area that if approved will convert approximately 11,977 acres of non-urban private lands (Kingston: 3081 acres; FFD: 2292 acres; Rural Lands West: 6603). In total, these Section 404 and non-Federal projects are expected to develop 57,593 acres or 2.93 percent of the estimated remaining non-urban private lands in the panther core area over the next two decades. However, it is also of note that the Section 404 projects mentioned above will conserve in perpetuity 9,849 acres (Kingston : 3,272 acres; FFD: 2,916 acres; Rural Lands West: 3,661 acres), removing that subset from risk of development. In addition, development of these Section 404 projects is expected to reduce the likelihood that smaller, non-Federally reviewed actions will be needed to meet the commercial and residential needs of the rapidly growing human population in this area regardless of whether these 404 projects are authorized. The Service believes the conservation measures included in these 404 projects will provide greater benefits to panthers compared to non-Federally reviewed projects because they include measures to maintain high quality habitats that are connected, install fencing and crossings to reduce roadway mortality and are planned to reduce human and wildlife conflicts.

Based on the above analysis, we believe the effects to the panther due to the loss of the habitat associated with these lands will be minor in the short term but will increase as development continues to occur in the future. Consequently, the Service continues to monitor the effects of habitat loss to the panther throughout its range, and we encourage project proponents to develop Habitat Conservation Plans and seek Incidental Take Permits under section 10 of the Act to receive take coverage and minimize and mitigate any adverse effects to the panther resulting from non-Federal actions if not covered under Section 404 permitting.

In addition to land development, these non-Federal projects are expected to also contribute to additional motor vehicle traffic in the action area. However, as these projects are anticipated to be dispersed throughout the action area, this increase is expected to be reflected by the future

DocuSign Envelope ID: 1CCD7A65-2EE6-4BA4-B822-783847E2B191

background numbers provided in the TIS previously discussed. Therefore, the cumulative effects of traffic is conservatively estimated as stated in the *Effects of the Action* section above.

*Amount of Take:*

The increase in noise and human activities due to construction activities may increase disturbance to panthers in the project vicinity during construction of the project. Consequently, the Service notes that these activities may cause resident or dispersing panthers to avoid the project site during construction. Moreover, resident panthers may adjust their territories due to the disturbance. To quantify the effect of habitat lost due to the Project, we considered the reduction of panther habitat carrying capacity due to the loss of 1,793 acres of panther habitat. We used panther habitat selection ranking (Onorato, et al. 2011) to estimate the loss of panther habitat carrying capacity. Based on the habitat preference values in Onorato et al. 2011, the loss of 1,793 acres of panther habitat approximates the loss of habitat carrying capacity for 0.25 panthers. Therefore, the Service expects no more than one Florida panther to be harmed by this loss in habitat carrying capacity and a potential increase in intraspecific aggression.

In addition to habitat loss, the Service has evaluated the potential impacts to panthers based on an increase in traffic in the action area. As described above, our method of evaluation assumed that Project-related traffic will increase the number of panthers killed by vehicles each year. To support decision making, we also take into account the magnitude of potential uncertainty in the estimate by approximating uncertainty in the inputs (ADDT and average PVM counts). Based on the expected 13 percent increase over current background traffic generated by the Project, the Service estimates three additional panthers could be killed by vehicle collision annually upon Project buildout in 2042. Therefore, for the purposes of estimating impacts to panthers, we assume the Project could result in the loss of four panthers the first year of Project completion, and three panthers each year following.

*Incidental take resulting from the Project:*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act

provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to incidentally result in take of the Florida panther in the form of harm due to the destruction of habitat in the Project footprint, disturbance due to land clearing and construction activities, and mortality. The combined loss of 1,793 acres of panther habitat and increase in traffic related mortality is expected to result in harm for three to 4 panthers per year as the result of the Project. Therefore, the Service expects no more than four Florida panthers to be harmed by the combination of this loss in habitat carrying capacity, intraspecific aggression, and vehicle collision in year one, and three panthers each year following.

*Jeopardy assessment:*

After considering the status of the Florida panther, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the Florida panther. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Due to their mobility and large home ranges, panthers are not expected to be killed or injured during land clearing associated with the Project's development and restoration activities;
2) Although 1,793 acres currently used by the panther and their prey will be permanently lost, this acreage represents a small portion (0.15 percent) of panther habitat available in south Florida. Also, the loss of 1,793 acres of panther habitat is a small percentage of a female (6.17 percent) and male (2.8 percent) panther territories;
3) The small reduction in panther habitat from the Project is not expected to significantly increase the potential for intraspecific aggression among panthers in the Action Area.
4) The loss of this habitat is expected to be minimized by the restoration and permanent preservation of 2,372 acres of habitat that will remain available to the panther onsite;
5) The potential increase in vehicle-related panther deaths from Project-generated traffic is expected to be minimized through the Applicant's funding of wildlife crossings on area roads and increased understanding and maintenance of permanent wildlife corridors;
6) While our estimated increase in panther mortality due to vehicle strikes does not exceed the approximate population growth rate of nine panthers a year, we do not expect the actual number of panthers killed by vehicles to reach the estimated value for the reasons stated above. There are too many unknown variables related to calculating a precise

number of panthers killed by vehicles to quantify the actual impacts. As such, we will rely on monitoring the number of vehicle collisions with panthers and take steps necessary to reduce this number if it exceeds the annual current average of three panthers per year within the action area.  These steps can include construction of additional fencing, recommending installation of additional crossings, recommending reducing speed limits, adding signage or other methods to increase driver awareness.

With respect to reason 2, the Service notes that many thousands of acres of panther habitat remain in Florida.  Therefore, we do not expect that this minor loss of habitat resulting from the Project to significantly affect the range-wide population size of this species.  However, we acknowledge, that collectively, habitat loss could threaten the survival and recovery of this species at some point in the future.  Therefore, we will continue to monitor the effects of habitat loss to the panther throughout its range.  With respect to reason 5, the Service also acknowledges that motor vehicle related injuries and mortalities of panther, in concert with other threats to the panther, could collectively threaten the survival and recovery of this species.  Therefore, we will continue to monitor the effects of motor vehicle related injuries and mortalities to the panther throughout its range. Actions specifically aimed at reducing traffic impacts such as those included in the design for this project will continue to be high priority recommendations and permit conditions for projects moving forward.

**Florida bonneted bat**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for this species is the entire 5,105-acre Project site.

*Status of the Species in the Action Area:*

This Project lies within the consultation area for the Florida bonneted bat (FBB). The entire Project site contains suitable FBB foraging and/or roosting habitat. The nearest documented FBB roost is located approximately 2 miles southeast of the Project site. Acoustic surveys identified FBBs flying above the Project site, with 12 calls occurring in close proximity to sunrise or sunset, indicating that roosting is likely nearby (Service 2019).

*Effects of the Action:*

The FBB is expected to occur within the Project footprint and, like many bat species, is known to forage along wetlands and open water and roost within pine flatwoods and other forested habitats (Belwood 1981, Robson 1989, Belwood 1992, Eger 1999).  Potential effects to the FBB due to the proposed action include a number of direct and indirect effects on the bat and its habitat. Potential direct effects include: (1) direct mortality from destruction of roosting sites; (2) harassment by construction activities; and (3) disruption of normal behaviors from the

conversion of available habitat for roosting, foraging, breeding, and dispersing. Potential indirect effects include reduced foraging and roosting opportunities due to habitat loss. The timing for construction of this project, relative to sensitive periods in the life history of the FBB, is unknown.

Any actions that occur in areas known to be occupied by the FBB and result in the removal of potential roost sites (i.e., snags, trees, utility poles, buildings, etc.) or impact foraging habitat (i.e., filling in of canals and ditches) are likely to have direct and indirect adverse effects to the FBB and its habitat. The Service evaluated the project in the context of how the action has the potential to result in both beneficial and adverse effects to the FBB, at the individual, population, and landscape scales. The use of specific minimization measures as part of the action such as pre-construction acoustical and roost surveys, preservation of roost trees, the use of avoidance buffers around known roosts, and retention of potential roosting habitat (wherever possible) are expected to significantly reduce the potential adverse effects to the FBB as a result of construction activities. However, some adverse effects to the FBB are likely to occur despite the inclusion of these measures into the proposed action.

The Project footprint overlaps with the currently proposed designated critical habitat for the FBB. As this area will ultimately be included as part of the conservation lands, Project activities are not expected to adversely affect FBB critical habitat when designated.

*Cumulative Effects:*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in the action area considered in this Project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on FBB is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take:*

The Service has reviewed the biological information for the FBB presented by the Applicant's consultant, and other available information relevant to this action. Incidental take in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793 acres of habitat, and the direct injury or mortality of 11 FBBs and one roost), and harassment is expected to result from the action. The Service bases the amount of take (11 individuals and one roost) on findings of the Status of the Species report by Marks and Marks (2012).

The Service anticipates incidental take of FBB will be difficult to detect and quantify for the following reasons: 1) FBB roost sites are difficult to identify; 2) tree cavities used by the FBB as roost sites are not easily located or examined; 3) the small size of individual FBB make finding an injured or dead specimen unlikely; and 4) FBB are patchily distributed within suitable habitat. Incidental take of FBBs is anticipated for one FBB roost containing up to 11 individual FBBs, and 1,793 ac of roosting and foraging habitat within the construction footprint. The Service

believes all individuals occurring within this portion of the project footprint will be incidentally taken. In addition, disturbance to FBBs may occur from increased human activity and noise from the proposed action.

*Incidental take resulting from the project:*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed project to incidentally result in take of the FBB in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793.4 acres of habitat; and the disturbance, injury or mortality of 11 FBBs and one roost).

*Jeopardy assessment:*

After considering the status of the FBB, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the FBB. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) The FBB consultation area encompasses approximately 5,691,000 acres of land in South Florida. Construction activities for the Project will result in the conversion of 1,793 acres of potential roosting and foraging habitat in the consultation area. This is less than 0.01 percent of the FBB consultation area;

2) The project will result in the preservation of approximately 2,392 acres of suitable FBB roosting and forging habitat in the FBB consultation area;

3) The State permit, if issued, will include conditions to implement a FBB roost survey prior to tree removal, reducing the likelihood that individual bats that use the roost will be injured or killed.

4) The FBB is expected to be able to forage over the development area following construction completion.

**Candidate species**

**Tricolored bat**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for this species is the entire 5,105-acre Project site.

*Status of the Species in the Action Area:*

This Project lies within the range of the proposed Federally endangered tricolored bat (TCB). The entire Project site contains suitable TCB foraging and/or roosting habitat, which commonly forage along waterways and forest edges, and roost primarily in deciduous hardwood trees (Service 2021). According to data available through the U.S. Geological Survey North American Bat Monitoring Program, the TCB has been detected via acoustic surveys in the area of Golden Gate Estates and Florida Panther National Wildlife Refuge in 2006 and 2020 (USGS 2023). TCB will use leaf clusters, moss, lichens, and some evergreen trees to roost during the non-hibernating season, and move to more robust (caves, mines, etc.) shelter to hibernate. In the southern portions of its range where caves are limited, TCB typically hibernate in road-associated culverts (Service 2021). A recent study on TCB by Smith et al. (2022) found evidence that suggests TCB at the southern edge of its range (i.e. south Florida) may move north to find cooler hibernacula to support torpor and reproductive success. Furthermore, as TCB generally move between winter hibernacula and summer roosting sites, up to 151 miles (Samoray et al. 2019), this species may only use the Project site seasonally.

*Effects of the Action:*

Potential effects to the TCB due to the proposed action include a number of direct and indirect effects on the bat and its habitat. Potential direct effects include: (1) direct mortality from destruction of roosting sites; (2) harassment by construction activities; and (3) disruption of normal behaviors from the conversion of available habitat for roosting, foraging, breeding, and dispersing. Potential indirect effects include reduced foraging and roosting opportunities due to habitat loss. The timing for construction of this project, relative to sensitive periods in the life history of the TCB, is unknown.

Any actions that occur in areas known to be occupied by the TCB and result in the removal of potential roost sites (i.e., snags, trees, utility poles, buildings, etc.) or impact foraging habitat (i.e., filling in of canals and ditches) are likely to have direct and indirect adverse effects to the TCB and its habitat. The Service evaluated the project in the context of how the action has the potential to result in both beneficial and adverse effects to the TCB, at the individual, population, and landscape scales. The use of specific minimization measures as part of the action such as pre-construction acoustical and roost surveys, preservation of roost trees, the use of avoidance buffers around known roosts, and retention of potential roosting habitat (wherever possible) are expected to significantly reduce the potential adverse effects to the TCB as a result of construction activities. However, some adverse effects to the TCB are likely to occur despite the inclusion of these measures into the proposed action.

*Cumulative Effects:*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in the action area considered in this Project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on TCB is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take:*

The Service has reviewed the biological information for the TCB presented by the Applicant's consultant, and other available information relevant to this action. Incidental take in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793 acres of habitat, and the direct injury or mortality of 10 TCBs and one roost), and harassment is expected to result from the action. The Service bases the amount of take (10 individuals and one roost) on findings of the Species Status Assessment (Service 2021) that 40 percent of hibernating TCB colonies consisted of one to ten individuals. As TCB typically roost singly or in pairs during non-hibernating seasons, an occupied hibernacula conservatively represents the upper limit of expected take.

The Service anticipates incidental take of TCB will be difficult to detect and quantify for the following reasons: 1) TCB roost sites are difficult to identify; 2) trees used by the TCB as roost sites are not easily located or examined; 3) the small size of individual TCB make finding an injured or dead specimen unlikely; and 4) TCB are not uniformly distributed across suitable habitat. Incidental take of TCBs is anticipated for one TCB roost containing up to 10 individual TCBs, and 1,793 ac of roosting and foraging habitat within the construction footprint. The Service believes all individuals occurring within this portion of the project footprint will be incidentally taken. In addition, disturbance to TCBs may occur from increased human activity and noise from the proposed action.

*Incidental take resulting from the project:*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed project to incidentally result in take of the TCB in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793 acres of habitat; and the disturbance, injury or mortality of 10 TCBs and one roost).

*Jeopardy assessment:*

After considering the status of the TCB, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the TCB. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Although construction activities for the Project will result in the conversion of 1,793 acres of potential roosting and foraging habitat, only 90 acres consists of forested area. Because of the wide range and semi-migratory nature of the species, this loss is not expected to have a measurable impact on the species as a whole.
2) The project will result in the permanent preservation of approximately 2,392 acres of suitable TCB roosting and forging habitat in the TCB consultation area.
3) The State permit, if issued, will include conditions to implement a bat roost survey prior to tree removal, reducing the likelihood that individual bats that use the roost will be injured or killed.

DocuSign Envelope ID: 1CCD7A65-2FE6-4BA4-B322-783847E2B191

4) The TCB is expected to be able to forage over the development area following construction completion.

The Service may confirm this Technical Assistance if the TCB is listed in Florida. If the Service reviews the proposed action and finds there have been no significant changes in the action as planned or in the information used during the Technical Assistance, the Service will confirm that this Technical Assistance remains valid and no further review will be necessary.

DocuSign Envelope ID: 1CCD7A65-2EF6-4BA4-B822-783847E2B191

**D.      APPROVAL**

Based on the information provided in this form, it has been determined that

☒Upon FDEP's incorporation of the necessary avoidance and minimization measures as permit conditions, the USFWS concludes the issuance of the State 404 permit is not likely to jeopardize any federally listed species or adversely modify or destroy any critical habitat and complies with the USFWS programmatic biological opinion addressing Florida's assumption of the CWA 404 program. This is based on the information in the permit application, as well as the status of the affected species, and any cumulative effects within the permit applications' action area.

☐The USFWS concludes the issuance of the State 404 permit does not comply with the USFWS programmatic biological opinion addressing Florida's assumption of the CWA 404 program for the following reasons:

**Reviewing Biologist**
Adam Knutson/ Fish and Wildlife
Biologist

ADAM KNUTSON    Digitally signed by ADAM KNUTSON
Date: 2023.10.31 12:48:52 -04'00'

| Name/Title | Signature | Date |
|---|---|---|

**Supervisor**

| Name/Title | Signature | Date |
|---|---|---|

**If project results in take:**

**USFWS Regulatory Division Manager or Project Leader**

ROBERT CAREY    Digitally signed by ROBERT CAREY
Date: 2023.10.31 14:11:55 -04'00'

| Name/Title | Signature | Date |
|---|---|---|

## LITERATURE CITED

Belwood, J.J. 1981. Wagner's mastiff bat, *Eumops glaucinus floridanus* (Molossidae) in southwestern Florida. Journal of Mammalogy 62(2):411-413.

Belwood, J.J. 1992. Florida mastiff bat *Eumops glaucinus floridanus*. Pages 216-223 *in* S.R. Humphrey (ed.), Rare and Endangered Biota of Florida. Vol. I. Mammals. University Press of Florida. Gainesville, Florida.

Benson, J. F., J. A. Hostetler, D. P. Onorato, W. E. Johnson, M. E. Roelke, S. J. O'Brien, D. Jansen, and M. K. Oli. 2011. Intentional genetic introgression influences survival of adults and subadults in a small, inbred felid population. Journal of Animal Ecology 80:958–967.

Comiskey, E.J., O.L. Bass, Jr., L.J. Gross, R.T. McBride, and R. Salinas. 2002. Panthers and forests in south Florida: an ecological perspective. Conservation Ecology 6:18. Forman, R.T.T., D. Sperling, J.A. Bissonette, A.P. Clevenger, C.D. Cutshall, V.H. Dale, L. Fahrig, R. France, C.R. Goldman, K. Heanue, J.A. Jones, F.J. Swanson, T. Turrentine, and T.C. Winter. 2003. Road Ecology: Science and Solutions, Island Press, Washington, D.C.

Eger, J.L. 1999. Wagner's mastiff bat, *Eumops glaucinus*. Pp. 132-133 *in* The Smithsonian book on North American Mammals (D.E. Wilson and S. Ruff, eds.). Smithsonian Institution Press. Washington, D.C.

Florida Fish and Wildlife Conservation Commission (FWC). 2019. Annual report on the research and management of Florida panthers: 2018-2019. Fish and Wildlife Research Institute and Division of Habitat and Species Conservation, Naples, Florida.

Florida Fish and Wildlife Conservation Commission (FWC). 2023. Panther Pulse. Tallahassee, Florida. Available from: https://myfwc.com/wildlifehabitats/wildlife/panther/pulse/. Accessed February 22, 2023.

Florida Fish and Wildlife Conservation Commission and U.S. Fish and Wildlife Service (FWC, and USFWS). 2017. Determining the size of the Florida panther population. Outreach Document.

Lotz, M., D. Land, M. Cunningham, and B. Ferree. 2005. Florida panther annual report 2004-05. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

Maehr, D.S., E.D. Land, D.B. Shindle, O.L. Bass, and T.S. Hector. 2002. Florida panther dispersal and conservation. Biological Conservation 106:187-197.

Marks, G.E. and C.S. Marks. 2012. Status of the Florida bonneted bat (*Eumops floridanus*). Submitted by George E. Marks and Cynthia S. Marks of the Florida Bat Conservancy for the U.S. Fish and Wildlife Service under grant agreement number 40181AG121. May 4,

2012.  Florida Bat Conservancy.  Bay Pines, Florida.

McClintock, B.T., D.P. Onorato, and J. Martin. 2015. Endangered Florida panther population size determined from public reports of motor vehicle collision mortalities. Journal of Applied Ecology 52:893-901.

Morrison, J.L.  2001.  Recommended management practices and survey protocols for Audubon's crested caracaras (*Caracara cheriway audubonii*) in Florida.  Technical Report Number 18.  Florida Fish and Wildlife Conservation Commission; Tallahassee, Florida.

Onorato, D. P., M. Criffield, M. Lotz, M. W. Cunningham, R. McBride, E. H. Leone, O. L. Bass, and E. C. Hellgren. 2011. Habitat selection by critically endangered Florida panthers across the diel period: implications for land management and conservation. Animal Conservation 14:196-205.

Robson, M.S., F.J. Mazzotti, and T. Parrott.  1989.  Recent evidence of the mastiff bat in southern Florida.  Florida Field Naturalist 17(4):81-82.

Samoray, S.T., S.N. Cotham, and M.W. Gumbert. 2019. Spring migration behavior of a *Perimyotis subflavus* (tri-colored bat) from Tennessee. Southeastern Naturalist 18(3):16–20.

Smith, L.M., J.A. Gore, T.J. Doonan, and C.J. Campbell. 2022.  Tricolored bats at a southern range edge exhibit partial migration northward in autumn.  Movement Ecology 10 (56).

U. S. Fish and Wildlife Service (Service). 2012. Panther Habitat Assessment Methodology. https://ipac.ecosphere.fws.gov/guideline/assessment/population/8/office/41420.pdf

U.S. Fish and Wildlife Service (Service). 2013. Standard Protection Measures for the Eastern Indigo Snake. South Florida Ecological Services Office; Vero Beach, Florida.

U.S. Fish and Wildlife Service (Service). 2019. Consultation Key for the Florida bonneted bat. South Florida Ecological Services Office; Vero Beach, Florida.

U.S. Fish and Wildlife Service (Service). 2021. Species Status Assessment Report for the Tricolored Bat (Perimyotis subflavus), Version 1.1. December 2021. Hadley, MA.

U.S. Geological Survey (USGS).  2023. North American Bat Monitoring Program (NABat). Reston, Virginia.  Available from: https://sciencebase.usgs.gov/nabat/#/data/inventory. Accessed March 2, 2023.

DocuSign Envelope ID: 1CCD7A65-2EE6-4BA4-B322-783847E2B191

# Enclosure A

<u>**Special Conditions**</u>:

**General Planning Tenets:**  As a condition of this permit, and for purposes of compliance with the Endangered Species Act  and completion of technical assistance between the U.S. Fish and Wildlife Service (USFWS) and  the Florida Department of Environmental Protection (FDEP), the Permittee has agreed to and will  implement the following planning tenets that reflect the Eastern Collier Multiple Species Habitat Conservation Plan (HCP) prepared and submitted by the Permittee and other landowners, with  support from four leading conservation organizations, for Eastern Collier County in connection with applications submitted to USFWS for incidental take permits (ITPs) pursuant to Section 10 of the Endangered Species Act (the ITP applications were withdrawn on July 28, 2022, but the applicant has committed to work with the other landowners and conservation organizations to voluntarily implement the HCP).

a.  **Location of Project Footprint and Preserved Lands**.  The project will be developed and project impacts will be offset consistent with the above-referenced landscape-level planning tenets.   Specifically, all areas that will be directly impacted by project development (e.g., wetland  fill or species impacts) will be located within areas identified as "Covered Activities," and all areas to be preserved as mitigation for those impacts will be located within the areas identified for "Preservation/and Plan Wide Activities" as depicted in Exhibit [  ] attached.

b.  **Permanent Protection of Preserved Lands**.  As required by FDEP condition [    ], permanent conservation easements will be placed on preservation lands before project construction begins, so that mitigation is achieved prior to project impacts.  These conservation easements will run with the land and will be held by FDEP or another a State of Florida agency.

c.  **Marinelli Fund Contributions.**  The project will be conducted in manner consistent with the Permittee's description of the project in the application and in materials associated with its application.  As part of the proposed project, the Permittee has committed to make contributions to the Paul J.  Marinelli Fund to be used to initiate and support conservation activities selected by the  Fund's Board of Directors, which will be made up of  Eastern Collier Property Owners (ECPO)  landowners, a representative of the landowner's four  conservation partners, and an at-large member who will serve at the invitation of the  other six members of the Board.  Conservation activities to be supported through  expenditures from the Fund include such activities as construction of wildlife crossings  and fencing, habitat acquisition and restoration, corridor enhancement, public education  and outreach focused on the importance of wildlife conservation, and scientific research  relevant to species conservation.  Contributions to the Fund will be made as follows.

i.  The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project.

ii.  The Permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale).

d.  **Best Management Practices.**  The Permittee has committed to the following conservation measures and best management practices (BMPs).

1

    i.   <u>Prescribed Fire and Smoke Notice</u>: The Permittee will provide notice of the use of prescribed fire in the Bellmar area. This notice will be provided and recorded in a manner such that initial and subsequent residents and owners will be made aware of the use of prescribed fire in the vicinity of the Bellmar area to manage wildland fuels and maintain fire-adapted ecological communities within preserve areas. The following notice concerning the use of prescribed fire will be provided:

> "*Periodic prescribed burning is a recognized land management tool and a recommended method of fuel management in Southwest Florida, including in the vicinity of the Bellmar area, for minimizing wildfire hazards and maintaining healthy fire-adapted ecological communities. Homeowners acknowledge that they have received notice that prescribed burning may result in the periodic occurrence of temporary smoke and ash that drifts through developed areas.*"

    ii.   <u>Environmental Education and BMPs for Living with Wildlife</u>: The materials outlined in Special Condition 2.e. below will be included with the Homeowners' Association (HOA) documents for the Bellmar community at the time of HOA incorporation. Decisions regarding which educational materials and BMPs will be implemented within each community are left to the HOA and community residents, but the materials will be transferred to the developer and HOA.

    iii.   <u>Securing and Vaccinating Pets</u>: HOA and/or homeowners' documents for the Bellmar community will state that pets within the community should be kept indoors, on leash when outdoors, or secured within a secure covered kennel. Residents will be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. As there is no definitive cure for FLV, community-wide vaccination of all pet cats protects homeowners' pets from illness, as well as preventing illness in Florida panthers.

2. **Additional Best Management Practices:** The Permittee will work with developers and HOAs to promote additional BMPs that will be implemented within the project area, where appropriate, to minimize potential wildlife impacts and/or provide wildlife conservation benefits. BMPs that will be implemented at the project are described below.

    a.   <u>Community Environmental Education</u>: http://www.buildgreen.ufl.edu/enveducation.htm – This University of Florida program promotes residential environmental education that engages homeowners in understanding and implementing natural resource conservation strategies. Research has demonstrated that engaging residents improves environmental attitudes, knowledge, and behaviors (Hostetler et al. 2008).

    b.   <u>Environmental Covenants, Codes, and Restrictions for HOAs</u>: http://edis.ifas.ufl.edu/pdffiles/UW/UW24800.pdf – This publication provides sample language for the development of HOA covenants, codes, and restrictions that relate to wildlife within residential development communities and environmental management in general (Hoestetler 2006).

    c.   <u>Landscaping</u>: http://www.floridayards.org/ – "Florida-Friendly Landscaping" promotes the use of native plants, efficient watering and fertilizing, xeriscaping, integrated pest

management, and similar strategies to attract birds, butterflies, and beneficial insects to residential yards.

d.  <u>Community Lighting and "Dark Skies":</u>  The mission of the International Dark-Sky Association "is to preserve and protect the nighttime environment and our heritage of dark skies through environmentally responsible outdoor lighting." Light pollution (the inappropriate use of light at night) can affect wildlife and ecosystems, human health, energy consumption, and the aesthetics of viewing the night sky. The Association notes that, "A dark sky does not necessarily mean a dark ground. Smart lighting that directs light where it is needed creates a balance between safety and starlight."  The International Dark-Sky Association webpage (http://www.darksky.org/) provides links to numerous resources for planning and implementing appropriate outdoor lighting within residential/commercial developments. These resources include the use of five outdoor lighting zones within communities (http://www.darksky.org/lighting/model-lighting-laws-policy/recommended-lighting-zones/), outdoor lighting basics (http://www.darksky.org/lighting/lighting-basics/), and practical guidelines for energy-efficient LED lighting (http://www.darksky.org/lighting/led-guide/). Implementation of "dark skies" practices can reduce disturbances to wildlife within and adjacent to development areas.  The Florida Wildlife Commission (FWC) maintains a "Wildlife Lighting" webpage that provides basic information and links to outdoor lighting resources (http://myfwc.com/conservation/you-conserve/lighting/).

e.  <u>Living With Wildlife</u>:  The Permittee will employ and promote a series of community design elements that advance wildlife conservation and minimize the potential for human-wildlife interactions within development areas, especially for large mammals (e.g., Florida panther; bear; deer; feral hogs), nocturnal species (e.g., Florida bonneted bat), and species that may pose human health risks (e.g., Eastern diamondback rattlesnake).  FWC has published educational brochures for HOAs and residents living in proximity to Florida wildlife species such as the Florida panther, black bear, and various bats, birds, and reptiles (http://myfwc.com/conservation/you-conserve/wildlife/). Links for these wildlife  brochures and/or webpages are as follows:

  i.  A Guide to Living with Florida Panthers (http://myfwc.com/media/152454/LivingWithPanthers.pdf)

  ii.  Florida Panther Safety Tips (http://myfwc.com/media/152457/PantherSafetyTipsFlyer.pdf)

  iii.  Florida's BearWise (http://myfwc.com/wildlifehabitats/managed/bear/wise/ and bearwise.org)

  iv.  A Guide to Living in Bear Country (http://myfwc.com/media/1333887/LivinginBearCountryBrochure.pdf)

  v.  Living with Bats (http://myfwc.com/media/3031963/LivingWithBats.pdf)

  vi.  Sandhill Cranes (http://myfwc.com/conservation/you-conserve/wildlife/sandhill-cranes/)

  vii.  Everglade Snail Kite (http://myfwc.com/media/152978/kitesbrochure.pdf)

  viii.  A Guide to Living with Alligators (http://myfwc.com/media/152524/Alligator-Brochure.pdf)

3

    ix.  Getting Along with Snakes (https://www.floridamuseum.ufl.edu/herpetology/fl-snakes/gettingalong/)

    x.  A Guide to Living with Gopher Tortoises (http://myfwc.com/media/1329739/GopherTortoise_LivingWithBrochure.pdf)

    xi.  A Guide to Living with Urban Coyotes (http://myfwc.com/media/2675483/Living-With-Urban-Coyotes.pdf)

    xii.  Plants for Birds. The National Audubon Society provides an online database for selecting native plant species (by zip code) that support bird species (http://www.audubon.org/plantsforbirds).

3. **Management Plans for Specific Species:**  The Permittee will implement the following protection guidelines during and after project construction.

    a.  <u>American Alligator</u>

        i.  Signs will be posted to instruct on-site workers and community residents not to feed or harass the American alligator, and will indicate that to do so is punishable by law.

        ii.  Construction personnel and residents will be instructed that in the event there is a problem with a persistent nuisance alligator, they will need to contact FWC, as that is the only agency empowered to handle nuisance alligators.

        iii.  American alligator habitat will be provided within the conservation areas associated with the project. Following the completion of the mitigation program, these conservation areas will serve as potential foraging and nesting habitat. Invasive exotic species removal will result in wetland preserves that are more suitable as habitat and provide suitable habitat for American alligator prey species. The conservation areas will be maintained per the FDEP's State 404 Wetland Mitigation/Monitoring/ Maintenance Plan.

    b.  <u>Eastern Indigo Snake</u>

        i.  The permittee shall implement the U.S. Fish and Wildlife Service's *Standard Protection Measures for the Eastern Indigo Snake* (SPM; Service March 23, 2021) during construction of the Project and restoration of the conservation area.

        ii.  Informational brochures addressing identification and conservation of Eastern indigo snake will be provided to all construction staff.

        iii.  The conservation areas associated with the project will be maintained per the FDEP's State 404 Wetland Mitigation/Monitoring/Maintenance Plan and will provide habitat for the Eastern indigo snake.

    c.  <u>Bald Eagle</u>:  Proposed construction activities within 660 feet of an active bald eagle nest will follow the applicable protection guidelines as described in FWC's Bald Eagle Management Plan Handbook (FWC 2010) and the USFWS National Bald Eagle Management Guidelines (USFWS 2007).

    d.  <u>Crested Caracara</u>

    i.    Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the project site that is under the permittee's ownership or neighboring areas where access is allowed.

    ii.    To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site. Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site. Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition iii.

    iii.    If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the project site that is under the permittee's ownership. The permittee shall contact the U.S Fish and Wildlife Service's Florida Ecological Services Office (FESO) at (772) 562-3909 for technical assistance and will notify the Florida Fish and Wildlife Conservation Commission (FWC) at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara. The permittee shall report the final location and extent of restored habitat to the FESO, the Florida Department of Environmental Protection (Department), and the FWC upon completion of restoration activities.

e.    <u>Wood Stork and Other Wading Birds</u>

    i.    Enhancement and restoration activities will be conducted within existing wetlands located within the conservation areas associated with the project. These activities will include the removal of invasive exotic plants and the installation of supplemental plantings, and will result in habitats that are more suitable for wading bird foraging and roosting.

    ii.    The creation of lakes and lake littoral zones as part of the project will provide foraging habitat for wading birds.

    iii.    Plans for the project include wetland restoration and wetland creation. These activities will convert agricultural and exotic plant infested habitats to native wetland habitats. This restoration will also enhance sheet flow through Camp Keais Strand and restore significant areas of habitat for wildlife, including wading birds such as the wood stork.

    iv.    The grading plan for the wetland restoration areas includes the establishment of wading bird foraging habitat by grading to varying depths to allow the concentration of prey for wading birds at alternating times of the year as water levels seasonally rise and recede.

    v.    Bellmar residents and maintenance staff will be provided with a brochure titled "Wading Bird Informational Pamphlet," prepared by Passarella and Associates, Inc. This brochure provides wading bird information and methods to prevent human-wading bird interactions. In addition, the brochure informs residents of the need to avoid disturbance around nesting colonies should a colony be identified on the property in the future.

f.   <u>Florida Bonneted Bat and Tricolored Bat</u>

    i.    The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at (772) 562-3909 for technical assistance and will notify the FWC at [ConservationPlanningServices@MyFWC.com](mailto:ConservationPlanningServices@MyFWC.com).

    ii.    The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized.

    iii.    The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 2,100.17± acres of on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities.

    iv.    The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).

    v.    Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.

    vi.    The permittee shall implement planting of native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance.

    vii.    The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat.

viii.   The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.

ix.    The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat.

g.   Big Cypress Fox Squirrel

i.    Prior to commencement of clearing activities during project construction, a survey will be conducted in forested areas to be cleared to identify potential Big Cypress fox squirrel nests.  If potential nests are identified within the clearing limits, observations will be conducted to determine if the nests are being utilized by Big Cypress fox squirrels.  No clearing will be conducted within 125 feet of an active Big Cypress fox squirrel nest tree.  The nest tree and buffer may be cleared only after completion of nesting and confirmation that any juvenile squirrels have left the nest.

ii.   The conservation areas associated with the project will be enhanced and managed per the FDEP's State 404 Wetland Mitigation/Monitoring/Maintenance Plan and will provide foraging and nesting habitats for Big Cypress fox squirrels.

h.   Florida Black Bear

i.    In order to deter the potential for interactions between humans and large mammals such as the Florida black bear, a lake buffer will be constructed between the conservation areas and development areas associated with the project. Where construction of a lake buffer is not feasible, fencing will be used between development and conservation areas.

ii.   The Permittee will confer with FWC regarding management initiatives such as the use of bear-resistant dumpsters and garbage receptacles for residential areas. These management initiatives will include the following.

1.   Residents of units that have curbside garbage service will be required to place garbage containers curbside no earlier than the morning of the days of garbage pickup, and garbage containers will be returned to their permitted location no later than the evening of the days of garbage pickup.  All garbage, trash, refuse, or rubbish will be required to be placed in appropriate garbage containers or stored inside an enclosed area except for the days when there is curbside garbage pickup service. Areas adjacent to any passive recreation facilities will also have routine garbage pickup service.

2.   Residents of units without curbside garbage service will be required to place all garbage, trash, refuse, or rubbish in bear-resistant dumpsters with the lid closed and secured.

iii.   Bellmar residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by FWC, titled "A

7

guide to living in bear country," available at
https://myfwc.com/media/1891/livinginbearcountrybrochure.pdf.

i.   Florida Panther

   i.   The project will be conducted in consistent with the Permittee's description of
        the project in materials associated with its application.  As part of the proposed
        project, the Permittee has committed to make contributions to the Paul J.
        Marinelli Fund as follows:

        1.   The Permittee will deposit $350 per acre of land within the development
             footprint of the project no later than 90 days after the closing of the first
             dwelling unit sold within the project.  Upon deposit of the funds, the
             permittee shall provide correspondence from the Fund to the FESO by e-
             mail (Florida_404@fws.gov), the Department, and FWC
             (ConservationPlanningServices@MyFWC.com) confirming that the
             contribution has been provided.

        2.   The permittee will establish transfer fee provisions in the deed for each
             residential unit constructed and sold within the project that specify that
             $200 will be deposited to the Fund each time the unit is sold (including
             the initial sale and each re-sale).  The permittee shall provide an annual
             report confirming the sale and contribution to the Fund to the FESO by
             e-mail (Florida_404@fws.gov), the Department, and FWC
             (ConservationPlanningServices@MyFWC.com).

   ii.  The permittee will, at its sole cost and expense, construct or fund the
        construction of five wildlife crossings  within the geographic region where this
        and proposed Rural Lands West  project is located, including one just north of
        the Project site on Oil Well   Road, approximately 1.44 miles east of Desoto
        Boulevard.  These wildlife  crossings will be constructed to fulfill the state and
        federal permitting  requirements for Rural Lands West and Bellmar,
        collectively. The wildlife crossings shall be  constructed to provide and
        preserve a wildlife movement corridor and the  locations shall be constructed in
        the locations shown in Figure 1.  The permittee  shall contact the FESO at (772)
        562-3909 for technical assistance and          will notify the FWC at
        ConservationPlanningServices@MyFWC.com prior to  start of the construction
        activities of the crossings and shall provide the location  and plans of the
        proposed wildlife crossings for review.  The permittee shall  report the final
        location and as-built plans of wildlife crossings to the FESO        , the
        Department, and the FWC upon completion of construction.

   iii. The permittee shall ensure that HOA and/or homeowners' documents for the
        Bellmar community states that pets within the community should be kept
        indoors, on leash when outdoors, or secured within a secure covered kennel.
        Residents shall be informed that vaccinating cats for feline leukemia virus
        (FLV) can prevent disease transmission from house cats to Florida panthers.
        The permittee shall ensure that the HOA and/or homeowners' documents
        inform residents of the importance of community-wide vaccination of all pet
        cats for FLV since it protects homeowners' pets from illness, as there is no
        definitive cure, and assists in preventing illness in Florida panthers.

   iv.  In order to deter the potential for interactions between humans and large

mammals such as the Florida panther, a lake buffer will be constructed between the conservation areas and development areas. Where a lake buffer is not feasible, fencing will be used between development and conservation areas.Bellmar residents, community association managers, and maintenance staff  will be provided with an educational brochure prepared by USFWS and FWC,  titled "A guide to living with Florida Panthers."  This brochure, which provides  safety tips and instructions for panther encounters, is available at https://myfwc.com/media/3112/livingwithpanthers.pdf.

j.   Gopher Tortoise:  Prior to commencing project construction, a gopher tortoise survey will be conducted in accordance with FWC's gopher tortoise permitting guidelines (FWC 2020) to identify potential gopher tortoise burrows within the construction area. If gopher tortoise burrows are identified, the Permittee will obtain the appropriate permit from the FWC for the relocation of the gopher tortoises.

k.   Everglade Snail Kite:  Impacts to potential Everglade snail kite foraging habitat will be offset through the implementation of the on-site wetland mitigation and the creation of the project's lake buffer and stormwater management ponds, with associated littoral zones and native plantings. These activities will result in an increase in potential foraging habitat for the Everglade snail kite within the landscape and therefore is expected to have an incremental beneficial effect to the Everglade snail kite.

**Additional Commitments:**

1. **Open Space Buffers**:  The Bellmar community will comply with Policy 4.13 of the Collier County Future Land Use Element for the County's Rural Lands Stewardship Program (RLSP), which states as follows:

   *"Open space within or contiguous to a [stewardship receiving area (SRA)] shall be used to provide a buffer between the SRA and any adjoining [flowway stewardship area (FSA)], [habitat stewardship area (HSA)], or existing public or private conservation land delineated on the Overlay Map. Open space contiguous to or within 300 feet of the boundary of a FSA, HSA, or existing public or private conservation land may include: natural preserves, lakes, golf courses provided no fairways or other turf areas are allowed within the first 200 feet, passive recreational areas and parks, required yard and set-back areas, and other natural or manmade open space. Along the west boundary of the FSAs and HSAs that comprise Camp Keais Strand, i.e., the area south of Immokalee Road, this open space buffer shall be 500 feet wide and shall preclude golf course fairways and other turf areas within the first 300 feet."*

2. **Construction of Wildlife Crossings:**  In addition to any wildlife crossings to be to be constructed through expenditures from the Paul J. Marinelli Fund at the discretion of the Fund's Board of Directors, the Permittee will, at its sole cost and expense, construct five wildlife crossings within the geographic region where the project is located.  The crossings will be constructed in order to preserve a wildlife movement corridor located within the project, at the locations depicted in Exhibit  [    ].

3. **Management Plans for Specific Species:**  The Permittee will implement the following protection guidelines during and after project construction.

   a.  Habitats within Shaggy Cypress Swamp and Camp Keais Strand that are part of the conservation areas associated with the project will be managed for the Florida black bear, Florida panther, and other species through the enhancement, restoration, and preservation of uplands and wetlands to provide quality habitat and wildlife corridors.  Enhancement activities will provide higher quality habitat for these species than exist in the currently degraded condition. The preservation of Shaggy Cypress Swamp and the portion of Camp Keais Strand located within the project boundary are part of the larger regional wildlife habitat preservation plan proposed through the establishment of SSAs 14, 15, 17 and 18 under the Collier County RLSP.

**ATTACHMENT C**

## LIST OF LITERATURE CITED

## LIST OF LITERATURE CITED

Beissinger, S.R. and D.R. McCullough 2002. Population Viability Analysis. University Chicago Press, Chicago, IL, USA.

Breininger, D.R., M.A. Burgman, and B.M. Stith. 1999. Influence of habitat quality, catastrophes, and population size on extinction risk of the Florida scrub-jay. Wildlife Society Bulletin 27(3):810-822.

Dwyer, J.F., J.D. Fraser, and J.L. Morrison. 2018. Evolution of communal roosting: A social refuge-territory prospecting hypothesis. Journal of Raptor Research 52:407-419

Dwyer, J.F., J.D. Fraser, and J.L. Morrison. 2013. Range sizes and habitat use of non-breeding Crested Caracaras in Florida.  Journal of Field Ornithology 84(3):223–233

Dwyer, J.F., J.L. Morrison, and J.D. Fraser. 2012a. Within-year survival of non-breeding Crested Caracaras. Condor 114(2):295–301.

Dwyer, J.F., J.L. Morrison, and J.D. Fraser. 2012b. Factors influencing detection of nesting Crested Caracaras. Journal of Wildlife Management 76:857-862.

Maehr, D.S., R.C. Lacy, E.D. Land, O.L. Bass Jr, and T.S. Hoctor. 2002. Evolution of population viability assessments for the Florida panther: a multi-perspective approach. Pp. 284-311. *In:* Population Viability Analysis. University of Chicago Press, Chicago, IL, USA.

Martin, J., W.M. Kitchens, C.E. Cattau, and M.K. Oli, 2008. Relative importance of natural disturbances and habitat degradation on snail kite population dynamics. Endangered Species Research 6(1), 25-39.

Morrison, J. L. and J. F. Dwyer 2023. Crested Caracara (*Caracara plancus*), version 1.1. In Birds of the World (N. D. Sly, Editor). Cornell Lab of Ornithology, Ithaca, NY, USA.

Morrison, J.L. and C. Poli. *in press*. Post-fledging movements and factors that influence permanent dispersal of juvenile Crested Caracaras in Florida. Journal of Raptor Research.

Morrison, J.L., B. Schmidt, and S.M. McGehee. 2016. A new longevity record for the Northern Caracara (*Caracara cheriway*) in Florida. Florida Field Naturalist 44(1):25-27.

Morrison, J.L. and S.R. Humphrey. 2001. Conservation value of private lands for Crested Caracaras in Florida. Conservation Biology 15(3):675-684.

Morrison, J.L. 2001. Recommended management practices and survey protocols for Audubon's Crested Caracara (*Caracara cheriway audubonii*) in Florida. Technical Report No. 18.

Morrison, J.L. 1999. Breeding biology and productivity of Florida's Crested Caracaras. Condor 101(3):505-517.

Morrison, J.L. 1998. Effects of double brooding on productivity of Crested Caracaras. Auk 115(4):979-987.

Passarella & Associates, Inc. Oct. 2021 Revision. Rural Lands West Biological Assessment, Florida Department of Environmental Protection State 404 Program Docket for Permit Application No. 0396966, *available at*
https://prodenv.dep.state.fl.us/DepStaging/api/dms/45.27642.1.

Passarella & Associates, Inc. April 2022 Revision. Bellmar Biological Assessment, Florida Department of Environmental Protection State 404 Program Docket for Permit Application No. 0396364,
*available at* https://prodenv.dep.state.fl.us/DepStaging/api/dms/45.53823.1  (Part 1);
https://prodenv.dep.state.fl.us/DepStaging/api/dms/45.53824.1  (Part 2).

Payne, N. J.A.  Erwin, J.L. Morrison, J.F. Dwyer and M. Culver. 2023. Genomic insights into

isolation of the threatened Florida crested caracara (*Caracara plancus*). Journal of Heredity

XX, 1–12. doi.org/10.1093/jhered/esad057.

U.S. Fish and Wildlife Service. 1989. Recovery plan for the Florida population of Audubon's

crested caracara. Prepared for Southeast Region, Jacksonville, FL.

U.S. Fish and Wildlife Service 1999. South Florida multi-species recovery plan. Prepared for the

Southeast Region, Atlanta, GA.

U.S. Fish and Wildlife Service. 2021. Draft Biological Opinion and Conference Opinion, Eastern

Collier Multi-Species Habitat Conservation Plan (filename "20201229_draft BO-CO-

ECMHCP_for ECPO.pdf").

Wang, J., E. Santiago, and A. Caballero. 2016. Prediction and estimation of effective population

size. Heredity 117(4):193-206.

**ATTACHMENT D**

**<u>TABLE SUMMARIZING CARACARA HABITAT DESTRUCTION FROM PROJECTS
WITH EXISTING TAKE AUTHORIZATION</u>**

| Caracara Habitat Destruction from Projects with Existing Take Authorization from U.S. Fish and Wildlife Service through Final Biological Opinion and Incidental Take Statement: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Project Name | County | Agency Permit Numbers/ Tracking Codes | Acres | Agency responsible for project construction | Year Biological Opinion and Incidental Take Statement Finalized | Number caracara nests authorized for take | Number individuals authorized for take | Biological Opinion and Incidental Take Statement |
| Caloosahatchee River (C-43) West Basin Storage Reservoir | Hendry | USACE: SAJ-2005-05958 | 11000 | South Florida Water Management District | 2007/amended 2019 | 2 (originally); 4 (2019) | Harm to 8 adults (4 pairs) and young at 4 nests (12 young per year) for 5 years | March 7, 2019 Letter from FWS to USACE Amending July 23, 2007, Biological Opinion (41420-2007-F-0589) to the U.S. Army Corps of Engineers (Corps) for their authorization of the C-43 West Basin Storage Reservoir (C-43 Project), *available at* https://ecos.fws.gov/tails/pub/document/15618383. |
| C-139 Flow Equalization Basin | Hendry | USACE: SAJ-2018-03151 | 2800 | South Florida Water Management District | 2020 | 3* | Harm to 6 adults (3 pairs) and 12 nestlings; harm to 4 juveniles | September 24, 2020 Biological Opinion for the South Florida Water Management District's (District) C-139 Flow Equalization Basin (FEB), *available at* https://ecos.fws.gov/tails/pub/document/17615175. |
| C-139 Annex Restoration (PHI/PHII)/Sam Jones-Abiaki Prairie Restoration Project | Hendry | USACE: SAJ-2014-0170 | 7813 | South Florida Water Management District | 2019 | 5 | Harm to 10 adults (5 pairs); harm to 6 young and 1 juvenile annually | January 13, 2020 Biological Opinion for the South Florida Water Management District's C-139 Annex Restoration (PHI and PHII)/Sam Jones-Abiaki Prairie Restoration Project, *available at* https://ecos.fws.gov/tails/pub/document/15349783. |

| Indian River Lagoon-South (IRL-S) C-23/C-24 Stormwater Treatment Area (STA) and North and South Reservoirs Design Refinement Project | St. Lucie | FWS Consultation Code: 04EF2000-2021-F-0239 | 7512 | U.S. Army Corps of Engineers/South Florida Water Management District | 2021 | 3 | Harm to 6 adults (three pairs); harm to 9 nestlings; harm to 3 juveniles | July 16, 2021 Biological Opinion for the Indian River Lagoon-South (IRL-S) C-23/C-24 Stormwater Treatment Area (STA) and North and South Reservoirs Design Refinement Project (Project), *available at* https://ecos.fws.gov/tails/pub/document/20310007. |
| | | **TOTAL:** | **29125** | | | **15** | | |

*Note: The third nest was located at the border of the site.