IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | |
| v. | CASE NO. 1:21-cv-00119 (RDM) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

## SECOND DECLARATION OF MATTHEW SCHWARTZ

I, Matthew Schwartz, state and declare as follows:

1. I am a resident of Tampa, Florida. The following facts are personally known to me and if called as a witness I could and would truthfully testify to these facts.

2. I have been a resident of South Florida since 1995.

3. I have a bachelor's degree from the State University of New York, Albany, a master's degree in psychology (counseling) from New York University, and a master's degree in sociology from City College of the City University of New York. I did my master's thesis in sociology on recreational activities of residents in Bronx, NY.

4. I am a member of the Center for Biological Diversity since 2019. I frequently read press releases and documents the Center provides links to on its website. I have also read the Center's action alerts and news stories where the organization is cited. On occasion, I interact with Center staff. I trust the Center represents my interests and I rely on the Center to represent my interests in addition to my own advocacy.

5. I am the Executive Director of South Florida Wildlands Association, a nonprofit organization founded in 2010 that is dedicated to the protection of wildlife and habitat in the Greater Everglades. My work focuses on places where human development impacts wildlife and habitat.

6. I enjoy hiking, kayaking, bicycling, photography, and exploring public lands throughout the state and especially in South Florida where I lived for many years before recently relocating to the Tampa Bay area. I have visited virtually all the public lands in South Florida and plan to continue visiting them in the future.

7. I submitted a declaration in support of Plaintiffs' Motion for Summary Judgment on February 23, 2023, and that declaration described, among other things, the impact of the Bellmar development project on my interests. I incorporate by reference my prior declaration here. I am providing a supplemental declaration to provide information regarding how my interests will be impacted by the Kingston development project.

8. I am very familiar with the Kingston project and its location off Corkscrew Road. It is my understanding that, in addition to Bellmar, these two projects have received local government approvals and are awaiting a 404 wetlands permit from the Florida Department of Environmental Protection.

9. In fact, I lived not far from the project site in 2012 on Corkscrew Road just east of State Road 41 (Tamiami Trail), where I maintained land on a privately owned conservation area in Lee County.

10. I have advocated against the Kingston project before the U.S. Fish & Wildlife Service, along with a suite of other projects in core Florida panther habitat in Southwest Florida.

11. The project is near the Corkscrew Regional Ecosystem Watershed Lands (CREW), including the Caracara Prairie Preserve, Cypress Dome Trails, and Marsh Trails of CREW, all of which I have explored, and continue to explore, extensively throughout the years. A colleague regularly sends me photos from trail cams he has set up inside the CREW Lands. One notable observation that I have viewed many times is of a large, powerfully-built male that he has named "No Ears." It appears his ears were scarred and worn down, likely due to intraspecific aggression (i.e., fighting) with other panthers over occupation of this high-quality territory and habitat.

12. I have also spent time in the Audubon Corkscrew Swamp Sanctuary, and have hiked extensively in the Bird Rookery Swamp Trails and Flint Penn Strand south of the project site. All of these plus the public lands mentioned above are adjacent to each other and form one interconnected complex that is utilized extensively by area wildlife.

13. These areas provide me with opportunities to observe wildlife and are places to get away. I enjoy a deep immersion into nature, especially at Flint Pen, where it is possible to get lost if you aren't careful.

14. I enjoy experiencing many species of wildlife during my explorations within these public lands. I search for wildlife tracks as well as Florida panther scat and scat and signs of other wildlife during my hikes. I enjoy looking for eastern indigo snakes, gopher tortoises, fox squirrels, and other varieties of birds and wildlife along the way. I have also observed numerous species of wildlife that have been killed by vehicles on local roads. On one occasion I observed a large Eastern diamondback rattlesnake that had just been hit by a vehicle and, though its head was crushed, the body was still moving. I also came within inches of hitting a Florida black bear once while driving in this area – the

bear was running to the edge of the road but stopped short at the roadbed just when I reached the spot and braked. The bear stood up and we eyed each other for close to a minute before the bear turned back into the woods. These and many other experiences with wildlife are memorable parts of my time spent exploring Southwest Florida.

15. In July 2023 I hiked the trails within Flint Pen and Bird Rookery Swamp. I also explored the Corkscrew Swamp earlier in the year where I was interviewed by a local new station regarding wildlife habitat loss in the area.

16. In spring of 2023, I visited the Picayune Strand and explored the area where massive pump stations were constructed as part of an Everglades restoration project. I also hiked several trails between the northern edge of the Picayune at I-75 and Collier Blvd. just west of the Picayune. I also visited the main east-west corridors in this area – Oil Well Road, Immokalee Road, Corkscrew Road, and Alico Road – where major developments are either proposed or are already being constructed.

17. In 2022, I visited the CREW lands and hiked the Marsh and Cypress Dome trails in addition to hikes in the Big Cypress National Preserve both north and south of I-75.

18. I travel frequently to Southwest Florida. I make it a point to take back roads between travels between Tampa Bay and Southwest Florida and I don't pass up opportunities to visit the region's public lands. I also often stop at the Corkscrew Country Store on Corkscrew Road during my travels. It is a remaining piece of old Florida despite the encroachment of suburbia to the west.

19. I will be returning to the area the first week of December. I plan to attend the public meeting in Naples on the Bellmar project on December 7, 2023 and I plan to visit the CREW lands again during my trip.

20. I have explored, and continue to explore, all three "complexes" of public lands that provide important panther habitat in Southwest Florida.

21. The first complex is furthest south and made up of Picayune Strand State Forest, Florida Panther National Wildlife Refuge, Fakahatchee Strand Preserve State Park, and Big Cypress National Preserve. There is also very important panther habitat on ranches north of the first complex that are considered essential to the well-being of the species.

22. The second complex is nearest to the project site and includes Audubon Corkscrew Swamp, the CREW Wildlife and Environmental Area, Flint Pen Strand, CREW Bird Rookery Swamp, and the Caracara Prairie Preserve. The Camp Keais Strand (just west of the community of Ave Maria), which I have also explored, is the main connecting corridor between the Florida Panther National Wildlife Refuge and the southern complex of public lands and the CREW land complex to the north.

23. The third complex is located northeast of the project site and consists of Dinner Island Wildlife Management Area, Okaloacoochee Slough Wildlife Management Area, Okaloacoochee Slough State Forest, and Spirit-of-the-Wild Wildlife Management Area. I visit all three of these WMAs and the State Forest regularly. In addition, my organization, South Florida Wildlands Association, was invited by the FWC to sit on the advisory committees for the management of these WMAs so I have become much more familiar with management issues surrounding these public lands. All of these large public land complexes are connected by private rural lands, many of which provide important habitat for panthers and other wildlife in addition to serving as connecting corridors.

24. Panthers travel throughout these three complexes and their surrounding private lands and create the habitat for the breeding population of panthers in Southwest Florida.

25. I am concerned about the Kingston project, and it will affect my recreational and aesthetic interests in exploring nearby public lands for many reasons.

26. The proposed Kingston development will be sited within a mosaic of natural and agricultural lands, which I consider to be one block of land from I-75 west to Lake Trafford.

27. Kingston would be situated practically adjacent to the Cypress Dome Trails and the Caracara Prairie Preserve just to the east of the project site. The Corkscrew Regional Mitigation Bank is west of it. Kingston will also increase traffic on Corkscrew Road, plus nearby SR 82 and SR 29 – all roads where incidents of panther roadkill are relatively frequent. I believe these factors present a strong case for harmful habitat fragmentation. The Kingston project also threatens to further narrow an important corridor that connects the CREW lands to the large public lands that support panthers further north (e.g., the Okaloacoochee Wildlife Management Area).

28. To put such a huge suburban area where Kingston is sited will remove important habitat, displace animals, and likely increase roadkill and intraspecific aggression within important panther habitat.

29. I drive this section of Corkscrew Road where Kingston will be located often, and it is lightly traveled by vehicles as there are currently no destinations in this general area other than the hiking trails. There is already a lot of roadkill on Corkscrew Road, plus State Road 29 west of the project site and State Road 82 north of it. Thousands of additional

vehicles and vehicle trips on the edge of the CREW lands in an area that is currently rural will only lead to increased roadkill.

30. The panther is already tightly confined to a small geographic area. I analogize the construction of Kingston as placing one more bumper in a pinball machine, leaving panthers with even more obstacles to navigate as they move through the habitat.

31. I am concerned that denning opportunities and prey (e.g., deer) will decrease along with the habitat loss. There could be similar issues for black bears, which are particularly vulnerable to increased human-animal conflicts as they search for food. Private lands like the project site are particularly important to many species of Southwest Florida during the wet season as they provide much needed dry, upland habitat when many of the previously mentioned public lands are inundated with higher water.

32. Habitat destruction, fragmentation, and degradation along with increased noise, light, and roadkill, will combine to have negative impacts on my experiences as I use these nearby and surrounding public lands to observe wildlife. I will be less likely to enjoy these public lands with the nearby noise, lights, traffic, and human activity because of the Kingston project. These experiences can be jarring when I am trying to enjoy nature. Instead of simply enjoying these natural areas, more of my energy will be spent thinking about the failure of state and federal regulatory agencies to protect these important lands and the effect that failure will have on the species which use them.

33. It will also negatively affect my ability to protect the wildlife I advocate for as more individuals are killed from vehicle collisions and more habitat is lost to development.

34. It saddens me to think this current mix of rural, natural and public lands will be converted to suburbia. I want to see this area maintained as habitat for panthers and other wildlife

as I believe it is irreplaceable and essential to the species which utilize it – especially to the endangered Florida panther. Because of their location and the habitat they provide, I question whether species like the Florida panther can remain viable after Kingston and other projects like Bellmar are permitted and constructed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2023.

DocuSigned by:

/s/ Matthew Schwartz

16A5ED2A5C724D5...

Matthew Schwartz