

# FLORIDA DEPARTMENT OF
# Environmental Protection

South District
PO Box 2549
Fort Myers FL 33902-2549
SouthDistrict@FloridaDEP.gov

Ron DeSantis
Governor

Jeanette Nuñez
Lt. Governor

Shawn Hamilton
Secretary

November 6, 2023

**STATE 404 PERMIT**
**PUBLIC NOTICE**

Permit Application No. 396364-001

TO WHOM IT MAY CONCERN: The Department of Environmental Protection has received an application for a State 404 permit pursuant to 62-331, Florida Administrative Code, as described below:

APPLICANT:   Collier Enterprises Management Inc.
999 Vanderbilt Beach Road, Suite 507
Naples, Florida 34108
(239) 261-4455

LOCATION: The Project site is located in Section 34, Township 48 South, Range 28 East; and Sections 1, 2, 3, 10, 11, 12, 15, and 22; Township 49 South; Range 28 East; Collier County. More specifically, the Project is located east of Golden Gate Estates and is approximately 2.29 miles south of Oil Well Road (CR 858).

APPROXIMATE CENTRAL COORDINATES:
Latitude 26.219790° Longitude -81.492157°

PROJECT PURPOSE: The overall project purpose is to construct a master-planned mixed-use community east of Golden Gatge Estates in Collier County.

PROPOSED WORK: The applicant seeks authorization to discharge dredge or fill material into "waters of the United States" (WOTUS). The proposed discharges would total approximately 144 acres of features deemed to be WOTUS for purposed of this application. Impacts to these 144 acres of features deemed to be WOTUS would occur in connection with construction of a master-planned mixed-use community, including roads, utility features, pedestrian trail crossings, graded slopes along stormwater management and development areas, and commercial areas.

The site of the village and town center is a 5,105 acre area. Planned features within that area include an approximately 1,000 acre village, a 350 acre commercial town center, 750 acres of continued agriculture

activities, 400 acres of water management features and other ancillary components, and over 2,500 acres of conservation lands.

Of the 144.23± acres of wetland impacts, 132.23± acres are associated with direct impacts and 12.00± acres are associated with secondary impacts. Structures to be erected on fills include roads, utilities, and pedestrain trail crossings, commercial areas, and graded slopes along the perimeters of development areas and stormwater management lakes. Excavations primarily include the construction of stormwater management lakes, which are primarily located along the perimeters of the existing agricultural fields. The wetlands that would be impacted by the project are primarily limited to lower quality wetlands which are located within areas of historical and current agricultural operations.

**All wetlands and surface waters delineated using Chapter 62-340, F.A.C. and regulated under Part IV of Chapter 373, F.S. were determined to be waters of the United States.**

The Project will be constructed in three phases that each correspond with three proposed surface water management basins. In accordance with Section 5.3.2 of the State 404 Applicant's Handbook, the applicant has provided a Long-Term Planning Document that addresses the phasing of the Project. According to the plan, of the Project's 144.23± acres of WOTUS wetland impacts, 17.65± acres are associated with Basin 1; 79.07± acres are associated with Basin 2; and 47.51± acres are associated with Basin 3.

DEP Nexus link to Long-Term Planning Document:
https://depedms.dep.state.fl.us:443/Oculus/servlet/shell?command=getEntity&[guid=45.49904.1]&[profile=Permitting_Authorization]

EXISTING CONDITIONS: The Project site contains a variety of land cover types, including a mix of previously-disturbed areas used for large-scale row crop production and other agricultural purposes as well as native habitats. A total of 69 vegetative associations and land uses, as defined by the Florida Land Use, Cover and Forms Classification System (FLUCFCS) codes, were identified on the property. The description and locations of these land uses can been seen on the plan drawings. The dominant land use on the property is agricultural. The land use types Cropland and Pastureland (FLUCFCS Code 210), Row Crops (FLUCFCS Code 214), Rural Open Land (FLUCFCS Code 260), Fallow Cropland, Hydric (FLUCFCS Code 2611), and Low Pasture, Hydric (FLUCFCS Code 262) comprise approximately 43.7 percent (2,231.21± acres) of the site.

The native areas on-site are dominated by Cypress, Disturbed (FLUCFCS Code 6219), which comprises approximately 23.8 percent (1,214.40± acres) of the Project site, and Wetland Mixed Hardwood Conifer, Disturbed (FLUCFCS Code 6309), which comprises approximately 9.2 percent (470.38± acres) of the Project site.

Wetlands deemed to be jurisdictional WOTUS constitute a total of 2,283.22± acres or approximately 44.7 percent of the Project site. Of the wetlands deemed to be jurisdictional, 126± acres or approximately 5.8 percent would be impacted by the project. The total wetlands on the Project site are generally forested and are dominated by cypress with areas of cypress/pine, hydric pine, mixed wetland hardwood, and freshwater marsh habitats. The wetlands contain varying degrees of exotic infestation including the exotic species Brazilian pepper (*Schinus terbinthifolia*), primrose willow (*Ludwigia* sp.), torpedograss (*Panicum*

*repens*), paragrass (*Urochola mutica*), and trompetilla (*Hymenachne amplexcaulis*). Exotic vegetation is most dense where wetlands border agricultural fields. The hydrology of the landscape within and surrounding the Project site has been historically affected by roadways, ditches, and permitted agricultural activities. The wetlands that would be impacted by the Project are primarily limited to lower quality wetlands which are part of the historical agricultural operations.

AVOIDANCE AND MINIMIZATION INFORMATION: The applicant proposes to conform to Collier County's Rural Land Stewardship Program (RLSP), which is designed by Collier County to preserve lands with the highest natural resource values and identifies certain lands with relatively low natural resource values (such as cleared agricultural fields) for development of new communities.

The applicant proposes to utilize existing agricultural fields for the planned development to the extent possible and in order to avoid and minimize direct impacts to the natural wetland habitats on-site. The planned impacts to wetlands deemed to be jurisdictional are primarily for infrastructure construction such as road crossings and surface water management facilities.

The Project would avoid impacts to the majority of the existing native habitats. For example, the Project would avoid impacts to the Camp Keais Strand, which is located on the Project's eastern boundary. The proposed site plan has been designed to minimize impacts to listed species by utilizing agricultural fields for development, thereby preserving the majority of the natural wetland and upland habitats on-site. Approximately 94.2 percent (2,156.97± acres) of the wetlands on-site will be preserved. The proposal would establish 2,570.66± acres of preserved lands (the Conservation Area). Priority has been given to preserving higher quality native vegetation that provides habitat for listed species.

To avoid and minimize impacts to protected species, the Conservation Area will be managed as habitat for the listed species documented on the Project site, in accordance with a Listed Species Management and Human-Wildlife Coexistence Plan. Management objectives for the preserves adjacent to development will be implemented to limit prey and foraging conditions that otherwise may attract panthers and bears; therefore, discouraging these species from accessing areas within the development. Preserves internal to the Project site will be managed to limit panther prey species such as white-tailed deer (*Odocoileus virginianus*) and feral hogs (*Sus scrofa*). The Project site design includes a lake buffer between the proposed development areas and Camp Keais Strand. The goal of this buffer is to limit potential access to development areas by large mammals. Where construction of a lake buffer is not feasible, wildlife fencing will be constructed to deter access by these species. Since the majority of the Project is currently in active agricultural operation, the proposed on-site preservation, enhancement, and restoration activities (described in more detail below) are anticipated to result in a net benefit to the conservation of fish, wildlife, listed species, and their habitats.

COMPENSATORY MITIGATION: The proposed compensatory mitigation plan for the Project has been designed in accordance with Section 8.5.2 of the 404 Applicant's Handbook to compensate for unavoidable impacts to jurisdictional waters. The proposed Conservation Area consists of 2,570.66± acres, of which approximately 2,100.17± acres will be utilized as compensatory mitigation for impacts to areas deemed to be jurisdictional wetlands. The proposed mitigation for wetland impacts includes wetland preservation and enhancement. Exotic vegetation will be hand removed from 1,871.99± acres of wetlands. Mechanical removal of exotics and supplemental planting will be conducted in 228.18± acres of wetlands. In addition to the compensatory mitigation, the mitigation plan also includes the enhancement and

preservation of 429.55± acres of existing upland habitat important to the life cycle of wetland-dependent wildlife species. These 429.55± acres are included in the mitigation plan, but are not used to offset functional loss associated with impacts to wetlands.

The proposed compensatory mitigation is located within the same watershed as the impact site and in a location where it is most likely to successfully replace lost functions and services. The compensatory mitigation for the Project is located within a regional flow-way and wildlife corridor and includes high-value habitat targeted by the Florida Forever Program within Camp Keais Strand. The South Florida Water Management District has also identified the Camp Keais Strand as a valuable resource for restoration and protection because it would provides attenuation of flood peaks, water quality improvements, and long-term protection of core wetland ecosystems.

A Uniform Mitigation Assessment Methodology (UMAM) functional analysis was prepared and provided with the application for the Project. The UMAM analysis indicates that the functional loss associated with wetland impacts for the Project totals 70.85 functional units. The functional gain associated with the proposed compensatory mitigation totals 128.57 functional units. Therefore, the UMAM analysis demonstrates that the proposed compensatory mitigation will more then offset the functional loss associated with the Project and yield a net gain of 57.72 functional units.

The proposed mitigation would occur in three phases. Each of the three Mitigation Areas corresponds to the basin number it offsets. Mitigation Area 1 is comprised of 645.04± acres and results in a functional gain of 23.89 units. Mitigation Area 2 is comprised of 1,011.61± acres and results in a functional gain of 60.21 units. Mitigation Area 3 is comprised of 873.07± acres and results in a functional gain of 42.76 units. Therefore, each Mitigation Area generates more than enough functional gain to offset the functional loss associated with each corresponding basin or phase of construction.

CULTURAL RESOURCES: An archaeological and historical survey was conducted by Archaeological Consultant's, Inc. (ACI) in July 2006 for the Big Cypress Stewardship District, which encompasses the project site. No archaeological or historic sites were documented during the survey. The Florida Department of State, Division of Historical Resources (DHR) issued a letter dated August 29, 2007 indicating concurrency with ACI's determination. The DHR letter states that the development of the Project site will have no effect on any historic properties eligible for listing in the National Register of Historic Places, or otherwise of historical or archaeological value.

The Department has requested review from the State Historic Preservation Officer (SHPO) and those federally recognized Tribes with concerns in Florida and the permit area. No comments have been received.

FEDERALLY AND STATE-LISTED SPECIES: The Department has received final comments from the Florida Fish and Wildlife Conservation Commission (FWC) and the U.S. Fish and Wildlife Service (USFWS), dated September 18, 2023.

FWC staff has updated information originally included in the Public Notice dated May 25, 2022. The following determinations of the project's effect to federally listed species is as follows: "no effect" for the Florida scrub-jay; "may affect but is not likely to adversely affect" the eastern indigo snake, everglade snail kite, red-cockaded woodpecker, and the wood stork; and "may affect and is likely to

adversely affect" the Audubon's crested caracara, the Florida bonneted bat, the tricolored bat, and the Florida panther. For State-listed species, the project site may provide habitat for the following: Big Cypress fox squirrel, Everglades mink, Florida sandhill crane, Gopher tortoise, Little blue heron, Roseate spoonbill, Southeastern American kestrel, and Tricolored heron.

State 404 permit conditions have been recommended by the FWC and the USFWS for these species, with the exception of the everglade snail kite and the Florida scrub-jay. Additional information regarding the assessment of adverse impacts to species and their habitats can be found in the FWC and USFWS correspondence.

DEP Nexus link to FWC/FWS comments and permit conditions:
https://depedms.dep.state.fl.us:443/Oculus/servlet/shell?command=getEntity&[guid=45.101686.1]&[profile=Permitting_Authorization]

Discussions are provided below for federally listed species that may be affected by, and are likely to be adversely affected by, the proposed project. These discussions include summaries of recommended permit conditions that will address the anticipated adverse impacts. The USFWS provided clarification to the Department regarding the final conclusions of the project's effects for these species, so the wording may differ slightly from the FWC's letter. In addition, the USFWS provided clarification that one large mammal crossing is their recommended permit condition for this project, rather than five crossings.

Florida panther: One large mammal wildlife crossing shall be constructed on Oil Well Road, approximately 1.44 miles east of Desoto Boulevard, to maintain habitat and corridors currently used by panthers. While this crossing is not located within the project footprint, it is proposed adjacent to the project, and the construction of this crossing is required for approval of this permit. Contributions to the Paul J. Marinelli Fund will be made to fund additional crossings, education and other conservation efforts associated with this permit. These contributions include the deposit of $350 per acre of land within the development footprint of the Project no later than 90 days after the closing of the first dwelling unit sold within the project, and transfer fee provisions of $200 in the deed for each residential unit constructed (including the initial sale and each re-sale) shall be established. Educational information regarding panthers and pets, and information on how to live with wildlife, shall be included in the Homeowner Association required documents provided to residents. USFWS staff concluded that the project "may affect and is likely to adversely affect" the Florida panther but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

While there is one crossing associated with this application, the USFWS in their comments also considered four additional crossings associated with another project, Rural Lands West, Permit Application No. 396966-001. The applicant will, at its sole cost and expense, construct or fund the construction of a total of five wildlife crossings within the geographic region where this and proposed Rural Lands West project is located, if both projects are permitted and constructed.

DEP Nexus link to the wildlife crossing construction plans:
https://depedms.dep.state.fl.us:443/Oculus/servlet/shell?command=getEntity&[guid=45.100890.1]&[profile=Permitting_Authorization]

DEP Nexus Link to the Traffic Analysis Study:
https://depedms.dep.state.fl.us:443/Oculus/servlet/shell?command=getEntity&[guid=45.73395.1]&[profile=Permitting_Authorization]

<u>Florida bonneted bat and the tricolored bat:</u> Cavity tree and roost surveys for bats are required 30 days prior to removal. If either species is found, the permittee shall contact the USFWS for technical assistance. Activities with heavy equipment shall not occur within a 250-foot buffer of known or suspected bat roosts. The proposed buffer lake system shall be created, and preservation and enhancement of 2,100.17± acres of on-site wetlands is required to promote bat foraging opportunities. Riparian habitat shall be enhanced by planting native vegetation along the lake shorelines (i.e., littoral zone plantings), and planting of native trees and shrubs within open space and buffer areas is required. Within the proposed Conservation Areas, mature trees and snags shall be retained, and prescribed fire will be used as a management tool. Widespread application of insecticides shall be avoided in areas where bats are known or expected to forage or roost. International Dark-Sky Association lighting initiatives will be encouraged. USFWS staff concluded that the project "may affect and is likely to adversely affect" the Florida bonneted bat and the tricolored bat but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

<u>Audubon's crested caracara:</u> Prior to construction, surveys for caracara during nesting season are required within 4,920 feet from previously documented or newly discovered nests. Activities shall be conducted outside of caracara nesting season if within a 984-foot buffer of documented nest sites, with additional avoidance conditions, and if activities are to occur in the most recent nesting season, restoration shall be required per condition. USFWS staff concluded that the project "may affect and is likely to adversely affect" the Audubon's crested caracara but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

OTHER INFORMATION:
Please note that, to advance the objectives of the RLSP, Collier County requested that the applicant file an amendment to the Longwater Village Stewardship Receiving Area (SRA) to create a town SRA. The footprint of the requested town SRA would overlap with the current Longwater Village footprint and with the northern tip of the footprint of the Project but would not change the footprint of either Longwater Village or the Project. The applicant agreed and filed the requested amendment with Collier County on January 27, 2022. The amendment establishing a town SRA was approved by Collier County on June 27, 2023. The footprint, overall timing of development and acreage of impacts (including WOTUS impacts) does not change as a result of the amendment.

Wetlands and surface waters on the Project site were delineated using Chapter 62-340, F.A.C. and are regulated under Part IV of Chapter 373, F.S. In accordance with Section 1.1 of the State 404 Applicant's Handbook, the Department will treat any wetlands or other surface waters delineated in accordance with Chapter 62-340, F.A.C. and regulated under Part IV of Chapter 373, F.S., as WOTUS, unless the applicant demonstrates that those features are not WOTUS. Subsequent to the initial public notice for the Project on August 16, 2022, the U.S. Supreme Court issued a decision (*Sackett v. EPA*) holding that wetlands are subject to Clean Water Act (CWA) jurisdiction if they are adjacent to "a relatively permanent body of water connected to traditional interstate navigable waters" and have a "continuous surface connection with that water." Notwithstanding the intervening decision in *Sackett v.*

*EPA*, the Applicant has not requested a determination that any features delineated in accordance with Chapter 62-340, F.A.C. are not WOTUS

COMMENTS regarding the potential authorization of the work proposed should be submitted in writing through the business portal (Public Comment | DEP Business Portal (fldepportal.com) or to Toby Schwetje at Florida Department of Environmental Protection, South District Office, PO Box 2549, Fort Myers, Florida 33902-2549 by the conclusion of the Public Meeting, for which the date is forthcoming. Written comments will be made part of the record and should reference the above permit application number. Objections must be factual, specific, and fully describe the reasons upon which any objection is founded. Any comments received will be considered by the Department to determine whether to issue, modify, condition, or deny a permit for this proposal.

EVALUATION: The determination as to whether a permit will be issued, or a public meeting held, is based on an evaluation of all relevant factors, including the public comments received and the effect of the proposed work on the public interest, including, but not limited to, fish, wildlife, historical resources, and pollution. The specific permit decision criteria can be found in Chapter 62-331, Florida Administrative Code.

The Department is soliciting comments from the public; federal, state, and local agencies and officials; Indian Tribes; and other interested parties in order to consider and evaluate the impacts of this proposed activity. To make this consideration, comments are used to assess impacts to endangered species, historic properties, water quality, general environmental effects, and other public interest factors. Comments are also used to determine the need for a public meeting and to determine the overall public interest of the proposed activity.

FOR FURTHER INFORMATION regarding this application, please visit the State 404 Permit File at: https://prodenv.dep.state.fl.us/DepNexus/public/electronic-documents/ST404_396364/facility!search?pagination=true&electronicDocument.airDivision=false&electronicDocument.waterDivision=false&electronicDocument.wasteDivision=false&electronicDocument.documentType=&electronicDocument.dateFrom=&electronicDocument.dateTo=&electronicDocument.dateReceivedFrom=&electronicDocument.dateReceivedTo=&electronicDocument.subject=&electronicDocument.facilityId=ST404_396364&electronicDocument.permitId=&electronicDocument.facilityDistrict=&electronicDocument.facilityCounty=&electronicDocument.sortCriteria=&tagConfig.criteriaTagType=regular&tagConfig.genInfoTagType=regular&tagConfig.listTagType=short&showBreadCrumb=false&page=1 ,or contact the project manager, Toby Schwetje, in writing at Florida Department of Environmental Protection, South District Office, PO Box 2549, Fort Myers, Florida 33902-2549; by electronic mail at Toby.Schwetje@floridadep.gov, or by telephone at (239)344-5631. Please include the permit application number referenced at the top of this page in any correspondence.

PUBLIC MEETING: Based on public interest previously expressed by concerned parties pertaining to the Bellmar Project, a public meeting will be scheduled to be held in Collier County. The date of the public meeting will be forthcoming.

File Name: Collier Enterprises Management
FDEP File No.: 396364-001 SFI
Page 7 of 7