PUBLIC MEETING AGENDA

Collier Enterprises Management, Inc. Bellmar Villages

DEP Application No. 396364-001

**DATE AND TIME:** Dec. 7, 2023, 4 – 7 p.m. (EST)

**PLACE:** Collier Public Library – Naples Regional Branch
650 Central Ave.
Naples, FL 34102

**PURPOSE:** The Florida Department of Environmental Protection (DEP) will hold a public meeting to receive oral and written public comments on the above referenced State 404 permit application for the proposed Bellmar development in Collier County. DEP issued a Public Notice on Aug. 16 2022, and Nov. 6, 2023, notifying the preparation of a draft permit. A public meeting notification was published on Nov. 6, 2023.

The public meeting will utilize an open house format with a series of topical meeting stations to provide information on the requested meeting topics and will include opportunities for the public to both ask questions and provide written and oral comments during the meeting.

The [permit application and related application information (DEP File No. 396364)](#) are available online.

Concurrent Agenda Topics (Information Stations)

1. Introduction and Meeting Logistics (Welcome and logistics provided throughout meeting at the Welcome and Registration Desk)
2. Regulatory Review, Procedures and Rules (DEP)
3. Permitting Timeline (DEP)
4. Draft Permit Information (DEP)
5. Mitigation Plan (DEP)
6. Wildlife Conditions for Draft Permit (DEP)
7. Regulatory Compliance Information (DEP)
8. Public Comment (DEP)

**NOTE:** Public participation is solicited without regard to race, color, national origin, age, sex, religion, disability or family status. Persons who require special accommodations under the American with Disabilities Act (ADA) or persons who

require translation services (free of charge) are asked to contact Stacie Taylor at 850-245-2118 or LEP@FloridaDEP.gov at least ten (10) days before the meeting. If you have a hearing or speech impairment, please contact the agency using the Florida Relay Service, 800-955-8771 (TDD) or 800-955-8770 (voice).

Persons unable to attend the meeting in-person and wishing to provide public comments may provide a copy of their written comments by email to Toby Schwetje via phone at 239-344-5631; or via email at Toby.Schwetje@FloridaDEP.gov. Written comments may also be submitted to DEP during the meeting. All comments regarding the permit application should be provided to DEP prior to the conclusion of the meeting. All comments received will be carefully reviewed and taken into consideration as DEP takes final action (approves or denies) the application for the State 404 Permit.