# State 404 Permit Application Review/Response Form

Date:                              10/31/2023
USFWS Reviewer:            Adam Knutson
FWC Contact:                 Bryan Phillips
FDEP Contact:                Toby Schwetje
Permit App. No./Title:     Bellmar ST404_396364-001
Permit App. Location:      Collier
Ecosphere Project Code    2022-0022196

## INSTRUCTIONS

☒Complete all relevant sections of the Project Review Form.

☒For each species for which incidental take is anticipated, complete Section A.1 – C.2

☒Obtain supervisory approval of comments and any incidental take determination and quantification.

☒ Ensure that the Ecosphere Project is linked to Project Code # 2022-0002197 (Florida 404 Assumption Programmatic) and the species determinations and take quantification is entered in the Project's Species Determination and Take Information widget.

☒Upload completed Project Review Form to Ecosphere and supporting public notice.

## FEDERALLY LISTED SPECIES AND EFFECTS

1. Does the State 404 Permit Application Package contain an accurate list of all federally listed species and critical habitats that may be affected?

☒Yes

☐No

If USFWS checks No on question 1, USFWS will coordinate with FWC according to the MOA and list any species expected to occur within the project-specific action area.

2. Does the State 404 Permit Application Package accurately determine the permit application's effects on the species and critical habitats?

☒Yes

☐No
If No is selected for question 2, USFWS will provide technical assistance on the effects determination with an explanation with supporting information to FWC.

3. Does the State 404 Permit Application Package have adequate protection measures to ensure the permitted activity will not jeopardize any federally listed species?

☒Yes

☐No

4. Does the State 404 Permit Application Package have adequate protection measures to avoid and minimize any incidental take that is reasonably certain to occur?

☐Yes

☒No

If the answers to questions 1-4 are all "Yes", then the USFWS has concluded its review of the permit application, as well as the status of the affected species, any cumulative effects within the permit applications' action area, and concludes that the permit application is not likely to jeopardize any federally listed species and has no further comments on this State 404 permit application.

If the answer to question 3 or 4 is "No", the USFWS will provide a list of the any necessary avoidance and minimization measures (AMMs) to ensure that the permitted activity is not likely to jeopardize any species, adversely modify or destroy critical habitat or to ensure that any incidental take is avoided or minimized.

Note that if the description of the permitted activities changes, new species or critical habitat are listed, or the status of a species changes, or other new information becomes available that was not considered during this USFWS technical assistance review, the USFWS will be contacted for further comments.

If No is selected for any of the questions, the USFWS will provide questions, comments, or any other appropriate information to assist FDEP and FWC in processing the permit application.

The USFWS will use section A.1- C.2, to document species determinations, AMMs and provide effects summary to track take.

## A.1.   Species and Critical Habitat that are likely to be adversely affected

Species that are listed in Table 1-1 of the PBO/CO are those that are likely to be adversely affected (LAA) by certain activities, even when all appropriate AMMs are incorporated.

2

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|------|-------------|------------------|
| Mammal | Florida bonneted bat | Proposed |
| Mammal | Florida panther | Has not been designated |
| Bird | Audubon's crested caracara | Has not been designated |
| Mammal | Tricolored bat (proposed) | Has not been designated |

**A.2.    Species and Critical Habitat that are not likely to be adversely affected (includes no effect) –**

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|------|-------------|------------------|
| Bird | Everglade snail kite; Wood stork; Florida scrub-jay; Red-cockaded woodpecker | Has not been designated |
| Reptile | Eastern indigo snake | Has not been designated |

**B.1.    Additional and Necessary Avoidance and Minimization Measures**

Additional Avoidance and Minimization Measures as included in the permittee's Bellmar Listed Species Conditions (Enclosure A).

| | |
|---|---|
| ☒ Audubon's crested caracara | 1. Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the project site that is under the permittee's ownership or neighboring areas where access is allowed.<br><br>2. To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters) of any documented crested caracara nest site.  Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site.  Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition 3.<br><br>3. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting |

| | scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the project site that is under the permittee's ownership. The permittee shall contact the U.S Fish and Wildlife Service's Florida Ecological Services Office (FESO) at FW4FLESRegs@fws.gov for technical assistance and will notify the Florida Fish and Wildlife Conservation Commission (FWC) at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara. The permittee shall report the final location and extent of restored habitat to the FESO, the Florida Department of Environmental Protection (Department), and the FWC upon completion of restoration activities. |
|---|---|
| ☒ Eastern indigo snake | The permittee shall implement the U.S. Fish and Wildlife Service's *Standard Protection Measures for the Eastern Indigo Snake* (SPM; Service March 23, 2021) during construction of the Project and restoration of the conservation area. |
| ☒ Florida bonneted bat and tricolored bat | 1. The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at FW4FLESRegs@fws.gov for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com. 2. The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized. 3. The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 2,100.17± acres of on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities. 4. The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings). 5. Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost. 6. The permittee shall implement planting of native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance. 7. The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat. |

4

| | |
|---|---|
| | 8. The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.<br>9. The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat. |
| ☒ Florida panther | 1. The permittee will make contributions to the Paul J. Marinelli Fund as follows: i. The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project. Upon deposit of the funds, the permittee shall provide correspondence from the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com) confirming that the contribution has been provided. ii. The permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale). The permittee shall provide an annual report confirming the sale and contribution to the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com).<br>2. The permittee will, at its sole cost and expense, construct five wildlife crossings within the geographic region where this and proposed Rural Lands West project are located, including one just north of the Project site on Oil Well Road, approximately 1.44 miles east of Desoto Boulevard. These wildlife crossings will be constructed to fulfill the state and federal permitting requirements for Rural Lands West and Bellmar, collectively. The wildlife crossings shall be constructed to provide and preserve a wildlife movement corridor and the locations shall be constructed in the locations shown in Figure 1. The permittee shall contact the FESO at FW4FLESRegs@fws.gov for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to start of the construction activities of the crossings and shall provide the location and plans of the proposed wildlife crossings for review. The permittee shall report the final location and as-built plans of wildlife crossings to the FESO, the Department, and the FWC upon completion of construction.<br>3. The permittee shall ensure that HOA and/or homeowners' documents for the Bellmar community states that pets within the community should be kept indoors, on leash or supervised when outdoors in common areas, or within a secure covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers. |

**B.2.    Voluntary Conservation Measures**

Describe any voluntary/discretionary conservation activities that may be incorporated into the permit at the discretion of FDEP.  Reference the measure by species and number as described in section 2.5 or describe any conservation measures not included in the PBO/CO.

| Species | Recovery Activity |
|---------|-------------------|
| n/a | n/a |

**C.1.    Effects Summary and Tracking Take**

| Common Name | No Effect | Not Likely to Adversely Affect | Likely to Adversely Affect – Take is RCTO | Amount of Take (e.g, numbers of individuals or all individuals within a specified acreage) |
|-------------|-----------|--------------------------------|-------------------------------------------|-------------------------------------------------------------------------------------------|
| Everglade snail kite | ☐ | ☒ | ☐ | |
| Florida scrub-jay | ☒ | ☐ | ☐ | |
| Wood stork | ☐ | ☒ | ☐ | |
| Red-cockaded woodpecker | ☐ | ☒ | ☐ | |
| Eastern indigo snakes | ☐ | ☒ | ☐ | |
| Florida bonneted bat | ☐ | ☐ | ☒ | 1 roost, 11 individuals |
| Florida panther | ☐ | ☐ | ☒ | 4 individuals at year of buildout (3 via vehicle collision, 1 due to habitat loss and reduction in carrying capacity), and 3 individuals a year thereafter |
| Audubon's crested caracara | ☐ | ☐ | ☒ | Loss or failed reproduction of one caracara pair |
| Tricolored bat | ☐ | ☐ | ☒ | 1 roost, 10 individuals |

**C.2** The following analysis supports the non-jeopardy determination.

If possible, the Service may reference the public notice sections that describe the action area, status of the species within the action area, effects of the action, cumulative effects, and the amount of take.

**Species and Critical Habitat Determinations**
Refer to Ecosphere Project S7 Consultation Code 2022-0022196 the consultation summary:

**Audubon's crested caracara**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for the Audubon's crested caracara (caracara) is the entire 5,105.49-acre project site.

*Status of the Species in the Action Area:*

The project lies within the consultation area for the caracara and contains approximately 2,285 acres of suitable habitat, dominated by row crops (1,242.33 acres). The amount of suitable habitat is anticipated to fluctuate as the cropland shifts seasonally and is expected to be used opportunistically by caracara. A caracara survey conducted in 2020 identified an active nest on the project site, which successfully fledged juvenile caracara. A subsequent survey was conducted in 2021 that found the previous nest was inactive and caracara were absent from the project site during that survey period. In 2022, another survey was conducted and found the 2020 nest was still inactive but discovered a different active nest within the Project footprint. Finally, a 2023 survey found both previous nests from 2020 and 2022 to be inactive but have identified that caracara are nesting just offsite to the north. Based on the results of these surveys, we expect caracara to shift their territory between the project site and an off-site location in response to annual changes in agricultural intensity and the suitability of the cropland.

*Effects of the Action:*

The Applicant proposes to develop a mixed-use community on approximately 1,793.4 acres and preserve and enhance approximately 2,391.63 acres of native upland and wetland habitats. Through these actions, approximately 1,440.33 acres of suitable caracara habitat will be converted to development. Of the 1,440.33 acres, approximately 1,424.02 acres is current cropland and only 16.31 acres is dry prairie and pasture. Caracara home ranges are known to vary from approximately 1,000 acres to approximately 5,000 acres, depending on habitat suitability and proximity to other caracara territories (Morrison 2001). To account for this variation in home range size and lack of more specific data, we will use an average home range of approximately 3,000 acres for our analysis. Accordingly, the development of 1,440.33 acres would constitute a loss of 48 percent of an average caracara territory. Because of the variable suitability of the existing cropland for caracara use, we expect caracara in the area have seasonally shifted territories to accommodate the changing value. However, the proposed project will eliminate any intermittent suitability of the cropland, likely permanently shifting the caracara territory. This habitat loss could result in increased intraspecific aggression with adjacent caracaras as the pair moves to neighboring territories in search of forage and nesting sites. This aggression and/or decrease in foraging area could also ultimately result in a lower reproductive potential.

In addition to habitat loss, we anticipate the noise and activity from personnel and vehicles during site preparation and construction would disturb foraging or nesting caracara, potentially

leading birds to change their behavior and abandon a foraging or nesting opportunity. The degree of disturbance is related to the distance of these activities from the nest, as well as the nesting pairs' tolerance to human activities. Adverse effects could range from abandoning a nesting attempt, if construction is close to the nest during breeding season, to general avoidance of the area for foraging. The avoidance and minimization measure of maintaining a 984 foot exclusion buffer around an active nest is expected to reduce this risk of abandoning a nest attempt; however, avoidance of the Project site for foraging could still adversely affect the breeding pair through lowering the adult fitness and/or reproductive success of a nest (via lower adult fitness or decreased food availability for young). Because we expect the documented pair to currently avoid portions of the cropland areas during times of lower suitability, we anticipate that these caracara may be less disturbed by noise and disturbance. Furthermore, the cropland areas will be ultimately converted to development, eliminating suitability for use by caracara. Therefore, the effects of disturbance is expected to be superseded by the habitat loss described above.

*Cumulative Effects*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in this Project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on caracara are not expected to extend beyond the proposed project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take*

The Service has reviewed the biological information for caracara, information presented by the Applicant's consultant, and other available information relevant to this action. The Project will result in take of caracara in the form of harm due to the disturbance from development and construction activities, as well as loss of foraging and nesting habitat in the Project footprint that is expected to result in a loss of reproductive success. Therefore, the Service expresses the amount of incidental take from the Project as: 1) the loss of caracara reproductive success for the known breeding pair for the first year of the Project; and 2) loss of 1,440.33 ac of suitable caracara foraging and nesting habitat in the Project footprint.

*Incidental take resulting from the project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly

impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed project to incidentally result in take of the caracara in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,440.33 acres of habitat; and the loss of caracara reproductive success for the known breeding pair for the first year of the Project).

*Jeopardy assessment*

After considering the status of the caracara, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the caracara. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Disturbance from site preparation and construction activities is anticipated to cause caracara to permanently shift their territory; however, as these caracara likely shift territories with some regularity, we expect the caracara to acclimate and resume normal behavior following the first year. A reduction in breeding success during this time would occur, but abandonment of this territory by caracara is not anticipated.
2) The reduction of the breeding success is only expected for a short period, while birds adjust, and given that all suitable caracara habitat is believed to be saturated, this loss in breeding is expected to have minimal effect on the overall population.
3) The permanent loss of approximately 1,440.33 ac of suitable caracara habitat will likely lead to increased competition for suitable foraging habitat and a reduction in nest productivity, but as discussed above the loss in breeding is not expected to adversely affect the overall population to a significant degree.
4) The habitat loss (1,440.33 ac) is small reduction in the overall range of the species.

**Florida Panther**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action.  For this Project, the Service considers the action area for panthers as all lands within the footprint of the Project, and all lands within 25 miles of the Project footprint.  The 25-mile buffer around the Project footprint is designed to encompass mean dispersal distance of sub-adult male panthers, which was reported by Maehr et al. (2002) to be 23.2 miles and by Comiskey et al. (2002) to be 24.9 miles.  The 25-mile buffer distance encompasses the dispersal distance of both male and female panthers because male panther dispersal distances are known to exceed those reported for female panthers (Comiskey et al. 2002; Maehr et al. 2002).  The size of the Action Area for this consultation is consistent with action areas defined in our recent biological opinions for the panther, and it accounts for the wide-ranging movements of sub-adult panthers and the large home territories of adult panthers. While the action area is a 25-mile buffer around the Project footprint, effects to species other than panthers are not expected to extend beyond the Project boundaries.

*Status of the Species in the Action Area:*

This Project lies within the consultation area for the Florida panther and is within the Primary Zone of the focus area.  Over 7,400 telemetry locations have been documented within 5 miles of the Project from February 1982 to October 2019, with 10 occurring within the development footprint.  While these telemetry locations demonstrate that panthers use this area, they do not reflect whether these are resident panthers or dispersing panthers, how much time they spend there, or how many individuals may be present. The closest identified panther den is approximately 2.27 miles southeast of the project site.  The exact number of panthers that may use the project site is not known but the Project areas comprises only approximately 3 to 7 percent of an individual female or male panther home range respectively (see below, *effects of the action*).

According to the Service's GIS database, since monitoring of panthers began in 1982, there have been 398 panther documented deaths within the Action Area (e.g. 25 miles of the proposed Project) as of December 2, 2022.  Specifically, 275 of those deaths were attributed to motor vehicles, 49 were due to intraspecific aggression, and 74 were due to other causes (disease, starvation, etc.). We assume that based on population size, that these causes represent the variety of ways that panthers are most often killed.

Although an exact population size of panthers is not known, numbers were estimated to be between 90 and 120 in the early 2000s as described below (FWC and USFWS 2017).  Recent modeling techniques using vehicle mortality data from radio-collared panthers estimated a population of approximately 269 individuals in 2012, with a 95 percent confidence interval from 143 to 509 panthers (McClintock et al. 2015).  In 2019, the McClintock et al. (2015) model was updated with six additional years of data, resulting in size point estimate of 407 panthers in 2018, with a 95 percent confidence interval ranging from 222 to 773 panthers.  Based on the data

provided in both iterations of the McClintock et al. (2015) model, the panther population has increased from approximately 62 individuals in 2000 to between approximately 222 and 773 individuals in 2018, an average increase of between 9 and 39 [(222-62)/18 years and (773-62)/18 years] panthers per year.  Although survival rates for Florida panthers were described by Benson et al. (2011), those values are model-averaged and categorized by sex and age cohort, making them difficult to apply to a panther population of unknown demographics.  Current survival estimates range between approximately 0.63 (SE 0.08) and 0.95 (SE 0.034) but these vary by age and sex. Given the uncertainty of using these survival rates, as well as variability in number of breeding females in the population and litter size, the Service will use the approximate population growth described above as an estimate of recruitment.

*Effects of the Action:*

In the absence of the Project, continued development and increases in traffic will occur in this area but with fewer conservation measures than those proposed by the applicant to maintain large blocks of intact habitat and improve road conditions to reduce impacts to panthers and other wildlife. The land clearing and construction activities associated with the Project have the potential to injure or kill panthers.  However, panthers are intelligent and highly agile. Therefore, the Service expects that panthers will avoid the Project footprint during land clearing and construction, and injuries or mortalities of panthers due to these activities are unlikely.

Land clearing and construction activities associated with the Project will result in the permanent loss of habitat for panthers, and their prey.  Specifically, approximately 1,793 acres of panther habitat will be permanently lost.  According to the most current home range estimates of the panther (Lotz et al. 2005), this loss represents 6.17 percent of a single female panther's average home range (29,059 acres) and 2.8 percent of a male panther's average home range (62,542 acres).  Moreover, this loss represents 0.15 percent of the 1,202,699 acres of available rural private lands available to panthers in the Service's focus area south of the Caloosahatchee River. As a conservation measure to benefit the survival and recovery of the panther, the applicant will develop the lowest quality habitat (row crops) within the project area, and strategically restore and permanently protect 2,391.63 acres of currently unprotected habitat in areas where habitat connectivity can be maintained.  The Consultant used the Service's Panther Habitat Assessment Methodology (2012) to determine the amount of panther habitat units (PHUs) needed to compensate for the panther habitat lost on the Project site.  It is the Service's judgement that the PHUs provided by the onsite conservation, restoration, and preservation of the highest quality panther habitat available within the project area adequately compensates for the habitat lost to development.

Panthers are known to sometimes attack and kill other panthers.  This is called intraspecific aggression and occurs when males may kill other rival males when defending a territory or juveniles from another sire.  Habitat loss may increase the potential for this to occur as individual panthers adjust their home ranges.  As mentioned above, a total of 49 documented panther deaths due to intraspecific aggression have occurred within the action area since 1982 with the most

recent known death occurring in July 2019. The Project will remove about 1,793.4 acres of panther habitat. Based on estimates of home range size (described above) this loss of habitat is expected to impact no more than 1 male or female panther home range. As such, the Service finds that an increase in intraspecific aggression among panthers could occur as a result of the project displacing a resident panther.

In addition to habitat loss and disturbance, the Project will result in increased vehicular traffic in the Action Area. It should be noted that there is considerable uncertainty when correlating the number of panther deaths due to vehicle strikes to the overall population. This is because an increase in the number of panthers hit by cars may indicate an increase in the total number of panthers in the population and may not be attributable to a change in the volume of traffic. In evaluating a Project's potential to increase injuries and mortalities to panthers resulting from motor vehicle collisions, we consider the location of the Project in relation to surrounding native habitats, preserved lands, and wildlife corridors that are frequently used by panthers. We also consider the current road configuration and traffic patterns within the action area and the projected increase and patterns of traffic expected to result from the proposed action. We evaluate the habitats present on site, their importance in providing feeding and dispersal needs for panthers and panther prey species, and if the site development would further restrict access to surrounding lands important to panthers and panther prey species. The Project has been designed to conserve native habitat, maintain and improve existing wildlife corridors, and reduce impacts from vehicles by installing strategically placed wildlife crossings and fencing.

As discussed above, several panthers have been killed by collisions with motor vehicles in the action area. To analyze the Project's effects on motor vehicle related panther injuries and mortalities, the Service used a Traffic Impact Statement (TIS) for the Project site provided by the Applicant and reviewed by the Service. This information indicated that most vehicles entering and leaving the Project site would use three entrances onto Desoto Boulevard, one of which provides access to Golden Gate Boulevard and a total of 121,200 trips per day would be generated by vehicles associated with the Project. Approximately 53 percent of the Project's generated motor vehicle traffic would travel west on either Golden Gate Boulevard or 6th Avenue and 39 percent would travel north on Desoto Boulevard towards Oil Well Road. The remaining 8 percent would remain within the Golden Gate Estates subdivision. Of the northbound Desoto Boulevard traffic, approximately 28 percent would continue west towards the city of Naples, and 11 percent would travel east on Oil Well Road towards Ave Maria. It should be noted that this increase in traffic would likely occur regardless of the implementation of the Project as increased residential development will occur in this area.

Further, motor vehicle accidents are somewhat stochastic and influenced by many variables that are outside of the control of the project proponents. Several factors such as panther population size and composition, individual animal behavior, habitat configuration, road design, driver behavior and others, all play a role in circumstances that lead to a panther (or any species of wildlife) being hit by a car. As such, attributing panther mortality due to project induced traffic within 25 miles of the project area is challenging and fraught with uncertainty because the

precise cause of future accidents cannot be known. Nonetheless, we used best available scientific model to provide an assumed estimate of how the traffic associated with the project may influence the panther population for the purpose of determining whether the project may jeopardize the panther population.

The Traffic Impact Statement used in our analysis covered a 27-year period from 2015 through 2042. This included both background traffic and traffic generated from the Project. According to the TIS, both future background traffic as well as traffic created from the Project is expected to significantly increase from 2015 levels. By 2042, background traffic based on annual average daily traffic (AADT) in the Project area is expected to increase approximately 74 percent over the 27-year evaluation period from 916,110 AADT in 2015 to 1,592,800 AADT by 2042, excluding the additional trips from the Project. The TIS further estimates that the Project alone would increase traffic by 13 percent over 2015 background traffic. Combined, the estimated increase in traffic is 87 percent over 2015. By 2042, the Project generated traffic of 121,200 trips will increase traffic by 8 percent over the future 1,592,800 background trips. This is largely due to an increase in the human population as people move to Florida from other areas.

Although the Project is expected to increase traffic in the action area, it will be difficult to distinguish from the predicted non-Project traffic. Furthermore, attributing any panther mortality due to vehicle collision with traffic generated by the Project is anticipated to be indiscernible from background traffic. Nonetheless, the Service acknowledges that vehicle collision is the most documented cause of death for Florida panthers (FWC 2019), and the Project's potential effects on this mortality requires analysis.

Range-wide, 226 panthers were killed by vehicle collisions from 2014 through 2022 (FWC 2023), with a yearly average of roughly 26 panther deaths. Over that same time period within the action area, 149 panthers were killed as a result of vehicle collisions, with a yearly average of 17 panther deaths. If we were to assume that traffic volume is directly correlated to the number of panthers killed by vehicle collisions, the 13 percent increase over current background traffic generated by the Project would add 3 (17*0.132=2.18, rounded to 3) panther deaths to the yearly average once construction is completed in 2042. For comparison, the forecasted 2042 background traffic without the Project would add 13 (16.5*0.739=12.19, rounded to 13), and background plus Project traffic would contribute 15 (16.5*0.871=14.4, rounded to 15) additional panther deaths. Said another way, our methods predict that an increase in background traffic would result in 13 panther deaths and an additional 3 would result from project related traffic by 2042 for a total of 15 additional panther deaths per year.

However, there are many variables associated with vehicles colliding with panthers (time of traffic, speed of vehicle, panther population size and composition, duration of panther presence on the roadway, panther habitat near the roadway etc.), and there is a high likelihood that this relationship is not directly correlated and the numbers above are overestimations. Additionally, evaluation of both the action area and range-wide data between 2014 through 2022 indicates no clear trend in panther deaths, although linear regression shows a potential decline of vehicle

mortality over that time. Because of the uncertainties in describing the effects of traffic volume and speed on panther vehicle mortality outlined above, as well as any bias within the reporting of panther deaths, the Service expects that the calculation expressed above (17*0.132=2.18, rounded to 3) conservatively estimates the number of panthers that could be killed by Project-generated traffic every year. To be clear, these are estimates based on the assumptions stated above and used here to determine the potential impacts to the panther population.

To assist in reducing the threat of vehicle-related panther deaths, the Applicant has committed to fund and install a wildlife crossing just north of the Project site on Oil Well Road. This east-west roadway facilitates travel away from developed areas into an area where there is a higher risk of vehicles striking panthers because of the remote nature of the area and more suitable habitat for panthers. Therefore, this crossing is expected to provide safe passage for panthers in an area that is designed to become a conserved wildlife corridor under the Rural Lands Stewardship Program. Additionally, the Applicant has committed to contribute to the Paul J. Marinelli Fund (as described above) which supports land acquisition, corridor enhancement, and wildlife crossing installation. As more wildlife crossings are installed and wildlife corridors delineated through development of habitat-based models, risk of vehicle-related panther deaths is expected to be minimized and mitigated to the maximum extent practicable. By identifying individual road segments where there is a high likelihood of panthers crossing roads based on habitat conditions and past history of vehicles striking panthers, efforts can be made to install crossing and fences where they are most effective at reducing impacts to panthers.

*Cumulative Effects:*

The Service defines cumulative effects as the effects of future State, Tribal, local, or private actions that have the potential to affect Federally listed threatened and endangered species and are reasonably certain to occur in the Project's Action Area. Federal actions unrelated to the proposed action are not considered cumulative effects because they require separate consultation pursuant to section 7 of the Endangered Species Act of 1973, as amended (87 Stat. 884; 16 U.S.C. 1531 et seq. (Act).

Our projection of non-Federal actions (*i.e.,* cumulative effects) in the action area incorporates Florida Land Use Cover and Forms Classification System (FLUCCS) mapping to decide if a property may be exempt from Federal Clean Water Act, section 404 wetland regulatory review by the Corps or by the State of Florida (Florida Department of Environmental Protection) who has recently assumed administration of the Section 404 permitting program from Corps (through approval of the Environmental Protection Agency). To assess if a development project would likely be exempt from regulatory review, we identified the percentage of the project site that was classified as wetland habitat based on FLUCCS 600 series (wetland), and the 411 and 419 (hydric pine flatwood) mapping unit classifications. Projects on properties with less than 5 percent wetlands were considered exempt from the Corps' regulatory review because impacts to wetlands could likely be avoided by project design.

Based on this approach, and information provided by the Applicant's consultant, the Service finds that from 2017 through 2020, 554 projects in the action area affecting 7,967 acres were

exempt from regulatory review. Therefore, the Service estimates approximately 1,992 acres per year (7,967 acres/4 years = 1,992 acres per year) would be exempt from regulatory review in the action area. We find this value is representative of future yearly development likely to occur in the action area. The Service notes many unforeseen factors can affect development in the action area. Therefore, we acknowledge it is difficult to forecast development related to non-Federal actions and it comes with unknown uncertainty. However, the Service believes the rate of development based on 2017 through 2020 development provides a reasonable approximation of future, non-Federal actions reasonably certain to occur and meets our definition of a cumulative effect. This level of development represents 6.85 percent of a female panther's average home range (29,059 acres) and 3.2 percent of a male panther's average home range (62,542 acres). However, we expect the development to be spread over multiple home ranges instead of that belonging only to one female and one male Florida panther. This level of development also represents 0.1 percent of the non-urban private lands at risk of development in the Service's panther core area which covers 1,962,294 acres. In relation to the anticipated 2042 buildout of the proposed Project, non-Federal actions could develop approximately 43,823 acres without regulatory review. In conjunction with the Project, this would amount to 45,616 acres or 2.32 percent of the estimated 1,962,294 acres of non-urban private lands at risk of development in the Service's panther core area by 2042. In addition, the Service is aware of three other development projects under Section 404 permitting within the action area that if approved will convert approximately 11,977 acres of non-urban private lands (Kingston: 3081 acres; FFD: 2292 acres; Rural Lands West: 6603). In total, these Section 404 and non-Federal projects are expected to develop 57,593 acres or 2.93 percent of the estimated remaining non-urban private lands in the panther core area over the next two decades. However, it is also of note that the Section 404 projects mentioned above will conserve in perpetuity 9,849 acres (Kingston : 3,272 acres; FFD: 2,916 acres; Rural Lands West: 3,661 acres), removing that subset from risk of development. In addition, development of these Section 404 projects is expected to reduce the likelihood that smaller, non-Federally reviewed actions will be needed to meet the commercial and residential needs of the rapidly growing human population in this area regardless of whether these 404 projects are authorized. The Service believes the conservation measures included in these 404 projects will provide greater benefits to panthers compared to non-Federally reviewed projects because they include measures to maintain high quality habitats that are connected, install fencing and crossings to reduce roadway mortality and are planned to reduce human and wildlife conflicts.

Based on the above analysis, we believe the effects to the panther due to the loss of the habitat associated with these lands will be minor in the short term but will increase as development continues to occur in the future. Consequently, the Service continues to monitor the effects of habitat loss to the panther throughout its range, and we encourage project proponents to develop Habitat Conservation Plans and seek Incidental Take Permits under section 10 of the Act to receive take coverage and minimize and mitigate any adverse effects to the panther resulting from non-Federal actions if not covered under Section 404 permitting.

In addition to land development, these non-Federal projects are expected to also contribute to additional motor vehicle traffic in the action area. However, as these projects are anticipated to be dispersed throughout the action area, this increase is expected to be reflected by the future

background numbers provided in the TIS previously discussed. Therefore, the cumulative effects of traffic is conservatively estimated as stated in the *Effects of the Action* section above.

*Amount of Take:*

The increase in noise and human activities due to construction activities may increase disturbance to panthers in the project vicinity during construction of the project. Consequently, the Service notes that these activities may cause resident or dispersing panthers to avoid the project site during construction. Moreover, resident panthers may adjust their territories due to the disturbance. To quantify the effect of habitat lost due to the Project, we considered the reduction of panther habitat carrying capacity due to the loss of 1,793 acres of panther habitat. We used panther habitat selection ranking (Onorato, et al. 2011) to estimate the loss of panther habitat carrying capacity. Based on the habitat preference values in Onorato et al. 2011, the loss of 1,793 acres of panther habitat approximates the loss of habitat carrying capacity for 0.25 panthers. Therefore, the Service expects no more than one Florida panther to be harmed by this loss in habitat carrying capacity and a potential increase in intraspecific aggression.

In addition to habitat loss, the Service has evaluated the potential impacts to panthers based on an increase in traffic in the action area. As described above, our method of evaluation assumed that Project-related traffic will increase the number of panthers killed by vehicles each year. To support decision making, we also take into account the magnitude of potential uncertainty in the estimate by approximating uncertainty in the inputs (ADDT and average PVM counts). Based on the expected 13 percent increase over current background traffic generated by the Project, the Service estimates three additional panthers could be killed by vehicle collision annually upon Project buildout in 2042. Therefore, for the purposes of estimating impacts to panthers, we assume the Project could result in the loss of four panthers the first year of Project completion, and three panthers each year following.

*Incidental take resulting from the Project:*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act

provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to incidentally result in take of the Florida panther in the form of harm due to the destruction of habitat in the Project footprint, disturbance due to land clearing and construction activities, and mortality. The combined loss of 1,793 acres of panther habitat and increase in traffic related mortality is expected to result in harm for three to 4 panthers per year as the result of the Project. Therefore, the Service expects no more than four Florida panthers to be harmed by the combination of this loss in habitat carrying capacity, intraspecific aggression, and vehicle collision in year one, and three panthers each year following.

*Jeopardy assessment:*

After considering the status of the Florida panther, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the Florida panther. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Due to their mobility and large home ranges, panthers are not expected to be killed or injured during land clearing associated with the Project's development and restoration activities;
2) Although 1,793 acres currently used by the panther and their prey will be permanently lost, this acreage represents a small portion (0.15 percent) of panther habitat available in south Florida.  Also, the loss of 1,793 acres of panther habitat is a small percentage of a female (6.17 percent) and male (2.8 percent) panther territories;
3) The small reduction in panther habitat from the Project is not expected to significantly increase the potential for intraspecific aggression among panthers in the Action Area.
4) The loss of this habitat is expected to be minimized by the restoration and permanent preservation of 2,372 acres of habitat that will remain available to the panther onsite;
5) The potential increase in vehicle-related panther deaths from Project-generated traffic is expected to be minimized through the Applicant's funding of wildlife crossings on area roads and increased understanding and maintenance of permanent wildlife corridors;
6) While our estimated increase in panther mortality due to vehicle strikes does not exceed the approximate population growth rate of nine panthers a year, we do not expect the actual number of panthers killed by vehicles to reach the estimated value for the reasons stated above.  There are too many unknown variables related to calculating a precise

number of panthers killed by vehicles to quantify the actual impacts. As such, we will rely on monitoring the number of vehicle collisions with panthers and take steps necessary to reduce this number if it exceeds the annual current average of three panthers per year within the action area.  These steps can include construction of additional fencing, recommending installation of additional crossings, recommending reducing speed limits, adding signage or other methods to increase driver awareness.

With respect to reason 2, the Service notes that many thousands of acres of panther habitat remain in Florida.  Therefore, we do not expect that this minor loss of habitat resulting from the Project to significantly affect the range-wide population size of this species.  However, we acknowledge, that collectively, habitat loss could threaten the survival and recovery of this species at some point in the future.  Therefore, we will continue to monitor the effects of habitat loss to the panther throughout its range.  With respect to reason 5, the Service also acknowledges that motor vehicle related injuries and mortalities of panther, in concert with other threats to the panther, could collectively threaten the survival and recovery of this species.  Therefore, we will continue to monitor the effects of motor vehicle related injuries and mortalities to the panther throughout its range. Actions specifically aimed at reducing traffic impacts such as those included in the design for this project will continue to be high priority recommendations and permit conditions for projects moving forward.

**Florida bonneted bat**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for this species is the entire 5,105-acre Project site.

*Status of the Species in the Action Area:*

This Project lies within the consultation area for the Florida bonneted bat (FBB). The entire Project site contains suitable FBB foraging and/or roosting habitat. The nearest documented FBB roost is located approximately 2 miles southeast of the Project site. Acoustic surveys identified FBBs flying above the Project site, with 12 calls occurring in close proximity to sunrise or sunset, indicating that roosting is likely nearby (Service 2019).

*Effects of the Action:*

The FBB is expected to occur within the Project footprint and, like many bat species, is known to forage along wetlands and open water and roost within pine flatwoods and other forested habitats (Belwood 1981, Robson 1989, Belwood 1992, Eger 1999).  Potential effects to the FBB due to the proposed action include a number of direct and indirect effects on the bat and its habitat. Potential direct effects include: (1) direct mortality from destruction of roosting sites; (2) harassment by construction activities; and (3) disruption of normal behaviors from the

18

conversion of available habitat for roosting, foraging, breeding, and dispersing. Potential indirect effects include reduced foraging and roosting opportunities due to habitat loss. The timing for construction of this project, relative to sensitive periods in the life history of the FBB, is unknown.

Any actions that occur in areas known to be occupied by the FBB and result in the removal of potential roost sites (i.e., snags, trees, utility poles, buildings, etc.) or impact foraging habitat (i.e., filling in of canals and ditches) are likely to have direct and indirect adverse effects to the FBB and its habitat.  The Service evaluated the project in the context of how the action has the potential to result in both beneficial and adverse effects to the FBB, at the individual, population, and landscape scales. The use of specific minimization measures as part of the action such as pre-construction acoustical and roost surveys, preservation of roost trees, the use of avoidance buffers around known roosts, and retention of potential roosting habitat (wherever possible) are expected to significantly reduce the potential adverse effects to the FBB as a result of construction activities.  However, some adverse effects to the FBB are likely to occur despite the inclusion of these measures into the proposed action.

The Project footprint overlaps with the currently proposed designated critical habitat for the FBB.  As this area will ultimately be included as part of the conservation lands, Project activities are not expected to adversely affect FBB critical habitat when designated.

*Cumulative Effects:*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in the action area considered in this Project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on FBB is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take:*

The Service has reviewed the biological information for the FBB presented by the Applicant's consultant, and other available information relevant to this action. Incidental take in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793 acres of habitat, and the direct injury or mortality of 11 FBBs and one roost), and harassment is expected to result from the action. The Service bases the amount of take (11 individuals and one roost) on findings of the Status of the Species report by Marks and Marks (2012).

The Service anticipates incidental take of FBB will be difficult to detect and quantify for the following reasons: 1) FBB roost sites are difficult to identify; 2) tree cavities used by the FBB as roost sites are not easily located or examined; 3) the small size of individual FBB make finding an injured or dead specimen unlikely; and 4) FBB are patchily distributed within suitable habitat. Incidental take of FBBs is anticipated for one FBB roost containing up to 11 individual FBBs, and 1,793 ac of roosting and foraging habitat within the construction footprint. The Service

believes all individuals occurring within this portion of the project footprint will be incidentally taken. In addition, disturbance to FBBs may occur from increased human activity and noise from the proposed action.

*Incidental take resulting from the project:*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed project to incidentally result in take of the FBB in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793.4 acres of habitat; and the disturbance, injury or mortality of 11 FBBs and one roost).

*Jeopardy assessment:*

After considering the status of the FBB, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the FBB. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) The FBB consultation area encompasses approximately 5,691,000 acres of land in South Florida. Construction activities for the Project will result in the conversion of 1,793 acres of potential roosting and foraging habitat in the consultation area. This is less than 0.01 percent of the FBB consultation area;

2) The project will result in the preservation of approximately 2,392 acres of suitable FBB roosting and forging habitat in the FBB consultation area;
3) The State permit, if issued, will include conditions to implement a FBB roost survey prior to tree removal, reducing the likelihood that individual bats that use the roost will be injured or killed.
4) The FBB is expected to be able to forage over the development area following construction completion.

**Candidate species**

**Tricolored bat**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for this species is the entire 5,105-acre Project site.

*Status of the Species in the Action Area:*

This Project lies within the range of the proposed Federally endangered tricolored bat (TCB). The entire Project site contains suitable TCB foraging and/or roosting habitat, which commonly forage along waterways and forest edges, and roost primarily in deciduous hardwood trees (Service 2021). According to data available through the U.S. Geological Survey North American Bat Monitoring Program, the TCB has been detected via acoustic surveys in the area of Golden Gate Estates and Florida Panther National Wildlife Refuge in 2006 and 2020 (USGS 2023). TCB will use leaf clusters, moss, lichens, and some evergreen trees to roost during the non-hibernating season, and move to more robust (caves, mines, etc.) shelter to hibernate. In the southern portions of its range where caves are limited, TCB typically hibernate in road-associated culverts (Service 2021). A recent study on TCB by Smith et al. (2022) found evidence that suggests TCB at the southern edge of its range (i.e. south Florida) may move north to find cooler hibernacula to support torpor and reproductive success. Furthermore, as TCB generally move between winter hibernacula and summer roosting sites, up to 151 miles (Samoray et al. 2019), this species may only use the Project site seasonally.

*Effects of the Action:*

Potential effects to the TCB due to the proposed action include a number of direct and indirect effects on the bat and its habitat. Potential direct effects include: (1) direct mortality from destruction of roosting sites; (2) harassment by construction activities; and (3) disruption of normal behaviors from the conversion of available habitat for roosting, foraging, breeding, and dispersing. Potential indirect effects include reduced foraging and roosting opportunities due to habitat loss. The timing for construction of this project, relative to sensitive periods in the life history of the TCB, is unknown.

Any actions that occur in areas known to be occupied by the TCB and result in the removal of potential roost sites (i.e., snags, trees, utility poles, buildings, etc.) or impact foraging habitat (i.e., filling in of canals and ditches) are likely to have direct and indirect adverse effects to the TCB and its habitat.  The Service evaluated the project in the context of how the action has the potential to result in both beneficial and adverse effects to the TCB, at the individual, population, and landscape scales.  The use of specific minimization measures as part of the action such as pre-construction acoustical and roost surveys, preservation of roost trees, the use of avoidance buffers around known roosts, and retention of potential roosting habitat (wherever possible) are expected to significantly reduce the potential adverse effects to the TCB as a result of construction activities.  However, some adverse effects to the TCB are likely to occur despite the inclusion of these measures into the proposed action.

*Cumulative Effects:*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in the action area considered in this Project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on TCB is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take:*

The Service has reviewed the biological information for the TCB presented by the Applicant's consultant, and other available information relevant to this action. Incidental take in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793 acres of habitat, and the direct injury or mortality of 10 TCBs and one roost), and harassment is expected to result from the action. The Service bases the amount of take (10 individuals and one roost) on findings of the Species Status Assessment (Service 2021) that 40 percent of hibernating TCB colonies consisted of one to ten individuals.  As TCB typically roost singly or in pairs during non-hibernating seasons, an occupied hibernacula conservatively represents the upper limit of expected take.

The Service anticipates incidental take of TCB will be difficult to detect and quantify for the following reasons: 1) TCB roost sites are difficult to identify; 2) trees used by the TCB as roost sites are not easily located or examined; 3) the small size of individual TCB make finding an injured or dead specimen unlikely; and 4) TCB are not uniformly distributed across suitable habitat. Incidental take of TCBs is anticipated for one TCB roost containing up to 10 individual TCBs, and 1,793 ac of roosting and foraging habitat within the construction footprint. The Service believes all individuals occurring within this portion of the project footprint will be incidentally taken. In addition, disturbance to TCBs may occur from increased human activity and noise from the proposed action.

*Incidental take resulting from the project:*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed project to incidentally result in take of the TCB in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793 acres of habitat; and the disturbance, injury or mortality of 10 TCBs and one roost).

*Jeopardy assessment:*

After considering the status of the TCB, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the TCB. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Although construction activities for the Project will result in the conversion of 1,793 acres of potential roosting and foraging habitat, only 90 acres consists of forested area. Because of the wide range and semi-migratory nature of the species, this loss is not expected to have a measurable impact on the species as a whole.
2) The project will result in the permanent preservation of approximately 2,392 acres of suitable TCB roosting and forging habitat in the TCB consultation area.
3) The State permit, if issued, will include conditions to implement a bat roost survey prior to tree removal, reducing the likelihood that individual bats that use the roost will be injured or killed.

4) The TCB is expected to be able to forage over the development area following construction completion.

The Service may confirm this Technical Assistance if the TCB is listed in Florida. If the Service reviews the proposed action and finds there have been no significant changes in the action as planned or in the information used during the Technical Assistance, the Service will confirm that this Technical Assistance remains valid and no further review will be necessary.

**D.     APPROVAL**

Based on the information provided in this form, it has been determined that

☒Upon FDEP's incorporation of the necessary avoidance and minimization measures as permit
    conditions, the USFWS concludes the issuance of the State 404 permit is not likely to
    jeopardize any federally listed species or adversely modify or destroy any critical habitat and
    complies with the USFWS programmatic biological opinion addressing Florida's assumption
    of the CWA 404 program. This is based on the information in the permit application, as well
    as the status of the affected species, and any cumulative effects within the permit
    applications' action area.

☐The USFWS concludes the issuance of the State 404 permit does not comply with the USFWS
    programmatic biological opinion addressing Florida's assumption of the CWA 404 program
    for the following reasons:

**Reviewing Biologist**
Adam Knutson/ Fish and Wildlife
Biologist                           ADAM KNUTSON     Digitally signed by ADAM
                                                     KNUTSON
                                                     Date: 2023.10.31 12:48:52 -04'00'
_____
Name/Title                          Signature                           Date


**Supervisor**

_____
Name/Title                          Signature                           Date


**If project results in take:**

**USFWS Regulatory Division Manager or Project Leader**
                                    ROBERT CAREY     Digitally signed by ROBERT
                                                     CAREY
                                                     Date: 2023.10.31 14:11:55 -04'00'
_____
Name/Title                          Signature                           Date

## LITERATURE CITED

Belwood, J.J.  1981.  Wagner's mastiff bat, *Eumops glaucinus floridanus* (Molossidae) in southwestern Florida.  Journal of Mammalogy 62(2):411-413.

Belwood, J.J.  1992.  Florida mastiff bat *Eumops glaucinus floridanus*.  Pages 216-223 *in* S.R. Humphrey (ed.), Rare and Endangered Biota of Florida.  Vol. I. Mammals.  University Press of Florida.  Gainesville, Florida.

Benson, J. F., J. A. Hostetler, D. P. Onorato, W. E. Johnson, M. E. Roelke, S. J. O'Brien, D. Jansen, and M. K. Oli. 2011. Intentional genetic introgression influences survival of adults and subadults in a small, inbred felid population. Journal of Animal Ecology 80:958–967.

Comiskey, E.J., O.L. Bass, Jr., L.J. Gross, R.T. McBride, and R. Salinas. 2002. Panthers and forests in south Florida: an ecological perspective. Conservation Ecology 6:18. Forman, R.T.T., D. Sperling, J.A. Bissonette, A.P. Clevenger, C.D. Cutshall, V.H. Dale, L. Fahrig, R. France, C.R. Goldman, K. Heanue, J.A. Jones, F.J. Swanson, T. Turrentine, and T.C. Winter. 2003. Road Ecology: Science and Solutions, Island Press, Washington, D.C.

Eger, J.L.  1999.  Wagner's mastiff bat, *Eumops glaucinus*.  Pp. 132-133 *in* The Smithsonian book on North American Mammals (D.E. Wilson and S. Ruff, eds.).  Smithsonian Institution Press.  Washington, D.C.

Florida Fish and Wildlife Conservation Commission (FWC). 2019. Annual report on the research and management of Florida panthers: 2018-2019. Fish and Wildlife Research Institute and Division of Habitat and Species Conservation, Naples, Florida.

Florida Fish and Wildlife Conservation Commission (FWC). 2023. Panther Pulse. Tallahassee, Florida. Available from: https://myfwc.com/wildlifehabitats/wildlife/panther/pulse/. Accessed February 22, 2023.

Florida Fish and Wildlife Conservation Commission and U.S. Fish and Wildlife Service (FWC, and USFWS). 2017. Determining the size of the Florida panther population. Outreach Document.

Lotz, M., D. Land, M. Cunningham, and B. Ferree. 2005. Florida panther annual report 2004-05. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

Maehr, D.S., E.D. Land, D.B. Shindle, O.L. Bass, and T.S. Hector. 2002. Florida panther dispersal and conservation. Biological Conservation 106:187-197.

Marks, G.E. and C.S. Marks.  2012.  Status of the Florida bonneted bat (*Eumops floridanus*). Submitted by George E. Marks and Cynthia S. Marks of the Florida Bat Conservancy for the U.S. Fish and Wildlife Service under grant agreement number 40181AG121.  May 4,

2012.  Florida Bat Conservancy.  Bay Pines, Florida.

McClintock, B.T., D.P. Onorato, and J. Martin. 2015. Endangered Florida panther population size determined from public reports of motor vehicle collision mortalities. Journal of Applied Ecology 52:893-901.

Morrison, J.L.  2001.  Recommended management practices and survey protocols for Audubon's crested caracaras (*Caracara cheriway audubonii*) in Florida.  Technical Report Number 18.  Florida Fish and Wildlife Conservation Commission; Tallahassee, Florida.

Onorato, D. P., M. Criffield, M. Lotz, M. W. Cunningham, R. McBride, E. H. Leone, O. L. Bass, and E. C. Hellgren. 2011. Habitat selection by critically endangered Florida panthers across the diel period: implications for land management and conservation. Animal Conservation 14:196-205.

Robson, M.S., F.J. Mazzotti, and T. Parrott.  1989.  Recent evidence of the mastiff bat in southern Florida.  Florida Field Naturalist 17(4):81-82.

Samoray, S.T., S.N. Cotham, and M.W. Gumbert. 2019. Spring migration behavior of a *Perimyotis subflavus* (tri-colored bat) from Tennessee. Southeastern Naturalist 18(3):16–20.

Smith, L.M., J.A. Gore, T.J. Doonan, and C.J. Campbell. 2022.  Tricolored bats at a southern range edge exhibit partial migration northward in autumn.  Movement Ecology 10 (56).

U. S. Fish and Wildlife Service (Service). 2012. Panther Habitat Assessment Methodology. https://ipac.ecosphere.fws.gov/guideline/assessment/population/8/office/41420.pdf

U.S. Fish and Wildlife Service (Service). 2013. Standard Protection Measures for the Eastern Indigo Snake. South Florida Ecological Services Office; Vero Beach, Florida.

U.S. Fish and Wildlife Service (Service). 2019. Consultation Key for the Florida bonneted bat. South Florida Ecological Services Office; Vero Beach, Florida.

U.S. Fish and Wildlife Service (Service). 2021. Species Status Assessment Report for the Tricolored Bat (Perimyotis subflavus), Version 1.1. December 2021. Hadley, MA.

U.S. Geological Survey (USGS).  2023. North American Bat Monitoring Program (NABat). Reston, Virginia.  Available from: https://sciencebase.usgs.gov/nabat/#/data/inventory. Accessed March 2, 2023.

# Enclosure A

**Special Conditions:**

**General Planning Tenets:** As a condition of this permit, and for purposes of compliance with the Endangered Species Act and completion of technical assistance between the U.S. Fish and Wildlife Service (USFWS) and the Florida Department of Environmental Protection (FDEP), the Permittee has agreed to and will implement the following planning tenets that reflect the Eastern Collier Multiple Species Habitat Conservation Plan (HCP) prepared and submitted by the Permittee and other landowners, with support from four leading conservation organizations, for Eastern Collier County in connection with applications submitted to USFWS for incidental take permits (ITPs) pursuant to Section 10 of the Endangered Species Act (the ITP applications were withdrawn on July 28, 2022, but the applicant has committed to work with the other landowners and conservation organizations to voluntarily implement the HCP).

a. **Location of Project Footprint and Preserved Lands**. The project will be developed and project impacts will be offset consistent with the above-referenced landscape-level planning tenets. Specifically, all areas that will be directly impacted by project development (e.g., wetland fill or species impacts) will be located within areas identified as "Covered Activities," and all areas to be preserved as mitigation for those impacts will be located within the areas identified for "Preservation/and Plan Wide Activities" as depicted in Exhibit [ ] attached.

b. **Permanent Protection of Preserved Lands**. As required by FDEP condition [ ], permanent conservation easements will be placed on preservation lands before project construction begins, so that mitigation is achieved prior to project impacts. These conservation easements will run with the land and will be held by FDEP or another a State of Florida agency.

c. **Marinelli Fund Contributions.** The project will be conducted in manner consistent with the Permittee's description of the project in the application and in materials associated with its application. As part of the proposed project, the Permittee has committed to make contributions to the Paul J. Marinelli Fund to be used to initiate and support conservation activities selected by the Fund's Board of Directors, which will be made up of Eastern Collier Property Owners (ECPO) landowners, a representative of the landowner's four conservation partners, and an at-large member who will serve at the invitation of the other six members of the Board. Conservation activities to be supported through expenditures from the Fund include such activities as construction of wildlife crossings and fencing, habitat acquisition and restoration, corridor enhancement, public education and outreach focused on the importance of wildlife conservation, and scientific research relevant to species conservation. Contributions to the Fund will be made as follows.

i. The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project.

ii. The Permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale).

d. **Best Management Practices.** The Permittee has committed to the following conservation measures and best management practices (BMPs).

     i.    <u>Prescribed Fire and Smoke Notice</u>: The Permittee will provide notice of the use of prescribed fire in the Bellmar area. This notice will be provided and recorded in a manner such that initial and subsequent residents and owners will be made aware of the use of prescribed fire in the vicinity of the Bellmar area to manage wildland fuels and maintain fire-adapted ecological communities within preserve areas. The following notice concerning the use of prescribed fire will be provided:

> "*Periodic prescribed burning is a recognized land management tool and a recommended method of fuel management in Southwest Florida, including in the vicinity of the Bellmar area, for minimizing wildfire hazards and maintaining healthy fire-adapted ecological communities. Homeowners acknowledge that they have received notice that prescribed burning may result in the periodic occurrence of temporary smoke and ash that drifts through developed areas.*"

     ii.    <u>Environmental Education and BMPs for Living with Wildlife</u>: The materials outlined in Special Condition 2.e. below will be included with the Homeowners' Association (HOA) documents for the Bellmar community at the time of HOA incorporation. Decisions regarding which educational materials and BMPs will be implemented within each community are left to the HOA and community residents, but the materials will be transferred to the developer and HOA.

     iii.    <u>Securing and Vaccinating Pets</u>: HOA and/or homeowners' documents for the Bellmar community will state that pets within the community should be kept indoors, on leash when outdoors, or secured within a secure covered kennel. Residents will be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. As there is no definitive cure for FLV, community-wide vaccination of all pet cats protects homeowners' pets from illness, as well as preventing illness in Florida panthers.

2.  **Additional Best Management Practices:** The Permittee will work with developers and HOAs to promote additional BMPs that will be implemented within the project area, where appropriate, to minimize potential wildlife impacts and/or provide wildlife conservation benefits. BMPs that will be implemented at the project are described below.

     a.    <u>Community Environmental Education</u>: <u>http://www.buildgreen.ufl.edu/enveducation.htm</u> – This University of Florida program promotes residential environmental education that engages homeowners in understanding and implementing natural resource conservation strategies. Research has demonstrated that engaging residents improves environmental attitudes, knowledge, and behaviors (Hostetler et al. 2008).

     b.    <u>Environmental Covenants, Codes, and Restrictions for HOAs</u>: <u>http://edis.ifas.ufl.edu/pdffiles/UW/UW24800.pdf</u> – This publication provides sample language for the development of HOA covenants, codes, and restrictions that relate to wildlife within residential development communities and environmental management in general (Hoestetler 2006).

     c.    <u>Landscaping</u>: <u>http://www.floridayards.org/</u> – "Florida-Friendly Landscaping" promotes the use of native plants, efficient watering and fertilizing, xeriscaping, integrated pest

management, and similar strategies to attract birds, butterflies, and beneficial insects to residential yards.

d.  <u>Community Lighting and "Dark Skies":</u>  The mission of the International Dark-Sky

Association "is to preserve and protect the nighttime environment and our heritage of dark skies through environmentally responsible outdoor lighting." Light pollution (the inappropriate use of light at night) can affect wildlife and ecosystems, human health, energy consumption, and the aesthetics of viewing the night sky. The Association notes that, "A dark sky does not necessarily mean a dark ground. Smart lighting that directs light where it is needed creates a balance between safety and starlight." The International Dark-Sky Association webpage (http://www.darksky.org/) provides links to numerous resources for planning and implementing appropriate outdoor lighting within residential/commercial developments. These resources include the use of five outdoor lighting zones within communities (http://www.darksky.org/lighting/model-lighting-laws-policy/recommended-lighting-zones/), outdoor lighting basics (http://www.darksky.org/lighting/lighting-basics/), and practical guidelines for energy-efficient LED lighting (http://www.darksky.org/lighting/led-guide/). Implementation of "dark skies" practices can reduce disturbances to wildlife within and adjacent to development areas.  The Florida Wildlife Commission (FWC) maintains a "Wildlife Lighting" webpage that provides basic information and links to outdoor lighting resources (http://myfwc.com/conservation/you-conserve/lighting/).

e.  <u>Living With Wildlife:</u>  The Permittee will employ and promote a series of community design elements that advance wildlife conservation and minimize the potential for human-wildlife interactions within development areas, especially for large mammals (e.g., Florida panther; bear; deer; feral hogs), nocturnal species (e.g., Florida bonneted bat), and species that may pose human health risks (e.g., Eastern diamondback rattlesnake).  FWC has published educational brochures for HOAs and residents living in proximity to Florida wildlife species such as the Florida panther, black bear, and various bats, birds, and reptiles (http://myfwc.com/conservation/you-conserve/wildlife/). Links for these wildlife  brochures and/or webpages are as follows:

    i.  A Guide to Living with Florida Panthers (http://myfwc.com/media/152454/LivingWithPanthers.pdf)

    ii.  Florida Panther Safety Tips (http://myfwc.com/media/152457/PantherSafetyTipsFlyer.pdf)

    iii.  Florida's BearWise (http://myfwc.com/wildlifehabitats/managed/bear/wise/ and bearwise.org)

    iv.  A Guide to Living in Bear Country (http://myfwc.com/media/1333887/LivinginBearCountryBrochure.pdf)

    v.  Living with Bats (http://myfwc.com/media/3031963/LivingWithBats.pdf)

    vi.  Sandhill Cranes (http://myfwc.com/conservation/you-conserve/wildlife/sandhill-cranes/)

    vii.  Everglade Snail Kite (http://myfwc.com/media/152978/kitesbrochure.pdf)

    viii.  A Guide to Living with Alligators (http://myfwc.com/media/152524/Alligator-Brochure.pdf)

3

ix.   Getting Along with Snakes (https://www.floridamuseum.ufl.edu/herpetology/fl-snakes/gettingalong/)

x.    A Guide to Living with Gopher Tortoises (http://myfwc.com/media/1329739/GopherTortoise_LivingWithBrochure.pdf)

xi.   A Guide to Living with Urban Coyotes (http://myfwc.com/media/2675483/Living-With-Urban-Coyotes.pdf)

xii.  Plants for Birds. The National Audubon Society provides an online database for selecting native plant species (by zip code) that support bird species (http://www.audubon.org/plantsforbirds).

3.  **Management Plans for Specific Species:**  The Permittee will implement the following protection guidelines during and after project construction.

a.  American Alligator

i.    Signs will be posted to instruct on-site workers and community residents not to feed or harass the American alligator, and will indicate that to do so is punishable by law.

ii.   Construction personnel and residents will be instructed that in the event there is a problem with a persistent nuisance alligator, they will need to contact FWC, as that is the only agency empowered to handle nuisance alligators.

iii.  American alligator habitat will be provided within the conservation areas associated with the project. Following the completion of the mitigation program, these conservation areas will serve as potential foraging and nesting habitat. Invasive exotic species removal will result in wetland preserves that are more suitable as habitat and provide suitable habitat for American alligator prey species. The conservation areas will be maintained per the FDEP's State 404 Wetland Mitigation/Monitoring/ Maintenance Plan.

b.  Eastern Indigo Snake

i.    The permittee shall implement the U.S. Fish and Wildlife Service's *Standard Protection Measures for the Eastern Indigo Snake* (SPM; Service March 23, 2021) during construction of the Project and restoration of the conservation area.

ii.   Informational brochures addressing identification and conservation of Eastern indigo snake will be provided to all construction staff.

iii.  The conservation areas associated with the project will be maintained per the FDEP's State 404 Wetland Mitigation/Monitoring/Maintenance Plan and will provide habitat for the Eastern indigo snake.

c.  Bald Eagle:  Proposed construction activities within 660 feet of an active bald eagle nest will follow the applicable protection guidelines as described in FWC's Bald Eagle Management Plan Handbook (FWC 2010) and the USFWS National Bald Eagle Management Guidelines (USFWS 2007).

d.  Crested Caracara

i.    Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the project site that is under the permittee's ownership or neighboring areas where access is allowed.

ii.   To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site.  Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site.  Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition iii.

iii.  If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms.  Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the project site that is under the permittee's ownership.  The permittee shall contact the U.S Fish and Wildlife Service's Florida Ecological Services Office (FESO) at (772) 562-3909 for technical assistance and will notify the Florida Fish and Wildlife Conservation Commission (FWC) at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara.  The permittee shall report the final location and extent of restored habitat to the FESO, the Florida Department of Environmental Protection (Department), and the FWC upon completion of restoration activities.

e.  <u>Wood Stork and Other Wading Birds</u>

i.    Enhancement and restoration activities will be conducted within existing wetlands located within the conservation areas associated with the project. These activities will include the removal of invasive exotic plants and the installation of supplemental plantings, and will result in habitats that are more suitable for wading bird foraging and roosting.

ii.   The creation of lakes and lake littoral zones as part of the project will provide foraging habitat for wading birds.

iii. Plans for the project include wetland restoration and wetland creation. These activities will convert agricultural and exotic plant infested habitats to native wetland habitats. This restoration will also enhance sheet flow through Camp Keais Strand and restore significant areas of habitat for wildlife, including wading birds such as the wood stork.

iv. The grading plan for the wetland restoration areas includes the establishment of wading bird foraging habitat by grading to varying depths to allow the concentration of prey for wading birds at alternating times of the year as water levels seasonally rise and recede.

v. Bellmar residents and maintenance staff will be provided with a brochure titled "Wading Bird Informational Pamphlet," prepared by Passarella and Associates, Inc. This brochure provides wading bird information and methods to prevent human-wading bird interactions. In addition, the brochure informs residents of the need to avoid disturbance around nesting colonies should a colony be identified on the property in the future.

f. <u>Florida Bonneted Bat and Tricolored Bat</u>

i. The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at (772) 562-3909 for technical assistance and will notify the FWC at <u>ConservationPlanningServices@MyFWC.com</u>.

ii. The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized.

iii. The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 2,100.17± acres of on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities.

iv. The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).

v. Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.

vi. The permittee shall implement planting of native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance.

vii. The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat.

6

     viii.    The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.

     ix.    The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat.

g.  <u>Big Cypress Fox Squirrel</u>

     i.    Prior to commencement of clearing activities during project construction, a survey will be conducted in forested areas to be cleared to identify potential Big Cypress fox squirrel nests.  If potential nests are identified within the clearing limits, observations will be conducted to determine if the nests are being utilized by Big Cypress fox squirrels.  No clearing will be conducted within 125 feet of an active Big Cypress fox squirrel nest tree.  The nest tree and buffer may be cleared only after completion of nesting and confirmation that any juvenile squirrels have left the nest.

     ii.    The conservation areas associated with the project will be enhanced and managed per the FDEP's State 404 Wetland Mitigation/Monitoring/Maintenance Plan and will provide foraging and nesting habitats for Big Cypress fox squirrels.

h.  <u>Florida Black Bear</u>

     i.    In order to deter the potential for interactions between humans and large mammals such as the Florida black bear, a lake buffer will be constructed between the conservation areas and development areas associated with the project. Where construction of a lake buffer is not feasible, fencing will be used between development and conservation areas.

     ii.    The Permittee will confer with FWC regarding management initiatives such as the use of bear-resistant dumpsters and garbage receptacles for residential areas. These management initiatives will include the following.

          1.    Residents of units that have curbside garbage service will be required to place garbage containers curbside no earlier than the morning of the days of garbage pickup, and garbage containers will be returned to their permitted location no later than the evening of the days of garbage pickup.  All garbage, trash, refuse, or rubbish will be required to be placed in appropriate garbage containers or stored inside an enclosed area except for the days when there is curbside garbage pickup service. Areas adjacent to any passive recreation facilities will also have routine garbage pickup service.

          2.    Residents of units without curbside garbage service will be required to place all garbage, trash, refuse, or rubbish in bear-resistant dumpsters with the lid closed and secured.

     iii.    Bellmar residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by FWC, titled "A

guide to living in bear country," available at
https://myfwc.com/media/1891/livinginbearcountrybrochure.pdf.

i.  <u>Florida Panther</u>

    i.  The project will be conducted in consistent with the Permittee's description of the project in materials associated with its application.  As part of the proposed project, the Permittee has committed to make contributions to the Paul J. Marinelli Fund as follows:

        1.  The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project.  Upon deposit of the funds, the permittee shall provide correspondence from the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com) confirming that the contribution has been provided.

        2.  The permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale).  The permittee shall provide an annual report confirming the sale and contribution to the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com).

    ii.  The permittee will, at its sole cost and expense, construct or fund the construction of five wildlife crossings  within the geographic region where this and proposed Rural Lands West   project is located, including one just north of the Project site on Oil Well    Road, approximately 1.44 miles east of Desoto Boulevard.  These wildlife  crossings will be constructed to fulfill the state and federal permitting  requirements for Rural Lands West and Bellmar, collectively. The wildlife crossings shall be  constructed to provide and preserve a wildlife movement corridor and the  locations shall be constructed in the locations shown in Figure 1.  The permittee  shall contact the FESO at (772) 562-3909 for technical assistance and            will notify the FWC at ConservationPlanningServices@MyFWC.com prior to  start of the construction activities of the crossings and shall provide the location  and plans of the proposed wildlife crossings for review.  The permittee shall  report the final location and as-built plans of wildlife crossings to the FESO       , the Department, and the FWC upon completion of construction.

    iii.  The permittee shall ensure that HOA and/or homeowners' documents for the Bellmar community states that pets within the community should be kept indoors, on leash when outdoors, or secured within a secure covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers.

    iv.  In order to deter the potential for interactions between humans and large

8

mammals such as the Florida panther, a lake buffer will be constructed between the conservation areas and development areas. Where a lake buffer is not feasible, fencing will be used between development and conservation areas.Bellmar residents, community association managers, and maintenance staff  will be provided with an educational brochure prepardpd by USFWS and FWC,  titled "A guide to living with Florida Panthers."  This brochure, which provides  safety tips and instructions for panther encounters, is available at https://myfwc.com/media/3112/livingwithpanthers.pdf.

j.    Gopher Tortoise:  Prior to commencing project construction, a gopher tortoise survey will be conducted in accordance with FWC's gopher tortoise permitting guidelines (FWC 2020) to identify potential gopher tortoise burrows within the construction area. If gopher tortoise burrows are identified, the Permittee will obtain the appropriate permit from the FWC for the relocation of the gopher tortoises.

k.    Everglade Snail Kite:  Impacts to potential Everglade snail kite foraging habitat will be offset through the implementation of the on-site wetland mitigation and the creation of the project's lake buffer and stormwater management ponds, with associated littoral zones and native plantings. These activities will result in an increase in potential foraging habitat for the Everglade snail kite within the landscape and therefore is expected to have an incremental beneficial effect to the Everglade snail kite.

**Additional Commitments:**

1. **Open Space Buffers**:  The Bellmar community will comply with Policy 4.13 of the Collier County Future Land Use Element for the County's Rural Lands Stewardship Program (RLSP), which states as follows:

   *"Open space within or contiguous to a [stewardship receiving area (SRA)] shall be used to provide a buffer between the SRA and any adjoining [flowway stewardship area (FSA)], [habitat stewardship area (HSA)], or existing public or private conservation land delineated on the Overlay Map. Open space contiguous to or within 300 feet of the boundary of a FSA, HSA, or existing public or private conservation land may include: natural preserves, lakes, golf courses provided no fairways or other turf areas are allowed within the first 200 feet, passive recreational areas and parks, required yard and set-back areas, and other natural or manmade open space. Along the west boundary of the FSAs and HSAs that comprise Camp Keais Strand, i.e., the area south of Immokalee Road, this open space buffer shall be 500 feet wide and shall preclude golf course fairways and other turf areas within the first 300 feet."*

2. **Construction of Wildlife Crossings**:  In addition to any wildlife crossings to be to be constructed through expenditures from the Paul J. Marinelli Fund at the discretion of the Fund's Board of Directors, the Permittee will, at its sole cost and expense, construct five wildlife crossings within the geographic region where the project is located.  The crossings will be constructed in order to preserve a wildlife movement corridor located within the project, at the locations depicted in Exhibit  [ __ ].

3. **Management Plans for Specific Species**:  The Permittee will implement the following protection guidelines during and after project construction.

   a. Habitats within Shaggy Cypress Swamp and Camp Keais Strand that are part of the conservation areas associated with the project will be managed for the Florida black bear, Florida panther, and other species through the enhancement, restoration, and preservation of uplands and wetlands to provide quality habitat and wildlife corridors.  Enhancement activities will provide higher quality habitat for these species than exist in the currently degraded condition. The preservation of Shaggy Cypress Swamp and the portion of Camp Keais Strand located within the project boundary are part of the larger regional wildlife habitat preservation plan proposed through the establishment of SSAs 14, 15, 17 and 18 under the Collier County RLSP.

1