

# FLORIDA DEPARTMENT OF
# Environmental Protection

**Ron DeSantis**
Governor

**Jeanette Nuñez**
Lt. Governor

**Shawn Hamilton**
Secretary

South District
PO Box 2549
Fort Myers FL 33902-2549
SouthDistrict@FloridaDEP.gov

November 20, 2023

## STATE 404 PROGRAM
## PUBLIC NOTICE

Permit Application No. 423130-001

TO WHOM IT MAY CONCERN: The Department of Environmental Protection has received an application for a State 404 Program permit pursuant to 62-331, Florida Administrative Code, as described below:

**APPLICANT**:   CAM7-Sub, LLC/Cameratta Companies, LLC
%  Ray Blacksmith
21101 Design Parc Lane, Suite 103
Estero, Florida 33928
(239) 425-8662
RBlacksmith@cameratacompanies.com

**LOCATION:** The Project site is located in Sections 2, 3, 10, 11, 14, 15, 23-26, and 34-36; Township 46 South; Range 27 East and Section 35; Township 45 South; Range 27 East; Lee County.  The surrounding land uses include single-family home sites to the north; Corkscrew Regional Ecosystem Watershed (CREW) lands to the south; CREW lands, single-family home sites, and a segment of Corkscrew Road to the east; and mining and agricultural uses to the west.  Additionally, an east-west segment of Corkscrew Road bisects the property before it turns and heads north.

**APPROXIMATE CENTRAL COORDINATES:**
Latitude 26.485570° Longitude -81.599305°

PROJECT PURPOSE: The Project's overall purpose is to construct an economically viable mixed-used development in southeast Lee County to meet local demand for this type of development. The Project also includes roadways, parking, amenities, preserve areas, surface water management system, and other associated infrastructure .

PROPOSED WORK: The applicant seeks authorization under Section 373.4146, Florida Statutes (F.S.), to discharge dredge or fill material into "Waters of the United States" (WOTUS). The authorized discharges would total approximately 12.87± acres, and would occur in connection with construction of roads, utility features, pedestrian trail crossings, graded slopes along with stormwater management and development areas, and commercial areas. The authorized discharges would impact approximately 1 percent of the wetlands on-site, avoiding the remaining 99 percent. All impacts will be mitigated for

through the purchase of 4.57 Freshwater Forested Wetland Mitigation Credits from Corkscrew Regional Mitigation Bank. The remaining 1,173.58± acres of existing wetlands and other habitats will be preserved and enhanced in accordance with Lee County indigenous vegetation requirements, but not used as mitigation for wetland impacts.

Structures to be erected on fills include road, utility, and pedestrian trail crossings; residential areas; and graded slopes along the perimeters of development areas and stormwater management lakes. All wetlands and surface waters delineated using Chapter 62-340, Florida Administrative Code (F.A.C.) and regulated under Part IV of Chapter 373, F.S. were determined to be WOTUS.

The development will occur in multiple phases, however the jurisdictional impacts from the project are 12.87 acres of FNAI bottomland wetlands and are anticipated to be completed within the initial five-year permit timeframe.

EXISTING CONDITIONS: The majority of the site currently supports active citrus grove and other agricultural operations, while the remainder of the site contains scattered wetland and upland vegetation with varying amounts of disturbance and exotic vegetation. A total of 90 vegetative associations and land uses, as defined by the Florida Land Use, Cover and Forms Classification System (FLUCFCS) codes, were identified on the property. The dominant land uses on the property are citrus grove, sod farm, and cypress, which together occupy 5,283.83± acres or 79.1 percent of the site. Ditches, reservoirs, berms, borrow areas, cow pond, and spoil area associated with the agricultural uses occupy 492.23± acres or approximately 7.4 percent of the site. The site contains disturbed native wetland systems including mixed wetland hardwoods, hydric cabbage palm, hardwood-conifer mixed, hydric pine, cypress, cypress/pine/cabbage palm, freshwater marsh, and wet prairie. The site also contains non-native wetland habitats including low pasture, hydric melaleuca, hydric Brazilian pepper, and hydric disturbed land. The on-site wetland habitats have been disturbed by ditching, berms, agricultural activities (i.e., citrus groves, row crops, and cattle grazing), and exotic vegetation infestation.

The jurisdictional wetlands constitute a total of 1,186.45± acres or approximately 17.8 percent of the Project site. The prominent wetland features are Low Pasture, Hydric (FLUCFCS Code 262); Melaleuca, Hydric (FLUCFCS Code 4241); Cabbage Palm, Hydric (FLUCFCS Code 4281); Wax Myrtle/Willow, Hydric (FLUCFCS Code 4291); Mixed Wetland Hardwoods, Disturbed (FLUCFCS Code 6179); Willow/Pop Ash, Disturbed (FLUCFCS Code 6189); Cypress, Disturbed (FLUCFCS Code 6219); Cypress/Pine/Cabbage Palm, Disturbed (FLUCFCS Code 6249); Pine, Hydric, Disturbed (FLUCFCS Code 6259); Mixed Wetland Forest, Disturbed (FLUCFCS Code 6309); Freshwater Marsh, Disturbed (FLUCFCS Code 6419); Wet Prairies, Disturbed (FLUCFCS Code 6439); and Disturbed Land, Hydric (FLUCFCS Code 7401) with varying degrees of exotic infestation. "Other Surface Waters" (OSW) constitute a total of 307.08± acres or 4.6 percent of the Project site. The prominent OSW features include Drainage Canal/Ditch (FLUCFCS Code 514), Reservoirs (FLUCFCS Code 533), and Borrow Area (FLUCFCS Code 742).

AVOIDANCE AND MINIMIZATION INFORMATION: Based on information provided by the applicant, the overall project has been designed to preserve existing wetlands and wildlife habitat, while concentrating development within areas that are already in active use by large-scale agricultural operations in accordance with federal, state, and local conservation initiatives. The proposed site plan has been designed to avoid impacting 98.9 percent (1,173.58± acres) of on-site jurisdictional wetlands

and 56.5 percent (173.74± acres) of on-site OSW in perpetuity. Additionally, 1,910.36± acres of farm fields will be restored to natural wetland and upland habitat types.

The applicant also considered alternative site designs. The present design was chosen due to regional environmental considerations and economic feasibility of the Project, and to provide greater continuity between on-site preserve areas. The proposed site plan has been designed to avoid and minimize wetland impacts as much as feasibly possible by concentrating the majority of the proposed development within the existing agricultural fields. Development of the Project will result in 12.87± acres of wetland impacts and 132.65± acres of OSW impacts. The majority (76.5 percent) of the wetland impacts are to wetlands that have been historically disturbed by agricultural operations, ditching, and exotic vegetation infestation (i.e., greater than 50 percent coverage by Brazilian pepper and melaleuca). The OSWs proposed for impact consist of Ditch (FLUCFCS Code 514) and Reservoir (FLUCFCS Code 533). The OSWs within the Project are man-made and are associated with active agricultural operations.

COMPENSATORY MITIGATION: A Uniform Mitigation Assessment Methodology (UMAM) analysis was conducted for the Project to quantitatively evaluate the current functional value of the on-site wetlands. According to the UMAM analysis, the proposed wetland direct and secondary impacts result in a functional loss of 4.57 UMAM units. As such, the applicant will purchase 4.57 Freshwater Forested Wetland Mitigation Credits from Corkscrew Regional Mitigation Bank.

CULTURAL RESOURCES:
The Department has requested review from the State Historic Preservation Officer (SHPO) and those federally recognized Tribes with concerns in Florida and the permit area. No comments have been received. The proposed project area encompasses 6,676 ac located within
Section/Township/Range: 2 / 46S / 27E ; 3 / 46S / 27E ; 10 / 46S / 27E ; 11 / 46S / 27E ; 14 / 46S / 27E ; 15 / 46S / 27E ; 23 / 46S / 27E ; 24 / 46S / 27E ; 25 / 46S / 27E ; 26 / 46S / 27E ; 34 / 46S / 27E ; 35 / 46S / 27E ; 36 / 46S / 27E of Lee County; (Latitude 26° 28' 20.3327" Longitude -81° 35' 14.4507"). The proposed project is construction of a large mixed-use development including 10,000 single family residences, commercial areas, amenities, and associated infrastructre. A map depicting the project boundaries is attached for your reference.

The Area of Potential Effects (APE) was previously subjected to a cultural resource assessment survey (CRAS) to locate any archaeological and/or historical sites and to assess their potential eligibility for inclusion in the National Register of Historic Places (NRHP). Several surveys have been conducted within the referenced permit area (FMSF Manuscript No(s). 11014, 14907, 15304, 21903, 26188, 27721). Located within the project area are two sites (LL02473, ineligible), and LL02474 (potentially eligible, but not evaluated by SHPO due to insufficient information). Our final determination relative to historic and cultural resource impacts is subject to review by and coordination with the State Historic Preservation Officer (SHPO) and those federally recognized tribes with concerns in Florida and the Permit Area.

A Phase I cultural resource assessment survey for the Project site was conducted by Archaeological and Historical Conservancy, Inc. (AHC) in July through November 2007. The surveys resulted in the documentation of one unrecorded archaeological site. In April of 2022, AHC conducted a Phase II cultural resource assessment on the archaeological site and concluded the site was not eligible for listing in the National Register due to its inchoate character, lack of determinable historical association, and extent of disturbances to the site. On September 8, 2022, the Florida Department of State Division of

Archaeological resources sent a letter concurring with the presented survey results and recommendations prepared by AHC and found that the proposed Project will have no effect on historic properties listed, or eligible for listing, in the National Register of Historic Places, or otherwise of historical, archaeological, or architectural value.

FEDERALLY AND STATE-LISTED SPECIES: FEDERALLY AND STATE-LISTED SPECIES: The Department has received final comments from the Florida Fish and Wildlife Conservation Commission (FWC) and the U.S. Fish and Wildlife Service (USFWS), dated November 6, 2023.

The following determinations of the project's effect to federally listed species, and proposed to be listed species, are as follows: "may affect and is likely to adversely affect" the Florida panther, Audubon's crested caracara, eastern indigo snake, and tricolored bat (proposed to be listed), "may affect, but is not likely to adversely affect" the Florida bonneted bat, wood stork, Everglade snail kite, and red-cockaded woodpecker; and have "no effect" on the Florida scrub-jay. For State-listed species, the project area may provide habitat for the following: Gopher tortoise, Florida burrowing owl, Florida sandhill crane, Little blue heron, Tricolored heron, Snowy plover, and Big Cypress fox squirrel.

State 404 permit conditions have been recommended by the FWC and the USFWS for these species, with the exception of the Everglade Snail Kite, Red-Cockaded Woodpecker, and the Florida scrub-jay.

Discussions are provided below for federally listed species, and proposed to be listed species, that may be affected by and are likely to be adversely affected by the proposed project. These discussions include summaries of recommended permit conditions from the FWC/USFWS letter that will address the anticipated adverse impacts.

Florida panther
The permittee will, at its sole cost and expense, ensure the construction of one large mammal wildlife crossing along the four-lane spine road and twelve (12) small wildlife crossings within the project site. Contributions to the Fish and Wildlife Foundation of Florida Fund (Fund) will be made to fund panther conservation and research as described in the permit condition. These contributions include the deposit of $350 per development acre of land (or approximately $1,186,150) within the development footprint of the project upon issuance of the permit, and $200 per each building permit at date of issuance (or approximately $2,000,000) and $200 per each home resale to the Fund. Annual reports confirming the sale and contribution to the Fund are required. Contributions to the Lee County Proportionate Share Fee fund will be made of approximately $20,000,000 for Corkscrew Road roadway improvements, inclusive of pavement widening, flow-way culverts, and wildlife crossings. Educational information regarding panthers and pets, and information on how to live with wildlife, shall be included in the Homeowner Association required documents provided to residents, and provided to community association managers and maintenance staff. USFWS staff concluded that the project "may affect and is likely to adversely affect" the Florida panther but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

Audubon's crested caracara
Prior to construction and any clearing activities, surveys for caracara during nesting season are required within 4,920 feet from previously documented or newly discovered nests. Activities shall be conducted outside of caracara nesting season if within a 984-foot buffer of documented nest sites, with additional

avoidance conditions, and if activities are to occur in the most recent nesting season, restoration shall be required per the permit condition. USFWS staff concluded that the project "may affect and is likely to adversely affect" the Audubon's crested caracara but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

Eastern indigo snake
The USFWS's 2021 Standard Protection Measures for the Eastern Indigo Snake will be followed during construction of the project and restoration of the conservation area. Construction staff will be provided appropriate identification and conservation informational brochures, and conservation areas will be maintained per the project's Indigenous Preserve, Restoration, and Management Plan. USFWS staff concluded that the project "may affect and is likely to adversely affect" the Eastern indigo snake, but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

Tricolored bat
The tricolored bat has been proposed for federal listing as endangered but is still under review. Cavity tree and roost surveys for bats are required 30 days prior to removal. Bat breeding season will be avoided for activities involving the removal of trees, snags, or structures. If evidence of use by bats is found, these activities will be discontinued, and the permittee shall contact the USFWS for technical assistance. Activities with heavy equipment shall not occur within a 250-foot buffer of known or suspected bat roosts. The proposed buffer lake system shall be created, and preservation and enhancement of 1,173.58± acres of on-site wetlands is required to promote bat foraging opportunities. In addition, approximately 447 acres of wetland flow-way marsh will be created from existing agricultural lands to provide additional foraging habitat. Riparian habitat shall be enhanced by planting native vegetation along the lake shorelines (i.e., littoral zone plantings), and planting of native trees and shrubs within open space and buffer areas is required.

Widespread application of insecticides shall be avoided in areas where bats are known or expected to forage or roost. Within the proposed Conservation Areas, mature trees and snags shall be retained to provide roosting habitat, and prescribed fire will be used as a management tool to promote foraging habitat. International Dark-Sky Association lighting initiatives will be encouraged to minimize the use of artificial lighting. USFWS staff concluded that the project "may affect and is likely to adversely affect" the tricolored bat but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

See the FWC and USFWS correspondence for additional information regarding the assessment of adverse impacts to species and their habitats.  DEP Nexus link to FWC/USFWS comments and recommended permit conditions:
https://depedms.dep.state.fl.us:443/Oculus/servlet/shell?command=getEntity&[guid=45.102537.1]&[profile=Permitting_Authorization

OTHER INFORMATION:
The Florida Department of Environmental Protection (FDEP) issued Environmental Resource Permit (ERP) No. 0284086-002 on June 2011 for a limestone mine on the northern 4,202± acre portion of the Project site known as Old Corkscrew Plantation (OCP) Mine that expires in June 2031.

Water Quality Certification was previously provided on August 30th, 2023, through the issuance of SFWMD ERP permit number 36-109267-P.

COMMENTS regarding the potential authorization of the work proposed may be submitted through the business portal (Public Comment | DEP Business Portal (fldepportal.com)) or in writing to Jonathan Guinn at Florida Department of Environmental Protection, South District Office, PO Box 2549, Fort Myers, Florida 33902-2549, or by electronic mail at SD-ERPcomments@floridadep.gov, within 30 days from the date of this notice. Written comments will be made part of the record and should reference the above permit application number. Objections must be factual, specific, and fully describe the reasons upon which any objection is founded. Any comments received will be considered by the Department to determine whether to issue, modify, condition, or deny a permit for this proposal. Unless a written request is filed with the Department within the 30-day public comment period, the Department may decide on the application without a public meeting.

EVALUATION: The determination as to whether a permit will be issued, or a public meeting held, will be based on an evaluation of all relevant factors, including the public comments received and the effect of the proposed work on the public interest, including, but not limited to, fish, wildlife, historical resources, and pollution. The specific permit decision criteria can be found in Chapter 62-331, Florida Administrative Code.

The Department is soliciting comments from the public; federal, state, and local agencies and officials; Indian Tribes; and other interested parties in order to consider and evaluate the impacts of this proposed activity. To make this consideration, comments are used to assess impacts to endangered species, historic properties, water quality, general environmental effects, and other public interest factors. Comments are also used to determine the need for a public meeting and to determine the overall public interest of the proposed activity.

FOR FURTHER INFORMATION regarding this application, contact the project manager, Jonathan Guinn, in writing at P.O. Box 2549, Fort Myers, FL. 33902; by electronic mail at Jonathan.guinn@floridadep.gov ; or by telephone at 239-344-5650. Please include the permit application number referenced at the top of this page in any correspondence.

REQUEST FOR PUBLIC MEETING: Any person may request a public meeting. The request must be submitted to Jonathan Guinn at P.O. Box 2549, Fort Myers, FL. 33902, or by electronic mail at SD-ERPcomments@dep.state.fl.us within the designated comment period of the notice and must state the specific reasons for requesting the public meeting.

*Full file can be accessed here:*
**Florida Public Information Portal**
*https://prodenv.dep.state.fl.us/DepNexus/public/electronic-documents/ST404_423130/facility!search*

File Name: Kingston-Cameratta
FDEP File No.: 423130-001
Page 6 of 6