## State 404 Permit Application Review/Response Form

Date:                          10/26/2023
USFWS Reviewer:                Adam Knutson
FWC Contact:                   Michelle Sempsrott
FWC email                      ConservationPlanningServices@myFWC.com
FDEP Contact:                  Jonathan Guinn
FDEP email                     404_listed_species@FloridaDEP.gov
Permit App. No./Title:         Kingston ST404_423130-001
Permit App. Location:          Lee
Ecosphere Project Code         2023-0003475

**INSTRUCTIONS**

☒Complete all relevant sections of the Project Review Form.

☒For each species for which incidental take is anticipated, complete Section A.1 – C.2

☒Obtain supervisory approval of comments and any incidental take determination and quantification

☒ Ensure that the Ecosphere Project is linked to Project Code # 2022-0002197 (Florida 404 Assumption Programmatic) and the species determinations and take quantification is entered in the Project's Species Determination and Take Information widget.

☒Upload completed Project Review Form to Ecosphere and supporting public notice.

**FEDERALLY LISTED SPECIES AND EFFECTS**

1. Does the State 404 Permit Application Package contain an accurate list of all federally listed species and critical habitats that may be affected?

☒Yes

☐No

If USFWS checks No on question 1, USFWS will coordinate with FWC according to the MOA and list any species expected to occur within the project-specific action area.

2. Does the State 404 Permit Application Package accurately determine the permit application's effects on the species and critical habitats?

☒Yes

☐No

If No is selected for question 2, USFWS will provide technical assistance on the effects determination with an explanation with supporting information to FWC.

3. Does the State 404 Permit Application Package have adequate protection measures to ensure the permitted activity will not jeopardize any federally listed species?

☒Yes

☐No

4. Does the State 404 Permit Application Package have adequate protection measures to avoid and minimize any incidental take that is reasonably certain to occur?

☐Yes

☒No

If the answers to questions 1-4 are all "Yes", then the USFWS has concluded its review of the permit application, as well as the status of the affected species, any cumulative effects within the permit applications' action area, and concludes that the permit application is not likely to jeopardize any federally listed species and has no further comments on this State 404 permit application.

If the answer to question 3 or 4 is "No", the USFWS will provide a list of the any necessary avoidance and minimization measures (AMMs) to ensure that the permitted activity is not likely to jeopardize any species, adversely modify or destroy critical habitat or to insure that any incidental take is avoided or minimized.

Note that if the description of the permitted activities changes, new species or critical habitat are listed, or the status of a species changes, or other new information becomes available that was not considered during this USFWS technical assistance review, the USFWS will be contacted for further comments.

If No is selected for any of the questions, the USFWS will provide questions, comments, or any other appropriate information to assist FDEP and FWC in processing the permit application.

The USFWS will use section A.1- C.2, to document species determinations, AMMs and provide effects summary to track take.

**A.1.    Species and Critical Habitat that are likely to be adversely affected**

Species that are listed in Table 1-1 of the PBO/CO are those that are likely to be adversely affected (LAA) by certain activities, even when all appropriate AMMs are incorporated.

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|---|---|---|
| Mammal | Florida panther | Has not been designated |
| Bird | Audubon's crested caracara | Has not been designated |
| Mammal | Tricolored bat (proposed) | Has not been designated |
| Reptile | Eastern indigo snake | Has not been designated |

## A.2.   Species and Critical Habitat that are not likely to be adversely affected (includes no effect)

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|---|---|---|
| Bird | Everglade snail kite; Wood stork; Florida scrub-jay; Red-cockaded woodpecker | Has not been designated |
| Mammal | Florida bonneted bat | Proposed |

## B.1.   Additional and Necessary Avoidance and Minimization Measures

Additional Avoidance and Minimization Measures Measure as included in the Permittee's Kingston Special Conditions (Enclosure A).

| ☒ Audubon's crested caracara | 1. Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the Project site that is under the permittee's ownership or neighboring areas where access is allowed.<br>2. To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site.  Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site.  Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition 3.<br>3. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the |

| | |
|---|---|
| | portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms.  Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the Project site that is under the permittee's ownership.  The permittee shall contact the U.S Fish and Wildlife Service's Florida Ecological Services Office (FESO) at FW4FLESRegs@fws.gov for technical assistance and will notify the Florida Fish and Wildlife Conservation Commission (FWC) at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara.  The permittee shall report the final location and extent of restored habitat to the FESO, the Florida Department of Environmental Protection (Department), and the FWC upon completion of restoration activities. |
| ☒ Eastern indigo snake | 1. The Applicant will follow the Service's Standard Protection Measures for the Eastern Indigo Snake (SPM; Service 2021) during construction of the Project and restoration of the conservation area.<br>2. Informational brochures addressing the identification and conservation of the eastern indigo snake will be provided to all construction staff.<br>3. The conservation areas associated with the Project will be maintained per the Project's Indigenous Preserve, Restoration, and Management Plan. |
| ☒ Florida bonneted bat and tricolored bat | 1. The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at FW4FLESRegs@fws.gov for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com.<br>2. The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized.<br>3. The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 1,173.58± acres of existing on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities.  In addition, approximately 447 acres of wetland flow-way marsh will be created from existing agricultural lands that will provide additional foraging habitat for the Florida bonneted bat and tricolored bat.<br>4. The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings). |

| | |
|---|---|
| | 5. Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.<br>6. The permittee shall plant and maintain native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance.<br>7. The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat.<br>8. The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.<br>9. The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat. |
| ☒ Florida panther | 1. The permittee will make contributions to a Fish and Wildlife Foundation of Florida Fund as follows: i. The permittee will pay $350 per development acre (or approximately $1,186,150) to fund panther conservation and research; ii. The permittee will pay $200 per each building permit at date of issuance (or approximately $2,000,000) and $200 per each home resale.<br>2. The permittee will contribute approximately $20,000,000 to the Lee County Proportionate Share Fee fund for Corkscrew Road roadway improvements inclusive of pavement widening, flow-way culverts, and wildlife crossings.<br>3. The Permittee will, at its sole cost and expense, construct a large wildlife crossing along the four-lane spine road. This location was coordinated with the Florida Wildlife Federation and will provide and preserve a wildlife movement corridor between conservation lands located east and west of the property. Additionally, 12 small wildlife crossings shall also be constructed within the Project to maintain intra-preserve connectivity and hydrologic flow throughout the Project. The wildlife crossing locations have been shown in the plans.<br>4. The Permittee shall ensure that HOA and/or homeowners' documents for the Kingston community state that pets within the community should be kept indoors, on leash, or supervised when outdoors in common areas, or secured within a covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers.<br>5. Kingston residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by USFWS and FWC, titled "A guide to living with Florida Panthers". |

**B.2.   Voluntary Conservation Measures**

Describe any voluntary/discretionary conservation activities that may be incorporated into the permit at the discretion of FDEP. Reference the measure by species and number as described in section 2.5 or describe any conservation measures not included in the PBO/CO.

| Species | Recovery Activity |
|---------|-------------------|
| n/a | n/a |

## C.1.    Effects Summary and Tracking Take

| Common Name | No Effect | Not Likely to Adversely Affect | Likely to Adversely Affect – Take is RCTO | Amount of Take (e,g, numbers of individuals or all individuals within a specified acreage) |
|-------------|-----------|-------------------------------|-------------------------------------------|-------------------------------------------------------------------------------------------|
| Everglade snail kite | ☐ | ☒ | ☐ | |
| Florida scrub-jay | ☒ | ☐ | ☐ | |
| Wood stork | ☐ | ☒ | ☐ | |
| Red-cockaded woodpecker | ☐ | ☒ | ☐ | |
| Eastern indigo snakes | ☐ | ☐ | ☒ | 36 individuals and 27 nests with eggs |
| Florida bonneted bat | ☐ | ☒ | ☐ | |
| Florida panther | ☐ | ☐ | ☒ | Between 4 and 23 individuals at year of buildout due to vehicle collisions, habitat loss and reduction in carrying capacity), and between 3 and 22 individuals a year thereafter |
| Audubon's crested caracara | ☐ | ☐ | ☒ | Loss or failed reproduction of one caracara pair; conversion of 3,233.36 acres of foraging habitat |
| Tricolored bat | ☐ | ☐ | ☒ | 1 roost, 10 individuals |

**C.2** The following analysis supports the non-jeopardy determination.

If possible, the Service may reference the public notice sections that describe the action area, status of the species within the action area, effects of the action, cumulative effects, and the amount of take.

**Species and Critical Habitat Determinations**
Refer to Ecosphere Project S7 Consultation Code 2023-0003475 for the consultation summary:

**Audubon's crested caracara**

*Action Area*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for caracara is the entire 6,676.82-acre Project site.

*Status of the Species in the Action Area*

The Project lies within the consultation area for the Audubon's crested caracara (caracara) and contains approximately 5,383.44 acres of suitable habitat, dominated by citrus grove (3,217.81 acres). A caracara survey conducted in 2022 identified an active nest on the Project site, which successfully fledged juvenile caracara that year. Additional adult caracara were observed throughout the property during the survey effort, but no other nests were found.

*Effects of the Action*

The Applicant proposes to develop a mixed-use community on approximately 3,403.2 acres and preserve and enhance approximately 3,273.62 acres of native upland and wetland habitats. Through these actions, approximately 3,233.36 acres of suitable caracara habitat will be converted to development. Of the 3,233.36 acres developmed, approximately 3,217.81 acres is current citrus grove in various stages of production. Caracara home ranges are known to vary from approximately 1,000 acres to approximately 5,000 acres, depending on habitat suitability and proximity to other caracara territories (Morrison 2001). To account for this variation in home range size and lack of more specific data, we will use an average home range of approximately 3,000 acres for our analysis. Based on the results of the caracara survey, known nest location, observations of adult caracara, and average home range sizes, the Project site could support portions of six caracara territories. Accordingly, the development of 3,233.36 acres would constitute a complete loss of an average caracara territory. However, this conversion of habitat is expected to occur across the Project footprint and is not anticipated to be located within any one caracara territory. Nevertheless, this habitat loss could result in increased intraspecific aggression with adjacent caracaras as the pair(s) move to neighboring territories in search of forage and nesting sites. This aggression and/or decrease in foraging area could also ultimately result in a lower reproductive potential.

In addition to habitat loss, we anticipate the noise and activity from personnel and vehicles during site preparation and construction would disturb foraging or nesting caracara, potentially leading birds to change their behavior and abandon a foraging or nesting area. The degree of disturbance is related to the distance of these activities from the nest, as well as the nesting pairs' tolerance to human activities. Adverse effects could range from abandoning a nesting attempt, if construction is close to the nest during breeding season, to general avoidance of the area for

foraging.  The avoidance and minimization measure of maintaining a 984 foot exclusion buffer around an active nest is expected to reduce this risk of abandoning a nest attempt; however, avoidance of the Project site for foraging could still adversely affect the breeding pair through lowering the adult fitness and/or reproductive success of a nest (via lower adult fitness or decreased food availability for young).  Because we expect the caracara that use the Project site to also utilize suitable habitat offsite, we anticipate that these caracara may be less disturbed by noise, equipment, and human activity.  Furthermore, the suitable caracara habitat onsite will be ultimately converted to development, eliminating suitability for use by caracara.  Therefore, the effect of disturbance is expected to be superseded by the habitat loss described above.

*Cumulative Effects*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in this project's Action Area.  Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on caracara is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take*

The Service has reviewed the biological information for caracara, information presented by the Applicant's consultant, and other available information relevant to this action.  The Project will result in take of caracara in the form of harm due to the disturbance from development and construction activities, as well as loss of foraging and nesting habitat in the Project footprint that is expected to result in a loss of reproductive success.  Therefore, the Service expresses the amount of incidental take from the Project as:  1) the loss of caracara reproductive success for the known breeding pair for the first year of the Project; and 2) loss of 3,233.36 acres of suitable caracara foraging and nesting habitat in the Project footprint.

*Incidental take resulting from the project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the

terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to result in incidental take of one territorial pair of caracara in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 3,233.36 acres of habitat; and the loss of caracara reproductive success for the known breeding pair for the first year of the Project).

*Jeopardy assessment*

After considering the status of the caracara, additional information on the proposed Project provided by the applicant, the adverse effects of the proposed Project and any potential cumulative effects, the Service finds that the Project as proposed is not likely to jeopardize the continued existence of the caracara. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

> 1) Disturbance from site preparation and construction activities is anticipated to cause caracara to permanently shift their territory; however, as these caracara likely use suitable habitat offsite, we expect the caracara to acclimate and resume normal behavior following the first year.  A reduction in breeding success during this time would occur, but abandonment of this territory by caracara is not anticipated.
> 2) The reduction of the breeding success is only expected for a short period, while birds adjust, and given that all suitable caracara habitat is believed to be saturated, this loss in breeding is expected to have minimal effect on the overall population.
> 3) The permanent loss of approximately 3,233.36 acres of suitable caracara habitat will likely lead to increased competition for suitable foraging habitat and a reduction in nest productivity, but as discussed above the loss in breeding is not expected to adversely affect the overall population to a significant degree.
> 4) The habitat loss (3,233.36 acres) is small reduction in the overall range of the species.

**Eastern indigo snake**

*Action Area*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for the eastern indigo snake (indigo snake) is the entire 6,676.82-acre Project site.

*Status of the Species in the Action Area*

The indigo snake is a habitat generalist with a large home range (Layne and Steiner 1996, Service 1999), and is known to use most of the habitat types found within the Project footprint. Though indigo snakes have been found in all available habitats of South Florida, it is thought they prefer hammocks and pine forests since most observations occur there and use of these areas is disproportionate compared to the relatively small total area of these habitats (Steiner *et al*. 1983). The Services' Geographic Information System (GIS) database contains multiple records of indigo snakes located from 1.43 miles east to 2.3 miles west of the Project. Although these observations are outside of the typical 0.62 mile consultation buffer for this species, contiguous habitat has remained unchanged between the recorded occurrences and the Project footprint. Provided the proximity of confirmed presence of the species and abundance of suitable habitat onsite, the Service considers all suitable habitat onsite to be occupied by the indigo snake, encompassing a total of 5,439.62 acres.

It is difficult to estimate the density of indigo snakes occurring within the Project site due to the lack of reliable survey methods for the species. In Bauder *et al*. (2016), indigo snake radio telemetry data was summarized to provide an estimated mean annual home-range size of 369 acres for males and 121 acres for females. Considering overlap between the sexes, we estimate the 5,439.62 acres of suitable habitat within the Project site could support up to 45 females (5,439.62/121 = 44.95, rounded to 45) and 15 males (5,439.62/369 = 14.74, rounded to 15) if all suitable habitat was occupied. In addition, we expect each female snake to be active during breeding season, accounting for up to 45 nests with eggs. The 3,242 acres of suitable habitat within the lands proposed for development would be expected to support as many as 27 of the females and nests and approximately 9 males, while the 3,273.62 acres Conservation Area would support up to 24 females, 8 males, and 24 nests with eggs.

*Effects of the Action*

Due to the nature of the proposed action (i.e., vegetation removal, earth moving and piling, earth scraping, grading, transport of construction materials by trucks), the Service finds that indigo snakes present on the Project site at the time of the action could be incidentally injured or killed. Motorized vehicles and heavy equipment used during land clearing have the potential to crush indigo snakes, their nests, and eggs. Indigo snakes can also be buried in their burrows and other refugia. The Service notes that the Standard Protection Measures (SPMs) (Service 2021) will be implemented during construction of the Project. The SPMs require: the education of contractors and equipment operators; posting of speed limit signs on all roadways during Project construction and operation; on-site signs explaining the penalties of intentionally running over indigo snakes; and that construction will cease if indigo snakes are observed. Further, any observations of indigo snakes shall be reported to the Service both during construction and in final report submitted at the completion of construction activities. Based on the implementation

of these protective measures, we find that the potential for injuries and deaths of indigo snakes due to land clearing will be reduced, but injuries and mortalities could occur. The permanent loss of habitat resulting from the proposed Project will adversely affect the indigo snake by reducing the amount of habitat available for breeding and feeding. The Project will result in the loss of approximately 3,242 acres of habitat within the development footprint. The land will be converted to land uses (i.e., commercial and residential development) that are not expected to be used by indigo snakes or their prey. The acreage lost represents a small portion of habitat remaining for the indigo snake in Florida. Habitat lost due to the Project will also result in a minor reduction in the geographic range of the species, as well as the fragmentation of existing indigo snake habitat in the region.

Disturbance due to noise and vibration from personnel and equipment during site preparation, clearing, and construction activities will likely adversely affect indigo snakes by causing them to vacate their territory. Some snakes may move into the Project's interior preserve areas, though they are likely too small and isolated to support indigo snakes long-term. The loss of habitat within the development footprint could force indigo snakes to leave the Project site, or move into the Project's conservation area, and establish new home ranges. Individuals that move into the Project's conservation area would be affected by the restoration and management activities described below. Indigo snakes may be killed or injured while crossing the major roads along the northern and southern borders of Project site, State Road 82 and Corkscrew Road, while attempting to leave the area. Individuals that successfully cross the road or leave the Project site would be more vulnerable to predation and intraspecific aggression as they attempt to establish new home ranges. The loss of a home range would be expected to impair the indigo snake's ability to feed, breed, and shelter until a new home range is established.

Individuals that leave an established territory may miss foraging and mating opportunities and these individuals may be more vulnerable to predation as they are forced into other areas. We anticipate that some of the snakes that leave the development footprint because of the disturbance from construction would establish new territories or modify existing territories. However, others may die of predation or lack of food. It is difficult to determine the exact number of indigo snakes (adults, juveniles, hatchlings and nests) that would be affected by disturbance due to the Project. However, as previously described, we estimate that at least 36 adult indigo snakes and 27 nests could be present within the development footprint and would be affected by land clearing and construction activities.

The activities of humans living in the residential development following completion of the Project may indirectly adversely affect indigo snakes. The presence of humans and their pets will increase the potential for injuries or mortalities of any indigo snakes remaining in the conservation area or migrating into the development area. Some humans fear snakes and may indiscriminately attack or kill indigo snakes when encountered. Free-roaming pets of residents may also injure or kill snakes. Finally, collisions from motor vehicles using the roads in and near the new development will increase the potential that any indigo snakes remaining in the

Project area will be injured or killed.  The number of indigo snakes injured or killed resulting from these activities is expected to be small.

Intense habitat restoration work will take place on portions of the 3,273.62 acres within the conservation areas on the Project site.  Activities associated with the restoration and management have the potential to adversely affect the indigo snake.  Due to the nature of the proposed restoration work (i.e., vegetation removal, earth moving and piling, earth scraping, grading, transport of construction materials by trucks), the Service estimates that indigo snakes present at the time of the action could be adversely affected by the Project.  The earth moving, scraping, and piling have the potential to crush indigo snakes, their nests, and eggs. Snakes can also be buried in their burrows and other refugia.  To help minimize the potential for injuries and mortalities of indigo snakes during the restoration work all personnel involved in the restoration effort will follow the indigo snake SPMs.  The Service finds that the protection measures to be employed by the Applicant will reduce the potential that injuries and mortalities of indigo snakes will occur during the restoration work.  However, injuries and mortalities of indigo snakes could still occur.

Disturbance due to noise and vibration from personnel and equipment during restoration activities will likely adversely affect indigo snakes by causing them to temporarily vacate their territory.  This temporary disturbance may cause them to miss foraging and mating opportunities and these individuals may be more vulnerable to predation and intraspecific aggression as they are forced into other areas.  Once restoration is complete, the conservation area will provide improved habitat for the indigo snake.  Periodic monitoring and management (such as exotic plant treatment and prescribed fires) may also cause temporary disturbances to indigo snakes.  However, the number of indigo snakes injured or killed due to these activities is expected to be small.

*Cumulative Effects*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in this project's Action Area.  Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on indigo snakes is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take*

The Service has reviewed the biological information for the indigo snake, information presented by the Applicant's consultant, and other available information relevant to this action.  The Project will result in take of indigo snakes in the form of harm due to the disturbance from development and construction activities, as well as loss of foraging and nesting habitat in the

Project footprint. Direct mortality could result from the operation of construction equipment in occupied habitat. Based on the calculations above, up to 60 indigo snakes and 45 nests may be present on the Project site, with 36 snakes potentially occupying the development area. Because of the nonuniform and disjointed configuration of development and unknown distribution of the snakes on the landscape, it is not expected that each snake would be affected equally. As such, the 36 snakes and 27 nests within the development footprint represents the upper bound of indigo snakes that could be adversely affected by this action.

*Incidental take resulting from the project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to incidentally result in take of the indigo snake in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 3,242 acres of habitat) and injury or mortality of up to 36 snakes and 27 nests.

*Jeopardy assessment*

After considering the status of the indigo snake, additional information on the proposed Project provided by the applicant, the adverse effects of the proposed Project and any potential cumulative effects, the Service finds that the Project as proposed is not likely to jeopardize the continued existence of the indigo snake. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1)  The number of indigo snakes and their nests that are expected to be injured or killed due to land clearing associated with the Project's development and restoration activities is expected to be small as snakes are able to move to adjacent suitable habitat.

2)  Although 3,242 acres of occupied indigo snake habitat will be permanently lost, this amount represents a small reduction in the geographic range of the species.

3)  The loss of this habitat is expected to be minimized by the restoration and preservation of 3,273.62 acres onsite.

4)  The Applicant will implement the SPMs for the indigo snake (Service 2021) during land clearing, construction, and operation of the proposed Project, which should reduce mortality caused by vehicles, equipment, or if a snake is encountered by workers or residents.

5)  A small number of indigo snakes are expected to be killed due to interactions from humans and their pets living in the new residential development.

6)  Motor vehicle use and the potential for injuries and deaths of indigo snakes due to collisions will increase on the Project site and in the Action Area, but the Service does not expect this increase to jeopardize the species. The construction of wildlife crossing will provide safe passage across roadways if snakes use them.

With respect to reasons 1 and 2, the Service does not expect the small number of indigo snakes that could be incidentally injured or killed due to the Project to significantly affect the range-wide population of the species. Furthermore, we note that many thousands of acres of indigo snake habitat remain in Florida. However, we acknowledge, that collectively, habitat loss could threaten the survival and recovery of the indigo snake. Therefore, we will continue to monitor the effects of habitat loss to the indigo snake throughout its range. With respect to reason 6, the Service also acknowledges that motor vehicle related injuries and mortalities of indigo snakes, in concert with other threats to the indigo snake, could collectively threaten the survival and recovery of this species. Therefore, we will continue to monitor the effects of motor vehicle related injuries and mortalities to the indigo snake throughout its range.

**Florida Panther**

*Action Area*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. For this Project, the Service considers the action area for panthers as all lands within the footprint of the Project, and all lands within 25 miles of the Project footprint. The 25-mile buffer around the Project footprint is designed to encompass mean dispersal distance of sub-adult male panthers, which was reported by Maehr et al. (2002) to be 23.2 miles and by Comiskey et al. (2002) to be 24.9 miles. The 25-mile buffer distance encompasses the dispersal distance of both male and female panthers because male panther dispersal distances are known to exceed those reported for female panthers (Comiskey et al. 2002; Maehr et al. 2002). The size of the Action Area for this consultation is consistent with action areas defined in our recent biological opinions for the panther, and it accounts for the

large movements and home ranges of panthers. While the Action Area is a 25-mile buffer around the Project footprint, effects to species other than panthers are not expected to extend beyond the Project boundaries.

*Status of the Species in the Action Area*

This Project lies within the consultation area for the Florida panther (panther) and is within the Primary and Secondary Zones of the focus area. 21 panthers equipped with telemetry collars have been documented within 5 miles of the Project from March 1989 to October 2019, with seven occurring within the Project footprint from March 2008 to February 2019. Panther sign was observed onsite during site assessments conducted by the Applicant's consultant in 2022. The closest identified panther den is approximately 0.45 miles west of the Project site. The number of panthers that may use the Project area is not known, but based on estimated home range sizes, no more than roughly 5 to 11 percent of an individual male or female panther's home range, respectively, is within the proposed development area of the Project (see below, *effects of the action*).

According to the Service's GIS database, since monitoring of panthers began in 1982, there have been 382 documented panther deaths within the Action Area (e.g. within 25 miles of the proposed Project) as of December 2022. Specifically, 280 of those deaths were attributed to motor vehicles, 43 were due to intraspecific aggression, and 59 were due to other causes (disease, starvation, etc.). We assume that based on population size, these causes represent the variety of ways that panthers are most often killed.

Although an exact population size of panthers is not known, recent modeling techniques using vehicle mortality data from radio-collared panthers estimated a population of approximately 269 individuals in 2012, with a 95 percent confidence interval from 143 and 509 panthers (McClintock et al. 2015). In 2019, the McClintock et al. (2015) model was updated with six additional years of data, resulting in a population size point estimate of 407 panthers in 2018, with a 95 percent confidence interval ranging from 222 to 773 panthers. Based on the data provided in both iterations of the McClintock et al. (2015) model, the panther population has increased from an approximate range of between 143 and 509 individuals in 2012 to between approximately 222 to 773 individuals in 2018, an average annual increase of between 11 and 37 (79 to 264 individuals/7 years=11.28 and 37.7, rounded down to 11 and 37) panthers. Although survival rates for Florida panthers were described by Benson et al. (2011), those values are model-averaged and categorized by sex and age cohort, making them difficult to apply to a panther population of unknown demographics. Specifically, the survival rate for a subadult panther is 0.951 for a female (1 to 2.5 years old), in comparison to 0.713 for a male (1 to 3.5 years old). Similarly, survival rate of a prime adult female (2.5 to 10 years old) panther is 0.872 and 0.799 for a male (3.5 to 10 years old). Given the challenges using these estimated survival rates, coupled with known variability in number of breeding females in the population and litter size, the Service will use the approximate population growth described above as a conservative estimate of recruitment.

*Effects of the Action*

The proposed Project incorporates the conversion of approximately 3,400 acres of panther habitat to commercial and residential development, as well as the conservation and restoration of approximately 3,273.62 acres of habitat.  In the absence of the Project, continued development is expected to occur in this area but may include fewer conservation measures than those proposed by the Applicant which includes the conservation of large blocks of intact habitat, reduced human-wildlife conflict, and improved road conditions to reduce impacts to panthers and other wildlife.

The land clearing and construction activities associated with the Project have the potential to injure or kill panthers.  However, panthers are intelligent and highly agile.  Therefore, the Service expects that panthers will avoid the Project footprint during land clearing and construction, and injuries or mortalities of panthers due to these activities are unlikely.

Land clearing and construction activities associated with the Project will result in the permanent loss of habitat for panthers, and their prey.  Specifically, approximately 3,400 acres of panther habitat will be permanently lost.  According to the most current home range estimates of the panther (Lotz et al. 2005), this loss represents 11 percent of a single female panther's average home range (29,059 acres) and 5 percent of a male panther's average home range (62,542 acres).  Moreover, this loss represents 0.28 percent of the 1,200,906 acres of available non-urban private lands available to panthers in the Service's focus area south of the Caloosahatchee River.  As a conservation measure to benefit the survival and recovery of the panther, the applicant will strategically restore and protect 3,273.62 acres of currently unprotected habitat in areas where habitat connectivity can be maintained.  The Consultant used the Service's Panther Habitat Assessment Methodology (2012) to determine the amount of panther habitat units (PHUs) needed to compensate for the panther habitat lost on the Project site.  Based on the use of this methodology, it is the Service's judgement that the PHUs provided by the conservation and restoration of the onsite preservation areas and the credits acquired from the Panther Passage Conservation Bank, adequately compensate for the habitat lost to development and any resulting harm to panthers.

Panthers are known to sometimes attack and kill other panthers.  This is called intraspecific aggression and occurs when males may kill other rival males when defending a territory, juveniles from another sire, and occasionally adult female panthers.  Habitat loss may increase the potential for this to occur as individual panthers adjust their home ranges or dispersal patterns.  As mentioned above, a total of 43 documented panther deaths due to intraspecific aggression have occurred within the action area since 1982, with the most recent known death occurring in June 2019.  The Project will remove about 3,400 acres of panther habitat.  Based on estimates of home range size (described above), this loss of habitat is expected to impact no more than 1 male or female panther home range.  As such, the Service finds that an increase in

intraspecific aggression could result in harm as a result of the project displacing a resident panther or panthers using different dispersal or movement patterns.

In addition to habitat loss and disturbance, the Project will result in increased vehicular traffic in the Action Area. As described earlier, vehicle collisions make up the largest cause of documented panther deaths since 1982 in the Action Area. Panther vehicular mortality (PVM) can be thought of as random events based on the two complex processes of panthers moving across the landscape and traffic moving throughout the road system. Both panthers and cars must obviously be present for a collision to occur and while one expects the risk of a panther mortality on a road segment to increase with increasing traffic, formal direct modeling of the relationship between changes in traffic and changes in mortalities is challenging. Likewise, one expects the number of panther vehicle deaths to increase as the population size of panthers increases (this assumption has been relied upon to obtain population size estimates as described earlier), but formal modeling of the association is challenging, particularly when the amount of traffic is also changing. If one of the processes were held constant it would be an easier exercise, but this is not the case in reality. An increase in the number of panthers hit by cars beyond what is expected due to the variability indicative of the underlying random processes, may indicate an increase in the total number of panthers in the population or a change in the volume of traffic, or both. Therefore, in evaluating a project's potential to increase injuries and mortalities to panthers resulting from motor vehicle collisions, we consider the location of the project in relation to surrounding native habitats, preserved lands, and wildlife corridors that are frequently used by panthers. We also consider the current configuration and traffic patterns of surrounding and internal roadways and the projected increase and traffic patterns expected to result from the proposed action. These factors are considered as an effective way to reduce impacts to panthers from increased traffic within the Project area as panthers are directed to specific sections of roadway where collision avoidance measures can be implemented. The Project has been designed to conserve native habitat that maintains and improves existing wildlife corridors, which is expected to reduce impacts from vehicles by installing strategically placed wildlife crossings and fencing.

As discussed above, several panthers have been killed by collisions with motor vehicles in the Action Area. To assess potential effects of the Project on motor vehicle related panther injuries and mortalities, the Service used a Traffic Impact Statement (TIS) for the Project site provided by the Applicant and reviewed by the Service. This information indicated that most vehicles entering and leaving the Project site would occur from entrances on State Road 82 and Corkscrew Road and estimated that a total of 82,456 external trips per day would be generated by vehicles associated with the Project. Of these trips, nearly 85% would use State Road 82 and Corkscrew Road to travel west towards Fort Myers and Estero, away from more rural areas where vehicle collision with panther is more likely.

Motor vehicle accidents are somewhat stochastic and influenced by many variables that are outside of the control of the project proponents. Several factors such as panther population size and composition, individual animal behavior, habitat configuration, road design, driver behavior

and others, all play a role in circumstances that lead to a panther (or any species of wildlife) being hit by a car. Specifically attributing future panther vehicle collisions to traffic induced by the Project within the Action Area is impossible due the complex systems at play and other changes in background traffic levels co-occurring with the project. Ideally, we would see the future with the project and the future without the project and compare the number of vehicle mortalities in both, but clearly that is impossible; instead, the charge is to reasonably assess the situation given all the information available, including any quantitative information which is currently required to assess whether the effects of the project may jeopardize the panther population.

The Traffic Impact Statement used in our analysis covered a 30-year period from 2015 through 2045 as defined by the FDOT traffic projects, which included both predictions of background traffic in the Action Area and excess traffic beyond background generated from the Project. The magnitude of the projected increases in traffic, as measured by ratios of predicted 2045 AADT (including the project) to 2015 AADT, vary by road segment, with a minimum of 1.67, a maximum of 27.6, and a median of 3.5. The percent attributed to the project of the total predicted 2045 AADT ranges from 7.3% to 84.3%, with a median of 22.4%.

Although the Project is expected to increase traffic in the Action Area, predicted background levels also increase making it difficult to distinguish between Project and non-project incidents of vehicle collisions with panthers. However, the Service acknowledges that vehicle collisions are the most commonly documented cause of death for Florida panthers (FWC 2019), and the Project's potential effects on this mortality requires analysis.

Range-wide, 226 panther mortalities due to vehicle collisions were reported from 2014 through 2022 (FWC 2023), with a yearly average of roughly 26 (226 panthers/9 years=25.1 rounded to 26) panther deaths. Over that same time period within the Action Area, 143 panthers were killed as a result of vehicle collisions, with a yearly average of 16 panther deaths. The Service has previously used an approach to predicting future PVMs that assumed the ratio of future to current PVMs is exactly equal to the ratio of future to current AADT values, separately for each road segment. This is not a statistical model fit from observed data, but a simple mathematical formula used deterministically with no quantification of uncertainty. Given the complexity of the systems involved, known uncertainty in inputs, and projection 30 years into the future, we expect substantial uncertainty in the resulting PVM predictions. Knowing there is substantial uncertainty, but having no way to estimate and reflect such uncertainty makes decision making based on the single number not only difficult, but also fails to provide an estimate of how much PVM is reasonably certain to occur based on the best available information. Therefore, we use simulation to approximate known sources of uncertainty in the predictions to support decision making, knowing the intervals presented are an understatement. If the uncertainty is large enough that it covers both values that would support the decision of the expected number of PVM, and values that would support the decision of how this impacted the overall panther population, then the prediction procedure is not precise enough to rely on for important decisions and additional expert knowledge of the system should be used as the main basis of the decision.

If we were to assume that traffic volume is directly correlated to the number of panthers killed by vehicle collisions, the 98.68 percent increase over current background traffic generated by the Project would add 16 (16*0.9868=15.78, rounded to 16) panther deaths to the yearly average upon Project buildout.  For comparison, the forecasted 2045 background traffic without the Project would add 43, and 2045 background plus project traffic would contribute 59 additional panther deaths.

The formula used above is overly simple and not based on fit of a statistical model to observed data. Instead, it is a mathematical formula assuming the ratio of future to current PVMs is equal to the ratio of future to current AADT for each road segment. This can result in predictions that are too low - if a segment has 0 current PVM then it will always be predicted to have 0 future PVM regardless of how much AADT increases; and also predictions that are unrealistically high for large increases in AADT for segments with previous PVMs.  Additionally, evaluation of both the Action Area and range-wide 2014 through 2022 datasets (FWC 2023) indicates no clear trend in panther deaths, while traffic has increased statewide and by more than 50 percent on Corkscrew Road and State Road 82 alone since 2018 (FDOT 2023).  In historic data, the association between AADT values and number of mortalities for road segments is unclear -- all values of AADT are found with all magnitudes of annual counts (5 was maximum for a segment).  So, while theoretically it makes sense that the "risk" of seeing a mortality on a road segment would increase with increasing traffic, there are so many variables to consider that it is not straightforward to turn an increased risk into a future predicted count.  Because of the uncertainties in describing the effects of traffic on panther mortality outlined above, time lag of the predicted change in traffic volume, as well as any bias in the reporting of panther deaths, the Service expects that the calculation expressed above (16*0.9868=15.78, rounded to 16) contains substantial uncertainty. Rather than focusing on the single point estimate of the number of panthers that could be killed by Project-generated traffic every year we will try to reasonably represent uncertainty associated with this estimate.  To be clear, these are estimates based on the assumptions stated above and used here to assess the potential impacts to the panther population.

To assist in reducing the threat of vehicle-related panther deaths, the Applicant has committed to fund the installation of a wildlife crossing along the eastern boundary of the project site on Corkscrew Road.  This east-west roadway facilitates travel away from developed areas, into an area where there is a higher risk of vehicles striking panthers because of the remote nature of the area and more suitable habitat for panthers. Therefore, this crossing is expected to provide safe passage for panthers between the Project conservation areas and the Corkscrew Regional Ecosystem Watershed Wildlife and Environmental Area.  Additionally, the Applicant has committed to contribute to the Lee County Proportionate Share Fund (as described above) which supports hydrological improvements and wildlife crossing installation, as well as the Fish and Wildlife Foundation of Florida.  As more wildlife crossings are installed and wildlife corridors are identified through development of habitat-based models, risk of vehicle-related panther deaths is expected to be minimized and mitigated to the maximum extent practicable.  By identifying individual road segments where there is a high likelihood of panthers crossing roads

based on habitat conditions and past history of vehicles striking panthers, efforts can be made to install crossing and fences where they are most effective at reducing impacts to panthers.

*Cumulative Effects*

The Service defines cumulative effects as the effects of future State, Tribal, local, or private actions that have the potential to affect Federally listed threatened and endangered species and are reasonably certain to occur in the Project's Action Area. Federal actions unrelated to the proposed action are not considered cumulative effects because they require separate consultation pursuant to section 7 of the Endangered Species Act of 1973, as amended (87 Stat. 884; 16 U.S.C. 1531 et seq. (Act).

Our projection of non-Federal actions (*i.e.,* cumulative effects) in the Action Area incorporates Florida Land Use Cover and Forms Classification System (FLUCCS) mapping to decide if a property may be exempt from Federal Clean Water Act, section 404 wetland regulatory review by the Corps or by the State of Florida (Florida Department of Environmental Protection) who has recently assumed administration of the Section 404 permitting program from Corps (through approval of the Environmental Protection Agency). We acknowledge it is difficult to forecast development related to non-Federal actions in the Action Area and it comes with unknown uncertainty. To assess if a development project would likely be exempt from regulatory review, we identified the percentage of the project site that was classified as wetland habitat based on FLUCCS 600 series (wetland), and the 411 and 419 (hydric pine flatwood) mapping unit classifications. Projects on properties with less than 5 percent wetlands were considered exempt from the Corps' regulatory review because impacts to wetlands could likely be avoided by project design.

Based on this approach, and information provided by the Applicant's consultant, the Service finds that from 2018 through 2021, 354 projects in the Action Area affecting approximately 9,479 acres were exempt from regulatory review. Therefore, the Service estimates approximately 2,370 acres per year (9,479 acres/4 years = 2,370 acres per year) would be exempt from regulatory review in the Action Area. We find this value is representative of future yearly development likely to occur in the Action Area. The Service notes many unforeseen factors can affect development in the Action Area. However, the Service believes the rate of development based on 2018-2021 development provides a reasonable approximation of non-Federal actions reasonably certain to occur and meets our definition of a cumulative effect. This level of development represents 8 percent of a female panther's average home range (29,059 acres) and 3.8 percent of a male panther's average home range (62,542 acres). However, we expect the development to be spread over multiple home ranges instead of that belonging only to one female and one male Florida panther. This level of development also represents 0.12 percent of the non-urban private lands at risk of development in the Service's panther core area which covers 1,962,294 acres. In relation to the anticipated 2045 buildout of the proposed Project, non-Federal actions could develop approximately 52,132 acres (2,370 acres per year multiplied by 22 years) without regulatory review. In conjunction with the project, this would amount to 55,531 acres or 2.83 percent of the estimated 1,962,294 acres of non-urban private lands at risk of development in the Service's panther core area by 2042. In addition, the Service is aware of three other development projects under Section 404 permitting within the Action Area that will

impact approximately 10,689.01 acres of non-urban private lands (Bellmar: 1,793 acres; FFD: 2292.61 acres; Rural Lands West: 6603.4). In total, these 404 and non-Federal projects are expected to develop 62,821 acres or 3.2 percent of the estimated remaining non-urban private lands in the panther core area over the next two decades. However, if approved, the Section 404 projects mentioned above will conserve in perpetuity 8,969 acres (Bellmar: 2,392 acres; FFD: 2,916 acres; Rural Lands West: 3,661 acres), removing the risk of development in those conserved areas. In addition, development of these Section 404 projects is expected to reduce the likelihood that smaller, non-Federally reviewed actions will be needed to meet the commercial and residential needs of the rapidly growing human population in this area regardless of whether these 404 projects are authorized. The Service believes the conservation measures included in these 404 projects will provide greater benefits to panthers compared to non-Federally reviewed projects because they include measures to maintain high quality habitats that are connected, install fencing and crossings to reduce roadway mortality and are planned to reduce human and wildlife conflicts.

Based on the above analysis, we believe the effects to the panther due to habitat loss associated with these lands will be minor in the short term but may increase as development continues to occur in the future in the Action Area. Consequently, the Service continues to monitor the effects of habitat loss to the panther throughout its range, and we encourage project proponents to develop Habitat Conservation Plans and seek Incidental Take Permits under section 10 of the Act to receive take coverage and minimize and mitigate any adverse effects to the panther resulting from non-Federal actions if not covered under Section 404 permitting.

In addition to land development, these non-Federal projects are expected to also contribute to additional motor vehicle traffic in the Action Area. However, as these projects are anticipated to be dispersed throughout the Action Area, this increase is expected to be reflected by the future background numbers provided in the TIS previously discussed. Therefore, the cumulative effects of traffic is conservatively estimated as stated in the *Effects of the Action* section above.

*Amount of Take*

The increase in noise and human activities due to construction activities may increase disturbance to panthers in the Project vicinity during construction of the Project. Consequently, the Service notes that these activities may cause resident or dispersing panthers to avoid the Project site during construction. Moreover, resident panthers may adjust their territories to avoid the disturbance. To quantify the effect of habitat lost due to the Project, we considered the reduction of panther habitat carrying capacity due to the loss of 3,400 acres of panther habitat. We used panther habitat selection ranking (Onorato et al. 2011) to estimate the loss of panther habitat carrying capacity. Based on the habitat preference values in Onorato et al. 2011, the loss of 3,400 acres of panther habitat approximates the loss of habitat carrying capacity for between 0.18 and 0.55 panthers based on varying density estimates of between 1.37 and 4.03 panthers per 100 square kilometers. Therefore, the Service expects no more than one Florida panther to be harmed by this loss in habitat carrying capacity and a potential increase in intraspecific aggression.

In addition to habitat loss, the Service has evaluated the potential impacts to panthers based on an increase in traffic in the Action Area. As described above, our method of evaluation assumes that Project-related traffic will increase the number of panthers killed by traffic collisions each year. To support decision making, we also take into account the magnitude of potential uncertainty in the estimate by approximating uncertainty in the inputs (AADT and average PVM counts). After incorporating reasonable uncertainty in the inputs for the reasons described above, a 99% interval is 3 to 22, and a 95% interval from 4 to 20. Therefore, based on the quantitative analysis and for the purposes of estimating impacts to panthers, we assume the Project could result in the loss of 4 to 23 panthers per year and slightly fewer in each subsequent year once noise and habitat removal has been completed. The large uncertainty suggests additional information about realistic effects of the project-related traffic on mortalities must be taken into account to inform the decision. This is a more responsible approach than taking the point estimate as if it has no uncertainty associated with it, even if deemed conservative. The magnitude of uncertainty also points to places where future information could be collected to help improve precision.

*Incidental take resulting from the Project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to incidentally result in take of the Florida panther in the form of harm due to the destruction of habitat in the project footprint, disturbance due to land clearing and construction activities, and mortality. The loss of 3,400 acres of panther habitat is

expected to result in the loss of habitat carrying capacity for 0.46 panthers, whereas traffic increases are predicted to increase vehicle collision mortality by 3 to 22 panthers per year (assuming the proportional increase in traffic is equal to that of panther mortalities). Therefore, the Service expects no more than between 4 and 23 Florida panthers to be harmed by the combination of this loss in habitat carrying capacity, intraspecific aggression, and vehicle collision in year one, and 3 to 22 panthers each year following.

*Jeopardy assessment*

After considering the status of the Florida panther, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the Florida panther. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1)  Due to their mobility and large home ranges, panthers are not expected to be killed or injured during land clearing associated with the project's development and restoration activities.
2)  Although 3,400 acres currently used by the panther and their prey will be permanently lost, this acreage represents a small portion (0.28 percent) of panther habitat available in south Florida.  Also, the loss of 3,400 acres of panther habitat would reduce carrying capacity in this area for between 1.8 to 0.55 panthers depending on panther densities of between 1.37 and 4.03 panthers per 100 square kilometers.
3)  The small reduction in panther habitat from the Project is not expected to affect more than 2 panthers via intraspecific aggression because of the small proportion of any individual panther's home range that will be impacted in the Action Area.
4)  The loss of this habitat is expected to be minimized by the restoration and preservation of 3,273.62 acres of habitat that will remain available to the panther onsite. In the absence of the Project, this retention of habitat is not certain and would likely occur in smaller dispersed areas as non-Federally reviewed urbanization would occur in this area over time.
5)  This project is located in an area where panther movement to the north is limited by existing development and is not crucial to the anticipated range expansion.  This area serves as somewhat of a sink for the panther population as a whole and other intact habitat areas of public conservation lands further to the south will continue to support the existing panther population.  Further, the habitats occupied by panthers in the Corkscrew Regional Ecosystem watershed will become even more isolated in the future as the result of human population growth in southern Lee County and northwestern Collier County independent of the Kingston project.
6)  The potential increase in vehicle-related panther deaths from project-generated traffic is expected to be minimized through the Applicant's funding of wildlife crossings on area roads and increased understanding and maintenance of permanent wildlife corridors.
7)  While the upper end of our estimated increase in panther mortality due to vehicle strikes exceeds the approximate population growth rate of eight panthers a year, we do not expect the actual number of panthers killed by vehicles to reach the estimated value for

the reasons stated above.  There are too many unknown variables related to calculating a precise number of panthers killed by vehicles to quantify the actual impacts. As such, we will rely on monitoring the number of vehicle collisions with panthers and take steps necessary to reduce this number if it exceeds the annual current average of 16 panthers per year within the action area.  These steps can include construction of additional fencing, recommending installation of additional crossings, reducing speed limits, adding signage or other methods to increase driver awareness.

With respect to reason 2, the Service notes that many thousands of acres of panther habitat remain in Florida.  Therefore, we do not expect that this minor loss of habitat resulting from the project to substantially affect the range-wide population size of this species.  However, we acknowledge, that collectively over time, habitat loss could threaten the survival and recovery of this species.  Therefore, we will continue to monitor the effects of habitat loss to the panther throughout its range.  With respect to reason 5, the Service also acknowledges that motor vehicle related injuries and mortalities of panther, in concert with other threats to the panther, could collectively threaten the survival and recovery of this species.  Therefore, we will continue to monitor the effects of motor vehicle related injuries and mortalities to the panther throughout its range.  Actions specifically aimed at reducing traffic impacts such as those included in the design for this project will continue to be high priority recommendations and permit conditions for projects moving forward.


**Tricolored bat**

*Action Area*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for this species is the entire 6,676.82-acre Project site.

*Status of the Species in the Action Area*

This Project lies within the range of the proposed Federally endangered tricolored bat (TCB). The entire Project site contains suitable TCB foraging and/or roosting habitat, which commonly forage along waterways and forest edges, and roost primarily in deciduous hardwood trees (Service 2021).  According to data available through the U.S. Geological Survey North American Bat Monitoring Program, the TCB has been detected via acoustic surveys in the area of Corkscrew Swamp Sanctuary in 2007 (USGS 2023).  TCB will use leaf clusters, moss, lichens, and some evergreen trees to roost during the non-hibernating season, and move to more robust (caves, mines, etc.) shelter to hibernate.  In the southern portions of its range where caves are limited, TCB typically hibernate in road-associated culverts (Service 2021).  A recent study on TCB by Smith et al. (2022) found evidence that suggests TCB at the southern edge of its range (i.e. south Florida) may move north to find cooler hibernacula to support torpor and reproductive success.  Furthermore, as TCB generally move between winter hibernacula and

summer roosting sites, up to 151 miles (Samoray et al. 2019), this species may only use the Project site seasonally.

*Effects of the Action*

Potential effects to the TCB due to the proposed action include a number of direct and indirect effects on the bat and its habitat. Potential direct effects include: (1) direct mortality from conversion of 3,403.2 acres, of which 3.27 acres are forested areas and potential roosting sites; (2) harassment by construction activities; and (3) disruption of normal behaviors from the conversion of available habitat for roosting, foraging, breeding, and dispersing.  Potential indirect effects include reduced foraging and roosting opportunities due to habitat loss. The timing for construction of this Project, relative to sensitive periods in the life history of the TCB, is unknown.

Any actions that occur in areas known to be occupied by the TCB and result in the removal of potential roost sites (i.e., snags, trees, utility poles, buildings, etc.) or impact foraging habitat (i.e., filling in of canals and ditches) are likely to have direct and indirect adverse effects to the TCB and its habitat.  The Service evaluated the Project in the context of how the action has the potential to result in both beneficial and adverse effects to the TCB, at the individual, population, and landscape scales. The use of specific minimization measures as part of the action such as pre-construction roost surveys, preservation of roost trees, the use of avoidance buffers around known roosts, and retention of potential roosting habitat (wherever possible) are expected to significantly reduce the potential adverse effects to the TCB as a result of construction activities. However, some adverse effects to the TCB are likely to occur despite the inclusion of these measures into the proposed action.

*Cumulative Effects*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in this project's Action Area.  Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on TCB is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take*

The Service has reviewed the biological information for the TCB presented by the Applicant's consultant, and other available information relevant to this action. Incidental take in the form of harm (i.e., the loss of, degradation and fragmentation of 3,403.2 acres of habitat, and the direct injury or mortality of 10 TCBs and one roost), and harassment is expected to result from the action.  The Service bases the amount of take (10 individuals and one roost) on findings of the Species Status Assessment (Service 2021) that 40 percent of hibernating TCB colonies consisted

of one to ten individuals. As TCB typically roost singly or in pairs during non-hibernating seasons, an occupied hibernacula conservatively represents the upper limit of expected take. The Service anticipates incidental take of TCB will be difficult to detect and quantify for the following reasons: 1) TCB roost sites are difficult to identify; 2) trees used by the TCB as roost sites are not easily located or examined; 3) the small size of individual TCB make finding an injured or dead specimen unlikely; and 4) TCB are not uniformly distributed across suitable habitat. Incidental take of TCBs is anticipated for one TCB roost containing up to 10 individual TCBs, and 3,403.2 acres of roosting and foraging habitat within the construction footprint. The Service believes all individuals occurring within this portion of the Project footprint will be incidentally taken. In addition, disturbance to TCBs may occur from increased human activity and noise from the proposed action.

*Incidental take resulting from the Project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to incidentally result in take of the TCB in the form of harm (i.e., the loss of, degradation and fragmentation of 3,403.2 acres of habitat; and the disturbance, injury or mortality of 10 TCBs and one roost)

*Jeopardy assessment*

After considering the status of the TCB, additional information on the proposed Project provided by the applicant, the adverse effects of the proposed Project and any potential cumulative effects, the Service finds that the Project as proposed is not likely to jeopardize the continued existence

of the TCB.  "Jeopardize the continued existence" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Although construction activities for the Project will result in the conversion of 3,403.2 acres of potential roosting and foraging habitat, only 3.27 acres consists of forested area. Because of the wide range and semi-migratory nature of the species, this loss is not expected to have a measurable impact on the species as a whole.

2) The Project will result in the preservation of approximately 3,273.62 acres of suitable TCB roosting and foraging habitat in the TCB consultation area.

3) The State permit, if issued, will include conditions to implement a bat roost survey prior to tree removal, reducing the likelihood that individual bats that use the roost will be injured or killed.

4) The TCB is expected to be able to forage over the development area following construction completion.

The Service may confirm this Technical Assistance if the TCB is listed in Florida.  If the Service reviews the proposed action and finds there have been no significant changes in the action as planned or in the information used during the Technical Assistance, the Service will confirm that this Technical Assistance remains valid and no further review will be necessary.


### D.    APPROVAL

Based on the information provided in this form, it has been determined that

☒Upon FDEP's incorporation of the necessary avoidance and minimization measures as permit conditions, the USFWS concludes the issuance of the State 404 permit is not likely to jeopardize any federally listed species or adversely modify or destroy any critical habitat and complies with the USFWS programmatic biological opinion addressing Florida's assumption of the CWA 404 program. This is based on the information in the permit application, as well as the status of the affected species, and any cumulative effects within the permit applications' Action Area.

☐The USFWS concludes the issuance of the State 404 permit does not comply with the USFWS programmatic biological opinion addressing Florida's assumption of the CWA 404 program for the following reasons:

**Reviewing Biologist**
Adam Knutson/ Fish and Wildlife
Biologist

ADAM KNUTSON    Digitally signed by ADAM
                KNUTSON
                Date: 2023.10.26 10:08:46 -04'00'

| Name/Title | Signature | Date |

**Supervisor**

_____
Name/Title                              Signature                                    Date

**If project results in take:**

**USFWS Regulatory Division Manager or Project Leader**

Robert L. Carey, Manager                        Digitally signed by ROBERT
Division of Environmental Review    ROBERT CAREY  CAREY
                                                Date: 2023.10.26 10:15:16
                                                -04'00'
_____
Name/Title                              Signature                                    Date

**LITERATURE CITED**

Bauder, J.M., D.R. Breininger, M.R. Bolt, M.L. Legare, C.L. Jenkins, B.B. Rothermel, K.
    McGarigal. 2016. Seasonal variation in eastern indigo snake (Drymarchon couperi)
    movement patterns and space use in peninsular Florida at multiple temporal scales.
    Herpetologica 72:214-226.

Benson, J. F., J. A. Hostetler, D. P. Onorato, W. E. Johnson, M. E. Roelke, S. J. O'Brien, D.
    Jansen, and M. K. Oli. 2011. Intentional genetic introgression influences survival of
    adults and subadults in a small, inbred felid population. Journal of Animal Ecology
    80:958–967.

Comiskey, E.J., O.L. Bass, Jr., L.J. Gross, R.T. McBride, and R. Salinas. 2002. Panthers and forests in south Florida: an ecological perspective. Conservation Ecology 6:18. Forman, R.T.T., D. Sperling, J.A. Bissonette, A.P. Clevenger, C.D. Cutshall, V.H. Dale, L. Fahrig, R. France, C.R. Goldman, K. Heanue, J.A. Jones, F.J. Swanson, T. Turrentine, and T.C. Winter. 2003. Road Ecology: Science and Solutions, Island Press, Washington, D.C.

Florida Department of Transportation (FDOT). 2023. Florida Traffic Online. Tallahassee, Florida. Available from: https://tdaappsprod.dot.state.fl.us/fto/. Accessed June 1, 2023.

Florida Fish and Wildlife Conservation Commission (FWC). 2019. Annual report on the research and management of Florida panthers: 2018-2019. Fish and Wildlife Research Institute and Division of Habitat and Species Conservation, Naples, Florida.

Florida Fish and Wildlife Conservation Commission (FWC). 2023. Panther Pulse. Tallahassee, Florida. Available from: https://myfwc.com/wildlifehabitats/wildlife/panther/pulse/. Accessed February 22, 2023.

Florida Fish and Wildlife Conservation Commission and U.S. Fish and Wildlife Service (FWC, and USFWS). 2017. Determining the size of the Florida panther population. Outreach Document.

Layne, J.N., and T.M. Steiner. 1996. Eastern indigo snake (*Drymarchon corais couperi*): summary of research conducted on Archbold Biological Station. Report prepared under Order 43910-6-0134 to the U.S. Fish and Wildlife Service; Jackson, Mississippi.

Lotz, M., D. Land, M. Cunningham, and B. Ferree. 2005. Florida panther annual report 2004-05. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

Maehr, D.S., E.D. Land, D.B. Shindle, O.L. Bass, and T.S. Hector. 2002. Florida panther dispersal and conservation. Biological Conservation 106:187-197.

McClintock, B.T., D.P. Onorato, and J. Martin. 2015. Endangered Florida panther population size determined from public reports of motor vehicle collision mortalities. Journal of Applied Ecology 52:893-901.

Morrison, J.L. 2001. Recommended management practices and survey protocols for Audubon's crested caracaras (*Caracara cheriway audubonii*) in Florida. Technical Report Number 18. Florida Fish and Wildlife Conservation Commission; Tallahassee, Florida.

Onorato, D. P., M. Criffield, M. Lotz, M. W. Cunningham, R. McBride, E. H. Leone, O. L. Bass, and E. C. Hellgren. 2011. Habitat selection by critically endangered Florida panthers across the diel period: implications for land management and conservation. Animal Conservation 14:196-205.

Samoray, S.T., S.N. Cotham, and M.W. Gumbert. 2019. Spring migration behavior of a *Perimyotis subflavus* (tri-colored bat) from Tennessee. Southeastern Naturalist 18(3):16–20.

Smith, L.M., J.A. Gore, T.J. Doonan, and C.J. Campbell. 2022. Tricolored bats at a southern range edge exhibit partial migration northward in autumn. Movement Ecology 10 (56).

Steiner, T.M., O.L. Bass, Jr., and J.A. Kushlan. 1983. Status of the eastern indigo snake in Southern Florida National Parks and vicinity. South Florida Research Center Report SFRC-83-01, Everglades National Park; Homestead, Florida.

U.S. Fish and Wildlife Service (Service). 1999. South Florida multi-species recovery plan. U.S. Fish and Wildlife Service, Atlanta, Georgia.

U. S. Fish and Wildlife Service (Service). 2012. Panther Habitat Assessment Methodology. https://ipac.ecosphere.fws.gov/guideline/assessment/population/8/office/41420.pdf

U.S. Fish and Wildlife Service (Service). 2021. Standard Protection Measures for the Eastern Indigo Snake. South Florida Ecological Services Office; Vero Beach, Florida.

U.S. Fish and Wildlife Service (Service). 2021. Species Status Assessment Report for the Tricolored Bat (Perimyotis subflavus), Version 1.1. December 2021. Hadley, MA.

U.S. Geological Survey (USGS). 2023. North American Bat Monitoring Program (NABat). Reston, Virginia. Available from: https://sciencebase.usgs.gov/nabat/#/data/inventory. Accessed March 14, 2023.

# Enclosure A

Kingston Special Conditions



October 20, 2023

Mr. Adam Knutson
U.S. Fish and Wildlife Service
777 37th Street, Suite D-101
Vero Beach, Florida 32960

RE:   DEP Application No.: 423130-001; Site ID: 423130
      Kingston
      Project No. 21CCL3707

Dear Adam:

Per your email request dated October 20, 2023, the Special Conditions for the Kingston project
(Project) have been finalized and are attached.

Additionally, construction of the large wildlife crossing proposed along the Project's spine road
will commence no later than 2027.  Construction of the small wildlife crossings (12 total) will be
completed concurrently with the construction of each development pod.  The Kingston developer
agreement with Lee County requires proportionate share funding of future improvements along
both Corkscrew Road and Alico Road, including large wildlife crossings; however, the timeline
for these improvements will be determined by Lee County.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

PASSARELLA & ASSOCIATES, INC.

Shane Johnson
Vice President

SJ/vv

Enclosures

cc:   Ray Blacksmith, w/enclosures
      Tony Cameratta, w/enclosures

*Offices in Florida and South Carolina*

13620 Metropolis Avenue ▪ Suite 200 ▪ Fort Myers, Florida 33912 ▪ Phone: (239) 274-0067 ▪ Fax: (239) 274-0069 ▪ www.Passarella.net

## SPECIAL CONDITIONS

1. **Compliance with Project Commitments**: As a condition of this permit, and for purposes of compliance with the Endangered Species Act and completion of technical assistance between the U.S. Fish and Wildlife Service (USFWS) and the Florida Department of Environmental Protection (FDEP), the Permittee has agreed to and will implement the following commitments for the Project.

   a. <u>Location of Project Footprint and Preserved Lands</u>: The Project totals 6,676.82± acres and is located in Sections 2, 3, 10, 11, 14, 15, 23-26, and 34-36; Townships 46 South; Range 27 East; and Section 35; Township 45 South; Range 27 East; Lee County. Development of the Project will require direct impacts to 12.87± acres of South Florida Water Management District (SFWMD) and FDEP wetlands and 133.42± acres of surface waters. Additionally, the Project will result in secondary impacts to 3.53± acres of wetlands.

   b. <u>Wetland Mitigation</u>: As required by FDEP condition, 4.57 wetland mitigation credits will be purchased from Corkscrew Regional Mitigation Bank (CRMB) for off-site wetland impacts within the Project. The CRMB wetland credits will be purchased before initiating construction on the Project site.

   c. <u>Permanent Protection of Preserved Lands</u>: As required by FDEP condition, permanent conservation easements will be placed on the on-site preservation lands before Project construction begins so that mitigation for listed species is achieved prior to Project impacts. The conservation easements will be recorded in phases, will run with the land, and will be held by Lee County with third-party beneficiary rights to the USFWS.

   d. <u>Fish and Wildlife Foundation of Florida Fund Contributions</u>: The Permittee will make contributions to the Fish and Wildlife Foundation of Florida Fund to be used to initiate and support conservation activities selected by the Fund's Board of Directors. Conservation activities to be supported through expenditures from the Fund include such activities as the construction of wildlife crossings and fencing, habitat acquisition and restoration, corridor enhancement, public education and outreach focused on the importance of wildlife conservation, and scientific research relevant to species conservation. Contributions to the Fund will be made as follows.

      i. Upon issuance of the FDEP permit, the Permittee will pay $350 per development acre (or approximately $1,186,150) to fund panther conservation and research.

      ii. The Permittee will pay $200 per residential building permit at the date of building permit issuance (or approximately $2,000,000) and $200 per home resale.

   e. <u>Additional Off-Site Contribution</u>: Upon issuance of the FDEP permit the Permittee has voluntarily agreed to convey, via quitclaim deed to the National Audubon Society, Inc., or its nominee which must be agreed to by the Service, those portions of the outstanding oil, gas, and mineral interests in Sections 16, 17, 20, 21, and 22; Township 47 South;

and Range 27 East in Collier County located within and outside of the Corkscrew Swamp Sanctuary, pursuant to deed recorded in Official Records Book 2497, Page 2505 of the Public Records of Collier County, Florida. The Service understands that this conveyance will contain appropriate reverter language if third-party litigation is filed that interrupts the activities that would otherwise be authorized by the Permit.

f.  <u>Best Management Practices</u>:  The Permittee has committed to the following conservation measures and best management practices (BMPs).

   i.  *<u>Prescribed Fire and Smoke Notice</u>*:  The Permittee will provide notice of the use of prescribed fire in the Kingston area. This notice will be provided and recorded in a manner such that initial and subsequent residents and owners will be made aware of the use of prescribed fire in the vicinity of the Kingston area to manage wildland fuels and maintain fire-adapted ecological communities within preserve areas. The following notice concerning the use of prescribed fire will be provided:

   *"Periodic prescribed burning is a recognized land management tool and a recommended method of fuel management in Southwest Florida, including in the vicinity of the Kingston area, for minimizing wildfire hazards and maintaining healthy fire-adapted ecological communities. Homeowners will receive notice that prescribed burning may result in the periodic occurrence of temporary smoke and ash that drifts through developed areas."*

   ii.  *<u>Environmental Education and BMPs for Living with Wildlife</u>*:  The materials contained in Appendices D through I of the Projects Protected Species Management & Human-Wildlife Coexistence Plan will be included with the Homeowners' Association (HOA) documents for the Kingston community. Decisions regarding which educational materials and BMPs will be implemented within each community are left to the HOA and community residents, but the materials will be transferred to the developer and HOA.

   iii.  *<u>Securing and Vaccinating Pets</u>*:  HOA and/or homeowners' documents for the Kingston community will state that pets within the community be kept indoors, on a leash when outdoors, or kept within a securely covered kennel. Residents will be informed that vaccinating cats for the feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. As there is no definitive cure for FLV, community-wide vaccination of all pet cats protects homeowners' pets from illness, as well as preventing illness in Florida panthers.

2.  **Additional Best Management Practices**:  The Permittee will work with developers and HOAs to promote additional BMPs that will be implemented within the Project area, where appropriate, to minimize potential wildlife impacts and/or provide wildlife conservation benefits. BMPs that will be implemented at the Project are described below.

a. Community Environmental Education:  This University of Florida program promotes residential environmental education that engages homeowners in understanding and implementing natural resource conservation strategies. Research has demonstrated that engaging residents improves environmental attitudes, knowledge, and behaviors (Hostetler et al. 2008). http://www.buildgreen.ufl.edu/enveducation.htm

b. Environmental Covenants, Codes, and Restrictions for HOAs:  This publication provides sample language for developing HOA covenants, codes, and restrictions related to wildlife within residential development communities and environmental management in general (Hoestetler 2006). http://edis.ifas.ufl.edu/pdffiles/UW/UW24800.pdf

c. Landscaping:  "Florida-Friendly Landscaping" promotes using native plants, efficient watering and fertilizing, xeriscaping, integrated pest management, and similar strategies to attract birds, butterflies, and beneficial insects to residential yards. http://www.floridayards.org/

d. Community Lighting and "Dark Skies":  The mission of DarkSky International "is to preserve and protect the nighttime environment and our heritage of dark skies through environmentally responsible outdoor lighting." Light pollution (the inappropriate use of light at night) can affect wildlife and ecosystems, human health, energy consumption, and the aesthetics of viewing the night sky. DarkSky International states, "A dark sky does not necessarily mean a dark ground. Smart lighting that directs light where it is needed creates a balance between safety and starlight." The DarkSky International webpage (http://www.darksky.org/) provides links to numerous resources for planning and implementing appropriate outdoor lighting within residential/commercial developments. These resources include the use of five outdoor lighting zones within communities (http://www.darksky.org/lighting/model-lighting-laws-policy/recommended-lighting-zones/), outdoor lighting basics (http://www.darksky.org/lighting/lighting-basics/), and practical guidelines for energy-efficient LED lighting (http://www.darksky.org/lighting/led-guide/). Implementing DarkSky-approved practices can reduce disturbances to wildlife within and adjacent to development areas. The Florida Wildlife Commission (FWC) maintains a "Wildlife Lighting" webpage that provides basic information and links to outdoor lighting resources (http://myfwc.com/conservation/you-conserve/lighting/).

e. Living With Wildlife:  The Permittee will employ and promote a series of community design elements that advance wildlife conservation and minimize the potential for human-wildlife interactions within development areas, especially for large mammals (e.g., Florida panther; bear; deer; feral hogs), nocturnal species (e.g., Florida bonneted bat), and species that may pose human health risks (e.g., Eastern diamondback rattlesnake). FWC has published educational brochures for HOAs and residents living in proximity to Florida wildlife species such as the Florida panther, black bear, and various bats, birds, and reptiles (http://myfwc.com/conservation/you-conserve/wildlife/). Links for these wildlife brochures and/or webpages are as follows:

    i.    A Guide to Living with Florida Panthers
(http://myfwc.com/media/152454/LivingWithPanthers.pdf)

    ii.    Florida Panther Safety Tips
(http://myfwc.com/media/152457/PantherSafetyTipsFlyer.pdf)

    iii.    Florida's BearWise
(http://myfwc.com/wildlifehabitats/managed/bear/wise/ and www.bearwise.org)

    iv.    A Guide to Living in Bear Country
(http://myfwc.com/media/1333887/LivinginBearCountryBrochure.pdf)

    v.    Living with Bats
(http://myfwc.com/media/3031963/LivingWithBats.pdf)

    vi.    Sandhill Cranes
(http://myfwc.com/conservation/you-conserve/wildlife/sandhill- cranes/)

    vii.    Everglade Snail Kite
(http://myfwc.com/media/152978/kitesbrochure.pdf)

    viii.    A Guide to Living with Alligators
(http://myfwc.com/media/152524/Alligator- Brochure.pdf)

    ix.    Getting Along with Snakes
(https://www.floridamuseum.ufl.edu/herpetology/fl-  snakes/gettingalong/)

    x.    A Guide to Living with Gopher Tortoises
(http://myfwc.com/media/1329739/GopherTortoise_LivingWithBrochure.pdf)

    xi.    A Guide to Living with Urban Coyotes
(http://myfwc.com/media/2675483/Living-With-Urban-Coyotes.pdf)

    xii.    Plants for Birds. The National Audubon Society provides an online database for selecting native plant species (by zip code) that support bird species (http://www.audubon.org/plantsforbirds).

3. **Management Plans for Specific Species**:  The Permittee will implement the following protection guidelines during and after Project construction.

    a.    <u>American Alligator</u>

        i.    Signs will be posted to instruct on-site workers and community residents not to feed or harass the American alligator, and will indicate that to do so is punishable by law.

ii.    Construction personnel and residents will be instructed that in the event there is a problem with a persistent nuisance alligator, they will need to contact FWC, as that is the only agency empowered to handle nuisance alligators.

iii.   Extensive, high-quality American alligator habitat will be provided throughout the property through wetland preservation, enhancement, and restoration. Following enhancement activities, these conservation areas will serve as potential foraging and nesting habitat. Invasive exotic species removal will result in wetland preserves more suitable to alligators and their prey species. The conservation areas will be maintained per the Project's Indigenous Preserve, Restoration, and Management Plan.

b.   <u>Eastern Indigo Snake</u>

i.    The Permittee shall implement the U.S. Fish and Wildlife Service's Standard Protection Measures for the Eastern Indigo Snake (SPM; Service March 23, 2021) during the construction of the Project and restoration of the conservation area.

ii.    Informational brochures addressing the identification and conservation of the Eastern indigo snake will be provided to all construction staff.

iii.   The conservation areas associated with the Project will be maintained per the Project's Indigenous Preserve, Restoration, and Management Plan.

c.   <u>Crested Caracara</u>

i.    Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the Permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the Project site that is under the Permittee's ownership or neighboring areas where access is allowed.

ii.    To minimize the potential for disturbance to nesting crested caracaras, the Permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site. Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined that the nest has been abandoned or chicks within the nest have fledged and left the nest site. Once the nest is empty, clearing that primary zone and nest tree can proceed in concert with condition no. iii.

iii. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the Permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the Project site under the Permittee's ownership. The Permittee shall contact the USFWS's Florida Ecological Services Office (FESO) at (772) 562-3909 for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to the start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports the use of crested caracara. The Permittee shall report the final location and extent of the restored habitat to the FESO, the FDEP, and the FWC upon the completion of restoration activities.

d. <u>Florida Sandhill Crane and Other Wading Birds</u>

i. Enhancement and restoration activities will be conducted within existing wetlands located within the conservation areas associated with the Project. These activities will include removing invasive exotic plants and installing supplemental plantings, resulting in more suitable habitats for wading bird foraging and roosting.

ii. The creation of flow-ways from existing agricultural lands, along with the creation of lakes and lake littoral zones as part of the Project, will provide foraging habitat for wading birds.

iii. Plans for the Project include wetland enhancement and restoration. These activities will convert agricultural and exotic plant-infested habitats to native wetland habitats. This restoration will also enhance sheet flow through the Project and restore significant areas of habitat for wildlife, including wading birds.

iv. The grading plan for the wetland restoration areas includes the establishment of wading bird foraging habitat by grading to varying depths to allow the concentration of prey for wading birds at alternating times of the year as water levels seasonally rise and recede.

v. Project residents and maintenance staff will be provided with a brochure titled "Wading Bird Informational Pamphlet," prepared by Passarella and Associates, Inc. This brochure provides wading bird information and methods to prevent human-wading bird interactions. In addition, the brochure informs residents of the need to avoid disturbance around nesting colonies should a colony be identified on the property in the future.

6

e. <u>Florida Bonneted Bat and Tricolored Bat</u>

    i.    The Permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the Permittee shall contact the FESO at (772) 562-3909 for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com.

    ii.    The Permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment to minimize disturbance to roosting bats.

    iii.    The Permittee shall implement the preservation and enhancement of 1,173.58± acres of existing on-site wetlands to promote Florida bonneted bat and tricolored bat foraging and roosting opportunities. In addition, approximately 447± acres of wetland flow-way marsh will be created from existing agricultural lands, providing additional foraging habitat for the Florida bonneted bat and tricolored bat.

    iv.    The Permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).

    v.    Widespread application of insecticides by the Permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.

    vi.    The Permittee shall plant native trees and shrubs within open spaces and buffer areas to promote insect diversity, availability, and abundance.

    vii.    The Permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat.

    viii.    The Permittee shall implement DarkSky International lighting initiatives to minimize the use of artificial lighting and retain natural light conditions to the greatest extent practicable.

    ix.    The Permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat.

f.  Big Cypress Fox Squirrel

    i.  Prior to the commencement of clearing activities in the development area and removal of exotic trees within the preserve areas, a survey will be conducted by a qualified ecologist to identify potential Big Cypress fox squirrel nests. If potential nests are identified within the clearing limits or the preserve areas, observations will be conducted to determine if Big Cypress fox squirrels are utilizing the nests. The FWC will be notified of nests determined to be utilized by Big Cypress fox squirrels. Active nests will be temporarily protected from clearing by a 125-foot radius undisturbed buffer until juvenile fox squirrels have vacated the nest(s), as confirmed by a qualified ecologist. After the completion of nesting and observations document that juvenile fox squirrels have vacated the nest(s), a written request to remove the nest tree(s) will be made to the FWC. After receipt of the written authorization from the FWC, the nest tree and buffer can be cleared.

    ii.  The conservation areas associated with the Project will be enhanced and managed per the Project's Indigenous Preservation, Restoration, and Management Plan and will provide foraging and nesting habitats for Big Cypress fox squirrels.

g.  Florida Black Bear

    i.  In order to deter the potential for interactions between humans and large mammals such as the Florida black bear, perimeter fencing will be utilized between the development and the conservation areas to deter large mammals from accessing the development areas.

    ii.  Kingston residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by FWC, titled "A guide to living in bear country," available at https://myfwc.com/media/1891/livinginbearcountrybrochure.pdf.

h.  Florida Panther

    i.  As stated in 1.d. above, the Permittee will make contributions to the Fish and Wildlife Foundation of Florida Fund as follows:

    ii.  Upon issuance of the FDEP permit, the Permittee will pay $350 per development acre (or approximately $1,186,150) to fund panther conservation and research.

    iii.  The Permittee will pay $200 per each residential building permit at date of building permit issuance (or approximately $2,000,000) and $200 per each home resale.

iv.    The Permittee will contribute approximately $20,000,000 to Lee County Proportionate Share for Corkscrew Road roadway improvements inclusive of pavement widening, flow-way culverts, and wildlife crossings.

v.     The Permittee will, at its sole cost and expense, construct a large wildlife crossing along the four-lane spine road. This location will provide and preserve a wildlife movement corridor between conservation lands east and west of the property. Additionally, 12 small wildlife crossings shall also be constructed within the Project to maintain intra-preserve connectivity and hydrologic flow throughout the Project. The wildlife crossing locations are shown in the Project plans.

vi.    The Permittee shall ensure that HOA and/or homeowners documents for the Kingston community state that pets within the community should be kept indoors, on a leash or supervised when outdoors in common areas, or secured within a covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The Permittee shall ensure HOA and/or homeowners documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers.

vii.   Kingston residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by USFWS and FWC, titled "A guide to living with Florida Panthers." This brochure, which provides safety tips and instructions for panther encounters, is available at https://myfwc.com/media/3112/livingwithpanthers.pdf.

i.   Gopher Tortoise:  Prior to commencing Project construction, a gopher tortoise survey will be conducted in accordance with FWC's gopher tortoise permitting guidelines (FWC 2020) to identify potential gopher tortoise burrows within the construction area. If gopher tortoise burrows are identified, the Permittee will obtain the appropriate permit from the FWC for the relocation of the gopher tortoises.

j.   Florida Burrowing Owl:  Prior to clearing activities, a survey will be conducted in the impact area and adjacent habitats for the presence of burrowing owl burrows. Inactive (i.e., contains no eggs or flightless chicks) nest burrows within the proposed impact area will be removed with an FWC permit and in accordance with State and Federal regulations. Nest burrows can generally be considered inactive from July 10 to February 15, although some nesting occurs as early as October each year. Between February 15 and July 10, burrows attended by one or more burrowing owls are considered active nests unless information is available to suggest otherwise (i.e., proof that young fledged from the nest prior to July 10). Burrows within the impact area that are determined to be active will be temporarily protected from clearing by a 50-foot radius of undisturbed buffer (staked and/or roped-off) until the young fledge, as confirmed by a qualified biologist. These burrows will then be removed with an FWC permit and in accordance with state regulations.

k.  <u>Everglade Snail Kite</u>:  Impacts to potential Everglade snail kite foraging habitat will be offset through the implementation of the on-site wetland preservation and enhancement and the creation of the Project's flow-ways, lake buffers, and stormwater management ponds, with associated littoral zones and native plantings. These activities will result in an increase in potential foraging habitat for the Everglade snail kite within the landscape and therefore is expected to have an incremental beneficial effect to the Everglade snail kite.