IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Plaintiffs Center for Biological Diversity and Sierra Club ("Plaintiffs") have moved for a temporary restraining order and preliminary injunction. Dkt. 135. Having considered the submissions, the Court finds that the motion is due to be **GRANTED IN PART**.

Accordingly, **IT IS HEREBY ORDERED** that the Motion for a Temporary Restraining Order and Preliminary Injunction by Plaintiffs Center for Biological Diversity and Sierra Club, Dkt. 135, is **GRANTED IN PART**. Defendants and Intervenor FDEP are temporarily restrained and enjoined from taking any further action in furtherance of issuing state 404 permits for the Bellmar and Kingston projects. FDEP is temporarily restrained and enjoined from issuing state 404 permits for the Bellmar and Kingston projects. EPA is temporarily restrained and enjoined from waiving its authority over, or otherwise allowing the issuance of, state 404 permits for these projects. This Order shall remain in effect for 14 days or until further Order from the Court.

**SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge