IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

### [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Center for Biological Diversity and Sierra Club ("Plaintiffs") have moved for a preliminary injunction on Claims Two, Three, Four, Six, Ten, and Thirteen of the Amended Complaint. Dkt. 135. The Court previously entered the requested temporary restraining order pending resolution of the motion for preliminary injunction. Having now considered the parties' submissions and the pertinent portions of the record, the Court finds that the motion is due to be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that the Motion for a Temporary Restraining Order and Preliminary Injunction by Plaintiffs Center for Biological Diversity and Sierra Club, Dkt. 135, is **GRANTED**. It is further **ORDERED** that the Defendants and Intervenor FDEP are hereby **PRELIMINARILY ENJOINED** from further action in furtherance of issuing state 404 permits for the Bellmar and Kingston projects. FDEP is **ENJOINED** from issuing state 404 permits for the Bellmar and Kingston projects. EPA is **ENJOINED** from waiving its authority over, or otherwise allowing the issuance of, state 404 permits for these projects.

This Order shall remain in effect until the Court: (1) grants Plaintiffs' Motion for Summary Judgment, Dkt. 98, as to Claims Two, Three, Four, Six, Ten, and Thirteen, and issues corresponding relief, or (2) grants Defendants' and Intervenors' Cross-Motions for Summary Judgment, Dkt. 99, 102, and denies relief as to Claims Two, Three, Four, Six, Ten, and Thirteen.

**SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge