# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

## FLORIDA INTERVENORS' NOTICE FOLLOWING DECEMBER 5, 2023 SCHEDULING CONFERENCE

The State of Florida and the Florida Department of Environmental Protection ("FDEP") (together, "Florida Intervenors") respectfully submit this Notice following today's scheduling conference and enclose letters from FDEP to Plaintiffs dated November 17, 2023 (Exhibit 1) and December 1, 2023 (Exhibit 2) concerning the Section 404 permit applications in question.

Dated: December 5, 2023

Respectfully submitted,
BAKER BOTTS L.L.P.

/s/ Jeffrey H. Wood
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com

Lily N. Chinn (DC Bar No. 979919)
101 California Street
San Francisco, CA 94111
Phone: (415) 291-6200

lily.chinn@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
Harrison Reback (TX Bar No. 24012897)
(*pro hac vice*)
910 Louisiana Street
Houston, TX 77002-4995
Phone: (713) 229-1234
aaron.streett@bakerbotts.com
harrison.reback@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December 2023, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,
BAKER BOTTS L.L.P.

<u>/s/ Jeffrey H. Wood</u>
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com
