IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | Case No. 1:21-cv-0119 (RDM) |

**NOTICE REGARDING TIMING OF ACTION ON PENDING PERMITS**

On December 5, 2023, the Court ordered the U.S. Environmental Protection Agency to provide notice of the earliest dates by which the agency would comment upon, object to, or make recommendations regarding the two permit applications challenged in Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction (Dkt. 135), or notify the State of Florida of its decision not to comment upon, object to, or make recommendations regarding those permit applications.

Pursuant to that order, EPA states as follows:

- EPA will not take any of the above-listed actions with respect to the pending permit application for the Bellmar Villages project, Application No. 396364-001, before January 26, 2024.

- EPA will not take any of the above-listed actions with respect to the pending permit application for the Kingston project, Application No. 423130-001, before February 9, 2024.

In making these commitments in response to the Court's order, EPA does not waive its ability to ask questions or request additional information from the State of Florida regarding these pending permit applications in order to aid EPA in its review.

1

Dated: December 6, 2023                                  Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

<u>/s/ Andrew S. Coghlan</u>
Andrew S. Coghlan (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9275
Fax: (202) 514-8865
Email: Andrew.Coghlan@usdoj.gov

Alison C. Finnegan (PA Bar 88519)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
Email: Alison.C.Finnegan@usdoj.gov
*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Andrew S. Coghlan