IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>       Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 5, 2023, Minute Order, Plaintiffs Center for Biological Diversity and Sierra Club, Defendants, and Defendant-Intervenors (collectively the "Parties") file this Joint Status Report.

On December 4, 2023, Plaintiffs Center for Biological Diversity and Sierra Club filed a Motion for a Temporary Restraining Order ("TRO") and a Preliminary Injunction requesting entry of a TRO by December 7, 2023, to enjoin the issuance of state 404 permits for the Bellmar and Kingston development projects. Dkt. 135. On December 5, 2023, the Court ordered Defendant U.S. Environmental Protection Agency ("EPA") to provide notice with respect to timing for this litigation by December 6, 2023, and ordered the Parties to file a joint status report with respect to a briefing schedule or their respective position by December 7, 2023. Minute Order, Dec. 5, 2023.

On December 6, 2023, Defendants filed a notice with the Court in which EPA stated that it would not complete its review of the Bellmar project before January 26, 2024, or its review of the Kingston project before February 9, 2024. Dkt. 137.

1

On December 7, 2023, counsel for Defendant-Intervenors informed the Parties that even if EPA elects to not comment upon, object to, or make recommendations on the Bellmar Project on January 26, 2024, the Florida Department of Environmental Protection ("FDEP") will not be in a position to make a final determination on the Bellmar permit application before February 5, 2024, at the earliest.  In light of the foregoing, the Parties agree that a decision on the state 404 permit application for the Bellmar project will not issue before February 5, 2024, and that a decision on the state 404 permit application for the Kingston project will not issue until sometime after February 5, 2024.

On December 6 and 7, 2023, the Parties conferred on a briefing schedule and were able to reach agreement.  The Parties propose the following briefing schedule:

- Defendants and Intervenors will each file their responses **by January 12, 2024,** and

- Plaintiffs will file either two replies or a consolidated reply by **January 26, 2024**.

In addition, the Parties submit their respective positions as set forth below.

**Plaintiffs**

Plaintiffs respectfully request that the Court rule on the TRO by **February 2, 2024**, which is a week after the conclusion of briefing.  Plaintiffs make this request because it appears that EPA's authority to act on the Bellmar permit could expire on February 4, 2024, which would limit the remedies available to the Plaintiffs.  This request is consistent with the Court's indication that it would require a week from the conclusion of briefing to rule the request for a TRO and would allow the Court to hold oral argument during that time.

Plaintiffs further request that they be permitted to file a consolidated reply of no more than fifty (50) pages for their January 26, 2024, filing, in lieu of two replies of no more than

twenty-five (25) pages.  Plaintiffs object to (and dispute) Florida Intervenors' insertion of legal argument into this joint status report.

**Federal Defendants**

 Counsel for Federal Defendants met and conferred with counsel for the other parties on December 6, 2023 and explained their scheduling commitments over the next four weeks.  We provide those details here for the Court's information and in support of the deadline requested for Federal Defendants' response in opposition to Plaintiffs' motion.  Mr. Coghlan has a jury summons for December 15, 2023 for grand jury duty in the District of Columbia Superior Court.  If selected, Mr. Coghlan's term of service runs until January 19, 2024.  Ms. Finnegan will be in the office through December 22, 2023, but is scheduled to be out of the office on annual leave during the week of December 25 and has out of state travel planned for December 26-29, 2023.  Ms. Finnegan will return to the office on January 2, 2024.

 Federal Defendants further take no position on Plaintiffs' request that their reply brief (if any) be 50 pages in length.

**Florida Intervenors**

 Florida Intervenors have been authorized by the General Counsel of the FDEP to inform this Court that, even if EPA elects to not "comment upon, object to, or make recommendations" on the Bellmar Project on January 26, 2024, FDEP will not be in a position to make a final determination on that application before February 5, 2024, at the earliest. FDEP's potential next steps following today's public meeting for the Bellmar project are outlined in the November 17, 2023 letter to Plaintiffs which has been filed with this Court (Doc. 136, Exh. 1).

FDEP wishes to emphasize that this permit application remains in the public comment process at this time. FDEP has made no determination whether to issue or deny the permit or to take other steps with regard to the processing of the permit at this time.

Importantly, if FDEP ultimately decides to move forward with issuance of a permit for the Bellmar project, that determination would occur with FDEP issuing a "Proposed Permit" that would not become "effective" unless and until (A) the permit is received and signed by both the FDEP and the permit applicant (a permit applicant has 60 days to review and sign a proposed permit); and (B) a petition for administrative proceeding under Sections 120.569 and 120.57, Fla. Stat., is not filed within 21 days of publication of the notice of FDEP's action. Permit recipients "cannot justifiably rely on the finality" of a permit decision unless notice of the decision and the right of substantially affected persons to challenge the decision has been "duly published or otherwise provided to all persons substantially affected by the decision." Fla. Admin. Code Ann. R. 62-110.106(1). Under Florida law, the administrative hearing process is designed to formulate final agency action, and as a result, FDEP may modify or take a different position than the proposed action. Counsel for Florida Intervenors inquired with counsel for Plaintiffs whether any of the Plaintiffs intend to file an administrative petition if a permit is issued for these projects (which would forestall final agency action), and counsel for Plaintiffs said a decision on that action was not yet known.

Florida Intervenors take no position on Plaintiffs request for a consolidated reply of no more than fifty (50) pages.

Dated: December 7, 2023

                              Respectfully submitted,

FOR PLAINTIFF CENTER FOR BIOLOGICAL DIVERSITY AND SIERRA CLUB

/s/ Tania Galloni
TANIA GALLONI*
Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

* Appearing *pro hac vice*

FOR FEDERAL DEFENDANTS

/s/ Andrew S. Coghlan
ANDREW S. COGHLAN (CA Bar 313332)
Environmental Defense Section

5

P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-514-9275
Email: andrew.coghlan@usdoj.gov

ALISON FINNEGAN (PA Bar 88519)
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: 202-305-0500
Email: alison.c.finnegan@usdoj.gov

FOR DEFENDANT-INTERVENORS

/s/ Jeffrey H. Wood
Jeffrey H. Wood (D.C. Bar No. 1024647)
Baker Botts L.L.P.
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com

Lily N. Chinn (DC Bar No. 979919)
101 California Street
San Francisco, CA 94111
Phone: (415) 291-6200
lily.chinn@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
Harrison Reback (TX Bar No. 24012897)
(*pro hac vice*)
910 Louisiana Street
Houston, TX 77002-4995
Phone: (713) 229-1234
aaron.streett@bakerbotts.com
harrison.reback@bakerbotts.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

        Respectfully submitted,

        <u>/s/ Tania Galloni</u>
        TANIA GALLONI