# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants,<br><br>and<br><br>TARPON BLUE SILVER KING I, LLC d/b/a COLLIER ENTERPRISES,<br><br>    Movant Defendant-Intervenor. | Case No. 1:21-cv-00119 (RDM) |

**DECLARATION OF CHRISTIAN SPILKER IN SUPPORT OF
<u>UNOPPOSED MOTION TO INTERVENE</u>**

I, Christian Spilker, hereby depose and state that I am over the age of 18 and in all respects competent and qualified to make this Declaration. All facts stated herein are within my personal knowledge and are true and correct.

1. I am the President of Tarpon Blue CE Management, LLC; President and CEO of over 20 companies within the Tarpon Blue Family of Companies; and Vice President of Tarpon Blue Silver King Management, LLC, a Delaware limited liability company and the managing member of Tarpon Blue Silver King I, LLC. My prior positions with Collier Enterprises (when the Collier family owned the Bellmar and Rural Lands West project sites) include CEO, Senior Vice President of Land, and Vice President of Land Management. For the past fifteen years, I have managed several companies in the Collier Enterprises portfolio, including companies in the agribusiness, oil and gas, and governmental affairs divisions.

1

2. I hold a Bachelor of Science degree in marine biology from Texas A&M University and a Master of Science degree in environmental science from the University of Houston.

3. Collier Enterprises Management, Inc. filed a permit application pursuant to section 404 of the Clean Water Act (CWA) in 2020 to authorize discharges of dredged or fill material into approximately 147 acres of waters during construction of its Bellmar Project, located in Collier County, Florida. At that time, Collier Enterprises Management, Inc. managed a broad range of businesses owned by the Collier family engaged in real estate investment and development, agriculture, and private equity investments and minerals management.

4. In 2022, the Collier family divested most of their companies and the assets associated with those companies, including over 40,000 acres of land holdings, through an entity sale to Tarpon Blue Silver King I, LLC, which subsequent to the sale has done business as Collier Enterprises. The entities and assets held by Tarpon Blue Silver King I, LLC, and the activities associated with those assets, are managed by Tarpon Blue Silver King Management, LLC. The Bellmar and Rural Lands West project sites are among the lands included in the sale.

5. As a result of the 2022 entity sale, the entities that do business as Collier Enterprises are members of the Tarpon Blue Family of Companies. The Collier Enterprises website (https://collierenterprises.com/), for example, identifies Collier Enterprises as a member of the Tarpon Blue Family of Companies.

6. As a result of the 2022 entity sale, Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises is now the owner of the Bellmar project site through an affiliate company named Collier Land Holdings Ltd.

7. Collier Enterprises Management, Inc. was not included in the 2022 entity sale, and remains wholly owned by the Collier family. As the applicant for various applications associated with projects acquired by Tarpon Blue Silver King I, LLC, Collier Enterprises Management, Inc. is contractually obligated to assist Tarpon Blue Silver King I, LLC with the CWA section 404 permit application for the Bellmar and Rural Lands West projects. As of today's date, Tarpon Blue Silver King I, LLC has initiated with the Florida Department of Environmental Protection the process of substituting Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises as the name of the applicant for the Bellmar section 404 permit application.

I state, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on December 21, 2023.

**TARPON BLUE SILVER KING I, LLC**
a Delaware limited liability company authorized to do business in Florida

By: _____
Christian Spilker
Vice President of Tarpon Blue Silver King Management, LLC
Manager of Tarpon Blue Silver King I, LLC