**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants,<br><br>and<br><br>TARPON BLUE SILVER KING I, LLC d/b/a COLLIER ENTERPRISES,<br><br>    Movant Defendant-Intervenor. | Case No. 1:21-cv-00119 (RDM) |

**CORPORATE DISCLOSURE STATEMENT OF**
**TARPON BLUE SILVER KING I, LLC d/b/a COLLIER ENTERPRISES**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises, certify that to the best of my knowledge and belief, Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises is a Delaware limited liability company that is not publicly-traded. TBSK Holdings, LP, a Delaware limited partnership that is not publicly traded, is the only entity that owns at least 10% of the stock of Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: December 22, 2023

Respectfully submitted,

/s/ George P. Sibley, III
George P. Sibley, III (DC Bar No. 1011939)

**HUNTON ANDREWS KURTH LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8262
gsibley@HuntonAK.com

*Counsel for Movant Defendant-Intervenor
Collier Enterprises Management Inc.*