AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Center for Biological Diversity, et al. *Plaintiff* | ) ) |
| v. | ) Case No. 1:21-cv-00119 |
| U.S. Environmental Protection Agency, et al. *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises                                                           .

Date:  12/22/2023

/s/ George P. Sibley, III
*Attorney's signature*

George P. Sibley, III (DC Bar No. 1011939)
*Printed name and bar number*
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
*Address*

gsibley@HuntonAK.com
*E-mail address*

(804) 788-8262
*Telephone number*

(804) 788-8218
*FAX number*