AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Center for Biological Diversity, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Environmental Protection Agency, et al. | ) |
| *Defendant* | ) |

Case No.    1:21-cv-00119-RDM

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises                                                                .

Date:    01/02/2024

/s/ Andrew J. Turner
*Attorney's signature*

Andrew J. Turner (DC Bar No. 471179)
*Printed name and bar number*

Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037

*Address*

aturner@HuntonAK.com
*E-mail address*

(202) 955-1658
*Telephone number*

(202) 778-2201
*FAX number*