AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Center for Biological Diversity, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00119-RDM |
| U.S. Environmental Protection Agency, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises.

Date: 01/02/2024

/s/ Elizabeth Carter Chandler Clements
*Attorney's signature*

Elizabeth Carter Chandler Clements (No. 497261)
*Printed name and bar number*

Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
*Address*

eclements@HuntonAK.com
*E-mail address*

(202) 955-1504
*Telephone number*

(202) 778-2201
*FAX number*