IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SET ORAL ARGUMENT ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION BY PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY AND SIERRA CLUB**

Plaintiffs Center for Biological Diversity and Sierra Club have moved the Court to set oral argument on their Motion for a Temporary Restraining Order and Preliminary Injunction for the week of January 29, 2024, to February 2, 2024. Dkt. 144. The motion is unopposed. Having now considered the motion and the pertinent portions of the record, the Court finds that the motion is due to be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that oral argument on the Motion for a Temporary Restraining Order and Preliminary Injunction by Plaintiffs Center for Biological Diversity and Sierra Club is set for _____, 2024, at _____. Counsel for the parties shall appear via video-conference.

**SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge