**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Defendants,* <br><br> and <br><br> STATE OF FLORIDA, *et al.*, <br><br> *Defendant-Intervenors*. | Civil Action No. 21-119 (RDM) |

**MOTION OF CAMERATTA COMPANIES, LLC AND CAM7-SUB, LLC**
**TO FILE A BRIEF OF *AMICI CURIAE* IN OPPOSITION TO**
**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

Cameratta Companies, LLC and CAM7-SUB, LLC ("Proposed *Amici*" or "Cameratta"), by and through their undersigned counsel, hereby submit this motion for leave to file a brief of *Amici Curiae* in Opposition to Plaintiffs' Motion For A Temporary Restraining Order and Preliminary Injunction (Dkt. No. 135) (the "TRO/PI Motion").

On December 2, 2023, Plaintiffs Center for Biological Diversity and Sierra Club[1] filed a Motion For A Temporary Restraining Order and Preliminary Injunction, "to prevent the imminent

---

[1] Plaintiffs Center for Biological Diversity and Sierra Club will be referred to herein as "Plaintiffs". Such reference does not include the other plaintiffs in this case that did not join the TRO/PI Motion.

1

issuance of two state 404 permits for projects that will cause them irreparable harm: the Bellmar and Kingston development projects." (Mot. at 7).[2] Specifically, the Plaintiffs are requesting that the Court to enjoin Defendants from taking any action to issue the Section 404 permits for these two projects. *Id.* CAM7-SUB, LLC, an affiliate of Cameratta Companies, LLC, is the land purchaser and the permit applicant for the Kingston development project (the "Project"). Cameratta has invested significant time and millions of dollars in the past two+ years on the Kingston Project. These investments are at risk and any delays will cost proposed *Amici* thousands of dollars per day.

Given these interests, Proposed *Amici* could likely demonstrate entitlement to intervene in this matter as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2), in order to protect the substantial interests in the Kingston Project that would be impacted by the relief that Plaintiffs seek. However, in order to avoid burdening the Court with additional parties in this matter, proposed *Amici* instead seek leave to file a brief of *Amici Curiae*.

Proposed *Amici's* brief will be relevant to the Court when weighing the Plaintiffs' request for the extraordinary remedy of halting a project that has not yet been issued a 404 permit, against the relative harm to the Project applicant and the public interest. No other party to this case represents Cameratta's unique interests in the success of this Project, given its significant investments of time and money in the Project, and their knowledge of the consequent environmental restoration and benefits that will flow from the Project. Proposed *Amici's* property rights should not be impaired without a fair opportunity to be heard.

Proposed *Amici's* brief and supporting declarations will explain the facts and circumstances of the Kingston Project, including the unique environmental benefits of the Project and the public

---

[2] Citations are to the docket entry page.

interest in the net gain of endangered species habitat and other mitigation features, and the robust environmental permitting processes that have occurred specifically for the Kingston Project, including the state 404 permitting process that Plaintiffs seek to halt. Proposed *Amici* will explain Cameratta's decades of experience and success in land development and environmental restoration in this region, and the steps it has taken to ensure that its Kingston Project exceeds environmental criteria and results in a net benefit to the environment in this region. Lastly, Proposed *Amici's* brief is necessary to clarify the misleading distortions of the facts that Plaintiffs have manipulated in their TRO/PI Motion to convince the Court of their need for relief. The harm asserted by Plaintiffs is abstract at best.

As the contract land purchaser and permit applicant for the Kingston Project, Proposed *Amici's* brief and supporting declarations are the most efficient means of presenting these interests that are highly relevant to the Court's consideration of Plaintiffs' request, and will not unduly delay the Court's ability to rule on the pending matter.

## CONCLUSION

For the reasons set forth above, the Court should grant Cameratta Companies, LLC and CAM7-SUB, LLC's unopposed motion to file a brief of *Amici Curiae*.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ *Rafe Petersen*
Rafe Petersen (Bar ID No: 465542)
Alexandra E. Ward (Bar ID No. 1688003)
800 17th Street NW, Suite #1100
Washington, D.C. 2006
rafe.petersen@hklaw.com
(202) 419-2481

3

Date:  January 12, 2024

Chené M. Thompson (pro hac pending)
Fla. Bar No. 0541540
Pavese Law Firm
1833 Hendry Street
Fort Myers, FL 33901

*Attorneys for Cameratta Companies, LLC and CAM7-SUB, LLC*

**LCvR 7(m) CERTIFICATE OF CONFERRAL**

Pursuant to LCvR 7(m) of the U.S. District Court for the District of Columbia, I hereby certify that all parties were timely notified of Proposed *Amici*'s intent to file a brief of *Amici Curiae.*

Counsel for Plaintiffs indicated that they do not oppose Proposed *Amici's* participation, provided that the brief is limited to ten pages.

Counsel for Defendant Florida Department of Environmental Protection indicated that they do not oppose Proposed *Amici's* participation.

Counsel for Defendant-Intervenor indicated that they do not oppose Proposed *Amici's* participation.

Counsel for Federal Defendants indicated that the Federal Defendants do take a position on Proposed *Amici's* participation.

By:    /s/ *Rafe Petersen*
Rafe Petersen (Bar ID No: 465542)
Alexandra E. Ward (Bar ID No. 1688003)
800 17th Street NW, Suite #1100
Washington, D.C. 2006
rafe.petersen@hklaw.com
(202) 419-2481

*Attorney for Cameratta Companies, LLC and CAM7-SUB, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 12, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. District Court for the District of Columbia via the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by that system.

/s/ *Rafe Petersen*
Rafe Petersen

*Attorney for Cameratta Companies, LLC and CAM7-SUB, LLC*

Date:  January 12, 2024