## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Defendants,*<br><br>and<br><br>STATE OF FLORIDA, *et al.*,<br><br>*Defendant-Intervenors*. | Civil Action No. 21-119 (RDM) |

### [PROPOSED] ORDER

Upon consideration of Cameratta Companies, LLC and CAM7-SUB, LLC's Motion for Leave to File a Brief of *Amicus Curiae* in Opposition to Plaintiffs' Motion For A Temporary Restraining Order and Preliminary Injunction, and no opposition, it is hereby **GRANTED**.

**SO ORDERED** this ___ day of _____, 2023.

_____
Judge Randolph D. Moss