## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,
*et al.*,

    *Plaintiffs,*

  v.

UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY, *et al.*,

    *Defendants,*

  and

STATE OF FLORIDA, *et al.*,

    *Defendant-Intervenors.*

Civil Action No. 21-119 (RDM)

Declaration of Joseph Cameratta

## DECLARATION OF JOSEPH CAMERATTA IN SUPPORT
## OF UNOPPOSED BRIEF OF *AMICI CURIAE*

  I, Joseph Cameratta, hereby declare and state that I am over the age of 18 and in all respects competent and qualified to make this Declaration.  All facts stated herein are within my personal knowledge, are true and correct, and, if called to testify, I could and would do so competently and under oath.

  1.  I am the Managing Member of Cameratta Companies, LLC, and Managing Member of CAM7-Land Investment, LLC the sole member of CAM7-SUB, LLC along with other related businesses. All three entities are Florida limited liability companies. I founded the Cameratta business entity in 1979 in Cleveland, Ohio.  Over a period of forty-four years my family business has acquired land and achieved entitlements for the development and construction of small- and

large-scale single family and multi-family residential communities, office and retail buildings, and golf course communities.

2.    Cameratta businesses include land investments and oversight of all facets of land development including but not limited to: property due diligence, acquisition, entitlements, planning, design, permitting, construction, environmental enhancements, sales, and management of the communities prior to resident turnover.

3.    Cameratta has significant experience developing in the area of the Kingston Project. Cameratta has previously built several residential developments in Estero, located in Lee County along the Corkscrew Road corridor, with each including extensive environmental restoration that provides wetland and wildlife enhancement following environmental design and construction criteria created by Lee County in 2016, which won an award of merit for best practices by the American Planning Association (*see* Attachment A). For example, Cameratta converted almost 2,000 acres of distressed farmland into wetlands and uplands and planted millions of trees, shrubs, and ground cover plants at its "The Place at Corkscrew" and "Verdana Village" projects, and placed the land in conservation easements with maintenance responsibility in perpetuity.

4.    Cameratta has provided tours of its previous environmental restoration development projects to various environmental agencies and non-profit organizations, including U.S. Fish & Wildlife Service, Florida Fish & Wildlife Conservation Commission, U.S. Army Corps of Engineers, South Florida Water Management District, Lee County environmental staff, the National Audubon Society, and Conservancy of Southwest Florida (*see* Attachment B).  When approximately 40% of "The Place at Corkscrew" restoration was completed, Cameratta hired qualified and recognized project ecologists to perform post-restoration wildlife surveys, which documented an increase of wildlife pre-construction from 35 initial species to over 85 species,

including multiple adults and juvenile endangered Everglades Snail Kites. Cameratta has also seen more consistent and longer duration of hydroperiods within post-restoration onsite wetlands when compared to pre-restoration/agricultural conditions, which is due to the continued attenuation of onsite water within created flow-ways and a significant reduction of groundwater withdrawal when compared to agricultural operations.

5.    In 2007, a prior landowner sought to rezone a substantial portion of the distressed agricultural parcel of land now known as Kingston located in Lee County, to allow for an intensive lime rock mining operation with blasting and dewatering, which would have resulted in the loss of approximately 145 acres of wetlands and approximately 125 acres of surface waters due to development and significant mining impacts. That project was highly contested by all environmental groups and surrounding landowners.  With vocal public disapproval, Lee County staff refused to process the mining project application, which led to multiple lawsuits between the landowner and Lee County.

6.    On January 19, 2022, Cameratta Companies, LLC, signed a contract to acquire the Kingston property conditioned on satisfaction of due diligence, negotiating a settlement agreement with Lee County, and settlement approval by the court.  Our proposal was shown to have far less environmental impacts than the proposed mine.  After four public hearings, the court approved the landowner's settlement with Lee County, specifically finding that Cameratta's proposed environmental restoration and development of Kingston was in the best interest of the public. I personally attended every public hearing and none of the TRO Plaintiffs intervened or voiced any opposition to Kingston at any of the public hearings leading to the court-approved settlement agreement approving the Kingston Project.

7.    Cameratta recognizes that this Project will occur in an environmentally sensitive area and takes development in this location very seriously. Cameratta is committed to producing an environmentally conscious development that will result in a net benefit to the environment. Cameratta has over a decade of experience developing similar projects in this area with overwhelming success in balancing environmental restoration enhancements within residential development, by converting old farmlands into wetlands and uplands and creating a myriad of pristine wildlife habitat. In cooperation with relevant federal, state, and local environmental agencies and in reliance on existing agency rules, standards, and regulations, Cameratta has spent years intentionally and thoroughly considering, analyzing, designing, and constructing similar environmental mitigation and enhancements that will be duplicated or exceeded in the Kingston Project.

8.    Cameratta Companies, LLC, and its affiliate single-purpose development entity CAM7-SUB, LLC, promptly undertook due diligence for the Project, from verification of the entitlement process and procedure to pursuit of all environmental approvals necessary for the Project (*see* Attachment C). Cameratta met with the U.S. Fish and Wildlife Service ("USFWS") on February 9, 2022 and the Florida Department of Environmental Protection ("FDEP") on April 6, 2022 to discuss the proposed Project. After multiple meetings with Lee County establishing the parameters of the Kingston Project under the settlement agreement, Cameratta engaged the professional consultants necessary to apply for an FDEP permit in reliance on the direction given by USFWS and FDEP in those preliminary meetings.

9.    Cameratta and its consultants worked tirelessly and expeditiously in assembling the data, reports, plans, maps, wetland, and wildlife surveys required by the agencies.  Once the formal

submittals were made, we responded immediately and factually to each request for additional information.

10.    Following these efforts, a residential conceptual permit for the Kingston Project was issued by the South Florida Water Management District ("SFWMD") on August 30, 2023 (#36-109267-P) without any third-party challenge.

11.    After consultation with the USFWS, the Florida Wildlife Conservation Commission ("FWCC") submitted its wildlife permit conditions and comments to FDEP on November 6, 2023, after which FDEP found the Kingston 404 permit application sufficient and issued public notice on November 20, 2023 (*see* Attachment D).

12.    Like Cameratta's other projects in this environmentally sensitive area, Cameratta will be investing millions of dollars into significant habitat restoration and enhancement as a part of the Kingston Project, including planting in excess of 340,000 trees and 5,718,750 native plants at the Project site.

13.    The Project location is in an environmentally sensitive area, but the Project site is less than pristine.  Currently, the majority of the Project site supports a distressed citrus grove and sod farm, and other intensive agricultural operations. 5,283 acres of the site (79%) are citrus grove and sod farming. A substantial portion of the remaining acreage contains upland vegetation that is substantially disturbed and impacted by exotic vegetation infestation.

14.    Cameratta's Project development activities will be concentrated within areas that are already in active use by large-scale agricultural operations. The Project will preserve approximately 1,173 acres (equivalent to 99%) of the existing wetlands on the Project site.  As indicated in the State 404 Program Public Notice, the Project will only result in approximately 12.87+/- acres of wetlands impacts – which will be entirely compensated for at the direction of the

agency by the $868,300.00 purchase of 4.57 wetland mitigation credits from the Corkscrew Regional Mitigation Bank that Cameratta has reserved with a non-refundable deposit and a contractual agreement. The remaining 1,173 acres of existing wetlands will be preserved, enhanced, maintained, and protected in perpetuity.

15.    In addition to preserving/enhancing existing wetlands, the Project will also restore over 1,926 acres of uplands and agricultural fields to native wetland and upland habitat and restore over 173 acres of surface waters. Restoration will include planting millions of native ground cover plants, shrubs, and trees to enhance wildlife use. This will more than double the existing native wetland and upland habitat at the Project site. Specifically, the Kingston Project will eliminate decades of sod fields and non-producing citrus groves, re-create historic flow-ways that will enhance ground water recharge and nutrient uptake, and provide approximately 3,273 acres of restoration/conservation land that will be maintained in perpetuity. The constructed environmental restoration will preserve and enhance 1,487± acres of panther primary zone habitat area and 1,786± acres of equivalent panther primary zone habitat, resulting in an exceptional benefit to panthers.

16.    Included with the mitigation efforts onsite, Cameratta has also contracted for additional credits offsite from the Panther Passage Conservation LLC in the amount of $2,667,000.00, which Cameratta has already reserved with a non-refundable deposit.

17.    In addition to the permit conditions set forth in USFWS' Biological Opinion for the state 404 permitting program, the Project will be subject to special conditions and additional avoidance and minimization measures specifically relating to species protection and habitat enhancement, including permanent conservation easements, construction of wildlife crossings to improve habitat connectivity, approximately $20,000,000 in contributions to the Lee County Proportionate Share Fee Fund for Corkscrew Road roadway improvements (including flow-way

culverts and wildlife crossings), and additional species surveys prior to certain development activities.

18.    The Project will also result in significant hydrologic benefits to the Project site and surrounding area (*see* Attachment E), including significant reduction of the existing 12,820,000 gallons per day of permitted agricultural irrigation water withdrawal to approximately 2,927,700 gallons per day after development, which replenishes the water aquifer system used as Lee County's primary source for public drinking water. Cameratta will eliminate all sandstone aquifer wells and cap more than 60 farm field irrigation wells that are likely impacting the aquifer system. There will also be an approximate 49% reduction in nitrogen and an approximate 80% reduction in phosphorus levels as a result of the Project.  The Project will install multiple groundwater monitoring wells to conduct water quality testing, which did not occur during the previous decades of farming. The Project will track groundwater levels to verify that there are no adverse impacts to wetlands, and test water quality constituent levels at locations where offsite water enters into and discharges from the Project to ensure that there are no adverse effects downstream.  All of this data will also be shared with Lee County.

19.    Additionally, the Project will reduce flooding that has historically occurred within the Wildcat Farms neighboring development to the east, which has overwhelmingly supported the Kingston Project, and Lehigh Acres to the north by designing and constructing a storm water management plan permitted through SFWMD that will allow these properties to drain into the re-created historical flow-ways. The Project will also build a hurricane evacuation route for the area.

20.    Furthermore, Cameratta has voluntarily agreed to incorporate measures that are not required for the Project, including voluntary contributions to the Fish and Wildlife Foundation of Florida Fund to be used to initiate and support conservation activities selected by the Fund's Board

of Directors such as panther conservation and research, constructing wildlife crossings, and land acquisitions. Contributions include (i) $350 per development acre (approximately $1,186,150); (ii) $200 per residential building permit at time of permit issuance (approximately $2,000,000) and $200 per each home resale in perpetuity. Cameratta has also voluntarily agreed to acquire and convey via quit claim deed approximately 2,700-acres of outstanding oil, gas, and mineral interests underneath the offsite Corkscrew Swamp Sanctuary to the National Audubon Society, Inc., to prevent any potential drilling or exploration on the protected Audubon property.

21.    In sum, Cameratta has worked tirelessly and spent millions of dollars over the past two years following all applicable permitting laws, regulations, and guidelines to develop a Project that not only meets but exceeds environmental criteria and results in a net benefit to the environment and wildlife.

22.    As the contract buyer of the Kingston Project site, Cameratta's acquisition of the property is solely awaiting issuance of the 404 permit by FDEP, which is the final remaining permit necessary to close on the property.  The purchase contract has a limited closing timeline with significant non-refundable money at risk.  Any delay to the permitting process could cause irreputable harm to Cameratta.

23.    Penalizing a permit applicant that has not only adhered to but in some instances exceeded all applicable environmental rules and requirements, for an environmentally-conscious project that has been reviewed and endorsed by Lee County staff, Lee County Hearing Examiner, Lee County Board of County Commissioners, Circuit Court of the Twentieth Judicial Circuit, South Florida Water Management District, U.S. Fish and Wildlife Service, Florida Fish and Wildlife Conservation Commission, and Florida Department of Environmental Protection, would be an unjust outcome and interference.

24.     While Cameratta has worked on developing this Project over the past 2+ years, Plaintiffs Center for Biological Diversity and Sierra Club have never reached out to discuss the Project or mitigation efforts, instead choosing to file for a TRO to stop a valid permit process in place. We have decades of experience and we have won environmental awards for our efforts. We are by no means the incompetent developer that Plaintiffs would lead the Court to believe.

25.     Based on my experience working with environmental agencies on Cameratta projects for many years, I also believe that these agencies are extremely concerned about wildlife, and Florida panthers in particular. I believe that these agencies would never permit Cameratta to move forward with a Project unless they are completely satisfied with the permit conditions and mitigation measures. Indeed, in my experience the agencies undertake rigorous review and analysis of such permit applications, and request as much mitigation in favor of the species as possible.

26.     Cameratta prepared and submitted the same permitting submittal documents, studies, reports, plans, maps and wetland and wildlife surveys to FDEP for the Kingston Project 404 permit as would be submitted to the Army Corps of Engineers if the state 404 permitting program did not exist.

27.     Cameratta, in coordination with the reviewing agencies, has gone above and beyond to do everything in its power to not only protect the wildlife in the Project area, but to provide a net benefit. Stopping the Kingston Project does more harm than good for all wildlife.

I state under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on January 9 , 2024.

CAMERATTA COMPANIES, LLC / CAM7-SUB, LLC
a Florida limited liability company

by: _____
Joseph Cameratta, Managing Member

# ATTACHMENT A

Award of Merit News Release

**NEWS RELEASE**



## Lee County Department of Community Development Receives
## American Planning Association Florida Award

**SEPTEMBER 28, 2016 [FORT MYERS, FLORIDA]**- Cameratta Companies is proud to announce that the *Lee County Environmental Enhancement & Preservation Overlay* created for its The Place at Corkscrew proposed residential development has received an APA Florida **Award of Merit** in the Best Practices category by the Florida Chapter of the American Planning Association (APA) during the recent APA Florida 2016 Conference held in Tampa, Florida on September 7, 2016.

The Environmental Enhancement & Preservation Overlay is an innovative strategy that balances development within the Density Reduction/Groundwater Resource (DR/GR) area of southeast Lee County with the County's goals of ensuring long-term protection and enhancement of natural resources.

"This is a perfect example of local government working together with the private landowner on a project that will overall enhance and benefit Lee County's environment, while at the same time providing for our growing needs." Commissioner Cecil Pendergrass

The Project Awards program provides APA Florida members with the chance to see and learn about development, conservation, government, or environmental projects, where planning has had a positive impact on the outcome.

"It is an honor to be recognized with Lee County by the American Planning Association among the many contending counties in Florida," said President Ray Blacksmith. "This achievement reflects our commitment to innovative, safe, environmentally sensitive, and attractive residential development design that supports sustainability."

The Place, designed to be a destination community consists of 1,361 acres of land with 1,325 homes that are uniquely located around large lakes and preserves. Over 700 acres of the property will be restored into wetlands and uplands and placed into recorded conservation easements and green space buffers.

"We have already invested heavily to ensure that the environmental heritage and integrity of the property has been properly recognized and restored," said Joe Cameratta, Founder, Cameratta Companies.

* * *

**For more information media should contact**
Cheryl Yano, Director of Marketing, Cameratta Companies 239-425-8662 cyano@camprop.com

**About Cameratta Companies**
Cameratta Companies, LLC is a full-service, leading real estate development company and a pioneer in the real estate industry known to work with the most successful builders in the industry.  With more than 35 years of experience, the Cameratta organization has successfully developed thousands of acres of raw land into masterfully designed communities including single family and multi-family residential communities, high-rise condos and golf course communities.  High Point Place in Fort Myers and Corkscrew Shores and The Preserve at Corkscrew in Estero are just a few of the award winning projects by Cameratta Companies.  For more information about Cameratta Companies, visit www.camerattacompanies.com.



American Planning Association
**Florida Chapter**

*Making Great Communities Happen*

July 15, 2016                                    **EMAIL:** mrozdolski@leegov.com

Mikki Rozdolski
Lee County Department of Community Development
P.O. Box 398
Ft. Myers, FL 33902

RE:      2016 APA Florida Project Awards

Dear Ms. Rozdolski,

On behalf of the APA Florida Executive Committee and this year's Awards Committee, it gives me great pleasure to inform you that the *Lee County Environmental Enhancement & Preservation Overlay* has been selected for an APA Florida **Award of Merit** in the Best Practices category. The Awards Committee, which met in mid-June, after much deliberation and review, found your nomination worthy of this award. Congratulations!

I would like to cordially invite you to attend the Annual State Conference to be held at the Tampa Convention Center, September 6-9, 2016 to accept this award. At the Awards Ceremony, which will be held at the end of the Plenary Session on Wednesday, September 7, 2015 at 9:00 a.m., this nomination will be recognized for its accomplishment as an Award Winner. You will be able to bring as many people as you wish to the ceremony; however, please limit the number accepting the award to 2 people. There will be an opportunity for everyone involved to have pictures taken afterward. Please contact Alex Magee, APA Florida Executive Director, to provide the names of those who will accept the award in person by August 12th. You may call her at (850) 201-3272 and email her at fapa@floridaplanning.org.

If you haven't already done so for this project, we would encourage you to work with your local Section to submit your nomination to APA National for consideration of a national award. You can obtain the information on a national award submittal from APA's website at www.planning.org. The Chapter will support you with your submittal by providing a letter of recommendation. Please let me know how we can further assist you in this process.  While the award winners will be announced at the Awards Ceremony at the Annual Conference, you are encouraged to share your good news with your friends and colleagues in your newsletters and local newspapers. Again, congratulations on your Award and I look forward to congratulating you personally at the Awards Ceremony.

Sincerely,

*Lindsay Haga*

Lindsay Haga, AICP
Chair, 2016 Awards Committee, APA Florida

2017 Delta Boulevard, Suite 201
Tallahassee, FL 32303
P: 850-201-3272
F: 850-807-2576
e: fapa@floridaplanning.org
www.floridaplanning.org
Julia "Alex" Magee
Executive Director

Brian Teeple, AICP
President

Tony LaColla, AICP
VP, Section Affairs

Merle Bishop, FAICP
Past President

Kathie Ebaugh, AICP
VP, Conference Services

Melissa Zornitta, AICP
President Elect

Henry Bittaker, AICP
VP, Certification Maintenance

Laura Everitt, AICP
VP, Membership Services

Andre Anderson, AICP
Treasurer

Debra Hempel, AICP
VP, Professional Development

Lorraine Duffy Suarez, AICP
Secretary

# ATTACHMENT B

Emails Regarding Environmental Tours
of Cameratta Projects

**RBlacksmith**

| | |
|---|---|
| **From:** | Miranda, Leopoldo <Leopoldo_Miranda@fws.gov> |
| **Sent:** | Friday, March 13, 2020 7:30 PM |
| **To:** | JCameratta |
| **Cc:** | RBlacksmith; Dist2, Cecil Pendergrass; Commissioner Larry Kiker (dist3@leegov.com); Cassler, Constance; Hinzman, Roxanna; Steve Lewis; John Policarpo (John.N.Policarpo@usace.army.mil); rsweigert@leegov.com; DeFilippo, Nicholas; ShaneJ@passarella.net; kenp@passarella.net; Marshal Olson (marshall.olson@audubon.org); TCameratta; ncameratta; tina@gsma.pro; Angela Bell |
| **Subject:** | Re: [EXTERNAL] Re: Place tour |

Ray/Joe and all!

Thank you so much for being good stewards of the resources and help providing good quality residential communities. It was great to be able to see the development and conservation projects. I learned a many things that will help me do my job better.

Have a great weekend everyone!

Leo

Leopoldo Miranda, Regional Director
USFWS, South Atlantic-Gulf &
Mississippi-Basin
404-679-4000

Sent from my iPhone

***NOTE: This email correspondence and any attachments to and from this sender is subject to the Freedom of Information Act (FOIA) and may be disclosed to third parties.***

On Mar 13, 2020, at 3:06 PM, JCameratta <JCameratta@camerattacompanies.com> wrote:

> I also want to thank everyone for taking the time to visit the site , and all your support very much
> appreciated
> Stay well
> Thanks
> Joe Cameratta
>
> Sent from my iPad
>
>> On Mar 13, 2020, at 3:03 PM, RBlacksmith <RBlacksmith@camerattacompanies.com>
>> wrote:
>>
>>
>> ALL,

1

Thank you once again for taking the time from your busy schedules to meet with us and  physically view the environmental restoration successes we've achieved at The Place.  It's exciting to see that residential development can co-mingle with the environment when using the right template.  All your agencies and departments had a tremendous hand in the end result.


Ray Blacksmith, President
Cameratta Companies, LLC
4954 Royal Gulf Circle
Fort Myers, Florida 33966
O – 239-425-8662
C – 440-773-6800

**RBlacksmith**

| | |
|---|---|
| **From:** | Larry Williams <larry_williams@fws.gov> |
| **Sent:** | Friday, July 26, 2019 6:31 AM |
| **To:** | RBlacksmith |
| **Cc:** | Blaisdell, Muriel M CIV USARMY CESAJ (USA); Steve Lewis; Kenneth Passarella; Shane Johnson; JCameratta; TCameratta; Roxanna Hinzman |
| **Subject:** | Re: [EXTERNAL] tour |

Ray,
I greatly appreciate you and Joe showing us the project. The way you've blended the needs of the residents with the need for conservation is simply incredible.  It's an exemplary project, and I'd like to showcase it more. Thank you for the tour and all the excellent work.

Larry

Sent from my iPhone

On Jul 19, 2019, at 7:37 AM, RBlacksmith <RBlacksmith@camerattacompanies.com> wrote:

> Muriel and Larry,
> As busy as I'm sure your schedules are, we truly appreciated the time you were able to spend with us at our *The Place* development, to physically see the success we've achieved in the environmental restoration creation within the project.  It also gave us the opportunity to show you the Verdana/Pepperland Ranch properties prior to our involvement in developing and restoring that site.
>
> We look forward to working closely with you and your staff through the permitting process for Verdana Village.
>
> Thanks,
> Ray Blacksmith, President
> Cameratta Companies, LLC
> 4954 Royal Gulf Circle
> Fort Myers, Florida 33966
> O – 239-425-8662
> C – 440-773-6800

**RBlacksmith**

| | |
|---|---|
| **From:** | Webb, Allyson <Allyson.Webb@audubon.org> |
| **Sent:** | Friday, July 30, 2021 3:18 PM |
| **To:** | TCameratta |
| **Cc:** | Olson, Marshall; RBlacksmith |
| **Subject:** | Re: Verdana |

Thanks for the update Tony, and thank you for the work on the banks and canal! Also, it's been great watching all the wading birds and wildlife taken advantage of the restoration work. I saw a few Black-necked Stilts (one of my favorite birds) yesterday foraging along Six Ls near that northern cypress.

Hope all is well, and have a great weekend,

—
**Allyson L. Webb**
Senior Resource Manager
239.849.8670

**Corkscrew Swamp Sanctuary**
375 Sanctuary Road West
Naples, FL 34120
corkscrew.audubon.org

---

**From:** TCameratta <TCameratta@camerattacompanies.com>
**Sent:** Thursday, July 29, 2021 4:14 PM
**To:** Webb, Allyson <Allyson.Webb@audubon.org>
**Cc:** Olson, Marshall <marshall.olson@audubon.org>; RBlacksmith <RBlacksmith@camerattacompanies.com>
**Subject:** Verdana

Hi Allyson,

Hope all is well. Wanted to let you know that I will be planting some cordgrass and muhly grass in the areas that got disturbed. They have completed the discharge but are still doing some earthwork on my property. I'm hoping to start planting that southern berm to your property in about 2-3 weeks and have the entire area planted by mid September. Also, once I install the gate off Carter Rd, I'll give you a key or combo so you have access along that berm if needed. Thank you for the cooperation, we should be away from the property soon.

Thank you ,

Tony C.

1

**RBlacksmith**

| | |
|---|---|
| **From:** | TCameratta |
| **Sent:** | Friday, July 30, 2021 8:38 AM |
| **To:** | RBlacksmith; Andrew Jenkins; Brandon Frey (brandon@jreeng.com) |
| **Subject:** | FW: Verdana |

Fyi below

**From:** Olson, Marshall <marshall.olson@audubon.org>
**Sent:** Friday, July 30, 2021 8:33 AM
**To:** TCameratta <TCameratta@camerattacompanies.com>
**Cc:** Webb, Allyson <Allyson.Webb@audubon.org>
**Subject:** RE: Verdana

Good morning Tony,
Really great work you did on stabilizing the banks and the canal from erosion. I can't thank you enough.  I continue to be amazed by the work you're doing and how it all comes together.
Kindest regards,

**Marshall L. Olson**
Director of Conservation
239-877-0325
Marshall.Olson@Audubon.org

**Corkscrew Swamp Sanctuary**
375 Sanctuary Road West
Naples, FL 34120
corkscrew.audubon.org

**From:** TCameratta <TCameratta@camerattacompanies.com>
**Sent:** Thursday, July 29, 2021 4:14 PM
**To:** Webb, Allyson <Allyson.Webb@audubon.org>
**Cc:** Olson, Marshall <marshall.olson@audubon.org>; RBlacksmith <RBlacksmith@camerattacompanies.com>
**Subject:** Verdana

Hi Allyson,

Hope all is well.  Wanted to let you know that I will be planting some cordgrass and muhly grass in the areas that got disturbed.  They have completed the discharge but are still doing some earthwork on my property.  I'm hoping to start planting that southern berm to your property in about 2-3 weeks and have the entire area planted by mid September.  Also, once I install the gate off Carter Rd, I'll give you a key or combo so you have access along that berm if needed.  Thank you for the cooperation, we should be away from the property soon.

Thank you ,

Tony C.

**RBlacksmith**

| | |
|---|---|
| **From:** | Donald Eslick <doneslick@comcast.net> |
| **Sent:** | Tuesday, November 13, 2018 7:59 PM |
| **To:** | RBlacksmith |
| **Cc:** | Bob Lienesch; Pete Cangialosi; Tatooles, Jim; ECCLTD01; Jim Gilmartin; Lowell Gerson; Tom MacDonald; JCameratta; TCameratta |
| **Subject:** | Re: THE PLACE |

Ray & Joe

As you know I toured the site recently and am impressed that you have done a good job on site. As before our concern has always been with the off-site impacts that are supposed to be addressed by the County's AIM engineering study. Unfortunately it is over one year late.

I would like to encourage our Board Members to take advantage of your offer so they can speak more authoritatively about the project and the implications of all the development in the DRGR.

Thanks for reaching out to us.

Don Eslick.

On Tue, Nov 13, 2018 at 8:20 AM RBlacksmith <RBlacksmith@camerattacompanies.com> wrote:

Don,

24 months ago, we started the onsite construction at THE PLACE. Our vision and mission was to reshape an existing 1,361-acre farm field into a residential development, surrounded by newly created conservation lands consisting of flow ways and wildlife corridors. 2-years later we've accomplished what we set out to do, while raising the bar in establishing a new type of environmentally sensitive residential development design.

To date we have installed 9.4 miles of onsite water mains, sewers, irrigation mains, and roadways. Moved and reshaped 2.7 million cubic yards of dirt creating 11 lakes totaling 105-acres in size. Constructed 5 flow way water control weirs, re-constructed 3 historic flow ways, installed over 70,000 trees, and more than 1.2 million plants in over 750-acres of conservation lands. We've built 5 sewage pump stations, 2 irrigation stations, 2.2 miles of offsite water main, 4.8 miles of offsite force main, a 3-mast arm traffic signal, and a regional lift station. And finally, we've received a certificate of occupancy on 80% of our $15,000,000 amenity complex.

Please contact us for a personal tour of THE PLACE.

Ray Blacksmith, President

Cameratta Companies, LLC

4954 Royal Gulf Circle

Fort Myers, Florida 33966

O – 239-425-8662

# ATTACHMENT C

Environmental Permitting Timeline
for Kingston Project

### ENVIRONMENTAL PERMITTING TIMELINE

| DATE | US FISH & WILDLIFE SERVICE |
|---|---|
| 2/9/2022 | **Initial meeting with USFWS** |
| 7/8/2022 | Submitted Biological Assessment, Env supplement, and 404 Plans |
| 8/24/2022 | Received email from USFWS regarding soil testing, shapefile, and bonneted bat info |
| 8/25/2022 | Site visit with SFWMD, FDEP, FWCC |
| 9/2/2022 | Conference call with USFWS to discuss the project |
| 9/15/2022 | Sent USFWS revised appendix B from PSMP |
| 9/16/2022 | Emailed boundary shapefile to USFWS |
| 10/21/2022 | Received RAI review comments from FWCC |
| 12/9/2022 | Responded to FWCC |
| 12/12/2022 | Notified USFWS of the responses sent to FWCC |
| 12/19/2022 | Received confirmation from USFWS of receipt of docs |
| 1/13/2022 | Received email from USFWS regarding soil testing in 2 site locations |
| 3/6/2023 | Submitted follow up soil sampling to USFWS confirming no issues |
| 3/28/2023 | USFWS requested additional info on traffic |
| 3/30/2023 | Submitted requested traffic info to USFWS |
| 4/4/2023 | USFWS requested additional info on traffic |
| 4/17/2023 | USFWS requested additional info on traffic |
| 4/17/2023 | Ted Treesh responded to USFWS |
| 4/25/2023 | Conf call with USFWS regarding avoidance measures required by USFWS |
| 5/1/2023 | Provided USFWS with avoidance measures doc relating to our project |
| 6/6/2023 | Received email from USFWS that 404 documents are going to supervisor (Bob Carey) |
| 7/14/2023 | Received email from USFWS that Bob & Larry are waiting for DC |
| 7/27/2023 | Provided draft permit conditions for review and comment. |
| 10/24/2023 | Service forwarded their reccomended comments and conditions to FWCC and FDEP |

| DATE | FLORIDA DEPARTMENT of ENVIRONMENTAL PROTECTION |
|---|---|
| 4/6/2022 | **Initial meeting with FDEP** |
| 6/28/2022 | First submittal to FDEP Permit File #0423130-001-SFI |
| 7/28/2022 | First RAI from FDEP |
| 8/25/2022 | Site visit with SFWMD, FDEP, FWCC |
| 12/9/2022 | Response to first RAI |
| 3/13/2023 | Second RAI from FDEP |
| 5/24/2023 | Response to second RAI |
| 7/7/2023 | Provided responses to Conservancy of Southwest Florida objection letter |
| 7/24/2023 | Provided comprehensive project summary and reviewed draft permit conditions as requested |
| 7/31/2023 | Provided responses to Audubon objection letter |
| 11/1/2023 | FDEP received reccomended comments and conditions from FWS / FWCC |
| 11/20/2023 | FDEP issued the Kingston Public Notice |
| 1/16/2024 | Public Meeting |

| DATE | SOUTH FLORIDA WATER MANAGEMENT DISTRICT |
|---|---|
| 4/29/2022 | **Initial meeting to SFWMD** |
| 6/21/2022 | First Submittal SFWMD |
| 7/22/2022 | First RAI |
| 8/25/2022 | Site visit with SFWMD, FDEP, FWCC |
| 12/21/2022 | Second RAI |
| 1/12/2023 | Met with SFWMD staff at Fort Myers office |
| 3/2/2023 | Video conference with SFWMD staff |
| 3/10/2023 | Third RAI |
| 4/12/2023 | Provided information to Sergio Guzman |
| 5/17/2023 | Conference call with Sergio regarding control elevations |
| 5/23/2023 | Conference call with Jewelene Harris |
| 6/7/2023 | Resubmitted ERP application after withdrawal |
| 6/21/2023 | Provided draft responses to Sergio Guzman |
| 6/30/2023 | Provided mitigation & monitoring information to Jewelene |
| 7/6/2023 | Teams meeting and email correspondence with Sergio Guzman |
| 7/14/2023 | Submitted additional requested information |
| 8/13/2023 | Cam review of draft permit conditions |
| 8/30/2023 | ERP Conditional Permit Issued |

# ATTACHMENT D

State 404 Program Public Notice for
Kingston Project



# FLORIDA DEPARTMENT OF
# Environmental Protection

South District
PO Box 2549
Fort Myers FL  33902-2549
SouthDistrict@FloridaDEP.gov

Ron DeSantis
Governor

Jeanette Nuñez
Lt. Governor

Shawn Hamilton
Secretary

November 20, 2023

## STATE 404 PROGRAM
## PUBLIC NOTICE

Permit Application No. 423130-001

TO WHOM IT MAY CONCERN: The Department of Environmental Protection has received an application for a State 404 Program permit pursuant to 62-331, Florida Administrative Code, as described below:

**APPLICANT**:    CAM7-Sub, LLC/Cameratta Companies, LLC
‰ Ray Blacksmith
21101 Design Parc Lane, Suite 103
Estero, Florida 33928
(239) 425-8662
RBlacksmith@camerattacompanies.com

**LOCATION:** The Project site is located in Sections 2, 3, 10, 11, 14, 15, 23-26, and 34-36; Township 46 South; Range 27 East and Section 35; Township 45 South; Range 27 East; Lee County.  The surrounding land uses include single-family home sites to the north; Corkscrew Regional Ecosystem Watershed (CREW) lands to the south; CREW lands, single-family home sites, and a segment of Corkscrew Road to the east; and mining and agricultural uses to the west.  Additionally, an east-west segment of Corkscrew Road bisects the property before it turns and heads north.

**APPROXIMATE CENTRAL COORDINATES:**
Latitude 26.485570° Longitude -81.599305°

PROJECT PURPOSE: The Project's overall purpose is to construct an economically viable mixed-used development in southeast Lee County to meet local demand for this type of development. The Project also includes roadways, parking, amenities, preserve areas, surface water management system, and other associated infrastructure .

PROPOSED WORK: The applicant seeks authorization under Section 373.4146, Florida Statutes (F.S.), to discharge dredge or fill material into "Waters of the United States" (WOTUS). The authorized discharges would total approximately 12.87± acres, and would occur in connection with construction of roads, utility features, pedestrian trail crossings, graded slopes along with stormwater management and development areas, and commercial areas. The authorized discharges would impact approximately 1 percent of the wetlands on-site, avoiding the remaining 99 percent. All impacts will be mitigated for

through the purchase of 4.57 Freshwater Forested Wetland Mitigation Credits from Corkscrew Regional Mitigation Bank. The remaining 1,173.58± acres of existing wetlands and other habitats will be preserved and enhanced in accordance with Lee County indigenous vegetation requirements, but not used as mitigation for wetland impacts.

Structures to be erected on fills include road, utility, and pedestrian trail crossings; residential areas; and graded slopes along the perimeters of development areas and stormwater management lakes. All wetlands and surface waters delineated using Chapter 62-340, Florida Administrative Code (F.A.C.) and regulated under Part IV of Chapter 373, F.S. were determined to be WOTUS.

The development will occur in multiple phases, however the jurisdictional impacts from the project are 12.87 acres of FNAI bottomland wetlands and are anticipated to be completed within the initial five-year permit timeframe.

EXISTING CONDITIONS: The majority of the site currently supports active citrus grove and other agricultural operations, while the remainder of the site contains scattered wetland and upland vegetation with varying amounts of disturbance and exotic vegetation. A total of 90 vegetative associations and land uses, as defined by the Florida Land Use, Cover and Forms Classification System (FLUCFCS) codes, were identified on the property. The dominant land uses on the property are citrus grove, sod farm, and cypress, which together occupy 5,283.83± acres or 79.1 percent of the site. Ditches, reservoirs, berms, borrow areas, cow pond, and spoil area associated with the agricultural uses occupy 492.23± acres or approximately 7.4 percent of the site. The site contains disturbed native wetland systems including mixed wetland hardwoods, hydric cabbage palm, hardwood-conifer mixed, hydric pine, cypress, cypress/pine/cabbage palm, freshwater marsh, and wet prairie. The site also contains non-native wetland habitats including low pasture, hydric melaleuca, hydric Brazilian pepper, and hydric disturbed land. The on-site wetland habitats have been disturbed by ditching, berms, agricultural activities (i.e., citrus groves, row crops, and cattle grazing), and exotic vegetation infestation.

The jurisdictional wetlands constitute a total of 1,186.45± acres or approximately 17.8 percent of the Project site. The prominent wetland features are Low Pasture, Hydric (FLUCFCS Code 262); Melaleuca, Hydric (FLUCFCS Code 4241); Cabbage Palm, Hydric (FLUCFCS Code 4281); Wax Myrtle/Willow, Hydric (FLUCFCS Code 4291); Mixed Wetland Hardwoods, Disturbed (FLUCFCS Code 6179); Willow/Pop Ash, Disturbed (FLUCFCS Code 6189); Cypress, Disturbed (FLUCFCS Code 6219); Cypress/Pine/Cabbage Palm, Disturbed (FLUCFCS Code 6249); Pine, Hydric, Disturbed (FLUCFCS Code 6259); Mixed Wetland Forest, Disturbed (FLUCFCS Code 6309); Freshwater Marsh, Disturbed (FLUCFCS Code 6419); Wet Prairies, Disturbed (FLUCFCS Code 6439); and Disturbed Land, Hydric (FLUCFCS Code 7401) with varying degrees of exotic infestation. "Other Surface Waters" (OSW) constitute a total of 307.08± acres or 4.6 percent of the Project site. The prominent OSW features include Drainage Canal/Ditch (FLUCFCS Code 514), Reservoirs (FLUCFCS Code 533), and Borrow Area (FLUCFCS Code 742).

AVOIDANCE AND MINIMIZATION INFORMATION: Based on information provided by the applicant, the overall project has been designed to preserve existing wetlands and wildlife habitat, while concentrating development within areas that are already in active use by large-scale agricultural operations in accordance with federal, state, and local conservation initiatives. The proposed site plan has been designed to avoid impacting 98.9 percent (1,173.58± acres) of on-site jurisdictional wetlands

and 56.5 percent (173.74± acres) of on-site OSW in perpetuity. Additionally, 1,910.36± acres of farm fields will be restored to natural wetland and upland habitat types.

The applicant also considered alternative site designs. The present design was chosen due to regional environmental considerations and economic feasibility of the Project, and to provide greater continuity between on-site preserve areas. The proposed site plan has been designed to avoid and minimize wetland impacts as much as feasibly possible by concentrating the majority of the proposed development within the existing agricultural fields. Development of the Project will result in 12.87± acres of wetland impacts and 132.65± acres of OSW impacts. The majority (76.5 percent) of the wetland impacts are to wetlands that have been historically disturbed by agricultural operations, ditching, and exotic vegetation infestation (i.e., greater than 50 percent coverage by Brazilian pepper and melaleuca). The OSWs proposed for impact consist of Ditch (FLUCFCS Code 514) and Reservoir (FLUCFCS Code 533). The OSWs within the Project are man-made and are associated with active agricultural operations.

COMPENSATORY MITIGATION: A Uniform Mitigation Assessment Methodology (UMAM) analysis was conducted for the Project to quantitatively evaluate the current functional value of the on-site wetlands. According to the UMAM analysis, the proposed wetland direct and secondary impacts result in a functional loss of 4.57 UMAM units. As such, the applicant will purchase 4.57 Freshwater Forested Wetland Mitigation Credits from Corkscrew Regional Mitigation Bank.

CULTURAL RESOURCES:
The Department has requested review from the State Historic Preservation Officer (SHPO) and those federally recognized Tribes with concerns in Florida and the permit area. No comments have been received. The proposed project area encompasses 6,676 ac located within
Section/Township/Range: 2 / 46S / 27E ; 3 / 46S / 27E ; 10 / 46S / 27E ; 11 / 46S / 27E ; 14 / 46S / 27E ; 15 / 46S / 27E ; 23 / 46S / 27E ; 24 / 46S / 27E ; 25 / 46S / 27E ; 26 / 46S / 27E ; 34 / 46S / 27E ; 35 / 46S / 27E ; 36 / 46S / 27E of Lee County; (Latitude 26° 28' 20.3327" Longitude -81° 35' 14.4507"). The proposed project is construction of a large mixed-use development including 10,000 single family residences, commercial areas, amenities, and associated infrastructre. A map depicting the project boundaries is attached for your reference.

The Area of Potential Effects (APE) was previously subjected to a cultural resource assessment survey (CRAS) to locate any archaeological and/or historical sites and to assess their potential eligibility for inclusion in the National Register of Historic Places (NRHP). Several surveys have been conducted within the referenced permit area (FMSF Manuscript No(s). 11014, 14907, 15304, 21903, 26188, 27721). Located within the project area are two sites (LL02473, ineligible), and LL02474 (potentially eligible, but not evaluated by SHPO due to insufficient information). Our final determination relative to historic and cultural resource impacts is subject to review by and coordination with the State Historic Preservation Officer (SHPO) and those federally recognized tribes with concerns in Florida and the Permit Area.

A Phase I cultural resource assessment survey for the Project site was conducted by Archaeological and Historical Conservancy, Inc. (AHC) in July through November 2007. The surveys resulted in the documentation of one unrecorded archaeological site. In April of 2022, AHC conducted a Phase II cultural resource assessment on the archaeological site and concluded the site was not eligible for listing in the National Register due to its inchoate character, lack of determinable historical association, and extent of disturbances to the site. On September 8, 2022, the Florida Department of State Division of

Archaeological resources sent a letter concurring with the presented survey results and recommendations prepared by AHC and found that the proposed Project will have no effect on historic properties listed, or eligible for listing, in the National Register of Historic Places, or otherwise of historical, archaeological, or architectural value.

FEDERALLY AND STATE-LISTED SPECIES: FEDERALLY AND STATE-LISTED SPECIES: The Department has received final comments from the Florida Fish and Wildlife Conservation Commission (FWC) and the U.S. Fish and Wildlife Service (USFWS), dated November 6, 2023.

The following determinations of the project's effect to federally listed species, and proposed to be listed species, are as follows: "may affect and is likely to adversely affect" the Florida panther, Audubon's crested caracara, eastern indigo snake, and tricolored bat (proposed to be listed), "may affect, but is not likely to adversely affect" the Florida bonneted bat, wood stork, Everglade snail kite, and red-cockaded woodpecker; and have "no effect" on the Florida scrub-jay. For State-listed species, the project area may provide habitat for the following: Gopher tortoise, Florida burrowing owl, Florida sandhill crane, Little blue heron, Tricolored heron, Snowy plover, and Big Cypress fox squirrel.

State 404 permit conditions have been recommended by the FWC and the USFWS for these species, with the exception of the Everglade Snail Kite, Red-Cockaded Woodpecker, and the Florida scrub-jay.

Discussions are provided below for federally listed species, and proposed to be listed species, that may be affected by and are likely to be adversely affected by the proposed project. These discussions include summaries of recommended permit conditions from the FWC/USFWS letter that will address the anticipated adverse impacts.

Florida panther
The permittee will, at its sole cost and expense, ensure the construction of one large mammal wildlife crossing along the four-lane spine road and twelve (12) small wildlife crossings within the project site. Contributions to the Fish and Wildlife Foundation of Florida Fund (Fund) will be made to fund panther conservation and research as described in the permit condition. These contributions include the deposit of $350 per development acre of land (or approximately $1,186,150) within the development footprint of the project upon issuance of the permit, and $200 per each building permit at date of issuance (or approximately $2,000,000) and $200 per each home resale to the Fund. Annual reports confirming the sale and contribution to the Fund are required. Contributions to the Lee County Proportionate Share Fee fund will be made of approximately $20,000,000 for Corkscrew Road roadway improvements, inclusive of pavement widening, flow-way culverts, and wildlife crossings. Educational information regarding panthers and pets, and information on how to live with wildlife, shall be included in the Homeowner Association required documents provided to residents, and provided to community association managers and maintenance staff. USFWS staff concluded that the project "may affect and is likely to adversely affect" the Florida panther but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

Audubon's crested caracara
Prior to construction and any clearing activities, surveys for caracara during nesting season are required within 4,920 feet from previously documented or newly discovered nests. Activities shall be conducted outside of caracara nesting season if within a 984-foot buffer of documented nest sites, with additional

avoidance conditions, and if activities are to occur in the most recent nesting season, restoration shall be required per the permit condition. USFWS staff concluded that the project "may affect and is likely to adversely affect" the Audubon's crested caracara but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

Eastern indigo snake
The USFWS's 2021 Standard Protection Measures for the Eastern Indigo Snake will be followed during construction of the project and restoration of the conservation area. Construction staff will be provided appropriate identification and conservation informational brochures, and conservation areas will be maintained per the project's Indigenous Preserve, Restoration, and Management Plan. USFWS staff concluded that the project "may affect and is likely to adversely affect" the Eastern indigo snake, but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

Tricolored bat
The tricolored bat has been proposed for federal listing as endangered but is still under review. Cavity tree and roost surveys for bats are required 30 days prior to removal. Bat breeding season will be avoided for activities involving the removal of trees, snags, or structures. If evidence of use by bats is found, these activities will be discontinued, and the permittee shall contact the USFWS for technical assistance. Activities with heavy equipment shall not occur within a 250-foot buffer of known or suspected bat roosts. The proposed buffer lake system shall be created, and preservation and enhancement of 1,173.58± acres of on-site wetlands is required to promote bat foraging opportunities. In addition, approximately 447 acres of wetland flow-way marsh will be created from existing agricultural lands to provide additional foraging habitat. Riparian habitat shall be enhanced by planting native vegetation along the lake shorelines (i.e., littoral zone plantings), and planting of native trees and shrubs within open space and buffer areas is required.

Widespread application of insecticides shall be avoided in areas where bats are known or expected to forage or roost. Within the proposed Conservation Areas, mature trees and snags shall be retained to provide roosting habitat, and prescribed fire will be used as a management tool to promote foraging habitat. International Dark-Sky Association lighting initiatives will be encouraged to minimize the use of artificial lighting. USFWS staff concluded that the project "may affect and is likely to adversely affect" the tricolored bat but "is not likely to jeopardize" the species, provided the recommended permit conditions are included in the State 404 permit.

See the FWC and USFWS correspondence for additional information regarding the assessment of adverse impacts to species and their habitats. DEP Nexus link to FWC/USFWS comments and recommended permit conditions:
https://depedms.dep.state.fl.us:443/Oculus/servlet/shell?command=getEntity&[guid=45.102537.1]&[profile=Permitting_Authorization

OTHER INFORMATION:
The Florida Department of Environmental Protection (FDEP) issued Environmental Resource Permit (ERP) No. 0284086-002 on June 2011 for a limestone mine on the northern 4,202± acre portion of the Project site known as Old Corkscrew Plantation (OCP) Mine that expires in June 2031.

Water Quality Certification was previously provided on August 30th, 2023, through the issuance of SFWMD ERP permit number 36-109267-P.

COMMENTS regarding the potential authorization of the work proposed may be submitted through the business portal (Public Comment | DEP Business Portal (fldepportal.com)) or in writing to Jonathan Guinn at Florida Department of Environmental Protection, South District Office, PO Box 2549, Fort Myers, Florida 33902-2549, or by electronic mail at SD-ERPcomments@floridadep.gov, within 30 days from the date of this notice. Written comments will be made part of the record and should reference the above permit application number. Objections must be factual, specific, and fully describe the reasons upon which any objection is founded. Any comments received will be considered by the Department to determine whether to issue, modify, condition, or deny a permit for this proposal. Unless a written request is filed with the Department within the 30-day public comment period, the Department may decide on the application without a public meeting.

EVALUATION: The determination as to whether a permit will be issued, or a public meeting held, will be based on an evaluation of all relevant factors, including the public comments received and the effect of the proposed work on the public interest, including, but not limited to, fish, wildlife, historical resources, and pollution. The specific permit decision criteria can be found in Chapter 62-331, Florida Administrative Code.

The Department is soliciting comments from the public; federal, state, and local agencies and officials; Indian Tribes; and other interested parties in order to consider and evaluate the impacts of this proposed activity. To make this consideration, comments are used to assess impacts to endangered species, historic properties, water quality, general environmental effects, and other public interest factors. Comments are also used to determine the need for a public meeting and to determine the overall public interest of the proposed activity.

FOR FURTHER INFORMATION regarding this application, contact the project manager, Jonathan Guinn, in writing at P.O. Box 2549, Fort Myers, FL. 33902; by electronic mail at Jonathan.guinn@floridadep.gov ; or by telephone at 239-344-5650. Please include the permit application number referenced at the top of this page in any correspondence.

REQUEST FOR PUBLIC MEETING: Any person may request a public meeting. The request must be submitted to Jonathan Guinn at P.O. Box 2549, Fort Myers, FL. 33902, or by electronic mail at SD-ERPcomments@dep.state.fl.us within the designated comment period of the notice and must state the specific reasons for requesting the public meeting.

***Full file can be accessed here:***
**Florida Public Information Portal**
*https://prodenv.dep.state.fl.us/DepNexus/public/electronic-documents/ST404_423130/facility!search*

# ATTACHMENT E

Map of Hydrologic Benefits from Kingston Project





**KINGSTON** (A Cameratta Development)

HYDROLOGIC BENEFITS MAP

**LEGEND**

EXISTING WETLANDS

FLOWWAY BASIN DIVIDE

FLOWWAY MARSH

FLOWWAY LAKE (MAX. DEPTH 12FT)

FLOWWAY DIRECTION

WEIR

CULVERTS

**NOTES:**

1. FINAL ELEVATIONS, AND DETAILS OF THIS HYDROLOGIC RESTORATION PLAN TO BE PROVIDED WITHIN THE FIRST DEVELOPMENT ORDER PROPOSING VERTICAL DEVELOPMENT WITHIN THE KINGSTON PROJECT.

2. ROGER COPP AND NATIONAL AUDUBON SOCIETY WILL BE CONSULTED IN ORDER TO PROVIDE DISCHARGE PATTERNS THAT ARE CONDUCIVE TO RE-ESTABLISHING FLOWS THAT MIMIC NATURAL PATTERNS AND SEASONALITY.

TYPICAL SECTION X-X

TYPICAL SECTION Y-Y

KINGSTON HYDROLOGIC RESTORATION PLAN AERIAL
JUNE 2, 2022

J.R. **EVANS**
ENGINEERING