**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | |
|     *Plaintiffs,* | |
|   v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | Civil Action No. 21-119 (RDM) |
|     *Defendants,* | |
|   and | Declaration of Shane Johnson Supporting *Amici Curiae* |
| STATE OF FLORIDA, *et al.*, | |
|     *Defendant-Intervenors*. | |

**DECLARATION OF SHANE JOHNSON**
**IN SUPPORT OF UNOPPOSED BRIEF OF AMICI CURIAE**

    I, Shane Johnson, hereby declare and state that I am over the age of 18, of sound mind, and in all respects competent and qualified to make this Declaration. All facts stated herein are within my personal knowledge, are true and correct, and, if called to testify, I could and would do so competently and under oath.

1. I am the Vice President and Senior Ecologist for Passarella & Associates, Inc., an ecological consulting firm providing environmental and ecological services including state, federal, and local permitting; agency negotiations; presentations for planning,

zoning, and board of county commissioner hearings; environmental impact assessments; ecological assessments; listed species surveys, permitting and relocation; state and federal wetland jurisdictional determinations; wetland mitigation assessments, design, permitting and construction observations; wetland mitigation banking management, design, permitting and construction observations; and overall environmental project management.

2. I have nearly two decades of experience providing environmental expertise in the state of Florida for various types of projects, including but not limited to residential development, aviation facilities, road and utility projects, and wetland mitigation banks.

3. I joined Passarella & Associates, Inc. in March of 2004 as an Environmental Technician. I have been in my current role as Vice President and Senior Ecologist since December 2021.

4. I received a Bachelor of Science in Zoology from Southern Illinois University Carbondale in 1999, with an emphasis on wildlife management. I have also engaged in continuing education courses focusing particularly on wetlands, species conservation, exotic species management, and environmental permitting in South Florida.

5. I have unique expertise in wildlife management, wildlife survey protocol development and implementation, listed species monitoring, native vegetation restoration, and wetland mitigation design. I assist developers with vegetation mapping, listed species surveys, wetland delineation, wetland jurisdictional determinations, wetland and listed species mitigation assessments, wetland mitigation design, habitat management plans, state and federal permitting, and U.S. Fish and Wildlife Service Section 7 Consultations. I have assisted with numerous residential development projects in Lee County.

**Cameratta's History of Projects with Environmental Restoration**

6. I have provided such expertise to Cameratta Companies, LLC ("Cameratta") in connection with multiple development projects since 2008, including Cameratta's residential/mixed-use developments in Lee County known as Verdana Village, The Place at Corkscrew, Corkscrew Shores, The Preserve at Corkscrew, and the Cottages at Penzance.

7. Upon information and belief, each of these projects have been extremely successful in planning and developing environmentally sustainable lands through significant environmental restoration, enhancement, and mitigation efforts. More specifically, Cameratta's projects along Corkscrew Road in Lee County, including The Place at Corkscrew and Verdana Village, have achieved ecosystem-level restoration by reestablishing significant wetland flow-ways and wildlife corridors that connect to large-scale conservation lands.

8. Based on my experience working with Cameratta for many years, Cameratta understands the environmental sensitivities specific to Southwestern Florida and is committed to producing environmentally conscious developments that will result in a net benefit to the environment. Cameratta's hands-on approach to the mitigation design and implementation processes enables them to consistently produce successful mitigation projects. For instance, Cameratta's restoration efforts completed at The Preserve at Corkscrew project have been used by the South Florida Water Management District as a model for wetland mitigation success.

**The Kingston Project**

9. Cameratta engaged Passarella & Associates, Inc. on January 5, 2022 to provide environmental consulting services for the Kingston Project. Since that time, I have

assisted Cameratta with various environmental assessments, permitting, and other environmental considerations for the approximately 6,676-acre Project, which included habitat/land use mapping, wetland delineation, water level analysis, listed wildlife surveys, as well as preparation and submission of comprehensive environmental drawings, data, mitigation assessments, and reports, consistent with the requirements of the U.S. Fish and Wildlife Service ("USFWS") and Florida Wildlife Conservation Commission ("FWC"), to aid the agencies' review of the Project. The information prepared and submitted as part of the Project's Florida Department of Environmental Protection ("FDEP") State 404 Permit application is the same information that would be prepared and provided to the U.S. Army Corps of Engineers ("Corps") if the Project required a federal Section 404 permit.

10. At Cameratta's direction, and in consultation with relevant federal and state agencies during their rigorous analysis and review of the Project, as well as the extensive assessments and analyses conducted on behalf of Cameratta by me and my team, we have assisted Cameratta in developing a plan for the Kingston Project that emphasizes environmental restoration and mitigation in a manner that goes above and beyond applicable environmental criteria.

11. **The majority of the Kingston Project site has been degraded by intensive agricultural uses** (i.e., citrus groves, row crops, and sod fields) for many decades. As a result, much of the native vegetation that once existed has been cleared, the natural hydrologic regime has been significantly altered, water quality has diminished, and the coverage of non-native vegetation has increased prolifically.

12. Cameratta's 3,400± acre development footprint was strategically designed to avoid and minimize impacts to wetlands and native vegetation to the extent practicable by concentrating the majority of the development within the existing agricultural lands. The remaining agricultural lands will be restored to native vegetation, resulting in a net *increase* in wetlands, surface water, and optimal panther habitat. Specifically, the Project will restore over 1,926± acres of uplands and agricultural fields to native wetland and upland habitat and restore over 173± acres of surface waters. The Project will also preserve 99% of the existing wetlands within the site. The approximate 1% (12.87± acres) of existing wetlands that will be impacted by the Project will be mitigated entirely through the purchase of wetland mitigation credits from the Corkscrew Regional Mitigation Bank.

13. **A minimum of approximately 3,273.62 acres of the Kingston Project will be set aside as conservation land, which includes approximately 1,173.58 acres of existing wetlands that will be cleared of exotics and replanted with native vegetation.** The existing farm fields within the conservation lands will be cleared of citrus, crops, and sod, re-graded, and planted with approximately 341,559 native trees, 5,718,750 shrubs, and ground cover plants. All of the on-site preserve land will be placed under conservation easement with yearly inspection, maintenance, and monitoring at the developer's cost, and managed in perpetuity by the Kingston Community Development District.

14. Cameratta's development will restore historic flow-ways and improve groundwater recharge and quality, reduce flooding issues in the surrounding areas, improve habitat connectivity, protect the land in perpetuity, and further offset any potential impacts to wetlands and wildlife, including the Florida panther habitat, through purchase of mitigation credits and other monetary contributions. Approximately 67 known farming

5

irrigation wells will be terminated. The permitted water withdrawal reduction, after accounting for the Kingston Project's potable water demands, will result in an equivalent ground water savings of approximately 3.6 billion gallons per year.

**Panther habitat enhancement**

15. Specifically with respect to panthers, the Kingston Project will preserve and enhance approximately 1,487 acres of panther primary zone habitat and approximately 1,786 acres of equivalent panther primary zone habitat. The Project also includes construction of a 6' x 10' large wildlife crossing and multiple small wildlife crossings.

16. Additionally, Cameratta has agreed to purchase over $2,600,000 Panther Habitat Units (PHUs) from the Panther Passage Conservation Bank and provide funds directly to the Fish & Wildlife Foundation of Florida (Fund) at $350 per development acre (Approx. $1,186,150), $200 per residential building permit issued (Approx. $2,000,000), and $200 per each home resale in perpetuity to be used to initiate and support conservation activities selected by the Fund's Board of Directors. Conservation activities to be supported through expenditures from the Fund include such activities as the construction of wildlife crossings and fencing, habitat acquisition and restoration, corridor enhancement, public education and outreach focused on the importance of wildlife conservation, and scientific research relevant to species conservation. Also, Cameratta will contribute approximately $20,000,000 to the Lee County Proportionate Share Fee fund, in addition to the required impact fees, intended for regional road improvements and installation of wildlife crossings along Corkscrew Road.

17. Based on the USFWS' October 26, 2023 Technical Assistance document to the FDEP and FWC, 21 radio-collared Florida panthers have been documented within five miles of the

Project from 1989 to 2019, with seven occurring within the Project footprint from 2008 to February 2019. These numbers do not represent the total panther population in the vicinity of the Project site as they only account for those panthers that have been collared. Range-wide, the exact population size of the Florida panther is unknown. However, study results cited in the USFWS' Technical Assistance document indicate that the overall panther population is increasing.

18. In its Technical Assistance document, the USFWS states: *"The Proposed Project incorporates the conversion of approximately 3,400 acres of panther habitat to commercial and residential development, as well as the conservation and restoration of approximately 3,273.62 acres of habitat. In the absence of the Project, continued development is expected to occur in this area but may include fewer conservation measures than those proposed by the Applicant which includes the conservation of large blocks of intact habitat, reduced human-wildlife conflict, and improved road conditions to reduce impacts to panthers and other wildlife."* Thus, the USFWS recognizes that multiple smaller developments could occur in absence of the Kingston Project, but some, or all of which may not be regulated under the State 404 Permit process. These smaller, piecemeal projects could be developed with less regulatory review and therefore would provide fewer conservation benefits compared to larger projects such as Kingston. Without the Project, it is unlikely that any of the proposed conservation measures will be implemented. Thus, it is reasonable to assume that the level of impact without Kingston and its proposed conservation measures in place will be significantly higher than the estimated impact levels for this Project.

19. Furthermore, in its Technical Assistance document, the USFWS states: "*[T]his loss [of 3,400 acres] represents 0.28 percent of the 1,200,906 acres of available non-urban private lands available to panthers in the Service's focus area south of the Caloosahatchee River.*" This statement highlights the small size of the Project's development footprint (i.e., 3,400± acres) compared to the available acreage of non-urban private lands available to the panther. In fact, when you compare the development footprint to the total amount of public and private lands available to the panther (approximately 4,479,261 acres), the Project footprint represents only 0.08 percent (eight hundredths of one percent) of the total. Thus, 0.08 percent is a better representation of the Project impact area because it factors in all lands available to the panther and not just private lands.

20. As mitigation for impacts to 3,400± acres of panther habitat, Cameratta has proposed to preserve and restore 3,273.62± acres of on-site habitat and purchase off-site PHUs. As such, the USFWS determined in its Technical Assistance document that *"the PHUs provided by the conservation and restoration of the onsite preservation areas and the credits acquired from the Panther Passage Conservation Bank, adequately compensate for the habitat lost to development and any resulting harm to panthers."*

**Estimated Panther "take"**

21. "Take" under the ESA is defined as "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct." 16 U.S.C. § 1532(19). In its Technical Assistance document, the USFWS estimated that the Project would result in the "take" of 4 to 23 Florida panthers, due primarily to Project-related traffic increases. The USFWS states: "*Although the Project is expected to increase traffic

*in the Action Area, predicted background levels also increase making it difficult to distinguish between Project and non-project incidents of vehicle collisions with panthers."* Given the complexities of this matter, the USFWS acknowledges that it is difficult to have an accurate estimate of what impacts may be attributable to the Project when compared to the current and projected background levels of traffic not attributable to the Project. Furthermore, the USFWS states: "*This is not a statistical model fit from observed data, but a simple mathematical formula used deterministically with no quantification of uncertainty. Given the complexity of the systems involved, known uncertainty in inputs, and projection 30 years into the future, we expect substantial uncertainty in the resulting PVM predictions. Knowing there is substantial uncertainty, but having no way to estimate and reflect such uncertainty makes decision making based on the single number not only difficult, but also fails to provide an estimate of how much PVM is reasonably certain to occur based on the best available information*." Thus, given the complexity of the systems and uncertainty of inputs, the USFWS utilized a very conservative, simple mathematical formula to estimate the level of take, which assumes that an increase in traffic-related panther mortalities (*i.e.,* Panther Vehicular Mortalities (PVMs)) is proportionate to the increase in Project-related traffic. The USFWS used this conservative assumption in their methodology while also acknowledging that "*evaluation of both the Action Area and range-wide 2014 through 2022 datasets (FWC 2023) indicates no clear trend in panther deaths, while traffic has increased statewide and by more than 50 percent on Corkscrew Road and State Road 82 alone since 2018 (FDOT 2023)."* This suggests that there is no correlation between PMVs and traffic increases, specifically on Corkscrew Road and State Road 82, which are the main roadways located

9

on the north, south, and east sides of the Project site. Thus, USFWS' use of this conservative assumption resulted in significantly overestimating the level of take for the Project, which errs on the side of the panther.

22. The USFWS acknowledges that it used a conservative approach in estimating panther take for the Project and provide the following statement in their Jeopardy assessment: "*While the upper end of our estimated increase in panther mortality due to vehicle strikes exceeds the approximate population growth rate of eight panthers a year, we do not expect the actual number of panthers killed by vehicles to reach the estimated value for the reasons stated above. There are too many unknown variables related to calculating a precise number of panthers killed by vehicles to quantify the actual impacts.*" **Thus, the USFWS states that it does not anticipate the estimated level of panther take to occur, further supporting the notion that use of a conservative mathematical formula significantly overestimates the level of take for the Project.** Additionally, the USFWS used the lowest estimate of panther population recruitment, or "*conservative estimate of recruitment*", in their evaluation.

23. In its Technical Assistance document, the USFWS states that average number of PVMs range-wide from 2014 through 2022 is approximately 26 per year. As stated above, the USFWS estimated that the Project would result in the take of 4 to 23 panthers. This further demonstrates that the USFWS' panther take estimate is grossly overestimated, given that the Project's proposed development footprint (i.e., 3,400± acres) represents only 0.08 percent of the total lands available to the panther. It is reasonable to assume that the Project would result in far less PVMs than what is estimated given that the range-wide average is

26 and the Project development footprint represents only eight hundredths of one percent of the available panther habitat.

24. Furthermore, the USFWS states that it will rely on monitoring the number of vehicle collisions with panthers and implement measures in the future "*to reduce this number if it exceeds the annual average of 16 panthers per year within the action area*". Additionally, the USFWS states "*As more wildlife crossings are installed and wildlife corridors are identified through development of habitat-based models, risk of vehicle-related panther deaths is expected to be minimized and mitigated to the maximum extent practicable.*" As stated above, Cameratta has committed to constructing a large wildlife crossing under Corkscrew Road. USFWS did not consider the construction of this large wildlife crossing, or other proposed minimization measures that will benefit the panther, in its take calculation. Therefore, the take calculation does not take into consideration how many panthers may not be killed by vehicular traffic as a result of have a wildlife crossing in place. However, USFWS acknowledges that the proposed crossing "*is expected to provide safe passage for panthers between the Project conservation areas and the Corkscrew Regional Ecosystem Watershed Wildlife and Environmental Area.*"

**Binding Avoidance and Minimization Measures**

25. In its Technical Assistance document, USFWS provided a comprehensive list of "*any necessary avoidance and minimization measures (AMMs) to ensure that the permitted activity is not likely to jeopardize any species, adversely modify or destroy critical habitat or to ensure that any incidental take is avoided or minimized.*" The AMMs will be incorporated into the State 404 permit as special conditions, in accordance with the 2020 Programmatic Biological Opinion and MOU with the FDEP, and include but are not

limited to, the preservation and restoration of 3,273.62± acres of on-site conservation lands, the purchase of off-site PHUs, monetary contribution to the Fund, construction of a large wildlife crossing, and measures to reduce human-wildlife conflicts. The USFWS determined that by incorporating the AMMs as permit conditions in the State 404 Permit, the Project "*is not likely to jeopardize any federally listed species or adversely modify or destroy any critical habitat…*". In other words, the amount of take estimated and authorized through the Technical Assistance document will not, in the USFWS' opinion, appreciably reduce survival and recovery of the Florida panther and other federally listed species.

**Conclusion**

26. In summary, Cameratta prepared and submitted the required information to the FDEP as part of the State 404 Permit application submitted for the Project. This is the same information that would be prepared and provided to the Corps if the Project required a federal Section 404 permit. As part of the State 404 Permit review process, USFWS conducted a thorough review of the Project information, consistent with the 2020 Programmatic Biological Opinion and MOU with the FDEP, and evaluated the extent of incidental take for federally listed species. To obtain incidental coverage for federally listed species, Cameratta agreed to implement extensive AMMs for the Project. Without the Kingston Project, it is unlikely that these AMMs would be implemented because multiple smaller, piecemeal projects could be developed with less regulatory review and therefore fewer conservation benefits. By incorporating the AMMs as permit conditions in the State 404 Permit, the USFWS determined that the Project is not likely to jeopardize any federally listed species, including the Florida panther. Although the USFWS

estimated that the Project would result in the take of 4 to 23 Florida panthers, its methodology utilized a very conservative assumption which significantly overestimates the amount of take. This overly conservative approach was utilized by USFWS due to the complexity of systems and uncertainty of inputs (e.g., traffic predictions). As such, it is reasonable to assume the Project will result in significantly fewer PVMs than was estimated. Ultimately, the proposed Kingston Project will provide numerous local and regional environmental benefits that were developed in cooperation with FDEP through the State 404 Permit process.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 9th day of January, 2024.

By: Shane Johnson, Vice President & Senior Ecologist
Passarella & Associates, Inc.