CO-386
10/2018

# United States District Court
# For the District of Columbia

CENTER FOR BIOLOGICAL )
DIVERSITY, et al.,            )
                              )
                              )
             Plaintiff    )   Civil Action No. __21-119 (RDM)__
   vs                         )
                              )
UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY, et al.,    )
                              )
             Defendant    )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Cameratta Companies, LLC / CAM7-SUB, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Cameratta Companies, LLC__ which have any outstanding securities in the hands of the public:

> Cameratta Companies, LLC and CAM7-SUB, LLC are Florida limited liability companies that are not publicly-traded. CAM7-SUB, LLC is a wholly owned affiliate of Cameratta Companies, LLC. Neither LLC has any publicly traded stock.

These representations are made in order that judges of this court may determine the need for recusal.

                                        Attorney of Record

                                        */s/ Rafe Petersen*
                                        Signature

| | |
|---|---|
| DC Bar #465542 | Rafe Petersen |
| BAR IDENTIFICATION NO. | Print Name |
| | 800 17th Street NW, #1100 |
| | Address |
| | Washington      D.C.      20006 |
| | City      State      Zip Code |
| | (202) 419-2481 |
| | Phone Number |