# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY, ET
AL.

             Plaintiffs,

      v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, ET AL.

             Defendants.

**CASE NO.** 1:21-cv-00119 (RDM)

**DECLARATION OF MARY DUNCAN**

1.     My name is Mary Duncan. I serve as in the Threatened and Endangered Species Coordination role for the Florida Department of Environmental Protection (FDEP).

2.     I declare under penalty of perjury under the laws of the United States of America and the State of Florida that the following statements are true and correct to the best of my knowledge and belief.

3.     In my current role, I help to coordinate regulatory staff engagement for the Florida Section 404 Program (as well as the Florida Environmental Resource Permit Program).  I am involved in ensuring that FDEP receives the benefit of comments and other assistance from state and federal regulatory agencies, including the Florida Fish and Wildlife Conservation Commission ("FWC" or "Commission") as well as the U.S. Fish and Wildlife Service (FWS) and the National Marine Fisheries Service (NMFS), where applicable.

4.     The "Florida Endangered and Threatened Species Act," Fla. Stat. 379.2291, recognizes that the State of Florida "harbors a wide diversity of fish and wildlife." This law establishes Florida's policy to "conserve and wisely manage these resources, with particular

attention to those species defined by the Fish and Wildlife Conservation Commission, the Department of Environmental Protection, or the United States Department of Interior, or successor agencies, as being endangered or threatened." *Id*. The policy of Florida is to "provide for research and management to conserve and protect these species as a natural resource." *Id*.

5.    FDEP is a party to a Memorandum of Understanding (MOU) between FDEP, FWC, and U.S. Fish and Wildlife Service (FWS). The MOU, which was entered as part of Florida's Section 404 Program application, describes the roles, responsibilities, and commitments of each agency in implementing the Florida Section 404 Permit Program. Coordination procedures are further outlined in Rule 62-331 of the Florida Administrative Code, and in the FWS Programmatic Biological Opinion and Incidental Take Statement that accompanied federal approval of Florida's program. These procedures ensure that endangered and threatened federally and state listed species and their critical habitats are protected as an integral part of the State 404 Program.

6.    FDEP participates in the "Endangered and Threatened Species Technical Team," which is comprised of FWC, FWS, and FDEP experts, and convenes regularly to discuss specific projects and improvements to coordination procedures. The team has worked together to provide training to FWC, FWS, and FDEP staff regarding species review procedures.

7.    FWC and FWS coordinate on a proposed project's effect on listed species before a Florida Section 404 permit is issued in accordance with the procedures set forth in the MOU, the Programmatic Biological Opinion, and the Florida 404 Handbook, among other places.

8.    FWC and FWS are provided an opportunity to review all Section 404 permit applications with reasonable potential for affecting endangered or threatened species. Wherever a project may have the potential to affect listed species, FWC (in coordination with FWS) provides a combined federally and State-listed technical assistance letter to FDEP to ensure that the

requirements of the Federal ESA and the Florida ESA are met. Importantly, FDEP must incorporate as permit conditions all recommended impact avoidance and minimization measures (protection measures) provided by FWC or FWS under their respective authorities, to avoid jeopardizing listed species or adversely modifying designated or proposed critical habitat.

9.      If FWC or FWS concludes that a permit application is inconsistent with State statutes and rules, or for federally listed species is likely to jeopardize or adversely modify designated critical habitat and no protection measures are available to reduce the risk to an acceptable level, FDEP "shall deny the permit or shall take no action [on the permit] and notify EPA and the applicant of the decision…"

10.     During the July 2021 to June 2022 time period, 115 permit applications for Section 404 permits showed reasonable potential for affecting federally listed species. Those applications were reviewed by FWC (and FWS), and appropriate conditions were included in the permits to ensure protection of species. Likewise, during the July 2022-June 2023 time period, the species review process involved approximately 500 species-specific "effect" determinations involving over 30 listed species. Again, those applications were reviewed by FWC (and FWS), and appropriate conditions were included in the permits to ensure protection of species.

11.     It is my understanding that, in this case, certain plaintiffs have sought emergency relief based on concerns of potential impacts to the Florida panther and the Audubon's crested caracara in the context of two individual permit applications. Both species are highly protected within the State of Florida through the Florida ESA and the Federal ESA. *See* Fla. Admin. Code R. 68A-27.003(1)(b) (listing both of these species and providing that they "shall be afforded the protection afforded under [FWC] rules and Florida Statutes and under the Federal Endangered Species Act, 16 U.S.C. §1531 et seq. and its implementing regulations").

12.     A subspecies of puma that historically roamed much of the southeastern United States, the Florida panther (*Puma concolor coryi*) is widely recognized as the last puma population in the eastern United States. The State of Florida has sought to protect, conserve, and recover the Florida panther for over a half century. In 1958, FWC (then known as the Florida Game and Fresh Water Fish Commission) declared the Florida panther to be an endangered species protected under Florida law. Federal law has protected the Florida panther since 1967.

13.     According to most recent estimates, the current panther population size is estimated to be within the range of 120 to 230 individuals.

14.     The State of Florida has established a Florida Panther Protection Program, as described on the FWC website at https://myfwc.com/wildlifehabitats/wildlife/panther/.

15.     FWC and FWS have formed the "Florida Panther SSA Core Team," which prepares a "Species Status Assessment for the Florida Panther." The most recent SSA for the Florida Panther was published in September 2020 and is attached to this Declaration as **Attachment A**. This report is also publicly available at https://myfwc.com/media/29517/floridapantherssa_version1.pdf.

16.     FWC also prepares an annual report on efforts to protect the Florida panther. The "Annual Report on the Research and Management of Florida Panthers: 2022-2023," which was published in December 2023, is enclosed with this declaration as **Attachment B**. The report is also available for public review at https://myfwc.com/media/32666/pantherannualreport2023.pdf.

17.     The State of Florida has focused on conservation efforts benefitting the Florida panther, including mapping suitable habitats, conducting population survey work, working to develop greater habitat connectivity through construction of new wildlife crossings, developing

additional scientific information to better understand the threats and opportunities for panther populations, and educating the public.

18.     FWC's "current panther research and management priorities include, but are not limited to: monitoring genetic variation and correlates of inbreeding; evaluating the long-term impacts of genetic restoration; assessing the presence and impacts of diseases and parasites; investigating the cause, epidemiology, and impact of FLM in panthers and bobcats; assessing the utility of integrated population models to estimate population size and demographic variables; delineating statistically robust methods to estimate the panther population size; evaluating the utility of new GPS collar technology and transponders to monitor kitten survival; minimizing loss of existing panther habitat; addressing human caused and other mortality factors; and reducing human-panther conflicts." Florida Panther Annual Report: 2022-2023 at 9.

19.     As explained in the most recent species assessment report: "Florida panthers have shown and continue to show resiliency in the face of many pressures. Panthers survived as the only functioning population of puma in eastern North America despite constant persecution to eliminate them from the landscape. Since state and federal laws afforded them legal protections, panther numbers slowly increased until genetic restoration efforts improved population health thereby allowing more rapid growth of the population. The current panther population, at least 5-fold larger in size when compared to the population 3 decades ago, has greater resiliency today than it has exhibited for likely well over 100 years." Species Status Assessment for the Florida Panther at viii.

20.     While continued conservation efforts are vital, the State of Florida is continuing to make progress on recovering panther populations.

21.     One of the means of advancing recovery efforts is the State of Florida's continued practice of obtaining commitments from Florida permit applicants for mitigation benefitting Florida panther populations.

22.     FWC and FWS have been actively engaged in the review of the Section 404 permit application review process for the Bellmar Villages Project.

23.     In January 2021, just weeks after FDEP received the permit application, an FWC biological scientist sent a Request for Additional Information related to this project (**Attachment C**). Among other things, FWC requested a species survey containing dates of surveys, habitat, survey methodology, and wildlife observed; a list of potentially affected federally and state listed species, including species in the vicinity of the project that may be affected (and specifically requested information related to the Florida panther, among other species); preliminary determinations of effect for listed species and anticipated adverse impacts to listed species; a description of how the project will be designed to avoid and minimize adverse effects and impacts to fish and wildlife; and an analysis of any cumulative and secondary effects, including the effects of future state or private activities that are reasonably certain to occur within the project area.

24.     In May 2022, FWC provided comments to FDEP on the project (**Attachment D**), explaining that, among other things, FWC determined that the proposed project "may affect but is not likely to adversely affect" the Audubon's crested caracara, but that the project "may affect and is likely to adversely affect the Florida panther…" FWC explained that "FWC staff will work with USFWS staff, [FDEP] staff, and the applicant to determine any necessary permit conditions for the State 404 permit…"

25.     After receiving and reviewing extensive additional species-related information, FWC in coordination with the FWS provided additional comments to FDEP for this project

approximately 16 months later in a letter dated September 18, 2023 (**Attachment E**). The FWC letter explains that FWC staff reviewed the Bellmar Villages permit application and was providing FWC's "comments, recommendations, and permit conditions" to support FDEP's review of the State 404 permit application. In preparing these comments, FWC coordinated with FWS and incorporated their recommended requirements to ensure the conservation of Florida's federally listed wildlife and their habitats. The FWC letter provides information on the proposed project and potentially affected species, along with comments and recommendations related to various species, including the Florida panther and Audubon's Crested Caracara, among others. With regard to the Florida panther, FWC's letter stated the finding that the proposed project "may affect, and is likely to adversely affect" the Florida panther but "is not likely to jeopardize" the species. One basis for this finding was that the loss of 1,793 acres of Florida panther habitat "represents a small portion of its overall range (0.15 percent)." FWC and FWS also considered that the applicant's proposed mitigation would provide compensation resulting in a net increase of Panther Habitat Units.

26.     FWS submitted its State 404 Permit Application Review/Response Form to FWC for this project on September 14, 2023 and provided a revised copy with minor edits in October 2023 (**Attachment F**). This FWS report provides FWS's opinion concerning the effects of the proposed project on listed species, including the Florida panther and Audubon's crested caracara, among others.

27.     For purposes of conservation of the Florida panther, as part of the permit process for the Bellmar Villages Project, the permit applicant is required to, among other things, fully fund the construction of five wildlife crossings within the geographic region in locations designed to provide valuable wildlife movement corridors that will benefit Florida panthers.

28.     The project proponent will also be required to make substantial monetary contributions to a wildlife conservation fund (Marinelli Panther Protection Fund), which exists to support panther conservation efforts in South Florida.  This fund supports activities such as construction of additional wildlife crossings and fencing, habitat acquisition and restoration, corridor enhancement, public education and outreach focused on wildlife conservation, and scientific research relevant to species conservation.

29.     Physical buffers (such as lakes and/or fencing) are also required in key project locations, as a means to prevent human encounters with panthers. The project proponent is also required to disseminate educational materials to help inform the public about safety tips and instructions for panther encounters. Additionally, this project must ensure that homes in these new communities are subject to restrictive covenants requiring pets to be indoors or on leash when outdoors (or secured in covered kennels).

30.     The Bellmar Villages Project is also anticipated to have impacts on the Audubon's crested caracara, which is a highly protected species in Florida.  This osprey-sized raptor is a boldly-patterned, dark-colored bird that can reach a body length of approximately two feet. In the context of the Bellmar project, FWC and FWS jointly require that, prior to conducting any clearing activities within approximately 5,000 feet of any previously documented or newly discovered crested caracara nest site, the applicant must conduct a survey during nesting season (January 1 through April 30) to determine if any documented or discovered nest is active. This survey must include potential nesting and foraging habitat within the buffer zone.

31.     Likewise, to minimize the potential for disturbance to nesting caracaras, the permittee must conduct land clearing activities outside nesting season for areas that occur within the primary zone of any documented caracara nest site. Restoration activities are also required to

ensure that nesting and foraging areas are put back in place. All such restoration activities must be performed in consultation with FWS and FWC field staff. And restored areas must be maintained in perpetuity and managed in a condition that supports use by crested caracara. These and other measures, as required by FWC and FWS, are designed to protect this species from jeopardy and to enhance recovery of the species over the long-term.

32.    In addition to those documents listed above, the species review documents in the current permit file for the Bellmar Villages Project include: Proposed Wildlife Crossing Plans; Listed Species Management and Human-Wildlife Coexistence Plan; Applicant-prepared Biological Assessment with Revised BA Part 1 and Revised BA Part 2; Listed Species Survey Report (July 2021); and Request for Additional Information Response – Biological Assessment. All of these documents are available for public review on the FDEP Information Portal.

33.    I understand that Movants are also seeking to enjoin further agency action on the Kingston Project. FWC has been actively engaged in reviewing this project since the permit application was filed in June 2022.

34.    FWC provided initial comments in July 2022 (**Attachment G**) and additional final, combined comments in a letter dated November 6, 2023 (**Attachment H**) after extensive additional information was submitted. FWS provided its State 404 Permit Application Review/Response Form to FWC for this project in October 2023 (**Attachment I**).

35.    As shown in these reports, FWC has coordinated with FWS in the review of measures necessary to ensure the conservation of Florida's federally listed wildlife and their habitats, and has identified conditions and other provisions related to conservation of federally listed species.

36.    In addition to those documents listed above, the species review documents in the current permit file for the Project include an Applicant-prepared Biological Assessment (containing 550 pages of documentation), including Species Survey, and the Revised Biological Assessment submitted in December 2022; as well as the Applicant-prepared Environmental Supplement (containing over 600 pages of documentation); and various other environmental and species-related documents. These are readily available for public review via the FDEP Information Portal.

Executed on the 12th day of January, 2024.

Mary Duncan
Threatened and Endangered Species Coordination
Florida Department of Environmental Protection

Attachment A

# SPECIES STATUS ASSESSMENT FOR THE FLORIDA PANTHER



Prepared by:

Florida Panther SSA Core Team

Version 1.0

01 September 2020


**Florida Panther SSA Core Team:**

**Randy Kautz**
Wildlife Ecologist
Randy Kautz Consulting LLC
Retired from Florida Fish and Wildlife Conservation Commission

**Darrell Land**
Florida Panther Team Leader
Florida Fish and Wildlife Conservation Commission

**David Onorato, PhD.**
Research Scientist, Florida Panther Project
Florida Fish and Wildlife Conservation Commission

**David Shindle**
Florida Panther Coordinator
Florida Ecological Services Field Office – Vero Beach
U.S. Fish and Wildlife Service

**Acknowledgements:**

Past and present staff of the Florida Fish and Wildlife Conservation Commission (FWC), U. S. Fish and Wildlife Service (USFWS), and National Park Service (NPS) – produced an enormous body of work that served as the foundation of this Species Status Assessment (SSA).

FWC's panther research and management activities are funded almost entirely by the Florida Panther Research and Management Trust Fund. This trust fund is supported principally by the sale of Florida panther license plates. Through the long-term public support of the trust fund, critical information gained from the FWC's monitoring and research efforts continues to provide conservation managers and the public with timely, science-based information needed to guide current and future conservation actions. Substantial portions of this SSA were products of trust fund appropriations. The FWC panther research and management group would like to thank the citizens of Florida that continue to support our efforts to conserve and manage panthers via contributions to this fund.

All Florida Panther Recovery Team members since 1981.

Mark Cunningham (FWC), Lara Cusack (FWC), Elina Garrison (FWC), Jeffrey Hostetler (FWC), Madan Oli (University of Florida), Ian Bartoszek (Conservancy of Southwest Florida), and Justin Spring (Boone and Crockett Club).

USFWS reviewers: Jack Arnold, Matthew Dekar, Roxanna Hinzman, and Erin Rivenbark.

Peer reviewers:  Rich Beausoleil (Washington Department of Fish and Wildlife), Warren Johnson, PhD (Smithsonian Conservation Biology Institute), Ken Logan, PhD (Colorado Parks and Wildlife), and Melissa Tucker, PhD (FWC).

**Recommended Citation:**

USFWS. 2020. Species Status Assessment for the Florida Panther. Version 1.0 September, 2020. Vero Beach, Florida.

**Cover photo:** Adult female Florida panther captured with infrared-triggered camera at Babcock Ranch Preserve, Charlotte County, Florida on 7 February 2018. This panther was documented with nursed teats in January 2017 and was later photographed traveling with 2 kittens in March 2017, the same week that another adult female was documented in neighboring Highlands County. These are the first female panthers confirmed north of the Caloosahatchee River since Mr. Roy McBride treed a female in Glades County west of Lake Okeechobee in 1973, a period of time when the only breeding population of puma in the eastern United States was estimated at ≤10 individuals, all in South Florida. ©Carlton Ward, Jr. with Florida Fish and Wildlife Conservation Commission.



The wealth of scientific information on Florida panthers that forms the foundation for this SSA is due in large part to the efforts of Mr. Roy T. McBride (Livestock Protection Company, Alpine, Texas), one of North America's preeminent experts on *Puma concolor*. Mr. McBride's field surveys in the early 1970s on behalf of the World Wildlife Fund provided the first status assessment of the Florida panther as a federally protected species. Roy served as the State of Florida's contract houndsman for 38 years and his knowledge and expertise were instrumental in guiding the panther recovery efforts of FWC, NPS, and USFWS. Roy was assisted in his efforts by Rocky McBride, Rowdy McBride, Cougar McBride and the true panther experts, the generations of hounds that trailed and safely treed hundreds of panthers for the teams of agency panther biologists. Photo courtesy of Ms. Connie Bransilver.

## EXECUTIVE SUMMARY

The Florida panther (*Puma concolor coryi*) has been listed as an endangered species under the 1966, 1969 and 1973 Acts pertaining to endangered species conservation and was included in the 1966 Red Book list of endangered species citing works by Cahalane (1964) and Young and Goldman (1946).  The panther population in Florida has been recognized since the early 1900s as the last puma population in the eastern United States and numerous publications touted its conservation importance prior to its listing as an endangered subspecies of puma under the Endangered Species Act (ESA).  In this Species Status Assessment (SSA) for the Florida panther, we use the term "puma" for members of the species in populations outside of Florida and the terms "panther" or "Florida panther" for the listed entity and the Florida population.

This SSA evaluates the current status of the Florida panther as well as an assessment on the risk of extinction in the future.  This SSA applies the conservation biology principles of resiliency, redundancy, and representation (the 3 R's) to evaluate the current and future condition of the Florida panther.  Resiliency, redundancy, and representation are interconnected and overlapping principles that collectively contribute to the viability of a species.  We also introduce the concept of a fourth "R," namely resistance, which describes the willingness of people to accept the species on the landscape.  Outdoor recreationalists and rural residents may be concerned about sharing wild spaces with a large carnivore; livestock producers may be concerned about economic losses inflicted by predation; landowners may be concerned about whether regulatory burdens accompany panthers; and citizens in general may be concerned about costs associated with recovery initiatives.  The SSA provides a compilation of the best available scientific information on the biological status of the Florida panther but it is not a decisional document (does not include any recommendations or decisions regarding the status of the listed entity).  The SSA is, however, a stand-alone, science-focused assessment for use in policy-guided decisions under the ESA and to inform future Florida panther conservation and management efforts.

The Florida panther was first described as a unique subspecies of puma, one of 15 subspecies described for North America, on the basis of morphological characteristics (cranial features and pelage color) measured and qualitatively assessed from a limited number of museum specimens, a taxonomic assessment that would not meet the standards of modern science.  The Cat Classification Task Force (CCTF), an expert group convened on behalf of the International Union for Conservation of Nature (IUCN) Species Survival Commission (SSC) Cat Specialist Group and the IUCN Red List Unit, recognized 2 subspecies within *Puma concolor* based on phylogenetic studies and biogeography.  Based on this 2017 publication, pumas distributed in North and Central America, including the panther population, would be recognized as *P. c. couguar*.  For the purpose of this SSA, we assessed the Florida panther as representing the only breeding population of puma in the eastern United States, a characterization consistent with the population's status at the time of the original 1967 listing and consistent with the proposed taxonomic revisions for puma adapted by the CCTF of the IUCN/SSC Cat Specialist Group in 2017.

Pumas are the most widely distributed mammal in the Western Hemisphere, and historically were distributed across most of North and South America.  Habitat loss, declining prey populations, and persecution resulting from European settlement were the primary causes of the decline of pumas in

North America, including the Florida panther. By the late 1890s, pumas had been extirpated from all of eastern North America except for a small population in Florida. In 1958, the Florida panther was so rare that the State of Florida designated panthers as endangered, and the federal government followed suit in 1967. Status surveys conducted in 1973 and 1974 found only one female in Glades County west of Lake Okeechobee and a handful of others in the Big Cypress region of South Florida.

The Florida panther currently exists as a single breeding population located in South Florida and remains the only breeding population of puma east of the Mississippi River. Occurrence data indicate that panthers currently are distributed from the extreme southern portions of the peninsula into Central Florida up to Interstate 4 (I-4) and occasionally farther north, but these panthers are typically dispersing males from the core breeding population in South Florida. The longest panther dispersal is > 800 km when a male panther originating in Hendry County, FL was shot and killed in Troup County, GA near the Alabama border in 2008. Panther dispersal is constrained by urbanized coasts, land use changes and the dredged Caloosahatchee River. Female panthers are philopatric and as a result, the natural expansion of a breeding range can be a slow process. A minimum of three adult female panthers and at least four litters of kittens have been documented in Charlotte, Glades, and Highlands County between November 2016 and June 2020, the first time since 1973 that females have been confirmed north of the Caloosahatchee River. Nevertheless, it is too soon to conclude that this marks an expansion of the breeding range given the absence of evidence that kittens born north of the Caloosahatchee River have survived to independence and successfully reproduced. It took about 20 years for females to repopulate areas 40 km north of the Big Cypress region occupied by the remnant panther population in the 1970s and it took over 40 years for females to be documented in areas north of the Caloosahatchee River, approximately 60 km north of the Big Cypress region.

The estimated census population size may have been as low as 6 panthers for two bottleneck generations in the late-1960s based on genetic analyses, and as low as 10 individuals in 1974 based on field surveys. The minimum panther population size was 20–30 animals in the 1970s through the early 1990s but has been increasing steadily since the introduction of 8 female pumas from Texas into South Florida in 1995, a successful management action that restored the genetic health of a panther population suffering the effects of inbreeding depression and described as being on the brink of extinction. The size of the panther population in areas south of the Caloosahatchee River identified as suitable habitat was reported to be 120–230 adults and subadults in 2015. A scientific estimate of population size based on highway mortality of radio-collared panthers indicated that the population may have been as large as 414 panthers in 2017, but the estimate had a margin of error of 222–773 panthers, which is too wide to inform conservation decisions. Florida panther population density estimates of independent-aged panthers over time have been as low as 0.91/100 km$^2$, but the increasing size of the panther population post-genetic introgression has resulted in higher densities of independent-aged panthers in the range of 1.37–4.03/100 km$^2$ in occupied habitats on public and private lands in South Florida.

Conservation planning for panthers involves mapping suitable habitats, identifying source and sink populations, managing populations for low mortality, minimizing conflict with humans, and identifying and protecting landscape linkages to connect populations. Florida panthers require large landscapes to meet their biological needs and minimum areas needed to support viable populations of panthers and pumas have been estimated at 1000–8100 km$^2$. The U.S. Fish and Wildlife Service (USFWS) and the Florida Fish and Wildlife Conservation Commission (FWC) utilized extensive panther occurrence data in

South Florida, including telemetry data, locations of mortalities associated with vehicle collisions, depredation locations, and confirmed sightings in conjunction with the latest peer-reviewed panther habitat model to delineate the Functional Zone, which is the only area known to support a viable population of panthers based on the results of recent habitat and PVA modeling. The Functional Zone encompasses 9094 km$^2$ of occupied habitat in South Florida and supports a panther population that is demographically viable but will require periodic introduction of new genetic material to be viable in the long-term, perhaps as many as five female puma every 20–40 years.

The process used to delineate the Functional Zone would not be applicable statewide because the habitat model used was restricted to South Florida and the lack of panthers statewide means there are little to no occurrence data to further refine the model output. We did however use a modified statewide habitat model to identify unique patches of panther habitat that matched or exceeded characteristics of occupied habitat in South Florida. Areas of North Florida most likely to support viable populations of panthers that would function as source populations in the future include the Big Bend region and Apalachicola National Forest. Another 15 patches of suitable habitat >217 km$^2$ in size (mean home range of female panthers) distributed around Florida may have the potential to support small subpopulations of panthers if connectivity to source populations can be maintained. Many potentially suitable panther habitat patches we identified in Florida are fragmented by exurban, rural, and agricultural development and by busy highways, which may limit their capacity to accommodate panthers in the future.

Anthropogenic factors that affect what panthers need for long-term viability include habitat loss and fragmentation, mortality associated with vehicle collisions, human-panther conflicts, illegal shootings, infectious diseases, and an emerging neuromuscular disorder of unknown origin. Habitat loss in the form of agricultural conversion and urbanization associated with a continually increasing human population is a primary threat to the long-term viability of the panther population in South Florida and to the potential for population expansion north of the Caloosahatchee River. The genetic consequences of small populations have the potential to adversely affect panther populations and likely will require management in the form of future introductions of new genetic material into the Florida population. Vehicle collisions are a significant source of mortality and directly impact the panther population through reduction in panther numbers and potential for population expansion. Human-panther conflicts, including depredations of pets, hobby livestock as well as calves, and human intolerance may adversely affect conservation efforts and result in permanent removal of panthers from the wild. Concerns over calf depredation and an aversion to government involvement in ranch management have the potential to compromise panther population expansion north of the Caloosahatchee River in areas used for cattle operations. Several infectious disease agents (e.g., Pseudorabies Virus and Feline Leukemia Virus) have proven to cause mortality in panthers, and the risk of outbreak from these and novel infectious agents remains a threat to the health and recovery of the population.

The efforts of Hostetler et al. (2013) and van de Kerk et al. (2019) utilized the long-term datasets collected on panthers to develop robust estimates of demographic parameters that would subsequently be used in PVA models. The matrix based PVA model of Hostetler et al. (2013) utilized data collected from 1981–2006. This model revealed a population growth rate (λ) indicative of a growing population; λ was most sensitive to estimates of survival, especially kittens; and the probability of quasi-extinction in the next 100 years was low at 7.2 percent. The van de Kerk et al. (2019) PVA model followed up on the work for Hostetler et al. (2013) and included data from 1981 to 2013. Analytical techniques of van de

Kerk et al. (2019) were similar in many respects with Hostetler et al. (2013).  Additional analyses involved the implementation of an individually based PVA model (IBM) as well as assessing varied genetic introgression management scenarios for effectiveness and cost.  This model revealed λ indicative of a growing population; λ was most sensitive to estimates of survival, especially kittens; the probability of quasi-extinction within the next 100 years was only 1.4 percent.  The probability of quasi-extinction was substantially higher (17 percent) within the next 100 years when incorporating a failure to address genetic erosion.

Assessing varied introgression scenarios via the introduction of western pumas into the Florida population, which accounted for genetic improvements and the monetary costs of implementation, revealed that releasing 5 pumas every 20–40 years would help decrease the probability of quasi-extinction by 26 percent to 42 percent in the future.  Whereas the panther population in South Florida is noted as being viable for the next 100 years under current conditions, the impact of genetic erosion substantially reduces said viability if genetic introgression is not implemented on a periodic basis.

Population projections indicate that approximately 14.9 million new residents are likely in Florida by 2070, and the population of Lee, Collier, and Hendry counties, where most panthers are currently found, will increase by 1.27 million new residents.  The combined effects of future land development and sea level rise have the potential to cause loss of panther habitat, which could affect the viability of current and future panther populations.  Assessments were made of near-term loss of panther habitats through 2040, long-term loss of habitat through 2070, and very long-term loss of habitat through 2100.  Planned developments south of the Caloosahatchee River would result in the loss of 581 $km^2$ (6 percent) of Functional Zone panther habitats through 2040.  A rise in sea level of 0.5 m by 2040 would result in the loss of 973 $km^2$ (11 percent) of Functional Zone habitats along the southern fringe of the Big Cypress and Long Pine Key regions.  Future developments in South Florida also have the potential to reduce the area and functionality of critical landscape linkages, which in turn would compromise the ability of panthers to disperse out of South Florida in the future.  A smaller panther population would become less viable in the long-term.  Resiliency, redundancy and representation would all decrease over time if the only viable population is constrained to South Florida.  Resistance would be expected to remain near current levels.

Statewide models of future development in Florida through 2070 project the loss of approximately 3.7 percent to 5.5 percent of all areas mapped as potentially suitable panther habitat in Florida, depending on the amount of land placed into conservation.  Only one patch (Okaloacoochee Slough) of potentially suitable panther habitat remaining by 2070 would fall below the mean adult female home range size of 217 $km^2$, and it is projected to only shrink slightly to 213–216 $km^2$, depending on growth model.  Future developments projected through 2070 are likely to effectively isolate the Green Swamp and Withlacoochee regions, rendering them incapable of supporting panthers.  Landscape linkages between the Avon Park/Bull Creek and St. Johns River South regions and between the Ocala National Forest and Osceola National Forest regions are likely to be compromised by future developments without additional land conservation efforts.  Sea levels could rise as much as 0.3 m to 2.5 m by 2100.  Sea level rise models of 0.52 m, 1.04 m, 1.5 m, and 2.0 m were used to estimate possible loss of panther habitat through 2100.  Occupied panther habitats in the Long Pine Key and Big Cypress regions are most susceptible to loss due to sea level rise.  Potentially suitable panther habitats in the coastal areas of the Big Bend and Apalachicola National Forest regions are moderately susceptible to loss due to sea level

rise.  Smaller and inland patches of potentially suitable panther habitats are less likely to be affected by sea level rise than larger patches with coastal components.

Florida panthers have shown and continue to show resiliency in the face of many pressures.  Panthers survived as the only functioning population of puma in eastern North America despite constant persecution to eliminate them from the landscape.  Since state and federal laws afforded them legal protections, panther numbers slowly increased until genetic restoration efforts improved population health thereby allowing more rapid growth of the population.  The current panther population, at least 5-fold larger in size when compared to the population 3 decades ago, has greater resiliency today than it has exhibited for likely well over 100 years.

**TABLE OF CONTENTS**

EXECUTIVE SUMMARY ................................................................................................................ iv

TABLE OF CONTENTS................................................................................................................. ix

CHAPTER 1    INTRODUCTION, DATA, AND ANALYTICAL FRAMEWORK ........................................ 1

1.1    INTRODUCTION ....................................................................................................... 1

1.1.1    Purpose and Focus of this Assessment ................................................... 1

1.1.2    Geographic Scope ..................................................................................... 2

1.1.3    Review of Previous Status Assessments (5-Year Reviews) ...................... 3

1.2    AVAILABLE DATA, DATASETS, AND MODELING EFFORTS ........................................ 3

1.3    ANALYTICAL FRAMEWORK........................................................................................ 3

1.3.1    Resiliency ................................................................................................. 4

1.3.2    Redundancy .............................................................................................. 4

1.3.3    Representation .......................................................................................... 4

1.3.4    Resistance ................................................................................................ 4

CHAPTER 2    LISTING HISTORY AND LEGAL STATUS ................................................................. 10

2.1    LISTING HISTORY ................................................................................................... 10

2.2    LEGAL STATUS ....................................................................................................... 13

2.2.1    Federal Legal Status ............................................................................... 13

2.2.2    State of Florida Legal Status .................................................................. 13

2.2.3    State Legal Status Outside of Florida .................................................... 14

2.2.4    International Legal Status ....................................................................... 15

CHAPTER 3    SPECIES DESCRIPTION AND TAXONOMY .............................................................. 16

3.1    PHYSICAL DESCRIPTION ......................................................................................... 16

3.1.1    General Characteristics of Cats .............................................................. 16

3.1.2    Characteristics of the Florida Panther ................................................... 17

3.2    FLORIDA PANTHER TAXONOMY............................................................................... 18

3.2.1    Background on Florida Panther Taxonomy ............................................. 19

3.2.2    Assessment of the Historic Classification of the Florida Panther as a Distinct Subspecies .... 25

3.2.3    Assessment of the Evidence Informing Taxonomic Certainty ................. 30

3.2.4    Scientific Consensus on the Taxonomic Classification of the Puma ....... 46

3.2.5    Use of Genetics to Identify Source Population of Origin for Pumas Found Outside of Known Breeding Ranges ................................. 48

3.2.6   Assessment of Binomial/Trinomial use in Scientific Literature ................................ 49

3.2.7   Taxonomic Assessment Summary ................................................................ 50

CHAPTER 4    LIFE HISTORY AND ECOLOGY ......................................................... 51

4.1   REPRODUCTION ................................................................................. 51

4.2   SURVIVAL AND CAUSES OF MORTALITY ............................................................ 51

4.3   DISPERSAL .................................................................................... 53

4.4   HOME RANGE DYNAMICS AND MOVEMENTS ............................................................ 57

    4.4.1   Florida Panther Home Range Dynamics ....................................................... 58

    4.4.2   General Characteristics of Florida Panther Movements ...................................... 58

    4.4.3   Daytime versus Nighttime Movements ........................................................ 59

    4.4.4   Effects of Season on Movements ............................................................ 59

    4.4.5   Effects of Reproductive Status on Movements of Females ..................................... 60

    4.4.6   Territoriality and Transitory Movements in Males .......................................... 60

    4.4.7   Effects of Habitats on Panther Movements .................................................. 61

4.5   INTRASPECIFIC INTERACTIONS .................................................................. 61

    4.5.1   Interactions of Males with Other Florida Panthers ......................................... 61

    4.5.2   Interactions of Females with Other Florida Panthers ....................................... 62

    4.5.3   Indirect Interactions ..................................................................... 62

4.6   FOOD HABITS .................................................................................. 63

4.7   SPACE AND HABITAT USE ........................................................................ 65

    4.7.1   Florida Panther Habitat Use ............................................................... 65

    4.7.2   Den Site Selection by Females ............................................................. 66

CHAPTER 5    HISTORICAL DISTRIBUTION AND CAUSES FOR DECLINE ......................................... 67

5.1   HISTORICAL DISTRIBUTION AND DECLINE OF PUMAS IN EASTERN NORTH AMERICA ............... 67

5.2   HISTORICAL DISTRIBUTION AND DECLINE OF THE FLORIDA PANTHER ....................... 68

CHAPTER 6    CURRENT CONDITION OF THE FLORIDA PANTHER .............................................. 76

6.1   CURRENT POPULATION DISTRIBUTION, SIZE, AND TREND ............................................ 76

    6.1.1   Current Distribution of the Florida Panther as Determined by Occurrence Records ........... 77

    6.1.2   Recent Expansion of Female Panthers North of Caloosahatchee River ......................... 82

    6.1.3   Current Distribution of Pumas in Eastern United States Outside of Florida ................. 85

    6.1.4   Current Size and Trend of the Florida Panther Population .................................. 87

    6.1.5   Florida Panther Population Density ........................................................ 91

6.2   GENETIC STATUS OF THE FLORIDA PANTHER ...................................................... 91

6.3    HABITAT SUITABILITY ANALYSIS ................................................................. 94

6.3.1    Conservation Planning for Pumas and Panthers ................................ 95

6.3.2    Area Metrics for Source and Sink Populations ................................... 96

6.3.3    Application of Conservation Planning Guidelines to the Florida Panther ........................... 96

6.3.4    Panther Habitat Suitability Model for Florida ................................... 97

6.3.5    Panther Habitat Suitability Model for Florida (Statewide) .................... 103

6.3.6    Panther Functional Zone for the USFWS's Regulatory Framework ........................ 103

6.3.7    Identification of Unique Panther Habitat Patches in Florida ................... 109

6.3.8    Potential Panther Habitat Reserves in Florida ................................... 117

6.3.9    Criteria for Landscape Linkages for Panthers ................................... 120

6.3.10    Landscape Connectivity for Panthers Based on Modeling .................... 121

6.3.11    Potential Constraints on the Suitability of Panther Habitat ................... 126

6.4    THREATS (FACTORS INFLUENCING VIABILITY) ........................................ 131

6.4.1    Habitat Loss, Degradation, and Fragmentation ................................. 131

6.4.2    Increasing Human Populations ................................................... 140

6.4.3    Genetic Consequences of Small Populations .................................. 140

6.4.4    Road and Highway Mortality ................................................... 140

6.4.5    Human-Panther Conflict ........................................................ 142

6.4.6    Infectious Diseases ............................................................. 146

6.4.7    Prey Availability ................................................................. 148

6.4.8    Environmental Toxicants ........................................................ 152

6.4.9    Emerging Neuromuscular Disorder of Unknown Origin ...................... 153

6.5    CURRENT CONSERVATION MEASURES ............................................... 153

6.5.1    Land Conservation .............................................................. 154

6.5.2    Regulatory Programs ........................................................... 162

6.5.3    Recovery Planning .............................................................. 167

6.5.4    Reducing Vehicle-Related Panther Mortalities ................................. 167

6.5.5    Agency Management Activities ................................................. 172

6.5.6    Public Education and Outreach ................................................. 174

6.6    CURRENT CONDITION SUMMARY ..................................................... 175

6.6.1    Current Resiliency .............................................................. 175

6.6.2    Current Redundancy ............................................................ 176

6.6.3    Current Representation .......................................................... 176

6.6.4  Current Resistance ................................................................................................... 177

CHAPTER 7    FUTURE CONDITION OF THE FLORIDA PANTHER ............................................. 180

7.1    POPULATION VIABILITY ANALYSIS .......................................................................... 180

7.1.1  Hostetler et al. (2013) PVA ..................................................................................... 182

7.1.2  van de Kerk et al. (2019) PVA .................................................................................. 183

7.1.3  PVA Summary ........................................................................................................... 188

7.2    LANDSCAPE-FACTORS PROJECTED TO IMPACT FUTURE POPULATIONS .................. 188

7.2.1  Land Development Projections ................................................................................. 189

7.2.2  Sea Level Rise Projections ........................................................................................ 191

7.2.3  Near-Term (2040) Impacts of Habitat Loss in South Florida .................................... 194

7.2.4  Long-Term (2070) Impacts of Habitat Loss Statewide in Florida ............................. 198

7.2.5  Very Long-Term (2100) Impacts of Sea Level Rise on Panther Habitat ................... 230

7.2.6  Impacts of Habitat Loss on Near-term (2040) and Long-term (2070) Population Viability .. 234

7.2.7  Assessment of Future Management Scenarios on the 4 R's ..................................... 241

7.3    FUTURE RESILIENCY ............................................................................................... 242

7.4    FUTURE REDUNDANCY ........................................................................................... 244

7.5    FUTURE REPRESENTATION ..................................................................................... 244

7.6    FUTURE RESISTANCE .............................................................................................. 245

CHAPTER 8    STATUS ASSESSMENT SUMMARY ..................................................................... 247

LITERATURE CITED ....................................................................................................................... 248

APPENDIX A — ACRONYMS AND ABBREVIATIONS .................................................................... 284

APPENDIX B — DATA SOURCES ................................................................................................... 285

APPENDIX C — STATE WILDLIFE AGENCY RESPONSES TO 2006 DRAFT OF RECOVERY PLAN ................. 288

## CHAPTER 1    INTRODUCTION, DATA, AND ANALYTICAL FRAMEWORK

### 1.1    INTRODUCTION

#### 1.1.1    Purpose and Focus of this Assessment

The Florida panther (*Puma concolor coryi*) has been listed as an endangered species under the 1966, 1969, and 1973 Acts that dealt with endangered species conservation and was included in the 1966 Red Book list of endangered species citing works by Cahalane (1964) and Young and Goldman (1946).  In this Species Status Assessment (SSA) for the Florida panther, we use the term "puma" for members of the species in populations outside of Florida and the terms "panther" or "Florida panther" for the current listed entity and the Florida population.  The panther population has been recognized since the early 1900s as the last puma population in the eastern US and numerous publications touted its conservation importance prior to the passage of the Endangered Species Act (ESA; Beard et al. 1942, Matthiessen 1959, Cahalane 1964).

The Florida panther represents the only breeding population of puma in the eastern United States (Figure 1.1) and is currently listed as an endangered subspecies under the ESA of 1973, as amended (16 U.S.C. 1531 *et seq.*).  The purpose of the ESA is to conserve threatened and endangered species and the ecosystems upon which they depend.  For the purposes of the ESA, the term "species" includes subspecies and distinct population segments.  Periodic assessments of a species' status are required under the Act and these assessments are compiled using the best scientific and commercial data available.  Section 4(c)(2)(A) of the ESA requires the U.S. Fish and Wildlife Service (USFWS) to review each listed species' status at least once every 5 years (5-Year Review).

The USFWS is required by law to periodically evaluate the biological status of listed species and therefore, developed a Species Status Assessment (SSA) Framework to aid in that process.  The purpose of the SSA Framework is to provide a consistent, integrated, conservation-focused, and scientifically robust approach to assessing a species' biological status such that the information and analysis are useful to all decisions and activities under the ESA.

The objective of this SSA is to describe the viability of the Florida panther based on the best scientific and commercial information available.  The SSA begins with a compilation of the best available information on the Florida panther (taxonomy, life history, and habitat) and its ecological needs at the individual, population, and/or species levels based on how environmental factors are understood to act on the panther and its habitat.  Next, the SSA describes the current condition of the panther's habitat and demographics, and the probable explanations for past and ongoing changes in abundance and distribution within the panther's ecological settings (i.e., areas representative of geographic, genetic, or life history variation across the range of the species).  Lastly, the SSA forecasts the panther's response to probable future scenarios of environmental conditions and conservation efforts.

Throughout this assessment, the SSA uses the conservation biology principles of resiliency (ability to withstand year-to-year ecological changes), redundancy (ability to withstand catastrophes), and representation (ability to adapt to long-term changes) (collectively known as the "3 Rs"; see Section 1.3 Analytical Framework) as a lens to evaluate the current and future condition of the panther.  This SSA

provides a compilation of the best available scientific information on the biological status of the Florida panther and provides a stand-alone, science-focused assessment for use in policy-guided decisions under the ESA and to inform future conservation and management efforts.

The SSA does not provide any recommendations regarding the species' status under the ESA and does not result in a decision document.  Rather, the SSA provides the scientific basis for such decisions.  The SSA is expected to be a living document and should be updated and revised as new scientific information becomes available.

On 29 June 2017, the USFWS initiated a 5-Year Review of the Florida panther (82 FR 29916) to determine whether its status has changed since the time of its last status review in 2009.  Upon completion of the 5-Year Review, the USFWS can make the following possible recommendations:

- Maintain the Florida panther's current classification;
- Reclassify the Florida panther from endangered to threatened (downlist); or
- Remove the Florida panther from the Endangered Species List (delist).

This SSA will inform decisions regarding these recommendations and will be used, along with policy judgment, to inform subsequent decisions on the legal status of the Florida panther under the ESA (Smith et al. 2018).  This SSA could also be used to inform other ESA determinations, including future recovery planning activities, consultations, and permitting.

### 1.1.2    Geographic Scope

The geographic scope of this SSA is Florida-centric.  The puma population in North America historically had a transcontinental distribution and the use of the southeastern state boundaries to describe the historic range of the Florida panther was a subjective delineation based on scant museum specimens (see Chapter 3.2.2).  The Florida panther represents the only breeding population of puma in the eastern United States and all evidence supports that this population has been restricted to the peninsula of Florida for over 100 years (See Chapter 5) and that the natural expansion of the breeding population into areas outside of Florida is unlikely to occur over the next 50 years (see Chapter 7).  Although areas of sufficient size to support puma populations outside of Florida have been identified (see Chapter 6.3.5; Thatcher et al. 2006), these areas are not essential for the continued persistence of the panther population (see Chapter 7.1.3).  Furthermore, reintroduction of panthers into states outside of Florida is not a likely scenario in the near-term future as no past or present planning activities have occurred regarding reintroduction efforts.  There is also no indication that the resistance to panther reintroductions previously held by state wildlife agencies outside of Florida has changed since the release of the Third Revision of the Florida Panther Recovery Plan in 2008 (See Section 6.6.4).

We divided Florida into 3 regions primarily to make map details easier to see and to provide consistency in the SSA for referencing regions of the state.  These regions were based on the current known distribution of panthers (see Chapter 6 Current Conditions).  South Florida incorporates an area where most panthers reside and includes the known distribution of females (Figure 1.2), basically from Lake Okeechobee southward.  Central Florida extends northward from South Florida to the junction of Interstate 95 (I-95) and Interstate 4 (I-4) in Volusia County (Figure 1.3).  There is consistent evidence of male panthers throughout this region although panther densities would be very low.  North Florida extends northward from the Central Florida region to Florida's northern border (Figure 1.4).  We have

very little documentation of panther occurrences in this region, mostly along the I-95 corridor, and no verified occurrences in Florida's panhandle in modern times.

### 1.1.3    Review of Previous Status Assessments (5-Year Reviews)

The USFWS initiated 5-Year Reviews for the Florida panther in 1979 (44 FR 29566), 1985 (50 FR 29901), 1991 (56 FR 56882), and 2005 (70 FR 35689).  No changes in the status of the Florida panther were recommended in these 5-Year Reviews.  The most recent 5-Year Review for the Florida panther (USFWS 2009) was conducted prior to the development of the SSA framework and determined that the Florida panther remained in danger of extinction throughout all or a significant portion of its range.  This determination was based on the threats of an increasing human population, increasing habitat development, and that the population was at risk to catastrophic events given its present distribution as a single, isolated population with a history of inbreeding and reduced genetic diversity due to its historical isolation and reduced population size (USFWS 2009).

### 1.2    AVAILABLE DATA, DATASETS, AND MODELING EFFORTS

This SSA draws primarily on the substantial amount of scientific information regarding Florida panthers available from the Florida Fish and Wildlife Conservation Commission (FWC), the National Park Service (NPS), and the USFWS.  This body of scientific literature has been published over the course of the State of Florida's research and monitoring efforts that began in 1981.  We cite information pertaining specifically to the Florida panther population when possible and supplement these citations with information published on other puma populations in North America.  Appendix A provides a comprehensive list of data sources used to assess and model the current and future conditions for this SSA.

### 1.3    ANALYTICAL FRAMEWORK

We used the SSA Framework described above to evaluate the current status of the Florida panther as well as an assessment on the risk of extinction in the future.  This SSA applies the conservation biology principles of resiliency, redundancy, and representation (the 3 R's) to evaluate the current and future condition of the Florida panther.  Resiliency, redundancy, and representation are interconnected and overlapping principles that collectively contribute to the viability of a species.  We also introduce the concept of a fourth "R," namely resistance, which describes the willingness of people to accept the species on the landscape.  For the purposes of this assessment, we generally define viability[1] as the ability of the Florida panther to sustain populations in the wild over a biologically meaningful time frame.  Our evaluation of the resiliency, redundancy, representation, and resistance for the Florida panther is made in the context of its life history and ecology.  Resiliency, redundancy, representation, and resistance are described as follows for the purposes of this SSA (USFWS 2016a, Smith et al. 2018).

---

[1] Viability is not a specific state, but rather a continuous measure of the likelihood that the species will sustain populations over time. In addition, the term viability denotes a trajectory opposite to extinction and a focus on species conservation.  From, U.S. Fish and Wildlife Service. 2016. USFWS Species Status Assessment Framework: an integrated analytical framework for conservation.  Version 3.4 dated August 2016.

### 1.3.1    Resiliency

Resiliency describes the panther's ability to withstand environmental variation and disturbance events. This resiliency is associated with abundance, survival, population growth rate, genetic heterogeneity, and habitat quality.  Environmental variation includes normal year-to-year variation in rainfall and temperatures, for example, as well as unseasonal weather events.  Disturbances (i.e., discrete events which cause substantial changes to the structure or resources of an ecosystem) are stochastic events such as fire, flooding, tropical cyclones, and disease outbreaks.  Simply stated, resiliency is having the means to recover from the impacts of such disturbances and persist over time (viability).  To be resilient, the panther must have healthy populations that are able to sustain themselves through good and bad years.  Panther resiliency would increase with improvements in population health, population size, and an increase in the area occupied by the breeding population.  Resiliency would also be affected by the degree of connectivity within occupied habitat.  A population must be resilient to contribute to redundancy or representation.

### 1.3.2    Redundancy

Redundancy describes the panther's ability to withstand catastrophic events, which is related to the number, distribution, and resilience of populations.  Redundancy spreads risks among multiple populations (or subpopulations) and ensures that the loss of a single population (or subpopulation) does not lead to the loss of representation.  A sufficiently widespread single population may achieve the same result as multiple populations by reducing the likelihood that the entire population is affected simultaneously by a catastrophic event.  Furthermore, the more diverse and widespread that a panther population is, the more likely it is that the panther's adaptive diversity will be preserved.  Having multiple panther subpopulations would help preserve the breadth of adaptive diversity, and hence, the evolutionary flexibility of the panther.  Given sufficient redundancy, single or multiple catastrophic events are unlikely to cause the panther's extinction.  Thus, the greater redundancy the panther has, the more viable it will be.

### 1.3.3    Representation

Representation describes the panther's ability to adapt to changing environmental conditions and is characterized by the breadth of genetic and ecological diversity within and among populations.  The greater this adaptive diversity the more viable the panther will be.  Maintaining adaptive diversity includes conserving both the panther's ecological and genetic diversity.  Ecological diversity is the physiological, ecological, and behavioral variation exhibited by a species across its range.  Genetic diversity is the number and frequency of unique alleles within and among populations.  By maintaining these two sources of adaptive diversity across a species' range, the responsiveness and adaptability of the panther over time is preserved, which increases overall viability.  Representation is therefore measured by the breadth of genetic and ecological diversity within and among populations. Representation is considered a proxy for the adaptive capacity of the species over time.

### 1.3.4    Resistance

Resistance describes the sociological pressures that are exerted either on the species (i.e., human unwillingness to accept panthers leading to direct persecution) or on the management of the species (i.e., varying degrees of support for translocations or population re-establishment).  There will be a

range of resistance among different stakeholders because of the "mixture of tolerance of problems and desires for benefits from wildlife" that constitute Wildlife Stakeholder Acceptance Capacities (WSAC; Carpenter et al. 2000).  Stakeholders and their associated WSAC's are more engaged in wildlife management decisions as evidenced by the complexities of large carnivore recovery issues nationwide (grizzly bear [*Ursus arctos horribilis*], red wolf [*Canis rufus*], gray wolf [*Canis lupus*], and Mexican wolf [*C. l. baileyi*] as examples) and successful recovery will depend upon how well managers integrate biological and human dimensions in decision-making (Riley et al. 2002).  Resistance is more of a qualitative rather than a quantitative measure.  It can range from low resistance where people desire to see more panthers on the landscape to high resistance where people do not want them near their homes or livestock operations (Carpenter et al. 2000).



Figure 1.1. Historic and current distribution of the Puma (*Puma concolor*). The Puma is the most widely distributed terrestrial mammal in the Western Hemisphere (Sunquist and Sunquist 2002).



Figure 1.2.  Base map of South Florida emphasizing the locations of conservation lands in January 2019, American Indian reservations, counties, major cities and towns, and major highways.



Figure 1.3.  Base map of Central Florida emphasizing the locations of conservation lands in January 2019, American Indian reservations, counties, major cities, and major highways.



Figure 1.4.  Base map of North Florida emphasizing the locations of conservation lands in January 2019, counties, major cities, and major highways.

---

**CHAPTER 2    LISTING HISTORY AND LEGAL STATUS**

---

**2.1    LISTING HISTORY**

- The Florida panther was first declared to be an endangered species by the State of Florida in 1958.
- The Florida panther was listed as an endangered species under the 1966 and 1969 federal Acts that dealt with endangered species conservation and is currently listed as endangered wherever it is found under the ESA of 1973.
- The Florida panther was included in the 1966 Red Book list of endangered species citing works by Cahalane (1964) and Young and Goldman (1946).
    - Cahalane (1964) stated "cougars" were eliminated from the east except for an "isolated, remnant" Florida population and he did not use any taxonomic names.
    - Cahalane (1964) was used to identify the endangered population of conservation interest and the subspecies name from Young and Goldman (1946) was used for its geographic convenience.
- The Florida panther population has been recognized since the early 1900s as the last breeding population of puma in the eastern United States and numerous publications tout its conservation importance.

One of the first attempts at identifying endangered or recently-extinct wildlife began in 1936 under the auspices of the American Committee for International Wild Life Protection (ACIWLP).  The ACIWLP was founded in 1930 to promote wildlife conservation and to protect vanishing birds and mammals worldwide.  The book "Extinct and Vanishing Mammals of the Western Hemisphere" (Allen 1942) was created for the ACIWLP and this work stated that pumas "have been extirpated from most of their range in the eastern United States" and that due to predator control efforts, puma in the western US have been locally reduced in numbers.  Of the 10 puma subspecies identified by Nelson and Goldman (1929), Allen (1942) reported that one was extinct (eastern puma) and two were greatly reduced in numbers, the Florida panther and the Yuma puma.  This assessment was echoed by Beard et al. (1942) when they stated that puma have been the object of constant persecution that was still being carried on unabated.  Beard et al. (1942:113) found that the only puma remaining in the eastern United States were "Florida cougars" and they stated their stronghold was "in the fastness of the Big Cypress Swamp."  A book by Peter Matthiessen, "Wildlife in America" (Matthiessen 1959, revised 1987), stated that "cougars" were essentially extirpated from the eastern United States by 1903 except for a few that managed to persist in South Florida.  Matthiessen (1959:62) also stated that "For most of us, in any case, it is less important that the turkey, prairie chicken, wolf, cougar, bison, elk, and other creatures now extirpated from the East were subspecies than that such creatures ever existed there at all."  These three works were identified as general references on mammals for the 1966 Red Book and provided further support that Florida panthers were the last puma population in the eastern United States at the time of the 1967 listing.

The first comprehensive U.S. legislation to deal with endangered species conservation was the Endangered Species Preservation Act (15 October 1966, Public Law 89-669).  This Act provided a "program for the conservation, protection, restoration, and propagation of selected species of native fish and wildlife, including migratory birds, that are threatened with extinction."  The Act also required

the Secretary of the Interior to publish an endangered species list in the Federal Register.  In July 1966, the Committee on Rare and Endangered Wildlife Species, Bureau of Sport Fisheries and Wildlife produced "Resource Publication 34 – Rare and Endangered Fish and Wildlife of the United States."  This report, and a preliminary draft released in 1964, became known as the Red Book and this was the source that identified all the species that populated the first endangered species list (Federal Register, Vol. 32, No. 48, 11 March 1967).

The Florida panther was included in the Red Book citing Cahalane (1964) and Young and Goldman (1946) and was subsequently placed on the 1967 endangered species list.  The 1964 report by Victor H. Cahalane, then President of the New York Zoological Society, was initiated through a September 1961 invitation from the Conservation Committee of the Boone and Crockett Club that passed a resolution to bend their conservation efforts towards the protection of "North America's three most precariously situated large mammals, the grizzly bear, the cougar and the wolf – timber and red" (Boone and Crockett Club 1961).  The New York Zoological Society and the Boone and Crockett Club co-sponsored Mr. Cahalane in 1962 to undertake this "Special Predator Survey" that involved questionnaires (Figure 2.1; Boone and Crockett Club 1964) sent to state and provincial game departments in North America and to biologists and federal officials in those states and provinces in order to provide a cross-check for the status information provided by the game departments (Boone and Crockett Club 1962).  Cahalane consulted with thirty state wildlife agencies and about forty other biologists and found that puma had been eliminated from the eastern portion of its original range except for an "isolated, remnant" population in Florida (Cahalane 1964).  Cahalane (1964) did not use any scientific names (species or subspecies) in this report.  It appears that Cahalane (1964) was used by the Committee on Rare and Endangered Wildlife Species to identify an endangered puma population and that Young and Goldman (1946) was used to affix a scientific name to these pumas as a label of convenience.

The 1966 Endangered Species Preservation Act was expanded by the ESA of 1969 (Public Law 91-135) to include protections against importation and sale of endangered species, both domestically and worldwide.  These two Acts still did not provide the management tools needed to proactively prevent the extinction of endangered species and that led to the passage of the ESA of 1973 (Public Law 93-205).  The purposes of the ESA of 1973 were "to provide a means whereby the ecosystems upon which endangered species and threatened species depend may be conserved" and "to provide a program for the conservation of such endangered species and threatened species."  The Florida panther was on the inaugural endangered species list of 1967 and has since remained on these lists.

Figure 2.1.  Copy of questionnaire sent by Victor H. Cahalane to state and provincial game departments, biologists, and federal officials in North America from 1962–1963 as part of a large predator survey (Cahalane 1964) co-sponsored by the Boone and Crockett Club and the New York Zoological Society. Courtesy of the Boone and Crockett Club Records (Mss738), Archives and Special Collections, Maureen and Mike Mansfield Library, University of Montana-Missoula.

## 2.2    LEGAL STATUS

### 2.2.1    Federal Legal Status

The USFWS listed the Florida panther (*Puma* (=*Felis*) *concolor coryi*) as endangered throughout its historical range on 11 March 1967 (32 FR 4001).  The Florida panther subsequently was designated as endangered wherever it is found under the ESA of 1973, as amended (16 U.S.C. 1531 *et seq.*).  The ESA defines an endangered species as any species that is in danger of extinction throughout all or a significant portion of its range.

The ESA protects endangered species and their habitats by prohibiting the "take" of listed animals and the interstate or international trade in listed plants and animals, including their parts and products, except under a Federal permit.  Take is defined as "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect or attempt to engage in any such conduct."  Through regulations, the term "harm" is defined as "an act which actually kills or injures wildlife.  Such an act may include significant habitat modification or degradation where it actually kills or injures wildlife by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering."  Federal take permits generally are available for conservation and scientific purposes.

A person would be exempt from prosecution under the aforementioned take prohibitions if that person injured or killed a Florida panther and "committed the offense based on good faith belief that he was acting to protect himself or herself, a member of his or her family, or any other individual, from bodily harm from any endangered or threatened species" (16 U.S. Code § 1540 [b] 3).  This take exemption does not apply to the protection of pets and livestock.

The Secretary of the Interior has discretion on whether to designate critical habitat for species, such as the Florida panther, that were listed prior to the 1978 amendments to the ESA.  Critical habitat has not been designated for the Florida panther.  A designation of critical habitat requires federal agencies to consult with the USFWS to ensure that any actions they authorize, fund, or carry out are not likely to result in the destruction or adverse modification of designated critical habitat.  The most recent position of the USFWS is that a critical habitat designation for the Florida panther "would provide little conservation benefit on the private lands that are so important to panther recovery, and critical habitat designation may in fact be an impediment to the voluntary and collaborative partnerships with landowners that are needed to support future growth and expansion of the Florida panther population" (USFWS 2016b).

The USFWS determined in 1991 that all other free-living *Puma concolor* (common names: mountain lion, cougar, puma, panther, etc.) are threatened wherever they may occur in Florida under the "Similarity of Appearance" provisions of the ESA (*Federal Register* 56(157):40265-40267).  This action was necessary to protect the endangered Florida panther from illegal take.  It is very difficult to morphologically distinguish Florida panthers from individuals of unlisted subspecies of *Puma concolor*, which periodically occur in Florida as either escapees from captivity or are deliberate releases.

### 2.2.2    State of Florida Legal Status

The Florida panther was first declared to be an endangered species by the Florida Game and Fresh Water Fish Commission (GFC), the predecessor agency of the current FWC, in 1958, at which time complete protection was afforded to the species.  FWC currently lists the Florida panther as a Federally-

designated Endangered Species (68A-27.003, *Florida Administrative Code*).  Federally-designated Endangered and Threatened Species are defined by the State of Florida as "species of fish or wild animal life, subspecies or isolated populations of species or subspecies, whether vertebrate or invertebrate, that are native to Florida and classified as Endangered and Threatened under Commission rule by virtue of designation by the United States Departments of Interior or Commerce as endangered or threatened under the Federal Endangered Species Act, 16 U.S.C. § 1532 et seq. and rules thereto..." (68A-27.001(2) *Florida Administrative Code*).

State rule provides that "no person shall take, possess, or sell any of the endangered or threatened species included in this subsection, or parts thereof or their nests or eggs except as allowed by specific federal permit or authorization" (68A-27.003(1)(a) *Florida Administrative Code*).  Take is defined as "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in such conduct" (68A-27.003(4) *Florida Administrative Code*).  The term "harm" in the definition of take means "an act which actually kills or injures fish or wildlife.  Such act may include significant habitat modification or degradation where it actually kills or injures wildlife by significantly impairing essential behavioral patterns, including breeding, feeding or sheltering."  The term "harass" in the definition of take means "an intentional or negligent act or omission which creates the likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavioral patterns which include, but are not limited to, breeding, feeding or sheltering."

Florida statutes also provide that "it is unlawful for a person to kill a member of the Florida 'endangered species,' as defined in s. 372.072(3), known as the Florida panther (*Felis concolor coryi*)" and that "it is unlawful for a person to kill any member of the species of panther (*Felis concolor*) occurring in the wild" (Section 372.671 *Florida Statutes*).  Persons convicted of unlawfully killing a Florida panther or any member of the species of the panther in the wild is guilty of a felony of the third degree.

### 2.2.3    State Legal Status Outside of Florida

**Alabama:**  The Alabama Department of Conservation and Natural Resources (ADCNR) lists the status of *P. concolor* as "Extirpated" within the state.  The 2018-2019 Regulations of the ADCNR designates the mountain lion (cougar) as a game animal, but designates other State or Federally protected nongame species as "Protected Nongame Species."  In accordance with rule 220-2-.92(1)(f), "It shall be unlawful to take, capture, kill, or attempt to take, capture or kill; possess, sell, trade for anything of monetary value, or offer to sell or trade for anything of monetary value" protected nongame species (Code of Alabama 1975, §§ 9-2-8).

**Arkansas:**  Arkansas Game and Fish Commission (AGFC) regulations state "It is unlawful to import, transport, sell, purchase, hunt, harass, or possess any threatened or endangered species of wildlife or parts (including without limitation those species listed under the Federal Endangered Species Act, 50 CFR 17.11, 50 CFR 17.12 and Addendum Chapter P1.00)" (Arkansas Administrative Code 002.00.1-05.27).  The Arkansas Code of Regulations lists mountain lions (*P. concolor*) as a Prohibited Captive Wildlife Species.

**Georgia:**  The Georgia Department of Natural Resources (GDNR) lists the Florida panther (*P. c. coryi*) as a state "Protected species" and classifies its status as "Endangered" (Rule 391-4-10-.09[1][h]).  The GDNR prohibits "activities which are intended to harass, capture, kill, or otherwise directly cause death of any protected species" (Rule 391-4-10-.06).

**Louisiana:**  The Louisiana Department of Wildlife and Fisheries (LDWF) lists the Florida panther (*P. c. coryi*) as an endangered species under Louisiana statute LSA-R.S. 56 § 1904 where "any species of wildlife or native plant determined by the secretary of the Louisiana Department of Wildlife and Fisheries to be an endangered or threatened species pursuant to the federal Endangered Species Act shall be deemed to be an endangered or threatened species."

**Mississippi:**  The Mississippi Department of Wildlife, Fisheries, and Parks (MDWFP) lists the Florida panther (*P. c. coryi*) as "Protected Wildlife" and may not be hunted, molested, bought, or sold.  The Mississippi Natural Heritage Program ranks the Florida panther's status in the state as "Presumed Extirpated" and the state legal protection designation is "Listed Endangered" (https://www.mdwfp.com/media/255911/ms-listed-species-2018.pdf), as determined by the MDWFP under MS Code § 49-5-109 (2017).

**South Carolina:**  The South Carolina Department of Natural Resources (SCDNR) does not include the Florida panther (*P. c. coryi*) on its list of Rare, Threatened, and Endangered Species of South Carolina (http://www.dnr.sc.gov/species/state.html), nor is it tracked through the SCDNR's Heritage Trust or State Wildlife Action Plan.  However, if a Florida panther was present in South Carolina, it would be categorized as an "Endangered species" as defined under South Carolina Code of Laws § 50-15-10 (https://www.scstatehouse.gov/code/t50c015.php), due its federal status under the ESA.

**Tennessee:**  The Tennessee Wildlife Resources Agency (TWRA) does not list the Florida panther (*P. c. coryi*) as a state threatened or endangered species pursuant to Tennessee Code §§ 70-8-105 and 70-8-107 (https://www.tn.gov/content/dam/tn/twra/documents/1660-01-32%20threatened-endangered-species-rule.pdf).  Tennessee law (§ 70-8-104) prohibits the take and attempt to take of nongame wildlife.  Puma are not considered a game species in Tennessee and no hunting season has been proclaimed as of 2019, therefore the nongame classification would apply.  However, Tennessee law permits a landowner to destroy any wild animal that damages their property (§ 70-4-115).

### 2.2.4  International Legal Status

The Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES) is an international agreement between governments to ensure that international trade in specimens of wild animals does not threaten their survival.  CITES manages lists of these species in the form of Appendices I, II and III with Appendix I representing species that are the most endangered.  In recognition of the panther's endangered species status, this subspecies was initially listed in Appendix I.  However, the Florida panther was transferred from Appendix I to Appendix II in 2016 and lumped with *P. c. couguar* in 2017 following the taxonomic changes adopted at the 17th Meeting of the Conference of the Parties to CITES in 2016 (see Taxonomy section for further discussion).  All puma in North America are now classified as an Appendix II subspecies (*P. c. couguar*) under CITES (https://www.speciesplus.net/#/taxon_concepts/12325/legal, last accessed 02 February 2020).  Appendix II includes "species not necessarily threatened with extinction, but in which trade must be controlled in order to avoid utilization incompatible with their survival."

## CHAPTER 3    SPECIES DESCRIPTION AND TAXONOMY

### 3.1    PHYSICAL DESCRIPTION

The Florida panther is a large, long-tailed cat in the monotypic genus *Puma*, a member of the family Felidae of the order Carnivora, class Mammalia (Kitchener et al. 2017).  This genus is known by many names, including mountain lion, panther, puma, and cougar, depending on region of occurrence.  Pumas were formerly included in the small cat group (*Felis*) based on the shape of the nose, the morphology of the feet, and the shape of the pupils, all of which are similar to those of small cats (Sunquist and Sunquist 2002).  They also resemble the smaller cats by having a short wide skull and a short face (i.e., distance from eyes to end of nose).  Additionally, pumas do not roar in the manner of lions (*Panthera leo*) and leopards (*Panthera pardus*), but purr like the smaller cats, a function of anatomical differences in the hyoid apparatus below the tongue and the vocal folds within the larynx (Kitchener et al. 2017).

### 3.1.1    General Characteristics of Cats

The body of all cats, including the puma, is a reflection of diet.  Like all cats, they are strict carnivores designed for capturing and killing live prey, and they require a higher proportion of protein in the diet than almost any other mammal (Sunquist and Sunquist 2002).  In order to allow cats to climb and grasp prey, they have evolved short, powerful forelimbs that rotate.  Their forepaws have long, sharp, retractable claws used to restrain prey; they have a long body with a flexible spine; and they have well-muscled hindlimbs.  Most cats, including pumas, have long tails that measure one-third to one-half their total head and body length, a feature thought to add balance aid in moving around in difficult terrain or making quick turns while pursuing prey.  All cats are digitigrade, meaning that they walk on their toes, with the soft toe pads distributing the weight over the balls of the feet while the ankle and wrist remain elevated.  This trait results in a fluid walking motion.  Soft toe pads ensure a silent, firm grip during stalking and final approach to prey, and when climbing with or without claws (Kitchener et al. 2010).  The evolution of these features has resulted in an animal that is quick, agile, and strong.  Pumas, in particular, are intermediate among felids in their adaptations for speed; they are fast and agile but not adapted for extended pursuit (Murphy and Ruth 2010).  Rather, they are ambush predators that silently approach to within 2–30 m of prey, and then rapidly accelerate, hold prey with powerful forelimbs, and kill with a powerful bite (Murphy and Ruth 2010).

A cat's skull is highly domed, the cheek bones (or zygomatic arches) are wide, the face is foreshortened, and the sagittal crest (or ridge of bones on top of the skull) provide an attachment point for powerful jaw muscles (Kitchener et al. 2010).  These muscles increase the bite force of the canine teeth.  Dentition is characterized by large and somewhat rounded canines that are used for securing and stabbing the prey, delivering a killing bite.  Small incisors, arranged in a row at the front of the jaws, are used for plucking hair and cutting through tough skin, and the rear molars (or carnassials) shear meat from prey by moving against each other like scissor blades.  These features allow cats to quickly kill prey in one of two ways.  A bite on the nape of the neck, typical for smaller prey, involves dislocation of cervical vertebrae and severing of the spinal cord by the canines.  For larger prey, a throat- or snout-covering bite is used, both of which typically kill by suffocation and may not even break the skin of the prey (Kitchener et al. 2010).

Cats hunt prey that are either nocturnal or diurnal, so their eyes must be able to function across a wide range of available light conditions (Sunquist and Sunquist 2002, Murphy and Ruth 2010). Adaptations that allow cats to see in this broad range of lighting conditions include: large eyes (especially relative to body size); ability to regulate the amount of light entering the eye by dilating the pupil almost completely or contracting the pupil to a narrow slit; a predominance of rods in the retina for gathering light in low lighting conditions; a small cone-rich area in the center of the retina that provides the ability to discern green and blue wavelengths, and possibly red wavelengths; and the presence beneath the retina of a tapetum lucidum, a mirror-like layer that reflects light back through the retina and enhances night vision (Sunquist and Sunquist 2002, Kitchener et al. 2010). Cats also have highly developed binocular vision due to the eyes being set well forward and high on the skull, allowing for accurate judgment of distances when leaping or capturing prey. They also have an extensive field of peripheral vision that allows for the detection of movement lateral to the animal.

Cats have specialized whiskers (or vibrissae), which are stout touch-sensitive hairs located on the wrists, around the eyes, sides of the muzzle, and below the chin (Sunquist and Sunquist 2002, Murphy and Ruth 2010). These whiskers are extremely sensitive to minor fluctuations in air currents moving around objects, and they are used in pouncing on prey and detecting which way a prey animal is dodging in the final instant before capture. Cats are capable of hearing in the range of 65–70 kHz range, well above the upper limit of human hearing (15–20 kHz). Although cats do not produce vocalizations at a range as high as they can hear, they are able to detect high-frequency sounds produced by many prey species, which contributes to their success in locating prey. They are also able to move their ears in a manner that enables them to pinpoint the location of sounds. Although cats' sense of smell is considered to be less than that of dogs, odors nevertheless play an important role in the social lives of cats. Felids are known to use both visual and olfactory cues in conspecific communications, the latter which can include odors from anal sacs as well as subcaudal, facial, and interdigital glands (*see Section 4.5.3 Indirect Interactions*).

### 3.1.2    Characteristics of the Florida Panther

The Florida panther has been described as being differentiated from other pumas in North America on the basis of phenotypic and genotypic characteristics (*see 3.2. Florida Panther Taxonomy*). Adult Florida panthers are unspotted, typically rusty reddish-brown on the back, tawny on the sides, and pale gray or buffy underneath. Comparatively, Florida panthers are similar in appearance to pumas occurring in other areas of North and South America. Slight variations in color are common in pumas, whose dorsal pelage may vary in color from shades of grizzled gray or dark brown to shades of rufous, tawny, and ferruginous, with more intense coloration along the mid-dorsal line from the top of head to the base of the tail (Young and Goldman 1946, Pierce and Bleich 2003, Shaw 2010). The underside of the pelage is generally a dull whitish, the chin and throat colored white, and the muzzle and back of ears being black (Shaw 2010). Nevertheless, the Latin word *concolor* means "of the same color or uniform color throughout" indicating a relatively uniform appearance among pumas in North and South America.

Like puma kittens throughout their range, panther kittens are born with blue eyes, blackish spots on buffy brown to gray coats, and with black rings on the tail (Shaw 2010). The spots and tail bands gradually fade by five to six months-of-age, with the spots appearing as light brown dapples as the kitten grows older. The blue eyes of kittens slowly transition to the light-brown or amber color of adults by about five months-of-age (Belden 1988, Logan and Sweanor 2010).

Pumas are sexually dimorphic in size throughout their range, including Florida.  Male pumas are larger than females in weight (40–60 percent) and all body measurements (Sunquist and Sunquist 2002).  In Florida, standard morphometric measurements (e.g., body weight, chest girth, and neck girth) from adult male panthers were significantly larger than adult female panthers (Bartareau 2017).  Throughout the range of North American puma outside of Florida, adult males weigh 50–105 kg, have a total length of 1.8–2.9 m, and are 56–79 cm high at the shoulder (Shaw 2010).  By comparison, average weight of adult male panthers >36 months-of-age was 58 kg (44–72 kg; *n* = 64) (FWC unpublished data).  Adult female panthers >36 months-of-age are smaller with an average weight of 38 kg (27–60 kg; *n* = 85) (FWC unpublished data).  Comparatively, throughout the range of North American puma outside of Florida, adult females weigh 36–60 kg, have a total length of 1.6–2.2 m, and are 53–76 cm high at the shoulder (Shaw 2010).  These data indicate that Florida panthers are generally smaller than pumas in other areas of its range in North America.  Iriarte et al. (1990) found that puma subspecies inhabiting areas proximal to the equator weigh less than subspecies at the northern and southern extremes of their distribution.  The pattern of geographic variation in puma size is consistent with Bergmann's rule, which states that endotherms closer to the equator have smaller body size than those at higher latitudes (Gay and Best 1996b).

## 3.2    FLORIDA PANTHER TAXONOMY

- The Florida panther was first described as a unique subspecies (*Puma concolor coryi*) on the basis of morphological characteristics (cranial features and pelage color) measured and qualitatively assessed from a limited number of museum specimens, a taxonomic assessment that would not meet the standards of modern scientific journals.
- More recent morphological analyses suggest that the Florida panther retains cranial features that can distinguish this population from some previously described subspecies, yet these analyses also highlight inconsistencies with the arbitrary delineation of historic subspecies boundaries and classifications.
- Recent genetic analyses that applied nuclear genomics indicated that the lineage which led to North American pumas likely split from South American pumas ~300,000 to 100,000 years ago, a time period that is considerably older than previous genetic analyses had estimated.
- Recent phylogenetic studies provide support for a single North American puma subspecies, *Puma concolor couguar*, and based on these studies alone, the Florida panther population does not meet the standards of taxonomic distinctiveness.
- Genetic analyses in 2017 revealed that the Florida panther can still be differentiated from puma populations in the western United States, suggesting that some level of genetic distinctness remains in the Florida panther population.  These same techniques are used to differentiate other geographic populations of puma in North America.
- The Cat Classification Task Force, an expert group convened on behalf of the IUCN SSC Cat Specialist Group and the IUCN Red List Unit, reviewed the current classification of Felidae and recognized two subspecies within *Puma concolor* based on phylogenetic studies and biogeography.  Based on this review, pumas distributed in North and Central America, including the Florida panther population, would be recognized as *P. c. couguar*.
- There has been an absence of scientific debate on the single North American puma subspecies concept since the revision was first proposed in 2000.  The majority of peer-reviewed papers on puma in scientific journals do not use the subspecies trinomial when referencing the study

population(s), the exception being for populations whose conservation status is of concern, such as the Florida panther.

- The best available information and expert opinion supports a single North American subspecies of puma.  However, the Florida panther subspecies is currently the listed entity under the ESA and is the subject of this assessment.

- For the purpose of this SSA, we assessed the Florida panther as representing the only breeding population of puma in the eastern United States, a characterization consistent with the population's status at the time of the original 1967 listing and consistent with the proposed taxonomic revisions for puma adapted by the CCTF of the IUCN/SSC Cat Specialist Group.

### 3.2.1    Background on Florida Panther Taxonomy

Cats are one of the more easily recognizable mammal forms in the world and all species are grouped in the Family Felidae.  However, this similarity in body form and function has also led to much debate on how to group the various cat species within the Felidae.  The second largest cat of the Western Hemisphere, now known as *Puma concolor*, has many local names due to its hemispheric distribution.  These include mountain lion, cougar, panther or puma.  In this document, we will use "puma" as a name for all *P. concolor* populations outside of Florida and use "Florida panther" or "panther" for the current listed entity and the Florida population.

Puma were named *Felis concolor* by Carl Linnaeus, the father of modern taxonomy, in his *Systema Naturae* (1771).  The genus *Felis* at that time included all other species of wild cats including lions, tigers (*Panthera tigris*), leopards and jaguars (*Panthera onca*) (Jardine 1834).  Jardine (1834), in his synopsis, was the first to use the genus *Puma* but this convention was not used by subsequent authors until the mid-1990s.  Merriam (1901) was the first naturalist to study puma specimens from North and South America and recognized 6 species and 5 subspecies.  Merriam accepted the Florida panther (*Felis coryi* Bangs) as a separate species as described by Charles B. Cory in his book "Hunting and Fishing in Florida" (Cory 1896).  Cory, along with 5 other men including his guide John Davis, hunted the panther with hounds in South Florida and collected at least 3 panther specimens, including the type specimen for the first uniquely described Florida panther subspecies, a female killed in April 1895 in the Allapattah Flats area northeast of Lake Okeechobee (Figure 3.1).  Cory had named the panther *Felis concolor floridana* but Bangs (1899) renamed it *Felis coryi* because *Felis floridana* was already being used for the Florida Lynx (=bobcat).  Outram Bangs described the Florida Puma through examination of six specimens, including the type specimen for the current listed entity, collected by F. R. "Frank" Hunter from 1896–1898 "in the same general region of Florida, namely, the great wilderness back of Sebastian, in Brevard and Osceola counties" (Bangs 1899:17).  Bangs further stated that "the Florida Puma is now restricted to peninsular Florida and can no longer intergrade with any other form, and it is doubtful if it ever did.  It must, therefore, be given full specific rank" (Bangs 1899:16-17).

Nelson and Goldman (1929) revisited puma classifications and had access to many North American specimens due to predator control efforts of the U.S. Biological Survey, precursor to the USFWS.  Rather than giving full specific status to some pumas, Nelson and Goldman (1929) recognized 19 puma subspecies throughout North and South America, including *Felis concolor coryi* (Bangs) as the synonymized form of the Louisiana puma (*Felis arundivaga*, Hollister 1911) and the Florida puma (*Felis coryi*).  Young and Goldman (1946) expanded the number of subspecies to 30 and were the first to map the subspecies ranges (Figure 3.2 and Figure 3.3).  Jackson (1955) later described an additional

subspecies for North America, the Wisconsin puma (*Felis concolor schorgeri*), and Cabrera (1958) later described a new subspecies for South America, *Felis concolor hudsoni*.  Hall and Kelson (1959) revised the classification of the North American puma subspecies to reflect the Wisconsin puma described by Jackson (1955) and also the removal of the Olympic puma (*F. c. olympus*), thereby maintaining the number of described subspecies for North America at 15.  Hall and Kelson (1959) and Hall (1981) also revised the subspecific ranges of pumas in North America that were initially delineated by Young and Goldman (1946), including a revision to the distribution line delineating the northern and southern boundaries of *F. c. coryi* and *F. c. couguar*, respectively (Figure 3.4).



Figure 3.1.  Charles B. Cory (left) and John Davis (right) in 1895, reprinted from Cory (1896).



Figure 1. Distribution of subspecies of *Felis concolor* in North and Middle America

1. *Felis concolor couguar*
2. *F. c. missoulensis*
3. *F. c. hippolestes*
4. *F. c. oregonensis*
5. *F. c. vancouverensis*
6. *F. c. olympus*
7. *F. c. californica*
8. *F. c. kaibabensis*
9. *F. c. browni*
10. *F. c. improcera*
11. *F. c. azteca*
12. *F. c. stanleyana*
13. *F. c. coryi*
14. *F. c. mayensis*
15. *F. c. costaricensis*

Figure 3.2. Distribution of subspecies of *Felis concolor* in North and Middle America as delineated by Young and Goldman (1946:10). Reprinted with permission from the Wildlife Management Institute.



Figure 6. Distribution of subspecies of *Felis concolor*

1. *Felis concolor concolor*    11. *F. c. improcera*    21. *F. c. incarum*
2. *F. c. couguar*    12. *F. c. azteca*    22. *F. c. borbensis*
3. *F. c. missoulensis*    13. *F. c. stanleyana*    23. *F. c. osgoodi*
4. *F. c. hippolestes*    14. *F. c. coryi*    24. *F. c. acrocodia*
5. *F. c. oregonensis*    15. *F. c. mayensis*    25. *F. c. greeni*
6. *F. c. vancouverensis*    16. *F. c. costaricensis*    26. *F. c. puma*
7. *F. c. olympus*    17. *F. c. bangsi*    27. *F. c. cabrerae*
8. *F. c. californica*    18. *F. c. söderströmi*    28. *F. c. pearsoni*
9. *F. c. kaibabensis*    19. *F. c. capricornensis*    29. *F. c. patagonica*
10. *F. c. browni*    20. *F. c. anthonyi*    30. *F. c. araucanus*

Figure 3.3. Distribution of subspecies of *Felis concolor* in North and South America as delineated by Young and Goldman (1946). Reprinted with permission from the Wildlife Management Institute.



Map 525.  *Felis concolor.*

Guide to subspecies
1. *F. c. azteca*
2. *F. c. browni*
3. *F. c. californica*
4. *F. c. coryi*
5. *F. c. costaricensis*
6. *F. c. couguar*
7. *F. c. hippolestes*
8. *F. c. improcera*
9. *F. c. kaibabensis*
10. *F. c. mayensis*
11. *F. c. missoulensis*
12. *F. c. oregonensis*
13. *F. c. schorgeri*
14. *F. c. stanleyana*
15. *F. c. vancouverensis*

Figure 3.4.  Distribution of subspecies and locations of marginal records of *Felis concolor* in North and Middle America as delineated by Hall (1981).  Reprinted with permission from John Wiley & Sons Ltd.

Throughout the 20th century, taxonomists further refined our understanding of the Felidae and offered different ways to group the various species. Most authorities agreed that 4 genera exist within the family Felidae, namely *Felis* (small cats including puma), *Neofelis* (clouded leopard), *Panthera* (lions, tigers, jaguars and leopards) and *Acinonyx* (cheetahs) (Nowak 1991). In the mid-1990s, the puma was placed into the genus *Puma,* as first used by Jardine (1834), of which it was the only species (Wilson and Reeder 1993, Nowell and Jackson 1996). The major scientific journals have been using *Puma concolor* since the late 1990s and still refer to the Florida panther as *Puma concolor coryi* in recognition of its distinct conservation status.

Although there is general agreement among felid taxonomists regarding recognition of cat species, there is less certainty with regards to subspecies definitions and whether the traditional taxonomic concept is valid in the light of contemporary knowledge of population biology and genetics (Nowell and Jackson 1996). Mayr (1963:348) described subspecies as "geographically defined aggregates of local populations which differ taxonomically from other such subdivisions of the species." Frankham et al. (2002) said subspecies were "populations partway through the evolutionary process of divergence toward full speciation." O'Brien and Mayr (1991) proposed that members of a subspecies would share: (a) a unique geographic range, (b) close similarity in size, shape, and color, (c) genetic similarity, and (d) obvious habitat-related differences relative to other subspecies. Some argue that both genetics and morphology should be used to establish boundaries between species and subspecies (Haig et al. 2006, Patton and Conroy 2017). Others portray that subspecies are primarily a taxonomic convenience for ordering specimens within the known geography of their ranges (Mayr 1982).

Still others believe that reaching consensus on a subspecies definition is an impossible goal and that a single trinomial cannot represent accurately the wealth of information we have at our disposal today (Fitzpatrick 2010). Furthermore, Fitzpatrick (2010) states that subspecies are a label of convenience and that management policies should be based on ecologically and genetically relevant information about population distinctiveness. This is echoed by Haig et al. (2006:1590) who states that "The lack of rigid definitions does not mean that currently described subspecies are not useful for defining populations worthy of ESA listings. For example, listings have included well-known and accepted subspecies such as Florida panther (*Felis concolor coryi*; USFWS 1967), Northern Spotted Owl (*Strix occidentalis caurina*; USFWS 1990), and Marbled Murrelet (*Brachyramphus marmoratus marmoratus*; USFWS 1992)." Regardless of the on-going debate, most experts agree that too many subspecies of wild cats have been described in the past based on slim evidence and many are likely to be invalid (Nowell and Jackson 1996, Kitchener et al. 2017).

### 3.2.2    Assessment of the Historic Classification of the Florida Panther as a Distinct Subspecies

The current taxonomic classification of the Florida panther as a geographic race or subspecies of puma was described by Young and Goldman (1946). Young and Goldman delineated a total of 30 subspecies or geographic races of puma, including 15 subspecies in North America, based on the morphological characteristics of museum specimens and the geographic location from where the specimens were collected. Young and Goldman characterized the historically transcontinental puma population as extinct in eastern North America, with the exception of the Florida population. The "closely allied" and intergrading "Florida Puma" (*F. c. coryi*) and "Eastern Puma" (*F. c. couguar*) were the only subspecies or geographic races of puma described by Young and Goldman (1946) for eastern North America. It should be noted that Young and Goldman assigned common names to all 30 geographic races or subspecies

using the following format: "*Geographic Region* Puma" (e.g., Texas Puma, Florida Puma, Sierra Madre Puma, and Chilean Forest Puma). References to other puma common names were provided in the state and regional historical accounts for North and South America, including 18 states (not exclusive to the eastern United States) and 3 Canadian provinces where "panther" was used.

In describing the general characteristics of the 30 subspecies or geographic races of puma, Young and Goldman (1946:185) acknowledged "evidence of intergradation is not lacking" and the boundaries between subspecies were "arbitrarily drawn along lines representing the nearest approach to accuracy, as shown by the specimens examined." Young and Goldman further stated that the degree of individual variation in puma skulls limits the value of standard measurements in making subspecific determinations. In regard to the use of distribution maps, Young and Goldman (1946:192) said that "no attempt has been made to present keys to subspecies of puma. The construction of satisfactory keys to closely intergrading subspecies is not very practical, and it is suggested that recourse to the distribution maps will afford more reliable clues to the identification of specimens." This statement is consistent with Mayr's (1982) observation that subspecific names are primarily a geographic convenience for a population of interest.

Young and Goldman (1946) classified the Florida Puma based on the examination of only 17 museum specimens, 14 specimens collected from Florida and 3 specimens collected in Louisiana that were previously classified as the Louisiana Puma (*Felis arundivaga*; Hollister 1911) and later synonymized with *F. c. coryi* by Nelson and Goldman (1929) (Figure 3.5). The 14 Florida specimens were represented by 10 individuals with both skin and skull, 2 by skull only, and 2 by skin only. The 3 Louisiana specimens were represented by the skin and skull of the *F. arundivaga* type specimen and 2 individuals represented by skull only. Comparatively, Young and Goldman examined just 8 specimens collected in New York ($n$ = 6), Pennsylvania ($n$ = 1), and West Virginia ($n$ = 1) to qualitatively describe the distinguishing characteristics of the Eastern Puma, a population described as historically intergrading with the geographic race classified as *F. c. coryi*. The Eastern Puma specimens consisted of 7 skulls and a single skin. And of these 7 Eastern Puma skulls, including one described as "fragmentary," only 2 were measured.



Figure 3.5.  Approximate collection locations of *Puma concolor* specimens examined by Young and Goldman (1946) and used to delineate the historic distributions and subspecies boundaries of the Florida panther (*Puma concolor coryi*) and Eastern cougar (*Puma concolor couguar*).

Young and Goldman (1946) described the former distribution of *F. c. coryi* as occurring in the Austroriparian Zone from eastern Texas or western Louisiana and the Lower Mississippi River valley eastward through the southeastern states. Young and Goldman (1946) depicted the Florida panther as intergrading to the north with *F. c. couguar*, and to the west and northwest with *F. c. stanleyana* and *F. c. hippolestes*, respectively (Figure 3.2). The boundary delineating the historic distributions of the Florida panther and the aforementioned subspecies exemplified the arbitrary nature of the geographic subspecies distributions described by Young and Goldman (1946). The subspecific boundaries were delineated predominantly along state borders and did not correspond to any major geographical features or barriers that would have limited gene flow within the historic, contiguous population of pumas in this region.

The only non-Florida puma specimens examined by Young and Goldman (1946) in describing *F. c. coryi* were 3 specimens from Louisiana (formerly classified as *F. arundivaga*), yet the historic distribution for *F. c. coryi* in the southeastern United States was extended northward to encompass the state of Arkansas, with no explanation provided. The approximate distance between specimens examined also highlighted the arbitrary nature of these boundary delineations, especially considering the boundary delineations were claimed to have been drawn along lines "as shown by the specimens examined" (Young and Goldman 1946:185). The approximate distances between the southernmost *F. c. couguar* specimen examined (Capon Springs, WV) and the nearest *F. c. coryi* specimens examined from Louisiana and Florida were 1390 km and 1150 km, respectively (Figure 3.5). No specimens from Arkansas, Mississippi, Alabama, Georgia, South Carolina, North Carolina, Kentucky, or Virginia were examined. The historic distributions and subspecies delineations were based on scant evidence (17 specimens for Florida Puma and 8 specimens for Eastern Puma) from a small geographic area (only 5 states within a 29-state region with a total land area of approximately 2,443,410 km$^2$; U.S. Census Bureau https://www.census.gov/geo/reference/state-area.html).

In his book chronicling the early years of the Florida panther program, Alvarez (1993:131) appropriately cautioned that "It cannot be known to what extent the subspecies boundaries drawn by Young and Goldman represent the actual variation in appearance of pumas at the time of uninterrupted distribution. The spotty arrangement and uneven abundance of specimens left much to be desired when designing a classification system for subspecies." As further evidence for the arbitrary and subjective nature of the historic subspecies boundaries, Hall and Kelson (1959) revised the boundary line delineated by Young and Goldman (1946) that separated the Florida panther and eastern Puma (Figure 3.4). This adjustment that included portions of Arkansas, Tennessee, and South Carolina was based solely on historical accounts described in Young and Goldman (1946) and not on the examination of specimens. These historical, unverified anecdotes included puma observations along the Santee River in South Carolina and the Tellico River drainage in Tennessee, both attributed as marginal records for *F. c. couguar* by Hall and Kelson (1959). The Arkansas boundary was revised based on the Greene County account described in Young and Goldman (1946) and attributed to *F. c. coryi* by Hall and Kelson (1959).

Young and Goldman (1946) distinguished *F. c. coryi* specimens from other identified puma subspecies or geographic races primarily through a qualitative assessment of 15 skulls (3 from Louisiana and 12 from Florida). Quantitative measures of cranial characteristics were only recorded for 11 of the 15 skulls (2 from Louisiana and 9 from Florida). The primary diagnostic features of the crania used by Young and

Goldman (1946:235) to distinguish *F. c. coryi* included a "broad, flat frontal region; nasals remarkably broad and highly-arched or expanded upward," a cranial feature previously characterized by professional puma hunter Ernest Lee as a "Roman-nosed" contour (Newell 1935). Of the aforementioned diagnostic characteristics, only the width of the nasals measured "between anterior ends of frontal processes" was quantified using standard measurements (Figure 3.6; Young and Goldman 1946:192). Young and Goldman (1946:237) also noted that "the tendency of the outer borders of the nasals to overlap the anterior processes of the frontals" was a characteristic that usually distinguished *F. c. coryi* from other described subspecies. The characterization of the inflated nasal profile trait was an example of Young and Goldman (1946:191) determining a geographic race of puma "based on structural details that are not revealed by standard measurements taken".

In addition to identifying diagnostic cranial features, Young and Goldman (1946) also described the pelage characteristics of the Florida puma in comparison to other geographic races of puma in North and South America based on the qualitative description of 13 pelts (1 from Louisiana and 12 from Florida). The authors note that "marked variation in color is exhibited throughout the range of the species" and that individuals from the same locality can vary widely in coloration (Young and Goldman 1946:189). The Florida puma was described as a dark subspecies with pelage that was "short and rather stiff and bristly," the latter pelage characteristic noted in other pumas from the warmer regions of its range (Young and Goldman 1946:237). The dark color tones of *F. c. coryi* were described as approaching the Olympic puma (*F. c. olympus*), but with a more distinct tawny color over the median dorsal area. The generalized "dark" characterization was also noted by Cory who described the pelage of the Florida Puma as being "more rufus in color" than more northern pumas (Cory 1896:41). Young and Goldman also noted that in most Florida specimens the head, neck, and shoulders were "irregularly flecked with white," a pelage characteristic observed in pumas throughout its range but much more prevalent in the Florida population.

In their 5-Year Status Review of the Eastern Puma, the USFWS characterized Young and Goldman (1946) as follows:

*Young and Goldman's (1946) taxonomy of pumas was inadequate, even by the standards of their time. Their results were based on very small sample sizes, the samples were from an extremely small portion of the alleged eastern puma's range, their work was not peer reviewed, their taxonomy lacked statistical analysis, and their work would likely be rejected under standards for modern scientific journals (COSEWIC 1998:5, USFWS 2011:32).*

This characterization applies to Young and Goldman's classification of the Florida Puma as well. However, at the time of publication, Young and Goldman (1946) represented the most comprehensive historical assessment of the puma throughout its range in North and South America, including their descriptions of morphological characteristics that could be used to inform taxonomic distinctiveness. That said, the limited sample size of specimens examined, their qualitative assessment of certain diagnostic characters, and the arbitrary nature of their historic range delineations suggest that their classification of 30 subspecies or geographic races of puma "may not reflect historical subdivision and may not be the optimal units for conservation and management of cougars" (Culver 2010:30).

### 3.2.3    Assessment of the Evidence Informing Taxonomic Certainty

Below we assess the best available science on the characteristics used to describe the Florida panther in relation to the puma throughout its range in North and South America, including characteristics used to differentiate populations and inform taxonomic distinctiveness that were unavailable at the time of Young and Goldman (1946) and unavailable for the original listing of the Florida panther as an Endangered subspecies in 1967.  Lastly, we assess the current scientific consensus on the taxonomic classification of puma, including the taxonomic revision for *P. concolor* recognized by the Cat Classification Task Force (CCTF) of the International Union for Conservation of Nature (IUCN) Cat Specialist Group (Kitchener et al. 2017).

We acknowledge the subjective nature of subspecies classification and that universally accepted criteria for delineating subspecies, including mammals, are lacking.  However, when assessing the reliability or certainty of the taxonomic status of species and subspecies, it is important to use multiple sources of information on the concurrence of multiple lines of evidence, including morphological, molecular, biogeographical, behavioral, and ecological characteristics (Haig et al. 2006, Kitchener et al. 2017). Kitchener et al. (2017) proposed and implemented a system for indicating taxonomic certainty of Felidae taxa based on the aforementioned lines of evidence; therefore, our assessment of the best available science informing the taxonomic classification of the Florida panther is structured based on these categories.

**Morphological:**  The Florida panther, as with many traditional subspecies, was initially described based on a combination of morphological traits.  Young and Goldman (1946) placed the greatest emphasis on a combination of defining cranial characters as a means to distinguish the geographic races of puma. Below we assess the best available science on the skull morphometric and pelage characteristics used to distinguish the Florida panther population in relation to the puma throughout its range in North and South America.

Anderson (1983) provided the first statistical assessment of the cranial measurements recorded by Young and Goldman (1946).  Anderson tested for significant differences in mean cranial measurements among 20 of the 30 subspecies recognized by Young and Goldman (1946) that had sufficient sample sizes for analysis.  Anderson (1983) found no significant differences between *P. c. coryi* and other subspecies in the mean width of nasals, a primary characteristic used by Young and Goldman (1946) to distinguish *P. c. coryi* specimens from other populations.  The test for differences in mean cranial measurements among subspecies quantified by Anderson (1983) demonstrated inconsistencies with some of the characters that formed the basis for the subspecies delineated by Young and Goldman (1946).  However, the tests applied by Anderson to the cranial measurements did provide support for a latitudinal variation in the size of puma, a relationship first statistically quantified by Kurtén (1973) and noted by Young and Goldman (1946) in their qualitative assessment of puma cranial features.

The first comprehensive assessments of the variations in puma skull morphology across North and South America was published approximately 50 years after Young and Goldman (1946) published their extensive study and taxonomic classification of pumas.  These assessments examined cranial and mandibular measurements for 1201 and 1700 adult puma skulls, respectively, from North and South America to explain patterns of geographic and age-related variation in puma cranial morphology (Gay and Best 1995, Gay and Best 1996a, Gay and Best 1996b).  The cranial, tooth, and mandibular measurements in the Gay and Best studies did not replicate all measurements used by Young and

Goldman (1946) and some characteristics that were consistent with those quantified by Young and Goldman were measured differently. For example, Young and Goldman (1946) measured nasal width at the "anterior tips of frontals," whereas Gay and Best (1995, 1996b) measured nasal width at the opening of the nasals (Figure 3.6). Gay and Best (1995) found considerable geographic variation and a lack of any geographic pattern in sexual dimorphism among puma populations and concluded that sexual selection was the most probable explanation for the differences in cranial and mandibular characters between genders among populations. Gay and Best (1996a) found the pattern of geographic variation in the size of puma skulls was consistent with Bergmann's rule of size variation (Bergmann 1847, Mayr 1963), with populations of larger pumas occurring more distant from the equator than populations of smaller pumas. These results supported the findings of earlier studies that found Bergmann's rule explained the variation in cranial measurements of pumas (Kurtén 1973, Anderson 1983). Skulls examined from Florida ($n$ = 26), Arkansas-Louisiana ($n$ = 6), and New England ($n$ = 8) occasionally grouped with samples from South America, indicating that pumas from these populations were smaller relative to other puma populations in United States and Canada (Gay and Best 1996b). Their research also demonstrated that changes in cranial characteristics occur throughout the lifetime of a puma and cautioned that "age variation should be considered in studies involving the assessment of morphologic variation among pumas" (Gay and Best 1996a:197). The objectives of the Gay and Best studies were not to provide a taxonomic assessment or validation of the described subspecies of North and South American pumas. However, their research quantified the geographic patterns of morphologic variation in the skulls of pumas and their findings demonstrated that these patterns were attributed to latitudinal clines as opposed to the geographical groupings described by Young and Goldman (1946).

Wilkins et al. (1997) conducted the most comprehensive assessment of the morphological characters of the Florida panther population in the context of the geographic variation expressed by the species throughout its range. Wilkins et al. (1997) examined the pelage characteristics and cranial morphology of museum specimens assigned to *P. c. coryi* in comparison to specimens of puma collected throughout its range in North and South America. The primary objectives of their study were to identify and quantify the morphological traits that best describe the Florida panther, to assess if any changes in morphology over time were the result of the small, isolated nature of the Florida population, and to discern whether genetic differences corresponded to any morphological differences within the Florida population. A secondary objective of their study was to develop a means to identify Florida panthers as a tool for law enforcement to determine the origin and identification of pumas killed outside the known range of the panther. Their sample from the southeastern United States included 72 specimens from Florida dating back to the mid-1800s and seven specimens from outside of Florida. The specimens outside of Florida included 3 from Louisiana originally classified as *F. arundivaga* and later synonymized with *F. c. coryi* by Nelson and Goldman (1929), the only non-Florida specimens used by Young and Goldman (1946) to delineate *F. c. coryi*. The non-Florida specimens examined by Wilkins et al. (1997) also included the following: 1 collected in Caddo Parish, Louisiana in 1965; 2 collected in Arkansas (Ashley County and Logan County, 1969 and 1975 respectively); and 1 specimen from South Carolina with unknown origin.

Wilkins et al. (1997) quantified nonlinear characters of the cranial profile (Figure *3.6*) as a measure of the distinctive nasal contour, or "Roman nose," of the Florida panther qualitatively described by Young and Goldman (1946) as a diagnostic characteristic that distinguished the Florida panther from other described subspecies. Wilkins et al. (1997:227) also employed multivariate techniques to evaluate "the

possible morphological boundaries of populations (subspecies) and variation within the Florida population." The sample included 338 specimens representing 29 historic subspecies, although some taxa were represented by a single or few specimen. Wilkins and her colleagues found significant differences in cranial profile measurements in 15 of 27 subspecies when compared to historic *P. c. coryi* specimens, including the historic Louisiana puma (*F. arundivaga*) specimens reclassified by Nelson and Goldman (1929) as *F. c. coryi*. Significant differences in cranial profile measurements were also recorded between historic *P. c. coryi* specimens and more recent kills from Arkansas and Louisiana, areas within the described historic range of the Florida panther (Wilkens et al. 1997). Wilkins et al. (1997) detected no significant differences in cranial profile measurements between historic *P. c. coryi* and *P. c. couguar* (*n* = 4), *P. c. olympus* (*n* = 1), and *P. c. oregonensis* (*n* = 24). Wilkins et al. (1997) attributed their findings to small sample sizes and limitations of their technique, yet the cranial profile findings related to *F. arundivaga* and *P. c. couguar* remain inconsistent with Young and Goldman (1946).

Wilkins et al. (1997) analyzed 18 cranial measurements of 55 specimens assigned to *P. c. coryi*, including the 3 historic specimens from Louisiana, and specimens from other North American subspecies (*n* = 183) to test the assertion of Young and Goldman (1946) that the skull proportions of Florida panther differ from those of western subspecies. The authors noted that sample size constraints limited the analyses to six subspecies: *P. c. azteca, P. c. californica, P. c. coryi, P. c. hippolestes, P. c. kaibabensis,* and *P. c. oregonensis*; however, specimens of *P. c. stanleyana* were also used in the analysis that explored whether specimens identified as *P. c. coryi* from Louisiana and Florida could be discriminated from other populations from the southern United States. The most significant findings from these analyses showed a general lack of overlap in cranial measures between *P. c. coryi*, *P. c. stanleyana*, and *P. c. azteca* and that the more recent specimens examined from Louisiana and Arkansas were reclassified into *P. c. stanleyana*. In addition to the more recent specimens form Louisiana and Arkansas, one of the three historic specimens from Louisiana was also reclassified as *P. c. stanleyana* based on the cranial proportions analyses. It should be noted that one of the few diagnostic characteristics of *P. c. coryi* skulls quantified by Young and Goldman (1946) was the width of nasals measured at the anterior tips of frontals. Wilkins et al. (1997) did not include nasal width measurements in their comparisons of cranial proportions.

Wilkins et al. (1997) examined pelage features of specimens classified as *P. c. coryi* relative to other subspecies throughout its range. Wilkins et al. (1997) used a spectrometer to quantify the color of 282 museum pelts representing 13 historic puma subspecies from North and South America and found considerable overlap among all subspecies, a result not unexpected given the color variation present in the puma species. Separate comparisons of *P. c. coryi* pelts to selected North and South American subspecies revealed patterns that corresponded to the qualitative descriptions given by Young and Goldman (1946). Wilkins et al. (1997:232) characterized the *P. c. coryi* specimens as darker than western and northern inland North American populations but found "virtually no difference in color measures between *P. c. coryi* and coastal populations from Oregon and Washington (*P. c. oregonensis* and *P. c. olympus*)," observations consistent with Young and Goldman (1946). Wilkens et al. (1997) also examined two additional pelage features, white flecks and a mid-dorsal whorl, that were frequently observed in the Florida panther population. The authors noted the prevalence of irregular flecking of white hairs on the head, neck, and shoulders of Florida panthers, a characteristic noted by Bangs (1899) and Young and Goldman (1946). The authors concluded that the flecking in the Florida population was likely caused by ticks (*Ixodes sp.*) and that this trait should not be considered a true morphological

character given it was an environmentally induced color change.  Wilkens et al. (1997) examined 648 skins from museum specimens representing 15 North American and 14 South American described subspecies and live animals from 3 states (Florida, Texas, and Colorado) to assess the prevalence of a mid-dorsal whorl of hairs, a trait frequently present in Florida panthers but not mentioned in earlier morphological descriptions.  The authors found the trait expressed in six North American subspecies and four South American subspecies, but at very low frequencies outside of Florida.  Although the prevalence of the mid-dorsal whorl could be used to identify a cat from the Florida population, the authors alluded to the fact that the high frequency of expression of this trait is considered a manifestation of inbreeding and reduced levels of genetic variability, a conclusion supported by later studies (Roelke et al. 1993*b*, Johnson et al. 2010).

Although small sample sizes and problematic techniques limited the interpretive value of some of their results, Wilkins et al. (1997) supported the characterization by Young and Goldman (1946) that geographic races of puma are based on a combination of morphological characteristics that prevail in areas of uniform environmental conditions.  For example, Wilkens et al. (1997) found that the Florida population was morphologically most similar, based on pelage coloration and cranial profile, to the puma populations from the coastal area of the northwestern United States (*P. c. oregonensis* and *P. c. olympus*), similarities that may be attributable to a common environmental parameter (e.g. high humidity).  The quantitative measures of the inflated nasal profile reinforced the diagnostic importance of this trait for identifying individuals from the Florida population, as first described by Young and Goldman (1946).  Wilkins et al. (1997:251) concluded that the Florida population "appears to be well defined based on pelage markings, color, and the cranial profile.  None of these characters is unique in itself; however, in combination, they provide a basis to describe the Florida population, whether or not one accepts the concept of a subspecies."  Whereas this characterization may have been accurate for color and cranial profile, Wilkens et al. (1997) use of pelage markings (e.g., white flecking, mid-dorsal whorl) to describe the Florida population should not be used as evidence to support taxonomic distinctiveness.  Wilkens et al. (1997) placed importance on the presence of a mid-dorsal whorl and kinked tail as diagnostic morphological traits that clearly identify an individual as originating from the native Florida population.  However, the prevalence of these phenotypic traits in the Florida population were indicators of inbreeding depression resulting from recent anthropogenic impacts (Roelke et al. 1993*b*, Johnson et al. 2010) and should not be considered diagnostic characters that inform taxonomic distinction (Kitchener et al. 2017).  The other pelage marking Wilkins et al. (1997:236) identified as useful for recognizing cats from Florida, the "white flecking" of hairs caused by ticks, is "an environmentally induced color change and not a genetically inherited trait, it is not considered a true morphological character."  Whereas the findings of Wilkins et al. (1997) support the importance of the inflated nasal profile as a diagnostic character for identifying individuals from the Florida population, the findings relative to the historic specimens from Louisiana (*F. arundivaga*) and those classified as the Eastern puma (*P. c. couguar*) are inconsistent with Young and Goldman (1946).  Also of note is that the recent specimen from Louisiana categorized by Wilkens et al. (1997) as significantly different from *P. c. coryi* was previously assessed by Lowery (1974:466) as being "unequivocally assignable to *coryi*," a finding inconsistent with Wilkins et al. (1997) and highlighting the limitations of using morphological differences, especially when qualitatively assessed, to inform assignment to geographic races or subspecies.

A subsequent morphometric study by Finn et al. (2013) examined the characteristic skull morphology of Florida panthers described by Young and Goldman (1946) and quantified by Wilkins et al. (1997) to determine whether the genetic introgression with Texas pumas in 1995 changed these defining characteristics and also to assess whether the metrics that were historically used to differentiate Florida panthers from other subspecies of puma were still valid.  Finn et al. (2013) used a high-resolution digital imaging system to measure and compare the nasal profiles and 15 other cranial characteristics of several groupings of Florida panthers: Historic = born prior to 1995; Recent = born after 1995; Non-admixed = pure Florida panthers (or canonical Florida panthers); Admixed = panthers with >10 percent Non-Florida ancestry; and Texas pumas.  By incorporating Texas-Florida admixed panthers and known genetic ancestry, the Finn et al. (2013) study added 2 additional levels of scrutiny to the Wilkens et al. (1997) study in addition to the increased precision of cranial measurements by using high-resolution digital imaging instead of calipers.

Finn et al. (2013) found significant differences between males and females for the 15 cranial measurements, findings that supported Gay and Best (1995) and Wilkens et al. (1997) and that these 15 measures were not significantly changed as a result of the intentional introgression of Texas puma genes.  Finn et al. (2013) found significant differences in the 15 skull measurements when comparing Texas pumas to Florida panthers, findings that supported Young and Goldman (1946), Gay and Best (1995), and Wilkens et al. (1997).  As with Wilkins et al. (1997), Finn et al. (2013) did not include nasal width measurements, one of the few diagnostic characteristics of *P. c. coryi* skulls quantified by Young and Goldman (1946).  No significant differences in nasal profiles were found when comparing canonical panthers to admixed panthers, adding further evidence that the genetic introgression did not significantly alter the defining characteristics or uniqueness of the Florida panther in regard to skull morphology (Finn et al. 2013).  However, Finn et al. (2013) did not observe significant differences in nasal profile measurements when comparing Florida panthers to Texas pumas, a finding contrary to Young and Goldman (1946) and Wilkens et al. (1997).  Finn et al. (2013) stated that the lack of significant differences in nasal profiles between Florida panthers and Texas pumas, findings contrary to Wilkens et al. (1997), may have been an artifact of the small sample size of Texas pumas (n=8) and/or attributable to the differences in data collection methods between the 2 studies (measurements taken with a high-resolution digital imagery versus a carpenter's contour gauge).

In summary, Young and Goldman (1946) emphasized the importance of cranial measurements and the qualitative assessment of cranial features as diagnostic tools for determining taxonomic distinction among puma subspecies in North and South America.  More recent scientific studies provided a more comprehensive assessment of these cranial features using more advanced analytical techniques.  These later studies demonstrated that geographic variation in puma cranial features was more attributable to the distance from the equator as opposed to the geographic clines that formed the basis for the subspecies groupings described by Young and Goldman (1946).  Although these morphological studies provided support for the general characterization of the highly-arched nasal profile used by Young and Goldman as a diagnostic characteristic that distinguished the Florida population, these studies also demonstrated inconsistencies with the characterization of earlier subspecies groups.  Kitchener et al. (2017:5) caution that "average differences and size differences alone are not considered reliable indicators of taxonomic distinctiveness."  The described difference in puma cranial morphology that formed the basis for the earlier subspecific designations may not necessarily represent actual genetic

differences and may not be reflective of the historic subdivision of puma in North and South America (Haig et al. 2006, Culver 2010).



Figure 3.6.  Nasal width measured at anterior tips of frontals (A; Young and Goldman 1946), opening of the nasals (B; Gay and Best 1995, Gay and Best 1996b).   Approximate delineation of the nasal profile contour (C) qualitatively assessed by Young and Goldman (1946) and quantitatively measured by Wilkins et al. (1997) using a carpenter's contour gauge and by Finn et al. (2013) using high-resolution digital imaging.

**Genetic:**  Genetics have increasingly played an important role in delineating the taxonomic status of varied species and subspecies over the past 30 years.  As techniques have improved and costs associated with implementing them have declined, genetic markers have proved invaluable at compiling data that can serve to inform decisions related to taxonomy.

Genetic data, along with the fossil record, from varied extant wild felids (Family Felidae) have helped clarify their phylogenetic relationships (Johnson et al. 2006).  The Puma Lineage (comprised puma, jaguarundi [*Puma yaguarondi*], and African cheetah [*Acinonyx jubatus*]) is old and divergent within the Felidae and likely originated from a North American ancestor (Johnson and O'Brien 1997, Slattery and O'Brien 1998, Culver 2010).  Molecular data has shown that puma diverged from jaguarundi 4.17 million years ago (MYA; Matte et al. 2013).  The Puma Lineage probably evolved in North America and then migrated into South America 2–4 MYA during the Great American Interchange after the formation of the Panamanian land bridge (Culver 2010:28).  Subsequent phylogenetic analyses have revealed that genetic diversity in the puma is larger in South America in comparison to specimens from North and Central America, which suggests that puma likely had to recolonize North America from South America, following mass extinctions in North America that occurred in the late Pleistocene (Pielou 1991, Culver et al. 2000, Matte et al. 2013).  This founder effect is what is believed to have led to the mono-haplotypic character of North American puma identified in several studies via mitochondrial DNA (mtDNA) sequencing (Culver et al. 2000, Caragiulo et al. 2013, Matte et al. 2013).  That being said, results from recent genomic analyses that utilized nuclear DNA presented an alternate theory to the phylogeographic history of puma (Saremi et al. 2019).  Their data suggest that North American puma diverged from a South American ancestor ~300,000–100,000 years ago, a significantly longer timeframe into the past in comparison to the 20,000 years noted in mtDNA studies (Culver et al. 2000; Matte et al. 2013).  These findings support a scenario where puma dispersed into North America from South America —where the puma lineage originated— prior to the last glacial maximum (20,000 year ago) and have persisted there until present day (Saremi et al. 2019).  Recent puma fossil evidence unearthed in South America that dates 1.2–0.8 mya provides additional support for this hypothesis (Chimento and Dondas 2017).

All combined, these genetic studies provide empirical evidence for a need to revisit puma taxonomy (see previous sections), and more specifically the trinomial status of some populations of puma, with the caveat that subspecific designations in mammals have a history of being controversial and difficult to rigidly define, whether through morphology, molecular techniques, geography, or other variables (Mayr 1982, O'Brien and Mayr 1991, Haig et al. 2006).

Early genetic analyses on puma include work on karyotyping varied members of Felidae that was completed as far back as the 1960s (Hsu et al. 1963, Robinson 1976).  Interestingly, molecular research that opened the way for a subsequent wide array of projects focusing on puma phylo- and conservation genetics relied on samples collected from Florida panthers (O'Brien et al. 1990).  This study used both allozyme polymorphisms (i.e., protein electrophoresis) and mtDNA restriction fragment length polymorphisms to assess the history of genetic introgression in Florida panthers and where panthers cluster in comparison to other puma from North and South America.  Whereas O'Brien et al (1990) deciphered the sources of a historic introgression apparent in panthers, it also alluded to the dire straits faced by the Florida panther in terms of the reduced allozyme variation relative to other puma populations.

It would take another decade before puma were the focus of genetic analyses assessing their phylogeography and taxonomy.  Culver et al. (2000) completed an exhaustive study on puma samples from across a wide breadth of their distribution to assess the genomic ancestry of puma.  They applied more novel molecular markers (mtDNA sequence and microsatellites) compared to previous studies. Their findings gave further support to a hypothesis that ancestral puma populations radiated out of South America to recolonize North America via a small number of founders after the late Pleistocene extinctions on that continent approximately 10,000 years ago.  The phylogeographic groupings that they surmised from their analyses also permitted them to suggest revisiting the subspecific taxonomy of puma throughout their distribution.  Culver et al. (2000) followed the *modus operandi* for qualifying the subspecies taxonomic level by noting they should share: a unique range; a group of phylogenetic concordant characters, and a unique natural history relative to other subdivisions of the species (Avise and Ball 1990, O'Brien and Mayr 1991).  Culver et al. (2000) did not affirm the 32 subspecies of puma presented by Young and Goldman (1946) and subsequent descriptions by Jackson (1955) and Cabrera (1958).  Culver et al. (2000) proposed a revision to subspecific designations assorting modern populations of puma into six phylogeographic subspecies (Figure 3.7).  One of these phylogeographic subspecies encompassed all puma in North America, effectively collapsing 15 subspecies defined in that region by Young and Goldman (1946) to a single subspecies, *P. c. couguar*.  Since the Florida panther samples that were used in this study did not separate out as a unique subspecies, the results of this work suggest that the Florida panther may not merit said taxonomic designation.  Of note, Culver (2010) mentions that there is not complete agreement among biologists and managers on whether the Florida panther should be lumped with the rest of the North American pumas.  Culver does not provide a citation for the aforementioned statement; however, this was likely a reference to the characterization presented in the 2009 Florida Panther Five-Year Review of the scientific community's acceptance of the use of genetics in puma taxonomy (USFWS 2009:10).



Figure 3.7.  Geographic ranges of six revised subspecies of *Puma concolor* as defined by mtDNA and microsatellite analyses and delineated by Culver et al. (2000).  Map provided by Dr. Melanie Culver.

A subsequent phylogeographic analysis of puma was completed by Caragiulo et al. (2014).  They followed up on the work of Culver et al. (2000) using mtDNA sequence data from 586 contemporary and 15 historic puma samples that were collected from portions of North, Central and South America.  Their findings were in part similar to Culver et al. (2000) with regards to their reconstruction of the genomic history of puma: ancestral haplotypes and greater genetic variation were rooted in South America; North American puma exhibited fewer haplotypes and lower genetic diversity, indicative of a founder event associated with recolonization of puma from South to North America in the post-Pleistocene era. Caragiulo et al. (2014) conclude that their analyses do not support six taxonomic units (i.e., subspecies) of Culver et al. (2000), with the caveat that this may have been due to incomplete geographic sampling. Their results indicate that puma can be separated into only 3 broad geographic groupings: North, Central and South America.  Unlike Culver et al. (2000), they do not suggest using these groupings to revise the subspecific taxonomy of *P. concolor*.  It's important to note that sampling across the United States was limited in this study.  Specifically, no samples from Florida panthers, or pumas from the Central Rockies, Desert Southwest or California were analyzed.

The puma genomics study by Ochoa et al. (2017) focused on both evolutionary and functional mitogenomics (i.e., assessment of phylogeographic histories and identifying polymorphisms which may have beneficial or deleterious impacts on function) of the panther and the impact of genetic restoration. They analyzed the complete mtDNA genomes (17,513bp) of 6 Florida panthers with differing genetic backgrounds:  3 canonical panthers (FP12, FP45, and FP60), 1 Everglades panther (FP16), and 2 admixed F1 panthers that resulted from the genetic restoration project (FP73, FP79).  They also sequenced the mtDNA genomes of the 5 Texas females that successfully reproduced after release into South Florida in 1995 (TX101, TX105-TX108).  They identified 5 unique haplotypes (Pco1-Pco5):  Pco1 was associated with FP16, a sample previously noted as having genetic signatures of inadequately documented releases of captive puma in the 1950s and 1960s in Everglades National Park (ENP; Roelke at al. 1993, Johnson et al. 2010); Pco2 was unique to the three canonical Florida panthers; Pco3 and Pco4 were associated with the Texas females introduced into Florida in 1995; and Pco5 was identified in a sample that was downloaded from GenBank® for comparative purposes.  The fact that a unique haplotype for Florida panthers was identified using the complete mtDNA genome is of interest, although perhaps not surprising given the number of base pairs that are involved in the comparison between samples.  That said, Ochoa et al. (2017) provide an interesting comparison of portions of the mtDNA genome that overlap with mtDNA sequence data from Culver et al. (2000) that was used to propose the delineation of all pumas in North America as a singular subspecies (*P. c. couguar*).  Ochoa et al. (2017) revealed that Pco1 aligns with haplotype C (Costa Rica and Panamanian origin) of Culver et al. (2000), while Pco2-Pco4 correspond to haplotype M, the haplotype that comprised almost all the North and Central American samples analyzed by Culver et al. (2000).  The conclusions of Ochoa et al. (2017) lend additional support to the taxonomic revisions suggested by Culver et al. (2000).

The most recent analysis of puma genomics was published by Saremi et al. (2019).  The focus of this study was assessing the genomic impacts of inbreeding on pumas from both North and South America.  In doing so, they also revisited the phylogeographic question of the origin of *P. concolor* previously described in Culver et al. (2000), Matte et al. (2013) and Ochoa et al. (2017).  They analyzed a draft nuclear genome of a puma from California along with a geographically broad panel of nine puma that were resequenced, including samples from three Florida panthers.  Mitochondrial (mtDNA) genomes were also reconstructed for these puma.  The maternally inherited mtDNA genomes inferred that

observed haplotypes in North America cluster together, the exception being a panther from Everglades National Park that was known to have mixed ancestry from previous analyses (Johnson et al. 2010). These results coincide with the findings of analyses that focused on maternally inherited mtDNA that also showed most North American pumas belonging to a singular haplotype versus Central and South American animals that expressed higher haplotypic diversity (Culver et al. 2000, Matte et al. 2013, Ochoa et al. 2017). Conversely, nuclear genomic data analyzed by Saremi et al. (2019) suggest a different finding for the divergence theory of North and South American puma than previous studies that relied on mtDNA. Saremi et al. (2019) data suggest that North American puma diverged from a South American ancestor ~300,000-100,000 years ago, a significantly longer timeframe into the past in comparison to the 20,000 years noted in mtDNA studies. These findings support an alternative hypothesis regarding puma divergence in which pumas dispersed into North America from South America prior to the last glacial maximum (20,000 year ago) and have persisted there till present day.

Saremi et al. (2019) also assessed clustering of samples using 166,037 single nucleotide polymorphisms (SNPs) as markers. The STRUCTURE analysis for assignment testing to clusters delineated that samples would be most likely to fall into three groupings ($K$=3). Of the 10 puma that were analyzed, they clustered into South American (Brazilian samples, N=2), Western North American (California and Wyoming, N=5), and Florida (N=2). The Florida panther collected in Everglades National Park expectedly showed a mixed ancestry between Florida and South American clades. These results provide evidence to support the continued ability to assign pumas to specific geographic regions due to the genetic signatures which are unique to those areas.

Given the long history of research on the Florida panther, there has been a voluminous archive of DNA samples collected from the population over more than 3 decades. These samples have been comprised of individuals that have canonical, Everglades, and admixed ancestry. Researchers at the FWC have recently completed analyses that utilized genotype data from 16 microsatellite loci (nuclear DNA that is biparentally inherited) using both a multivariate technique known as a Principal Coordinate Analysis (PCoA) in GenAlEx 6.503 (Peakall and Smouse 2012) and an individual-based Bayesian clustering analysis to identify ancestral groupings in the program STRUCTURE 2.2.4 (Pritchard et al. 2000). The PCoA analysis permits the plotting of patterns in a multivariate data set (e.g., multiple loci for multiple samples) of allele frequencies. The FWC completed a PCoA on a group of samples that included 424 panthers and 135 pumas from western populations in Texas, Idaho, Colorado, North Dakota, and South Dakota (FWC unpublished data). The PCoA revealed that Florida panthers can still be differentiated from puma populations in the western United States via the suite of 16 microsatellites that continue to be used to monitor the genetic health of the population. Cohorts of panthers born prior to genetic restoration (mostly canonical panthers but inclusive of some with Everglades ancestry) and in the post-genetic restoration era (mostly admixed but some canonical panthers) continue to separate from puma in Texas, although that group of samples is most proximal in terms of the amount of variation between them (Figure 3.8). Most western United States populations, except Texas, show a high degree of overlap in the PCoA. This degree of overlap is likely because many populations of puma in the western United States have more contiguous habitat, increasing the likelihood of long-range dispersal between states and reducing the level of genetic structure between them. The clustering analysis in STRUCTURE was completed using genotype data from 218 panthers and 7 of the 8 female Texas pumas that were released into South Florida as part of the genetic introgression project (see Figure 4 in van de Kerk et al. 2019). The proportional membership of these samples was delineated into two clusters (i.e., canonical

and admixed [non-Florida] ancestry).  The analysis clearly revealed how genetic introgression has resulted in increased admixture of the population in the post-introgression era as well as the differences in ancestry between the Texas pumas and all panthers (Figure 3.9).  It is plausible that the admixed ancestry of panthers that comprise most individuals in the wild today more closely resembles that of Florida panthers that existed prior to their isolation in South Florida.  We would expect a population that receives periodic levels of gene flow from conspecifics, such as likely occurred before panthers were restricted to South Florida, would have levels of ancestry associated with gene flow from adjacent populations.  Nevertheless, all panthers in the post-introgression era continue to exhibit varied levels of ancestry associated with the canonical panthers.  In summary, data from these analyses provide support for a level of genetic distinctness that remains in Florida panthers when compared to puma populations in the western United States, including Texas.

The CCTF of the IUCN SSC Cat Specialist Group published a report in the winter of 2017 that focused on revising the taxonomy of the Felidae (Kitchener et al. 2017).  One species that this group of specialists reviewed was the puma, *P. concolor*.  The section for each felid species is very brief.  For puma, the CCTF outlined the initial six phylogeographic groups that were designated as subspecies by Culver et al. (2000) and then cited the recent findings of Caragiulo et al. (2014) as evidence that supports only two geographical groupings, with a caveat regarding sample size for that study.  However, Caragiulo et al. (2014) clearly stated that their results suggested 3 groupings for puma, not 2, so Kitchner et al. (2017) offered their own interpretation of the haplotypes presented in Caragiulo et al. (2014).  Using this information, Kitchener et al. (2017) proposed the following subspecific taxonomic designations for *P. concolor*: puma from North and Central America, as well as northern South America west of the Andes, are designated as *P. c. couguar*; puma from South America, perhaps excluding northern South America west of the Andes, are designated as *P. c. concolor* (Figure 3.10).  The conclusions of Kitchener et al. (2017) support those of Culver et al. (2000) and do not suggest the continued designation of *P. c. coryi* as a unique subspecies.



Figure 3.8.  Principal Coordinates Analysis (PCoA) constructed using genetic covariance matrices for 424 Florida panthers and pumas from Idaho (*N* = 23), Colorado (*N* = 23), Texas (*N* = 41), South Dakota (*N* = 26) and North Dakota (*N* = 22).  This multivariate technique plotted major patterns for a multilocus (16 loci) dataset for multiple samples (total *N* = 559).  Each point represents an individual animal.  The clustering of Florida panthers (PreGR, PostGR1, and PostGR2 for pre-genetic restoration [born ≤1995], post-genetic restoration1 [1996–2005], and post-genetic restoration2 [2006–2016], respectively) from pumas in Texas as well as larger contiguous population in western North America reinforce the level of distinctiveness retained in the Florida population.  The two panther samples highlighted with arrow were genetically identified as non-Florida, which provided further evidence to the initial conclusion that those animals were escapees or released from captivity.



Figure 3.9. Proportional membership (q) of radiocollared Florida panthers (*N* = 218) and Texas pumas (*N* = 7) in two clusters identified by STRUCTURE.  Each individual animal is represented by a separate vertical bar. Yellow indicates canonical panther ancestry, while blue represents admixed ancestry.  The admixed ancestry of the Texas females and F1 generation panthers that were radiocollared are highlighted red and green, respectively, to demarcate those groups.  The pre-introgression period is inclusive of panthers radiocollared from 10 February 1981 to 6 March 1996  The post-introgression era, inclusive of the F1 panthers, includes animals radiocollared from 4 March 1997 to 18 February 2015 (as presented in van de Kerk et al. 2019).



Figure 3.10. Distribution of the subspecies of puma as revised by the Cat Classification Task Force of the IUCN/SSC Cat Specialist Group (Kitchener et al. (2017).

**Biogeographical:**  Puma have the largest geographic range of any terrestrial mammal of the Western Hemisphere ranging throughout North, Central and South America (Figure 1.1; Sunquist and Sunquist 2002).  This broad range includes major mountain ranges like the Andes and the Rockies, major rivers like the Amazon and Mississippi (historically), and deserts like the Sonoran, Chihuahuan and Atacama. Puma are found in all of these regions as long as the associated habitats provide adequate prey and cover.  None of these features within the puma geographic range are considered barriers to their distribution.  However, the panther population has become isolated by over 2200 km from the nearest puma population, which is located in western Texas (Holbrook et al. 2012), due to varied anthropogenic factors.

**Behavioral:**  There are no known behaviors unique to panthers that would tend to isolate them reproductively or otherwise from other puma.

**Ecological:**  The extant panther population is currently restricted to the state of Florida and most panthers are found in the southern half of the state.  The latitude of the southern tip of Florida is further south than the rest of the continental United States and is considered a tropical savanna climate (Henry et al. 1994).  Tropical savannas are characterized by alternating wet (May through October) and dry (November through April) seasons.  North Florida and the rest of the panther's historical range, namely the southeastern United States, fall within a humid subtropical climate zone.  Habitat types within the panther's former and current range include mixed hardwood forests, conifer forests, bottomland hardwood swamps, cypress swamps, and pine flatwoods among others.

The tropical savanna climate of South Florida supports many habitats that are unique to the Northern Hemisphere, but this same climate is shared by portions of Brazil where puma also live (Henry et al. 1994).  The Pantanal region of Brazil is very similar to the Everglades/Big Cypress ecosystems of South Florida with respect to wet and dry seasons and vegetative communities and both of these ecoregions support puma populations (Schaller and Crawshaw 1980, Iriarte et al. 1990, Negroes et al. 2010, Onorato et al. 2010).

Wilkens et al. (1997) postulated similarities in pelage coloration and cranial profile between the Florida population and puma populations from the coastal area of the northwestern United States may be attributable to a common environmental parameter (e.g., high humidity).  However, verifying the presence of local adaptations can be challenging, especially for a generalist species such as puma. Furthermore, eight female pumas from arid western Texas were translocated into the panther population as part of a genetic management strategy.  These pumas appeared to adapt quickly to a dramatically different climate and its associated ecosystems and five of the eight successfully produced offspring (Johnson et al. 2010).

### 3.2.4    Scientific Consensus on the Taxonomic Classification of the Puma

Since Culver et al. (2000) first proposed a revision to puma subspecific designations, there has been an absence of scientific debate or rebuttal in peer-reviewed literature.  To the contrary, taxonomic authorities, including the CCTF of the IUCN Cat Specialist Group, have supported the single North American subspecies designation.  The scientific nomenclature indicating a single subspecies, *P. c. couguar* (Kerr, 1972), in North America has gained wide acceptance in the scientific community and among taxonomic authorities.  For example:

- Mammal Species of the World, 3rd edition (Wilson and Reeder 2005), a collaborative project between the Smithsonian Institution's National Museum of Natural History and the American Society of Mammalogists (ASM), is the authoritative reference and industry standard for mammalian taxonomy (Haig et al. 2006). Wilson and Reeder (2005) recognized six subspecies of *P. concolor,* as allocated by Culver et al. (2000). Culver et al. (2000) was listed as the sole authority for the list of valid synonyms, including *P. c. couguar* (Wozencraft 2005). (http://www.departments.bucknell.edu/biology/resources/msw3/browse.asp?s=y&id=14000209, last accessed 07 February 2020).

- The Integrated Taxonomic Information System (ITIS; http://www.itis.gov/) is a partnership of federal agencies that includes the Smithsonian Institution, U.S. Department of Interior, and USFWS. ITIS is periodically reviewed to ensure valid taxonomic classifications based on the latest scientific consensus available; however, ITIS is not a legal authority for statutory or regulatory purposes. ITIS recognizes the 6 phylogeographic subspecies designated by Culver et al. (2000), including *P. c. couguar* (Kerr, 1792) as the valid subspecies for North American puma with *P. c. coryi* (Bangs, 1899) listed as an invalid junior synonym (https://itis.gov/servlet/SingleRpt/SingleRpt?search_topic=TSN&search_value=552781#null, last accessed 07 February 2020) .

- The Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES) at its 17th meeting of the Conference of the Parties on October 4, 2016 adopted Wilson and Reeder (2005) as the official taxonomic and nomenclatural reference for *Puma concolor*, with all North American pumas representing a single subspecies *P. c. couguar* (CITES 2016).

- The IUCN Red List of Threatened Species™ in its assessment of *Puma concolor* recognizes one subspecies of puma in North America (*P. c. couguar*) based on Culver et al. (2000) and notes that the taxonomy is currently under review by the IUCN SSC Cat Specialist Group (Nielsen et al. 2015). The review by the IUCN SSC Cat Specialist Group is complete (Kitchener et al. 2017; see below).

- The IUCN SSC Cat Specialist Group provides periodic assessment of the conservation status of all cat species and subspecies based on the IUCN Red List of Threatened Species process. The CCTF of the IUCN SSC Cat Specialist Group was comprised of a panel of 22 experts tasked with producing a consensus revised classification of the Felidae for use by the IUCN, based on a review of recent published research (Kitchener et al. 2017). The CCTF acknowledged the need for a system for indicating taxonomic certainty of species and subspecies based on the reliability and rigor of the scientific basis behind the classifications (Kitchener et al. 2017). The CCTF proposed and applied a simple system to indicate the reliability of a particular taxa that requires at least three lines of correlated evidence for taxonomic certainty (Kitchener et al. 2017). The CCTF based their taxonomic assessment of *P. concolor* on the classification used by the IUCN Red List of Threatened Species, the accepted classification of the six phylogeographic groups designated as subspecies by Culver et al. (2000), and cite the recent findings of Caragiulo et al. (2014) as evidence that supports only two geographical groupings and proposed the following subspecific taxonomic designations for *P. concolor*: puma from North and Central America are designated as *P. c. couguar* (Kerr, 1792); puma from South America are designated as *P. c.*

*concolor* (Linnaeus, 1771). Kitchener et al. (2017) did not suggest the continued designation of *P. c. coryi* as a unique subspecies. The CCTF did not identify *P. concolor* as a species with taxonomic uncertainty and no additional research needs were recommended (Kitchener et al. 2017). The three lines of correlated evidence for *P. concolor* included morphology, molecular, and biogeography.

- The Mammal Diversity Database (MMD; Mammal Diversity Database 2020) represents the most comprehensive taxonomic compendium of currently recognized mammals in an updatable online database managed by the ASM Biodiversity Committee (Burgin et al. 2018). The MDD supersedes Wilson and Reeder (2005) and provides real-time published changes to mammalian taxonomy and defers to peer-reviewed literature for arbitrating the relative strength of evidence supporting taxonomic revisions (Burgin et al. 2018). The MMD entry for *P. concolor* notes two well-supported subspecies, *P. c. concolor* and *P. c. cougar*, citing Kitchener et al. (2017) (*Puma concolor* [ASM Mammal Diversity Database #18868] fetched 2020-08-02. Mammal Diversity Database. 2020. https://mammaldiversity.org/species-account/species-id=18868).

Although the aforementioned taxonomic authorities support a single North America subspecies of puma and consider the currently listed Florida panther subspecies as an invalid synonym, there have been no formal petitions or proposed rulemaking by the USFWS to implement this taxonomic change. However, there is precedent for the USFWS revising subspecies classifications and listings based on these authorities. In their 2014 final rule (Federal Register Vol. 79, No. 194, 07 October 2014) determining the threatened status for a subspecies of markhor (*Capra falconeri*), the USFWS implemented a taxonomic change to reflect the combining of the straight-horned markhor (*C. f. jerdoni*) and Kabul markhor (*C. f. megaceros*) into one subspecies, the straight-horned markhor (*C. f. megaceros*). This taxonomic revision reflected the current scientifically accepted taxonomy and nomenclature and maintained consistency with the taxonomic classification for markhor subspecies recognized by ITIS, IUCN, the IUCN SSC Caprinae Specialist Group, and CITES. Prior to the taxonomic change, the straight-horned markhor and Kabul markhor were listed separately as endangered. The USFWS eliminated the separate listing and added the combined straight-horned markhor as a threatened subspecies under the ESA.

There is also precedent for the USFWS revising the taxonomic classification of cat species based on a taxonomic change recommended by the IUCN SSC CCTF. In the 2015 final rule (Federal Register Vol. 80, No. 246, 23 December 2015) listing two lion subspecies, the USFWS accepted the taxonomic change for two lion subspecies (*P. l. leo* and *P. l. melanochaita*) as recommended by the IUCN CCTF and the supporting genetic analyses of mtDNA, nuclear DNA sequence, and microsatellite variation as the best available scientific and commercial data.

### 3.2.5    Use of Genetics to Identify Source Population of Origin for Pumas Found Outside of Known Breeding Ranges

The expansion of puma eastward from established population in the western United States has been extensively documented over the last several decades (LaRue et al. 2012). Reestablishment of puma populations in certain parts of the Midwest and Eastern United States seems to be a possibility in the long-term if females begin to follow male counterparts on eastward dispersals (LaRue and Nielsen 2011, Hawley et al. 2016). Given that we know Florida panthers can disperse extensive distances (e.g., UCFP123 was shot >800 km from the source population in South Florida; FWC unpublished data), it

stands to reason that it is plausible pumas from the west may eventually disperse into Florida as well. Having a standardized and regimented technique to assist with deciphering the population of origin of these dispersing puma is informative to puma science and may have conservation implications for Florida panthers from a taxonomic perspective. Puma experts and law enforcement agencies rely on genetics as a primary tool to identify the source population of origin for pumas found outside of known breeding ranges and do not rely on the morphological characteristics traditionally used to describe the geographic races and subspecies.

As previously noted, the FWC currently has a database of microsatellite genotypes from over 800 panthers that has proven useful in denoting the genetic distinction between DNA samples from panthers and populations of pumas from several states in western North America using a principal coordinate analysis (PCoA; FWC unpublished data). A larger, more comprehensive database that utilizes puma samples collected in 12 different states and genotypes from 20 microsatellite loci has been compiled at the National Genomics Center for Wildlife and Fish Conservation (NGCWFC) in Missoula Montana. This is the same laboratory that is the current contractor for processing panther samples for FWC. The NGCWFC has been involved in several high-profile case studies involving DNA samples collected from pumas that were located far eastward from the breeding ranges in the western United States (Tumlison and Barbee 2015, Hawley et al. 2016). The NGCWFC uses a three-pronged approach for population assignment to quantitatively assess what population a DNA sample from a puma can be assigned to. This approach involves the application of population assignment testing using microsatellite genotypes within three population genetic programs: STRUCTURE, GenAlEx and GENECLASS2 (Peakall and Smouse 2012, Piry et al. 2004, Pritchard et al. 2000). Typically, all three programs provide good consensus on the population of origin. In the minority of cases where a consensus is not clear, GENECLASS2 provides results that assess the probability that samples originated from a reference population or a population that has not been sampled. The level of genetic distinctiveness between different populations of pumas remains sufficient, at this time, to assist with determining whether a sample is, for example, a disperser from source populations in the Black Hills of South Dakota, West Texas, or Colorado. Having this capacity to assign puma to source populations certainly has ramifications for assessing range expansion in panthers and determining the probability of gene flow between this population and dispersing animals from the west.

This gradient of genetic distinctiveness within North American puma and among all puma in the Western Hemisphere also complicates subspecies designations. As discussed earlier in the SSA, there is no "bright line" that allows puma populations to be segregated into easily-defined groups. Since 2000, various genetic analyses have suggested 6 groupings (Culver et al. 2000), 3 groupings (Caragiulo et al. 2013) and 2 groupings (Kitchener et al. 2017) of all puma in the Western Hemisphere. Regardless of how puma are grouped, this spectrum of genetic distinctiveness, a component of its representation (one of the 3 R's), contributes to this species ability to adapt to changing environmental conditions.

### 3.2.6    Assessment of Binomial/Trinomial use in Scientific Literature

We examined over 200 scientific papers published on puma ecology, management, taxonomy, genetics, human dimensions and health and recorded whether the authors used binomials (genus and species) or trinomials (genus, species and subspecies). Our literature list included papers published between 1966 and early 2018, 89 of which dealt specifically with Florida panthers and 113 were on puma outside of Florida. Overall, 100 percent of panther papers used the trinomial (*Puma concolor coryi*) but only 12

percent (*n* = 14 papers) of puma papers used trinomials.  Of those 14 puma papers that used trinomials, six appeared to use trinomials as a geographic convenience to indicate where their study animals occurred and another six used trinomials when referring to subspecies having a unique conservation status (i.e., eastern cougar, Florida panther, and Yuma puma).  The remaining two papers were focused on puma taxonomy at the subspecific level.  Trinomials are most commonly used when referring to a puma population that has a conservation status of concern and *Puma concolor coryi* is still used by current peer-reviewed papers in scientific journals.

### 3.2.7    Taxonomic Assessment Summary

We recognize that a more formal resolution regarding the current taxonomic status of the Florida panther may be warranted.  That said, based on our assessment, the taxonomic classification of the Florida panther as described by Young and Goldman (1946) is no longer based on the best available scientific data and does not reflect the current scientifically accepted taxonomy and nomenclature for *Puma*.  The best available information and expert opinion supports a single North American subspecies of puma.  However, the Florida panther subspecies is currently the listed entity under the ESA and is the subject of this assessment.  To resolve this inconsistency for the purpose of this SSA, we assessed the Florida panther as representing the only breeding population of puma in the eastern United States, a characterization consistent with the population's status at the time of the original 1967 listing and consistent with the proposed taxonomic revisions for puma adapted by the CCTF of the IUCN SSC Cat Specialist Group.

## CHAPTER 4    LIFE HISTORY AND ECOLOGY

### 4.1    REPRODUCTION

Florida panther social structure is polygamous in nature and males do not contribute directly to the care and raising of offspring (Anderson 1983).  Males may contribute indirectly to the survival of kittens they sire by discouraging the presence of non-resident males within female home ranges (Kitchener 1991).  Pumas can mate and produce young throughout the year (Sunquist and Sunquist 2002).  However, in most northern latitude populations, mating activity peaks from February to July in northern latitudes and is followed by a gestation period of approximately 92 days (Anderson 1983, Logan and Sweanor 2001, Logan and Sweanor 2010, Quigley and Hornocker 2010).  Panther dens have been detected in every month of the year, but most births occurred from March through July (FWC 2019) with the probability of denning being higher during the dry season from December to May (Hostetler et al. 2012).  Den sites are selected closer to upland hardwoods, pinelands and mixed wet forests, which may minimize the risk of dens becoming inundated by seasonal high water (Benson et al. 2008).  Den sites are found typically in areas with dense ground-level vegetation that are nearly impenetrable (Maehr et al. 1989).  Kittens remain in the den for up to 8 weeks post-parturition (Maehr et al. 1989, van de Kerk et al. 2015).  Females tending to neonate kittens at dens restrict their movements to a smaller area that gradually increases in size as the kittens get older (Maehr et al. 1989, Benson et al. 2008, van de Kerk et al. 2015).

Age at first female reproduction averaged 2.62 ± 0.25 years but the earliest was documented at 21 months-of-age (Hostetler et al. 2012).  Panthers ≥10 years of age typically exhibit reproductive senescence although the oldest female documented to have successfully reproduced in the wild was 13.5 years old (Hostetler et al. 2012).  Annual probability of female reproduction is 0.410 ± 0.034, which is within the range for western North America puma (Hostetler et al. 2012).  Average litter size is 2.6 ± 0.09 kittens (range 1–4) and the inter-birth interval averaged 2.16 ± 0.19 years between litters (Hostetler et al. 2012).  The probability that a female panther would produce a litter increased as the panther population increased, perhaps due to the greater availability of mates or as a result of lower kitten survival rates that are associated with increases in the density of the population (Hostetler et al. 2010, Hostetler et al. 2012).  Den failures resulting from kitten mortality can cause a female to produce multiple litters within ≤12 months (Hostetler et al. 2012).

### 4.2    SURVIVAL AND CAUSES OF MORTALITY

- Genetic management improved survival of adult panthers and kittens.
- Kitten survival is density-dependent with lower survival when population increases.
- Intraspecific aggression is the most important mortality cause for radiocollared panthers >1 year-of-age, followed by unknown causes, and vehicle strikes.
- Vehicle strikes have been responsible for the 60 percent of the panther deaths documented from 1972 to 2018 when combining the deaths of radiocollared and uncollared panthers.

Florida panthers can live up to 20 years in the wild, but the mean age at death for panthers radiocollared at ≥1 year-of-age are 7.7 years and 5.5 years for females ($n$ = 68) and males ($n$ = 91), respectively (FWC unpublished data).  Survival rates are higher for females than for males with subadult females exhibiting the highest annual survival (Table 4.1; Benson et al. 2011).  These estimates follow

the same pattern as other puma studies with average female and male survival rates of 0.798 and 0.691, respectfully (female range: 0.586 – 0.86; male range: 0.33 – 0.91), across 8 different studies (Logan and Sweanor 2001, Lambert et al. 2006, Laundré et al. 2007, Clark et al. 2014, Robinson et al. 2014, Vickers et al. 2015). Genetic introgression, implemented via the release of 8 Texas pumas into South Florida in 1995, influenced annual survival of panthers with F1 and subsequent generations of admixed panthers having higher survival rates in comparison to canonical panthers. Additionally, individual heterozygosity levels also positively influenced adult and subadult survival (Benson et al. 2011).

Table 4.1. Model-averaged survival rates for Florida panthers from Benson et al. (2011).

| | Females | | | Males | | |
|---|---|---|---|---|---|---|
| Category | Survival rate | SE | n | Survival rate | SE | n |
| Subadult[a] | 0.951 | 0.034 | 40 | 0.713 | 0.049 | 54 |
| Prime adult[b] | 0.872 | 0.023 | 64 | 0.799 | 0.036 | 44 |
| Older adult[c] | 0.760 | 0.056 | 12 | 0.635 | 0.083 | 11 |

[a]1–2.5 and 1–3.5 years old (estimated) for males and females, respectively.
[b]2.5–10 and 3.5–10 years old (estimated) for males and females, respectively.
[c]≥10 years old (estimated) for both males and females.

Hostetler et al. (2010) used multiple sources of data collected during 1982-2008 to estimate and model survival of Florida panther kittens (0–1 years-of-age). Average annual kitten survival rate was estimated at 0.323 ± 0.065 and found to be negatively influenced by the annual index of panther abundance, suggestive of a density dependent effect with kitten survivorship decreasing as the panther population size increased (Hostetler et al. 2010). Kitten survivorship was positively influenced by genetic introgression, with higher survival rates among kittens with greater heterozygosity and admixed ancestry (Hostetler et al. 2010). Panther kitten survival is lower than published rates for several puma populations in the western United States, which averaged 0.686 (range: 0.47–0.785) across 4 studies (Lambert et al. 2006, Laundré et al. 2007, Robinson et al. 2014, Thompson et al. 2014).

Intraspecific aggression (panthers killing other panthers) is the greatest documented cause of mortality for radiocollared panthers >1 year-of-age, followed by unknown causes, vehicle strikes, and other causes (Benson et al. 2011). Between 10 February 1981 and 31 December 2018, 68 radiocollared panthers have died from intraspecific aggression, 39 from vehicle strikes, 41 from unknown causes, 18 by disease, and 10 by other causes (FWC 2019). Combining deaths of radiocollared and uncollared panthers (n = 531) for the period 13 February 1972 through 31 December 2018 (FWC 2019) revealed that vehicle strikes have been responsible for 333 mortalities (60 percent). Panthers that die as a result of a vehicle strike have a high probability of being reported by the public due to the high visibility of carcasses along roadways. This factor likely biases mortality data that includes uncollared panthers. Conversely, radiocollared panthers can be found wherever they die, thus removing said bias and potentially providing a better assessment of cause-specific mortality.

Panther deaths by vehicle collision are an important human-caused mortality type and highway exposure risk varies for individual panthers and across the landscape. Vehicle collisions, sport hunting and removals in response to depredations and public safety concerns are also important anthropogenic

mortality factors in western United States puma populations. These anthropogenic mortality factors are thought to be additive to natural causes in western puma populations (Cooley et al. 2009, Robinson et al. 2014). Immigration and recruitment of philopatric female offspring help to maintain these populations over time (Lindzey et al. 1992, Sweanor et al. 2000, Cooley et al. 2009, Robinson et al. 2014). These researchers studied puma populations that were connected to other populations. In the Black Hills of South Dakota, Thompson et al. (2014) found that human mortality causes (primarily vehicle collisions and depredation removals) were not reducing puma abundance in a 6723 km$^2$ area of high-quality habitat, an area of similar size to that occupied by panthers. Isolated populations in Southern California appear to be vulnerable to local extinctions and the leading cause of mortality was vehicle strikes (Benson et al. 2019). Immigration into these populations is highly constrained due to the immense footprint of human development.

### 4.3    DISPERSAL

- Dispersal is the movement from a birthplace to where reproduction occurs.
- Panthers are polygamous and males disperse further than females.
- Young female puma typically exhibit philopatry with most living adjacent to or within their mothers' use areas.
- Longest recorded panther dispersal is >800 km; and the mean dispersal distances were longer for male panthers than for females, at 68.4 km and 20.3 km, respectively.
- Panther dispersal is constrained by urbanized coasts, land use changes and dredged Caloosahatchee River.
- It took about 20 years for females to repopulate areas 40 km north of the Big Cypress region occupied by the remnant panther population in the 1970s.
- It took over 40 years for female panthers to expand to areas north of the Caloosahatchee River, approximately 60 km north of the Big Cypress region.

Dispersal is the movement an animal makes from its birthplace to where it reproduces or would have reproduced if it had survived (Howard 1960). This is a straight-line measurement and quantifies the greatest distance that genes are carried rather than the total distance of a pathway that was traveled. Various population-level benefits result from dispersal including:

1) Reduces inbreeding;
2) Gene flow;
3) Rapidly extends a species range into suitable but unoccupied habitat;
4) Enables repopulation in areas depopulated by human activities;
5) Reduces intraspecific conflict and local competition for resources; and
6) Maintains a wide distribution of genes with potential future value (Howard 1960).

Most mammals, including panthers, are polygamous where males strive to dominate breeding activities with numerous females (Greenwood 1980, Logan and Sweanor 2010). Young female puma typically exhibit philopatry with most living adjacent to or within their mothers' use areas and male offspring being the dispersers (Logan and Sweanor 2010). In polygynous mammals, females invest heavily into offspring both in terms of time as well as access to necessary resources such as prey, but males do not. Female use areas are clumped in time and space and males compete for access to as many females as possible by establishing use areas that intersect with numerous females. Subordinate males are

excluded from breeding in natal areas so dispersal may help increase their mating probability (Greenwood 1980). Males gain greater evolutionary benefits by having access to many females. Therefore, males need to be more mobile than females and competition between males can be intense. A large proportion of males can be denied access to females and it is this competition that leads to male dispersal.

Howard (1960) hypothesized 2 dispersal patterns: innate (predisposition to disperse beyond confines of parental range ignoring suitable habitat and entering strange/unfavorable areas) and environmental (movement away in response to crowding/density dependence). Research on Florida panthers (Maehr et al. 2002*b*) suggests panther dispersal patterns exhibit elements of both models. Young male panthers can be frequent visitors to unfavorable habitats, such as highly urbanized areas, and the increase in the density of the panther population since 1995 has resulted in the detection of more panthers in exurban areas outside of the public conservation lands and private ranchlands supporting the panther population in the Big Cypress region (Interagency Florida Panther Response Team 2014, Interagency Florida Panther Response Team 2015).

Maehr et al. (2002*b*) studied dispersal patterns of 27 subadult panther (9 females, 18 males) and determined that the mean dispersal distances were longer for male panthers than for females, at 68.4 km and 20.3 km, respectively. Dispersals occurred at about 14 months of age and lasted 7–10 months (Maehr et al. (2002*b*). Female panthers were philopatric and established home ranges less than one home range width from their natal range (Maehr et al. 2002*b*). All nine females were successful at establishing a home range but only 58 percent of males were successful (Maehr et al. 2002*b*). The longest recorded dispersal for a male panther was approximately 805 km north of the established panther population south of the Caloosahatchee River (FWC 2009). This panther was shot in Troup County, GA on 16 November 2008. Subsequent genetic testing using a panel of microsatellites revealed that his genotypes clustered with Florida panthers in a Principal Coordinate Analysis (FWC, unpublished data). These same genetic data showed that his sire was a known Florida panther (FWC 2009).

Panther dispersal patterns are similar to puma elsewhere. Females tend to be philopatric (Ross and Jalkotzy 1992, Sweanor et al. 2000) and males disperse longer distances (Beier 1995, Sweanor et al. 2000, Thompson and Jenks 2005, Hawley et al. 2016). Although most female puma establish use areas within or adjacent to their natal range, the longest documented female dispersal was 357 km, but the actual total estimated distance traveled was > 1341 km (Stoner et al. 2008). The longest documented male dispersal was > 2450 km when a young male traveled from the Black Hills puma population in South Dakota to Connecticut where the puma was killed by a vehicle (Hawley et al. 2016). Panther ages at independence and dispersal are consistent with puma studies elsewhere (Hemker et al. 1984, Ross and Jalkotzy 1992, Beier 1995, Sweanor et al. 2000).

Panther dispersal is constrained geographically by human activities, fragmented habitat, and the fact that the population exists on a peninsula. Major urban areas are found on both the Atlantic and Gulf coasts restricting the current breeding population of panthers to the southern interior of the peninsula. When research by FWC began in 1981, the panther population was restricted to the Big Cypress/Everglades region of South Florida (USFWS 1981). No females had been documented outside of this region since 1973, when a female was treed north of the Caloosahatchee River some 100 km from the remnant population in Big Cypress (Nowak and McBride 1974). During the early 1980s, it is likely that the small size of the panther population in combination with the philopatric behavior of females

reduced the likelihood of range expansion into suitable habitat.  As the panther population increased in size following genetic introgression in 1995, female presence began to be documented further from the Big Cypress region occupied by the remnant population in the 1970s.  For example, in 1987 survey and capture work began in Hendry County on what is now the Okaloacoochee Slough State Forest (OSSF), 40 km north of Big Cypress.  No females and only one male were detected during this survey (Maehr 1997:71).  However, by 2000, female panthers were present and breeding on OSSF (FWC 2001).  Subsequently, in 2012, a female was documented with kittens via remote camera capture just south of the Caloosahatchee River, about 15 km north of OSSF (FWC unpublished data).  Visualizing locations of female road kills over time reveals a similar pattern of range expansion from the areas occupied by the remnant population in the Big Cypress to areas north and west, eventually reaching the Caloosahatchee River (Figure 4.1).



Figure 4.1.  Vehicle-caused mortality locations of female Florida panthers that illustrate the expansion of panther population in South Florida from 1979–2018.

The Caloosahatchee River has been considered an impediment to panther movement (Maehr et al. 2002*b*), especially for females.  The river flows from Lake Okeechobee westward to Ft. Myers where it empties into the Gulf of Mexico.  In its natural state prior to 1880, the river's headwaters were near LaBelle at Lake Flirt (which no longer exists today) and the river levels varied with the yearly shifts between wet and dry seasons (Kimes and Crocker 1998).  During the spring dry season, the river drainage would "dry up so much that a horse could be ridden in the channel" between LaBelle and Lake Okeechobee (Antonini et al. 2002:136).  Dredging of the river began in 1880 to facilitate agricultural growth and navigation to and from Florida's interior.  This dredging changed the river's character of intermittent drainage to a permanent waterway and opened the interior to development (Kimes and Crocker 1998), particularly along the shorelines.  Today's Caloosahatchee River is a wide, ranging from 100 to 400 meters in areas occupied by panthers, and deep waterway that poses a major obstacle to terrestrial animal movement.

Male panthers have been detected north of the Caloosahatchee River since 1980, including 4 radiocollared panthers that were tracked as they dispersed across the river (FWC unpublished data, Belden and McBride 2006).  Additionally, 23 male panthers were detected post-mortem north of the river from 1983–2017, primarily through vehicle collisions.  Given what we know about male-biased dispersal in pumas, it's not surprising that these were the panthers that have been initially documented north of the River.  Male-biased dispersal is the root cause of the pattern of puma detections in areas of the central United States that currently do not sustain breeding populations (LaRue et al. 2012).

Natural recolonization and breeding range expansion in large mammals that exhibit male-biased dispersal hinges on the eventual dispersal of breeding females.  Natural recolonization would be expected to be a long process that may take several decades, given the generally philopatric nature of females (Onorato and Hellgren 2001).  In November 2016, camera traps deployed by the FWC revealed the presence of a female panther on the Babcock Ranch Preserve in Charlotte County.  This was the first documentation of a female panther north of the Caloosahatchee River in 44 years.  Subsequently, pictures from March 2017 documented a litter with at least 2 kittens.  Another female panther was photographed in March 2017 while associating with a male at the Platt Branch Wildlife and Environmental Area in Highlands County.  Whether these females are related or whether they were born north or south of the river is unknown.  But, these two events demonstrate the length of time recovery efforts may require when relying on natural recolonization that can be hindered by intrinsic and extrinsic obstacles.

## 4.4    HOME RANGE DYNAMICS AND MOVEMENTS

- Pumas occur at low densities, maintain large home ranges, and require large landscapes to meet their needs.
- Adult male pumas are territorial and have home ranges that are larger than those of females and that overlap the home ranges of several adult females.
- Mean minimum convex polygon home range size of adult male Florida panther was 428 km$^2$ and mean home range size of female panthers was 217 km$^2$.
- Florida panthers exhibit three modes of movement: 1) resting mode; 2) moderate activity mode; and 3) traveling mode.
- Activity levels for Florida panthers are greatest at night with peaks around sunrise and after sunset; daytime hours are mostly dedicated to resting.

- Overall, male Florida panthers move substantially longer distances each hour, move farther each day, and cover a larger percentage of their home range each week than females.

### 4.4.1   Florida Panther Home Range Dynamics

Panthers occur at low densities, maintain large home ranges, and require large landscapes to meet their needs (Kautz et al. 2006, Onorato et al. 2010, Frakes et al. 2015).  Numerous factors influence panther home range size including habitat quality, prey density, interrelationships with other panthers, and landscape configuration (Belden 1988, Sunquist and Sunquist 2002, Logan and Sweanor 2010).  Home ranges of resident adults tend to be stable unless influenced by the death of other residents.  Several adult males and adult females have shown significant home range shifts that may be related to aging, and male fidelity to territories in western North America tends to decline with time (FWC unpublished data, USFWS 2008b, Logan and Sweanor 2010).  Adult female pumas in western North America exhibit strong fidelity to their home ranges, but they sometimes shift their activity areas to accommodate the activity of other females, to avoid dangerous males, or to follow prey (Logan and Sweanor 2010).  Similarly, adult male pumas in western North America exhibit territory fidelity, but territory boundaries may increase to include more area if males are victorious when challenged by other males or they may avoid an area if they are defeated (Logan and Sweanor 2010).  Home-range overlap is extensive among resident females and limited among resident males (Maehr et al. 1991).  Adult males maintain large home ranges that overlap those of one or more adult females, but subadult males often range widely in search of opportunities to establish an adult home range (Maehr et al. 2002b, USFWS 2008b).

We used minimum convex polygons (MCP) to estimate the home ranges of panthers based on VHF-telemetry data collected between 2004 and 2018 (FWC unpublished data).  Minimum convex polygons were used in order to be comparative with historic data in the literature.  This methodology is known to overestimate the size of the home range of animals and more novel methods are available that provide more accurate representations of home range.  Those analyses are the focus of future research by FWC staff and collaborators.  Mean MCP home range size of females >24 months-of-age was 217.04 km$^2$ (48.38–765.35 km$^2$; $n$ = 43).  Mean MCP home range size of adult males >36 months-of-age was 428.35 km$^2$ (91.16–1987.60 km$^2$; $n$ = 34).  Adult female puma MCP home ranges in western North America vary from about 55 km$^2$ to over 300 km$^2$ (Pierce and Bleich 2003, Logan and Sweanor 2010).  Male puma MCP home ranges in western North America are typically 1.5–3 times the size of female home ranges at 150 km$^2$ to 700 km$^2$ (Pierce and Bleich 2003, Logan and Sweanor 2010).

### 4.4.2   General Characteristics of Florida Panther Movements

Florida panthers exhibit three states of movement based on an analysis of 10 males and 3 females monitored with GPS-telemetry between 2005 and 2012: 1) resting mode, 2) moderately active mode; and 3) traveling mode (van de Kerk et al. 2015).  Resting mode was characterized by very short step lengths (i.e., distance between subsequent hourly GPS locations) and near-uniform turning angles. Panthers of both sexes spent the majority of the day in this mode, generally resting in daybeds or otherwise inactive.  The moderately active movement mode was characterized by long step lengths but more variable turning angles indicating more of a wandering pattern.  These results suggested that the moderately active mode occurred during intrapatch movements or when searching for prey.  Thus, movement in this mode is slower and lacks directionality.  Traveling mode is characterized by long step lengths and a near-straight-line movement pattern, indicating persistent directional movement.  These

observations suggest that Florida panthers exhibit traveling mode while moving among habitat patches and patrolling home ranges or territories.  While in this mode, panthers travel efficiently and fast in a straight line (van de Kerk et al. 2015).

Overall, male Florida panthers had substantially longer step lengths and longer daily movement distances than females (van de Kerk et al. 2015, Criffield et al. 2018).  Movement patterns of panthers are generally constrained within home ranges except when dispersing (van de Kerk et al. 2015).  A single dispersing male had longer average step lengths than resident males, possibly because dispersers must traverse longer distances in the search for available territories.  Telemetry data indicate that panthers typically do not return to the same resting site day after day, except for females with dens or panthers remaining near kill sites for several days (USFWS 2008b).

### 4.4.3    Daytime versus Nighttime Movements

Activity levels for Florida panthers are greatest at night with peaks around sunrise and after sunset (USFWS 2008b, Onorato et al. 2011, Criffield et al. 2018).  Panthers were primarily in resting mode during the day and in traveling mode during the night (van de Kerk et al. 2015).  Males spent most of the time (~65 percent) during the day in resting mode, whereas females spent approximately equal amounts of time (~40 percent each) in resting and moderately active modes (van de Kerk et al. 2014).  Males spent little or no time in traveling mode around mid-day, whereas females spent $\geq$20 percent of time in traveling mode during the hottest part of the day.  Although females spent more time in the traveling mode than males, males had substantially longer step lengths than females while in traveling mode, especially during the night, leading to significantly longer average hourly step lengths for males.

Panthers have been repeatedly shown to select forested habitats either within their home range or within a study area (Belden et al. 1988, Cox et al. 2006, Kautz et al. 2006, Land et al. 2008, Onorato et al. 2011).  Panthers are more likely to be found in forested cover during the day than at night.  Panthers may move along the edges of forested habitat, which they use as stalking cover to ambush white-tailed deer or feral hogs feeding in open areas.  Panthers often move into open areas to make the kill, and then drag the prey into forest cover to feed (Onorato et al. 2011).  Panther movement into and use of open habitats such as prairie grasslands was greater during nighttime hours than during daytime (Onorato et al. 2011).  The increased use of open habitats at night was attributed to optimization of predation opportunities and facilitation of movements across the landscape, activities that predators may carry out more covertly during darkness than in light (Onorato et al. 2011).

### 4.4.4    Effects of Season on Movements

Seasonal rainfall patterns have a strong influence of Florida panther movements (Criffield et al. 2018).  South Florida is characterized by a tropical climate, a topographically flat landscape that includes permanent and ephemeral wetlands, and abundant rainfall during the hotter summer months (May–October) followed by relatively dry cooler winters (October–May).  Step lengths (i.e., distance moved hourly) and daily movement distance were longer for males than females, but these varied between seasons, with panthers of both sexes traveling faster during the dry season than the wet season (van de Kerk et al. 2015, Criffield et al. 2018).  Mean hourly step length during the dry season was 372 m (31–794 m) for males and 280 m (95–642 m) for females.  During the wet season, mean step length for males was 289 m (24–621 m) and for females was 186 m (6–471 m).  Mean daily movement distance for males during the dry season was 6701 m (667–14,636 m) and for females was 5249 m (1688–14,114 m).

During the wet season, mean daily movement distance for males was 4616 m (476–11,796 m) and for females was 2629 m (553–6719 m).

Males covered a larger part of their home range weekly than did females, and both sexes covered a larger part of their home ranges each week in the dry season than the wet season (Criffield et al. 2018). Males covered approximately 26 percent of their home range each week in the winter dry season compared to approximately 11 percent of their home range in the summer wet season. Females covered approximately 12 percent of their home range in the dry season compared to 4 percent in the wet season.

### 4.4.5    Effects of Reproductive Status on Movements of Females

Movements of females are dictated by their reproductive chronology and are influenced by the presence of young (Criffield et al. 2018). Pregnant females establish a den within their home range just prior to giving birth. For the first 2 months following birth, kittens remain at the den, and feeding and caring for young anchors the mother to the den except for short jaunts to hunt and feed. After the young reach 2 months-of-age, the mother abandons the den and leads young on short movements to kills or temporary cache sites. Movements become progressively longer until young disperse at approximately 14 months-of-age (Maehr et al. 2002*b*). Following dispersal of the young, females typically have a short period of less-constrained movement until they mate again and the cycle repeats (Criffield et al. 2018). Adult males often have been observed in close proximity to females within 2 weeks of the dispersal of juveniles (Maehr et al. 2002*b*).

These patterns of movement were demonstrated by the only GPS-collared female that gave birth during the study reported by van de Kerk et al. (2015) and Criffield et al. (2018). This female moved fastest with longer average step lengths when she did not have kittens, and she moved slowest with shortest average step lengths when she was with older dependent kittens >2 months-of-age. When caring for kittens, this female spent 22 percent more time in resting mode than when she was without kittens. Florida panther kittens generally stay in their natal dens for the first 8 weeks of their lives, during which time movements of their mothers are restricted to areas close to the den. Kittens older than about 8 weeks can follow their mothers, but their limited mobility may constrain movement speed of their mothers, leading to shorter average step lengths.

### 4.4.6    Territoriality and Transitory Movements in Males

Movement by males should manifest itself in two forms: territoriality and transitory movements (Criffield et al. 2018). Territoriality is exhibited by dominant males guarding their home ranges to control access to resources and females (Logan and Sweanor 2001). Territoriality is recognizable by constant, regular movement from one end of the home range to the other. The movement metrics reported by Criffield et al. (2018) reflect the territorial behavior of adult males, which showed evidence of rapid movement with a high degree of directional persistence to traverse their home ranges as quickly and frequently as possible to defend against male challengers and to locate resident females that are in estrous (Logan and Sweanor 2010). Territorial behavior of adult males resulted in their covering an average of 27 percent of their home range each week during the dry season and 11 percent during the wet season (Criffield et al. 2018).

Transitory movement, however, is typically associated with younger males that lack a home range and are on the move to seek food, avoid injurious and potentially fatal conflicts with resident males, and establish a permanent territory of their own. Transitory movements are characterized by irregular, large, straight-line movements punctuated by lengthy periods during which they remain near a single location.

### 4.4.7   Effects of Habitats on Panther Movements

Panthers generally covered longer daily movement distances but did so at a slower pace in habitats that are less often selected by panthers (i.e., marsh-shrub, agriculture, water, urban, coastal wetlands) (Criffield et al. 2018). During the wet season, panthers moved faster in higher-selected habitat (i.e., upland forest, wetland forest), while step length during the dry season did not vary extensively with habitat preferences. Possible explanations include:  1) during the dry season more of the landscape is easily traversed and panthers can quickly pass through less-selected habitat to reach better habitat with more prey; and 2) when water levels rise, panthers may be forced to limit their movements and will avoid less-selected habitat altogether and concentrate movement in higher-selected habitats (Criffield et al. 2018).

### 4.5   INTRASPECIFIC INTERACTIONS

Florida panthers live primarily solitary adult lives, but they nevertheless interact with other panthers in ways that are vital to individual survival and reproductive success, and thus to population persistence.

- Adult male panthers are territorial, and they aggressively defend their territories against other adult and subadult males, often to the point of death.
- Adult male territories overlap, but the shared areas are rarely used by more than one male at a time.
- Adult males and females spend 1–16 days together for mating while the female is in estrus.
- Adult females establish a close bond with their offspring until independence is achieved at approximately 14 months-of-age.
- Adult female home ranges may overlap, but females do not often encounter other females and their young, nor do females defend their home ranges against other females.
- Adult males sometimes kill females, and they are also known to kill kittens, especially those kittens sired by other males.
- Panthers indirectly communicate with one another via scent markers, vocalizations, facial rubs on vegetation, and claw-marks to announce presence and female reproductive status.

### 4.5.1   Interactions of Males with Other Florida Panthers

Adult male panthers are solitary, except for the 1–16 days they spend with a female in estrus for mating. Adult males establish and defend territories that overlap the home ranges of several adult females, encompassing some of them completely. Adult males patrol their territories to assess the location and breeding condition of females, and they mate with each of the females within their territories as they come into estrus. Male panthers aggressively attempt to establish dominance in an area by competing with other males for access to mates and space, and often fight other males to death (Logan and Sweanor 2010). Aggressive encounters between males and females have been documented (FWC 2003, Jansen et al. 2005), and adult males have been reported to kill kittens that are not their offspring and

may even kill the mothers.  Male panthers were documented to have killed 7 juvenile panthers that ranged in age from 4 to 11 months old (FWC 2018a).  Intraspecific aggression (panthers killing other panthers) is the greatest documented cause of mortality for radiocollared panthers, accounting for 40 percent of deaths recorded between 1981 and 2018.  Mortality resulting from intraspecific aggression was more common for males than females (Benson et al. 2009).  Defense of kittens or a kill was suspected in half of known instances of female intraspecific mortality in 2003 (FWC 2003).  The territories of males overlap the territories of other males when depicted with annual minimum convex polygon home ranges.  Overlap of male territories also has been documented for puma populations in western North America.  For example, in a non-hunted puma population in the Chihuahuan Desert, roughly 50–70 percent of a male's annual territory overlapped other male territories, and annual core areas overlapped by 15–40 percent (Logan and Sweanor 2001).  However, males tended to avoid using shared areas at the same time (Logan and Sweanor 2010).

### 4.5.2    Interactions of Females with Other Florida Panthers

Female panthers, like other pumas, generally avoid other panthers, except for the cohesive social unit they form with their dependent offspring and to breed with adult males (Logan and Sweanor 2001).  In rare instances, female panthers have been observed together, but females with juveniles almost never associate with sires.  However, female panthers with kittens at the den have been observed to temporarily abandon the den and consort with (and presumably copulate with) males that have come into the vicinity of the den (Benson et al. 2012).  This type of pseudo-estrus behavior (i.e., estrus behavior for reasons other than reproduction) most likely is an attempt to maintain amicable relationships with these males to prevent infanticide.  Young adult females typically do not disperse far from natal home ranges such that adult female pumas in a particular geographic area consist of groups of closely related individuals as well as unrelated females that immigrated from elsewhere (Logan and Sweanor 2010).  Mothers, daughters, sisters, and aunts often establish home ranges that overlap or are adjacent to each other.  However, evidence from the Yellowstone ecosystem indicated that the genetic effects of this phenomenon are inconsequential at the population level (Biek et al. 2006); and female relatedness in the Garnet Mountains of Montana was lower than might be predicted for carnivores that exhibit female philopatry (Onorato et al. 2011).  Females do not aggressively defend their home ranges against other females (Logan and Sweanor 2010).  Adult females spend the bulk of their adult lives in activities related to reproduction, including seeking mates, mating, gestation (which lasts for approximately 82–96 days), nursing cubs at the den for approximately 8 weeks, and raising offspring to independence at an age of approximately 14 months (Maehr et al. 1990b, Maehr et al. 2002b, Pierce and Bleich 2003, Logan and Sweanor 2010).  All these activities occur over a period of about 17–24 months (Maehr et al. 1991, Logan and Sweanor 2010, Hostetler et al. 2012).

### 4.5.3    Indirect Interactions

Interactions between panthers also occur indirectly through urine markers, vocalizations, rubbing facial glands on vegetation, and marking logs with claws (Sunquist and Sunquist 2002, Logan and Sweanor 2010, McBride and McBride 2011, Benson et al. 2012, McBride and Sensor 2012, Allen et al. 2015).  Urine markers, which are referred to as scrapes, are made by piling ground litter using a backwards-pedaling motion with the hind feet.  This pile is then scent-marked with urine and occasionally feces.  Both sexes make urine markers.  Males use scrapes to mark their territory and announce presence while females advertise their reproductive status.  Male pumas seem to scrape throughout their territories,

usually along travel routes (Logan and Sweanor 2010). Scrapes often are used by more than one male in areas where territories overlap, perhaps to convey spatial and temporal activity as well as social status (Logan and Sweanor 2010). Allen et al. (2015) found that female pumas use multiple cues at community scrape sites to select for more dominant resident males. Vocalizations used by panthers to announce presence or reproductive status or to convey defensive or offensive threats include growls, snarls, hissing, yowling, caterwauling, whistle calls, chirping, and purring (Sunquist and Sunquist 2002, Pierce and Bleich 2003, Logan and Sweanor 2010, Benson et al. 2012, Allen et al. 2015). Rubbing facial glands on vegetation is a means of leaving olfactory clues to presence and status, and claw-marking logs may leave both visual and scent clues (Pierce and Bleich 2003, Logan and Sweanor 2010, McBride and McBride 2011, McBride and Sensor 2012).

## 4.6    FOOD HABITS

- Panthers are carnivores and prey mostly on white-tailed deer, wild hogs, raccoons, and armadillos.
- Anthropogenic food sources include calves, goats, sheep, cats and dogs.
- Panther diets are similar to puma diets in the western United States.
- Puma that live in areas with greater human occupancy tend to prey on a greater diversity of animals.
- Puma in these same areas spend less time at kills and make more frequent kills, presumably as a result of anthropogenic disturbances.

Panthers are strict carnivores and rely on their hunting skills to acquire food. Food habits analyses, based samples of stomach content, scat, and feces (large intestine contents) collected in South Florida 1996–2014, revealed that wild hog (*Sus scrofa*), white-tailed deer (*Odocoileus virginiana*), raccoon (*Procyon lotor*) and nine-banded armadillo (*Dasypus novemcinctus*) were the primary food items consumed, representing >75 percent of their diet (Table 4.2; Caudill et al. 2019), findings consistent with earlier studies (Maehr et al. 1990*a*, Dalrymple and Bass 1996). Panthers living in the Everglades ecosystem, the southernmost part of occupied panther range, preyed most frequently on deer, raccoons and American alligators (*Alligator mississippiensis*) but also consumed rabbits, armadillo, hogs and Virginia opossums (*Didelphis virginiana*) (Dalrymple and Bass 1996). Panther predation was the leading cause of death documented in a radiocollared sample (*n* = 241) of adult white-tailed deer monitored in South Florida in 2015–2018, accounting for 71.6 percent (*n* = 96) of total documented mortalities (Cherry et al. 2019).

Table 4.2. Percent occurrence (and number of observations) of prey items found in scat, as well as feces and stomach contents collected at necropsy, of Florida panthers in South Florida, 1996–2014 (Caudill et al. 2019).

| Prey Item | Scientific name | Count | Percent Occurrence |
|---|---|---|---|
| Raccoon | *Procyon lotor* | 53 | 24.42 |
| White-tailed deer | *Odocoileus virginiana* | 50 | 23.04 |
| Wild hog | *Sus scrofa* | 48 | 22.12 |
| Nine-banded armadillo | *Dasypus novemcinctus* | 23 | 10.60 |
| Rodentia | - | 13 | 5.99 |
| Virginia opossum | *Didelphis virginiana* | 11 | 5.07 |

| Prey Item | Scientific name | Count | Percent Occurrence |
|---|---|---|---|
| Domestic cat | *Felis catus* | 11 | 5.07 |
| Rabbit | *Sylvilagus* spp. | 7 | 3.23 |
| Livestock | - | 4 | 1.84 |
| Other | - | 12 | 5.53 |

Panthers also prey upon a variety of anthropogenic food sources and the majority of these depredations (excluding calves) occur in residential areas (Interagency Florida Panther Response Team 2017). Twenty-one species of hobby livestock or pets have been killed by panthers and the most common species taken during these depredation events include goats, sheep, cats and dogs. Panthers also prey upon calves produced by livestock operations. Jacobs and Main (2015) revealed annual calf losses attributed to panthers of 0.5 to 5.3 percent. Calves were generally <8 months-of-age and <350 lbs.

Puma diets in western North America are dominated by ungulates, principally mule deer (*O. hemionus*), black-tailed deer (*O. h. columbianus*), and elk (*Cervus canadensis*), and white-tailed deer (Ackerman et al. 1984, Cooley et al. 2008, Murphy and Ruth 2010). Puma prey items in northwestern Mexico were desert bighorn sheep (*Ovis canadensis nelsoni*), lagomorphs (*Lepus spp.* and *Sylvilagus audubonii*), collared peccary (*Pecari tajacu*), and white-tailed deer (Rosas-Rosas et al. 2003). In contrast, puma in Central and South America have diets that are comprised predominantly of small to medium-sized prey (from <1 kg to 15 kg; Iriarte et al. 1990, Branch et al. 1996).

Puma in the western United States also prey upon cattle (primarily calves) and sheep, with most cattle losses occurring in Arizona (Cunningham et al. 1999, Bodenchuck 2011). Puma diet based on frequency of occurrence in scats from southeastern Arizona was 48 percent deer (*O. v. cousi* and *O. hemionus*), 34 percent cattle, 17 percent collared peccary, and 6 percent rabbit (*Sylvilagus* spp. and *L. californicus*). Puma in this study selected calves slightly more frequently than expected according to their availability (Cunningham et al. 1999). In contrast, percent occurrence of cattle and sheep in puma diets ranges from 0–11 percent in other western states (Murphy and Ruth 2010). A radiocollared calf study in Arizona revealed puma depredation losses ranged from 0 to < 6.5 percent on two separate ranches (Breck et al. 2011). Domestic sheep account for most of the losses across the western United States and depredation events often involve multiple kills (Cougar Management Working Group 2005, Bodenchuck 2011).

In areas where puma diets are based on large ungulates, females with kittens killed more frequently, generally <1 week between kills, than solitary adults whose time between kills was 7 to 9 days (Cooley et al. 2008, Ruth et al. 2010, Clark et al. 2014*a*). Predation rates will vary based on mean weights of vertebrate prey, caloric needs, prey availability, season and climate (Ruth and Murphy 2010).

A study from southern California showed that puma prey diversity increased, and the size of prey decreased in areas with greater human occupancy (Smith et al. 2016). These pumas preyed mostly on black-tailed deer, raccoons, house cats and opossums with house cat kills occurring closer to homes and deer kills occurring further away. Male puma tended to make kills further from homes than female puma (Smith et al. 2016). Female puma reduced the time spent at kill sites as housing density increased presumably due to disturbance (Smith et al. 2016). Female puma also killed 36 percent more deer in high housing density areas compared to females living in areas with a smaller human footprint,

reflective of a higher energy cost to living in close association with human developments (Smith et al. 2015).  Similar findings occurred in the Front Range area of Colorado where puma preyed upon a more diverse group of prey species, including non-native anthropogenic prey, but they still were reliant upon deer (Moss et al. 2016).

Puma are opportunistic scavengers and they often treat carcasses as if they were kills with typical caching and feeding behavior (Logan and Sweanor 2001, Bauer et al. 2005, Bacon and Boyce 2010).  Panthers have been documented scavenging (FWC unpublished data) but Florida's humid, sub-tropical climate likely limits the amount of time a carcass remains palatable due to rapid decomposition, saprophytic insects and other scavengers.  Scavenging can provide a net caloric gain because it requires no energy to stalk and kill prey and does not pose an injury risk associated with subduing prey.

## 4.7    SPACE AND HABITAT USE

Florida panther habitat is an extensive landscape of natural, semi-natural, and agricultural lands.

- Panthers primarily select forested habitats, which are used for cover, ambushing prey, daytime-rest sites, and den sites.
- Panthers use forest patches of any size.
- Herbaceous- and shrub-dominated wetlands, prairie grasslands, and upland shrub lands are also selected by panthers but to a lesser extent than forest cover.
- Agricultural and urban lands are used in proportion to availability within panther home ranges.
- Non-forested habitats are used primarily at night, and most use of non-forested habitats occurs within 200 m of forest cover.
- Sites selected by females for dens typically are in upland pine or hardwood habitats where saw palmettos are dense.

### 4.7.1    Florida Panther Habitat Use

The habitat of the Florida panther is an extensive landscape of natural, semi-natural, and agricultural lands.  Forested habitats, including pinelands, upland hardwood forests, hardwood swamps, and cypress swamps, are selected by and of vital importance to panthers in South Florida.  These cover types provide the most important habitat for panthers to meet life cycle requirements that include selection of den sites, daytime-rest sites, and cover for hunting prey (Belden et al. 1988, Maehr and Caddick 1995, Cox et al. 2006, Kautz et al. 2006, Land et al. 2008, Onorato et al. 2011).  Panthers utilize forest habitat patches of any size (Kautz et al. 2006, Onorato et al. 2011).

Freshwater marsh, shrub swamp, upland shrub and brush land, and prairie grasslands are also selected by panthers, but to a lesser extent than forests and usually when they are in close proximity to forest cover.  Agricultural lands (e.g., croplands, improved pasture, and citrus groves) and other habitats (e.g., open water, salt marshes, mangrove swamps, exotic plants, urban land uses) are used in proportion to availability (Onorato et al. 2011).

GPS-telemetry records collected across the diel-period revealed that panthers occur in forest cover 59 percent of the time and in open habitats 41 percent of the time (Onorato et al. 2011).  Although panthers may be found at distances of >1000 m from forest patches, 74 percent and 85 percent of GPS-telemetry records were located within 100 m and 200 m, respectively, of forest cover (Onorato et al. 2011).  These data indicate that panthers often move in open habitats, particularly at night, but usually

are in areas where forest cover is nearby.  Onorato et al. (2011) attributed the increased panther use of prairie grasslands at night to optimization of predation opportunities and facilitation of movements across the landscape, activities that predators may carry out more covertly during darkness than in the light.  White-tailed deer and wild hogs, the primary prey of panthers, would be expected to use more open cover types such as pasturelands and other agricultural lands adjacent to forest cover due to the plentiful food sources in these habitats.  White-tailed deer tend for forage during crepuscular hours whereas wild hogs are typically diurnal or crepuscular most of the year but primarily nocturnal during hot summer months (Sweeney et al. 2003, Giuliano et al. 2009).  White-tailed deer in South Florida displayed a preference for diurnal activity patterns suggesting a behavioral response to reduce predation risks from the more nocturnally-active panther (Crawford et al. 2019).

### 4.7.2    Den Site Selection by Females

Female panthers consistently select den sites in areas with extremely dense understory vegetation, such as saw palmetto (*Serenoa repens*) thickets, shrubs, or vines (Maehr et al. 1990*b*, Benson et al. 2008).  Sites selected for dens typically are in upland pine or hardwood habitats where saw palmettos are dense.  Most sites are under a forest canopy where vegetation is sufficiently dense that dens are not visible beyond about 2 m (Maehr et al. 1990*b*).  Panthers apparently do not select den sites based on distance from the edges of forest patches, nor does forest patch size influence selection of sites for dens except for mixed wetland forests (Benson et al. 2008).  Although some dens have been located in mixed forested wetlands, dense cover usually is not available in these habitats due to prolonged or frequent flooding.  Den sites in mixed forested wetland habitats were located in smaller habitat patches than random points, suggesting that den sites closer to uplands would allow females convenient access to higher ground if flooding occurred during the denning period (Benson et al. 2008).  Despite the preference for upland den sites, some dens have been located in dense sawgrass (*Cladium jamaicense*) during dry periods or were at the fringes of marsh habitats (e.g., OSSF).

---

## CHAPTER 5    HISTORICAL DISTRIBUTION AND CAUSES FOR DECLINE

---

- Pumas are the most widely distributed terrestrial mammal in the Western Hemisphere, and historically were distributed across most of North and South America.
- Habitat loss, declining prey populations, and persecution resulting from European settlement were the primary causes of the decline of pumas in North America, including the Florida panther.
- By the late 1890s, pumas had been extirpated from eastern North America except for a small population in Florida.
- By 1958, the Florida panther was so rare that the State of Florida designated panthers as endangered, and the federal government followed suit in 1967.
- Field surveys conducted in 1973 and 1974 found only one female in Glades County north of the Caloosahatchee River and a handful of others in the Big Cypress region of South Florida.
- By the time the GFC began capturing and monitoring panthers using radio collars, signs of inbreeding depression were evident, and the population was estimated at no more than 20–30 individuals.

Pumas are the most widely distributed terrestrial mammal in the Western Hemisphere (Sunquist and Sunquist 2002). The range of pumas originally included most of the Western Hemisphere from the Canadian Yukon in northern British Columbia, across southern Canada to New Brunswick, and south to the tip of South America at elevations from sea level up to 5800 m in southern Peru (Young and Goldman 1946, Sunquist and Sunquist 2002, Culver 2010, Shaw 2010) (Figure 1.1).

The oldest unequivocal fossil of *P. concolor* was discovered in Argentina and dates to the early-middle Pleistocene (1.2–0.8 million years ago [MYA]) and provides evidence for a South American origin of *P. concolor* (Chimento and Dondas 2017; Saremi et al. 2019). There are no confirmed fossil records of *P. concolor* in North America previous to the late Pleistocene and the oldest *P. concolor* fossils in North America date to the Rancholabrean land mammal age, ~200 thousand years ago (KYA; Morgan and Seymour 1997; Chimento and Dondas 2017; and Saremi et al. 2019). Recent puma genomic analyses suggest that puma dispersed into North America from South America prior to the last glacial maximum (20,000 year ago) and have persisted in North America since that time (Saremi et al. 2019).

It is generally accepted that persecution and the expanding footprint of human civilization were the root causes of the decline of the Florida panther. The trajectory of the Florida panther population has followed a pattern of decline similar to that of pumas throughout North America, but especially east of the Mississippi River. Prior to the arrival of Europeans in the early 1500s, pumas had coexisted with Native Americans for 10,000–20,000 years, holding positions of spiritual reverence as well as being feared and hunted (Gill 2010).

### 5.1    HISTORICAL DISTRIBUTION AND DECLINE OF PUMAS IN EASTERN NORTH AMERICA

In North America, puma were noted as being widespread along the east coast by early European explorers during the sixteenth century (Guggisberg 1975). At this point in time, old-growth forests were thought to extend across 950 million acres of land (Davis 1996). However, as colonists and settlers gradually spread westward, they converted vast acreages of old-growth forest into open agricultural land. Subsequently, approximately 50–75 percent of the landscape on the eastern seaboard was open

agricultural land by the mid-1800s.  In some areas, this alteration exceeded 90 percent (Foster et al. 2004).

As westward settlement progressed, wildlife dwindled due partly to habitat loss and partly to direct persecution from shooting, trapping, and poisoning.  The numbers of white-tailed deer, a primary prey species of pumas, plummeted in response to habitat loss and unrestricted hunting.  This rapid decline in deer populations actually led to the closure of hunting seasons in some areas as early as 1639 (Gill 2010).  Furthermore, Native Americans started to see deer hides as a commodity to trade with European settlers in return for varied items between the late 1600s and middle 1700s, leading to an increased take of deer from 85,000 skins to >500,000 annually, respectively (Hewitt 2015).  Market hunting alone accounted for 600,000 deer hides being exported from Savannah, Georgia, from 1755–1773 (Demarais et al. 2000).  After the Civil War, the technological advances in firearms (e.g., repeating rifles) improved market hunters' efficiency such that deer populations declined to about 350,000–500,000 animals throughout their range by 1900, down from an estimated 23.6–32.8 million prior to European settlement (McCabe and McCabe 1984, Hewitt 2015).

Simultaneously, predators, including pumas, were feared, despised and killed at every opportunity (Gill 2010).  This take of predators was further enhanced by the implementation of reward payments.  Bounties were generally in effect in states or counties where puma depredations had been experienced during all of the 1800s and into the early 1900s (Young and Goldman 1946).  The state of Pennsylvania, for example, established a bounty specifically for pumas in 1807.  Bounty acts for the control of pumas spread westward as new lands became populated and developed.  The establishment of bounties led to the emergence of a cadre of professional hunters, some of whom made their entire living by killing predators (Gill 2010).  Bounty hunters used a variety of techniques to kill predators, including pit traps, steel traps, guns, poisons, and encircling drives (Young and Goldman 1946, Gill 2010).

The cumulative effects of habitat loss, declining prey, and wanton persecution led to the extirpation of pumas from the eastern United States by the late 1890s, except for Florida, where a small, isolated population persisted (Sunquist and Sunquist 2002).

## 5.2   HISTORICAL DISTRIBUTION AND DECLINE OF THE FLORIDA PANTHER

The historic distribution of the Florida panther as initially described by Young and Goldman (1946) included the southeastern United States from Louisiana and Arkansas to the east coast and generally south of Tennessee and South Carolina (Figure 3.2; Young and Goldman 1946:10).  However, the boundary lines delineating the historic distribution of the Florida panther and other geographic races described by Young and Goldman (1946) were arbitrarily drawn and based on scant evidence (see *3.2. Florida Panther Taxonomy*).  Evidence does suggest that the puma in North America historically had a transcontinental distribution and that intergradation among the previously described geographic races was not restricted given the absence of geographic barriers that would limit dispersal and gene flow among populations (Culver et al. 2008, Culver 2010).

Fossil evidence of *P. concolor* in Florida is known from at least 15 late Rancholabrean (130,000–11,000 years before present) sites distributed throughout peninsular Florida from as far north as Columbia County near the Georgia state line to as far south as Dade County (Morgan and Seymour 1997).  Archeological occurrences of panther remains in Florida from 200 B.C.–1763 A.D. are rare and include modified jaws and teeth found in midden deposits, mounds, and a few examples of being interred with

human burials (Wheeler 2011).  Artistic representations of the panther from pre-Columbian Florida cultures include wooden statuettes (Figure 5.1) and wood effigy carvings (Figure 5.2), including some associated with ceremonial mortuary ponds (Figure 5.3; Wheeler 2011, Marquardt 2019).



Figure 5.1.  The Key Marco Cat statuette or figurine recovered at Key Marco (present day Marco Island) on the southwest coast of Florida in 1895 by Frank Cushing (Cushing 1896).  Described by Cushing (1896) as a mountain lion or panther god, the statuette was carved from local dense tropical hardwood and is attributed to the Calusa people inhabiting the island between 300–1500 AD.  Catalog number A240915, Smithsonian Institution, National Museum of Natural History, Department of Anthropology.



Figure 5.2.  The Padgett Figurine, a pre-Columbian carved wooden statuette recovered at the Palm Hammock site (8GL30) on the western side of Lake Okeechobee in 1929, depicts a human kneeling on a platform and wearing a feline-like headdress or mask (Wheeler 2011).  Florida Museum of Natural History (FMNH) catalog number 2013-3-1.  Photo by Kristen Grace, courtesy FMNH.



Figure 5.3.  The "running panther" (Sears 1982), a wood carving recovered by William H. Sears from a pre-Columbian mortuary pond at the Fort Center site in Glades County west of Lake Okeechobee. Larger tenoned effigy carvings of panthers and other large carnivores were also recovered at the site. Florida Museum of Natural History (FMNH) catalog number A15864.  Photo by Kristen Grace, courtesy FMNH.

The first European colonies established on the east coast of Florida in the seventeenth century gradually spread to the west and south and led to an increasing number of humans within the range of the Florida panther.  Most colonists viewed carnivores, including panthers, as not only threats to humans and livestock, but also as direct competitors for game species.  In the South, panthers were considered a menace at the same time that they became a frequent part of Florida folklore (Williams 1978).  In fact, a bounty was placed on panther in Florida in 1832, which was 13 years prior to the ratification of statehood (Tinsley 1970:13).  Townshend (1875) noted that settlers were adamant about eliminating bobcats (*Lynx rufus*), red wolves (*Canis rufus*), and panthers, which resulted in dwindling populations of these predators.  By 1887, Florida had authorized a $5 statewide bounty on panthers (Florida Statutes §3763-83 [1887]).  This bounty would be equivalent to $130 in 2018 prices, which was not an insignificant reward for a settler.  Unregulated hunting would eventually have a major impact on panthers in the southeastern United States near the end of the nineteenth century (Figure 5.4).



Figure 5.4.  Florida panther killed by James Armour, a half mile west of Jupiter, Florida in 1879 and photographed by Mellville E. Spencer at the Jupiter Lighthouse.  Courtesy of The Historical Society of Palm Beach County, Spencer-Peebles Collection catalog number 83/Spencer.069.

According to Tinsley (1970), by the early 1900s, the Florida panther persisted only in large wilderness areas, mostly within Florida, including:  Green Swamp and Big Scrub (today's Ocala National Forest) in Central Florida; and the Everglades of South Florida.  These natural areas were particularly difficult to access for settlers and hunters.  Due to this inaccessibility, some reports, including those by Indian

tribes, mention panthers as numerous in parts of South Florida, including the Big Cypress region (Cory 1896). This is the same area in extreme southern Florida that would eventually provide the last refugium for panthers when listed as endangered in 1967.

A dwindling number of panthers survived only in Central and South Florida by the late 1920s (Young and Goldman 1946, Tinsley 1970, Alvarez 1993), but by the 1930s, there are reports that some residents believed panthers were extinct (Newell 1935). However, in 1935, a hunting expedition into the Big Cypress region of Collier County resulted in the killing of eight panthers in five weeks (Newell 1935). The proliferation of ranching, agriculture, development, and persecution gradually reduced panthers into a population that was becoming progressively fragmented. Additionally, attempts to control an outbreak of cattle-fever tick in Florida during the late 1930s led to a government-sanctioned white-tailed deer eradication program that led to the extermination of 9478 deer between 1939 and 1943, including 8428 deer killed in Collier County (Davis 1943, Game and Fresh Water Fish Commission 1946, Alvarez 1993). The negative impact of this program on an important prey species correlated with a subsequent increase in reports of livestock depredations involving panthers (Hamilton 1941).

Hamilton (1941) reported that the panther still occurred in Lee, Collier, and Hendry counties in 1939–1940 and that panther depredations on cattle had increased as a result of the sanctioned deer eradication program. Hamilton (1941) shared records of panthers shot near Naples, Bonita Springs (Figure 5.5), and Estero in 1939 and of a female panther killed by a cowhand near Immokalee in 1941, her 2 kittens captured and displayed in Fort Myers (Hamilton 1941). One report mentions two panthers killing 20–30 head of cattle near Naples, Florida in 1939 (Alvarez 1993). One of the specimens examined by Young and Goldman (1946) was reportedly collected near Immokalee in 1940. Reports such as these provided sufficient fodder to those who considered panthers to be pests. In combination with the deer eradication program, these factors accelerated the decline of the panther.

A 1946 hunting expedition into the Fakahatchee Strand revealed that a few panthers continued to persist in Florida (Tinsley 1970). In recognition of the waning numbers of panthers in Florida, GFC afforded partial protection to the Florida panther as a game animal in 1950. This meant panther could only be legally hunted during deer season, although nuisance animals involved in livestock depredations could be removed by a special permit whenever necessary (Tinsley 1970). Subsequently, the panther was given complete legal protection by GFC in 1958.

In further recognition of the dwindling panther population, the USFWS listed the Florida panther as endangered throughout its historic range on 11 March 1967 (32 FR 4001). The Florida panther subsequently was designated as endangered wherever it is found under the ESA of 1973, as amended (16 U.S.C. 1531 *et seq.*). The heightened awareness afforded to the Florida panther by this designation ultimately led to the initiation of research and management aimed at averting what appeared to be imminent extinction.

By the time the Florida panther was listed as federally endangered, very little was known about their status and distribution in Florida. In February and March 1973, a survey was initiated to ascertain the status of panthers in Florida (Nowak and McBride 1974). A single female approximately 10 years-of-age and in poor physical condition was captured by Roy T. McBride in Glades County west of Lake Okeechobee and north of the Caloosahatchee River. McBride also conducted limited sign surveys in Ocala National Forest and in areas south of the Caloosahatchee River that included ENP, the Big Cypress Swamp region, and cattle ranchlands directly north of the Big Cypress Swamp region (Nowak and

McBride 1974).  Although these initial surveys were based on areas with reliable reports of panthers, the only panther sign confirmed was the female treed in Glades County in February 1973.  Based on their initial sign surveys and taking into account the reports considered credible, McBride estimated the panther population "from the Lake Okeechobee area southward to be about 20 or 30 individuals" (Nowak and McBride 1974:242).

In March and April 1974, Roy T. McBride conducted a second survey in South Florida centered in the Big Cypress Swamp region (Nowak and McBride 1975).  McBride found the sign of only two panthers during the 1974 surveys, both in the Fakahatchee Strand, including the area now designated as the Florida Panther National Wildlife Refuge (Nowak and McBride 1975).  Subsequent to the 1974 sign surveys and interviews with individuals in Florida reporting reliable sightings, McBride revised his estimate of the panther population in Florida downward, suggesting "that there could not be more than about ten individual panthers in the area around Lake Okeechobee and southward in the state" (Nowak and McBride 1975:245).  Interestingly, Culver et al. (2008) estimated the census size of the Florida panther population empirically using microsatellite data that accounted for the genetic bottleneck that occurred during that time period.  Those data revealed that at its nadir, within a timeframe of two generations during such an extreme bottleneck, the population may have encompassed as few as 6 panthers.  Based on documented evidence that panthers persisted in extreme South Florida in the 1970s, FWC research biologists began a panther research and monitoring program in 1981.



Figure 5.5.  Panther killed by Mitt McSwain on 10 October 1937, one mile from Bonita Springs, Lee County, Florida.  Hamilton (1941) published an account of this panther but noted that it was killed on 10 October 1939.  Courtesy of the Bonita Springs Historical Society.

## CHAPTER 6    CURRENT CONDITION OF THE FLORIDA PANTHER

### 6.1    CURRENT POPULATION DISTRIBUTION, SIZE, AND TREND

- The distribution of pumas, including Florida panthers, is determined by three essential habitat requirements: areas large enough to provide refugia from most human activities, adequate prey including large ungulates, and ambush or stalking cover.
- The Florida panther currently exists as a single breeding population located in South Florida, and it represents the only breeding population of puma east of the Mississippi River.
- Occurrence data indicate that panthers currently are distributed into Central Florida up to I-4 and beyond, but these panthers are primarily dispersing males from the core breeding population in South Florida.
- An adult female panther was documented in Charlotte County in November 2016, the first time since 1973 that a female panther has been confirmed north of the Caloosahatchee River.
- A minimum of three adult female panthers and at least four litters of kittens have been documented north of the Caloosahatchee River between November 2016 and June 2020.
- As of June 2020, there is no evidence that successful recruitment has occurred north of the Caloosahatchee River, and until that evidence is documented, it would be premature to conclude that the breeding range of Florida panthers has expanded beyond South Florida.
- The size of the panther population in areas south of the Caloosahatchee River identified as suitable habitat was reported to be 120–230 adults and subadults in 2015.
- The panther population may have been as low as 10 individuals in 1974 based on field surveys, and as low as 6 panthers for two generations in the mid-1900s based on genetic analyses.
- The minimum panther population size was 20–30 animals in the 1970s through the early 1990s.
- The size of the panther population has been increasing steadily since the introduction of 8 Texas females into South Florida in 1995.
- A scientific estimate of population size based on highway mortality of radio-collared panthers indicated that the population may have been as large as 414 panthers in 2017, but the estimate had a margin of error of 222–773 panthers, which is too wide to inform conservation decisions.
- Abundance estimates suggest that the increase in the panther population has been stabilizing since 2012, especially for the adult male panther population.
- Florida panther population density estimates over time have been as low as 0.91/100 km$^2$, but the increasing size of the panther population post introgression has resulted in higher densities of independent-aged panthers in the range of 1.37–4.03/100 km$^2$ in occupied high-quality habitats on public and private lands.

Pumas are the most widely distributed terrestrial mammal in the Western Hemisphere, extending from western Canada southward through the western United States, Central and South America to southern Chile (Figure 1.1; Sunquist and Sunquist 2002, Nielsen et al. 2015). The broad geographic distribution of pumas attests to their ability to adapt to a wide range of habitats and environmental conditions (Sunquist and Sunquist 2002, Pierce and Bleich 2003). The three essential habitat requirements that determine the distribution of pumas are areas large enough to provide refugia from most human activities, adequate prey including large ungulates, and ambush or stalking cover (Beier 2010). As ambush predators, pumas rely on the presence of vegetative or topographic cover to approach to within

2–30 m of prey (Murphy and Ruth 2010).  Therefore, puma distribution is realized in landscapes that not only support preferred prey but also provide cover for stalking prey to within a close distance (Sunquist and Sunquist 2002, Beier 2010).  However, like other large carnivores, pumas exhibit characteristics (i.e., large home ranges, low densities, persecution by humans) that make them vulnerable to localized extinction due to habitat loss and fragmentation, thus affecting distribution (Crooks 2002).

### 6.1.1    Current Distribution of the Florida Panther as Determined by Occurrence Records

Throughout the remainder of this SSA, we use only verifiable and documented occurrence records to assess the current distribution of the panther population as these records constitute the best available scientific information.  FWC maintains several continually updated spatially referenced databases useful in assessing the distribution of panthers.  These databases include verified occurrence records collected since 1972 comprised of VHF and GPS telemetry locations, mortality and injury locations, confirmed sightings, tracks, locations of panther depredations and locations of human-panther interactions (see Appendix B).

The Florida panther currently exists as a single population located in South Florida and represents the only population of puma east of the Mississippi River (Federal Register, Vol. 83, No. 15, 23 January 2018).  The first recovery plan produced in 1981 showed a very limited distribution extending from what is now the FPNWR southeastward to ENP (Figure 6.1).  A revised recovery plan (1987) showed an expansion of panther occurrences into Hendry, Glades and Palm Beach counties in addition to the counties that were shown in the 1981 plan (Figure 6.2).

Panthers have since been documented in 26 Florida counties based on verified occurrence records and a single dispersing male panther was killed by a hunter in Troup County, central Georgia, near the Alabama state line in 2008 (Figure 6.3).  Telemetry, mortality, depredation, human interaction, and sighting records indicate that panthers currently are distributed into Central Florida at least as far north as I-4, but most of these records are transient adult or subadult males that are not part of a breeding population (Figure 6.4).  Within Florida, the furthest north a panther has been documented was a road kill on I-95 at the Flagler-St. Johns county line in northeast Florida in 2005.  This road kill and the Georgia mortality attest to the dispersal capabilities of Florida panthers, but they appear to be outliers from the regions of South and Central Florida where most panthers are found.



Figure 6.1.  Range of the Florida panther as depicted in the 1981 Florida Panther Recovery Plan (USFWS 1981).



Figure 6.2  Range of the Florida panther as depicted in the 1987 Florida Panther Recovery Plan (USFWS 1987).



Figure 6.3.  Distribution of the Florida panther based on verified occurrence records by county collected from 1972–2019, including a dispersing male panther (UCFP123) killed in Troup County, GA in 2008.



Figure 6.4. Distribution of the Florida panther based on verified occurrence records collected from 1972–2019.

**6.1.2    Recent Expansion of Female Panthers North of Caloosahatchee River**

Female panthers have been documented in 8 Florida counties since 1973 (Figure 6.5).  From 1980 through October 2016, all occurrence data demonstrated that female panthers were present only south of the Caloosahatchee River and most reproduction occurred in Collier, Hendry, Lee and Miami-Dade counties.  Between November 2016 and June 2020, a minimum of three adult female panthers and at least four litters of kittens have been documented north of the Caloosahatchee River (Kelly and Onorato 2020).  In November 2016, an adult female panther was documented on the Babcock Ranch Preserve (Charlotte County, FL; FWC 2017) via trail camera photographs and confirmed tracks.  Then, on 13 January 2017, a trail camera deployed on the Babcock Ranch Preserve captured a lactating female panther, likely the same female documented in November 2016 (FWC 2017).  FWC trail cameras subsequently documented a female with a minimum of two kittens on the Preserve on 15 March 2017, and with a minimum of one kitten on several subsequent occasions that spring.  The age of the kittens and locations of captures suggested this was the same lactating female documented in January 2017 and verified that reproduction had occurred north of the Caloosahatchee River.  A second adult female, exhibiting behavior consistent with estrous and paired with an adult male, was documented with a trail camera on Platt Branch Wildlife and Environmental Area (Highlands County, FL) in March 2017 (FWC unpublished data).  These were the first females that have been confirmed north of the Caloosahatchee River since a female was captured in Glades County in 1973 (Nowak and McBride 1974, FWC 2017) and represent a significant milestone in panther recovery efforts.  However, evidence collected as of June 2020 and discussed below, provides caution against prematurely drawing the conclusion that the breeding range of panthers has expanded beyond South Florida without evidence that successful recruitment has occurred north of the Caloosahatchee River.

Subsequent to the first documentation of kittens in March 2017, the female panther at Babcock Ranch Preserve was documented traveling without kittens and paired with an adult male for a period of approximately 4 days in April 2017.  She was later photographed on 27 April 2018 traveling with a kitten that had an obvious impairment to its rear legs that may be symptomatic of an emerging neuromuscular disorder of unknown cause detected in panthers and bobcats in the State of Florida (See Section 6.4.9).  The last observation of her traveling with a kitten from this first litter was on 14 May 2017.  Trail cameras deployed by FWC on Babcock Ranch Preserve later documented a second pair of panther kittens traveling with an adult female on multiple occasions from 22 November 2017 through 12 February 2018.  Although this was verification of a second reproductive event north of the Caloosahatchee, the chronology of camera capture events suggested that this was the same female first detected with kittens in March 2017.  It should also be noted that this female paired with an adult male on 27 January 2018 when the second litter of kittens were approximately 6 months-of-age.  She was last observed with her kittens on 12 February 2018, although one kitten was later captured traveling alone on 20 April 2018.  FWC cameras subsequently detected an adult female exhibiting signs consistent with pregnancy on 23 April 2018 and then later with actively nursed teats on 7 May and again on 13 May 2018, confirming that she had successfully denned and given birth.  The last detection of this female in Babcock Ranch Preserve occurred on 16 May 2018 and there is no evidence that offspring from this last litter survived beyond the neonate stage.

Trail cameras deployed by FWC and the USFWS confirmed the presence of an adult female using the eastern portions of Babcock Ranch Preserve from October 2019 through June 2020, including a pairing with an adult male in April 2020 (Kelly and Onorato 2020).  An examination of pelage markings

confirmed that this female is a different individual than the female last observed on Babcock Ranch Preserve in May 2018.  In November 2019, a 4–6-month-old dependent-aged panther kitten was captured on the trail cameras deployed on Bob Janes Preserve in Lee County.  This kitten was not photographed with adult female and there is no evidence that this kitten survived (Kelly and Onorato 2020).  However, this kitten would mark the fourth known litter of kittens born north of the Caloosahatchee River since 1973.  Trail camera photos from March 2020 confirmed the presence of an adult female panther using the Fisheating Creek Wildlife Management Area in Glades County, including captures of her traveling with an adult male panther (Kelly and Onorato 2020).  The adult female captured at Fisheating Creek in March 2020 was presumed not to be the same individual as the adult female photographed in eastern Babcock Ranch Preserve in March 2020 based on the distance between capture locations (>20 km) along with short time intervals between captures (Kelly and Onorato 2020).  Subsequently collected photos of the Fisheating Creek female also show a distinguishing pelage difference (mid-dorsal cowlick; FWC unpublished data).



Figure 6.5.  Distribution of female Florida panthers based on verified occurrence records collected from 1972–2019.

### 6.1.3    Current Distribution of Pumas in Eastern United States Outside of Florida

The Cougar Network (www.cougarnet.org), a nonprofit research organization dedicated to studying puma-habitat relationships and the role of pumas in ecosystems, is studying the recent phenomenon of the expansion of puma populations into former habitats.  The Cougar Network maintains and continually updates a database of confirmed records of pumas throughout the eastern United States and Canada.  The database of confirmed cougar records between 1990 and 2017 shows that pumas are occurring more frequently west of the Mississippi River, and they appear to be expanding into Wisconsin, Illinois, and Tennessee (Figure 6.6).  Adult male pumas have even been confirmed from as far east as New Brunswick and New England.  The Cougar Network database contains one record of a female puma in Carroll County, Tennessee, dated 26 September 2015, a finding that suggests that reproduction in the eastern United States in areas outside of Florida may be possible.  The female puma in Tennessee was confirmed via DNA testing of dried blood, hair, and tissue recovered from a crossbow bolt after a hunter reported shooting a puma along the South Fork of the Obion River in western Tennessee (Pilgrim and Schwartz 2015).  DNA testing confirmed the samples were from a female and represented a new individual to the National Genomics Center for Wildlife and Fish Conservation database (Pilgrim and Schwartz 2015).  Preliminary substructure analysis showed that this puma was most closely related to individuals from the Black Hills of South Dakota, although these results do not suggest that the female originated directly (e.g., dispersal) from the Black Hills (Pilgrim and Schwartz 2015).  Tennessee Wildlife Resources Agency (TWRA) did not confirm additional field evidence (e.g., tracks, scat, or photographs) of the female from the reported collection site (Joy Sweaney, TWRA, personal communication).



Figure 6.6.  Confirmed locations of *Puma concolor* by county (or Canadian equivalent) for areas outside known puma range (green shading) in North America during 1990–2017.  Map provided by and reprinted with permission from the Cougar Network (www.cougarnetwork.org/confirmations).

### 6.1.4    Current Size and Trend of the Florida Panther Population

The 2008 Florida Panther Recovery Plan used a metric of 240 adults and subadults as a measure of a viable population size.  The plan provided guidance that multiple viable populations of at least 240 adults and subadults would need to be established for a minimum of 12 years before the USFWS should consider either downlisting or delisting the panther.  This number was derived from a population viability analysis (see Section 7.1).  Obtaining a statistically defensible estimate of the population size has not been feasible for Florida panthers (Sollmann et al. 2013), even though it is currently used as a critical parameter to assess the progress of recovery (USFWS 2008b).  Estimating puma population size is challenging because: they typically occur at low densities; they are distributed over large areas; detection rates are low; individuals are not readily identifiable; and the assumptions of varied estimation techniques are difficult to satisfy (Proffitt et al. 2014, Davidson et al. 2014, Beausoleil et al. 2016).  There are several capture-mark-recapture methods (CMR) that can utilize either data from DNA hair snares or trail cameras to develop population estimates, and these have been effective for bears (Immell and Anthony 2008, Kendall et al. 2008) or felids with uniquely identifiable fur coloration patterns (Karanth and Nichols 1998, Simcharoen et al. 2007), respectively.

Historically, most statements regarding panther population numbers have resulted from expert opinion informed by field observations by those most closely engaged in panther research (FWC and USFWS 2017).  The population may have been as low as 10 individuals in 1974 based on surveys by Nowak and McBride (1975), and an analysis of microsatellite data suggested that a population as low as 6 panthers for two generations in the mid-1900s would account for a genetic bottleneck reported by Culver et al. (2008).  Various population sizes have been used over the years, including: 20–30 throughout the 1970s and early 1980s; 30–50 in the late 1980s through the mid-1990s; 50–70 for several years following genetic restoration in 1995; and 90–120 in the early 2000s (FWC and USFWS 2017).

FWC, the USFWS, NPS, and other partners used formerly a minimum count index to track trends in the panther population since the 1980s (McBride et al. 2008).  This method provided a long-term measure of panther numbers for managers to assess changes in the population.  That said, this technique did not provide a true population estimate because it did not have an associated measure of variance and it did not consider changes in detectability or sampling effort.  In addition, it provided a minimum count, so the index was used with the understanding that a portion of the population was not counted.  Based on this minimum count method, the USFWS and FWC reported that as of 2015 there were 120 to 230 adult and subadult panthers in the Primary Zone (Kautz et al. 2006, FWC and USFWS 2017).  Annual counts of the minimum number of panthers (>3 months-of-age) known to be alive increased steadily between 2000 and 2015 (See Figure 7 in McBride and McBride 2015).  The last annual count was completed in 2015 and this count has since been discontinued.

Since 2015, females with kittens have been documented outside of the Primary Zone both north and south of the Caloosahatchee River.  As we noted earlier, the panther population increased in size following the 1995 genetic introgression and female presence began to be documented further from the Big Cypress region as time elapsed (Figure 4.1).  It took 25 years for females to expand their range from Big Cypress to just south of the Caloosahatchee River.  In the past, panthers documented north of the Caloosahatchee River were not included in population estimates as they were primarily dispersing males that contribute little if at all to the breeding population.  If female presence, reproduction and

recruitment is documented in this area in the future, these individuals will need to be included in population assessments.

A new technique to estimate total population size over time based on mathematical models derived from data on vehicle mortality of radio-collared panthers indicated that the population may have been as large as 269 individuals in 2012, but the 95 percent CI around the estimate indicated that the actual population size was somewhere between 143 and 509 panthers (Figure 6.7; McClintock et al. 2015). This model included a risk layer based on traffic, fencing and wildlife crossings to control for unequal exposure to the threat of vehicle strikes.  After a period of growth following the introduction of Texas females into South Florida in 1995, this technique showed that the panther population appears to have been stabilizing in 2012, especially for the adult male population (McClintock et al. 2015).  Recent PVA models that account for density dependence predict that future growth of the panther population south of the Caloosahatchee River will be nominal, and estimates of population size suggest that population growth may already be slowing (van de Kerk et al. 2019).  Although the margin of error for this technique is too imprecise to inform conservation decisions, this methodology may have a greater utility to inform managers when used in combination with other data sources (e.g., camera trap data; see next section).

The McClintock et al. (2015) model was rerun with six additional years of data to estimate the total population size from 2000–2018 (Onorato and McClintock unpublished data).  The addition of these new data resulted in some slight differences in population estimates for the time period covered in McClintock et al. (2015), but these were likely insignificant as confidence intervals overlapped between the two model runs.  This second effort involved development of an updated risk layer to incorporate new traffic volume and road data that has become available since 2012.  Lastly, the 2019 model is calculated slightly different from the 2015 model (McClintock et al. 2015) via the implementation of multiple spline-based models for abundance.  For the 2019 analysis, the population was estimated to have ranged from 128 to 414 individuals during the study period, with the 95 percent CI around the latter estimate ranging from 222 and 773 panthers (Figure 6.8).  The uncertainty of abundance estimates derived via this technique continues to be an issue, and this reduction in precision was likely exacerbated by: 1) the reduced number of marked panthers in the population over the last 5 years; 2) the fact that the model does not account for density dependence in the population estimate and upper confidence interval.  By focusing instead on the trends of the population estimates and lower confidence intervals, it's apparent that population growth has slowed in the last 4 years and even declined in 2018 for the first time during the study period.  While we caution against over analyzing this trend, it's worth noting, especially if said trend continues the next time this analysis is rerun with new data.  For the time being, this method remains the only technique that can inform managers as to the change in the panther population size.



Figure 6.7.  Annual estimates of the subadult and adult (≥1 year old) Florida panther population size using the breeding range from 2000–2012. Estimates were calculated via a population abundance model that utilized panther motor-vehicle mortality data within a mark-resight modeling framework. Total counts for the minimum number assumed alive (MNA) based on physical evidence (McBride et al. 2008) are included for comparative purposes.  Data presented were extracted from McClintock et al. (2015).



Figure 6.8. Reassessment annual estimates of the subadult and adult (≥1 year old) Florida panther population size using the breeding range from 2000–2018. Estimates were calculated via a population abundance model that utilized panther motor-vehicle mortality data within a mark-resight modeling framework. Total counts for the minimum number assumed alive (MNA) based on physical evidence (McBride et al. 2008) are included for comparative purposes. Collection of MNA data ceased in 2015. Figure reprinted from Onorato and McClintock (unpublished data).

### 6.1.5    Florida Panther Population Density

Maehr et al. (1991) provided the earliest estimate of panther population density at 0.91/100 km$^2$ at a time when the number of panthers was thought to be 30–50 animals.  This estimate was based on counting marked (radiocollared) and unmarked panthers in a given area.  This technique has been described as the "gold standard" for estimating puma density even though it lacks a measure of variance and is in fact, nothing more than a simple count (Cougar Management Working Group 2005).  Twenty years later, and following genetic restoration, new techniques have been developed that utilize a CMR framework on data collected from camera trap grids.  These spatial mark-resight (SMR) models account for detection probabilities and effort, and provide measures of uncertainty associated with estimates. Sollmann et al. (2013) used an SMR model to estimate panther density in the Picayune Strand Restoration Project area at 1.5/100 km$^2$.  Similar SMR models were later applied to data generated from camera trap grids on three 225-km$^2$ study areas that included public and private land in South Florida Dorazio and Onorato 2018, Onorato et al. 2020).  Panther density in the Addition Lands of Big Cypress National Preserve (BCNP) was estimated at 1.37/100 km$^2$ in 2014.  Panther density in a study area that included FPNWR and adjoining areas of Picayune Strand State Forest (PSSF) and Fakahatchee Strand Preserve State Park (FSPSP) was estimated 4.03/100 km$^2$ in 2014.  Panther density in the Immokalee Ranch (IMR) study area was estimated at 3.90/100 km$^2$ over a 14-month study period in 2017–2018. IMR encompassed privately-owned land in Collier and Hendry counties that included a mosaic of native cover and active agricultural land uses (e.g, improved and semi-improved pastures for cow-calf operation and a variety of row crops).  These results suggest that the increasing size of the panther population post-introgression has resulted in higher densities in the range of 1.37–4.03/100 km$^2$ in occupied habitats on public and private lands in South Florida.  However, densities in other areas within the range of panthers have not been studied.

Estimates of Florida panther densities are within the range of reported densities from other geographical areas within the range of pumas (Sollmann et al. 2013).  Generally, lowest puma densities of <1/100 km$^2$ are found in the northern part of the species range, whereas higher densities of just over 1 to almost 7 individuals per 100 km$^2$ are found in Central and South America (Sollmann et al. 2013). Most estimates of puma density in western North America have been in the range of 0.3 to 3.6 individuals per 100 km$^2$ (Pierce and Bleich 2003, Quigley and Hornocker 2010).  However, recent studies employing new methodologies have reported puma densities in the range of 3.7 to 6.7 individuals per 100 km$^2$ in areas of northeast Oregon and the Rocky Mountains in western Montana, and estimates as high as 7.1 and 7.3/100 km$^2$ have been reported for Vancouver Island and Texas, respectively (Pierce and Bleich 2003, Quigley and Hornocker 2010, Russell et al. 2012, Davidson et al. 2014).  Comparing puma densities across different studies is complicated by the lack of a common format that makes cross-project comparisons valid (Quigley and Hornocker 2010).  The main reasons for this involve the methodology for calculating densities, the extensive areas used by such a large and long-lived mammal, and the secretive nature of pumas (Choate et al. 2006).  Issues are exacerbated by their low density and the difficulty of consistently tracking all individuals in a population (Quigley and Hornocker 2010).

## 6.2    GENETIC STATUS OF THE FLORIDA PANTHER

Genetics has been an integral part of Florida panther conservation since research commenced in 1981. These initial studies clearly revealed the panther population was in dire straits.  The few panthers that persisted in the 1980s and early 1990s exhibited some of the lowest levels of genetic variation that had

been recorded for wild felids, certainly in comparison to other populations of pumas in western North America (Driscoll et al. 2002). Populations of animals — especially those that persist at low densities such as large carnivores — that are small and isolated from conspecifics invariably begin to be affected by a variety of factors such as altered sex ratios, reproductive declines, and outbreaks of disease. The prevalence of these issues in small populations can often be associated with inbreeding depression, which can result in the expression of deleterious alleles that can contribute to a variety developmental, reproductive and epidemiological problems (Roelke et al. 1993*a*, Roelke et al. 1993*b*). The documentation of many of these factors in Florida panthers during that time period supported the notion that inbreeding depression was having a major impact on the population.

Several physiological and morphological correlates of inbreeding were noted in early research on the panther population (Onorato et al. 2010). The more infamous traits included the mid-dorsal pelage whorls (cowlicks) and kinked tails that were documented at high frequencies in panthers. The impact of these morphological attributes on the fitness of panthers is most likely trivial, yet they may be harbingers of low levels of genetic variation in the population. Inbreeding correlates that certainly could have a direct impact on the evolutionary potential of panthers included cryptorchidism, poor sperm quality and quantity, atrial septal defects, and compromised immune systems. Cryptorchidism, the failure of one or both testes to descend into the scrotum, results in reduced fertility and has been associated with inbreeding in panthers (O'Brien et al. 1990, Barone et al. 1994, Mansfield and Land 2002). Whereas sperm quality in wild felids is notoriously poor, research revealed that panthers had poorer sperm quality than a variety of other wild felids, including pumas from western populations (Roelke et al. 1993*b*, Barone et al. 1994). The presence of atrial septal defects, which results when the openings between the two atrial chambers of the heart fail to close normally at birth, can lead to a variety of issues related to an impaired circulatory system, including heart failure. Whereas small atrial septal defects (<5 mm diameter) may have a minimal impact on the health of an individual, larger defects (25 mm) have been linked to the death of several panthers (Cunningham et al. 1999). Finally, inbreeding depression in panthers likely resulted in the increased susceptibility of panthers to a suite of infectious diseases due to compromised immune systems. The seroprevalance of infectious disease agents in panthers, such as feline panleukopenia, feline calicivirus, feline immunodeficiency virus, and toxoplasmosis were all noted in wild panthers into the mid-1990s. These certainly all had the potential to impact the long-term persistence of the Florida panther (Roelke et al. 1993*a*).

It was this confluence of information regarding the exceedingly small population size, poor genetic health, and correlates of inbreeding depression that was the impetus for discussions on what management options might hold the most promise to avert the extinction of the Florida panther. A captive breeding program was initially proposed as a means of improving prospects for the panther population. Captive breeding was the preferred option of some experts involved with panther research because it would prevent the need to introduce pumas from western populations into South Florida and thereby would compromise prevent the loss of local adaptations that may have evolved in the panther population over millennia (i.e., outbreeding depression, but see ensuing discussion below). An environmental assessment was approved by the USFWS in 1991 that permitted the removal of wild panthers into captivity to commence a captive breeding program (Jordan 1991). By 1992, ten panther kittens had been removed from the wild. Concurrently, a workshop convened a diverse group of researchers to outline a roadmap to improve the genetic health of the panther population in a more expeditious manner (Conservation Breeding Specialist Group 1994). While attendees reviewed multiple

options, including no action at all, they eventually settled on the idea of implementing a genetic introgression project via the release of eight female pumas from Texas (*Puma concolor stanleyana*) into South Florida.  The goal was to diversify the genetic composition of panthers with Texas genes to a level where 20 percent of the average genotype of panthers was of Texas origin.  Thereafter, any remaining Texas pumas would be removed from the population.

There were invariably some concerns raised regarding the prospects for introducing pumas from a western population into the panther population.  One concern, as previously noted, had to do with the plausible impact of outbreeding depression in a small population (Maehr and Caddick 1995).  Outbreeding depression is theorized to occur when local adaptations in a population are lost as a result of overrepresentation of genes from the introduced population (Moritz 1999).  This could have ramifications on the persistence of the population if those local adaptations were imperative for survival in the ecosystem in which they have evolved.  While plausible, documented instances of outbreeding depression in wild animals is rare (Whiteley et al. 2015).  An additional concern with implementing genetic introgression was that admixing genetics from pumas that were not the same subspecies might jeopardize the legal protections afforded panthers under the ESA.  This concern was eventually alleviated via a 1994 memo sent by Director Mollie Beattie of the USFWS in which she indicated that intercrossing between subspecies was authorized as long as progeny "…most closely resemble the species as listed" (USFWS 1994b).  Hence, progeny of genetic introgression, hereafter known as admixed panthers, were delineated as continuing to receive full protection under the ESA.  This provided the necessary support for agency staff to officially move forward with a plan for genetic restoration (Conservation Breeding Specialist Group 1994).  This memo, along with the need for a fast-acting management initiative, effectively ended the captive breeding program in 1992 and opened the door for implementation of a genetic introgression program.

A final environmental assessment was approved by the USFWS (USFWS 1994a) that allowed the project to commence.  Eight female Texas pumas were captured by Roy T. McBride (Livestock Protection Company, Alpine, Texas) in West Texas.  These pumas were quarantined and underwent a health assessment prior to being introduced into South Florida.  Releases subsequently occurred at five locations from March to July of 1995.  Most of the Texas females successfully established home ranges within months of release and the first den was documented in September of 1995.  A minimum of 20 F1 kittens were produced by the Texas pumas and many of these kittens were subsequently documented to have reproduced successfully.  By 2003, the remaining three Texas females that persisted in the wild were removed to permanent captivity (Onorato et al. 2010).

An analysis of the results of the genetic introgression project was published in 2010 (Johnson et al. 2010).  This research provided unambiguous support for the beneficial impacts afforded to the panther population from the temporary release of the Texas pumas.  There were significant improvements in admixed panthers for most all of the aforementioned correlates of inbreeding including: the reduction of kinks, cowlicks, and cryptorchidism; and increases in average heterozygosity and percent normal sperm.  Concurrently, the panther population increased from a minimum of 20–30 panthers in the early 1990s to the 120–230 panthers thought to exist in 2015 (FWC and USFWS 2017).  Whereas genetic introgression was likely not the sole impetus for the increase in the population size (i.e., wildlife underpasses, land preservation efforts) it most certainly played a major role.

Recently, the FWC has reviewed data collected on varied correlates of inbreeding and genetic variation on >900 panthers sampled through 2016. These analyses lead to the conclusion that currently, the panther population continues to reap the benefits of genetic introgression more than 20 years after the project was initiated (FWC unpublished data). Kinks, cowlicks and the number of cryptorchid males continues to decrease in the most recent cohort of panthers (born 2006–2016), while heterozygosity and sperm quality have improved. Nevertheless, long-term genetic monitoring of the panther population is warranted as it is predicted that the population will once again begin to be impacted by a loss of genetic variation due to a variety of factors, including genetic drift. Without periodic natural migration of pumas into Florida that would promote gene flow with another extant population of pumas, there is the inevitability that a genetic introgression management initiative will have to be repeated in the future.

## 6.3    HABITAT SUITABILITY ANALYSIS

- Conservation planning for panthers involves mapping suitable habitats, identifying source and sink populations, managing populations for low mortality and minimizing conflict with humans, and identifying and protecting landscape linkages to connect populations.
- Florida panthers require large landscapes to survive and minimum areas needed to support viable populations of panthers and pumas have been estimated at 1000–8100 $km^2$.
- The occupied habitat of South Florida, which covers an area of 9094 $km^2$, supports a panther population that is demographically viable, but periodic introduction of new genetic material will likely be needed to maintain long-term persistence of the population.
- A statewide habitat model was created to identify unique patches of panther habitat that matched or exceeded characteristics of occupied habitat in South Florida.
- Areas of North Florida most likely to support viable populations of panthers that would function as source populations in the future include the Big Bend region and Apalachicola National Forest.
- Another 15 patches of suitable habitat >217 $km^2$ in size (mean home range of female panthers) distributed around Florida may have the potential to support small subpopulations of panthers and act as stepping stones for panther dispersal if connectivity to source populations can be maintained.
- Many potentially suitable panther habitat patches in Florida are fragmented by exurban, rural, and agricultural development and by busy highways that may limit their capacity to accommodate panthers in the future.

In this section, we assess the quality, quantity, and connectivity of habitat available to panthers in Florida. These variables all have the potential to impact the resilience of the panther population. The panther population of South Florida is viable for the next 100 years if current conditions persist. Herein, we have used the characteristics of occupied habitat to identify other areas of Florida with similar features that may be capable of supporting panther populations in the future. We also address the importance of landscape linkages that are needed to maintain connections among subpopulations and potential constraints on expansion of the panther population outside of South Florida.

### 6.3.1    Conservation Planning for Pumas and Panthers

A recurring point of interest among conservation biologists is the identification of the locations and sizes of reserves needed to support viable populations of rare or imperiled species (Scott et al. 1993, Noss and Cooperrider 1994, Groves 2003).  The Cougar Management Guidelines Working Group (2005) developed recommendations for identifying areas to be conserved and managed for pumas.  Those recommendations, which can be applied to conservation planning for the panther, are as follows:

1. Map puma habitat in an accessible, modifiable format.
2. Identify and map subpopulations as a network of sources and sinks.
3. Manage areas designated as sources for low mortality and minimal human conflict.
4. Assess and map the status of, and threats to, each subpopulation.
5. Identify linkages using GPS collars, surveys for sign, or GIS analyses.
6. Assess the quality of each linkage.
7. Conserve and restore linkages.
8. Provide incentives to landowners to protect habitat.

Puma metapopulations may be described as a network of source and sink populations (Cougar Management Working Group 2005, Quigley and Hornocker 2010).  Source populations are those where productivity exceeds mortality (i.e., mean growth rate is positive); they sustain themselves and supply surplus individuals to other populations.  Sink populations are those where mortality exceeds productivity (i.e., mean growth rate is negative); they are not self-sustaining and rely on immigration for persistence.  The Cougar Management Guidelines Working Group (2005) considers designation of a population as a source or a sink as a matter of setting a management objective rather than selecting a label for a population based on a population's growth rate.  Metapopulation theory promotes larger regional management, emphasizes the importance of "non-traditional" habitats such as linkages, and acknowledges that subpopulation status is expected to vary independently between source and sink. Areas designated as sources should be managed for low mortality and human conflict as these are the areas that contribute to population resilience by producing dispersing subadult pumas to augment, both numerically and genetically, more heavily exploited sink areas (Logan and Sweanor 2001).

The dispersal capabilities of pumas make them good candidates for persistence, even in highly fragmented, widely separated subpopulations (Quigley and Hornocker 2010).  Genetic analysis of puma populations in the Black Hills region of South Dakota and the Badlands region of North Dakota indicated that both populations were recolonized from a few individuals originating from multiple puma populations in Montana, Wyoming, and Colorado and that the Dakota populations showed no deleterious genetic effects from the few founding individuals  (Jenks 2018).  One to four immigrants into a small population each decade greatly increased the probability of persistence of a small puma population in southern California based on a 100-year model of population viability (Beier 1993).  A single male migrant into a small isolated inbred puma population in the Santa Ana Mountains of southern California sired 11 offspring, which resulted in enhanced genetics in the inbred population and demonstrated the benefits of landscape connectivity (Gustafson et al. 2017).  Thus, linkages that allow for panther movements become crucial components of landscapes fragmented by human development or characterized naturally by an abundance of zones that are marginal or uninhabitable for pumas.

### 6.3.2    Area Metrics for Source and Sink Populations

Source areas for puma conservation are typically very large due to the large home range sizes of individuals, the low densities of puma populations, and the population size needed to ensure positive growth rates.  Published data on the smallest areas occupied by viable puma populations or recommendations for minimum reserve sizes needed for western pumas and Florida panthers that may be considered as the area needed to support source populations are as follows:

- 1000–2200 km$^2$ – California (Beier 1993)
- 2625 km$^2$ – South Dakota (LaRue and Nielsen 2011)
- 2590 km$^2$ – Florida (Belden and Hagedorn 1993)
- 3000 km$^2$ – New Mexico (Logan et al. 1996, Logan and Sweanor 2001, Logan et al. 2004)
- 8100 km$^2$ – Florida (Kautz and Cox 2001)

Sink areas may be as small as the area needed to support at least one female home range, but by definition, sink areas must be connected to other areas of occupied habitat to function as a component of a metapopulation.  LaRue and Nielsen (2016) considered the smallest documented female post-parturition home range of 64 km$^2$ as the minimum habitat patch size needed for pumas in the Midwest. However, Beier (1993) noted that pumas were extirpated from a patch of 75 km$^2$ after it was surrounded by development and isolated from immigration by other pumas in southern California. Taking a more conservative approach, we used the mean female panther home range size of 217 km$^2$ to identify smaller habitat patches in Florida that may be capable of supporting sink populations consisting of at least one female if landscape connectivity can be maintained.  Sink population areas are important for maintaining the resiliency of the metapopulation.

### 6.3.3    Application of Conservation Planning Guidelines to the Florida Panther

Results from the two most recent PVA models provide concrete evidence that the panther population in South Florida is viable for the next 100 years if current conditions persist and genetic introgression is repeated with 5-10 panthers every 20–40 (Hostetler et al. 2013, van de Kerk et al. 2019).  Several landscape features contribute to that viability.  First, the South Florida population occupies a large, contiguous block of high-quality habitat (i.e., core habitat).  Second, contiguous with the high-quality core habitat is a large block of suitable habitat comprised of lower quality habitat that supports the core habitat (i.e., supporting habitat).  The larger block of supporting habitat also includes smaller patches of high-quality habitat that are connected by lower quality habitats such that panthers inhabiting the smaller patches are part of and contribute to the viability of the total population.  OSSF and the Greater Corkscrew Region (Corkscrew Regional Ecosystem Watershed and Audubon's Corkscrew Swamp Sanctuary) are examples of occupied high-quality habitats surrounded by lower quality habitats but connected to the high-quality occupied habitats of the Big Cypress region.  Third, from a conservation planning standpoint, the smaller blocks of habitat should be large enough for a female to establish a home range.

We used these concepts and the recommendations of the Cougar Management Guidelines Working Group (2005) as the foundations for identifying other areas of Florida that may have the potential to support viable populations of panthers in the future.  We assume that areas that can support viable populations or subpopulations must contain a core area of high-quality habitat comparable in size to the

area that now supports a viable population in South Florida. We also assume that core habitats should be contiguous with large blocks of supporting habitat comprised of lower quality habitats than the core area, but still considered suitable habitat. Supporting habitats also provide landscape linkages between high-quality core habitats. We also assume that patches $\geq$217 km$^2$ may be capable of supporting at least one female panther and thus play a role in panther conservation if the quality of habitats is suitable and the patches are connected to other patches that support panthers.

### 6.3.4    Panther Habitat Suitability Model for Florida

An earlier effort to map areas of South Florida important for panther habitat conservation resulted in three distinct regions of panther habitat (Kautz et al. 2006): Primary Zone (9189 km$^2$), Secondary Zone (3286 km$^2$), and Dispersal Zone (113 km$^2$) (Figure 6.10). The Primary Zone was defined as lands essential to the long-term viability and survival of the Florida panther. Approximately 78 percent of the Primary Zone is in public ownership, 17 percent is in private ownership, and 5 percent is in tribal ownership. The Secondary Zone, generally considered to be areas of less suitable habitat only occasionally occupied by panthers, was defined as "natural and disturbed lands in south Florida that may be important to transient sub-adult male panthers and have the potential to support an expanding panther population, especially if habitat restoration were possible" (Kautz et al. 2006:123). The Dispersal Zone was defined as a small wildlife corridor east of LaBelle, Florida, intended for protection to facilitate long-term movements of panthers out of South Florida and into potentially suitable habitats in Central Florida north of the Caloosahatchee River. Kautz et al. (2006) developed their spatially explicit habitat model based on adult and subadult panther (>2 years old; *n* = 79) radio telemetry records collected from 1981–2001 and concluded that the habitat zones had the capacity to support approximately 80–94 adult and subadult panthers, a population size determined by the authors to have a high probability of persistence for 100 years. The habitat zones delineated by Kautz et al. (2006) and their assessment that these zones had the capacity to support a viable population of 80–94 panthers formed the basis for the current USFWS regulatory framework used to assess impacts to panther habitat. However, the best available information now suggests that Kautz et al. (2006) underestimated the capacity of these areas to support panthers, because the density estimate they used (0.91/100 km$^2$; Maehr et al. 1991) is much lower than the range of densities reported today (1.37 to 4.03/100 km$^2$; Sollmann et al. 2013, Dorazio and Onorato 2018, Onorato et al. 2020; see Section 6.1.4).

Frakes et al. (2015) developed an updated landscape-scale habitat model designed to predict the current distribution of panther habitat and intended to be used as a tool to evaluate the impacts of development projects, prioritizing areas for panther conservation, identifying areas for possible panther reintroductions, and evaluating the potential impacts of sea-level rise and changes in hydrology on panther habitat. Frakes et al. (2015) used a random forest modeling technique to identify areas of suitable panther habitat in South Florida based on a probability of presence design using radio-telemetry data collected from 2004 through 2013 on breeding-aged (≥3 years old) panthers (Figure 6.11). These areas of suitable habitat (probability of panther presence >0.338) cover 5579 km$^2$ (1.38 million acres), approximately 73 percent of which is in public ownership, 23 percent is in private ownership, and 4 percent is in tribal ownership. The most important factors determining the presence or absence of breeding-aged panthers in the study area were: 1) amount of forest cover; 2) human population density; 3) amount of forest edge; and 4) average water level. These results were consistent with findings of other studies: panthers prefer forest cover (Kautz et al. 2006, Land et al. 2008, Onorato et al. 2011); white-tailed deer, the primary prey of panthers, prefer edges (Miller et al. 2003, Giuliano et al.

2009); and pumas elsewhere in the range avoided intensively developed urban or suburban areas, showed a negative response to exurban development, and responded neutrally to rural development (Burdett et al. 2010). Frakes et al. (2015) identified areas of suitable habitat largely coincident with the previously mapped panther Primary Zone (Kautz et al. 2006) with a few notable exceptions that are no longer considered to be areas of quality habitat: the Water Conservation Areas included along the east side of the Primary Zone, Shark River Slough in the Everglades, and a narrow finger of habitat extending east from the Primary Zone along an existing levee.

Frakes et al. (2015) described the areas mapped by their model, hereafter labeled the South Florida Random Forest Panther (RFP) model, as representing the remaining adult breeding habitat for the Florida panther south of the Caloosahatchee River. The South Florida RFP model (Frakes et al. 2015) is the most current landscape-level model designed to predict the distribution of suitable panther habitat, and it currently represents the best available data. However, there are several shortcomings that could be addressed in future iterations of the model.

First, the South Florida RFP model (Frakes et al. 2015) employed grid cells of 1 km$^2$, a very large grid cell size relative to the resolution of many readily available GIS data layers in Florida. The use of grid cells this large could have the effect of over- or under-estimating the total area of panther habitat in south Florida due to the low resolution of the data. The justifications given for using 1-km$^2$ grid cells were to account for VHF-telemetry error of 120–230 m and because of an interest in modeling at a landscape scale. A grid cell size of 250 m (0.06 km$^2$) would have overcome the spatial error of the telemetry data and would have allowed for a resolution 16 times smaller than the resolution used in the study. By comparison, the land use/land cover database used in the model has minimum mapping units of 142 m (2 ha) for uplands and 90 m (0.8 ha) for wetlands. The most current statewide land use/land cover data available from FWC have a 10 m (0.01 ha) grid cell size (FWC 2018b). Additionally, multiple landscape-scale conservation planning efforts in Florida, such as the Florida Forever Conservation Needs Assessment (Florida Natural Areas Inventory 2018), Critical Lands Identification Project (Oetting et al. 2016), and Florida Ecological Greenways Network (Oetting et al. 2016), typically produce statewide databases with a resolutions of 10–30 m grid cells. Thus, accomplishment of landscape-scale habitat modeling for panthers should be achievable at a finer resolution than that used for the South Florida RFP model (Frakes et al. 2015).

Second, Frakes et al. (2015) based their model on a probability of presence design using an extensive panther telemetry dataset overlain on a grid with 1-km$^2$ cell sizes to inform panther presence. Grid cells lacking telemetry locations were assumed to represent true absences. The authors considered their panther dataset to be valid and concluded that it was highly unlikely that an area would have been used by an adult panther without being detected via telemetry locations. However, these data were limited to an existing VHF radio-telemetry dataset with an inherent sampling bias based on the location of panther capture effort and individual panthers targeted for specific sampling objectives during their period of study. Additionally, telemetry records were usually collected on 2–3-day intervals, a period sufficiently long that highly mobile animals could move into and out of a grid cell without being detected as present. Therefore, there was a reasonable likelihood that some locations assumed to be absences were instead "pseudo-absences." For example, occurrence records of adult breeding-aged panthers, including den locations and adult females with dependent-aged kittens, have been confirmed in areas outside of the areas mapped by the South Florida RFP model (Figure 6.5 and Figure 6.12) as areas

predicted to have a high probability of presence.  Thus, the model appears to have under-represented the value of habitats used by panthers in some areas.

Third, Frakes et al. (2015) did not consider agricultural lands (i.e., croplands, sugar cane fields, citrus groves, ornamentals) to be edge-forming, even when these agricultural lands were adjacent to forested habitats.  Forest edge was used as a measure of prey availability, and the model identified forest edge as one of the most important factors determining panther presence.  The use of agricultural lands by breeding-aged panthers is supported by habitat use studies (Land et al. 2008, Onorato et al. 2011) and verified occurrence records (FWC unpublished data; Figure 6.9), and these lands contribute to the functionality of panther habitat, especially when juxtaposed within a mosaic of natural forest cover types.  Conversely, the edges of forest cover adjacent to open water were considered to be an acceptable indicator of prey availability even though neither panthers nor their prey are likely to occur in open waters adjacent to forest cover.

Lastly, although Frakes et al. (2015) stated that they calculated the total length of forest edge within each grid cell, they did not provide a description of the methodology used to calculate edge length.  Without this information, future researchers may not be able to reproduce the results of the model.



Figure 6.9.   Breeding pair of panthers photographed in a Citrus Grove in South Florida illustrates some of the limitations of predictive models discussed in Section 6.3.4.  Photo courtesy of Donna L. McMurrer.



Figure 6.10.  Primary, Secondary, and Dispersal Zones of South Florida as delineated by Kautz et al. (2006).



Figure 6.11. Florida panther habitat in South Florida as determined by the South Florida Random Forest Model (Frakes et al. 2015).



Figure 6.12. Florida panther occurrence records from 1972–2018, including dens and adult female telemetry records since 2004, in relation to panther habitat mapped by the South Florida Random Forest Panther Model (Frakes et al. 2015).

### 6.3.5    Panther Habitat Suitability Model for Florida (Statewide)

USFWS biologists (R. A. Frakes and M. L. Knight, South Florida Ecological Services Field Office, Vero Beach) developed a statewide model of potentially suitable panther habitats in Florida with a spatial resolution of 1 km$^2$ (Figure 6.13; hereafter labeled the Statewide RFP model [USFWS unpublished data]). This model satisfies the first recommendation of the Cougar Management Guidelines Working Group (2005) to map puma habitats.  The methods used for the Statewide RFP model were similar to the South Florida RFP model (Frakes et al. 2015) used to identify suitable habitat in South Florida, but some of the variables were modified such that the Statewide RFP model was less specific to South Florida, an area with a higher predominance of wetland habitats.  Potential shortcomings of the model are similar to those described for the South Florida RFP model (Frakes et al. 2015) in Section 6.3.4.  The RFP models identified many of the same areas that were first identified by Thatcher et al. (2006), whose analyses covered the southeastern US and Thatcher et al. (2009) that was focused on potential panther habitat north of the Caloosahatchee River (Figure 6.14).

Output from the Statewide RFP model was the probability of presence (0–1) of breeding-aged panthers in each 1-km$^2$ grid cell.  The cutoff probability for panther presence was 0.315, which was the point at which model sensitivity and specificity were equal.  Thus, 1-km$^2$ grid cells with a probability of panther presence >0.315 indicate areas with the potential to support adult panthers.  For the South Florida RFP model, excellent panther habitat in South Florida had probabilities of panther presence of 0.85–0.95; medium quality habitat had probabilities of 0.45–0.55; and poor habitat had probabilities of 0.05–0.15 (Frakes et al. 2015).  Therefore, we considered all areas of Florida with a probability of presence >0.315 to comprise potentially suitable panther habitat, and areas with a probability of presence >0.550 to comprise high-quality habitats that are most suitable for panthers.  High-quality habitats are especially important for supporting reproduction given the increased energy demands for female panthers to successfully raise kittens to independence (Logan and Sweanor 2010).

Translocation studies conducted by FWC in 1988–1989 and 1993–1995 (Belden and Hagedorn 1993, Belden and McCown 1996) to assess the suitability of North Florida habitats to support panther reintroduction appear to confirm the validity of the Statewide RFP model.  Telemetry data for the Texas pumas translocated into North Florida showed that these pumas used the high-quality panther habitats identified by the Statewide RFP model (Figure 6.15).  Although some of the Texas pumas from the two studies moved into parts of Georgia, habitat models derived from the same methods used for the Statewide RFP model (USFWS unpublished data) are not available for other states to compare habitat use by Texas pumas in Georgia.

### 6.3.6    Panther Functional Zone for the USFWS's Regulatory Framework

The USFWS recognized that their current regulatory framework (see Section 6.5.2. for a detailed discussion about the current framework) needed to be updated by incorporating information from the South Florida RFP model.  A draft framework was available at the time this SSA was completed and it addresses some of the short comings of the South Florida RFP model.  As stated above, the South Florida RFP model (Frakes et al. 2015) does not detect some areas where panther use, and reproduction have been documented in southwest Florida.  The USFWS and FWC utilized extensive panther occurrence data in southwest Florida, including telemetry data, road kill locations, depredation locations, and confirmed sightings in conjunction with the RFP modeling to delineate the Functional Zone:

<u>Functional Zone</u>:  This is the only area known to support a viable population of panthers based on the results of recent habitat and PVA modeling (USFWS unpublished data, Hostetler et al. 2013, Frakes et al. 2015, van de Kerk et al. 2019).  The Functional Zone is the combined area of Zones A and B (Figure 6.16) as mapped by USFWS and FWC biologists.  These zones comprise areas of suitable habitat identified by the South Florida RFP model (Frakes et al. 2015) and additional areas of habitat known to support panthers based on existing occurrence data.  Zone A covers 6103 km$^2$ and is largely coincident with the areas of suitable habitat identified by the South Florida RFP model (Frakes et al. 2015) with a probability presence ≥0.30 and an average probability of presence value of 0.667.  Approximately 4357 km$^2$ (71 percent) of Zone A is within existing conservation lands.  Zone B, which covers 2991 km$^2$, is comprised of generally lower quality habitat that nevertheless provides connectivity among habitats in Zone A, is used by dispersing panthers, and occasionally supports breeding females.  Zone B consists of panther habitat with a probability of presence ranging from 0.1 to 0.29 and an average probability of presence value of 0.158.  Approximately 1339 km$^2$ (45 percent) of Zone B is within existing conservation lands.  The combined area of Zones A and B is 9094 km$^2$, which is larger than the minimum areas recommended for puma and panther conservation, which range 1000–8100 km$^2$ (Beier 1993, Belden and Hagedorn 1993, Logan et al. 1996, Logan and Sweanor 2001, Kautz and Cox 2001, Logan et al. 2004, LaRue and Nielsen 2011).  Approximately 5696 km$^2$ (63 percent) of the Functional Zone is protected by existing conservation lands.



Figure 6.13.  Areas of Florida that could potentially support the presence of Florida panthers based on the Statewide Random Forest Panther model (USFWS unpublished data).



Figure 6.14. Contiguous areas of Florida panther habitat identified as potential reintroduction sites (Thatcher et al. 2006) and areas that would support expansion of the panther population in Central Florida (Thatcher et al. 2009).



Figure 6.15.  Translocated Texas puma use of areas of North Florida with *P* >0.315 that could potentially support the presence of Florida panthers based on the Statewide Random Forest Panther model (USFWS unpublished data).



Figure 6.16. The Functional Zone comprises areas of panther habitat known to support a viable reproducing population of panthers. Zone A is largely coincident with the areas of suitable habitat identified by the South Florida Random Forest Panther model (Frakes et al. 2015). Zone B is comprised of generally lower quality habitat that nevertheless provides connectivity among habitats in Zone A, is used by dispersing panthers, and occasionally supports breeding females.

**6.3.7    Identification of Unique Panther Habitat Patches in Florida**

The same process used to delineate the Functional zone would not be applicable statewide because the habitat model used was restricted to South Florida and the lack of panthers statewide means there are little to no occurrence data to further refine the model output.  The Statewide RFP model (USFWS unpublished data) predicts that any areas of Florida that have a probability of presence >0.315 have the potential to support panthers.  However, patch size is a factor in likelihood of occupancy.  Therefore, to address the second recommendation of the Cougar Management Guidelines Working Group (2005) to map potential subpopulations as sources and sinks, we used the Spatial Analyst extension of ArcGIS Desktop 10.5.1 (ESRI, Inc. 2017) and the Statewide RFP model to identify and calculate the sizes of unique patches of suitable panther habitat in Florida.  Areas of Florida with a probability of panther presence >0.315 were converted to a 1-km$^2$ grid, and the Spatial Analyst Region Group tool was used to group cells into regions using an eight-cell neighborhood around each cell to define a region.  Thus, cells that were defined as suitable habitat and connected to the left or right, top or bottom, or diagonally to other suitable habitat cells were included in a region whereas cells >1 km away from a cell were grouped into a different region, which could be as small as one cell.  The same method was used to identify and calculate the sizes of unique patches of the higher-quality, most suitable habitats based on a probability of presence >0.550.

The Region Group method identified 1473 and 1459 unique patches of habitat for areas with probability of panther presence >0.315 and >0.550, respectively, but the vast majority of patches in both cases were 1 km$^2$, which was the grid resolution of the habitat map produced by the Statewide RFP model.  We used the mean female panther home range size of 217 km$^2$ as the minimum habitat patch size that may be capable of supporting at least one female panther.  The Region Group analysis for the probability of panther presence >0.315 data layer produced 15 unique patches of suitable habitat >217 km$^2$ in size, hereafter labeled as **Supporting Habitat Regions** (Figure 6.17).  The largest Supporting Habitat Region covered 36,852 km$^2$ and extended over a very large region of North Florida, suggesting that connectivity remains in that part of the state even though connections may be only 1-km$^2$ wide.  The Region Group analysis for the most suitable, high-quality habitat (i.e., probability of presence >0.550) data layer produced 20 unique patches that were >217 km$^2$ in size, hereafter labeled as **Core Habitat Regions**.  The largest Core Habitat Region covered 7004 km$^2$ in the Big Bend region (Figure 6.18).

To identify which of the statewide Supporting and Core Habitat Regions that could be capable of supporting source or sink panther populations, we first characterized the Supporting and Core Habitat Regions known to support the current panther population in southwest Florida:

- Southwest Florida Supporting Habitat Regions:  The Region Group analysis identified two Supporting Habitat Regions in South Florida.  The largest Supporting Habitat Region in South Florida covers 5058 km$^2$ (Area 2, Figure 6.17) and is hereafter labeled the Southwest Florida Supporting Habitat Region.  Most panthers occur within this supporting region.  A smaller patch of occupied habitat in ENP (Area 15, Figure 6.17), hereafter labeled the Long Pine Key Supporting Habitat Region, covers 236 km$^2$.  The Southwest Florida Supporting Habitat Region is somewhat smaller in size than the 5579 km$^2$ of suitable habitat identified by the South Florida RFP model (Frakes et al. 2015) primarily because the Region Group analysis excluded isolated patches of suitable habitat <217 km$^2$ and separated the Long Pine Key Supporting Habitat Region from the larger occupied patch in southwest Florida.  The combined areas of these

Supporting Habitat Regions are also smaller than the Functional Zone (9094 km$^2$) but recall that the Functional Zone utilized existing panther occurrence data to assist in delineating areas known to support panthers but that were not identified as suitable habitat by the predictive South Florida RFP model (Frakes et al. 2015).  Also, the Functional Zone purposefully includes all grid cells that fall within a perimeter boundary regardless of their respective *p*-values.  Approximately 3736 km$^2$ (74 percent) of the Southwest Florida Supporting Habitat Region and approximately 234 km$^2$ (99 percent) of the Long Pine Key Supporting Habitat Region are protected by existing conservation lands.

- Southwest Florida Core Habitat Regions:  The Region Group analysis identified two Core Habitat Regions in South Florida, both within the Southwest Florida Supporting Habitat Region.  The largest Core Habitat Region in South Florida covers 3219 km$^2$ (Area 3, Figure 6.18) and is hereafter labeled the Big Cypress Core Habitat Region.  A smaller patch of high-quality habitat, hereafter labeled the Okaloacoochee Slough Core Habitat Region, covers 217 km$^2$ (Area 20, Figure 6.18) but is not contiguous with the Big Cypress Core Habitat Region.



Figure 6.17. Patches of Florida panther habitat >217 km² based on region groupings of potentially suitable habitats with probabilities of presence >0.315 identified by the Statewide Random Forest Panther model (USFWS unpublished data).



Figure 6.18.  Patches of Florida panther habitat >217 km² based on region groupings of potentially suitable habitats with probabilities of panther presence >0.550 identified by the Statewide Random Forest Panther model (USFWS unpublished data).

Given that the current panther population is deemed viable (see section 7.1), we posit that a Supporting Habitat Region of at least 5058 km$^2$ that also includes a Core Habitat Region of at least 3219 km$^2$ is needed to support a viable population elsewhere.  We used these metrics for the Supporting and Core Habitat Regions in South Florida as a screening tool or template to identify other areas in Florida that may be capable of supporting viable panther populations and that could function as source populations (hereafter labeled as "Source Population Areas").  If a Core Habitat Region was >5058 km$^2$ (size of the Southwest Florida Supporting Habitat Region), then that area was deemed capable of supporting a viable population.  If a Core Habitat Region was >3219 km$^2$ AND the Supporting Habitat Region that contains the Core Habitat Region was at least 5058 km$^2$ in size (size of the Southwest Florida Supporting Habitat Region), then that area was also deemed capable of supporting a viable population (Figure 6.19). These size thresholds for Source Population Areas were intended to identify areas with the highest likelihood of supporting a viable population, not to serve as a hard metric for determining whether a population can be considered viable (i.e. areas smaller in size may be capable of supporting a viable population).  Core and Supporting Habitat Regions that do not meet the above Source Population Area size criteria can still support panthers, but many of the smaller patches would most likely function as population sinks and are hereafter labeled as "Sink Population Areas."  However, we posit that all habitat patches ≥217 km$^2$ have the potential to support panthers and are important for maintaining the resiliency of the larger Source Population Areas; therefore, all Supporting and Core Habitat Regions are considered "Conservation Focus Areas."



Figure 6.19.  Flow chart of the steps involved in identifying potential source and sink habitat blocks in Florida based on the characteristics of South Florida panther habitats.

Ultimately, panthers will determine where panther habitat occurs, not computer models.  Rule-based or expert-based habitat models must be interpreted with caution given their underlying assumptions. Extrapolating results from these predictive models to different parts of a species' range where field data may be scarce, especially for habitat generalists such as *Puma*, can lead to erroneous estimations on potentially suitable habitat (Fechter and Storch 2014).  We used the RFP modeling approach (USFWS unpublished data, Frakes et al. 2015) to help identify three areas (including the current population) with the potential to support viable panther populations (Table 6.1), but acknowledge that the South Florida RFP model (Frakes et al. 2015) does not detect some areas where panther use and reproduction has been documented in southwest Florida (Figure 6.12).  Therefore, we would not expect the Statewide RFP model to be fully predictive in identifying habitat suitability in areas north of the Caloosahatchee River with sparse occurrence data or in currently unoccupied parts of the state.  However, we assert that the South Florida and Statewide RFP models are useful for identifying where the best large blocks of potential habitat exist within the state.

Table 6.1.  Total areas (km$^2$) and locations of Supporting Habitat Regions (SHR) and Core Habitat Regions (CHR) that currently function or have the potential to function as source or sink population areas for Florida panthers.

| Conservation Focus Area[2] | | Area (km²) | Source or Sink[3] | Conservation Land (km²) | Percent | Map Location Figure No. | Area No. |
|---|---|---|---|---|---|---|---|
| Southwest Florida SHR | | 5058 | Source | 3735 | 74 | 6.17 | 2 |
| | Big Cypress CHR | 3219 | | 2645 | 82 | 6.18 | 3 |
| | Okaloacoochee Slough CHR | 217 | | 142 | 66 | 6.18 | 20 |
| North Florida SHR | | 36,852 | | 14,231 | 39 | 6.17 | 1 |
| | Big Bend CHR | 7004 | Source | 1655 | 24 | 6.18 | 1 |
| | Apalachicola CHR | 6297 | Source | 3353 | 53 | 6.18 | 2 |
| | Eglin Air Force Base CHR | 2725 | Sink | 1910 | 70 | 6.18 | 4 |
| | Osceola National Forest CHR | 2355 | Sink | 1050 | 45 | 6.18 | 5 |
| | Ocala National Forest CHR | 1307 | Sink | 1239 | 95 | 6.18 | 6 |
| | St. Johns River South CHR | 718 | Sink | 407 | 57 | 6.18 | 8 |
| | St. Johns River North CHR | 524 | Sink | 33 | 6 | 6.18 | 10 |
| | Camp Blanding CHR | 522 | Sink | 267 | 51 | 6.18 | 11 |
| | Farmton CHR | 419 | Sink | 67 | 16 | 6.18 | 14 |
| | North Nassau CHR | 317 | Sink | 10 | 3 | 6.18 | 17 |
| | Blackwater State Forest CHR | 287 | Sink | 243 | 85 | 6.18 | 19 |
| Osceola-Orange SHR | | 4292 | Sink | 1888 | 44 | 6.17 | 3 |
| | Bull Creek CHR | 500 | Sink | 241 | 48 | 6.18 | 12 |
| | Deseret Ranch CHR | 335 | Sink | 23 | 7 | 6.18 | 16 |
| | Avon Park-Osceola CHR | 309 | Sink | 290 | 94 | 6.18 | 18 |
| Babcock-Fisheating Creek SHR | | 1634 | Sink | 767 | 47 | 6.17 | 4 |
| Green Swamp SHR | | 1395 | Sink | 1001 | 72 | 6.17 | 5 |
| | Green Swamp CHR | 734 | Sink | 677 | 92 | 6.18 | 7 |
| Escambia SHR | | 818 | Sink | 135 | 17 | 6.17 | 6 |

[2] SHR and CHR were identified by applying the Region Group tool in the Spatial Analyst extension of ArcGIS Desktop 10.5.1 (ESRI, Redlands, CA) to the Statewide Random Forest Panther Model (USFWS unpublished data). Region Group combines contiguous grid cells of suitable panther habitat into discrete patches.  The total area and specific geographic locations of each habitat patch can then be determined.  The Region Group analysis was performed separately for all areas of potentially suitable habitat with $p$ >0.315 and all areas of medium-high- and high-quality habitats with $p$ > 0.55.

[3] If a CHR was >5058 km$^2$ (size of the Southwest Florida SHR), then that area was deemed capable of supporting a viable population.  If a CHR was >3219 km$^2$ AND the SHR that contains the CHR was at least 5058 km$^2$ in size (size of the Southwest Florida SHR), then that area was also deemed capable of supporting a viable population.  These size thresholds for Source Population Areas were intended to identify areas with the highest likelihood of supporting a viable population, not to serve as a hard metric for determining whether a population can be considered viable (i.e. areas smaller in size may be capable of supporting a viable population).  Core and Supporting Habitat Regions that do not meet the above Source Population Area size criteria can still support panthers, but many of the smaller patches would most likely function as population sinks.

| Conservation Focus Area[2] | | Area (km²) | Source or Sink[3] | Conservation Land | | Map Location | |
|---|---|---|---|---|---|---|---|
| | | | | (km²) | Percent | Figure No. | Area No. |
| | Escambia CHR | 494 | Sink | 101 | 20 | 6.18 | 13 |
| Myakka SHR | | 664 | Sink | 421 | 63 | 6.17 | 7 |
| | Myakka CHR | 359 | Sink | 302 | 84 | 6.18 | 15 |
| Corbett-Loxahatchee SHR | | 657 | Sink | 533 | 81 | 6.17 | 8 |
| | Corbett-Loxahatchee CHR | 544 | Sink | 465 | 85 | 6.18 | 9 |
| Duette-West Hardee SHR | | 591 | Sink | 109 | 18 | 6.17 | 9 |
| Withlacoochee SHR | | 436 | Sink | 260 | 60 | 6.17 | 10 |
| Plantation Lands SHR | | 393 | Sink | 97 | 25 | 6.17 | 11 |
| South DeSoto SHR | | 319 | Sink | 161 | 51 | 6.17 | 12 |
| Twelve Mile Swamp SHR | | 309 | Sink | 118 | 38 | 6.17 | 13 |
| Wauchula East SHR | | 244 | Sink | 47 | 19 | 6.17 | 14 |
| Long Pine Key SHR | | 236 | Sink | 234 | 99 | 6.17 | 15 |
| | | | | | | | |

### 6.3.8    Potential Panther Habitat Reserves in Florida

**Potential Source Population Areas:**  Based on the landscape features that currently support a viable population of panthers south of the Caloosahatchee River, only two Core Habitat Regions north of the River, Big Bend and Apalachicola National Forest, appear to have the potential to support viable panther populations that could function as **source populations** (Figure 6.18, Figure 6.20; Table 6.1).  The Core Habitat Region of each of these areas is smaller than the 9094 km$^2$ of the Functional Zone in South Florida.  However, the Core Habitat Regions of the Big Bend and Apalachicola National Forest are larger than 5058 km$^2$, which is the combined area of Core and Supporting Habitat Regions in the Functional Zone of southwest Florida, and the Core Habitat Regions of these areas are larger than all recommendations for the minimum size of puma and panther reserves except for those of Kautz and Cox (2001).  Moreover, the Core Habitat Regions of the Big Bend and Apalachicola National Forest areas are embedded in a much larger connected landscape of Supporting Region habitat that extends throughout most of North Florida, suggesting that these areas are capable of supporting source populations that would supply dispersing individuals to other occupied and unoccupied patches of habitat.  Approximately 24 percent and 53 percent of the Big Bend and Apalachicola National Forest Core Habitat Regions, respectively, are part of existing conservation lands (Table 6.1).

Two other large Core Habitat Regions of North Florida, Eglin Air Force Base and Osceola National Forest, are worthy of mention as possible candidates for source population areas (Figure 6.18, Figure 6.21; Table 6.1).  The Core Habitat Region of Eglin Air Force Base is smaller than the Core Habitat Region of the Functional Zone, but it is connected to the larger system of apparently suitable habitats that currently extends throughout North Florida.  Similarly, the Core Habitat Region of Osceola National Forest is smaller than the Core Habitat Region of the Functional Zone, but it too is connected to the larger Supporting Habitat Region that currently extends throughout North Florida.  Moreover, the Core Habitat Region of Osceola National Forest is immediately adjacent to and contiguous with the 1627 km$^2$ of habitat in Okefenokee National Wildlife Refuge in Georgia, a region that was used by Texas pumas during translocation studies conducted 1988–1995 (Belden and Hagedorn 1993, Belden and McCown 1996).  The combined area of these parcels is over 4000 km$^2$, suggesting that this region may well be capable of supporting a viable panther population.  Thatcher et al. (2006) identified the region around Osceola National Forest as a prospective site for panther reintroduction based on area, habitat quality, and expert opinion.  A large percentage of the Eglin Air Force Base and the Osceola National Forest/Okefenokee National Wildlife Refuge ecosystems are already protected by public ownership.

**Other Areas of Potential Importance to Panther Conservation**:  Based on the criteria used above to identify areas that could function as source or sink populations, the areas identified in Figure 6.21 and Table 6.1 have the potential to support **sink populations** that would contribute to the resiliency and representation of the source population(s), but would not be expected to persist over time without connectivity to occupied source areas or intrusive management actions (e.g., augmentations, see page 30 Cougar Management Guidelines 2005).  The Core Region or Supporting Region habitat of each of these areas is larger than 217 km$^2$, the mean home range size of female panthers.



Figure 6.20. Locations of Supporting Habitat Regions (SHR) and Core Habitat Regions (CHR) that currently function or have the potential to function as source or sink population areas for Florida panthers.



Figure 6.21. Areas of Florida that have the potential to function as source and sink habitats capable of ensuring the future of the panther in Florida if landscape connections can be maintained.

### 6.3.9    Criteria for Landscape Linkages for Panthers

The Cougar Management Guidelines Working Group (2005) recommendations for conservation planning for pumas include the identification and assessment of landscape linkages needed between sources and sinks to maintain the integrity and viability of puma populations.  Two types of linkages are described in the scientific literature: habitat linkages and movement linkages (Beier and Loe 1992, Bolger et al. 2001).  Habitat linkages are occupied habitats that support sustained reproduction and are therefore an extension of occupied habitat.  Movement linkages, on the other hand, facilitate the movement of individuals between occupied patches of habitat, but the linkage itself cannot support reproducing members of a population for extended periods of time.

Key issues in planning for conservation linkages are to determine how wide and long they should be.  Harrison (1992) suggested that linkage widths necessary to support continued occupancy by wide-ranging species could be estimated by assuming a rectangular home range shape with the width being half the length.  Harrison (1992) calculated the minimum width for a linkage occupied by pumas in California was 5 km.  According to this suggestion, a linkage of suitable habitat capable of supporting a reproducing female panther with the mean home range size of 217 km$^2$ should be 10.4 km wide.  However, several female Florida panthers have had smaller home ranges of 48–93 km$^2$, which means that widths for linkages occupied by females could be narrow as 4.9–6.8 km.  The Cougar Management Guidelines Working Group (2005) suggested that occupied linkages generally must be comprised of higher quality habitats, and when distances between larger patches of occupied habitat are >50 km, the linkage should probably be an occupied habitat linkage and not simply be a movement linkage.

The characteristics of linkages needed to accommodate movements among habitat patches generally are a function of the habitat being traversed, the distance to be covered while moving from patch to patch, and the movement or dispersal capabilities of the animal in question.  Beier (1995) suggested that linkages designed to accommodate puma movements in southern California should be >100 m wide if the total distance to be traveled was <800 m; >400 m wide for distances of 1–7 km; and that as linkage length increases, width should also be increased.  The Cougar Management Guidelines Working Group (2005) suggested that when distances between occupied habitats are <10 km, a movement linkage could suffice to ensure connection between the patches.  The Florida Panther Protection Program Panther Review Team (2009) measured the lengths and widths of 9 linkages used by two panthers outfitted with GPS collars to assess the efficacy of two linkages proposed for southwest Florida.  Linkages used by panthers had a mean width of 572 m (range 27–2684 m), a mean length of 8.2 km (range 3.2–13.5 km), and an average width to length ratio of 7.9 percent (range 2.3–13.1 percent).

In some cases, habitat stepping stones may be an acceptable alternative to linkages comprised of continuous habitat (Hility et al. 2006).  Stepping stones are relatively small scattered patches of native vegetation that a species might use when traveling through fragmented landscapes to reach larger more suitable habitat patches.  For example, small patches of upland or wetland forest interspersed within a large region of agricultural lands (e.g., improved pasture or cropland) might facilitate movement of panthers through otherwise open landscapes. Stepping stone connectivity designs may be a suitable alternative to corridors composed of continuous native cover to facilitate movements of animals that are adapted to habitat mosaics and have proven capable of dispersing through fragmented habitats (Hility et al. 2006).

In summary, these data suggest that occupied habitat linkages should be designed to connect larger patches of occupied habitats separated by >50 km.  Occupied patches separated by >50 km are farther apart than a panther normally travel in a day or even a week (Criffield et al. 2018), and this distance is beyond documented dispersal distances for female panthers (Maehr et al. 2002*b*).  Occupied habitat linkages should be at least 5.5–6.4 km wide to support small female home ranges, but widths >10.4 km would have greater likelihood of supporting female panthers.

Panthers have been reported to use movement linkages that average 572 m wide over an average distance of 8.2 km, and movement linkages appear to be acceptable to connect larger habitat patches <10 km apart (Cougar Management Working Group 2005).  Panthers could be expected to travel along a 10-km linkage in less than two days as long as habitats were suitable.  Minimum widths of movement linkages should probably be 500–600 m, but bottlenecks should not be <100 m wide (Beier 1993).  Small patches of upland or wetland forest in open areas dominated by pasturelands or croplands have the potential to function as stepping stones to facilitate panther movements.  Isolated forest patches in open landscapes should probably be no more than 320 m apart based on the observation of Onorato et al. (2011) that 90 percent of all GPS telemetry records were within 320 m of forest cover.

### 6.3.10   Landscape Connectivity for Panthers Based on Modeling

A close visual inspection of Figure 6.21 reveals that many of the patches of potentially suitable panther habitats that have a probability of panther presence >0.315 and that lie between source or sink habitats are small and fragmented.  Some source and sink areas are separated by gaps where no potentially suitable panther habitats occur.  Thus, the capacity of many areas of the landscape to function as occupied habitat or movement linkages between prospective source and sink populations appears to be compromised.  The Green Swamp may be a prime example of an area that could be capable of supporting reproducing females based on habitat quality and size, but the area is completely surrounded by multi-lane expressways that make connections with other areas of potentially suitable panther habitat problematic.  Isolation and increased mortality were identified as threats to two small puma populations in California (Benson et al. 2019).  These authors suggested that extinction probabilities could be reduced by increasing connectivity among puma populations and reducing risks of vehicle collisions.

Oetting et al. (2016) developed a statewide map of landscape linkages referred to as the Florida Ecological Greenways Network (FEGN).  The FEGN database contains five levels of priority for landscape linkages throughout Florida; however, the top three priorities appear to be sufficient for identifying the locations of linkages to connect the prospective source and sink habit areas identified for panthers (Figure 6.22, Figure 6.23, and Figure 6.24).  Some linkages, such as Priority 1 Critical Linkage between Babcock-Fisheating Creek and Avon Park, appear to be wide enough that they could function as occupied habitat linkages if protected.  On the other hand, the Priority 2 linkage between the Avon Park region and the Corbett-Loxahatchee area is so narrow that it probably would be considered a movement linkage, but, since it spans a distance of 68 km, it may be too long to function as an effective movement linkage.  The FEGN database may provide useful information for identifying landscape linkages that would close and protect the gaps between prospective source and sink habitats for future panther populations.

Additionally, the FEGN database not only depicts landscape linkages but it also identifies areas for conservation of other elements of Florida's biodiversity (Oetting et al. 2016).  Beier (2010) has promoted

the use of pumas and panthers as focal species for conservation planning because protection of the large landscapes needed for panthers also protects many other species and natural communities with smaller area requirements.  Thus, the protection of habitats and linkages for panthers also has the potential to serve as an umbrella for the protection of identified landscape linkages and other components of biodiversity in Florida.

To assess the status and future of landscape connectivity of panther habitats, we identified and digitized 12 landscape linkages that appear to be most beneficial to maintaining connectivity between Core and Supporting Habitat Regions (Figure 6.22, Figure 6.23, and Figure 6.24).  We made minor revisions to the 4 South Florida linkages identified by Thatcher et al. (2009) to ensure that they conformed to today's environment based on lands now in conservation and based on panther habitats reflected in the Statewide RFP model.  We identified 8 other linear linkages between major patches of panther habitats statewide by digitizing lines that passed through modeled panther habitats and connected major patches either from the edges of the patches or from the boundaries of public lands that covered portions of the patches.  The digitized linkages followed the FEGN model where possible.  More detail on the functional values of these connections as occupied habitat linkages, movement linkages, stepping stone linkages appears in Section 7.2.4.



Figure 6.22.  Landscape linkages with the potential to connect areas of South Florida that could function as source and sink habitats for Florida panthers if landscape connectivity could be maintained.



Figure 6.23. Landscape linkages with the potential to connect areas of Central Florida that could function as source and sink habitats for Florida panthers if landscape connectivity could be maintained.



Figure 6.24. Landscape linkages with the potential to connect areas of North Florida that could function as source and sink habitats for Florida panthers if landscape connectivity could be maintained.

**6.3.11   Potential Constraints on the Suitability of Panther Habitat**

The Cougar Management Guidelines Working Group (2005) also recommended an assessment of the threats affecting subpopulations and landscape linkages.  The South Florida and Statewide RFP models of panther habitat included 15 variables for features of the natural and human environment that affect the suitability of the landscape for panthers (USFWS unpublished data, Frakes et al. 2015).  Frakes et al. (2015) found that human population density, road density, and agricultural land uses other than pasture had negative effects on panther habitat suitability.  Thus, the Statewide RFP model takes into account these factors in predicting areas of Florida with potentially suitable habitat for panthers, especially for areas with medium-high and excellent habitats.

As a check, we reviewed available data layers for residential densities, road density, and distribution of croplands in relation to panther and puma use of the landscape.  Many areas, such as along the Interstate 75 (I-75), I-95, and Interstate 10 (I-10) corridors and other busy federal and state highways, are small and fragmented patches of forest set in a landscape of rural or exurban development.  Some areas considered rural based on a housing density <0.62 residences/ha are associated with agricultural lands that were found to be strong negative predictors of panther habitat suitability (Frakes et al. 2015) (Figure 6.25).  Large regions of the North Florida landscape have residential densities of 0.62–1.45 residences/ha, which are comparable to exurban areas of southern California that were not selected by pumas and present a higher risk of mortality (Burdett et al. 2010).  Florida panthers regularly occur in the exurban residential landscape of the 230 km$^2$ Golden Gate Estates (GGE) in Collier County where there is an average of 0.40 residences/ha (Figure 6.26).  The occurrence of panthers in this area is a continuing source of human-panther conflicts and depredations on domestic pets and livestock (Interagency Florida Panther Response Team 2017).  Developed and exurban lands occur adjacent to many of the areas identified as potentially suitable for panthers (Figure 6.27).  These areas may become sources of panther-human conflict in the future if panther populations become established outside of South Florida.  Moreover, developed and exurban lands may compromise the ecological integrity and functionality of linkages between subpopulations.

Much of the Florida landscape is characterized by high road density, a variable found to be a strong negative indicator of habitat suitability for panthers due to the fragmentation of the landscape and the increased risk of vehicle collisions (Frakes et al. 2015).  The probability of adult panther presence declined precipitously as the number of people and roads per unit area increased (Frakes et al. 2015).  The most likely habitats suitable for panthers in North Florida appear to be those areas with no humans or rural areas with <0.62 residences/ha; road densities of <3 km/km$^2$; and rural areas where agricultural operations are limited.

Pumas in California were sensitive to habitat fragmentation, and they responded negatively to exurban developments (Crooks 2002, Dickson and Beier 2002, Orlando et al. 2008, Burdett et al. 2010).  Pumas in Washington used wildlands most of the time (79 percent) with use decreasing as housing densities increased (Maletzke et al. 2017).  When pumas were present in human-developed areas of eastern Washington, 99 percent of the habitat that pumas used had housing densities <0.77 residences/ha; but, in areas of western Washington with higher human densities, 99 percent of the habitat used by pumas had <8.46 residences/ha.  Puma use of areas of western Washington with higher housing densities was likely due to the clustered nature of housing developments, greater connectivity among habitat patches via greenbelts and forested corridors, and denser vegetative cover than occurred in eastern Washington

(Maletzke et al. 2017).  If Florida panthers respond to human presence and activities in a fashion similar to pumas elsewhere in North America, the large areas of apparently suitable panther habitat shown in Figure 6.13 and Figure 6.20 may be compromised by the interspersion of human dwellings and agricultural lands in a landscape of small forest fragments dissected by numerous busy highways.



Figure 6.25.  Dwelling unit densities in Florida in 2010 ordered according to density categories described by Theobald (2005) and locations of agricultural lands.



Figure 6.26.  Florida panther occurrence records in and around the low density residential area of Golden Gate Estates in Collier County, FL.  Most records are between 2004 and 2018.



Figure 6.27.  Areas of Florida with the greatest likelihood of supporting panthers in relation to developed and exurban lands that may constrain Florida panther conservation.

## 6.4    THREATS (FACTORS INFLUENCING VIABILITY)

- Habitat loss in the form of agricultural conversion and urbanization associated with a continually increasing human population is a primary threat to the long-term viability of the panther population both statewide and in South Florida.
- The genetic consequences of small populations have the potential to adversely affect panther populations and likely will require management in the form of future introductions of new genetic material into the Florida population.
- Vehicle collisions are a significant source of mortality and directly impact the panther population through reduction in panther numbers and potential for population expansion.
- Human-panther conflicts, including depredations, and human intolerance may adversely affect conservation efforts and result in permanent removal of panthers from the wild.
- Concerns over calf depredation and an aversion to government involvement in ranch management have the potential to compromise panther population expansion north of the Caloosahatchee River in areas used for cattle operations.
- Illegal shootings have been documented but the magnitude of the problem is unknown, and these takes result in the loss of individuals from the population.
- Diseases and environmental contaminants have the potential to result in panther mortality or may lead to a reduction in individual health and vigor.
- Although panther prey species are ubiquitous in Florida, factors such as disease outbreaks and predation by non-native species, such as the Burmese python, have the potential to reduce prey availability.
- Most management plans for public conservation lands call for restoration and maintenance of natural conditions, which benefit panthers and their prey, but mismanagement due to lack of prescribed fire, proliferation of exotics, overdevelopment for recreational use, and the potential for declines in native prey may adversely affect habitat quality for panthers.

In this section, we evaluate the anthropogenic and natural factors that negatively influence the habitat and demographics of the Florida panther, and thus its population.  The term "threat" describes—either together or separately—the source of the action or condition that negatively affects the panther or the action or condition itself, which includes direct impacts and stressors.  Anthropogenic factors that affect what panthers need for long-term viability include habitat loss and fragmentation, road and highway mortality, human-panther conflicts, illegal shootings, infectious diseases, and an emerging neuromuscular disorder of unknown origin.

### 6.4.1    Habitat Loss, Degradation, and Fragmentation

Habitat loss and habitat degradation are terms that are often used interchangeably in the scientific literature (Lindenmayer and Fischer 2006).  Habitat loss can be defined as the loss of suitable habitat that renders an area unsuitable for a given species.  Habitat loss is usually irreversible.  Habitat degradation refers to the reduction in quality in an area of habitat for a given species.  A species may still inhabit an area where habitat degradation occurs, but certain life history functions, such as reproduction, may no longer be successful.  Habitat fragmentation is the subdivision of larger contiguous patches of habitat into smaller patches that may be incapable of supporting viable populations or subpopulations.  The remaining smaller habitat patches are typically separated by greater

distances and can become isolated if they are beyond the distances dispersing individuals would normally travel (Lindenmayer and Fischer 2006).

**Florida Panther Habitat Loss:**  Habitat loss has been identified as a key factor affecting the long-term viability of the panther population (Maehr 1992, USFWS 2008b, Onorato et al. 2010, van de Kerk et al. 2019).  Survey data of land use/land cover in Florida have been available since 1936 when the U.S. Forest Service completed their first forest inventory for Florida (Kautz 1998).  More detailed statewide vegetation data derived from satellite imagery have been collected since the late 1980s through as recent as 2015 (Kautz et al. 1993, Kautz et al. 2007, FWC 2016).  These data have been used for the Florida Panther SSA to estimate historical loss of panther habitat in Florida during three time periods: 1936–1987; 1987–2003; and 2003–2015.

Forest cover repeatedly has been demonstrated as a key component of landscapes used by panthers in Florida (Belden et al. 1988, Maehr and Cox 1995, Cox et al. 2006, Kautz et al. 2006, Land et al. 2008, Onorato et al. 2011).  Using forest cover as an index to panther habitats, Kautz (1998) reported that 17,677 $km^2$ of Florida forests were converted to agricultural or urban uses between 1936 and 1987, which was a total loss of 20.8 percent and a rate of loss of 0.41 percent per year.  During the same period, forests declined by 3966 $km^2$ (33 percent) in 10 South Florida counties, a rate of loss of 0.65 percent per year (Kautz 1994).

Kautz et al. (2007) reported the results of a change detection analysis that compared land use/land cover in Florida between 1987 and 2003.  For the purposes of the Florida Panther SSA, the change detection database was clipped to the Florida panther Primary Zone (9189 $km^2$; Kautz et al. 2006) and to the areas of suitable habitat delineated by the South Florida RFP model (5579 $km^2$; Frakes et al. 2015), and conversion of natural areas to agricultural or urban land uses was tabulated (Table 6.2).  These two areas represent recent efforts to identify important panther habitat areas in South Florida, and there is overlap between them.  A total of 367 $km^2$ (4.4 percent) of natural habitats in the Primary Zone was converted to other uses between 1987 and 2003, a rate of loss of 0.28 percent per year (Table 6.2; Figure 6.28).  A total of 241 $km^2$ (4.8 percent) of natural habitats identified by the South Florida RFP model was converted to other uses during this time frame, a rate of loss of 0.30 percent per year (Table 6.2; Figure 6.29).  Most (55–67 percent) of the conversions of natural areas to other uses in the Primary Zone and in the areas of suitable habitat delineated by the South Florida RFP model between 1987 and 2003 were to agriculture.  Conversions to urban/developed uses accounted for only 0.16-0.19 percent of the loss of natural habitats within these two important panther habitat areas of South Florida.

Table 6.2  Estimated loss of panther habitat in the Primary Zone and the area of the South Florida RFP
Model between 1987 and 2003 based on a change detection analysis completed by Kautz et al. (2007).

| Region | Land Cover (1987) | Area km² | | Change Type (1987–2003) | Area km² | Percent change |
|---|---|---|---|---|---|---|
| Primary Zone | Natural | 8254 | | Natural to Agricultural | 226 | 2.74 |
| | Agriculture | 616 | | Natural to Urban/Developed | 16 | 0.19 |
| | Urban/Barren | 277 | | Natural to Water | 124 | 1.51 |
| | Water | 42 | | Agricultural to Urban/Developed | 48 | 7.71 |
| | **Total Land Area** | **9189** | | **Total Area of Change** | **414** | **4.51** |
| | | | | | | |
| South Florida RFP Model | Natural | 4995 | | Natural to Agricultural | 185 | 3.70 |
| | Agriculture | 402 | | Natural to Urban/Developed | 8 | 0.16 |
| | Urban/Barren | 163 | | Natural to Water | 48 | 0.96 |
| | Water | 20 | | Agricultural to Urban/Developed | 33 | 8.32 |
| | **Total Land Area** | **5579** | | **Total Area of Change** | **274** | **4.91** |

Dr. Robert Kawula (FWC, unpublished data) completed a change detection analysis of South Florida
habitats by comparing 2003 land cover data (Kautz et al. 2007) with a land cover database from 2015
(FWC 2016).  The land use change database (FWC, unpublished data) was clipped to the Florida panther
Primary Zone and the areas mapped by the South Florida RFP model (Frakes et al. 2015), and
conversions of natural and semi-natural habitats to other uses over the years from 2003–2015 were
tabulated (Table 6.3).  A total of 144 km² of natural and semi-natural habitats in the Primary Zone (1.56
percent of the Primary Zone) was converted to other uses between 2003 and 2015, a rate of loss of 0.13
percent per year (Table 6.3; Figure 6.30).  These losses represent an area roughly equivalent to 50
percent of the average home range of a single female panther.  A total of 75 km² of natural and semi-
natural habitats in the South Florida RFP model area (1.34 percent of suitable habitat) was converted to
other uses during this time frame, a rate of loss of 0.11 percent per year (Table 6.3; Figure 6.31).  These
losses represent an area roughly equivalent to 25 percent of the average home range of a single female
panther.  Conversion to urban/developed uses accounted for 41–42 percent of natural and semi-natural
panther habitats lost during this time frame compared to 25–27 percent lost to agriculture in these two
important panther habitat areas of South Florida.  Although the aforementioned losses in habitat could
be perceived as minor in the context of the spatial requirements of individual panthers, small losses of
habitat in critical landscape linkages in the Functional Zone could result in the isolation and reduced
functionality of habitat patches, creation of population sinks from existing source population areas,
reduction in gene flow, and reduced dispersal potential north of the Caloosahatchee River.

Table 6.3.  Estimated loss of panther habitat in the Primary Zone and the area of the South Florida RFP Model between 2003 and 2015 based on a change detection analysis completed by R. Kawula (FWC unpublished data).

| Region | Land Cover (2003) | Area km$^2$ | | Change Type (2003-2015) | Area km$^2$ | Percent Change |
|---|---|---|---|---|---|---|
| Primary Zone | Natural | 8362 | | Natural to Agricultural (Non-Pasture) | 35 | 0.42 |
| | Agriculture (Non-Pasture) | 259 | | Natural to Other Non-Habitat | 47 | 0.57 |
| | Urban/Barren | 240 | | Natural Urban/Developed | 61 | 0.73 |
| | Other Non-Habitat/Coastal Wetland | 328 | | | | |
| | **Total Land Area** | **9189** | | Total Area of Change | **144** | **1.56** |
| | | | | | | |
| South Florida RFP Model | Natural | 5178 | | Natural to Agricultural (Non-Pasture) | 20 | 0.39 |
| | Agriculture (Non-Pasture) | 176 | | Natural to Other Non-Habitat | 24 | 0.46 |
| | Urban/Barren | 142 | | Natural to Urban/Developed | 31 | 0.59 |
| | Other Non-Habitat/Coastal Wetland | 83 | | | | |
| | **Total Land Area** | **5579** | | Total Area of Change | **75** | **1.34** |

Discrepancies exist between the analyses of habitat loss between 1987–2003 and 2003–2015.  For example, the total area of natural land cover and urban/barren lands were slightly higher in 2003 than 1987, a result that would not be expected as the landscape of South Florida continued to develop over this period.  These discrepancies are likely due to differences in the complexity of the land cover data at each time period, the different classification schemes used in each land cover data set, and the differing objectives and methods of Kautz et al. (2007) compared to those of Dr. R. Kawula (FWC unpublished data).  Despite the discrepancies, the differences appear to be minor, and the results help to frame the extent of panther habitat loss in South Florida over these two time periods.

**Panther Habitat Fragmentation and Degradation:**  The Big Cypress region of South Florida is the largest relatively intact parcel of habitat inhabited by panthers.  Secondarily, the eastern area of the Everglades in the vicinity of Long Pine Key also supports small numbers of panthers.  The Big Cypress region was first penetrated by roads in 1928 with the construction of Tamiami Trail (US Highway 41) to connect Tampa with Miami via Naples (Tebeau 1957).  Despite the presence of this new highway, the majority of panther habitat north and south of the Naples–Miami section of the Tamiami Trail remained difficult to access for several decades.  However, the construction of the Alligator Alley segment of State Road 84 (SR84) connecting Naples to Ft. Lauderdale in 1966–67 further facilitated public access into remaining patches of panther habitat in remote areas of the Big Cypress region.  Other major access roads were built from Alligator Alley into the heart of the Big Cypress region, permitting recreational use of these areas by hunters and off-road vehicle enthusiasts.  Concurrently, a vast system of canals was constructed to drain the wetlands that constituted large parts of South Florida, allowing development of areas once considered uninhabitable for humans.  A prime example is the large region of GGE made accessible for residential development by an extensive system of drainage canals.  Similarly, the construction of a vast system of drainage ditches and canals improved the capability of many areas for agricultural development.  Lime rock and sand mining to provide the raw materials for new road and

building construction has contributed to the loss, fragmentation, and degradation of habitats in specific areas, exemplified by areas southeast of the Southwest Florida International Airport near Fort Myers. The combination of easier access, a tropical climate, and inexpensive real estate was the catalyst for an exponential increase in the human population that continues in Florida today and is projected to continue into the long-term future (2070).  As expected, this chain of events resulted in the dilution of the remote character of the Big Cypress region, the subdivision of panther habitats into smaller patches, and the degradation of remaining panther habitat in many areas of South Florida.



Figure 6.28.  Land use changes within privately owned areas of the Florida panther Primary Zone between 1987 and 2003.



Figure 6.29.  Land use changes within privately owned areas of Florida panther habitat as defined by the South Florida Random Forest Panther model (Frakes et al. 2015), between 1987 and 2003.



Figure 6.30.  Land use changes within privately owned areas of the Florida panther Primary Zone (Kautz et al. 2006), between 2003 and 2015.



Figure 6.31. Land use changes within privately owned areas of Florida panther habitat as defined by the South Florida Random Forest Panther model (Frakes et al. 2015), between 2003 and 2015.

### 6.4.2    Increasing Human Populations

Human developments have been encroaching on the landscapes occupied by panthers for decades. Florida's human population grew from 1.73 million residents in 1936 to nearly 21 million residents in 2017 (Kautz 1993, U.S. Census Bureau website https://www.census.gov/quickfacts/FL).  These 80 years were a period of rapid agriculturalization and urbanization in Florida accompanied by the loss of vast areas of forested habitats, and they coincided with reports of dwindling numbers and extirpation of panthers in all areas except extreme South Florida.  Since 1987, the principal cover types used by panthers have continued to be converted to agricultural and urban uses within the core areas of panther range in South Florida.  Although the human population of Florida nearly doubled between 1987 and 2017, since 2000 losses of habitat have occurred during a period when the panther population has been increasing.  However, the increase in the panther population during a period of habitat loss on private lands was undoubtedly facilitated by the available habitat capacity on public lands that could support an increase in the population from a nadir of 20–30 individuals.  The human population of Collier, Lee, and Hendry counties, where most of the Primary Zone and suitable habitat mapped by the South Florida RFP model (Frakes et al. 2015) is found, increased 127 percent between 1987 and 2015 from 452,400 to 1,028,200 residents.

### 6.4.3    Genetic Consequences of Small Populations

Inbreeding and loss of genetic diversity are unavoidable in small, isolated, sexually reproducing populations and can result in inbreeding depression.  Subsequently, inbreeding depression can lead to decreases in survival rates, reproduction, and overall fitness, which ultimately can cause reduced population growth and increased extinction risk (Hostetler et al. 2013, Frankham et al. 2014).  These are the very problems that threatened the survival of the Florida panther by the mid-1990s and prompted the introgression project to restore genetic diversity (Onorato et al. 2010).  Despite the success of the introgression project, recent population viability modeling reveals that, without genetic intervention in the future, the panther population would face a substantially increased risk of quasi-extinction (see Section 7.1).  So, the question is not whether future genetic management will be needed but when and how it should be implemented (van de Kerk et al. 2019).

Exacerbating the problem of inbreeding in small populations is that not all sexually mature individuals mate and produce offspring each year for a variety of reasons.  This is the case for Florida panthers where females produce kittens every 2–4 years depending on age (van de Kerk et al. 2019), and the population at any point in time includes subadult males and females that do not have opportunities to breed.  Thus, the effective population size ($N_e$), or number of individuals in a population that mate and produce young in a given year, is smaller than the census population.

### 6.4.4    Road and Highway Mortality

The second leading known cause of mortality of radio-collared panthers is collisions with motor vehicles (Onorato et al. 2010).  From 10 February 1982 through 31 December 2018, intraspecific aggression accounted for 38.6 percent of recorded mortalities of radio-collared panthers >1 year-of-age, and collisions with motor vehicles accounted for 22.2 percent (FWC unpublished data).  However, when records of radio-collared and uncollared panthers >1 year-of-age are pooled, vehicle collisions accounted for 60 percent of panther mortalities during this period.

Vehicle mortalities have risen since 2000 as the panther population has increased following the introduction of 8 female pumas from Texas into South Florida in 1995 (Figure 6.32).  Prior to 2000, panther roadkills were 4 or fewer per year, but since 2000, these numbers have ranged from 6 to 34 annually.  The deadliest year for panther roadkills was 2016 when 34 vehicle mortalities were documented.

The ages and sexes of panthers killed by vehicles have been remarkably consistent over the past 4 decades.  Males represent over 60 percent of vehicle-caused mortalities.  Males appear to be more vulnerable to collisions with vehicles, most likely the result of having large home ranges and greater distances traveled by dispersing subadults.  Panthers <3 years of age represent 70 percent of vehicle-related mortalities; 26 percent were dependent aged kittens.



Figure 6.32.  Number of Florida panthers killed in collisions with motor vehicles each year between 1981 and 2019.

Areas of panther habitat with many roads and high human density are inherently riskier for panthers due to higher traffic volumes, particularly at night.  As panther numbers have increased since 2000, the population has expanded into areas of suitable habitat formerly occupied by panthers.  Some of these areas are closer to the west coast of Florida where presence of humans and roads are greater than more

wild areas such as BCNP, FPNWR, and other public lands. Currently, there is no evidence that the increase in panther deaths caused by vehicle collisions is resulting in population decline, but the long-term impacts of these human-related mortalities may become more evident over time. Highway mortality has the potential to slow the expansion of the panther population north of the Caloosahatchee River. The numbers of panthers to the north are so few that each individual lost to roadkill mortality has a greater proportional impact on the total number of panthers in the region, thus reducing the potential for population growth.

Non-fatal vehicle strikes resulting in injuries represent the primary reason that panthers are removed from the wild and placed in either temporary or permanent captivity. Of the total number of panthers removed from the wild and placed into captivity ($n$ = 71), 33.8 percent of them ($n$ = 24) have directly been the result of injury due to a vehicle strike ($n$ = 20) or indirectly as animals orphaned by mortality of the dam due to vehicle injury ($n$ = 4).

### 6.4.5 Human-Panther Conflict

**Panther Depredations:** A depredation is when a panther kills or injures domestic animals such as goats, sheep, calves, dogs, or house cats. Panthers are carnivores that prey primarily on white-tailed deer, wild hogs, and raccoons, but they hunt opportunistically and their diet varies. Any unsecured domestic animal may be at risk of depredation. Depredations have generally followed an increasing trend since 2005, when five instances of depredation were documented. By 2017, 47 depredation events were reported, and that was the highest year on record (FWC 2017) but only 33 depredation events were tallied in 2018 (FWC unpublished data). Animals killed or injured by panthers in 2016–2017 alone included 65 goats, 37 sheep, 22 calves, 4 pigs, 2 turkeys, 2 ducks, 2 geese, 1 dog, 1 cat, 1 mini horse, and 1 alpaca (FWC 2017). Most depredations occurred in the GGE subdivision east of Naples in Collier County (Figure 6.26), but depredations have also been reported from South Naples, Immokalee, Felda, Clewiston, and LaBelle (Figure 6.33). A panther depredation documented in Polk County in March 2017 represented the first verified panther depredation north of the Caloosahatchee River since the State of Florida began soliciting panther occurrence data from the public in 1976 (FWC 2017) (Figure 6.33; FWC 2017). Tolerance of panthers by GGE residents was mixed (Rodgers and Pienaar 2018). Residents with pro-environmental attitudes generally were tolerant, but older residents or those who owned livestock or had experience depredations generally had negative views of panthers.

Injuring or killing a panther in defense of pets or livestock is prohibited under federal (16 U.S. Code § 1540 [b] 3) and State of Florida (68A-27.003(1)(a) *Florida Administrative Code*) laws. The option exists for panthers involved in these conflicts to be captured and relocated by the USFWS or FWC as form of aversive conditioning (USFWS 2008a). However, relocation of these animals to other areas generally is not feasible because potentially suitable areas of unoccupied habitat are difficult to find in South Florida. Moreover, relocation often will result in another panther moving into the same area after a period of time, and relocated panthers may attempt to return to the original area (Ruth et al. 1998), increasing the likelihood of mortality during the journey. A panther responsible for multiple depredations in a short period of time could be classified as a threat to human safety and may be permanently removed from the wild if the panther's behavior departs from known or expected behavior and if management actions fail to alter this behavior (USFWS 2008a).

Concern over the loss of calves to panther depredations in southwest Florida led to a depredation study on two ranches in the Primary Zone where presence of panthers has been confirmed by telemetry data

(Main and Jacobs 2014, Jacobs and Main 2015).  These researchers found that calf depredation by Florida panthers on a ranch near BCNP was 5.3 percent per year whereas the depredation rate on a ranch approximately 3 km south of Dinner Island Wildlife Management Area was 0.5 percent per year.  The majority of depredations occurred during the calving season (September–February).  Depredated calves averaged 43 kg, which suggests that panthers select for smaller calves that are approximately the same size as white-tailed deer and wild hogs.  A panther-hunting-habitat model created by Jacobs and Main (2015) showed that ranches with higher cattle densities, larger open areas of improved pasture, and greater distances from forest edge had lower rates of calf predation by panthers.  Conversely, ranches with small open patches of improved pasture near forest edges provide enhanced hunting opportunities for panthers resulting in a higher rate of calf depredation.

The expansion of the panther population into Central Florida may be threatened by the presence of a thriving cattle industry that extends over a very large landscape south of I-4.  Florida is a cow-calf state where the primary cattle "crop" is calves that are shipped to other states to be finished and processed into beef (Florida Department of Agriculture and Consumer Services 2010).  Over 800,000 calves are produced annually in Florida.  As of 1 January 2018, there were 732,000 head of cattle in Hendry, Glades, Highlands, Okeechobee, Desoto, Hardee, Polk, and Osceola counties.  These counties account for 45 percent of the statewide total of 1,630,000 head of cattle and calves (U.S. Department of Agriculture 2018).  Portions of Hendry County are in the Functional Zone in southwest Florida, and the other seven counties are in areas north of the Caloosahatchee River where expansion of the panther population is most likely to occur.

Florida's cattle ranches are low-intensity land use operations that support a mosaic of habitat types that benefit the panther and its prey base.  Thus, ranching operations are likely to play a key role in panther conservation and recovery, especially north of the Caloosahatchee River (Pienaar et al. 2015).  Interviews with Florida livestock producers resulted in the identification of four stressors that may affect the future of ranching and consequently may affect expansion of the panther population (Pienaar et al. 2015).  First, there is a general trend away from intergenerational ranching as younger family members may move away or are not interested in maintaining the family ranch.  This trend may result in the rapid subdivision of rangelands.  Second, ranching generally provides lower economic returns on investment compared to the real estate market, which tempts some landowners to sell their lands for development.  Third, livestock producers are concerned about loss of calves to any predator.  Record keeping of calf losses is generally poor, but for those ranchers north of the Caloosahatchee River that do maintain records, average calf loss to all predators was 6–7 percent (Pienaar et al. 2015).  Ranchers in the expansion area are skeptical about the stated loss of calves to panthers and are more concerned about losses to coyotes (*Canis latrans*).  Regardless of the predator responsible, the financial costs and emotional stress to livestock producers associated with depredation events undermine predator conservation efforts through increased resistance.  Fourth, livestock producers are frustrated by negative perceptions of those urban residents and environmentalists that view them as not good stewards of the land, and there is a lack of trust between governmental agencies and livestock producers regarding conservation initiatives.  Livestock producers generally have a sense of community identity; they are consistent in their concerns regarding government interventions on private ranch operations; and individuals with cattle operations in South Florida are strongly concerned about the costs of living with panthers (Kreye et al. 2017*a*).  Part of the identity of being a good rancher includes killing predators that cause harm to livestock and cattle production (Kreye et al. 2017*a*).  The

combination of these factors may function as threats (resistance) to panther conservation in expansion areas dominated by ranchlands.  The limitations of existing compensation programs (e.g., USDA Farm Service Agency's Livestock Indemnity Program) to fully compensate for calf losses attributed to panthers further exacerbates this threat.

**Human-Panther Interactions:**  Humans may also encounter panthers in a direct unexpected meeting where the panther displays non-threatening behavior or potentially threatening behavior (FWC 2017).  Encounters pose a low to moderate risk to human safety.  Although there have been no verified attacks by panthers on humans in Florida, pumas in western North America have attacked and even killed humans.  Beier (1991) found that young and underweight pumas (12–23 months-of-age) were most likely to attack humans.  Studies in western North America have suggested that shifts in the age-structure towards younger pumas and the orphaning of kittens as a result of sport hunting can exacerbate human-puma conflicts, including increased complaints and livestock depredations (Peebles et al. 2013, Teichman et al. 2016, Elbroch et al. 2017, O'Malley et al. 2018).  Surveys of residents in GGE, an exurban development in Collier County within the range of panthers, revealed that a subset of residents expressed some concerns about human safety risks associated with living with the panther, but a greater number of residents viewed the panther positively (Rodgers and Pienaar 2017).  Most residents who expressed negative opinions about the panther tended to have experienced a depredation.  In general, human intolerance due to a concern over personal safety or the loss of domestic animals has the potential to function as a threat to the panther population, especially if individuals are removed from the wild to resolve concerns over safety or depredation.  Two studies implemented in the late 1980s and early 1990s assessed the potential for translocating panthers into North Florida (Belden and Hagedorn 1993, Belden and McCown 1996).  Results indicated that the habitats were suitable for supporting panthers, but issues related to human intolerance from some residents demonstrated that successful reintroductions into former range outside of South Florida will require extensive foresight and education to have a chance at being successful.

**Illegal Shootings:**  Injury due to gunshot is not an uncommon finding in panthers and may result in immediate death or may be found at necropsy following the death due to other causes.  The FWC database of illegal takes through 02 November 2020 contains records of 38 panthers that have been wounded or killed by gunshot and one killed by arrow shot since 22 May 1983.  Twenty-three of these records have occurred within the last 10 years, suggesting an increase in the incidence of shootings of panthers that is concurrent with a growing population.  In several cases, evidence of gunshot was discovered during necropsy of an individual that died of collision with a motor vehicle.  Death was not attributed to the gunshot wound but rather to collision with a motor vehicle.  Injury from gunshot has been documented in panthers as a cause of penetrating chest trauma, fractures, and blindness, without causing immediate death and with partial to full healing occurring.  It is therefore plausible that a panther that survives an initial injury from gunshot could be predisposed to injury or mortality by other causes (e.g., vehicle strike or intraspecific aggression) due to secondary infections, lameness, and loss of ability to hunt. These findings indicate that panthers have been and continue to be shot, but the wounding or killing of panthers is not reported.  Therefore, the degree to which shootings are a threat to the panther population is not known, but shootings result in the loss of individuals from the population, potentially affecting recovery of the panther.



Figure 6.33. Florida panther depredation and panther-human interaction records in the Florida peninsula from 2004–2018.

**6.4.6    Infectious Diseases**

Several infectious disease agents have proven to cause mortality in panthers, and the risk of outbreak from these and novel infectious agents remains a threat to the health and recovery of the population.

**Pseudorabies Virus (PRV):**  Pseudorabies (also known as Aujesky's disease) is caused by a herpes virus and can affect a variety of mammals, including panthers (Glass et al. 1994).  Pseudorabies virus is now known to have been the cause of death in at least 10 panthers and is currently believed to be the third-leading known cause of death, following vehicle collision and intraspecific aggression (Cunningham et al. unpublished).

Though typically asymptomatic in feral swine, about 35–50 percent of feral swine in Florida carry the virus, which they can transmit to predators that consume them if they are actively shedding virus (van et al. 1993, Pedersen et al. 2013).  Panthers become exposed when they consume infected feral swine that are shedding the virus (Hahn et al. 1997).  Pseudorabies in panthers is typically fatal and the disease progression is likely very rapid with animals dying within 48 hours of the onset of clinical signs (Cunningham et al. unpublished).  There is no treatment for PRV infection, and safe and effective vaccines for use in panthers are not available.  As wild pigs are an important panther prey item, PRV will likely remain a long-term threat to both individual panthers and the panther population.

**Feline Leukemia Virus (FeLV):**  A retrovirus found in domestic cats, FeLV is uncommonly documented in wild felid populations and North and South American puma have historically not been infected by this virus.  Recently, 6 panthers tested positive for FeLV, with one suspected to have died from the infection.  Overall, there have been three FeLV caused mortalities (Cunningham et al. 2008), one suspected mortality (Chiu et al. 2019) and 11 antigen positive panthers (FWC unpublished data).

Although testing for the disease in panthers has been performed since 1978, the first positive cases were documented in 2002–2004 (Cunningham et al. 2008).  This outbreak resulted in the deaths of at least 3 panthers and, since 2010, an additional 6 panthers have tested positive for the disease (Chiu et al. 2019).  Transmission in domestic cats is primarily through mutual grooming, contaminated food/water bowls, bite wounds, and other contact; however vertical transmission (transmission from parent to offspring via infected semen or ovum, through the placenta, during parturition, via milk, or due to direct contact), has also been documented (Levy et al. 2008).  The clinical disease resultant from FeLV infection in panthers, including anemia and septicemia, appears similar to that seen in the domestic cat; however, progression of clinical disease appears to be quite rapid in panthers that are persistently infected, and most die within a few months of infection (Cunningham et al. 2008).

Recent genetic analysis investigating the origin of these outbreaks indicates that the source of initial infection was likely a domestic cat (Brown et al. 2008, Chiu et al. 2019).  One survey of domestic cats in Florida documented a prevalence of approximately 4 percent (Lee et al. 2002).  Although the prevalence in domestic cats in this study was relatively low, the known consumption of domestic cats by panthers and rapid progression of disease in panthers maintain FeLV as a threat to panther health.  Vaccination against FeLV may be effective, but there is no curative treatment for FeLV infection.  Beginning in 2003, all handled panthers over two months-of-age received an FeLV vaccination and this program may have helped control the initial epizootic (Cunningham et al. 2008).

As a density-dependent disease, FeLV is unlikely to have a catastrophic impact on the population or result in its extirpation.  However, FeLV has the potential to be a significant cause of mortality, and the periodic recurrence of FeLV positive panthers highlights the on-going risk of future epizootics.  With increasing interactions between panthers and domestic cats (resultant from a growing urban-wildlife interface) and lack of a widespread vaccination program for wild panthers, the risk of future outbreaks may increase.

**Feline Immunodeficiency Virus (FIV):**  A retrovirus, FIV is known to infect both domestic cats and non-domestic felids (including lions, cheetah, panthers, and bobcats).  In domestic cats, FIV causes immunosuppression and secondary infections.  Although the effects of FIV on the panther population are unknown, investigation into immunosuppression in FIV-infected wild lions and pumas does suggest that immunosuppression occurs (Roelke et al. 2006).

Like FeLV, transmission is primarily through bite wounds but vertical transmission has also been documented.  Previous molecular studies of FIV in panthers have shown a shared ancestry with FIV of domestic cats (O'Brien et al. 1990) and transfer of FIV between a domestic cat and panther has been documented (Carpenter et al. 1996).  More interactions between panthers and domestic cats may introduce domestic cat strains of FIV and increase the prevalence in panthers so continued monitoring of this disease is necessary to assess changes in prevalence in the population.  There is no curative treatment for or effective vaccination against FIV infection.

**Dermatophytosis:**  Commonly referred to as ringworm, dermatophytosis is an infection of keratinized tissue (skin, hair, and claws) by one of the three genera of dermatophyte fungi (*Epidermophyton, Microsporum, and Trichophyton*).  Species of *Microsporum* and *Trichophyton* are the most important animal pathogens and *M. canis* is the most common species reported in domestic felids. Direct contact with fungal spores in the soil, contact with an infected animal, or contact with an item that has been in contact with an infected animal can all cause infection.  The fungi damage hair follicles, causing hair loss and inflammation that is characteristic of the disease.  First diagnosed in a panther in 1995, dermatophytosis (*Microsporum and Trichophyton* species) has since been documented in multiple juvenile and adult panthers (FWC unpublished data, Rotstein et al. 1999) with varying levels of disease severity.

The clinical effects of the disease in panthers seem to parallel that in other species, with some animals clearing the infection and others being severely affected.  Known to affect kittens more severely than adult cats, severe dermatophytosis has been detected in several panther kittens (including entire litters), as well as the mother panther (FWC unpublished data).  In 2017, a severely affected male panther with confirmed dermatophytosis was documented; this animal had almost complete hair loss and was emaciated at the time of death in 2018 (FWC unpublished data).  To date, there have been 10 confirmed cases of dermatophytosis in panthers, with an additional 4 probable cases (i.e., a panther with clinical signs consistent with dermatophytosis and a direct link to a confirmed case, such as a littermate with a confirmed diagnosis) and 6 suspect cases (i.e., a panther with clinical signs consistent with dermatophytosis, such as hair loss).

Inbreeding depression and low genetic diversity may cause immunosuppression in panthers (Roelke et al. 1993) and there is evidence that panthers with lower genetic diversity could be more vulnerable to this condition.  Alternatively, severely affected animals may have other underlying disease that renders them unable to clear the dermatophyte infection.  Treatment for dermatophytosis is possible but can

require months of treatment in captivity.  Dermatophytosis is likely a larger concern for individual panthers but it could be an indicator of reduced genetic diversity for the population.

**Other Disease:**  Additional infectious disease agents, such as internal and external parasites, viruses, bacteria, and other pathogens have been documented in panthers and likely play a role in overall health. Severe burdens, or infections of multiple disease entities, can play a role in immunosuppression, debilitation, and potentially death of the individual. For example, heavy burdens of gastrointestinal parasites (e.g., roundworms and flatworms), which are typically mild to moderate in healthy wild individuals, have been documented in panthers at necropsy and may be an indicator of a debilitated health status, even without overt signs of disease.  Similarly, heavy burdens of external parasites, such as ticks, can be important indicators of overall health status and may play a role in transmission of other diseases, such as blood borne parasites, which could have secondary effects on the health of a panther. Another disease of domestic cats, notoedric mange is caused by the sarcoptiform mite *Notoedres cati*. Infestation causes intense pruritic, inflammation, and secondary infections in domestic cats and wildlife species, including panthers and pumas (Maehr et al. 1995, Uzal et al. 2007).  The combined effects of multiple disease agents, while minor individually, can impact the health and productivity of individuals. Further, the impact of these pathogens can work additively or synergistically with other stressors such as environmental contaminants, inbreeding depression, and nutritional deficiencies can significantly impact individual and even population health.

**Infectious Diseases Summary:**  Recent developments in infectious disease testing and DNA sequencing are showing promise for elucidation of the source of infectious disease in panthers and diagnosis of additional and/or novel disease in panthers is likely as testing modalities improve.  It is possible that identification of such diseases will allow determination of the cause of death of mortalities which were unknown at the time of examination and subsequently highlight on-going risks to panther health.

Disease prevalence is a fluid process dependent on host (panther) susceptibility (e.g., genetics, health, population density, etc.) pathogen characteristics (virulence, etc.), and environmental conditions (e.g., contaminants, hydrology, prey availability, etc.).  As these factors shift, the risk of new epizootics (e.g., FeLV) and potentially catastrophic population effects can increase.  As such, continual disease monitoring will be critical to track and identify known and emerging threats to the panther population.

### 6.4.7    Prey Availability

In natural conditions, puma population density is expected to be ultimately limited by the abundance of available prey (Pierce et al. 2000, Logan and Sweanor 2001, Laundre et al. 2007).  The primary food items of the Florida panther are white-tailed deer, wild hogs, raccoons, and armadillos (Maehr et al. 1990a, Caudill et al. 2019).  Panthers also prey opportunistically on other species including rabbits, opossums, alligators and domestic livestock (Dalrymple and Bass 1996, McBride and McBride 2010, Interagency Florida Panther Response Team 2017).  These species are generally ubiquitous in Florida, with the exception of southeastern Florida, and under normal circumstances it is unlikely that availability of prey would be a stressor potentially affecting the survival of panther populations. However, historical and recent events suggest that there are factors which could affect prey species and thus panther numbers.

**Historic Prey Availability:**  In general, deer populations in South Florida are characterized by lower density and fecundity than in other areas of the state, primarily due to seasonal flooding, climatic stress,

and the thin, nutrient poor soils that contribute to the low nutritional value of available forage and overall poor habitat quality (Harlow and Jones 1965, Fleming et al. 1994, Labisky et al. 1995, Garrison et al. 2011). Market, subsistence and trade hunting of deer pre-1900 were substantial in the area and similar to areas in eastern United States and throughout the southeast, likely contributed to the decline of prey and the imperilment of the panther population (Schortemeyer et al. 1991, Gill 2010). The white-tailed deer herd in Florida reached its lowest point near the end of the 1930s (FWC 2007). A white-tailed deer eradication program that began in Florida during the late 1930s to control the cattle-fever tick resulted in the extermination of 9478 deer between 1939 and 1943, including 8428 deer killed in Collier County (Davis 1943, Game and Fresh Water Fish Commission 1946, Alvarez 1993). The introduction of New World screwworm fly (*Cochliomyia hominivorax*) in 1933 also undoubtedly had an impact on deer populations in Florida. Concomitant with the reduced deer populations was a reported increase in panther livestock depredation and persecution of panthers in the region (Hamilton 1941). However, centuries earlier (in the 1500s) European wild hogs were introduced near Big Cypress and wild pigs were well established by the 1900s (Belden and Frankenberger 1977). This alternative source of prey, along with the introduction of armadillos in 1924 (Taulman and Robbins 1996), may have allowed the panther population to persist during this period of deer population declines.

The low point was followed with decades of harvest regulations and their enforcement, reduction of subsistence hunting, screwworm eradication in 1958, re-introduction of deer from other states, increased habitat availability and quality (due to logging and drainage program), and habitat protection through the creation of state wildlife management areas. And despite the substantial increase in human activity and development during this period, the deer herd flourished. Prey management was recognized as important, evident in the conservative hunting regulations (e.g., buck-only harvest) and land acquisition (e.g., purchase of the FPNWR).

**Current Prey Availability and Recent Declines:** Deer herds in the southeastern portions of the panther's occupied range have a history of extreme population fluctuations and have been subjected to severe, weather-related mortality events (Loveless 1959, Forrester 1992, Maehr and Lacy 2002). Although extreme water events are rare, the hydrological changes in the last decades in general have resulted in the increased depth and duration of hydroperiods. This change in hydrology, along with other landscape-level changes, has potentially impacted both deer and wild hog populations. Harvest and aerial monitoring data suggest both ungulate species have experienced population declines in portions of South Florida. For example, feral swine harvest on BNCP averaged 125.7 head/year during 1993–2003 and 2.4 head/year during 2004–2015, with no harvest in recent years (http://myfwc.com/hunting/harvest-reports/). Deer harvest has followed a similar declining trend in some management units, while elsewhere harvest appears to be stable or increasing. The most drastic declines in the white-tailed deer populations have been observed in the southern portions of BCNP (south of U.S. Highway 41 [US 41]) since the early 2000s. Recent survey and harvest data indicate a near complete population crash in this region (FWC unpublished data). Further south in ENP, based on anecdotal evidence, deer and other mammals have declined since 2000, or even earlier (Garrison et al. 2011). This drastic population decline in white-tailed deer has undoubtedly impacted the quality and suitability of habitat for panthers in this region. The causes for this decline are unknown, but analyses of hydrological data suggest that increasing water levels since 1995 have had a negative effect on the deer population (Garrison et al. 2011). However, the authors caution that the decline is likely due to a combination of factors that interact with high water levels, including predation, disease, and habitat

degradation (Garrison et al. 2011). Extreme fluctuations in hydrological conditions caused by seasonal flooding, weather events (e.g., tropical storms), and manmade water impoundments, can increase stress and vulnerability to predation, diseases, malnutrition, and negatively influence reproduction, recruitment of fawns, and adult deer survival (Loveless 1959, Fleming et al. 1994, Labisky et al. 1995, MacDonald-Beyers and Labisky 2005, Garrison et al. 2011, Cherry et al. 2019). Cherry et al. (2019) found no evidence of persistent white-tailed deer population declines during a large-scale study conducted from 2015–2018 in the FPNWR and BCNP north of I-75; however, the low adult survival rates and low fecundity rates suggested that the deer population in this region could decline in the future.

The role that predation by panthers or other predators played in the severe deer declines in southeastern Florida is not fully understood as it is unlikely that a single predator-prey model accurately represents the predator-prey system in southeastern BCNP and ENP at all times (Gese and Knowlton 2001). This area has traditionally supported fluctuating deer and panther populations and it is likely that panther numbers "reflect the relative abundance and stability of local prey populations" (Maehr and Lacy 2002:973). Maehr and Lacy (2002) postulated that severe deer population nadirs in South Florida may prevent continuous occupation of a large carnivore population. The authors characterized the predator-prey system in South Florida as a stable-limit cycling model (Ballard et al. 2001) and further cautioned that the deer herd in southeastern Florida could be reduced or a herd increase neutralized by an artificial and rapid increase in a large predator population (Maehr and Lacy 2002). However, the recurrent fluctuations model (Gese and Knowlton 2001) may better approximate the relationship between panthers and deer in South Florida as the deer herd may never reach a state of equilibrium due to the interactive effects of a nutrient poor habitat, fire, seasonal flooding, and predation.

**Burmese Python Impacts on Prey Availability:** Burmese pythons (*Python bivittatus*), a non-native invasive apex predator from southeast Asia, are well-established in South Florida and have been associated with declining mammal populations due to predation and resource competition (Holbrook and Chesnes 2011, Dorcas et al. 2012, McCleery et al. 2015). Burmese pythons were likely first introduced in the southern portions of ENP prior to 1985 via releases or escapees from private ownership (Wilson et al. 2011). Pythons were encountered regularly in the region beginning in the mid-1990s; however, it was not until the early 2000s that they were first recognized as being established in ENP (Meshaka et al. 2000, Wilson et al. 2011). As of 2018, breeding populations of Burmese pythons have been documented across South Florida, including areas within the occupied range of the Florida panther in ENP, BCNP, and areas within and surrounding Collier Seminole State Park, PSSF, and Rookery Bay National Estuarine Research Reserve.

Burmese pythons are habitat generalists and radio-tracked pythons in ENP used a mosaic of habitat types and exhibited frequent use of elevated tree islands within a freshwater wetland matrix (Hart et al. 2015). Pythons are large, ambush predators that can grow up to 20 feet in length and have few natural predators. Free-ranging Burmese pythons in Florida are generalist predators that consume a variety of prey species, including birds, mammals, reptiles, amphibians and fish (Snow et al. 2007, Rochford et al. 2010, Dove et al. 2011). Burmese pythons have been correlatively associated with severe declines of mammals in ENP, including marsh rabbit (*Sylvilagus palustris*), raccoon, and white-tailed deer (Holbrook and Chesnes 2011, Dorcas et al. 2012). McCleery et al. (2015) empirically demonstrated that pythons caused reductions in marsh rabbit populations in ENP. All of these species are prey for Florida panthers, and thus the presence of Burmese pythons may be having an adverse effect on the panther prey base.

Python predation on white-tailed deer has been confirmed throughout the established breeding range of this invasive constrictor (Rochford et al. 2010, Boback et al. 2016, Bartoszek et al. 2018). Although the extent of the impact of python predation on white-tailed deer population is unknown or speculative, some noteworthy python predation events on deer have been reported that illustrate the potential threat that pythons pose as a non-native competitor to panther prey resources in South Florida. These noteworthy events include a single adult python (4.32 m in length, 48.3 kg) consuming one adult deer and two fawns within a period of several months in ENP (Boback et al. 2016) and a comparatively smaller python (2.94 in length, 14.3 kg) in Collier County consuming a fawn (15.9 kg) that was 111.1 percent of the mass of the snake (Bartoszek et al. 2018). Burmese pythons represent a novel predatory threat to the native prey populations of the panther in South Florida, including white-tailed deer (Boback et al. 2016).

**Disease Impacts on Prey Availability:** White-tailed deer in Florida are at risk to infectious disease outbreaks that could reduce white-tailed deer populations and adversely affect the availability of panther prey. These diseases include bluetongue and epizootic hemorrhagic disease viruses (collectively referred to as hemorrhagic disease viruses), both considered to be the most important infectious diseases of white-tailed deer in Florida and the southeastern United States (Forrester 1992). White-tailed deer populations in Florida are also at risk from the New World screwworm (NWS) fly larvae. Fawn mortality in Texas was between 50–80 percent when NWS was present (). The negative effect of this infestation was demonstrated when NWS eradication efforts initiated in southeastern United States in 1958 resulted in dramatic increases in the white-tailed deer herds in South and Central Florida in the 1960s (Forrester 1992). A recent NWS infestation detected in the Lower Florida Keys in 2016 impacted the population of Florida Key deer (*O. v. clavium*) but was successfully managed and contained with no infestations detected in deer herds on the Florida peninsula (Lopez et al. 2016, Parker et al. 2017, Skoda et al. 2018). The recent NWS infestation in the Florida Keys highlights the need for continued surveillance to detect future occurrences and for rapid response plans to contain and eradicate future infestations (Forrester 1992).

Of greater concern would be the introduction of chronic wasting disease (CWD) or heartwater disease—either of which could have long-term, negative impacts on deer populations. Chronic wasting disease is a transmissible spongiform encephalopathy of cervids that is slowly spreading across North America. Management efforts to contain or eradicate the disease in areas where it occurs have largely been ineffective, and in some regions the disease is negatively impacting deer densities. Although CWD has not yet been detected in Florida it has recently been found in TN and MS. Heartwater disease is caused by the bacteria *Ehrlichia ruminantium*. The bacteria is vectored by ticks, and in the southeastern United States, the Gulf Coast tick (*Amblyomma maculatum*) is a competent vector. The acute and fatal response of white-tailed deer experimentally infected with *E. ruminantium* demonstrated the susceptibility of this prey species to this tick-borne disease (Dardiri et al. 1987). Although the disease was endemic to sub-Saharan Africa, it has become established in parts of the Caribbean.

**Land Management Impacts on Prey Availability:** Habitat management via prescribed fire is a critical conservation tool that has a positive influence on increased prey availability (Garrison and Gedir 2006). Large areas of the most important habitats occupied by panthers are on publicly owned conservation lands, including BCNP, FPNWR, FSPSP, PSSF, ENP, OSSF, Dinner Island Wildlife Management Area (WMA), Spirit of the Wild WMA, and others. How public lands are managed has the potential to affect panther habitat and prey populations via the following: prescribed fire, hydrologic alterations, levels of

recreational uses, prevalence of invasive exotic plant communities, conversions from natural to plantation forests, and other activities.  However, a prime goal in the management plans for most of these lands is to restore and maintain the areas in a natural state, which ultimately favors panther habitats and prey.

### 6.4.8    Environmental Toxicants

Several environmental contaminants, namely mercury, poly-chlorinated biphenols (PCB) and dichlorodiphenyldichloroethylene (DDE), have been documented in panther tissue and continue to be a potential threat to panther health and survivability (Facemire et al. 1995).  These contaminants bioaccumulate in the aquatic food chain and reach most elevated concentrations in the upper trophic levels.  Levels of these contaminants in panther tissues have fluctuated over the years of sampling, likely representing both ecological shifts that lead to variable contaminant levels in prey species, as well as changes in prey species selected by panthers.

Environmental contaminants have not been documented as the ultimate cause of death in a panther.  However, it is likely that contamination with one or more environmental toxins could cause subclinical health effects and when combined with other stressors (environmental or physical), may reduce fitness and reproductive performance and increase susceptibility to disease.  Ongoing research into the effects of environmental contaminants in panthers is required as the subtle long-term effects of exposure to environmental contaminants is often challenging to prove until population declines occur (World Health Organization and United Nations and Environment Programme 2013).  FWC continues to monitor these contaminants.

Toxicosis from exposure to commercially available rodenticides in residential and agricultural areas is an undocumented, yet potentially under-reported, threat to the health of individual panthers in Florida.  Exposure to anticoagulant rodenticides has resulted in direct mortality and possibly sub-lethal effects (e.g, notoedric mange) in pumas in California (Riley et al. 2007).  Cunningham (2012) detected the second-generation anticoagulant rodenticides brodifacoum and bromadiolone in tissues from seven (20.6 percent) and two (5.9 percent) panthers, respectively.  No clinical effects were observed in exposed panthers (Cunningham 2012).  Although the approved target species for rodenticides are not the usual prey items for panthers, non-target species may consume the baits and subsequently be preyed upon by panthers.  Riley et al. (2007) speculated that puma in California may be exposed to anticoagulant rodenticides through exposure to secondarily exposed carnivores such as coyotes.  Predation of coyotes by panthers has been documented in Charlotte and Collier counties (FWC unpublished data).  The California Department of Pesticide Regulation (CDPR) analyzed data provided by the California Department of Fish and Wildlife (CDFW) and found that 92 percent of pumas tested (n = 64) had detectable levels of secondary anticoagulant rodenticides, and the majority (67 percent) of pumas tested also were exposed to first-generation anticoagulant rodenticides (CDPR 2018).  In response to the risks posed by second-generation anticoagulant rodenticides to target animals and non-target wildlife, the CDPR in 2014 restricted the use of four second-generation anticoagulant compounds: brodifacoum, bromadiolone, difenacoum, and difethialone (CDPR 2018).  First-generation anticoagulant rodenticides (e.g, chlorophacinone, diphacinone, and warfarin) were not included in the 2014 CDPR regulations (CDPR 2018).

The restrictions placed on second-generation anticoagulant rodenticides in 2014 resulted in the increased availability and use of first-generation anticoagulant rodenticides and by rodenticides

containing bromethalin, a potent neurotoxin (McMillin et al. 2016).  Investigations of bromethalin exposure in California wildlife suggest that bromethalin intoxication may be an under-reported threat to wildlife in Florida, including panthers, given that the neurological behaviors associated with bromethalin exposure, such as rear leg paralysis, could be mistaken for distemper infection or trauma (McMillin et al. 2016).

### 6.4.9    Emerging Neuromuscular Disorder of Unknown Origin

A neuromuscular disorder of unknown cause, termed Feline Leukomyelopathy (FLM), has recently been detected in panthers and bobcats in the state of Florida.  All affected animals have exhibited some degree of hind limb paresis (weakness) and ataxia (incoordination) ranging from mild to severe, and histopathological findings indicate symmetrical axon (primarily) and myelin degeneration primarily in the ventral and lateral tracts of the spinal cord.  The most likely causes for this disorder fall within the following categories: 1) infectious (viral, bacterial, other); 2) nutritional; and/or 3) toxin (anthropogenic or environmental).  Numerous infectious diseases, toxins, and other possible causes have been evaluated, but a cause has not been determined.  Although the condition was first recognized in a panther family group in April 2018, subsequent data review revealed that the condition may have been present since May 2017 or earlier.  As of August 2020, there have been two panthers and nine bobcats confirmed through histopathological findings to have FLM from Collier, Lee, Charlotte, Hillsborough, and Alachua counties.  There is also photographic/video evidence of probable cases from Alachua, Charlotte, Collier, Hendry, Hillsborough, Lee, Manatee, Orange, Pasco, Sarasota, and St. Johns counties.  The probable Charlotte County case includes at least one panther kitten born north of the Caloosahatchee River.  This dependent-aged kitten was photographed in April 2017 and initially presumed to have suffered trauma that affected its ability to use its rear legs.  The possibility that this disorder prevented the successful recruitment of the known kittens born north of the Caloosahatchee River cannot be ruled out (See Section 6.1.2).  The impact on panther and bobcat populations is unknown; however, at least one adult panther was euthanized due to FLM, and several kittens are presumed to have died as a direct or indirect result of FLM.  If the loss of one or more panther litters north of the Caloosahatchee River was attributable to FLM, this disease would present a threat to the expansion of the Florida panther population.  Consultation with experts in the field of veterinary and wildlife medicine, as well as adjunct specialties including environmental toxicology, have been ongoing and will continue in the investigation of this disorder.

### 6.5    CURRENT CONSERVATION MEASURES

- Land conservation measures include public acquisition of conservation lands and conservation easements, establishment of panther conservation banks, protection of panther habitats by wetlands mitigation banks, NRCS purchase of easements to protect wetlands, and management efforts of Native American tribes.
- Regulatory programs that affect panther habitat conservation include consultation between the USFWS and the U.S. Army Corps of Engineers for wetlands permitting under the Clean Water Act and ESA, state and federal commenting on development projects, the East Collier Rural Lands Stewardship Area program, and habitat conservation planning under Section 10 of the ESA.
- Recovery planning is being addressed by the Panther Recovery Implementation Team and the Transportation and Recovery Criteria Sub-teams.

- Locations for wildlife crossings are being identified, wildlife crossings are being constructed, and speed zones have been established to reduce panther mortalities resulting from collisions with motor vehicles.
- FWC, the USFWS, and NPS have been actively engaged in panther research and monitoring since the 1970s, and a successful genetic restoration program was planned and implemented in the 1990s.
- Panther biologists address ongoing problems of human-panther interactions and depredation of domestic livestock according to the Interagency Florida Panther Response Plan.
- ZooTampa, Naples Zoo, and White Oak currently maintain facilities to provide for the convalescence and rehabilitation of injured or diseased panthers prior to return to the wild.
- A captive breeding program with the goal of introducing captive-bred or rehabilitated panthers into the wild was attempted in the 1980s and 1990s but was subsequently abandoned.
- Public education and outreach are accomplished via agency Florida panther web sites, agency biologists who actively engage with members of the public, and a variety of non-governmental organizations that advocate for panther conservation.

### 6.5.1   Land Conservation

**Land Acquisition**:  Publicly owned conservation lands provide a significant portion of the core habitat areas occupied by Florida panthers (Figure 1.2 and Figure 6.34).  Key parcels include BCNP, FPNWR, FSPSP, PSSF, ENP, OSSF, Spirit of the Wild WMA, Dinner Island WMA, and Corkscrew Regional Ecosystem Watershed (CREW).  Important parcels north of the Caloosahatchee River include Babcock Ranch Preserve, Fred C. Babcock-Cecil M. Webb WMA, Fisheating Creek WMA, and Fisheating Creek/Lykes Brothers Conservation Easement.

Multiple federal, state, regional, and local government agencies have programs to acquire public conservation lands or to purchase conservation easements to preclude future development on lands that remain in private ownership.  Some of these programs target lands that are within the core range of panther habitats.

Florida Forever, the State of Florida's primary conservation and recreation lands acquisition program, and its predecessor Preservation 2000 have purchased more than 10,120 km$^2$ statewide, including 501 km$^2$ of panther habitat in South Florida.  Funding for Florida Forever is divided among 10 agencies of state and regional governments, which have somewhat different but often overlapping goals.  The current Florida Forever acquisition list includes several parcels that, if fully acquired, would provide additional protection to the core panther habitat area.  These projects include Belle Meade, CREW, Panther Glades, Devil's Garden, Half Circle L Ranch, Twelvemile Slough, and Caloosahatchee Ecoscape (Figure 6.35).  The Fisheating Creek Ecosystem and Hall Ranch projects in Charlotte and Glades Counties north of the Caloosahatchee River would add to existing conservation lands in areas where females and kittens have been observed since 2017.

Local governments also have small programs for the purchase of conservation and recreation lands.  Flint Pen Strand in Lee County and Pepper Ranch and Caracara Prairie Preserve in Collier County are examples of lands that contribute to the conservation of core panther habitat areas.

The Rural and Family Lands Protection Program (RFLPP) is administered by the Florida Forest Service, a division of the Florida Department of Agriculture and Consumer Services.  Established in 2001, the

purpose for the program is acquire perpetual conservation easements on Florida ranches and farms to protect rural and working agricultural lands threatened by development. RFLPP easements allow landowners to continue to work the lands, keep the property on the tax roll, and remain agriculturally sustainable. RFLPP projects must meet one of the following public purposes: perpetuate open space; protect, restore, or enhance water bodies; buffer natural areas, functioning ecosystems, and military installations; or promote restoration and enhancement of species habitat. To date, the only RFLPP easement acquired in core panther habitats has been the 6.54 km$^2$ easement on JB Ranch in Collier County. Projects approved for acquisition of RFLPP easements in areas of important panther habitat include RM Farm (11.67 km$^2$) in Hendry County, Buck Island Ranch (27.33 km$^2$) and Hendrie Ranch (29.34 km$^2$) in Highlands County, and Lykes Ranch–Ingram's Crossing (42.35 km$^2$) in Glades County.

Non-governmental conservation organizations also have contributed to land conservation that benefits the panther. The Corkscrew Swamp Sanctuary, owned by the National Audubon Society, is a key component of CREW lands that are occupied by panthers. The Nature Conservancy (TNC) has purchased lands or holds conservation easements on several privately-owned properties, and TNC often acts as a facilitator to connect existing public acquisition programs with landowners willing to sell or place a conservation easement on their properties.

At the federal level, the U.S. Department of Agriculture's Natural Resources Conservation Service (NRCS) has purchased Wetlands Reserve Easements to conserve wetlands and wildlife habitats on agricultural lands within areas supporting the current panther population (Figure 6.36). The USFWS administers a variety of grant programs to assist state agencies with funding for conservation programs. The USFWS's Partners for Fish and Wildlife program has awarded funding for habitat management in the Primary Zone to benefit panthers.

**Land Management**: Management of public conservation lands is essential to maintain or restore the natural resource values for which the lands were purchased and to accommodate human use. Agencies responsible for the management of conservation lands are required to draft management plans that serve as a basic statement of policy and provide direction for the parcel. Management plans typically include an assessment of natural and cultural resources and their management needs, an allocation of recreational resources based on human populations in the region and the accessibility of the site to the public, and an implementation schedule with cost estimates. Management plans for conservation lands that support panthers typically address the history of panther use of the property and panther habitat requirements, area needs, and sensitivity to human presence to ensure that management operations are not in conflict with the continued existence of this endangered species. Management actions that affect panthers include prescribed fire, exotic plant removal, population monitoring, hydrologic restoration, vegetation plantings, silvicultural operations, public outreach and education, recreation management, and maintenance of utility corridors.

Prescribed fire is one of the most important management actions that benefit panthers and their prey. Most Florida ecosystems historically were shaped by natural lightning-set fires that increased the abundance and health of many wildlife species. However, wildfires no longer occur with historical frequency or extent with the result that natural community structure and function have been altered. In the absence of fires, vegetation naturally becomes so overgrown that it is susceptible to wildfires that often are difficult to control and may be devastating to natural communities. Prescribed fires conducted under controlled conditions are used to mimic natural lightning-set fires with the goal of minimizing

destruction of overstory vegetation while clearing out underbrush.  This process reduces fuel loads, recycles nutrients stored in vegetation to the soil, stimulates new vegetative growth that benefits wildlife, especially white-tailed deer and other prey of the panther, and maintains natural communities by inhibiting hardwood encroachment.  Deer in South Florida increased their use of burned areas following fire, but also maintained portions of their home ranges in areas that were not burned (Cherry et al. 2018).

Exotic species of plants are those that are not native to Florida.  Invasive exotic species are able to out-compete, displace, or destroy native species and their habitats, often because they have been released from the natural controls of their native range.  If left unchecked, invasive exotic species alter the character, productivity, and conservation values of the natural areas they invade.  Thus, a high priority of many management plans is the removal of exotic species from native natural communities.  Some of the more invasive exotic species that are targeted for control on public lands in the range of the panther include Brazilian pepper (*Schinus terebinthifolius*), melaleuca (*Melaleuca quinquenervia*), Australian pine (*Casuarina* spp.), Old World climbing fern (*Lygodium microphyllum*), cogon grass (*Imperata cylindrica*), and air potato (*Dioscorea bulbifera*).  Species such as melaleuca and Australian pine often grow so densely that they crowd out native plants, rendering these areas unsuitable for panthers and prey.

Many areas of South Florida have been subject to large scale drainage projects intended to lower the water table of wet areas and make them available for human development.  These projects have altered the hydrology and native natural plant communities of many areas that are now in public ownership.  A prime example is PSSF, which was drained to accommodate a large subdivision formerly known as Golden Gate South.  Restoration of public lands to original natural conditions often depends on returning natural hydrologic processes to the landscape.  Management actions taken to accomplish this goal include filling or plugging ditches, removing obstructions to surface water sheet flow, installing culverts or low-water crossings on roads, and installing water control structures to manage water levels.  The intended result of these efforts is the gradual restoration of natural habitats that support panthers and prey.

**Conservation Banks**:  Conservation banks are permanently protected lands that contain natural resource values and are conserved and managed for endangered and threatened species, candidates for listing, or species that are otherwise at risk.  Conservation banks function to offset adverse impacts to these species that occurred elsewhere, sometimes referred to as off-site mitigation.  In exchange for permanently protecting the land and managing it for listed species, the USFWS approves a specified number of habitat or species credits that bank owners may sell.  Developers who need to compensate for the unavoidable adverse impacts their projects have on a species may purchase the credits from a conservation bank to mitigate their impacts.  A conservation bank is a market enterprise that offers landowners incentives to protect species and their habitats.  Developers and others whose activities result in adverse impacts to listed species typically are required to compensate for their impacts, and the purchase of credits from a conservation bank is a simple and economical alternative that saves developers time and money and provides regulatory certainty.

Currently, there are three conservation banks approved to sell panther credits known as Panther Habitat Units (PHU).  Florida Panther Conservation Bank I includes approximately 7.81 km$^2$ of south central Hendry County in the Primary Zone.  Panther Conservation Bank II covers approximately 1.91 km$^2$ of the Dispersal Zone in northwest Hendry County.  Panther Passage Conservation Bank also is located in the

Dispersal Zone and covers approximately 5.23 km$^2$ of panther habitat.  In the past, the cost to purchase panther credits from these banks has ranged from $500-$2000/PHU.  However, as of this writing, the cost is approximately $750-$850/PHU.  The final cost of PHUs usually is negotiable and depends on the terms of the sale, the number being purchased, the timing of the sale, and the number of credits left in the bank.

**Wetlands Mitigation Banks**:  Mitigation banking is a practice in which an environmental enhancement and preservation project is conducted by a public agency or private entity ("banker") to provide mitigation for unavoidable wetland impacts within a defined region (mitigation service area).  The bank is the site itself, and the currency sold by the banker to the impact permittee is a credit, which represents the wetland ecological value equivalent to the complete restoration of one acre (0.4 ha).  The number of potential credits permitted for the bank and the credit debits required for impact permits are determined by the permitting agencies.  The Uniform Mitigation Assessment Method (UMAM) is the method of assessment for banks established after 2 February 2004.  UMAM provides a standardized procedure for assessing ecological functions provided by wetlands and other surface waters, the amount that those functions are reduced by a proposed impact, and the amount of mitigation necessary to offset that loss.

The service areas of three wetlands mitigation banks in South Florida include portions of the USFWS's Panther Focus Area.  The USFWS has allowed each of the banks to also sell PHUs that are tied to the purchase of wetland credits.  If a development project impacts wetlands within the PFA and the developer elects to purchase wetland credits to offset wetland impacts, the developer also is purchasing the number of PHUs associated with wetland credits at each bank to offset impacts to panther habitat at no additional cost.  Panther Island Mitigation Bank covers approximately 11.24 km$^2$ contiguous with Corkscrew Swamp Sanctuary in Collier County, and each wetland credit purchased also includes 33.65 PHUs.  Corkscrew Regional Mitigation Bank covers approximately 2.56 km$^2$ that straddle in Primary and Secondary Zones north of CREW in Lee County, and each wetland credit includes 14.20 PHUs.  Big Cypress Mitigation Bank is comprised of two parcels covering 8.74 km$^2$ of Primary Zone Habitat in Hendry County, and each wetland credit includes 8.96 PHUs.  Wetlands mitigation banks were established primarily to sell credits to offset impacts to wetlands, and the cost of a wetland credit is generally very high relative to the cost of a PHU.  Therefore, developers who need to purchase wetland credits are also able to offset some of their panther mitigation requirements because each wetland credit includes a specific number of PHUs associated with the credit.  However, developers that have no wetland impacts but whose projects impact panther habitats would typically purchase the PHUs needed from an established panther conservation bank rather than from a wetland mitigation bank due to the high cost of purchasing PHUs from a wetland mitigation bank.

**NRCS Easements**:  NRCS offers easement programs to landowners who want to maintain or enhance their land in a way beneficial to agriculture or the environment.  All NRCS easement programs are voluntary.  Current easement programs include the Agricultural Conservation Easement Program (ACEP) and the Healthy Forests Reserve Program (HFRP).  The ACEP provides financial and technical assistance to help landowners conserve agricultural lands and wetlands and their related benefits.  The easements are designed to protect working agricultural lands and limit non-agricultural uses of the land.  The ACEP includes a Wetlands Reserve Easements component (formerly Wetlands Reserve Program) under which NRCS helps to restore, protect, and enhance enrolled wetlands with the goal of achieving greatest wetland function and optimum wildlife habitat.  The HFRP helps landowners restore, enhance, and

protect forest land resources on private lands through easements and financial assistance. Through the HRFP, landowners promote the recovery of endangered and threatened species, improve plant and animal biodiversity, and enhance carbon sequestration.

The Florida Natural Areas Inventory July 2018 database of lands managed for conservation contains approximately 24 Wetlands Reserve Program easements covering 186.16 $km^2$ of panther habitat (Figure 6.36). Most of these easements are along the eastern periphery of the Panther Focus Area in a region where agricultural land uses predominate.

**Tribal Lands**: Lands of the Seminole Tribe of Florida and Miccosukee Tribe of Indians of Florida encompass over 1416 $km^2$ in south Florida. Of these, 469 $km^2$ are used by panthers, and comprise 5 percent of the Primary Zone. These lands are not specifically managed for the panther and are largely in cultivation. Nevertheless, the tribes employ prescribed fire and have invasive species management programs that benefit panthers and their prey, including white-tailed deer.



Figure 6.34.  Conservation lands in South Florida in January 2019 categorized according to federal, state, local, and private ownership in relation to the U.S. Fish and Wildlife Service Panther Focus Area and suitable habitat identified by the South Florida Random Forest Panther Model (Frakes et al. 2015).



Figure 6.35. Conservation lands in South Florida in January 2019 and lands proposed for acquisition under the state's Florida Forever program.



Figure 6.36.  USDA Natural Resources Conservation Service easements in South Florida in the range of the Florida panther.

### 6.5.2    Regulatory Programs

**U.S. Endangered Species Act (ESA) Consultation**:  By way of a letter dated 19 February 2007, to the U.S. Army Corps of Engineers (ACOE) Jacksonville Office, the USFWS's Ecological Services Office in Vero Beach, FL provided ACOE with a consultation area map and a Florida Panther Effect Determination Key. These documents were to be used by ACOE wetlands regulatory staff as an aid in identifying development projects that may have an effect on the Florida panther and result in the need for consultation with the USFWS under the ESA.  The consultation area map, referred to as the Panther Focus Area (PFA; Figure 6.37), and the effect determination key have been in use since 2007 to ensure that projects that potentially affect panthers and their habitats are reviewed in a coordinated fashion by the USFWS and ACOE with the ultimate goal that development projects avoid, minimize, or mitigate adverse impacts on panthers and their habitats.

The USFWS developed a panther habitat assessment methodology in 2006 and updated the methodology in 2009 for use in assessing the panther habitat values of sites proposed for development in the PFA.  The methodology is used to:  1) calculate the value of panther habitats in terms of PHUs on proposed development sites based on pre-development conditions; 2) calculate the value of panther habitats on the site post-development; and 3) calculate mitigation requirements.  Recognizing that not all land cover types provide the same functional value as panther habitat, the USFWS and FWC biologists developed a scoring system for major land cover types in South Florida based on the work of Kautz et al. (2006), Cox et al. (2008), and Land et al. (2008).  Forest cover types have high panther habitat values ranging from 9.0 to 9.5; agricultural lands, pasturelands, herbaceous wetlands, and dry prairie habitats have medium values ranging from 4.7 to 6.3; and water, urban lands, barren lands, salt marshes, mangrove swamps, and areas dominated by exotic vegetation have low values ranging from 0 to 3.

The number of acres of each land cover type on a site prior to development is multiplied by its corresponding land cover score, and the results are summed to calculate the number of PHUs, a dimensionless metric of panther habitat value, on the site before development occurs.  Similarly, the number of acres of each land cover type on the site post-development is multiplied by the corresponding land cover score, and the results are summed to calculate the number of PHUs on site post-development.  The impact of the project on panther habitat is determined by the difference in PHUs on the site pre- and post-development.

The amount of mitigation required is determined by applying what is called a "base ratio" to the number of PHUs of impact.  As of 31 December 2018, a base ratio of 1.98:1 is applied to all projects that occur within the Primary Zone, Secondary Zone, or Dispersal Zone of the PFA (Figure 6.37).  Thus, the number of PHUs of impact for projects in these three PFA Zones is multiplied by 1.98 to determine the number of PHUs needed to mitigate impacts on panther habitats.  However, if proposed projects are located in the Secondary Zone but mitigation occurs in the Primary Zone or Dispersal Zone, the USFWS allows for mitigation requirements to be reduced by a factor of 0.69 to encourage habitat conservation to be directed to regions of higher panther habitat value.  The base ratio for projects that occur north of the Caloosahatchee River in the Primary Dispersal/Expansion Area have a base ratio of 1:1 for use in calculating mitigation requirements, and the USFWS allows for mitigation of projects to occur either north of the river or in the Primary or Dispersal Zones south of the river.  No mitigation for impacts to

panther habitat is requested for projects that result in a net increase in PHUs on site after the project is complete.

Under section 7(a)(2) of the ESA, other federal agencies proposing actions that may affect the panther are required to consult with the USFWS.  For example, the USFWS has provided consultation to the NPS regarding proposed fire management operations in BCNP and FPNWR because those activities may affect panthers and other listed species.

Many of the impacts from development projects have been compensated through habitat protection in recent years.  Using the evolving panther habitat methodology described above, the USFWS has helped secure panther habitats in the Primary, Secondary, and Dispersal Zones.  In addition to habitat conservation, regulatory review allows other important compensation strategies to be considered and implemented.  For example, new roads can be configured to direct traffic away from panther habitat.  Moreover, to help offset projected increases in panther mortalities resulting from increases in traffic within panther habitat, project sponsors can construct wildlife underpasses and associated fencing that allow panthers to pass safely from one side of a road to another, thereby minimizing the likelihood of vehicular collisions.

**State Project Review**:  FWC provides comments regarding potential impacts to panther habitat to state, regional, and local permitting agencies, including the Florida Department of Environmental Protection, the Florida Department of Economic Opportunity, the state's five Water Management Districts, and the state's 11 Regional Planning Councils under the authority of Chapter 20.331, Florida Statutes.  FWC comments generally provide technical guidance to agencies and developers for project designs that avoid, minimize, or mitigate impacts on panthers and their habitats.

**East Collier RLSA and Florida Panther Protection Program**:  The Rural Lands Stewardship Area (RLSA) program applies to a rural landscape of eastern Collier County covering 792.58 km$^2$ (Figure 6.38).  The RLSA program was established under the Collier County Future Land Use Element of the Growth Management Plan. The objective of the program is the creation of an incentive-based land use overlay system based on the principles of rural land stewardship found in Florida Statutes, Section 163.3177(11), including environmental preservation, agricultural preservation, and smart growth development.

Through the RLSA program, Stewardship Sending Areas can be approved for preservation purposes, creating credits to entitle Stewardship Receiving Areas, typically for the development of new towns, villages, hamlets, and compact rural developments.  The credit system was designed to incentivize preservation of the most import environmental lands, including large, connected wetland systems and significant habitat for listed species, including the panther, by awarding higher credit values for high value preservation areas.  As of February 2014, 201 km$^2$ of areas designated as Stewardship Sending Areas had been approved to supply credits to support developments in Stewardship Receiving Areas; however, Stewardship Sending Areas can be modified or revoked by the landowner unless they are used for a specific development.  Thus far, the only those Stewardship Sending Areas that have been committed to perpetual conservation were those used to generate credits for construction of the Town of Ave Maria, which covered an area of approximately 69 km$^2$.

Florida panthers are known to occur in the RLSA project area based on occurrence data collected by FWC and by habitat modeling.  Large areas of the RLSA have been modeled as potentially suitable panther habitats (Kautz et al. 2006, Frakes et al. 2015).  Approximately 606 km$^2$ (76 percent) of the RLSA

are in the Primary Zone, 187 km$^2$ (24 percent) are in the Secondary Zone, and 58 percent of the RLSA was identified as suitable habitat by the South Florida RFP model (Frakes et al. 2015).

Despite the intent of the RLSA program to protect lands with high natural resource values, the program does not exempt proposed developments from review for impacts to panthers and their habitats under Sections 7 and 10 of the ESA and Florida Rule 68A-27.003, Florida Administrative Code.  Consequently, private property owners within the RLSA submitted a first draft of the Eastern Collier Multi-Species Habitat Conservation Plan (HCP) and Notice of Intent for a draft Environmental Impact Statement (EIS) to the USFWS on 22 April 2015.  The USFWS issued a draft EIS and a revised Eastern Collier Multi-Species HCP associated with the incidental take application of 11 landowners in the East Collier RLSA on 19 October 2018 (FWS-R4-ES-2018-0079-0001).

**Habitat Conservation Plans**:  Habitat conservation plans (HCP) are planning documents required as part of an application for an incidental take permit under Section 10(a)(1)(B) of the ESA.  Incidental take permits are required of anyone whose otherwise lawful activities will result in the incidental take of a listed species.  HCPs typically are required when a project is likely to affect a listed species or its habitat but there is no nexus to permitting required under Section 7 of the ESA, such as federal wetlands permitting.  HCPs describe the anticipated effects of the proposed taking; how those impacts will be minimized or mitigated; and how the HCP is to be funded.

As mentioned above, the USFWS issued a draft EIS and the Eastern Collier Multi-Species HCP associated with the incidental take applications of 11 property owners of the East Collier RLSA on 19 October 2018. The intent of the HCP is to provide regulatory approval for all projects that are developed according to the provisions of the HCP rather than each property owner having to seek a separate take permit from the USFWS for each individual project that might be proposed.  In another example, the USFWS approved an HCP for a new 0.97 km$^2$ mixed use development in Collier County called City Gate in 2010. The HCP offered strategies to mitigate impacts on panthers, including funding of construction of a new underpass on CR 846 east of Immokalee to reduce collisions with motor vehicles, the preservation of 0.41 km$^2$ of panther habitat in perpetuity, and the restoration of 1.31 km$^2$ of panther habitat off-site in South Florida.



Figure 6.37.  The Panther Focus Area is the consultation area map used to determine which proposed development projects should be referred to U.S. Fish and Wildlife Service for consultation under the U.S. Endangered Species Act.



Figure 6.38.  Land cover types in the Rural Land Stewardship Area of eastern Collier County, FL in relation to Florida panther habitat mapped by the South Florida Random Forest Panther Model (Frakes et al. 2015).

### 6.5.3    Recovery Planning

**Panther Recovery Implementation Team**:  In recognition of new opportunities to foster recovery of the Florida panther, the USFWS formed a new Panther Recovery Implementation Team (PRIT) in 2013 to begin implementing new possibilities to aid in the recovery of the panther.  The PRIT consists of members representing the USFWS, NPS, FWC, and other stakeholders with a mandate to facilitate those recovery activities most needed to progress toward the goals identified in the panther recovery plan (USFWS 2008b).  The PRIT was tasked with identifying priority recovery actions that it would address and then drawing on technical experts to develop detailed plans and methods to accomplish those actions.  The first meeting PRIT was held in August 2013, and PRIT has continued to meet several times each year to review recovery actions and develop plans for implementing panther recovery.  PRIT has also appointed a Transportation Sub-team and a Recovery Criteria Sub-team to delve more deeply into these two issues affecting panther recovery.

The ***Transportation Sub-Team*** was formed in recognition that collision with motor vehicles is a leading cause of panther injuries and death, and that poorly planned roads can eliminate and fragment habitat and result in sprawling development that increases the occurrence of human-panther conflicts.  The Transportation Sub-team consists of members from the USFWS, FWC, the Florida Department of Transportation, non-governmental conservation organizations, the University of Central Florida, and the Lee County Metropolitan Planning Organization.  The sub-team, which has been meeting several times each year since October 2014, was directed to consider a broad range of options, including engineered alternatives, avoidance, mitigation, education, enforcement, and policy recommendations.  The sub-team has reviewed existing information on locations of panther roadkills, locations of wildlife crossings, wildlife crossing and fencing guidelines, implementation of a Roadside Animal Detection System on US 41 to alert drivers to the presence of wildlife on the highway, and the use of speed limits to reduce wildlife mortality on roads.  Special focus has been on the identification of panther roadkill hot spots and the targeting of specific road segments for possible construction of wildlife crossings in the future to reduce panther roadkill mortality.

The ***Panther Recovery Criteria Sub-Team*** was tasked with reviewing and evaluating existing recovery criteria as described in the 2008 Panther Recovery Plan.  The sub-team was directed to address the topic of recovery criteria using the best available science and following the most current USFWS guidance and procedures for recovery planning, keeping in mind that recovery criteria should be specific, measurable, achievable, realistic, and time-referenced.  Options available for the sub-team were to recommend keeping the existing recovery criteria as they are, suggesting edits or modifications to existing criteria, or proposing new alternative criteria.  The sub-team consists of members of the USFWS, FWC, the U.S. Geological Survey, the University of Florida, and a consulting wildlife ecologist.  The sub-team has met several times since October 2015 to review existing recovery criteria, the recovery planning process, results from population viability modeling, panther demographic parameters, and historical and future habitat loss.  A draft of possible revisions to recovery criteria has been submitted to PRIT for review and comment and future sub-team meetings have been put on hold pending completion of the Florida panther SSA.

### 6.5.4    Reducing Vehicle-Related Panther Mortalities

**Wildlife Crossings and Underpasses**:  Wildlife underpasses to reduce panther vehicle collisions were first constructed in South Florida beginning in 1985 and 1986 as part of two road improvement projects:

1) the conversion of 2-lane State Road 84 (Alligator Alley) into I-75, a limited access four-lane expressway between Naples and Ft. Lauderdale; and 2) widening and realignment of State Road 29 (SR 29) north of I-75.  These crossings successfully allow for the safe movement of panthers and prey, including white-tailed deer, raccoons, and bobcats, beneath these busy roadways (Foster and Humphrey 1995, Land and Lotz 1996).  Based on demonstrated use of wildlife crossings by panthers and prey, over 60 crossings and enhancements to existing bridges have been completed in other locations where panther roadkill mortalities have been frequent (Figure 6.39).  Some replacement bridges on roadways (e.g., State Road 80) have been modified with ledges and fencing so that the crossing serves the dual purposes of water conveyance and wildlife movements.  Future road projects will be reviewed to determine whether crossings or bridge modifications are needed to accommodate wildlife movements.

The PRIT Transportation Sub-team identified road segments in southwest Florida that were hot spots of panther mortalities and injuries due to collisions with motor vehicles (USFWS 2020; Figure 6.40).  The road segments were categorized according to number of panther-vehicle collisions: 9+ collisions, 6–8 collisions, 3–5 collisions, and 1–2 collisions (USFWS 2020).  The Sub-team exempted hot spots from the final map in certain cases where collisions had occurred prior to installation of wildlife crossings and fencing.  These hot spot analyses and subsequent maps will be updated annually by FDOT.  Swanson et al. (2008) used least cost path modeling to identify key road segments that might be candidates for future wildlife crossings to reduce panther roadkill mortalities (Figure 6.41).  Similarly, Kautz et al. (2006) used least cost path modeling to identify paths most likely to be taken by panthers dispersing into Central Florida from occupied habitats in BCNP and FPNWR, and these least cost paths provide additional information about places where roads might be crossed by panthers (Figure 6.41).  Collectively, the results of these studies are useful in making decisions about the possible locations and cost-effectiveness of new wildlife crossings intended to reduce panther roadkill mortality.

**Speed Zones and Enforcement**:  Reduced nighttime speed zones have been in effect along many roads since July 1985 to minimize the likelihood of panther-vehicle collisions.  Roads with nighttime speed limits include sections of SR 29 and US 41.  Nevertheless, compliance is a continuing problem, and panther-vehicle collisions have occurred despite drivers following the legal speed limit.  Speed zones are established on the premise that slower speeds allow enough reaction time for both animal and driver to avoid some collisions.  However, speed zones are never as effective as the use of exclusionary fencing and crossings to reduce panther collisions with motor vehicles.  Further evaluation of the effectiveness of these zones in reducing such collisions could help determine if adjustments to the speed limits are warranted.



Figure 6.39. Florida panther vehicle mortality records from 1972–2018 and existing wildlife crossings in South Florida as of December 2018.



Figure 6.40.  Florida panther roadkill hot spots identified by the Transportation Sub-Team of the Florida Panther Recovery Implementation Team and existing wildlife crossings in southwest Florida as of 31 December 2019.



Figure 6.41.  Least cost path models and locations of potential wildlife crossings to reduce panther roadkills based on Kautz et al. (2006) and Swanson et al. (2008).

### 6.5.5    Agency Management Activities

**Research and Monitoring**:  Panther research and monitoring has been a cooperative effort involving personnel from FWC, the USFWS, BCNP, and ENP.  The overall goal of research and monitoring has been to complement historical data sets with ongoing, objective-driven research to provide the information necessary to manage and conserve panthers.  The objectives of research and monitoring have been directed toward understanding the basic biology and habitat needs of the Florida panther, such as movements, home range size, habitat use, morphological descriptions, food habits, mortality causes, and reproduction.  Panther prey studies, including population dynamics, deer herd health and reproduction, and deer mortality have also been accomplished.  FWC's current panther research and management priorities include, but are not limited to: monitoring genetic variation and correlates of inbreeding; evaluation of the long-term impacts of genetic restoration; assessing the presence and impacts of diseases and parasites; delineating statistically robust methods to estimate panther population size; evaluating the utility of new GPS collar technology; assisting with the development of new panther recovery criteria; minimizing loss of existing panther habitat; addressing human-caused and other mortality factors; and reducing human-panther conflicts (FWC 2017).  BCNP's research and monitoring work has focused on determining the area's potential to support panthers, evaluating the effects of restoration projects and management strategies on the panther population within BCNP, and the extent of connectivity with the panthers in ENP.

FWC began research on the panther with the development of a Florida Panther Record Clearinghouse in 1976.  This was the first step in identifying whether this species existed in Florida and where it occurred.  A total of 4620 observations were reported to the Clearinghouse, but only 91 of these were confirmed to be a panther (Belden et al. 1991).  The majority of the confirmations came from Collier, Hendry, and Miami-Dade counties.  FWC efforts to capture, radio-collar, and monitor panthers with fixed-wing aircraft began in 1981.  Monitoring of radio-collared panthers in ENP and BCNP by fixed-wing aircraft has been accomplished by NPS personnel since 1986 and 1988, respectively.  However, monitoring of panthers outfitted with radio-collars in ENP ceased in 2008.  Since that time, the status of the population in ENP has been monitored with trail cameras.  Beginning in 2003, BCNP was permitted by the USFWS and FWC to conduct panther captures and conduct aerial monitoring of radio-collared panthers within BCNP boundaries south of I-75.  Technological advances in Global Positioning System (GPS) technology in the 1990s offered new opportunities for monitoring wildlife over the entire 24-hour period with increased frequency of observations and higher spatial accuracy than afforded by VHF technology.  FWC has been deploying GPS-collars on some panthers since in 2002, yielding new information on habitat use and movements not available previously (Land et al. 2008, Onorato et al. 2011, van de Kerk et al. 2015, Criffield et al. 2018).

Capture, handling, and biomedical sample collection by FWC and NPS follow established protocols to ensure safety and thoroughness (FWC 2017).  Radio-collared panthers are typically monitored by fixed-wing aircraft three times per week to determine location, habitat use, movements, interactions, births, and deaths.  Several types of GPS collars have been deployed by both FWC and NPS to obtain data on nocturnal movements and habitat use by panthers (Land et al. 2008, Onorato et al. 2011).

**Genetic Restoration**:  Concurrent with the field studies in the late 1980s and early 1990s, genetics work was being conducted by Dr. Stephen O'Brien of the National Cancer Institute, and collaborations between panther researchers and the Conservation Breeding Specialists Group were initiated.

Consultations with these experts on small population dynamics and inbreeding depression yielded a strategy to manage the panther population via genetic restoration in September 1994 (Conservation Breeding Specialist Group 1994).  The level of introgression needed to reverse the effects of inbreeding and genetic loss required the release of 8 female Texas pumas into areas occupied by Florida panthers (Conservation Breeding Specialist Group 1994).  These 8 female Texas pumas were released in 1995, 5 of which produced a minimum of 20 offspring (Land et al. 2004).  None of the original 8 Texas pumas remain in the wild today (Land et al. 2004).

From 1995 through 2003, most panther capture and monitoring activities were directed towards evaluating genetic restoration.  A preliminary assessment of genetic restoration suggested that the desired 20 percent introgression level had been achieved, but the contributions were primarily from two of the released females (Land and Lacy 2000).  The genetic restoration program appears to have been successful as determined by improved genetic diversity, improved sperm quality, improved kitten survival, improved survival for both sexes of adults, an increasing population, and an expansion in occupied range (Hostetler et al. 2010, Johnson et al. 2010, Hostetler et al. 2013).

**Interagency Florida Panther Response Plan**:  An Interagency Florida Panther Response Team (Response Team) was established by FWC, the USFWS, and NPS in 2004 to respond to human-panther interactions (USFWS 2008a).  The Response Team developed the Interagency Florida Panther Response Plan (Response Plan) to provide guidelines for responding to human-panther interactions and conflicts. Included in the plan is an outreach strategy that provides goals and objectives for educating the public. The Response Plan has been the guiding document for the Response Team since February 2005.  An Environmental Assessment for the Response Plan was finalized in October 2008.  The Response Plan requires the Response Team to meet at least once each year to review the past year's activities and suggest revisions to the Response Plan, if needed.  A report documenting the previous year's activities is published annually.

The Response Plan identifies five classes of human-panther interactions:  sighting, encounter, incident, threat, and attack.  Panther depredation (i.e., preying on domestic animals) is addressed separately because it does not involve direct interaction with a human.  Definitions, associated panther behaviors, risk factors, and team response to each type of interaction are detailed in the Response Plan.  An interaction or depredation is tallied when physical evidence, examined by experienced personnel knowledgeable in interpreting panther sign, supports the conclusion that a panther was involved.  Only those interactions or depredations where physical evidence of panther activity was found and that occurred within the calendar year are documented in each annual report.  Actions taken to resolve a situation for the benefit of human or panther safety are also reported.

Under certain conditions, panthers can be relocated or permanently removed from the wild.  A panther that has wandered into an urbanized area where the location itself could cause harm to the panther or where the panther could pose a potential safety risk can be captured and relocated to a more suitable area.  However, any panther that is deemed a threat to public safety or has aggressively made physical contact with a person will be permanently removed from the wild.

**Funding**:  Since 1990, Florida panther research and management by FWC has been funded through the Florida Panther Research and Management Trust Fund, which receives its monies from the purchase of "Protect the Panther" specialty license plates.  More than one million panther license plates have been issued, generating over $40 million for panther conservation.  All of the proceeds from the annual

$25.00 donation per license plate is deposited into this trust fund.  To obtain the money, FWC must submit a budget request each year to the Florida Legislature for approval.  ENP and BCNP researchers support their panther work within their annual budgets or through special funding requests.

**Maintenance of a Captive Population**:  Between 2000 and 2018, FWC captured 25 panthers in response to surviving a vehicle collision (*n* = 6), orphaning (*n* = 15), or a management situation where a panther was extracted from the wild because immediate action was deemed necessary (*n* = 4).  Eight of the 25 were deemed non-releasable due to their very young age at capture or for health reasons and were placed into permanent captivity.

Currently, White Oak, ZooTampa at Lowry Park (ZooTampa), and the Naples Zoo at Caribbean Gardens (Naples Zoo) maintain the facilities necessary to provide short-term and long-term convalescence and rehabilitation for injured or diseased panthers that eventually are returned to the wild.  These facilities, along the Palm Beach Zoo, Zoo Miami, Jacksonville Zoo and Gardens, and Homosassa Springs Wildlife State Park, also house captive panthers that will not be returned to the wild for various reasons and are used as a tool to familiarize the public with panthers and their conservation needs.  These panthers can serve as a safety net in case of some unforeseen threat to the wild population that would require resumption of a captive breeding program (see Section 6.2).

### 6.5.6   Public Education and Outreach

**Panther Web Sites**:  A multidisciplinary interactive website was launched and funded by FWC in 1999 with proceeds of the Florida panther license plate.  The current site ([http://myfwc.com/panther](http://myfwc.com/panther)) includes information on the natural history of the panther, habitat requirements, threats to survival, and research, management, and conservation efforts.  The site also contains links to report injured or dead panthers to the FWC, to report sightings of panthers, and to purchase "Protect the Panther" license plates.  The USFWS also maintains the following websites that provide information on the panther: South Florida Ecological Services Field Office ([https://www.fws.gov/verobeach/ListedSpeciesMammals.html#fp](https://www.fws.gov/verobeach/ListedSpeciesMammals.html#fp)); USFWS Southeast Region ([https://www.fws.gov/southeast/wildlife/mammals/florida-panther/](https://www.fws.gov/southeast/wildlife/mammals/florida-panther/)); and the FPNWR ([https://www.fws.gov/refuge/florida_panther/](https://www.fws.gov/refuge/florida_panther/)).

**Education and Outreach Initiatives**:  A variety of panther outreach initiatives have been undertaken in recent years to assist residents in southwest Florida learn to live safely and responsibly with the Florida panther and other wildlife.  The USFWS coordinates a panther outreach team that collaborates to produce informational materials and hold outreach events about living and recreating safely in panther habitat.  The USFWS, NPS, and FWC have led "Living with Panther" town hall meetings in communities experiencing human-panther interactions.  Many members of the outreach team participated in the construction of predator-proof enclosures for livestock and pets to demonstrate proper husbandry for domestic animals while avoiding attracting predators.  In recent years, a number of celebrations, field trips, educational talks, and other events have been held each March in southwest Florida to coincide with Save the Florida Panther Day (Florida Statute 683.18 designates the third Saturday of March of each year as "Save the Florida Panther Day").

**Conservation Organizations**:  Several conservation organizations are working to conserve and recover the panther through education, outreach, and advocacy.  These include Defenders of Wildlife (https://defenders.org), Friends of the FPNWR (https://floridapanther.org), National Wildlife Federation

(www.nwf.org) and its state affiliate the Florida Wildlife Federation (www.fwfonline.org), TNC (www.nature.org), Audubon Florida (www.fl.audubon.org) and its state chapter Audubon of Western Everglades (www.audubonwe.org), Naples Zoo (www.napleszoo.org), ZooTampa at Lowery Park (https://zootampa.org), and the Conservancy of Southwest Florida (www.conservancy.org).  The programs of these organizations encompass public education and awareness initiatives, habitat conservation, transportation and land-use planning, compensation for livestock depredation, landowner incentive initiatives, and projects aimed at fostering human-panther coexistence.

## 6.6    CURRENT CONDITION SUMMARY

### 6.6.1    Current Resiliency

Resiliency describes the panther's ability to withstand environmental variation and disturbance events. This resiliency is associated with abundance, survival, population growth rate, genetic heterogeneity, and habitat quality.  Environmental variation includes normal year-to-year variation in rainfall and temperatures, for example, as well as unseasonal weather events.  Disturbances (i.e., discrete events which cause substantial changes to the structure or resources of an ecosystem) are stochastic events such as fire, flooding, tropical cyclones, and disease outbreaks.  Simply stated, resiliency is having the means to recover from the impacts of such disturbances and persist over time (viability).  To be resilient, the panther must have healthy populations that are able to sustain themselves through good and bad years. Panther resiliency would increase with improvements in population health, population size and an increase in the area occupied by the population. Resiliency would also be affected by the degree of connectivity within occupied habitat.  A population must be resilient to contribute to redundancy or representation.

Florida panthers have shown and continue to show resiliency in the face of many pressures.  They survived as the only functioning population of puma in eastern North America despite constant persecution to eliminate them from the landscape.  Since state and federal laws afforded them legal protections, panther numbers slowly increased until genetic restoration efforts improved population health thereby allowing more rapid growth of the population.  The current panther population, at least 5-fold larger in size when compared to the population 3 decades ago, has greater resiliency today than it has exhibited for likely well over 100 years.

Characteristics that contribute to panther resiliency include:

- They are long-lived and can have a reproductive life of over 10 years;
- Reproduction can occur year-round.
- Females can produce new litters quickly after the loss of a litter.
- Kitten survivorship is density-dependent so if panther numbers were to drop, kitten survivorship would increase until the population again entered a stage of environmental resistance that caused survival to decline.
- Panthers are mostly solitary in nature with few interactions outside of a family group; limits potential of disease transmission.
- Panthers can utilize a wide range of habitat types if they provide prey habitat and quality cover for stalking, denning, and rest sites.
- Panther numbers appear to be stable despite losing 20–30 individuals annually to vehicle strikes.

- The source-sink population structure provides a secure, better protected core sub-population that would be less prone to year-to-year fluctuations of population sinks.
- Pumas have the capacity to recover from large reductions in population size once causes for decline are remedied (Lindzey et al. 1992, Logan and Sweanor 2001) or to repopulate an area from a few individuals (Jenks 2018).

As the population increased to its current level, panthers began re-occupying habitats where they had been absent and these areas are more prone to development (i.e., habitat loss) and human-panther conflicts. More panthers have been killed illegally and others are found with evidence of old gunshot injuries. Depredations on pets, hobby livestock and cattle have increased as panther numbers increased and these events may erode panther tolerance over time. Although there is no evidence to show that these threats are reducing panther resiliency today, changes in public attitudes and agency management approaches to these issues may impact future resiliency.

### 6.6.2    Current Redundancy

Redundancy describes the panther's ability to withstand catastrophic events, which is related to the number, distribution, and resilience of populations. Redundancy spreads risks among multiple populations (or subpopulations) and ensures that the loss of a single population (or subpopulation) does not lead to the loss of representation. A sufficiently widespread single population may achieve the same result as multiple populations by reducing the likelihood that the entire population is affected simultaneously by a catastrophic event. Furthermore, the more diverse and widespread that the population is, the more likely it is that the panther's adaptive diversity will be preserved. Having multiple panther subpopulations would help preserve the breadth of adaptive diversity, and hence, the evolutionary flexibility of the panther. Given sufficient redundancy, single or multiple catastrophic events are unlikely to cause the panther's extinction. Thus, the greater redundancy a panther has, the more viable it will be.

Panthers are currently distributed from the extreme southern portions of the peninsula into Central Florida up to Interstate 4 (I-4) and occasionally further north, but these panthers are typically dispersing males from the core breeding population in South Florida. Panthers currently exist as a single breeding population located in South Florida and most reproduction occurs south of the Caloosahatchee River on >9000 km$^2$ of habitat. This widespread distribution, coupled with the solitary nature of panthers with limited interactions among conspecifics, has the potential to reduce the impact of catastrophic events that may occur (e.g, disease outbreaks and major weather events). Panthers exist in a source-sink population configuration and all these features indicate that panthers are redundant enough to withstand catastrophic events.

### 6.6.3    Current Representation

Representation describes the panther's ability to adapt to changing environmental conditions and is characterized by the breadth of genetic and ecological diversity within and among populations. The greater this adaptive diversity the more viable the panther will be. Maintaining adaptive diversity includes conserving both the panther's ecological and genetic diversity. Ecological diversity is the physiological, ecological, and behavioral variation exhibited by a species across its range. Genetic diversity is the number and frequency of unique alleles within and among populations. By maintaining

these two sources of adaptive diversity across a species' range, the responsiveness and adaptability of the panther over time is preserved, which increases overall viability.  Representation is therefore measured by the breadth of genetic diversity and ecological diversity within and among populations.  Representation is considered a proxy for the adaptive capacity of the species over time.  Panther representation is probably higher than it has been for well over a century given the rise in panther numbers, the ability of male panthers to disperse widely, the documented expansion of female distribution over time and a genetic management strategy to ensure population genetic health.

### 6.6.4    Current Resistance

Resistance describes the sociological pressures that are exerted either on the species (i.e., human unwillingness to accept panthers leading to direct persecution) or on the management of the species (i.e. varying degrees of support for translocations or population re-establishment).  There is a range of resistance among different stakeholders because of the "mixture of tolerance of problems and desires for benefits from wildlife" that constitute Wildlife Stakeholder Acceptance Capacities (WSAC; Carpenter et al. 2000:6).  Resistance is more of a qualitative rather than a quantitative measure.  It can range from low resistance where people desire to see more panthers on the landscape to high resistance where people do not want them near their homes or livestock operations.

Panther resistance takes on different forms throughout Florida based on the current distribution of panthers.  Most panthers occur south of the Caloosahatchee River and they have been present there since well before pre-Columbian times.  People accept that panthers are present south of the river and that helps to reduce resistance.  In GGE, Collier County, some residents express concerns about living with panthers, particularly those that have experienced depredations, but a greater number of residents had positive views of panthers (Rodgers and Pienaar 2017).  Ranchers are concerned with the economic losses inflicted by panther depredations on calves and these concerns elevate resistance (Kreye et al. 2017*b*).  This resistance could be lowered if the USDA Farm Service Agency's Livestock Indemnity Program would be more widely and easily applied in Florida to compensate ranchers for these losses.  Resistance is also lowered because of outreach efforts and the fact that panther stories, both positive and negative, are regular items in local media.  These public relations efforts reinforce the fact that panthers are part of the South Florida landscape.  There is also an acceptance by private landowners that a regulatory framework is in place to help assure compliance with the ESA if changes in land use are proposed.  This acceptance also helps to reduce resistance because it is viewed as a cost of doing business in South Florida.

In Central Florida, from the Caloosahatchee River north to I-4, there is a recognized panther presence but they exist at very low densities.  These low densities contribute to lower panther resistance because the probabilities of people experiencing negative interactions or economic losses are much lower than for people south of the river.

Evidence of panther presence is sparse to non-existent in Florida north of the I-4 corridor and extending into the panhandle.  As a result of having few to no panthers, current resistance to this degree of presence is very low.  However, translocation studies conducted in 1988–1989 and 1993–1995 (Belden and Hagedorn 1993, Belden and McCown 1996) demonstrated that the capacity for increased resistance to panthers on the landscape among some stakeholders persist, in spite of the absence of large carnivores on the landscape for multiple generations (Figure 6.42).

The Third Revision of the Florida Panther Recovery Plan (USFWS 2008) established a recovery strategy of expanding the South Florida panther population and reintroducing at least two additional viable populations within the historic range of the Florida panther, an area identified in the Plan as including the southeast states from Arkansas eastward through South Carolina.  In response to the 2006 Federal Register notice (71 FR 5066) soliciting public comment on the draft version of the Plan, the USFWS received official statements from state wildlife agencies expressing concerns, and in some cases opposition (e.g., Arkansas Game and Fish Commission), to the reintroduction of panthers outside of Florida and the potential reintroduction sites in the southeast identified by Thatcher et al. (2013; see Chapter 6.3.5) and included in the Plan, especially in light of the unresolved questions on taxonomy and the subjective delineation of the historic range boundaries of the federally-listed subspecies (Appendix C).  The Director of the Missouri Department of Conservation expressed support of the conservation goal of recovering the species in Florida but opposed any release of Florida panthers in Arkansas given the likelihood of reintroduced panthers and their offspring moving into Missouri via the shared Ozark Mountain range.  The Missouri Department of Conservation also opposed the Plan as drafted and any future reintroduction programs due to the unresolved taxonomic classification and the arbitrary nature of the historic range delineations.



Figure 6.42. A reproduction of a cartoon illustrating the concept of "Resistance" originally published in the Gainesville Sun on August 10, 1996 in response to the North Florida Panther Reintroduction Study. Cartoon was re-drawn by the original artist Jake Fuller, a fifth-generation Floridian, as a courtesy to U.S. Fish and Wildlife Service and the Florida Fish and Wildlife Conservation Commission for use in the Florida Panther Species Status Assessment.

## CHAPTER 7    FUTURE CONDITION OF THE FLORIDA PANTHER

### 7.1    POPULATION VIABILITY ANALYSIS

- Population viability analyses (PVA) have the potential to inform conservation planning for the Florida panther.
- PVA models can assist with: assessing population growth rate ($\lambda$); quantifying the sensitivity and elasticity of $\lambda$ to varied demographic parameters; determining the probability of and time to extinction; and prioritizing future data collection programs.
- There have been six separate PVA models developed for Florida panthers since 1989.
- Shortcomings of early PVA modeling attempts including a reliance on expert opinion and too many arbitrary assumptions, among other issues.
- Suggestions of the Scientific Review Team in 2003 initiated a new round of PVA analyses that would attempt to improve on past modeling efforts.
- The efforts of Hostetler et al. (2013) and van de Kerk et al. (2019) utilized the long-term datasets collected on panthers to develop robust estimates of demographic parameters that would subsequently be used in PVA models.
- The matrix based PVA model of Hostetler et al. (2013) utilized data collected from 1981–2006.
- This model revealed a population growth rates ($\lambda$) indicative of a growing population; $\lambda$ was most sensitive to estimates of survival, especially kittens; and the probability of quasi-extinction was 7.2 percent.
- Several hypothetical scenarios were assessed regarding genetic restoration in 1995 and projected population growth rates with and without the addition of Texas pumas.
- The probability of quasi-extinction from 1995–2010 was 9.8 percent for an admixed population but increased to 44.5 percent if the population was solely comprised of canonical panthers (no genetic restoration).
- The van de Kerk et al. (2019) PVA model followed up on the work for Hostetler et al. (2013) and included data from 1981–2013.
- Analytical techniques of van de Kerk et al. (2019) were similar in many respects with Hostetler et al. (2013).  Additional analyses involved the implementation of an individually based PVA model (IBM) as well as assessing varied genetic introgression management scenarios for effectiveness and cost.
- This model revealed $\lambda$ indicative of a growing population; $\lambda$ was most sensitive to estimates of survival, especially kittens; the probability of quasi-extinction was 1.4 percent.
- The probability of quasi-extinction was substantially higher when incorporating the impacts of genetic erosion 17 percent.
- Assessing varied introgression scenarios via the introduction of western pumas into the Florida population that accounted for genetic improvements and cost revealed that releasing 5 pumas every 20–40 years would help decrease the probability of quasi-extinction by 26–42 percent in the future.
- While the panther population in South Florida is noted as being viable for the next 100 years under current conditions, the impact of genetic erosions substantially reduces said viability if genetic introgression in not implemented on a periodic basis.

Population viability analyses (PVA) are analytical techniques that have the potential to inform conservation planning for threatened and endangered species by identifying threats to and projecting the probability of persistence of a population into the future (Shaffer 1983, Gilpin and Soulé 1986, Boyce 1992). The PVA framework is capable of providing estimates of the population growth rate ($\lambda$), and information on sensitivity and elasticity of $\lambda$; this information can in turn be used for prioritizing future data collection initiatives to ensure the most informative data are available for subsequent PVA modeling efforts. These analyses inherently have varied assumptions that can include demographic and environmental stochasticity as well as density dependence, among others. Given these factors, it's evident how PVA can play an important role in many projects assessing the potential of recovery for species protected under the ESA, including red wolves, Mexican wolves, gray wolves, and Florida panthers.

As with many analytical techniques available to wildlife researchers, the types of PVA models applied to endangered species have evolved over the years. This is certainly the case when we review the history of this analytical technique as applied to the Florida panther. Since 1989, there have been six different attempts at developing PVA models using varied sources of panther demographic and genetic data (Seal and Lacy 1989, Captive Breeding Specialist Group 1992, Maehr et al. 2002a, Root 2004, Hostetler et al. 2013, van de Kerk et al. 2019). All have attempted to use the best available data at the time. Some of the initial PVA models (Seal and Lacy 1989, Captive Breeding Specialist Group 1992, Maehr et al. 2002*a*, Root 2004) have subsequently been criticized as having relied on expert opinion or consensus to settle on demographic parameter values used in the modeling or that they required too many arbitrary assumptions and lacked sufficient sensitivity analyses (Beier et al. 2003, Beier et al. 2006). Additionally, early attempts at PVA modeling for panthers relied on the use of canned software (e.g., RAMAS GIS, VORTEX) that often have limited flexibility and require large number of arbitrary assumptions. These latter issues were deemed as potentially problematic by an independent team of experts (Scientific Review Team [SRT]) commissioned by the USFWS and FWC to conduct an independent critical review of literature related to the ecology and management of the panther (Beier et al. 2003). This subsequently led to a renewed focus on re-initiating PVA analyses in 2006 that would consider lessons learned in previous attempts while also deriving robust estimates of varied demographic parameters to avoid the pitfalls of using consensus approaches or expert opinion.

Revised estimates of several demographic parameters that play an integral role in PVA modeling were necessary. These included assessments of: 1) adult, subadult and kitten survival; 2) cause-specific mortality; 3) female reproductive performance (e.g., annual probability of reproduction, average number of kittens produced per year); 4) genetic parameters such as ancestry (canonical, F1 admixed, backcrosses) and individual heterozygosity. Panther research has benefited from a continuous stream of data for >35 years and this has provided the necessary information to determine robust estimates of varied demographic parameters. Subsequently, peer-reviewed manuscripts have been published on survival rates (Hostetler et al. 2010, Benson et al. 2011, van de Kerk et al. 2019), female reproduction parameters (Hostetler et al. 2012, van de Kerk et al. 2019) and genetic variables (Johnson et al. 2010, van de Kerk et al. 2019). These estimates have then been incorporated into the most recent PVA modeling efforts (Hostetler et al. 2013, van de Kerk et al. 2019) to avoid any reliance on demographic parameter values obtained by consensus or via expert opinion. Whereas the models of Hostetler et al. (2013) and van de Kerk et al. (2019) share similarities, they differ in: 1) the temporal breadth of data

that were analyzed; and 2) the type of PVA models that were applied.  Hostetler et al. (2013) applied a matrix-based PVA, which basically assumes that all members within a stage (e.g., age group) are affected equally by demographic variables specific to that stage.  The PVA models applied by van de Kerk et al. (2019) included both matrix-based and an individually based models (IBM), the latter of which allows for more complexity with regards to the incorporation of differences between individuals due to factors such as genetics as well as interactions between them.  The Hostetler et al. (2013) and van de Kerk et al. (2019) PVA models did not take into account:  large-scale habitat loss or other detrimental anthropogenic activities (e.g., increased vehicle-related mortality due to highway expansion), climate change, probability of natural immigration, or catastrophes.

### 7.1.1    Hostetler et al. (2013) PVA

The groundwork laid to initiate the PVA modeling of Hostetler et al. (2013; hereafter labeled as Hostetler et al. PVA) was directly related to comments provided by the SRT (Beier et al. 2003).  The aforementioned shortcomings of early PVA attempts resulted in a renewed effort to obtain robust estimates of multiple demographic parameters using data collected from 1981–2006.  To determine the best analytical techniques to apply to these data for demographic parameters and PVA modeling, FWC organized a two-day workshop in 2007 that involved agency panther biologists as well as academic quantitative ecologists and geneticists.  Besides allowing for development of collaborative relationships, this workshop provided researchers that were leading the analysis a variety of different perspectives from some of the top researchers in the fields of demographic analyses and PVA modeling.  In the ensuing 6 years, the collaboration of FWC and NPS staff with University of Florida researchers led to the publication of three manuscripts that provided comprehensive estimates of demographic parameters that would play integral roles in the Hostetler et al. PVA (Hostetler et al. 2010, Benson et al. 2011, Hostetler et al. 2012).

The main objectives of the Hostetler et al. PVA project were to assess the impacts of genetic restoration on population dynamics and persistence.  This analysis had the potential to provide additional support to the work of Johnson et al. (2010) in terms of how genetic restoration played an integral role in the improvements observed in the population since the release of the Texas pumas in 1995.  Specifically, the main goals of the Hostetler et al. PVA were:

1.  Estimate λ and probability of extinction.
2.  Perform elasticity and sensitivity analyses of λ and measures of population persistence to vital demographic parameters.
3.  Estimate λ for a hypothetical population comprised solely of canonical panthers.
4.  Assess the observed difference in λ between the overall population (admixed and canonical) and solely the canonical population.
5.  Assess λ and probability of extinction with and without genetic restoration scenarios.

Estimates of λ, sensitivity analyses, and probability of extinction for current population

The population growth rate (λ) estimates for the Florida panther were all >1, whether deterministic (1.04, 95% CI 0.95–1.14; no stochasticity incorporated) or stochastic (1.03, 0.95–1.11), which substantiated that the panther population was growing at an annual rate of 3–4 percent in the post-genetic restoration era (Hostetler et al. 2013).  These results correlate well with minimum count data

from 1995–2008, that also indicated a steady increase in the population during that period (McBride et al. 2008). Estimates of λ were shown to be most sensitive to changes in survival rates of prime adults, subadults, and kittens. These sensitivity analyses highlight the importance of continuing to collect those survivorship data to effectively monitor recovery of the Florida panther. The probabilities of extinction (population size $N < 1$) and quasi-extinction (selected as $N_{crit} = 10$ as this was proximal to the minimum size when the population was at its nadir [Nowak and McBride 1975, Culver et al. 2008]) within the next 100 years were 5.7 percent (0–45.8) and 7.2 percent (0–60.6), respectively (Hostetler et al. 2013). These probabilities of extinction were most sensitive to the mean and variance of kitten survival. In combination, these results substantiate that the imminent extinction of the panther had been forestalled by genetic restoration implemented in 1995.

Estimates of λ, sensitivity analyses, and probability of extinction for scenarios involving a hypothetical canonical panther population

To further assess the impact of genetic restoration, the Hostetler et al. PVA conducted a series of analyses using estimates of demographic parameters that were specific to canonical Florida panthers. The estimates of the deterministic $λ^{(c)}$ for a hypothetical population that would be comprised solely of canonical Florida panthers in 1995 was 0.95 (0.83–1.08), demonstrating that without genetic restoration, the population would have declined at a rate of 5 percent per year (Hostetler et al. 2013). The difference of 0.1 between λ and $λ^{(c)}$ was shown to be mainly due to kitten survival probability being lower in canonical panthers.

Extinction probabilities ($N < 1$ panther) for a starting population size of 26 panthers (minimum count of population in 1995 inclusive of 8 Texas female puma released that year) for a period from 1995 to 2010 was 0.4 percent (0–1.5) and 6.9 percent (0.1–28.5) for the overall population (comprised of admixed and canonical panthers) and a hypothetical population comprised solely of canonical panthers, respectively. These values substantially increased when assessed as the probability of quasi-extinction ($N_{crit} = 10$ panthers) for the same period-of-time: 9.8 percent (0.2–33.2) overall population; 44.5 percent (3.2–94.4) hypothetical canonical population (Hostetler et al. 2013). These hypothetical modeling scenarios help to further substantiate how improved demographic performance associated with genetic restoration had a substantial impact on increasing the probability of recovery for the Florida panther.

### 7.1.2    van de Kerk et al. (2019) PVA

The compendium of papers associated with the Hostetler et al. PVA ultimately led to additional ideas on how to model the viability of the panther population. The PVA modeling of van de Kerk et al. (2019; hereafter labeled as van de Kerk et al. PVA) was initiated in 2012. The van de Kerk PVA built on the work of Hostetler et al. (2013) via an update of some key demographic parameters that were utilized in the Hostetler et al. PVA (1981–2008) using additional field data collected 2009–2013. These updated demographic parameters would then be incorporated into both matrix and individual-based PVA models, the latter providing an opportunity to assess the impact of genetics on population viability at both the individual and population level. Lastly, this project proposed to assess the implementation of varied genetic management scenarios on the future persistence of the panther population using individual-based population models, the results of which can provide managers with a conservation roadmap moving forward.

While van de Kerk et al. (2019) focuses on additional objectives besides a PVA, herein, we focus solely on analyses directly related to the PVA. Specifically, the objectives for the van de Kerk et al. PVA were:

1. Derive deterministic and stochastic annual population growth rates (λ) for the panther population using matrix-based population models applied to panther demographic data collected from 1981–2013.
2. Assess sensitivity and elasticity of λ to changes in the rates of varied demographic parameters.
3. Calculate probabilities of quasi-extinction using both matrix and individually based population models.
4. Estimate the benefits and costs of varied future genetic management scenarios on the panther population.

Annual population growth rates, sensitivity analyses and probabilities of quasi-extinction

The matrix population model deterministic and stochastic λ were 1.06 (0.99–1.14) and 1.04 (0.72–1.41), respectively (van de Kerk et al. 2019). The fact that these values were both >1 indicates the data utilized in these models was collected during a period of population growth. Similar to what was observed in the Hostetler et al. PVA, population growth rates in the van de Kerk et al. PVA were most sensitive to changes in prime adult female and kitten survival rates.

Cumulative probabilities of quasi-extinction ($N_{crit}$ = 10 panthers) over the next 100 years assessed via the population estimates of McClintock et al. (2015) were 1.4 percent (0–0.8; 5th and 95th percentiles) and 1.3 percent (0–0.6) for the IBM and matrix model, respectively (Figure 7.1). These values are lower than the probability of quasi-extinction (7.2 percent) reported in the matrix population model of the Hostetler et al. PVA. Lower probabilities of quasi-extinction than those reported by Hostetler et al. (2013) for comparable scenarios are perhaps a consequence of the changes in estimates of abundance (McBride et al. 2008, McClintock et al. 2015), although pinpointing an exact cause is difficult.

van de Kerk et al. (2019) completed additional analyses on the probability of quasi-extinction by assessing the impacts of genetic erosion under a no-introgression scenario over the next 100 years. In those simulations, the probability of quasi-extinction over the next 100 years was substantially greater than models that incorporated periodic introgression. The probability of quasi-extinction increased to 13 percent (0–99) when utilizing the minimum count data of McBride et al. (2008) and 17 percent (0–100) when applying population estimates from McClintock et al. (2015). These results highlight the importance of incorporating genetics when analyzing the viability of small, isolated populations such as the Florida panther.

Benefits and costs of future genetic management scenarios

Genetic introgression is a management tool that has been repeatedly demonstrated as having played a critical role in averting the extinction of the Florida panther (Johnson et al. 2010, Onorato et al. 2010, Hostetler et al. 2010, van de Kerk et al. 2019). Nevertheless, even given the improvements to the population since 1995, panthers remain completely isolated from any other breeding population of pumas in North America. This lack of gene flow with conspecifics is expected to eventually impact the population in the future via the loss of genetic variation, genetic drift, an increase in the probability of inbreeding, and subsequent population decline. This scenario highlights the need to ask not whether genetic introgression will be needed in the future, but when and how will it be implemented.

The van de Kerk et al. PVA applied an IBM that accounted for individual genetics (e.g., heterozygosity levels) to determine fates of individuals while parameterizing this model using long-term demographic and genetic data. It assessed 13 different future genetic management scenarios based on either no genetic management or introducing 5, 10, and 15 female Texas pumas every 10, 20, 40, and 80 years. The incorporation of observed allele frequencies of individuals into the model allowed for the observation of how the population-level heterozygosity changed over time and how alternative strategies would affect heterozygosity.

Model results revealed that without any genetic management intervention in the future, the probability of quasi-extinction ($N_{crit} = 10$) in the next 100 years was 17 percent (0–100; Figure 7.2) when utilizing population size estimates from McClintock et al. (2015). From a cost-benefit perspective, the van de Kerk et al. PVA assessed varied genetic introgression scenarios to determine which may prove to be the most effective for benefiting the genetics of the population in the long-term and minimizing cost. The most expensive scenario tested was releasing 15 female pumas every 10 years for 100 years. This scenario reduced the probability of quasi-extinction by 63 percent to 73 percent, depending on the population size estimate used (McClintock et al. [2015] or McBride et al. [2008], respectively), at a cost of $1,200,000. Releasing 5 female pumas every 80 years was the least expensive scenario at $50,000, but reductions in the probability of quasi-extinction were minimal (5–10 percent). A less costly scenario that involved releasing 5 female puma every 20 years for 100 years would cost approximately $200,000 but would afford a 24–42 percent reduction in the probability of quasi-extinction (van de Kerk et al. 2019).

Cumulative probabilities of quasi-extinction ($N_{crit} = 10$ panthers) over the next 100 years assessed via the population estimates of McClintock et al. (2015) were 1.4 percent (0–0.8; 5th and 95th percentiles) and 1.3 percent (0–0.6) for the IBM and matrix model, respectively (Figure 7.1). These values are lower than the probability of quasi-extinction (7.2 percent) reported in the matrix population model of the Hostetler et al. PVA. Lower probabilities of quasi-extinction than those reported by Hostetler et al. (2013) for comparable scenarios are perhaps a consequence of the changes in estimates of abundance (McBride et al. 2008, McClintock et al. 2015), although pinpointing an exact cause is difficult.



Figure 7.1.  Mean Florida panther probabilities (%) of quasi-extinction (PQE) and population trajectories (N) under the motor vehicle mortality (MVM) scenario as predicted by the individually-based model (IBM) and matrix population model from 2014–2114.  These model projections did not take into account:  genetic erosion, future large-scale habitat loss or other detrimental anthropogenic activities (e.g., increased vehicle-related mortality due to highway expansion), climate change, probability of natural immigration, or catastrophes.  Orange circles represent values for PQE and N at 2040, 2070, and 2100, which correlate to the time periods assessed for near-, long-, and very long-term habitat loss projections assessed in Section 7.2.  Blue Circles represent estimates of PQE or N at 100 years (2114). Data presented were extracted with permission from Figure 11 in van de Kerk et al. (2019).



Figure 7.2  Average probability of quasi-extinction (PQE) of the Florida panther population within 100 years without genetic introgression (N; black diamond) and with each of the genetic management strategies for the minimum population count (MPC) and motor vehicle mortality (MVM) scenarios. Introgression strategies include releases of 5 (red square), 10 (blue circle), 15 (grey triangle) pumas from Texas, USA, at intervals of 10, 20, 40, or 80 years.  The critical threshold was 10 panthers.  Based on data collected in South Florida, USA, 1981–2013.  Data presented were extracted with permission from Figure 18 in van de Kerk et al. (2019).

### 7.1.3    PVA Summary

Results from the two most recent PVA models (Hostetler et al. [2013] and van de Kerk et al. [2019]) reveal that the South Florida population is viable for the next 100 years, although when the impacts of genetic erosion are considered, the population remains at risk, especially if genetic introgression initiatives are not implemented in the future.  These PVA models further substantiated that the panther population was growing ($\lambda > 1$) through 2013.  We caveat that with the population estimate results of McClintock et al. (2015) that show population growth may be slowing.  These models provided additional evidence as to the benefits that were accrued to the panther population via genetic introgression.  Without the implementation of that management initiative in 1995, the probability of quasi-extinction of the population would have been substantially higher.  From a management perspective, these PVA models have provided managers with a roadmap for prioritizing data collection and scheduling genetic management in the future.  The sensitivity of the PVA outputs to adult and kitten survival estimates highlight the need for the continued collection of those data to monitor progress towards recovery.  Lastly, while continued genetic monitoring may fine-tune decision-making as to when additional genetic introgression initiatives are implemented, these PVA models have indicated that the release of 5 female pumas every 20 years should assist in the maintenance of a viable population for the long-term.

### 7.2    LANDSCAPE-FACTORS PROJECTED TO IMPACT FUTURE POPULATIONS

- Approximately 14.9 million new residents are likely in Florida by 2070, and the population of Lee, Collier, and Hendry counties, the region of South Florida where most panthers occur, is projected to increase by 1.27 million new residents by 2070.
- The combined effects of future projections of land development and sea level rise will result in the loss of panther habitat, which could affect the viability of current and future panther populations.
- Assessments were made of near-term loss of panther habitats through 2040, long-term loss of habitat through 2070, and very long-term loss of habitat through 2100.
- Planned developments would result in the loss of 581 km² (6 percent) of Functional Zone panther habitats through 2040, with losses split roughly evenly between Zones A and B and with most losses occurring in the CREW area of southeastern Lee and northwestern Collier counties.
- A rise in sea level of 0.5 m by 2040 would result in the loss of 973 km² (11 percent) of Functional Zone habitats along the southern fringe of the Big Cypress and Long Pine Key regions.
- The combined effects of future developments and a SLR of 0.52 m have the potential to result in the loss of 1501 km2 (16.5 percent) of panther habitat in the Functional Zone by 2040.
- Future developments in South Florida have the potential to reduce the area and functionality of the Dispersal Zone, which would compromise the ability of panthers to disperse out of South Florida in the future.
- Models of future development in South Florida through 2070 indicate the loss of approximately 828 km² (9.1 percent) to 1541 km² (16.9 percent) of the Functional Zone with losses likely to be greater in Zone B than Zone A.

- A 1.0 m rise in sea levels by 2070 has the potential to result in the loss of 1639 km2 (18.0 percent) of the Functional Zone, and total area lost would be comparable between Zones A and B.
- Statewide models of future development in Florida through 2070 project the loss of approximately 1208 km$^2$ (3.7 percent) to 1789 km$^2$ (5.5 percent) of all areas mapped as potentially suitable panther habitat in Florida, depending on the amount of land placed into conservation.
- All but one patch (Okaloacoochee Slough) of potentially suitable panther habitat remaining by 2070 would be larger than the mean adult female home range size of 217 km$^2$, and Okaloacoochee Slough would only fall to 213–216 km$^2$, depending on growth model.
- Future developments through 2070 are likely to effectively isolate the Green Swamp and Withlacoochee regions, rendering them incapable of supporting panthers.
- Landscape linkages between the Bull Creek and St. Johns River South regions, between the Ocala National Forest and Osceola National Forest regions, between the Babcock-Fisheating Creek and Duette-West Hardee regions, and between the Duette-West Hardee and Avon Park regions are likely to be compromised by future developments without additional land conservation efforts.
- Sea levels could rise as much as 0.3 m to 2.5 m by 2100.
- Sea level rise models of 0.52 m, 1.04 m, 1.5 m, and 2.0 m were used to estimate possible loss of panther habitat through 2100.
- Occupied panther habitats in the Long Pine Key and Big Cypress regions are most susceptible to loss due to sea level rise.
- Potentially suitable panther habitats in the coastal areas of the Big Bend and Apalachicola National Forest regions are moderately susceptible to loss due to sea level rise.
- Smaller and inland patches of potentially suitable panther habitats are less likely to be affected by sea level rise than larger patches with coastal components.
- The combination of data projecting habitat loss and population viability over the next 50 years revealed that there is the potential for a smaller footprint of habitat in the Functional Zone to support what is currently considered a viable population of panthers.
- Continued expansion of the current population into Central Florida should further improve the prospects for a viable population through 2070.

In this section, we forecast the Florida panther's response to probable future scenarios of environmental conditions, specifically land development and sea level rise.  We analyze and describe anticipated future environmental conditions and project consequences on the panther's ability to sustain populations in the wild over time.  We have selected 3 time frames to evaluate the loss of panther habitat in the future:  1) near-term, or between now and 2040 in the occupied habitats of the Functional Zone of South Florida; 2) long-term, or between now and 2070 in the occupied habitats of the Functional Zone and in potentially suitable patches of habitat throughout Florida; and 3) very-long term, which relates to potential effect of sea level rise on patches of suitable habitats in Florida through the year 2100.

### 7.2.1    Land Development Projections

**Future Population Growth:**  The human population of Florida is projected to increase from 18.8 million residents in 2010 to 33.7 million in 2070 based on medium growth projections (Carr and Zwick 2016).  Thus, an estimated 14.9 million new people will have to be accommodated by 2070.  Population change will not be evenly distributed.  Most of the new residents will be absorbed into central and South Florida.  The population of Lee, Collier, and Hendry counties where most of the occupied panther habitat occurs is expected to increase from 979,400 to 2,252,700 residents between 2010 and 2070, a projected increase of 1,273,300 residents (Carr and Zwick 2016).  Lee County is projected to add 932,200 new residents, Collier County 338,200 new residents, and Hendry County 2970 new residents.

**Future Developments in South Florida Through 2040:**  We assembled a spatially explicit GIS database of planned developments in South Florida to assess the potential impact of currently planned development projects on panther habitats in the Functional Zone, Primary Zone, and Dispersal Zone.  The Functional Zone takes priority in these calculations because it represents our current understanding of the distribution of the panther population.  The Primary Zone and Dispersal Zones were also included in these projections of future habitat loss because they are components of the Panther Focus Area used in regulatory reviews of impacts on panther habitats and because the Dispersal Zone, which is not specifically represented in the Functional Zone, was identified as the only effective landscape linkage capable of accommodating dispersal of panthers out of South Florida in the future.  There is no specific time horizon associated with the planned developments database.  Rather, most of these developments have been approved or are pending approval by local, regional, and state agencies and have a reasonable likelihood of being built at some time in the near future, which we take to be by the year 2040.  Some proposed developments in the assembled GIS database have been withdrawn by the applicant or denied by government agencies, but the possibility remains that site plans for projects in this category could be revised to obtain agency approvals or the properties could change ownership and new developments could be proposed for the same parcels of land in the future.  The planned developments database consisted of the following GIS layers:

- Developments of Regional Impact (DRI):  DRIs as of the first quarter of 2018 were downloaded from the Florida Geographic Data Library (FGDL) at the University of Florida.
- Planned Unit Developments (PUD):  PUDs as of the fourth quarter of 2009 were downloaded from FGDL.
- Lee County Planned Developments:  These projects were downloaded from the Lee County website on 31 August 2018.
- Collier County PUDs:  These projects were downloaded from the Collier County website on 1 September 2018.
- Rodina and King Ranch Sector Plans:  The proposed development areas for these two sector plans in Hendry County were digitized from documents downloaded from the Hendry County website.
- North Belle Meade Receiving Lands:  The boundaries of Transfer of Development Rights (TDR) receiving lands were extracted from the Collier County Future Land Use map downloaded from the Collier County website.
- East Collier Rural Lands Stewardship Area (RLSA):  RLSA categories not considered for future protection were extracted from the RLSA data layer and presumed to be available for future development.

These data layers were merged to create a single GIS data layer of future developments likely to be constructed in South Florida through the year 2040.  Although the Florida growth models of Zwick and Carr (2006) included a projection of impacts of human developments as of 2040, these models were not suitable for application to this project due to the different methodology employed (P. Zwick personal communication).

**Future Developments Statewide in Florida through 2070:**  We used the growth models of Carr and Zwick (2016) to predict long-term impacts of future development on core and supporting patches of panther habitat statewide in Florida through the year 2070.  Carr and Zwick (2016) modeled the locations of future growth and development in Florida from 2010 (i.e., the baseline year) through 2070 using a variety of GIS data layers, including census data, gross development density, suitability of landscapes for development, proximity to roads, and proximity to water.  Their models addressed two development scenarios for accommodating 14.9 million new residents by 2070.  The Trend 2070 model distributed the locations of future population growth assuming that current development patterns would continue through 2070 without further protection of conservation lands.  The Alternative 2070 model distributed future growth by allowing for a 20-percent increase in urban density, purchase of all lands on the 2015 Florida Forever acquisition list, protection of Priorities 1 and 2 of the FEGN data layer (Oetting et al. 2016), and preclusion of development on irrigated agricultural lands on good soils.  We presume that the Alternative 2070 model reflects the potential for future conservation efforts to protect panther habitats.  For both the Trend and Alternative models, areas of Florida likely to accommodate new residents were distributed geographically based on the following suitability criteria:  1) proximity to existing urban areas; 2) presence/absence of wetlands; 3) road density; 4) proximity to coastline; 5) approved DRIs or Sector Plans; 6) proximity to major roads; 7) city/town influence; and 8) proximity to open water.

### 7.2.2    Sea Level Rise Projections

Global mean sea levels have risen approximately 0.2 m since 1880; the rate of sea level rise (SLR) has roughly doubled in the last 20 years; and, in 2014, it was reported that SLR was expected to increase another 0.3 to 1.2 m by 2100 (Melillo et al. 2014).  However, the most recent projections of SLR by 2100 from U.S. National Oceanic and Atmospheric Administration (NOAA) are for an increase between 0.3 m to an "extreme" possibility of a 2.5 m globally SLR by 2100 (Sweet et al. 2017).  Florida is extremely susceptible to the effects of SLR caused by climate change due to a combination of low land elevations, a high-water table, peninsular geography, vulnerability to tropical storms, and a large and growing human population that is mainly concentrated near the coasts (Noss et al. 2014).  Intermediate, intermediate-high, and extreme SLR scenarios of 1.0 m, 1.5 m, and 2.5 m, respectively, were thought to be reasonably possible at Virginia Key, an island in Biscayne Bay near Miami, Florida.  These scenarios were used to assess risk of flooding at Virginia Key through 2100 (Sweet et al. 2017).

Noss et al. (2014) used a Digital Elevation Model (DEM) of Florida topography to identify areas of Florida that would be inundated by a rise in sea levels of 0.52 m, 1.04 m, 1.5 m, and 2.0 m by the year 2100 (Figure 7.3).  These SLR models were used to assess the potential for loss of panther habitat in the Functional Zone, Primary Zone, and Dispersal Zone in South Florida and in our models of Core and Supporting Habitat Regions of suitable panther habitats (Figure 6.20 and Figure 6.21).

We also developed models to calculate the potential for panther habitat loss due to the combined effects of future development and SLR under three time frames.  Sweat et al. (2017) indicated that sea

levels around Florida could rise by as much as 0.5 m by the year 2040 and by as much as 1.0 m by the year 2070.  Therefore, we combined our GIS database of future developments in South Florida to the Noss et al. (2014) SLR model for 0.52 m, and we used the resulting data layer to estimate the loss of panther habitat in South Florida through 2040 due to the dual effects of future land development and SLR.  Similarly, we added the Noss et al. (2014) model of 1.0 m SLR to the Carr and Zwick (2016) Trend and Alternative models and used the resulting data layers to calculate the combined effects of future land development and SLR through the year 2070 on our models of Core and Supporting regions of panther habitat statewide.  Finally, we used the Noss et al. (2014) models to calculate the potential loss of Core and Supporting patches of panther habitat statewide in Florida through the year 2100.



Figure 7.3.  Projections of sea level rise in Florida through 2100 (Noss et al. 2014).

### 7.2.3    Near-Term (2040) Impacts of Habitat Loss in South Florida

Planned developments have the potential to result in the loss of 581 km$^2$ (6.4 percent) of panther habitat in the Functional Zone (i.e., 265 km$^2$ of Zone A and 316 km$^2$ of Zone B) by the year 2040 (Table 7.1).  Slightly more than half of that loss would occur in Zone B (Table 7.1).  Planned developments are most likely to impact panther habitats in southeastern Lee County and northwestern Collier County (Figure 7.4).  These data indicate that there is a high likelihood that the occupied panther habitats of the CREW region will become more isolated and that the existing landscape linkage between CREW region and Big Cypress along Camp Keais Strand may become compromised.  Future developments also are likely to affect small areas of Zone B panther habitats on private property along the eastern edge of the Everglades, indicating a further reduction in the capacity of habitats in ENP to support panthers (Figure 7.4).  However, the conservation of all lands on the 2015 Florida Forever list and all areas within Priorities 1 and 2 of the FEGN (Oetting et al. 2016) have the potential to dramatically reduce the loss of panther habitat to future development by the year 2040 (Table 7.1).  Conservation of these lands would result in the loss of only 175 km$^2$ (1.9 percent) of panther habitat in the Functional Zone to future development.

A rise in sea levels of 0.52 m by 2040 has the potential to result in the loss of 973 km$^2$ (10.7 percent) of panther habitat in the Functional Zone (i.e., 370 km$^2$ of Zone A and 603 km$^2$ of Zone B) by the year 2040 (Table 7.1).  This loss would occur along the southern fringes of the Big Cypress and Long Pine Key regions (Figure 7.4).  The only area of overlap between future developments and a SLR of 0.52 m would occur in approximately 18 km$^2$ in the southwest corner of the Functional Zone south of US 41.  The combined effects of future developments and a SLR of 0.52 m have the potential to result in the loss of 1501 km$^2$ (16.5 percent) of panther habitat in the Functional Zone by 2040 (Table 7.1).

Planned developments are projected to result in the loss of 312 km$^2$ (3.4 percent) of panther habitats in the Primary Zone and 6 km$^2$ (5.2 percent) in the Dispersal Zone by 2040 (Table 7.1).  However, a sea level rise of 0.52 m by 2040 would result in the loss of 1313 km$^2$ (14.3 percent) of the Primary Zone, most of which is along the southern fringes of the Primary Zone (Figure 7.5).  There is very little overlap between planned developments and a SLR of 0.52 m.  The combined area of panther habitat loss due to future developments and SLR by 2040 was calculated to be 1602 km$^2$ (17.4 percent) of the Primary Zone.

The State of Florida has a strong commitment to the protection and restoration of its natural resources and this commitment has been exemplified through programs like Preservation 2000 and its successor, Florida Forever.  Together, these programs protected 2.5 million acres of environmentally-sensitive lands, many of which are used by Florida panthers.  In 2014, Florida voters approved Amendment 1 – Water and Land Conservation with a 75 percent majority.  This amendment was intended to dedicate funds over a 20-year period to acquire, restore, improve and manage conservation lands.  Projected revenues were estimated to total $1.2 billion by the 20th year.  However, the amendment has yet to be fully implemented and there is no assurance for future funding of the Florida Forever program.  The conservation of all lands on the 2015 Florida Forever list and all areas within Priorities 1 and 2 of the FEGN (Oetting et al. 2016) have the potential to dramatically reduce the loss of panther habitat to future development in the Primary Zone by the year 2040 (Table 7.1).  Conservation of these lands would result in the loss of only 30 km$^2$ (0.3 percent) of panther habitat in the Primary Zone to future development.

Table 7.1. Calculations of future loss of panther habitat regions in South Florida in the near term (i.e., through the year 2040) due to planned developments (i.e., DRIs, PUDs, East Collier RLSA, Sector Plans, Lee County Planned Developments, and North Belle Meade TDR receiving lands), sea level rise of 0.5 m, and assuming protection of lands planned for development that were on the State's Florida Forever (FF) acquisition list as of September 2018 and Priority 1 and 2 linkages of the Florida Ecological Greenways Network (FEGN) (Oetting et al. 2016).

| | | Habitat Loss Near Term 2040 | | | | | | | |
| | | Total Area | Planned Developments[4] | | Sea Level Rise 0.5 m | | Developments and Sea Level Rise Combined | | Developed Area After Protection of FF and FEGN | |
| Region | | km² | km² | % | km² | % | km² | % | km² | % |
|---|---|---|---|---|---|---|---|---|---|---|
| South Florida RFP Model | | 5579 | 213 | 3.8 | 341 | 6.1 | 538 | 8.3 | 19 | 0.3 |
| Functional Zone | | 9094 | 581 | 6.4 | 973 | 10.7 | 1501 | 16.5 | 175 | 1.9 |
| | Zone A | 6103 | 265 | 4.3 | 370 | 6.1 | 617 | 9.0 | 24 | 0.4 |
| | Zone B | 2991 | 316 | 10.6 | 603 | 20.2 | 884 | 20.4 | 151 | 5.2 |
| Primary Zone | | 9189 | 312 | 3.4 | 1313 | 14.3 | 1602 | 11.3 | 30 | 0.3 |
| Dispersal Zone | | 113 | 6 | 5.2 | 1 | 0.5 | 6 | 9.4 | 0 | 0.0 |

---

[4]

- Developments of Regional Impact (DRI):  DRIs as of the first quarter of 2018 were downloaded from the Florida Geographic Data Library (FGDL) at the University of Florida.
- Planned Unit Developments (PUD):  PUDs as of the fourth quarter of 2009 were downloaded from FGDL.
- Lee County Planned Developments:  These projects were downloaded from the Lee County website on 31 August 2018.
- Collier County PUDs:  These projects were downloaded from the Collier County website on 1 September 2018.
- Rodina and King Ranch Sector Plans:  The proposed development areas for these two sector plans in Hendry County were digitized from documents downloaded from the Hendry County website.
- North Belle Meade Receiving Lands:  The boundaries of Transfer of Development Rights (TDR) receiving lands were extracted from the Collier County Future Land Use map downloaded from the Collier County website.
- East Collier Rural Lands Stewardship Area (RLSA):  RLSA categories not considered for future protection were extracted from the RLSA data layer and presumed to be available for future development.



Figure 7.4. Planned developments (DRI, PUD, RLSA, North Belle Meade receiving lands, Sector Plans) and 0.52 m sea level rise projected through 2040 in relation to the Florida panther Functional Zone in South Florida.



Figure 7.5.  Planned developments (DRI, PUD, RLSA, North Belle Meade receiving lands, Sector Plans) and 0.52 m sea level rise projected through 2040 in relation to Florida panther Primary and Dispersal Zones (Kautz et al. 2006) in South Florida.

#### 7.2.4    Long-Term (2070) Impacts of Habitat Loss Statewide in Florida

**Habitat Loss Through 2070**

To assess the potential long-term (2070) impact of future habitat loss, we first overlaid the Trend 2070 and Alternative 2070 growth models (Carr and Zwick 2016) on the Functional Zone, Primary Zone, and Dispersal Zone of South Florida and calculated the projected area lost in each habitat region (Table 7.2). As in the near-term (2040) habitat loss assessment, the Functional Zone takes priority in these calculations because it represents our current understanding of the distribution of the panther population.  The Primary Zone and Dispersal Zones were also included in these projections of future habitat loss because they are components of the Panther Focus Area used in regulatory reviews of impacts on panther habitats and because the Dispersal Zone, which is not specifically represented in the Functional Zone, was identified as the only effective landscape linkage capable of accommodating dispersal of panthers out of South Florida in the future.  In addition, we estimate the potential loss of habitat in the aforementioned South Florida habitat regions due to a 1.0 m rise in sea levels by 2070, and we calculated the combined effects of future development and sea level rise on the area of panther habitat in each region.

For all long-term (2070) habitat loss projections on the Functional Zone, the projected impacts on Zone B were greater than the impacts on Zone A (Table 7.2).  The Trend 2070 growth model would result in the loss of approximately 1541 km$^2$ (16.9 percent) of the Functional Zone (Table 7.2), with a greater percentage of loss occurring in Zone B (991 km$^2$ [33.1 percent]) compared to the losses in Zone A (550 km$^2$ [9.0 percent]).  The Alternative 2070 growth model would result in the loss of approximately 828 km$^2$ (9.1 percent) of the Functional Zone, with a greater percentage loss occurring in the Zone B (647 km$^2$ [21.6 percent]) compared to the losses in Zone A (181 km$^2$ [3.0 percent]).  A rise in sea levels of 1.0 m by 2070 would result in the loss of approximately 1639 km$^2$ (18.0 percent) of the Functional Zone. Although the total area of loss in Zones A and B would be comparable, the proportional effect on Zone B would be greater (27.6 percent) than the effect on Zone A (13.3 percent).  The combined effects of land development and a 1.0 m rise in sea level by 2070 would result in the greatest habitat loss under both the Trend and Alternative 2070 growth models (Table 7.2), with higher percentage of loss occurring in Zone B relative to Zone A in both scenarios.

The Trend 2070 model also predicts a greater impact on the panther habitats of the Primary and Dispersal Zones than the Alternative 2070 model (Table 7.2).  The Trend 2070 model would result in the loss of approximately 644 km$^2$ (7.0 percent) of the Primary Zone and 38 km$^2$ (33.8 percent) of the Dispersal Zone.  Comparatively, the Alternative 2070 model would result in a loss of approximately 279 km$^2$ of the Primary Zone and 7 km$^2$ (6.4 percent) of the Dispersal Zone.  A 1.0 m rise in sea levels by 2070 would have greater impacts on the Primary Zone than land development alone.  A 1.0 m SLR would result in the loss of approximately 2111 km$^2$ (23.0 percent) of the Primary Zone and <1 km$^2$ (0.2 percent) of the Dispersal Zone.  The combined effects of land development and a 1.0 rise in sea levels by 2070 would result in the loss of approximately 2650 km$^2$ (28.8 percent) of the Primary Zone under the Trend 2070 growth model compared to the loss of approximately 2297 km$^2$ (25.0 percent) under the Alternative 2070 model.  The combined effects of land development and SLR in the Dispersal Zone would be comparable to the effects of land development alone due to the inland location of the Dispersal Zone.

To assess the potential long-term (2070) impact of future development on panther habitats statewide, we overlaid the Trend 2070 and Alternative 2070 models on our models of Core and Supporting Region Habitat Regions (Figure 7.6 and Figure 7.7) and calculated the area lost in each patch for the two development scenarios.  In addition, we estimated the potential loss of panther habitat in each patch due to a 1.0 m rise in sea levels by 2070, and we calculated the combined effects of future development and sea level rise on the area of panther habitat in each patch (Figure 7.8 and Figure 7.9).

Overall, the Trend 2070 model would result in the loss of approximately 5189 km$^2$ (9.6 percent) of all areas mapped as potentially suitable panther habitat, whereas the Alternative 2070 model would result in a loss of 3292 km$^2$ (6.1 percent) of habitat overall (Table 7.3).  The Trend 2070 model predicts that approximately 84 km$^2$ (2.6 percent) of the Big Cypress Core Region of occupied panther habitat would be lost to future development, but only 50 km$^2$ (1.6 percent) would be lost under the Alternative 2070 model.  Core Habitat Regions that would be expected to experience the greatest habitat loss under the Trend 2070 model were St. Johns River North (283 km$^2$ [54.1 percent]), Farmton (174 km$^2$ [41.5 percent]), Big Bend (165 km$^2$ [2.3 percent]), Eglin Air Force Base (145 km$^2$ [5.3 percent]), St. Johns River South (145 km$^2$ [20.2 percent]), and Deseret Ranch (143 km$^2$ [42.8 percent]).  Core Habitat Regions that would experience the greatest amount of loss under the Alternative 2070 model were St. Johns North (231 km$^2$ [44.1 percent]), Farmton (138 km$^2$ [32.9 percent]), Big Bend (125 km$^2$ [1.8 percent]), Eglin Air Force Base (118 km$^2$ [4.3 percent]), Nassau North (87 km$^2$ [27.4 percent]), and Deseret Ranch (71 km$^2$ [21.1 percent]).  In general, the amount of habitat loss projected by either the Trend 2070 model or the Alternative 2070 model probably would not significantly degrade the capacity of any of the regions in Table 7.3 to support panthers in the future on the basis of area alone as only one area, Okaloacoochee Slough, would fall below the threshold of 217 km$^2$ needed to support an adult female home range.  The impact of future growth on the Okaloacoochee Slough area would be marginal, declining to 213–216 km$^2$ depending on growth model, and the area remaining would be much larger than the smallest female home range of 48 km$^2$ recorded between 2004 and 2017.

Core and Supporting Habitat Regions that would experience the greatest amount of habitat loss under a projected 1.0 m rise in sea levels by 2070 include Big Bend (439 km$^2$ [6.3 percent]), Apalachicola National Forest (344 km$^2$ [5.5 percent]), Big Cypress (272 km$^2$ [8.5 percent]), and Long Pine Key in ENP (134 km$^2$ [56.8 percent]) (Table 7.3).  The only patch of panther habitat that would fall below the 217 km$^2$ mean home range of females would be Long Pine Key, which would be reduced to 102 km$^2$ following a 1.0 m rise in sea levels.

The combined effects of land development and a 1.0 m rise in sea levels by 2070 would result in a total decrease of 7183 km$^2$ (13.3 percent) and 5288 km$^2$ (9.8 percent) of Supporting Habitat Regions under the Trend 2070 and Alternative models, respectively (Table 7.3).  Those habitat patches with coastal components would be most affected by the combined effects of future land development and an SLR of 1.0 m by 2070 regardless of growth model.  Supporting Habitat Regions most affected the combined effects of development and SLR are North Florida, Osceola-Orange, Southwest Florida, Babcock-Fisheating Creek, Green Swamp, and Long Pine Key.  The Core Habitat Regions in North Florida projected to be most affected ty the combined effects of land development and a 1.0-m SLR are St. Johns River North, St. Johns River South, Farmton, and North Nassau (Table 7.3).  The only Supporting Habitat Regions that would fall below the mean female home range size of 217 km$^2$ would be Twelve Mile Swamp (167 km$^2$ remaining), Wauchula East (187 km$^2$ remaining), and Long Pine Key (101 km$^2$ remaining) under the Trend 2070 model.  However, the Alternative 2070 model indicates that only

Twelve Mile Swamp (191 km$^2$ remaining) and Long Pine Key (101 km$^2$ remaining) would fall below the female home range size threshold.  None of the patches would fall below the smallest home range size of 48 km$^2$ recorded for female panthers between 2004 and 2017.

Table 7.2.  Total area (km$^2$) of panther habitat lost in the South Florida RFP Model (Frakes et al. 2015), the Functional Zone of South Florida, and the Primary and Dispersal Zones (Kautz et al. 2006) based on the Carr and Zwick (2016) Trend 2070 and Alternative 2070 growth models and a sea level rise (SLR) of 1.0 m (Noss et al. 2014).

| Conservation Focus Areas | | Area km² | Long-Term (2070) Projected Habitat Loss in South Florida | | | | | | | | | |
| | | | Trend 2070 | | Alternative 2070 | | SLR 1.0 m | | Trend + SLR 1 m | | Alternative + SLR 1 m | |
| | | | km² | % | km² | % | km² | % | km² | % | km² | % |
| South Florida RFP Model | | 5579 | 461 | 8.3 | 176 | 3.2 | 731 | 13.1 | 1137 | 20.4 | 858 | 15.4 |
| Functional Zone | | 9094 | 1541 | 16.9 | 828 | 9.1 | 1639 | 18.0 | 2995 | 32.9 | 2314 | 25.4 |
| | Zone A | 6103 | 550 | 9.0 | 181 | 3.0 | 812 | 13.3 | 1301 | 21.3 | 940 | 15.4 |
| | Zone B | 2991 | 991 | 33.1 | 647 | 21.6 | 827 | 27.6 | 1694 | 56.6 | 1374 | 45.9 |
| Primary Zone | | 9189 | 644 | 7.0 | 279 | 3 | 2111 | 23.0 | 2650 | 28.8 | 2297 | 25.0 |
| Dispersal Zone | | 113 | 38 | 33.8 | 7 | 6.4 | 0 | 0.2 | 38 | 34.3 | 7 | 6.9 |



Figure 7.6. Areas of potentially suitable panther habitats (Probability of Presence > 0.315) in relation to future development in Florida through 2070 based the Carr and Zwick (2016) Trend growth model.



Figure 7.7. Areas of potentially suitable panther habitats (Probability of Presence > 0.315) in relation to future development in Florida through 2070 based the Carr and Zwick (2016) Alternative growth model.



Figure 7.8.  Areas of potentially suitable panther habitats (Probability of Presence > 0.315) in relation to future development and sea level rise of 1.0 m in Florida through 2070 based the Carr and Zwick (2016) Trend growth model.



Figure 7.9.  Areas of potentially suitable panther habitats (Probability of Presence > 0.315) in relation to future development and sea level rise of 1.0 m in Florida through 2070 based the Carr and Zwick (2016) Alternative growth model.

Table 7.3.  Total area (km$^2$) of panther habitat lost in the Supporting Habitat Regions (SHR) and Core Habitat Regions (CHR) of potentially suitable habitat in Florida based on the Carr and Zwick (2016) Trend 2070 and Alternative 2070 growth models and a sea level rise (SLR) of 1.0 m (Noss et al. 2014).

| | | Habitat Loss Long-Term 2070 | | | | | | | | | |
| | Area | Trend 2070 | | Alternative 2070 | | SLR 1.0 m | | Trend + SLR 1 m | | Alternative + SLR 1 m | |
| Conservation Focus Areas[5] | km² | km² | % | km² | % | km² | % | km² | % | km² | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Southwest Florida SHR | 5058 | 363 | 7.2 | 122 | 2.4 | 486 | 9.6 | 840 | 16.6 | 593 | 11.7 |
| Big Cypress CHR | 3219 | 84 | 2.6 | 50 | 1.6 | 272 | 8.5 | 354 | 11.0 | 317 | 9.8 |
| Okaloacoochee Slough CHR | 217 | 4 | 2.0 | 1 | 0.4 | 0 | 0.0 | 4 | 2.0 | 1 | 0.4 |
| North Florida SHR | 36,852 | 3097 | 8.4 | 2311 | 6.3 | 1392 | 3.8 | 4420 | 12.0 | 3642 | 9.9 |
| Big Bend CHR | 7004 | 165 | 2.3 | 125 | 1.8 | 439 | 6.3 | 594 | 8.5 | 557 | 8.0 |
| Apalachicola CHR | 6297 | 76 | 1.2 | 72 | 1.2 | 344 | 5.5 | 417 | 6.6 | 414 | 6.6 |
| Eglin Air Force Base CHR | 2725 | 145 | 5.3 | 118 | 4.3 | 71 | 2.6 | 215 | 7.9 | 188 | 6.9 |
| Osceola National Forest CHR | 2355 | 45 | 1.9 | 24 | 1.0 | 0 | 0.0 | 45 | 1.9 | 24 | 1.0 |
| Ocala National Forest CHR | 1307 | 41 | 3.1 | 19 | 1.4 | 55 | 4.2 | 93 | 7.1 | 70 | 5.4 |
| St. Johns River South CHR | 718 | 145 | 20.2 | 65 | 9.1 | 10 | 1.4 | 154 | 21.5 | 75 | 10.5 |
| St. Johns River North CHR | 524 | 283 | 54.1 | 231 | 44.1 | 4 | 0.8 | 286 | 54.5 | 234 | 44.6 |
| Camp Blanding CHR | 522 | 52 | 9.9 | 68 | 13.0 | 2 | 0.3 | 53 | 10.2 | 69 | 13.2 |
| Farmton CHR | 419 | 174 | 41.5 | 138 | 32.9 | 28 | 6.7 | 197 | 46.9 | 165 | 39.5 |
| North Nassau CHR | 317 | 100 | 31.6 | 87 | 27.4 | 14 | 4.4 | 112 | 35.3 | 99 | 31.2 |
| Blackwater State Forest CHR | 287 | 5 | 1.7 | 4 | 1.2 | 0 | 0.1 | 5 | 1.8 | 4 | 1.3 |
| Osceola-Orange SHR | 4292 | 738 | 17.2 | 418 | 9.7 | 1 | 0.0 | 739 | 17.2 | 419 | 9.8 |
| Bull Creek CHR | 500 | 39 | 7.9 | 39 | 7.8 | 0 | 0.0 | 39 | 7.9 | 39 | 7.8 |
| Deseret Ranch CHR | 335 | 143 | 42.8 | 71 | 21.1 | 0 | 0.0 | 143 | 42.8 | 71 | 21.1 |
| Avon Park-Osceola CHR | 309 | 7 | 2.3 | 1 | 0.3 | 0 | 0.0 | 7 | 2.3 | 1 | 0.3 |

[5] SHR and CHR were identified by applying the Region Group tool in the Spatial Analyst extension of ArcGIS Desktop 10.5.1 (ESRI, Redlands, CA) to the Statewide Random Forest Panther Model (USFWS unpublished data).  Total area of habitat lost in each SHR and CHR was determined by overlaying the Trend 2070, Alternative 2070, and SLR 1.0 m models on the panther habitat models and subtracting the areas lost from total patch area.  The Trend 2070 and Alternative 2070 models were then added to the SLR 1.0 m models, and the total area of habitat lost from each patch due to the combined effects of human population growth and SLR was calculated.

| Conservation Focus Areas[5] | | Area | Habitat Loss Long-Term 2070 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Trend 2070 | | Alternative 2070 | | SLR 1.0 m | | Trend + SLR 1 m | | Alternative + SLR 1 m | |
| | | km² | km² | % | km² | % | km² | % | km² | % | km² | % |
| Babcock-Fisheating Creek SHR | | 1634 | 320 | 19.6 | 62 | 3.8 | 2 | 0.1 | 320 | 19.6 | 63 | 3.8 |
| Green Swamp SHR | | 1395 | 205 | 14.7 | 38 | 2.7 | 0 | 0.0 | 205 | 14.7 | 38 | 2.7 |
| | Green Swamp CHR | 734 | 39 | 5.3 | 6 | 0.8 | 0 | 0.0 | 39 | 5.3 | 6 | 0.8 |
| Escambia SHR | | 818 | 31 | 3.7 | 23 | 2.8 | 38 | 4.6 | 66 | 8.0 | 58 | 7.1 |
| | Escambia CHR | 494 | 11 | 2.2 | 8 | 1.7 | 26 | 5.2 | 34 | 6.9 | 32 | 6.4 |
| Myakka SHR | | 664 | 19 | 2.8 | 48 | 7.2 | 18 | 2.7 | 36 | 5.4 | 62 | 9.3 |
| | Myakka CHR | 359 | 3 | 0.7 | 5 | 1.5 | 1 | 0.3 | 4 | 1.0 | 6 | 1.8 |
| Corbett-Loxahatchee SHR | | 657 | 76 | 11.5 | 50 | 7.6 | 0 | 0.0 | 76 | 11.5 | 50 | 7.7 |
| | Corbett-Loxahatchee CHR | 544 | 46 | 8.5 | 29 | 5.4 | 0 | 0.0 | 46 | 8.5 | 29 | 5.4 |
| Duette-West Hardee SRH | | 591 | 76 | 12.8 | 43 | 7.4 | 0 | 0.0 | 76 | 12.8 | 44 | 7.4 |
| Withlacoochee SHR | | 436 | 44 | 10.0 | 44 | 10.2 | 0 | 0.0 | 44 | 10.0 | 44 | 10.2 |
| Plantation Lands SHR | | 393 | 27 | 6.9 | 17 | 4.4 | 0 | 0.0 | 27 | 6.9 | 17 | 4.4 |
| South DeSoto SHR | | 319 | 0 | 0.2 | 2 | 0.6 | 0 | 0.0 | 0 | 0.2 | 2 | 0.6 |
| Twelve Mile Swamp SHR | | 309 | 134 | 43.4 | 110 | 35.7 | 15 | 4.9 | 142 | 46.1 | 118 | 38.1 |
| Wauchula East SHR | | 244 | 57 | 23.2 | 3 | 1.2 | 0 | 0.0 | 57 | 23.2 | 3 | 1.2 |
| Long Pine Key SRH | | 236 | 2 | 0.8 | 1 | 0.5 | 134 | 56.8 | 135 | 57.1 | 135 | 57.0 |
| Supporting Habitat Region Total | | 53,898 | 5189 | 9.6 | 3292 | 6.1 | 2087 | 3.9 | 7183 | 13.3 | 5288 | 9.8 |
| | Core Habitat Region Total | 29,186 | 1607 | 5.5 | 1161 | 4.0 | 1267 | 4.3 | 2843 | 9.7 | 2402 | 8.2 |

**Effects of Habitat Loss on Landscape Linkages 2070**

Maintaining a functional landscape of private and public lands that is permeable to panther movement is necessary for panther persistence in the near and long-term future.  A future landscape that is impermeable to panther movement hampers resiliency, redundancy, and representation.  We evaluated the potential impacts of the Trend and Alternative 2070 development models on the 12 landscape linkages identified in Section 6.3.10 as having the potential to maintain connections among patches of panther habitat in Florida.  This assessment was performed in a qualitative fashion by considering the linkages in the context of criteria for occupied habitat linkages, movement linkages, stepping stone linkages, and the movement capabilities of Florida panthers (see Section 4.4 Home Range Dynamics and Movements and Section 6.3.9 Criteria for Landscape Linkages for Panthers).  A brief summary of linkage evaluation criteria based on the work of the Beier and Loe (1992), Harrison (1992), Beier (1993), Beier (1995), Bolger et al. (2001), Maehr et al. (2002*b*), Cougar Management Guidelines Working Group (2005), Hilty et al. (2006), Florida Panther Protection Program Review Team (2009), Onorato et al. (2011), and Criffield et al. (2018) is as follows:

- Occupied Habitat Linkages
    - Preferred when distances between major habitat patches are >50 km.
    - Widths should be a minimum of 5.5 km.
- Movement Linkages
    - Most valuable when connecting habitat patches over distances of <10 km.
    - Minimum widths should probably be 500–600 m.
    - Bottlenecks should not be <100 m wide.
    - Stepping stone linkages, or isolated patches of forest cover in open environments such as pasturelands, should be <320 m apart.
- Panther Movements
    - Male panthers in South Florida exhibited a mean daily movement distance of 6.7 km (0.7–14.6 km) during the dry season
    - Female panthers in South Florida exhibited a mean daily movement distance of 5.2 km (1.7–14.1 km)
    - The longest daily movement distance recorded for an adult male was 24.02 km.
    - Mean maximum dispersal distance of male panthers was 68.4 km ($n$ = 18).
    - Mean maximum dispersal distance of female panthers was 20.3 km ($n$ = 9).
    - Longest dispersal distance for a male panther was 224 km over 7 months.

**1.  Camp Keais Strand**:  The Camp Keais Strand linkage is 27.7 km in length, ranges from approximately 100 m to 3 km in width, and connects FPNWR to CREW (Figure 6.22).  This linkage is comprised of a relatively narrow system of wetlands interspersed in a predominantly agricultural landscape, and it is critical to maintaining a connection between the Big Cypress Core Habitat Region and the smaller and more isolated natural habitats of the CREW Supporting Habitat Region.  The Camp Keais Strand linkage apparently functions more as a movement linkage rather than as an occupied habitat linkage based on observations from telemetry, a width that is likely too small to accommodate a rectangular female home range, and the large percentage of active agricultural lands within the linkage.  An adult male panther could travel this distance in a single day, but a 4-day travel time would be more likely.  A female panther

would likely require 2–5 days to traverse the entire length of this linkage.  The Trend 2070 development model indicates that the Camp Keais Strand linkage would become highly fragmented if current development patterns persist, and it appears likely that this linkage would no longer function as an effective movement corridor by 2070 (Figure 7.10).  However, the Camp Keais Strand linkage would be preserved under the Alternative 2070 model, which specifies that existing priority greenways and lands on the Florida Forever list are preserved (Figure 7.11).

**2.  Okaloacoochee Slough**:  This linkage is comprised of the Okaloacoochee Slough wetland ecosystem and adjacent agricultural lands that lie between BCNP and OSSF (Figure 6.22).  This linkage is a broad swath of occupied panther habitat.  The Trend 2070 model indicates that the croplands and pasturelands in this region would be converted into human developments that would extend to the edges of this wetland system in many areas and the linkage would be completely severed in at least three locations (Figure 7.10).  Thus, if current development trends persist, this linkage would likely cease to function as a corridor connecting BCNP and OSSF, increasing the isolation of OSSF.  The Alternative 2070 model would result in no development impacts on this linkage as all panther habitats in this area would be preserved (Figure 7.11).

**3.  Dispersal Zone**:  The Dispersal Zone is a predominantly agricultural landscape covering approximately 113 km$^2$ east of the town of LaBelle (Figure 6.22).  This area was identified by Kautz et al. (2006) as an area that should be protected to ensure that panthers dispersing out of south Florida have an undeveloped pathway into central Florida as the population continues to expand.  The Dispersal Zone is approximately 20.5 km long, ranges 2.9–6.3 km wide, and was intended as a movement corridor as it is too small to support a female home range entirely within its boundary.  Approximately one-third of the Dispersal Zone has been protected by conservation easements since this area was first identified as a key pathway for allowing dispersing panthers to move into central Florida.  The Trend 2070 model shows that future development would expand eastward from LaBelle and SR 29, reducing the width of the Dispersal Zone and potentially severing the southern end of the Dispersal Zone (Figure 7.10).  Furthermore, future development on the north side of the Caloosahatchee River would completely sever the Dispersal Zone, and the area would no longer function as a dispersal corridor to facilitate panther movements into central Florida.  However, under the Alternative 2070 scenario, future developments would have little impact on the Dispersal Zone, and this landscape would remain viable as a linkage to connect the south Florida panther population with potentially suitable panther habitats north of the Caloosahatchee River (Figure 7.11).



Figure 7.10.  Impacts of future development on landscape linkages with the potential to connect areas of South Florida that could function as source and sink habitats for Florida panthers based on the Trend 2070 growth model.



Figure 7.11.  Impacts of future development on landscape linkages with the potential to connect areas of South Florida that could function as source and sink habitats for Florida panthers based on the Alternative 2070 growth model.

**4.  Fisheating Creek to Kissimmee River**:  This is a linkage identified by Thatcher et al. (2009) as a potential connection between major patches of panther habitat associated with Fisheating Creek in Glades County and Avon Park Air Force Range (APAFR) in Polk and Highlands counties (Figure 6.23).  This linkage is 32.6 km long and connects an area of Fisheating Creek under conservation easement with a system of public lands owned by SFWMD along the Kissimmee River that ultimately connect to APAFR.  This linkage passes through an agricultural landscape dominated by pasturelands.  Although most of this area has been designated as Priority 1 or 2 linkages as part of the FEGN, very little of this area was mapped as suitable panther habitat in the Statewide RFP model.  Those areas that were mapped as panther habitat occur as small patches with low p-values, and these areas would most likely function as stepping stones for panther dispersal rather than as linkage comprised of a continuous swath of suitable panther habitat.  Neither the Trend 2070 nor the Alternative 2070 model indicate that future development is likely to affect this linkage (Figure 7.12 and Figure 7.13).  The value of this landscape as a potential dispersal pathway for panthers appears to be based more on the likelihood that the landscape will remain undeveloped.  Although there are a few telemetry records of male panthers using this general area, most of the data show that panthers dispersing out of the Fisheating Creek area have traveled along the west side of the Lake Wales Ridge before crossing the Ridge and moving into lands in and around APAFR, Lake Kissimmee, and east into Osceola and Brevard counties.

**5.  Babcock to Duette-West Hardee**:  Although the Duette-West Hardee Supporting Habitat Region is comprised of a single region group of 591 km$^2$, the habitats in this region nevertheless have low p-values, are characterized by multiple lobes with long edges, appear to be fragmented, and are imbedded in a landscape dominated by pasturelands.  The Thatcher et al. (2009) linkage that connects the Babcock-Fisheating Creek region with the Duette-West Hardee region is 45.4 km long and passes through a landscape dominated by pasturelands interspersed with wetlands (Figure 6.23).  Approximately 2–7 days would be required for an adult male panther to travel the length this linkage in the dry season.  The Trend 2070 model indicates that future development would eliminate approximately 9 km of the linkage immediately north of Babcock-Webb WMA (Figure 7.12).  This model shows that a possible alternate linkage through a Priority 3 Greenway to the east also would be severed along the north boundary of Babcock-Webb WMA, rendering this alternate linkage nonviable as well.  Similarly, the Alternative 2070 model would eliminate approximately 6 km immediately north of Babcock-Webb WMA (Figure 7.13).  The Alternative 2070 model would also result in more development on either side of the Peace River in the vicinity of Arcadia in Desoto County, effectively rendering this linkage nonviable despite the increased preservation associated with the Alternative 2070 model.  Both the Trend 2070 and the Alternative 2070 growth models would also sever the linkage between Babcock-Fisheating Creek and the Myakka Core Habitat Region.  These growth models appear to indicate that future developments are likely to isolate and further fragment the panther habitats of the Myakka and Duette-West Hardee habitat regions, compromising the ability of these areas to support small panther populations in the future.

**6.  Duette-West Hardee to Avon Park**:  This 36.3 km-long linkage was identified by Thatcher et al. (2009) to connect the Duette-West Hardee major habitat patch with APAFR (Figure 6.23).  Although the west end of this linkage touches the eastern end of the major habitat patch identified by Thatcher et al. (2009), the patches habitat with $P$ > 0.315 at the west end of the linkage are few, generally small and isolated, and not protected by public ownership.  The linkage itself traverses a narrow pathway of linear wetlands and natural upland habitats west of and over the Lake Wales Ridge in a landscape otherwise

dominated by citrus groves, pasturelands, and some residential and urban development.  The Trend 2070 model would effectively sever this linkage in multiple locations, rendering this connection unusable as a movement corridor for panthers.  Conversely, this linkage would remain intact along its entire length under the Alternative 2070 model, but new urban development would encroach along its edges, particularly along its western 12 km.  The value of this linkage as a landscape connection for dispersing panthers remains in doubt, however, due to the low habitat values at the west terminus of the linkage, and the long distance and relatively narrow width of the linkage.

**7.  Bull Creek to Tosohatchee WMA**:  This 28.5 km-long linkage would connect the Bull Creek habitat region to the Tosohatchee WMA on the west side of the St. Johns River east of Orlando (Figure 6.23). This linkage passes through a broad landscape of pasturelands interspersed with isolated and streamside wetlands in a single ownership.  Although the Statewide RFP model indicates that most of this region has p-values >0.315, suggesting a potential for panther presence, this pathway would most likely function as a movement corridor for panthers along the stepping stones formed by isolated wetland habitats rather than as an occupied habitat corridor.  Although rare, dispersing male panthers have been recorded in this area based on VHF- and GPS-telemetry data.  Both the Trend and Alternative 2070 model show that this entire linkage would be eliminated by future growth on Deseret Ranch (Figure 7.12 and Figure 7.13).  Although dispersing panthers may be able to follow an alternative linkage along the west side of the St. Johns River, the functionality of this possible linkage is questionable due to the predominance of herbaceous wetlands in much of the area and the likelihood that future development and human disturbance will extend all the way to the wetland edges.  The end result is that future development may compromise the ability of panther to disperse out of south Florida into apparently suitable habitats farther to the north.

**8.  Farmton**:  The 21.7 km-long Farmton linkage is in southern Volusia County and extends from the Little Big Econ SF north to the Wiregrass Prairie Preserve (Figure 6.23).  Most of the linkage traverses a parcel in single ownership known as Farmton.  This linkage passes through an undeveloped landscape dominated by pine flatwoods and forested wetlands interspersed with forest clearcuts.  The entire area constitutes the Farmton Core Habitat Region, a 419 km$^2$ landscape that could support one or more female panthers.  Thus, this region could function as an occupied habitat linkage connecting panther habitats south of the site to those to the north along a continuous system of public lands that includes most of the St. Johns South Core Habitat Region.  Existing wildlife underpasses along I-4 between Daytona Beach and Deland should ensure the safe passage of panthers through this region.  Both the Trend and Alternative 2070 growth models indicate that future development is likely to eliminate one-third or more of the Farmton linkage, thereby rendering the Farmton landscape linkage nonviable as an occupied habitat or movement corridor for panthers (Figure 7.12 and Figure 7.13).  The end result is that future development in the Farmton area may make it more difficult for panthers to move farther north into the South St. Johns Core Habitat Region, which is largely protected by public ownership.

Case 1:21-cv-00119-RDM    Document 149-2    Filed 01/12/24    Page 238 of 585

FUTURE CONDITION OF THE FLORIDA PANTHER



Figure 7.12.  Impacts of future development on landscape linkages with the potential to connect areas of Central Florida that could function as source and sink habitats for Florida panthers based on the Trend 2070 growth model.



Figure 7.13.  Impacts of future development on landscape linkages with the potential to connect areas of Central Florida that could function as source and sink habitats for Florida panthers based on the Alternative 2070 growth model.

**9. Ocala National Forest to Camp Blanding**: This 32.5 km-long linkage extends from Rice Creek Conservation Area, which is connected through a system of public lands to the Ocala National Forest, to Camp Blanding Military Reservation (Figure 6.24). Along the way, this linkage passes through Etoniah Creek SF, Belmore SF, Nochaway Mitigation Bank, and the Highbrighton Conservation Easement. This linkage traverses a large landscape dominated by pine plantations and forested wetlands, portions of which are included within the 522 km$^2$ Camp Blanding Core Habitat Region. Thus, this landscape has the potential to function as an occupied habitat linkage capable of supporting 2 or more female home ranges. The Trend 2070 model would result in severing this linkage due to new developments between SR 21 and CR 315 immediately east of Camp Blanding (Figure 7.14). This entire linkage would be preserved, however, under the Alternative 2070 model because all of this landscape is included within a Priority 1 Critical Linkage in the FEGN, and all Priority 1 and 2 Linkages would be preserved according to the Alternative 2070 model (Figure 7.15).

**10. Camp Blanding to Osceola National Forest**: This 34.0 km-long linkage would connect Camp Blanding Military Reservation to Osceola National Forest by passing through a large undeveloped landscape dominated by pine plantations, forest clearcuts, and forested wetlands (Figure 6.24). Most of this landscape is within the Osceola Core Habitat Region, an area containing 2355 km$^2$ potentially capable of supporting a large number of female home ranges. Thus, this linkage could be considered not only core panther habitat but an occupied habitat corridor. Neither the Trend 2070 nor the Alternative 2070 development model would adversely impact this linkage, and the entire area is likely to remain undeveloped through 2070 according to these models (Figure 7.14 and Figure 7.15).

**11. Osceola National Forest to Big Bend**: This 83.2 km-long linkage extends from the west boundary of Osceola National Forest to a large landscape of unprotected habitats that are part of the Big Bend Core Habitat Region (Figure 6.24). Most of this linkage follows a narrow system of public lands along the Suwannee River where protected lands range from 0.3 km to 2.0 km wide, although some protected parcels are as wide as 3.0 km. There are several gaps in the system of public lands along the Suwannee River in the range of 0.4 km to 1.5 km long; there is a 6.9 m-long gap in protection between Osceola National Forest and the public lands along the Suwannee River; and the west end of the linkage includes 7.8 km of unprotected lands between the Suwannee River and habitats included within the Big Bend Core Habitat Region. This linkage traverses a rural landscape where agricultural and silvicultural lands extend to the edges of lands in public ownership. The Trend 2070 model indicates that this linkage is likely to be severed as development encroaches into the gaps now present in the system of public lands along the Suwannee River (Figure 7.14). The Alternative 2070 model indicates that this corridor would remain largely intact because most of this linkage is within a Priority 1 Critical Linkage in the FEGN, and the Alternative 2070 model precludes development of these priority linkages (Figure 7.15). Although the Suwannee River corridor appears to provide the only linkage between the Osceola and Big Bend Core Habitat Regions, this linkage is too narrow and too long to be considered an occupied habitat linkage. Moreover, it may not function well or at all as a movement linkage. For example, adult male panthers would require 4–12 days to travel the entire length of this 83 km linkage based on observations from south Florida, and females would require 6–16 days to complete the journey. Additionally, the linkage includes gaps between public ownership, and some protected bottlenecks are as narrow as 300 m.

**12. Big Bend to Withlacoochee**: This 14.9 km-long linkage extends from the southeast corner of Goethe SF (i.e., southeastern corner of the Big Bend Core Habitat Region) to the edge of the Cross Florida

Greenway in southwest Marion County (Figure 6.24). The Cross Florida Greenway connects to a system of public lands that contain most of the 436 km$^2$ Withlacoochee Supporting Habitat Region. The northern third of this linkage passes through an area of pine plantations and forested wetlands; the central portion is bordered by some developed lands just north of Dunnellon; and the southern third crosses the Rainbow River and Rainbow Springs State Park before connecting to the Cross Florida Greenway. The Trend 2070 model indicates that the entire length of this linkage from Goethe State Forest to the Rainbow River would be developed and would no longer function as a movement linkage for panthers (Figure 7.14). The Alternative 2070 model indicates that urban development would encroach upon the linkage and create a narrow bottleneck north of Dunnellon to such an extent that this linkage would no longer be viable (Figure 7.15). Thus, future developments are likely to isolate the Withlacoochee Supporting Habitat Region to the extent that it would no longer function as a habitat region capable of supporting a small subpopulation of panthers.

**Green Swamp**: The Green Swamp Core Habitat Region comprises 734 km$^2$ of apparently high-quality panther habitats in west central Florida, and it appears to be capable of supporting several female home ranges. However, Green Swamp is entirely surrounded by multi-lane expressways, including I-4, I-75, the Florida Turnpike (SR 91), and SR 429 (Figure 6.23). Moreover, Green Swamp is almost completely surrounded by existing human developments. These high-volume expressways and existing developments effectively isolate Green Swamp from other regions of potentially suitable panther habitats in central Florida. Both the Trend 2070 and Alternative 2070 growth models indicate that future development will further isolate Green Swamp, rendering the apparently suitable habitats of the area incapable of supporting a subpopulation of panthers (Figure 7.14 and Figure 7.15).



Figure 7.14. Impacts of future development on landscape linkages with the potential to connect areas of North Florida that could function as source and sink habitats for Florida panthers based on the Trend 2070 growth model.



Figure 7.15.  Impacts of future development on landscape linkages with the potential to connect areas of North Florida that could function as source and sink habitats for Florida panthers based on the Alternative 2070 growth model.

**Habitat Fragmentation Through 2070**

As discussed in Section 6.3.7, patch size is a factor in the likelihood of occupancy and not solely the amount of suitable habitat. Therefore, we assessed the additive impact of habitat loss on habitat patch connectivity among those patches we identified as currently supporting or with the potential to support panther populations in the future. To assess future impacts of habitat loss on the connectivity of individual patches, the areas of habitat that would be lost to the combined effects of land development (i.e., Trend 2070 and Alternative 2070 models) and a 1.0 m rise in sea levels were deleted from each of the current Supporting and Core Habitat Regions (Figure 6.17 and Figure 6.18). The region group analysis used to identify these regions was then rerun on these values. If areas were projected to become fragmented yet remaining above the 217 km$^2$ threshold in size (i.e., mean size of a female home range), new names were assigned to these region groups.

In most cases, the combined effects of development and sea level rise resulted in smaller remaining patches of suitable habitat than would result due to simply subtracting the area of habitat loss from the current patch size, as was reported in the previous section. That is because habitat loss results in the fragmentation of larger patches into groups of smaller patches, some of which fall below the threshold of 217 km$^2$. Thus, in addition to the area of habitat lost from a unique patch, fragmentation causes some patches to become too small to function as sink population areas, and the too small patches are removed from further calculations of patch size.

The effects of fragmentation associated with the Alternative 2070-SLR model are generally less than those of the Trend 2070-SLR model. The Trend 2070-SLR model results in the fragmentation of the large North Florida Supporting Habitat Region into 8 patches, each of which is significantly smaller than the current patch of 36,852 km$^2$ (Figure 7.16; Table 7.4). Comparatively, the Alternative 2070-SLR model results in the fragmentation of the large North Florida SHR into 5 smaller patches, the combined area of which is 86.7 percent of the area of the current North Florida SHR (Figure 7.17; Table 7.4). However, under either scenario, the effects of habitat loss and fragmentation did not affect the potential for the Apalachicola and Big Bend regions to function as potential Source Population Areas (Figure 7.18 and Figure 7.19; Table 7.5). The Apalachicola CHR remained intact under both scenarios and the project patch sizes remain above the 5058 km$^2$ threshold established for identifying areas capable of supporting source populations (see Section 6.3.7; Figure 6.19). The Trend 2070-SLR and Alternative 2070-SLR models result in the fragmentation of the current Big Bend CHR into 2 smaller patches (Figure 7.16 and Figure 7.17; Table 7.5), but the projected patch sizes of the larger Big Bend patch under both scenarios remain above the 5058 km$^2$ threshold for functioning as a source population area.

The Trend 2070-SLR model results in the fragmentation of the Southwest Florida SHR (5058 km$^2$) into 2 smaller patches, with the Okaloacoochee Slough SHR (359 km$^2$) fragmented from the larger Big Cypress SHR (3641 km$^2$). Comparatively, the Alternative 2070-SLR results in the Southwest Florida SHR remaining intact, although reduced in size (4328 km$^2$) from current conditions (Figure 7.17; Table 7.4). Under both the Trend 2070-SLR and Alternative 2070-SLR model scenarios, the Big Cypress CHR is projected to remain intact, although reduced in size from current conditions (Figure 7.18 and Figure 7.19; Table 7.5). The smaller Okaloacoochee Slough CHR that is currently is contained within the Southwest Florida SHR falls below the 217-km$^2$ threshold under the both the Trend and Alternative 2070-SLR models, but the region is still projected to provide sufficient suitable habitat to support female

panthers in the future.  However, the Long Pine Key SHR falls below the threshold of 217 km$^2$ and is not projected to function as a sink population area in the long-term future.

In the areas north of the Caloosahatchee River and south of I-4, the Alternative 2070-SLR model results in the existing Osceola-Orange SHR being fragmented into 2 smaller patches, but the total effect of habitat loss is less than that from the Trend 2070-SLR model projections (Figure 7.16 and Figure 7.17; Table 7.4).  Within the aforementioned Osceola-Orange SHR, the Avon Park and Bull Creek CHRs are projected to remain intact under both 2070 scenarios, with the Deseret Ranch CHR projected to become smaller than the 217-km$^2$ threshold under both projections (Figure 7.18 and Figure 7.19; Table 7.5).  The effects of fragmentation from the Trend 2070-SLR model result in the following habitat patches falling below the threshold of 217 km$^2$:  1) Duette-West Hardee; 2) Withlacoochee; and 3) Wauchula East (Figure 7.16; Table 7.4).

Whereas the Alternative 2017-SLR model results in the Babcock Ranch-Fisheating Creek, Myakka, Corbett-Loxahatchee, Duette-West Hardee, South Desoto SHR, and the Wauchula East SHRs remaining larger than the 217-km$^2$ threshold, with only the Wauchula East SHR falling below the 217-km$^2$ threshold (Figure 7.17; Table 7.4).



Figure 7.16. Patches of Florida panther habitat >217 km$^2$ based on region groupings of potentially suitable habitats with *P* > 0.315 after habitat loss (Trend 2070+1.0 m SLR).



Figure 7.17. Patches of Florida panther habitat >217 km² based on region groupings of potentially suitable habitats with *P* >0.315 after habitat loss (Alternative 2070+1.0 m SLR).

Table 7.4.  Total area (km$^2$) of each Supporting Habitat Region (SHR) remaining after the loss of panther habitat due to the combined effects of the Trend 2070 and Alternative 2070 growth models (Carr and Zwick 2016) and sea level rise of 1.0 m (Noss et al. 2014).

| Current (2018) Supporting Habitat Region | Current (2018) Area km2 | Projected Long-Term (2070) Supporting Habitat Region[6] | Habitat Patch Sizes 2070 - After Development and 1.0 m Sea Level Rise | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Trend 2070 | | | | Alternative 2070 | | | |
| | | | km$^2$ | % | Map Location | Figure No. | km$^2$ | % | Map Location | Figure No. |
| North Florida | 36,852 | | | | | | | | | |
| | | Apalachicola NF-Eglin AFB | 13,912 | - | 1 | 7.16 | 14,014 | - | 1 | 7.17 |
| | | Big Bend-Osceola NF | 11,367 | - | 2 | 7.16 | 11,994 | - | 2 | 7.17 |
| | | Ocala NF-NE Florida | 4171 | - | 3 | 7.16 | 5452 | - | 3 | 7.17 |
| | | Northwest Jackson | 294 | - | 14 | 7.16 | 294 | - | 15 | 7.17 |
| | | West Nassau-Duval | 250 | - | 15 | 7.16 | - | - | - | - |
| | | Turnbull Hammock | 241 | - | 16 | 7.16 | - | - | - | - |
| | | North Nassau | 238 | - | 17 | 7.16 | 263 | - | 16 | 7.17 |
| | | North Flagler | 224 | - | 18 | 7.16 | - | - | - | - |
| Southwest Florida | 5058 | | | | | | | | | |
| | | Big Cypress | 3641 | - | 4 | 7.16 | 4328 | - | 4 | 7.17 |
| | | Okaloacoochee Slough | 359 | - | 12 | 7.16 | - | - | - | - |
| Osceola-Orange | 4292 | | 3127 | 72.8 | 5 | 7.16 | 3698 | 86.2 | - | - |
| | | South Osceola | - | - | - | - | 2897 | - | 5 | 7.17 |
| | | East Orange | - | - | - | - | 801 | - | 8 | 7.17 |
| Babcock-Fisheating Creek | 1634 | Babcock-Fisheating Creek | 1246 | 76.2 | 6 | 7.16 | 1553 | 95.0 | 6 | 7.17 |
| Green Swamp | 1395 | Green Swamp | 1088 | 78.0 | 7 | 7.16 | 1354 | 97.0 | 7 | 7.17 |
| Escambia | 818 | Escambia | 728 | 88.9 | 8 | 7.16 | 734 | 89.7 | 9 | 7.17 |
| Myakka | 664 | Myakka | 575 | 86.6 | 9 | 7.16 | 563 | 84.7 | 11 | 7.17 |
| Corbett-Loxahatchee | 657 | Corbett-Loxahatchee | 470 | 71.5 | 10 | 7.16 | 604 | 92.0 | 10 | 7.17 |

[6] Areas of Florida in the Statewide Random Forest Panther Model (USFWS unpublished data) that would be developed under the combined effects of the Trend 2070 model and a 1.0 m rise in sea levels, and the combined effects of the Alternative 2070 and a 1.0 m rise in sea levels, were subtracted from the panther habitat model.  A Region Group analysis (Spatial Analyst extension of ArcGIS Desktop 10.5.1 [ESRI, Redlands, CA]) was then run on the revised panther habitat model (p>0.315) to calculate the total areas (km$^2$) of patches of Supporting Habitat Regions of panther habitat remaining after the combined effects of development and sea level rise as of 2070.

| Current (2018) Supporting Habitat Region | Current (2018) Area km2 | Projected Long-Term (2070) Supporting Habitat Region[6] | Habitat Patch Sizes 2070 - After Development and 1.0 m Sea Level Rise | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Trend 2070 | | | | Alternative 2070 | | | |
| | | | km² | % | Map Location | Figure No. | km² | % | Map Location | Figure No. |
| Duette-West Hardee | 591 | Duette-West Hardee | - | - | - | - | 500 | 84.7 | 12 | 7.17 |
| Withlacoochee | 436 | Withlacoochee | - | - | - | - | 220 | 50.5 | 17 | 7.17 |
| Plantation Lands | 393 | Plantation Lands | 360 | 91.7 | 11 | 7.16 | 371 | 94.3 | 13 | 7.17 |
| South DeSoto | 319 | South DeSoto | 318 | 99.8 | 13 | 7.16 | 317 | 99.4 | 14 | 7.17 |
| Twelve Mile Swamp | 309 | - | - | - | - | - | - | - | - | - |
| Wauchula East | 244 | - | - | - | - | - | - | - | - | - |
| Long Pine Key | 236 | - | - | - | - | - | - | - | - | - |
| **Total** | 53,898 | | | | | | | | | |



Figure 7.18.  Patches of Florida panther habitat >217 km² based on region groupings of potentially suitable habitats with *P* >0.55 after habitat loss (Trend 2070+1.0 m SLR).



Figure 7.19.  Patches of Florida panther habitat >217 km² based on region groupings of potentially suitable habitats with *P* >0.55 after habitat loss (Alternative 2070+1.0 m SLR).

Table 7.5. Total area (km$^2$) of each Core Habitat Region (CHR) remaining after the loss of panther habitat due to the combined effects of the Trend 2070 and Alternative 2070 growth models (Carr and Zwick 2016) and sea level rise of 1.0 m (Noss et al. 2014).

| Current (2018) Core Habitat Region | Current (2018) Area km$^2$ | Projected Long-term (2070) Core Habitat Region[7] | Habitat Patch Sizes 2070 - After Development and 1.0 m Sea Level Rise | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Trend 2070 | | | | Alternative 2070 | | | |
| | | | km$^2$ | % | Map Location | Figure No. | km$^2$ | % | Map Location | Figure No. |
| Big Cypress | 3219 | Big Cypress | 2805 | 87.1 | 3 | 7.18 | 2872 | 89.2 | 3 | 7.19 |
| Okaloacoochee Slough | 217 | - | < 217 | - | - | - | < 217 | - | - | - |
| Apalachicola | 6297 | Apalachicola | 5783 | 91.8 | 1 | 7.18 | 5789 | 91.9 | 1 | 7.19 |
| Big Bend | 7004 | | | | | | | | | |
| | | Big Bend | 5137 | 73.3 | 2 | 7.18 | 5156 | 73.6 | 2 | 7.19 |
| | | Levy County | 1067 | 15.2 | 7 | 7.18 | 1094 | 15.6 | 7 | 7.19 |
| Eglin-Nokuse | 2725 | | | | | | | | | |
| | | Eglin Air Force Base | 1480 | 54.3 | 5 | 7.18 | 1481 | 54.3 | 5 | 7.19 |
| | | Nokuse | 889 | 32.6 | 8 | 7.18 | 919 | 33.7 | 8 | 7.19 |
| Osceola National Forest | 2355 | Osceola National Forest | 2284 | 97.0 | 4 | 7.18 | 2328 | 98.8 | 4 | 7.19 |
| Ocala National Forest | 1307 | Ocala National Forest | 1193 | 91.3 | 6 | 7.18 | 1219 | 93.3 | 6 | 7.19 |
| St. Johns River South | 718 | St. Johns River South | 498 | 69.3 | 10 | 7.18 | 631 | 87.8 | 10 | 7.19 |
| Camp Blanding | 522 | Camp Blanding | 264 | 50.5 | 16 | 7.18 | 239 | 45.9 | 18 | 7.19 |
| Blackwater State Forest | 287 | Blackwater State Forest | 263 | 91.7 | 17 | 7.18 | 283 | 98.7 | 16 | 7.19 |
| St. Johns River North | 524 | St. Johns River North | < 217 | - | - | - | 269 | 51.4 | 17 | 7.19 |
| St. Johns River South | 718 | - | < 217 | - | - | - | < 217 | - | - | - |
| Farmton | 419 | - | < 217 | - | - | - | < 217 | - | - | - |
| North Nassau | 317 | - | < 217 | - | - | - | < 217 | - | - | - |

[7] Areas of Florida in the Statewide Random Forest Panther Model (USFWS unpublished data) that would be developed under the combined effects of the Trend 2070 model and a 1.0 m rise in sea levels, and the combined effects of the Alternative 2070 and a 1.0 m rise in sea levels, were subtracted from the panther habitat model. A Region Group analysis (Spatial Analyst extension of ArcGIS Desktop 10.5.1 [ESRI, Redlands, CA]) was then run on the revised model of medium-high- and high-quality panther habitats ($p$>0.55) to calculate the total areas (km$^2$) of CHRs of panther habitat remaining after the combined effects of development and sea level rise as of 2070.

| Bull Creek | 500 | Bull Creek | 401 | 80.3 | 13 | 7.18 | 389 | 77.9 | 13 | 7.19 |
| Avon Park | 309 | Avon Park | 301 | 97.4 | 15 | 7.18 | 308 | 99.7 | 15 | 7.19 |
| Deseret Ranch | 335 | - | < 217 | - | - | | < 217 | - | - | - |
| Green Swamp | 734 | Green Swamp | 650 | 88.6 | 9 | 7.18 | 728 | 99.2 | 9 | 7.19 |
| Escambia | 494 | Escambia | 440 | 89.2 | 10 | 7.18 | 443 | 89.7 | 11 | 7.19 |
| Myakka | 359 | Myakka | 355 | 98.8 | 14 | 7.18 | 352 | 98.0 | 14 | 7.19 |
| Corbett-Loxahatchee | 544 | Corbett-Loxahatchee | 407 | 74.9 | 12 | 7.18 | 421 | 77.4 | 12 | 7.19 |

### 7.2.5    Very Long-Term (2100) Impacts of Sea Level Rise on Panther Habitat

Although models of future development in Florida are not available beyond the year 2070, existing sea level rise models project possible areas of inundation based on several scenarios of sea level rise through the year 2100.  We overlaid the sea level rise database on our models of Core and Supporting Habitat Regions and calculated the area of habitat that could be lost under each scenario of sea level rise (Table 7.6; Figure 7.20).

Panther habitats at Long Pine Key in ENP are at greatest risk of habitat loss due to SLR.  A rise in sea levels of 0.52 m would result in the loss of 11 percent of the panther habitat in this area, and would leave only 210 km$^2$ of habitat remaining, which is smaller than the mean adult female home range of 217 km$^2$ recorded between 2004 and 2017.  Rising sea levels would lead to progressive losses of panther habitats at Long Pine Key.  Panther habitats in the Big Cypress CHR are also at significant risk of habitat loss due to rising sea levels (Table 7.6).  Habitat loss resulting from a 0.52-m rise in sea levels would be relatively small, amounting to only 2.9 percent of the total panther habitat in the Big Cypress CHR.  However, losses increased sharply from 8.4 percent due to a 1.04-m rise in sea levels to 30.1 percent if a 2.0-m rise in sea levels were to occur.  The coastal panther habitats of the Big Bend and Apalachicola National Forest CHRs are also susceptible to loss due to rising sea levels.  A SLR scenario of 2.0 m by 2100 projected losses of 11.7 percent for Big Bend and 8.7 percent for Apalachicola.  However, based on 2100 SLR projections alone, habitat loss would not reduce the potential of these areas to support source populations in the future.  Smaller and more inland patches of Core and Supporting Habitat Regions were generally at less risk to loss of habitat due to SLR through 2100.

Table 7.6.  Total area (km$^2$) and percentage loss of panther habitat patches under each of four scenarios of sea level rise in Florida through 2100.

| Conservation Focus Area | Current (2018) Area km$^2$ | Area and Percent Loss - Sea Level Rise Scenarios by 2100[8] | | | | | | | |
| | | 0.52 m | | 1.04 m | | 1.5 m | | 2.0 m | |
| | | km$^2$ | % | km$^2$ | % | km$^2$ | % | km$^2$ | % |
|---|---|---|---|---|---|---|---|---|---|
| Southwest Florida SHR | 5058 | 218 | 4.3 | 427 | 8.4 | 1085 | 21.5 | 1352 | 26.7 |
| Big Cypress CHR | 3219 | 95 | 2.9 | 270 | 8.4 | 622 | 19.3 | 969 | 30.1 |
| Okaloacoochee Slough CHR | 217 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| North Florida SHR | 3,6852 | 731 | 2.0 | 1390 | 3.8 | 1815 | 4.9 | 2310 | 6.3 |
| Big Bend | 7004 | 181 | 2.6 | 441 | 6.3 | 623 | 8.9 | 818 | 11.7 |
| Apalachicola National Forest | 6297 | 220 | 3.5 | 343 | 5.4 | 430 | 6.8 | 546 | 8.7 |
| Eglin Air Force Base | 2725 | 39 | 1.4 | 72 | 2.6 | 91 | 3.3 | 112 | 4.1 |
| Osceola National Forest | 2355 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Ocala National Forest | 1307 | 32 | 2.4 | 54 | 4.1 | 62 | 4.8 | 72 | 5.5 |
| St. Johns River South | 718 | 4 | 0.6 | 10 | 1.4 | 16 | 2.2 | 24 | 3.3 |
| St. Johns River North | 524 | 2 | 0.4 | 4 | 0.8 | 5 | 1.0 | 6 | 1.2 |
| Camp Blanding | 522 | 1 | 0.2 | 2 | 0.3 | 2 | 0.5 | 3 | 0.5 |
| Farmton | 419 | 5 | 1.3 | 28 | 6.7 | 41 | 9.7 | 52 | 12.3 |
| North Nassau | 317 | 5 | 1.6 | 13 | 4.2 | 22 | 6.9 | 38 | 12.0 |
| Blackwater State Forest | 287 | 0 | 0.0 | 0 | 0.1 | 0 | 0.1 | 1 | 0.2 |
| Orange-Osceola SHR | 4292 | 0 | 0.0 | 5 | 0.1 | 13 | 0.3 | 14 | 0.3 |
| Bull Creek | 500 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Deseret Ranch | 335 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Avon Park-Osceola | 309 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Babcock-Fisheating Creek SHR | 1634 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Green Swamp SHR | 1395 | 0 | 0.0 | 1 | 0.1 | 1 | 0.1 | 1 | 0.1 |
| Green Swamp CHR | 734 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

[8] The total area of each panther habitat patch lost to various levels of sea level rise through the year 2100 was determined by overlaying four scenarios of sea level rise (Noss et al. 2014) on the patches of panther habitat and calculating the area of overlap.

| Conservation Focus Area | | Current (2018) Area km² | Area and Percent Loss - Sea Level Rise Scenarios by 2100[8] | | | | | | | |
| | | | 0.52 m | | 1.04 m | | 1.5 m | | 2.0 m | |
| | | | km² | % | km² | % | km² | % | km² | % |
| Escambia SHR | | 818 | 18 | 2.2 | 22 | 2.6 | 36 | 4.3 | 55 | 6.7 |
| | Escambia CHR | 494 | 11 | 2.3 | 26 | 5.2 | 32 | 6.5 | 37 | 7.6 |
| Myakka SHR | | 664 | 2 | 0.3 | 7 | 1.1 | 18 | 2.8 | 34 | 5.1 |
| | Myakka CHR | 359 | 0 | 0.1 | 1 | 0.3 | 3 | 0.7 | 6 | 1.6 |
| Corbett-Loxahatchee SHR | | 657 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| | Corbett-Loxahatchee CHR | 544 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Duette-West Hardee SHR | | 591 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Withlacoochee SHR | | 436 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Plantation Lands SHR | | 393 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| South DeSoto SHR | | 319 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Twelve Mile Swamp SHR | | 309 | 5 | 1.5 | 15 | 4.9 | 21 | 6.9 | 28 | 8.9 |
| Wauchula East SHR | | 244 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Long Pine Key SHR | | 236 | 50 | 21.0 | 134 | 56.9 | 181 | 76.7 | 203 | 86.0 |
| Supporting Habitat Region Total | | 53,898 | 1024 | 1.9 | 2002 | 3.7 | 3173 | 5.9 | 4000 | 7.4 |
| | Core Habitat Region Total | 29,186 | 596 | 2.0 | 1264 | 4.3 | 1950 | 6.7 | 2684 | 9.2 |



Figure 7.20.  Projections of sea level rise in Florida through 2100 (Noss et al. 2014) in relation to patches of Florida panther habitat >217 km².

**7.2.6    Impacts of Habitat Loss on Near-term (2040) and Long-term (2070) Population Viability**

There is an innate link between the viability of a population and the amount of supporting habitat that is available (Wilcove et al. 1998, Reed et al. 2002).  The impact of habitat loss and fragmentation is especially significant for imperiled species that require expansive habitats and that are vulnerable to human intolerance and conflict, like many large carnivores throughout the world (Ripple et al. 2014).  In previous sections, we have outlined the impact of habitat loss on Florida panthers at differing time intervals (2040, 2070, and 2100) and from differing sources (development, SLR).  Similarly, we have determined population viability in terms of probability of quasi-extinction (PQE; $N$ <10 panthers) of the panther population at intervals up to 200 years into the future (van de Kerk et al. 2019).  The next logical step would be to conduct a spatially-explicit PVA that incorporated models of future habitat loss to determine its impact on the PQE at intervals in the future.  The most recent PVA models for panthers (Hostetler et al. 2013, van de Kerk et al. 2019) were not spatially-explicit, hence the conundrum of determining how the predicted loss of habitat and future conditions will impact population persistence.  Initiating and completing a spatially-explicit PVA for the panther is certainly something that merits consideration for future research, but the development of such a project was beyond the scope of this document.

Nevertheless, there are data that have been analyzed that reveal under current conditions (e.g., current available habitat, genetic variation, and population size), the panther population has a low PQE (7.2 percent at 100 years, Hostetler et al. 2013; 1.4 percent at 100 years; van de Kerk et al. 2019).  This can be interpreted as demonstrating that the breeding population that exists south of the Caloosahatchee River in the Functional Zone is viable if current conditions remain constant.  That said, development (i.e., habitat loss and fragmentation) and SLR are predicted to have an impact on the amount of habitat available to panthers in the coming decades, even under the most optimistic, conservation-focused scenario (i.e., Alternative Trend 2070).  So, a question remains as to whether it is possible to assess the impact of habitat loss on population viability given that there is currently no spatially-explicit PVA model for panthers.  To answer this question, we utilized a combination of data from near-term (2040) and long-term (2070) habitat loss projections (see Sections 7.2.3 and 7.2.4), panther density estimates derived in habitat of varied quality to panthers (see Section 6.1.4; Sollmann et al. 2013, Dorazio and Onorato 2018), and PQE values from previous PVA modeling efforts (see Section 7.1; Hostetler et al. 2013, van de Kerk at al. 2019), to make an informed assessment regarding whether panthers are expected to persist as a viable population within a shrinking Functional Zone over the next 50 years.

There are many caveats which must be mentioned prior to completing such an assessment including:

- All predictions associated with PVA models have their shortcomings, limitations, and uncertainties.  This includes PQE estimates.
- A spatially-explicit PVA would likely provide more robust estimates of the impact of habitat loss on PQE.  Regardless, said model would still have limitations afforded by the data available to run the model.
- Estimates of adult panther density range from 1.3 to 4.03 individuals per 100 km$^2$ (see section 6.1.4) across 4 study areas comprised of differing quality panther habitat on public and private lands.  Therefore, it is a fair assumption that habitat quality and panther density vary within the Functional Zone.  By definition, Zone A and B of the Functional Zone are comprised of habitats of differing quality for panthers.

- Extrapolating said density estimates across the Functional Zone is problematic given the variation in the quality of habitat for panthers and how it impacts density.  Nevertheless, such density estimates are the best available data to assist with determining how many panthers may persist in a defined unit of space.
- Models of habitat loss, such as the Trend and Alternative 2070 models, are only as accurate as the data used to develop them.  It's reasonable to accept that there is the possibility that habitat loss 50 years from present could be higher, lower, or impact different areas than currently projected.

With those caveats in mind, we can look at the results of the Hostetler et al. (2013) and van de Kerk et al. (2019) PVA models, both of which revealed low levels of PQE in the next 100 years under current conditions.  For this assessment, we focus on the results of the following model in van de Kerk et al. (2019; see Section 7.12) for the near-term (2040) and long-term (2070) periods of the habitat loss projection scenarios:

- Individually based model (IBM)
- Motor Vehicle Mortality Scenario (MVM) that uses McClintock et al. (2015) estimates of the adult and subadult population size
- Density dependent scenario
- Habitat conditions are static (no assessment of habitat loss)
- Genetic drift is not accounted for

**Impacts of Habitat Loss on Near-Term (2040) Population Viability**

Results from the van de Kerk et al. (2019) model revealed: 1) a projected population size of 185 adults and subadults (142–216, 95% CI); and 2) a cumulative PQE of 0.123 percent (0–0.1; 5th and 95th percentiles) by 2040 (Figure 7.1).  These results can be interpreted as showing that the population would be viable with a very low PQE for the next 20 (2040) years, should conditions remain constant.  Applying the 20-year population estimate of 185 to the current Functional Zone size of 9094 km$^2$ (Table 7.2) permits us to estimate a density of 2.03 panthers/100 km$^2$.  This density falls within the range of published density estimates for puma (Quigley and Hornocker 2010) as well as those that have recently been calculated for Florida panthers at 4 different study areas in southwestern Florida (Sollmann et al. 2013, Dorazio and Onorato 2018, Onorato et al. 2020; see section 6.1.4).  These density estimates were calculated using trail camera data and spatial mark-resight (SMR) models for study areas in the PSSF (1.5 panthers/100 km$^2$; PSSF), Addition Lands Unit of BCNP (1.37 panthers/100 km$^2$; Addition Lands), the privately-owned Immokalee Ranch (3.90 panthers/100 km$^2$; IMR) and a complex of public lands inclusive of the entire FPNWR plus portions of the FSPSP and PSSF (4.03 panthers/100 km$^2$; Panther Refuge Complex).  These sites could be considered as stretching across a habitat quality gradient for panthers.  Keeping the aforementioned caveats in mind, we can deduce that a density of 2.03 panthers/100 km$^2$ in the current Functional Zone is supporting a viable population.  Given our range of density estimates from recent modeling efforts, it's reasonable to state that the current Functional Zone may have the capacity to sustain more panthers in areas with higher quality habitat or if land managers improve marginal or low-quality habitat.

Projections of habitat loss in the Functional Zone for the next 20 years all show a net loss of panther habitat by 2040 (Table 7.7).  What is necessary is knowing if a viable population of panthers could be

sustained on what will invariably be a smaller footprint of habitat.  If we use 185 panthers as our benchmark for a viable population, per the van de Kerk et al. (2019) PVA, we then should assess whether a smaller Functional Zone would theoretically be able to support a density of panthers that equates to 185 animals and does said density fall within the range we've estimated for panthers in South Florida and for pumas in other populations.

We assessed the projected near-term (2040) impacts of habitat loss in the Functional Zone on panther population viability under the following scenarios (Table 7.7):

1.  Planned Developments – Future developments likely to be constructed in South Florida through the year 2040 (See Section 7.2.1)
2.  SLR of 0.5 m
3.  Planned Developments and SLR of 0.5 Combined
4.  Developments after Protection of Florida Forever and FEGN Acquisition List

For the Functional Zone, we see a reduction from 9094 $km^2$ today to 8513 $km^2$, 8121 $km^2$, 7593 $km^2$, and 8919 $km^2$ for the 2040 Planned Developments, SLR of 0.5 m, Planned Developments + SLR, and Developments after Protection of Florida Forever and FEGN, respectively (Table 7.7).  For 185 adult and subadult panthers to persist in those areas, they would need to support densities of 2.17 panthers/100 $km^2$, 2.28 panthers/100 $km^2$, 2.44 panthers/100 $km^2$, and 2.07 panthers/100 $km^2$, for the 2040 Planned Developments, 2040 SLR of 0.5 m, Planned Developments + SLR, and Developments after Protection of Florida Forever and FEGN, respectively.  These projected densities for the four different near-term habitat loss scenarios are all within the aforementioned range of density estimates for panthers (1.37–4.03 panthers/100 $km^2$).  Therefore, we can surmise that there is the potential for a smaller footprint of habitat to support what we currently consider a viable population of panthers over the next 20 years.  We caution that habitat management and restoration efforts would play a key role in making this increase in density feasible.

**Impacts of Habitat Loss on Long-Term (2070) Population Viability**

Results from the van de Kerk et al. (2019) model revealed:  1) a projected population size of 187 adults and subadults (142–218, 95% CI) and cumulative PQE of 0.72 percent (0–0.31 5th and 95th percentiles) by 2070 (Figure 7.1).  These results can be interpreted as showing that the population would be viable with a very low PQE for the next 50 (2070) years, should conditions remain constant.  Applying the 50-year population estimate of 187 to the current Functional Zone size of 9094 $km^2$ (Table 7.3) permits us to estimate a density of 2.06 panthers/100 $km^2$.  This density falls within the range of published density estimates for puma (Quigley and Hornocker 2010) as well as estimates that have recently been calculated for Florida panthers at 4 different study areas in southwestern Florida (Sollmann et al. 2013, Dorazio and Onorato 2018, Onorato et al. 2020, see section 6.1.4).  These density estimates were calculated using trail camera data and spatial mark-resight (SMR) models for study areas in the PSSF (1.5 panthers/100 $km^2$; PSSF), Addition Lands Unit of BCNP (1.37 panthers/100 $km^2$; Addition Lands), the privately owned Immokalee Ranch (3.90 panthers/100 $km^2$; IMR), and a complex of lands inclusive of the entire FPNWR plus portions of the FSPSP and PSSF (4.03 panthers/100 $km^2$; Panther Refuge Complex).  These sites could be considered as stretching across a habitat quality gradient for panthers.  Keeping the aforementioned caveats in mind, we can deduce that a density of 2.06 panthers/100 $km^2$ in the current Functional Zone is supporting a viable population.  Given our range of density estimates from recent modeling efforts, it's reasonable to state that the current Functional Zone may have the capacity to

sustain more panthers in areas with higher quality habitat or if land managers improve marginal or low-quality habitat.

Models that assess habitat alterations for the next 50 years all show a net loss of panther habitat by 2070 (Table 7.8).  What is necessary is knowing if a viable population of panthers could be sustained on what will invariably be a smaller footprint of habitat.  If we use 187 panthers as our benchmark for a viable population, per the van de Kerk et al. PVA, we then should assess whether a smaller Functional Zone would theoretically be able to support a density of panthers that equates to 187 animals and does said density fall within the range we've estimated for panthers in South Florida and for pumas in other populations.

There are three factors that permit estimates of habitat loss for four different scenarios by the year 2070 in Table 7.8.  These include:

1. Trend 2070 Scenario – Development projected to continue at current trend for 50 years.
2. Alternative 2070 Scenario – Overall loss of habitat is reduced, assuming lands planned for development that were on the State's Florida Forever acquisition list as of September 2018 and Priority 1 and 2 linkages of the FEGN (Oetting et al. 2016) are afforded protection in perpetuity.
3. Trend 2070+SLR Scenario – Habitat loss under the Trend scenario associated with an estimated SLR of 1.0 m by 2070.
4. Alternate 2070+SLR Scenario – Habitat loss under the Alternative scenario associated with an estimated SLR of 1.0 m by 2070.

For the Functional Zone, we see a reduction from 9094 km$^2$ today to 7553 km$^2$, 8266 km$^2$, 6099 km$^2$, and 6780 km$^2$ for the Trend 2070, Alternative 2070, Trend 2070+SLR, and Alternative 2070+SLR, respectively. For 187 adult and subadult panthers to persist in those areas, they would need to support densities of 2.48 panthers/100 km$^2$, 2.26 panthers/100 km$^2$, 3.07 panthers/100 km$^2$, and 2.76 panthers/100 km$^2$, for the Trend 2070, Alternative 2070, Trend 2070+SLR, and Alternative 2070+SLR, respectively.  These projected densities for the four different long-term habitat loss scenarios are all within the aforementioned range of density estimates for panthers (1.37–4.03 panthers/100 km$^2$).  So, we can surmise that there is the potential for a smaller footprint of habitat to support what we currently consider a viable population of panthers over the next 50 years.  We caution that habitat management and restoration efforts would play a key role in making this increase in density feasible.

In addition to maintaining a viable population in the Functional Zone in tandem with a level of habitat loss, it's also important to note that there's the distinct probability that natural expansion of panthers into Central Florida will continue over the next 50 years.  As previously noted, FWC documented an adult female panther north of the Caloosahatchee River for the first time in over 40 years in 2016 (FWC 2017).  A minimum of three adult female panthers and at least four litters of kittens have been documented north of the Caloosahatchee River between November 2016 and June 2020 (Kelly and Onorato 2020), creating optimism that range expansion of the South Florida population will continue. There is also the potential management option of releasing female panthers into Central Florida to improve prospects for expansion of the breeding population.  Given the appropriate conservation measures and securing lands identified as Conservation Focus Areas, the expansion of panthers into Central Florida will further improve the probability of maintaining a viable population of panthers to and

beyond 2070 and will offset the projected reductions in resiliency south of the Caloosahatchee River expected to occur as a result of habitat loss and fragmentation.

Table 7.7.  Total area (km$^2$) of panther habitat remaining in the South Florida RFP Model (Frakes et al. 2015), the Functional Zone of South Florida, and the Primary and Dispersal Zones (Kautz et al. 2006) in the near-term (2040) due to planned developments (i.e., DRIs, PUDs, East Collier RLSA, Sector Plans, Lee County Planned Developments, and North Belle Meade TDR receiving lands), sea level rise of 0.5 m, and assuming protection of lands planned for development that were on the State's Florida Forever (FF) acquisition list as of September 2018 and Priority 1 and 2 linkages of the Florida Ecological Greenways Network (FEGN) (Oetting et al. 2016).  The potential number of panthers these remainng habitat regions could support are based on the current range of density estimates (1.37–4.03 panthers/100 km$^2$) for panthers in South Florida.

| Panther Habitat Region | | Current Area km² | Habitat Remaining Near Term 2040 | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Planned Developments | | | Sea Level Rise of 0.5 m | | | Developments and Sea Level Rise Combined | | | Developed Area After Protection of FF and FEGN | | |
| | | | Area km² | Potential Panther Capacity | | Area km² | Potential Panther Capacity | | Area km² | Potential Panther Capacity | | Area km² | Potential Panther Capacity | |
| | | | | 1.37 | 4.03 | | 1.37 | 4.03 | | 1.37 | 4.03 | | 1.37 | 4.03 |
| South Florida RFP Model | | 5579 | 5366 | 73 | 216 | 5238 | 71 | 211 | 5041 | 69 | 203 | 5560 | 76 | 224 |
| Functional Zone | | 9094 | 8513 | 116 | 343 | 8121 | 111 | 327 | 7593 | 104 | 306 | 8919 | 122 | 359 |
| | Zone A | 6103 | 5838 | 80 | 235 | 5733 | 78 | 231 | 5486 | 75 | 221 | 6079 | 83 | 245 |
| | Zone B | 2991 | 2675 | 36 | 108 | 2388 | 32 | 96 | 2107 | 29 | 85 | 2840 | 39 | 114 |
| Primary Zone | | 9189 | 8877 | 121 | 357 | 7876 | 108 | 317 | 7587 | 104 | 305 | 9169 | 125 | 369 |
| Dispersal Zone | | 113 | 107 | 1 | 4 | 112 | 1 | 4 | 107 | 1 | 4 | 113 | 1 | 4 |

Table 7.8.  Total area (km$^2$) of panther habitat remaining in the South Florida RFP Model (Frakes et al. 2015), the Functional Zone of South Florida, and the Primary and Dispersal Zones (Kautz et al. 2006) of South Florida based on the Carr and Zwick (2016) Trend 2070 and Alternative 2070 growth models and a sea level rise (SLR) of 1.0 m (Noss et al. 2014).  The potential number of panthers these remaining habitat regions could support are based on the current range of density estimates (1.37–4.03 panthers/100 km$^2$) for panthers in South Florida.

| Panther Habitat Region | | Current Area km² | Habitat Remaining Long Term 2070 | | | | | | | | | | |
| | | | Trend 2070 | | | Alternative 2070 | | | Trend + SLR 1 m | | | Alternative + SLR 1 m | | |
| | | | Area km² | Potential Panther Capacity | | Area km² | Potential Panther Capacity | | Area km² | Potential Panther Capacity | | Area km² | Potential Panther Capacity | |
| | | | | 1.37 | 4.03 | | 1.37 | 4.03 | | 1.37 | 4.03 | | 1.37 | 4.03 |
| South Florida RFP Model | | 5579 | 5118 | 70 | 206 | 5403 | 74 | 217 | 4442 | 60 | 179 | 4721 | 64 | 190 |
| Functional Zone | | 9094 | 7553 | 103 | 304 | 8266 | 113 | 333 | 6099 | 83 | 245 | 6780 | 92 | 273 |
| | Zone A | 6103 | 5553 | 76 | 224 | 5922 | 81 | 239 | 4802 | 65 | 193 | 5163 | 70 | 208 |
| | Zone B | 2991 | 2000 | 27 | 80 | 2344 | 32 | 94 | 1297 | 17 | 52 | 1617 | 22 | 65 |
| Primary Zone | | 9189 | 8545 | 117 | 344 | 8910 | 122 | 359 | 6539 | 89 | 263 | 6892 | 94 | 277 |
| Dispersal Zone | | 113 | 75 | 1 | 3 | 106 | 1 | 4 | 75 | 1 | 3 | 106 | 1 | 4 |

**7.2.7    Assessment of Future Management Scenarios on the 4 R's**

Future conditions projected under 3 management scenarios:

1. **Natural Population Expansion plus Current Conservation Measures**—Continuation of existing threats and conservation efforts.  Let natural population expansion continue to the north without management facilitation;
2. **Scenario 1 + Augmentation of Central Florida Population**—Human-assisted expansion by releasing select panthers from South Florida into Central Florida; natural expansion beyond the I-4 corridor;
3. **Scenario 2 + Reintroduction in Source Population Areas in North Florida**— Human-assisted expansion by releasing select panthers north of the Caloosahatchee River into the Source Population Areas identified in the Panhandle of North Florida.

*Scenario table removed.  Section revisions will commence post-RTM feedback. Including "no management" future condition.*

## 7.3    FUTURE RESILIENCY

Resiliency describes the panther's ability to withstand environmental variation and disturbance events. This resiliency is associated with abundance, survival, population growth rate, genetic heterogeneity, and habitat quality. Environmental variation includes normal year-to-year variation in rainfall and temperatures, for example, as well as unseasonal weather events. Disturbances (i.e., discrete events which cause substantial changes to the structure or resources of an ecosystem) are stochastic events such as fire, flooding, tropical cyclones, and disease outbreaks. Simply stated, resiliency is having the means to recover from the impacts of such disturbances and persist over time (viability). To be resilient, the panther must have healthy populations that are able to sustain themselves through good and bad years. Panther resiliency would increase with improvements in population health, population size and an increase in the area occupied by the population. Resiliency would also be affected by the degree of connectivity within occupied habitat. A population must be resilient to contribute to redundancy or representation.

As described in the Current Conditions chapter, Florida panthers have historically and continue to currently demonstrate resiliency in the face of many pressures. Florida panthers survived as the only functioning population of puma in eastern North America despite constant persecution to eliminate them from the landscape. The current panther population, at least 5-fold larger in size when compared to the population 3 decades ago, likely has greater resiliency today than it has for over 100 years. However, human populations and associated expansion of development will continue in Florida and these factors will reduce the resiliency of the existing panther population if no range expansion occurs outside of South Florida to offset this reduction in resiliency.

### South Florida

Future projections of near-term (2040), long-term (2070), and very long-term (2100) habitat loss will very likely reduce the resiliency of the South Florida source population. Two small puma populations were shown to be at an elevated risk of extinction due to isolation caused by urbanization and major highways (Benson et al. 2019). Projected near-term (2040) development in areas within and surrounding the Functional Zone would not only result in a loss of the spatial extent of habitat that supports the current population but would also result in reduced or compromised landscape connections between the Big Cypress CHR and the Okaloacoochee Slough and CREW areas. Projected development within these regions could also result in a "halo" effect of reduced habitat quality, beyond the spatial extent of the habitat loss.

Reductions in future resiliency because of projected habitat losses under all future development scenarios could be offset, and in some cases, improved if important landscape connections within the Functional Zone are maintained, particularly between the Big Cypress CHR and CREW area and the Big Cypress CHR and Okaloacoochee Slough area. Future habitat losses in the Dispersal Zone could compromise the tenuous connectivity between the South Florida panther population and any female panthers currently established north of the Caloosahatchee River. A loss or degradation of the Dispersal Zone connection would significantly reduce the likelihood of continued natural range expansion of the current source population, thereby impacting resiliency in the absence of human-assisted expansion of females north of the Caloosahatchee River. Significant portions of the Dispersal Zone have been protected. Securing additional habitat and improving the functionality of this corridor should be

prioritized in order to offset projected reductions in resiliency due to future habitat loss and fragmentation.

In summary, resiliency is expected to be lower by 2070 than it is today.  However, our projections suggest that the future habitat footprint should be sufficient to support a viable population in South Florida.  This future population should be able to produce individuals to facilitate natural population expansion into Central Florida under Scenario 1.

**Central Florida**

Future resiliency would also be affected by the degree of connectivity not only within occupied habitat, but also within areas necessary for future population expansion.  Although panthers have been documented throughout the Central Florida area, females have only been detected in the Babcock-Fisheating Creek area.  To increase resiliency for the population as a whole, the ability for panthers to move from South Florida into Central Florida needs to be maintained and more areas of Central Florida need to be occupied by females.

Starting from the Babcock-Fisheating Creek complex, linkages need to remain passable to Myakka River State Park/Carlton Reserve and the Duette area in western Hardee County (Figure 7.12 and Figure 7.13).  Both the Trend and Alternative 2070 models show that the linkage is comprised of habitats with low p-values and will be subject to development that could sever this linkage.  There is a large block of core habitat centered on the Myakka River State Park, but the surrounding Supporting habitats are convoluted and linear in nature.

Panthers have traveled north from Fisheating Creek to the west of US 27 and have managed to navigate across this busy highway at several locations.  The Wauchula East linkage (Figure 7.12 and Figure 7.13) was identified by Thatcher et al. (2009) but both the Trend and Alternative 2070 models predict either complete severing of this linkage or a considerable restriction in its width.  The future value of this linkage is questionable due to the projected urban growth along the Lake Wales Ridge/US 27 corridor.

The most resilient linkage for panther movement north from Fisheating Creek would be across US 27 to the Kissimmee River (Figure 7.12 and Figure 7.13).  Both the Trend and Alternative 2070 models indicate this linkage will remain undeveloped and intact.  Although the habitat quality is mapped as lower quality, there are stepping stones of higher quality habitat patches to facilitate panther movement.  This linkage connects to the Avon Park core habitat region which then links to the Bull Creek, Deseret Ranch and Farmton regions.  The Thatcher et al. (2009) pathways are compromised in the Trend and Alternative 2070 models through the Deseret and Farmton areas but there are other pathways that should remain intact to facilitate movement northward.  The portion of I-4 north between Farmton and St. John's South has 3 wildlife crossings thereby permitting safe passage across this highway.

**North Florida**

Natural population expansion is not likely to reach the North Florida region by 2070 based on the rate of female occupancy that was documented in South Florida (see Chapter 4.3).  Therefore, this region will not affect panther future resiliency under Scenario 1.  Resiliency should increase under Scenario 2 as the presence of females increases throughout Central Florida; this human-assisted female range expansion should offset losses of resiliency in South Florida.  However, it is not likely that females will occupy the North Florida source habitat regions by 2070 based on the documented rate of female occupancy

observed in South Florida. These source regions are separated from the Farmton/St. John's South regions by a circuitous route of >200 km that passes through patchy source habitat. Resiliency would receive its maximum lift under Scenario 3 with the establishment of viable populations in the North Florida source regions.

## 7.4    FUTURE REDUNDANCY

Redundancy describes the panther's ability to withstand catastrophic events, which is related to the number, distribution, and resilience of populations. Redundancy spreads risks among multiple populations (or subpopulations) and ensures that the loss of a single population (or subpopulation) does not lead to the loss of representation. A sufficiently widespread single population may achieve the same result as multiple populations by reducing the likelihood that the entire population is affected simultaneously by a catastrophic event. Furthermore, the more diverse and widespread that the population is, the more likely it is that the panther's adaptive diversity will be preserved. Having multiple panther subpopulations would help preserve the breadth of adaptive diversity, and hence, the evolutionary flexibility of the panther. Given sufficient redundancy, single or multiple catastrophic events are unlikely to cause the panther's extinction. Thus, the greater redundancy a panther has, the more viable it will be.

Under Scenario 1, panthers could be distributed from the southern tip of the peninsula into Central Florida at least as far north as I-4, mirroring the current distribution. Currently, most panthers and most reproduction occur south of the Caloosahatchee River on >9000 km$^2$ of habitat. If the natural expansion of female panthers in Central Florida documented in 2017-2019 persists through 2070, redundancy would increase. This lift would also be achieved under Scenario 2 but the time frame for female range expansion would most likely be accelerated through population augmentation. Achieving Scenario 3 would ensure that panthers have enough redundancy to persist into the long-term future.

Under all future scenarios of habitat loss through 2070, suitable habitat patches are projected to remain that have the potential to support a source-sink population configuration throughout Florida, including the Apalachicola and Big Bend Source Population Areas. The continued expansion of female panthers north of the Caloosahatchee River would improve redundancy for the entire Florida population. Human-assisted expansion through augmentation of the Central Florida population and/or reintroduction of panthers into the Source Population Areas of North Florida, would significantly improve redundancy throughout the state.

## 7.5    FUTURE REPRESENTATION

Representation describes the panther's ability to adapt to changing environmental conditions and is characterized by the breadth of genetic and ecological diversity within and among populations. The greater this adaptive diversity the more viable the panther will be. Maintaining adaptive diversity includes conserving both the panther's ecological and genetic diversity. Ecological diversity is the physiological, ecological, and behavioral variation exhibited by a species across its range. Genetic diversity is the number and frequency of unique alleles within and among populations. By maintaining these two sources of adaptive diversity across a species' range, the responsiveness and adaptability of the panther over time is preserved, which increases overall viability. Representation is therefore measured by the breadth of genetic diversity and ecological diversity within and among populations. Representation is considered a proxy for the adaptive capacity of the species over time.

Representation would increase into the long-term future (2070) under all 3 Scenarios with the biggest lift occurring if viable populations are established in the North Florida source regions. Panther populations distributed throughout Florida could plausibly maintain levels of genetic variation that may reduce or possibly negate the need for periodic assisted genetic introgression. This would depend on natural migration/dispersal events between source habitats throughout Florida. There is evidence that promoting interchange between populations at a rate of >1 animal per generation can provide sufficient genetic variation to promote a genetically healthy population and reduce the probability of extinction. In order for such a scenario to become a reality, important habitat linkages would need to be protected in perpetuity to permit gene flow between populations in different portions of Florida. However, if panther distribution remains static and the female range expansion into Central Florida does not persist, representation would decline, and genetic management would be necessary to maintain adequate representation.

## 7.6    FUTURE RESISTANCE

Resistance describes the sociological pressures that are exerted either on the species (i.e. human unwillingness to accept panthers leading to direct persecution) or on the management of the species (i.e., varying degrees of support for translocations or population re-establishment). There is a range of resistance among different stakeholders because of the "mixture of tolerance of problems and desires for benefits from wildlife" that constitute Wildlife Stakeholder Acceptance Capacities (WSAC; Carpenter et al. 2000:6). Resistance is more of a qualitative rather than a quantitative measure. It can range from low resistance where people desire to see more panthers on the landscape to high resistance where people do not want them near their homes or livestock operations.

Under Scenario 1, panther resistance should remain at its current level in South Florida but resistance might increase in Central Florida as panther numbers rise. As the population increased to its current level, panthers began re-occupying habitats in South Florida where they had been absent, and these areas are often prone to development (habitat loss) and human-panther conflicts. An expanding population has led to an increase in the number panthers killed illegally as well as findings of panthers with old gunshot injuries. Depredations on pets, hobby livestock and cattle have increased as the panther population grew, and these events may erode tolerance over time. Although there is no evidence to show that these threats are increasing panther resistance today, changes in public attitudes and agency management approaches to these issues may impact future resistance. A panther attack on a human has the potential to increase resistance to panthers and constrain human-assisted population expansion. Resistance is lessened by having a Response Plan in place that helps manage human-panther conflicts and provide assurances to the public that managing agencies will respond appropriately to any panther threats, including the permanent removal of panthers from the wild. The continuation of public outreach and education efforts to reduce human-panther conflicts would also lessen resistance to the current and/future populations in Florida.

Panther resistance in Central Florida is currently low given that few panthers are occupying this area and people accept this level of panther presence. Under Scenario 2, resistance may increase in Central Florida as panthers become numerous following population augmentation. Human-panther conflicts are likely to increase as human and panther populations increase and the agency-conducted population augmentation will become a likely target of criticism.

Resistance is likely to be much higher in North Florida because panthers have not been present there for well over a century. Public reaction to Scenario 3 may very well follow the pattern witnessed during the 1988–1995 North Florida Reintroduction Feasibility Studies. There was little resistance expressed during the planning stages of these studies but once puma were released, resistance by some residents in the area grew. These studies concluded that reintroduction was biologically feasible, but resistance to puma would be a major problem. Whether such sentiment still persists a quarter century later is something that should be assessed, but inherently, it should be expected that resistance will need to be assuaged via targeted outreach efforts if said programs are to be successful.

Private ranchlands provide high-quality panther habitat in South Florida and in areas identified as important for population expansion in Central Florida. Levels of resistance towards panthers among some members of the ranching community are elevated due to the perceived and real threat they pose to livestock operations. Ensuring that there are effective and simplistic means of providing compensation to cattle ranchers for loss to panther depredations is important in order to attempt to reduce resistance levels in that community. Ranchers in Florida are under intense pressure to sell land for urban and suburban development, and those land uses are incompatible with panthers. As the Florida panther's range expands and population density increases on private lands, an increase in panther depredation events on commercial cattle operations has a negative economic impact on producers and has become a threat that could undermine previous collaborative efforts in the protection and recovery of the species. A failure to address concerns regarding resistance due to panther depredations on livestock has the potential to hinder population expansion into Central Florida, an area where panthers will be more reliant on private lands as compared to the current breeding range in South Florida.

Although this SSA's geographic scope was Florida-centric (Chapter 1.1.2), these same resistance factors would be expected throughout the panther's former range as mapped by Young and Goldman (1946) (Fig. 3.1). As evidence of such resistance, several states expressed concerns about the 2008 Recovery Plan because the plan included actions to evaluate the top three Thatcher (2006) reintroduction sites for future releases. (Discuss reaction by some SE states to the recovery plan, specifically the letter from Missouri director.

## CHAPTER 8    STATUS ASSESSMENT SUMMARY

Panther numbers were at their lowest in the late 1960s early 1970s, perhaps as few as 6-10 breeding adults, but some 50 years later, the population is estimated to range between 120 and 230 individuals. The human population of Florida is projected to grow by 56 percent over the next 50 years and the number of people in the region of South Florida where most panthers are currently found is expected to rise from 979,000 to 2.2 million between 2010 and 2070.  Although habitat losses will undoubtedly occur as the human population grows, nearly 74 percent of the Southwest Florida SHR is protected as conservation lands.  If future distribution is constrained within a smaller footprint of the current SHR, panther numbers and heterozygosity would be predicted to decline.  A smaller population would become less viable in the long-term.  Resiliency, redundancy and representation would all decrease over time if the only viable population is constrained to South Florida.  Resistance would be expected to remain near current levels.

Statewide habitat analyses of current and future conditions show there are opportunities for expanding the distribution of panthers.  Such an expansion would reduce the threats posed by development in the Southwest Florida SHR.  Resiliency, redundancy and representation would all be improved if panthers expanded throughout the state.  However, addressing human resistance to a statewide presence of this large carnivore may be a significant challenge.  Panthers currently occur south of the I-4 corridor and this distribution should reduce resistance to an expansion of the breeding population in the Central Florida area between the Caloosahatchee River and I-4.  Increasing the distribution of breeding females north of the river would improve resiliency, redundancy and representation for the population as a whole and would help to offset any reduction in these measures south of the river due to projected habitat losses over the next 50 years.  However, the availability of connected panther habitat in Central Florida is likely not sufficient in size to support a viable population.  Natural expansion of the breeding range may be occurring currently, and this process may lead to female panther presence throughout Central Florida over the next 50 years.  Population augmentation would likely accelerate this process. Resistance due to human-panther conflicts would be expected to increase in Central Florida as more panthers recolonize that region.  If population augmentation is employed as a management tool, it would likely increase resistance and become a target of criticism by some stakeholders based on reactions to the North Florida Reintroduction studies (1988–1993) and Genetic Restoration (1995–2003).

We identified 2 areas outside of South Florida that are large enough to support source panther populations, namely the Big Bend and Apalachicola Core Habitat Regions; both areas are in North Florida.  Although there are habitat linkages that panthers could use to re-populate North Florida, such natural expansion is unlikely to occur in the next 50 years.  Reintroductions of panthers into North Florida would accelerate this process and the establishment of 2 viable populations outside of South Florida would provide big lifts to panther resilience, redundancy and representation.  However, reintroductions of large carnivores are controversial and such a management action is likely to be met with high resistance by some citizens.  Strategies to lessen the impacts of human-panther conflicts, such as compensation for economic losses caused by panthers, may improve the likelihood of initiating such reintroductions and their subsequent long-term success.

## LITERATURE CITED

Ackerman, B. B., F. G. Lindzey, and T. P. Hemker. 1984. Cougar food habits in southern Utah. The Journal of Wildlife Management 48:147–155.

Allen, G. M. 1942. Extinct and vanishing mammals of the western hemisphere, with the marine species of all the oceans. American Committee for International Wild Life Protection, Special Publication II.

Allen, M. L., H. U. Wittmer, P. Houghtaling, J. Smith, L. M. Elbroch, and C. C. Wilmers. 2015. The role of scent marking in mate selection by female pumas (Puma concolor). Plos One 10:e0139087.

Alvarez, K. 1993. Twilight of the panther: biology, bureaucracy, and failure in an endangered species program. First edition. Myakka River Publishing, Sarasota, Florida.

Anderson, W. E. 1983. A critical review of literature on puma (*Felis concolor*). Colorado Division of Wildlife Special Report No. 54:1–91.

Antonini, G. A., D. A. Fann, and P. Roat. 2002. A historical geography of southwest Florida waterways, volume two: Placida Harbor to Marco Island. Florida Sea Grant and West Coast Inland Navigation District, Gainesville and Venice, Florida.

Avise, J. C., and R. M. Ball. 1990. Principles of genealogical concordance in species concepts and biological taxonomy. Oxford Surveys in Evolutionary Biology 7:45–67.

Bacon, M. M., and M. S. Boyce. 2010. Scavenging of an elk, *Cervus elaphus*, carcass by multiple cougars, *Puma concolor*, in Southeastern Alberta. Canadian Field-Naturalist 124:242–245.

Ballard, W. B., D. Lutz, T. W. Keegan, L. H. Carpenter, and J. C. deVos. 2001. Deer-predator relationships: a review of recent North American studies with emphasis on mule and black-tailed deer. Wildlife Society Bulletin (1973-2006) 29:99–115.

Bangs, O. 1899. The Florida puma. Proceedings of the Biological Society of Washington 13:15–17.

Barone, M. A., M. E. Roelke, J. Howard, J. L. Brown, A. E. Anderson, and D. E. Wildt. 1994. Reproductive characteristics of male Florida panthers: comparative studies from Florida, Texas, Colorado, Latin America, and North American zoos. Journal of Mammalogy 75:150–162.

Bartareau, T. M. 2017. Estimating the body weight of Florida panthers from standard morphometric measurements. Journal of Fish and Wildlife Management 8:618–624.

Bartoszek, I. A., P. T. Andreadis, C. Prokopervin, M. Patel, and R. N. Reed. 2018. *Python bivittatus* (Burmese python). Diet and prey size. Herpetological Review 49:139–140.

Bauer, J. W., K. A. Logan, L. L. Sweanor, and W. M. Boyce. 2005. Scavenging behavior in puma. The Southwestern Naturalist 50:466–471.

Beard, D. B., F. C. Lincoln, V. H. Cahalane, H. H. T. Jackson, and B. H. Thompson, editors. 1942. Fading trails: the story of endangered American wildlife. The Macmillan Company, New York; Boston.

Beausoleil, R. A., J. D. Clark, and B. T. Maletzke. 2016. A long-term evaluation of biopsy darts and DNA to estimate cougar density: An agency-citizen science collaboration. Wildlife Society Bulletin 40:583–592.

Beier, P. 1993. Determining minimum habitat areas and habitat corridors for cougars. Conservation Biology 7:94–108.

-------- 1995. Dispersal of juvenile cougars in fragmented habitat. The Journal of Wildlife Management 59:228–237.

--------2010. A focal species for conservation planning. Pages 177–189 *in* M. Hornocker, and S. Negri, editors. Cougar: ecology and conservation. The University of Chicago Press, Chicago.

Beier, P., and S. Loe. 1992. In my experience: a checklist for evaluating impacts to wildlife movement corridors. Wildlife Society Bulletin (1973–2006) 20:434–440.

Beier, P., M. R. Vaughan, M. J. Conroy, and H. Quigley. 2006. Evaluating scientific inferences about the Florida panther. The Journal of Wildlife Management 70:236–245.

Beier, P., M. R. Vaughan, M. J. Conroy, and H. Quigley. 2003. An Analysis of scientific literature related to the Florida panther. Final Report. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida, USA.

Belden, R. C. 1988. The Florida panther. Pages 514–532 in W. J. Chandler, editor. Audubon Wildlife Report 1988/1989. National Audubon Society, New York, New York.

Belden, R. C., W. B. Frankenberger, R. T. McBride, and S. T. Schwikert. 1988. Panther habitat use in southern Florida. The Journal of Wildlife Management 52:660–663.

Belden, R. C., and W. B. Frankenberger. 1977. Management of feral hogs in Florida: past, present and future. Pages 5–10 in G. W. Wood, editor. Research and management of wild hog populations. Clemson University, Georgetown.

Belden, R. C., W. B. Frankenberger, and J. C. Roof. 1991. Florida panther distribution. Final Report 7501, E-1 II-E-1. Florida Game and Fresh Water Fish Commission, Tallahassee, FL.

Belden, R. C., and B. W. Hagedorn. 1993. Feasibility of translocating panthers into northern Florida. The Journal of Wildlife Management 57:388–397.

Belden, R. C., and R. T. McBride. 2006. Panther peripheral areas survey final report 1998–2004. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

Belden, R. C., and J. W. McCown. 1996. Florida panther reintroduction feasibility study. Final Report 7507. Florida Game and Fresh Water Fish Commission, Bureau of Wildlife Research, Tallahassee, Florida.

Benson, J. F., M. A. Lotz, E. D. Land, and D. P. Onorato. 2012. Evolutionary and practical implications of pseudo-estrus behavior in Florida panthers (*Puma concolor coryi*). Southeastern Naturalist 11:149–154.

Benson, J. F., P. J. Mahoney, T. W. Vickers, J. A. Sikich, P. Beier, S. P. D. Riley, H. B. Ernest, and W. M. Boyce. 2019. Extinction vortex dynamics of top predators isolated by urbanization. Ecological Applications 0:e01868.

Benson, J. F., J. A. Hostetler, D. P. Onorato, W. E. Johnson, M. E. Roelke, S. J. O'Brien, D. Jansen, and M. K. Oli. 2011. Intentional genetic introgression influences survival of adults and subadults in a small, inbred felid population. Journal of Animal Ecology 80:958–967.

Benson, J. F., J. A. Hostetler, D. P. Onorato, W. E. Johnson, M. E. Roelke, S. J. O'Brien, D. Jansen, and M. K. Oli. 2009. Chapter 2: Survival and cause-specific mortality of sub-adult and adult Florida panthers. Pages 10–61 *in* J. A. Hostetler, D. P. Onorato, and M. K. Oli, editors. Population ecology of the Florida panther. Final report submitted to Florida Fish and Wildlife Conservation Commission and U.S. Fish and Wildlife Service.

Benson, J. F., M. A. Lotz, and D. Jansen. 2008. Natal den selection by Florida panthers. The Journal of Wildlife Management 72:405–410.

Bergmann, C. 1847. Ueber die Verhältnisse der Wärmeökonomie der Thiere zu ihrer Grösse. Göttingener Studien 3:595–708.

Biek, R., N. Akamine, M. K. Schwartz, T. K. Ruth, K. M. Murphy, and M. Poss. 2006. Genetic consequences of sex-biased dispersal in a solitary carnivore: Yellowstone cougars. Biology Letters 2:312–315.

Boback, S. M., R. W. Snow, T. Hsu, S. C. Peurach, C. J. Dove, and R. N. Reed. 2016. Supersize me: Remains of three white-tailed deer (*Odocoileus virginianus*) in an invasive Burmese python (*Python molurus bivittatus*) in Florida. BioInvasions Records 5:197–203.

Bodenchuck, M. J. 2011. Population management: depredation. Pages 135-144 *in* J. A. Jenks, editor. Managing cougars in North America. Jack H. Berryman Institute, Utah State University, Logan, USA.

Bolger, D. T., T. A. Scott, and J. T. Rotenberry. 2001. Use of corridor-like landscape structures by bird and small mammal species. Biological Conservation 102:213–224.

Boone and Crockett Club. 1961. Minutes of the luncheon meeting of the Conservation Committee and its advisors held on September 13, 1961 at the Yale Club of New York. Boone and Crockett Club Records (Mss 738), Archives and Special Collections. Maureen and Mike Mansfield Library. University of Montana-Missoula.

Boone and Crockett Club. 1962. Minutes of the combined Meeting of Records, Conservation and Executive Committees of the Boone and Crockett Club held on Monday, May 21st, 1962, at the Rolling Rock Club, Ligonier, Pennsylvania, at 9:00 A.M. Boone and Crockett Club Records (Mss 738), Archives and Special Collections. Maureen and Mike Mansfield Library. University of Montana-Missoula.

Boone and Crockett Club. 1964. Minutes of the meeting of the Executive Committee of the Boone and Crockett Club held on Tuesday, January the 7th, 1964 at the Yale Club, 15 Vanderbilt Avenue, New York City.  Boone and Crockett Club Records (Mss 738), Archives and Special Collections. Maureen and Mike Mansfield Library. University of Montana-Missoula.

Boyce, M. S. 1992. Population Viability Analysis. Annual Review of Ecology and Systematics 23:481–506.

Branch, L. C., M. Pessino, and D. Villarreal. 1996. Response of pumas to a population decline of the plains vizcacha. Journal of Mammalogy 77:1132–1140.

Breck, S. W., B. M. Kluever, M. Panasci, J. Oakleaf, T. Johnson, W. Ballard, L. Howery, and D. L. Bergman. 2011. Domestic calf mortality and producer detection rates in the Mexican wolf recovery area: Implications for livestock management and carnivore compensation schemes. Biological Conservation 144:930–936.

Brown, M. A., M. W. Cunningham, A. L. Roca, J. L. Troyer, W. E. Johnson, and S. O'Brien J. 2008. Genetic characterization of feline leukemia virus from Florida panthers. Emerging Infectious Diseases 14:252–259.

Burdett, C. L., K. R. Crooks, D. M. Theobald, K. R. Wilson, E. E. Boydston, L. M. Lyren, R. N. Fisher, V. T. Winston, S. A. Morrison, and W. M. Boyce. 2010. Interfacing models of wildlife habitat and human development to predict the future distribution of puma habitat. Ecosphere 1:1–21.

Burgin, C. J., J. P. Colella, P. L. Kahn, and N. S. Upham. 2018. How many species of mammals are there? Journal of Mammalogy 99(1):1–14.

Cahalane, V. H. 1964. A preliminary study of distribution and numbers of cougar, grizzly and wolf in North America. New York Zoological Society, Bronx, New York.

California Department of Pesticide Regulation. 2018. An investigation of anticoagulant rodenticide data submitted to the Department of Pesticide Regulation, November 16, 2018.

Captive Breeding Specialist Group. 1992. Genetic management strategies and population viability of the Florida panther (Felis concolor coryi). Report of a Workshop. White Oak Plantation Conservation Center, Yulee, Florida.

Caragiulo, A., I. Dias-Freedman, J. A. Clark, S. Rabinowitz, and G. Amato. 2013. Mitochondrial DNA sequence variation and phylogeography of Neotropic pumas (*Puma concolor*). Mitochondrial DNA 25:304–312.

Carpenter, M. A., E. W. Brown, M. Culver, W. E. Johnson, J. Pecon-Slattery, D. Brousset, and S. J. O'Brien. 1996. Genetic and phylogenetic divergence of feline immunodeficiency virus in the puma (*Puma concolor*). Journal of Virology 70:6682–6693.

Carr, M. H., and P. D. Zwick. 2016. Florida 2070: mapping Florida's future--alternative patterns of development in 2070. Technical Report. A research project prepared for Florida Department of Agriculture and Consumer Services and 1000 Friends of Florida. Geoplan Center at the University of Florida, Gainesville, Florida.

Caudill, G., D. P. Onorato, M. W. Cunningham, D. Caudill, E. H. Leone, L. M. Smith, and D. Jansen. 2019. Temporal trends in Florida panther food habits. Human-Wildlife Interactions:13(1):87–97.

Cherry, M. J., R. B. Chandler, E. P. Garrison, D. A. Crawford, B. D. Kelly, D. B. Shindle, K. G. Godsea, K. V. Miller, and L. M. Conner. 2018. Wildfire affects space use and movement of white-tailed deer in a tropical pyric landscape. Forest Ecology and Management 409:161–169.

Cherry, M. J., D. A. Crawford, K. N. Engebretsen, H. N. Abernathy-Conners, W. H. Ellsworth, L. L. Stiffler, F. Bled, E. P. Garrison, K. V. Miller, R. J. Warren, L. M. Conner, and R. B. Chandler. 2019. South Florida Deer Project. Final Report to the Florida Fish and Wildlife Conservation Commission Contract No. 14003.

Chimento, N. R., and A. Dondas. 2017. First record of Puma concolor (Mammalia, Felidae) in the Early-Middle Pleistocene of South America. Journal of Mammalian Evolution 25:381–389.

Chiu, E. S., S. Kraberger, M. W. Cunningham, L. Cusack, M. E. Roelke, and S. VandeWoude. 2019. Multiple introductions of domestic cat Feline Leukemia Virus in endangered Florida panthers. Emerging Infectious Diseases 25:92–101.

Choate, D. M., M. L. Wolfe, and D. C. Stoner. 2006. Evaluation of cougar population estimators in Utah. Wildlife Society Bulletin (1973-2006) 34:782–799.

Clark, D. A., G. A. Davidson, B. K. Johnson, and R. G. Anthony. 2014. Cougar kill rates and prey selection in a multiple-prey system in northeast Oregon. The Journal of Wildlife Management 78:1161–1176.

Clark, D. A., B. K. Johnson, D. H. Jackson, M. Henjum, S. L. Findholt, J. J. Akenson, and R. G. Anthony. 2014. Survival rates of cougars in Oregon from 1989 to 2011: a retrospective analysis. The Journal of Wildlife Management 78:779–790.

Conservation Breeding Specialist Group. 1994. A plan for genetic restoration and management of the Florida Panther (*Felis concolor coryi*). Report Prepared by Workshop Participants for Florida Game and Fresh Water Fish Commission Contract # 94027. U. S. Seal, editor. Workshop Hosted by White Oak Conservation Center, 11–13 September 1994, Yulee, Florida.

Convention on International Trade in Endangered Species of Wild Fauna and Flora. 2016. Summary record of the fourth plenary session. Seventeenth Meeting of the Conference of the Parties, Johannesburg, South Africa, 24 September–05 October 2016.

Cooley, H. S., H. S. Robinson, R. B. Wielgus, and C. S. Lambert. 2008. Cougar prey selection in a white-tailed deer and mule deer community. The Journal of Wildlife Management 72:99–106.

Cory, C. B. 1896. Hunting and fishing in Florida, including a key to the water birds known to occur in the state. Estes and Lauriat, Boston.

COSEWIC. 1998. COSEWIC assessment and update status report on the cougar (eastern population) *Puma concolor couguar* in Canada. Unpublished Report. Committee on the Status of Endangered Wildlife in Canada, Ottawa.

Cougar Management Working Group. 2005. Cougar management guidelines. First edition. Wild Futures, Brainbridge Island, Washington.

Cox, J. J., D. S. Maehr, and J. L. Larkin. 2006. Florida panther habitat use: new approach to an old problem. The Journal of Wildlife Management 70:1778–1785.

Crawford, D. A., M. J. Cherry, B. D. Kelly, E. P. Garrison, D. Shindle, L. M. Conner, R. B. Chandler, and K. V. Miller. 2019. Chronology of reproductive investment determines predation risk aversion in a felid-ungulate system. Journal of Animal Ecology 9:3264–3275.

Criffield, M., M. van de Kerk, E. Leone, M. W. Cunningham, M. Lotz, M. K. Oli, and D. P. Onorato. 2018. Assessing impacts of intrinsic and extrinsic factors on Florida panther movements. Journal of Mammalogy 99:702–712.

Crooks, K. R. 2002. Relative sensitivities of mammalian carnivores to habitat fragmentation. Conservation Biology 16:488–502.

Culver, M. 2010. Lessons and insights from evolution, taxonomy, and conservation genetics. Pages 27–42 *in* M. Hornocker, and S. Negri, editors. Cougar: ecology and conservation. First edition. University of Chicago Press, Chicago.

Culver, M., P. W. Hedrick, K. Murphy, S. O'Brien, and M. G. Hornocker. 2008. Estimation of the bottleneck size in Florida panthers. Animal Conservation 11:104–110.

Culver, M., W. E. Johnson, J. Pecon-Slattery, and S. J. O'Brien. 2000. Genomic ancestry of the American puma (*Puma concolor*). Journal of Heredity 91:186–197.

Cunningham, M. W. 2012. Geographic distribution of environmental contaminants in the Florida panther. U.S. Fish and Wildlife Service Cooperative Agreement No. 401817J004. Florida Fish and Wildlife Conservation Commission, Gainesville, Florida.

Cunningham, M. W., M. A. Brown, D. B. Shindle, S. P. Terrell, K. A. Hayes, B. C. Ferree, R. T. McBride, E. L. Blankenship, D. Jansen, S. B. Citino, M. E. Roelke, R. A. Kiltie, J. L. Troyer, and S. J. O'Brien. 2008. Epizootiology and management of feline leukemia virus in the Florida puma. Journal of Wildlife Diseases 44:537–552.

Cunningham, S. C., C. R. Gustavson, and W. B. Ballard. 1999. Diet selection of mountain lions in southeastern Arizona. Journal of Range Management 52:202–207.

Dalrymple, G. H., and O. L. Bass. 1996. The diet of the Florida panther in Everglades National Park, Florida. Bulletin of the Florida Museum of Natural History 39:173–193.

Dardiri, A. H., L. L. Logan, and C. A. Mebus. 1987. Susceptibility of white-tailed deer to experimental heartwater infections. Journal of Wildlife Diseases 23(2):215–219.

Davidson, G. A., D. A. Clark, B. K. Johnson, L. P. Waits, and J. R. Adams. 2014. Estimating cougar densities in northeast Oregon using conservation detection dogs. The Journal of Wildlife Management 78:1104–1114.

Davis, J. H., Jr. 1943. The natural features of southern Florida: especially the vegetation, and the Everglades. Geological Bulletin no. 25. State of Florida, Department of Conservation, Florida Geological Survey.

Davis, M. D. 1996. Eastern old-growth forests: prospects for rediscovery and recovery. Island Press, Washington, D.C.

Demarais, S., K. V. Miller, and H. A. Jacobson. 2000. White-tailed deer. Pages 601-628 *in* S. Demarais, and P. R. Krausman, editors. Ecology and management of large mammals in North America. Prentice Hall, Upper Saddle River, New Jersey.

Dickson, B. G., and P. Beier. 2002. Home-range and habitat selection by adult cougars in southern California. The Journal of Wildlife Management 66:1235–1245.

Dorazio, R. M., and D. P. Onorato. 2018. Estimating the density of Florida panthers using camera traps and telemetry – Report for Phase 1 of project with Addendum. Florida Fish and Wildlife Conservation Commission, Naples, Florida.

Dorcas, M. E., J. D. Willson, R. N. Reed, R. W. Snow, M. R. Rochford, M. A. Miller, W. E. Meshaka, P. T. Andreadis, F. J. Mazzotti, C. M. Romagosa, and K. M. Hart. 2012. Severe mammal declines coincide with proliferation of invasive Burmese pythons in Everglades National Park. Proceedings of the National Academy of Sciences 109:2418–2422.

Dove, C. J., R. W. Snow, M. R. Rochford, and F. J. Mazzotti. 2011. Birds Consumed by the Invasive
Burmese Python (*Python molurus bivittatus*) in Everglades National Park, Florida, USA. The Wilson
Journal of Ornithology 123:126–131.

Driscoll, C. A., M. Menotti-Raymond, G. Nelson, D. Goldstein, and S. J. O'Brien. 2002. Genomic
microsatellites as evolutionary chronometers: a test in wild cats. Genome Research 12:414–423.

Ercoli, M. D., M. A. Ramírez, M. M. Morales, A. Álvarez, and A. M. Candela. 2019. First record of
Carnivora (Puma Lineage, Felidea) in the Uquía Formation (Late Pliocene–Early Pleistocene, NW
Argentina) and its significance in the Great American Biotic Interchange. Ameghiniana 56(3):195–
212.

Facemire, C. F., T. S. Gross, and L. J. Guillette. 1995. Reproductive impairment in the Florida panther:
nature or nurture? Environmental Health Perspectives 103:79–86.

Fechter, D., and I. Storch. 2014. How many wolves (*Canis lupus*) fit into Germany? The role of
assumptions in predictive rule-based habitat models for habitat generalists. PloS One 9:e101798.

Finn, K. T., M. A. Criffield, D. P. Onorato, and D. L. Reed. 2013. The impact of genetic restoration on
cranial morphology of Florida panthers (*Puma concolor coryi*). Journal of Mammalogy 94:1037–
1047.

Fitzpatrick, J. W. 2010. Chapter 5: Subspecies are for convenience - las subespecies son por
conveniencia. Ornithological Monographs 67:54–61.

Fleming, D. M., J. Schortemeyer, and J. Ault. 1994. Distribution, abundance, and demography of white-
tailed deer in the Everglades. Pages 247–274 *in* D. Jordan, editor. Proceedings of the Florida
Panther Conference. Fort Myers, Florida, USA. U.S. Fish and Wildlife Service, Gainesville, Florida.

Florida Department of Agriculture and Consumer Services. 2010. Florida's cattle industry. Brochure
DACS-P-00044, Rev 09-2102. Florida Department of Agriculture and Consumer Services,
Tallahassee, Florida.

Florida Natural Areas Inventory. 2018. Florida Forever conservation needs assessment, version 4.4.
Technical Report. Florida Natural Areas Inventory, Tallahassee, Florida.

Forrester, D. J. 1992. Parasites and diseases of wild mammals in Florida. University Press of Florida, Gainesville, Florida.

Foster, D., G. Motzkin, J. O'Keefe, E. Boose, D. Orwig, J. Fuller, and B. Hall. 2004. The environmental and human history of New England. Pages 43–100 *in* D. R. Foster, and J. D. Aber, editors. Forests in time: the environmental consequences of 1,000 years of change in New England. Yale University Press, New Haven, Connecticut.

Foster, M. L., and S. R. Humphrey. 1995. Use of Highway Underpasses by Florida Panthers and Other Wildlife. Wildlife Society Bulletin (1973–2006) 23:95–100.

Frakes, R. A., R. C. Belden, B. E. Wood, and F. E. James. 2015. Landscape analysis of adult Florida panther habitat. PLoS One 10:e0133044.

Frankham, R., C. J. A. Bradshaw, and B. W. Brook. 2014. Genetics in conservation management: Revised recommendations for the 50/500 rules, Red List criteria and population viability analyses. Biological Conservation 170:56–63.

Froese, D., M. Stiller, P. D. Heintzman, A. V. Reyes, G. D. Zazula, A. E. R. Soares, M. Meyer, E. Hall, B. J. L. Jensen, L. J. Arnold, R. D. E. MacPhee, and B. Shapiro. 2017. Fossil and genomic evidence constrains the timing of bison arrival in North America. Proceedings of the National Academy of Sciences of the United States of America 114(13):3457–3462.

FWC. Unpublished data.

-------- 2001. Florida panther genetic restoration and management. Annual Report: 2000–2001. Florida Fish and Wildlife Conservation Commission, Naples, Florida.

-------- 2003. Florida panther genetic restoration and management. Annual Report. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

-------- 2007. Strategic plan for deer management in Florida 2008–2018. Technical Report. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

-------- 2009. Annual report on the research and management of Florida panthers: 2008–2009. Fish and Wildlife Research Institute & Division of Habitat and Species Conservation, Naples, Florida.

-------- 2016. Cooperative Land Cover, Version 3.2 - published October 2016.

-------- 2017. Annual report on the research and management of Florida panthers: 2016–2017. Fish and Wildlife Research Institute and Division of Habitat and Species Conservation, Naples, Florida.

-------- 2018a. Annual report on the research and management of Florida panthers: 2017–2018. Fish and Wildlife Research Institute & Division of Habitat and Species Conservation, Naples, Florida.

-------- 2018b. Cooperative land cover, version 3.3. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

-------- 2019. Annual report on the research and management of Florida panthers: 2018–2019. Fish and Wildlife Research Institute and Division of Habitat and Species Conservation, Naples, Florida.

-------- 2020. Feline leukomyelopathy (FLM) draft investigation plan. Fish and Wildlife Research Institute, Gainesville, Florida.

FWC, and USFWS. 2017. Determining the size of the Florida panther population. Outreach Document.

Game and Fresh Water Fish Commission. 1946. Biennial report: for period ending December 31, 1946. State of Florida, Game and Fresh Water Fish Commission, Tallahassee, Florida.

Garrison, E. P., and J. Gedir. 2006. Ecology and management of white-tailed deer in Florida. Technical report. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

Garrison, E. P., E. Leone, K. Smith, T. Bartareau, J. Bozzo, R. Sobczak, and D. Jansen. 2011. Analysis of hydrological impacts on white-tailed deer in the Stairsteps Unit, Big Cypress National Preserve. Final Report. Florida Fish and Wildlife Conservation Commission and National Park Service.

Gay, S. W., and T. Best L. 1996a. Age-related variation in skulls of the Puma (*Puma concolor*). Journal of Mammalogy 77:191–198.

Gay, S. W., and T. L. Best. 1995. Geographic variation in sexual dimorphism of the Puma (*Puma concolor*) in North and South America. The Southwestern Naturalist 40:148–159.

-------- 1996b. Relationships between abiotic variables and geographic variation in skulls of pumas (*Puma concolor*: Mammalia, Felidae) in North and South America. Zoological Journal of the Linnean Society 117:259–282.

Gese, E. M., and F. F. Knowlton. 2001. The role of predation in wildlife population dynamics. Pages 7–25 *in* T. F. Ginnett, and S. E. Henke, editors. The role of predator control as a tool in game management. Texas Agricultural Research and Extension Center, San Angelo, Texas.

Gill, R. B. 2010. To save a mountain lion: evolving philosophy of nature and cougars. Pages 5–16 *in* M. Hornocker, and S. Negri, editors. Cougar: ecology and conservation. First edition. The University of Chicago Press, Chicago.

Gilpin, M., and M. E. Soulé. 1986. Minimum viable populations: processes of species extinction. Pages 19–34 *in* M. E. Soulé, editor. Conservation biology: the science of scarcity and diversity. Sinauer Associates, Sunderland, Massachusetts.

Giuliano, W. M., E. P. Garrison, and B. J. Schad. 2009. Understanding white-tailed deer: Florida and the southeast. N. Sloan, and D. Palmer, editors. First edition. IFAS Information and Communication Services, University of Florida, Gainesville, Florida.

Glass, C. M., R. G. McLean, J. B. Katz, D. S. Maehr, C. B. Cropp, L. J. Kirk, A. J. McKeiman, and J. F. Evermann. 1994. Isolation of pseudorabies (Aujeszky's disease) virus from a Florida panther. Journal of Wildlife Diseases 30:180–184.

Greenwood, P. J. 1980. Mating systems, philopatry and dispersal in birds and mammals. Animal Behaviour 28:1140–1162.

Groves, C. 2003. Drafting a conservation blueprint: a practitioner's guide to planning for biodiversity. Island Press, Washington.

Guggisberg, C. A. W. 1975. Puma, Cougar. Pages 107–124 *in* C. A. W. Guggisberg, editor. Wild Cats of the World. 1st ed. edition. David & Charles, Newton Abbot, London.

Gustafson, K. D., T. W. Vickers, W. M. Boyce, and H. B. Ernest. 2017. A single migrant enhances the genetic diversity of an inbred puma population. Royal Society Open Science 4:170115.

Hahn, E. C., G. R. Page, P. S. Hahn, K. D. Gillis, C. Romero, J. A. Annelli, and E. P. J. Gibbs. 1997. Mechanisms of transmission of Aujeszky's disease virus originating from feral swine in the USA. Veterinary Microbiology 55:123–130. <http://www.sciencedirect.com/science/article/pii/S0378113596013090>.

Haig, S. M., E. A. Beever, S. M. Chambers, H. M. Draheim, B. D. Dugger, S. Dunham, Elise Elliott-Smith, J. B. Fontaine, D. C. Kesler, B. J. Knaus, I. F. Lopes, P. Loschl, T. D. Mullins, and L. M. Sheffield. 2006. Taxonomic considerations in listing subspecies under the U.S. Endangered Species Act. Conservation Biology 20:1584–1594.

Hall, E. R., and K. R. Kelson. 1959. The mammals of North America. Ronald Press Co., New York.

Hamilton, W. J. 1941. Notes on some mammals of Lee County, Florida. The American Midland Naturalist 25:686–691.

Harlow, R. F., and F. K. Jones. 1965. The white-tailed deer in Florida. Florida Game and Fresh Water Fish Commission. Technical Bulletin No. 9.

Harrison, R. L. 1992. Toward a theory of inter-refuge corridor design. Conservation Biology 6:293–295.

Hart, K. M., M. S. Cherkiss, B. J. Smith, F. J. Mazzotti, I. Fujisaki, R. W. Snow, and M. E. Dorcas. 2015. Home range, habitat use, and movement patterns of non-native Burmese pythons in Everglades National Park, Florida, USA. Animal Biotelemetry 3:8.

Hawley, J. E., P. W. Rego, A. P. Wydeven, M. K. Schwartz, T. C. Viner, R. Kays, K. L. Pilgrim, and J. A. Jenks. 2016. Long-distance dispersal of a subadult male cougar from South Dakota to Connecticut documented with DNA evidence. Journal of Mammalogy 97:1435.

Hemker, T. P., F. G. Lindzey, and B. B. Ackerman. 1984. Population characteristics and movement patterns of cougars in southern Utah. The Journal of Wildlife Management 48:1275–1284.

Henry, J. A., K. M. Portier, and J. Coyne. 1994. The climate and weather of Florida. Pineapple Press, Sarasota, Florida.

Hewitt, D. G. 2015. Hunters and the conservation and management of white-tailed deer (*Odocoileus virginianus*). International Journal of Environmental Studies 72:839–849.

Hility, J. A., W. Z. Lidicker, and A. M. Merenlender. 2006. Corridor ecology: the science and practice of linking landscapes for biodiversity conservation. Island Press, Washington, DC.

Holbrook, J., and T. Chesnes. 2011. An effect of Burmese pythons (*Python molurus bivittatus*) on mammal populations in southern Florida. Florida Scientist 74:17–24.

Holbrook, J. D., R. W. DeYoung, J. E. Janecka, M. E. Tewes, R. L. Honeycutt, J. H. Young, and B. J. Swanson. 2012. Genetic diversity, population structure, and movements of mountain lions (Puma concolor) in Texas. Journal of Mammalogy 93(4):989–1000.

Hollister, N. 1911. The Louisiana Puma. Proceedings of the Biological Society of Washington 24:175–178.

Hostetler, J. A., D. P. Onorato, B. M. Bolker, W. E. Johnson, S. J. O'Brien, D. Jansen, and M. K. Oli. 2012. Does genetic introgression improve female reproductive performance? A test on the endangered Florida panther. Oecologia 168:289–300.

Hostetler, J. A., D. P. Onorato, D. Jansen, and M. K. Oli. 2013. A cat's tale: the impact of genetic restoration on Florida panther population dynamics and persistence. Journal of Animal Ecology 82:608–620.

Hostetler, J. A., D. P. Onorato, J. D. Nichols, W. E. Johnson, M. E. Roelke, S. J. O'Brien, D. Jansen, and M. K. Oli. 2010. Genetic introgression and the survival of Florida panther kittens. Biological Conservation 143:2789–2796.

Howard, W. E. 1960. Innate and environmental dispersal of individual vertebrates. The American Midland Naturalist 63:152–161.

Hsu, T. C., H. H. Rearden, and G. F. Luquette. 1963. Karyological Studies of Nine Species of Felidae. The American Naturalist 97:225–234.

Immell, D., and R. G. Anthony. 2008. Estimation of black bear abundance using a discrete DNA sampling device. The Journal of Wildlife Management 72:324–330.

Interagency Florida Panther Response Team. 2014. Annual Report: 2013–2014. Florida Fish and Wildlife Conservation Commission, U.S. Fish and Wildlife Service, National Park Service.

-------- 2015. Annual Report: 2014-2015. Florida Fish and Wildlife Conservation Commission, U.S. Fish and Wildlife Service, National Park Service.

-------- 2017. Annual Report: 2017. Florida Fish and Wildlife Conservation Commission, U.S. Fish and Wildlife Service, and National Park Service.

Iriarte, J. A., W. L. Franklin, W. E. Johnson, and K. H. Redford. 1990. Biogeographic variation of food habits and body size of the America Puma. Oecologia 85:185–190.

Jackson, H. H. T. 1955. The Wisconsin Puma. Proceedings of the Biological Society of Washington 68:149–150.

Jacobs, C. E., and M. B. Main. 2015. A conservation-based approach to compensation for livestock depredation: the Florida panther case study. Plos One 10:e0139203.

Jansen, D. K., S. R. Schulze, and A. T. Johnson. 2005. Florida panther (*Puma concolor coryi*) research and monitoring in Big Cypress National Preserve. Annual Report 2004–2005. National Park Service, Ochopee, Florida.

Jardine, S. W. 1834. The naturalist's library: the natural history of the Felinae. 1834. W. H. Lizars, Edinburgh.

Jenks, J. a. 2018. Mountain lions of the Black Hills: history and ecology. Johns Hopkins University Press, Baltimore, Maryland.

Johnson, W. E., E. Eizirik, J. Pecon-Slattery, W. J. Murphy, A. Antunes, E. Teeling, and S. J. O'Brien. 2006. The late Miocene radiation of modern Felidae: a genetic assessment. Science 311:73–77.

Johnson, W. E., and S. J. O'Brien. 1997. Phylogenetic reconstruction of the felidae using 16S rRNA and NADH-5 mitochondrial genes. Journal of Molecular Evolution 44:S116.

Johnson, W. E., D. P. Onorato, M. E. Roelke, E. D. Land, M. W. Cunningham, R. C. Belden, R. McBride, D. Jansen, M. Lotz, D. Shindle, J. Howard, D. E. Wildt, L. M. Penfold, J. A. Hostetler, M. K. Oli, and S. J. O'Brien. 2010. Genetic restoration of the Florida panther. Science 329:1641–1645.

Jordan, D. B. 1991. Supplemental Environmental Assessment: a proposal to establish a captive breeding population of panthers. U.S. Fish and Wildlife Service, Gainesville, Florida.

Karanth, K. U., and J. D. Nichols. 1998. Estimation of tiger densities in India using photographic captures and recaptures. Ecology 79:2852–2862.

Kautz, R. S. 1994. Historical trends within the range of the Florida panther. Pages 285–296 *in* D. B. Jordan, editor. Proceedings of the Florida Panther Conference. U.S. Fish and Wildlife Service, Gainesville, Florida.

-------- 1998. Land use and land cover trends in Florida 1936-1995. Florida Scientist 61:171–187.

Kautz, R. S., D. T. Gilbert, and G. M. Mauldin. 1993. Vegetative cover in Florida based on 1985–1989 Landsat Thematic Mapper imagery. Florida Scientist 56:135–154.

Kautz, R. S., and J. A. Cox. 2001. Strategic habitats for biodiversity conservation in Florida. Conservation Biology 15:55–77.

Kautz, R. S., R. Kawula, T. Hoctor, J. Comiskey, D. Jansen, D. Jennings, J. Kasbohm, F. Mazzotti, R. McBride, L. Richardson, and K. Root. 2006. How much is enough? Landscape-scale conservation for the Florida panther. Biological Conservation 130:118–133.

Kautz, R. S., B. Stys, and R. Kawula. 2007. Florida vegetation 2003 and land use change between 1985–89 and 2003. Florida Scientist 70:12–23.

Kendall, K. C., J. B. Stetz, D. A. Roon, L. P. Waits, J. B. Boulanger, and D. Paetkau. 2008. Grizzly bear density in Glacier National Park, Montana. The Journal of Wildlife Management 72:1693–1705.

Kelly, B., and D. Onorato. 2020. Assessment of the Distribution of Florida Panthers North of the Caloosahatchee River. Central Florida Panther Study Interim Report. Fish and Wildlife Research Institute, Naples, Florida

Kimes, C. A., and L. C. Crocker. 1998. The Caloosahatchee River and its watershed. A historical overview submitted to Florida Gulf Coast University Library Services. Florida Gulf Coast University Library Services and South Florida Water Management District.

Kitchener, A. 1991. The natural history of the wild cats. Comstock Publishing Associates, Ithaca, New York.

Kitchener, A., C. Breitenmoser-Wursten, E. Eizirik, A. Gentry, L. Werdelin, A. Wilting, N. Yamaguchi, A. V. Abramov, P. Christiansen, C. Driscoll, J. W. Duckworth, W. Johnson, S. -J. Luo, E. Meijaard, P. O'Donoghue, J. Sanderson, K. Seymour, M. Bruford, C. Groves, M. Hoffmann, K. Nowell, Z. Timmons, and S. Tobe. 2017. A revised taxonomy of the Felidae. The final report of the Cat Classification Task Force of the IUNC/SSC Cat Specialist Group. Cat News Special Issue 11, 80 pp.

Kitchener, A., B. Van Valkenburgh, and N. Yamaguchi. 2010. Felid form and function. Pages 83-106 *in* D. W. Macdonald, and A. J. Loveridge, editors. Biology and Conservation of Wild Felids. Oxford University Press, Loveridge.

Kreye, M. M., E. F. Pienaar, and A. E. Adams. 2017. The role of community identity in cattlemen response to Florida panther recovery efforts. Society & Natural Resources 30:79–94.

Kreye, M. M., E. F. Pienaar, J. R. Soto, and D. C. Adams. 2017. Creating voluntary payment programs: effective program design and ranchers' willingness to conserve Florida panther habitat. Land Economics 93:459–480.

Kurtén, B. 1973. Geographic variation in size in the puma (Felis concolor). Commentationes Biologicae 63:2–8.

Labisky, R. F., M. C. Boulay, K. E. Miller, R. A. Sargent Jr, and J. M. Zultowsky. 1995. Population ecology of white-tailed deer in Big Cypress National Preserve and Everglades National Park. Final Report to

USDI-National Park Service. Department of Wildlife Ecology and Conservation, University of Florida, Gainesville, Florida.

Lambert, C. M. S., R. B. Wielgus, H. S. Robinson, D. D. Katnik, H. S. Cruickshank, R. Clarke, and J. Almack. 2006. Cougar population dynamics and viability in the Pacific Northwest. The Journal of Wildlife Management 70:246–254.

Land, E. D., and R. C. Lacy. 2000. Introgression level achieved through Florida panther genetic restoration. Endangered Species Update 17:100–105.

Land, E. D., and M. Lotz. 1996. Wildlife crossing designs and use by Florida panthers and other wildlife in southwest Florida. Technical report. Florida Fish and Wildlife Conservation Commission, Naples, Florida.

Land, E. D., D. B. Shindle, M. W. Cunningham, M. Lotz, and B. Ferree. 2004. Florida Panther Genetic Restoration and Management. 2003–2004 Final Report. Florida Fish and Wildlife Conservation Commission, Naples, Florida.

Land, E. D., D. B. Shindle, R. J. Kawula, J. F. Benson, M. A. Lotz, and D. P. Onorato. 2008. Florida panther habitat selection analysis of concurrent GPS and VHF telemetry data. The Journal of Wildlife Management 72:633–639.

LaRue, M. A., and C. K. Nielsen. 2011. Modelling potential habitat for cougars in midwestern North America. Ecological Modelling 222:897–900.

LaRue, M. A., C. K. Nielsen, M. Dowling, K. Miller, B. Wilson, H. Shaw, and C. R. Anderson. 2012. Cougars are recolonizing the Midwest: analysis of cougar confirmations during 1990–2008. The Journal of Wildlife Management 76:1364–1369.

Laundré, J. W., L. Hernández, and S. G. Clark. 2007. Numerical and demographic responses of pumas to changes in prey abundance: testing current predictions. The Journal of Wildlife Management 71:345–355.

Lee, I. T., J. K. Levy, S. P. Gorman, P. C. Crawford, and M. R. Slater. 2002. Prevalence of feline leukemia virus infection and serum antibodies against feline immunodeficiency virus in unowned free-roaming cats. Journal of the American Veterinary Medical Association 220:620–622.

Levy, J., C. Crawford, K. Hartmann, R. Hofmann-Lehmann, S. Little, E. Sundahl, and V. Thayer. 2008. 2008 American Association of Feline Practitioners' feline retrovirus management guidelines. Journal of Feline Medicine and Surgery 10:300–316.

Lindenmayer, D. B., and J. Fischer. 2006. Habitat fragmentation and landscape change: an ecological and conservation synthesis. Island Press, Washington, DC.

Lindzey, F. G., W. D. Van Sickle, S. P. Laing, and C. S. Mecham. 1992. Cougar population response to manipulation in southern Utah. Wildlife Society Bulletin (1973-2006) 20:224–227.

Logan, K. A., and L. L. Sweanor. 1998. Cougars management in the West: New Mexico as a template. Pages 101–110 in Cougars management in the West: New Mexico as a template. Proceedings of Western Association of Fish and Wildlife Agencies. Wyoming Game and Fish Department, Jackson, Wyoming.

--------2010. Behavior and social organization of a solitary carnivore. Pages 105–117 in M. Hornocker, and S. Negri, editors. Cougar: Ecology and conservation. The University of Chicago Press, Chicago and London.

Logan, K. A., L. L. Sweanor, T. K. Ruth, and M. G. Hornocker. 1996. Cougars of the San Andreas Mountains, New Mexico. Final Report. Federal Aid in Wildlife Restoration Project W-128-R. New Mexico Department of Game and Fish, Santa Fe, New Mexico.

Logan, K. A., and L. L. Sweanor. 2001. Desert puma: evolutionary ecology and conservation of an enduring carnivore. Island Press, Washington, DC.

Logan, K. A., L. L. Sweanor, and M. G. Hornocker. 2004. Reconciling science and politics in puma management in the West: New Mexico as a template. Presented in Special Session: *Managing Mammalian Predators and Their Populations to Avoid Conflicts*, 69th North American Wildlife and Natural Resources Conference, Spokane, Washington.

Lopez, R. R., I. D. Parker, N. J. Silvy, B. L. Pierce, J. T. Beaver, and A. A. Lund. 2016. Florida Key deer screwworm final report (Phase I). Texas A&M Natural Resources Institute, College Station, Texas.

Loveless, C. M. 1959. The Everglades deer herd: life history and management. Technical Bulletin No. 6. Florida Game and Fresh Water Fish Commission.

Lowery, G. H. J., and Louisiana Wild Life and Fisheries Commission. 1974. The mammals of Louisiana and its adjacent waters, Published for the Louisiana Wild Life and Fisheries Commission by the Louisiana State University Press, Baton Rouge, Louisiana.

MacDonald-Beyers, K., and R. F. Labisky. 2005. Influence of flood waters on seasonal survival, reproduction, and habitat use of white-tailed deer in the Florida Everglades. Wetlands 25:659–666.

Maehr, D. S. 1992. Florida panther. Pages 176–189 *in* S. R. Humphrey, editor. Rare and endangered biota of Florida. Volume I: mammals. University Press of Florida, Gainesville, Florida.

--------1997. The Florida panther: life and death of a vanishing carnivore. Island Press, Washington, D.C.

Maehr, D. S., and J. A. Cox. 1995. Landscape features and panthers in Florida. Conservation Biology 9:1008–1019.

Maehr, D. S., and R. C. Lacy. 2002. Avoiding the lurking pitfalls in Florida panther recovery. Wildlife Society Bulletin (1973–2006) 30:971–978.

Maehr, D. S., R. C. Belden, E. D. Land, and L. Wilkins. 1990. Food habits of panthers in southwest Florida. The Journal of Wildlife Management 54:420–423.

Maehr, D. S., and G. B. Caddick. 1995. Demographics and genetic introgression in the Florida panther. Conservation Biology 9:1295–1298.

Maehr, D. S., E. C. Greiner, J. E. Lanier, and D. Murphy. 1995. Notoedric mange in the Florida panther (*Felis concolor coryi*). Journal of Wildlife Diseases 31:251–254.

Maehr, D. S., R. C. Lacy, E. D. Land, O. L. Bass Jr., and T. S. Hoctor. 2002. Evolution of population viability assessments for the Florida panther: a multiperspective approach. Pages 284–311 *in* S. R.

Beissinger, and D. R. McCullough, editors. Population Viability Analysis. The University of Chicago Press, Chicago, Illinois, USA.

Maehr, D. S., E. D. Land, and J. C. Roof. 1991. Social ecology of Florida panthers. National Geographic Research and Exploration 7:414–431.

Maehr, D. S., E. D. Land, J. C. Roof, and J. W. McCown. 1989. Early maternal behavior in the Florida panther (Felis concolor coryi). The American Midland Naturalist 122:34–43.

Maehr, D. S., E. D. Land, J. C. Roof, and J. W. McCown. 1990. Day beds, natal dens, and activity patterns of Florida panthers. Proceedings of Annual Conference of Southeastern Fish and Wildlife Agencies 44:310–318.

Maehr, D. S., E. D. Land, D. B. Shindle, O. L. Bass, and T. S. Hoctor. 2002. Florida panther dispersal and conservation. Biological Conservation 106:187–197.

Main, M. B., and C. Jacobs. 2014. Calf depredation by the Florida panther in southwest Florida. Final Report to the U.S. Fish and Wildlife Service. University of Florida IFAS, Gainesville, Florida.

Maletzke, B., B. Kertson, M. Swanson, G. Koehler, R. Beausoleil, R. Wielgus, and H. Cooley. 2017. Cougar response to a gradient of human development. Ecosphere 8:e01828.

Mammal Diversity Database. 2020. www.mammaldiversity.org. American Society of Mammalogists. Accessed 02 August 2020.

Mansfield, K. G., and E. D. Land. 2002. Cryptorchidism in Florida panthers: prevalence, features, and influence of genetic restoration. Journal of Wildlife Diseases 38:693–698.

Marquardt, W. H.  2019.  The Padgett figurine and other pre-Columbian wooden statuettes from Florida. In Iconography and wetsite archaeology of Florida's watery realms, edited by Ryan Wheeler and Joanna Ostapkowitz, pp. 152–178. University of Florida Press, Gainesville.

Matte, E. M., C. S. Castilho, R. A. Miotto, D. A. Sana, W. E. Johnson, S. O'Brien J., T. de Freitas R.O., and E. Eizirik. 2013. Molecular evidence for a recent demographic expansion in the puma (*Puma concolor*) (Mammalia, Felidae). Genetics and Molecular Biology 36:586–597.

Matthiessen, P. 1959. Wildlife in America. Viking Press, New York.

Mayr, E. 1963. Animal species and evolution. Belknap Press of Harvard University Press, Cambridge, MA.

-------- 1982. Of what use are subspecies? The Auk 99:593–595.

McBride, R. T., and C. McBride. 2010. Predation of a large alligator by a Florida panther. Southeastern
    Naturalist 9:854–856.

-------- 2011. Photographic evidence of Florida panthers claw-marking logs. Southeastern Naturalist
    10:384–386.

-------- 2015. Florida panther annual count 2015. Ranchers Supply, Inc. Ochopee, Florida.

McBride, R. T., R. T. McBride, R. M. McBride, and C. E. McBride. 2008. Counting pumas by categorizing
    physical evidence. Southeastern Naturalist 7:381–400.

McBride, R. T., and R. Sensor. 2012. Photographic evidence of wild Florida panthers scent-marking with
    facial glands. Southeastern Naturalist 11:349–354.

McCabe, R. E., and T. R. McCabe. 1984. Of slings and arrows: a historical retrospection. Pages 19–72 *in* L.
    K. Halls, editor. White-tailed deer: ecology and management. Stackpole, A Wildlife Management
    Institute Book, Harrisburg, Pennsylvania.

McCleery, R. A., A. Sovie, R. N. Reed, M. W. Cunningham, M. E. Hunter, and K. M. Hart. 2015. Marsh
    rabbit mortalities tie pythons to the precipitous decline of mammals in the Everglades. Proceedings
    of the Royal Society B 282:2050120.

McClintock, B. T., D. P. Onorato, and J. Martin. 2015. Endangered Florida panther population size
    determined from public reports of motor vehicle collision mortalities. Journal of Applied Ecology
    52:893–901.

McMillin, S., M. S. Piazza, L. W. Woods, and R. H. Poppenga.  2016.  New rodenticide on the block:
    diagnosing bromethalin intoxication in wildlife.  Proceedings of the Vertebrate Pest Conference, 27.

Melillo, J. M., T. Richmond, and G. W. Yohe, editors. 2014. Climate change impacts in the United States: the third climate assessment. U.S. Global Change Research Program. U.S. Government Printing Office, Washington, DC.

Merriam, C. H. 1901. Preliminary revision of the pumas (Felis concolor group). Proceedings of the Washington Academy of Sciences 3:577–600.

Meshaka, W. E., Jr, W. F. Loftus, and T. Steiner. 2000. The herpetofauna of Everglades National Park. Florida Scientist 2:84–103.

Moritz, C. 1999. Conservation units and translocations: strategies for conserving evolutionary processes. Hereditas 130:217–228.

Morgan, G. S. and K. L. Seymour. 1997. Fossil history of the panther (*Puma concolor*) and the cheetah-like cat (*Miracinonyx inexpectatus*) in Florida. Bulletin of the Florida Museum of Natural History. 40(2):177–219.

Moss, W. E., M. W. Alldredge, K. A. Logan, and J. N. Pauli. 2016. Human expansion precipitates niche expansion for an opportunistic apex predator (*Puma concolor*). Scientific Reports 6:39639. https://doi.org/10.1038/srep39639

Murphy, K., and T. K. Ruth. 2010. Diet and prey selection of a perfect predator. Pages 118–137 *in* M. Hornocker, and S. Negri, editors. Cougar: Ecology and Conservation. The University of Chicago Press, Chicago.

Negroes, N., P. Sarmento, C. Eira, C. Fonseca, E. Revilla, J. Cruz, R. Sollmann, N. M. Torres, M. M. Furtado, A. T. A. Jacomo, and L. Silveira. 2010. Use of camera-trapping to estimate puma density and influencing factors in central Brazil. Journal of Wildlife Management 74:1195–1203.

Nelson, E. W., and E. A. Goldman. 1929. List of the pumas, with three described as new. Journal of Mammalogy 10:345–350.

Newell, D. 1935. Panther! Saturday Evening Post 208:72.

Nielsen, C., D. Thompson, M. Kelly, and C. A. Lopez-Gonzalez. 2015. *Puma concolor* (errata version published in 2016). The IUCN Red List of Threatened Species 2015: E. T18868A97216466. <http://dx.doi.org/10.2305/IUCN.UK.2015-4.RLTS.T18868A50663436.en>. Accessed 03 July 2018.

Noss, R. F., and A. Y. Cooperrider. 1994. Saving nature's legacy: protecting and restoring biodiversity. Island Press, Washington, D.C.

Noss, R. F., J. S. Reece, T. Hoctor, and J. Oetting. 2014. Adaptation to sea-level rise in Florida: biological conservation priorities. Final Report. Kresge Foundation, Troy, Michigan. <https://floridaclimateinstitute.org/images/reports/201409NossKresge.pdf>.

Nowak, R. M. 1991. Walker's mammals of the world. Fifth edition. Johns Hopkins University Press, Baltimore.

Nowak, R. M., and R. McBride. 1974. Status survey of the Florida panther. Pages 237–242 *in* P. Jackson, editor. World Wildlife Yearbook 1973–74. World Wildlife Fund, 1110 Morges, Switzerland.

--------1975. Status of the Florida panther. Pages 244–246 *in* P. Jackson, editor. World Wildlife Yearbook 1974–75. World Wildlife Fund, 1110 Morges, Switzerland.

Nowell, K., and P. Jackson. 1996. Wild cats: status survey and conservation action plan. IUCN/SSC Cat Specialist Group, Gland, Switzerland.

O'Brien, S. J., M. E. Roelke, N. Yuhki, K. W. Richards, W. E. Johnson, W. L. Franklin, A. E. Anderson, O. L. Bass Jr, R. C. Belden, and J. S. Martenson. 1990. Genetic introgression within the Florida panther *Felis concolor coryi*. National Geographic Research 6:485–494.

O'Brien, S., J., and E. Mayr. 1991. Bureaucratic mischief: recognizing endangered species and subspecies. Science 251:1187–1188.

Ochoa, A., D. P. Onorato, R. R. Fitak, M. E. Roelke-Parker, and M. Culver. 2017. Evolutionary and functional mitogenomics associated with the genetic restoration of the Florida panther. Journal of Heredity 108:449–455.

Oetting, J., T. Hoctor, and M. Volk. 2016. Critical land and waters identification project (CLIP): version 4.0. Technical Report - September 2016. Florida Natural Areas Inventory, Florida State University and Center for Landscape Conservation Planning, University of Florida.

O'Malley, C., L. M. Elbroch, A. Kusler, M. Peziol., and H. Quigley. 2018. Aligning mountain lion hunting seasons to mitigate orphaning dependent kittens. Wildlife Society Bulletin 42(3):438–443.

Onorato, D. P., C. Belden, M. W. Cunningham, D. Land, R. McBride, and M. E. Roelke. 2010. Long-term research on the Florida panther (*Puma concolor coryi*): historical findings and future obstacles to population persistence. Pages 453-469 *in* D. W. Macdonald, and A. J. Loveridge, editors. Biology and Conservation of Wild Felids. First edition. Oxford University Press, New York.

Onorato, D. P., M. Criffield, M. Lotz, M. W. Cunningham, R. McBride, E. H. Leone, O. L. Bass, and E. C. Hellgren. 2011. Habitat selection by critically endangered Florida panthers across the diel period: implications for land management and conservation. Animal Conservation 14:196–205.

Onorato, D. P., and E. C. Hellgren. 2001. Black bear at the border: the recolonization of the Trans-Pecos. Pages 245–259 *in* D. S. Maehr, R. F. Noss, and J. L. Larkin, editors. Large mammal restoration: ecological and sociological challenges in the 21st Century. Island Press, Washington D. C.

Onorato, D. P., and B. T. McClintock.  Unpublished data.

Onorato, D. P., D. B. Shindle, M. Criffield, B. Kelly, D. Land, M. Lotz, L. Cusack, M. Cunningham, and C. Shea. 2020. Summary of results for the application of spatial mark-resight models to trail camera data in order to estimate density of Florida panthers on public and private lands (2014–2018). Draft FWC Report.

Orlando, A. M., S. G. Torres, W. M. Boyce, E. H. Girvetz, E. A. Laca, and W. Demment. 2008. Does rural development fragment puma habitat? Pages 124–147 *in* D. E. Toweill, S. Nadeau, and D. Smith, editors. Proceedings of the Ninth Mountain Lion Workshop, May 5–8, 2008, Sun Valley, ID. Sun Valley, Idaho.

Parker, I. D., B. L. Pierce, J. T. Beaver, R. R. Lopez, N. J. Silvy, and D. S. Davis. 2017. Florida Key deer screwworm final report. Texas A&M Natural Resources Institute, College Station, Texas.

Patton, J. L., and C. J. Conroy. 2017. The conundrum of subspecies: morphological diversity among desert populations of the California vole (*Microtus californicus*, Cricetidae). Journal of Mammalogy 98:1010–1026.

Peakall, R., and P. E. Smouse. 2012. GenAlEx 6.5: genetic analysis in Excel. Population genetic software for teaching and research—an update. Bioinformatics 28:2537–2539.

Pedersen, K., S. N. Bevins, J. A. Baroch, J. C. Cumbee, S. C. Chandler, B. S. Woodruff, T. T. Bigelow, and T. J. DeLiberto. 2013. Pseudorabies in feral swine in the United States, 2009–2012. Journal of Wildlife Diseases 49:709–713.

Peebles, K. A., R. B. Wielgus, B. T. Maletzke, and M. E. Swanson. 2013. Effects of remedial sport hunting on cougar complaints and livestock depredations. PLOS ONE 8(11): e79713.

Pielou, E. C. 1991. After the Ice Age: the return of life to glaciated North America. University of Chicago Press, Chicago.

Pienaar, E. F., M. M. Kreye, and C. Jacobs. 2015. Conflicts between cattlemen and the Florida panther: insights and policy recommendations from interviews with Florida cattlemen. Human Ecology 43:577–588.

Pierce, B. M., and V. C. Bleich. 2003. Mountain lion. Pages 744–757 *in* G. A. Feldhamer, B. C. Thompson, and J. A. Chapman, editors. Wild mammals of North America: management and conservation. Second edition. Johns Hopkins University Press, Baltimore, Maryland, USA.

Pilgrim, K., and M. Schwartz. 2015. Testing of cougar (*Puma concolor*) DNA recovered from a crossbow bolt collected in Carroll County, Tennessee: individual, sex, and population origin. Report submitted to Tennessee Wildlife Resources Agency. National Genomics Center for Wildlife and Fish Conservation, USFS Rocky Mountain Research Station, Missoula, Montana.

Piry, S., A. Alapetite, J. M. Cornuet, D. Paetkau, L. Baudouin, and A. Estoup. 2004. GENECLASS2: A software for genetic assignment and first-generation migrant detection. Journal of Heredity 95:536–539.

Pritchard, J. K., M. Stephens, and P. Donnelly. 2000. Inference of population structure using multilocus genotype data. Genetics 155:945–959.

Proffitt, K. M., M. Hebblewhite, B. Jimenez, J. Goldburg, and R. Russell. 2014. Estimating mountain lion abundance in the Bitterroot Watershed. Montana Fish, Wildlife and Parks, Helena, Montana.

Quigley, H., and M. Hornocker. 2010. Cougar population dynamics. Pages 59–75 *in* Cougar: Ecology and Conservation. The University of Chicago Press, Chicago.

Reed, J. M., L. S. Mills, J. B. Dunning Jr., E. S. Menges, K. S. McKelvey, R. Frye, S. R. Beissinger, M. Anstett, and P. Miller. 2002. Emerging issues in population viability analysis. Conservation Biology 16:7–19.

Riley, S. P. D., C. Bromley, R. H. Poppenga, F. A. Uzal, L. Whited, and R. M. Sauvajot. 2005. Anticoagulant exposure and notoedric mange in bobcats and mountain lions in urban southern California. Journal of Wildlife Management 71:1874–1884.

Ripple, W. J., J. A. Estes, R. L. Beschta, C. C. Wilmers, E. G. Ritchie, M. Hebblewhite, J. Berger, B. Elmhagen, M. Letnic, M. P. Nelson, O. J. Schmitz, D. W. Smith, A. D. Wallach, and A. J. Wirsing. 2014. Status and ecological effects of the world's largest carnivores. Science 343:1241484.

Robinson, H. S., R. Desimone, C. Hartway, J. A. Gude, M. J. Thompson, M. S. Mitchell, and M. Hebblewhite. 2014. A test of the compensatory mortality hypothesis in mountain lions: a management experiment in west-central Montana. The Journal of Wildlife Management 78:791–807.

Robinson, R. 1976. Homologous genetic variation in the Felidae. Genetica 46:1–31.

Rochford, M., K. L. Krysko, J. Nifong, L. Wilkins, R. W. Snow, and M. S. Cherkiss. 2010. Python molurus bivittatus (Burmese python). Diet. Herpetological Review 41:97.

Rodgers, P. D., and E. F. Pienaar. 2017. Amenity or nuisance? Understanding and managing human–panther conflicts in exurban southwest Florida. Human Dimensions of Wildlife 22:295–313.

-------- 2018. Tolerance for the Florida panther in exurban southwest Florida. The Journal of Wildlife Management 82:865–876.

Roelke, M. E., D. J. Forrester, E. R. Jacobson, G. V. Kollias, F. W. Scott, M. C. Barr, J. F. Evermann, and E. C. Pirtle. 1993. Seroprevalence of infections disease agents in free-ranging Florida panthers (*Felis concolor coryi*). Journal of Wildlife Diseases 29:36–49.

Roelke, M. E., J. S. Martenson, and S. J. O'Brien. 1993. The consequences of demographic reduction and genetic depletion in the endangered Florida panther. Current Biology 3:340–350.

Roelke, M. E., J. Pecon-Slattery, S. Taylor, S. Citino, E. Brown, C. Packer, S. VandeWoude, and S. J. O'Brien. 2006. T-lymphocyte profiles in FIV-infected wild lions and pumas reveal CD4 depletion. Journal of Wildlife Diseases 42:234–248.

Root, K. V. 2004. Florida panther (*Puma concolor coryi*): using models to guide recovery efforts. Pages 491-503 *in* H. R. Akcakaya, M. Burgman, O. Kindvall, C. C. Wood, P. Sjogren-Gulve, and J. Hatfield, editors. Species conservation and management: case studies. Oxford University Press, New York, New York USA.

Rosas-Rosas, O., R. Valdez, L. C. Bender, and D. Daniel. 2003. Food habits of pumas in northwestern Sonora, Mexico. Wildlife Society Bulletin (1973–2006) 31:528–535.

Ross, P. I., and M. G. Jalkotzy. 1992. Characteristics of a hunted population of cougars in southwestern Alberta. The Journal of Wildlife Management 56:417–426.

Rotstein, D. S., R. Thomas, K. Helmick, S. B. Citino, S. K. Taylor, and M. R. Dunbar. 1999. Dermatophyte infections in free-ranging Florida panthers (*Felis concolor coryi*). Journal of Zoo and Wildlife Medicine 30:281–284.

Russell, R. E., J. A. Royle, R. Desimone, M. K. Schwartz, V. L. Edwards, K. P. Pilgrim, and K. S. McKelvey. 2012. Estimating abundance of mountain lions from unstructured spatial sampling. The Journal of Wildlife Management 76:1551–1561.

Ruth, T. K., K. A. Logan, L. L. Sweanor, M. G. Hornocker, and L. J. Temple. 1998. Evaluating cougar translocation in New Mexico. Journal of Wildlife Management 62(4):1264–1275.

Ruth, T. K., P. C. Buotte, and H. B. Quigley. 2010. Comparing ground telemetry and Global Positioning System methods to determine cougar kill rates. The Journal of Wildlife Management 74:1122–1133.

Ruth, T. K., and K. Murphy. 2010. Cougar-prey relationships. Pages 138-162 *in* M. Hornocker, and S. Negri, editors. Cougar: Ecology and Conservation. The University of Chicago Press, Chicago.

Saremi, N. F., M. A. Supple, A. Byrne, J. A. Cahill, L. Lehmann Coutinho, L. Dalén, H. V. Figueiró, W. E. Johnson, H. J. Milne, S. J. O'Brien, B. O'Connell, D. P. Onorato, S. P. D. Riley, J. A. Sikich, D. R. Stahler, P. M. Schmidt Villela, C. Vollmers, R. K. Wayne, E. Eizirik, R. B. Corbett-Detig, R. E. Green, C. C. Wilmers, and B. Shapiro. 2019. Puma genomics from North and South America provide insights into the genomic consequences of inbreeding. Nature Communications 4769 (2019).

Schaller, G. B., and P. G. Crawshaw. 1980. Movement patterns of jaguar. Biotropica 12:161–168.

Schortemeyer, J. L., D. S. Maehr, J. W. McCown, E. D. Land, and P. D. Manor. 1991. Prey management for the Florida panther: a unique role for wildlife managers. Transactions of the North American Wildlife and Natural Resources Conference 56:512–526.

Scott, J. M., F. Davis, B. Csuti, R. Noss, B. Butterfield, C. Groves, H. Anderson, S. Caicco, F. D'Erchia, T. C. Edwards, J. Ulliman, and R. G. Wright. 1993. Gap Analysis: a geographic approach to protection of biological diversity. Wildlife Monographs 123:3–41.

Seal, U. S., and R. C. Lacy. 1989. Florida panther (*Felis concolor coryi*) viability analysis and species survival plan. Report to the U.S. Fish and Wildlife Service. Captive Breeding Specialist Group, Species Survival Commission, IUCN.

Sears, W. H. 1982. Fort Center: An archaeological site in the Lake Okeechobee Basin. University Presses of Florida, Gainesville.

Shaffer, M. L. 1983. Determining minimum viable population sizes for the grizzly bear. Bears: Their Biology and Management 5:133–139.

Shaw, H. 2010. The emerging cougar chronicle. Pages 17–26 *in* M. Hornocker, and S. Negri, editors. Cougar: Ecology and Conservation. The University of Chicago Press, Chicago.

Simcharoen, S., A. Pattanavibool, K. U. Karanth, J. D. Nichols, and N. S. Kumar. 2007. How many tigers *Panthera tigris* are there in Huai Kha Khaeng Wildlife Sanctuary, Thailand? An estimate using photographic capture-recapture sampling. Oryx 41:447–453.

Skoda, S. R., P. L. Phillips, and J. B. Welch. 2018. Screwworm (Diptera: Calliphoridae) in the United States: response to and elimination of the 2016–2017 outbreak in Florida. Journal of Medical Entomology 55:777–786.

Slattery, J. P., and S. J. O'Brien. 1998. Patterns of *Y* and *X* chromosome DNA sequence divergence during the Felidae radiation. Genetics 148:1245–1255.

Smith, D. R., N. L. Allan, C. P. McGowan, J. A. Szymanski, S. R. Oetker, and H. M. Bell. 2018. Development of a Species Status Assessment process for decisions under the U.S. Endangered Species Act. Journal of Fish and Wildlife Management 9:302–320.

Smith, J. A., Y. Wang, and C. C. Wilmers. 2015. Top carnivores increase their kill rates on prey as a response to human-induced fear.  Proceedings of the Royal Society B, 282:20142711.

Smith, J. A., W. Yiwei, and C. C. Wilmers. 2016. Spatial characteristics of residential development shift large carnivore prey habits. The Journal of Wildlife Management 80:1040–1048.

Snow, R. W., M. L. Brien, M. S. Cherkiss, L. Wilkins, and F. J. Mazzotti. 2007. Dietary habits of the Burmese python, *Python molurus bivittatus*, in Everglades National Park, Florida. Herpetological Bulletin 101:5–7.

Sollmann, R., B. Gardner, R. B. Chandler, D. B. Shindle, D. P. Onorato, J. A. Royle, and A. F. O'Connell. 2013. Using multiple data sources provides density estimates for endangered Florida panther. Journal of Applied Ecology 50:961–968.

Stoner, D. C., W. R. Rieth, M. L. Wolfe, M. B. Mecham, and A. Neville. 2008. Long-distance dispersal of a female cougar in a basin and range landscape. The Journal of Wildlife Management 72:933–939.

Sunquist, M., and F. Sunquist. 2002. Wild cats of the world. University of Chicago Press, Chicago.

Sweanor, L. L., K. A. Logan, and M. G. Hornocker. 2000. Cougar dispersal patterns, metapopulation
dynamics, and conservation. Conservation Biology 14:798–808.

Sweeney, J. R., J. M. Sweeney, and S. W. Sweeney. 2003. Feral hog (*Sus scrofa*). Pages 1164–1179 *in* G. A.
Feldhamer, B. C. Thompson, and J. A. Chapman, editors. Wild mammals of North America: biology,
management, and conservation. Second edition. The Johns Hopkins University Press, Baltimore,
Maryland.

Sweet, W. V., R. E. Kopp, C. P. Weaver, J. Obeysekera, R. M. Horton, E. R. Thieler, and C. Zervas. 2017.
Global and regional sea level rise scenarios for the United States. NOAA Technical Report NOS CO-
OPS 083. National Oceanic and Atmospheric Administration, Silver Spring, Maryland.

Taulman, J. F., and L. W. Robbins. 1996. Recent range expansion and distributional limits of the nine-
banded armadillo (*Dasypus novemcinctus*) in the United States. Journal of Biogeography 23:635–
648.

Tebeau, C. W. 1957. Florida's last frontier: the history of Collier County. University of Miami Press, Coral
Gables, Florida.

Teichman, K. J., B. Cristescu, and C. T. Darimont. 2016. Hunting as a management tool? Cougar-human
conflict is positively related to trophy hunting. BMC Ecology 16:44.

Thatcher, C. A., F. T. Van Manen, and J. D. Clark. 2006. Identifying suitable sites for Florida panther
reintroduction. The Journal of Wildlife Management 70:752–763.

Thatcher, C. A., F. T. van Manen, and J. D. Clark. 2009. A habitat assessment for Florida panther
population expansion into central Florida. Journal of Mammalogy 90:918–925.

Thompson, D. J., and J. A. Jenks. 2005. Long-distance dispersal by a subadult male cougar from the Black
Hills, South Dakota. The Journal of Wildlife Management 69:818–820.

Thompson, D. J., J. A. Jenks, and D. M. Fecske. 2014. Prevalence of human-caused mortality in an
unhunted cougar population and potential impacts to management. Wildlife Society Bulletin
38:341–347.

Tinsley, J. B. 1970. The Florida panther. First edition. Great Outdoors Publishing Co., St. Petersburg, Florida.

Tumlison, R., and M. Barbee. 2015. Recent history of mountain lion (*Puma concolor*) observations in Arkansas, with notes on the individual killed in Bradley County, Arkansas in 2014. Journal of the Arkansas Academy of Science 69:149–152.

U.S. Department of Agriculture. 2018. Florida county estimates: cattle 2017-2018. Brochure. U.S. Department of Agriculture, NASS Southern Region, Athens, Georgia.

U.S. Fish and Wildlife Service. 1967. U.S. endangered species list. Federal Register 32:4001.

USFWS. Unpublished data. Use of random forest model to predict the distribution of potential Florida panther (*Puma concolor coryi*) habitat in Florida. R. A. Frakes and M. L. Knight. South Florida Ecological Services Field Office, Vero Beach, Florida.

-------- 1981. Florida panther recovery plan. U.S. Fish and Wildlife Service, Atlanta, Georgia.

-------- 1987. Florida panther (*Felis concolor coryi*) recovery plan. U.S. Fish and Wildlife Service, Atlanta, Georgia.

-------- 1992. ETWP; Determination of threatened status for the Washington, Oregon and California population of the Marbled Murrelet. Federal Register 57:45328–45333. .

-------- 1994a. Final Environmental Assessment: genetic restoration of the Florida panther. U.S. Fish and Wildlife Service, Gainesville, Florida.

-------- 1994b. Proposed genetic restoration program for the Florida panther. Memorandum dated June 13, 1994, from Director Beattie (Washington, D.C.) to the Regional Director (Atlanta, GA).

-------- 2008a. Environmental Assessment for the Interagency Florida Panther Response Plan. U.S. Fish and Wildlife Service, Naples, Florida.

-------- 2008b. Florida Panther Recovery Plan (*Puma concolor coryi*). Third Revision. U.S. Fish and Wildlife Service. Atlanta, Georgia.

-------- 2009. Florida panther (*Puma concolor coryi*) 5-Year Review: summary and evaluation. U.S. Fish and Wildlife Service, Southeast Region, South Florida Ecological Services Office, Vero Beach, Florida.

-------- 2011. Eastern puma (=cougar) (*Puma concolor couguar*). 5-year review: summary and evaluation. U.S. Fish and Wildlife Service, Orono, Maine.

-------- 2016a. Species status assessment framework: an integrated analytical framework for conservation. Version 3.4. August 2016. U.S. Fish and Wildlife Service, Falls Church, Virginia.

-------- 2016b. U.S. Fish and Wildlife Service response to congressional requests to designate critical habitat for the Florida panther. Correspondence dated February, 26, 2016, from Deputy Director Steve Guertin (Washington, D.C.) to Members of Congress (Washington, DC).

-------- 2020. Southwest Florida road hot spots, 2.0 based on documented panther vehicle mortalities and injuries as of December 31, 2019. Transportation SubTeam Report to the Florida Panther Recovery Implementation Core Team. June 2020.

Uzal, F. A., R. S. Houston, S. P. D. Riley, R. Poppenga, J. Odani, and W. Boyce. 2007. Notoedric mange in two free-ranging mountain lions (Puma concolor). Journal of Wildlife Diseases 43:274–278.

van de Kerk, M., D. P. Onorato, M. A. Criffield, B. M. Bolker, B. C. Augustine, S. A. McKinley, and M. K. Oli. 2015. Hidden semi-Markov models reveal multiphasic movement of the endangered Florida panther. Journal of Animal Ecology 84:576–585.

van de Kerk, M., D. P. Onorato, J. A. Hostetler, B. M. Bolker, and M. K. Oli. 2019. Dynamics, persistence, and genetic management of the endangered Florida panther population. Wildlife Monographs 203:3-35. DOI: 10.1002/wmon.1041

van, d. L., H. N. Becker, E. C. Pirtle, P. Humphrey, C. L. Adams, B. P. All, G. A. Erickson, R. C. Belden, W. B. Frankenberger, and E. P. J. Gibbs. 1993. Prevalence of pseudorabies (Aujeszky's disease) virus antibodies in feral swine in Florida. Journal of Wildlife Diseases 29:403–409.

Vickers, T. W., J. N. Sanchez, C. K. Johnson, S. A. Morrison, R. Botta, T. Smith, B. S. Cohen, P. R. Huber, H. B. Ernest, and W. M. Boyce. 2015. Survival and mortality of Pumas (*Puma concolor*) in a fragmented, urbanizing landscape. Plos One 10:e0131490.

Whiteley, A. R., S. W. Fitzpatrick, W. C. Funk, and D. A. Tallmon. 2015. Genetic rescue to the rescue. Trends in Ecology & Evolution 30:42–49.

Wilcove, D. S., D. Rothstein, J. Dubow, A. Phillips, and E. Losos. 1998. Quantifying threats to imperiled species in the United States. Bioscience 48:607–615.

Wilkins, L., J. M. Arias-Reveron, B. Stith, M. E. Roelke, and R. C. Belden. 1997. The Florida panther *Puma concolor coryi*:  A morphological investigation of the subspecies with a comparison to other North and South American cougars. Bulletin of the Florida Museum of Natural History 40:221–269.

Williams, L. E. 1978. Florida Panther. Pages 13–15 *in* J. N. Layne, editor. Rare and endangered biota of Florida. Volume I: Mammals. University of Florida Press, Gainesville, Florida.

Wilson, D. E., and D. M. Reeder, editors. 1993. Mammal species of the world: a taxonomic and geographic reference. 2nd edition. Smithsonian Institution Press, Washington.

Wilson, D. E., and D. M. Reeder, editors. 2005. Mammal species of the world. A taxonomic and geographic reference. 3rd edition. Johns Hopkins University Press, 2142 pp.

Wilson, J., M. E. Dorcas, and R. W. Snow. 2011. Identifying plausible scenarios for the establishment of invasive Burmese pythons (*Python molurus*) in southern Florida. Biological Invasions 13:1493–1504.

World Health Organization, and United Nations and Environment Programme. 2013. State of the Science of Endocrine Disrupting Chemicals - 2012. Å Bergman, J. J. Heindel, S. Jobling, K. A. Kidd, and R. T. Zoeller, editors. United Nations Environment Programme (UNEP) and the World Health Organization (WHO), Geneva, Geneva.

Wozencraft, W. C. 2005. Order Carnivora. Pages 532–628 *in* Mammal species of the world: a taxonomic and geographic reference. 3rd edition. Johns Hopkins University Press, 2142 pp.

Young, S. P., and E. A. Goldman. 1946. The Puma: mysterious American cat: history, life habits, economic status, and control; classification of the races of the Puma. First edition. The American Wildlife Institute, Washington, D.C.

## APPENDIX A — ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| ACIWLP | American Committee for International Wild Life Protection (ACIWLP) |
| BCNP | Big Cypress National Preserve |
| CCTF | Cat Classification Task Force |
| CHR | Core Habitat Region |
| CITES | Convention on International Trade in Endangered Species of Wild Fauna and Flora |
| ESA | Endangered Species Act |
| ENP | Everglades National Park |
| FEGN | Florida Ecological Greenways Network |
| FeLV | Feline Leukemia Virus |
| FIV | Feline Immunodeficiency Virus |
| FPNWR | Florida Panther National Wildlife Refuge |
| FSPSP | Fakahatchee Strand Preserve State Park |
| FWC | Florida Fish and Wildlife Conservation Commission |
| GFC | Game and Fresh Water Fish Commission |
| GGE | Golden Gate Estates |
| HCP | Habitat Conservation Plan |
| ITIS | Integrated Taxonomic Information System |
| IUCN | International Union for Conservation of Nature |
| I-10 | Interstate 10 |
| I-75 | Interstate 75 |
| I-95 | Interstate 95 |
| NGCWFC | National Genomics Center for Wildlife and Fish Conservation |
| NPS | National Park Service |
| PCoA | Principal Coordinate Analysis |
| PFA | Panther Focus Area |
| PVA | Population Viability Analysis |
| PRIT | Panther Recovery Implementation Team |
| PSSF | Picayune Strand State Forest |
| RFPM | Random Forest Panther Model |
| RLSA | Rural Lands Stewardship Area |
| RLSA-SSA | Stewardship Sending Area of the Rural Lands Stewardship Area program |
| SR 29 | State Road 29 |
| SRT | Scientific Review Team |
| SSA | Species Status Assessment |
| SSC | Species Survival Commission |
| SHR | Supporting Habitat Region |
| TNC | The Nature Conservancy |
| US 41 | U.S. Highway 41 |
| USFWS | U.S. Fish and Wildlife Service |
| WMA | Wildlife Management Area |

## APPENDIX B — DATA SOURCES

<u>Base Data Layers</u>

- Interstate highways, toll roads, U. S. highways, state roads, county roads, and off-system roads) – Florida Department of Transportation
- Florida outline, county boundaries, native American lands, city limits and city locations – Florida Geographic Data Library, University of Florida
- Florida land cover 2003 – Florida Fish and Wildlife Conservation Commission
- Florida land cover 2016 and 2018 (Cooperative Land Cover Database, versions 3.2 and 3.3) – Florida Fish and Wildlife Conservation Commission
- South Florida land cover/land use 2008 – South Florida Water Management District
- USA census blocks 2010 (cenblk2010_aug11.shp) – Florida Geographic Data Library, University of Florida
- Wildlife crossings (date range:  1993-2016) - Florida Fish and Wildlife Conservation Commission
- Golden Gate Estates boundary – Collier County, FL
- USA States Generalized – streamed online from Environmental Systems Research Institute (ESRI), Redlands, CA
- World Imagery (one meter or better satellite imagery in many parts of the world) – streamed online from ESRI, Redlands, CA
- National Geographic World Map – streamed online from ESRI, Redlands, CA
- Western Hemisphere Land Boundaries – streamed online from ESRI, Redlands, CA

<u>Panther Occurrence Data</u>

- Florida counties with occurrence records – Florida Fish and Wildlife Conservation Commission
- Location of uncollared Florida panther 123 death site – Florida Fish and Wildlife Conservation Commission
- Release sites and VHF-telemetry records of Texas pumas released into North Florida to study the feasibility of reintroducing panthers into formerly occupied habitats (Belden and Hagedorn 1993, Belden and McCown 1996) – Florida Fish and Wildlife Conservation Commission
- VHF-telemetry records (date range:  February 1981-June 2018) – Florida Fish and Wildlife Conservation Commission
- GPS-telemetry records (date range:  February 2002-August 2015) - Florida Fish and Wildlife Conservation Commission
- Mortality records (date range:  February 1972-December 2018) - Florida Fish and Wildlife Conservation Commission
- Depredation records (date range:  June 2004-December 2018) - Florida Fish and Wildlife Conservation Commission
- Panther-human interaction records (date range:  May 2004-May 2017) - Florida Fish and Wildlife Conservation Commission
- Verified sightings records (date range:  January 1900-September 2018) - Florida Fish and Wildlife Conservation Commission

- Den records (date range:  June 1987-August 2018) - Florida Fish and Wildlife Conservation Commission

Panther Conservation Data

- *Puma concolor* range map - IUCN Red List of Threatened Species, version 2017-3, 11 March 2017; downloaded from www.iucnredlist.org.
- Puma specimens examined by Young and Goldman (1946) – U. S. Fish and Wildlife Service
- Panther Focus Area (i.e., Primary Zone, Dispersal Zone, Secondary Zone, Primary Dispersal/Expansion Zone) – U. S. Fish and Wildlife Service
- Panther Functional Zone (Zones A and B) – U. S. Fish and Wildlife Service
- Panther range map (date:  1981) – digitized by R. Kautz from the 1981 Florida Panther Recovery Plan
- Panther range map (date:  198) – digitized by R. Kautz from the 1987 Florida Panther Recovery Plan

Habitat Modeling Data

- South Florida Random Forest Panther Model (Frakes et al. 2015) – Robert Frakes
- Statewide Random Forest Panther Model (USFWS unpublished data) – Robert Frakes
- Florida Ecological Greenways Network (Oetting et al. 2016) – Florida Natural Areas Inventory
- Florida land use/land cover change detection 1987-2003 (Kautz et al. 2007) - Florida Fish and Wildlife Conservation Commission
- Panther habitat loss 2003-2015 (R. Kawula unpublished data) - Florida Fish and Wildlife Conservation Commission
- Panther roadkill hotspots (date:  January 2017) - Florida Fish and Wildlife Conservation Commission
- Least cost path models of routes likely to be followed by dispersing panthers (Kautz et al. 2006, Swanson et al. 2008) - Florida Fish and Wildlife Conservation Commission
- Priority road segments for wildlife crossings based on Swanson et al. (2008) - Florida Fish and Wildlife Conservation Commission
- Potential landscape linkages for panther occupancy and dispersal – digitized by R. Kautz
- Potential rangewide panther reintroduction sites based on Thatcher et al. (2006) – U. S. Fish and Wildlife Service
- Potential panther population expansion sites and linkages in central Florida based on Thatcher et al. (2009) – C. Thatcher, University of Tennessee

Conservation Lands

- Lands in public or private ownership or under easement that are managed primarily for conservation, updated quarterly (dates: April 2018, September 2018, January 2019) – Florida Natural Areas Inventory
- Florida Forever conservation land acquisition program project boundaries (date:  January 2019) – Florida Natural Areas Inventory

Sea Level Rise Data

- Sea level rise models developed by Noss et al. (2014) –M. Volk, Center for Landscape Conservation Planning and Department of Landscape Architecture, University of Florida

Land Development Data for Near-Term (2040) and Long-Term (2070) Projections

- Developments of Regional Impact (DRI) (date:  first quarter of 2018) – Florida Geographic Data Library, University of Florida
- Planned Unit Developments (PUD) (date:  fourth quarter of 2009) - Florida Geographic Data Library, University of Florida
- Lee County Planned Developments (date:  August 31, 2018) – Lee County, FL
- Collier County Planned Unit Developments (date:  September 1, 2018) – Collier County, FL
- Rodina and King Ranch Sector Plans – digitized by R. Kautz from documents downloaded from the Hendry County, FL, web site
- North Belle Meade Receiving Lands (boundaries of Transfer of Development Rights (TDR) receiving lands extracted from Collier County Future Land Use Map) – Collier County, FL
- East Collier Rural Lands Stewardship Area boundary and land use categories – Stantec (formerly WilsonMiller)
- Future development in Florida through 2070 based on Carr and Zwick (2016) – Florida Geographic Data Library, University of Florida

**APPENDIX C — STATE WILDLIFE AGENCY RESPONSES TO 2006 DRAFT OF RECOVERY PLAN**



APPENDIX C — STATE WILDLIFE AGENCY RESPONSES TO 2006 DRAFT OF RECOVERY PLAN

Thank you very much for this opportunity to comment on the Draft Recovery Plan.

Sincerely,

Scott Henderson,
Director



**Georgia Department of Natural Resources**
**Wildlife Resources Division**

2070 U.S. Highway 278, S.E.   Social Circle, Georgia 30025
(770) 918-6400

March 10, 2006

Mr. Chris Belden
South Florida Ecological Services Office
U.S. Fish and Wildlife Service
1339 20th Street
Vero Beach, Florida 32960

Dear Mr. Belden:

We appreciate the opportunity to review the Draft Florida Panther Recovery plan and commend the efforts of the USFWS to include us and other stakeholders in the process. We cautiously support the recovery effort and hope that the ambitious recovery criteria can be achieved to ensure this animal's long-term persistence.

I understand that since the historical range of the Florida panther included Georgia, successful implementation of the Recovery Plan might mean the eventual return of these cats to parts of our state. In addition to the biological evaluations that are paramount to successful reintroduction, I am sure the USFWS appreciates the significant political and sociological obstacles that must be negotiated before reintroduction of a large carnivore can receive public acceptance. While we are not optimistic that the citizens of Georgia will unanimously support the return of panthers to our landscape in the near future, we are prepared to assist in developing and evaluating potential reintroduction efforts that might affect our state.

Sincerely,

Dan Forster

DF:lc

cc:    Noel Holcomb
       Sam Hamilton

APPENDIX C — STATE WILDLIFE AGENCY RESPONSES TO 2006 DRAFT OF RECOVERY PLAN



Figure 5. Potential reintroduction sites by priority (Thatcher et al. 2003)

APPENDIX C — STATE WILDLIFE AGENCY RESPONSES TO 2006 DRAFT OF RECOVERY PLAN



STATE OF MISSISSIPPI
Haley Barbour
Governor

DEPARTMENT OF WILDLIFE, FISHERIES AND PARKS
Sam Polles, Ph.D., Executive Director

March 30, 2006

Mr. Chris Belden
South Florida Ecological Services Office
U.S. Fish and Wildlife Service
1339 20th Street
Vero Beach, FL 32960

RE: FWS-R4-EA

Dear Mr. Belden:

The Mississippi Department of Wildlife, Fisheries and Parks appreciates the opportunity to provide comments on the Technical Agency Draft of the Third Revision of the Florida Panther Recovery Plan. We also appreciate the Fish and Wildlife Service (FWS) requesting our agency's representation on the Florida Panther Recovery Team.

Recovery of a species such as the Florida panther is a formidable task as has been outlined in great detail in the Recovery Plan. The exemplary work by panther field biologists and agency administrators over the past 25 years in the panther's current range in south Florida has resulted in a healthy, reproducing population that appears to have possibly reached the carrying capacity of its available habitat. We have reached the point, as noted in the Recovery Plan, that range expansion and reintroduction of additional populations are essential for panther recovery.

Our agency's representative on the Recovery Team, Richard Rummel, though unable to attend many of the Recovery Team meetings, has maintained an active interest and participation in Recovery Team activities including reviewing earlier drafts of the current Recovery Plan as well as the habitat assessment of eleven potential reintroduction sites in the Southeast ("The Thatcher Report")

The Thatcher Report assesses two sites in Mississippi, one (Homochitto National Forest / LA/MS) occur primarily within Mississippi, or other site (Southwest Alabama) extends northwestward into east-central Mississippi in a narrow band. The Homochitto NF site, although containing both tree thickets and large tracts of bottomland forests along the Homochitto and Mississippi rivers have a greater level of habitat fragmentation and lower percentage of natural land cover which combine, at a local scale, to offer little favorable habitat. Additionally, road

1505 Eastover Drive, Jackson, Mississippi 39211-6374 • (601) 432-2400



APPENDIX C — STATE WILDLIFE AGENCY RESPONSES TO 2006 DRAFT OF RECOVERY PLAN



Mr. Paul Souza
Page 2
March 30, 2006

the area to Missouri (and shared Ozark Mountain range), and the subsequent likelihood that those animals, or their offspring, would soon move into Missouri. Recent public hearings indicate that a number of Missourians strongly oppose the re-establishment of pumas in our state; therefore, the draft recovery plan should specify the inclusion of Missouri citizens in the preliminary scoping efforts during the NEPA pre-planning process.

Missouri is home to many people and a large cattle industry. The Ozark habitats are linked with several forested corridors that would facilitate puma dispersal. We have already documented in Missouri several wandering pumas that may have come from populations as far away as South Dakota; Florida panthers released in northwestern Arkansas could be in Missouri in just a matter of a few days, and a breeding population on our border would undoubtedly result in frequent dispersers to our state.

In summary, until Missouri citizens demonstrate considerable support for this project, the Missouri Department of Conservation is opposed to the release of pumas in the Ozark Mountains in Arkansas. Further, we suggest that the citizens of Missouri be involved in future scoping efforts prior to any implementation of the plan. Finally, our Department expects timely notification of any specific plan to release Florida panthers in Arkansas.

Again, thank you for the opportunity to review and comment on the draft Florida Panther Recovery Plan.

Sincerely,

*[signature: John Hoskins]*

JOHN D. HOSKINS
DIRECTOR

c.    Cynthia Dohner, Acting Fish and Wildlife Service Regional Director, Southeast Region
      Regulations Committee, Missouri Department of Conservation

Attachment B

# Annual Report on the Research and Management of Florida Panthers: 2022-2023



# Florida Fish and Wildlife Conservation Commission

## 7 December 2023

**FWC Contributors and Contact Information:**

The compilation of this report was the result of the combined efforts of multiple FWC staff members currently working on the Florida Panther Project. Further analyses of these data will be conducted, and results published in the scientific literature by the FWC and collaborators. Persons interested in obtaining the most current data should contact the FWC at:

> Florida Fish and Wildlife Conservation Commission
> 298 Sabal Palm Road
> Naples, Florida 34114 USA
> (239) 417-6352

**This report and previous annual reports can be downloaded as a pdf file at the Florida Fish and Wildlife Conservation Commission** Florida Panther Website

---

**Citation:**

**Florida Fish and Wildlife Conservation Commission. 2023. Annual report on the research and management of Florida panthers: 2022-2023. Fish and Wildlife Research Institute & Division of Habitat and Species Conservation, Naples, Florida, USA.**

# Table of Contents

Page

EXECUTIVE SUMMARY .................................................................................................................... 1

ACKNOWLEDGEMENTS ................................................................................................................... 4

DEDICATION ..................................................................................................................................... 5

INTRODUCTION ................................................................................................................................ 6

METHODS .......................................................................................................................................... 9

 *Study Area* .......................................................................................................................... 9
 *Trail Camera Monitoring* .................................................................................................. 10
 *Captures* ........................................................................................................................... 10
 *Physical Examination* ...................................................................................................... 10
 *Live-capture Sample Collection* ...................................................................................... 11
 *Vaccination and Treatment* ............................................................................................ 11
 *Neonatal Kittens* .............................................................................................................. 12
 *Collaring* ........................................................................................................................... 12
 *Necropsy* .......................................................................................................................... 12
 *Diagnostics* ...................................................................................................................... 13

RESULTS AND DISCUSSION ........................................................................................................ 14

 *Trail Camera Monitoring* .................................................................................................. 14
 *Captures* ........................................................................................................................... 14
 *Radiocollared Panthers and Bobcats* ............................................................................ 15
 *Reproduction* ................................................................................................................... 15
 *Biomedical Summaries* .................................................................................................... 15
 *Mortality* ........................................................................................................................... 16
 *Captive Florida Panthers* ................................................................................................ 16
 *Florida Panther Response Plan Activity* .......................................................................... 17
 *Land use, habitat impacts, environmental commenting and recovery tasks* ................... 17
 *Current Research* .............................................................................................................. 18

LITERATURE CITED ....................................................................................................................... 20

FWC PANTHER STAFF PUBLICATIONS AND PRESENTATIONS 2022-2023 ............................. 22

TABLES ........................................................................................................................................... 23

 Table 1. Florida panthers captured by FWC from 1 July 2022 to 30 June 2023. .............................. 23

 Table 2. Bobcats captured or released by FWC from 1 July 2022 to 30 June 2023. ......................... 24

 Table 3. Neonate kittens handled at bobcat dens by FWC from 1 July 2022 to 30 June 2023 ......... 25

 Table 4. Verified Florida panther mortalities and injuries recorded between 1 July 2022 and 30 June 2023. Data collected by FWC staff. Causes of death include hit-by-car (HBC). The presence of atrial septal defects (ASD) and other biomedical and morphometric data are also noted. Sex is male (M) or female (F). Age is in years unless noted otherwise. Some characteristics were not determined (ND) or not applicable (NA). ..................................... 26

 Table 5. Florida panthers in captivity between 1 July 2022 and 30 June 2023. .............................. 27

**FIGURES**........................................................................................................................**28**

Figure 1. Depiction of the 95% local convex hull (k=20) home ranges for adult and subadult Florida panthers monitored by FWC from 1 July 2022 to 30 June 2023. Data collected via aerial telemetry and Iridium GPS collars by FWC.................................................................. 28

Figure 2. Confirmed human-panther interactions from FY 2010-2011 through 2022-2023. Note: Data in FY 2011-2012 and FY 2012-2013 includes five and six depredations of domestic animals, respectively, that involved radiotagged calves monitored as part of the UF-IFAS calf mortality study (Jacobs and Main 2015). Data in 2021-2022 includes increased prey monitoring efforts of a radiocollared panther. Definitions of conflict categories can be found in Appendix C of the USFWS Environmental Assessment for the Interagency Florida Panther Response Plan........................................................................................................ 29

**APPENDICES** ................................................................................................................**30**

Appendix I. List of radiocollared Florida panthers and Texas pumas in southern Florida from 10 February 1981 to 30 June 2023. Data includes panthers collared by FWC and BCNP staff............................................................................................................................. 30

Appendix II. List of Florida panther kittens handled at natal dens in southern Florida by FWC and BCNP staff from 7 April 1992 through 30 June 2023. Litters are sorted chronologically. ........................................................................................................................... 42

Appendix III. List of all known dens of radiocollared female Florida panthers and Texas pumas in southern Florida from June 1985 to June 2023. Kitten numbers preceded with "K" indicate natal den was visited. Samples are ordered by female ID and secondarily by year. Data collected by FWC and BCNP......................................................................... 61

Appendix IV. Florida panther and Texas puma mortalities, injuries, and removals to captivity sorted by year through 30 June 2023. Data collected by FWC and BCNP. Ages are estimated unless panthers were handled as kittens at natal dens. Age values are in years unless noted otherwise.................................................................................... 69

**FPRMTF: FUNDING INFORMATION AS OF 30 JUNE 2023** ...................................................**89**

# Executive Summary

This report, prepared by the Florida Fish and Wildlife Conservation Commission (FWC), highlights information collected on the Florida panther (*Puma concolor coryi*) during fiscal year 1 July 2022 through 30 June 2023 (FY22-23). In some cases, data (e.g., diagnostic or genetic test results) are presented from samples collected in prior fiscal years due to lag times involved with processing. Historical data are included as appendices. Panther research and management is a cooperative effort. We acknowledge the involvement of other agencies, including the U.S. Fish and Wildlife Service (USFWS) and particularly Big Cypress National Preserve (BCNP) and Everglades National Park (EVER) of the National Park Service. BCNP and EVER have historically located radiocollared panthers by plane within their respective park boundaries, and resulting data have been incorporated into a telemetry database that is updated annually by FWC. However, no panthers were equipped with radiocollars during the reporting period in EVER or BCNP. Population status within EVER and BCNP was monitored by trail cameras during the fiscal year. Some data (e.g., biomedical, demographic) on panthers that have been handled by the BCNP capture team are contained herein for completeness of datasets; more specific information may be found in BCNP annual reports compiled by BCNP staff.

FWC historically contracted with Rancher's Supply and McBride Wildlife Solutions for houndsman services for the capture of panthers. Contract changes required an Invitation to Bid to initiate a new contract, however, no bids were received. McBride Wildlife Solutions agreed to provide services for emergency situations, which occurred during this reporting period to capture a juvenile panther to remove a failed collar.  Without a contracted houndsman, the FWC initiated a modified capture season.  Cage traps baited with visual, audio, and/or scent lures were deployed for both panthers and bobcats. No panthers were successfully trapped; however, six bobcats were captured and radiocollared.

 Telemetry data were collected on five radiocollared Florida panthers, including one dependent aged kitten, and 13 bobcats, including three dependent aged kittens in southern Florida during the reporting period. One bobcat den was sampled resulting in the documentation of three (3♂) neonate kittens. Kittens handled at their natal dens were permanently marked with subcutaneous transponder chips, and tissue samples were collected for genetic analyses.   A total of 264 panthers have been captured since 1981, and 521 neonate panther kittens have been handled at dens since 1992.

FWC and USFWS maintained 85 unique trail camera locations on public and private lands in Central and South Florida in FY22-23 as part of concurrent research projects to: 1) monitor the

distribution of panthers and any breeding activity north of the Caloosahatchee River in Central Florida; and 2) to document any probable cases of feline leukomyelopathy (FLM), a neurological disorder identified in panthers and bobcats—in both Central and South Florida. A trapping effort of 9,074 trap-days produced 151 independent panther detections north of the Caloosahatchee River. These included 22 adult female detections likely representing 2 unique individuals. There were 4 kitten detections, likely all the same individual. Additional photos submitted to the FWC Panther Sightings website or otherwise communicated directly to FWC included 16 additional independent panther detections north of the Caloosahatchee River.  A trapping effort of 8,666 trap-days south of the river produced 479 independent panther detections.

Sixteen free-ranging panther deaths were documented during FY22-23 including: one radiocollared panther kitten (1♀) and 15 (5♂, 10♀) uncollared panthers. Cause of mortality for all was vehicular trauma. Significant biomedical findings in necropsied panthers included confirmation of feline leukomyelopathy (FLM) in the kitten. Since 2017, FWC has documented 17 confirmed cases (via necropsy; 6 Florida panthers, 11 bobcats) and 61 probable cases (via video; 26 panthers, 35 bobcats) of this disorder in peninsular Florida. Assessing the impact of FLM and its root cause are the current focus of several research projects being conducted by FWC.

Panthers were confirmed to be involved in eight depredation events during FY22-23. Animals killed or injured by panthers included: calves (3), goats (7), sheep (1), and dog (1).

The FWC has documented a decreasing trend in the number of vehicular mortalities in Florida panthers since this statistic peaked at 34 in 2016.  It's important to review vehicular mortality data prior to and after the peak in 2016 to place these trends into perspective. For the period from 2010-2015, FWC recorded an average of 19.0 vehicular mortalities per year.  For the five years following 2016 (2017-2022), FWC documented an average of 23.0 vehicular mortalities per year.  The 5-year averages before and after 2016 are not dissimilar.

There has also been a decline in the number of depredations involving panthers reported to FWC since a peak of 61 in 2017.  For the period from 2013 to 2017, FWC recorded an average of 35 depredations per year. For the five years following the peak (2018 to 2022), FWC recorded an average of 14 depredations per year. Unlike the vehicle mortalities, these averages are different.

The reason for these declines is not currently known, but there are potentially several factors responsible. Some positive reasons for these trends could be improvements to roadways with fencing and underpasses at key vehicular mortality hotspots and effective outreach helping to reduce depredations within panther range. Alternatively, these trends could be signs of a stabilizing or declining

panther population. Nonetheless, monitoring these trends has been and continues to be an important part of assessing the state of the panther population.

While habitat loss, vehicular mortalities, and an emerging neurological disorder (FLM) all pose challenges to the panther population, there are also positive indicators. The FWC has documented notable improvements in population genetics and multiple occasions of female panthers having kittens north of the Caloosahatchee River, providing clear evidence of breeding range expansion into Central Florida. The FWC is sensitive to these ongoing challenges that highlight the need for continued research and management to ensure that Florida's panthers continue to progress toward population recovery.

# Acknowledgements

 

FWC's panther research and management activities are funded almost entirely by the Florida Panther Research and Management Trust Fund (FPRMTF). This trust fund is supported principally by the sale of Florida panther license plates. A new license plate was designed and selected this year and should be available for purchase in late 2023 or early 2024. The FWC panther research and management group would like to thank the citizens of Florida that continue to support our efforts to conserve and manage panthers via contributions to this fund. Specifics concerning the current financial status of the FPRMTF can be found at the end of this annual report.

We would like to acknowledge the following individuals, businesses, and agencies for their assistance provided to this project:  Cougar McBride (McBride Wildlife Solutions); Dr. Colin Hurd (Blue Pearl Specialty and Emergency Pet Hospital [Blue Pearl]); Dr. Kevin Oomah (Emergency Pet Hospital of Collier County); Dr. Darryl Heard (University of Florida – College of Veterinary Medicine); and David Shindle (USFWS) for assistance on varied aspects of panther fieldwork, management, and research collaborations. The Fish and Wildlife Foundation of Florida has provided grant funding to support research on the neurological disorder affecting panthers and bobcats (FLM). We would also like to extend our appreciation to the staff members at Big Cat Rescue (BCR), BCNP, Big Cypress Seminole Indian Reservation (BCSIR), Conservation Collier, Corkscrew Regional Ecosystem Watershed (CREW), Corkscrew Swamp Sanctuary (CSS), Dinner Island Ranch Wildlife Management Area (DIWMA), EVER, Florida Panther National Wildlife Refuge (FPNWR), Fakahatchee Strand Preserve State Park (FSPSP), Green Glades West, Lee County Port Authority (LCPA), Naples Zoo (NPZ), Pepper Ranch Preserve, Picayune Strand State Forest (PSSF), Babcock Ranch Preserve (BRP), Fisheating Creek Wildlife Management Area (FEC), Platt Branch Wildlife and Environmental Area, Lee County Parks and Recreation, Highlands Hammock State Park, and Okaloacoochee Slough State Forest (OSSF) for their continued cooperation and support of our research and management efforts. We thank the Southeastern Cooperative Wildlife Disease Study (SCWDS) for histology of FLM cases and identification of ticks removed from Florida panthers, and Mike Kinsella for the identification of helminths recovered at necropsy. Finally, we are deeply appreciative of the many people involved in the efforts to save and care for injured or orphaned panthers.

FWC Florida Panther Annual Report 2022-2023

## Dedication

Roy McBride was recognized by FWC Commissioners 10 May 2023 for his decades of work with Florida panthers. Working for the World Wildlife Fund in 1973, Roy and his hounds treed a female Florida panther near Fisheating Creek, confirming the species was still extant in the state. Roy went on to serve as the State of Florida's contract houndsman for 38 years, tracking panthers with his hounds and performing over 500 safe captures for both research and management needs. Roy's knowledge and expertise have been crucial to panther recovery efforts in the state.

Roy passed shortly after his recognition, doing what he loved, running his hounds on his ranch in Texas.



Roy Thomas McBride
July 27, 1936 – May 24, 2023

5

# Introduction

Florida panthers (*Puma concolor coryi*) make up a population of puma that historically ranged throughout most of the southeastern United States from western Louisiana to the swamps of South Florida (Young and Goldman 1946; Onorato et al. 2010). Loss and fragmentation of wilderness, along with unregulated killing, in the southeastern United States over the past two centuries reduced panthers to the point where only one population remained at the tip of peninsular Florida by the mid-1900s (Onorato et al. 2010). Florida panthers were listed as endangered in 1967 by the Federal Government on the inaugural list of endangered plants and animals published in the Federal Register (Federal Register 1967). Subsequently, Florida panthers were afforded protection under the U.S. Endangered Species Act (ESA; Public Law No. 93-205) in 1973.

Today, Florida panthers persist on < 5% of their historical range and are endangered by a combination of small population size, isolation, and loss of habitat (USFWS 2008a). Small population size and geographic isolation increase the chance for extinction of Florida panthers due to demographic instability inherent in small numbers and erosion of genetic diversity from restricted gene flow and inbreeding. Natural exchange of genetic material occurred historically among the Florida panther population in the southeastern United States and contiguous populations of puma to the north and west (Young and Goldman 1946). Genetic exchange between Florida panthers and other populations of puma ceased as the Southeast was settled. Florida panthers steadily declined in abundance and distribution (Alvarez 1993), likely a result of persecution and habitat loss (but see Alvarez 1993, pp. 35-61, for competing theories on the decline of panthers). Gene flow is reliant upon individuals that immigrate and breed, but habitat fragmentation generally disrupts dispersal. Dispersal and immigration serve as a natural mechanism for mixing the gene pool and help minimize inbreeding within populations. Elevated levels of inbreeding can result in inbreeding depression, which can have varied implications for populations, including loss of genetic variation, declining health, reduced survival, decreased fecundity, and an increased risk of extinction (Laikre et al. 1996, Crnokrak and Roff 1999, Frankham et al. 2002).

In the late 1980s and early 1990s inbreeding depression, habitat loss, and isolation had taken their toll on the remaining population of panthers (Roelke et al. 1993). The complex interplay of social, demographic, genetic, and health factors dictated that a timely and aggressive program be implemented to address the multitude of problems faced by the 20 to 30 Florida panthers that persisted into the early 1990s (McBride et al. 2008; Onorato et al. 2010). A plan for genetic restoration and management of the Florida panther was developed in September 1994 (Seal 1994; Johnson et al. 2010) and implemented in

FWC Florida Panther Annual Report 2022-2023

1995 with the release of eight female pumas captured in West Texas. Five of the eight Texas pumas produced litters with resident male Florida panthers, and a minimum of 20 $F_1$ kittens (first generation) were born in Florida as a result (Johnson et al. 2010; Onorato et al. 2010). No Texas female pumas remained in the wild after 2003.

Assessment of the genetic restoration project has shown that this management program was successful and continues to have a positive impact on the Florida panther population (Johnson et al. 2010; van de Kerk et al. 2019). Genetic variation has doubled, survival and fitness measures have improved, and physical correlates of inbreeding have declined significantly (Johnson et al. 2010; Hostetler et al. 2010; van de Kerk et al. 2019). The panther population has increased in size from the 20 to 30 individuals that remained in the early 1990s (McBride et al. 2008). Using a combination of minimum count data (lower bound; McBride and McBride 2015) as well as density estimates and estimates of available habitat in south Florida (upper bound), the FWC has quantified the current panther population size (inclusive of independent aged panthers [i.e., adults and subadults]) to be within the range of 120 to 230 individuals (FWC Statement on Estimating Panther Population Size). Knowledge gained from the genetic restoration project will undoubtedly influence future management strategies for panthers and may have far-reaching implications to varied conservation projects worldwide.

The increase in the panther population since 1995 and an increasing human population in South Florida has contributed to more frequent human-panther interactions. These interactions can be perceived as either positive, neutral, or negative depending on the nature of the event. Risks to human safety and property, such as pets and livestock, are perceived more negatively. These issues need to be addressed because private landowners play a critical role in preserving panther habitat, which is essential for advancing panther recovery throughout its former range. Education and outreach remain critical components of panther recovery because conservation efforts will not be achieved without public support. Fortunately, many people appreciate panthers as both a vital part of the ecosystem and for their intrinsic value to our natural heritage.

Human-panther interactions and depredations of domestic animals are handled following protocols established in the Interagency Florida Panther Response Plan (USFWS 2008b). Depredation events involve panthers preying upon livestock or pets (USFWS 2008b). Interactions and depredations are expected to continue as human use and development increase near panther habitat. FWC and our partners assist with mitigating these interactions. Depredations usually pose a low risk to human safety because they typically don't involve direct interactions between humans and panthers. However,

panthers preying on hobby farm livestock and cattle calves is an issue that FWC and USFWS continue to address.

Currently, the Florida panther population in southern Florida represents the only population of puma east of the Mississippi River. Panthers have been documented in 26 Florida counties based on occurrence records verified by FWC. A single dispersing male panther was killed by a hunter in central Georgia near the Alabama state line in 2008. Telemetry, mortality, depredation, human interaction, and sighting records indicate that panthers currently are distributed into central Florida at least as far north as Interstate 4, but most of these records are adult or subadult males. From 1980 to 2016, all occurrence data demonstrated that female panthers were present only south of the Caloosahatchee River and most reproduction occurred in Collier, Hendry, Lee, and Miami-Dade counties. On 1 November 2016, a female panther was documented via trail cameras deployed on the BRP in Charlotte County, Florida. FWC trail cameras later documented a female with a minimum of two kittens on the same property on 15 March 2017 and several subsequent occasions that spring. A second female was documented with a trail camera on Platt Branch Wildlife and Environmental Area in Highlands County, Florida in March 2017 (Kelly and Onorato 2020). These were the first females that have been confirmed north of the Caloosahatchee River since a female was captured in Glades County in 1973 (Nowak and McBride 1974, FWC 2017). Currently (2023), the FWC continues to detect at least two adult females in areas just north of the Caloosahatchee River via an ongoing camera trap study to assess the distribution of panthers in Central Florida. While this documentation of females north of the River is encouraging and has the potential to have a major impact on recovery, it's prudent to remain cautiously optimistic given the varied challenges panthers face in terms of successful recruitment of litters and expanding range into portions of Central Florida.

A neuromuscular disorder of unknown cause, termed feline leukomyelopathy (FLM), was first detected in Florida panthers and bobcats in May 2018. FLM appears to be a new/emerging disease rather than one that has been present but not previously recognized or detected. The earliest suspected case was a Florida panther kitten on BRP photographed in April 2017. Cases have been confirmed across peninsular Florida but are concentrated in the southwest. FLM is characterized by mild to severe upper motor neuron signs consisting primarily of hindlimb weakness and ataxia. Mortality related to FLM likely occurs secondary to starvation, abandonment (i.e., kittens), or predation/intraspecific aggression, although there is the possibility of undetected mortality in the den. Necropsy findings included symmetrical axon (primarily) and myelin degeneration primarily in the ventral and lateral tracts of the spinal cord.

8

FWC Florida Panther Annual Report 2022-2023

The FWC's current panther research and management priorities include, but are not limited to: monitoring genetic variation and correlates of inbreeding; evaluating the long-term impacts of genetic restoration; assessing the presence and impacts of diseases and parasites; investigating the cause, epidemiology, and impact of FLM in panthers and bobcats; assessing the utility of integrated population models to estimate population size and demographic variables; delineating statistically robust methods to estimate the panther population size; evaluating the utility of new GPS collar technology and transponders to monitor kitten survival; minimizing loss of existing panther habitat; addressing human-caused and other mortality factors; and reducing human-panther conflicts.

Our overall research goal is to complement historical data sets with ongoing, objective-driven research to provide the information necessary to manage and conserve panthers. The integration of information on demographics, genetics, biomedical, and land management challenges has ultimately assisted in the implementation of effective management plans that have promoted the long-term survival and recovery of the panther in Florida.

# Methods

FWC staff were responsible for camera surveys, capturing and fitting panthers and bobcats with radiocollars, handling neonates at dens, recovering carcasses from the field and roadside, and obtaining aerial relocations (i.e., pinpointing panthers and bobcats fitted with radiocollars from aircraft) twice per week.

### Study Area

The study area encompassed most of peninsular Florida. Primary areas in southern Florida included large blocks of low-lying public lands such as CREW, EVER, BCNP, FSPSP, PSSF, and the FPNWR. Significant private lands, primarily used for cattle and crop production, lie on higher terrain to the north of public lands and are important habitat for Florida panthers. Additionally, many urban and suburban areas statewide were included as suspected and confirmed FLM bobcats were detected. The overall study area was divided into three Agency Monitoring Areas (AMA) for purposes of conducting aerial relocations, capture/recovery efforts, and camera surveys. The FWC AMA was statewide excluding BCNP south of I-75 and EVER. The BCNP AMA encompassed the area within the BCNP boundary south of I-75. The EVER AMA encompassed the area within the EVER boundary.

### *Trail Camera Monitoring*

FWC, in collaboration with the USFWS, monitored for Florida panthers in areas north of the Caloosahatchee River via the use of motion-activated trail cameras. Between 2022 and 2023, 44 cameras were deployed on public lands between the River and State Road 70 in Central Florida. The goals of this effort were to document the presence or absence of females and breeding activity and to survey for presence of FLM in panthers and bobcats. FWC also monitored for FLM in panthers and bobcats south of the Caloosahatchee River using 41 cameras in the eastern CREW area, PSSF, Rookery Bay National Estuarine Research Reserve (RBNERR), and EVER.

The BCNP AMA was monitored for the presence of panthers via trail cameras deployed by NPS personnel.

### *Captures*

Free-ranging Florida panthers were captured using trained hounds and houndsmen provided by McBride Wildlife Solutions (Clewiston, FL). Panthers were either treed or bayed on the ground and were then darted with a 3 ml compressed-air dart fired from a $CO_2$-powered rifle. Panthers were immobilized with BAM™ (Zoopharm Wedgewood Pharmacy Laramie, WY) and ketamine HCl (10 mg/kg; Doc Lane's Veterinary Pharmacy, Lexington, KY) combination. Following immobilization, treed panthers were lowered to the ground by a rope or caught with a net; in some cases, a portable cushion (McCown, 1990) was used to further mitigate the impact of a fall. Panthers were left to recover in a shaded area away from water. Free-ranging bobcats were captured using cage traps (Tru Catch Traps, Belle Fourche, SD) baited with visual (CDs, flagging), audio (prey calls), and/or varied scent lures. Bobcats were chemically immobilized using Telazol or a combination of medetomidine and ketamine HCl (10 mg/kg; Doc Lane's Veterinary Pharmacy, Lexington, KY) injected via pole syringe. Staff attempted to capture panthers with box traps (Models 60D and 72D, Tru Catch Traps, Belle Fourche, SD) using a combination of visual, auditory and scent lures, although these efforts were not successful.  All captures and handling of wild felids followed the guidelines approved by the American Society of Mammalogists for humanely conducting research on these species (Sikes et al. 2016).

### *Physical Examination*

All animals handled underwent a physical examination to assess general health and physical condition. Vital signs (temperature, heart rate, respiration rate, and capillary refill time) and depth of anesthesia were monitored and recorded. A sterile petrolatum ophthalmic ointment (Pivetal™, Aspen

FWC Florida Panther Annual Report 2022-2023

Veterinary Resources, Liberty, MO) was applied to the eyes for lubrication. A covering was placed over both eyes to decrease stimulation. A pulse oximeter was attached to the tongue to measure oxygen saturation and pulse rate. For each panther handled, the skin over the medial saphenous or cephalic vein was shaved, prepped, and an intravenous (IV) catheter (Abbocath®-T, Abbott Ireland, Sligo, Republic of Ireland) was aseptically placed. Sterile isotonic fluids were administered either subcutaneously (SQ) or IV. Physical examination of free-ranging bobcats followed the same general protocols with slight modifications as necessary.

### *Live-capture Sample Collection*

Approximately 70-140 ml of blood (depending on body weight) were collected from the medial saphenous or cephalic veins using a butterfly catheter (19 or 21 ga), Luer adapter/hub, and Vacutainer® tubes (approximately 30 ml in serum separator, 30 ml in ethylenediaminetetraacetic acid (EDTA), 10 ml in sodium heparin, and 3 ml in red top, no additive [Covidien, Mansfield, MA]) for serology, toxicology, and long-term storage. A 4-mm skin biopsy was aseptically collected from the distal pinnae of uncollared panthers and saved in 95% ethanol (EtOH) for DNA analysis. A triple antibiotic ointment was applied to each biopsy site. Hair was plucked from the ventral abdomen for DNA analysis and stored in paper coin envelopes. Other samples, such as bacterial cultures, skin scrapings, and diagnostic biopsies, were taken if indicated. Blood smears were made in the field, or as soon as possible, from fresh whole blood. Panthers were implanted with an SQ passive integrated transponder chip (Biomark®, Boise, ID) for identification and were typically measured and weighed. Sample collection from free-ranging bobcats followed the same general protocols with slight modifications as necessary.

### *Vaccination and Treatment*

Depending on vaccine history and, in some cases, titers at previous capture, panthers >6 months old were vaccinated SQ against feline leukemia virus (FeLV), feline viral rhinotracheitis (FVR), feline calicivirus (FCV), feline panleukopenia (FPV; Fel-O-Vax® LVK III + Calcivirus [FDAH], 1 ml, lower left leg), and rabies (Rabvac$^{TM}$ 3 [FDAH], 1 ml, lower right leg). Depending on body condition, captured panthers were dewormed with ivermectin (0.1 mg/kg, Ivomec®, Merial Limited, Iselin, NJ) and praziquantel (5 mg/kg, Bimeda, Inc., Le Sueur, MN) administered SQ in the lateral aspect of the right thigh. Cefovecin sodium (8 mg/kg, Convenia®, Pfizer, Inc., New York, NY) and penicillin G procaine/benzathine (22,000 to 44,000 U/kg, Combi-Pen-48®, Bimeda, Inc., Le Sueur, MN) were administered as needed. Bobcats were

11

only vaccinated for rabies (Rabvac[TM] 3 [FDAH], 1 ml, lower right leg) and feline panleukopenia (FPV) (Fel-O-Vax® LVK III + Calcivirus [FDAH], 1 ml, lower left leg).

### Neonatal Kittens

Neonatal panther kittens <6 weeks-of-age were handled at dens of radiocollared females according to Land et al. (1998) and marked with an SQ transponder identification chip. A dewormer, pyrantel pamoate (5 mg/kg, Columbia Laboratories, Lexington, KY), was administered orally. A 2-mm biopsy sample was aseptically collected from the distal end of each pinna and saved in 95% EtOH for DNA analysis. A triple antibiotic ointment was applied to each biopsy collection site. No neonatal panther kittens were handled this year. Protocols for handling neonatal bobcats were similar with adjustments made as necessary.

### Collaring

Captured panthers were fitted with a GPS radiocollar (Advanced Telemetry Systems [ATS], Isanti, MN) or VHF radiocollar (ATS) and monitored twice per week (Mondays and Thursdays) from a Cessna 172 fixed-wing aircraft (aerial relocations). Captured bobcats that met the size requirements for radiocollaring were fitted with a GPS radiocollar (ATS). Flights were scheduled two times per week this fiscal year due to the small number of panthers that were radiocollared. GPS collars were programmed to collect location data at regular intervals and transmitted data to staff via satellite. Testing was conducted to assess the feasibility of monitoring neonatal panthers and bobcats using expandable VHF radiocollars (Wildlife Materials International, Inc., Murphysboro, IL) deployed on kittens at the dens of radiocollared adult females. These radiocollars provide the capability for us to assess kitten survival rates, cause-specific mortality, and potentially identify acute cases of FLM. Locations are recorded by FWC in the Universal Transverse Mercator coordinate system using ArcGIS Survey123 (v. 3.14 ESRI, Redlands, CA) on an iPad (Apple, Inc., Cupertino, CA) to collect georeferenced location data on radiocollared panthers from aircraft. Movements, home range estimates, survival, and other social and ecological interactions were interpreted from radiotelemetry data, field investigations, genetic analyses, or a combination of these data sets.

### Necropsy

Florida panthers and bobcats found dead were completely necropsied at the FWC Wildlife Research Laboratory (Gainesville, Florida) or University of Florida College of Veterinary Medicine (UF-

CVM, Gainesville). When carcass condition allowed, tissue samples were collected at necropsy from all major organs. Fluids collected included heart blood, venous blood, thoracic blood, aqueous humor, and urine. Blood samples were centrifuged at 2000 rpm for 10 minutes, and the supernatant was decanted. Representative tissues from fresh (unfrozen) and some previously frozen panthers were placed in 10% neutral buffered formalin. Spinal cord and brain from FLM-suspect cases were placed in 2% glutaraldehyde for electron microscopy. Fixed tissues were embedded in paraffin, sectioned at 5 to 6 μm, and stained with hematoxylin and eosin. Tissues were microscopically examined by pathologists at the UF-CVM, Southeastern Cooperative Wildlife Disease Study (Athens, GA), University of Florida College of Veterinary Medicine (Gainesville, FL), Bronson Animal Diagnostic Laboratory (Kissimmee, FL), or Northwest Zoopath (Monroe, WA). All tissues from live-captured and necropsied panthers not immediately analyzed were archived at -20° to -70°C.

### Diagnostics

Whole blood in EDTA, serum, and diagnostic samples were shipped overnight to Antech Diagnostics (Farmingdale, NY) for a complete blood count (CBC), serum chemistry profile, and appropriate diagnostic procedures (culture, histopathology). Tissue biopsies for DNA analyses were stored at the FWC-Naples Field Lab.

Reciprocal antibody titers and/or presence of antigen in serum were determined for feline leukemia virus (FeLV, ELISA antigen), feline immunodeficiency virus/puma lentivirus (FIV/PLV; Western Blot, Kinetics ELISA, and peptide ELISA), feline rhinotracheitis virus (FVR, serum neutralization [SN]), feline calicivirus (FCV, SN), canine distemper virus (CDV, SN), and feline panleukopenia virus (FPL, SN) at the New York State Diagnostic Laboratory (Cornell University, Ithaca, NY, [NYSDL]). EDTA whole blood from panthers was tested for FeLV, FIV, and feline heartworm in the field using a rapid immunoassay (SNAP Combo, IDEXX Laboratories, Westbrook, ME). Panthers were also tested for FeLV at necropsy using thoracic, venous, or heart blood. Necropsied panthers were tested for rabies by direct fluorescent antibody test at the Jacksonville Central Laboratory (Jacksonville, FL) or Kansas State University (Manhattan, KS). Viral isolation and real-time and conventional Polymerase Chain Reaction (PCR) for CDV, pseudorabies virus (PRV), Flaviviruses, and Alphaviruses was performed at SCWDS on brain, heart, and other tissues collected from panthers dying of unknown causes. Quantitative PCR for PRV was performed at the Diagnostic Center for Animal and Population Health (DCAPH, Lansing, MI).

Toxicology (organic toxin screens by gas chromatography/mass spectrometry and anticoagulant rodenticide screens, lead) was performed at DCPAH and at the Florida Department of Environmental

Protection (organochlorines, mercury, and polychlorinated biphenyls, Tallahassee, FL). All diagnostic tests performed on bobcat samples followed the same protocols with adjustments as necessary.

# Results and Discussion

### Trail Camera Monitoring

FWC and USFWS maintained 44 unique trail camera locations on public and private lands north of the Caloosahatchee River in FY22-23 to monitor the distribution of panthers in Central Florida, to document the presence or absence of females and breeding activity, and to record the presence of probable cases of FLM. A trapping effort of 9,074 trap-days produced 151 independent panther detections during the reporting period. These included 22 adult female detections likely representing two unique individuals. There were four kitten detections, likely all the same individual.  Although the kitten was <6 months old, there were no adult female detections associated with it. Detections were considered independent if they occurred more than one hour apart or more than 1 km apart, or if they depicted multiple unique individuals. Panthers were detected at BRP, Bob Janes Preserve, Platt Branch WEA, and FEC. The females were photographed at BRP and FEC. The kitten was photographed at FEC. Photos submitted to the FWC Panther Sightings website or otherwise communicated directly to FWC by members of the public included 16 additional independent panther detections on public and private lands north of the Caloosahatchee River.

FWC maintained 33 unique trail camera locations south of the River on public and private lands in eastern CREW, PSSF, and RBNERR to monitor for the presence of FLM.  A trapping effort of 8,666 trap-days produced 479 independent panther detections during FY22-23.  Eight unique trail camera locations at EVER with 1,918 trap-days of effort produced no panther detections.

### Captures

There was no formal capture season using trained hounds FY22-23 due to the lack of a contracted houndsman, so cage traps were deployed as an alternative method to capture and radiocollar panthers and bobcats.

One juvenile panther, K521 (♂), was captured using hounds outside of the formal capture season on 11 Oct 2022 (Table 1) to remove a failed collar (see Biomedical Summaries below). FWC staff

captured and radiocollared six bobcats (4♀, 2♂) with GPS collars via opportunistic trapping events (e.g., sets on kills found by staff or the public) or during scheduled trapping efforts (Table 2).

### Radiocollared Panthers and Bobcats

Telemetry data were collected on five radiocollared Florida panthers in southern Florida in FY22-23, including four adults (FP255, FP260, FP262, FP263) and one dependent aged kitten (K521). K521's radiocollar was replaced with an ear transmitter on 11 October 2022, however, it failed between 24 and 26 October 2022. Local convex hull home ranges for panthers monitored by FWC during FY 22-23 are depicted in Figure 1. A complete historical compilation of data associated with the 264 panthers captured since 1981 can be found in Appendix I.

Telemetry data were collected on 13 radiocollared bobcats in southern Florida in FY22-23, including ten adults (BOBs 58, 72, 76, 77, 79, 83, 85, 88, 94, 98) and three dependent aged kittens (BOBs 100, 101, 102). The three bobcat kittens were fitted with expandable VHF radiocollars on 7 June 2023 at 23 to 28 days old while in the den to continue testing this technology in bobcats, help obtain data to estimate more robust measures of kitten survival, and monitor for the onset of FLM. During the first aerial relocation, we detected anomalous VHF signals from two of the three collars, so the kittens were handled again on 9 June 2023 to investigate. The adult female bobcat had destroyed or removed each radiocollar, so we detached the remaining hardware from all bobcat kittens.

### Reproduction

No panther dens were located and no kittens were handled in FY22-23. A historical compilation of data collected by FWC and NPS on Florida panther kittens handled at dens (1992 to 2023) and known dens of radiocollared females (1985 to 2023) can be found in Appendix II and III, respectively. The den of BOB88 was located on 7 June 2023 and contained three kittens (3♂; Table 3). Data was collected on the kittens using similar protocols as used for panthers, with adjustments as necessary. This was the first bobcat den located and sampled by FWC.

### Biomedical Summaries

K519, K520, and K521 were fitted with expandable VHF radiocollars at the den of FP262 on 23 March 2022 at an estimated age of 3 weeks. They were handled again at a den on 13 April 2022 to assess collar fit, which was determined to be fine. The severely autolyzed remains of K520 were found on 19 May 2022; cause of death was unknown. K519 was hit and killed by a car on 5 September 2022.

When the carcass of K519 was examined, it was evident that the radiocollar was not expanding as expected, and the decision was made to remove the collar from K521 in the event that collar expansion was also an issue for that kitten. Capture attempts with cage traps were unsuccessful, so K521 was captured using hounds 11 October 2022. The collar was removed, and the wound around his neck was treated. This kitten has since been captured on trail cameras multiple times with the dam (FP262), and the wound appears to have completely healed.  Following these events, the decision was made to no longer deploy these expandable kitten radiocollars from Wildlife Materials International Inc. on panther kittens.

As of 30 June 2023, there were 78 probable and confirmed FLM cases including 32 cases (6 confirmed and 26 probable) in Florida panthers and 46 cases (11 confirmed and 35 probable) in bobcats. On histology, FLM affects the lateral and ventral tracks of the spinal cord. The syndrome is a primary axonopathy with secondary myelin degeneration. FWC currently has one FLM suspect bobcat in captivity for monitoring. FWC is continuing to opportunistically perform necropsies on bobcats killed by vehicles, in addition to panthers. There have still been no reports of FLM in domestic felids or other wildlife. However, there is concern of a possible spillover. FWC is in contact with regional wildlife rehabilitators, veterinarians, animal shelters, and others to monitor a multitude of species for FLM.

### Mortality

Sixteen free-ranging panther deaths were documented during the reporting period including: one radiocollared panther (K519 ♀) and 15 uncollared panthers (5 ♂, 10 ♀; Table 4). Cause of mortality for all 16 panthers was vehicular trauma. A historical compilation of all recorded panther mortalities and injuries can be found in Appendix IV.

### Captive Florida Panthers

There are currently ten Florida panthers in permanent captivity at six facilities (Table 5).  Zoo Tampa (Tampa, FL) houses three:  K255 ("Lucy") is a spayed female in captivity since 2007 due to a cranial injury suffered as a kitten; FP243 ("Micanopy") is an intact male in captivity since 2016 after being removed from the wild due to human-wildlife conflict; and UCFP297 ("Walter") is an intact male in captivity since 2017 who is not suitable for the wild due to a severe snare injury.  Zoo Miami (Miami, FL) houses one: K434 ("Mahala"), daughter of FP219, was found abandoned at 11 weeks of age and has been in captivity since 2014.  Ellie Schiller Homosassa Springs Wildlife State Park (Homosassa, FL) houses two intact males who were both abandoned as kittens: UCFP205 ("Yuma") has been in captivity since

FWC Florida Panther Annual Report 2022-2023

2014 and UCFP261 ("Sakata") in captivity since 2016. Naples Zoo (Naples, FL): houses one: K480 ("Athena") is a spayed female in captivity since she was a kitten in 2017. Palm Beach Zoo (West Palm Beach, FL): houses one: UCFP253 ("Sassy") is a spayed female in captivity since 2015. White Oak Conservation (Yulee, FL) houses two: Male siblings of FP256, K498 ("Pepper") and K499 ("Cypress"), have been in captivity since 2019.

### *Florida Panther Response Plan Activity*

A total of eight depredation events involving domestic animals were confirmed by FWC staff in FY22-23 (Figure 3). Depredation events occurred in Collier, Lee, and Hendry counties. Depredations resulted in 11 fatalities and one injury of domestic animals. Animals killed or injured by panthers included: calves (3), goats (7), sheep (1), and dog (1 [injury]).  During depredation investigations, FWC staff provide technical assistance and advice to affected residents on ways they can reduce the risk to pets and hobby livestock. We recommend that hobby animals and pets be secured in barns or pens with roofs or kept indoors, especially at night when predators are typically more active. Additionally, FWC connects people with non-governmental organization partners, Defenders of Wildlife and The Conservancy of Southwest Florida, who provide additional assistance with securing structures and partial compensation (depending on the applicable program for the situation). FWC has produced "A Guide to Living with Florida Panthers" brochure outlining these simple steps.

### *Land use, habitat impacts, environmental commenting and recovery tasks*

Land use changes and development in or adjacent to panther habitat can have long-term impacts on Florida panther recovery. FWC staff work cooperatively with state and federal partners to evaluate proposed developments, major road projects, and management plans for local, state, and federal public lands. These evaluations may include measures to avoid, minimize, or mitigate the effects of these projects on panthers. In FY22-23, evaluations included the management plan for a mitigation bank, a proposed wildlife crossing, and several housing developments.

Panther staff assisted the USFWS with the ongoing development of Version 2 of the Florida Panther Species Status Assessment (SSA). Version 1 of the SSA was released in 2021. An SSA is a biological risk assessment that helps guide decisions related to the ESA by providing the best available scientific information for comparison to policy standards; the SSA does not result in a decision directly.

Staff began to develop an FWC Florida Panther Conservation Plan that describes multidisciplinary research and management actions designed to meet conservation objectives and

FWC Florida Panther Annual Report 2022-2023

advance progress to recovery as outlined in the Florida Panther Recovery Plan (USFWS 2008a). The FWC's Conservation Plan will support the recovery strategy provided in the federal Recovery Plan and build upon its recovery actions.

With funding from the USFWS, FWC panther staff worked on establishing an FWC-led pilot program to provide commercial cattle producers with compensation for panther depredations and technical assistance on reducing depredation risk. Goals of this program are to mitigate panther-livestock conflict and increase tolerance for panther presence and range expansion on Florida's working lands. Development of a payment for ecosystem service program also began, which will aim to incentivize panther habitat conservation on private lands by providing payments to landowners who maintain/restore high-quality panther habitat in priority areas.

### Current Research

Research continues to be an important part of Florida panther conservation. Research proposals are vetted with FWC's partners to ensure that the research and monitoring efforts are well-designed, coordinated, and meet priority needs. FWC continues its protocol of disease monitoring and vaccination of all panthers handled as well as monitoring the genetic health of the population via DNA analyses. During FY22-23, FWC collected 36 DNA samples from panthers (e.g., tissue from vehicle-related mortalities, swabs from depredations) that were sent to the National Genomics Center for Wildlife and Fish Conservation (NGCWFC, U.S. Forest Service, Rocky Mountain Research Station, Missoula, MT) for processing. An additional 24 tissue samples collected from bobcats were sent to the NGCWFC for processing as part of FLM research and to answer population genetic questions related to this species of wild felid. The FWC is currently involved in several collaborative research projects focusing on issues related to Florida panther conservation and management. Among these are: identifying the cause of FLM in Florida panthers; assessing the dynamics and persistence of the panther population via an integrated population model; genetics of Mendelian traits (e.g., kinked tails, cowlicks, cryptorchidism) in panthers; determining mortality factors; assessing the efficacy of panther rehabilitation; testing the use of cage traps coupled with various types of lures to capture bobcats and panthers to monitor for FLM; using geospatial and genomics data to improve management of predator-prey system in the Everglades; using artificial intelligence to classify trail camera videos and photos by species; analyzing the long-term benefits accrued to panthers via genetic restoration; and using camera trap data to assess differences in panther density between public and private lands.

FWC Florida Panther Annual Report 2022-2023

FWC completed several collaborative research projects that were published in peer-reviewed journals during FY 22-23.  This included an evaluation of male panther reproductive parameters following genetic rescue that showed the improvement to a suite of metrics (e.g., total testicular volume, percent structurally normal spermatozoa) as individual heterozygosity values increased (Penfold et al. 2022).   An assessment of the effects of genetic admixture on mutation load in panthers highlighted the need to be cognizant for the potential expression of novel deleterious alleles in generations post-genetic rescue if the effective population size is small (Ochoa et al. 2022).  FWC also completed a pair of collaborative studies that identified how the feline leukemia virus (FeLV) has a concerning history of spilling over into puma populations from domestic cats in North America (Petch et al. 2022), as well as understanding the drivers of FeLV transmission in panthers that can assist with pathogen management (Gilbertson et al. 2022).   Additional studies nearing completion include: a collaboration that is developing artificial intelligence models to assist with processing trail camera video data more efficiently while identifying species as well as animals with abnormal gait (e.g., FLM probable panthers or bobcats); a study on the persistence of the benefits of genetic rescue in the panther population using an unprecedented 40 years of genetic, demographic, and biomedical data. Agency staff served as lead or co-authors on 5 peer-reviewed publications and 3 presentations at professional conferences or invited seminars (see page 22).

FWC Florida Panther Annual Report 2022-2023

# Literature Cited

Alvarez, K. 1993. Twilight of the panther. Myakka River Publishing, Sarasota, Florida, USA.

Crnokrak, P., and D. A. Roff. 1999. Inbreeding depression in the wild. *Heredity* 83:260-270.

Federal Register. 1967. Native fish and wildlife: endangered species. Federal Register-Department of the Interior-Fish and Wildlife Service, Washington D.C. USA.

Frankham, R., J. D. Ballou, and D. A. Briscoe. 2002. Introduction to conservation genetics. Cambridge University Press, Cambridge, United Kingdom.

Hostetler, J. A., D. P. Onorato, J. D. Nichols, W. E. Johnson, M. E. Roelke, S. J. O'Brien, D. Jansen, and M. K. Oli. 2010. Genetic introgression and the survival of Florida panther kittens. *Biological Conservation* 143:2789-2796.

Jacobs, C. E., and M. B. Main. 2015. A Conservation-Based Approach to Compensation for Livestock Depredation: The Florida Panther Case Study. PLoS ONE 10:e0139203.

Johnson, W. E., D. P. Onorato, M. E. Roelke, E. D. Land, M. Cunningham, R. C. Belden, R. McBride, D. Jansen, M. Lotz, D. Shindle, J. Howard, D. E. Wildt, L. M. Penfold, J. A. Hostetler, M. K. Oli, and S. J. O'Brien. 2010. Genetic Restoration of the Florida Panther. *Science* 329:1641-1645.

Kelly, B., and D. Onorato. 2020. Assessment of the distribution of Florida panthers north of the Caloosahatchee River. Fish and Wildlife Research Institute, Florida Fish and Wildlife Conservation Commission, Naples, FL. 24 pp.

Laikre, L., R. Andrén, H. O. Larsson, and N. Ryman. 1996. Inbreeding depression in brown bears. *Biological Conservation* 76:69-72.

Land, E. D., D. R. Garman, and G. A. Holt. 1998. Monitoring female Florida panthers via cellular telephone. *Wildlife Society Bulletin* 26:29-31.

McCown, J. W., D. S. Maehr, and J. Roboski. 1990. A portable cushion as a wildlife capture aid. *Wildlife Society Bulletin* 18:34-36.

McBride, R.T., and C. McBride. 2015. Florida Panther Annual Count 2015. Rancher's Supply Inc. Ochopee, FL. 34 pp.

McBride R. T., R. T. McBride, R. M. McBride, and C. E. McBride. 2008. Counting pumas by categorizing physical evidence. *Southeastern Naturalist* 7:381-400.

Nowak, R. M., and R. T. McBride. 1974. Status survey of the Florida panther. Pages 116-121 *in* W. W. Fund, editor. World Wildlife Fund Yearbook 1973-74. Danbury Press, Danbury, Connecticut, USA.

FWC Florida Panther Annual Report 2022-2023

Onorato, D., C. Belden, M. Cunningham, D. Land, R. McBride, and M. Roelke. 2010. Long-term research on the Florida panther (*Puma concolor coryi*): historical findings and future obstacles to population persistence. Pages pp. 453-469 in D. Macdonald and A. Loveridge, editors. Biology and conservation of wild felids. Oxford University Press, Oxford, UK.

Roelke, M. E., J. S. Martenson, and S. J. O'Brien. 1993. The consequences of demographic reduction and genetic depletion in the endangered Florida panther. *Current Biology* 3:340-349.

Seal, U. S., ed. 1994. A plan for genetic restoration and management of the Florida panther (Felis concolor coryi). Report to the Florida Game and Freshwater Fish Commission. Conservation Breeding Specialist Group, Apple Valley, Minnesota, USA.

Sikes, R. S. 2016. 2016 Guidelines of the American Society of Mammalogists for the use of wild mammals in research and education. *Journal of Mammalogy* 97:663-688.

Smith, D. R., N. L. Allan, C. P. McGowan, J. A. Szymanski, S. R. Oetker and H. M. Bell. 2018. Development of a Species Status Assessment process for decisions under the Endangered Species Act. *Journal of Fish and Wildlife Management* 9:302-320.

USFWS. 2008a. Florida panther recovery plan (*Puma concolor coryi*), third revision. United States Fish and Wildlife Service. Atlanta, Georgia, USA.

USFWS. 2008b. Environmental assessment for the "Interagency Florida Panther Response Plan". United States Fish and Wildlife Service, Naples, Florida, USA.

van de Kerk, M., D. P. Onorato, J. A. Hostetler, B. M. Bolker, and M. K. Oli. 2019. Dynamics, Persistence, and Genetic Management of the Endangered Florida Panther Population. *Wildlife Monographs* 203:3-35.

Young, S. P., and E. A. Goldman. 1946. The puma: mysterious American cat. Part I. History, life habits, economic status, and control. The American Wildlife Institute, Washington D.C., USA.

FWC Florida Panther Annual Report 2022-2023

# FWC Panther Staff Publications and Presentations 2022-2023

Gilbertson, M. L. J., N. M. Fountain-Jones, J. L. Malmberg, R. B. Gagne, J. S. Lee, S. Kraberger, S. Kechejian, R. Petch, E. S. Chiu, **D. Onorato**, **M. W. Cunningham**, K. R. Crooks, W. C. Funk, S. Carver, S. VandeWoude, K. VanderWaal, and M. E. Craft. 2022. Apathogenic proxies for transmission dynamics of a fatal virus. *Frontiers in Veterinary Science* 9.

Gould, M. J., J. W. Cain III, T. C. Atwood, L. E. Harding, H. E. Johnson, **D. P. Onorato**, F. S. Winslow, and G. W. Roemer. 2022. Pleistocene–Holocene vicariance, not Anthropocene landscape change, explains the genetic structure of American black bear (Ursus americanus) populations in the American Southwest and northern Mexico. *Ecology and Evolution* 12:e9406.

Ochoa, A., **D. P. Onorato**, M. E. Roelke-Parker, M. Culver, and R. R. Fitak. 2022. Give and take: effects of genetic admixture on mutation load in endangered Florida panthers. *Journal of Heredity* 113:491-499.

**Onorato, D.** 30 November 2022. Assessing the path to recovery of the Florida panther: habitat selection and populations estimates. *Invited speaker, Eckerd College, St. Petersburg, FL, USA.*

Penfold, L. M., **M. Criffield, M. W. Cunningham**, D. Jansen, **M. Lotz**, C. Shea, and **D. Onorato**. 2022. Long-term evaluation of male Florida panther (*Puma concolor coryi*) reproductive parameters following genetic introgression. *Journal of Mammalogy* 103:835-844.

Petch, R. J., R. B. Gagne, E. Chiu, C. Mankowski, J. Rudd, M. Roelke-Parker, T. W. Vickers, K. A. Logan, M. Alldredge, D. Clifford, **M. W. Cunningham, D. Onorato**, and S. VandeWoude. 2022. Feline leukemia virus frequently spills over from domestic cats to North American pumas. *Journal of Virology* 96:e01201-01222.

**Stewart, H. A.** 12 May 2023. Feline leukomyelopathy in Florida panthers and bobcats. *Presented at Corkscrew Watershed Science Forum, Naples, FL, USA.*

Wasmuht, D., S. Kelly, H. Cox, C. Gallinat, M. Golovsky, **D. P. Onorato, B. Kelly**, P. Bunje, and A. Deghan. 19 June 2023. Automated detection of an emerging disorder in wild felids. *Presented at Computer Vision and Pattern Recognition Conference 2023, Vancouver, BC, Canada.*

[*]Authors in bold represent FWC panther staff employed in FY22-23

# TABLES

Table 1. Florida panthers captured by FWC from 1 July 2022 to 30 June 2023.

| ANIMAL ID | SEX | CAPTURE DATE | AGE (YRS) | WT. (LBS) | COLLAR TYPE | COMMENTS | MONITORING LENGTH (DAYS)[a] |
|---|---|---|---|---|---|---|---|
| K521 | M | 11 Oct 2022 | 7 mo | 33 | VHF | Removed collar. Fitted with ear tag transmitter. | 14-- |

[a] + indicates monitoring continued beyond the fiscal year; x indicates the animal died; -- indicates the collar failed.

FWC Florida Panther Annual Report 2022-2023

Table 2. Bobcats captured or released by FWC from 1 July 2022 to 30 June 2023.

| ANIMAL ID | SEX | CAPTURE DATE | AGE (YRS) | WT. (LBS) | COLLAR TYPE | COMMENTS[a] | MONITORING LENGTH (DAYS) [b] |
|---|---|---|---|---|---|---|---|
| BOB76 | F | 11 Aug 2022 | 1 | 12 | GPS | Rehabilitated by BCR. Released on private property | 57[x] |
| BOB77 | M | 11 Aug 2022 | 1 | 14 | GPS | Rehabilitated by BCR. Released on PSSF. | 14[--] |
| BOB79 | F | 15 Sep 2022 | 3 | 22 | GPS | Cage trapped after goat depredation. | 59[x] |
| BOB83 | M | 14 Nov 2022 | 1 | 13 | GPS | Cage trapped with audio lure. | 16[--] |
| BOB85 | F | 6 Dec 2022 | 2 | 16 | GPS | Cage trapped with audio and visual lures. | 205[+] |
| BOB88 | F | 30 Dec 2022 | 4 | 20 | GPS | Cage trapped with visual lure. | 184[+] |
| BOB94 | F | 21 Feb 2023 | 5 | 18 | GPS | Cage trapped with visual and scent lure. | 79[+] |
| BOB98 | M | 25 May 2023 | 3 | 16 | GPS | Captured in a parking garage by trapper with catch pole. | 21[--] |
| BOB100 | M | 7 Jun 2023 | 3 wks | 2 | VHF | Collared in the den | 2[--] |
| BOB101 | M | 7 Jun 2023 | 3 wks | 2 | VHF | Collared in the den | 2[--] |
| BOB102 | M | 7 Jun 2023 | 3 wks | 2 | VHF | Collared in the den | 2[--] |

[a] BCR = Big Cat Rescue; CSS = Corkscrew Swamp Sanctuary; PRP = Pepper Ranch Preserve.
[b] + indicates monitoring continued beyond the fiscal year; x indicates the animal died; -- indicates the collar failed.

FWC Florida Panther Annual Report 2022-2023

Table 3. Neonate kittens handled at bobcat dens by FWC from 1 July 2022 to 30 June 2023.

| BOB DAM | KITTEN ID | SEX | DEN LOCATION | DATE HANDLED | ESTIMATED AGE (DAYS) | ACTUAL WEIGHT (GRAMS) |
|---------|-----------|-----|--------------|--------------|----------------------|------------------------|
| BOB088 | BOB100[*] | M | Pelican Marsh Golf Club | 7 Jun 2023 | 25 | 850 |
| BOB088 | BOB101[*] | M | Pelican Marsh Golf Club | 7 Jun 2023 | 25 | 1000 |
| BOB088 | BOB102[*] | M | Pelican Marsh Golf Club | 7 Jun 2023 | 25 | 850 |

[*]Kittens from this litter were fitted with expandable VHF radiocollars to monitor for survival and feline leukomyelopathy. See Table 2.

Table 4. Verified Florida panther mortalities and injuries recorded between 1 July 2022 and 30 June 2023. Data collected by FWC staff. Causes of death include hit-by-car (HBC). The presence of atrial septal defects (ASD) and other biomedical and morphometric data are also noted. Sex is male (M) or female (F). Age is in years unless noted otherwise. Some characteristics were not determined (ND) or not applicable (NA).

| PANTHER ID | SEX | DATE DECEASED | CAUSE | LOCATION | AGE | WEIGHT (LB) | KINKED TAIL | COWLICK | ASD | TESTES | RABIES DFA[a] | SIGNIFICANT NECROPSY RESULTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UCFP428 | F | 9 Jul 2022 | HBC | Immokalee Rd., 1.25 mi south of Wild Turkey Dr. | 4 | 78.4 | N | N | N | NA | NEG | |
| UCFP429 | F | 12 Jul 2022 | HBC | CR846, near Bethune Ave. | 7-12 | 81.8 | N | N | N | NA | NEG | |
| UCFP430 | F | 21 Jul 2022 | HBC | I-75, MM89 | 2-3 | 73.4 | N | N | N | NA | NT | |
| UCFP431 | M | 25 Aug 2022 | HBC[b] | Joel Blvd./Edwards Dr., Lehigh Acres | 1.5-2.5 | 93.0 | N | N | ND | 2 | NEG | |
| K519 | F | 5 Sep 2022 | HBC | Rattlesnake Hammock Rd. | 6 mo[c] | 18.0 | N | ND | N | NA | NEG | Severe FLM |
| UCFP432 | F | 8 Sep 2022 | HBC | CR833, BCSIR[d] | 2 | ND | ND | ND | ND | NA | NT | Scavenged |
| UCFP433 | M | 28 Oct 2022 | HBC | Keri Rd., 2.1 mi west of CR833 | 2.5 | 98.6 | Y | Y | ND | 2 | NEG | |
| UCFP434 | F | 13 Nov 2022 | HBC | SR29 | 4-5 | 72.2 | N | N | ND | NA | NEG | |
| UCFP435 | M | 1 Dec 2022 | HBC | W. Keysville Rd., Hillsborough County | 1-2 | 102.0 | N | N | N | 2 | NEG | |
| UCFP436 | F | 7 Dec 2022 | HBC | SR82, just west of Corkscrew Rd. | 3 | 71.2 | N | N | N | NA | U | |
| UCFP437 | F | 10 Jan 2023 | HBC[e] | CR846, 1.6 mi west of County Line Rd. | 2-3 | 66.0 | N | Y | N | NA | NEG | Mild FLM |
| UCFP438 | F | 30 Jan 2023 | HBC | Golden Gate Blvd. | 3-4 | 74 | N | ND | ND | NA | NT | |
| UCFP439 | M | 26 Feb 2023 | HBC | Josie Billy Hwy., BCSIR | 1 | 63.4 | N | N | ND | 1 | NT | Cryptorchid |
| UCFP440 | M | 25 May 2023 | HBC | Oil Well Rd. | 4 | 128.0 | Y | N | N | 2 | NT | |
| UCFP441 | F | 9 Jun 2023 | HBC | SR29, south of Oil Well Rd. | 5-7 mo | 37.5 | N | ND | N | NA | NT | Probable FLM |
| UCFP442 | F | 12 Jun 2023 | HBC | SR29, south of Oil Well Rd. | 3-4 | 71.2 | N | N | N | NA | Pending | Viral myelitis |

[a] Rabies DFA = Direct Fluorescent Antibody test; U = tested but tissue condition was unsatisfactory for definitive diagnosis, NT = not tested, NEG = negative.
[b] Underwent surgery for vehicular trauma but succumbed to injuries.
[c] Precise age known due to handling and marking at natal den.
[d] Big Cypress Seminole Indian Reservation.
[e] Euthanized due to severe injuries sustained in a vehicular collision.

FWC Florida Panther Annual Report 2022-2023

Table 5. Florida panthers in captivity between 1 July 2022 and 30 June 2023.

| PANTHER ID | CAPTIVE NAME | SEX | CAPTURE DATE | CAPTURE AGE | CURRENT AGE (YRS) | CURRENT LOCATION | REASON FOR CAPTIVITY |
|---|---|---|---|---|---|---|---|
| K255 | Lucy | F | 3 Aug 2007 | 3 wks | 16 | Zoo Tampa | Cranial injury as kitten – Not suitable for wild |
| FP243 | Micanopy | M | 21 Jul 2016 | 2 yrs | 7 | Zoo Tampa | Human-wildlife conflict on Big Cypress Seminole Indian Reservation |
| UCFP297 | Walter | M | 14 Jan 2017 | 2-4 yrs | 6 | Zoo Tampa | Snare injury- Not suitable for wild |
| K434 | Mahala | F | 21 Nov 2014 | 11 wks | 8 | Zoo Miami | Orphaned |
| UCFP205 | Yuma | M | 22 Jan 2014 | 7 days | 9 | Homosassa Springs State Park | Found with hypothermia and semi-moribund. |
| UCFP261 | Sakata | M | 18 Jan 2016 | 3 mo | 7 | Homosassa Springs State Park | Found abandoned |
| K480 | Athena | F | 29 Jun 2017 | 19 days | 6 | Naples Zoo | Found abandoned |
| UCFP253 | Sassy | F | 2 Nov 2015 | 3 mo | 7 | Palm Beach Zoo | Orphaned |
| K498 | Pepper | M | 7 Jul 2019 | 14 days | 4 | White Oak | Mother had FLM – Would not survive |
| K499 | Cypress | M | 7 Jul 2019 | 14 days | 4 | White Oak | Mother had FLM – Would not survive |

27

FWC Florida Panther Annual Report 2022-2023

# FIGURES



Figure 1. Depiction of the 95% local convex hull (k=20) home ranges for adult and subadult Florida panthers monitored by FWC from 1 July 2022 to 30 June 2023. Data collected via aerial telemetry and Iridium GPS collars by FWC.

FWC Florida Panther Annual Report 2022-2023



Figure 2. Confirmed human-panther interactions from FY 2010-2011 through 2022-2023. Note: Data in FY 2011-2012 and FY 2012-2013 includes five and six depredations of domestic animals, respectively, that involved radiotagged calves monitored as part of the UF-IFAS calf mortality study (Jacobs and Main 2015). Data in 2021-2022 includes increased prey monitoring efforts of a radiocollared panther. Definitions of conflict categories can be found in Appendix C of the USFWS Environmental Assessment for the Interagency Florida Panther Response Plan.

FWC Florida Panther Annual Report 2022-2023

# APPENDICES

**Appendix I. List of radiocollared Florida panthers and Texas pumas in southern Florida from 10 February 1981 to 30 June 2023. Data includes panthers collared by FWC and BCNP staff.**

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP01 | M | 10 Feb 1981 | 10 | - | - | - | FSPSP | 14 Dec 1983 | Vehicle (SR 84 MM 18) |
| FP02 | M | 20 Feb 1981 | 10 | - | - | - | FSPSP | 28 Nov 1984 | Intraspecific aggression |
| FP03 | F | 23 Jan 1982 | 9 | - | - | - | FSPSP | 17 Jan 1983 | Capture |
| FP04 | M | 27 Jan 1982 | 7-8 | - | - | - | FSPSP | 18 Apr 1985 | Vehicle (SR 84 mm17) |
| FP05 | F | 23 Feb 1982 | 7-8 | - | - | - | FPNWR | 18 Nov 1983 | Unknown |
| FP06 | M | 27 Feb 1982 | 6-8 | - | - | - | SBCNP | 16 Apr 1982 | Unknown |
| FP07 | M | 02 Mar 1982 | 6-7 | - | - | - | SBCNP, FSPSP | 26 Oct 1985 | Vehicle (SR 29 C. prison) |
| FP08 | F | 25 Mar 1984 | 9-10 | - | - | - | FSPSP | 20 Aug 1988 | Liver failure, old age |
| FP09 | F | 26 Jan 1985 | 3-4 | - | - | - | FSPSP | -- | Collar failed 8/8/1997 |
| FP10 | M | 15 Jan 1986 | 5 mo. | Aug 1985 | FP09 | - | GG Estates, FSPSP | 27 Jan 1987 | Intraspecific aggression |
| FP11 | F | 21 Jan 1986 | 4-5 | - | - | - | NBCNP, Private (Price's) | 25 Feb 2001 | Intraspecific aggression |
| FP12 | M | 28 Jan 1986 | 5 | - | - | - | NBCNP, FPNWR, FSPSP | 8 Nov 1994 | Intraspecific aggression |
| FP13 | M | 27 Feb 1986 | 4-5 | - | - | - | NBCNP, Private (Alico) | 14 Dec 1987 | Vehicle (SR 29 Sunniland) |
| FP14 | F | 07 Dec 1986 | 5-6 | - | - | - | EVER | 21 Jun 1991 | Unknown |
| FP15 | F | 13 Dec 1986 | 5-6 | - | - | - | EVER | 10 Jun 1988 | Intraspecific aggression |
| FP16 | M | 12 Jan 1987 | 12-14 mo. | - | FP14 | - | EVER, SBCNP | 3 Jan 2000 | Unknown |
| FP17 | M | 20 Jan 1987 | 6-7 | - | - | - | SBCNP, NBCNP | 20 Jul 1990 | Unknown |
| FP18 | F | 22 Jan 1987 | 7-8 | - | - | - | Private (Gum Swamp, Scofields), BCSIR | 1 Oct 1990 | Intraspecific aggression |
| FP19 | F | 09 Feb 1987 | 9 mo. | May 1986 | FP11 | FP12 | NBCNP, Private (Prices), FPNWR | 2 Dec 1997 | Aortic aneurysm |
| FP20 | M | 10 Mar 1987 | 3-4 | - | - | - | Private (Alico), NBCNP | 24 Aug 1988 | Heart defect |
| FP21 | F | 16 Mar 1987 | 12-14 mo. | - | FP14 | - | EVER, White Oak | 26 Dec 1997 | Vehicle/Captivity/Old age |
| FP22 | F | 18 Mar 1987 | 5-6 mo. | - | FP15 | - | EVER | 20 Jul 1991 | Infection |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP23 | F | 18 Mar 1987 | 5-6 mo. | - | FP15 | - | EVER, SBCNP | 25/26 Nov 2000 | Unknown |
| FP24 | M | 30 Jan 1988 | 3-4 | - | - | - | Highlands Co. | 22 Aug 1988 | Unknown |
| FP25 | M | 16 Feb 1988 | 4-5 | - | - | - | FPNWR | 26 Aug 1988 | Intraspecific aggression |
| FP26 | M | 01 Mar 1988 | 5-6 | - | - | - | BCSIR, NBCNP | 8 Jul 1994 | Intraspecific aggression |
| FP27 | F | 11 Apr 1988 | 2-3 | - | - | - | EVER | 23 Jul 1989 | Unknown |
| FP28 | M | 29 Nov 1988 | 1.5 | - | - | - | Private (Ft. Myers, Lake Hicpochee, Gum Swamp), NBCNP | 25 Sep 1992 | Intraspecific aggression |
| FP29 | M | 03 Jan 1989 | 6.5 mo. | May 1988 | FP11 | FP20 | NBCNP, Private (Gum Swamp) | 27 May 1992 | Pseudorabies |
| FP30 | M | 06 Jan 1989 | 9 mo. | Mar 1988 | FP19 | FP13 | NBCNP, Private (Prices), FPNWR, FSPSP | 29 Jan 1990 | Intraspecific aggression |
| FP31 | F | 12 Jan 1989 | 7-9 | - | - | - | FPNWR | 3 Mar 1994 | Vehicle (SR 29 Sunniland) |
| FP32 | F | 03 Feb 1989 | 2-2.5 | - | - | - | FPNWR | 12 Sep 2002 | Unknown |
| FP33 | M | 05 Mar 1989 | 1.5-2 | - | - | - | SBCNP (Loop Rd.), Private (Gum Swamp) | 23 Nov 1989 | Rabies |
| FP34 | M | 08 Jan 1990 | 10 mo. | Mar 1989 | FP31 | FP12 | FPNWR, BCSIR, Private (Gum Swamp) | 15 Nov 1993 | Esophageal puncture |
| FP35 | M | 15 Jan 1990 | 10 mo. | Mar 1989 | FP31 | FP12 | Private (Regency Farms) | 24 Jan 1990 | Bacterial infection from capture |
| FP36 | F | 27 Jan 1990 | 4-5 | - | - | - | NBCNP | 10 Oct 1998 | Unknown natural causes |
| FP37 | M | 30 Jan 1990 | 3-4 | - | - | - | FSPSP, FPNWR, NBCNP | 26 Nov 1990 | Vehicle (SR 29 Miles City) |
| FP38 | F | 08 Feb 1990 | 4.5 | - | - | - | SBCNP, EWMA | 4 Aug 1994 | Pleuritis in chest |
| FP39 | M | 19 Feb 1990 | 3-4 | - | - | - | EVER | 18 May 1990 | Pyothorax |
| FP40 | F | 26 Feb 1990 | 1.5-2 | - | - | - | NBCNP | 1 Feb 1998 | Intraspecific aggression |
| FP41 | F | 28 Feb 1990 | 1.5-2 | - | - | - | NBCNP, BCSIR | 22 Sep 1990 | Intraspecific aggression |
| FP42 | M | 06 Mar 1990 | 11 mo. | May 1989 | FP14 | FP16 | EVER, SBCNP | 22 Jun 1995 | Unknown |
| FP43 | M | 01 May 1990 | 9.5 mo. | Jul 1989 | FP19 | FP12 | FPNWR, NBCNP | 31 Oct 1991 | Intraspecific aggression |
| FP44 | M | 30 Apr 1991 | 6 mo. | Nov 1990 | FP40 | FP26 | NBCNP, Naples, EVER, SBCNP | 6 Jul 1993 | Intraspecific aggression |
| FP45 | M | 08 May 1991 | 6 mo. | Nov 1990 | FP19 | FP12 | FPNWR, NBCNP, BCSIR | 2 Aug 1998 | Intraspecific aggression |
| FP46 | M | 30 Jan 1992 | 2-2.5 | - | - | - | NBCNP, Private (Gum Swamp), OSSF | 3 Feb 1999 | Intraspecific aggression |
| FP47 | M | 21 Feb 1992 | 6 mo. | Jul 1991 | FP11 | FP12 | NBCNP, Belle Meade, FSPSP | 19 Feb 1993 | Intraspecific aggression |

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP48 | F | 24 Feb 1992 | 4 mo. | Oct 1991 | FP31 | FP12 | NBCNP | 23 Oct 2006 | Unknown |
| FP49 | F | 25 Feb 1992 | 2 | - | - | - | NBCNP | 3 Jan 2002 | Intraspecific aggression |
| FP50 | M | 04 Mar 1992 | 8 mo. | May 1991 | FP36 | FP26 | NBCNP, Private (Alico, Devils Garden) | 6 Dec 1993 | Vehicle (CR 846 5 mi E of Immokalee) |
| FP51 | M | 26 Mar 1992 | 3 | - | - | - | FSPSP, FPNWR | 17 Jul 1998 | Vehicle (SR 29) |
| FP52 | F | 05 May 1992 | 6 mo. | Oct 1991 | FP31 | FP12 | FPNWR, Private (Sadie Cypress) | 14 Jan 1995 | Vehicle (CR 846 & Dupree Rd) |
| FP53 | M | 10 Feb 1993 | 10 mo. | Apr 1992 | FP19 | FP12 | FPNWR | 26 Feb 1993 | Intraspecific aggression |
| FP54 | M | 10 Feb 1993 | 10 mo. | Mar 1992 | FP40 | - | FSPSP, FPNWR | -- | Collar failed 10/20/2000 |
| FP55 | F | 25 Jan 1994 | 1.1. | Dec 1992 | FP23 | FP42 | SBCNP | 12 July 2004 | Intraspecific aggression |
| FP56 | F | 03 Feb 1994 | 2-3 | - | - | - | NBCNP | -- | Collar failed 2/20/1998 |
| FP57 | F | 31 Jan 1995 | 3 | - | - | - | FPNWR, FSPSP | -- | Collar failed 4/5/2000 |
| FP58 | M | 08 Feb 1995 | 8 mo. | Apr 1994 | FP56 | - | NBCNP, FPNWR, FSPSP | 30 Mar 1997 | Intraspecific aggression |
| FP59 | M | 04 Jan 1996 | 6 mo. | Jun 1995 | FP48 | - | NBCNP, FPNWR, FSPSP | 22 Nov 2004 | Intraspecific aggression |
| FP60 | M | 06 Mar 1996 | 5 mo. | Oct 1995 | FP40 | - | NBCNP, FSPSP, FPNWR, SBCNP | 14 Dec 2008 | Euthanasia (Removed from wild 6/29/2004) |
| TX101 | F | 05 Apr 1995 | 4 | - | - | - | BCSIR | 29 Mar 2000 | Unknown |
| TX102 | F | 05 Apr 1995 | 4 | - | - | - | E. Hendry County | 22 Sep 1995 | Vehicle (CR833 5 mi. N BCSIR) |
| TX103 | F | 04 May 1995 | 4 | - | - | - | SBCNP | 19 Aug 1999 | Metabolic complications from pregnancy |
| TX104 | F | 24 Mar 1995 | 4 | - | - | - | FSPSP, Belle Meade | 18 Apr 1998 | Gunshot |
| TX105 | F | 05 Jul 1995 | 4 | - | - | - | EVER | 1 July 2014 | Renal failure (removed from wild 1/27/2003) |
| TX106 | F | 09 Apr 1995 | 4 | - | - | - | PSSF, FPNWR, FSPSP | 13 Mar 2012 | Cancer (Removed from wild 1/8/2003) |
| TX107 | F | 04 May 1995 | 3 | - | - | - | SBCNP | 18 Jan 2001 | Pneumonia |
| TX108 | F | 26 Jul 1995 | 3 | - | - | - | EVER | 5 Feb 2014 | Removed from wild 11/18/2002 |
| FP61 | F | 04 Mar 1997 | 8 mo. | Jul 1996 | TX108 | FP16 | EVER | -- | Collar failed 6/4/2003 |
| FP62 | M | 18 Mar 1997 | 6.5 mo. | Sep 1996 | FP48 | - | Catfish Creek, Polk Co. | -- | Collar failed 7/21/2000 |
| FP63 | M | 13 Apr 1997 | 2 | - | - | - | BCSIR, NBCNP, Private Lands | 15 Jan 2000 | Vehicle / Drowning |

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP64 | M | 24 May 1997 | 8 mo. | Sep 1996 | FP48 | - | CREW (Corkscrew Marsh) | 26 Mar 1999 | Intraspecific aggression |
| FP65 | M | 19 Nov 1997 | 11 mo. | Dec 1996 | TX101 | FP45 | OSSF, Private (Collier Enterprise) | -- | Collar failed 11/17/2010 |
| FP66 | F | 09 Dec 1997 | 1 | Dec 1996 | TX101 | FP45 | Belle Meade, FPNWR, Private Lands | 3 Sept 2014 | Removed from wild 4/13/2014 |
| FP67 | F | 19 Jan 1998 | 8 mo. | Jun 1997 | FP56 | FP45 | BCSIR, Private Lands | 15 Jan 2003 | Intraspecific aggression (FP65) |
| FP68 | M | 23 Jan 1998 | 4.5 | - | - | - | NBCNP | 1 Mar 2000 | Unknown (possible ISA) |
| FP69 | F | 05 Feb 1998 | 9 mo. | May 1997 | FP40 | FP45 | NBCNP | 12 Sep 2005 | Unknown |
| FP70 | F | 25 Feb 1998 | 10 mo. | May 1997 | TX107 | - | SBCNP | 14 Jan 2006 | Vehicle |
| FP71 | F | 05 Mar 1998 | 10 mo. | May 1997 | TX107 | - | SBCNP | -- | Collar failed 7/22/2005 |
| FP72 | M | 24 Apr 1998 | 2.5 | - | - | - | BCSIR | 23 Dec 1998 | Intraspecific aggression |
| FP73 | F | 12 Nov 1998 | 3 | Sep 1995 | TX101 | - | BCSIR | 27 June 2003 | Unknown |
| FP74 | M | 12 Nov 1998 | 1.5 | - | FP73 | - | FEC, Glades and Highlands Co. | 8 Sep 1999 | Vehicle (SR 27 N of Palmdale) |
| FP75 | F | 11 Jan 1999 | 7 mo. | Jun 1998 | FP48 | FP68 | NBCNP | -- | Collar failed 4/5/2006 |
| FP76 | M | 13 Jan 1999 | 22 mo. | - | - | - | FPNWR, SBCNP | 13 Nov 1999 | Intraspecific aggression (FP54) |
| FP77 | F | 22 Jan 1999 | 1.5-2 | - | - | - | NBCNP, BCSIR | 12 July 2003 | Unknown |
| FP78 | F | 16 Feb 1999 | 2.0 | - | - | - | FPNWR | 17 Oct 2002 | Intraspecific aggression |
| FP79 | M | 03 Mar 1999 | 3.5 | Sep 1995 | TX101 | - | SBCNP | 31 Aug 2012 | Removed from wild 2/21/2006 |
| FP80 | F | 14 Jan 2000 | 4.0 | - | - | - | BCSIR | 10 Feb 2000 | Vehicle (BCSIR) |
| FP81 | M | 14 Jan 2000 | 4.0 | - | - | - | BCSIR, Hendry Co. Private Lands | -- | Collar failed 9/16/2002 |
| FP82 | F | 25 Jan 2000 | 3.0 | - | - | - | OSSF | 9 May 2003 | Unknown (possible ISA) |
| FP83 | F | 08 Feb 2000 | 8 mo. | Jun 1999 | TX106 | FP54 | FSPSP | 25 Mar 2011 | Vehicle (US41) |
| FP84 | M | 11 Feb 2000 | 1.0 | - | FP73 | - | Dispersed from BCSIR to FEC | 20 Apr 2000 | Unknown |
| FP85 | M | 17 Feb 2000 | 10-11 mo. | Mar 1999 | FP61 | FP16 | EVER | 1 Mar 2004 | Unknown |
| FP86 | F | 21 Feb 2000 | 8 mo. | Jun 1999 | FP71 | FP79 | SBCNP | 7 Nov 2003 | Spinal trauma |
| FP87 | F | 28 Feb 2000 | 10 mo. | Apr 1999 | FP55 | FP79 | SBCNP | 19 Jun 2003 | Intraspecific aggression |
| FP88 | F | 02 Mar 2000 | 9 mo. | Jun 1999 | FP70 | FP79 | SBCNP | -- | Collar failed 10/18/2002 |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP89 | M | 02 Mar 2000 | 2.5 | - | - | - | SBCNP | 9 Nov 2000 | Intraspecific aggression |
| FP90 | M | 08 Mar 2000 | 9 mo. | Jun 1999 | FP71 | FP79 | SBCNP | 26 April 2001 | Vehicle (US27 Terrytown) |
| FP91 | F | 17 Mar 2000 | 9 mo. | Jun 1999 | FP70 | FP79 | SBCNP | 12 Dec 2003 | Intraspecific aggression |
| FP92 | M | 06 Apr 2000 | 10 mo. | Jun 1999 | FP70 | FP79 | SBCNP, Belle Meade, CREW | 16 Sep 2001 | Unknown |
| FP93 | F | 10 Apr 2000 | 14 mo. | Feb 1999 | TX107 | FP79 | SBCNP | 2 Dec 2015 | Unknown |
| FP94 | F | 01 May 2000 | 10 mo. | Jul 1999 | TX105 | FP16 | EVER | -- | Collar released 4/16/2007 |
| FP95 | F | 07 Nov 2000 | 2.8 | Jan 1998 | TX108 | FP16 | EVER | -- | Collar failed 1/9/2008 |
| FP96 | M | 07 Jan 2001 | 9 mo. | Apr 2000 | FP78 | FP59 | FPNWR | 17 Jan 2002 | Intraspecific aggression |
| FP97 | M | 19 Jan 2001 | 11 mo. | - | FP105 | - | FPNWR | 2 Dec 2001 | Intraspecific aggression |
| FP98 | M | 25 Jan 2001 | 3 | - | - | - | NBCNP, Hendry Co. Private Lands | 1 July 2002 | Vehicle (SR29 N of Pistol Pond) |
| FP99 | M | 26 Jan 2001 | 11 mo. | - | FP105 | - | FPNWR | 28 Nov 2002 | Vehicle (CR846 Collier fairgrounds) |
| FP100 | M | 31 Jan 2001 | 4 | - | - | - | NBCNP, BCSIR | 25 Jan 2007 | Unknown |
| FP101 | F | 5 Feb 2001 | 2 | - | - | - | NBCNP, BCSIR | -- | Collar failed 10/17/2003 |
| FP102 | F | 20 Feb 2001 | 3 | Feb 1998 | FP55 | - | SBCNP | 23 Oct 2010 | Intraspecific aggression |
| FP103 | F | 13 Mar 2001 | 8 mo. | Aug 2000 | FP102 | - | SBCNP | 8 Aug 2007 | Intraspecific aggression |
| FP104 | M | 2 Apr 2001 | 6-7 mo. | - | FP70 | FP79 | SBCNP | 9 Mar 2006 | Unknown |
| FP105 | F | 12 Apr 2001 | 6 | - | - | - | FPNWR | 15 Jan 2002 | Unknown |
| FP106 | F | 12 Apr 2001 | 13 mo. | - | FP105 | - | FPNWR | 20 Feb 2003 | Vehicle (SR29 Sunniland) |
| FP107 | F | 01 Nov 2001 | 19 mo. | Apr 2000 | FP78 | FP59 | FPNWR | 4 Aug 2008 | Unknown |
| FP108 | M | 03 Nov 2001 | 10 mo. | Jan 2001 | FP87 | FP79 | SBCNP | 16 Nov 2002 | Unknown |
| FP109 | M | 10 Feb 2002 | 10+ | - | - | - | OSSF | 23 Feb 2003 | Intraspecific aggression |
| FP110 | F | 13 Feb 2002 | 13 mo. | Dec 2000 | FP82 | FP65 | OSSF | -- | Collar failed 10/8/2014 |
| FP111 | M | 14 Feb 2002 | 10 | - | - | - | OSSF | 4 Sep 2002 | Intraspecific aggression |
| FP112 | F | 25 Feb 2002 | 3-4 | - | - | - | NBCNP | 11 Sep 2002 | Intraspecific aggression |
| FP113 | F | 23 Oct 2002 | 6 mo. | Apr 2002 | FP78 | FP59 | FPNWR | -- | Collar failed 10/19/2012 |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP114 | M | 23 Oct 2002 | 6 mo. | Apr 2002 | FP78 | FP59 | FPNWR | 17 Oct 2003 | Intraspecific aggression |
| FP115 | F | 26 Nov 2002 | 4-5 | - | - | - | OSSF | 17 May 2003 | Pneumonia (FeLV) |
| FP116 | F | 20 Jan 2003 | 7 mo. | Jun 2002 | FP67 | - | Hendry Co. Private Lands | 10 Jan 2007 | Intraspecific aggression |
| FP117 | M | 25 Feb 2003 | 11 mo. | - | - | - | BCSIR | 28 Jul 2004 | Pseudorabies |
| FP118 | F | 5 Mar 2003 | 11 mo. | - | - | - | BCSIR | 3 Apr 2003 | Pseudorabies |
| FP119 | M | 2 Apr 2003 | 1 | Apr 2002 | FP93 | FP79 | FPNWR, FSPSP | -- | Collar failed 2/9/2011 |
| FP120 | F | 8 Apr 2003 | 3 | - | - | - | SBCNP | 7 May 2005 | Vehicle (US 41 Turner River) |
| FP121 | F | 2 Dec 2003 | 2.5 | - | - | - | BCSIR | -- | Collar released 8/2/2006 |
| FP122 | F | 30 Jan 2004 | 2-2.5 | - | - | - | OSSF | 13 Feb 2004 | Pneumonia (FeLV) |
| FP123 | M | 2 Feb 2004 | 3.5 | - | - | - | OSSF | 15 Mar 2004 | Intraspecific aggression |
| FP124 | F | 13 Feb 2004 | 3-4 | - | - | - | SBCNP | -- | Collar failed 8/22/2008 |
| FP125 | M | 13 Feb 2004 | 8 mo. | - | FP124 | - | SBCNP, EVER | | Collar found 9/28/2004 |
| FP126 | M | 13 Feb 2004 | 8 mo. | - | FP124 | - | SBCNP, OSSF | 1 Jan 2005 | Intraspecific aggression |
| FP127 | M | 16 Feb 2004 | 2 | - | - | - | SBCNP | 14 Mar 2008 | Intraspecific aggression |
| FP128 | F | 18 Feb 2004 | 3.7 | Jun 2000 | FP77 | - | BCSIR, NBCNP | 27 Sept 2007 | Unknown |
| FP129 | F | 20 Feb 2004 | 3.1 | Jan 2001 | FP87 | FP79 | SBCNP | 22 Mar 2006 | Intraspecific aggression |
| FP130 | M | 4 Mar 2004 | 9.5 mo. | May 2003 | FP110 | - | OSSF, FEC, BWWMA | 21 Mar 2007 | Vehicle (I-4 Reedy Creek) |
| FP131 | M | 10 Mar 2004 | 5 | - | - | - | FPNWR | 16 Apr 2008 | Pneumonia |
| FP132 | M | 17 Mar 2004 | 3 | - | - | - | OSSF, DIRWMA | 22 Jul 2004 | Feline leukemia |
| FP133 | M | 18 Nov 2004 | 4.5 | - | - | - | NBCNP, SBCNP | 27 Feb 2012 | Intraspecific aggression |
| FP134 | M | 14 Dec 2004 | 2.5 | - | - | - | NBCNP | 29 Jan 2007 | Intraspecific aggression |
| FP135 | M | 17 Dec 2004 | 1.7 | Apr 2003 | FP101 | FP65 | FPNWR, Private Lands | 27 Oct 2006 | Intraspecific aggression/ euthanized |
| FP136 | F | 13 Jan 2005 | 3.5 | - | - | - | SBCNP | 13 Jun 2005 | Spinal fracture |
| FP137 | M | 25 Jan 2005 | 2.5 | - | - | - | OSSF, Private Lands, DIRWMA, SWWMA | -- | Collar failed 9/4/2009 |
| FP138 | M | 31 Jan 2005 | 4 | - | - | - | SBCNP, BCSIR, NBCNP | 12 May 2008 | Unknown |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP139 | M | 31 Mar 2005 | 2.9 | May 2002 | FP75 | FP100 | OSSF, Private Lands | -- | Collar released 8/24/2005 |
| FP140 | F | 14 Nov 2005 | 3.5 | - | - | - | FPNWR | 7 Jun 2009 | Intraspecific aggression |
| FP141 | M | 30 Nov 2005 | 3.5 | - | - | - | BCSIR, NBCNP | 3 Jan 2011 | Unknown |
| FP142 | F | 14 Dec 2005 | 2.5 | - | - | - | EVER | -- | Collar failed 7/11/2007 |
| FP143 | M | 9 Jan 2006 | 1.5 | - | - | - | BCSIR, Private Lands | -- | Collar failed 7/30/2007 |
| FP144 | M | 8 Feb 2006 | 2 | - | - | - | NBCNP | 21 Jun 2010 | Intraspecific aggression |
| FP145 | F | 16 Feb 2006 | 1.7 | - | - | - | SBCNP | -- | Collar failed 5/25/2012 |
| FP146 | M | 27 Feb 2006 | 3 | - | - | - | PSSF | -- | Collar released 7/16/2008 |
| FP147 | M | 3 Mar 2006 | 11 mo. | Mar 2005 | FP129 | - | SBCNP, FSPSP, PSSF, RBNER | -- | Collar failed 8/29/2007 |
| FP148 | F | 24 Mar 2006 | 2.5 | - | - | - | PSSF | 20 Mar 2015 | Intraspecific aggression |
| FP149 | F | 17 Jan 2007 | 2 | - | - | - | PSSF | -- | Collar released 5/11/2007 |
| FP150 | F | 8 Feb 2007 | 3.6 | Jul 2003 | FP93 | FP60 | SBCNP | -- | Collar failed 6/6/2008 |
| FP151 | F | 10 Feb 2007 | 4.9 | Apr 2002 | FP93 | FP79 | SBCNP | -- | Collar failed 5/19/2016 |
| FP152 | M | 16 Feb 2007 | 4-5 | - | - | - | SBCNP | 22 Oct 2008 | Intraspecific aggression |
| FP153 | F | 19 Feb 2007 | 6 | - | - | - | SBCNP | 16 June 2015 | Unknown |
| FP154 | M | 21 Feb 2007 | 3 | - | - | - | FPNWR | -- | Collar failed 4/2/2008 |
| FP155 | M | 29 Nov 2007 | 2.5 | - | - | - | OSSF, Private Lands | 8 Sept 2008 | Unknown |
| FP156 | M | 7 Dec 2007 | 2.5 | - | - | - | PSSF, North Belle Meade | 29 Jul 2011 | Pseudorabies |
| FP157 | M | 19 Dec 2007 | 3 | - | - | - | LCPA, CREW (Flint Pen) | 9 Apr 2008 | Intraspecific aggression |
| FP158 | F | 21 Jan 2008 | 2.5 | - | - | - | PSSF, CSSP, RBNERR | 22 May 2010 | Vehicle |
| FP159 | M | 29 Jan 2008 | 5-6 | - | - | - | LCPA, CREW (Flint Pen, Bird Rook), CSS | 27 Apr 2015 | Unknown |
| FP160 | F | 5 Feb 2008 | 5 | - | - | - | CREW (Corkscrew Marsh), CSS | -- | Collar failed 11/12/2008 |
| FP161 | F | 10 Feb 2008 | 3.7 | May 2004 | FP70 | - | SBCNP | -- | Collar failed 5/8/2014 |
| FP162 | F | 18 Feb 2008 | 3 | - | - | - | SBCNP | 6 May 2016 | Intraspecific Aggression |
| FP163 | M | 21 Feb 2008 | 1 | Feb 2007 | FP93 | - | SBCNP, NBCNP, Private Lands | 25 April 2014 | Vehicle |
| FP164 | M | 24 Feb 2008 | 2 | - | - | - | SBCNP | 30 Jun 2008 | Unknown |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP165 | M | 24 Nov 2008 | 1 | - | - | - | OSSF, DIRWMA, Private Lands | -- | Collar failed 9/14/2009 |
| FP166 | M | 30 Jan 2009 | 4-5 | - | - | - | BCSIR, Private Lands | 5 Oct 2009 | Intraspecific aggression |
| FP167 | M | 6 Feb 2009 | 2.5 | - | - | - | BCSIR, Private Lands | -- | Collar failed 11/25/2009 |
| FP168 | F | 9 Feb 2009 | 7 | - | - | - | CREW (Flint Pen), LCPA | 12 Oct 2010 | Intraspecific aggression |
| FP169 | M | 25 Feb 2009 | 4-5 | - | - | - | SBCNP | 21 May 2010 | Vehicle |
| FP170 | F | 26 Feb 2009 | 2.5 | - | - | - | PSSF, FSPSP | 28 Feb 2011 | Intraspecific aggression |
| FP171 | M | 27 Feb 2009 | 2-3 | - | - | - | SBCNP, NBCNP | 14 Aug 2016 | Vehicle |
| FP172 | F | 19 Nov 2009 | 5 | - | - | - | NBCNP | 22 Mar 2010 | Intraspecific aggression |
| FP173 | M | 21 Jan 2010 | 4 | - | - | - | CREW, PIMB, LCPA | 22 Dec 2010 | Pseudorabies |
| FP174 | M | 26 Jan 2010 | 4 | - | - | - | PSSF | 16 Mar 2010 | Vehicle |
| FP175 | F | 7 Feb 2010 | 2.5 | Jul 2007 | FP150 | - | NBCNP, SBCNP | 24 Jan 2014 | Peritonitis |
| FP176 | M | 8 Feb 2010 | 3-4 | - | - | - | OSSF, SWWMA | 17 Nov 2010 | Vehicle |
| FP177 | M | 9 Feb 2010 | 3 | Mar 2007 | FP113 | FP119 | NBCNP | 16 Jul 2014 | Intraspecific aggression |
| FP178 | F | 10 Feb 2010 | 2 | - | - | - | NBCNP | -- | Collar failed 7/2/2014 |
| FP179 | M | 14 Feb 2010 | 5 | - | - | - | SBCNP | -- | Collar failed 5/5/2010 |
| FP180 | F | 21 Feb 2010 | 2 | Feb 2008 | FP151 | - | SBCNP | -- | Collar failed 8/5/2016 |
| FP181 | M | 28 Feb 2010 | 9 | Mar 2001 | TX106 | FP60 | SBCNP, FSPSP, PSSF | -- | Collar failed 8/2/2010 |
| FP182 | F | 1 Mar 2010 | 1 | Feb 2009 | FP161 | - | SBCNP | 11 Dec 2012 | Vehicle |
| FP183 | M | 3 Nov 2010 | 4.5 | - | - | - | FPNWR, FSPSP | 25 Feb 2015 | Vehicle |
| FP184 | F | 8 Nov 2010 | 3-4 | - | - | - | NBCNP, Private Lands | 26 Apr 2013 | Intraspecific aggression |
| FP185 | F | 15 Nov 2010 | 1.5-2 | - | - | - | Private Lands east of County Line Rd | -- | Collar failed 9/25/2017 |
| FP186 | M | 10 Jan 2011 | 7 mo. | - | - | - | CREW-Flint Pen, Bird Rookery Swamp | 30 May 2011 | Intraspecific aggression |
| FP187 | M | 5 Feb 2011 | 7 | - | - | - | SBCNP | -- | Collar failed 2/27/2015 |
| FP188 | F | 8 Feb 2011 | 3 | - | - | - | Alico Grove north of CREW Marsh | 10 Sept 2011 | Unknown |
| FP189 | M | 14 Feb 2011 | 3 | - | - | - | NBCNP, FPNWR, Private Lands | 5 Jan 2012 | Intraspecific aggression |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP190 | F | 14 Feb 2011 | 5 | - | - | - | SBCNP | -- | Collar failed 12/21/2012 |
| FP191 | F | 26 Feb 2011 | 12 | Feb 1999 | TX107 | FP79 | SBCNP | 13 Feb 2015 | Unknown |
| FP192 | F | 28 Feb 2011 | 1.7 | Jul 2009 | FP170 | - | SBCNP | 20 Mar 2020 | Intraspecific aggression |
| FP193 | M | 7 Mar 2011 | 2-2.5 | - | - | - | PSSF, CSSP, Private Lands | -- | Collar failed 7/1/2019 |
| FP194 | M | 30 Oct 2010 | 5 mo. | May 2010 | FP102 | - | SBCNP | 13 Jan 2012 | Intraspecific aggression |
| FP195 | F | 30 Nov 2011 | 3.5 | - | - | - | PSSF | 29 Aug 2016 | Intraspecific aggression |
| FP196 | F | 20 Jan 2012 | 2 | - | - | - | PSSF | 6 Oct 2012 | Vehicle |
| FP197 | M | 25 Jan 2012 | 4 | - | - | - | CREW/LCPA | 18 Jul 2012 | Unknown |
| FP198 | F | 8 Feb 2012 | 4 | - | - | - | CREW/LCPA | 22 Mar 2017 | Intraspecific aggression |
| FP199 | F | 9 Feb 2012 | 2 | - | - | - | NBCNP | -- | Collar came off 1/17/2018 |
| FP200 | M | 2 Nov 1984 | 3-5 | - | - | - | Injured by vehicle on US41 | 3 June 1994 | "Big Guy". Died in captivity |
| FP201[a] | M | 20 Feb 1991 | 7 mo. | July 1990 | FP31 | FP12 | FPNWR, SBCNP | 11 Mar 1997 | Released, unknown |
| FP202[a] | M | 22 Feb 1991 | 7 mo. | July 1990 | FP9 | FP37 | FSPSP | 10 Feb 2002 | Died in captivity |
| FP203[a] | M | 25 Feb 1991 | 7 mo. | July 1990 | FP9 | FP37 | FSPSP, SBCNP | 26 Feb 1997 | Released, intraspecific aggression |
| FP204[a] | F | 27 Feb 1991 | 7 mo. | July 1990 | FP31 | FP12 | FPNWR | 28 July 2009 | Died in captivity |
| FP205[a] | F | 3 May 1991 | 6 mo. | Dec 1990 | FP19 | - | FPNWR | 11 Oct 1992 | Died in captivity |
| FP206[a] | F | 6 May 1991 | 6 mo. | Dec 1990 | FP40 | - | Private Lands | 2 May 1992 | Died in captivity |
| FP207[a] | M | 4 Mar 1992 | 8-10 mo. | Jun 1991 | FP36 | - | Nobles Ranch | 10 Sept 2007 | Died in captivity |
| FP208[a] | F | 25 May 1992 | 12-14 days | May 1992 | FP32 | FP12 | FPNWR | 18 Feb 2007 | Died in captivity |
| FP209[a] | F | 20 Aug 1992 | 10 days | Aug 1992 | FP23 | FP42 | SBCNP | 16 Jan 2004 | Died in captivity |
| FP210[a] | M | 20 Aug 1992 | 10 days | Aug 1992 | FP23 | FP42 | SBCNP | 9 Oct 2008 | Died in captivity |
| FP211 | M | 10 Feb 2012 | 2 | - | - | - | NBCNP | 21 May 2012 | Intraspecific aggression |
| FP212 | M | 13 Feb 2012 | 3 | - | - | - | OSSF | 18 May 2012 | Intraspecific aggression |
| FP213 | F | 15 Feb 2012 | 2.5 | - | - | - | OSSF | 31 Dec 2014 | Intraspecific aggression |
| FP214 | F | 17 Feb 2012 | 3-4 | - | - | - | SBCNP | -- | Collar failed 2/7/2019 |

FWC Florida Panther Annual Report 2022-2023

| PANTHER IDª | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREAᵇ | DEATH DATE | CAUSE OF DEATHᶜ |
|---|---|---|---|---|---|---|---|---|---|
| FP215 | F | 23 Feb 2012 | 6.8 | Apr 2005 | FP113 | FP131/133 | FPNWR | 22 Jun 2016 | Unknown |
| FP216 | M | 11 Mar 2012 | 1 | - | - | - | SBCNP | -- | Collar released 2/27/2014 |
| FP217 | F | 7 Jan 2013 | 5 | - | - | - | OSSF | -- | Collar failed 6/13/2017 |
| FP218 | F | 24 Jan 2013 | 2.5 | - | - | - | OSSF/Private | -- | Collar released 1/15/2014 |
| FP219 | F | 23 Sep 2011 | 5 mo. | May 2011 | FP188 | - | FSPSP/PSSF/Captive | 18 Sep 2015 | Vehicle |
| FP220 | F | 4 Feb 2013 | 6 | Feb 2007 | FP93 | - | SBCNP | 15 Feb 2019 | Unknown |
| FP221 | F | 22 Feb 2013 | 9-10 mo. | - | - | - | SBCNP | -- | Collar failed 5/19/2016 |
| FP222 | F | 26 Feb 2013 | 8 | - | - | - | FPNWR | 23 Oct 2015 | Vehicle |
| FP223 | M | 23 Sep 2011 | 5 mo. | May 2011 | FP188 | - | Private Lands/Captive | 4 Jan 2014 | Pneumonia |
| FP224 | F | 13 May 2013 | 8-9 mo. | - | - | - | Golden Gate Estates/Captive | | Collar dropped 6/11/2022 |
| FP225 | M | 15 Jan 2014 | 20 mo. | - | - | - | NBCNP | -- | Collar failed 3/13/2015 |
| FP226 | F | 15 Jan 2014 | 5 | - | - | - | NBCNP | -- | Collar released 11/12/2014 |
| FP227 | M | 10 Feb 2014 | 2-3 | - | - | - | NBCNP | -- | Collar failed 12/24/2014 |
| FP228 | M | 20 Feb 2014 | 4 | - | - | - | NBCNP | 17 Mar 2014 | Vehicle |
| FP229 | F | 27 Feb 2014 | 3-4 | - | - | - | NBCNP | 14 Nov 2014 | Unknown |
| FP230 | M | 8 Mar 2014 | 5-6 | - | - | - | SBCNP | -- | Collar failed 7/29/2014 |
| FP231 | M | 24 Mar 2014 | 2 | - | - | - | Clam Pass, Relocated, Naples | 4 Aug 2014 | Unknown |
| FP232 | M | 15 Apr 2014 | 2.5 | - | - | - | Ft. Meade/Captive/Central Florida | -- | Collar failed 10/7/2015 |
| FP233 | M | 6 Jan 2015 | 1.5 | - | - | - | NBCNP | -- | Collar released 7/15/2015 |
| FP234 | M | 7 Jan 2015 | 9-10 | - | - | - | NBCNP | 13 Aug 2017 | Vehicle |
| FP235 | M | 8 Jan 2015 | 4 | - | - | - | NBCNP/BCSIR | -- | Collar released 8/3/2015 |
| FP236 | M | 16 Jan 2015 | 6-7 | - | - | - | CREW | 21 Mar 2018 | Unknown |
| FP237 | M | 20 Jan 2015 | 10-12 mo. | - | - | - | CREW | 30 Mar 2015 | Intraspecific aggression |
| FP238 | M | 3 Feb 2015 | 1.5-2 | - | - | - | RBNER, Relocated, PSSF/SBCNP | -- | Collar failed 10/2/2015 |
| FP239 | F | 12 Feb 2015 | 11 mo. | - | - | - | SBCNP | -- | Collar failed 4/18/2019 |
| FP240 | F | 18 Feb 2015 | 2 | Dec 2012 | FP151 | - | SBCNP | 10 Aug 2015 | Intraspecific aggression |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID[a] | SEX | CAPTURE DATE | ESTIMATED AGE AT FIRST CAPTURE | BIRTH DATE | DAM | PURPORTED SIRE | USE AREA[b] | DEATH DATE | CAUSE OF DEATH[c] |
|---|---|---|---|---|---|---|---|---|---|
| FP241 | M | 12 Jan 2016 | 7-8 | - | - | - | Immokalee Ranch | -- | Collar failed 10/9/2017 |
| FP242 | M | 20 Jan 2016 | 9-10 | - | - | - | Immokalee Ranch | 5 Aug 2016 | Pseudorabies |
| FP243 | M | 12 Apr 2016 | 2 | - | - | - | Farmworkers Village, Captive, SBCNP, NBCNP, BCSIR, Captive | | Removed from wild 7/21/2016 |
| FP244 | M | 7 Dec 2016 | 6-7 | - | - | - | OSSF | 28 Aug 2017 | Unknown |
| FP245 | M | 19 Jan 2017 | 6 | - | - | - | Immokalee Ranch | 14 Mar 2018 | Pseudorabies |
| FP246 | F | 7 Feb 2017 | 2 | - | - | - | Immokalee Ranch | -- | Collar failed 11/24/2020 |
| FP247 | F | 14 Feb 2017 | 3-4 | - | - | - | Immokalee Ranch | -- | Collar failed 7/20/2020 |
| FP248« | F | 11 May 2017 | 3 | - | - | - | Corkscrew Road, Captive | 2 Aug 2017 | Removed from wild 5/11/2017 after vehicle collision, euthanized |
| FP249 | M | 31 May 2017 | 1.5 | - | - | - | Alva, Relocated, DIRWMA, Immokalee Ranch | 21 Nov 2017 | Vehicle |
| FP250 | M | 7 June 2017 | 1.5 | - | - | - | Captive, GGE, DIRWMA | 13 Nov 2018 | Intraspecific aggression |
| FP251 | M | 2 Jan 2018 | 6 mo. | 31 May 2017 | FP224 | - | Captive, GGE, FSPSP, PSSF | 7 Dec 2018 | Vehicle |
| FP252 | M | 2 Jan 2018 | 6 mo. | 31 May 2017 | FP224 | - | Captive, GGE, FSPSP, PSSF | 1 Aug 2018 | Vehicle |
| FP253 | M | 12 Jul 2018 | 7 mo. | - | - | - | CSS, CREW | -- | Collar released 9/19/2018 |
| FP254 | F | 22 Jan 2019 | 10 | - | - | - | FPNWR, NBCNP | -- | Collar failed 11/15/2019 |
| FP255 | M | 4 Feb 2019 | 5 | - | - | - | FPNWR, GGE, CREW | -- | Collar failed 7/6/2023 |
| FP256 | F | 14 Feb 2019 | 1 | - | - | - | CREW, PRP | 9 Oct 2019 | Removed from wild, euthanized (FLM[d]) |
| FP257 | F | 27 Feb 2019 | 5 | - | - | - | LCPA | 25 Mar 2021 | Vehicle |
| FP258 | M | 14 Mar 2019 | 3-4 | - | - | - | SBCNP | ¨ | Collar failed 6/8/2021 |
| FP259 | M | 5 Dec 2018 | 15 mo. | - | - | - | Captive, DIRWMA, IMR | 1 May 2020 | Vehicle |
| FP260 | M | 9 Dec 2020 | 3 | - | - | - | Captive, FPNWR | | Collar failed 8/22/2022 |
| FP261 | F | 21 Oct 2021 | 2 | - | - | - | Belle Meade | 31 Jan 2022 | Vehicle |
| FP262 | F | 16 Dec 2021 | 2 | - | - | - | Eastern Naples | | |
| FP263 | M | 25 Feb 2022 | 9 | - | - | - | CREW | -- | Collar dropped 12/5/2022 |
| FP264 | F | 22 Mar 2022 | 3 mo. | - | - | - | CSS | 23 May 2022 | Unknown |

FWC Florida Panther Annual Report 2022-2023

[a] FP denotes panthers captured for radiocollaring. TX denotes female Texas pumas released in 1995 as part of the genetic introgression project.

[b] BCSIR = Big Cypress Seminole Indian Reservation; BWWMA=Babcock Webb Wildlife Management Area; CREW = Corkscrew Regional Ecosystem Watershed; CSS = Corkscrew Swamp Sanctuary; CSSP = Collier Seminole State Park; DIRWMA = Dinner Island Ranch Wildlife Management Area; EVER = Everglades National Park; EWMA; Everglades Wildlife Management Area; FEC=Fisheating Creek; FPNWR = Florida Panther National Wildlife Refuge; FSPSP = Fakahatchee Strand Preserve State Park; GGE = Golden Gate Estates; IMR = Immokalee Ranch; LCPA = Lee County Port Authority Mitigation Area; NBCNP = Big Cypress National Preserve north of Interstate 75; OSSF = Okaloacoochee Slough State Forest; PIMB=Panther Island Mitigation Bank; PRP = Pepper Ranch Preserve; PSSF = Picayune Strand State Forest/Wildlife Management Area; RBNER = Rookery Bay National Estuarine Research Reserve; SBCNP = Big Cypress National Preserve south of Interstate 75; SWWMA = Spirit of the Wild Wildlife Management Area.

[c] ISA = Intraspecific aggression

[d] FLM = Feline Leukomyelopathy

-- Telemetry collar either failed or was released (via timed or remote release mechanisms) prior to the death of the animal.

[ᵍ]Panthers removed from the wild for a captive breeding program from 1991-1992. Program was eventually dissolved in favor of genetic restoration.

«FP248 was the first panther to be documented with feline leukomyelopathy via postmortem histology.

**Appendix II. List of Florida panther kittens handled at natal dens in southern Florida by FWC and BCNP staff from 7 April 1992 through 30 June 2023. Litters are sorted chronologically.**

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K1 | FP40 | 7 Apr 1992 | M | None | 14-21 | FP28 | 10 Feb 1993 | FP54 |
| K2 | FP40 | 7 Apr 1992 | M | None | 14-21 | FP28 | | |
| K3 | FP40 | 18 Jun 1993 | M | None | 21 | FP26 | | |
| K4 | FP40 | 18 Jun 1993 | F | None | 21 | FP26 | | |
| K5 | FP40 | 18 Jun 1993 | F | None | 21 | FP26 | | |
| K6 | FP48 | 30 Oct 1993 | M | None | 8 | FP12 | | |
| K7 | FP48 | 30 Oct 1993 | F | None | 8 | FP12 | | |
| K8 | FP48 | 30 Oct 1993 | F | None | 8 | FP12 | | |
| K9 | FP56 | 21 Apr 1994 | M | None | 14 | Unknown | | |
| K10 | FP56 | 21 Apr 1994 | F | None | 14 | Unknown | | |
| K11 | FP56 | 21 Apr 1994 | M | None | 14 | Unknown | | |
| K12 | FP19 | 17 May 1994 | F | None | 14-17 | FP51 | | |
| K13 | FP19 | 17 May 1994 | F | None | 14-17 | FP51 | | |
| K14 | FP55 | 8 Apr 1995 | F | None | 12 | FP42 | | |
| K15 | FP55 | 8 Apr 1995 | F | None | 12 | FP42 | | |
| K16 | FP48 | 20 Jun 1995 | M | 12A4640 | 12 | Unknown | 7 Jan 1996 | FP59 |
| K17 | FP48 | 20 Jun 1995 | F | 129FE45 | 12 | Unknown | | |
| K18 | TX101 | 10 Oct 1995 | F | F82665 | 21 | Unknown | 12 Nov 1998 | FP73 |
| K19 | TX101 | 10 Oct 1995 | M | F79CB9 | 21 | Unknown | 3 Mar 1999 | FP79 |
| K20 | FP56 | 31 Oct 1995 | M | 762141 | 14 | FP45 | | |
| K21 | FP56 | 31 Oct 1995 | M | 632448 | 14 | FP45 | | |
| K22 | FP56 | 31 Oct 1995 | M | F6642F | 14 | FP45 | | |
| K23 | TX106 | 1 Dec 1995 | F | 11DFD74 | 21 | FP51 | | |
| K24 | FP36 | 6 Feb 1996 | F | 12AB55F | 14 | FP45 | | |
| K25 | FP36 | 6 Feb 1996 | M | 1147C9B | 14 | FP45 | | |
| K26 | FP36 | 6 Feb 1996 | M | 11DF0DA | 14 | FP45 | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|-----------|--------|-------------|-----|----------------|----------------------|---------------------|---------------|---------------------|
| UCFP44[a] | FP36 | 6 Feb 1996 | U | none | Unknown | Unknown | | |
| UCFP24 | FP32 | 18 Mar 1996 | F | dead not marked | 10-14 | Unknown | | |
| K27 | FP19 | 17 Apr 1996 | F | 114DAFE (11363DC) | 24 | FP54/FP51 | | |
| K28 | FP19 | 17 Apr 1996 | F | 11EOD50 | 24 | FP54/FP51 | | |
| K29 | FP56 | 14 Aug 1996 | U | 11EAB72T | 14 | FP45 | | |
| K30 | FP56 | 14 Aug 1996 | U | 1142876 | 14 | FP45 | | |
| K31 | FP48 | 18 Sep 1996 | M | 7037C2 | 14-17 | Unknown | 18 Mar 1997 | FP62 |
| K32 | FP48 | 18 Sep 1996 | M | 11EA2EC | 14-17 | Unknown | 24 May 1997 | FP64 |
| K33 | FP48 | 18 Sep 1996 | M | 6FFD52 | 14-17 | Unknown | | UCFP50 |
| K34 | TX105 | 4 Oct 1996 | F | 11EAO30T | 30-35 | FP16 | | |
| K35 | TX101 | 21 Dec 1996 | M | 12AFFBF | 4 | FP45 | 19 Nov 1997 | FP65 |
| K36 | TX101 | 21 Dec 1996 | F | 142581A | 4 | FP45 | 9 Dec 1997 | FP66 |
| K37 | FP40 | 14 May 1997 | M | 1146911 | 21 | FP45 | | |
| unmarked1[b] | FP40 | 5 Feb 1998 | F | none | 270 | Unknown | 5 Feb 1998 | FP69 |
| K38 | TX107 | 4 Jun 1997 | F | 1311B3B | 30+ | Unknown | 5 Mar 1998 | FP71 |
| K39 | TX107 | 4 Jun 1997 | F | 771B4D | 30+ | Unknown | 25 Feb 1998 | FP70 |
| K40 | FP56 | 17 Jun 1997 | M | 1412E16 | 25-28 | FP45 | | |
| K41 | FP56 | 17 Jun 1997 | F | 14259BF | 25-28 | FP45 | | |
| K42 | FP56 | 17 Jun 1997 | F | 1425A07 | 25-28 | FP45 | 19 Jan 1998 | FP67 |
| K43 | FP56 | 17 Jun 1997 | M | 12C2B93 | 25-28 | FP45 | | |
| K44 | FP55 | 2 Oct 1997 | M | 12A9E4AT | 25-30 | Unknown | | |
| K45 | TX108 | 11 Feb 1998 | F | 1D1DFDOT | 21 | FP16 | 7 Nov 2000 | FP95 |
| K46 | TX108 | 11 Feb 1998 | M | 143E96ET | 21 | FP16 | | |
| K47 | TX106 | 17 Feb 1998 | M | 1D3E32OT | 7-10 | FP54 | | |
| K48 | FP55 | 25 Feb 1998 | F | 121134F | 14 | Unknown | 20 Feb 2001 | FP102 |
| K49 | FP55 | 25 Feb 1998 | F | 1D2B3AET | 14 | Unknown | | |
| K50 | FP55 | 25 Feb 1998 | M | 12A94A6T | 14 | Unknown | | |
| K51 | FP48 | 27 Jun 1998 | M | 1D2A504T | 28 | Unknown | | |
| unmarked3[c] | FP48 | 11 Jan 1999 | F | 00013C2DC7T | 7 months | Unknown | 11 Jan 1999 | FP75 |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|-----------|--------|-------------|-----|----------------|-----------------------|----------------------|---------------|---------------------|
| K52 | FP66 | 2 Oct 1998 | M | 1D21638T | 12 | FP72 | | |
| K53 | FP66 | 2 Oct 1998 | F | 1C49E48T | 12 | FP72 | | |
| K54 | FP66 | 2 Oct 1998 | M | 1D2CBC3T | 12 | FP72 | | |
| K55 | FP49 | 23 Feb 1999 | M | 1211046 | 25 | Unknown | | |
| K56 | TX107 | 11 Mar 1999 | F | 1327679T | 21+ | FP79 | 26 Feb 2011 | FP191 |
| K57 | TX107 | 11 Mar 1999 | M | 14245FOT | 21+ | FP79 | | |
| K58 | TX107 | 11 Mar 1999 | F | 12A9FE5T | 21+ | FP79 | 10 Apr 2000 | FP93 |
| K59 | FP61 | 6 Apr 1999 | M | 1EFF6EFT | 14 | FP16 | 17 Feb 2000 | FP85 |
| K60 | FP55 | 10 May 1999 | F | 1EFFA75T | 24-26 | FP79 | 28 Feb 2000 | FP87 |
| K61 | FP55 | 10 May 1999 | M | 1EFF978T | 24-26 | FP79 | | |
| K62 | TX106 | 18 Jun 1999 | F | 114C9D7T | 14 | FP54/FP60 | | |
| K63 | TX106 | 18 Jun 1999 | F | 12AFC11T | 14 | FP54/FP60 | 8 Feb 2000 | FP83 |
| K64 | FP70 | 23 Jun 1999 | F | 1E2EB33T | 10-12 | FP79 | 2 Mar 2000 | FP88 |
| K65 | FP70 | 23 Jun 1999 | M | 703A4AT | 10-12 | FP79 | 6 Apr 2000 | FP92 |
| K66 | FP70 | 23 Jun 1999 | F | 1EFFF55T | 10-12 | FP79 | 17 Mar 2000 | FP91 |
| K67 | FP71 | 4 Jul 1999 | M | 1E2EBFET | 17 | FP79 | 8 Mar 2000 | FP90 |
| K68 | FP71 | 4 Jul 1999 | F | 20509A9T | 17 | FP79 | 21 Feb 2000 | FP86 |
| K69 | FP71 | 4 Jul 1999 | M | 1E2F6B7T | 17 | FP79 | | |
| K70 | FP71 | 4 Jul 1999 | F | 1E2DF2BT | 17 | FP79 | | |
| K71 | FP69 | 1 Aug 1999 | M | 1E2F276T | 7 | Unknown | | |
| K72 | FP69 | 1 Aug 1999 | F | 1F07255T | 7 | Unknown | | |
| K73 | FP69 | 1 Aug 1999 | F | 1FO14C2T | 7 | Unknown | | |
| K74 | FP48 | 25 Oct 1999 | F | 1EFFF38T | 14-17 | FP63, FP68 | | |
| K75 | FP48 | 25 Oct 1999 | F | 1FO1BEDT | 14-17 | FP63, FP68 | | |
| K76 | FP66 | 24 Dec 1999 | M | 1D2C5F6T | 14 | FP60 | | |
| K77 | FP66 | 24 Dec 1999 | F | 1F00067T | 14 | FP60 | | |
| K78 | FP66 | 24 Dec 1999 | F | 1E2F2D6T | 14 | FP60 | | |
| K79 | FP78 | 26 Apr 2000 | F | 1D1CDD8T | 10-14 | FP59 | 1 Nov 2001 | FP107 |
| K80 | FP78 | 26 Apr 2000 | M | 1F07DD7T | 10-14 | FP59 | 7 Jan 2001 | FP96 |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K81 | FP77 | 27 Jun 2000 | M | 1D3B75CT | 28 | Unknown | | |
| K82 | FP77 | 27 Jun 2000 | F | 1433F77T | 28 | Unknown | 18 Feb 2004 | FP128 |
| K83 | FP77 | 27 Jun 2000 | M | 1D3A078T | 28 | Unknown | | |
| K84 | FP67 | 19 Aug 2000 | M | 143F34DT | 12 | Unknown | | |
| K85 | FP67 | 19 Aug 2000 | F | 1E2E834T | 12 | Unknown | | |
| K86 | FP82 | 3 Jan 2001 | F | 1E2F17ET | 14 | FP65 | 13 Feb 2002 | FP110 |
| K87 | FP82 | 3 Jan 2001 | F | 1E2EFB7T | 14 | FP65 | | |
| K88 | FP82 | 3 Jan 2001 | M | 1F00D57T | 14 | FP65 | | |
| K89 | FP87 | 7 Feb 2001 | F | 20501C5T | 14-21 | FP79 | 20 Feb 2004 | FP129 |
| K90 | FP87 | 7 Feb 2001 | M | 1E2F06B | 14-21 | FP79 | 3 Nov 2001 | FP108 |
| K91 | FP87 | 7 Feb 2001 | M | 1F071F4T | 14-21 | FP79 | | |
| K92 | TX106 | 17 Mar 2001 | F | 600DBE9 | 14-16 | FP60 | | |
| K93 | TX106 | 17 Mar 2001 | M | 600CCC4 | 14-16 | FP60 | 28 Feb 2010 | FP181 |
| K94 | FP88 | 25 May 2001 | M | 1E2EB3DT | 21 | Unknown | | |
| K95 | FP88 | 25 May 2001 | F | 1EFF463T | 21 | Unknown | | |
| K96 | FP88 | 25 May 2001 | M | 1F00576T | 21 | Unknown | | |
| K97 | FP88 | 25 May 2001 | F | 204F878T | 21 | Unknown | | |
| K98 | FP67 | 26 May 2001 | F | 11D5AFD | 21 | Unknown | | UCFP49 |
| K99 | FP67 | 26 May 2001 | M | 1248B13T | 21 | Unknown | | |
| K100 | FP67 | 26 May 2001 | M | 600EFAF | 21 | Unknown | | |
| K101 | FP67 | 26 May 2001 | M | 600E363 | 21 | Unknown | | |
| K102 | FP75 | 15 Jun 2001 | M | 600E58A | 10-12 | FP59 | | |
| K103 | FP75 | 15 Jun 2001 | M | 6000FA1 | 10-12 | FP59 | | |
| K104 | FP55 | 28 Jun 2001 | M | 1EFFFC5T | 17 | Unknown | | |
| K105 | FP102 | 12 Jul 2001 | M | 1E2DFA4T | 21 | FP79 | | |
| K106 | FP102 | 12 Jul 2001 | M | 600E036 | 21 | FP79 | | |
| K107 | FP49 | 27 Aug 2001 | M | 000600F828 | 21 | Unknown | | |
| K108 | FP77 | 30 Aug 2001 | M | 000600F0EA | 30 | Unknown | | |
| K109 | FP73 | 3 Mar 2002 | M | 000600FD77 | 7 | Unknown | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K110 | FP73 | 3 Mar 2002 | M | 0001E2D9E2T | 7 | Unknown | | |
| K111 | FP73 | 3 Mar 2002 | F | 000600A2C9 | 7 | Unknown | | |
| K112 | FP95 | 21 Apr 2002 | F | 0001E2E9D3T | 25 | FP85 | | |
| unmarked2[d] | FP95 | not marked | U | none | Unknown | FP85 | | |
| K113 | FP93 | 23 Apr 2002 | F | 0001EFF813T | 18 | FP79 | 10 Feb 2007 | FP151 |
| K114 | FP93 | 23 Apr 2002 | F | 000600CC53 | 18 | FP79 | | |
| K115 | FP93 | 23 Apr 2002 | M | 0001F071E4T | 18 | FP79 | 2 Apr 2003 | FP119 |
| K116 | FP93 | 23 Apr 2002 | F | 0001F01C76T | 18 | FP79 | | |
| K117 | FP78 | 30 Apr 2002 | F | 000600CDB3 | 21 | FP59 | | |
| K118 | FP78 | 30 Apr 2002 | F | 000600DB01 | 21 | FP59 | | |
| K119 | FP78 | 30 Apr 2002 | F | 000600E3E3 | 21 | FP59 | 23 Oct 2002 | FP113 |
| K120 | FP78 | 30 Apr 2002 | M | 0001F01D1CT | 21 | FP59 | 23 Oct 2002 | FP114 |
| K121 | FP101 | 9 May 2002 | M | 000204F9EAT | 10 | Unknown | | |
| K122 | FP101 | 9 May 2002 | F | 0001E2D6FDT | 10 | Unknown | | |
| K123 | FP83 | 12 May 2002 | M | 000631AED6 | 28 | Unknown | | |
| K124 | FP106 | 27 May 2002 | F | 0001F003A0T | 10 | Unknown | | |
| K125 | FP106 | 27 May 2002 | M | 0001D2CBC4T | 10 | Unknown | | |
| K126 | FP106 | 27 May 2002 | M | 0001E2E8F6T | 10 | Unknown | | |
| K127 | FP55 | 30 May 2002 | F | 000600EAD2 | 10 | FP79 | | |
| K128 | FP75 | 6 Jun 2002 | M | 000600E84B | 10 | FP100/FP98 | | |
| K129 | FP75 | 6 Jun 2002 | M | 00060101BC | 10 | FP100/FP98 | 31 Mar 2005 | FP139 |
| K130 | FP112 | 15 Jun 2002 | M | 0001EFF497T | 7 | FP100/FP98 | | |
| K131 | FP112 | 15 Jun 2002 | M | 000600E4CE | 7 | FP100/FP98 | | |
| K132 | FP67 | 18 Jun 2002 | F | 000600D0F1 | 10 | Unknown | 20 Jan 2003 | FP116 |
| K133 | FP67 | 18 Jun 2002 | M | 000600EBA8 | 10 | Unknown | | |
| K134 | FP67 | 18 Jun 2002 | M | 000600E776 | 10 | Unknown | | |
| K135 | FP107 | 7 Jul 2002 | M | 0006010509 | 9-10 | Unknown | | |
| K136 | FP107 | 7 Jul 2002 | F | 000600F465 | 9-10 | Unknown | | |
| K137 | FP102 | 19 Jul 2002 | F | 0006318229 | 15 | FP79 | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K138 | FP102 | 19 Jul 2002 | M | 000630E287 | 15 | FP79 | | |
| K139 | FP61 | 27 Sep 2002 | F | 000204FBC3T | 10 | Unknown | | |
| K140 | FP61 | 27 Sep 2002 | M | 000600D0D4 | 10 | Unknown | | |
| K141 | FP61 | 27 Sep 2002 | M | 000600F2F8 | 10 | Unknown | | |
| K142 | FP61 | 27 Sep 2002 | F | 0001D29A56T | 10 | Unknown | | |
| K143 | FP87 | 25 Mar 2003 | F | 000600DD57 | 15 | FP79 | | |
| K144 | FP87 | 25 Mar 2003 | M | ID not recorded | 15 | FP79 | | |
| K145 | FP87 | 25 Mar 2003 | F | ID not recorded | 15 | FP79 | | |
| K146 | FP101 | 19 Apr 2003 | F | 00062EDF9D | 10 | FP65/FP100 | | |
| K147 | FP101 | 19 Apr 2003 | M | 0006328F81 | 10 | FP65/FP100 | 17 Dec 2004 | FP135 |
| K148 | FP101 | 19 Apr 2003 | F | 00062E2A15 | 10 | FP65/FP100 | | |
| K149 | FP110 | 3 Jun 2003 | F | 000600F8DE | 6-10 | Unknown | | |
| K150 | FP110 | 3 Jun 2003 | M | 000600CCD1 | 6-10 | Unknown | 4 Mar 2004 | FP130 |
| K151 | FP110 | 3 Jun 2003 | F | 000600C049 | 6-10 | Unknown | | |
| K152 | FP93 | 5 Aug 2003 | F | 000600037C | 21 | FP60 | 8 Feb 2007 | FP150 |
| K153 | FP93 | 5 Aug 2003 | M | 0005FFE2D6 | 21 | FP60 | | |
| K154 | FP93 | 5 Aug 2003 | M | 0006000B2A | 21 | FP60 | | |
| K155 | FP120 | 7 Feb 2004 | F | 0005FFEB0A | 14 | Unknown | | |
| K156 | FP120 | 7 Feb 2004 | M | 0005FFE0DA | 14 | Unknown | | |
| K157 | FP75 | 21 Mar 2004 | M | 0006327AC0 | 23 | Unknown | | |
| K158 | FP75 | 21 Mar 2004 | M | 000632781C | 23 | Unknown | | |
| K159 | FP75 | 21 Mar 2004 | F | 00062EE361 | 23 | Unknown | | |
| K160 | FP116 | 5/1//2004 | F | 0006479F70 | 14 | FP65 | | |
| K161 | FP116 | 5/1//2004 | F | 000647D7A6 | 14 | FP65 | | |
| K162 | FP116 | 5/1//2004 | M | 0006485640 | 14 | FP65 | | |
| K163 | FP107 | 21 May 2004 | M | 0006327255 | 7 | Unknown | | |
| K164 | FP107 | 21 May 2004 | M | 0006326E04 | 7 | Unknown | | |
| K165 | FP107 | 21 May 2004 | F | 000632227C | 7 | Unknown | | |
| K166 | FP107 | 21 May 2004 | F | 000647A475 | 7 | Unknown | | |

Appendix II

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K167 | FP70 | 6 Jun 2004 | F | 00064DBAB1 | 12 | Unknown | | |
| K168 | FP70 | 6 Jun 2004 | M | 00064DAB32 | 12 | Unknown | | |
| K169 | FP70 | 6 Jun 2004 | F | 00064D7C86 | 12 | Unknown | 10 Feb 2008 | FP161 |
| K170 | FP102 | 5 Aug 2004 | F | 00064DEB7D | 15 | FP79 | | |
| K171 | FP102 | 5 Aug 2004 | M | 00064DDEEA | 15 | FP79 | | |
| K172 | FP102 | 5 Aug 2004 | F | 00064D918C | 15 | FP79 | | |
| K173 | FP121 | 1 Sep 2004 | F | 0006000738 | 14 | Unknown | | |
| UCFP67 | FP113 | 2 Sep 2004 | F | dead not marked | < 7 | Unknown | | |
| K174 | FP124 | 29 Sep 2004 | M | 000647D79D | 21+ | Unknown | | |
| K175 | FP124 | 10 Feb 2005 | M | 0005FFF5E1 | 14 | Unknown | | |
| K176 | FP124 | 10 Feb 2005 | M | 00064D67F9 | 14 | Unknown | | |
| K177 | FP124 | 10 Feb 2005 | F | 0006000D6B | 14 | Unknown | | |
| K178 | FP110 | 7 Mar 2005 | M | 000601E07A | 12 | Unknown | | |
| K179 | FP110 | 7 Mar 2005 | F | 00064DD051 | 12 | Unknown | | |
| K180 | FP107 | 15 Mar 2005 | F | 000600E4BB | 14 | FP119/FP131 | | |
| K181 | FP107 | 15 Mar 2005 | F | 000600F978 | 14 | FP119/FP131 | | |
| K182 | FP129 | 6 Apr 2005 | F | 0006482822 | 10 | Unknown | | |
| K183 | FP129 | 6 Apr 2005 | M | 00064DE502 | 10 | Unknown | | |
| K184 | FP129 | 6 Apr 2005 | M | 00064D7610 | 10 | Unknown | 3 Mar 2006 | FP147 |
| K185 | FP113 | 20 Apr 2005 | F | 000647B5F9 | 15 | FP131/FP133 | 23 Feb 2012 | FP215 |
| K186 | FP113 | 20 Apr 2005 | F | 000647AEBB | 15 | FP131/FP133 | | |
| K187 | FP116 | 19 Jun 2005 | M | 00064D6A85 | 22 | Unknown | | |
| K188 | FP116 | 19 Jun 2005 | F | 000647AEEE6 | 22 | Unknown | | |
| K189 | FP116 | 19 Jun 2005 | M | 000647BC03 | 22 | Unknown | | |
| K190 | FP128 | 21 Jul 2005 | M | 64D816A | 24 | Unknown | | |
| K191 | FP128 | 21 Jul 2005 | M | 647C7FE | 24 | Unknown | | |
| K192 | FP75 | 7 Aug 2005 | M | 000647CDE9 | 7 | FP135 | | |
| K193 | FP75 | 7 Aug 2005 | F | 00064DB63B | 7 | FP135 | | |
| K194 | FP75 | 7 Aug 2005 | F | 00064DAC56 | 7 | FP135 | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K195 | FP75 | 7 Aug 2005 | M | 000600E8A6 | 7 | FP135 | | |
| K196 | FP110 | 1 Nov 2005 | M | 00063DE442 | 21 | Unknown | | |
| K197 | FP110 | 1 Nov 2005 | M | 00063DA510 | 21 | Unknown | | |
| K198 | FP110 | 1 Nov 2005 | M | 00064339FD | 21 | Unknown | | |
| K199 | FP110 | 1 Nov 2005 | F | 000643666C | 21 | Unknown | | |
| K200 | FP107 | 17 Feb 2006 | F | 0006009668 | 6 | FP131 | | |
| K201 | FP107 | 17 Feb 2006 | M | 000600F274 | 6 | FP131 | | |
| K202 | FP121 | 5 Mar 2006 | F | 000600DAB4 | 14 | Unknown | | |
| K203 | FP121 | 5 Mar 2006 | M | 000600B508 | 14 | Unknown | | |
| K204 | FP121 | 5 Mar 2006 | M | 0006483B07 | 14 | Unknown | | |
| K205 | FP94 | 22 Jun 2006 | F | 00064DA2F2 | 18 | Unknown | | |
| K206 | FP94 | 22 Jun 2006 | M | 00063D8B9D | 18 | Unknown | | |
| K207 | FP94 | 22 Jun 2006 | F | 00063DD7D8 | 18 | Unknown | | |
| K208 | FP145 | 23 Jun 2006 | F | 000647B5DA | 12 | FP138 | | |
| K209 | FP145 | 23 Jun 2006 | F | 00064ECCA4 | 12 | FP138 | | |
| K210 | FP145 | 23 Jun 2006 | F | 000672579C | 12 | FP138 | | |
| K211 | FP93 | 1 Jul 2006 | F | 0064068FF | 18 | FP133 | | |
| K212 | FP93 | 1 Jul 2006 | F | 00647879D | 18 | FP133 | | |
| K213 | FP93 | 1 Jul 2006 | F | 0064D988C | 18 | FP133 | | |
| K214 | FP95 | 3 Jul 2006 | F | 00064D852D | 10 | Unknown | | |
| K215 | FP95 | 3 Jul 2006 | F | 00064D5EDC | 10 | Unknown | | |
| K216 | FP95 | 3 Jul 2006 | M | 000647C887 | 10 | Unknown | | |
| K217 | FP102 | 12 Jul 2006 | M | 000672358E | 18 | FP138 | | |
| K218 | FP102 | 12 Jul 2006 | M | 000671CA33 | 18 | FP138 | | |
| K219 | FP140 | 15 Nov 2006 | F | 006435A2B | 9-11 | FP119 | | |
| K220 | FP140 | 15 Nov 2006 | M | 0006436824 | 9-11 | FP119 | | |
| K221 | FP148 | 18 Jan 2007 | F | 000647D2EE | 21 | FP146 | | |
| K222 | FP148 | 18 Jan 2007 | M | 00064DC433 | 21 | FP146 | | |
| K223 | FP148 | 18 Jan 2007 | F | 00064E23C | 21 | FP146 | | |

Appendix II

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K224 | FP124 | 17 Feb 2007 | M | 64EED68 | 9 | Unknown | | |
| K225 | FP124 | 17 Feb 2007 | M | 64E00C9 | 9 | Unknown | | |
| K226 | FP93 | 8 Mar 2007 | M | 6712488 | 16 | Unknown | | |
| K227 | FP93 | 8 Mar 2007 | M | 64DF113 | 16 | Unknown | 21 Feb 2008 | FP163 |
| K228 | FP93 | 8 Mar 2007 | F | 64EO84F | 16 | Unknown | 4 Feb 2013 | FP220 |
| K229 | FP110 | 20 Mar 2007 | F | 0006327849 | 10-12 | FP137 | | |
| K230 | FP110 | 20 Mar 2007 | M | 00063DD906 | 10-12 | FP137 | | |
| K231 | FP110 | 20 Mar 2007 | F | 00063DC6F3 | 10-12 | FP137 | | |
| K232 | FP110 | 20 Mar 2007 | M | 00063218EB | 10-12 | FP137 | | |
| K233 | FP113 | 25 Mar 2007 | F | 00063DC1F0 | 7 | FP119 | | |
| K234 | FP113 | 25 Mar 2007 | M | 00063DC585 | 7 | FP119 | | |
| K235 | FP113 | 25 Mar 2007 | M | 0006439AB7 | 7 | FP119 | 9 Feb 2010 | FP177 |
| K236 | FP103 | 4 Apr 2007 | F | 0006722801 | 24 | FP127 | | |
| K237 | FP103 | 4 Apr 2007 | F | 00067142C6 | 24 | FP127 | | |
| K238 | FP103 | 4 Apr 2007 | M | 000671D047 | 24 | FP127 | | |
| K239 | FP149 | 13 Apr 2007 | F | 00063DCBCC | 11-13 | Unknown | | |
| K240 | FP149 | 13 Apr 2007 | F | 000631A816 | 11-13 | Unknown | | |
| K241 | FP151 | 21 Apr 2007 | M | 67245C4 | 16 | Unknown | | |
| K242 | FP151 | 21 Apr 2007 | F | 67216AA | 16 | Unknown | | |
| K243 | FP151 | 21 Apr 2007 | F | 64E6E50 | 16 | Unknown | | |
| K244 | FP145 | 26 Apr 2007 | M | 6718E19 | 16 | FP133 | | |
| K245 | FP145 | 26 Apr 2007 | M | 6718AEE | 16 | FP133 | | |
| K246 | FP145 | 26 Apr 2007 | F | 6722453 | 16 | FP133 | | |
| K247 | FP107 | 27 Apr 2007 | F | 0006437F96 | 10-12 | Unknown | | |
| K248 | FP107 | 27 Apr 2007 | M | 0006435576 | 10-12 | Unknown | | |
| K249 | FP107 | 27 Apr 2007 | F | dead not marked | 10-12 | Unknown | | |
| K250 | FP128 | 12 May 2007 | M | 0006435419 | 10-12 | Unknown | | |
| K251 | FP128 | 12 May 2007 | M | 0006434A69 | 10-12 | Unknown | | |
| K252 | FP128 | 12 May 2007 | F | 0006433EFA | 10-12 | Unknown | | |

Appendix II

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K253 | FP150 | 20 Jul 2007 | M | 6726F07 | 18 | Unknown | | |
| K254 | FP150 | 20 Jul 2007 | F | 671F6F3 | 18 | Unknown | 7 Feb 2010 | FP175 |
| K255 | FP150 | 20 Jul 2007 | F | 67231E8 | 18 | Unknown | | |
| K256 | FP150 | 20 Jul 2007 | F | 671E895 | 18 | Unknown | | |
| K257 | FP110 | 10 Aug 2007 | M | 0006439E20 | 13-15 | Unknown | | |
| K258 | FP110 | 10 Aug 2007 | M | 000643422C | 13-15 | Unknown | | |
| K259 | FP151 | 27 Aug 2007 | M | dead not marked | 17-20 | Unknown | | |
| K260 | FP151 | 27 Aug 2007 | U | dead not marked | 17-20 | Unknown | | |
| K261 | FP107 | 25 Sep 2007 | M | 000643530F | 10-14 | Unknown | | |
| K262 | FP107 | 25 Sep 2007 | M | 0006435247 | 10-14 | Unknown | | |
| K263 | FP107 | 25 Sep 2007 | M | 00063DC5C2 | 10-14 | Unknown | | |
| K264 | FP151 | 4 Mar 2008 | F | 6957DE2 | 21 | Unknown | 21 Feb 2010 | FP180 |
| K265 | FP151 | 4 Mar 2008 | M | 695B244 | 21 | Unknown | | |
| K266 | FP140 | 2 May 2008 | M | 00063DF3C8 | 7 | FP154 | | |
| K267 | FP140 | 2 May 2008 | M | 00063DEAA1 | 7 | FP154 | | |
| K268 | FP162 | 23 May 2008 | F | dead not marked | 14 | FP138 | | |
| K269 | FP162 | 23 May 2008 | M | dead not marked | 14 | FP138 | | |
| K270 | FP158 | 7 Jun 2008 | F | 6435FEC | 14-17 | FP146 | | |
| K271 | FP158 | 7 Jun 2008 | M | 6435381 | 14-17 | FP146 | | |
| K272 | FP158 | 7 Jun 2008 | M | 642652B | 14-17 | FP146 | | |
| K273 | FP158 | 7 Jun 2008 | M | 643824C | 14-17 | FP146 | | |
| K274 | FP153 | 20 Jul 2008 | F | 695849E | 14 | Unknown | | |
| K275 | FP153 | 20 Jul 2008 | M | 695ACE5 | 14 | Unknown | | |
| K276 | FP153 | 20 Jul 2008 | M | 6958EAA | 14 | Unknown | | |
| K277 | FP161 | 25 Feb 2009 | M | 698B098 | 16 | Unknown | | |
| K278 | FP161 | 25 Feb 2009 | M | 69581FC | 16 | Unknown | | |
| K279 | FP161 | 25 Feb 2009 | F | 6959939 | 16 | Unknown | 1 Mar 2010 | FP182 |
| K280 | FP162 | 7 May 2009 | F | 695AOB3 | 25-27 | Unknown | | |
| K281 | FP153 | 8 Jul 2009 | M | 671F728 | 30 | Unknown | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K282 | FP153 | 8 Jul 2009 | M | 6958DCD | 30 | Unknown | | |
| K283 | FP168 | 21 Jul 2009 | M | 0006483E5C | 7 | Unknown | | |
| K284 | FP168 | 21 Jul 2009 | M | 0006434DB7 | 7 | Unknown | | |
| K285 | FP170 | 28 Jul 2009 | M | 00063DF972 | 22 | Unknown | | |
| K286 | FP170 | 28 Jul 2009 | M | 00063DE7FC | 22 | Unknown | | |
| K287 | FP170 | 28 Jul 2009 | F | 000600E52E | 22 | Unknown | 28 Feb 2011 | FP192 |
| K288 | FP172 | 20 Feb 2010 | M | 00063DDEB6 | 15 | Unknown | | |
| K289 | FP172 | 20 Feb 2010 | M | 0006435874 | 15 | Unknown | | |
| K290 | FP172 | 20 Feb 2010 | M | 0006436050 | 15 | Unknown | | |
| K291 | FP145 | 25 Feb 2010 | F | 00069577CI | 28 | Unknown | | |
| K292 | FP145 | 25 Feb 2010 | M | 000695BO19 | 28 | Unknown | | |
| K293 | FP145 | 25 Feb 2010 | F | 00067214F1 | 28 | Unknown | | |
| K294 | FP162 | 23 Mar 2010 | M | 6957879 | 14 | FP133 | | |
| K295 | FP162 | 23 Mar 2010 | F | 695A869 | 14 | FP133 | | |
| K296 | FP162 | 23 Mar 2010 | F | 695A5CF | 14 | FP133 | | |
| K297 | FP148 | 13 Apr 2010 | F | 00063DFB49 | 14 | Unknown | | |
| K298 | FP148 | 13 Apr 2010 | F | 0006436575 | 14 | Unknown | | |
| K299 | FP148 | 13 Apr 2010 | M | 0006435550 | 14 | Unknown | | |
| K300 | FP161 | 26 May 2010 | M | 000695AD83 | 16 | Unknown | | |
| K301 | FP161 | 26 May 2010 | F | 0006723CE4 | 16 | Unknown | | |
| K302 | FP161 | 26 May 2010 | F | 000695B151 | 16 | Unknown | | |
| K303 | FP102 | 6 Jun 2010 | M | 0006958363 | 21 | Unknown | | |
| K304 | FP102 | 6 Jun 2010 | M | 000695A272 | 21 | Unknown | 29 Nov 2011 | FP194 |
| K305 | FP178 | 22 Jun 2010 | M | 0006434D2E | 14-17 | Unknown | | |
| K306 | FP178 | 22 Jun 2010 | M | 000643461A | 14-17 | Unknown | | |
| K307 | FP113 | 15 Jul 2010 | F | 0001EFF852 | 5-7 | Unknown | | |
| K308 | FP113 | 15 Jul 2010 | M | 000643352E | 5-7 | Unknown | | |
| K309 | FP113 | 15 Jul 2010 | F | 0006439939 | 5-7 | Unknown | | |
| K310 | FP175 | 2 Aug 2010 | F | 0006959F9E | 18 | Unknown | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K311 | FP175 | 2 Aug 2010 | F | 0006959B00 | 18 | Unknown | | |
| K312 | FP110 | 4 Aug 2010 | F | 0006436660 | 10-12 | Unknown | | |
| K313 | FP110 | 4 Aug 2010 | F | 00063DCB00 | 10-12 | Unknown | | |
| K314 | FP110 | 4 Aug 2010 | M | 00064359C2 | 10-12 | Unknown | | |
| K315 | FP148 | 17 Jan 2011 | M | 0006433EE1 | 12 | Unknown | | |
| K316 | FP148 | 17 Jan 2011 | M | 0006437C54 | 12 | Unknown | | |
| K317 | FP178 | 27 Jan 2011 | M | 0006436F25 | 12-14 | Unknown | | |
| K318 | FP178 | 27 Jan 2011 | M | 00063DECC8 | 12-14 | Unknown | | |
| K319 | FP175 | 27 Jan 2011 | M | 0006959F88 | 21 | Unknown | | |
| K320 | FP175 | 27 Jan 2011 | F | 000695A8A8 | 21 | Unknown | | |
| K321 | FP113 | 9 Mar 2011 | M | 00063460F7 | 21 | Unknown | | |
| K322 | FP162 | 15 Apr 2011 | F | 0006959680 | 19 | Unknown | | |
| K323 | FP162 | 15 Apr 2011 | M | 000695A73E | 19 | Unknown | | |
| K324 | FP162 | 15 Apr 2011 | M | 0006959FC4 | 19 | Unknown | | |
| K325 | FP162 | 15 Apr 2011 | M | 000695A29B | 19 | Unknown | | |
| K326 | FP184 | 26 Apr 2011 | M | 0006483D1B | 12 | Unknown | | |
| K327 | FP184 | 26 Apr 2011 | M | 00064DB286 | 12 | Unknown | | |
| K328 | FP184 | 26 Apr 2011 | F | 000631C890 | 12 | Unknown | | |
| K329 | FP184 | 26 Apr 2011 | M | 000647B1C4 | 12 | Unknown | | |
| K330 | FP182 | 29 Apr 2011 | M | 0006959053 | 14 | Unknown | | |
| K331 | FP182 | 29 Apr 2011 | M | 000695823A | 14 | Unknown | | |
| K332 | FP182 | 29 Apr 2011 | F | 0006957B55 | 14 | Unknown | | |
| K333 | FP182 | 29 Apr 2011 | M | 0006958665 | 14 | Unknown | | |
| K334 | FP188 | 26 May 2011 | F | 0001D3E191T | 18 | Unknown | 31 Jan 2013 | FP219 |
| K335 | FP188 | 26 May 2011 | M | 00012AA1A2 | 18 | Unknown | 3 Apr 2013 | FP223 |
| K336 | FP188 | 26 May 2011 | M | 0001E2E62ET | 18 | Unknown | | |
| K337 | FP145 | 9 Jun 2011 | M | 00069584D5 | 12 | Unknown | | |
| K338 | FP145 | 9 Jun 2011 | F | 000695B041 | 12 | Unknown | | |
| K339 | FP145 | 9 Jun 2011 | F | 00069580FE | 12 | Unknown | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K340 | FP151 | 10 Jun 2011 | F | 000695B062 | 21 | FP187 | | |
| K341 | FP151 | 10 Jun 2011 | M | 0006957B2E | 21 | FP187 | | |
| K342 | FP113 | 7 Aug 2011 | F | 000631A606 | 25 | Unknown | | |
| K343 | FP110 | 15 Dec 2011 | F | 000631FC2A | 10-14 | Unknown | | |
| K344 | FP110 | 15 Dec 2011 | F | 0006321ECF | 10-14 | Unknown | | |
| K345 | FP145 | 16 Feb 2012 | M | 000695AFBA | 24 | Unknown | | |
| K346 | FP145 | 16 Feb 2012 | F | 000695A522 | 24 | Unknown | | |
| K347 | FP145 | 16 Feb 2012 | M | 0006958FF1 | 24 | Unknown | | |
| K348 | FP153 | 19 Feb 2012 | M | 000695ACD5 | 9 | Unknown | | |
| K349 | FP153 | 19 Feb 2012 | M | 00066957F4D | 9 | Unknown | | |
| K350 | FP153 | 19 Feb 2012 | M | 000695A8EO | 9 | Unknown | | |
| K351 | FP153 | 19 Feb 2012 | M | 0006959029 | 9 | Unknown | | |
| K352 | FP195 | 3 Mar 2012 | M | 0006328CF1 | 12 | Unknown | | |
| K353 | FP191 | 28 Mar 2012 | M | 0007136AE7 | 14 | Unknown | | |
| K354 | FP192 | 15 Apr 2012 | M | 0007138FD0 | 21 | Unknown | | |
| K355 | FP192 | 15 Apr 2012 | M | 0007135EE2 | 21 | Unknown | | |
| K356 | FP192 | 15 Apr 2012 | M | 000713972D | 21 | Unknown | | |
| K357 | FP161 | 25 Apr 2012 | F | 0007136CC3 | 14 | Unknown | | |
| K358 | FP161 | 25 Apr 2012 | M | 000695ABF6 | 14 | Unknown | | |
| K359 | FP161 | 25 Apr 2012 | M | 0006958D4E | 14 | Unknown | | |
| K360 | FP161 | 25 Apr 2012 | F | 0007136DC5 | 14 | Unknown | | |
| K361 | FP190 | 14 May 2012 | F | 0007138138 | 20 | Unknown | | |
| K362 | FP190 | 14 May 2012 | M | 0007136F0C | 20 | Unknown | | |
| K363 | FP190 | 14 May 2012 | F | 00071368E2 | 20 | Unknown | | |
| K364 | FP213 | 5 Jun 2012 | M | 00063DFC55 | 6 | Unknown | | |
| K365 | FP213 | 5 Jun 2012 | F | 00063DD656 | 6 | Unknown | | |
| K366 | FP213 | 5 Jun 2012 | M | 0006319AC9 | 6 | Unknown | | |
| K367 | FP162 | 26 Jun 2012 | M | 000695B179 | 22 | FP187 | | |
| K368 | FP162 | 26 Jun 2012 | F | 0006E37AD8 | 22 | FP187 | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K369 | FP178 | 7 Jul 2012 | F | 0006F3DB0E | 20 | unknown | | |
| K370 | FP178 | 7 Jul 2012 | F | 0006E758B9 | 20 | unknown | | |
| K371 | FP178 | 7 Jul 2012 | F | 0006E7713A | 20 | unknown | | |
| K372 | FP191 | 11 Jul 2012 | F | 0007138363 | 14 | FP187 | | |
| K373 | FP175 | 18 Jul 2012 | F | 0006F3D4BC | 14 | unknown | | |
| K374 | FP175 | 18 Jul 2012 | M | 0006F3E3A0 | 14 | unknown | | |
| K375 | FP175 | 18 Jul 2012 | M | 0006E7876A | 14 | unknown | | |
| K376 | FP180 | 6 Aug 2012 | M | 0006E3AF4C | 18 | unknown | | |
| K377 | FP180 | 6 Aug 2012 | M | 0007136BD2 | 18 | unknown | | |
| K378 | FP180 | 6 Aug 2012 | M | 0007137F02 | 18 | unknown | | |
| K379 | FP198 | 9 Oct 2012 | M | 0006F3F8DC | 12 | FP197 | | |
| K380 | FP198 | 9 Oct 2012 | M | 0006EE4539 | 12 | FP197 | | |
| K381 | FP198 | 9 Oct 2012 | M | 0006E78830 | 12 | FP197 | | |
| K382 | FP198 | 9 Oct 2012 | F | 0006E76595 | 12 | FP197 | | |
| K383 | FP161 | 11 Dec 2012 | M | 0006959E24 | 16 | unknown | | |
| K384 | FP161 | 11 Dec 2012 | F | 0006E373C9 | 16 | unknown | | |
| K385 | FP151 | 2 Jan 2013 | F | 000695A4ED | 17 | unknown | 18 Feb 2015 | FP240 |
| K386 | FP151 | 2 Jan 2013 | F | 000695830A | 17 | unknown | | |
| K387 | FP192 | 26 Feb 2013 | M | 0007138FC0 | 19 | unknown | | |
| K388 | FP192 | 26 Feb 2013 | M | 0006957EEB | 19 | unknown | | |
| K389 | FP148 | 10 Mar 2013 | M | 0006F3D86E | 18 | unknown | | |
| K390 | FP148 | 10 Mar 2013 | F | 0006E7807F | 18 | unknown | | |
| K391 | FP148 | 10 Mar 2013 | F | 0006EE3A7F | 18 | unknown | | |
| K392 | FP215 | 21 Mar 2013 | F | 0006E777C2 | 13 | unknown | | |
| K393 | FP215 | 21 Mar 2013 | F | 0006E76F0F | 13 | unknown | | |
| K394 | FP218 | 23 May 2013 | M | 0006E766AC | 14 | unknown | | |
| K395 | FP218 | 23 May 2013 | M | 0006EE21A2 | 14 | unknown | | |
| K396 | FP218 | 23 May 2013 | F | 0006F3FA62 | 14 | unknown | | |
| K397 | FP218 | 23 May 2013 | F | 0006E75162 | 14 | unknown | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K398 | FP219 | 22 Jun 2013 | F | 0006E75AD7 | 30 | unknown | | |
| K399 | FP213 | 10 Sep 2013 | F | 0006F3C3B4 | 21 | unknown | | |
| K400 | FP213 | 10 Sep 2013 | M | 0006F3D29F | 21 | unknown | | |
| K401 | FP199 | 28 Sep 2013 | F | 0006E75E37 | 21 | unknown | | |
| K402 | FP199 | 28 Sep 2013 | M | 0006E7833D | 21 | unknown | | |
| K403 | FP198 | 11 Dec 2013 | F | 0006F3D86D | 18-20 | 159 | | |
| K404 | FP198 | 11 Dec 2013 | M | 0006327768 | 18-20 | 159 | | |
| K405 | FP198 | 11 Dec 2013 | M | 0001D278E9 | 18-20 | 159 | | |
| K406 | FP220 | 13 Mar 2014 | F | 0006959321 | 21+ | unknown | | |
| K407 | FP220 | 13 Mar 2014 | M | 0006959907 | 21+ | unknown | | |
| K408 | FP220 | 13 Mar 2014 | F | 0007136A30 | 21+ | unknown | | |
| K409 | FP178 | 22 Mar 2014 | F | 0006E752BD | 17 | unknown | | |
| K410 | FP178 | 22 Mar 2014 | M | 0006E75237 | 17 | unknown | | |
| K411 | FP215 | 29 Mar 2014 | M | 0006E7740A | 21 | unknown | | |
| K412 | FP215 | 29 Mar 2014 | F | 0006E759F2 | 21 | unknown | | |
| K413 | FP162 | 10 Apr 2014 | M | 00071386E3 | 28-35 | unknown | | |
| K414 | FP162 | 10 Apr 2014 | F | 00071396F8 | 28-35 | unknown | | |
| K415 | FP162 | 10 Apr 2014 | M | 0006E398E0 | 28-35 | unknown | | |
| K416 | FP217 | 15 Apr 2014 | F | 0006F3DB91 | 6 | unknown | | |
| K417 | FP217 | 15 Apr 2014 | M | 00066E75239 | 6 | unknown | | |
| K418 | FP213 | 30 Apr 2014 | F | 0006EE38CC | 21 | unknown | | |
| K419 | FP213 | 30 Apr 2014 | M | 0006E75165 | 21 | unknown | | |
| K420 | FP213 | 30 Apr 2014 | F | 0006E75309 | 21 | unknown | | |
| K421 | FP229 | 7 May 2014 | M | 0006E7870C | 14 | unknown | | |
| K422 | FP229 | 7 May 2014 | M | 0006F3F496 | 14 | unknown | | |
| K423 | FP229 | 7 May 2014 | F | 0006E7577A | 14 | unknown | | |
| K424 | FP221 | 31 May 2014 | M | 00069599FB | 14 | unknown | | |
| K425 | FP221 | 31 May 2014 | M | 0007135E88 | 14 | unknown | | |
| K426 | FP222 | 24 Jun 2014 | M | 0006DE76D4 | 9 | unknown | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K427 | FP222 | 24 Jun 2014 | F | 0006E7796A | 9 | unknown | | |
| K428 | FP222 | 24 Jun 2014 | F | 0006DE5FB4 | 9 | unknown | | |
| K429 | FP162 | 17 Aug 2014 | M | 0006957D11 | 12 | unknown | | |
| K430 | FP162 | 17 Aug 2014 | M | 00071386FA | 12 | unknown | | |
| K431 | FP162 | 17 Aug 2014 | F | 0007138A25 | 12 | unknown | | |
| K432 | FP219 | 22 Sep 2014 | F | 0006EE2F81 | 23 | unknown | | |
| K433 | FP219 | 22 Sep 2014 | F | 0006F3FCOE | 23 | unknown | | |
| K434 | FP219 | 22 Sep 2014 | F | 0006E7DCDC | 23 | unknown | | |
| K435 | FP226 | 12 Oct 2014 | F | 0006E75367 | 12 | FP177 | | |
| K436 | FP226 | 12 Oct 2014 | F | 0006E77032 | 12 | FP177 | | |
| K437 | FP224 | 1 Feb 2015 | M | 0006E773F9 | 17 | unknown | | |
| K438 | FP224 | 1 Feb 2015 | M | 0006EE1F04 | 17 | unknown | | |
| K439 | FP224 | 1 Feb 2015 | F | 0006DE7DD9 | 17 | unknown | | |
| K440 | FP224 | 1 Feb 2015 | M | 0006EE4A0B | 17 | unknown | | |
| K441 | FP192 | 23 Mar 2015 | M | 00074FFB31 | 18 | unknown | | |
| K442 | FP192 | 23 Mar 2015 | M | 000728A80A | 18 | unknown | | |
| K443 | FP240 | 10 Jun 2015 | F | 00071366D8 | 12 | FP187 | | |
| K444 | FP240 | 12 Jun 2015 | M | 0007137658 | 14 | FP187 | | |
| K445 | FP240 | 12 Jun 2015 | M | 0007135F8F | 14 | FP187 | | |
| K446 | FP199 | 12 Jun 2015 | M | 0006E78648 | 21 | unknown | | |
| K447 | FP199 | 12 Jun 2015 | M | 0006E77B7E | 21 | unknown | | |
| K448 | FP180 | 17 Sep 2015 | F | 000728885D | 19 | unknown | | |
| K449 | FP180 | 17 Sep 2015 | M | 0006E3B8D0 | 19 | unknown | | |
| K450 | FP198 | 28 Oct 2015 | F | 0006E75DB5 | 11 | unknown | | |
| K451 | FP198 | 28 Oct 2015 | M | 0006E7672F | 11 | unknown | | |
| K452 | FP214 | 3 Mar 2016 | M | 00074F8594 | 20 | unknown | | |
| K453 | FP214 | 3 Mar 2016 | M | 00071371B1 | 20 | unknown | | |
| K454 | FP185 | 9 Mar 2016 | F | 0006DE7EDE | 12 | unknown | | |
| K455 | FP185 | 9 Mar 2016 | F | 0006E78822 | 12 | unknown | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K456 | FP185 | 9 Mar 2016 | F | 0006E771CB | 12 | unknown | | |
| K457 | FP221 | 27 Mar 2016 | M | 00071364A3 | 25 | unknown | | |
| K458 | FP221 | 27 Mar 2016 | M | 0007136044 | 25 | unknown | | |
| K459 | FP180 | 2 May 2016 | F | 00072838B8 | 14 | unknown | | |
| K460 | FP180 | 2 May 2016 | F | 000728E7C8 | 14 | unknown | | |
| K461 | FP180 | 2 May 2016 | F | 00072875A0 | 14 | unknown | | |
| K462 | FP195 | 10 May 2016 | M | 0006E7759A | 40 | unknown | | |
| K463 | FP224 | 5 Oct 2016 | M | 0006E7774B | 12 | unknown | | |
| K464 | FP224 | 5 Oct 2016 | F | 0006F3EE4D | 12 | unknown | | |
| K465 | FP224 | 5 Oct 2016 | F | 0006E7796C | 12 | unknown | | |
| K466 | FP214 | 18 Jan 2017 | M | 0006E372BC | 21 | unknown | | |
| K467 | FP214 | 18 Jan 2017 | M | 0007136CF1 | 21 | unknown | | |
| K468 | FP247 | 13 Apr 2017 | F | 0006EE357D | 10 | unknown | | |
| K469 | FP247 | 13 Apr 2017 | M | 0006E7568C | 10 | unknown | | |
| K470 | FP247 | 13 Apr 2017 | M | 0006EE23A4 | 10 | unknown | | |
| K471 | FP199 | 25 Apr 2017 | F | 0006EE2125 | 8 | unknown | | |
| K472 | FP199 | 25 Apr 2017 | F | 0006E78ADA | 8 | unknown | | |
| K473 | FP199 | 25 Apr 2017 | M | 0006EE4C2B | 8 | unknown | | |
| K474 | FP224 | 16 Jun 2017 | M | 0006E7647F | 17 | unknown | 10 Apr 2018 | FP251 |
| K475 | FP224 | 16 Jun 2017 | F | 982000406136604 | 17 | unknown | | PC01144 |
| K476 | FP224 | 16 Jun 2017 | M | 982000406139337 | 17 | unknown | 10 Apr 2018 | FP252 |
| K477 | FP220 | 22 Jun 2017 | M | 00072A4331 | 12 | unknown | | |
| K478 | FP220 | 22 Jun 2017 | F | 00074EFFC5 | 12 | unknown | | |
| K479 | FP220 | 22 Jun 2017 | M | 000728A726 | 12 | unknown | | |
| K480 | FP220 | 22 Jun 2017 | F | 0007283EDC | 12 | unknown | | |
| K481 | FP239 | 19 Aug 2017 | F | 00075802B7 | 28 | unknown | | |
| K482 | FP239 | 19 Aug 2017 | M | 00075A5AB8 | 28 | unknown | | |
| K483 | FP247 | 14 Oct 2017 | F | 982.000406136536 | 23 | unknown | | |
| K484 | FP247 | 14 Oct 2017 | M | 982.000406137064 | 23 | unknown | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K485 | FP220 | 19 Mar 2018 | F | 00075A5046 | 29 | unknown | | |
| K486 | FP220 | 19 Mar 2018 | M | 0007283B8E | 29 | unknown | | |
| K487 | FP220 | 19 Mar 2018 | F | 0007136BB2 | 29 | unknown | | |
| K488 | FP246 | 16 Jun 2018 | F | 982.000406135664 | 26 | unknown | | |
| K489 | FP246 | 16 Jun 2018 | M | 982.000406137233 | 26 | unknown | | |
| K490 | FP246 | 16 Jun 2018 | M | 982.000406137374 | 26 | unknown | | |
| K491 | FP224 | 18 Aug 2018 | M | 982.000406138967 | 18 | unknown | | |
| K492 | FP224 | 18 Aug 2018 | F | 982.000406136985 | 18 | unknown | | |
| K493 | FP224 | 18 Aug 2018 | M | 982.000406136476 | 18 | unknown | | |
| K494 | FP239 | 22 Feb 2019 | F | 00075A3E6D | 21 | unknown | | |
| K495 | FP239 | 22 Feb 2019 | F | 00075A582C | 21 | unknown | | |
| K496 | FP246 | 31 Mar 2019 | F | 982.000406136366 | 18 | unknown | | |
| K497 | FP246 | 31 Mar 2019 | M | 982.000406136096 | 18 | unknown | | |
| K498 | FP256 | 7 Jul 2019 | M | 982.000406138780 | 13 | unknown | | |
| K499 | FP256 | 7 Jul 2019 | M | 982.000406136343 | 13 | unknown | | |
| K500 | FP247 | 13 Aug 2019 | F | 982.000406139199 | 15 | unknown | | |
| K501 | FP247 | 13 Aug 2019 | M | 982.000406138659 | 15 | unknown | | |
| K502 | FP257 | 12 Oct 2019 | M | 982.000406137386 | 14 | unknown | | |
| K503 | FP257 | 12 Oct 2019 | M | 982.000406139193 | 14 | unknown | | |
| K504 | FP257 | 12 Oct 2019 | F | 982.000406136057 | 14 | unknown | | |
| K505 | FP247 | 15 Feb 2020 | M | 982.000406138709 | 21 | unknown | | |
| K506 | FP247 | 2/15/25020 | F | 982.000406139186 | 21 | unknown | | |
| K507 | FP224 | 18 Feb 2020 | M | 982.000406138593 | 12 | unknown | | |
| K508 | FP224 | 18 Feb 2020 | F | 982.000406136097 | 12 | unknown | | |
| K509 | FP224 | 18 Feb 2020 | M | 982.000406139101 | 12 | unknown | | |
| K510[e] | Unknown | 12 May 2020 | F | 982.000406138824 | 10 | unknown | | |
| K511[e] | Unknown | 12 May 2020 | M | 982.000406135569 | 10 | unknown | | |
| K512[e] | Unknown | 12 May 2020 | M | 982.000406136588 | 10 | unknown | | |
| K513[e] | Unknown | 12 May 2020 | M | 982.000406138478 | 10 | unknown | | |

FWC Florida Panther Annual Report 2022-2023

| KITTEN ID | DAM ID | DATE MARKED | SEX | TRANSPONDER ID | ESTIMATED AGE IN DAYS | PURPORTED FIELD SIRE | DATE COLLARED | EVENTUAL PANTHER ID |
|---|---|---|---|---|---|---|---|---|
| K514 | FP246 | 16 Sep 2020 | M | 982.000406138865 | 17 | unknown | | |
| K515 | FP246 | 16 Sep 2020 | M | 982.000406138729 | 17 | unknown | | |
| K516[f] | FP224 | 29 Jan 2021 | F | 982.000406136643 | 14 | unknown | 29 Jan 2021 | |
| K517[f] | FP224 | 29 Jan 2021 | M | 982.000406138596 | 14 | unknown | 29 Jan 2021 | |
| K518[f] | FP224 | 29 Jan 2021 | M | 982.000406136968 | 14 | unknown | 29 Jan 2021 | |
| K519[f] | FP262 | 23 Mar 2022 | F | 982.000406136835 | 20 | unknown | 23 Mar 2022 | |
| K520[f] | FP262 | 23 Mar 2022 | F | 982.000406139109 | 20 | unknown | 23 Mar 2022 | |
| K521[f] | FP262 | 23 Mar 2022 | M | 982.000406136786 | 20 | unknown | 23 Mar 2022 | |

[a] The remains of a sibling to K24-26 were found at the den site. Condition of the carcass made sex identification impossible.
[b] This kitten was not observed or marked at the den, but was captured at the carcass of the dam on 2/5/1998. Eventually released into the wild as FP69.
[c] This kitten was not observed or marked at the den, but was captured near FP48 and collared as FP75 on 1/11/1999. Reunited with FP48 the following day.
[d] FP95 was observed with 2 kittens from the air on 1/2, 3/31, and 4/1/2003, verifying that at least 1 littermate of K112 was not recorded on 4/21/2002.
[e] K510-513 were opportunistically discovered on private land and reported to FWC. The dam is unknown.
[f] These kittens were radiocollared with expandable VHF collars as neonates when they were marked at the den, so they were not assigned a new panther ID.

FWC Florida Panther Annual Report 2022-2023

**Appendix III. List of all known dens of radiocollared female Florida panthers and Texas pumas in southern Florida from June 1985 to June 2023. Kitten numbers preceded with "K" indicate natal den was visited. Samples are ordered by female ID and secondarily by year. Data collected by FWC and BCNP.**

| PANTHER ID | DEN DATE | LOCATIONª | HABITAT | MIN NUMBER OF KITTENS AT DEN | KITTENS HANDLED | PURPORTED FIELD SIRE |
|---|---|---|---|---|---|---|
| FP009 | Jun 1985 | S Golden Gate Estates | Unknown | 1 | FP10♂ den not visited | Unknown |
| FP009 | Jun 1987 | FSPSP | Hardwood hammock | 1 | den not visited | FP12 |
| FP009 | May 1989 | FSPSP | Mixed swamp | Unknown | den not visited | Unknown |
| FP009 | Jul 1990 | FSPSP | Mixed swamp | 2 | FP202♂, FP203♂ den not visited | FP37 |
| FP009 | Jun 1993 | FSPSP | Hardwood hammock | Unknown | den not visited | FP51 |
| FP011 | May 1986 | BCNP - Bear Island | Pine/palmetto | 3 | FP19♀ den not visited | FP12 |
| FP011 | May 1988 | BCNP - Bear Island | Pine/palmetto | 1 | FP29♂ den not visited | FP20 |
| FP011 | Apr 1990 | BCNP - Bear Island | Palmetto/oaks | 1 | ♀(roadkill) den not visited | FP12 |
| FP011 | Jul 1991 | Price's | Unknown | 1 | FP47♂ den not visited | FP12 |
| FP011 | Mar 1993 | BCNP - Bear Island | Unknown | Unknown | den not visited | FP12 |
| FP014 | Apr 1989 | Long Pine Key | Pine/palmetto | 2 | FP42♂, den not visited | FP16 |
| FP014 | Mar 1991 | Long Pine Key | Pine/palmetto | Unknown | den not visited | FP16 |
| FP015 | May 1988 | Long Pine Key | Vines/ferns | Unknown | den not visited | FP16 |
| FP019 | Mar 1988 | Price's | Pine/palmetto | 4 | FP30♂ den not visited | FP13 |
| FP019 | Jul 1989 | FPNWR | Palmetto, myrtle | 1 | FP43♂ den not visited | FP12 |
| FP019 | Nov 1990 | Rock Spring Island | Pine/palmetto | 2 | FP205♀, FP45♂ den not visited | FP12 |
| FP019 | Mar 1992 | NE Hog Pond | Pine/palmetto | 2 | UCFP21♀, FP53♂ den not visited | FP12 |
| FP019 | May 1994 | FPNWR | Mixed swamp | 2 | K12♀, K13♀ | FP51 |
| FP019 | Mar 1996 | Barfield's | Cypress swamp | 2 | K27♀, K28♀ | FP54, FP51 |
| FP023 | Aug 1992 | SBCNP-Raccoon Point | Pine/palmetto | 2 | FP209♀, FP210♂ | FP42 |
| FP023 | Dec 1992 | SBCNP-Raccoon Point | Pine/palmetto | 1 | FP55♀ den not visited | FP42 |
| FP031 | Mar 1989 | Catherine Island | Pine/palmetto | 3 | FP34♂, FP35♂ den not visited | FP12 |
| FP031 | Jul 1990 | Regency Farms | Palmetto/myrtle | 2 | FP201♂, FP204♀ den not visited | FP12 |
| FP031 | Sep 1991 | Barfield's | Palmetto | 2 | FP48♀, FP52♀ den not visited | FP12 |
| FP032 | Mar 1989 | Catherine Island | Pine/palmetto | Unknown | den not visited | Unknown |
| FP032 | May 1992 | FPNWR | Palmetto | 1 | FP208♀ | FP12 |
| FP032 | Mar 1996 | FPNWR | Pine/palmetto | 1 | UCFP24 (Dead ♀) | Unknown |
| FP036 | Mar 1990 | BCSIR | Pine/palmetto | Unknown | den not visited | Unknown |
| FP036 | May 1991 | BCNP - Addition Lands | Palmetto | 2 | FP207♂, FP50♂ den not visited | FP26 |
| FP036 | Oct 1993 | N of BCSIR | Pine/palmetto | 1 | den not visited | FP26, FP34 |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID | DEN DATE | LOCATION[a] | HABITAT | MIN NUMBER OF KITTENS AT DEN | KITTENS HANDLED | PURPORTED FIELD SIRE |
|---|---|---|---|---|---|---|
| FP036 | Jun 1995 | Canoe Lake Strand | Mixed swamp | Unknown | den not visited | FP45 |
| FP036 | Jan 1996 | Wilson Cypress | Hardwood hammock | 4 | K24♀, K25♂, K26♂, UCFP44 | FP45 |
| FP040 | Nov 1990 | BCNP-Baker's Grade | Hardwood/Schinus | 2 | FP206♀, FP44♂ den not visited | FP26 |
| FP040 | Mar 1992 | BCNP-Baker's Grade | Pine/palmetto | 2 | FP54♂, K02♂ | FP28 |
| FP040 | May 1993 | BCNP-Baker's Grade | Cypress, cabbage | 3 | K03♂, K04♀, K05♀ | FP26 |
| FP040 | Apr 1997 | BCNP - Addition Lands | Pine/palmetto | 2 | FP69♀, K37♂ | FP45 |
| FP040 | Sep 1995[b] | Unknown | Unknown | 1 | FP60♂, ♀ tracks, den not visited | Unknown |
| FP048 | Oct 1993 | BCNP - Bear Island | Palmetto | 3 | K06♂, K07♀, K08♀ | FP12 |
| FP048 | Jun 1995 | Dozier Hammock | Palmetto | 2 | FP59♂, K17♀ | Unknown |
| FP048 | Sep 1996 | NE Doctor's Hammock | Pine/palmetto | 3 | FP62♀, FP64♂, UCFP50♂ | Unknown |
| FP048 | Jun 1998 | BCNP - Bear Island | Pine/palmetto | 2 | K51♂, FP75♀ | FP68 or FP45 |
| FP048 | Oct 1999 | BCNP - Bear Island | Pine/palmetto | 2 | K74♀, K75♀(abandoned) | FP63 or FP68 |
| FP049 | Jan 1999 | BCNP - Addition Lands | Unknown | 1 | K55♂ | Unknown |
| FP049 | Aug 2001 | BCNP - Addition Lands | Unknown | 1 | K107♂ | Unknown |
| FP052 | Jul 1993 | Sadie Cypress | Palmetto | 2 | UCFP23♂ (roadkill) den not visited | FP46 |
| FP052 | Jul 1994 | Sadie Cypress | Hardwood hammock | Unknown | den not visited | Unknown |
| FP055 | Apr 1995 | BCNP | Pine/palmetto | 2 | K14♀, K15♀ | FP42 |
| FP055 | Sep 1997 | SBCNP - N Burns Lake | Palmetto | 1 | K44♂ | Unknown |
| FP055 | Feb 1998 | SBCNP - N Monument Lake | Palmetto | 3 | FP102♀, K49♀, K50♂ | Unknown |
| FP055 | Apr 1999 | BCNP | Palmetto | 2 | FP87♀, K61♂ | Unknown |
| FP055 | Jun 2001 | SBCNP - NE Airplane Prairie | Palmetto | 1 | K104♂ | FP79 |
| FP055 | May 2002 | BCNP | Pine/palmetto | 1 | K127♀ | FP79 |
| FP055 | Sep 2003 | BCNP | Pine/cabbage | Unknown | den not visited | Unknown |
| FP056 | Apr 1994 | BCNP-Baker's Grade | Pine/palmetto | 3 | K09♂, K10♀, K11♂ | Unknown |
| FP056 | Oct 1995 | North BCSIR | Sawgrass marsh | 3 | K20♂, K21♂, K22♂ | FP45 |
| FP056 | Jul 1996 | North BCSIR | Fern bed | 2 | K29♀, K30♀ | FP45 |
| FP056 | May 1997 | BCNP-Baker's Grade | Unknown | 4 | K40♂, K41♀, K43♂, FP67♀ | FP45 |
| FP057 | Jun 1998 | FSPSP | Palmetto | Unknown | den not visited | FP54 |
| FP061 | Mar 1999 | Long Pine Key | Pine/palm | 1 | FP85♂ | FP16 |
| FP061 | Sep 2002 | EVER - East | Sawgrass marsh | 4 | K139♀, K140♂, K141♂, K142♀ | Unknown |
| FP066 | Sep 1998 | Belle Meade | Palmetto | 3 | K52♂, K53♀, K54♂ | FP72 |
| FP066 | Dec 1999 | Private lands | Hardwood hammock | 3 | K76♂, K77♀, K78♀ | FP60 |
| FP067 | Aug 2000 | Private lands | Pine/palmetto | 2 | K84♂, K85♀ | Unknown |
| FP067 | May 2001 | Private lands | Hardwood hammock | 4 | K98♀, K99♂, K100♂, K101♂ | Unknown |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID | DEN DATE | LOCATION[a] | HABITAT | MIN NUMBER OF KITTENS AT DEN | KITTENS HANDLED | PURPORTED FIELD SIRE |
|---|---|---|---|---|---|---|
| FP067 | Jun 2002 | Private lands | Brazilian pepper | 3 | FP116♀, K133♂, K134♂ | Unknown |
| FP069 | Jul 1999 | BCNP - NE of Baker's Camp | Hardwood hammock | 3 | K71♂, K72♀, K73♀ | Unknown |
| FP070 | Jun 1999 | SBCNP–NE of Monument Lk | Pine/palmetto | 3 | FP88♀, FP92♂, FP91♀ | FP79 |
| FP070 | May 2004 | SBCNP - Turner River Unit | Palmetto/vines | 3 | K167♀, K168♂, FP161♀ | Unknown |
| FP071 | Jun 1999 | BCNP | Mixed swamp | 4 | FP90♂, FP86♀, K69♂, K70♀ | FP79 |
| FP073 | Aug 1997[c] | BCSIR | Unknown | 1 | FP74♂ den not visited | Unknown |
| FP073 | Feb 1999 | BCSIR | Pine/palmetto | 1 | FP84♂ den not visited | Unknown |
| FP073 | Feb 2002 | BCNP - Addition Lands | Pine/palmetto | 3 | K109♂, K110♂, K111♀ | Unknown |
| FP075 | Apr 2000 | Private lands | Hardwood hammock | Unknown | den not visited | Unknown |
| FP075 | Jun 2001 | NBCNP - Bear Island | Pine/palmetto | 2 | K102♂, K103♂ | FP59 |
| FP075 | May 2002 | NBCNP - Bear Island | Pine/palmetto | 2 | K128♂, K129♂ | FP98, FP100 |
| FP075 | Mar 2004 | NBCNP - Bear Island | Pine/palmetto | 3 | K157♂, K158♂, K159♀ | Unknown |
| FP075 | Aug 2005 | NBCNP - Bear Island | Hardwood hammock | 4 | K192♂, K193♀, K194♀, K195♂ | FP135 |
| FP077 | May 2000 | BCNP - Addition Lands | Palmetto/vines | 3 | K81♂, K82♀, K83♂ | Unknown |
| FP077 | Aug 2001 | BCNP - Addition Lands | Pine/palmetto | 1 | K108♂ | Unknown |
| FP078 | Apr 2000 | FPNWR | Palmetto/oak | 2 | FP107♀, FP96♂ | FP59 |
| FP078 | Apr 2002 | FPNWR | Palmetto | 4 | K117♀, K118♀, K119♀, K120♂ | FP59 |
| FP082 | Dec 2000 | OSSF | Unknown | 3 | K86♀, K87♀, K88♂ | FP65 |
| FP083 | Apr 2002 | FSPSP | Pine/palmetto | 1 | K123♂ | Unknown |
| FP083 | Jun 2004 | FSPSP | Pine/palmetto | Unknown | den not visited | Unknown |
| FP087 | Jan 2001 | SBCNP | Pine/palmetto | 3 | K89♀, FP108♂, K91♂ | FP79 |
| FP087 | Mar 2003 | SBCNP - N of Oasis | Pine/palmetto | 3 | K143♀, K144♂, K145♀ | FP79 |
| FP088 | May 2001 | SBCNP - Loop Unit | Cypress/ferns | 4 | K94♂, K95♀, K96♂, K97♀ | Unknown |
| FP093 | Apr 2002 | SBCNP - Turner River Unit | Pine/palmetto | 4 | FP151♀, K114♀, FP119♂, K116♀ | FP79 |
| FP093 | Jul 2003 | SBCNP - Turner River Unit | Hardwood hammock | 3 | FP150♀, K153♂, K154♂ | FP60 |
| FP093 | Jun 2006 | SBCNP - Turner River Unit | Tropical hardwood | 3 | K211♀, K212♀, K213♀ | FP133 |
| FP093 | Feb 2007 | SBCNP - Turner River Unit | Pine/palmetto | 3 | K226♂, FP163♂, FP220♀ | Unknown |
| FP094 | Jun 2006 | EVER - CIA hammock | Hardwood hammock | 3 | K205♀, K206♂, K207♀ | Unknown |
| FP095 | Mar 2002 | EVER - Long Pine Key | Pine/palmetto | 1 | K112♀ | FP85 |
| FP095 | Jun 2006 | EVER - Long Pine Key | Hardwood/palmetto | 3 | K214♀, K215♀, K216♂ | Unknown |
| FP101 | Apr 2002 | BCSIR | Pine/palmetto | 2 | K121♂, K122♀ | Unknown |
| FP101 | Apr 2003 | Private lands | Pine/palmetto | 3 | K146♀, K147♂, K148♀ | FP65/FP100 |
| FP102 | Jun 2001 | SBCNP - Monument Lake | Pine/palmetto | 2 | K105♂, K106♂ | FP79 |
| FP102 | Jul 2002 | SBCNP - Monument Lake | Hardwood hammock | 2 | K137♀, K138♂ | FP79 |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID | DEN DATE | LOCATION[a] | HABITAT | MIN NUMBER OF KITTENS AT DEN | KITTENS HANDLED | PURPORTED FIELD SIRE |
|---|---|---|---|---|---|---|
| FP102 | Jul 2004 | SBCNP - Burns Lake | Hardwood hammock | 3 | K170♀, K171♂, K172♀ | FP79 |
| FP102 | Jun 2006 | SBCNP - Turner River Unit | Hardwood hammock | 2 | K217♂, K218♂ | FP138 |
| FP102 | Jun 2010 | SBCNP | Pine/palmetto | 2 | K303♂, K304♂ | Unknown |
| FP103 | Apr 2007 | SBCNP - Corn Dance | Hardwood hammock | 3 | K236♀, K237♀, K238♂ | FP127 |
| FP106 | May 2002 | FPNWR | Hardwood hammock | 3 | K124♀, K125♂, K126♂ | Unknown |
| FP107 | Jun 2002 | FPNWR | Hardwood hammock | 2 | K135♂, K136♀ | Unknown |
| FP107 | May 2004 | FPNWR | Hardwood hammock | 4 | K163♂, K164♂, K165♀, K166♀ | Unknown |
| FP107 | Mar 2005 | FPNWR | Hardwood hammock | 2 | K180♀, K181♀ | FP119, FP131 |
| FP107 | Feb 2006 | FPNWR | Pine/palmetto | 2 | K200♀, K201♂ | FP131 |
| FP107 | Apr 2007 | FPNWR - Rock Island | Pine/palmetto | 3 | K247♀, K248♂, K249♀ | Unknown |
| FP107 | Sep 2007 | FPNWR | Pine/palmetto | 3 | K261♂, K262♂, K263♂ | Unknown |
| FP110 | May 2003 | OSSF | Pine/palmetto | 3 | K149♀, K150♂, K151♀ | Unknown |
| FP110 | Feb 2005 | OSSF | Pine/palmetto | 2 | K178♂, K179♀ | Unknown |
| FP110 | Nov 2005 | OSSF | Hardwood hammock | 4 | K196♂, K197♂, K198♂, K199♀ | Unknown |
| FP110 | Mar 2007 | OSSF | Pine/palmetto | 4 | K229♀, K230♂, K231♀, K232♂ | FP137 |
| FP110 | Aug 2007 | OSSF | Hardwood hammock | 2 | K257♂, K258♂ | Unknown |
| FP110 | Nov 2007 | OSSF-Dog Island | Palmetto | Unknown | den not visited | Unknown |
| FP110 | Aug 2010 | OSSF | Palmetto | 3 | K312♀, K313♀, K314♂ | Unknown |
| FP110 | Dec 2011 | OSSF | Pine/palmetto | 2 | K343♀, K344♀ | Unknown |
| FP112 | Jun 2002 | NBCNP - Bear Island | Pine/palmetto | 2 | K130♂, K131♂ | FP98, FP100 |
| FP113 | Aug 2004 | FPNWR | Pine/palmetto | Unknown | UCFP67 | Unknown |
| FP113 | Apr 2005 | FPNWR | Pine/palmetto | 2 | K185♀, K186♀ | FP131, FP133 |
| FP113 | Mar 2007 | FPNWR | Hardwood hammock | 3 | K233♀, K234♂, K235♂ | FP119 |
| FP113 | Apr 2009[d] | FPNWR | Unknown | 1 | 1 kitten via remote camera | Unknown |
| FP113 | Jul 2010 | Barron Collier, N. of FPNWR | Pine Palmetto | 3 | K307♀, K308♂, K309♀ | Unknown |
| FP113 | Mar 2011 | Barron Collier, N. of FPNWR | Pine Palmetto | 1 | K321♂ | Unknown |
| FP113 | Aug 2011 | Barron Collier, N. of FPNWR | Pine Palmetto | 1 | K342♀ | Unknown |
| FP116 | Apr 2004 | Hendry Co. Gum Swamp | Hardwood hammock | 3 | K160♀, K161♀, K162♂ | FP65 |
| FP116 | May 2005 | NBCNP- Addition Lands | Pine/palmetto | 3 | K187♂, K188♀, K189♂ | Unknown |
| FP120 | Jan 2004 | SBCNP - Turner River Unit | Pine/palmetto | 2 | K155♀, K156♂ | Unknown |
| FP121 | Aug 2004 | BCSIR | Pine/palmetto | 1 | K173♀ | Unknown |
| FP121 | Feb 2006 | BCSIR | Pine/palmetto | 3 | K202♀, K203♂, K204♂ | Unknown |
| FP124 | Sep 2004 | SBCNP - Stairsteps | Pine/palmetto | 1 | K174♂ | Unknown |
| FP124 | Jan 2005 | SBCNP - Pinecrest | Pine/palmetto | 3 | K175♂, K176♂, K177♀ | Unknown |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID | DEN DATE | LOCATION[a] | HABITAT | MIN NUMBER OF KITTENS AT DEN | KITTENS HANDLED | PURPORTED FIELD SIRE |
|---|---|---|---|---|---|---|
| FP124 | Feb 2007 | SBCNP - Stairsteps | Cypress/hardwood | 2 | K224♂, K225♂ | Unknown |
| FP128 | Jun 2005 | BCSIR | Pine/palmetto | 2 | K190♂, K191♂ | Unknown |
| FP128 | May 2007 | Stirelli property - Add Lands | Palmetto/fern | 3 | K250♂, K252♂, K252♀ | Unknown |
| FP129 | Apr 2005 | SBCNP- Corn Dance | Unknown | 3 | K182♀, K183♂, K184♂ | Unknown |
| FP140 | Nov 2006 | FPNWR | Hardwood hammock | 2 | K219♀, K220♂ | FP119 |
| FP140 | May 2008 | FPNWR | Cypress/ferns | 2 | K266♂, K267♂ | FP154 |
| FP145 | Jun 2006 | SBCNP -Deep Lake | Pine/palmetto | 3 | K208♀, K209♀, K210♀ | FP138 |
| FP145 | Apr 2007 | SBCNP - Deep Lake | Hardwood hammock | 3 | K244♂, K245♂, K246♀ | FP133 |
| FP145 | Feb 2010 | SBCNP | Palmetto | 3 | K291♀, K292♂, K293♀ | Unknown |
| FP145 | Jun 2011 | SBCNP | Palmetto | 3 | K337♂, K338♀, K339♀ | Unknown |
| FP145 | Feb 2012 | SBCNP- Deep Lake | Hardwood hammock | 3 | K345♂, K346♀, K347♂ | Unknown |
| FP148 | Jan 2007 | Belle Meade-PSSF | Palmetto | 3 | K221♀, K222♂, K223♀ | FP146 |
| FP148 | Apr 2010 | Belle Meade-PSSF | Pine/palmetto | 3 | K297♀, K298♀, K299♂ | Unknown |
| FP148 | Jan 2011 | Belle Meade-PSSF | Cypress swamp/ferns | 2 | K315♂, K316♀ | Unknown |
| FP148 | Mar 2013 | Belle Meade-PSSF | Cypress swamp/ferns | 3 | K389♂, K390♀, K391♀ | Unknown |
| FP149 | Apr 2007 | PSSF | Bracken fern | 2 | K239♀, K240♀ | Unknown |
| FP150 | Jul 2007 | SBCNP | Palmetto | 4 | K253♂, K254♀, K255♀, K256♀ | Unknown |
| FP151 | Apr 2007 | SBCNP- Turner River | Palmetto | 3 | K241♂, K242♀, K243♀ | Unknown |
| FP151 | Aug 2007 | SBCNP | Palmetto | 2 | K259♂, K260 unknown sex | Unknown |
| FP151 | Mar 2008 | SBCNP-Turner River | Palmetto | 2 | K264♀, K265♂ | Unknown |
| FP151 | Jun 2011 | SBCNP-Turner River | Palmetto | 2 | K340♀, K341♂ | FP187 |
| FP151 | Jan 2013 | SBCNP-Turner River | Palmetto | 2 | K385♀, K386♀ | Unknown |
| FP153 | Jul 2008 | SBCNP-Turner River | Palmetto | 3 | K274♀, K275♂, K276♂ | Unknown |
| FP153 | Jul 2009 | SBCNP | Hardwood hammock | 2 | K281♂, K282♀ | Unknown |
| FP153 | Feb 2012 | SBCNP- Turner River | Saw Palmetto | 4 | K348♂, K349♂, K350♂, K351♂ | Unknown |
| FP158 | Jun 2008 | CSSP | Pepper/climbing fern | 4 | K270♀, K271♂, K272♂, K273♂ | FP146 |
| FP158 | Apr 2010[e] | PSSF | Pine/palmetto | 2 | kittens not handled | Unknown |
| FP160 | Oct 2008 | Jack-In-The-Box Ranch CREW | Hardwood hammock | Unknown | Den not visited | Unknown |
| FP161 | Feb 2009 | SBCNP | Palmetto | 3 | K277♂, K278♂, K279♀ | Unknown |
| FP161 | May 2010 | SBCNP | Pine/palmetto | 3 | K300♂, K301♀, K302♀ | Unknown |
| FP161 | Apr 2012 | SBCNP-Turner River | Pine/Palmetto | 4 | K357♂, K358♂, K359♂, K360♀ | Unknown |
| FP161 | Dec 2012 | SBCNP-Turner River | Pine/palmetto | 2 | K383♂, K384♀ | Unknown |
| FP162 | May 2008 | SBCNP-Turner River | Hardwood hammock | 2 | K268♀, K269♂ (both dead) | FP138 |
| FP162 | Apr 2009 | SBCNP | Hardwood hammock | 1 | K280♀ | Unknown |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID | DEN DATE | LOCATION[a] | HABITAT | MIN NUMBER OF KITTENS AT DEN | KITTENS HANDLED | PURPORTED FIELD SIRE |
|---|---|---|---|---|---|---|
| FP162 | Mar 2010 | SBCNP | Hardwood hammock | 3 | K294♂, K295♀, K296♀ | FP133 |
| FP162 | Apr 2011 | SBCNP | Palmetto | 4 | K322♀, K323♂, K324♀, K325♂ | Unknown |
| FP162 | Jun 2012 | SBCNP | Palmetto | 2 | K367♂, K368♀ | FP187 |
| FP162 | Apr 2014 | SBCNP | Hardwood hammock | 3 | K413♂, K414♀, K415♂ | Unknown |
| FP162 | Aug 2014 | BCNP-Turner River | Palmetto | 3 | K429♂, K430♂, K431♀ | Unknown |
| FP168 | Jul 2009 | CREW-Flint Pen | Pine/palmetto/fern | 2 | K283♂, K284♂ | Unknown |
| FP170 | Jul 2009 | PSSF | Cabbage Palm/shrub | 3 | K285♂, K286♂, K287♀ | Unknown |
| FP172 | Feb 2010 | NBCNP- Addition Lands | Palmetto | 3 | K288♂, K289♂, K290♂ | Unknown |
| FP175 | Aug 2010 | NBCNP, Bear Island | Pine/palmetto | 2 | K310♀, K311♀ | Unknown |
| FP175 | Jan 2011 | NBCNP, Bear Island | Palmetto/pine scrub | 2 | K319♂, K320♀ | Unknown |
| FP175 | Jul 2012 | NBCNP, Bear Island | Hardwood hammock | 3 | K373♀, K374♂, K375♂ | Unknown |
| FP178 | Jun 2010 | NBCNP, Bear Island | Pine/palmetto | 2 | K305♂, K306♂ | Unknown |
| FP178 | Jan 2011 | NBCNP, Bear Island | Palmetto/oak scrub | 2 | K317♂, K318♂ | Unknown |
| FP178 | Jul 2012 | NBCNP, Bear Island | Pine/palmetto | 3 | K369♀, K370♀, K371♀ | Unknown |
| FP178 | Mar 2014 | Bear Island, south of E Hinson | Pine/palmetto | 2 | K409♀, K410♂ | Unknown |
| FP180 | Mar 2011[f] | SBCNP | Unknown | 2 | den not visited | Unknown |
| FP180 | Aug 2012 | SBCNP-Deep Lake Unit | Hardwood/fern | 3 | K376♂, K377♂, K378♂ | Unknown |
| FP180 | Sep 2015 | SBCNP-Deep Lake Unit | Saw Palmetto | 2 | K448♀, K449♂ | Unknown |
| FP180 | May 2016 | SBCNP-Deep Lake Unit | Palmetto | 3 | K459♀, K460♀, K461♀ | Unknown |
| FP182 | Apr 2011 | SBCNP | Hardwood scrub | 4 | K330♀, K331♂, K332♀, K333♂ | Unknown |
| FP184 | Apr 2011 | NBCNP, Addition Lands | Saw Palmetto | 4 | K326♂, K327♂, K328♀, K329♀ | Unknown |
| FP185 | Mar 2016 | Immokalee Ranch | Palmetto | 3 | K454♀, K455♀, K456♀ | Unknown |
| FP188 | May 2011 | Troyer Bros., Lee County | Cypress/ferns | 3 | K334♀, K335♂, K336♂ | Unknown |
| FP190 | May 2012 | SBCNP-Raccoon Point | Oak Palmetto | 3 | K361♀, K362♂, K363♀ | Unknown |
| FP191 | Mar 2012 | SBCNP- Turner River | Pine Island | 1 | K353♂ | Unknown |
| FP191 | Jul 2012 | SBCNP- Turner River | Pine Island | 1 | K372♀ | FP187 |
| FP192 | Apr 2012 | SBCNP-Corn Dance Unit | Hardwood/Fern | 3 | K354♂, K355♂, K356♂ | Unknown |
| FP192 | Feb 2013 | SBCNP-Corn Dance Unit | Pine-Hardwood | 2 | K387♂, K388♂ | Unknown |
| FP192 | Mar 2015 | SBCNP-Corn Dance Unit | Pine/palmetto | 2 | K441♂, K442♂ | Unknown |
| FP195 | Mar 2012 | PSSF | Pine/palmetto | 1 | K352♂ | Unknown |
| FP195 | Jan 2014 | FPNWR | Sawgrass | 1 | UCFP205♂ | Unknown |
| FP195 | Sep 2014[g] | SE Golden Gate Estates | Hardwood hammock | 2 | den not visited | Unknown |
| FP195 | Apr 2016 | PSSF | Pine cabbage/fern | 1 | K462♂ | Unknown |
| FP198 | Oct 2012 | Corkscrew Water Treat Plant | Cogan grass | 4 | K379♂, K380♂, K381♂, K382♀ | FP197 |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID | DEN DATE | LOCATIONª | HABITAT | MIN NUMBER OF KITTENS AT DEN | KITTENS HANDLED | PURPORTED FIELD SIRE |
|---|---|---|---|---|---|---|
| FP198 | Dec 2013 | LCPA Mitigation Land | Palmetto | 3 | K403♀, K404♂, K405♀ | FP159 |
| FP198 | Oct 2015 | FL Rock, N of LCPA | Palmetto, Grapevine | 2 | K450♀, K451♂ | Unknown |
| FP199 | Sep 2013 | NBCNP - Addlands | Hardwood/fern | 2 | K401♀, K402♂ | Unknown |
| FP199 | Jun 2015 | NBCNP- Addlands | Hardwood/fern | 2 | K446♂, K447♂ | Unknown |
| FP199 | Apr 2017 | NBCNP-Addlands | Hardwood/fern | 3 | K471♀, K472♀, K473♂ | Unknown |
| FP213 | Jun 2012 | OSSF- 4 Sections | Palmetto | 3 | K364♀, K365♀, K366♂ | Unknown |
| FP213 | Sep 2013 | OSSF- 4 Section | Hardwood hammock | 2 | K399♀, K400♂ | Unknown |
| FP213 | Apr 2014 | Alico Ranch south of Keri Rd. | Sawgrass | 3 | K418♀, K419♂, K420♀ | Unknown |
| FP214 | Mar 2016 | SBCNP-Turner River | Palmetto | 2 | K452♂, K453♂ | Unknown |
| FP214 | Dec 2016 | SBCNP-Turner River | Palmetto | 2 | K466♂, K467♂ | Unknown |
| FP215 | Mar 2013 | Barron Collier | Pine/palmetto | 2 | K392♀, K393♀ | Unknown |
| FP215 | Mar 2014 | Barron Collier | Shrub/brush | 2 | K411♂,K412♀ | Unknown |
| FP217 | Apr 2014 | OSSF- 4 Section | Pine/palmetto | 2 | K416♀, K417♂ | Unknown |
| FP218 | May 2013 | Alico North of Keri Rd | Palmetto | 4 | K394♂, K395♂, K396♀ , K397♀ | Unknown |
| FP219 | Jun 2013 | FSPSP | Maple Fern | 1 | K398♀ | Unknown |
| FP219 | Sep 2014 | Naples National Golf Course | Pine/palmetto | 3 | K432♀, K433♀, K434♀ | Unknown |
| FP220 | Mar 2014 | SBCNP-Turner River | Palmetto | 3 | K406♀, K407♂, K408♀ | Unknown |
| FP220 | Jun 2017 | SBCNP-Turner River | Palmetto | 4 | K477♂, K478♀, K479♂, K480♀ | Unknown |
| FP220 | Feb 2018 | SBCNP-Turner River | Pine/palmetto | 3 | K485♀, K486♂, K487♀ | Unknown |
| FP221 | May 2014 | SBCNP-Turner River | Palmetto | 2 | K424♂, K425♀ | Unknown |
| FP221 | Mar 2016 | SBCNP-Turner River | Palmetto | 2 | K457♂, K458♂ | Unknown |
| FP222 | Jun 2014 | Barron Collier | Palmetto | 3 | K426♂, K427♀, K428♀ | Unknown |
| FP224 | Feb 2015 | North Belle Meade | Pine/palmetto | 4 | K437♂, K438♂, K439♀, K440♂ | Unknown |
| FP224 | Oct 2016 | North Belle Meade | Pine/palmetto | 3 | K463♂, K464♀, K465♀ | Unknown |
| FP224 | Jun 2017 | North Belle Meade | Pine/palmetto | 3 | FP251♂, K475♀, FP252♂ | Unknown |
| FP224 | Aug 2018 | North Belle Meade | Pine/palmetto | 3 | K491♂, K492♀, K493♂ | Unknown |
| FP224 | Feb 2020 | North Belle Meade | Pine/palmetto | 3 | K507♂, K508♀, K509♂ | Unknown |
| FP224 | Jan 2021 | North Belle Meade | Fern | 3 | K516♀, K517♂, K518♂ | Unknown |
| FP226 | Oct 2014 | NBCNP- Addlands | Fern/palmetto | 2 | K435♀, K436♂ | FP177 |
| FP229 | May 2014 | NBCNP- Addlands | Sawgrass | 3 | K421♂, K422♂, K423♀ | Unknown |
| FP239 | Jul 2017 | SBCNP-Turner River | Pine/palmetto | 2 | K481♀, K482♂ | Unknown |
| FP239 | Feb 2019 | SBCNP-Turner River | Pine/palmetto | 2 | K494♀, K495♀ | Unknown |
| FP240 | Jun 2015 | SBCNP-Turner River | Palmetto | 3 | K443♀, K444♂, K445♂ | FP187 |
| FP246 | Jun 2018 | Immokalee Ranch | Palmetto | 3 | K488♀, K489♂, K490♂ | Unknown |

FWC Florida Panther Annual Report 2022-2023

| PANTHER ID | DEN DATE | LOCATION[a] | HABITAT | MIN NUMBER OF KITTENS AT DEN | KITTENS HANDLED | PURPORTED FIELD SIRE |
|---|---|---|---|---|---|---|
| FP246 | Mar 2019 | Immokalee Ranch | Palmetto | 2 | K496♀, K497♂ | Unknown |
| FP246 | Sep 2020 | Immokalee Ranch | Palmetto | 2 | K514♂, K515♂ | Unknown |
| FP247 | Apr 2017 | Immokalee Ranch | Agr/exotic grass | 3 | K468♀, K469♂, K470♂ | Unknown |
| FP247 | Oct 2017 | Immokalee Ranch | Palmetto | 2 | K483♀, K484♂ | Unknown |
| FP247 | Aug 2019 | Immokalee Ranch | Palmetto | 2 | K500♀, K501♂ | Unknown |
| FP247 | Feb 2020 | Immokalee Ranch | Hardwood Hammock | 2 | K505♂, K506♀ | Unknown |
| FP256 | Jul 2019 | Trafford Oaks Road | Fern | 2 | K498♂, K499♂ | Unknown |
| FP257 | Oct 2019 | Wild Turkey Preserve | Palmetto | 2 | K502♂, K503♂, K504♀ | Unknown |
| FP262 | Mar 2022 | Naples National Golf Course | Mixed Swamp | 3 | K519♀, K520♀, K521♂ | Unknown |
| Uncollared[h] | May 2020 | Mills Ranch | Pine/palmetto | 4 | K510♀, K511♂, K512♂, K513♂ | Unknown |
| TX101 | Sep 1995 | BCSIR | Pine/palmetto | 2 | FP73♀, FP79♂ | Unknown |
| TX101 | Dec 1996 | BCSIR | Palmetto/oak | 2 | FP65♂, FP66♀ | FP45 |
| TX105 | Aug 1996 | EVER - Long Pine Key | Tropical hardwood | 1 | K34♀ | FP16 |
| TX105 | Jul 1999 | EVER - Long Pine Key | Brazilian pepper | 1 | FP94F1♀ den not visited | FP16 |
| TX106 | Nov 1995 | S Golden Gate Estates | Cypress/mixed | 1 | K23♀ | FP51 |
| TX106 | Feb 1998 | N Golden Gate Estates | Vines/cabbage | 1 | K47♂ | FP54, FP59 |
| TX106 | Jun 1999 | PSSF | Cabbage | 2 | K62♀, FP83♀ | FP54 |
| TX106 | Mar 2001 | FPNWR | Pine/palmetto | 2 | K92♀, FP181♂ | FP60 |
| TX107 | Apr 1997 | SBCNP - N of Oasis | Pine/palmetto | 2 | FP70♀, FP71♀ | Unknown |
| TX107 | Feb 1999 | SBCNP - N of Buckskin Prairie | Pine/palmetto | 3 | FP191♀, K57♂, FP93♀ | FP79 |
| TX108 | Jun 1996 | EVER - Long Pine Key | Tropical hardwood | 1 | FP61♀ den not visited | FP16 |
| TX108 | Jan 1998 | EVER - Long Pine Key | Tropical hardwood | 2 | FP95♀, K46♂ | FP16 |

[a]BCNP = Big Cypress National Preserve; BCSIR = Big Cypress Seminole Indian Reservation; CREW = Corkscrew Regional Ecosystem Watershed; CSSP = Collier-Seminole State Park; EVER = Everglades National Park; FPNWR = Florida Panther National Wildlife Refuge; FSPSP = Fakahatchee Strand Preserve State Park; LCPA = Lee County Port Authority Mitigation Area; NBCNP = Big Cypress National Preserve north of Interstate 75; OSSF = Okaloacoochee Slough State Forest; PSSF = Picayune Strand State Forest/Wildlife Management Area; SBCNP = Big Cypress National Preserve south of Interstate 75.

[b]FP40 had lost her collar when her kitten FP60 was captured at 6 months of age on 6 March 1996. Den is assumed to have dated to September 1995.

[c]FP73 was marked as a kitten then captured with her 15month old kitten FP74 on 12 November 1998. Den is assumed to have dated to August 1997.

[d]FP113 den in April 2009 was not documented by FWC during routine monitoring. A 4-month-old kitten was photographed with FP113 on 28 July 2009 via trail camera on FPNWR.

[e]FP158 den in April 2010 was visited by FWC, but kittens were not sampled or marked. This litter subsequently failed with the death of FP158 on 22 May 2010.

[f]FP180 den in March 2011 was not documented by BCNP staff. A visual was obtained of FP180 with two 4-month-old kittens on 8 July 2011 during routine aerial telemetry monitoring.

[g]FP195 den in September 2014 was not documented by FWC after repeated attempts at locating the site. Video of FP195 with two kittens crossing under I75 from FPNWR verified litter in June 2015.

[h] K510-513 were opportunistically discovered on private land and reported to FWC. The dam is unknown.

FWC Florida Panther Annual Report 2022-2023

**Appendix IV. Florida panther and Texas puma mortalities, injuries, and removals to captivity sorted by year through 30 June 2023. Data collected by FWC and BCNP. Ages are estimated unless panthers were handled as kittens at natal dens. Age values are in years unless noted otherwise.**

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|------|-----------|-----|-----|-------------|-------|
| Circa 1940s | UCFP01 | U | Unknown | Immokalee, Collier Co. | Preserved skin, skull and bones |
| Circa 1954 | UCFP47 | U | Unknown | Rocky Lake, Hendry Co. | Taxidermy pelt from hunted specimen |
| 13 Feb 1972 | UCFP28 | M | 2 to 3 | SR 25 S of Moore Haven | Vehicle |
| 8 Mar 1978 | UCFP02 | M | 2 to 3 | L-28, Dade Co. | Illegally shot |
| 1 Feb 1979 | UCFP03 | M | unknown | US 41, Gannet Strand | Unknown |
| 23 Dec 1979 | UCFP04-(G80-4) | F | 1.5 to 2.5 | SR 29 just N SR 84 (now I-75) | Vehicle |
| 7 Feb 1980 | UCFP05-(G80-15) | F | 1.5 to 2.5 | SR 29 near Sunniland | Vehicle |
| 19 Apr 1981 | UCFP06-(G81-19) | F | 2 to 3 | SR 29 near Copeland | Vehicle |
| 16 Apr 1982 | FP06 | M | 6 to 7 | SBCNP | Trauma-Unknown |
| 17 Jan 1983 | FP03 | F | 9+ | FSSP | Capture |
| 18 Mar 1983 | UCFP09-(G83-22) | M | 2 to 3 | US 27 Palmdale | Vehicle |
| 22 May 1983 | UCFP10 | F | adult | L-8 canal near Canal Point, Palm Beach Co. | Illegally shot |
| 18 Nov 1983 | FP05 | F | 8 to 9 | Fakahatchee Conservation Club (now FPNWR) | Unknown |
| 1 Dec 1983 | UCFP08 | M | 3 to 6 | BCSIR | Illegally shot |
| 14 Dec 1983 | FP01 | M | 12 to 14 | SR 84 (now I-75) | Vehicle |
| 28 Nov 1984 | FP02 | M | 14+ | FSSP | Intraspecific aggression |
| 30 Oct 1984 | UCFP11 | F | 2 to 3 | Corbett WMA, Palm Bch. Co. (Elmer Brooker) | Illegally shot |
| 2 Nov 1984 | BIG GUY (FP200) | M | 2 to 4 | US 41 near Turner River | Vehicle - injured |
| 12 Nov 1984 | UCFP12-(G84-26) | F | 8 to 10 | SR 84 (now I-75) | Vehicle |
| 8 Jan 1985 | UCFP13-(G85-BNZ) | F | 1.5 to 2 | SR 84 (now I-75) | Vehicle |
| 23 Mar 1985 | UCFP14 | F | 2 to 3 | Collier Seminole State Park, Collier Co. | Illegally shot (skeleton) |
| 18 Apr 1985 | FP04 | M | 12+ | SR 84 (now I-75) | Vehicle |
| 12 May 1985 | NONE | F | UNK | CR 951, 2 miles N of US 41 | Vehicle - injured |
| 26 Oct 1985 | FP07 | M | 10 | SR 29, 4 miles S of SR 84 (now I-75) | Vehicle |
| 1 Jan 1986 | FP09 | F | 3 to 4 | Golden Gate Estates, S of SR 84 (now I-75) | Illegally shot (not fatal) |
| 15 Nov 1986 | UCFP15 | F | 4 to 5 | SR 84 (now I-75) | Vehicle |
| 27 Jan 1987 | FP10 | M | 16 to 20 mo. | Mud Lake Strand, now FPNWR | Intraspecific aggression - by adult male panther |
| 17 Jun 1987 | FP20 | M | 3 to 4 | CR 858 .8 miles E of SR 29 | Vehicle - injured |
| 14 Dec 1987 | FP13 | M | 6 to 8 | SR 29 Sunniland | Vehicle |
| 19 Dec 1987 | UCFP17 | M | 3 | Crane Swamp, Farmton WMA, Volusia Co. | Unknown (skeletal remains) |
| 10 Jun 1988 | FP15 | F | 7 to 8 | EVER | Instraspecific aggression |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|------|-----------|-----|-----|----------|-------|
| 23 Jul 1988 | FP21 | F | 2.5 | 1 mile E of US1 on Palm Drive | Vehicle - injured |
| 20 Aug 1988 | FP08 | F | 13 to 15 | Gainesville | Liver failure (old age) |
| 22 Aug 1988 | FP24 | M | 3 to 5 | Glades Co. near Palmdale | Unknown |
| 24 Aug 1988 | FP20 | M | 4 to 5 | Bear Island | Congenital heart defect |
| 26 Aug 1988 | FP25 | M | 4 to 5 | FPNWR | Intraspecific aggression - bacterial infection |
| 29 Nov 1988 | FP28 | M | 1.5 to 2 | Near Daniels Road, RSW Airport | Vehicle - injured |
| 25 Jan 1989 | UCFP18 | M | 3 | CR 850, 1.5 miles S of SR 82 | Vehicle |
| 23 Jul 1989 | FP27 | M | 3 to 4 | EVER | Unknown |
| 25 Nov 1989 | FP33 | M | 3 | 2 mi. NW of Hendry Prison | Rabies |
| 24 Jan 1990 | FP35 | M | 10 mo. | Gainesville | Capture-related abandonment (infection) |
| 29 Jan 1990 | FP30 | M | 22 mo. | FSSP | Intraspecific aggression- killed by FP37 |
| 18 Jun 1990 | UCFP19 | M | 10 mo. | CR 835, 1 mile E of CR 833 | Vehicle |
| 18 Jun 1990 | FP39 | M | 3 to 4 | EVER | Pyothorax |
| 23 Jul 1990 | FP17 | M | 9 | NBCNP, near Tangerine Camp | Unknown |
| 26 Sep 1990 | FP41 | F | 2 | W of BCSIR, Hendry Co. | Intraspecific aggression- killed by FP28 |
| 3 Oct 1990 | FP18 | F | 9 | S of CR 846 near Rocky Lake, Hendry Co. | Intraspecific aggression- killed by FP28 |
| 26 Nov 1990 | FP37 | M | 4 to 5 | SR 29, 0.5 miles N of I-75 | Vehicle |
| 4 Feb 1991 | UCFP20 | F | 9 mo. | SR 29, at Pistol Pond | Vehicle |
| 20 Jun 1991 | FP14 | F | 10 to 11 | EVER | Unknown-suspect renal failure |
| 20 Jul 1991 | FP22 | F | 5 | EVER | Infection |
| 1 Nov 1991 | FP43 | M | 2 | BCSIR, Hendry Co. | Intraspecific aggression - killed by FP26 |
| 7 Apr 1992 | NONE | M | Unknown | Alico Road, Lee Co. | Vehicle - injured |
| 27 May 1992 | FP29 | M | 4 | Hendry Co., Gum Swamp | Pseudorabies |
| 25 Sep 1992 | FP28 | M | 5.5 | BCSIR, Hendry Co. | Intraspecific aggression - possibly killed by FP26 |
| 9 Nov 1992 | UCFP21 | F | 7 mo. | SR 29, Sunniland | Vehicle |
| 19 Feb 1993 | FP47 | M | 18 mo. | FSSP | Intraspecific aggression - killed by FP51 |
| 26 Feb 1993 | FP53 | M | 11 mo. | Private lands N of FPNWR | Intraspecific aggression-killed, eaten by uncollared male |
| 6 Jul 1993 | FP44 | M | 2.5 | SBCNP, Raccoon Pt. | Intraspecific aggression-killed by FP42 |
| 9 Aug 1993 | UCFP22 | M | 2 to 3 | Daniels Rd, 1 mile E of I-75 | Vehicle |
| 15 Nov 1993 | FP34 | M | 5 | SE Hendry Co. near L28 W feeder canal | Bacterial infection from lacerated esophagus |
| 6 Dec 1993 | FP50 | M | 2.5 | CR 846, 5 miles E of Immokalee | Vehicle |
| 28 Feb 1994 | UCFP23 | M | 8 mo. | County Line Road, 3 miles N of CR 858 | Vehicle |
| 3 Mar 1994 | FP31 | F | 12 to 14 | SR 29 Sunniland | Vehicle |
| 8 Jul 1994 | FP26 | M | 11 to 12 | 4 mi. E. Hendry Prison | Intraspecific aggression- killed by FP46, punctured skull |
| 4 Aug 1994 | FP38 | F | 9 | Conservation Area 3A | Pleuritis related to chest puncture |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATIONᵃ | CAUSE |
|---|---|---|---|---|---|
| 8 Nov 1994 | FP12 | M | 13 to 14 | Private lands, Hendry County | Intraspecific aggression - infected bite wounds by FP46 |
| 14 Jan 1995 | FP52 | F | 3.3 | CR 846 near Dupree Road | Vehicle |
| 22 Jun 1995 | FP42 | M | 6 | SBCNP | Unknown |
| 21 Sep 1995 | TX102 | F | 4 | CR 833, just N of CR 835 | Vehicle |
| 18 Mar 1996 | UCFP24 | F | 1.5 to 2 wks. | FPNWR | Unknown (dehydrated) |
| 24 Apr 1996 | UCFP29 | M | 3 to 5 | CR 832, 5.5 miles E of SR 29 | Vehicle |
| 2 May 1996 | UCFP30 | F | 1 | US 41, Turner River | Vehicle |
| 30 Mar 1997 | FP58 | M | 3 | Sadie Cypress - Collier Co. | Intraspecific aggression-septicemia from bite wounds |
| 13 Jul 1997 | UCFP31 | U | UNK | CR 846, 1.5 miles W of CR 858 | Vehicle |
| 2 Dec 1997 | FP19 | F | 11.5 | FPNWR | Ruptured aorta |
| 26 Dec 1997 | FP21 | F | 11 to 12 | White Oak | Euthanasia |
| 2 Feb 1998 | FP40 | F | 10 | NBCNP | Intraspecific aggression, infected bite wounds |
| 14 Feb 1998 | FP64 | M | 1.5 | SR 29, at clearcut, FPNWR | Vehicle - injured |
| 18 Apr 1998 | TX104 | F | 6 to 7 | S of Sabal Palm Road in citrus grove | Illegally shot |
| 13 Jun 1998 | UCFP25 | F | 2 | CR 846, 3 miles E of CR 858 | Vehicle |
| 17 Jul 1998 | FP51 | M | 9 | SR 29, Bear Island Grade | Vehicle |
| 2 Aug 1998 | FP45 | M | 7.5 | BCSIR, Hendry Co. | Intraspecific aggression |
| 17 Sep 1998 | UCFP26 | M | 3 to 5 | US 41 | Vehicle |
| 10 Oct 1998 | FP36 | F | 14+ | NBCNP, E of L28 interceptor canal | Unknown (likely natural) |
| 23 Dec 1998 | FP72 | M | 3 to 4 | BCSIR, Hendry Co. | Intraspecific aggression- killed by uncollared male |
| 3 Feb 1999 | FP46 | M | 9 to 9.5 | Private land S. CR 846, Hendry Co. | Intraspecific aggression |
| 26 Mar 1999 | FP64 | M | 2.5 | Audubon's Corkscrew Sanctuary | Intraspecific aggression- killed by uncollared male |
| 8 Jul 1999 | UCFP27 | F | 2 | Farm Road E of Hendry Prison | Vehicle |
| 19 Aug 1999 | TX103 | F | UNK | SBCNP, Lostman's Pines 1 mile N of EVER boundary | Unknown |
| 8 Sep 1999 | FP74 | M | 2.5 | US 27, near Venus | Vehicle |
| 29 Oct 1999 | UCFP33 | M | 11 mo. | CR 833, 2 miles N of BCSIR | Vehicle |
| 13 Nov 1999 | FP76 | M | 2.5 to 3 | FSSP, 1.9 miles W of SR 29 off of Lancaster Grade | Intraspecific aggression-killed by FP54 |
| 3 Jan 2000 | FP16 | M | 14 | EVER, NE boundary | Unknown |
| 15 Jan 2000 | FP63 | M | 5 | SR 29, N of Pistol Pond | Vehicle-drowning |
| 10 Feb 2000 | FP80 | F | 4 to 5 | W Boundary Road, BCSIR | Vehicle |
| 28 Feb 2000 | K76 | M | 3 mo. | CR 858, 1 mile W of SR 29 | Vehicle |
| 1 Mar 2000 | FP68 | M | 5 to 7 | NBCNP, W of Tangerine tram | Intraspecific aggression-probable |
| 23 Mar 2000 | UCFP34 | M | 1.5 to 2 | CR 846, 2 miles E of Collier/Hendry line | Vehicle |
| 29 Mar 2000 | TX101 | F | UNK | BCSIR, near game pen | Unknown |
| 20 Apr 2000 | FP84 | M | 14 mo. | FEC, 5 miles W of US 27 | Unknown |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|---|---|---|---|---|---|
| 23 Jun 2000 | UCFP35 | M | 1.5 to 2 | CR 846, 2 miles E of Immokalee | Vehicle |
| 13 Aug 2000 | UCFP36 | F | 1.7 | CR 846, near big powerline | Vehicle |
| 10 Nov 2000 | FP89 | M | 3.5 | BCNP, 2 miles NW of Mud Lake | Intraspecific aggression - killed by FP79 |
| 1 Dec 2000 | FP23 | F | 14 | BCNP, 2 miles E of Turkey Foot | Unknown |
| 29 Dec 2000 | UCFP37 | F | 5 | CR 846, 4.5 miles E of SR 29 | Vehicle |
| 18 Jan 2001 | TX107 | F | 8 to 9 | SBCNP, near Eleven Mile Rd. | Unknown |
| 27 Feb 2001 | FP11 | F | 19 to 20 | Private land, 200yds. S of CR846, 1 mile E of Dupree Rd. | Intraspecific aggression |
| 14 Apr 2001 | UCFP38 | F | 2 | CR 833, 1 mile N of BCSIR, Hendry Co. | Vehicle |
| 26 Apr 2001 | FP90 | M | 1.9 | US 27, 2.5 miles N of Terrytown | Vehicle |
| 7 May 2001 | UCFP39 | F | 10 mo. | SR 29, 1/2 mile N of Jerome | Vehicle |
| 7 May 2001 | UCFP40 | M | 10 mo. | SR 29, 1/2 mile N of Jerome | Vehicle |
| 22 May 2001 | UCFP41 | M | 2 to 3 | SR 29, Sunniland, near mine entrance | Vehicle |
| 14 Jun 2001 | UCFP42 | F | 3 to 4 | CR 846, 1 mile E of big powerline | Vehicle |
| 17 Aug 2001 | UCFP43 | M | 2 to 3 | CR 846, 1 mile E of big powerline | Vehicle |
| 1 Sep 2001 | FP92 | M | 2.2 | CREW, N Flint Pen Strand | Intraspecific aggression |
| 2 Dec 2001 | FP97 | M | 2 | Private land, E of Gopher Ridge Grove, N of Immokalee | Intraspecific aggression |
| 3 Jan 2002 | FP49 | F | 12 | BCNP Addition Lands | Intraspecific aggression- killed by uncollared male |
| 15 Jan 2002 | FP96 | M | 1.75 | Private land, Hogan Island, Collier Co. | Intraspecific aggression |
| 16 Jan 2002 | FP105 | F | 7 | FPNWR, SW corner of clearcut | Unknown |
| 5 Apr 2002 | UCFP45 | M | 3 | US 27, 3.4 miles N of Palmdale, Glades Co. | Vehicle |
| 10 Apr 2002 | UCFP46 | M | 6 mo. | SR 29, 1/2 mile N of Deep Lake, Collier Co. | Vehicle |
| 1 Jul 2002 | FP98 | M | 4 to 5 | SR 29, 1 km N of Pistol Pond | Vehicle |
| 5 Sep 2002 | FP111 | M | 9 to 10 | OSSF, N of CR 832 | Intraspecific aggression |
| 11 Sep 2002 | FP112 | F | 4 | BCNP - Bear Island | Intraspecific aggression |
| 12 Sep 2002 | FP32 | F | 15 | FPNWR - Rock Island | Malnutrition (old-age) |
| 16 Oct 2002 | FP78 | F | 6 | FPNWR - Fire Tower | Intraspecific aggression |
| 10 Nov 2002 | UCFP48 | F | 8 to 9 mo. | CR 846, 5 miles E of Immokalee | Vehicle |
| 16 Nov 2002 | FP108 | M | 22 mo. | SBCNP, Raccoon Point | Pseudorabies |
| 25 Nov 2002 | UCFP49 (K98) | F | 19 mo. | CR 846, 3 miles E of Immokalee | Vehicle |
| 28 Nov 2002 | FP99 | M | 33 mo. | CR 846, 1/4 mile N of Collier fairgrounds | Vehicle |
| 15 Jan 2003 | FP67 | F | 5.5 | Private land, Gum Slough, Hendry Co. | Intraspecific aggression-killed by FP65 |
| 26 Jan 2003 | UCFP50 (K33) | M | 3 to 4 | CR 846, 3.4 miles E of Everglades Blvd. | Vehicle |
| 20 Feb 2003 | FP106 | F | 3 | SR 29, entrance to Sunniland Mine | Vehicle |
| 22 Feb 2003 | FP109 | M | 10+ | OSSF, N of CR 832 | Intraspecific aggression |
| 10 Mar 2003 | UCFP51 | M | 1.5 to 2.0 | I-4, 0.25 miles E of I-75, near Tampa | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|------|-----------|-----|-----|------------|-------|
| 20 Mar 2003 | UCFP52 | M | 2 to 3 | CR 833, 2 miles S of CR 832, Hendry Co. | Vehicle |
| 4 Apr 2003 | FP118 | F | 1 | BCSIR - Game Pen | Pseudorabies |
| 10 May 2003 | FP82 | F | 6 | OSSF | Intraspecific aggression |
| 17 May 2003 | FP115 | F | 4 to 5 | OSSF, Sick Island | FeLV |
| 25 May 2003 | UCFP53 | F | 2 to 3 | SR 29, 1.4 miles N of CR 858, Collier Co. | Vehicle |
| 3 Jun 2003 | UCFP54 | M | 8 to 10 mo. | SR 29, 1.7 miles N of CR 858, Collier Co. | Vehicle |
| 13 Jun 2003 | UCFP55 | M | 1 to 1.5 | BCSIR Safari Pen | Pseudorabies-probable |
| 14 Jun 2003 | UCFP56 | M | 1 to 1.5 | BCSIR Safari Pen | Pseudorabies-probable |
| 16 Jun 2003 | UCFP57 | F | 4 to 6 | BCSIR Safari Pen | Pseudorabies |
| 19 Jun 2003 | FP87 | F | 4 | SBCNP - 7 miles NNE of Oasis | Intraspecific aggression |
| 28 Jun 2003 | FP73 | F | 7.8 | BCSIR - Game Pen | Pseudorabies |
| 30 Jun 2003 | UCFP58 | F | 1 | CR 846, 3/4 miles E of Everglades Blvd. | Vehicle |
| 12 Jul 2003 | FP77 | F | 6 | BCSIR- Game Pen | Pseudorabies |
| 17 Oct 2003 | FP114 | M | 1.5 | FPNWR, S of Oil Pad Rd. | Intraspecific aggression |
| 2 Nov 2003 | UCFP59 | M | 3 to 4 mo. | CR 858, 1.2 miles W of SR 29 | Vehicle |
| 7 Nov 2003 | FP86 | F | 4.5 | University of Florida, Vet School, Gainesville | Euthanasia |
| 9 Dec 2003 | UCFP60 | M | 2 to 3 | US 41, 1 mile E of CR 92 | Vehicle |
| 12 Dec 2003 | FP91 | F | 4.5 | BCNP, Turner River Unit | Intraspecific aggression |
| 25 Dec 2003 | UCFP61 | F | 2 to 3 | CR 833, 1.7 miles N of CR 846 intersection | Vehicle |
| 11 Jan 2004 | UCFP62 | F | 7 to 8 mo. | US 41, near 40 Mile Bend | Vehicle |
| 13 Feb 2004 | FP122 | F | 2 to 3 | OSSF, NW Wild Cow Island | FeLV |
| 26 Feb 2004 | UCFP63 | M | 3.5 | I-75, 99 mm, Eastbound lane | Vehicle |
| 1 Mar 2004 | FP85 | M | 5 | EVER | Unknown |
| 3 Mar 2004 | UCFP64 | U | unknown | SR66, 0.75 miles W OF SR 635 | Vehicle - injured |
| 15 Mar 2004 | FP123 | M | 3.5 | OSSF | Intraspecific aggression |
| 6 Apr 2004 | UCFP65 | M | 2 | SR 29, 200 yds. N of Bear Island Grade | Vehicle |
| 27 Jun 2004 | UCFP66 | M | 3 | I-75, 93 mm, 0.5 miles W of Everglades Blvd. | Vehicle |
| 7 Jul 2004 | FP55 | F | 11.5 | BCNP | Intraspecific aggression |
| 11 Jul 2004 | FP120 | F | 4 | US 41, 750 m W of Turner River Road | Vehicle - injured |
| 22 Jul 2004 | FP132 | M | 3 to 3.5 | OSSF | FeLV |
| 28 Jul 2004 | FP117 | M | 27 mo. | OSSF | Pseudorabies |
| 2 Aug 2004 | K156 | M | 6 mo. | US 41, Turner River | Vehicle |
| 17 Aug 2004 | K94 | M | 3.3 | I-75, near 98 mm, Eastbound lane | Vehicle |
| 2 Sep 2004 | UCFP67 | F | < 7 days | FPNWR - Ridge Road | Unknown |
| 30 Sep 2004 | UCFP68 | F | 3 to 6 | SBCNP - N of Oasis Ranger Station | Unknown |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|---|---|---|---|---|---|
| 25 Oct 2004 | UCFP69 | F | 2 | SR 29 2.5 miles N of CR 858 | Vehicle |
| 22 Nov 2004 | FP59 | M | 9.4 | Private property, just E of Ford Test Track, Collier Co. | Intraspecific aggression |
| 1 Dec 2004 | UCFP70 | F | 1 | SR 29, Owl Hammock Curve | Vehicle |
| 6 Dec 2004 | K128 | M | 2.5 | CR 832, 1 mile E of RR grade | Vehicle |
| 1 Jan 2005 | FP126 | M | 1.6 | Private property, 1/2 mile S of CR 846, Sadie Cypress | Intraspecific aggression |
| 4 Feb 2005 | UCFP71 | M | 2 to 3 | US 41, just E of 11 Mile Road | Vehicle |
| 25 Feb 2005 | UCFP72 | M | 2 | SR 29, near Jerome | Vehicle |
| 7 Apr 2005 | UCFP73 | M | 7 mo. | CR 951, S of Rattlesnake Hammock Road | Vehicle |
| 7 May 2005 | FP120 | F | 5 | US 41, near Turner River | Vehicle |
| 4 Jun 2005 | UCFP74 | M | 3 | I-95, St. John's/Flagler Co. line | Vehicle |
| 14 Jun 2005 | FP136 | F | 4 | SBCNP, 2 miles NE of Burns Lake | Spinal trauma |
| 19 Jun 2005 | UCFP75 | M | 2 | SR 29, Owl Hammock Curve | Vehicle |
| 29 Aug 2005 | K153 | M | 2.1 | CR951, 1.2 miles S of Davis Blvd. | Vehicle |
| 12 Sep 2005 | FP69 | F | 8.3 | NBCNP - Addition Lands | Unknown |
| 18 Sep 2005 | UCFP76 | M | 1 | US 41, 1.4 miles E of CR 951 | Vehicle |
| 2 Dec 2005 | K49 | F | 7.8 | SR 29,1 mile N of Wagon Wheel Road | Vehicle |
| 14 Jan 2006 | FP70 | F | 8.6 | US 41, near Turner River | Vehicle |
| 15 Jan 2006 | UCFP77 | F | 2 to 3 | BCSIR, W of Swamp Safari | Intraspecific aggression |
| 25 Jan 2006 | UCFP78 | M | 9 mo. | CR 846, 1 mile W of CR 858 | Vehicle |
| 26 Jan 2006 | UCFP79 | F | 2 | CR 846, 2 miles N of CR 858 - near Collier fairgrounds | Vehicle |
| 2 Feb 2006 | UCFP80 | F | 2 | Card Sound Road, Dade Co. | Vehicle |
| 27 Feb 2006 | UCFP81 | M | 2 | I-75, between exits 137-138, Lee Co. | Vehicle |
| 27 Feb 2006 | UCFP82 | U | unknown | Private property, 0.2 miles W of SR 29 Hendry Co. | Unknown  (skeletal remains) |
| 9 Mar 2006 | FP104 | M | 5.5 | SBCNP | Unknown |
| 11 Mar 2006 | UCFP83 | M | 3 | CREW, 1 mile S of Corkscrew Rd., Flint Pen Strand | Intraspecific aggression |
| 22 Mar 2006 | FP129 | F | 5 | SBCNP | Unknown |
| 6 Apr 2006 | K203 | M | 1 mo. | BCSIR | Unknown |
| 14 Apr 2006 | UCFP84 | M | 3 to 4 | I-4, SW of Orlando | Vehicle |
| 5 Jun 2006 | UCFP85 | M | 3 to 4 | CR 832, 3 miles E of OSSF SF | Vehicle |
| 6 Jul 2006 | UCFP86 | U | unknown | SR 29, 0.6 miles S of Sunniland | Vehicle - carcass not found (gator?) |
| 24 Aug 2006 | UCFP87 | M | 3 | Corkscrew Rd. near Alico, Lee Co. | Vehicle |
| 27 Oct 2006 | FP135 | M | 3.5 | Private property, N of FPNWR | Intraspecific aggression/euthanized at UF Vet School |
| 23 Oct 2006 | FP48 | F | 15 | Sunniland, Collier Co. | Unknown |
| 26 Nov 2006 | UCFP88 | F | 2 | US 41, between Manatee Rd and CR951 | Vehicle |
| 12 Dec 2006 | UCFP89 | M | 3 to 5 | County Line Road, Collier/Hendry | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|------|-----------|-----|-----|----------|-------|
| 10 Jan 2007 | FP116 | F | 4.5 | Williams Ranch, Hendry Co. | Intraspecific aggression |
| 24 Jan 2007 | UCFP90 | F | 4 to 6 mo. | CR 832, 1mile W of Forestry tower | Vehicle |
| 25 Jan 2007 | FP100 | M | 10 | Miccosukee Reservation, N of I-75 | Unknown |
| 29 Jan 2007 | FP134 | M | 5.5 | NBCNP, W of L-28, S of pipeline | Intraspecific aggression |
| 9 Mar 2007 | UCFP91 | M | 5 mo. | CR 832, W of Keri tower, OSSF | Vehicle |
| 21 Mar 2007 | FP130 | M | 4 | I-4, near Osceola/Orange County line | Vehicle |
| 29 Mar 2007 | UCFP92 | M | 1.5 | US 41, 1.2 miles W of SR 29 | Vehicle |
| 30 Mar 2007 | UCFP93 | M | 2 | I-75, 0.5 miles N Corkscrew Road, Lee Co. | Vehicle |
| 3 Apr 2007 | UCFP94 | M | 2 to 3 | I-75, 2 miles E of toll booth 98mm, Collier Co. | Vehicle |
| 18 Apr 2007 | UCFP95 | M | 2 to 3 | Walk-in-Water road, Polk Co. | Vehicle |
| 27 Apr 2007 | K249 | F | 10 to 12 days | FPNWR, Unit12 | Septicemia |
| 3 May 2007 | K247 | F | 16 to 18 days | FPNWR, Unit12 | Complications related to dermatophytosis |
| 3 May 2007 | K248 | M | 16 to 18 days | FPNWR, Unit12 | Unknown |
| 9 May 2007 | UCFP96 | F | 3 | US1, 1/2 mile S of Card Sound Rd., Dade Co. | Vehicle |
| 14 May 2007 | UCFP97 | F | 4 to 5 | Corkscrew Road, near Alico, Lee Co. | Vehicle |
| 11 Jun 2007 | UCFP98 | M | 20 to 24 mo. | SR 29, at Jerome wildlife crossing | Vehicle |
| 14 Jun 2007 | UCFP99 | M | 12 to 15 mo. | SR 82, 0.7 miles W of Sunshine Blvd | Vehicle |
| 23 Jun 2007 | UCFP100 | M | 2 to 3 | SR 29, 3 miles S of Immokalee | Vehicle |
| 23 Jun 2007 | K199 | F | 20 mo. | CR 832, 0.6 miles W of Forestry tower | Vehicle |
| 26 Jun 2007 | UCFP101 | M | 4 | US 41, 1 mile E of Krome Ave | Vehicle |
| 2 Aug 2007 | FP103 | F | 7 | SBCNP | Intraspecific aggression |
| 3 Aug 2007 | K255 | F | 4 wks. | SBCNP | Abandoned. CAPTIVITY Zoo Tampa |
| 27 Aug 2007 | K259 | M | 3 wks. | SBCNP | Suspected black bear predation at den |
| 27 Aug 2007 | K260 | U | 3 wks. | SBCNP | Suspected black bear predation at den |
| 12 Sep 2007 | UCFP102 | M | 2 | I-75, 1.5 miles E of SR 29 | Vehicle |
| 27 Sep 2007 | FP128 | F | 7.5 | BCSIR, game pen | Unknown |
| 9 Mar 2008 | UCFP103 | M | 2 to 3 | Pine Ridge Road, halfway between CR951, Logan | Vehicle |
| 14 Mar 2008 | FP127 | M | 5 | NBCNP | Intraspecific aggression |
| 12 Apr 2008 | UCFP104 | F | 1 to 2 | SR 29, 2.6 km N of US 41 | Vehicle |
| 9 Apr 2008 | FP157 | M | 3 | CREW | Intraspecific aggression |
| 16 Apr 2008 | FP131 | M | 9 | Horse Trial grounds, N of CR 858, W of SR 29 | Pneumonia |
| 23 Apr 2008 | UCFP105 | F | 5 to 6 | FSSP, 0.24 miles W of Janes Scenic, N side of Mud Tram | Unknown or Accidental |
| 4 May 2008 | UCFP106 | M | 2 | Leonard Boulevard, Lehigh Acres, Lee Co. | Vehicle |
| 12 May 2008 | FP138 | M | 7 | SBCNP, 5.5 km N of Monument Lake Campground | Unknown |
| 22 May 2008 | UCFP107 | F | 2 to 3 | CR 951, 2.4 km S of US 41 on CR951, crossed E to W | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|------|-----------|-----|-----|-------------|-------|
| 23 May 2008 | K268 | F | 2 wks. | SBCNP | Consumed (possible intraspecific aggression) |
| 23 May 2008 | K269 | M | 2 wks. | SBCNP | Consumed (possible intraspecific aggression) |
| 30 Jun 2008 | FP164 | M | 2.5 | NBCNP | Unknown |
| 28 Jul 2008 | UCFP108 | F | 3 to 4 | CR 846, 1.7 mile E of Oil Grade Rd | Vehicle |
| 6 Aug 2008 | FP107 | F | 8 | FPNWR | Unknown |
| 15 Sep 2008 | FP155 | M | 3 | Lee-Hendry Landfill, Hendry Co. | Unknown |
| 15 Sep 2008 | UCFP109 | M | 8 | Private Property (J. Ivey), 2 miles E of Corkscrew Sanctuary | Unknown |
| 29 Sep 2008 | UCFP110 | F | 2 to 3 mo. | EVER | Vehicle |
| 22 Oct 2008 | FP152 | M | 5 to 6 | SBCNP | Intraspecific aggression |
| 24 Oct 2008 | UCFP111 | F | 6 to 8 mo. | SR 29, 2.4km N of Oil Well Road | Vehicle |
| 4 Nov 2008 | UCFP112 | M | 3 | SR 80, E of CR 833 | Vehicle |
| 16 Nov 2008 | UCFP123 | M | 3 to 4 | Troup County, 15km West of LaGrange, Georgia | Shot |
| 26 Nov 2008 | UCFP113 | M | 4 to 5 | Alico Road, Lee Co. | Vehicle |
| 28 Nov 2008 | UCFP114 | F | 4 | CR 858, 1 mile E of Camp Keais Rd | Vehicle |
| 11 Jan 2009 | UCFP115 | M | 4 | CR 832, E of OSSF | Vehicle |
| 17 Jan 2009 | K253 | M | 18 mo. | I-75, eastbound exit ramp for SR 29 | Vehicle |
| 20 Jan 2009 | UCFP116 | F | 4 to 5 | SR 29, 3 miles S of Immokalee | Vehicle |
| 2 Feb 2009 | UCFP117 | M | 3 | BCSIR | Intraspecific aggression |
| 25 Mar 2009 | UCFP118 | M | 1.5 | Treeline Ave, Lee Co. | Vehicle |
| 9 Apr 2009 | UCFP119 | F | 2 to 3 | US 41, Turner River | Vehicle |
| 21 Apr 2009 | UCFP120 | F | 2 | Big Cypress Mitigation Bank | Illegally Shot |
| 14 May 2009 | UCFP121 | M | 2 | SR 29, ~4 miles S of I-75 | Vehicle |
| 25 May 2009 | UCFP122 | M | 2 | CR 846, near Camp Keais Rd | Vehicle |
| 12 Jun 2009 | FP140 | F | 7 | FPNWR, SE of Hog Pond | Intraspecific aggression |
| 28 Jul 2009 | FP204 | F | 19 | White Oak (captive) | Euthanasia |
| 5 Aug 2009 | UCFP124 | M | 1.5 | I-75, 90mm | Vehicle |
| 6 Sep 2009 | UCFP125 | F | 2 | I-75, 96.5mm | Vehicle |
| 15 Sep 2009 | UCFP126 | M | 2 | E of Ave Maria, Ranch 1 Orange Gr. | Vehicle |
| 5 Oct 2009 | FP166 | M | 5 to 6 | BCSIR, N. of Safari Pen | Intraspecific aggression |
| 9 Oct 2009 | UCFP127 | F | 3 to 4 | Turner River, 600m S of US 41 | Unknown |
| 10 Oct 2009 | UCFP128 | F | 3 | North Belle Meade | Illegally shot |
| 19 Oct 2009 | UCFP129 | M | 3 to 4 mo. | CR 846, 2 miles E of Immokalee | Vehicle |
| 21 Oct 2009 | UCFP130 | F | 3 to 4 | CR 846, 2 miles E of Immokalee | Vehicle |
| 1 Nov 2009 | UCFP131 | F | 3 to 4 mo. | CR 833, N boundary of BCSIR | Vehicle |
| 19 Nov 2009 | UCFP132 | M | 3 to 4 | FL Turnpike, S of Yeehaw Junction | Vehicle (decapitated posthumously) |
| 17 Dec 2009 | UCFP133 | M | 3 to 4 | I-75, 1/2 miles W Snake Road | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATIONª | CAUSE |
|------|-----------|-----|-----|-----------|-------|
| 23 Dec 2009 | UCFP134 | M | 3 | Corkscrew Road, near CREW Gate 5 | Vehicle |
| 29 Dec 2009 | UCFP135 | F | 4 | SR 29, 2 miles N of Jerome | Vehicle |
| 31 Dec 2009 | UCFP136 | F | 3 to 4 mo. | County Barn Rd, 0.3 miles S of Davis Blvd | Vehicle |
| 16 Jan 2010 | UCFP137 | M | 2.5 | I mile S Corkscrew Rd, near Bella Terra | Intraspecific aggression |
| 29 Jan 2010 | UCFP138 | M | 6 to 8 | N of Shell Island Rd, Rookery Bay | Unknown (skeletal remains) |
| 12 Mar 2010 | UCFP139 | F | 3 | Corkscrew Rd, CREW Marsh Trailhead 1 | Vehicle |
| 16 Mar 2010 | FP174 | M | 4 to 5 | I-75, 95mm, eastbound | Vehicle |
| 22 Mar 2010 | FP172 | F | 5 | NBCNP | Intraspecific aggression |
| 15 Apr 2010 | UCFP140 | M | 1.5 to 2 | I-75, mm 117, Lee Co. | Vehicle |
| 29 Apr 2010 | UCFP141 | F | 6 mo. | Church Road, near Hendry Co landfill | Vehicle |
| 4 May 2010 | UCFP142 | F | 8 mo. | Golden Gate Blvd., between 5th and 7th St NW | Vehicle |
| 21 May 2010 | FP169 | M | 5 to 6 | US 41, 4km W of Monroe Station | Vehicle |
| 22 May 2010 | FP158 | F | 5 | US 41, 1km E of SR92 | Vehicle |
| 23 May 2010 | UCFP143 | M | 7 to 8 mo. | US 41, 2.2km E of CR951 | Vehicle |
| 31 May 2010 | UCFP144 | M | 12 to 14 mo. | CR 833, 0.66km N of intersect with CR 832 | Vehicle |
| 21 Jun 2010 | FP144 | M | 6 | NBCNP | Intraspecific aggression |
| 24 Jun 2010 | UCFP145 | M | 16 to 18 mo. | SR 29, 3.7km S of Farm Workers Village | Vehicle |
| 3 Aug 2010 | UCFP146 | F | 3 to 4 | SR 29, 1 mile S of Owl Hammock, Collier Co. | Vehicle |
| 1 Oct 2010 | UCFP147 | F | 3 | US 41, 1.7 miles E of Monroe Station | Vehicle |
| 15 Oct 2010 | FP168 | F | 8 | CREW, Flint Pen Strand | Intraspecific aggression |
| 25 Oct 2010 | FP102 | F | 12 8mo. | SBCNP | Intraspecific aggression |
| 17 Nov 2010 | FP176 | M | 4 to 5 | CR 832, OSSF | Vehicle |
| 12 Dec 2010 | UCFP148 | M | 2 to 3 | US 27, 0.5 miles E of SR 80, Hendry Co. | Vehicle |
| 13 Dec 2010 | UCFP149 | M | 1.5 | Golden Gate Blvd., 7th ST NW, Collier Co. | Vehicle |
| 19 Dec 2010 | UCFP150 | M | 8 to 9 mo. | CR 846, 1.5 miles S of CR 833 | Vehicle |
| 22 Dec 2010 | FP173 | M | 5 | Lee County Port Authority Mitigation Land | Pseudorabies |
| 23 Dec 2010 | UCFP151 | F | 10 to 18 mo. | Private property, Collier Co. | Intraspecific aggression |
| 5 Jan 2011 | FP141 | M | 8.5 | Private property, Hendry Co. | Unknown |
| 7 Jan 2011 | K284 | M | 1.5 | SR 29, S of Sears Rd., Hendry Co. | Vehicle |
| 13 Jan 2011 | UCFP152 | F | 3 | I-75, 98mm, eastbound, Collier Co. | Vehicle |
| 21 Jan 2011 | UCFP153 | M | 8 mo. | I-75, 98mm, westbound, Collier Co. | Vehicle |
| 21 Jan 2011 | UCFP154 | M | 8 mo. | Orange grove N of Sears Rd, Hendry Co. | Intraspecific aggression |
| 23 Feb 2011 | UCFP155 | F | 4 | Golden Gate Estates | Illegally Shot |
| 26 Feb 2011 | UCFP156 | M | 3 to 4 | I-75, near 114mm, Collier Co. | Vehicle |
| 2 Mar 2011 | FP170 | F | 4.5 | PSSF, Swan Lake Prairie, Collier Co. | Intraspecific aggression |
| 15 Mar 2011 | UCFP157 | F | >3 | SBCNP | Unknown (skeletal remains) |
| 17 Mar 2011 | UCFP158 | M | Adult | Seminole Co. | Illegally Shot |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|---|---|---|---|---|---|
| 25 Mar 2011 | UCFP159 | F | 4 to 5 | SR 29, near Farmworkers Village | Vehicle (survived gunshot to head) |
| 25 Mar 2011 | FP83 | F | 11 10 mo. | US 41, W of Port of the Islands, Collier Co. | Vehicle |
| 30 Apr 2011 | UCFP160 | M | 12 to 14 mo. | US 41, between 40 and 50 mile bend, Miami-Dade Co. | Vehicle |
| 3 May 2011 | K322 | F | 5 wks. | SBCNP, Collier Co. | Wildfire |
| 3 May 2011 | K323 | M | 5 wks. | SBCNP, Collier Co. | Wildfire |
| 3 May 2011 | K324 | M | 5 wks. | SBCNP, Collier Co. | Wildfire |
| 3 May 2011 | K325 | M | 5 wks. | SBCNP, Collier Co. | Wildfire |
| 1 Jun 2011 | FP186 | M | 11.5 mo. | CREW, Bird Rookery Swamp, Collier Co. | Intraspecific aggression |
| 6 Jul 2011 | UCFP161 | M | 7 to 9 | Silver Strand Grove, N of Immokalee, Collier Co. | Intraspecific aggression |
| 11 Jul 2011 | UCFP162 | M | 1 to 1.5 | SR 29, Owl Hammock Curve, Collier Co. | Vehicle |
| 29 Jul 2011 | FP156 | M | 6 | PSSF, Belle Meade, Collier Co. | Pseudorabies |
| 3 Sep 2011 | UCFP163 | M | 3 to 4 | Palmer Ranch, Hendry Co. | Unknown |
| 14 Sep 2011 | FP188 | F | 3.5 | Private Land, Collier Co. | Unknown |
| 19 Sep 2011 | UCFP164 | F | 3 to 4 | SR 29, Owl Hammock Curve, Collier Co. | Vehicle |
| 30 Oct 2011 | UCFP165 | F | 3 to 4 | SR 29, Collier-Hendry line | Vehicle |
| 2 Jan 2012 | UCFP166 | M | 4 to 5 | SR 82, 3.8km W of SR 29, Collier Co. | Vehicle |
| 5 Jan 2012 | FP189 | M | 3.5 | Tomato field S of Oil Well Rd, Collier Co. | Intraspecific aggression |
| 7 Jan 2012 | UCFP167 | F | 4 | US 41, 0.5km W of Manatee Rd, Collier Co. | Vehicle |
| 13 Jan 2012 | FP194 | M | 20 mo. | SBCNP, Collier Co. | Intraspecific aggression |
| 6 Feb 2012 | UCFP168 | M | 5 | US 41, 0.4km E of Bass Rd, Collier Co. | Vehicle |
| 23 Feb 2012 | K351 | M | 12 days | SBCNP, Collier Co. | Malnutrition |
| 27 Feb 2012 | FP133 | M | 12 | FSSP, Collier Co. | Intraspecific aggression |
| 13 Mar 2012 | TX106 | F | 21 | White Oak Conservation Center, (in captivity) | Age related- cancer |
| 31 Mar 2012 | UCFP190 | U | U | US 41, W of Trail Lakes Campground; Ducati panther | Vehicle- injured |
| 7 Apr 2012 | UCFP169 | M | 9 wks. | Orange grove N of Church Rd., Hendry Co. | Vehicle |
| 16 Apr 2012 | UCFP170 | M | 3 to 4 | Alico Rd, 0.1 km W of Airport Haul Rd, Lee Co. | Vehicle |
| 18 May 2012 | FP212 | M | 3 | 2 km NW of CR 846 and County Line Rd intersection | Intraspecific aggression |
| 21 May 2012 | FP211 | M | 2 | Orange grove 8.7km SE of prison, Hendry Co. | Intraspecific aggression |
| 23 May 2012 | UCFP171 | M | 1.5 to 2 | SR80, 23km E of I-75, Lee Co. | Vehicle |
| 26 May 2012 | UCFP172 | M | 4 mo. | Found injured on SR82, E of Church Rd., Lee Co. | Vehicle - rescued but died in captivity |
| 19 Jun 2012 | UCFP173 | F | 7 mo. | CR 846, 2.4 km E of Oil Well Grade Rd, Collier Co. | Vehicle |
| 18 Jul 2012 | FP197 | M | 4.5 | Port Authority Mitigation Land, Lee Co. | Unknown |
| 28 Aug 2012 | UCFP174 | M | 10 mo. | Private property, N of CR 832, E of OSSF, Hendry Co. | Intraspecific aggression |
| 31 Aug 2012 | FP79 | M | 17 | Captivity, F1 panther originally radiocollared in BCNP | Euthanasia- cancer |
| 6 Oct 2012 | FP196 | F | 2.5 | US 41, 1.4km E of San Marco Rd, Collier Co. | Vehicle |
| 8 Oct 2012 | UCFP175 | M | 12 to 14 mo. | SR 29, 2.7km N of US 41, Collier Co. | Vehicle |
| 9 Oct 2012 | UCFP176 | F | 3 mo. | Immokalee Rd, 2 miles N of fairgrounds, Collier Co. | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATIONª | CAUSE |
|------|-----------|-----|-----|-----------|-------|
| 4 Nov 2012 | UCFP177 | F | 4 mo. | 18th Ave NE, Golden Gate Estates, Collier Co. | Vehicle |
| 14 Nov 2012 | UCFP178 | F | 1 | SR 29, 1.5 miles S of I-75, Collier Co. | Vehicle |
| 19 Nov 2012 | UCFP179 | M | 3 | SR 29, Owl Hammock Curve, Collier Co. | Vehicle |
| 19 Nov 2012 | UCFP180 | M | 4 to 5 | US 41, 0.5 miles W of Manatee Road, Collier Co. | Vehicle |
| 26 Nov 2012 | UCFP181 | F | 2 to 3 mo. | Immokalee Rd, 3.6 miles N of Oil Well Rd, Collier Co. | Vehicle |
| 9 Dec 2012 | UCFP182 | M | 3 | SR 528, Orange Co. | Vehicle |
| 11 Dec 2012 | FP182 | F | 3.8 | US 41, near Turner River canoe launch, Collier Co. | Vehicle |
| 28 Dec 2012 | UCFP183 | U | unknown | CR 835, 0.21km S of Dooley Grade Rd, Hendry Co. | Vehicle |
| 1 Jan 2013 | UCFP184 | F | 7 mo. | CR 833, 2 miles E CR 846, Hendry Co. | Vehicle |
| 3 Jan 2013 | UCFP185 | M | 10 mo. | SR 29, 600 ft. S Oil Well Rd, Collier Co. | Vehicle |
| 26 Jan 2013 | UCFP186 | M | 2 to 4 | Sadie Cypress, 2 miles S 846, Collier Co. | Intraspecific aggression |
| 31 Jan 2013 | UCFP187 | F | 4 mo. | CR835, Hendry Co. | Vehicle |
| 1 Feb 2013 | UCFP188 | M | 2 to 3 | OSSF, S of Dove Field Rd, Hendry Co. | Unknown |
| 20 Feb 2013 | UCFP189 | F | 5 to 6 mo. | Everglades Blvd S, Golden Gate Estates, Collier Co. | Vehicle |
| 16 Mar 2013 | UCFP191 | M | 2 to 3 | SR 80, just E of Labelle, Hendry Co. | Vehicle |
| 26 Apr 2013 | FP184 | F | 5 to 6 | NBCNP, Collier Co. | Intraspecific aggression |
| 28 Apr 2013 | UCFP192 | F | 10 | CR 846, 2.3 miles W of County Line Road, Collier Co. | Vehicle |
| 13 May 2013 | FP224 | F | 9 mo. | 12 Street NE, Golden Gate Estates, Collier Co. | Vehicle-injured |
| 31 May 2013 | UCFP193 | M | 2 | US 192, E of Triple N WMA, Osceola Co. | Vehicle |
| 29 Jun 2013 | UCFP194 | M | 2-3 | Orange River Rd, 1.2km E of Staley Rd, Lee Co. | Vehicle |
| 8 Jul 2013 | UCFP195 | M | 2 to 3 | CR 846, 7.9km E of County Line Rd, Hendry Co. | Vehicle |
| 15 Jul 2013 | UCFP196 | M | 2 to 3 | I-75, 96.5mm, Collier Co. | Vehicle |
| 7 Aug 2013 | UCFP197 | F | 16 mo. | US41, 2.4km W of Oasis, Collier Co. | Vehicle |
| 19 Aug 2013 | UCFP198 | F | 3 | I-75, 93 MM on Miller Canal Bridge, Collier Co. | Vehicle |
| 20 Sep 2013 | UCFP199 | M | 4 | CR951, Collier Co. | Vehicle |
| 12 Nov 2013 | UCFP200 | M | 2-3 | Treeline Ave. N of Daniels Pkwy., Lee Co. | Vehicle |
| 2 Dec 2013 | UCFP201 | M | 1 | Northbound I75 W of Faka Union MM92, Collier Co. | Vehicle |
| 7 Dec 2013 | K368 | F | 1.5 | Big Cypress National Preserve, Collier Co. | Illegally Shot |
| 11 Dec 2013 | UCFP202 | U | 9 mo. | FL Panther National Wildlife Refuge, Collier Co. | Intraspecific aggression |
| 2 Jan 2014 | UCFP203 | M | 2-3 | I-75 near MM 111, Collier Co. | Vehicle |
| 4 Jan 2014 | FP223 | M | 2.7 | Private Land, Hendry Co. | Pneumonia |
| 22 Jan 2014 | UCFP204 | M | 1.5 | SR 29, Owl Hammock Curve, Collier Co. | Vehicle |
| 23 Jan 2014 | UCFP205 | M | 7 days | **Yuma**- FPNWR, Collier Co. | Hypothermic – CAPTIVITY HOMOSASSA SPRINGS |
| 24 Jan 2014 | FP175 | F | 6.5 | BCNP Addition Lands, Collier Co. | Peritonitis |
| 1 Mar 2014 | UCFP206 | M | 3 | SR80, Lee/Hendry Co line | Vehicle |
| 8 Mar 2014 | UCFP207 | M | 1.5 | CR 833, Hendry Co. | Vehicle |
| 17 Mar 2014 | FP228 | M | 4 | Everglades/Francis Taylor WMA, Broward Co. | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|------|-----------|-----|-----|-------------|-------|
| 29 Mar 2014 | UCFP208 | U | 2 | Concho Billy Trail, SBCNP | Intraspecific aggression |
| 3 Apr 2014 | UCFP209 | M | 3 to 5 | CR 833, just S of CR 832, Hendry Co. | Vehicle |
| 8 Apr 2014 | UCFP210 | M | 2 to 3 | CR 846, 6 miles E of Immokalee, Collier Co. | Vehicle |
| 11 Apr 2014 | UCFP211 | U | 8 to 10 mo. | Belle Meade, PSSF, Collier Co. | Intraspecific aggression |
| 14 Apr 2014 | UCFP212 | M | 4 to 5 | US27, N of Lake Placid, Highlands Co. | Vehicle |
| 14 Apr 2014 | FP232 | M | 3 | East Broadway Street, Ft. Meade, Polk Co. | Vehicle - injured |
| 25 Apr 2014 | FP163 | M | 7.2 | Co Line Rd, Collier/Hendry Co. Line | Vehicle |
| 25 Apr 2014 | FP231 | M | 2 | Golden Gate Blvd, just W of Everglades, Collier Co | Vehicle - injured |
| 1 May 2014 | UCFP213 | F | 3 | I-75 near MM 134, Lee Co. | Vehicle |
| 16 May 2014 | UCFP214 | M | 14 mo. | Oil Well Rd, E of Pacific Grade, Collier Co. | Vehicle |
| 12 Jun 2014 | K390/UCFP215 | F | 1-2 | US41, SE of Collier Seminole SP, Collier Co. | Vehicle |
| 25 Jun 2014 | UCFP216 | F | 1 | Corkscrew Rd, near CREW gate 5, Lee/Collier Co. line | Vehicle |
| 1 Jul 2014 | TX105 | F | 22 | White Oak Conservation Center, (died in captivity) | Age related- Renal failure |
| 16 Jul 2014 | FP177 | M | 7 | BCNP - North Addition Lands, Collier Co. | Intraspecific aggression |
| 4 Aug 2014 | FP231 | M | 2.5yrs | Golden Gate Estates, Collier Co. | Unknown |
| 6 Aug 2014 | UCFP217 | F | 2 | CR833, between CR 832 and SR 80, Hendry Co. | Vehicle |
| 24 Aug 2014 | UCFP218 | F | 4 mo. | Immokalee Rd/Wildwood Blvd, Collier Co. | Vehicle |
| 24 Aug 2014 | UCFP219 | M | 4 mo. | Immokalee Rd/Krape Rd, Collier Co. | Vehicle |
| 2 Sep 2014 | UCFP220 | F | 3 to 4 | CR833, N of BCSIR, Hendry Co. | Vehicle |
| 3 Sep 2014 | FP66 | F | 17 | Homosassa Springs Wildlife Park (died in captivity) | Age related |
| 11 Oct 2014 | UCFP221 | M | 2 | Uno - Found blinded by shotgun on CR 846, Collier Co. | CAPTIVITY - NAPLES ZOO |
| 20 Oct 2014 | UCFP222 | M | 3 | Florida's Turnpike, MM 192, Yeehaw Junction, Osceola Co. | Vehicle |
| 13 Nov 2014 | UCFP223 | F | 3-4 | County Line Road, just S of CR846, Collier Co. | Vehicle |
| 14 Nov 2014 | FP229 | F | 4-5 | Northern Addition Lands, BCNP, Collier Co. | Unknown |
| 21 Nov 2014 | K434 | F | 11 wks. | Parker's Hammock Road, Collier Co. | Separated from dam, CAPTIVITY – MIAMI ZOO |
| 28 Nov 2014 | UCFP224 | M | 6 mo. | Golden Gate Blvd/6th St NE, Collier Co. | Vehicle |
| 18 Dec 2014 | UCFP225 | M | 4 | Flaghole Road, 8km S of US27, Hendry Co. | Vehicle |
| 18 Dec 2014 | UCFP226 | M | 3 | Collier Blvd, 2.4km S of US41, Collier Co. | Vehicle |
| 19 Dec 2014 | UCFP227 | M | 2 | US41, MM 57, 3.8 km W of Oasis, Collier Co. | Vehicle |
| 28 Dec 2014 | UCFP228 | M | 2 | Golden Gate Blvd/10th St NE, Collier Co. | Vehicle |
| 30 Dec 2014 | UCFP229 | F | 2.5 | 16th ST SE, Golden Gate Estates, Collier Co. | Vehicle |
| 31 Dec 2014 | FP213 | F | 5.5 | Dinner Island Ranch WMA, Hendry Co. | Intraspecific aggression |
| 16 Jan 2015 | UCFP230 | F | 1.5 | I-75 1/2 mile E of toll booth, Collier Co. | Vehicle |
| 20 Jan 2015 | UCFP231 | F | 1.5 | Immokalee Rd, 250m S of Bethune RD, Collier Co | Vehicle |
| 24 Jan 2015 | UCFP232 | M | 4 | MM132, I75, Lee Co. | Vehicle |
| 25 Jan 2015 | UCFP233 | M | 5-6 | MM95, I75, Collier Co. | Vehicle |
| 29 Jan 2015 | UCFP234 | U | U | Corkscrew Swamp Sanctuary, Collier Co. (skeletal) | Unknown (skeletal remains) |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATIONª | CAUSE |
|------|-----------|-----|-----|-----------|-------|
| 6 Feb 2015 | UCFP235 | U | 10 mo. | Golden Gate Estates, Collier Co. | Unknown |
| 13 Feb 2015 | FP191 | F | 16 | Big Cypress National Preserve, Collier Co. | Unknown |
| 15 Feb 2015 | UCFP236 | M | 1 | CR846, 1/2 mi S of CR833 intersection, Hendry Co. | Vehicle |
| 25 Feb 2015 | FP183 | M | 9 | SR29, 2.75 mi S of I-75, Collier Co. | Vehicle |
| 7 Mar 2015 | K402 | M | 1.5 | I-75, 0.5 miles S of Exit 123, Corkscrew Road, Lee Co. | Vehicle |
| 8 Mar 2015 | UCFP237 | M | 2.5 | CR951, 300 m N of Port au Prince Rd, Collier Co. | Vehicle |
| 20 Mar 2015 | FP148 | F | 11.5 | Picayune Strand State Forest, Collier Co. | Intraspecific aggression |
| 22 Mar 2015 | UCFP238 | M | 5 | Immokalee Road, 3.4km W of Camp Keais Rd., Collier Co. | Illegally Shot |
| 30 Mar 2015 | FP237 | M | 1 | Audubon's Corkscrew Swamp Sanctuary, Collier Co. | Intraspecific aggression |
| 3 Apr 2015 | UCFP239 | M | 3 to 4 | I-75, 1.1 miles E of toll booth, Collier Co. | Vehicle |
| 13 Apr 2015 | UCFP240 | F | 1 | SR29, 1.3 mi N. of CR858, Collier Co. | Vehicle |
| 27 Apr 2015 | FP159 | M | 12 to 13 | Private land, 2 miles N of Corkscrew Rd., Lee Co. | Unknown |
| 30 Apr 2015 | UCFP241 | M | 2 to 3 | I-75, 0.5 miles S of Exit 123, Corkscrew Road, Lee Co. | Vehicle |
| 19 May 2015 | UCFP242 | F | 3 | CR833, 1/4 mi south of CR832, Hendry Co. | Vehicle |
| 11 Jun 2015 | UCFP243 | M | 4 | US 41, BCNP, Collier Co. | Vehicle |
| 16 Jun 2015 | FP153 | F | 14 | BCNP, Collier Co. | Unknown |
| 5 Jul 2015 | UCFP244 | M | 1.5 | Immokalee Rd., 0.4 mi south of Wild Turkey Dr., Collier Co. | Vehicle |
| 8 Jul 2015 | UCFP245 | M | 10 to 11 mo. | Daniels Pkwy, 1 mi SW of SR82, Lee Co. | Vehicle |
| 1 Jul 2015 | UCFP246 | U | 2 wks. | Lee County Port Authority Mitigation Land, Lee Co. | Unknown |
| 13 Jul 2015 | UCFP247 | M | 2 to 3 | SR80, 5 mi west of LaBelle, Hendry Co. | Vehicle |
| 30 Jul 2015 | UCFP248 | F | 4 to 5 mo. | Golden Gate Blvd, Collier Co. | Vehicle |
| 9 Aug 2015 | FP240 | F | 2.7 | Deep Lake Unit of Big Cypress NP, Collier Co. | Intraspecific aggression |
| 18 Sep 2015 | FP219 | F | 4.3 | I-75, just west of exit 101, Collier Co. | Vehicle |
| 22 Sep 2015 | UCFP249 | M | 4 mo. | CR858. 1/4 mi west of County Line Rd, Collier Co. | Vehicle |
| 28 Sep 2015 | UCFP250 | M | 3 to 4 | US41, just west of Trail Lakes Campground, Collier Co. | Vehicle |
| 30 Sep 2015 | K432 | F | 13 mo. | I-75, MM102, Collier Co. | Vehicle |
| 8 Oct 2015 | UCFP251 | F | 3 | US 41, west of CR 92, Collier Co. | Vehicle |
| 23 Oct 2015 | FP222 | F | 10.5 | I75, MM90, Collier Co. | Vehicle |
| 31 Oct 2015 | UCFP252 | M | 4 mo. | CSSP near boat ramp, Collier. Co. | Emaciation due to orphaning |
| 2 Nov 2015 | UCFP253 | F | 4 mo. | CSSP campground, Collier. Co. | Orphaned, CAPTIVITY – PALM BEACH ZOO |
| 23 Nov 2015 | UCFP254 | M | 8 to 10 mo. | CR846, just W Everglades Blvd., Collier Co. | Vehicle |
| 25 Nov 2015 | K387 | M | 2.8 | SR29 between Pollywog Rd and SR78, Glades Co. | Vehicle |
| 2 Dec 2015 | FP93 | F | 16.8 | Turner River Unit, BCNP, Collier Co. | Unknown (skeletal remains) |
| 8 Dec 2015 | UCFP255 | F | 1 | CR832, Hendry Co. | Vehicle |
| 15 Dec 2015 | UCFP256 | F | 2.5 | Corkscrew Road, Collier Co. | Vehicle |
| 16 Dec 2015 | UCFP257 | M | 6 | CR835, 2.5 km S of Dooley Grade Rd, Hendry Co. | Vehicle |
| 21 Dec 2015 | UCFP258 | M | 1 | SR29, Owl Hammock Curve, Collier Co. | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATIONª | CAUSE |
|------|------------|-----|-----|-----------|-------|
| 30 Dec 2015 | UCFP259 | F | 7 mo. | CR832, 3 mi west of CR833, Hendry Co. | Vehicle |
| 3 Jan 2016 | UCFP260 | M | 6 mo. | 18th Ave SE, W of Desoto, Collier Co. | Unknown |
| 18 Jan 2016 | UCFP261 | M | 3 mo. | Sakata Farms off SR82, Lee Co. | Orphaned. CAPTIVITY – HOMOSASSA SPRINGS |
| 20 Jan 2016 | UCFP262 | F | 7 to 9 mo. | Daniel's Parkway, 1/2 mile east of Treeline Avenue, Lee Co. | Vehicle |
| 21 Jan 2016 | UCFP263 | M | 2 to 3 | Florida Tnpk, S of Ft. Drum Service Plaza, Okeechobee Co. | Vehicle |
| 30 Jan 2016 | UCFP264 | F | 4 | SR82, 1.4 km west of Church Rd, Hendry Co. | Vehicle |
| 2 Feb 2016 | UCFP265 | M | 2 to 3 | I75, 2 km north of Daniel's Parkway, Lee Co. | Vehicle |
| 12 Feb 2016 | UCFP266 | F | 1.5 to 2 | SR82, near Sparta Avenue, Lee Co. | Vehicle |
| 15 Feb 2016 | UCFP267 | U | 5 to 6 mo. | SR82, just E of Hendry Co line, Collier Co. | Vehicle |
| 17 Feb 2016 | UCFP268 | M | 4 | SR 82, 1.25 miles E of Corkscrew Road, Collier Co. | Vehicle |
| 18 Feb 2016 | UCFP269 | U | 2 | Private Property S of CR864, W of CR951, Collier Co. | Unknown |
| 5 Mar 2016 | UCFP270 | U | 2 to 4 | NBCNP, Addition Lands Unit, west of L28I, Collier Co. | Intraspecific aggression |
| 10 Mar 2016 | UCFP271 | M | 3 | Polk Parkway (SR570) west of Lakeland, Polk Co. | Vehicle |
| 25 Mar 2016 | UCFP272 | M | 14 to 16 mo. | Golden Gate Blvd., 0.3 miles east of CR951, Collier Co. | Vehicle |
| 1 Apr 2016 | UCFP273 | U | 1 | I-75, near MM96 bordering Belle Meade, Collier Co. | Vehicle |
| 6 Apr 2016 | UCFP274 | M | 3 | I-75, near Luckett Rd Exit, MM138, Lee Co. | Vehicle |
| 6 Apr 2016 | UCFP275 | M | 3 | Immokalee Rd, 4km east of CR951, Collier Co. | Vehicle |
| 9 Apr 2016 | UCFP276 | M | 4-5 | I-75, 0.6 mi south of Bonita Beach Rd, Lee Co. | Vehicle |
| 10 Apr 2016 | UCFP277 | M | 5 to 6 mo. | Golden Gate Blvd, just east of 22nd St NE, Collier Co. | Vehicle |
| 15 Apr 2016 | UCFP278 | M | 16 to 18 mo. | Randall Blvd, 110 m east of 16th St. NE, Collier Co. | Vehicle |
| 26 Apr 2016 | UCFP279 | F | 3 to 4 | I-75, southbound at 122 MM, Lee Co. | Vehicle |
| 26 Apr 2016 | UCFP280 | M | 1 | CR833, 735m north of junction with CR835, Hendry Co. | Vehicle |
| 28 Apr 2016 | UCFP281 | M | 4 | OSSF, 3.5 mi N of Keri Rd, Twin Mills Grade, Hendry Co. | Intraspecific aggression |
| 3 May 2016 | UCFP282 | M | 2 to 3 | SR 29, 1/4 mi N of US 41, Collier Co. | Vehicle |
| 6 May 2016 | FP162 | F | 11 | SBCNP, Turner River Unit, Collier Co. | Intraspecific aggression |
| 26 May 2016 | K403 | F | 4 | Daniel's Parkway junc. with Commerce Lakes Drive, Lee Co. | Vehicle |
| 26 May 2016 | UCFP283 | M | 2 | US 27 near Venus, Highlands Co. | Vehicle |
| 16 Jun 2016 | UCFP284 | F | 6 mo. | CR 858 at Camp Keais Road, Collier Co. | Vehicle |
| 22 Jun 2016 | FP215 | F | 11 | Private Property NW of FPNWR, Collier Co. | Unknown |
| 5 Aug 2016 | UCFP285 | F | 4 | SR 82, 1/2 mile W of Church Road, Collier County | Vehicle |
| 5 Aug 2016 | FP242 | M | 10 | Immokalee Ranch, 670m south of CR846, Hendry County | Pseudorabies |
| 14 Aug 2016 | FP171 | M | 9-10 | SR29, 4.3km north of I75, Collier County | Vehicle |
| 29 Aug 2016 | FP195 | F | 8.5 | 36th Avenue SE, Golden Gate Estates, Collier County | Intraspecific aggression |
| 2 Oct 2016 | K421 | M | 2yr 5 mo. | 2685 SR 29, Immokalee, Collier County | Vehicle |
| 10 Oct 2016 | UCFP286 | M | 2 | SR 80 at the Lee/Hendry Co. line | Vehicle |
| 18 Oct 2016 | UCFP287 | M | 3-4 | US27, near Venus, Highlands County | Vehicle |
| 28 Oct 2016 | UCFP288 | M | 6 mo. | Daniels Parkway southwest of SR82, Lee County | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|------|-----------|-----|-----|-------------|-------|
| 31 Oct 2016 | UCFP289 | F | 3 | Golden Gate Blvd 1km west of Everglades Blvd, Collier Co. | Vehicle |
| 16 Nov 2016 | UCFP290 | F | adult | SR 29, 2.3 miles S of CR 858, Collier County | Vehicle |
| 20 Nov 2016 | UCFP291 | M | 9 mo. | CR 832 two miles E of SR29, Hendry County | Vehicle |
| 6 Dec 2016 | UCFP292 | F | 2 | SR 29 2 miles N of CR 858, Collier County | Vehicle |
| 8 Dec 2016 | UCFP293 | F | 4 mo. | Paul J. Doherty Pkwy, just S of Daniels Pkwy, Lee County | Vehicle |
| 9 Dec 2016 | UCFP294 | F | 2 | Corkscrew Rd 250m E of Ben Hill Griffin Pkwy, Lee Co. | Vehicle |
| 10 Dec 2016 | UCFP295 | F | 4-5 mo. | Ben Hill Griffin Pkwy & FGCU Blvd, Lee County | Vehicle |
| 12 Jan 2017 | UCFP296 | M | 3 mo. | CR832 5 miles W of CR833, Hendry County | Vehicle |
| 14 Jan 2017 | UCFP297 | M | 3-4 | State Road 8 near Venus, Highlands County | Injured- CAPTIVITY |
| 27 Jan 2017 | K388 | M | 4 | Private property east of CR835, Hendry County | Intraspecific aggression |
| 23 Feb 2017 | UCFP299 | U | U | 2nd Ave NE, east of Desoto, GGE, Collier County | Unknown |
| 27 Feb 2017 | UCFP300 | M | 5-6 | SR82 1/2 mile east of CR850, Collier County | Vehicle |
| 28 Feb 2017 | UCFP301 | M | 2.5-3 | NE Four Mile Road, Desoto County | Vehicle |
| 4 Mar 2017 | UCFP302 | F | 2 | SR82 1.7 miles west of CR850, Hendry County | Vehicle |
| 9 Mar 2017 | UCFP303 | F | 2 mo. | SR82 1.4 miles east of CR850, Collier County | Vehicle |
| 14 Mar 2017 | UCFP304 | F | 4 | CR846, 2 miles east of Immokalee, Collier County | Vehicle |
| 22 Mar 2017 | FP198 | F | 9 | Consolidated Citrus, near CREW, Lee County | Intraspecific aggression |
| 5 Apr 2017 | UCFP305 | F | 1.5 | CR835 south of Dooley Grade, Hendry County | Vehicle |
| 13 Apr 2017 | UCFP306 | M | 3 | I-4, at CR532 exit, Polk County | Vehicle |
| 20 Apr 2017 | UCFP307 | F | 4-5 | CR846, 2.6 miles west of County Line Rd, Collier County | Vehicle |
| 8 May 2017 | UCFP308 | F | 3-4 | CR832, 5 mi. east of OSSF, Hendry County | Vehicle |
| 11 May 2017 | FP248 | F | 3 | Corkscrew Rd, just south of CR82, Collier County | Vehicle-injured |
| 7 Jun 2017 | FP250 (PC1095) | M | 1.5 | Immokalee Road, 260 m east of Krape Rd., Collier Co. | Vehicle-injured |
| 11 Jun 2017 | UCFP309 | U | U | Keri Island Rd. GGE, Collier County | Unknown |
| 16 Jun 2017 | UCFP310 | M | 2-3 | CR846, 2 mi east of County Line Road, Hendry Co | Vehicle |
| 28 Jun 2017 | K480 | F | 18 days | SBCNP, Turner River Unit, Collier County | Abandoned- CAPTIVITY- NAPLES ZOO |
| 3 Jul 2017 | UCFP311 | M | 5 | Immokalee Rd, 2 mi east of CR951, Collier County | Vehicle |
| 18 Jul 2017 | UCFP312 | F | 2.5 | CR951, 400 ft N of City Gate, Collier County | Vehicle |
| 2 Aug 2017 | FP248 | F | 3 | Injured by vehicle 5/11/2017 on Corkscrew Rd., Collier Co. | Vehicle, necropsy revealed Feline leukomyelopathy |
| 13 Aug 2017 | FP234 | M | 12 | I75, MM54, Collier County | Vehicle |
| 14 Aug 2017 | UCFP313 | M | 2 | CREW, Marsh Hiking Trails, Collier County | Intraspecific aggression |
| 18 Aug 2017 | UCFP314 | M | 1.5 | Ft. Denaud Rd., LaBelle, Hendry Co. | Vehicle |
| 24 Aug 2017 | UCFP315 | F | 1 | CR846, Robert's Ranch Rd (Duck Curve), Hendry County | Vehicle |
| 28 Aug 2017 | FP244 | M | 7 | Dinner Island Ranch WMA, Hendry County | Unknown |
| 16 Sep 2017 | UCFP316 | M | 3.5 | SR98, north of Lake Istokpoga, Highlands County | Vehicle |
| 15 Oct 2017 | UCFP317 | F | 1.5 | CR835, 1 mi south of Dooley Grade Rd, Hendry County | Vehicle |
| 7 Nov 2017 | K411 | M | 3.7 | Immokalee Rd, Collier County | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|------|-----------|-----|-----|-------------|-------|
| 13 Nov 2017 | UCFP318 (K364) | M | 6 | CR833. 1 mi south of Hill Grade, Hendry County | Vehicle |
| 20 Nov 2017 | FP249 | M | 2 | CR833, 3.6 km south of junction with CR835, Hendry. | Vehicle |
| 23 Nov 2017 | UCFP319 | M | 2 | Daniels Pkwy, east of 75, Lee Co. | Vehicle |
| 9 Dec 2017 | UCFP320 | M | 3 mo. | Desoto Blvd, near 24th Ave SE, Collier County | Vehicle (euthanized) |
| 20 Dec 2017 | UCFP321 | M | 2-3 | North of SR78, 8.8km east of junction with SR29, Glades Co. | Intraspecific aggression |
| 29 Dec 2017 | FP224 | F | 5.4 | CR 951 at City Gate, Collier Co. | Vehicle-injured |
| 7 Jan 2018 | K475 (PC1144) | F | 4-5 mo. | I75 southbound lanes, just west of exit 101, Collier Co. | Vehicle |
| 8 Jan 2018 | UCFP322 | F | 3-4 | Josie Billie Highway, 6 miles E of SIR, Hendry Co. | Vehicle |
| 13 Jan 2018 | UCFP323 | M | 1.5 | Immokalee Road at Wildwood, Collier County | Vehicle |
| 30 Jan 2018 | UCFP324 | M | 2.5 | SR80, west of LaBelle, Hendry County | Vehicle |
| 2 Feb 2018 | UCFP325 | F | 3 | CR835, 1/2 mi south Dooley Gr Rd, Hendry County | Vehicle |
| 3 Feb 2018 | UCFP326 | F | 5 mo. | CR835, 1/2 mi south Dooley Gr Rd, Hendry County | Vehicle |
| 5 Feb 2018 | UCFP327 | M | 4 mo. | Immokalee Rd south of Stockade St, Collier County | Vehicle |
| 19 Feb 2018 | UCFP328 | F | 5-6 | Immokalee Rd, 8.8km east of Everglades Blvd, Collier Co. | Vehicle |
| 22 Feb 2018 | UCFP329 | M | 2 | US27, 6km west of Clewiston, Hendry Co. | Vehicle |
| 28 Feb 2018 | UCFP330 | F | 5-6 | SR 29 in Jerome, Collier Co. | Vehicle |
| 28 Feb 2018 | UCFP331 | F | 6 | CR846, 2.5 miles west of County Line Rd, Collier County | Vehicle |
| 14 Mar 2018 | FP245 | M | 7 | Immokalee Ranch, 2mi ESE of the Bishop Pens; Hendry Co. | Pseudorabies |
| 21 Mar 2018 | FP236 | M | 9-10 | Rock Rd, Golden Gate Estates, Collier County | Dermatophytosis |
| 3 Apr 2018 | UCFP332 | F | 3 | SR 82, 332m west of Corkscrew Rd., Collier Co. | Vehicle |
| 18 May 2018 | UCFP333 | M | 2.5 | I-75, 2km east of SR29, Collier County | Vehicle |
| 20 Jun 2018 | UCFP334 | M | 9 mo. | CR833 0.2 km north of CR832, Hendry County | Vehicle |
| 25 Jun 2018 | UCFP335 | M | 2 | SR29 3km south of CR858, Collier County | Vehicle |
| 21 Jul 2018 | K430 | M | 4 | Stewart Blvd, W of Miller Canal Bridge, Collier Co. | Vehicle |
| 1 Aug 2018 | FP252 | M | 14 mo. | Golden Gate Blvd between 15th and 17th St SW, Collier Co. | Vehicle |
| 25 Aug 2018 | UCFP337 | F | 5 | CR832, 2.4km W of junction with CR833, Hendry Co. | Vehicle |
| 28 Aug 2018 | UCFP336 | F | 2 mo. | Naples Zoo, in enclosure, Collier Co. | Unknown |
| 10 Sep 2018 | UCFP338 | F | 4 | CR846 at the intersection of Wild Turkey Dr. Collier Co. | Vehicle |
| 17 Sep 2018 | UCFP221 (Uno) | M | 6 | Naples Zoo, Collier Co. | CAPTIVITY-Other |
| 7 Oct 2018 | UCFP339 | M | 5 | SR29, N of Immokalee, Collier Co. | Vehicle |
| 10 Oct 2018 | UCFP340 | F | 4 mo. | On CR833, 1/3 mi E of CR846, Hendry Co. | Vehicle |
| 10 Oct 2018 | UCFP341 | M | 4 mo. | On CR833, 1/3 mi E of CR846, Hendry Co. | Vehicle |
| 17 Oct 2018 | UCFP342 | M | 4 mo. | 5.1km W of Duck Curve on CRR846, Hendry Co. | Vehicle |
| 17 Oct 2018 | UCFP343 | M | 2 | Daniel's Parkway, Lee Co. | Vehicle |
| 5 Nov 2018 | FP250 (PC1095) | M | 2.9 | Private Property in Belle Meade, Collier Co. | Intraspecific aggression |
| 5 Dec 2018 | FP259 (PC1290) | M | 15 mo. | SR82, 920m E of junction with Nimitz Blvd, Lee Co. | Vehicle-injured |
| 7 Dec 2018 | FP251 | M | 1.6 | Immokalee Rd, 1.2km N of Jones Mining Rd, Collier Co. | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATIONª | CAUSE |
|------|-----------|-----|-----|-----------|-------|
| 8 Dec 2018 | UCFP344 | F | 9 | Felda, Church Rd about 2mi W of SR29, Collier Co. | Vehicle |
| 29 Dec 2018 | UCFP345 | M | 4.5 mo. | 300m N of 14th Ave NE along canal, Collier Co. | Intraspecific aggression |
| 30 Jan 2019 | UCFP346 | M | 3 | SR80, 1.8km E of Wellington Pkwy Junction, Hendry Co. | Vehicle |
| 1 Feb 2019 | FP220 | F | 12 | BCNP, Turner River Unit, 3km E of junction, Collier Co. | Unknown |
| 8 Feb 2019 | UCFP347 | F | 8 mo. | DeSoto Blvd. between 4th and 6th Ave SE GGE, Collier Co. | Vehicle |
| 11 Feb 2019 | UCFP348 | M | 9 mo. | Dude Orange Grove, Hendry Co. | Intraspecific aggression |
| 19 Feb 2019 | UCFP349 | M | 2 | Golden Gate Blvd approx. 100ft E of 7th St SW, Collier Co. | Vehicle |
| 8 Mar 2019 | UCFP350 | M | 2 | CR846, 3.25km W of County Line Rd, Collier Co. | Vehicle |
| 24 Mar 2019 | UCFP351 | M | 7 mo. | SR82, 390m W of Corkscrew Rd intersection, Collier Co. | Vehicle |
| 30 Mar 2019 | UCFP352 | M | 4 | SR80 W of Labelle, E of bridge crossing creek, Hendry Co. | Vehicle |
| 23 Apr 2019 | K181 | F | 13.5 | Jacksonville Zoo | CAPTIVITY- Euthanasia for chronic kidney disease |
| 14 Apr 2019 | UCFP353 | F | 1.5 | CR846 2mi W of County Line Road, Collier Co. | Vehicle |
| 30 Apr 2019 | UCFP354 | M | 5.5 mo. | CR833, 3mi E of CR846, Hendry Co. | Vehicle |
| 21 May 2019 | UCFP355 | M | 1.8 | SR82, Lehigh to south, preserve to north, Lee Co. | Vehicle |
| 27 Jun 2019 | UCFP356 | F | 5 | East of Gopher Ridge Rd, 6km E of Immokalee, Collier Co. | Intraspecific aggression |
| 3 Jul 2019 | UCFP357 | F | 1.5 | SR82 at the junction with Alabama Road, Lee Co. | Vehicle |
| 22 Jul 2019 | UCFP359 | F | fetus | Golden Gate Blvd, near 9th Av. NW., Collier Co. | Vehicle |
| 22 Jul 2019 | UCFP360 | M | fetus | Golden Gate Blvd, near 9th Av. NW., Collier Co. | Vehicle |
| 22 Jul 2019 | UCFP358 | F | 5 | Golden Gate Blvd, near 9th Av. NW., Collier Co. | Vehicle |
| 26 Jul 2019 | UCFP361 | F | 10-12 mos. | SR82, 100m east of Homestead Rd., Lee Co. | Vehicle |
| 15 Aug 2019 | UCFP362 | U | U | CR846, 3 miles west of Duck Curve, Hendry Co. | Vehicle |
| 2 Sep 2019 | UCFP363 | F | 2 | SR80. 16.4km east of LaBelle (SR29), Glades Co. | Vehicle |
| 24 Sep 2019 | UCFP364 | F | 4 mos. | Golden Gate Estates, Collier Co. | Vehicle |
| 5 Oct 2019 | UCFP365 | M | 2.5 | I75 southbound at mile marker 120, Collier Co. | Vehicle |
| 9 Oct 2019 | FP256 | F | 1.7 | Removed from wild 9/8/19. Euthanized on 9/9/19, | Feline leukomyelopathyᵇ |
| 31 Oct 2019 | UCFP366 | M | 3.5 | SR29; 700m south of the Felda Store, Hendry Co. | Vehicle |
| 1 Nov 2019 | UCFP367 | F | 4.5 mos. | Orange grove SE of old Hendry County Prison, Hendry Co. | Vehicle |
| 2 Nov 2019 | UCFP368 | M | 3.5 | Hwy 710 (Beeline), 3.2km south of Indiantown, Martin Co. | Vehicle |
| 6 Nov 2019 | UCFP369 | F | 2.25 mos. | Owl Hammock Curve SR29, Collier Co. | Vehicle |
| 13 Nov 2019 | UCFP370 | M | 2.5 | Church Rd. 2.25 mi north of SR82, Hendry Co. | Vehicle |
| 14 Nov 2019 | UCFP371 | F | 3.5 mos. | CR832 in OK Slough, Hendry Co. | Vehicle |
| 10 Dec 2019 | K180 | F | 14.75 | Jacksonville Zoo | CAPTIVITY- Euthanized |
| 30 Dec 2019 | UCFP372 | F | 11 mos. | I-75, MM82.5, Collier Co. | Vehicle |
| 1 Jan 2020 | UCFP375 | U | U | CR833, Hendry Co. | Vehicle |
| 2 Jan 2020 | UCFP373 | F | 2 | Felda Church Rd and David C. Brown Rd. Hendry Co. | Vehicle |
| 4 Jan 2020 | UCFP376 | M | 3.5 | CSX train tracks south of South Scenic Highway, Polk Co. | Train |
| 9 Jan 2020 | UCFP374 | F | 3 | SR 29, Farmworker Village, Collier Co. | Vehicle |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATIONª | CAUSE |
|------|-----------|-----|-----|-----------|-------|
| 21 Jan 2020 | UCFP377 | F | 1 | SR82, Collier Co. | Vehicle |
| 27 Jan 2020 | UCFP378 | M | 1.75 | SR82, Collier Co. | Vehicle |
| 19 Feb 2020 | UCFP380 | M | U | SR29 6.4km south of Immokalee, Collier Co. | Vehicle |
| 19 Feb 2020 | UCFP379 | M | 3.5 | CR846 near Dupree Grade, Collier Co. | Vehicle |
| 2 Mar 2020 | UCFP381 | M | 3 | SR80 by future C-43 reservoir, Hendry Co. | Vehicle |
| 8 Mar 2020 | UCFP382 | F | 1.5 | CR846, west of County Line Rd, Collier Co. | Under investigation |
| 20 Mar 2020 | FP192 | F | 10 | SBCNP, Collier Co. | Intraspecific aggression |
| 1 May 2020 | FP259 | M | 2.5-3 | CR846. 8km east of SR29, Collier Co. | Vehicle |
| 3 May 2020 | UCFP383 | M | 2 | East end of White Boulevard, Collier Co. | Vehicle |
| 11 May 2020 | UCFP384 | M | 7 | SR80, 17km east of Labelle, Hendry Co. | Vehicle |
| 30 May 2020 | UCFP385 | F | 1.17 | CR951. 140m north of The Lords Way, Collier Co. | Vehicle |
| 30 Jul 2020 | UCFP386 | F | 4 mos. | SR82 and Homestead Rd, Lee Co. | Vehicle |
| 12 Aug 2020 | UCFP387 | F | 3 | CR832 (Keri Rd.),Wild Cow Grade on OSSF, Hendry Co. | Vehicle |
| 18 Sep 2020 | UCFP388 | M | 3.5 | CR846, 5.6km west of County Line Road., Collier Co. | Vehicle |
| 18 Nov 2020 | UCFP389 | M | 9 mos. | Corkscrew Road, Lee Co. | Vehicle |
| 1 Dec 2020 | UCFP390 | M | 2 | SR80, east of Labelle, Hendry Co. | Vehicle |
| 9 Dec 2020 | FP260 | M | 2 | CR858, west of SR29. Collier Co. | Vehicle-injured |
| 25 Dec 2020 | UCFP391 | M | 2 | I-75, MM97, Collier Co. | Vehicle |
| 28 Dec 2020 | UCFP392 | M | 3 | Oil Well Grade Rd., Collier Co. | Vehicle |
| 2 Jan 2021 | UCFP393 | F | 3 | Terminal Access Road to RSW, Lee Co. | Vehicle |
| 4 Jan 2021 | UCFP394 | F | 2 | SR29, 1km north of CR858, Collier Co. | Vehicle |
| 11 Jan 2021 | UCFP395 | M | 2 | County Road 74, 3.2km west of SR29, Glades Co. | Intraspecific aggression |
| 21 Jan 2021 | UCFP396 | M | 2 | SR82, east of Rod and Gun Club Rd., Lee Co. | Vehicle |
| 1 Feb 2021 | UCFP397 | M | 5 | 5.1 km N of Big Cypress SIR Airfield, Hendry Co. | Intraspecific aggression |
| 13 Feb 2021 | UCFP398 | F | 7 | SR82, 950 m SE of Daniels Pkwy, Lee Co. | Vehicle |
| 10 Mar 2021 | UCFP399 | M | 4.5 | SR62, 2.2 km east of Brewster Rd., Hardee Co. | Vehicle |
| 19 Mar 2021 | K517 | M | 70 days | North Belle Meade, Collier Co. | Unknown |
| 21 Mar 2021 | UCFP400 | M | 1.5 | I-75, MM94, Collier Co. | Vehicle |
| 25 Mar 2021 | FP257 | F | 7 | Chamberlain Pkwy just S of Daniels Pkwy, Lee Co. | Vehicle |
| 1 Apr 2021 | K518 | M | 3 mos. | North Belle Meade, Collier Co. | Malnutrition |
| 1 Apr 2021 | K516 | F | 3 mos. | North Belle Meade, Collier Co. | Malnutrition |
| 10 Apr 2021 | UCFP401 | F | 1 | Immokalee Rd., east of Oil Well Grade Rd, Collier Co. | Vehicle |
| 12 Apr 2021 | K504 | F | 1.5 | I-75, MM132, Lee Co. | Vehicle |
| 18 May 2021 | UCFP402 | F | 3.5 | CR846, 1km west of County Line Road, Collier Co. | Vehicle |
| 27 May 2021 | UCFP403 | M | 2 | SR29. 1.2 km north of US41, Collier Co. | Vehicle |
| 3 Jun 2021 | UCFP404 | F | 4.5 | Church Rd. south of Hendry Co. Landfill, Hendry Co. | Vehicle |
| 4 Jun 2021 | UCFP405 | M | 2 | SR29, 2miles south of I-75, Collier Co. | Vehicle |

Appendix IV

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|---|---|---|---|---|---|
| 9 Jul 2021 | UCFP406 | M | 2.5 | Daniels Pkwy 1.5 mi E of I-75, Lee Co. | Vehicle |
| 15 Aug 2021 | UCFP407 | U | 2.5 | Old agricultural fields east of Miller Blvd. PSSF, Collier Co. | Unknown |
| 25 Aug 2021 | UCFP408 | M | 8 | West of junction SR82 and Corkscrew Rd, Collier Co. | Vehicle |
| 28 Sep 2021 | UCFP409 | M | 4.5 mos. | Turner River Rd, 5.1km N of Wagon Wheel Rd, Collier Co. | Vehicle |
| 28 Sep 2021 | UCFP410 | M | 3 | SR29. 1 mile south of I-75, Collier Co. | Vehicle |
| 29 Sep 2021 | UCFP411 | F | 11 | Daniels Parkway 1.8km NE of Gateway Blvd., Lee Co. | Vehicle |
| 16 Oct 2021 | UCFP412 | M | 3 | SR80, 1/2 mi west of Townsend Canal Rd. Hendry Co. | Vehicle |
| 30 Oct 2021 | UCFP413 | F | 4 mos. | Corkscrew Rd., west of Alico Rd., Lee Co. | Vehicle |
| 16 Nov 2021 | K373 | F | 9 | OSSF on Keri Rd at North Loop trail entrance. Hendry Co. | Vehicle |
| 3 Jan 2022 | UCFP414 | M | 2.5 | CR951, 2km N of Rattlesnake Hammock Rd., Collier Co. | Vehicle |
| 9 Jan 2022 | UCFP415 | M | 3 | US27, 1.6 miles SE of SR29 junction, Glades Co. | Vehicle |
| 15 Jan 2022 | UCFP416 | M | 2 mos. | Golden Gate Blvd. Between 20th and 22nd St. SE, Collier Co. | Vehicle |
| 28 Jan 2022 | UCFP417 | F | 3 | Carson Rd, just north of Roy Way, Immokalee, Collier Co. | Vehicle |
| 31 Jan 2022 | FP261 | F | 2.5 | West of Alligator Alley toll booth, MM100, Collier Co. | Vehicle |
| 8 Feb 2022 | UCFP418 | M | 5 | CR832, 260m west of Collins Slough Rd., Hendry Co. | Vehicle |
| 18 Feb 2022 | UCFP419 | F | 1.5 | Flaghole Rd, 3.9 km S of US 27. Hendry Co. | Vehicle |
| 28 Feb 2022 | UCFP420 | M | 1.5 | SR82, 1.2km east of Corkscrew Road. Collier Co. | Vehicle |
| 27 Mar 2022 | UCFP421 | F | 1.5 | CR833, 1.8km north of BCSIR, Hendry Co. | Vehicle |
| 11 Apr 2022 | UCFP422 | F | 4 | SR29, Chapparal Slough, Glades Co. | Vehicle |
| 17 Apr 2022 | UCFP423 | M | 2.5 | SR570, 100m south of US92, Polk Co. | Vehicle |
| 10 May 2022 | UCFP424 | F | 2 | US27 at FEC, Glades Co. | Vehicle |
| 14 May 2022 | UCFP425 | F | 10 mos. | Treeline Ave. 1/2 mile N of Terminal Access Rd. Lee Co. | Vehicle |
| 16 May 2022 | UCFP426 | M | 2 | Goggin Road, 765m south of SR80. Lee Co. | Vehicle |
| 19 May 2022 | K520 | F | 2.5 mos. | Wildflower Way in Lely, Collier Co. | Unknown |
| 20 May 2022 | UCFP427 | M | 3 | US41 5 miles SE of CR951. Collier Co. | Vehicle |
| 23 May 2022 | FP264 | F | 5 mos. | Corkscrew Swamp Sanctuary, Collier Co. | Unknown |
| 9 Jul 2022 | UCFP428 | F | 4 | Immokalee Rd., 1.25 mi S. of Wild Turkey Dr., Collier Co. | Vehicle |
| 12 Jul 2022 | UCFP429 | F | 7-12 | CR846, near Bethune Ave., Collier Co. | Vehicle |
| 21 Jul 2022 | UCFP430 | F | 2-3 | I-75, MM89, Collier Co. | Vehicle |
| 25 Aug 2022 | UCFP431 | M | 1.5-2.5 | Joel Blvd./Edwards Dr., Lehigh Acres, Lee Co. | Vehicle – Succumbed to injuries |
| 5 Sep 2022 | K519 | F | 6 mos. | Rattlesnake Hammock Rd., Collier Co. | Vehicle – Necropsy revealed severe FLM |
| 8 Sep 2022 | UCFP432 | F | 2 | CR833, BCSIR, Hendry Co. | Vehicle |
| 28 Oct 2022 | UCFP433 | M | 2.5 | Keri Rd., 2.1 mi west of CR833, Hendry Co. | Vehicle |
| 13 Nov 2022 | UCFP434 | F | 4-5 | SR29, Owl Hammock Curve, Collier Co. | Vehicle |
| 1 Dec 2022 | UCFP435 | M | 1-2 | W. Keysville Rd., Hillsborough County | Vehicle |
| 7 Dec 2022 | UCFP436 | F | 3 | SR82, just west of Corkscrew Rd., Collier Co. | Vehicle |
| 10 Jan 2023 | UCFP437 | F | 2-3 | CR846, 1.6 mi west of County Line Rd., Collier Co. | Vehicle – Euthanized, necropsy revealed mild FLM |

FWC Florida Panther Annual Report 2022-2023

| DATE | PANTHER ID | SEX | AGE | LOCATION[a] | CAUSE |
|---|---|---|---|---|---|
| 30 Jan 2023 | UCFP438 | F | 3-4 | Golden Gate Blvd., Collier Co. | Vehicle |
| 26 Feb 2023 | UCFP439 | M | 1 | Josie Billy Hwy., BCSIR, Hendry Co. | Vehicle |
| 25 May 2023 | UCFP440 | M | 4 | Oil Well Rd. just west of Oil Well Grade, Collier Co. | Vehicle |
| 9 Jun 2023 | UCFP441 | F | 5-7 mos. | SR29, south of Oil Well Rd., Collier Co. | Vehicle |
| 12 Jun 2023 | UCFP442 | F | 3-4 | SR29, south of Oil Well Rd., Collier Co. | Vehicle |

[a] BCSIR = Big Cypress Seminole Indian Reservation; CREW = Corkscrew Regional Ecosystem Watershed; EVER = Everglades National Park; FEC = Fisheating Creek WMA; FPNWR = Florida Panther National Wildlife Refuge; FSPSP = Fakahatchee Strand Preserve State Park; NBCNP = Big Cypress National Preserve north of Interstate 75; OSSF = Okaloacoochee Slough State Forest; PSSF = Picayune Strand State Forest/Wildlife Management Area.; SBCNP = Big Cypress National Preserve south of Interstate 75.

FWC Florida Panther Annual Report 2022-2023

# FPRMTF: FUNDING INFORMATION AS OF 30 JUNE 2023

| | |
|---|---|
| **Beginning Balance 1 July 2022** | **$1,852,115** |

| | |
|---|---|
| **Fiscal Year 2021-2022** | |
| Panther License Plate Annual Use Fees | $1,007,375 |
| Interest Earnings | $30,972 |
| Donations/Transfers | $440 |
| **Total Revenue** | **$1,038,791** |

| | |
|---|---|
| **Fiscal Year 2021-2022 Expenditures** | |
| Panther Management | $422,636 |
| Panther Research | $458,483 |
| Transfer to Department of Management Services | $3,115 |
| Transfer to Department of Financial Services | $8,459 |
| Service Charge to General Revenue | $84,098 |
| Transfer to Administrative Trust Fund | $111,270 |
| **Total Expenditures** | **$1,088,061** |

| | |
|---|---|
| **Projected Fund Balance 30 June 2023** | **$1,802,845** |

| | |
|---|---|
| **FWC Florida Panther Management Operating Program Appropriations** | |
| Division of Habitat and Species Conservation | $383,995 |
| Fish and Wildlife Research Institute | $438,009 |
| **Total Florida Panther Program Appropriations** | **$822,004** |

Attachment C

**From:** Keltner, James
**To:** SD-ERPcomments
**Cc:** Florida_404@fws.gov; Raininger, Christine; Hight, Jason
**Subject:** State 404 Permit App. No.: 396364-001SFI Individual Collier
**Date:** Thursday, January 28, 2021 12:55:45 PM
**Attachments:** image001.png
image002.png

Dear Toby:

Florida Fish and Wildlife Conservation Commission staff has reviewed the Collier Enterprises Management Inc., Bellmar Community State 404 Program Application (No. 13-396394-001- SFI) for the proposed impacting of 135.19 acres of state assumed waters in order to construct a mixed use residential community in Collier County. The review of the application materials has prompted the following requests for further information. Please direct any questions regarding this information by phone or e-mail to the FWC point of contact shown below.

1. A wetland mitigation plan. [Application Form Section A Part 1, Section C Parts 1-3 and Section 1 (1) through (7) and Applicant's Handbook Volume I (AHI) 5.5.3 and State 404 Program Handbook 8.0].
2. A species survey containing dates of survey, habitat, survey methodology, and wildlife observed [Chapter 68A-27.003].
3. A list of potentially affected federally and state listed species, including species in the vicinity of the project that may be affected [State 404 Program Handbook 8.2(f), Application Form Section I (6)]. The list should include, but is not limited to: state listed wading birds, Big Cypress fox squirrel (*Sciurus niger avicennia* ), wood stork (*Mycteria americana*), Everglade snail kite *(Rostrhamus sociabilis plumbeus),* Florida panther (*Puma [=Felis] concolor coryi),* red-cockaded woodpecker *(Picoides borealis),* Florida scrub-jay (*Aphelocoma coerulescens),* and Florida bonneted bat *(Eumops floridanus).*
4. Preliminary determinations of effect for federally listed species, and anticipated adverse impacts to state listed species, as assessed by the applicant [State 404 Program Handbook 8.2(f), Application Form Section I (6)].
5. A description of how the project will be designed to avoid and minimize adverse effects and impacts to fish and wildlife [AHI Section 10.2.1; Application Form Section C Part 2 (1) and Section I (6)].
6. Analysis of any cumulative and secondary effects, including the effects of future State or private activities that are reasonably certain to occur within the project area [AHI Section 10.2.7. and 10.2.8; State 404 Program Handbook 8.3.5 and 8.3.6; Application Form Section C Part 2 (8) and (9)].
7. Provide any other information relevant to the project that would significantly assist the public and State or Federal agencies in reviewing, understanding, and commenting on the proposed project, including all information needed for review of impacts to federally or state-listed species, [Rule 62-331.060(1)(d) through (i), F.A.C.; State 404 Program Handbook 5.2.3 and 5.3.1(a)(7)] including, but not limited to:
   a. Any existing Biological Opinion(s) or Incidental Take Statements issued by USFWS that would be relevant to the proposed action, or any approved Habitat Conservation Plan (HCP) issued by USFWS within the proposed action area.

-

Please notify FWC staff once the additional information is received.  FWC staff will use this information to inform our coordination with the U.S. Fish and Wildlife Service and develop the affected species list and effect determinations for the Public Notice.

Sincerely,

Jim Keltner
Biological Scientist
Florida Fish and Wildlife
  Conservation Commission
2423 Edwards Drive
Ft. Myers, FL 33901
(863) 273-0629



Bellmar Community_43152_01282021

---

**From:** SD-ERPcomments <SD-ERPcomments@dep.state.fl.us>
**Sent:** Wednesday, December 30, 2020 7:39 AM
**To:** CompliancePermits@dos.myflorida.com; Conservation Planning Services <conservationplanningservices@MyFWC.com>; Florida_404@fws.gov
**Cc:** Chase, Kelly L <Kelly.L.Chase@FloridaDEP.gov>; Hardman, Curtis <Curtis.Hardman@FloridaDEP.gov>
**Subject:** State 404 Permit App. No.: 396364-001SFI Individual Collier

**[EXTERNAL SENDER]** Use Caution opening links or attachments

The attached State 404 Program application was submitted to the Submerged Lands and Environmental Resources Program.  We are currently processing the request as required by Chapters 253, 258, and 373, F.S. This application is being submitted for your review and comment.

Applicant Name: Collier Enterprises Management, Inc.

Project Name: Bellmar Community

Permit Application Link:  https://prodenv.dep.state.fl.us/DepNexus/public/electronic-documents/ERP_396364/gis-facility!search Documents may not be available for up to 48 hours

Location Map Link (Clearly Depicting Project Boundaries):
 See Attachments

Project Location (such as GPS Coordinates, Township Range Section (TRS), street address, parcel ID, etc.):

## 15. LOCATION OF PROJECT

Latitude: °N 26.225667                    Longitude: °W -81.496472

Project Description: A total of 132.23 acres of wetlands and 2.96 acres of surface waters will be impacted as a result of the construction of a master-planned community and associated infrastructure.

**Concurrent Review Information**

Is the permit application being submitted for authorizations under both the State 404 program and ERP program?
No
The ERP application has been submitted to FWC and SHPO ☐ No
The ERP application is for a project type that does not require FWC review ☐ No
Is ERP already issued? ☐ No (If Yes, provide Permit No.:**Click or tap here to enter text**. ).

DEP requires your response in order to issue a permit. If you do not have adequate information to provide comments at this time, please return written questions and/or requests for additional information by the below due date. The requested information will be incorporated into the DEP response to the applicant. If you have no questions at this time but require additional time to prepare final comments, you preserve your ability to comment as the application is processed, but please let us know you intend to provide comments.

*SHPO:* Return your comments by 1/27/2021. This date represents 30 days from the date the application was received by DEP.

*FWC and USFWS:* Return your comments by 12/17/2020 This date represents 20 days from the date the application was received by DEP. If a few more days are needed in order to respond, please contact me for a possible modified due date.

Return your comments (referencing the applicant's name and file number) to our office at the following email address: SD-ERPcomments@floridadep.gov If you have questions, please call me at **Curtis Hardman at (239) 344-5639**.  Thank you.

Attachment D

**Hughes, Rhonda**

| | |
|---|---|
| **From:** | Irving, Robert <Robert.Irving@MyFWC.com> |
| **Sent:** | Wednesday, May 25, 2022 3:10 PM |
| **To:** | Schwetje, Toby; SW_ERP |
| **Cc:** | Florida_404@fws.gov; Hight, Jason; Cucinella, Josh; Phillips, Bryan; Conservation Planning Services; DiGruttolo, Laura; Hall, Jaime; Ganey, Jessica |
| **Subject:** | FWC Public Notice Information for Bellmar; State 404 Permit App No. 396364-001; Collier County |
| **Attachments:** | FWC Public Notice for Bellmar_43152_05252022.pdf |
| | |
| **Categories:** | Upload to Oculus |

**EXTERNAL MESSAGE**
This email originated outside of DEP. Please use caution when opening attachments, clicking links, or responding to this email.

Mr. Schwetje:

FWC's information for the Public Notice for the Bellmar project (396364-001) is attached. This response should be combined with other information from FDEP for the project's Public Notice. For technical questions, please contact Bryan Phillips at (850) 767-3646 or by email at Bryan.Phillips@MyFWC.com.

Sincerely,

Robert Irving
Land Use Planning Program Administrator
Florida Fish and Wildlife Conservation Commission
1875 Orange Ave. East
Tallahassee, Florida 32311-6160
Phone: (850) 617-6034

May 25, 2022

 **Florida Fish and Wildlife Conservation Commission's Public Notice Response**
**Bellmar Community**
**State 404 Permit Application (396364-001), Collier County**

FEDERALLY AND STATE-LISTED SPECIES:  The project is located within the U.S. Fish and Wildlife Service (USFWS) Consultation Areas for the Audubon's crested caracara (*Polyborus plancus audubonii*, Federally Threatened [FT]), Everglade snail kite (*Rostrhamus sociabilis plumbeus*, Federally Endangered [FE]), Florida scrub-jay (*Aphelocoma coerulescens*, FT), Florida panther (*Felis concolor coryi*, FE), red-cockaded woodpecker (*Picoides borealis*, FE), Florida bonneted bat (*Eumops floridanus*, FE), and Core Foraging Areas (CFA) for the wood stork (*Mycteria americana*, FT).  The project site may also provide habitat for the eastern indigo snake (*Drymarchon corais couperi*, FT), gopher tortoise (*Gopherus polyphemus*, State Threatened [ST]), Florida pine snake (*Pituophis melanoleucus mugitis*, ST), southeastern American kestrel (*Falco sparverius paulus*, ST), Florida sandhill crane (*Antigone canadensis pratensis*, ST), little blue heron (*Egretta caerulea*, ST), roseate spoonbill (*Platalea ajaja*, ST), tricolored heron (*Egretta tricolor*, ST), Everglades mink (*Neovison vison evergladensis*, ST), and Big Cypress fox squirrel (*Sciurus niger avicennia*, ST).

Florida Fish and Wildlife Conservation Commission (FWC) staff determined the proposed project will have **no effect** on the Florida scrub-jay and red-cockaded woodpecker; and **may affect but is not likely to adversely affect** the wood stork, Everglade snail kite, and Audubon's crested caracara.  The project **may affect and is likely to adversely affect** the Florida panther, Florida bonneted bat, and eastern indigo snake.

<u>Florida Panther</u>:  The entire project site is located with the Panther Focus Area Primary Zone.  Use of the USFWS *Panther Effect Determination Key,* resulted in the following sequential determination: A > C = "may affect" the Florida panther.  Florida panthers have been documented utilizing the forested uplands and forested wetland areas on the project site based on radio-collar telemetry points.  According to the applicant's environmental representative, Passarella and Associates Inc. (PAI), the proposed project would result in impacts to 1,793.4 acres.  The estimated number of Panther Habitat Unit (PHU) credits needed is 16,844 based on PAI's use of USFWS's Panther Compensation Calculator.  The applicant has proposed to offset potential impacts to the Florida panther through a combination of onsite preservation and enhancement consisting of 2,391.6 acres.  According to information provided by PAI, the project would provide compensation totaling 18,648 PHUs, which is a net increase of 1804 PHUs.  The applicant has indicated a willingness to evaluate and implement avoidance, minimization, and compensation measures needed to offset potential adverse impacted to Florida panthers associated with any roadway improvements needed to accommodate future increases in traffic.  Based on this information, the proposed project "may affect, and is likely to adversely affect" the Florida panther.  FWC staff will work with USFWS staff, Florida Department of Environmental Protection (FDEP) staff, and the applicant to determine any necessary permit conditions for the State 404 permit based on this information.

May 25, 2022

Florida Bonneted Bat:  The Florida bonneted bat roosts in a variety of habitats including tropical hardwoods, pinelands, and mangroves that include tall, mature trees or other areas in which suitable structural features for breeding and sheltering are present.  Foraging habitat is comprised of relatively open areas including open fresh water, permanent or seasonal freshwater wetlands, within and above wetland and upland forests, agricultural lands, and man-made habitats such as golf courses and parks.  The project site is located within proposed Critical Habitat for the Florida bonneted bat and PAI has noted that the site contains physical and biological habitat features for bonneted bat.  According to PAI, the project would result in an impact to approximately 1,550 acres of potential foraging and/or roosting habitat, but approximately 821 acres is currently in active row crop production and provides limited foraging and roosting habitat.  An acoustic survey for the Florida bonneted bat was performed at 30 stations located on the property.  A total of 153 Florida bonneted bat calls were recorded at 6 survey stations, with 12 identified as near the time of roosting.

The applicant has proposed to implement several Best Management Practices from the Consultation Key.  PAI indicates that the proposed project would preserve and enhance approximately 2,571 acres of foraging and roosting habitat, resulting in an overall net increase in permanently protected habitat, so that the impacts would not result in an overall loss of available critical habitat for the Florida bonneted bat.  Based on this information, use of the USFWS *Florida Bonneted Bat Consultation Guidelines* key resulted in the following sequential determination:  1a > 2a > 3b > 6a > 7a > 8b, "likely to adversely affect."  FWC staff will work with USFWS staff, FDEP staff, and the applicant to determine any necessary permit conditions for the State 404 permit based on this information.  The potential impacts to the Florida bonneted bat were evaluated using the.  and further coordination with USFWS staff is required.

Eastern Indigo Snake:  Over most of its range, the eastern indigo snake inhabits pine flatwoods, scrubby flatwoods, high pine, dry prairie, tropical hardwood hammocks, edges of freshwater marshes, agricultural fields, coastal dunes, and human-altered habitats.  Eastern indigo snakes appear to need a mosaic of habitats to complete their life cycle.  Wherever the eastern indigo snake occurs in xeric habitat, it is closely associated with the gopher tortoise.  No gopher tortoise burrows were observed during the 2019-2020 surveys of the site.  The project site includes approximately 2,724 acres of habitat that could potentially be used by the eastern indigo snake. According to information provided by PAI, eastern indigo snakes were documented on the site during surveys conducted in 2007 and 2009.  The potential impacts to the eastern indigo snake were evaluated using the USFWS *Eastern Indigo Snake Programmatic Effect Determination Key*.  Use of the key resulted in the following sequential determination:  A > B > C, "may affect" since the project will result in impacts to more than 25 acres of potential habitat for the eastern indigo snake.  The applicant has committed to following the USFWS-approved *Standard Protection Measures for the Eastern Indigo Snake* during the clearing and construction phases of the project.  Based on the available information, the proposed project "may affect, and is likely to adversely affect" the eastern indigo snake.  FWC staff will work with USFWS staff, FDEP staff, and the applicant to determine any necessary permit conditions for the State 404 permit based on this information.

Wood Stork:  The project lies within the 18.6-mile buffer of the 619141, 619018 (Corkscrew), 619316, and 619161 (North Catherine Island II) colonies and wood storks have been observed

May 25, 2022

foraging on the property. The project site is located approximately 1.7 miles from the North Catherine Island II nesting location. The proposed project would potentially affect suitable foraging habitat and impacts are unavoidable. The applicant is proposing to provide on-site mitigation which is within the appropriate CFA and of matching hydroperiod of the proposed impacts, and the project is not contrary to the Habitat Management Guidelines for the Wood Stork in the Southeast Region. Use of the USFWS *South Florida Ecological Services Office Effect Determination Key,* resulted in the following sequential determination: A > B > C > E, "not likely to adversely affect" provided the permit is conditioned on the applicant complying with approved wetland mitigation and monitoring requirements. FWC staff will work with USFWS staff, FDEP staff, and the applicant to determine any necessary permit conditions for the State 404 permit based on this information.

Audubon's Crested Caracara:  The Audubon's crested caracara prefers habitats that contain largely short-stature vegetation with a low density of trees, including dry or wet prairie and improved and unimproved pasture containing scattered cabbage palms, their preferred nesting tree. They may also be found in lightly wooded areas with scattered saw palmetto, scrub oaks, and cypress. Seasonal freshwater marsh wetlands of less than 2.47 acres may increase habitat attractiveness. Audubon's crested caracaras have been observed foraging on site and a nest was documented on-site during 2020. PAI conducted bi-weekly observations and documented that the young fledged. PAI conducted surveys in 2021 and no nesting activity was observed on the property. Potential nesting habitat is present on the property. The applicant intends to conduct additional surveys and will avoid any nests during the nesting season. Based on this information, FWC staff determined that the proposed project "may affect but is not likely to adversely affect" Audubon's crested caracara. FWC staff will work with USFWS staff, FDEP staff, and the applicant to determine any necessary permit conditions for the State 404 permit based on this information.

Everglade Snail Kite:  Everglade snail kite foraging habitat consists of relatively shallow wetland vegetation, either within extensive marsh systems, or in lake littoral zones. This species nests in a variety of vegetation types, usually over open water and almost always in areas with good foraging habitat nearby. Its preferred habitat is lowland freshwater marshes mostly in the Everglades, Lake Okeechobee, Lake Kissimmee, and upper St. Johns River watersheds. Most of the wetlands on the property are forested, but the property does contain approximately 78 acres of potential habitat. According to information provided by PAI, an adult Everglade snail kite was observed flying on the property during 2019-2020 surveys, and piles of apple snail shells have been observed on the property. No nesting has been observed on the site. Based on this information, FWC staff determined that the proposed project "may affect but is not likely to adversely affect" the Everglade snail kite. FWC staff will work with USFWS staff, FDEP staff, and the applicant to determine any necessary permit conditions for the State 404 permit based on this information.

Florida Scrub-Jay:  The Florida scrub-jay is endemic to peninsular Florida's ancient dune ecosystems of oak-dominated scrub, or xeric oak scrub habitat, which occur on well-drained to excessively well-drained sandy soils. Optimal habitat for scrub-jays is dominated by low growing oaks (sand live oak [*Quercus geminata*], Chapman oak [*Q. chapmanii*], myrtle oak [*Q. myrtifolia*], scrub oak [*Q. inopina*]), which are 1 to 3 meters high, interspersed with 10 to 50

May 25, 2022

percent unvegetated, sandy openings for foraging and acorn-caching space, and a sand pine (*Pinus clausa*) canopy of less than 20 percent. The project lies within the consultation area for Florida scrub-jay, but suitable habitat for this species is not present on the site based on existing site conditions. Based on this information, FWC staff has determined that the project would have "no effect" on the Florida scrub-jay and no State 404 permit conditions are necessary for this species.

Red-Cockaded Woodpecker: The red-cockaded woodpecker lives and forages in mature pine forests, specifically those with longleaf pines averaging 80 to 120 years old and loblolly pines averaging 70 to 100 years old. Red-cockaded woodpeckers live in groups with a breeding pair and as many as four helpers, usually male offspring from the previous year. Each group needs about 200 acres of old pine forest to support its foraging and nesting needs. The applicant's environmental representative, PAI, conducted surveys during 2020 and 2021 and no potential nesting cavities were observed on the property. No red-cockaded woodpeckers have been observed foraging on the property. Based on this information, FWC staff has determined that the proposed project would have "no effect" on the red-cockaded woodpecker and no State 404 permit conditions are necessary for this species.

Gopher Tortoise: Gopher tortoises are found in dry, sandy soils in habitats such as sandhills, xeric oak, and dry pine flatwoods. The onsite uplands represent potentially suitable habitat for the gopher tortoise. In their *Biological Assessment*, PAI indicated that no gopher tortoise burrows were observed onsite during surveys performed in 2019-2020. FWC's Gopher Tortoise Permitting Guidelines found at http://www.myfwc.com/license/wildlife/gopher-tortoise-permits/ can be referenced for survey methodology, measures for avoiding impacts, as well as options and state requirements for minimizing, mitigating, and permitting. FWC staff will work with FDEP staff and the applicant to establish appropriate avoidance measures prior to issuance of the State 404 permit that will be included as permit conditions.

Southeastern American Kestrel: The project site may provide suitable habitat for the southeastern American kestrel, including the open field habitat present on-site. PAI conducted surveys in March and April 2020 and observed kestrels on site but was not able to determine if the kestrels were non-migratory. The *Species Conservation Measures and Permitting Guidelines for Southeastern American Kestrel* found at https://myfwc.com/wildlifehabitats/wildlife/species-guidelines/ can be referenced for biological information, survey methodology, measures for avoiding impacts, and recommended conservation practices. If nesting is identified on the project site, avoidance measures include maintaining a 490-feet (150-meter) buffer around the nest cavity location. FWC staff will work with FDEP staff and the applicant to establish appropriate avoidance measures prior to issuance of the State 404 permit that will be included as permit conditions.

State-Listed Wading Birds: The forested wetlands present onsite may provide potential habitat for wading birds, including the little blue heron, roseate spoonbill, and tricolor heron which have been observed foraging on-site. No nesting was observed during surveys conducted in 2019-2020. The *Species Conservation Measures and Permitting Guidelines for Little Blue Heron, Reddish Egret, Roseate Spoonbill, Tricolored Heron* found at https://myfwc.com/wildlifehabitats/wildlife/species-guidelines/ can be referenced for biological

May 25, 2022

information, survey methodology, measures for avoiding impacts, and recommended conservation practices.  If nesting is discovered after site activities have begun, the applicant will need contact the FWC to discuss potential avoidance measures, which include maintaining a 330-feet (100-meter) buffer around the nesting area, or other alternatives.  FWC staff will work with FDEP staff and the applicant to establish appropriate avoidance measures prior to issuance of the State 404 permit that will be included as permit conditions.

Florida Sandhill Crane:  The open marsh on the project site may provide suitable foraging and nesting habitat for the Florida sandhill crane.  Florida sandhill cranes have been observed foraging on-site and a potential nesting area was documented on the property.  The *Species Conservation Measures and Permitting Guidelines for Florida Sandhill Crane* found at https://myfwc.com/wildlifehabitats/wildlife/species-guidelines/ can be referenced for biological information, survey methodology, measures for avoiding impacts, and recommended conservation practices.  If nesting is identified on the project site, avoidance measures include maintaining a 400-foot (122-meter) buffer around the nesting area.  FWC staff will work with FDEP staff and the applicant to establish appropriate avoidance measures prior to issuance of the State 404 permit that will be included as permit conditions.

Big Cypress Fox Squirrel:  The Big Cypress fox squirrel typically inhabit pine flatwoods, cypress swamps and hard wood hammocks with open to moderately dense understory and shrub cover.  According to information provided by PAI, Big Cypress fox squirrels have been observed during on-site surveys conducted in 2007-2009, 2019-2020, and during other field work on the site.  The *Species Conservation Measures and Permitting Guidelines for Big Cypress Fox Squirrel* (https://myfwc.com/media/11559/bigcypressfoxsquirrelguidelines-2018.pdf)  can be referenced for biological information, survey methodology, measures for avoiding impacts, and recommended conservation practices.  FWC staff will work with the applicant and FDEP staff to establish appropriate avoidance measures prior to issuance of the State 404 permit that will be included as permit conditions.

Everglades Mink:  The project site is located within the range of the Everglades mink and the site contains potential habitat including ditches, freshwater marsh, and prairie.  Everglades mink rely on multiple wetland habitat types, do not avoid human activity, and frequently utilize man-made structures such as canals and levees located near wetland habitat.  Their dens, if present, may be located near canals and wetlands.  In March and April 2020, PAI conducted a camera trap survey for Everglades mink, and none were observed or recorded.  FWC staff will work with the applicant and FDEP staff to determine any necessary permit conditions for the State 404 permit based on this information.

Attachment E



**Florida Fish and Wildlife Conservation Commission**

**Commissioners**

**Rodney Barreto**
Chairman
*Coral Gables*

**Steven Hudson**
Vice Chairman
*Fort Lauderdale*

**Preston Farrior**
*Tampa*

**Gary Lester**
*Oxford*

**Albert Maury**
*Coral Gables*

**Gary Nicklaus**
*Jupiter*

**Sonya Rood**
*St. Augustine*

**Office of the Executive Director**

**Roger A. Young**
Executive Director

**Jessica Crawford**
Chief of Staff

850-487-3796
850-921-5786 FAX

*Managing fish and wildlife resources for their long-term well-being and the benefit of people.*

620 South Meridian Street
Tallahassee, Florida
32399-1600
Voice: 850-488-4676

Hearing/speech-impaired:
800-955-8771 (T)
800 955-8770 (V)

MyFWC.com

September 18, 2023

Toby Schwetje
Florida Department of Environmental Protection
South District Office
2295 Victoria Avenue, Suite 364
Fort Myers, FL 33901
toby.schwetje@FloridaDEP.gov

Re:    Bellmar Community, State 404 Permit Application (396364-001), Collier County

Dear Mr. Schwetje:

Florida Fish and Wildlife Conservation Commission (FWC) staff reviewed the above-referenced permit application and provides the following comments, recommendations, and permit conditions during your review of the State 404 permit application pursuant to Chapter 62-331, Florida Administrative Code, Chapter 373, Florida Statutes (FS), and in accordance with FWC's authorities under Chapter 379, FS. These comments have been coordinated with the U.S. Fish and Wildlife Service (USFWS) to ensure the conservation of Florida's federally and state-listed wildlife and their habitats.

**Project Description**

The applicant, Collier Enterprises Management Inc., requests authorization to construct a master-planned, mixed-use community on an approximately 5,105-acre site in Collier County. The planned features include an approximately 1,000-acre residential village, a 350-acre commercial town center, 750 acres of continued agriculture, 400 acres of water management features, and approximately 2,500 acres of conservation lands. The site is located on Golden Gate Boulevard East and is situated approximately 4 miles north of I-75. Currently, the proposed project site contains approximately 1,661 acres of irrigated cropland, 1,573.7 acres of cypress, 625.5 acres of mesic flatwoods, 399.2 acres of improved pasture, 141.7 acres of mixed scrub-shrub wetland, 116.9 acres of fallow cropland, 101.8 acres of wet flatwoods, 101.3 acres of shrub and brushland, 79.9 acres of cypress/tupelo, 62.6 acres of mixed hardwood coniferous swamp, 57.3 acres of palmetto prairie, 56.7 acres of mixed hardwood wetlands, 54.6 acres of isolated freshwater swamp, 32.5 acres of rural open land, 22.1 acres of freshwater marsh, 9.6 acres of canal, 3.4 acres of low density residential, 3.0 acres of urban open land, 2.2 acres of roads, and 0.9 acres of ponds. The proposed project would result in 132.23 acres of direct impacts and 12.0 acres of secondary impacts to jurisdictional wetlands. The applicant has proposed to offset wetland impacts through the implementation of an on-site conservation area consisting of approximately 2,570.7 acres, which would include preservation and enhancement of 2,100.2 acres of jurisdictional wetlands. This mitigation would be implemented in three phases, consisting of 645.0 acres in Area 1, 1,011.6 acres in Area 2, and 873.1 acres in Area 3.

The applicant has developed and will implement the *Listed Species Management and Human-Wildlife Co-existence Plan* (dated July 2021) which contains conditions and best management practices to avoid and minimize impacts to the listed species and their habitat referenced in these plans. The applicant has also agreed to implement voluntary conservation measures intended to further avoid and minimize impacts to multiple species (Attachment 1).

Toby Schwetje
Page 2
September 18, 2023

**Potentially Affected Resources**

The project is located within the USFWS Consultation Areas for the following species:

- Audubon's crested caracara (*Polyborus plancus audubonii*, Federally Threatened [FT]),
- Everglade snail kite (*Rostrhamus sociabilis plumbeus*, Federally Endangered [FE]),
- Florida scrub-jay (*Aphelocoma coerulescens*, FT),
- Florida panther (*Felis concolor coryi*, FE),
- Red-cockaded woodpecker (*Picoides borealis*, FE), and
- Florida bonneted bat (*Eumops floridanus*, FE).

The project is also within one or more Core Foraging Areas (CFA) for the wood stork (*Mycteria americana*, FT) and may provide habitat for the following species:

- Eastern indigo snake (*Drymarchon couperi*, FT),
- Gopher tortoise (*Gopherus polyphemus*, State Threatened [ST]),
- Southeastern American kestrel (*Falco sparverius paulus*, ST),
- Florida sandhill crane (*Antigone canadensis pratensis*, ST),
- Little blue heron (*Egretta caerulea*, ST),
- Roseate spoonbill (*Platalea ajaja*, ST),
- Tricolored heron (*Egretta tricolor*, ST),
- Everglades mink (*Neovison vison evergladensis*, ST), and
- Big Cypress fox squirrel (*Sciurus niger avicennia*, ST).

FWC staff provided a Public Notice response to the Florida Department of Environmental Protection (FDEP) on May 25, 2022, for this project. The Public Notice included the following effect determinations based on coordination with USFWS staff: "no effect" for Florida scrub-jay; "may affect but is not likely to adversely affect" the wood stork, and Everglade snail kite, and "may affect and is likely to adversely affect" the Florida panther and Florida bonneted bat.

Based on further coordination after the Public Notice was issued by FDEP, USFWS staff determined that the project "may affect but is not likely to adversely affect" the eastern indigo snake and red-cockaded woodpecker. USFWS staff also determined that the project "may affect and is likely to adversely affect" the Audubon's crested caracara and the tricolored bat (*Permimyotis subflavus*, Proposed FE).

FWC staff also reviewed the South Florida Water Management District Conceptual Environmental Resource Permit application (201005-4401) and provided general technical assistance regarding state listed species and the *Listed Species Management and Human-Wildlife Co-existence Plan* in a letter dated February 10, 2021.

**Comments and Recommendations**

<u>Florida Panther</u>

The entire project site is located within the Panther Focus Area Primary Zone. Panthers prefer native, upland forested habitat, particularly hardwood hammocks and pine flatwoods where a thick understory of saw palmetto exists; this type of suitable habitat is present on the project site. Florida panthers have been documented utilizing the forested uplands and forested wetland areas on the project site based on radio-collar telemetry points. The applicant's environmental representative, Passarella and Associates, Inc. (PAI), has made direct observations of Florida panthers and their signs (such as tracks and scat) in the native upland and wetland habitats on the

Toby Schwetje
Page 3
September 18, 2023

site, as well as on the perimeter berms of the farm fields. According to information provided by PAI, the proposed project would result in impacts to 1,793 acres of habitat for Florida panther and would result in a need for an estimated 16,844 Panther Habitat Units (PHU) based on PAI's use of the USFWS Panther Compensation Calculator. The applicant has proposed to offset the potential impacts to the Florida panther through a combination of on-site preservation and habitat enhancement of a 2,570-acre conservation area, which would provide 2,391.6 acres of Florida panther habitat. PAI has calculated that the implementation of the on-site mitigation would result in compensation totaling 18,648 PHUs and a net increase of 1,804 PHUs.

Based on the available information, the proposed Bellmar residential project "may affect, and is likely to adversely affect" the Florida panther but "is not likely to jeopardize" the species since the loss of 1,793 acres of habitat represents a small portion of its overall range (0.15 percent) and since the proposed mitigation would provide compensation resulting in a net increase of PHUs. USFWS staff estimated that the project would result in harm to no more than four individual panthers from the construction of the project. USFWS staff has also estimated that the project would result in the loss of three panthers per year due to traffic volume and confirmed that the applicant committed to fund and install a panther-suitable wildlife crossing north of the project site as a minimization measure. USFWS staff confirmed this effect determination and provided specific conditions on September 14, 2023, that should be included in the State 404 permit. The applicant has also offered to implement voluntary conservation measures that would benefit the species (Attachment 1).

<u>Florida Bonneted Bat</u>

The Florida bonneted bat (FBB) roosts in a variety of habitats including tropical hardwoods, pinelands, and mangroves that include tall, mature trees or other areas in which suitable structural features for breeding and sheltering are present. Foraging habitat is comprised of relatively open areas including open fresh water, permanent or seasonal freshwater wetlands, within and above wetland and upland forests, agricultural lands, and man-made habitats such as golf courses and parks. The proposed project site is located within the USFWS Consultation Area for Florida bonneted bat, and the entire site is suitable habitat. A portion of the site overlaps with the proposed Critical Habitat for FBB, however, the designation has not been finalized. Since this part of the site is located within an area proposed for conservation lands, the proposed project is not expected to adversely affect FBB Critical Habitat when designated. PAI indicates that the proposed project would preserve and enhance approximately 2,392 acres of foraging and roosting habitat. An acoustic survey for the FBB was performed at 30 stations located on the property. A total of 153 FBB calls were recorded at 6 survey stations, with 12 calls identified as near the time of roosting, which indicates that roosting may occur on or near the site.

The applicant has proposed several Best Management Practices from the USFWS FBB Consultation Key. The proposed practices include:

- Conducting pre-construction roost surveys within 30 days prior to the removal of trees, snags, or structures,
- Removing trees, snags or structures outside the breeding season when possible,
- Stopping removal of trees or structures and contacting USFWS if FBB is observed,
- Maintaining a 250-foot buffer for heavy equipment around known or suspected FBB roosts,
- Avoiding widespread application of insecticides in FBB foraging areas,
- Retaining mature trees and snags in conservation areas, and
- Planting native trees and shrubs in open space and buffer areas.

Case 1:21-cv-00119-RDM    Document 149-2    Filed 01/12/24    Page 431 of 585

The implementation of the proposed mitigation/conservation areas will provide additional measures from the USFWS approved Best Management Practices (BMPs) for Development Projects. Based on the available information, the proposed Bellmar residential project "may affect and is likely to adversely affect" the Florida bonneted bat. USFWS staff confirmed this effect determination and provided specific conditions on September 14, 2023 that should be included in the State 404 permit.

Tricolored Bat

The tricolored bat has been proposed for federal listing as endangered but is still under review. This species is recognizable by its tri-colored fur and may have a yellow or orange appearance. Most of the year, tricolored bats in the southern U.S. are often found in forested habitats, roosting in hardwoods, pine trees, and occasionally human structures. During the winter, they exhibit shorter hibernation periods, foraging floodplains and riparian areas on warmer nights, and often roost in human structures such as culverts. The entire site is considered potential foraging and roosting habitat for tricolored bat and the proposed project would result in the loss of 1,793 acres of habitat. USFWS staff estimated that the project would result in the loss of one roost and ten individuals. USFWS staff confirmed the "may affect and is likely to adversely affect" effect determination and provided specific conditions on September 14, 2023, that should be included in the State 404 permit.

Audubon's Crested Caracara

The Audubon's crested caracara prefers habitats that contain largely short-stature vegetation with a low density of trees, including dry or wet prairie and improved and unimproved pasture containing scattered cabbage palms, their preferred nesting tree. They may also be found in lightly wooded areas with scattered saw palmetto, scrub oaks, and cypress. Seasonal freshwater marsh wetlands of less than 2.47 acres may increase habitat attractiveness. Audubon's crested caracaras have been observed foraging on site and a nest was documented on-site during 2020. PAI conducted bi-weekly observations and documented that the young fledged. PAI conducted surveys in 2021 and no nesting activity was observed on the property. A survey in 2022 indicated that the 2020 nest was inactive but an active nest was present on another part of the property. The 2020 and 2022 nests were found to be inactive in 2023 but an active nest was present just north of the site. Potential nesting habitat is present on the property and caracara appear to be shifting territories on and around the project site. The site contains approximately 1,440 acres of suitable habitat for caracara and the proposed project is estimated to result in the loss or failed reproduction of one caracara pair. The applicant has committed to conducting additional surveys on the property and will avoid any nests during the nesting season. If evidence of Audubon's crested caracara nesting is observed before construction (including the presence of nesting pairs or nesting behavior), the applicant will follow conservation measures outlined in USFWS Guidelines, including a 300-meter primary and 1,500-meter secondary buffer to the extent feasible.

Based on the available information, USFWS staff confirmed the "may affect and is likely to adversely affect" effect determination and provided specific conditions on September 14, 2023, that should be included in the State 404 permit.

Eastern Indigo Snake

Over most of its range, the eastern indigo snake inhabits pine flatwoods, scrubby flatwoods, high pine, dry prairie, tropical hardwood hammocks, edges of freshwater marshes, agricultural fields, coastal dunes, and human-altered habitats. Eastern indigo snakes appear to need a mosaic of habitats to complete their life cycle. Wherever the eastern indigo snake occurs in xeric habitat, it is closely associated with the gopher tortoise. No gopher tortoise burrows were observed during

the 2019-2020 surveys of the site. The project site includes approximately 2,724 acres of habitat that could potentially be used by the eastern indigo snake. According to information provided by PAI, eastern indigo snakes were documented on the site during surveys conducted in 2007 and 2009. The applicant has committed to following the USFWS-approved *Standard Protection Measures for the Eastern Indigo Snake* during the clearing and construction phases of the project and placing approximately 2,392 acres into preservation with a conservation easement with site enhancement and management. Based on the available information, the proposed Bellmar residential project "may affect but is not likely to adversely affect" the eastern indigo snake. USFWS staff confirmed this effect determination and provided specific conditions on September 14, 2023 that should be included in the State 404 permit.

Red-Cockaded Woodpecker

The red-cockaded woodpecker lives and forages in mature pine forests, specifically those with longleaf pines averaging 80 to 120 years old and loblolly pines averaging 70 to 100 years old. Red-cockaded woodpeckers live in groups with a breeding pair and as many as four helpers, usually male offspring from the previous year. Each group needs about 200 acres of old pine forest to support its foraging and nesting needs. The applicant's environmental representative, PAI, conducted surveys during 2020 and 2021 and no potential nesting cavities were observed on the property. No red-cockaded woodpeckers have been observed foraging on the property. USFWS staff confirmed the "may affect but is not likely to adversely affect" effect determination and provided specific conditions on September 14, 2023, that should be included in the State 404 permit.

Everglade Snail Kite

Everglade snail kite foraging habitat consists of relatively shallow wetland vegetation, either within extensive marsh systems, or in lake littoral zones. This species nests in a variety of vegetation types, usually over open water and almost always in areas with good foraging habitat nearby. Its preferred habitat is lowland freshwater marshes mostly in the Everglades, Lake Okeechobee, Lake Kissimmee, and upper St. Johns River watersheds, and the species feeds almost exclusively on apple snails. The project site is located within the consultation area for Everglade snail kite but is not located within or near Designated Critical Habitat. According to information provided by PAI, most of the wetlands on the property are forested, but the property does contain approximately 78 acres of potential habitat. During site investigations conducted by PAI, an adult Everglade snail kite was observed flying on the property during 2019-2020 surveys, and piles of apple snail shells have been observed on the property. No nesting has been observed on the site. Based on the available information, the proposed project "may affect but is not likely to adversely affect" the Everglade snail kite. USFWS staff confirmed this effect determination on September 14, 2023, and no State 404 permit conditions are necessary for this species.

Wood Stork

The project lies within the 18.6-mile buffer of the 619141, 619018 (Corkscrew), 619316, and 619161 (North Catherine Island II) colonies and wood storks have been observed foraging on the property. The project site is located approximately 1.7 miles from the North Catherine Island II nesting location. The proposed project would potentially affect suitable foraging habitat and impacts are unavoidable. The applicant is proposing to provide on-site mitigation which is within the appropriate CFA and of matching hydroperiod of the proposed impacts, and the project is not contrary to the Habitat Management Guidelines for the Wood Stork in the Southeast Region. Based on the available information, the proposed Bellmar residential project "may affect but is not likely to adversely affect" the wood stork. FWC staff coordinated with USFWS staff, and the wetland mitigation required by FDEP in the State 404 permit will ensure the effect determination provided in the public notice.

Gopher Tortoise

Gopher tortoises are found in dry, sandy soils in habitats such as sandhills, xeric oak, and dry pine flatwoods. The onsite uplands represent potentially suitable habitat for the gopher tortoise. In their *Biological Assessment*, PAI indicated that no gopher tortoise burrows were observed onsite during surveys performed in 2019-2020. FWC's *Gopher Tortoise Permitting Guidelines* located at (http://www.myfwc.com/license/wildlife/gopher-tortoise-permits/) can be referenced for survey methodology, measures for avoiding impacts, as well as options and state requirements for minimizing, mitigating, and permitting. FWC staff have provided conditions for gopher tortoise that should be included in the State 404 permit.

Florida Sandhill Crane

The open marsh on the project site may provide suitable foraging and nesting habitat for the Florida sandhill crane. Florida sandhill cranes have been observed foraging on-site and a potential nesting area was documented on the property. The *Species Conservation Measures and Permitting Guidelines for Florida Sandhill Crane* found at (https://myfwc.com/wildlifehabitats/wildlife/species-guidelines/) can be referenced for biological information, survey methodology, measures for avoiding impacts, and recommended conservation practices. The applicant intends to conduct pre-construction surveys for Florida sandhill cranes following the *Guidelines*. If nesting is identified on the project site, avoidance measures include maintaining a 400-foot (122-meter) buffer around the nesting area. FWC staff have provided avoidance conditions for this species that should be included in the State 404 permit.

Wading Birds

The forested wetlands present onsite may provide potential habitat for wading birds, including the little blue heron, roseate spoonbill, and tricolor heron which have been observed foraging on-site. No nesting was observed during surveys conducted by PAI in 2019-2020. The *Species Conservation Measures and Permitting Guidelines for Little Blue Heron, Reddish Egret, Roseate Spoonbill, Tricolored Heron* found at (https://myfwc.com/wildlifehabitats/wildlife/species-guidelines/) can be referenced for biological information, survey methodology, measures for avoiding impacts, and recommended conservation practices. The applicant intends to conduct pre-construction surveys for wading birds following the *Guidelines*. If nesting is discovered after site activities have begun, the applicant is aware of the need to contact the FWC to discuss potential avoidance measures, which include maintaining a 330-feet (100-meter) buffer around the nesting area, or other alternatives. FWC staff have provided avoidance conditions for these species that should be included in the State 404 permit.

Southeastern American Kestrel

The project site may provide suitable habitat for the southeastern American kestrel, including the open field habitat present on-site. PAI conducted surveys in March and April 2020 and observed kestrels on site but was not able to determine if the kestrels were non-migratory. The *Species Conservation Measures and Permitting Guidelines for Southeastern American Kestrel* found at (https://myfwc.com/wildlifehabitats/wildlife/species-guidelines/) can be referenced for biological information, survey methodology, measures for avoiding impacts, and recommended conservation practices. If nesting is identified on the project site, avoidance measures include maintaining a 490-foot (150-meter) buffer around the nest cavity location. FWC staff have provided avoidance conditions for this species that should be included in the State 404 permit.

Everglades Mink

The project site is located near the northern edge of the range of the Everglades mink and the site contains potential habitat including ditches, freshwater marsh, and prairie. Everglades mink rely on multiple wetland habitat types, do not avoid human activity, and frequently utilize man-made structures such as canals and levees located near wetland habitat. Their dens, if present, may be located near canals and wetlands. In March and April 2020, PAI conducted a camera trap survey for Everglades mink, and none were observed or recorded. FWC staff have provided avoidance conditions for Everglades mink that should be included in the State 404 permit.

Big Cypress Fox Squirrel

The pine flatwoods, wetland hardwoods, cypress swamps, and freshwater marshes may provide potential habitat for Big Cypress fox squirrels. Camera-based surveys (e.g., using game cameras at baited sites) can be more effective than pedestrian surveys for nests to determine their presence. Big Cypress fox squirrels typically nest between October and February and from April to August. According to information provided by PAI, Big Cypress fox squirrels have been observed during on-site surveys conducted in 2007-2009, 2019-2020, and during other field work on the site. The *Species Conservation Measures and Permitting Guidelines for Big Cypress Fox Squirrel* ([https://myfwc.com/media/11559/bigcypressfoxsquirrelguidelines-2018.pdf](https://myfwc.com/media/11559/bigcypressfoxsquirrelguidelines-2018.pdf)) can be referenced for biological information, survey methodology, measures for avoiding impacts, and recommended conservation practices. This species can use more than one nest and nest use can vary over time. If nests are found onsite, a 574-feet (175-meter) buffer distance from the nest tree should be maintained. If it will be necessary to remove a nest tree or work within 574 feet of a nest tree, the applicant should coordinate with FWC staff to discuss permitting alternatives. FWC staff have provided avoidance conditions for this species that should be included in the State 404 permit.

Florida Black Bear Technical Assistance

The FWC has received 1,090 reports of human-bear conflicts within a 5-mile radius of the project site since 1997. Florida black bears are frequent in this area which is within the Big Cypress Bear Management Unit identified in the 2019 Bear Management Plan. While black bears tend to shy away from people, they are adaptable and will take advantage of human-provided food sources. This includes sources that are currently available near this site, sources that may be available during construction, and sources available after construction including unsecured garbage. Once bears become accustomed to finding food around people, their natural wariness is reduced to the point that there can be an increased risk to public safety or private property.

During construction, construction sites should be kept clean, with refuse that might attract bears kept separate from construction debris and stored securely in bear-resistant containers or removed daily from the construction site before dark. Refuse that might attract bears includes all food and drink-related materials, as well as any items with strong scents like cleaning agents. Once the development is completed, residents should be provided with bear-resistant garbage cans as part of their regular waste service and any larger waste storage containers should also be bear-resistant. Providing residents with information on how to avoid human-bear conflicts is also recommended. This information can include:

- Options for keeping garbage secure which can include using bear-resistant garbage containers, modifying regular containers to be bear-resistant, or keeping containers secure in a garage or sturdy shed and then placing garbage on the curb the morning of pick-up rather than the night before ([http://myfwc.com/wildlifehabitats/managed/bear/living/attractants/](http://myfwc.com/wildlifehabitats/managed/bear/living/attractants/) );

Toby Schwetje
Page 8
September 18, 2023

- Removing bird and wildlife feeders, or modifying them to exclude bears (http://myfwc.com/wildlifehabitats/managed/bear/wildlife-feeders/ );
- Using electric fencing to secure outdoor attractants like fruiting trees/shrubs, gardens, compost, and small livestock (https://myfwc.com/media/1886/electricfence.pdf);
- Proper composting in bear range (https://myfwc.com/media/1888/howtocompostinbearcountry.pdf);
- Keeping pets safe (https://myfwc.com/media/1892/protect-your-pet.pdf/); and
- Cleaning and securing barbeque grills.

Information should also include guidelines for how residents should respond to bears in the area, such as:

- What to do if they encounter a bear, whether from a distance or at close range,
- How to keep pets and livestock safe in bear range, and
- When and how to contact the FWC regarding a bear issue.

FWC staff is available to assist with residential planning to incorporate the above features. Additional information about Florida black bears can be found on FWC's website at http://www.myfwc.com/wildlifehabitats/managed/bear.

FWC staff appreciates the opportunity to provide input on this project and will continue working with the applicant and FDEP throughout the permitting process. For specific technical questions regarding the content of this letter, please contact Bryan Phillips at (850) 767-3646 or by email at Bryan.Phillips@MyFWC.com. All other inquiries may be sent to ConservationPlanningServices@MyFWC.com.

Sincerely,

Jason Hight, Director
Office of Conservation Planning Services

jh/bp
Bellmar_43152_09182023

Attachments:
1) Bellmar Applicant Voluntary Conservation Measures
2) Wildlife Crossings: Traffic Analysis and Conservation Measures Summary
3) Standard Protection Measures for the Eastern Indigo Snake
4) State-Threatened Wading Bird Ranges, Breeding Seasons, and Recommended Survey Dates, by Zone (FWC)

cc:    FDEP 404 Inbox, 404_listed_species@floridadep.gov
       USFWS 404 Inbox, Florida_404@fws.gov
       Bob Carey, USFWS, robert_carey@fws.gov
       Adam Knutson, USFWS, adam_knutson@fws.gov
       Kenneth C. Passarella, Passarella and Associates, Inc., kenp@passarella.net
       Heather Samborski, Passarella and Associates, Inc., heatherp@passarella.net

**Species Conditions for the State 404 Permit, Bellmar Community, ST 404 396364-001**

Florida Panther
1. The permittee shall make contributions to the Paul J. Marinelli Fund as follows:
    i. The permittee shall deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project. Upon deposit of the funds, the permittee shall provide correspondence from the Fund to U.S. Fish and Wildlife Service's Florida Ecological Services Office (USFWS FESO) by e-mail (fw4flesregs@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com) confirming that the contribution has been provided.
    ii. The permittee shall establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale). The permittee shall provide an annual report confirming the sale and contribution to the Fund to USFWS FESO by e-mail (fw4flesregs@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com).
2. The permittee shall, at its sole cost and expense, construct five wildlife crossings within the geographic region where this and the proposed Rural Lands West project are located, including one just north of the project site on Oil Well Road, approximately 1.44 miles east of Desoto Boulevard. The wildlife crossings shall be constructed to provide and preserve a wildlife movement corridor and the locations shall be constructed in the locations shown on Attachment 2. The permittee shall contact the USFWS FESO at (772) 562-3909 (e-mail fw4flesregs@fws.gov) for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and plans of the proposed wildlife crossings for review. The permittee shall report the final location and as-built plans of wildlife crossings to the USFWS FESO, the Department, and the FWC upon completion of construction.
3. The permittee shall ensure that HOA and/or homeowners' documents for the Bellmar community state that pets within the community should be kept indoors, on leash, or supervised when outdoors in common areas, or within a secure covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers.

Florida Bonneted Bat and Tricolored Bat
1. The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the USFWS FESO for technical assistance at (772) 562-3909 (e-mail fw4flesregs@fws.gov) and will notify the FWC at ConservationPlanningServices@MyFWC.com.
2. The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized.

Toby Schwetje
Page 10
September 18, 2023

3. The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 2,100.17± acres of on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities.

4. The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).

5. Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.

6. The permittee shall implement planting of native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance.

7. The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat and tricolored bat.

8. The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.

9. The permittee shall implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat.

<u>Eastern Indigo Snake</u>
The permittee shall comply with the attached USFWS *Standard Protection Measures for the Eastern Indigo Snake* dated March 23, 2021 (Attachment 3). If an indigo snake is encountered, the snake must be allowed to vacate the area prior to additional site manipulation in the vicinity. Holes, cavities, and snake refugia other than gopher tortoise burrows shall be inspected each morning before planned site manipulation of a particular area, and if occupied by an indigo snake, no work shall commence until the snake has vacated the vicinity of the proposed work.

<u>Wood Stork</u>
In order to offset the loss of Suitable Foraging Habitat, the permittee shall comply with the approved wetland mitigation and monitoring requirements as specified by the FDEP State 404 permit for the project related wetland impacts within the same Core Foraging Areas.

<u>Audubon's Crested Caracara</u>
1. Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the document or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the project site that is under the permittee's ownership or neighboring areas where access is allowed.

2. To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters) of any documented crested caracara nest site. Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above shall not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site. Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition.

3. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities shall be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms. Restoration activities shall occur on existing agricultural lands located within the Project site or on agricultural lands

adjacent to the project site that is under the permittee's ownership. The permittee shall contact the USFWS FESO for technical assistance at (772) 562-3909 (e-mail fw4flesregs@fws.gov) and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat shall be maintained in perpetuity and managed in a state that supports use by crested caracara. The permittee shall report the final location and extent of restored habitat to the USFWS FESO, the Department, and the FWC upon completion of restoration activities.

<u>Gopher Tortoise</u>

1. Within 90 days prior to commencing any site preparation activities, a gopher tortoise burrow survey shall be conducted covering potentially suitable habitat on the subject property. Potentially suitable habitat may include, but is not limited to, sandhill, scrub, scrubby flatwoods, pine flatwoods, dry prairies, xeric hammock, mixed pine-hardwoods, old fields, agricultural lands, ruderal areas, and a variety of disturbed habitats and areas having relatively well-drained sandy soils. Surveys shall be conducted in accordance with the following methods.
    a. One or multiple observers shall systematically search for gopher tortoise burrows along evenly spaced, parallel belt transects.
    b. Sufficient distance shall exist between each observer to ensure that transects do not overlap. The width of each transect shall allow for 100% detection of burrows within the transect.
    c. The location of burrows observed within or partially within each transect shall be recorded with sub-meter accuracy GPS. Burrows shall be marked with flagging tape indicating its unique identifying label and burrow activity class.
        i. Potentially Occupied Burrows – burrows with obvious signs of use and minimal or no sign of use. These burrows appear in good repair with a half-moon shaped entrance and may have tortoise tracks or scrapes clearly visible on the burrow floor or on the mound. The burrow floor may contain loose soil or it may be hard-packed, and the mound may or may not have vegetation growing on it.
        ii. Abandoned Burrows – these burrows lack the half-moon shaped entrance; appears unused or dilapidated with an entrance that is partially or completely collapsed; the burrow can be partially or completely filled with soil or leaves.
2. If site preparation or other project activities do not commence within 90 days of the gopher tortoise burrow survey, a new survey shall be conducted.
3. Gopher tortoise burrow surveys shall encompass any areas having potentially suitable habitat within 25 feet of all project activities, including habitats that extend onto adjacent properties. If lawful access cannot be achieved to adjacent properties, surveys may be conducted by visual inspection from the subject property boundary.
4. If gopher tortoise burrows are found, buffers of 25 feet in all directions from the mouth of all burrows shall be established. The buffering shall not result in 50-foot diameter circles of undisturbed habitat surrounded by the project activities. Silt fencing may be used to demarcate the buffers but shall not block gopher tortoise access to burrows.
5. No site preparation, clearing, staging, or other project activities shall occur within the 25-foot buffer.
6. If maintaining the required buffer is not possible, the permittee shall contact the FWC Gopher Tortoise Program Coordinator at (850) 921-1031 or GTPermits@MyFWC.com for additional information.
7. Injury or mortality of a gopher tortoise shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922 and the Gopher Tortoise Program Coordinator at (850) 921-1031.

Florida Sandhill Crane

1. Surveys for nesting Florida sandhill cranes shall be conducted during the breeding season (December 1 through August 30) within 30 days prior to commencing any clearing or construction activities, including maintenance mowing.  Surveys shall include either one aerial survey or two ground surveys in accordance with the following methodologies:
   a. Aerial Surveys:
      i. Aerial transects shall cover 100% of the suitable nesting habitat.
      ii. Survey transects shall be conducted at a minimum altitude of 250 feet. Florida sandhill cranes may react differently to different types of aircraft, and altitude shall be adjusted to prevent disturbance.
   b. Ground Surveys:
      i. Surveys shall be conducted between dawn and 10 a.m. or between 4 p.m. and dusk.
      ii. The wet prairies, marshy lake margins, pastures, hydric flatwoods, and vegetated marshes shall be scanned along its periphery from as far away as practical in order to observe nesting areas without disturbing any sandhill cranes.
      iii. Observation points shall be spaced to provide approximately 100% coverage of suitable habitat.
2. If active Florida sandhill crane nests are found, a buffer of 400 feet (122 meters) shall be demarcated around each nest site.  The buffer zone shall be clearly visible to all personnel associated with the project.  The perimeter of the buffer zone shall be demarcated with material with an open design that allows ingress and egress for adult cranes and chicks.  Examples of acceptable materials include 3-4 foot (91-122 cm) tall stakes with a single line of string or rope, suspended at least 18 inches (46 cm) off of the ground.  Silt fencing is discouraged, but if it must be used, leave regularly spaced gaps that are either sized at least 24 inches (61 cm) wide, or the silt fencing is staggered to allow passage by chicks.  The buffer zone materials may be removed when the eggs have hatched, and chicks are walking on their own.
3. No pedestrian traffic, vehicle operations, site preparation, staging, clearing, or project activities shall occur within the 400-foot (122-meter) buffer.
4. All personnel associated with the project shall be advised of the presence of Florida sandhill crane nesting and that it is a violation of state law to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect Florida sandhill cranes or their eggs or nests, or to attempt to engage in such conduct.
5. No direct or indirect impacts shall occur to wetland habitats found to be utilized by Florida sandhill cranes for breeding, feeding, or sheltering.
6. If the project will take place over multiple years, additional surveys shall be conducted during the breeding season within 30 days prior to the start of clearing or project activities.
7. If permanent fencing is constructed adjacent to wetlands found to be utilized by Florida sandhill cranes for nesting, it shall be made of materials in which the birds cannot become entangled, trapped, or injured.  If woven or welded wire fencing is used, framed walk-throughs 18 inches (46 cm) high by 24 inches (61 cm) wide shall be incorporated at least every 0.3 miles.  If barbed wire fencing is used, a maximum of 3 strands shall be used with the top wire no more than 42 inches (107 cm) above the ground and the bottom wire no less than 18 inches above the ground.
8. Any installation of temporary or permanent above-ground utility lines shall include reflective kinetic markers to increase visibility to sandhill cranes inflight and reduce collisions.
9. If additional nest locations are identified after clearing or other activities have begun or if maintaining the required buffers is not possible, the permittee shall contact the FWC

Protected Species Permit Coordinator at (850) 921-5990 or
WildlifePermits@MyFWC.com for more information.

10. Injury or mortality of a Florida sandhill crane shall be immediately reported to the FWC
Wildlife Alert Hotline at (888) 404-3922.

<u>State-Listed Wading Birds</u>

1. The permittee shall conduct surveys for wading birds in the freshwater marshes and
forested wetlands throughout the project site prior to commencing any site preparation,
staging, clearing, or project activities. Surveys should be conducted during the
appropriate survey timeframe indicated in Attachment 3 and in accordance with one of
the following methodologies.

   a. Direct count surveys shall be conducted of potential breeding sites that are
narrow or small in which the observer can see all the way through the vegetation
to identify all nests.

      i. Direct counts of all nests shall be made from a minimum distance of 330 feet
(100 meters) from the freshwater forested wetlands.

      ii. A minimum of 2 direct counts shall be made at least 1 month apart to ensure
the counts occur during the optimal survey dates for each species likely to be
present (Attachment 3).

      iii. Observers shall record the following information:

         a) Location or project name
         b) General location (latitude/longitude) of the colony
         c) Date and start and end times of the survey
         d) Species names of birds observed and number of nests for each.

   b. Flight-line surveys shall be conducted of potential breeding sites that are large or
wide enough that the observer cannot see through the vegetation from a distance
of 330 feet (100 meters).

      i. A minimum of 2 flight-line surveys shall be made at least 1 month apart to
ensure the counts occur during the optimal survey dates for each species
likely to be present (Attachment 3). Surveys shall be conducted under
favorable weather conditions (i.e., good visibility, low wind, and no rain).

      ii. At least 2 observers shall be stationed on opposite sides of the colony and at
a distance of 330 feet (100 meters) from the site.

      iii. Observers shall identify any incoming and outgoing wading birds at the site
for 2 hours beginning approximately 1 hour after sunrise.

      iv. Observers shall record the following information:

         a) Location or project name
         b) General location (latitude/longitude) of the colony
         c) Date and start and end times of the survey
         d) Notes on issues that may affect the nest counts, such as problematic
weather or bird behaviors or nest stage that may affect nest estimates.
         e) Species names or birds observed and number of nests for each.
         f) Flight direction of each individual bird and whether it was flying into or
out of the colony, excluding birds carrying sticks.

2. If there is evidence of active nests, a buffer of 330 feet (100 meters) shall be established
around the nesting area(s). A nest is considered active when supporting essential
behavioral patterns, which occur from the point of nest building when a breeding pair
exhibits courtship behavior, is carrying nest material, and/or engaging in construction or
repair of a nest, until young of the season become capable of sustained flight or
permanently leave the nest. The buffer zone shall be clearly visible to all personnel
associated with the project.

3. No pedestrian traffic, operation of a vehicle or watercraft vessel, site preparation, staging,
clearing, or project activities shall occur within the 330-foot (100-meter) buffer.

4. The use of unmanned or remotely controlled unmanned aerial systems (UAS) shall adhere to the following guidance:

   a. A pre-flight check for birds shall be performed immediately before takeoff to determine the location of any nearby birds.

   b. A minimum buffer of 200 feet (61 meters) shall be maintained from active nests including the airspace above nests.

   c. Launching and landing shall be conducted a minimum of 600 feet (183 meters) from known and observed wading bird colonies.

   d. All UAS operations shall immediately cease if birds flush or become agitated. Signs that birds are agitated or disturbed include birds moving away from the UAS as it passes overhead, decreasing other natural behaviors to watch the UAS, or nodding their heads up and down to continuously size up the distance between themselves and the UAS.

   e. If UAS is utilized to conduct surveys for wading birds, the following additional guidance shall be followed:

      i. One observer shall act as a spotter to ensure the UAS is at the correct altitude and to look out for behavioral responses from the birds.

      ii. The survey shall begin by flying at the maximum allowable UAS flight ceiling (typically 400 feet [122 meters] above ground level) over the focal birds using a straight-line transect. Once an initial pass has been made without noticing bird disturbance, lower the aircraft altitude by approximately 50 feet (15 meters) at a location away from the target birds, and then make another straight-line pass over the birds. Continue repeating this process until an altitude of no less than 200 feet is reached, an ideal altitude for the UAS sensor payload is achieved, or the birds exhibit signs of disturbance, whichever occurs first.

      iii. If birds become agitated or disturbed, UAS altitude shall immediately be increased.

      iv. If the signs of agitation or disturbance continue after a subsequent pass at higher elevation, the survey shall immediately be aborted.

5. Site preparation, staging, clearing, and project activities shall not cause loss or modification of habitat within any active or recent wading bird breeding site at any time and shall not render it unsuitable for breeding. A breeding site is the area used by wading birds for the essential behavior of breeding, including the substrate (e.g., vegetation) supporting nesting and the shallow, open areas immediately adjacent to (i.e., within 50 feet [15 meters] of) the nesting substrate. A breeding site is active if wading birds are displaying courtship behavior or nest-building activities, or eggs or young are present. A breeding site is considered recent if it has been used for breeding at least once in the preceding 5 years.

6. All personnel associated with the project shall be advised of the presence of wading bird nesting and that it is a violation of state law to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect wading birds or their eggs or nests, or to attempt to engage in such conduct.

7. If wading bird nesting is discovered after site activities have begun, or if any of the conditions above cannot be met, the permittee shall contact the FWC Protected Species Permit Coordinator at (850) 921-5990 or WildlifePermits@MyFWC.com for more information.

8. Injury or mortality of a wading bird shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922.

Toby Schwetje
Page 15
September 18, 2023

Southeastern American Kestrel

1. Surveys for southeastern American kestrels shall be conducted during the survey season (April – August) prior to commencing site preparation or clearing activities in accordance with the following methodology.

   a. A minimum of 3 surveys shall be conducted at least 4 to 7 days apart.

   b. Surveys shall be conducted from sunrise to 3-4 hours past sunrise on clear, calm days by walking transects spaced 330 feet (100 meters) apart through all potential habitat. Transects may be completed from a vehicle at a speed of no more than 25 miles (40 kilometers) per hour only under the following conditions:

      i. Road coverage is extensive,

      ii. Road transects pass through all potential habitat, and

      iii. Habitat along the road transects is open enough to allow sighting of birds throughout the entirety of the habitat area.

   c. All observations of kestrels perching or hovering and cavities in both natural and man-made structures shall be recorded with GPS locations, date, time, kestrel breeding behaviors observed (e.g., copulation, feeding), and type of cavity if found.

      i. A "suitable cavity" is a hollow space within a tree or man-made structure that can potentially support kestrel breeding and sheltering during or outside of the breeding season, having an entrance hole roughly 3 inches (7.6 centimeters) in diameter located at least 10 feet (3 meters) from the ground.

      ii. An "active nest cavity" is a suitable cavity while it is supporting breeding, which occurs from the point of cavity selection, when one or both kestrels may be seen entering, exiting, or sitting inside the cavity, to incubation and rearing of dependent chicks.

      iii. An active nest cavity is considered inactive after the young have fledged.

   d. If a kestrel is observed displaying distressed behaviors, such as alarm calls or circling flights, or if a kestrel is perched with food that they are not consuming, the observer shall back away from the area.

   e. If an active nest cavity is found or kestrels are observed entering a cavity with food, the observer shall immediately leave the area.

2. If active nest cavities are found, a buffer of 490 feet (150 meters) shall be established around each nest cavity location. The buffer zone shall be clearly visible to all personnel associated with the project. No activities shall occur within the buffer during the breeding season (March 1 to July 30).

3. Kestrel sightings shall be mapped, and the Habitat Use Centroid shall be determined using the following method:

   a. Plot kestrel sightings from all surveys conducted. Kestrel sightings that are greater than 0.31 mile (0.50 kilometer) away from each other are considered different territories. To determine if a group of sightings are part of one territory, buffer each sighting with an 820-foot (0.25-kilometer) radius. Sightings where the 820-foot buffer intersect are considered a single territory and those locations should be taken together to determine the habitat use centroid.

   b. Locations can be included in the calculation more than once if kestrels were recorded at that location multiple times over the survey.

   c. Calculate the average of the latitudes and the average of the longitudes of the kestrel locations to determine the coordinates of the Habitat Use Centroid (the approximate center of the kestrel's territory).

   d. Plot the habitat use centroid on the map of the project and draw a 0.31-mile radius around the habitat use centroid to determine the kestrel territory. Determine the total acreage of Suitable Foraging Habitat within 0.31-mile radius of the Habitat Use Centroid:

Toby Schwetje
Page 16
September 18, 2023

     e. Overlay development plans to determine the reduction of Suitable Foraging Habitat within a 0.31-mile radius around the Habitat Use Centroid.

4. If available Suitable Foraging Habitat within 0.31 miles around the Habitat Use Centroid prior to development is 124 acres or more (including habitat that is off-site as well as onsite within 0.31-mile radius), then the project shall not reduce Suitable Foraging Habitat to less than 124 acres within the radius.

5. Active and inactive nest cavities found on the subject property shall not be removed or disturbed.

6. If site preparation, clearing, or project activities commence on the project site after March 1 of the following breeding season, a new survey shall be conducted.

7. If any of the above conditions cannot be adhered to, the permittee shall contact the FWC Protected Species Permit Coordinator at (850) 921-5990 or WildlifePermits@MyFWC.com for more information.

Big Cypress Fox Squirrel

1. Within 60 days prior to commencing site preparation or clearing activities, surveys for Big Cypress fox squirrel shall be conducted covering 100% of onsite suitable habitat using the following methods.

    a. If presence of Big Cypress fox squirrel is unknown, camera-trap surveys of all suitable habitat onsite shall be conducted by personnel knowledgeable about fox squirrels and fox squirrel nests. Surveyors shall ensure the use of appropriate bait to avoid attracting fire ants. Camera-trap stations shall be separated by 820 feet (250 meters) and operated for a minimum of 8 days, with traps rebaited after 4 days.

    b. If Big Cypress fox squirrels are observed or are known to be present onsite, parallel or meandering pedestrian transects covering 100% of suitable habitat shall be conducted to locate nests.

2. If a tree is found to have Big Cypress fox squirrel nests, a buffer zone of 574 feet (175 meters) shall be demarcated around each tree.

    a. The buffer zone shall be clearly visible to all personnel associated with the project. The permittee shall ensure that the perimeters of designated buffer zones are marked with posts and twine or other symbolic fencing and FWC-approved signs stating "Do Not Enter" around the perimeter.

    b. Posts shall not exceed 4 feet in height once installed. Symbolic fencing, consisting of twine, string, or rope, shall be placed between all posts at least 2.5 feet above the ground. The posting shall be maintained in good repair through the duration of project activities.

    c. No activities shall occur within the 574-foot (175-meter) buffer zone around nest trees.

    d. A nest shall be considered active regardless of appearance until it degrades to the point that it can no longer provide shelter.

3. All personnel associated with the project shall be advised of the presence of Big Cypress fox squirrels and that it is a violation of state law to feed, harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect Big Cypress fox squirrels, their young, and nests, or to attempt to engage in such conduct.

4. Documentation of Big Cypress fox squirrel nesting in addition to incidental observations of Big Cypress fox squirrel on the subject property shall be reported to FWC at Imperiled@MyFWC.com.

5. If maintaining the required buffer is not possible or if removal of nest trees is required, the permittee shall contact the FWC Protected Species Permit Coordinator at (850) 921-5990 or WildlifePermits@MyFWC.com for information on permitting alternatives.

6. Injury or mortality of a Big Cypress fox squirrel shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922.

Toby Schwetje
Page 17
September 18, 2023

<u>Everglades Mink</u>

1. If an Everglades mink is observed, all project activities in the area shall cease and it shall be allowed to leave under its own power without being harmed.
2. Injury of an Everglades mink shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922.

**Special Conditions**:

**General Planning Tenets:**  As a condition of this permit, and for purposes of compliance with the Endangered Species Act  and completion of technical assistance between the U.S. Fish and Wildlife Service (USFWS) and  the Florida Department of Environmental Protection (FDEP), the Permittee has agreed to and will  implement the following planning tenets that reflect the Eastern Collier Multiple Species Habitat Conservation Plan (HCP) prepared and submitted by the Permittee and other landowners, with  support from four leading conservation organizations, for Eastern Collier County in connection with applications submitted to USFWS for incidental take permits (ITPs) pursuant to Section 10 of the Endangered Species Act (the ITP applications were withdrawn on July 28, 2022, but the applicant has committed to work with the other landowners and conservation organizations to voluntarily implement the HCP).

    a.  **Location of Project Footprint and Preserved Lands**.  The project will be developed and project impacts will be offset consistent with the above-referenced landscape-level planning tenets.   Specifically, all areas that will be directly impacted by project development (e.g., wetland  fill or species impacts) will be located within areas identified as "Covered Activities," and all areas to be preserved as mitigation for those impacts will be located within the areas identified for "Preservation/and Plan Wide Activities" as depicted in Exhibit [  ] attached.

    b.  **Permanent Protection of Preserved Lands**.  As required by FDEP condition [    ], permanent conservation easements will be placed on preservation lands before project construction begins, so that mitigation is achieved prior to project impacts.  These conservation easements will run with the land and will be held by FDEP or another a State of Florida agency.

    c.  **Marinelli Fund Contributions.**  The project will be conducted in manner consistent with the Permittee's description of the project in the application and in materials associated with its application.  As part of the proposed project, the Permittee has committed to make contributions to the Paul J.  Marinelli Fund to be used to initiate and support conservation activities selected by the  Fund's Board of Directors, which will be made up of  Eastern Collier Property Owners (ECPO)  landowners, a representative of the landowner's four  conservation partners, and an at-large member who will serve at the invitation of the  other six members of the Board.  Conservation activities to be supported through  expenditures from the Fund include such activities as construction of wildlife crossings  and fencing, habitat acquisition and restoration, corridor enhancement, public education  and outreach focused on the importance of wildlife conservation, and scientific research  relevant to species conservation.  Contributions to the Fund will be made as follows.

        i.  The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project.

        ii.  The Permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale).

    d.  **Best Management Practices.**  The Permittee has committed to the following conservation measures and best management practices (BMPs).

i. <u>Prescribed Fire and Smoke Notice</u>: The Permittee will provide notice of the use of prescribed fire in the Bellmar area. This notice will be provided and recorded in a manner such that initial and subsequent residents and owners will be made aware of the use of prescribed fire in the vicinity of the Bellmar area to manage wildland fuels and maintain fire-adapted ecological communities within preserve areas. The following notice concerning the use of prescribed fire will be provided:

"*Periodic prescribed burning is a recognized land management tool and a recommended method of fuel management in Southwest Florida, including in the vicinity of the Bellmar area, for minimizing wildfire hazards and maintaining healthy fire-adapted ecological communities. Homeowners acknowledge that they have received notice that prescribed burning may result in the periodic occurrence of temporary smoke and ash that drifts through developed areas.*"

ii. <u>Environmental Education and BMPs for Living with Wildlife</u>: The materials outlined in Special Condition 2.e. below will be included with the Homeowners' Association (HOA) documents for the Bellmar community at the time of HOA incorporation. Decisions regarding which educational materials and BMPs will be implemented within each community are left to the HOA and community residents, but the materials will be transferred to the developer and HOA.

iii. <u>Securing and Vaccinating Pets</u>: HOA and/or homeowners' documents for the Bellmar community will state that pets within the community should be kept indoors, on leash when outdoors, or secured within a secure covered kennel. Residents will be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. As there is no definitive cure for FLV, community-wide vaccination of all pet cats protects homeowners' pets from illness, as well as preventing illness in Florida panthers.

2. **Additional Best Management Practices:** The Permittee will work with developers and HOAs to promote additional BMPs that will be implemented within the project area, where appropriate, to minimize potential wildlife impacts and/or provide wildlife conservation benefits. BMPs that will be implemented at the project are described below.

a. <u>Community Environmental Education</u>: http://www.buildgreen.ufl.edu/enveducation.htm – This University of Florida program promotes residential environmental education that engages homeowners in understanding and implementing natural resource conservation strategies. Research has demonstrated that engaging residents improves environmental attitudes, knowledge, and behaviors (Hostetler et al. 2008).

b. <u>Environmental Covenants, Codes, and Restrictions for HOAs</u>: http://edis.ifas.ufl.edu/pdffiles/UW/UW24800.pdf – This publication provides sample language for the development of HOA covenants, codes, and restrictions that relate to wildlife within residential development communities and environmental management in general (Hoestetler 2006).

c. <u>Landscaping</u>: http://www.floridayards.org/ – "Florida-Friendly Landscaping" promotes the use of native plants, efficient watering and fertilizing, xeriscaping, integrated pest

management, and similar strategies to attract birds, butterflies, and beneficial insects to residential yards.

d.  <u>Community Lighting and "Dark Skies":</u>  The mission of the International Dark-Sky

Association "is to preserve and protect the nighttime environment and our heritage of dark skies through environmentally responsible outdoor lighting." Light pollution (the inappropriate use of light at night) can affect wildlife and ecosystems, human health, energy consumption, and the aesthetics of viewing the night sky. The Association notes that, "A dark sky does not necessarily mean a dark ground. Smart lighting that directs light where it is needed creates a balance between safety and starlight."  The International Dark-Sky Association webpage (http://www.darksky.org/) provides links to numerous resources for planning and implementing appropriate outdoor lighting within residential/commercial developments. These resources include the use of five outdoor lighting zones within communities (http://www.darksky.org/lighting/model-lighting-laws-policy/recommended-lighting-zones/), outdoor lighting basics (http://www.darksky.org/lighting/lighting-basics/), and practical guidelines for energy-efficient LED lighting (http://www.darksky.org/lighting/led-guide/). Implementation of "dark skies" practices can reduce disturbances to wildlife within and adjacent to development areas.  The Florida Wildlife Commission (FWC) maintains a "Wildlife Lighting" webpage that provides basic information and links to outdoor lighting resources (http://myfwc.com/conservation/you-conserve/lighting/).

e.  <u>Living With Wildlife</u>:  The Permittee will employ and promote a series of community design elements that advance wildlife conservation and minimize the potential for human-wildlife interactions within development areas, especially for large mammals (e.g., Florida panther; bear; deer; feral hogs), nocturnal species (e.g., Florida bonneted bat), and species that may pose human health risks (e.g., Eastern diamondback rattlesnake).  FWC has published educational brochures for HOAs and residents living in proximity to Florida wildlife species such as the Florida panther, black bear, and various bats, birds, and reptiles (http://myfwc.com/conservation/you-conserve/wildlife/). Links for these wildlife  brochures and/or webpages are as follows:

   i.  A Guide to Living with Florida Panthers (http://myfwc.com/media/152454/LivingWithPanthers.pdf)

   ii.  Florida Panther Safety Tips (http://myfwc.com/media/152457/PantherSafetyTipsFlyer.pdf)

   iii.  Florida's BearWise (http://myfwc.com/wildlifehabitats/managed/bear/wise/ and bearwise.org)

   iv.  A Guide to Living in Bear Country (http://myfwc.com/media/1333887/LivinginBearCountryBrochure.pdf)

   v.  Living with Bats (http://myfwc.com/media/3031963/LivingWithBats.pdf)

   vi.  Sandhill Cranes (http://myfwc.com/conservation/you-conserve/wildlife/sandhill-cranes/)

   vii.  Everglade Snail Kite (http://myfwc.com/media/152978/kitesbrochure.pdf)

   viii.  A Guide to Living with Alligators (http://myfwc.com/media/152524/Alligator-Brochure.pdf)

3

    ix.   Getting Along with Snakes (https://www.floridamuseum.ufl.edu/herpetology/fl-snakes/gettingalong/)

    x.   A Guide to Living with Gopher Tortoises (http://myfwc.com/media/1329739/GopherTortoise_LivingWithBrochure.pdf)

    xi.   A Guide to Living with Urban Coyotes (http://myfwc.com/media/2675483/Living-With-Urban-Coyotes.pdf)

    xii.   Plants for Birds. The National Audubon Society provides an online database for selecting native plant species (by zip code) that support bird species (http://www.audubon.org/plantsforbirds).

3. **Management Plans for Specific Species:** The Permittee will implement the following protection guidelines during and after project construction.

    a.   <u>American Alligator</u>

        i.   Signs will be posted to instruct on-site workers and community residents not to feed or harass the American alligator, and will indicate that to do so is punishable by law.

        ii.   Construction personnel and residents will be instructed that in the event there is a problem with a persistent nuisance alligator, they will need to contact FWC, as that is the only agency empowered to handle nuisance alligators.

        iii.   American alligator habitat will be provided within the conservation areas associated with the project. Following the completion of the mitigation program, these conservation areas will serve as potential foraging and nesting habitat. Invasive exotic species removal will result in wetland preserves that are more suitable as habitat and provide suitable habitat for American alligator prey species. The conservation areas will be maintained per the FDEP's State 404 Wetland Mitigation/Monitoring/ Maintenance Plan.

    b.   <u>Eastern Indigo Snake</u>

        i.   The permittee shall implement the U.S. Fish and Wildlife Service's *Standard Protection Measures for the Eastern Indigo Snake* (SPM; Service March 23, 2021) during construction of the Project and restoration of the conservation area.

        ii.   Informational brochures addressing identification and conservation of Eastern indigo snake will be provided to all construction staff.

        iii.   The conservation areas associated with the project will be maintained per the FDEP's State 404 Wetland Mitigation/Monitoring/Maintenance Plan and will provide habitat for the Eastern indigo snake.

    c.   <u>Bald Eagle</u>: Proposed construction activities within 660 feet of an active bald eagle nest will follow the applicable protection guidelines as described in FWC's Bald Eagle Management Plan Handbook (FWC 2010) and the USFWS National Bald Eagle Management Guidelines (USFWS 2007).

    d.   <u>Crested Caracara</u>

i. Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the project site that is under the permittee's ownership or neighboring areas where access is allowed.

ii. To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site. Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site. Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition iii.

iii. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the project site that is under the permittee's ownership. The permittee shall contact the U.S Fish and Wildlife Service's Florida Ecological Services Office (FESO) at (772) 562-3909 for technical assistance and will notify the Florida Fish and Wildlife Conservation Commission (FWC) at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara. The permittee shall report the final location and extent of restored habitat to the FESO, the Florida Department of Environmental Protection (Department), and the FWC upon completion of restoration activities.

e. <u>Wood Stork and Other Wading Birds</u>

i. Enhancement and restoration activities will be conducted within existing wetlands located within the conservation areas associated with the project. These activities will include the removal of invasive exotic plants and the installation of supplemental plantings, and will result in habitats that are more suitable for wading bird foraging and roosting.

ii. The creation of lakes and lake littoral zones as part of the project will provide foraging habitat for wading birds.

5

iii. Plans for the project include wetland restoration and wetland creation. These activities will convert agricultural and exotic plant infested habitats to native wetland habitats. This restoration will also enhance sheet flow through Camp Keais Strand and restore significant areas of habitat for wildlife, including wading birds such as the wood stork.

iv. The grading plan for the wetland restoration areas includes the establishment of wading bird foraging habitat by grading to varying depths to allow the concentration of prey for wading birds at alternating times of the year as water levels seasonally rise and recede.

v. Bellmar residents and maintenance staff will be provided with a brochure titled "Wading Bird Informational Pamphlet," prepared by Passarella and Associates, Inc. This brochure provides wading bird information and methods to prevent human-wading bird interactions. In addition, the brochure informs residents of the need to avoid disturbance around nesting colonies should a colony be identified on the property in the future.

f. <u>Florida Bonneted Bat and Tricolored Bat</u>

i. The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at (772) 562-3909 for technical assistance and will notify the FWC at <u>ConservationPlanningServices@MyFWC.com</u>.

ii. The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized.

iii. The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 2,100.17± acres of on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities.

iv. The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).

v. Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.

vi. The permittee shall implement planting of native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance.

vii. The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat.

      viii.    The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.

      ix.    The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat.

g.  <u>Big Cypress Fox Squirrel</u>

      i.    Prior to commencement of clearing activities during project construction, a survey will be conducted in forested areas to be cleared to identify potential Big Cypress fox squirrel nests.  If potential nests are identified within the clearing limits, observations will be conducted to determine if the nests are being utilized by Big Cypress fox squirrels.  No clearing will be conducted within 125 feet of an active Big Cypress fox squirrel nest tree.  The nest tree and buffer may be cleared only after completion of nesting and confirmation that any juvenile squirrels have left the nest.

      ii.    The conservation areas associated with the project will be enhanced and managed per the FDEP's State 404 Wetland Mitigation/Monitoring/Maintenance Plan and will provide foraging and nesting habitats for Big Cypress fox squirrels.

h.  <u>Florida Black Bear</u>

      i.    In order to deter the potential for interactions between humans and large mammals such as the Florida black bear, a lake buffer will be constructed between the conservation areas and development areas associated with the project. Where construction of a lake buffer is not feasible, fencing will be used between development and conservation areas.

      ii.    The Permittee will confer with FWC regarding management initiatives such as the use of bear-resistant dumpsters and garbage receptacles for residential areas. These management initiatives will include the following.

        1.    Residents of units that have curbside garbage service will be required to place garbage containers curbside no earlier than the morning of the days of garbage pickup, and garbage containers will be returned to their permitted location no later than the evening of the days of garbage pickup.  All garbage, trash, refuse, or rubbish will be required to be placed in appropriate garbage containers or stored inside an enclosed area except for the days when there is curbside garbage pickup service. Areas adjacent to any passive recreation facilities will also have routine garbage pickup service.

        2.    Residents of units without curbside garbage service will be required to place all garbage, trash, refuse, or rubbish in bear-resistant dumpsters with the lid closed and secured.

      iii.    Bellmar residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by FWC, titled "A

guide to living in bear country," available at
https://myfwc.com/media/1891/livinginbearcountrybrochure.pdf.

i. <u>Florida Panther</u>

    i. The project will be conducted in consistent with the Permittee's description of the project in materials associated with its application. As part of the proposed project, the Permittee has committed to make contributions to the Paul J. Marinelli Fund as follows:

        1. The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project. Upon deposit of the funds, the permittee shall provide correspondence from the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com) confirming that the contribution has been provided.

        2. The permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale). The permittee shall provide an annual report confirming the sale and contribution to the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com).

    ii. The permittee will, at its sole cost and expense, construct or fund the construction of five wildlife crossings within the geographic region where this and proposed Rural Lands West project is located, including one just north of the Project site on Oil Well Road, approximately 1.44 miles east of Desoto Boulevard. These wildlife crossings will be constructed to fulfill the state and federal permitting requirements for Rural Lands West and Bellmar, collectively. The wildlife crossings shall be constructed to provide and preserve a wildlife movement corridor and the locations shall be constructed in the locations shown in Figure 1. The permittee shall contact the FESO at (772) 562-3909 for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to start of the construction activities of the crossings and shall provide the location and plans of the proposed wildlife crossings for review. The permittee shall report the final location and as-built plans of wildlife crossings to the FESO, the Department, and the FWC upon completion of construction.

    iii. The permittee shall ensure that HOA and/or homeowners' documents for the Bellmar community states that pets within the community should be kept indoors, on leash when outdoors, or secured within a secure covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers.

    iv. In order to deter the potential for interactions between humans and large

mammals such as the Florida panther, a lake buffer will be constructed between the conservation areas and development areas. Where a lake buffer is not feasible, fencing will be used between development and conservation areas.Bellmar residents, community association managers, and maintenance staff   will be provided with an educational brochure preparded by USFWS and FWC,  titled "A guide to living with Florida Panthers."  This brochure, which provides  safety tips and instructions for panther encounters, is available at https://myfwc.com/media/3112/livingwithpanthers.pdf.

j.    <u>Gopher Tortoise</u>:  Prior to commencing project construction, a gopher tortoise survey will be conducted in accordance with FWC's gopher tortoise permitting guidelines (FWC 2020) to identify potential gopher tortoise burrows within the construction area. If gopher tortoise burrows are identified, the Permittee will obtain the appropriate permit from the FWC for the relocation of the gopher tortoises.

k.    <u>Everglade Snail Kite</u>:  Impacts to potential Everglade snail kite foraging habitat will be offset through the implementation of the on-site wetland mitigation and the creation of the project's lake buffer and stormwater management ponds, with associated littoral zones and native plantings. These activities will result in an increase in potential foraging habitat for the Everglade snail kite within the landscape and therefore is expected to have an incremental beneficial effect to the Everglade snail kite.

**Additional Commitments:**

1. **Open Space Buffers**:  The Bellmar community will comply with Policy 4.13 of the Collier County Future Land Use Element for the County's Rural Lands Stewardship Program (RLSP), which states as follows:

   *"Open space within or contiguous to a [stewardship receiving area (SRA)] shall be used to provide a buffer between the SRA and any adjoining [flowway stewardship area (FSA)], [habitat stewardship area (HSA)], or existing public or private conservation land delineated on the Overlay Map. Open space contiguous to or within 300 feet of the boundary of a FSA, HSA, or existing public or private conservation land may include: natural preserves, lakes, golf courses provided no fairways or other turf areas are allowed within the first 200 feet, passive recreational areas and parks, required yard and set-back areas, and other natural or manmade open space. Along the west boundary of the FSAs and HSAs that comprise Camp Keais Strand, i.e., the area south of Immokalee Road, this open space buffer shall be 500 feet wide and shall preclude golf course fairways and other turf areas within the first 300 feet."*

2. **Construction of Wildlife Crossings:**  In addition to any wildlife crossings to be to be constructed through expenditures from the Paul J. Marinelli Fund at the discretion of the Fund's Board of Directors, the Permittee will, at its sole cost and expense, construct five wildlife crossings within the geographic region where the project is located.  The crossings will be constructed in order to preserve a wildlife movement corridor located within the project, at the locations depicted in Exhibit  [ __ ].

3. **Management Plans for Specific Species:**  The Permittee will implement the following protection guidelines during and after project construction.

   a. Habitats within Shaggy Cypress Swamp and Camp Keais Strand that are part of the conservation areas associated with the project will be managed for the Florida black bear, Florida panther, and other species through the enhancement, restoration, and preservation of uplands and wetlands to provide quality habitat and wildlife corridors.  Enhancement activities will provide higher quality habitat for these species than exist in the currently degraded condition. The preservation of Shaggy Cypress Swamp and the portion of Camp Keais Strand located within the project boundary are part of the larger regional wildlife habitat preservation plan proposed through the establishment of SSAs 14, 15, 17 and 18 under the Collier County RLSP.

1



**LEGEND**

Bellmar

Wildlife Corridor 2

Conservation Lands Provided by Applicant

Other County SSAs and Conservation Lands

Existing Large Mammal Wildlife Crossing (Aprox.)

Proposed Large Mammal Wildlife Crossing

**11.0** Modeled Project-Related 2042 Daily Traffic In 100s (TYP.)

**3.6** Modeled Project-Related 2042 Daily Traffic As A Percent of Total Daily Traffic (TYP.)

**19.9** Modeled Project-Related 2042 Daily Traffic As A Percentage of 2042 Background Daily Traffic (TYP.)

NOTES:

AERIAL PHOTOGRAPHS WERE ACQUIRED THROUGH THE COLLIER COUNTY PROPERTY APPRAISER'S OFFICE WITH A FLIGHT DATE OF FEBRUARY 2016.

PROPERTY BOUNDARY AND SITE PLAN PER AGNOLI, BARBER, & BRUNDAGE, INC. DRAWING No. II359MST10-083II7.dwg DATED AUGUST 31, 2017.

WILDLIFE CROSSINGS PER AGNOLI, BARBER, & BRUNDAGE, INC. DRAWING No. RLW ERP WM BASIN BOUNDARIES-SEC MARKERS & WL CROSSINGS-061516.DWG DATED JUNE 15, 2016.

COUNTY INFORMATION AND ROADWAY NETWORKS WERE ACQUIRED FROM THE FLORIDA GEOGRAPHIC DATA LIBRARY WEBSITE.

| | DRAWN BY | DATE |
| TRAFFIC ANALYSIS AND CONSERVATION MEASURES SUMMARY BELLMAR | H.H. | 11/03/22 |
| | REVIEWED BY | DATE |
| | H.S. | 11/03/22 |
| | REVISED | DATE |



PASSARELLA & ASSOCIATES INC.

# STANDARD PROTECTION MEASURES FOR THE EASTERN INDIGO SNAKE
## U.S. Fish and Wildlife Service

**March 23, 2021**

The eastern indigo snake protection/education plan (Plan) below has been developed by the U.S. Fish and Wildlife Service (USFWS) in Florida and Georgia for use by applicants and their construction personnel. At least **30 days prior** to any clearing/land alteration activities, the applicant shall notify the appropriate USFWS Field Office via e-mail that the Plan will be implemented as described below (North Florida Field Office: jaxregs@fws.gov; South Florida Field Office: verobeach@fws.gov; Panama City Field Office: panamacity@fws.gov; Georgia Field Office: gaes_assistance@fws.gov). As long as the signatory of the e-mail certifies compliance with the below Plan (including use of the attached poster and brochure), no further written confirmation or approval from the USFWS is needed and the applicant may move forward with the project.

If the applicant decides to use an eastern indigo snake protection/education plan other than the approved Plan below, written confirmation or approval from the USFWS that the plan is adequate must be obtained. At least 30 days prior to any clearing/land alteration activities, the applicant shall submit their unique plan for review and approval. The USFWS will respond via e-mail, typically within 30 days of receiving the plan, either concurring that the plan is adequate or requesting additional information. A concurrence e-mail from the appropriate USFWS Field Office will fulfill approval requirements.

The Plan materials should consist of: 1) a combination of posters and pamphlets (see **Poster Information** section below); and 2) verbal educational instructions to construction personnel by supervisory or management personnel before any clearing/land alteration activities are initiated (see **Pre-Construction Activities** and **During Construction Activities** sections below).

# POSTER INFORMATION

Posters with the following information shall be placed at strategic locations on the construction site and along any proposed access roads (a final poster for Plan compliance, to be printed on 11 x 17in or larger paper and laminated, is attached):

**DESCRIPTION**: The eastern indigo snake is one of the largest non-venomous snakes in North America, with individuals often reaching up to 8 feet in length. They derive their name from the glossy, blue-black color of their scales above and uniformly slate blue below. Frequently, they have orange to coral reddish coloration in the throat area, yet some specimens have been reported to only have cream coloration on the throat.

These snakes are not typically aggressive and will attempt to crawl away when disturbed. Though indigo snakes rarely bite, they should NOT be handled.

**SIMILAR SNAKES:** The black racer is the only other solid black snake resembling the eastern indigo snake. However, black racers have a white or cream chin, thinner bodies, and WILL BITE if handled.

**LIFE HISTORY:** The eastern indigo snake occurs in a wide variety of terrestrial habitat types throughout Florida and Georgia. Although they have a preference for uplands, they also utilize some wetlands and agricultural areas and often move seasonally between upland and lowland habitats, particularly in the northern portions of its range (North Florida and Georgia). Eastern indigo snakes will often seek shelter inside gopher tortoise burrows and other below- and above-ground refugia, such as other animal burrows, stumps, roots, and debris piles. Reliance on xeric sandhill habitats throughout the northern portion of the range in northern Florida and Georgia is due to the dependence on gopher tortoise burrows for shelter during winter. Breeding occurs during October through February. Females may lay from 4 - 12 white eggs as early as April through June, with young hatching in late July through October.

**PROTECTION UNDER FEDERAL AND STATE LAW:** The eastern indigo snake is classified as a Threatened species by both the USFWS and the Florida Fish and Wildlife Conservation Commission. Taking of eastern indigo snakes is prohibited by the Endangered Species Act without a permit is defined by the USFWS as an attempt to kill, harm, harass, pursue, hunt, shoot, wound, trap, capture, collect, or engage in any such conduct. Penalties include a maximum fine of $25,000 for civil violations and up to $50,000 and/or imprisonment for criminal offenses, if convicted.

Only individuals currently authorized through an issued Incidental Take Statement in association with a USFWS Biological Opinion, or by a Section 10(a)(1)(A) permit issued by the USFWS, to handle an eastern indigo snake are allowed to do so.

**IF YOU SEE A <u>LIVE</u> EASTERN INDIGO SNAKE ON THE SITE:**

- Cease clearing activities and allow the live eastern indigo snake sufficient time to move away from the site without interference;
- Personnel must NOT attempt to touch or handle snake due to protected status.
- Take photographs of the snake, if possible, for identification and documentation purposes. Â
- Immediately notify supervisor or the applicants designated agent, **and** the appropriate USFWS office, with the location information and condition of the snake.
- If the snake is located in a vicinity where continuation of the clearing or construction activities will cause harm to the snake, the activities must halt until such time that a representative of the USFWS returns the call (within one day) with further guidance as to when activities may resume.

**IF YOU SEE A <u>DEAD</u> EASTERN INDIGO SNAKE ON THE SITE:**

- Cease clearing activities and immediately notify supervisor or the applicants designated agent, **and** the appropriate USFWS office, with the location information and condition of the snake.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Thoroughly soak the dead snake in water and then freeze the specimen. The appropriate wildlife agency will retrieve the dead snake.

**Telephone numbers of USFWS Florida Field Offices to be contacted if a live or dead eastern indigo snake is encountered:**

**North Florida Field Office: (904) 731-3336**
**Panama City Field Office: (850) 769-0552**
**South Florida Field Office: (772) 562-3909**
**Georgia Field Office: (706) 613-9493**

# PRE-CONSTRUCTION ACTIVITIES

1. The applicant or designated agent will post educational posters in the construction office and throughout the construction site, including any access roads. The posters must be clearly visible to all construction staff. A sample poster is attached.

2. Prior to the onset of construction activities, the applicant/designated agent will conduct a meeting with all construction staff (annually for multi-year projects) to discuss identification of the snake, its protected status, what to do if a snake is observed within the project area, and applicable penalties that may be imposed if state and/or federal regulations are violated. An educational brochure including color photographs of the snake will be given to each staff member in attendance and additional copies will be provided to the construction superintendent to make available in the onsite construction office (a final brochure for Plan compliance, to be printed double-sided on 8.5 x 11in paper and then properly folded, is attached). Â Photos of eastern indigo snakes may be accessed on USFWS and/or FWC or GADNR websites.

3. Construction staff will be informed that in the event that an eastern indigo snake (live or dead) is observed on the project site during construction activities, all such activities are to cease until the established procedures are implemented according to the Plan, which includes notification of the appropriate USFWS Field Office. The contact information for the USFWS is provided on the referenced posters and brochures.

# DURING CONSTRUCTION ACTIVITIES

1. During initial site clearing activities, an onsite observer may be utilized to determine whether habitat conditions suggest a reasonable probability of an eastern indigo snake sighting (example: discovery of snake sheds, tracks, lots of refugia and cavities present in the area of clearing activities, and presence of gopher tortoises and burrows).

2. If an eastern indigo snake is discovered during gopher tortoise relocation activities (i.e. burrow excavation), the USFWS shall be contacted within one business day to obtain further guidance which may result in further project consultation.

3. Periodically during construction activities, the applicants designated agent should visit the project area to observe the condition of the posters and Plan materials, and replace them as needed. Construction personnel should be reminded of the instructions (above) as to what is expected if any eastern indigo snakes are seen.

## POST CONSTRUCTION ACTIVITIES

Whether or not eastern indigo snakes are observed during construction activities, a monitoring report should be submitted to the appropriate USFWS Field Office within 60 days of project completion. The report can be sent electronically to the appropriate USFWS e-mail address listed on page one of this Plan.



# ATTENTION

## Federally-Threatened Eastern Indigo Snakes may be present on this site!

*Killing, harming, or harassing eastern indigo snakes is strictly prohibited and punishable under State and Federal Law.*

If you see a LIVE eastern indigo snake on the site:

- Do NOT attempt to touch or handle the snake. Stop land disturbing activities and allow the snake time to move away from the site without interference.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Immediately notify supervisor/applicant, and a U.S. Fish and Wildlife Service (USFWS) Ecological Services Field Office, with the location information and condition of the snake.
- If the snake is located near clearing or construction activities that will cause harm to the snake, the activities must pause until a representative of the USFWS returns the call (within one day) with further guidance.

If you see a DEAD eastern indigo snake on the site:

- Stop land disturbing activities and immediately notify supervisor/applicant, and a USFWS Ecological Services Field Office, with the location information and condition of the snake.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Thoroughly soak the dead snake in water and then freeze the specimen. The appropriate wildlife agency will retrieve the dead snake.

DESCRIPTION.   The eastern indigo snake is one of the largest non-venomous snakes in North America, reaching up to 8 ft long. Named for the glossy, blue-black scales above and slate blue below, they often have orange to reddish color (cream color in some cases) in the throat area. They are not typically aggressive and will try to crawl away when disturbed.

SIMILAR SPECIES.   The black racer resembles the eastern indigo snake. However, black racers have a white or cream chin, thinner bodies, and WILL BITE if handled.

LIFE HISTORY.   Eastern indigo snakes live in a variety of terrestrial habitat types. Although they prefer uplands, they also use wetlands and agricultural areas. They will shelter inside gopher tortoise burrows, other animal burrows, stumps, roots, and debris piles. Females may lay from 4 to 12 white eggs as early as April through June, with young hatching in late July through October.

PROTECTED STATUS.   The eastern indigo snake is protected by the USFWS, Florida Fish and Wildlife Conservation Commission, and Georgia Department of Natural Resources. Any attempt to kill, harm, harass, pursue, hunt, shoot, wound, trap, capture, collect, or engage eastern indigo snakes is prohibited by the U.S. Endangered Species Act. Penalties include a maximum fine of $25,000 for civil violations and up to $50,000 and/or imprisonment for criminal offenses. Only authorized individuals with a permit (i.e., Recovery [10a1A] or HCP ITP [10a1B]), or an Incidental Take Statement associated with a USFWS Biological Opinion may handle an eastern indigo snake.

Please contact your nearest USFWS Ecological Services Field Office if a live or dead eastern indigo snake is encountered:

Jacksonville, FL, (904) 731-3336
Panama City, FL, (850) 769-0552
Vero Beach, FL, (772) 562-3909
Athens, GA, (706) 613-9493

*If you see a LIVE eastern indigo snake on the site:*

- Cease clearing activities and allow the eastern indigo snake sufficient time to move away from the site without interference.
- Personnel must **NOT** attempt to touch or handle snake due to protected status.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Immediately notify supervisor or the applicant's designated agent, and the appropriate U.S. Fish and Wildlife Service (USFWS) office, with information regarding the location and condition of the snake.
- If the snake is in a vicinity where clearing or construction activities will cause harm to the snake, the activities must be paused until a representative of the USFWS returns the call (within one day) with further guidance as to when activities may resume.

*If you see a DEAD eastern indigo snake on the site:*

- Cease clearing activities and immediately notify the supervisor or designated applicant/agent, and the USFWS Field Office (see below for contact information), with the location and condition of the snake.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Thoroughly soak the dead snake in water and then freeze the specimen. The appropriate wildlife agency will retrieve the dead snake.

USFWS Ecological Services Field Offices to be contacted if a live or dead eastern indigo snake is encountered:

Jacksonville Office: (904) 731-3336
Panama City Office: (850) 769-0552
Vero Beach Office: (772) 562-3909
Georgia Office: (912) 403-1873

**Description.** The eastern indigo snake is one of the largest non-venomous snakes in North America, with individuals often reaching up to 8 feet long. They derive their name from the glossy, blue-black color of their scales above and uniformly slate blue below. They often have orange to reddish coloration in the throat area, yet some may only have cream coloration on the throat. These snakes are not typically aggressive and will attempt to crawl away when disturbed. Though indigo snakes rarely bite, they should NOT be handled.

*Similar Species.* The black racer is the only other solid black snake resembling the eastern indigo snake. However, black racers have a white or cream chin, thinner bodies, and WILL BITE if handled.

***Life History.*** The eastern indigo snake occurs in a variety of terrestrial habitats. Although they prefer uplands, they also use wetlands and agricultural areas. Eastern indigo snakes will often take shelter inside gopher tortoise burrows and other below- and above-ground refugia, such as other animal burrows, stumps, roots, and debris piles. Females may lay from 4 to 12 white eggs as early as April through June, with young hatching in late July through October.

*Killing, harming, or harassing indigo snakes is strictly prohibited and punishable under State and Federal Law.*

Only individuals currently authorized to handle an eastern indigo snake through an issued Incidental Take Statement in association with a USFWS Biological Opinion, or by a Section 10(a)(1)(A) permit issued by the USFWS, are allowed to do so.

*Legal Status.* The eastern indigo snake is classified as a Threatened species by both the USFWS and the Florida Fish and Wildlife Conservation Commission. "Taking" of eastern indigo snakes is prohibited by the Endangered Species Act without a permit. "Take" is defined by the USFWS as an attempt to kill, harm, harass, pursue, hunt, shoot, wound, trap, capture, collect, or engage in any such conduct. Penalties include a maximum fine of $25,000 for civil violations and up to $50,000 and/or imprisonment for criminal offenses, if convicted.



# ATTENTION:

THREATENED **EASTERN INDIGO SNAKES** MAY BE PRESENT ON THIS SITE!



*Please read the following information provided by the U.S. Fish and Wildlife Service on standard protection measures for the eastern indigo snake.*

Attachment 2. State Threatened Wading Bird Ranges, Breeding Seasons, and Recommended Survey Dates, by Zones.



**State-Threatened Wading Bird Ranges, Breeding Seasons, and Recommended Survey Dates, by Zone**

■ Portion of range used by all species for breeding and foraging

□ Portion of range used by tricolored heron and little blue heron for breeding and foraging, roseate spoonbill for foraging, and (coast only) reddish egret for foraging

**North**

**Central**

**South**

**Central Zone**

| Species | Breeding | Survey |
|---|---|---|
| Tricolored heron | Mar - Aug | Apr 15 - Jun 31 |
| Little blue heron | Mar - Aug | Apr 15 - Jun 31 |
| Roseate spoonbill | Feb - Aug | Feb 15 - Apr 31 |
| Reddish egret | Feb - Aug | Mar 1 - Apr 31 |

**North Zone**

| Species | Breeding | Survey |
|---|---|---|
| Tricolored heron | Late Mar - Aug | May 1 - Jun 31 |
| Little blue heron | Late Mar - Aug | May 1 - Jun 31 |
| Roseate spoonbill | Feb - Jul | Mar 1 - May 31 |
| Reddish egret | Late Mar - Aug | May 1 - Jun 31 |

**South Zone**

| Species | Breeding | Survey |
|---|---|---|
| Tricolored heron | Feb - Aug | Mar 1 - Jun 31 |
| Little blue heron | Feb - Aug | Mar 1 - Jun 31 |
| Roseate spoonbill | Nov - Feb[1] | Dec 1 -Feb 28 |
| Reddish egret | Oct - May[2] | Dec 1 - Mar 31 |

[1] Can be year-round in Florida Bay and the Florida Keys
[2] Can extend as late as June in Florida Bay

*Figure 1.* Breeding season dates and recommended survey dates for state-Threatened wading birds in different zones of Florida (Cook 2013, 2014, 2016; Cook and Baranski 2017, 2018; Cook and Kobza 2010, 2011, 2012; Smith and Duvall 2017; Anderson 2018; personal communications with G. Anderson, V. Doig, J. Lorenz, A. Paul, K. Smith, M. van Deventer, R. Zambrano).

Attachment F

# State 404 Permit Application Review/Response Form

Date:                          10/31/2023
USFWS Reviewer:                Adam Knutson
FWC Contact:                   Bryan Phillips
FDEP Contact:                  Toby Schwetje
Permit App. No./Title:         Bellmar ST404_396364-001
Permit App. Location:          Collier
Ecosphere Project Code         2022-0022196

## INSTRUCTIONS

☒Complete all relevant sections of the Project Review Form.

☒For each species for which incidental take is anticipated, complete Section A.1 – C.2

☒Obtain supervisory approval of comments and any incidental take determination and
   quantification.

☒ Ensure that the Ecosphere Project is linked to Project Code # 2022-0002197 (Florida 404
   Assumption Programmatic) and the species determinations and take quantification is entered
   in the Project's Species Determination and Take Information widget.

☒Upload completed Project Review Form to Ecosphere and supporting public notice.

## FEDERALLY LISTED SPECIES AND EFFECTS

1. Does the State 404 Permit Application Package contain an accurate list of all federally
   listed species and critical habitats that may be affected?

☒Yes

☐No

If USFWS checks No on question 1, USFWS will coordinate with FWC according to the MOA
and list any species expected to occur within the project-specific action area.

2. Does the State 404 Permit Application Package accurately determine the permit
   application's effects on the species and critical habitats?

☒Yes

☐No

If No is selected for question 2, USFWS will provide technical assistance on the effects
determination with an explanation with supporting information to FWC.

3. Does the State 404 Permit Application Package have adequate protection measures to ensure the permitted activity will not jeopardize any federally listed species?

☒Yes

☐No

4. Does the State 404 Permit Application Package have adequate protection measures to avoid and minimize any incidental take that is reasonably certain to occur?

☐Yes

☒No

If the answers to questions 1-4 are all "Yes", then the USFWS has concluded its review of the permit application, as well as the status of the affected species, any cumulative effects within the permit applications' action area, and concludes that the permit application is not likely to jeopardize any federally listed species and has no further comments on this State 404 permit application.

If the answer to question 3 or 4 is "No", the USFWS will provide a list of the any necessary avoidance and minimization measures (AMMs) to ensure that the permitted activity is not likely to jeopardize any species, adversely modify or destroy critical habitat or to ensure that any incidental take is avoided or minimized.

Note that if the description of the permitted activities changes, new species or critical habitat are listed, or the status of a species changes, or other new information becomes available that was not considered during this USFWS technical assistance review, the USFWS will be contacted for further comments.

If No is selected for any of the questions, the USFWS will provide questions, comments, or any other appropriate information to assist FDEP and FWC in processing the permit application.

The USFWS will use section A.1- C.2, to document species determinations, AMMs and provide effects summary to track take.

**A.1.    Species and Critical Habitat that are likely to be adversely affected**

Species that are listed in Table 1-1 of the PBO/CO are those that are likely to be adversely affected (LAA) by certain activities, even when all appropriate AMMs are incorporated.

2

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|------|-------------|------------------|
| Mammal | Florida bonneted bat | Proposed |
| Mammal | Florida panther | Has not been designated |
| Bird | Audubon's crested caracara | Has not been designated |
| Mammal | Tricolored bat (proposed) | Has not been designated |

**A.2.   Species and Critical Habitat that are not likely to be adversely affected (includes no effect) –**

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|------|-------------|------------------|
| Bird | Everglade snail kite; Wood stork; Florida scrub-jay; Red-cockaded woodpecker | Has not been designated |
| Reptile | Eastern indigo snake | Has not been designated |

**B.1.   Additional and Necessary Avoidance and Minimization Measures**

Additional Avoidance and Minimization Measures as included in the permittee's Bellmar Listed Species Conditions (Enclosure A).

| ☒ Audubon's crested caracara | 1. Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the project site that is under the permittee's ownership or neighboring areas where access is allowed.<br>2. To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site. Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site. Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition 3.<br>3. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting |
|---|---|

3

| | |
|---|---|
| | scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the project site that is under the permittee's ownership. The permittee shall contact the U.S Fish and Wildlife Service's Florida Ecological Services Office (FESO) at FW4FLESRegs@fws.gov for technical assistance and will notify the Florida Fish and Wildlife Conservation Commission (FWC) at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara. The permittee shall report the final location and extent of restored habitat to the FESO, the Florida Department of Environmental Protection (Department), and the FWC upon completion of restoration activities. |
| ☒ Eastern indigo snake | The permittee shall implement the U.S. Fish and Wildlife Service's *Standard Protection Measures for the Eastern Indigo Snake* (SPM; Service March 23, 2021) during construction of the Project and restoration of the conservation area. |
| ☒ Florida bonneted bat and tricolored bat | 1. The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at FW4FLESRegs@fws.gov for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com.<br>2. The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized.<br>3. The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 2,100.17± acres of on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities.<br>4. The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).<br>5. Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.<br>6. The permittee shall implement planting of native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance.<br>7. The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat. |

4

| | |
|---|---|
| | 8. The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.<br>9. The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat. |
| ☒ Florida panther | 1. The permittee will make contributions to the Paul J. Marinelli Fund as follows: i. The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project.  Upon deposit of the funds, the permittee shall provide correspondence from the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com) confirming that the contribution has been provided. ii. The permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale).  The permittee shall provide an annual report confirming the sale and contribution to the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com).<br>2. The permittee will, at its sole cost and expense, construct five wildlife crossings within the geographic region where this and proposed Rural Lands West project are located, including one just north of the Project site on Oil Well Road, approximately 1.44 miles east of Desoto Boulevard.  These wildlife crossings will be constructed to fulfill the state and federal permitting requirements for Rural Lands West and Bellmar, collectively.  The wildlife crossings shall be constructed to provide and preserve a wildlife movement corridor and the locations shall be constructed in the locations shown in Figure 1.  The permittee shall contact the FESO at FW4FLESRegs@fws.gov for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to start of the construction activities of the crossings and shall provide the location and plans of the proposed wildlife crossings for review.  The permittee shall report the final location and as-built plans of wildlife crossings to the FESO, the Department, and the FWC upon completion of construction.<br>3. The permittee shall ensure that HOA and/or homeowners' documents for the Bellmar community states that pets within the community should be kept indoors, on leash or supervised when outdoors in common areas, or within a secure covered kennel.  Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers.  The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers. |

**B.2.    Voluntary Conservation Measures**

Describe any voluntary/discretionary conservation activities that may be incorporated into the permit at the discretion of FDEP. Reference the measure by species and number as described in section 2.5 or describe any conservation measures not included in the PBO/CO.

| Species | Recovery Activity |
|---------|-------------------|
| n/a | n/a |

**C.1.    Effects Summary and Tracking Take**

| Common Name | No Effect | Not Likely to Adversely Affect | Likely to Adversely Affect – Take is RCTO | Amount of Take (e.g, numbers of individuals or all individuals within a specified acreage) |
|-------------|-----------|-------------------------------|------------------------------------------|-------------------------------------------------------------------------------------------|
| Everglade snail kite | ☐ | ☒ | ☐ | |
| Florida scrub-jay | ☒ | ☐ | ☐ | |
| Wood stork | ☐ | ☒ | ☐ | |
| Red-cockaded woodpecker | ☐ | ☒ | ☐ | |
| Eastern indigo snakes | ☐ | ☒ | ☐ | |
| Florida bonneted bat | ☐ | ☐ | ☒ | 1 roost, 11 individuals |
| Florida panther | ☐ | ☐ | ☒ | 4 individuals at year of buildout (3 via vehicle collision, 1 due to habitat loss and reduction in carrying capacity), and 3 individuals a year thereafter |
| Audubon's crested caracara | ☐ | ☐ | ☒ | Loss or failed reproduction of one caracara pair |
| Tricolored bat | ☐ | ☐ | ☒ | 1 roost, 10 individuals |

**C.2** The following analysis supports the non-jeopardy determination.

If possible, the Service may reference the public notice sections that describe the action area, status of the species within the action area, effects of the action, cumulative effects, and the amount of take.

**Species and Critical Habitat Determinations**
Refer to Ecosphere Project S7 Consultation Code 2022-0022196 the consultation summary:

**Audubon's crested caracara**

6

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for the Audubon's crested caracara (caracara) is the entire 5,105.49-acre project site.

*Status of the Species in the Action Area:*

The project lies within the consultation area for the caracara and contains approximately 2,285 acres of suitable habitat, dominated by row crops (1,242.33 acres). The amount of suitable habitat is anticipated to fluctuate as the cropland shifts seasonally and is expected to be used opportunistically by caracara. A caracara survey conducted in 2020 identified an active nest on the project site, which successfully fledged juvenile caracara. A subsequent survey was conducted in 2021 that found the previous nest was inactive and caracara were absent from the project site during that survey period. In 2022, another survey was conducted and found the 2020 nest was still inactive but discovered a different active nest within the Project footprint. Finally, a 2023 survey found both previous nests from 2020 and 2022 to be inactive but have identified that caracara are nesting just offsite to the north. Based on the results of these surveys, we expect caracara to shift their territory between the project site and an off-site location in response to annual changes in agricultural intensity and the suitability of the cropland.

*Effects of the Action:*

The Applicant proposes to develop a mixed-use community on approximately 1,793.4 acres and preserve and enhance approximately 2,391.63 acres of native upland and wetland habitats. Through these actions, approximately 1,440.33 acres of suitable caracara habitat will be converted to development. Of the 1,440.33 acres, approximately 1,424.02 acres is current cropland and only 16.31 acres is dry prairie and pasture. Caracara home ranges are known to vary from approximately 1,000 acres to approximately 5,000 acres, depending on habitat suitability and proximity to other caracara territories (Morrison 2001). To account for this variation in home range size and lack of more specific data, we will use an average home range of approximately 3,000 acres for our analysis. Accordingly, the development of 1,440.33 acres would constitute a loss of 48 percent of an average caracara territory. Because of the variable suitability of the existing cropland for caracara use, we expect caracara in the area have seasonally shifted territories to accommodate the changing value. However, the proposed project will eliminate any intermittent suitability of the cropland, likely permanently shifting the caracara territory. This habitat loss could result in increased intraspecific aggression with adjacent caracaras as the pair moves to neighboring territories in search of forage and nesting sites. This aggression and/or decrease in foraging area could also ultimately result in a lower reproductive potential.

In addition to habitat loss, we anticipate the noise and activity from personnel and vehicles during site preparation and construction would disturb foraging or nesting caracara, potentially

7

leading birds to change their behavior and abandon a foraging or nesting opportunity. The degree of disturbance is related to the distance of these activities from the nest, as well as the nesting pairs' tolerance to human activities. Adverse effects could range from abandoning a nesting attempt, if construction is close to the nest during breeding season, to general avoidance of the area for foraging. The avoidance and minimization measure of maintaining a 984 foot exclusion buffer around an active nest is expected to reduce this risk of abandoning a nest attempt; however, avoidance of the Project site for foraging could still adversely affect the breeding pair through lowering the adult fitness and/or reproductive success of a nest (via lower adult fitness or decreased food availability for young). Because we expect the documented pair to currently avoid portions of the cropland areas during times of lower suitability, we anticipate that these caracara may be less disturbed by noise and disturbance. Furthermore, the cropland areas will be ultimately converted to development, eliminating suitability for use by caracara. Therefore, the effects of disturbance is expected to be superseded by the habitat loss described above.

*Cumulative Effects*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in this Project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on caracara are not expected to extend beyond the proposed project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take*

The Service has reviewed the biological information for caracara, information presented by the Applicant's consultant, and other available information relevant to this action. The Project will result in take of caracara in the form of harm due to the disturbance from development and construction activities, as well as loss of foraging and nesting habitat in the Project footprint that is expected to result in a loss of reproductive success. Therefore, the Service expresses the amount of incidental take from the Project as: 1) the loss of caracara reproductive success for the known breeding pair for the first year of the Project; and 2) loss of 1,440.33 ac of suitable caracara foraging and nesting habitat in the Project footprint.

*Incidental take resulting from the project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly

8

impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion for EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed project to incidentally result in take of the caracara in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,440.33 acres of habitat; and the loss of caracara reproductive success for the known breeding pair for the first year of the Project).

*Jeopardy assessment*

After considering the status of the caracara, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the caracara. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

    1) Disturbance from site preparation and construction activities is anticipated to cause caracara to permanently shift their territory; however, as these caracara likely shift territories with some regularity, we expect the caracara to acclimate and resume normal behavior following the first year. A reduction in breeding success during this time would occur, but abandonment of this territory by caracara is not anticipated.
    2) The reduction of the breeding success is only expected for a short period, while birds adjust, and given that all suitable caracara habitat is believed to be saturated, this loss in breeding is expected to have minimal effect on the overall population.
    3) The permanent loss of approximately 1,440.33 ac of suitable caracara habitat will likely lead to increased competition for suitable foraging habitat and a reduction in nest productivity, but as discussed above the loss in breeding is not expected to adversely affect the overall population to a significant degree.
    4) The habitat loss (1,440.33 ac) is small reduction in the overall range of the species.

**Florida Panther**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. For this Project, the Service considers the action area for panthers as all lands within the footprint of the Project, and all lands within 25 miles of the Project footprint. The 25-mile buffer around the Project footprint is designed to encompass mean dispersal distance of sub-adult male panthers, which was reported by Maehr et al. (2002) to be 23.2 miles and by Comiskey et al. (2002) to be 24.9 miles. The 25-mile buffer distance encompasses the dispersal distance of both male and female panthers because male panther dispersal distances are known to exceed those reported for female panthers (Comiskey et al. 2002; Maehr et al. 2002). The size of the Action Area for this consultation is consistent with action areas defined in our recent biological opinions for the panther, and it accounts for the wide-ranging movements of sub-adult panthers and the large home territories of adult panthers. While the action area is a 25-mile buffer around the Project footprint, effects to species other than panthers are not expected to extend beyond the Project boundaries.

*Status of the Species in the Action Area:*

This Project lies within the consultation area for the Florida panther and is within the Primary Zone of the focus area. Over 7,400 telemetry locations have been documented within 5 miles of the Project from February 1982 to October 2019, with 10 occurring within the development footprint. While these telemetry locations demonstrate that panthers use this area, they do not reflect whether these are resident panthers or dispersing panthers, how much time they spend there, or how many individuals may be present. The closest identified panther den is approximately 2.27 miles southeast of the project site. The exact number of panthers that may use the project site is not known but the Project areas comprises only approximately 3 to 7 percent of an individual female or male panther home range respectively (see below, *effects of the action*).

According to the Service's GIS database, since monitoring of panthers began in 1982, there have been 398 panther documented deaths within the Action Area (e.g. 25 miles of the proposed Project) as of December 2, 2022. Specifically, 275 of those deaths were attributed to motor vehicles, 49 were due to intraspecific aggression, and 74 were due to other causes (disease, starvation, etc.). We assume that based on population size, that these causes represent the variety of ways that panthers are most often killed.

Although an exact population size of panthers is not known, numbers were estimated to be between 90 and 120 in the early 2000s as described below (FWC and USFWS 2017). Recent modeling techniques using vehicle mortality data from radio-collared panthers estimated a population of approximately 269 individuals in 2012, with a 95 percent confidence interval from 143 to 509 panthers (McClintock et al. 2015). In 2019, the McClintock et al. (2015) model was updated with six additional years of data, resulting in size point estimate of 407 panthers in 2018, with a 95 percent confidence interval ranging from 222 to 773 panthers. Based on the data

provided in both iterations of the McClintock et al. (2015) model, the panther population has increased from approximately 62 individuals in 2000 to between approximately 222 and 773 individuals in 2018, an average increase of between 9 and 39 [(222-62)/18 years and (773-62)/18 years] panthers per year. Although survival rates for Florida panthers were described by Benson et al. (2011), those values are model-averaged and categorized by sex and age cohort, making them difficult to apply to a panther population of unknown demographics. Current survival estimates range between approximately 0.63 (SE 0.08) and 0.95 (SE 0.034) but these vary by age and sex. Given the uncertainty of using these survival rates, as well as variability in number of breeding females in the population and litter size, the Service will use the approximate population growth described above as an estimate of recruitment.

*Effects of the Action:*

In the absence of the Project, continued development and increases in traffic will occur in this area but with fewer conservation measures than those proposed by the applicant to maintain large blocks of intact habitat and improve road conditions to reduce impacts to panthers and other wildlife. The land clearing and construction activities associated with the Project have the potential to injure or kill panthers. However, panthers are intelligent and highly agile. Therefore, the Service expects that panthers will avoid the Project footprint during land clearing and construction, and injuries or mortalities of panthers due to these activities are unlikely.

Land clearing and construction activities associated with the Project will result in the permanent loss of habitat for panthers, and their prey. Specifically, approximately 1,793 acres of panther habitat will be permanently lost. According to the most current home range estimates of the panther (Lotz et al. 2005), this loss represents 6.17 percent of a single female panther's average home range (29,059 acres) and 2.8 percent of a male panther's average home range (62,542 acres). Moreover, this loss represents 0.15 percent of the 1,202,699 acres of available rural private lands available to panthers in the Service's focus area south of the Caloosahatchee River. As a conservation measure to benefit the survival and recovery of the panther, the applicant will develop the lowest quality habitat (row crops) within the project area, and strategically restore and permanently protect 2,391.63 acres of currently unprotected habitat in areas where habitat connectivity can be maintained. The Consultant used the Service's Panther Habitat Assessment Methodology (2012) to determine the amount of panther habitat units (PHUs) needed to compensate for the panther habitat lost on the Project site. It is the Service's judgement that the PHUs provided by the onsite conservation, restoration, and preservation of the highest quality panther habitat available within the project area adequately compensates for the habitat lost to development.

Panthers are known to sometimes attack and kill other panthers. This is called intraspecific aggression and occurs when males may kill other rival males when defending a territory or juveniles from another sire. Habitat loss may increase the potential for this to occur as individual panthers adjust their home ranges. As mentioned above, a total of 49 documented panther deaths due to intraspecific aggression have occurred within the action area since 1982 with the most

11

recent known death occurring in July 2019. The Project will remove about 1,793.4 acres of panther habitat. Based on estimates of home range size (described above) this loss of habitat is expected to impact no more than 1 male or female panther home range. As such, the Service finds that an increase in intraspecific aggression among panthers could occur as a result of the project displacing a resident panther.

In addition to habitat loss and disturbance, the Project will result in increased vehicular traffic in the Action Area. It should be noted that there is considerable uncertainty when correlating the number of panther deaths due to vehicle strikes to the overall population. This is because an increase in the number of panthers hit by cars may indicate an increase in the total number of panthers in the population and may not be attributable to a change in the volume of traffic. In evaluating a Project's potential to increase injuries and mortalities to panthers resulting from motor vehicle collisions, we consider the location of the Project in relation to surrounding native habitats, preserved lands, and wildlife corridors that are frequently used by panthers. We also consider the current road configuration and traffic patterns within the action area and the projected increase and patterns of traffic expected to result from the proposed action. We evaluate the habitats present on site, their importance in providing feeding and dispersal needs for panthers and panther prey species, and if the site development would further restrict access to surrounding lands important to panthers and panther prey species. The Project has been designed to conserve native habitat, maintain and improve existing wildlife corridors, and reduce impacts from vehicles by installing strategically placed wildlife crossings and fencing.

As discussed above, several panthers have been killed by collisions with motor vehicles in the action area. To analyze the Project's effects on motor vehicle related panther injuries and mortalities, the Service used a Traffic Impact Statement (TIS) for the Project site provided by the Applicant and reviewed by the Service. This information indicated that most vehicles entering and leaving the Project site would use three entrances onto Desoto Boulevard, one of which provides access to Golden Gate Boulevard and a total of 121,200 trips per day would be generated by vehicles associated with the Project. Approximately 53 percent of the Project's generated motor vehicle traffic would travel west on either Golden Gate Boulevard or 6th Avenue and 39 percent would travel north on Desoto Boulevard towards Oil Well Road. The remaining 8 percent would remain within the Golden Gate Estates subdivision. Of the northbound Desoto Boulevard traffic, approximately 28 percent would continue west towards the city of Naples, and 11 percent would travel east on Oil Well Road towards Ave Maria. It should be noted that this increase in traffic would likely occur regardless of the implementation of the Project as increased residential development will occur in this area.

Further, motor vehicle accidents are somewhat stochastic and influenced by many variables that are outside of the control of the project proponents. Several factors such as panther population size and composition, individual animal behavior, habitat configuration, road design, driver behavior and others, all play a role in circumstances that lead to a panther (or any species of wildlife) being hit by a car. As such, attributing panther mortality due to project induced traffic within 25 miles of the project area is challenging and fraught with uncertainty because the

12

precise cause of future accidents cannot be known. Nonetheless, we used best available scientific model to provide an assumed estimate of how the traffic associated with the project may influence the panther population for the purpose of determining whether the project may jeopardize the panther population.

The Traffic Impact Statement used in our analysis covered a 27-year period from 2015 through 2042. This included both background traffic and traffic generated from the Project. According to the TIS, both future background traffic as well as traffic created from the Project is expected to significantly increase from 2015 levels. By 2042, background traffic based on annual average daily traffic (AADT) in the Project area is expected to increase approximately 74 percent over the 27-year evaluation period from 916,110 AADT in 2015 to 1,592,800 AADT by 2042, excluding the additional trips from the Project. The TIS further estimates that the Project alone would increase traffic by 13 percent over 2015 background traffic. Combined, the estimated increase in traffic is 87 percent over 2015. By 2042, the Project generated traffic of 121,200 trips will increase traffic by 8 percent over the future 1,592,800 background trips. This is largely due to an increase in the human population as people move to Florida from other areas.

Although the Project is expected to increase traffic in the action area, it will be difficult to distinguish from the predicted non-Project traffic. Furthermore, attributing any panther mortality due to vehicle collision with traffic generated by the Project is anticipated to be indiscernible from background traffic. Nonetheless, the Service acknowledges that vehicle collision is the most documented cause of death for Florida panthers (FWC 2019), and the Project's potential effects on this mortality requires analysis.

Range-wide, 226 panthers were killed by vehicle collisions from 2014 through 2022 (FWC 2023), with a yearly average of roughly 26 panther deaths. Over that same time period within the action area, 149 panthers were killed as a result of vehicle collisions, with a yearly average of 17 panther deaths. If we were to assume that traffic volume is directly correlated to the number of panthers killed by vehicle collisions, the 13 percent increase over current background traffic generated by the Project would add 3 (17*0.132=2.18, rounded to 3) panther deaths to the yearly average once construction is completed in 2042. For comparison, the forecasted 2042 background traffic without the Project would add 13 (16.5*0.739=12.19, rounded to 13), and background plus Project traffic would contribute 15 (16.5*0.871=14.4, rounded to 15) additional panther deaths. Said another way, our methods predict that an increase in background traffic would result in 13 panther deaths and an additional 3 would result from project related traffic by 2042 for a total of 15 additional panther deaths per year.

However, there are many variables associated with vehicles colliding with panthers (time of traffic, speed of vehicle, panther population size and composition, duration of panther presence on the roadway, panther habitat near the roadway etc.), and there is a high likelihood that this relationship is not directly correlated and the numbers above are overestimations. Additionally, evaluation of both the action area and range-wide data between 2014 through 2022 indicates no clear trend in panther deaths, although linear regression shows a potential decline of vehicle

13

mortality over that time. Because of the uncertainties in describing the effects of traffic volume and speed on panther vehicle mortality outlined above, as well as any bias within the reporting of panther deaths, the Service expects that the calculation expressed above (17*0.132=2.18, rounded to 3) conservatively estimates the number of panthers that could be killed by Project-generated traffic every year. To be clear, these are estimates based on the assumptions stated above and used here to determine the potential impacts to the panther population.

To assist in reducing the threat of vehicle-related panther deaths, the Applicant has committed to fund and install a wildlife crossing just north of the Project site on Oil Well Road. This east-west roadway facilitates travel away from developed areas into an area where there is a higher risk of vehicles striking panthers because of the remote nature of the area and more suitable habitat for panthers. Therefore, this crossing is expected to provide safe passage for panthers in an area that is designed to become a conserved wildlife corridor under the Rural Lands Stewardship Program. Additionally, the Applicant has committed to contribute to the Paul J. Marinelli Fund (as described above) which supports land acquisition, corridor enhancement, and wildlife crossing installation. As more wildlife crossings are installed and wildlife corridors delineated through development of habitat-based models, risk of vehicle-related panther deaths is expected to be minimized and mitigated to the maximum extent practicable. By identifying individual road segments where there is a high likelihood of panthers crossing roads based on habitat conditions and past history of vehicles striking panthers, efforts can be made to install crossing and fences where they are most effective at reducing impacts to panthers.

*Cumulative Effects:*

The Service defines cumulative effects as the effects of future State, Tribal, local, or private actions that have the potential to affect Federally listed threatened and endangered species and are reasonably certain to occur in the Project's Action Area. Federal actions unrelated to the proposed action are not considered cumulative effects because they require separate consultation pursuant to section 7 of the Endangered Species Act of 1973, as amended (87 Stat. 884; 16 U.S.C. 1531 et seq. (Act).

Our projection of non-Federal actions (*i.e.,* cumulative effects) in the action area incorporates Florida Land Use Cover and Forms Classification System (FLUCCS) mapping to decide if a property may be exempt from Federal Clean Water Act, section 404 wetland regulatory review by the Corps or by the State of Florida (Florida Department of Environmental Protection) who has recently assumed administration of the Section 404 permitting program from Corps (through approval of the Environmental Protection Agency). To assess if a development project would likely be exempt from regulatory review, we identified the percentage of the project site that was classified as wetland habitat based on FLUCCS 600 series (wetland), and the 411 and 419 (hydric pine flatwood) mapping unit classifications. Projects on properties with less than 5 percent wetlands were considered exempt from the Corps' regulatory review because impacts to wetlands could likely be avoided by project design.

Based on this approach, and information provided by the Applicant's consultant, the Service finds that from 2017 through 2020, 554 projects in the action area affecting 7,967 acres were

14

exempt from regulatory review. Therefore, the Service estimates approximately 1,992 acres per year (7,967 acres/4 years = 1,992 acres per year) would be exempt from regulatory review in the action area. We find this value is representative of future yearly development likely to occur in the action area. The Service notes many unforeseen factors can affect development in the action area. Therefore, we acknowledge it is difficult to forecast development related to non-Federal actions and it comes with unknown uncertainty. However, the Service believes the rate of development based on 2017 through 2020 development provides a reasonable approximation of future, non-Federal actions reasonably certain to occur and meets our definition of a cumulative effect. This level of development represents 6.85 percent of a female panther's average home range (29,059 acres) and 3.2 percent of a male panther's average home range (62,542 acres). However, we expect the development to be spread over multiple home ranges instead of that belonging only to one female and one male Florida panther. This level of development also represents 0.1 percent of the non-urban private lands at risk of development in the Service's panther core area which covers 1,962,294 acres. In relation to the anticipated 2042 buildout of the proposed Project, non-Federal actions could develop approximately 43,823 acres without regulatory review. In conjunction with the Project, this would amount to 45,616 acres or 2.32 percent of the estimated 1,962,294 acres of non-urban private lands at risk of development in the Service's panther core area by 2042. In addition, the Service is aware of three other development projects under Section 404 permitting within the action area that if approved will convert approximately 11,977 acres of non-urban private lands (Kingston: 3081 acres; FFD: 2292 acres; Rural Lands West: 6603). In total, these Section 404 and non-Federal projects are expected to develop 57,593 acres or 2.93 percent of the estimated remaining non-urban private lands in the panther core area over the next two decades. However, it is also of note that the Section 404 projects mentioned above will conserve in perpetuity 9,849 acres (Kingston : 3,272 acres; FFD: 2,916 acres; Rural Lands West: 3,661 acres), removing that subset from risk of development. In addition, development of these Section 404 projects is expected to reduce the likelihood that smaller, non-Federally reviewed actions will be needed to meet the commercial and residential needs of the rapidly growing human population in this area regardless of whether these 404 projects are authorized. The Service believes the conservation measures included in these 404 projects will provide greater benefits to panthers compared to non-Federally reviewed projects because they include measures to maintain high quality habitats that are connected, install fencing and crossings to reduce roadway mortality and are planned to reduce human and wildlife conflicts.

Based on the above analysis, we believe the effects to the panther due to the loss of the habitat associated with these lands will be minor in the short term but will increase as development continues to occur in the future. Consequently, the Service continues to monitor the effects of habitat loss to the panther throughout its range, and we encourage project proponents to develop Habitat Conservation Plans and seek Incidental Take Permits under section 10 of the Act to receive take coverage and minimize and mitigate any adverse effects to the panther resulting from non-Federal actions if not covered under Section 404 permitting.

In addition to land development, these non-Federal projects are expected to also contribute to additional motor vehicle traffic in the action area. However, as these projects are anticipated to be dispersed throughout the action area, this increase is expected to be reflected by the future

15

background numbers provided in the TIS previously discussed. Therefore, the cumulative effects of traffic is conservatively estimated as stated in the *Effects of the Action* section above.

*Amount of Take:*

The increase in noise and human activities due to construction activities may increase disturbance to panthers in the project vicinity during construction of the project. Consequently, the Service notes that these activities may cause resident or dispersing panthers to avoid the project site during construction. Moreover, resident panthers may adjust their territories due to the disturbance. To quantify the effect of habitat lost due to the Project, we considered the reduction of panther habitat carrying capacity due to the loss of 1,793 acres of panther habitat. We used panther habitat selection ranking (Onorato, et al. 2011) to estimate the loss of panther habitat carrying capacity. Based on the habitat preference values in Onorato et al. 2011, the loss of 1,793 acres of panther habitat approximates the loss of habitat carrying capacity for 0.25 panthers. Therefore, the Service expects no more than one Florida panther to be harmed by this loss in habitat carrying capacity and a potential increase in intraspecific aggression.

In addition to habitat loss, the Service has evaluated the potential impacts to panthers based on an increase in traffic in the action area. As described above, our method of evaluation assumed that Project-related traffic will increase the number of panthers killed by vehicles each year. To support decision making, we also take into account the magnitude of potential uncertainty in the estimate by approximating uncertainty in the inputs (ADDT and average PVM counts). Based on the expected 13 percent increase over current background traffic generated by the Project, the Service estimates three additional panthers could be killed by vehicle collision annually upon Project buildout in 2042. Therefore, for the purposes of estimating impacts to panthers, we assume the Project could result in the loss of four panthers the first year of Project completion, and three panthers each year following.

*Incidental take resulting from the Project:*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act

16

provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to incidentally result in take of the Florida panther in the form of harm due to the destruction of habitat in the Project footprint, disturbance due to land clearing and construction activities, and mortality. The combined loss of 1,793 acres of panther habitat and increase in traffic related mortality is expected to result in harm for three to 4 panthers per year as the result of the Project. Therefore, the Service expects no more than four Florida panthers to be harmed by the combination of this loss in habitat carrying capacity, intraspecific aggression, and vehicle collision in year one, and three panthers each year following.

*Jeopardy assessment:*

After considering the status of the Florida panther, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the Florida panther. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Due to their mobility and large home ranges, panthers are not expected to be killed or injured during land clearing associated with the Project's development and restoration activities;
2) Although 1,793 acres currently used by the panther and their prey will be permanently lost, this acreage represents a small portion (0.15 percent) of panther habitat available in south Florida. Also, the loss of 1,793 acres of panther habitat is a small percentage of a female (6.17 percent) and male (2.8 percent) panther territories;
3) The small reduction in panther habitat from the Project is not expected to significantly increase the potential for intraspecific aggression among panthers in the Action Area.
4) The loss of this habitat is expected to be minimized by the restoration and permanent preservation of 2,372 acres of habitat that will remain available to the panther onsite;
5) The potential increase in vehicle-related panther deaths from Project-generated traffic is expected to be minimized through the Applicant's funding of wildlife crossings on area roads and increased understanding and maintenance of permanent wildlife corridors,
6) While our estimated increase in panther mortality due to vehicle strikes does not exceed the approximate population growth rate of nine panthers a year, we do not expect the actual number of panthers killed by vehicles to reach the estimated value for the reasons stated above. There are too many unknown variables related to calculating a precise

17

number of panthers killed by vehicles to quantify the actual impacts. As such, we will rely on monitoring the number of vehicle collisions with panthers and take steps necessary to reduce this number if it exceeds the annual current average of three panthers per year within the action area. These steps can include construction of additional fencing, recommending installation of additional crossings, recommending reducing speed limits, adding signage or other methods to increase driver awareness.

With respect to reason 2, the Service notes that many thousands of acres of panther habitat remain in Florida. Therefore, we do not expect that this minor loss of habitat resulting from the Project to significantly affect the range-wide population size of this species. However, we acknowledge, that collectively, habitat loss could threaten the survival and recovery of this species at some point in the future. Therefore, we will continue to monitor the effects of habitat loss to the panther throughout its range. With respect to reason 5, the Service also acknowledges that motor vehicle related injuries and mortalities of panther, in concert with other threats to the panther, could collectively threaten the survival and recovery of this species. Therefore, we will continue to monitor the effects of motor vehicle related injuries and mortalities to the panther throughout its range. Actions specifically aimed at reducing traffic impacts such as those included in the design for this project will continue to be high priority recommendations and permit conditions for projects moving forward.

**Florida bonneted bat**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for this species is the entire 5,105-acre Project site.

*Status of the Species in the Action Area:*

This Project lies within the consultation area for the Florida bonneted bat (FBB). The entire Project site contains suitable FBB foraging and/or roosting habitat. The nearest documented FBB roost is located approximately 2 miles southeast of the Project site. Acoustic surveys identified FBBs flying above the Project site, with 12 calls occurring in close proximity to sunrise or sunset, indicating that roosting is likely nearby (Service 2019).

*Effects of the Action:*

The FBB is expected to occur within the Project footprint and, like many bat species, is known to forage along wetlands and open water and roost within pine flatwoods and other forested habitats (Belwood 1981, Robson 1989, Belwood 1992, Eger 1999). Potential effects to the FBB due to the proposed action include a number of direct and indirect effects on the bat and its habitat. Potential direct effects include: (1) direct mortality from destruction of roosting sites; (2) harassment by construction activities; and (3) disruption of normal behaviors from the

18

conversion of available habitat for roosting, foraging, breeding, and dispersing. Potential indirect effects include reduced foraging and roosting opportunities due to habitat loss. The timing for construction of this project, relative to sensitive periods in the life history of the FBB, is unknown.

Any actions that occur in areas known to be occupied by the FBB and result in the removal of potential roost sites (i.e., snags, trees, utility poles, buildings, etc.) or impact foraging habitat (i.e., filling in of canals and ditches) are likely to have direct and indirect adverse effects to the FBB and its habitat. The Service evaluated the project in the context of how the action has the potential to result in both beneficial and adverse effects to the FBB, at the individual, population, and landscape scales. The use of specific minimization measures as part of the action such as pre-construction acoustical and roost surveys, preservation of roost trees, the use of avoidance buffers around known roosts, and retention of potential roosting habitat (wherever possible) are expected to significantly reduce the potential adverse effects to the FBB as a result of construction activities. However, some adverse effects to the FBB are likely to occur despite the inclusion of these measures into the proposed action.

The Project footprint overlaps with the currently proposed designated critical habitat for the FBB. As this area will ultimately be included as part of the conservation lands, Project activities are not expected to adversely affect FBB critical habitat when designated.

*Cumulative Effects:*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in the action area considered in this Project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on FBB is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take:*

The Service has reviewed the biological information for the FBB presented by the Applicant's consultant, and other available information relevant to this action. Incidental take in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793 acres of habitat, and the direct injury or mortality of 11 FBBs and one roost), and harassment is expected to result from the action. The Service bases the amount of take (11 individuals and one roost) on findings of the Status of the Species report by Marks and Marks (2012).

The Service anticipates incidental take of FBB will be difficult to detect and quantify for the following reasons: 1) FBB roost sites are difficult to identify; 2) tree cavities used by the FBB as roost sites are not easily located or examined; 3) the small size of individual FBB make finding an injured or dead specimen unlikely; and 4) FBB are patchily distributed within suitable habitat. Incidental take of FBBs is anticipated for one FBB roost containing up to 11 individual FBBs, and 1,793 ac of roosting and foraging habitat within the construction footprint. The Service

believes all individuals occurring within this portion of the project footprint will be incidentally taken. In addition, disturbance to FBBs may occur from increased human activity and noise from the proposed action.

*Incidental take resulting from the project:*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed project to incidentally result in take of the FBB in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793.4 acres of habitat; and the disturbance, injury or mortality of 11 FBBs and one roost).

*Jeopardy assessment:*

After considering the status of the FBB, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the FBB. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) The FBB consultation area encompasses approximately 5,691,000 acres of land in South Florida. Construction activities for the Project will result in the conversion of 1,793 acres of potential roosting and foraging habitat in the consultation area. This is less than 0.01 percent of the FBB consultation area;

20

2) The project will result in the preservation of approximately 2,392 acres of suitable FBB roosting and forging habitat in the FBB consultation area;

3) The State permit, if issued, will include conditions to implement a FBB roost survey prior to tree removal, reducing the likelihood that individual bats that use the roost will be injured or killed.

4) The FBB is expected to be able to forage over the development area following construction completion.

**Candidate species**

**Tricolored bat**

*Action Area:*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for this species is the entire 5,105-acre Project site.

*Status of the Species in the Action Area:*

This Project lies within the range of the proposed Federally endangered tricolored bat (TCB). The entire Project site contains suitable TCB foraging and/or roosting habitat, which commonly forage along waterways and forest edges, and roost primarily in deciduous hardwood trees (Service 2021). According to data available through the U.S. Geological Survey North American Bat Monitoring Program, the TCB has been detected via acoustic surveys in the area of Golden Gate Estates and Florida Panther National Wildlife Refuge in 2006 and 2020 (USGS 2023). TCB will use leaf clusters, moss, lichens, and some evergreen trees to roost during the non-hibernating season, and move to more robust (caves, mines, etc.) shelter to hibernate. In the southern portions of its range where caves are limited, TCB typically hibernate in road-associated culverts (Service 2021). A recent study on TCB by Smith et al. (2022) found evidence that suggests TCB at the southern edge of its range (i.e. south Florida) may move north to find cooler hibernacula to support torpor and reproductive success. Furthermore, as TCB generally move between winter hibernacula and summer roosting sites, up to 151 miles (Samoray et al. 2019), this species may only use the Project site seasonally.

*Effects of the Action:*

Potential effects to the TCB due to the proposed action include a number of direct and indirect effects on the bat and its habitat. Potential direct effects include: (1) direct mortality from destruction of roosting sites; (2) harassment by construction activities; and (3) disruption of normal behaviors from the conversion of available habitat for roosting, foraging, breeding, and dispersing. Potential indirect effects include reduced foraging and roosting opportunities due to habitat loss. The timing for construction of this project, relative to sensitive periods in the life history of the TCB, is unknown.

21

Any actions that occur in areas known to be occupied by the TCB and result in the removal of potential roost sites (i.e., snags, trees, utility poles, buildings, etc.) or impact foraging habitat (i.e., filling in of canals and ditches) are likely to have direct and indirect adverse effects to the TCB and its habitat. The Service evaluated the project in the context of how the action has the potential to result in both beneficial and adverse effects to the TCB, at the individual, population, and landscape scales. The use of specific minimization measures as part of the action such as pre-construction acoustical and roost surveys, preservation of roost trees, the use of avoidance buffers around known roosts, and retention of potential roosting habitat (wherever possible) are expected to significantly reduce the potential adverse effects to the TCB as a result of construction activities. However, some adverse effects to the TCB are likely to occur despite the inclusion of these measures into the proposed action.

*Cumulative Effects:*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in the action area considered in this Project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on TCB is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take:*

The Service has reviewed the biological information for the TCB presented by the Applicant's consultant, and other available information relevant to this action. Incidental take in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793 acres of habitat, and the direct injury or mortality of 10 TCBs and one roost), and harassment is expected to result from the action. The Service bases the amount of take (10 individuals and one roost) on findings of the Species Status Assessment (Service 2021) that 40 percent of hibernating TCB colonies consisted of one to ten individuals. As TCB typically roost singly or in pairs during non-hibernating seasons, an occupied hibernacula conservatively represents the upper limit of expected take.

The Service anticipates incidental take of TCB will be difficult to detect and quantify for the following reasons: 1) TCB roost sites are difficult to identify; 2) trees used by the TCB as roost sites are not easily located or examined; 3) the small size of individual TCB make finding an injured or dead specimen unlikely; and 4) TCB are not uniformly distributed across suitable habitat. Incidental take of TCBs is anticipated for one TCB roost containing up to 10 individual TCBs, and 1,793 ac of roosting and foraging habitat within the construction footprint. The Service believes all individuals occurring within this portion of the project footprint will be incidentally taken. In addition, disturbance to TCBs may occur from increased human activity and noise from the proposed action.

*Incidental take resulting from the project:*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed project to incidentally result in take of the TCB in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 1,793 acres of habitat; and the disturbance, injury or mortality of 10 TCBs and one roost).

*Jeopardy assessment:*

After considering the status of the TCB, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the TCB. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Although construction activities for the Project will result in the conversion of 1,793 acres of potential roosting and foraging habitat, only 90 acres consists of forested area. Because of the wide range and semi-migratory nature of the species, this loss is not expected to have a measurable impact on the species as a whole.
2) The project will result in the permanent preservation of approximately 2,392 acres of suitable TCB roosting and forging habitat in the TCB consultation area.
3) The State permit, if issued, will include conditions to implement a bat roost survey prior to tree removal, reducing the likelihood that individual bats that use the roost will be injured or killed.

4) The TCB is expected to be able to forage over the development area following construction completion.

The Service may confirm this Technical Assistance if the TCB is listed in Florida.  If the Service reviews the proposed action and finds there have been no significant changes in the action as planned or in the information used during the Technical Assistance, the Service will confirm that this Technical Assistance remains valid and no further review will be necessary.

## D.    APPROVAL

Based on the information provided in this form, it has been determined that

☒ Upon FDEP's incorporation of the necessary avoidance and minimization measures as permit conditions, the USFWS concludes the issuance of the State 404 permit is not likely to jeopardize any federally listed species or adversely modify or destroy any critical habitat and complies with the USFWS programmatic biological opinion addressing Florida's assumption of the CWA 404 program. This is based on the information in the permit application, as well as the status of the affected species, and any cumulative effects within the permit applications' action area.

☐ The USFWS concludes the issuance of the State 404 permit does not comply with the USFWS programmatic biological opinion addressing Florida's assumption of the CWA 404 program for the following reasons:

**Reviewing Biologist**
Adam Knutson/ Fish and Wildlife
Biologist                                     ADAM KNUTSON    Digitally signed by ADAM KNUTSON
                                                             Date: 2023.10.31 12:48:52 -04'00'

| Name/Title | Signature | Date |
|---|---|---|

**Supervisor**

| Name/Title | Signature | Date |
|---|---|---|

**If project results in take:**

**USFWS Regulatory Division Manager or Project Leader**
                          ROBERT CAREY    Digitally signed by ROBERT CAREY
                                          Date: 2023.10.31 14:11:55 -04'00'

| Name/Title | Signature | Date |
|---|---|---|

# LITERATURE CITED

Belwood, J.J. 1981. Wagner's mastiff bat, *Eumops glaucinus floridanus* (Molossidae) in southwestern Florida. Journal of Mammalogy 62(2):411-413.

Belwood, J.J. 1992. Florida mastiff bat *Eumops glaucinus floridanus*. Pages 216-223 *in* S.R. Humphrey (ed.), Rare and Endangered Biota of Florida. Vol. I. Mammals. University Press of Florida. Gainesville, Florida.

Benson, J. F., J. A. Hostetler, D. P. Onorato, W. E. Johnson, M. E. Roelke, S. J. O'Brien, D. Jansen, and M. K. Oli. 2011. Intentional genetic introgression influences survival of adults and subadults in a small, inbred felid population. Journal of Animal Ecology 80:958–967.

Comiskey, E.J., O.L. Bass, Jr., L.J. Gross, R.T. McBride, and R. Salinas. 2002. Panthers and forests in south Florida: an ecological perspective. Conservation Ecology 6:18. Forman, R.T.T., D. Sperling, J.A. Bissonette, A.P. Clevenger, C.D. Cutshall, V.H. Dale, L. Fahrig, R. France, C.R. Goldman, K. Heanue, J.A. Jones, F.J. Swanson, T. Turrentine, and T.C. Winter. 2003. Road Ecology: Science and Solutions, Island Press, Washington, D.C.

Eger, J.L. 1999. Wagner's mastiff bat, *Eumops glaucinus*. Pp. 132-133 *in* The Smithsonian book on North American Mammals (D.E. Wilson and S. Ruff, eds.). Smithsonian Institution Press. Washington, D.C.

Florida Fish and Wildlife Conservation Commission (FWC). 2019. Annual report on the research and management of Florida panthers: 2018-2019. Fish and Wildlife Research Institute and Division of Habitat and Species Conservation, Naples, Florida.

Florida Fish and Wildlife Conservation Commission (FWC). 2023. Panther Pulse. Tallahassee, Florida. Available from: https://myfwc.com/wildlifehabitats/wildlife/panther/pulse/. Accessed February 22, 2023.

Florida Fish and Wildlife Conservation Commission and U.S. Fish and Wildlife Service (FWC, and USFWS). 2017. Determining the size of the Florida panther population. Outreach Document.

Lotz, M., D. Land, M. Cunningham, and B. Ferree. 2005. Florida panther annual report 2004-05. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

Maehr, D.S., E.D. Land, D.B. Shindle, O.L. Bass, and T.S. Hector. 2002. Florida panther dispersal and conservation. Biological Conservation 106:187-197.

Marks, G.E. and C.S. Marks. 2012. Status of the Florida bonneted bat (*Eumops floridanus*). Submitted by George E. Marks and Cynthia S. Marks of the Florida Bat Conservancy for the U.S. Fish and Wildlife Service under grant agreement number 40181AG121. May 4,

2012. Florida Bat Conservancy. Bay Pines, Florida.

McClintock, B.T., D.P. Onorato, and J. Martin. 2015. Endangered Florida panther population size determined from public reports of motor vehicle collision mortalities. Journal of Applied Ecology 52:893-901.

Morrison, J.L. 2001. Recommended management practices and survey protocols for Audubon's crested caracaras (*Caracara cheriway audubonii*) in Florida. Technical Report Number 18. Florida Fish and Wildlife Conservation Commission; Tallahassee, Florida.

Onorato, D. P., M. Criffield, M. Lotz, M. W. Cunningham, R. McBride, E. H. Leone, O. L. Bass, and E. C. Hellgren. 2011. Habitat selection by critically endangered Florida panthers across the diel period: implications for land management and conservation. Animal Conservation 14:196-205.

Robson, M.S., F.J. Mazzotti, and T. Parrott. 1989. Recent evidence of the mastiff bat in southern Florida. Florida Field Naturalist 17(4):81-82.

Samoray, S.T., S.N. Cotham, and M.W. Gumbert. 2019. Spring migration behavior of a *Perimyotis subflavus* (tri-colored bat) from Tennessee. Southeastern Naturalist 18(3):16–20.

Smith, L.M., J.A. Gore, T.J. Doonan, and C.J. Campbell. 2022. Tricolored bats at a southern range edge exhibit partial migration northward in autumn. Movement Ecology 10 (56).

U. S. Fish and Wildlife Service (Service). 2012. Panther Habitat Assessment Methodology. https://ipac.ecosphere.fws.gov/guideline/assessment/population/8/office/41420.pdf

U.S. Fish and Wildlife Service (Service). 2013. Standard Protection Measures for the Eastern Indigo Snake. South Florida Ecological Services Office; Vero Beach, Florida.

U.S. Fish and Wildlife Service (Service). 2019. Consultation Key for the Florida bonneted bat. South Florida Ecological Services Office; Vero Beach, Florida.

U.S. Fish and Wildlife Service (Service). 2021. Species Status Assessment Report for the Tricolored Bat (Perimyotis subflavus), Version 1.1. December 2021. Hadley, MA.

U.S. Geological Survey (USGS). 2023. North American Bat Monitoring Program (NABat). Reston, Virginia. Available from: https://sciencebase.usgs.gov/nabat/#/data/inventory. Accessed March 2, 2023.

# Enclosure A

<u>**Special Conditions**</u>:

**General Planning Tenets:** As a condition of this permit, and for purposes of compliance with the Endangered Species Act and completion of technical assistance between the U.S. Fish and Wildlife Service (USFWS) and the Florida Department of Environmental Protection (FDEP), the Permittee has agreed to and will implement the following planning tenets that reflect the Eastern Collier Multiple Species Habitat Conservation Plan (HCP) prepared and submitted by the Permittee and other landowners, with support from four leading conservation organizations, for Eastern Collier County in connection with applications submitted to USFWS for incidental take permits (ITPs) pursuant to Section 10 of the Endangered Species Act (the ITP applications were withdrawn on July 28, 2022, but the applicant has committed to work with the other landowners and conservation organizations to voluntarily implement the HCP).

     a. **Location of Project Footprint and Preserved Lands**. The project will be developed and project impacts will be offset consistent with the above-referenced landscape-level planning tenets. Specifically, all areas that will be directly impacted by project development (e.g., wetland fill or species impacts) will be located within areas identified as "Covered Activities," and all areas to be preserved as mitigation for those impacts will be located within the areas identified for "Preservation/and Plan Wide Activities" as depicted in Exhibit [ ] attached.

     b. **Permanent Protection of Preserved Lands**. As required by FDEP condition [ ], permanent conservation easements will be placed on preservation lands before project construction begins, so that mitigation is achieved prior to project impacts. These conservation easements will run with the land and will be held by FDEP or another a State of Florida agency.

     c. **Marinelli Fund Contributions.** The project will be conducted in manner consistent with the Permittee's description of the project in the application and in materials associated with its application. As part of the proposed project, the Permittee has committed to make contributions to the Paul J. Marinelli Fund to be used to initiate and support conservation activities selected by the Fund's Board of Directors, which will be made up of Eastern Collier Property Owners (ECPO) landowners, a representative of the landowner's four conservation partners, and an at-large member who will serve at the invitation of the other six members of the Board. Conservation activities to be supported through expenditures from the Fund include such activities as construction of wildlife crossings and fencing, habitat acquisition and restoration, corridor enhancement, public education and outreach focused on the importance of wildlife conservation, and scientific research relevant to species conservation. Contributions to the Fund will be made as follows.

        i. The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project.

        ii. The Permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale).

    d. **Best Management Practices.** The Permittee has committed to the following conservation measures and best management practices (BMPs).

<div align="center">1</div>

i. <u>Prescribed Fire and Smoke Notice</u>: The Permittee will provide notice of the use of prescribed fire in the Bellmar area. This notice will be provided and recorded in a manner such that initial and subsequent residents and owners will be made aware of the use of prescribed fire in the vicinity of the Bellmar area to manage wildland fuels and maintain fire-adapted ecological communities within preserve areas. The following notice concerning the use of prescribed fire will be provided:

*"Periodic prescribed burning is a recognized land management tool and a recommended method of fuel management in Southwest Florida, including in the vicinity of the Bellmar area, for minimizing wildfire hazards and maintaining healthy fire-adapted ecological communities. Homeowners acknowledge that they have received notice that prescribed burning may result in the periodic occurrence of temporary smoke and ash that drifts through developed areas."*

ii. <u>Environmental Education and BMPs for Living with Wildlife</u>: The materials outlined in Special Condition 2.e. below will be included with the Homeowners' Association (HOA) documents for the Bellmar community at the time of HOA incorporation. Decisions regarding which educational materials and BMPs will be implemented within each community are left to the HOA and community residents, but the materials will be transferred to the developer and HOA.

iii. <u>Securing and Vaccinating Pets</u>: HOA and/or homeowners' documents for the Bellmar community will state that pets within the community should be kept indoors, on leash when outdoors, or secured within a secure covered kennel. Residents will be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. As there is no definitive cure for FLV, community-wide vaccination of all pet cats protects homeowners' pets from illness, as well as preventing illness in Florida panthers.

2. **Additional Best Management Practices:** The Permittee will work with developers and HOAs to promote additional BMPs that will be implemented within the project area, where appropriate, to minimize potential wildlife impacts and/or provide wildlife conservation benefits. BMPs that will be implemented at the project are described below.

a. <u>Community Environmental Education</u>:  http://www.buildgreen.ufl.edu/enveducation.htm – This University of Florida program  promotes residential environmental education that engages homeowners in understanding  and implementing natural resource conservation strategies. Research has demonstrated  that engaging residents improves environmental attitudes, knowledge, and behaviors  (Hostetler et al. 2008).

b. <u>Environmental Covenants, Codes, and Restrictions for HOAs</u>: http://edis.ifas.ufl.edu/pdffiles/UW/UW24800.pdf – This publication provides sample language for the development of HOA covenants, codes, and restrictions that relate to wildlife within residential development communities and environmental management in general (Hoestetler 2006).

c. <u>Landscaping</u>:  http://www.floridayards.org/ – "Florida-Friendly Landscaping" promotes the use of native plants, efficient watering and fertilizing, xeriscaping, integrated pest

management, and similar strategies to attract birds, butterflies, and beneficial insects to residential yards.

d.  Community Lighting and "Dark Skies": The mission of the International Dark-Sky

Association "is to preserve and protect the nighttime environment and our heritage of dark skies through environmentally responsible outdoor lighting." Light pollution (the inappropriate use of light at night) can affect wildlife and ecosystems, human health, energy consumption, and the aesthetics of viewing the night sky. The Association notes that, "A dark sky does not necessarily mean a dark ground. Smart lighting that directs light where it is needed creates a balance between safety and starlight." The International Dark-Sky Association webpage (http://www.darksky.org/) provides links to numerous resources for planning and implementing appropriate outdoor lighting within residential/commercial developments. These resources include the use of five outdoor lighting zones within communities (http://www.darksky.org/lighting/model-lighting-laws-policy/recommended-lighting-zones/), outdoor lighting basics (http://www.darksky.org/lighting/lighting-basics/), and practical guidelines for energy-efficient LED lighting (http://www.darksky.org/lighting/led-guide/). Implementation of "dark skies" practices can reduce disturbances to wildlife within and adjacent to development areas. The Florida Wildlife Commission (FWC) maintains a "Wildlife Lighting" webpage that provides basic information and links to outdoor lighting resources (http://myfwc.com/conservation/you-conserve/lighting/).

e.  Living With Wildlife: The Permittee will employ and promote a series of community design elements that advance wildlife conservation and minimize the potential for human-wildlife interactions within development areas, especially for large mammals (e.g., Florida panther; bear; deer; feral hogs), nocturnal species (e.g., Florida bonneted bat), and species that may pose human health risks (e.g., Eastern diamondback rattlesnake). FWC has published educational brochures for HOAs and residents living in proximity to Florida wildlife species such as the Florida panther, black bear, and various bats, birds, and reptiles (http://myfwc.com/conservation/you-conserve/wildlife/). Links for these wildlife brochures and/or webpages are as follows:

    i.  A Guide to Living with Florida Panthers
        (http://myfwc.com/media/152454/LivingWithPanthers.pdf)

    ii.  Florida Panther Safety Tips
        (http://myfwc.com/media/152457/PantherSafetyTipsFlyer.pdf)

    iii.  Florida's BearWise (http://myfwc.com/wildlifehabitats/managed/bear/wise/ and bearwise.org)

    iv.  A Guide to Living in Bear Country
        (http://myfwc.com/media/1333887/LivinginBearCountryBrochure.pdf)

    v.  Living with Bats (http://myfwc.com/media/3031963/LivingWithBats.pdf)

    vi.  Sandhill Cranes (http://myfwc.com/conservation/you-conserve/wildlife/sandhill-cranes/)

    vii.  Everglade Snail Kite (http://myfwc.com/media/152978/kitesbrochure.pdf)

    viii.  A Guide to Living with Alligators (http://myfwc.com/media/152524/Alligator-Brochure.pdf)

3

    ix.   Getting Along with Snakes (https://www.floridamuseum.ufl.edu/herpetology/fl-snakes/gettingalong/)

    x.   A Guide to Living with Gopher Tortoises (http://myfwc.com/media/1329739/GopherTortoise_LivingWithBrochure.pdf)

    xi.   A Guide to Living with Urban Coyotes (http://myfwc.com/media/2675483/Living-With-Urban-Coyotes.pdf)

    xii.   Plants for Birds. The National Audubon Society provides an online database for selecting native plant species (by zip code) that support bird species (http://www.audubon.org/plantsforbirds).

3. **Management Plans for Specific Species:** The Permittee will implement the following protection guidelines during and after project construction.

    a.   <u>American Alligator</u>

        i.   Signs will be posted to instruct on-site workers and community residents not to feed or harass the American alligator, and will indicate that to do so is punishable by law.

        ii.   Construction personnel and residents will be instructed that in the event there is a problem with a persistent nuisance alligator, they will need to contact FWC, as that is the only agency empowered to handle nuisance alligators.

        iii.   American alligator habitat will be provided within the conservation areas associated with the project. Following the completion of the mitigation program, these conservation areas will serve as potential foraging and nesting habitat. Invasive exotic species removal will result in wetland preserves that are more suitable as habitat and provide suitable habitat for American alligator prey species. The conservation areas will be maintained per the FDEP's State 404 Wetland Mitigation/Monitoring/ Maintenance Plan.

    b.   <u>Eastern Indigo Snake</u>

        i.   The permittee shall implement the U.S. Fish and Wildlife Service's *Standard Protection Measures for the Eastern Indigo Snake* (SPM; Service March 23, 2021) during construction of the Project and restoration of the conservation area.

        ii.   Informational brochures addressing identification and conservation of Eastern indigo snake will be provided to all construction staff.

        iii.   The conservation areas associated with the project will be maintained per the FDEP's State 404 Wetland Mitigation/Monitoring/Maintenance Plan and will provide habitat for the Eastern indigo snake.

    c.   <u>Bald Eagle</u>: Proposed construction activities within 660 feet of an active bald eagle nest will follow the applicable protection guidelines as described in FWC's Bald Eagle Management Plan Handbook (FWC 2010) and the USFWS National Bald Eagle Management Guidelines (USFWS 2007).

    d.   <u>Crested Caracara</u>

i.   Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the project site that is under the permittee's ownership or neighboring areas where access is allowed.

ii.  To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site. Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site. Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition iii.

iii. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the project site that is under the permittee's ownership. The permittee shall contact the U.S Fish and Wildlife Service's Florida Ecological Services Office (FESO) at (772) 562-3909 for technical assistance and will notify the Florida Fish and Wildlife Conservation Commission (FWC) at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara. The permittee shall report the final location and extent of restored habitat to the FESO, the Florida Department of Environmental Protection (Department), and the FWC upon completion of restoration activities.

e.  Wood Stork and Other Wading Birds

i.   Enhancement and restoration activities will be conducted within existing wetlands located within the conservation areas associated with the project. These activities will include the removal of invasive exotic plants and the installation of supplemental plantings, and will result in habitats that are more suitable for wading bird foraging and roosting.

ii.  The creation of lakes and lake littoral zones as part of the project will provide foraging habitat for wading birds.

5

iii. Plans for the project include wetland restoration and wetland creation. These activities will convert agricultural and exotic plant infested habitats to native wetland habitats. This restoration will also enhance sheet flow through Camp Keais Strand and restore significant areas of habitat for wildlife, including wading birds such as the wood stork.

iv. The grading plan for the wetland restoration areas includes the establishment of wading bird foraging habitat by grading to varying depths to allow the concentration of prey for wading birds at alternating times of the year as water levels seasonally rise and recede.

v. Bellmar residents and maintenance staff will be provided with a brochure titled "Wading Bird Informational Pamphlet," prepared by Passarella and Associates, Inc. This brochure provides wading bird information and methods to prevent human-wading bird interactions. In addition, the brochure informs residents of the need to avoid disturbance around nesting colonies should a colony be identified on the property in the future.

f. <u>Florida Bonneted Bat and Tricolored Bat</u>

i. The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at (772) 562-3909 for technical assistance and will notify the FWC at <u>ConservationPlanningServices@MyFWC.com</u>.

ii. The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized.

iii. The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 2,100.17± acres of on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities.

iv. The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).

v. Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.

vi. The permittee shall implement planting of native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance.

vii. The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat.

6

    viii.   The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.

    ix.   The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat.

g.  Big Cypress Fox Squirrel

    i.   Prior to commencement of clearing activities during project construction, a survey will be conducted in forested areas to be cleared to identify potential Big Cypress fox squirrel nests. If potential nests are identified within the clearing limits, observations will be conducted to determine if the nests are being utilized by Big Cypress fox squirrels. No clearing will be conducted within 125 feet of an active Big Cypress fox squirrel nest tree. The nest tree and buffer may be cleared only after completion of nesting and confirmation that any juvenile squirrels have left the nest.

    ii.   The conservation areas associated with the project will be enhanced and managed per the FDEP's State 404 Wetland Mitigation/Monitoring/Maintenance Plan and will provide foraging and nesting habitats for Big Cypress fox squirrels.

h.  Florida Black Bear

    i.   In order to deter the potential for interactions between humans and large mammals such as the Florida black bear, a lake buffer will be constructed between the conservation areas and development areas associated with the project. Where construction of a lake buffer is not feasible, fencing will be used between development and conservation areas.

    ii.   The Permittee will confer with FWC regarding management initiatives such as the use of bear-resistant dumpsters and garbage receptacles for residential areas. These management initiatives will include the following.

        1.   Residents of units that have curbside garbage service will be required to place garbage containers curbside no earlier than the morning of the days of garbage pickup, and garbage containers will be returned to their permitted location no later than the evening of the days of garbage pickup. All garbage, trash, refuse, or rubbish will be required to be placed in appropriate garbage containers or stored inside an enclosed area except for the days when there is curbside garbage pickup service. Areas adjacent to any passive recreation facilities will also have routine garbage pickup service.

        2.   Residents of units without curbside garbage service will be required to place all garbage, trash, refuse, or rubbish in bear-resistant dumpsters with the lid closed and secured.

    iii.   Bellmar residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by FWC, titled "A

7

guide to living in bear country," available at
https://myfwc.com/media/1891/livinginbearcountrybrochure.pdf.

i.  Florida Panther

    i.  The project will be conducted in consistent with the Permittee's description of the project in materials associated with its application. As part of the proposed project, the Permittee has committed to make contributions to the Paul J. Marinelli Fund as follows:

        1.  The Permittee will deposit $350 per acre of land within the development footprint of the project no later than 90 days after the closing of the first dwelling unit sold within the project. Upon deposit of the funds, the permittee shall provide correspondence from the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com) confirming that the contribution has been provided.

        2.  The permittee will establish transfer fee provisions in the deed for each residential unit constructed and sold within the project that specify that $200 will be deposited to the Fund each time the unit is sold (including the initial sale and each re-sale). The permittee shall provide an annual report confirming the sale and contribution to the Fund to the FESO by e-mail (Florida_404@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com).

    ii.  The permittee will, at its sole cost and expense, construct or fund the construction of five wildlife crossings within the geographic region where this and proposed Rural Lands West project is located, including one just north of the Project site on Oil Well Road, approximately 1.44 miles east of Desoto Boulevard. These wildlife crossings will be constructed to fulfill the state and federal permitting requirements for Rural Lands West and Bellmar, collectively. The wildlife crossings shall be constructed to provide and preserve a wildlife movement corridor and the locations shall be constructed in the locations shown in Figure 1. The permittee shall contact the FESO at (772) 562-3909 for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to start of the construction activities of the crossings and shall provide the location and plans of the proposed wildlife crossings for review. The permittee shall report the final location and as-built plans of wildlife crossings to the FESO , the Department, and the FWC upon completion of construction.

    iii.  The permittee shall ensure that HOA and/or homeowners' documents for the Bellmar community states that pets within the community should be kept indoors, on leash when outdoors, or secured within a secure covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers.

    iv.  In order to deter the potential for interactions between humans and large

8

mammals such as the Florida panther, a lake buffer will be constructed between the conservation areas and development areas. Where a lake buffer is not feasible, fencing will be used between development and conservation areas.Bellmar residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by USFWS and FWC, titled "A guide to living with Florida Panthers." This brochure, which provides safety tips and instructions for panther encounters, is available at https://myfwc.com/media/3112/livingwithpanthers.pdf.

j.  Gopher Tortoise: Prior to commencing project construction, a gopher tortoise survey will be conducted in accordance with FWC's gopher tortoise permitting guidelines (FWC 2020) to identify potential gopher tortoise burrows within the construction area. If gopher tortoise burrows are identified, the Permittee will obtain the appropriate permit from the FWC for the relocation of the gopher tortoises.

k.  Everglade Snail Kite: Impacts to potential Everglade snail kite foraging habitat will be offset through the implementation of the on-site wetland mitigation and the creation of the project's lake buffer and stormwater management ponds, with associated littoral zones and native plantings. These activities will result in an increase in potential foraging habitat for the Everglade snail kite within the landscape and therefore is expected to have an incremental beneficial effect to the Everglade snail kite.

**Additional Commitments:**

1. **Open Space Buffers**: The Bellmar community will comply with Policy 4.13 of the Collier County Future Land Use Element for the County's Rural Lands Stewardship Program (RLSP), which states as follows:

   *"Open space within or contiguous to a [stewardship receiving area (SRA)] shall be used to provide a buffer between the SRA and any adjoining [flowway stewardship area (FSA)], [habitat stewardship area (HSA)], or existing public or private conservation land delineated on the Overlay Map. Open space contiguous to or within 300 feet of the boundary of a FSA, HSA, or existing public or private conservation land may include: natural preserves, lakes, golf courses provided no fairways or other turf areas are allowed within the first 200 feet, passive recreational areas and parks, required yard and set-back areas, and other natural or manmade open space. Along the west boundary of the FSAs and HSAs that comprise Camp Keais Strand, i.e., the area south of Immokalee Road, this open space buffer shall be 500 feet wide and shall preclude golf course fairways and other turf areas within the first 300 feet."*

2. **Construction of Wildlife Crossings:**  In addition to any wildlife crossings to be to be constructed through expenditures from the Paul J. Marinelli Fund at the discretion of the Fund's Board of Directors, the Permittee will, at its sole cost and expense, construct five wildlife crossings within the geographic region where the project is located.  The crossings will be constructed in order to preserve a wildlife movement corridor located within the project, at the locations depicted in Exhibit [   ].

3. **Management Plans for Specific Species:**  The Permittee will implement the following protection guidelines during and after project construction.

   a. Habitats within Shaggy Cypress Swamp and Camp Keais Strand that are part of the conservation areas associated with the project will be managed for the Florida black bear, Florida panther, and other species through the enhancement, restoration, and preservation of uplands and wetlands to provide quality habitat and wildlife corridors.  Enhancement activities will provide higher quality habitat for these species than exist in the currently degraded condition. The preservation of Shaggy Cypress Swamp and the portion of Camp Keais Strand located within the project boundary are part of the larger regional wildlife habitat preservation plan proposed through the establishment of SSAs 14, 15, 17 and 18 under the Collier County RLSP.

Attachment G

**From:** Sempsrott, Michelle
**To:** SD-ERPcomments
**Cc:** Guinn, Jonathan; US Fish & Wildlife Service,; Cucinella, Josh; DiGruttolo, Laura; Irving, Robert
**Subject:** RE: State 404 Permit App No. 423130-001 SFI Individual / Associated ERP Permit App No. 220623-34938 / Lee County
**Date:** Friday, July 22, 2022 4:05:26 PM

**EXTERNAL MESSAGE**
This email originated outside of DEP. Please use caution when opening attachments, clicking links, or responding to this email.

Dear Jonathan,

Florida Fish and Wildlife Conservation Commission (FWC) staff reviewed the Kingston (aka Joseph Cameratta, Cameratta Companies) State 404 Program Application (No. 423130-001) for the proposed filling of state-assumed waters for a multi-use development in Lee County.

Based on a review of the available application materials, the information required to assess potential impacts to federally and state-listed species is incomplete. In order for the application to be considered administratively complete, the following information is needed. Please direct any questions regarding this information by phone or e-mail to the FWC point of contact shown below.

1.  The *Biological Assessment* provided with the application materials indicates that the applicant is in the process of coordinating a Florida bonneted bat (*Eumops floridanus*) acoustic survey for the project. Please provide a copy of the results of the survey and survey report upon completion as well as a preliminary determination of effects for this species [State 404 Program Handbook 8.2(f), Application Form Section I (6)].
2.  The project site is located within the U.S. Fish and Wildlife Service (USFWS) Consultation Area for the Florida grasshopper sparrow (*Ammodramus savannarum floridanus*). Please provide a preliminary determination of effects for this species [State 404 Program Handbook 8.2(f), Application Form Section I (6)].

Please include the following in any RAI correspondence being sent to the applicant and copy FWC (ConservationPlanningServices@MyFWC.com) and the assigned FWC and USFWS reviewers on all official responses related to the application (e.g., RAI response, withdrawals, permit redesignation).

- *"Note: The Department shall submit any changes to the scope or changes in the project design to FWC upon receipt for review and comment prior to the file being deemed administratively complete."*

Michelle Sempsrott

Florida Fish and Wildlife Conservation Commission

Office of Conservation Planning Services

(407) 572-9122

**From:** SD-ERPcomments <SD-ERPcomments@dep.state.fl.us>
**Sent:** Thursday, July 7, 2022 8:29 AM
**To:** CompliancePermits@dos.myflorida.com; Conservation Planning Services <conservationplanningservices@MyFWC.com>; Florida_404@fws.gov
**Cc:** Guinn, Jonathan <Jonathan.Guinn@FloridaDEP.gov>
**Subject:** State 404 Permit App No. 423130-001 SFI Individual / Associated ERP Permit App No. 220623-34938 / Lee County

**[EXTERNAL SENDER]** Use Caution opening links or attachments

The attached State 404 Program application was submitted to the Submerged Lands and Environmental Resources Program.  We are currently processing the request as required by Chapters 253, 258, and 373, F.S. This application is being submitted for your review and comment.

Applicant: Joseph Cameratta , Cameratta Companies

Project Name: Kingston

Permit Application Link: https://prodenv.dep.state.fl.us/DepNexus/public/electronic-documents/ST404_423130/gis-facility!search

Location Map Link (Clearly Depicting Project Boundaries): Attached

Project Location (such as GPS Coordinates, Township Rage Section (TRS), Street address, parcel ID, etc): Corkscrew Rd , Estero FL , 33913; Parcel ID: 35-45-27-00000.1090 35-45-27-00000.0P30 15-46-27-00000.1820 10-46-27-00000.1620 10-46-27-00000.1660 10-46-27-00000.1650 15-46-27-00000.1680 10-46-27-00000.1630 15-46-27-00000.0P20 15-46-27-00000.1720 15-46-27-00000.1740 14-46-27-00000.1670 35-45-27-00000.0000 35-45-27-00000.1010 03-46-27-00000.1040 35-45-27-00000.1030 36-46-27-00000.0010 35-45-27-00000.0P10 02-46-27-00000.0R10 02-46-27-00000.1160 02-46-27-00000.1100 15-46-27-00000.1790 25-46-27-00000.0010 25-46-27-00000.0000 25-46-27-00000.0020 15-46-27-00000.1690 26-46-27-00000.0000 35-45-27-00000.1020 35-45-27-00000.1050 02-46-27-00000.1200 15-46-27-00000.1660 11-46-27-00000.1610 10-46-27-00000.1640 15-46-27-00000.1750 02-46-27-00000.1150 15-46-27-00000.1730 02-46-27-00000.1140 02-46-27-00000.1190 03-46-27-00000.0P20 02-46-27-00000.1120 15-46-27-00000.1800 03-46-27-00000.0P30 02-46-27-00000.0000 10-46-27-00000.1500 03-46-27-00000.1480 11-46-27-00000.1670 24-46-27-00000.0000 02-46-27-00000.1350 11-46-27-00000.0000 10-46-27-00000.155A 11-46-27-00000.1560 15-46-27-00000.0P10 10-46-27-00000.1610 04-46-27-00000.1440 02-46-27-00000.1440 02-46-27-00000.1270 03-46-27-00000.1420 02-46-27-00000.1340 03-46-27-00000.138E 02-46-27-00000.1260 03-46-27-00000.1380 02-46-27-00000.1210 03-46-27-00000.1080 03-46-27-00000.1070 03-46-27-00000.141B 02-46-27-00000.1170 02-46-27-00000.1310 03-46-27-00000.0000 02-46-27-00000.1300 03-46-27-00000.1430 02-46-27-00000.0R20 02-46-27-00000.1230 15-46-27-00000.1780 03-46-27-00000.1370 11-46-27-00000.1520 10-46-27-00000.1490 10-46-27-00000.162A 14-46-27-00000.0000 14-46-27-00000.1660 14-46-27-00000.0010 15-46-27-00000.1700 11-46-27-00000.1580 11-46-27-00000.1570 02-46-27-00000.1130 02-46-27-00000.1180 15-46-27-00000.1760 03-46-27-

00000.1390 03-46-27-00000.1400 11-46-27-00000.1510 02-46-27-00000.1450 02-46-27-00000.1110 03-46-27-00000.138A 03-46-27-00000.1060 02-46-27-00000.1360 02-46-27-00000.1280 03-46-27-00000.141A 10-46-27-00000.0000 02-46-27-00000.1480 10-46-27-00000.1530 10-46-27-00000.1540 11-46-27-00000.0010 15-46-27-00000.0000 11-46-27-00000.1590 11-46-27-00000.1600 15-46-27-00000.1770 15-46-27-00000.1710 34-46-27-00000.0000 03-46-27-00000.0P10 35-45-27-00000.0P20 15-46-27-00000.0010 11-46-27-00000.1660 03-46-27-00000.138B 02-46-27-00000.1290 02-46-27-00000.1320 10-46-27-00000.1550 34-46-27-00000.0020 15-46-27-00000.1810 35-46-27-00000.0000 02-46-27-00000.1250 02-46-27-00000.1220 02-46-27-00000.1240 02-46-27-00000.1330; Section Township Range: 35 / 45S / 27E , 3 / 46S / 27E , 10 / 46S / 27E , 14 / 46S / 27E , 15 / 46S / 27E , 24 / 46S / 27E , 25 / 46S / 27E , 2 / 46S / 27E , 11 / 46S / 27E , 23 / 46S / 27E , 26 / 46S / 27E , 34 / 46S / 27E , 35 / 46S / 27E , 36 / 46S / 27E

Project Description: This project proposes the construction of single-family development, commercial development, and amenities.

Concurrent Review Information
Is the permit application being submitted for authorizations under both the State 404 program and ERP Program? Yes

The ERP application also requires FWC and SHPO Review: Yes

DEP requires your response in order to issue a permit. If you do not have adequate information to provide comments at this time, please return written questions and/or request for additional information by the below due date. The requested information will be incorporated into the DEP response to the applicant. If you have no questions at this time but require additional time to prepare final comments, please let us know you intend to provide comments.

DEP received the application information on 06/28/2022. DEP must issue a response to the applicant within 30 days of receipt. Return your comments at least two days before the 30-day deadline to allow sufficient time for DEP to process the response.

Return your comments (referencing the applicants name and file number) to our office at the following email address: SD-ERPcomments@floridadep.gov If you have questions, please call me at 239-344-5600. Thank you,
LS



Attachment H



November 6, 2023

**Florida Fish and Wildlife Conservation Commission**

Commissioners

**Rodney Barreto**
Chairman
*Coral Gables*

**Steven Hudson**
Vice Chairman
*Fort Lauderdale*

**Preston Farrior**
*Tampa*

**Gary Lester**
*Oxford*

**Albert Maury**
*Coral Gables*

**Gary Nicklaus**
*Jupiter*

**Sonya Rood**
*St. Augustine*

Office of the
Executive Director

**Roger A. Young**
Executive Director

**Jessica Crawford**
Chief of Staff

850-487-3796
850-921-5786 FAX

*Managing fish and wildlife resources for their long-term well-being and the benefit of people.*

620 South Meridian Street
Tallahassee, Florida
32399-1600
Voice: 850-488-4676

Hearing/speech-impaired:
800-955-8771 (T)
800 955-8770 (V)

MyFWC.com

Jonathan Guinn
Florida Department of Environmental Protection
South District Office
2295 Victoria Avenue
Fort Myers, FL 33901
Jonathan.Guinn@FloridaDEP.gov

Re:    Kingston, Florida Department of Environmental Protection, State 404 Permit Application (423130-001), Lee County

Dear Mr. Guinn:

Florida Fish and Wildlife Conservation Commission (FWC) staff reviewed the above-referenced State 404 permit application and provides the following comments, recommendations, and permit conditions pursuant to Chapter 62-331, Florida Administrative Code, Chapter 373, Florida Statutes (FS), and in accordance with FWC's authorities under Chapter 379, FS. These comments have been coordinated with the U.S. Fish and Wildlife Service (USFWS) to ensure the conservation of Florida's federally and state-listed wildlife and their habitats.

**Project Description**

The applicant, CAM7-Sub, LLC, is proposing the construction of a mixed-use development on 6,676 acres. The proposed project is located south of State Road 82, west of Corkscrew Regional Ecosystem Watershed (CREW), north of Corkscrew Swamp Sanctuary, and east of Imperial Marsh Preserve in Lee County. The dominant land covers on the site include 4,221 acres of citrus grove, 627 acres of cypress, 588 acres of sod farm, 276 acres of drainage canals, 194 acres of freshwater marsh, 159 acres of berms, 110 acres of cypress/pine/cabbage palm wetland, 106 acres of disturbed lands, 99 acres of melaleuca dominated wetlands, and 48 acres of reservoirs.

The applicant proposes to impact 12.87 acres of wetlands and 133 acres of other surface waters and offers to preserve and enhance 1,173.58 acres of wetlands, and 173.74 acres of surface waters as compensatory mitigation. In addition, 1,926.30 acres of uplands and agricultural fields will be restored to native wetland and upland habitat types. The proposed preservation and enhancement areas will be placed under a conservation easement and are expected to provide regional flow-ways, wildlife corridors, and habitat to complement the adjacent Imperial Marsh Preserve to the west and the CREW to the south and east. The applicant has also offered to implement voluntary conservation measures that would benefit listed and managed species (Attachment 1).

**Potentially Affected Resources**

The project is located within the USFWS Consultation Areas for the following species:

- Florida panther (*Felis concolor coryi*, Federally Endangered [FE])
- Florida bonneted bat (*Eumops floridanus*, FE)
- Everglade snail kite (*Rostrhamus sociabilis plumbeus*, FE)
- Red-cockaded woodpecker (*Picoides borealis*, FE)
- Audubon's crested caracara (*Polyborus plancus audubonii*, Federally Threatened [FT])
- Florida scrub-jay (*Aphelocoma coerulescens*, FT).

Jonathan Gunn
Page 2
November 6, 2023

The project is also within one or more Core Foraging Areas (CFA) for the wood stork (*Mycteria americana*, FT) and may provide habitat for the following species:

- Tricolored bat (*Permimyotis subflavus*, Proposed FE)
- Eastern indigo snake (*Drymarchon couperi*, FT)
- Gopher tortoise (*Gopherus polyphemus*, State Threatened [ST])
- Florida burrowing owl (*Athene cunicularia floridana*, ST)
- Florida sandhill crane (*Antigone canadensis pratensis*, ST)
- Little blue heron (*Egretta caerulea*, ST)
- Tricolored heron (*Egretta tricolor*, ST)
- Least tern (*Sternula antillarum*, ST)
- Snowy plover (*Charadrius nivosus*, ST)
- Big Cypress fox squirrel (*Sciurus niger avicennia*, ST).

Application materials provided by Passarella & Associates, Inc. (PAI) indicate that the following species were observed during assessments conducted between February 23 and September 23, 2022: gopher tortoise, Audubon's crested caracara, little blue heron, tricolored heron, Florida sandhill crane, wood stork, Big Cypress fox squirrel, Florida panther, and Florida black bear (*Ursus americanus floridanus*). FWC staff in coordination with USFWS staff determined the proposed project "may affect and is likely to adversely affect" the Florida panther, Audubon's crested caracara, eastern indigo snake, and tricolored bat, "may affect, but is not likely to adversely affect" the Florida bonneted bat, wood stork, Everglade snail kite, and red-cockaded woodpecker; and have "no effect" on the Florida scrub-jay.

FWC staff provides the following information to address the completeness review, Public Notice content, and final comments for this project.

**Comments, Recommendations, and Public Notice Information**

Florida Panther

Panthers prefer native, upland forested habitat, particularly hardwood hammocks and pine flatwoods where a thick understory of saw palmetto exists. The entire project site is located within the Panther Focus Area Primary and Secondary Zones. Florida panthers have been documented utilizing the forested wetland and agricultural areas on the project site based on radio-collar telemetry points. The applicant's environmental representative, PAI, has made observations of Florida panthers and their signs (such as tracks and scat) in the citrus groves on the site. According to information provided by PAI, the proposed project would impact 3,400 acres of Florida panther habitat (0.28 percent of its overall range) resulting in a need for an estimated 22,279 Panther Habitat Units (PHU) based on PAI's use of the USFWS Panther Compensation Calculator. USFWS staff estimates the project would result in harm to between 4 and 23 panthers at year of buildout due to vehicle collisions, habitat loss and reduction in carrying capacity and between 3 and 22 panthers a year thereafter.

The applicant has proposed to offset the potential impacts to the Florida panther through the restoration and protection of 3,273.62 acres of currently unprotected habitat in areas where habitat connectivity can be maintained. PAI has calculated that the implementation of the on-site mitigation would result in compensation totaling 18,469 PHUs. The difference will be offset by the purchase of 3,810 PHUs from the Panther Passage Conservation Bank. In addition, the applicant committed to fund and install a panther-suitable wildlife crossing along the four-lane spine road and funding for a wildlife crossing on Corkscrew Road to Lee County as minimization measures. Based on the available information, the proposed project "may affect and is likely to

adversely affect" the Florida panther but "is not likely to jeopardize" the species.  USFWS staff have provided conditions for this species that should be included in the State 404 permit.

<u>Audubon's Crested Caracara</u>

The Audubon's crested caracara prefers habitats that contain largely short-stature vegetation with a low density of trees, including dry or wet prairie and improved and unimproved pasture containing scattered cabbage palms, their preferred nesting tree.  They may also be found in lightly wooded areas with scattered saw palmetto, scrub oaks, and cypress.  Seasonal freshwater marsh wetlands of less than 2.47 acres may increase habitat attractiveness.  An Audubon's crested caracara nesting season survey was completed on the project site from January through April 2022 following *the USFWS Crested Caracara Draft Survey Protocol–Additional Guidance (2016-2017 Breeding Season)*.  A breeding pair of caracaras were observed engaged in nest building behavior within a bald cypress tree located approximately 400 feet west of the northern portion of the proposed project area.  The USFWS Conservation Guidelines for the caracara establishes habitat management zones within 985 feet from a nest tree (the primary zone) and 4,920 feet from a nest tree (the secondary zone).  The breeding pair was observed nest building, feeding, and exhibiting behaviors indicative of incubation.  One chick was observed in the nest on March 31, 2022, and continued to be observed through the end of the survey period.  In addition, multiple caracaras were observed throughout the project area during the survey effort, although no additional nests were located.

USFWS staff determined the site contains approximately 5,383 acres of suitable habitat for caracara and the proposed project is estimated to result in the loss or failed reproduction of one caracara pair and the loss of 3,233.36 acres of suitable foraging and nesting habitat.  The applicant has committed to conducting additional surveys on the property and will avoid any nests during the nesting season.  If evidence of Audubon's crested caracara nesting is observed before construction (including the presence of nesting pairs or nesting behavior), the applicant will follow conservation measures outlined in USFWS Guidelines, including a 300- meter primary and 1,500-meter secondary buffer to the extent feasible.  Based on the available information, the proposed project "may affect and is likely to adversely affect" the Audubon's crested caracara but "is not likely to jeopardize" the species.  USFWS staff have provided conditions for this species that should be included in the State 404 permit.

<u>Eastern Indigo Snake</u>

Over most of its range, the eastern indigo snake inhabits pine flatwoods, scrubby flatwoods, high pine, dry prairie, tropical hardwood hammocks, edges of freshwater marshes, agricultural fields, coastal dunes, and human-altered habitats.  Eastern indigo snakes appear to need a mosaic of habitats to complete their life cycle.  The project site includes approximately 5,439.62 acres of habitat that could potentially be used by the eastern indigo snake and 3,242 of those acres are proposed for development.  USFWS staff estimated that the project would result in the loss of 36 individual eastern indigo snakes and 27 nests with eggs.  The applicant has committed to following the USFWS *Standard Protection Measures for the Eastern Indigo Snake* during the clearing and construction phases of the project and proposes to restore and place in a conservation easement approximately 3,273.62 acres.  Based on the available information, the proposed project "may affect and is likely to adversely affect" the eastern indigo snake but "is not likely to jeopardize the species".  USFWS staff have provided conditions for this species that should be included in the State 404 permit.

<u>Tricolored Bat</u>

The tricolored bat has been proposed for federal listing as endangered but is still under review.  This species is recognizable by its tri-colored fur and may have a yellow or orange appearance.

Most of the year, tricolored bats in the southern U.S. are found in forested habitats, roosting in hardwoods, pine trees, and occasionally human structures. During the winter, they exhibit shorter hibernation periods, foraging in floodplains and riparian areas on warmer nights, and often roosting in human structures such as culverts. The entire site is considered potential foraging and roosting habitat for the tricolored bat and the proposed project would result in the loss of 3,403.2 acres of habitat. USFWS staff estimated that the project would result in the loss of 1 roost and 10 individuals. Based on the available information, the proposed project "may affect and is likely to adversely affect" the tricolored bat but is not likely to jeopardize the species. USFWS staff have provided conditions for this species that should be included in the State 404 permit.

<u>Florida Bonneted Bat</u>

The Florida bonneted bat roosts in a variety of habitats including tropical hardwoods, pinelands, and mangroves that include tall, mature trees or other areas in which suitable structural features for breeding and sheltering are present. Foraging habitat is comprised of relatively open areas including open fresh water, permanent or seasonal freshwater wetlands, within and above wetland and upland forests, agricultural lands, and man-made habitats such as golf courses and parks. The proposed project site is located within the USFWS Consultation Area for the Florida bonneted bat, and the entire site is suitable habitat. An acoustic survey was performed at 20 stations located on the property. A total of 12 Florida bonneted bat calls were recorded at 3 survey stations; however, none were recorded within the one-and-a-half-hour window before sunrise or after sunset indicating a low probability of roosting activity within the site.

The applicant has proposed several Best Management Practices from the USFWS Florida Bonneted Bat Consultation Key. The proposed practices include:

- Conducting pre-construction roost surveys within 30 days prior to the removal of trees, snags, or structures,
- Removing trees, snags or structures outside the breeding season when possible,
- Stopping removal of trees or structures and contacting USFWS if the Florida bonneted bat is observed,
- Maintaining a 250-foot buffer for heavy equipment around known or suspected Florida bonneted bat roosts,
- Avoiding widespread application of insecticides in Florida bonneted bat foraging areas,
- Retaining mature trees and snags in conservation areas, and
- Planting native trees and shrubs in open space and buffer areas.

The implementation of the proposed mitigation/conservation areas will provide additional measures from the USFWS approved Best Management Practices (BMPs) for Development Projects. Based on the available information, the proposed project "may affect but is not likely to adversely affect" the Florida bonneted bat. USFWS staff have provided conditions for this species that should be included in the State 404 permit.

<u>Wood Stork</u>

The project site lies within the 18.6-mile CFA buffer of the Barron Collier, Collier Hendry, 619018, 619040, and 619041 wood stork nesting colonies. Wood storks occur in a wide variety of wetland habitats. Typical foraging sites for the wood stork include freshwater marshes and stock ponds, shallow, seasonally flooded roadside and agricultural ditches, narrow tidal creeks and shallow tidal pools, managed impoundments, and depressions in cypress heads and swamp sloughs. According to application material provided by PAI, wood storks have been observed on the project site during surveys conducted between February 23 and September 23, 2022. The applicant is proposing on-site restoration and enhancement activities, particularly in the form of

preserving, enhancing, and restoring 1,173.58 acres of existing wetlands and 447.33 acres of extensive flow-way restoration from agricultural lands (i.e., citrus grove, abandoned grove, and associated ditches/berms). The proposed habitat compensation that is within the appropriate CFA will replace the foraging value matching the hydroperiods of the wetland affected and will provide a foraging value much higher than that of impacted waters (i.e., ditches). Use of the USFWS *South Florida Ecological Services Office Effect Determination Key (2010)* resulted in the following sequential determination: A > B > C > E, "may affect but is not likely to adversely affect." FWC staff coordinated with USFWS staff, and the wetland mitigation requirements required by the Florida Department of Environmental Protection (FDEP) in the State 404 permit will ensure this effect determination.

Everglade Snail Kite

Everglade snail kite foraging habitat consists of relatively shallow wetland vegetation, either within extensive marsh systems, or in lake littoral zones. This species nests in a variety of vegetation types, usually over open water and almost always in areas with good foraging habitat nearby. Its preferred habitat is lowland freshwater marshes mostly in the Everglades, Lake Okeechobee, Lake Kissimmee, and upper St. Johns River watersheds, and the species feeds almost exclusively on apple snails. The project site is located within the USFWS Consultation Area for the Everglade snail kite but is not located within or near Designated Critical Habitat. According to information provided by PAI, the project site includes approximately 1,372 acres of potential nesting and foraging habitat for the Everglade snail kite. There has been no documentation of this species on the project site; however, snail kites have been observed on adjacent conservation lands. The site plan incorporates the creation of numerous stormwater ponds that could support apple snails, the snail kite's primary food source. Based on the available information, the proposed project "may affect but is not likely to adversely affect" the Everglade snail kite. FWC staff coordinated with USFWS staff, and no State 404 permit conditions are necessary for this species.

Red-Cockaded Woodpecker

The red-cockaded woodpecker lives and forages in mature pine forests, specifically those with longleaf pines averaging 80 to 120 years old and loblolly pines averaging 70 to 100 years old. Red-cockaded woodpeckers live in groups with a breeding pair and as many as four helpers, usually male offspring from the previous year. Each group needs about 200 acres of old pine forest to support its foraging and nesting needs. The applicant's environmental representative, PAI, conducted surveys between February 23 and September 23, 2022, and no potential nesting cavities were observed on the property and no red-cockaded woodpeckers have been observed foraging on the property. Based on the available information, the proposed project "may affect but is not likely to adversely affect" the red-cockaded woodpecker. FWC staff coordinated with USFWS staff, and no State 404 permit conditions are necessary for this species.

Jonathan Gunn
Page 6
November 6, 2023

Florida Scrub-Jay

The Florida scrub-jay is endemic to peninsular Florida's ancient dune ecosystems of oak-dominated scrub, or xeric oak scrub habitat, which occur on well-drained to excessively well-drained sandy soils. Optimal habitat for scrub-jays is dominated by low growing oaks (sand live oak [*Quercus geminata*], Chapman oak [*Q. chapmanii*], myrtle oak [*Q. myrtifolia*], scrub oak [*Q. inopina*]), which are 1 to 3 meters high, interspersed with 10 to 50 percent unvegetated, sandy openings for foraging and acorn-caching space, and a sand pine (*Pinus clausa*) canopy of less than 20 percent. The project site lies within the USFWS Consultation Area for the Florida scrub-jay, but existing site conditions do not provide suitable habitat for this species. Additionally, according to the application material provided by PAI, no Florida scrub-jays have been observed during surveys conducted between February 23 and September 23, 2022. FWC staff in coordination with USFWS staff determined that the project would have "no effect" on the Florida scrub-jay and no State 404 permit conditions are necessary for this species.

Gopher Tortoise

The gopher tortoise typically inhabits uplands with relatively well-drained, sandy soils and herbaceous ground cover for forage. According to the *Biological Assessment* from PAI, one potentially occupied gopher tortoise burrow has been observed on-site during surveys performed between February 23 and September 23, 2023. The applicant intends to conduct a 100% survey of suitable habitat prior to any site work and either afford identified burrows with a 25-foot undisturbed buffer or pursue an FWC permit for the excavation of the burrows and relocation of the tortoises to an FWC approved recipient site. The applicant can refer to the FWC's *Gopher Tortoise Permitting Guidelines* (revised April 2023) for survey methodology and permitting guidance prior to any development activity (http://www.myfwc.com/license/wildlife/gopher-tortoise-permits/). Survey methodologies require a burrow survey covering a minimum of 15 percent of potential gopher tortoise habitat to be impacted by development activities including staging areas (refer to Appendix 4 in the *Gopher Tortoise Permitting Guidelines* for additional information). Specifically, the permitting guidelines include methods for avoiding impacts (such as preservation of occupied habitat) as well as options and state requirements for minimizing, mitigating, and permitting potential impacts of the proposed activities. Any commensal species observed during burrow excavation should be handled in accordance with Appendix 9 of the Guidelines. FWC staff have provided survey and avoidance conditions for this species that should be included in the State 404 permit.

Florida Burrowing Owl

Burrowing owls typically occupy areas with short groundcover like agricultural fields and prairies and also use urban areas such as golf courses and airports. They prefer sandy, well-drained areas with low vegetation and good visibility around burrows. The project site is located within the range of the Florida burrowing owl and contains potentially suitable habitat for the species. FWC staff recommends the applicant survey the property for burrowing owls prior to construction activities to ensure that no burrowing owl burrows occur on-site. Additional information and guidance for conducting burrowing owl surveys can be found in the *Species Conservation Measures and Permitting Guidelines for Florida Burrowing Owl* (https://myfwc.com/media/2028/florida-burrowing-owl-guidelines.pdf). FWC staff have provided avoidance conditions for this species that should be included in the State 404 permit.

Florida Sandhill Crane

Florida sandhill cranes rely on shallow, freshwater marshes and other herbaceous wetlands adjacent to open habitats for foraging including agricultural fields, pastures, and golf courses. According to the *Biological Assessment* from PAI, Florida sandhill cranes have been observed in

the citrus groves on the project site. The applicant intends to perform pre-construction surveys no more than 30 days prior to the start of construction during the breeding season. The *Species Conservation Measures and Permitting Guidelines for Florida Sandhill Crane* (https://myfwc.com/media/11565/florida-sandhill-crane-guidelines.pdf) can be referenced for biological information, survey methodology, measures for avoiding impacts, and recommended conservation practices. If nesting is identified on the project site, avoidance measures include maintaining a 400-foot (122-meter) buffer around the nesting area. FWC staff have provided survey and avoidance conditions for this species that should be included in the State 404 permit.

Wading Birds

The project site provides potential nesting and foraging habitat for state-listed wading birds including the little blue heron and tricolored heron which have been observed utilizing the drainage canals on the site. While there was no nesting observed during wildlife surveys conducted on the project site, surveys should be conducted immediately prior to the commencement of any clearing, grading, or filling activities and during their breeding season, which extends from March through August. Additional information and guidance for conducting surveys can be found in the *Species Conservation Measures and Permitting Guidelines for Little Blue Heron, Reddish Egret, Roseate Spoonbill, Tricolored Heron* (https://myfwc.com/media/18634/threatened-wading-birds-guidelines.pdf). If nesting is discovered after site activities have begun, buffers of 330 feet (100 meters) should be maintained around the nesting sites to avoid disturbance by human activities. FWC staff have provided avoidance conditions for this species that should be included in the State 404 permit.

Imperiled Beach Nesting Birds

Although existing site conditions may not support beach-nesting bird breeding habitat, clearing associated with construction may create conditions conducive for nesting. Cleared sites such as areas that have undergone surface scraping and that leave open sandy soils may attract ground-nesting species such as least terns, snowy plovers, or other imperiled beach-nesting birds (IBNB). IBNB nests have been documented on a variety of disturbed sites, including construction sites. Least terns deposit their eggs in shallow depressions or scrapes in the substrate, possibly lined with pebbles, grasses, or coquina shells. Egg-laying usually begins in late April or early May and colonies may range in size from a few breeding pairs to many hundreds. FWC staff have provided avoidance conditions for this species that should be included in the State 404 permit.

Big Cypress Fox Squirrel

Big Cypress fox squirrels use a range of habitats including tropical hardwood forest, live oak forest, mangrove forest, cypress swamp, pine flatwoods, pastures, and suburban habitats, especially golf courses. They use cypress, pine trees, and cabbage palms for nesting, and forage in surrounding areas with low and open groundcover. This species can use more than one nest and nest use can vary over time. According to the Biological Assessment from PAI, Big Cypress fox squirrels have been observed utilizing forested and disturbed areas on the project site; however, no nests were observed during assessments conducted between February 23 and September 23, 2022. Big Cypress fox squirrels typically nest between October and February and from April to August. Surveys to locate nests should be conducted within 60 days prior to the start of clearing or construction to determine if this species is onsite. The *Species Conservation Measures and Permitting Guidelines for Big Cypress Fox Squirrel* (https://myfwc.com/media/11559/big-cypress-fox-squirrel-guidelines.pdf) can be referenced for biological information, survey methodology, measures for avoiding impacts, and recommended conservation practices. If nests are found onsite, a 574-foot (175-meter) buffer distance from the nest tree should be maintained. If it will be necessary to remove a nest tree or work within 574 feet of a nest tree, the applicant should coordinate with FWC staff to discuss permitting

Jonathan Gunn
Page 8
November 6, 2023

alternatives. FWC staff have provided survey and avoidance conditions for this species that should be included in the State 404 permit.

FWC staff appreciates the opportunity to provide input on this project and will continue working with the applicant and FDEP throughout the permitting process. For specific technical questions regarding the content of this letter, please contact Michelle Sempsrott at 470-572-9122 or by email at Michelle.Sempsrott@MyFWC.com. All other inquiries may be sent to ConservationPlanningServices@MyFWC.com.

Sincerely,

Jason Hight, Director
Office of Conservation Planning Services

jh/ms
Kingston_49358_11062023

Attachment:
1) Kingston Applicant Voluntary Conservation Measures
2) Standard Protection Measures for the Eastern Indigo Snake
3) State-Threatened Wading Bird Ranges, Breeding Seasons, and Recommended Survey Dates, by Zone (FWC)

cc:    FDEP 404 Inbox, 404_listed_species@floridadep.gov
       U.S. Fish and Wildlife Service 404 Inbox, Florida_404@fws.gov
       FDEP District Inbox, SD-ERPcomments@dep.state.fl.us
       Bob Carey, USFWS, robert_carey@fws.gov
       Adam Knutson, USFWS, adam_knutson@fws.gov
       Shane Johnon, Passarella & Associates, Inc., shanej@passarella.net
       Joseph Cameratta, CAM7-Sub, LLC, jcameratta@camerattacompanies.com

**Species Conditions for the Kingston State 404 Permit, 423130-001**

Florida Panther
1.  The permittee shall provide correspondence from the Fish and Wildlife Foundation of Florida Fund (Fund) confirming contributions for panther conservation and research have been provided as described below.  Documentation for each contribution shall be sent to the U.S. Fish and Wildlife Service's Florida Ecological Services Office (USFWS FESO) by email (fw4flesregs@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com). The permittee shall ensure the following is completed and reflected in the documentation provided:
    a.  Upon issuance of the permit, the permittee will pay $350 per development acre (or approximately $1,186,150) of the project to fund panther conservation and research. Upon deposit of the funds, the permittee shall provide correspondence from the Fund confirming that the contribution has been provided.
    b.  The permittee will pay $200 per each building permit at date of issuance (or approximately $2,000,000) and $200 per each home resale to the Fund.
    c.  The permittee shall provide an annual report confirming the sale and contribution to the Fund to USFWS FESO by e-mail (fw4flesregs@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com).
2.  The permittee shall provide correspondence from the Lee County Proportionate Share Fee fund confirming contributions of approximately $20,000,000 for Corkscrew Road roadway improvements inclusive of pavement widening, flow-way culverts, and wildlife crossings. Documentation for each contribution shall be sent to the USFWS FESO by email (fw4flesregs@fws.gov), the Department, and FWC (ConservationPlanningServices@MyFWC.com).
3.  The permittee will, at its sole cost and expense, ensure the construction of a large wildlife crossing along the four-lane spine road and 12 small wildlife crossings within the project site to maintain intra-preserve connectivity and hydrologic flow throughout the project site.  The wildlife crossings shall be constructed as per the approved maps, drawings, and specifications in this permit.  Prior to the start of construction, the permittee shall contact the USFWS FESO by email (fw4flesregs@fws.gov) for technical assistance and notify the Department and FWC (ConservationPlanningServices@MyFWC.com) and shall provide the location and plans of the proposed wildlife crossings for review. The permittee shall report the final location and provide as-built plans of wildlife crossings to the USFWS FESO, the Department, and the FWC upon completion of construction.
4.  The permittee shall ensure that Homeowners Association (HOA) and/or homeowners' documents for the Kingston community state that pets within the community should be kept indoors, on leash, or supervised when outdoors in common areas, or secured within a covered kennel.  Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers.  The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers.
5.  Kingston residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by USFWS and FWC, titled *A guide to Living with Florida Panthers*.

Audubon's Crested Caracara
1.  Prior to conducting any clearing activities within 4,920 feet (1,500 meters) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present.  The survey area shall include potential nesting and foraging habitat

Jonathan Gunn
Page 10
November 6, 2023

within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the project site that is under the permittee's ownership or neighboring areas where access is allowed.

2. To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site. Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site. Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition 3.

3. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the project site or on agricultural lands adjacent to the project site that is under the permittee's ownership. The permittee shall contact the USFWS's Florida Ecological Services Office (FESO) at FW4FLESRegs@fws.gov for technical assistance and will notify the Department and FWC (ConservationPlanningServices@MyFWC.com) prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara. The permittee shall report the final location and extent of restored habitat to the USFWS FESO, the Department, and the FWC upon completion of restoration activities.

<u>Eastern Indigo Snake</u>

1. The permittee will follow the USFWS *Standard Protection Measures for the Eastern Indigo Snake* dated March 23, 2021 (Attachment 2) during construction of the project and restoration of the conservation area.

2. Informational brochures addressing the identification and conservation of the eastern indigo snake will be provided to all construction staff.

3. The conservation areas associated with the project will be maintained per the project's Indigenous Preserve, Restoration, and Management Plan.

<u>Tricolored Bat and Florida Bonneted Bat</u>

1. The permittee shall conduct a cavity tree and roost survey on the project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at FW4FLESRegs@fws.gov for technical assistance and will notify the Department and FWC (ConservationPlanningServices@MyFWC.com).

2. The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized.

3. The permittee shall implement creation of the project's proposed buffer lake system and shall implement the preservation and enhancement of 1,173.58± acres of existing on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities. In addition, approximately 447 acres of wetland flow-way marsh will be

created from existing agricultural lands that will provide additional foraging habitat for the Florida bonneted bat and tricolored bat.

4. The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).
5. Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.
6. The permittee shall plant and maintain native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance.
7. The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat and tricolored bat.
8. The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable.
9. The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for the Florida bonneted bat and tricolored bat.

<u>Wood Stork</u>
The permittee shall comply with the approved wetland mitigation and monitoring requirements specified in this permit for the onsite wetland impacts within the same wood stork Core Foraging Areas. If a modification regarding wetland mitigation and/or monitoring requirements is proposed, technical assistance with the FWC and USFWS is required prior to issuance.

<u>Gopher Tortoise</u>
1. Within 90 days prior to commencing any site preparation activities, a gopher tortoise burrow survey shall be conducted covering potentially suitable habitat on the subject property. Potentially suitable habitat may include, but is not limited to, sandhill, scrub, scrubby flatwoods, pine flatwoods, dry prairies, xeric hammock, mixed pine-hardwoods, old fields, agricultural lands, ruderal areas, and a variety of disturbed habitats and areas having relatively well-drained sandy soils. Surveys shall be conducted in accordance with the following methods.
   a. One or multiple observers shall systematically search for gopher tortoise burrows along evenly spaced, parallel belt transects.
   b. Sufficient distance shall exist between each observer to ensure that transects do not overlap. The width of each transect shall allow for 100% detection of burrows within the transect.
   c. The location of burrows observed within or partially within each transect shall be recorded with sub-meter accuracy GPS. Burrows shall be marked with flagging tape indicating its unique identifying label and burrow activity class.
      i. Potentially Occupied Burrows – burrows with obvious signs of use and minimal or no sign of use. These burrows appear in good repair with a half-moon shaped entrance and may have tortoise tracks or scrapes clearly visible on the burrow floor or on the mound. The burrow floor may contain loose soil, or it may be hard-packed, and the mound may or may not have vegetation growing on it.
      ii. Abandoned Burrows – these burrows lack the half-moon shaped entrance; appears unused or dilapidated with an entrance that is partially or completely collapsed; the burrow can be partially or completely filled with soil or leaves.
2. If site preparation or other project activities do not commence within 90 days of the gopher tortoise burrow survey, a new survey shall be conducted.
3. Gopher tortoise burrow surveys shall encompass any areas having potentially suitable habitat within 25 feet of all project activities, including habitats that extend onto adjacent properties. If lawful access cannot be achieved to adjacent properties, surveys may be conducted by visual inspection from the subject property boundary.

Jonathan Gunn
Page 12
November 6, 2023

4. If gopher tortoise burrows are found, buffers of 25 feet in all directions from the mouth of all burrows shall be established. The buffering shall not result in 50-foot diameter circles of undisturbed habitat surrounded by the project activities. Silt fencing may be used to demarcate the buffers but shall not block gopher tortoise access to burrows.

5. No site preparation, clearing, staging, or other project activities shall occur within the 25-foot buffer.

6. If maintaining the required buffer is not possible, the permittee shall contact the FWC Gopher Tortoise Program Coordinator at (850) 921-1031 or GTPermits@MyFWC.com for additional information.

7. Injury or mortality of a gopher tortoise shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922 and the Gopher Tortoise Program Coordinator at (850) 921-1031.

Florida Burrowing Owl

1. If Florida burrowing owls are observed on the project site, project planning surveys for Florida burrowing owls shall be conducted within 90 days prior to commencing site preparation, clearing, or earthwork activities covering 100% of potentially suitable habitat onsite. Surveys shall also include the area within 33 feet of the project footprint to detect burrows that may be impacted by project activities in a manner that could result in take, even if the burrows occur on adjacent properties. If lawful access cannot be achieved to adjacent areas, surveys can be performed by visual inspection from the project boundary.

2. If potentially occupied Florida burrowing owl burrows are found during the project planning surveys, pre-activity surveys shall be conducted in the active part of the project site (e.g., the area scheduled for clearing and/or grading) within 48 hours prior to commencing site preparation, clearing, earthwork, or other project activities. Potentially occupied burrows include: 1) active burrows—those containing eggs or flightless young, and 2) inactive burrows—those previously occupied by burrowing owls where no indications of recent occupancy are evident, but the burrow entrance is still open. No scoping of potentially occupied burrows shall be performed without coordination with FWC staff.

3. Buffer zones around potentially occupied burrows shall be posted as follows:

   a. Prior to earthwork or other construction activities that are to occur in the general vicinity of the burrow(s), posting shall be installed to deter equipment operators or project personnel from entering the buffered area.

   b. Posting shall be placed at a minimum of 33 feet (10 meters) from the burrow(s) between February 15 and July 10, and a minimum of 10 feet (3 meters) between July 11 and February 14. No posting materials shall be placed within 10 feet (3 meters) of the burrow(s) at any time.

   c. Silt fencing shall not be used for posting, except when needed to prevent soil and construction debris from encroaching upon a burrow. In these instances, silt fencing shall be installed on the uphill side but shall not completely encircle the burrow(s).

   d. No solid fences or other tall structures which would reduce adequate visibility for the burrowing owls to see and avoid predators shall be used to provide the buffer posting.

   e. Posting shall consist of 1 to 4 PVC poles, or 2-inch by 1-inch by 4-foot wooden stakes. The wooden stakes may be constructed in t-perch fashion.

   f. Educational signage warning of the State Threatened status of the burrowing owl shall be posted on wooden stakes at minimum of 10 feet (3 meters) from the burrow(s).

4. During the non-breeding season (July 11 to February 14), no site preparation, clearing, staging, or other project activities shall occur within a 10-foot (3-meter) radius from the entrance of potentially occupied burrows, including those on adjacent properties.

Jonathan Gunn
Page 13
November 6, 2023

5.  During the breeding season (February 15 to July 10), no site preparation, clearing, staging, or project activities shall occur within a 33-foot (10-meter) radius from the entrance of potentially occupied burrows, including those on adjacent properties.

6.  If Florida burrowing owls are found to be using a man-made structure located on or within 33 feet (10 meters) of the project site, the structure shall not be modified or removed unless:

    a.  An approved Wildlife/Habitat Management Plan (see definition in Florida's Imperiled Species Management Plan) is in place for the area in which the activity will occur has been approved, or

    b.  Notification has been provided to the FWC's Species Conservation Planning Biologist in the region where the activity will occur at least 14 days in advance, no eggs or dependent young are present or the nesting cycle is complete, and the activity can be done in such a way to avoid direct take of individual animals.

7.  All personnel associated with the project shall be advised of the presence of Florida burrowing owls and that it is a violation of state law to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect Florida burrowing owls or their eggs, or to collapse or block their burrows, or to attempt to engage in such conduct. All personnel shall be directed not to enter posted areas around potentially occupied burrows.

8.  If previously-undetected burrows are found either in pre-activity surveys or later during project activities, or the required buffers cannot be maintained, the permittee shall contact the FWC Protected Species Permit Coordinator at (850) 921-5990 or WildlifePermits@MyFWC.com.

9.  Injury or mortality of a Florida burrowing owl shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922.

## Florida Sandhill Crane

1.  If any sandhill cranes are observed on the project site, surveys for nesting Florida sandhill cranes shall be conducted during the breeding season (December 1 through August 30) within 30 days prior to commencing any clearing or construction activities. Surveys shall include either one aerial survey or two ground surveys in accordance with the following methodologies:

    a.  Aerial Surveys (most effective):

        i.   Aerial transects shall cover 100% of the non-forested wetland habitat.

        ii.  Survey transects shall be conducted at a minimum altitude of 250 feet. Nests typically are easier to detect at higher altitudes (e.g., 500-700 feet). Aerial transects at an altitude above 250 feet are not expected to result in flushing from nests. Sandhill cranes may react differently to different types of aircraft, and altitude shall be adjusted to prevent disturbance.

    b.  Ground Surveys:

        i.   Surveys shall be conducted between dawn and 10 a.m., or between 4 p.m. and dusk. Sandhill crane breeding pairs engage in "unison calling" early in the morning or when switching incubation duties, which can help identify habitat areas used for nesting. A lone adult sandhill crane observed foraging during the breeding season is a good indicator that nesting may be occurring nearby.

        ii.  The non-forested wetlands shall be scanned along the peripheries from as far away as practical in order to observe nesting areas without disturbing any sandhill cranes. Transects through the wetland can result in disturbance and are not recommended. Sandhill crane nests can be difficult to detect from the ground, and observers should take care to avoid flushing nesting cranes.

        iii. Observation points shall be spaced to provide approximately 100% coverage of suitable habitat.

2.  If active Florida sandhill crane nests are found, a buffer of 400 feet (122 meters) shall be demarcated around each nest site. The buffer zone shall be clearly visible to all personnel

associated with the project. The perimeter of the buffer zone shall be demarcated with material with an open design that allows ingress and egress for adult cranes and chicks. Examples of acceptable materials include 3-4 foot (91-122 cm) tall stakes with a single line of string or rope, suspended at least 18 inches (46 cm) off the ground. Silt fencing is discouraged, but if it must be used, leave regularly spaced gaps that are either sized at least 24 inches (61 cm) wide, or the silt fencing is staggered to allow passage by chicks. The buffer zone materials may be removed when the eggs have hatched, and chicks are walking on their own.

3. No pedestrian traffic, vehicle operations, site preparation, staging, clearing, or project activities shall occur within the 400-foot (122-meter) buffer.
4. All personnel associated with the project shall be advised of the presence of Florida sandhill crane nesting and that it is a violation of state law to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect Florida sandhill cranes or their eggs or nests, or to attempt to engage in such conduct.
5. No direct or indirect impacts shall occur to wetland habitats found to be actively utilized by Florida sandhill cranes for breeding, feeding, or sheltering.
6. If the project will take place over multiple years, additional surveys shall be conducted during the breeding season within 30 days prior to the start of clearing or project activities.
7. Any installation of temporary or permanent above-ground utility lines shall include reflective kinetic markers to increase visibility to sandhill cranes inflight and reduce collisions.
8. If permanent fencing is constructed adjacent to wetlands found to be utilized by Florida sandhill cranes for nesting, it shall be made of materials in which the birds cannot become entangled, trapped, or injured. If woven or welded wire fencing is used, framed walk-throughs 18 inches (46 cm) high by 24 inches (61 cm) wide shall be incorporated at least every 0.3 miles. If barbed wire fencing is used, a maximum of 3 strands shall be used with the top wire no more than 42 inches (107 cm) above the ground and the bottom wire at least 18 inches above the ground.
9. If additional nest locations are identified after clearing or other activities have begun or if maintaining the required buffers is not possible, the permittee shall contact the FWC Protected Species Permit Coordinator at (850) 921-5990 or WildlifePermits@MyFWC.com for more information.
10. Injury or mortality of a Florida sandhill crane shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922.

<u>Wading Birds</u>
1. If any species of state-listed wading bird is observed onsite, the permittee shall conduct surveys for wading birds in the freshwater marshes, freshwater forested wetlands, ditches, and other areas of appropriate habitat containing woody vegetation surrounded by standing water prior to commencing any site preparation, staging, clearing, or project activities. Surveys should be conducted during the appropriate survey timeframe indicated in Attachment 3 and in accordance with one of the following methodologies.
   a. Direct count surveys shall be conducted of potential breeding sites that are narrow or small in which the observer can see all the way through the vegetation to identify all nests.
      i. Direct counts of all nests shall be made from a minimum distance of 330 feet (100 meters) from the freshwater marshes and forested wetlands.
   b. Flight-line surveys shall be conducted of potential breeding sites that are large or wide enough that the observer cannot see through the vegetation from a distance of 330 feet (100 meters).
2. If there is evidence of active nests, a buffer of 330 feet (100 meters) shall be established around the nesting area(s). A nest is considered active when supporting essential behavioral patterns, which occur from the point of nest building when a breeding pair

exhibits courtship behavior, is carrying nest material, and/or engaging in construction or repair of a nest, until young of the season become capable of sustained flight or permanently leave the nest. The buffer zone shall be clearly visible to all personnel associated with the project.

3. If wading bird nesting is discovered after site activities have begun, or if any of the conditions above cannot be met, the permittee shall contact the FWC Protected Species Permit Coordinator at (850) 921-5990 or WildlifePermits@MyFWC.com for more information.

4. Injury or mortality of a wading bird shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922.

<u>Imperiled Beach Nesting Birds</u>

1. If least terns or other imperiled beach nesting birds are observed on the subject property at any time throughout the duration of project activities, the permittee shall alert Alexis Cardas at 863-648-3828 or Alexis.Cardas@MyFWC.com, the FWC Regional Shorebird Biologist. In addition, a qualified Bird Monitor shall be used to identify breeding behavior and the location of active nests. The permittee shall ensure that the Bird Monitor meets the minimum qualifications established by the FWC as outlined below:

   a. Ability to identify all species of beach-nesting birds that nest in the project area by sight and sound.
   b. Ability to identify breeding/territorial behaviors and find nests of shorebirds that occur in the project area.
   c. Ability to identify habitats preferred by shorebirds nesting in the project area.
   d. Have a clear working knowledge of, and adhere to, the Breeding Bird Protocol for Florida's Seabirds and Shorebirds.
   e. Complete the full-length webinars and annual refresher training, Route-Surveyor Training and Rooftop Monitoring Training, available on the Florida Shorebird Database (FSD) website at https://app.myfwc.com/crossdoi/shorebirds/resources.aspx.
   f. Familiar with FWC beach driving guidelines.
   g. Previously participated in beach-nesting bird surveys in Florida and is a registered contributor to the FSD.
   h. Experience posting beach-nesting bird sites, consistent with Florida Shorebird Alliance Guidelines (https://flshorebirdalliance.org/media/1231/2021-guidelines-for-posting-shorebird-and-seabird-sites-in-florida.pdf).

2. If least terns or other imperiled beach nesting birds are present within the project boundary, surveys for detecting breeding behavior and the presence of flightless chicks shall be completed daily by a qualified Bird Monitor when construction activities are occurring during the breeding season (March 1 through September 1). These surveys shall be conducted each day when construction is actively taking place and prior to movement of equipment or other activities that could potentially disrupt breeding behavior or cause harm to the birds, their eggs, or their young.

3. If active nests are observed onsite, all project activities conducted during the breeding season shall maintain a minimum buffer of 300 feet (91 meters) around active nests. The buffer zone shall be clearly visible to all personnel associated with the project. The perimeter of the buffer zone shall be marked with posts, twine, and signs approved by the FWC stating "Do Not Enter, Important Nesting Area" or similar language. Posts shall not exceed 4 feet in height once installed. Symbolic fencing, consisting of twine, string, or rope, shall be placed between all posts at least 2.5 feet above the ground. The posting shall be maintained in good repair until breeding is completed (when all chicks have fledged) or terminated. Signs and fencing shall not be removed, repositioned, or otherwise modified by anyone other than the Bird Monitor. Sign examples and templates are available at https://flshorebirdalliance.org/resources/signs/.

    a. If birds appear to be agitated by any activities on the site, the width of the buffer zones shall be increased immediately to a sufficient size that does not incite behavioral indicators of disturbance, which include birds standing or walking away from nests or chick, flushing off nests, making alarm calls, and diving at bystanders.

4. If least tern nesting is observed, all personnel associated with the project shall be advised of the presence of least terns and that it is a violation of state law to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect least terns or their eggs, or to attempt to engage in such conduct. The Permittee shall place and maintain a bulletin board in the project staging area with the location map of the construction site showing the bird breeding areas and a warning, clearly visible, stating that "NESTING BIRDS ARE PROTECTED BY LAW INCLUDING THE FLORIDA ENDANGERED AND THREATENED SPECIES ACT AND THE STATE and FEDERAL MIGRATORY BIRD ACTS".

5. No pedestrian traffic, operation of a vehicle, site preparation, staging, clearing, or other project activities shall occur within the 300-foot (91-meter) nest buffer zone.

6. If maintaining the required buffer is not possible or if least tern nesting is observed after project activities have started, the permittee shall contact the FWC Regional Shorebird Biologist, Alexis Cardas at 863-648-3828 or Alexis.Cardas@MyFWC.com, for more information.

7. Injury or mortality of a least tern, including crushing eggs or chicks, shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922.

<u>Big Cypress Fox Squirrel</u>

1. Within 60 days prior to commencing site preparation or clearing activities, surveys for Big Cypress fox squirrel shall be conducted covering 100% of onsite suitable habitat using the following methods.
    a. If presence of Big Cypress fox squirrel is unknown, camera-trap surveys of all suitable habitat onsite shall be conducted by personnel knowledgeable about fox squirrels and fox squirrel nests. Surveyors shall ensure the use of appropriate bait to avoid attracting fire ants. Camera-trap stations shall be separated by 820 feet (250 meters) and operated for a minimum of 8 days, with traps rebaited after 4 days.
    b. If Big Cypress fox squirrels are observed or are known to be present onsite, parallel or meandering pedestrian transects covering 100% of suitable habitat shall be conducted to locate nests.

2. If a tree is found to have Big Cypress fox squirrel nests, a buffer zone of 574 feet (175 meters) shall be demarcated around each tree.
    a. The buffer zone shall be clearly visible to all personnel associated with the project. The permittee shall ensure that the perimeters of designated buffer zones are marked with posts and twine or other symbolic fencing and FWC-approved signs stating "Do Not Enter" around the perimeter.
    b. Posts shall not exceed 4 feet in height once installed. Symbolic fencing, consisting of twine, string, or rope, shall be placed between all posts at least 2.5 feet above the ground. The posting shall be maintained in good repair through the duration of project activities.
    c. No activities shall occur within the 574-foot (175-meter) buffer zone around nest trees.
    d. A nest shall be considered active regardless of appearance until it degrades to the point that it can no longer provide shelter.

3. All personnel associated with the project shall be advised of the presence of Big Cypress fox squirrels and that it is a violation of state law to feed, harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect Big Cypress fox squirrels, their young, and nests, or to attempt to engage in such conduct.

Jonathan Gunn
Page 17
November 6, 2023

4.  Documentation of Big Cypress fox squirrel nesting in addition to incidental observations of Big Cypress fox squirrel on the subject property shall be reported to FWC at Imperiled@MyFWC.com.

5.  If maintaining the required buffer is not possible or if removal of nest trees is required, the permittee shall contact the FWC Protected Species Permit Coordinator at (850) 921-5990 or WildlifePermits@MyFWC.com for information on permitting alternatives.

6.  Injury or mortality of a Big Cypress fox squirrel shall be immediately reported to the FWC Wildlife Alert Hotline at (888) 404-3922.

## SPECIAL CONDITIONS

1. **Compliance with Project Commitments**:  As a condition of this permit, and for purposes of compliance with the Endangered Species Act and completion of technical assistance between the U.S. Fish and Wildlife Service (USFWS) and the Florida Department of Environmental Protection (FDEP), the Permittee has agreed to and will implement the following commitments for the Project.

   a. <u>Location of Project Footprint and Preserved Lands</u>:  The Project totals 6,676.82± acres and is located in Sections 2, 3, 10, 11, 14, 15, 23-26, and 34-36; Townships 46 South; Range 27 East; and Section 35; Township 45 South; Range 27 East; Lee County. Development of the Project will require direct impacts to 12.87± acres of South Florida Water Management District (SFWMD) and FDEP wetlands and 133.42± acres of surface waters. Additionally, the Project will result in secondary impacts to 3.53± acres of wetlands.

   b. <u>Wetland Mitigation</u>:  As required by FDEP condition, 4.57 wetland mitigation credits will be purchased from Corkscrew Regional Mitigation Bank (CRMB) for off-site wetland impacts within the Project. The CRMB wetland credits will be purchased before initiating construction on the Project site.

   c. <u>Permanent Protection of Preserved Lands</u>:  As required by FDEP condition, permanent conservation easements will be placed on the on-site preservation lands before Project construction begins so that mitigation for listed species is achieved prior to Project impacts. The conservation easements will be recorded in phases, will run with the land, and will be held by Lee County with third-party beneficiary rights to the USFWS.

   d. <u>Fish and Wildlife Foundation of Florida Fund Contributions</u>:  The Permittee will make contributions to the Fish and Wildlife Foundation of Florida Fund to be used to initiate and support conservation activities selected by the Fund's Board of Directors. Conservation activities to be supported through expenditures from the Fund include such activities as the construction of wildlife crossings and fencing, habitat acquisition and restoration, corridor enhancement, public education and outreach focused on the importance of wildlife conservation, and scientific research relevant to species conservation. Contributions to the Fund will be made as follows.

      i.   Upon issuance of the FDEP permit, the Permittee will pay $350 per development acre (or approximately $1,186,150) to fund panther conservation and research.

      ii.  The Permittee will pay $200 per residential building permit at the date of building permit issuance (or approximately $2,000,000) and $200 per home resale.

   e. <u>Additional Off-Site Contribution</u>:  Upon issuance of the FDEP permit the Permittee has voluntarily agreed to convey, via quitclaim deed to the National Audubon Society, Inc., or its nominee which must be agreed to by the Service, those portions of the outstanding oil, gas, and mineral interests in Sections 16, 17, 20, 21, and 22; Township 47 South;

and Range 27 East in Collier County located within and outside of the Corkscrew Swamp Sanctuary, pursuant to deed recorded in Official Records Book 2497, Page 2505 of the Public Records of Collier County, Florida. The Service understands that this conveyance will contain appropriate reverter language if third-party litigation is filed that interrupts the activities that would otherwise be authorized by the Permit.

f.  <u>Best Management Practices</u>:  The Permittee has committed to the following conservation measures and best management practices (BMPs).

    i.  <u>*Prescribed Fire and Smoke Notice*</u>:  The Permittee will provide notice of the use of prescribed fire in the Kingston area. This notice will be provided and recorded in a manner such that initial and subsequent residents and owners will be made aware of the use of prescribed fire in the vicinity of the Kingston area to manage wildland fuels and maintain fire-adapted ecological communities within preserve areas. The following notice concerning the use of prescribed fire will be provided:

        *"Periodic prescribed burning is a recognized land management tool and a recommended method of fuel management in Southwest Florida, including in the vicinity of the Kingston area, for minimizing wildfire hazards and maintaining healthy fire-adapted ecological communities. Homeowners will receive notice that prescribed burning may result in the periodic occurrence of temporary smoke and ash that drifts through developed areas."*

    ii.  <u>*Environmental Education and BMPs for Living with Wildlife*</u>:  The materials contained in Appendices D through I of the Projects Protected Species Management & Human-Wildlife Coexistence Plan will be included with the Homeowners' Association (HOA) documents for the Kingston community. Decisions regarding which educational materials and BMPs will be implemented within each community are left to the HOA and community residents, but the materials will be transferred to the developer and HOA.

    iii.  <u>*Securing and Vaccinating Pets*</u>:  HOA and/or homeowners' documents for the Kingston community will state that pets within the community be kept indoors, on a leash when outdoors, or kept within a securely covered kennel. Residents will be informed that vaccinating cats for the feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. As there is no definitive cure for FLV, community-wide vaccination of all pet cats protects homeowners' pets from illness, as well as preventing illness in Florida panthers.

2.  **Additional Best Management Practices**:  The Permittee will work with developers and HOAs to promote additional BMPs that will be implemented within the Project area, where appropriate, to minimize potential wildlife impacts and/or provide wildlife conservation benefits. BMPs that will be implemented at the Project are described below.

a. <u>Community Environmental Education</u>:  This University of Florida program promotes residential environmental education that engages homeowners in understanding and implementing natural resource conservation strategies. Research has demonstrated that engaging residents improves environmental attitudes, knowledge, and behaviors (Hostetler et al. 2008). http://www.buildgreen.ufl.edu/enveducation.htm

b. <u>Environmental Covenants, Codes, and Restrictions for HOAs</u>:  This publication provides sample language for developing HOA covenants, codes, and restrictions related to wildlife within residential development communities and environmental management in general (Hoestetler 2006). http://edis.ifas.ufl.edu/pdffiles/UW/UW24800.pdf

c. <u>Landscaping</u>:  "Florida-Friendly Landscaping" promotes using native plants, efficient watering and fertilizing, xeriscaping, integrated pest management, and similar strategies to attract birds, butterflies, and beneficial insects to residential yards. http://www.floridayards.org/

d. <u>Community Lighting and "Dark Skies"</u>:  The mission of DarkSky International "is to preserve and protect the nighttime environment and our heritage of dark skies through environmentally responsible outdoor lighting." Light pollution (the inappropriate use of light at night) can affect wildlife and ecosystems, human health, energy consumption, and the aesthetics of viewing the night sky. DarkSky International states, "A dark sky does not necessarily mean a dark ground. Smart lighting that directs light where it is needed creates a balance between safety and starlight." The DarkSky International webpage (http://www.darksky.org/) provides links to numerous resources for planning and implementing appropriate outdoor lighting within residential/commercial developments. These resources include the use of five outdoor lighting zones within communities (http://www.darksky.org/lighting/model-lighting-laws-policy/recommended-lighting-zones/), outdoor lighting basics (http://www.darksky.org/lighting/lighting-basics/), and practical guidelines for energy-efficient LED lighting (http://www.darksky.org/lighting/led-guide/). Implementing DarkSky-approved practices can reduce disturbances to wildlife within and adjacent to development areas. The Florida Wildlife Commission (FWC) maintains a "Wildlife Lighting" webpage that provides basic information and links to outdoor lighting resources (http://myfwc.com/conservation/you-conserve/lighting/).

e. <u>Living With Wildlife</u>:  The Permittee will employ and promote a series of community design elements that advance wildlife conservation and minimize the potential for human-wildlife interactions within development areas, especially for large mammals (e.g., Florida panther; bear; deer; feral hogs), nocturnal species (e.g., Florida bonneted bat), and species that may pose human health risks (e.g., Eastern diamondback rattlesnake). FWC has published educational brochures for HOAs and residents living in proximity to Florida wildlife species such as the Florida panther, black bear, and various bats, birds, and reptiles (http://myfwc.com/conservation/you-conserve/wildlife/). Links for these wildlife brochures and/or webpages are as follows:

i.   A Guide to Living with Florida Panthers
     (http://myfwc.com/media/152454/LivingWithPanthers.pdf)

ii.  Florida Panther Safety Tips
     (http://myfwc.com/media/152457/PantherSafetyTipsFlyer.pdf)

iii. Florida's BearWise
     (http://myfwc.com/wildlifehabitats/managed/bear/wise/ and www.bearwise.org)

iv.  A Guide to Living in Bear Country
     (http://myfwc.com/media/1333887/LivinginBearCountryBrochure.pdf)

v.   Living with Bats
     (http://myfwc.com/media/3031963/LivingWithBats.pdf)

vi.  Sandhill Cranes
     (http://myfwc.com/conservation/you-conserve/wildlife/sandhill- cranes/)

vii. Everglade Snail Kite
     (http://myfwc.com/media/152978/kitesbrochure.pdf)

viii. A Guide to Living with Alligators
     (http://myfwc.com/media/152524/Alligator- Brochure.pdf)

ix.  Getting Along with Snakes
     (https://www.floridamuseum.ufl.edu/herpetology/fl-  snakes/gettingalong/)

x.   A Guide to Living with Gopher Tortoises
     (http://myfwc.com/media/1329739/GopherTortoise_LivingWithBrochure.pdf)

xi.  A Guide to Living with Urban Coyotes
     (http://myfwc.com/media/2675483/Living-With-Urban-Coyotes.pdf)

xii. Plants for Birds. The National Audubon Society provides an online database for
     selecting native plant species (by zip code) that support bird species
     (http://www.audubon.org/plantsforbirds).

3. **Management Plans for Specific Species**:  The Permittee will implement the following
   protection guidelines during and after Project construction.

   a. American Alligator

      i.   Signs will be posted to instruct on-site workers and community residents not to
           feed or harass the American alligator, and will indicate that to do so is punishable
           by law.

4

    ii.    Construction personnel and residents will be instructed that in the event there is a problem with a persistent nuisance alligator, they will need to contact FWC, as that is the only agency empowered to handle nuisance alligators.

    iii.    Extensive, high-quality American alligator habitat will be provided throughout the property through wetland preservation, enhancement, and restoration. Following enhancement activities, these conservation areas will serve as potential foraging and nesting habitat. Invasive exotic species removal will result in wetland preserves more suitable to alligators and their prey species. The conservation areas will be maintained per the Project's Indigenous Preserve, Restoration, and Management Plan.

b.  <u>Eastern Indigo Snake</u>

    i.    The Permittee shall implement the U.S. Fish and Wildlife Service's Standard Protection Measures for the Eastern Indigo Snake (SPM; Service March 23, 2021) during the construction of the Project and restoration of the conservation area.

    ii.    Informational brochures addressing the identification and conservation of the Eastern indigo snake will be provided to all construction staff.

    iii.    The conservation areas associated with the Project will be maintained per the Project's Indigenous Preserve, Restoration, and Management Plan.

c.  <u>Crested Caracara</u>

    i.    Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the Permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the Project site that is under the Permittee's ownership or neighboring areas where access is allowed.

    ii.    To minimize the potential for disturbance to nesting crested caracaras, the Permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site. Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined that the nest has been abandoned or chicks within the nest have fledged and left the nest site. Once the nest is empty, clearing that primary zone and nest tree can proceed in concert with condition no. iii.

iii.   If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the Permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the Project site under the Permittee's ownership. The Permittee shall contact the USFWS's Florida Ecological Services Office (FESO) at (772) 562-3909 for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to the start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports the use of crested caracara. The Permittee shall report the final location and extent of the restored habitat to the FESO, the FDEP, and the FWC upon the completion of restoration activities.

d.   <u>Florida Sandhill Crane and Other Wading Birds</u>

i.   Enhancement and restoration activities will be conducted within existing wetlands located within the conservation areas associated with the Project. These activities will include removing invasive exotic plants and installing supplemental plantings, resulting in more suitable habitats for wading bird foraging and roosting.

ii.   The creation of flow-ways from existing agricultural lands, along with the creation of lakes and lake littoral zones as part of the Project, will provide foraging habitat for wading birds.

iii.   Plans for the Project include wetland enhancement and restoration. These activities will convert agricultural and exotic plant-infested habitats to native wetland habitats. This restoration will also enhance sheet flow through the Project and restore significant areas of habitat for wildlife, including wading birds.

iv.   The grading plan for the wetland restoration areas includes the establishment of wading bird foraging habitat by grading to varying depths to allow the concentration of prey for wading birds at alternating times of the year as water levels seasonally rise and recede.

v.   Project residents and maintenance staff will be provided with a brochure titled "Wading Bird Informational Pamphlet," prepared by Passarella and Associates, Inc. This brochure provides wading bird information and methods to prevent human-wading bird interactions. In addition, the brochure informs residents of the need to avoid disturbance around nesting colonies should a colony be identified on the property in the future.

e. <u>Florida Bonneted Bat and Tricolored Bat</u>

i. The Permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the Permittee shall contact the FESO at (772) 562-3909 for technical assistance and will notify the FWC at <u>ConservationPlanningServices@MyFWC.com</u>.

ii. The Permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment to minimize disturbance to roosting bats.

iii. The Permittee shall implement the preservation and enhancement of 1,173.58± acres of existing on-site wetlands to promote Florida bonneted bat and tricolored bat foraging and roosting opportunities. In addition, approximately 447± acres of wetland flow-way marsh will be created from existing agricultural lands, providing additional foraging habitat for the Florida bonneted bat and tricolored bat.

iv. The Permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).

v. Widespread application of insecticides by the Permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.

vi. The Permittee shall plant native trees and shrubs within open spaces and buffer areas to promote insect diversity, availability, and abundance.

vii. The Permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat.

viii. The Permittee shall implement DarkSky International lighting initiatives to minimize the use of artificial lighting and retain natural light conditions to the greatest extent practicable.

ix. The Permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat.

f.  Big Cypress Fox Squirrel

    i.  Prior to the commencement of clearing activities in the development area and removal of exotic trees within the preserve areas, a survey will be conducted by a qualified ecologist to identify potential Big Cypress fox squirrel nests. If potential nests are identified within the clearing limits or the preserve areas, observations will be conducted to determine if Big Cypress fox squirrels are utilizing the nests. The FWC will be notified of nests determined to be utilized by Big Cypress fox squirrels. Active nests will be temporarily protected from clearing by a 125-foot radius undisturbed buffer until juvenile fox squirrels have vacated the nest(s), as confirmed by a qualified ecologist. After the completion of nesting and observations document that juvenile fox squirrels have vacated the nest(s), a written request to remove the nest tree(s) will be made to the FWC. After receipt of the written authorization from the FWC, the nest tree and buffer can be cleared.

    ii.  The conservation areas associated with the Project will be enhanced and managed per the Project's Indigenous Preservation, Restoration, and Management Plan and will provide foraging and nesting habitats for Big Cypress fox squirrels.

g.  Florida Black Bear

    i.  In order to deter the potential for interactions between humans and large mammals such as the Florida black bear, perimeter fencing will be utilized between the development and the conservation areas to deter large mammals from accessing the development areas.

    ii.  Kingston residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by FWC, titled "A guide to living in bear country," available at https://myfwc.com/media/1891/livinginbearcountrybrochure.pdf.

h.  Florida Panther

    i.  As stated in 1.d. above, the Permittee will make contributions to the Fish and Wildlife Foundation of Florida Fund as follows:

    ii.  Upon issuance of the FDEP permit, the Permittee will pay $350 per development acre (or approximately $1,186,150) to fund panther conservation and research.

    iii.  The Permittee will pay $200 per each residential building permit at date of building permit issuance (or approximately $2,000,000) and $200 per each home resale.

     iv.    The Permittee will contribute approximately $20,000,000 to Lee County Proportionate Share for Corkscrew Road roadway improvements inclusive of pavement widening, flow-way culverts, and wildlife crossings.

     v.    The Permittee will, at its sole cost and expense, construct a large wildlife crossing along the four-lane spine road. This location will provide and preserve a wildlife movement corridor between conservation lands east and west of the property. Additionally, 12 small wildlife crossings shall also be constructed within the Project to maintain intra-preserve connectivity and hydrologic flow throughout the Project. The wildlife crossing locations are shown in the Project plans.

     vi.    The Permittee shall ensure that HOA and/or homeowners documents for the Kingston community state that pets within the community should be kept indoors, on a leash or supervised when outdoors in common areas, or secured within a covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The Permittee shall ensure HOA and/or homeowners documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers.

     vii.    Kingston residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by USFWS and FWC, titled "A guide to living with Florida Panthers." This brochure, which provides safety tips and instructions for panther encounters, is available at https://myfwc.com/media/3112/livingwithpanthers.pdf.

i.    <u>Gopher Tortoise</u>:  Prior to commencing Project construction, a gopher tortoise survey will be conducted in accordance with FWC's gopher tortoise permitting guidelines (FWC 2020) to identify potential gopher tortoise burrows within the construction area. If gopher tortoise burrows are identified, the Permittee will obtain the appropriate permit from the FWC for the relocation of the gopher tortoises.

j.    <u>Florida Burrowing Owl</u>:  Prior to clearing activities, a survey will be conducted in the impact area and adjacent habitats for the presence of burrowing owl burrows. Inactive (i.e., contains no eggs or flightless chicks) nest burrows within the proposed impact area will be removed with an FWC permit and in accordance with State and Federal regulations. Nest burrows can generally be considered inactive from July 10 to February 15, although some nesting occurs as early as October each year. Between February 15 and July 10, burrows attended by one or more burrowing owls are considered active nests unless information is available to suggest otherwise (i.e., proof that young fledged from the nest prior to July 10). Burrows within the impact area that are determined to be active will be temporarily protected from clearing by a 50-foot radius of undisturbed buffer (staked and/or roped-off) until the young fledge, as confirmed by a qualified biologist. These burrows will then be removed with an FWC permit and in accordance with state regulations.

k.  <u>Everglade Snail Kite</u>:  Impacts to potential Everglade snail kite foraging habitat will be offset through the implementation of the on-site wetland preservation and enhancement and the creation of the Project's flow-ways, lake buffers, and stormwater management ponds, with associated littoral zones and native plantings. These activities will result in an increase in potential foraging habitat for the Everglade snail kite within the landscape and therefore is expected to have an incremental beneficial effect to the Everglade snail kite.

# STANDARD PROTECTION MEASURES FOR THE EASTERN INDIGO SNAKE
## U.S. Fish and Wildlife Service

**March 23, 2021**

The eastern indigo snake protection/education plan (Plan) below has been developed by the U.S. Fish and Wildlife Service (USFWS) in Florida and Georgia for use by applicants and their construction personnel. At least **30 days prior** to any clearing/land alteration activities, the applicant shall notify the appropriate USFWS Field Office via e-mail that the Plan will be implemented as described below (North Florida Field Office: jaxregs@fws.gov; South Florida Field Office: verobeach@fws.gov; Panama City Field Office: panamacity@fws.gov; Georgia Field Office: gaes_assistance@fws.gov). As long as the signatory of the e-mail certifies compliance with the below Plan (including use of the attached poster and brochure), no further written confirmation or approval from the USFWS is needed and the applicant may move forward with the project.

If the applicant decides to use an eastern indigo snake protection/education plan other than the approved Plan below, written confirmation or approval from the USFWS that the plan is adequate must be obtained. At least 30 days prior to any clearing/land alteration activities, the applicant shall submit their unique plan for review and approval. The USFWS will respond via e-mail, typically within 30 days of receiving the plan, either concurring that the plan is adequate or requesting additional information. A concurrence e-mail from the appropriate USFWS Field Office will fulfill approval requirements.

The Plan materials should consist of: 1) a combination of posters and pamphlets (see **Poster Information** section below); and 2) verbal educational instructions to construction personnel by supervisory or management personnel before any clearing/land alteration activities are initiated (see **Pre-Construction Activities** and **During Construction Activities** sections below).

# POSTER INFORMATION

Posters with the following information shall be placed at strategic locations on the construction site and along any proposed access roads (a final poster for Plan compliance, to be printed on 11 x 17in or larger paper and laminated, is attached):

**DESCRIPTION**: The eastern indigo snake is one of the largest non-venomous snakes in North America, with individuals often reaching up to 8 feet in length. They derive their name from the glossy, blue-black color of their scales above and uniformly slate blue below. Frequently, they have orange to coral reddish coloration in the throat area, yet some specimens have been reported to only have cream coloration on the throat.

These snakes are not typically aggressive and will attempt to crawl away when disturbed. Though indigo snakes rarely bite, they should NOT be handled.

**SIMILAR SNAKES:** The black racer is the only other solid black snake resembling the eastern indigo snake. However, black racers have a white or cream chin, thinner bodies, and WILL BITE if handled.

**LIFE HISTORY:** The eastern indigo snake occurs in a wide variety of terrestrial habitat types throughout Florida and Georgia. Although they have a preference for uplands, they also utilize some wetlands and agricultural areas and often move seasonally between upland and lowland habitats, particularly in the northern portions of its range (North Florida and Georgia). Eastern indigo snakes will often seek shelter inside gopher tortoise burrows and other below- and above-ground refugia, such as other animal burrows, stumps, roots, and debris piles. Reliance on xeric sandhill habitats throughout the northern portion of the range in northern Florida and Georgia is due to the dependence on gopher tortoise burrows for shelter during winter. Breeding occurs during October through February. Females may lay from 4 - 12 white eggs as early as April through June, with young hatching in late July through October.

**PROTECTION UNDER FEDERAL AND STATE LAW:** The eastern indigo snake is classified as a Threatened species by both the USFWS and the Florida Fish and Wildlife Conservation Commission. Taking of eastern indigo snakes is prohibited by the Endangered Species Act without a permit is defined by the USFWS as an attempt to kill, harm, harass, pursue, hunt, shoot, wound, trap, capture, collect, or engage in any such conduct. Penalties include a maximum fine of $25,000 for civil violations and up to $50,000 and/or imprisonment for criminal offenses, if convicted.

Only individuals currently authorized through an issued Incidental Take Statement in association with a USFWS Biological Opinion, or by a Section 10(a)(1)(A) permit issued by the USFWS, to handle an eastern indigo snake are allowed to do so.

**IF YOU SEE A <u>LIVE</u> EASTERN INDIGO SNAKE ON THE SITE:**

- Cease clearing activities and allow the live eastern indigo snake sufficient time to move away from the site without interference;
- Personnel must NOT attempt to touch or handle snake due to protected status.
- Take photographs of the snake, if possible, for identification and documentation purposes. Â
- Immediately notify supervisor or the applicants designated agent, **and** the appropriate USFWS office, with the location information and condition of the snake.
- If the snake is located in a vicinity where continuation of the clearing or construction activities will cause harm to the snake, the activities must halt until such time that a representative of the USFWS returns the call (within one day) with further guidance as to when activities may resume.

**IF YOU SEE A <u>DEAD</u> EASTERN INDIGO SNAKE ON THE SITE:**

- Cease clearing activities and immediately notify supervisor or the applicants designated agent, **and** the appropriate USFWS office, with the location information and condition of the snake.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Thoroughly soak the dead snake in water and then freeze the specimen. The appropriate wildlife agency will retrieve the dead snake.

**Telephone numbers of USFWS Florida Field Offices to be contacted if a live or dead eastern indigo snake is encountered:**

**North Florida Field Office: (904) 731-3336**
**Panama City Field Office: (850) 769-0552**
**South Florida Field Office: (772) 562-3909**
**Georgia Field Office: (706) 613-9493**

# PRE-CONSTRUCTION ACTIVITIES

1. The applicant or designated agent will post educational posters in the construction office and throughout the construction site, including any access roads. The posters must be clearly visible to all construction staff. A sample poster is attached.

2. Prior to the onset of construction activities, the applicant/designated agent will conduct a meeting with all construction staff (annually for multi-year projects) to discuss identification of the snake, its protected status, what to do if a snake is observed within the project area, and applicable penalties that may be imposed if state and/or federal regulations are violated. An educational brochure including color photographs of the snake will be given to each staff member in attendance and additional copies will be provided to the construction superintendent to make available in the onsite construction office (a final brochure for Plan compliance, to be printed double-sided on 8.5 x 11in paper and then properly folded, is attached). Â Photos of eastern indigo snakes may be accessed on USFWS and/or FWC or GADNR websites.

3. Construction staff will be informed that in the event that an eastern indigo snake (live or dead) is observed on the project site during construction activities, all such activities are to cease until the established procedures are implemented according to the Plan, which includes notification of the appropriate USFWS Field Office. The contact information for the USFWS is provided on the referenced posters and brochures.

# DURING CONSTRUCTION ACTIVITIES

1. During initial site clearing activities, an onsite observer may be utilized to determine whether habitat conditions suggest a reasonable probability of an eastern indigo snake sighting (example: discovery of snake sheds, tracks, lots of refugia and cavities present in the area of clearing activities, and presence of gopher tortoises and burrows).

2. If an eastern indigo snake is discovered during gopher tortoise relocation activities (i.e. burrow excavation), the USFWS shall be contacted within one business day to obtain further guidance which may result in further project consultation.

3. Periodically during construction activities, the applicants designated agent should visit the project area to observe the condition of the posters and Plan materials, and replace them as needed. Construction personnel should be reminded of the instructions (above) as to what is expected if any eastern indigo snakes are seen.

## POST CONSTRUCTION ACTIVITIES

Whether or not eastern indigo snakes are observed during construction activities, a monitoring report should be submitted to the appropriate USFWS Field Office within 60 days of project completion. The report can be sent electronically to the appropriate USFWS e-mail address listed on page one of this Plan.



# ATTENTION

## Federally-Threatened Eastern Indigo Snakes may be present on this site!

*Killing, harming, or harassing eastern indigo snakes is strictly prohibited and punishable under State and Federal Law.*

If you see a LIVE eastern indigo snake on the site:

- Do NOT attempt to touch or handle the snake. Stop land disturbing activities and allow the snake time to move away from the site without interference.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Immediately notify supervisor/applicant, and a U.S. Fish and Wildlife Service (USFWS) Ecological Services Field Office, with the location information and condition of the snake.
- If the snake is located near clearing or construction activities that will cause harm to the snake, the activities must pause until a representative of the USFWS returns the call (within one day) with further guidance.

If you see a DEAD eastern indigo snake on the site:

- Stop land disturbing activities and immediately notify supervisor/applicant, and a USFWS Ecological Services Field Office, with the location information and condition of the snake.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Thoroughly soak the dead snake in water and then freeze the specimen. The appropriate wildlife agency will retrieve the dead snake.

DESCRIPTION.   The eastern indigo snake is one of the largest non-venomous snakes in North America, reaching up to 8 ft long. Named for the glossy, blue-black scales above and slate blue below, they often have orange to reddish color (cream color in some cases) in the throat area. They are not typically aggressive and will try to crawl away when disturbed.

SIMILAR SPECIES.   The black racer resembles the eastern indigo snake. However, black racers have a white or cream chin, thinner bodies, and WILL BITE if handled.

LIFE HISTORY.   Eastern indigo snakes live in a variety of terrestrial habitat types. Although they prefer uplands, they also use wetlands and agricultural areas. They will shelter inside gopher tortoise burrows, other animal burrows, stumps, roots, and debris piles. Females may lay from 4 to 12 white eggs as early as April through June, with young hatching in late July through October.

PROTECTED STATUS.   The eastern indigo snake is protected by the USFWS, Florida Fish and Wildlife Conservation Commission, and Georgia Department of Natural Resources. Any attempt to kill, harm, harass, pursue, hunt, shoot, wound, trap, capture, collect, or engage eastern indigo snakes is prohibited by the U.S. Endangered Species Act. Penalties include a maximum fine of $25,000 for civil violations and up to $50,000 and/or imprisonment for criminal offenses. Only authorized individuals with a permit (i.e., Recovery [10a1A] or HCP ITP [10a1B]), or an Incidental Take Statement associated with a USFWS Biological Opinion may handle an eastern indigo snake.

Please contact your nearest USFWS Ecological Services Field Office if a live or dead eastern indigo snake is encountered:

Jacksonville, FL, (904) 731-3336
Panama City, FL, (850) 769-0552
Vero Beach, FL, (772) 562-3909
Athens, GA, (706) 613-9493

*If you see a LIVE eastern indigo snake on the site:*

- Cease clearing activities and allow the eastern indigo snake sufficient time to move away from the site without interference.
- Personnel must **NOT** attempt to touch or handle snake due to protected status.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Immediately notify supervisor or the applicant's designated agent, and the appropriate U.S. Fish and Wildlife Service (USFWS) office, with information regarding the location and condition of the snake.
- If the snake is in a vicinity where clearing or construction activities will cause harm to the snake, the activities must be paused until a representative of the USFWS returns the call (within one day) with further guidance as to when activities may resume.

*If you see a DEAD eastern indigo snake on the site:*

- Cease clearing activities and immediately notify the supervisor or designated applicant/agent, and the USFWS Field Office (see below for contact information), with the location and condition of the snake.
- Take photographs of the snake, if possible, for identification and documentation purposes.
- Thoroughly soak the dead snake in water and then freeze the specimen. The appropriate wildlife agency will retrieve the dead snake.

USFWS Ecological Services Field Offices to be contacted if a live or dead eastern indigo snake is encountered:

Jacksonville Office: (904) 731-3336
Panama City Office: (850) 769-0552
Vero Beach Office: (772) 562-3909
Georgia Office: (912) 403-1873

**Description.** The eastern indigo snake is one of the largest non-venomous snakes in North America, with individuals often reaching up to 8 feet long. They derive their name from the glossy, blue-black color of their scales above and uniformly slate blue below. They often have orange to reddish coloration in the throat area, yet some may only have cream coloration on the throat. These snakes are not typically aggressive and will attempt to crawl away when disturbed. Though indigo snakes rarely bite, they should NOT be handled.

*Similar Species.* The black racer is the only other solid black snake resembling the eastern indigo snake. However, black racers have a white or cream chin, thinner bodies, and WILL BITE if handled.

***Life History.*** The eastern indigo snake occurs in a variety of terrestrial habitats. Although they prefer uplands, they also use wetlands and agricultural areas. Eastern indigo snakes will often take shelter inside gopher tortoise burrows and other below- and above-ground refugia, such as other animal burrows, stumps, roots, and debris piles. Females may lay from 4 to 12 white eggs as early as April through June, with young hatching in late July through October.

*Killing, harming, or harassing indigo snakes is strictly prohibited and punishable under State and Federal Law.*

Only individuals currently authorized to handle an eastern indigo snake through an issued Incidental Take Statement in association with a USFWS Biological Opinion, or by a Section 10(a)(1)(A) permit issued by the USFWS, are allowed to do so.

*Legal Status*.  The eastern indigo snake is classified as a Threatened species by both the USFWS and the Florida Fish and Wildlife Conservation Commission. "Taking" of eastern indigo snakes is prohibited by the Endangered Species Act without a permit. "Take" is defined by the USFWS as an attempt to kill, harm, harass, pursue, hunt, shoot, wound, trap, capture, collect, or engage in any such conduct. Penalties include a maximum fine of $25,000 for civil violations and up to $50,000 and/or imprisonment for criminal offenses, if convicted



# ATTENTION:

THREATENED **EASTERN INDIGO SNAKES** MAY BE PRESENT ON THIS SITE!



*Please read the following information provided by the U.S. Fish and Wildlife Service on standard protection measures for the eastern indigo snake.*



## State-Threatened Wading Bird Ranges, Breeding Seasons, and Recommended Survey Dates, by Zone

Portion of range used by all species for breeding and foraging

Portion of range used by tricolored heron and little blue heron for breeding and foraging, roseate spoonbill for foraging, and (coast only) reddish egret for foraging

**North**

**Central**

**South**

**Central Zone**

| Species | Breeding | Survey |
|---|---|---|
| Tricolored heron | Mar - Aug | Apr 15 - Jun 31 |
| Little blue heron | Mar - Aug | Apr 15 - Jun 31 |
| Roseate spoonbill | Feb - Aug | Feb 15 - Apr 31 |
| Reddish egret | Feb - Aug | Mar 1 - Apr 31 |

**North Zone**

| Species | Breeding | Survey |
|---|---|---|
| Tricolored heron | Late Mar - Aug | May 1 - Jun 31 |
| Little blue heron | Late Mar - Aug | May 1 - Jun 31 |
| Roseate spoonbill | Feb - Jul | Mar 1 - May 31 |
| Reddish egret | Late Mar - Aug | May 1 - Jun 31 |

**South Zone**

| Species | Breeding | Survey |
|---|---|---|
| Tricolored heron | Feb - Aug | Mar 1 - Jun 31 |
| Little blue heron | Feb - Aug | Mar 1 - Jun 31 |
| Roseate spoonbill | Nov - Feb[1] | Dec 1 - Feb 28 |
| Reddish egret | Oct - May[2] | Dec 1 - Mar 31 |

[1] Can be year-round in Florida Bay and the Florida Keys

[2] Can extend as late as June in Florida Bay

*Figure 1.* Breeding season dates and recommended survey dates for state-Threatened wading birds in different zones of Florida (Cook 2013, 2014, 2016; Cook and Baranski 2017, 2018; Cook and Kobza 2010, 2011, 2012; Smith and Duvall 2017; Anderson 2018; personal communications with G. Anderson, V. Doig, J. Lorenz, A. Paul, K. Smith, M. van Deventer, R. Zambrano).

# Attachment I

# State 404 Permit Application Review/Response Form

| | |
|---|---|
| Date: | 10/26/2023 |
| USFWS Reviewer: | Adam Knutson |
| FWC Contact: | Michelle Sempsrott |
| FWC email | ConservationPlanningServices@myFWC.com |
| FDEP Contact: | Jonathan Guinn |
| FDEP email | 404_listed_species@FloridaDEP.gov |
| Permit App. No./Title: | Kingston ST404_423130-001 |
| Permit App. Location: | Lee |
| Ecosphere Project Code | 2023-0003475 |

## INSTRUCTIONS

☒Complete all relevant sections of the Project Review Form.

☒For each species for which incidental take is anticipated, complete Section A.1 – C.2

☒Obtain supervisory approval of comments and any incidental take determination and quantification

☒ Ensure that the Ecosphere Project is linked to Project Code # 2022-0002197 (Florida 404 Assumption Programmatic) and the species determinations and take quantification is entered in the Project's Species Determination and Take Information widget.

☒Upload completed Project Review Form to Ecosphere and supporting public notice.

## FEDERALLY LISTED SPECIES AND EFFECTS

1. Does the State 404 Permit Application Package contain an accurate list of all federally listed species and critical habitats that may be affected?

☒Yes

☐No

If USFWS checks No on question 1, USFWS will coordinate with FWC according to the MOA and list any species expected to occur within the project-specific action area.

2. Does the State 404 Permit Application Package accurately determine the permit application's effects on the species and critical habitats?

☒Yes

☐No

If No is selected for question 2, USFWS will provide technical assistance on the effects determination with an explanation with supporting information to FWC.

3. Does the State 404 Permit Application Package have adequate protection measures to ensure the permitted activity will not jeopardize any federally listed species?

☒Yes

☐No

4. Does the State 404 Permit Application Package have adequate protection measures to avoid and minimize any incidental take that is reasonably certain to occur?

☐Yes

☒No

If the answers to questions 1-4 are all "Yes", then the USFWS has concluded its review of the permit application, as well as the status of the affected species, any cumulative effects within the permit applications' action area, and concludes that the permit application is not likely to jeopardize any federally listed species and has no further comments on this State 404 permit application.

If the answer to question 3 or 4 is "No", the USFWS will provide a list of the any necessary avoidance and minimization measures (AMMs) to ensure that the permitted activity is not likely to jeopardize any species, adversely modify or destroy critical habitat or to insure that any incidental take is avoided or minimized.

Note that if the description of the permitted activities changes, new species or critical habitat are listed, or the status of a species changes, or other new information becomes available that was not considered during this USFWS technical assistance review, the USFWS will be contacted for further comments.

If No is selected for any of the questions, the USFWS will provide questions, comments, or any other appropriate information to assist FDEP and FWC in processing the permit application.

The USFWS will use section A.1- C.2, to document species determinations, AMMs and provide effects summary to track take.

**A.1.    Species and Critical Habitat that are likely to be adversely affected**

Species that are listed in Table 1-1 of the PBO/CO are those that are likely to be adversely affected (LAA) by certain activities, even when all appropriate AMMs are incorporated.

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|---|---|---|
| Mammal | Florida panther | Has not been designated |
| Bird | Audubon's crested caracara | Has not been designated |
| Mammal | Tricolored bat (proposed) | Has not been designated |
| Reptile | Eastern indigo snake | Has not been designated |

**A.2.    Species and Critical Habitat that are not likely to be adversely affected (includes no effect)**

*Federally Listed Species*

| Taxa | Common Name | Critical Habitat |
|---|---|---|
| Bird | Everglade snail kite; Wood stork; Florida scrub-jay; Red-cockaded woodpecker | Has not been designated |
| Mammal | Florida bonneted bat | Proposed |

**B.1.    Additional and Necessary Avoidance and Minimization Measures**

Additional Avoidance and Minimization Measures Measure as included in the Permittee's Kingston Special Conditions (Enclosure A).

| | |
|---|---|
| ☒ Audubon's crested caracara | 1. Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the Project site that is under the permittee's ownership or neighboring areas where access is allowed. |
| | 2. To minimize the potential for disturbance to nesting crested caracaras, the permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site.  Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined the nest has either been abandoned, or chicks within the nest have fledged and left the nest site.  Once the nest is empty, clearing of that primary zone and nest tree can proceed, in concert with condition 3. |
| | 3. If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the |

| | |
|---|---|
| | portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the Project site that is under the permittee's ownership. The permittee shall contact the U.S Fish and Wildlife Service's Florida Ecological Services Office (FESO) at FW4FLESRegs@fws.gov for technical assistance and will notify the Florida Fish and Wildlife Conservation Commission (FWC) at ConservationPlanningServices@MyFWC.com prior to start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports use by crested caracara. The permittee shall report the final location and extent of restored habitat to the FESO, the Florida Department of Environmental Protection (Department), and the FWC upon completion of restoration activities. |
| ☒ Eastern indigo snake | 1. The Applicant will follow the Service's Standard Protection Measures for the Eastern Indigo Snake (SPM; Service 2021) during construction of the Project and restoration of the conservation area.<br>2. Informational brochures addressing the identification and conservation of the eastern indigo snake will be provided to all construction staff.<br>3. The conservation areas associated with the Project will be maintained per the Project's Indigenous Preserve, Restoration, and Management Plan. |
| ☒ Florida bonneted bat and tricolored bat | 1. The permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the permittee shall contact the FESO at FW4FLESRegs@fws.gov for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com.<br>2. The permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment so that disturbance to roosting bats is minimized.<br>3. The permittee shall implement creation of the Project's proposed buffer lake system and shall implement the preservation and enhancement of 1,173.58± acres of existing on-site wetlands which will promote Florida bonneted bat and tricolored bat foraging opportunities. In addition, approximately 447 acres of wetland flow-way marsh will be created from existing agricultural lands that will provide additional foraging habitat for the Florida bonneted bat and tricolored bat.<br>4. The permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings). |

|  | 5. Widespread application of insecticides by the permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost. |
|  | 6. The permittee shall plant and maintain native trees and shrubs within open space and buffer areas to promote insect diversity, availability, and abundance. |
|  | 7. The permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat. |
|  | 8. The permittee shall implement International Dark-Sky Association lighting initiatives to minimize use of artificial lighting and retain natural light conditions to the greatest extent practicable. |
|  | 9. The permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat. |
| ☒ Florida panther | 1. The permittee will make contributions to a Fish and Wildlife Foundation of Florida Fund as follows: i. The permittee will pay $350 per development acre (or approximately $1,186,150) to fund panther conservation and research; ii. The permittee will pay $200 per each building permit at date of issuance (or approximately $2,000,000) and $200 per each home resale. |
|  | 2. The permittee will contribute approximately $20,000,000 to the Lee County Proportionate Share Fee fund for Corkscrew Road roadway improvements inclusive of pavement widening, flow-way culverts, and wildlife crossings. |
|  | 3. The Permittee will, at its sole cost and expense, construct a large wildlife crossing along the four-lane spine road. This location was coordinated with the Florida Wildlife Federation and will provide and preserve a wildlife movement corridor between conservation lands located east and west of the property. Additionally, 12 small wildlife crossings shall also be constructed within the Project to maintain intra-preserve connectivity and hydrologic flow throughout the Project. The wildlife crossing locations have been shown in the plans. |
|  | 4. The Permittee shall ensure that HOA and/or homeowners' documents for the Kingston community state that pets within the community should be kept indoors, on leash, or supervised when outdoors in common areas, or secured within a covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The permittee shall ensure that the HOA and/or homeowners' documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers. |
|  | 5. Kingston residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by USFWS and FWC, titled "A guide to living with Florida Panthers". |

**B.2. Voluntary Conservation Measures**

Describe any voluntary/discretionary conservation activities that may be incorporated into the permit at the discretion of FDEP. Reference the measure by species and number as described in section 2.5 or describe any conservation measures not included in the PBO/CO.

| Species | Recovery Activity |
|---------|-------------------|
| n/a | n/a |

## C.1.    Effects Summary and Tracking Take

| Common Name | No Effect | Not Likely to Adversely Affect | Likely to Adversely Affect – Take is RCTO | Amount of Take (e.g, numbers of individuals or all individuals within a specified acreage) |
|-------------|-----------|-------------------------------|-------------------------------------------|-------------------------------------------------------------------------------------------|
| Everglade snail kite | ☐ | ☒ | ☐ | |
| Florida scrub-jay | ☒ | ☐ | ☐ | |
| Wood stork | ☐ | ☒ | ☐ | |
| Red-cockaded woodpecker | ☐ | ☒ | ☐ | |
| Eastern indigo snakes | ☐ | ☐ | ☒ | 36 individuals and 27 nests with eggs |
| Florida bonneted bat | ☐ | ☒ | ☐ | |
| Florida panther | ☐ | ☐ | ☒ | Between 4 and 23 individuals at year of buildout due to vehicle collisions, habitat loss and reduction in carrying capacity), and between 3 and 22 individuals a year thereafter |
| Audubon's crested caracara | ☐ | ☐ | ☒ | Loss or failed reproduction of one caracara pair; conversion of 3,233.36 acres of foraging habitat |
| Tricolored bat | ☐ | ☐ | ☒ | 1 roost, 10 individuals |

C.2 The following analysis supports the non-jeopardy determination.

If possible, the Service may reference the public notice sections that describe the action area, status of the species within the action area, effects of the action, cumulative effects, and the amount of take.

## Species and Critical Habitat Determinations

Refer to Ecosphere Project S7 Consultation Code 2023-0003475 for the consultation summary:

**Audubon's crested caracara**

*Action Area*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for caracara is the entire 6,676.82-acre Project site.

*Status of the Species in the Action Area*

The Project lies within the consultation area for the Audubon's crested caracara (caracara) and contains approximately 5,383.44 acres of suitable habitat, dominated by citrus grove (3,217.81 acres). A caracara survey conducted in 2022 identified an active nest on the Project site, which successfully fledged juvenile caracara that year. Additional adult caracara were observed throughout the property during the survey effort, but no other nests were found.

*Effects of the Action*

The Applicant proposes to develop a mixed-use community on approximately 3,403.2 acres and preserve and enhance approximately 3,273.62 acres of native upland and wetland habitats. Through these actions, approximately 3,233.36 acres of suitable caracara habitat will be converted to development. Of the 3,233.36 acres developed, approximately 3,217.81 acres is current citrus grove in various stages of production. Caracara home ranges are known to vary from approximately 1,000 acres to approximately 5,000 acres, depending on habitat suitability and proximity to other caracara territories (Morrison 2001). To account for this variation in home range size and lack of more specific data, we will use an average home range of approximately 3,000 acres for our analysis. Based on the results of the caracara survey, known nest location, observations of adult caracara, and average home range sizes, the Project site could support portions of six caracara territories. Accordingly, the development of 3,233.36 acres would constitute a complete loss of an average caracara territory. However, this conversion of habitat is expected to occur across the Project footprint and is not anticipated to be located within any one caracara territory. Nevertheless, this habitat loss could result in increased intraspecific aggression with adjacent caracaras as the pair(s) move to neighboring territories in search of forage and nesting sites. This aggression and/or decrease in foraging area could also ultimately result in a lower reproductive potential.

In addition to habitat loss, we anticipate the noise and activity from personnel and vehicles during site preparation and construction would disturb foraging or nesting caracara, potentially leading birds to change their behavior and abandon a foraging or nesting area. The degree of disturbance is related to the distance of these activities from the nest, as well as the nesting pairs' tolerance to human activities. Adverse effects could range from abandoning a nesting attempt, if construction is close to the nest during breeding season, to general avoidance of the area for

foraging. The avoidance and minimization measure of maintaining a 984 foot exclusion buffer around an active nest is expected to reduce this risk of abandoning a nest attempt; however, avoidance of the Project site for foraging could still adversely affect the breeding pair through lowering the adult fitness and/or reproductive success of a nest (via lower adult fitness or decreased food availability for young). Because we expect the caracara that use the Project site to also utilize suitable habitat offsite, we anticipate that these caracara may be less disturbed by noise, equipment, and human activity. Furthermore, the suitable caracara habitat onsite will be ultimately converted to development, eliminating suitability for use by caracara. Therefore, the effect of disturbance is expected to be superseded by the habitat loss described above.

*Cumulative Effects*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in this project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on caracara is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take*

The Service has reviewed the biological information for caracara, information presented by the Applicant's consultant, and other available information relevant to this action. The Project will result in take of caracara in the form of harm due to the disturbance from development and construction activities, as well as loss of foraging and nesting habitat in the Project footprint that is expected to result in a loss of reproductive success. Therefore, the Service expresses the amount of incidental take from the Project as: 1) the loss of caracara reproductive success for the known breeding pair for the first year of the Project; and 2) loss of 3,233.36 acres of suitable caracara foraging and nesting habitat in the Project footprint.

*Incidental take resulting from the project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the

terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to result in incidental take of one territorial pair of caracara in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 3,233.36 acres of habitat; and the loss of caracara reproductive success for the known breeding pair for the first year of the Project).

*Jeopardy assessment*

After considering the status of the caracara, additional information on the proposed Project provided by the applicant, the adverse effects of the proposed Project and any potential cumulative effects, the Service finds that the Project as proposed is not likely to jeopardize the continued existence of the caracara. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

> 1) Disturbance from site preparation and construction activities is anticipated to cause caracara to permanently shift their territory; however, as these caracara likely use suitable habitat offsite, we expect the caracara to acclimate and resume normal behavior following the first year. A reduction in breeding success during this time would occur, but abandonment of this territory by caracara is not anticipated.
> 2) The reduction of the breeding success is only expected for a short period, while birds adjust, and given that all suitable caracara habitat is believed to be saturated, this loss in breeding is expected to have minimal effect on the overall population.
> 3) The permanent loss of approximately 3,233.36 acres of suitable caracara habitat will likely lead to increased competition for suitable foraging habitat and a reduction in nest productivity, but as discussed above the loss in breeding is not expected to adversely affect the overall population to a significant degree.
> 4) The habitat loss (3,233.36 acres) is small reduction in the overall range of the species.

**Eastern indigo snake**

*Action Area*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for the eastern indigo snake (indigo snake) is the entire 6,676.82-acre Project site.

*Status of the Species in the Action Area*

The indigo snake is a habitat generalist with a large home range (Layne and Steiner 1996, Service 1999), and is known to use most of the habitat types found within the Project footprint. Though indigo snakes have been found in all available habitats of South Florida, it is thought they prefer hammocks and pine forests since most observations occur there and use of these areas is disproportionate compared to the relatively small total area of these habitats (Steiner *et al*. 1983). The Services' Geographic Information System (GIS) database contains multiple records of indigo snakes located from 1.43 miles east to 2.3 miles west of the Project. Although these observations are outside of the typical 0.62 mile consultation buffer for this species, contiguous habitat has remained unchanged between the recorded occurrences and the Project footprint. Provided the proximity of confirmed presence of the species and abundance of suitable habitat onsite, the Service considers all suitable habitat onsite to be occupied by the indigo snake, encompassing a total of 5,439.62 acres.

It is difficult to estimate the density of indigo snakes occurring within the Project site due to the lack of reliable survey methods for the species. In Bauder *et al*. (2016), indigo snake radio telemetry data was summarized to provide an estimated mean annual home-range size of 369 acres for males and 121 acres for females. Considering overlap between the sexes, we estimate the 5,439.62 acres of suitable habitat within the Project site could support up to 45 females (5,439.62/121 = 44.95, rounded to 45) and 15 males (5,439.62/369 = 14.74, rounded to 15) if all suitable habitat was occupied. In addition, we expect each female snake to be active during breeding season, accounting for up to 45 nests with eggs. The 3,242 acres of suitable habitat within the lands proposed for development would be expected to support as many as 27 of the females and nests and approximately 9 males, while the 3,273.62 acres Conservation Area would support up to 24 females, 8 males, and 24 nests with eggs.

*Effects of the Action*

Due to the nature of the proposed action (i.e., vegetation removal, earth moving and piling, earth scraping, grading, transport of construction materials by trucks), the Service finds that indigo snakes present on the Project site at the time of the action could be incidentally injured or killed. Motorized vehicles and heavy equipment used during land clearing have the potential to crush indigo snakes, their nests, and eggs. Indigo snakes can also be buried in their burrows and other refugia. The Service notes that the Standard Protection Measures (SPMs) (Service 2021) will be implemented during construction of the Project. The SPMs require: the education of contractors and equipment operators; posting of speed limit signs on all roadways during Project construction and operation; on-site signs explaining the penalties of intentionally running over indigo snakes; and that construction will cease if indigo snakes are observed. Further, any observations of indigo snakes shall be reported to the Service both during construction and in final report submitted at the completion of construction activities. Based on the implementation

of these protective measures, we find that the potential for injuries and deaths of indigo snakes due to land clearing will be reduced, but injuries and mortalities could occur. The permanent loss of habitat resulting from the proposed Project will adversely affect the indigo snake by reducing the amount of habitat available for breeding and feeding. The Project will result in the loss of approximately 3,242 acres of habitat within the development footprint. The land will be converted to land uses (i.e., commercial and residential development) that are not expected to be used by indigo snakes or their prey. The acreage lost represents a small portion of habitat remaining for the indigo snake in Florida. Habitat lost due to the Project will also result in a minor reduction in the geographic range of the species, as well as the fragmentation of existing indigo snake habitat in the region.

Disturbance due to noise and vibration from personnel and equipment during site preparation, clearing, and construction activities will likely adversely affect indigo snakes by causing them to vacate their territory. Some snakes may move into the Project's interior preserve areas, though they are likely too small and isolated to support indigo snakes long-term. The loss of habitat within the development footprint could force indigo snakes to leave the Project site, or move into the Project's conservation area, and establish new home ranges. Individuals that move into the Project's conservation area would be affected by the restoration and management activities described below. Indigo snakes may be killed or injured while crossing the major roads along the northern and southern borders of Project site, State Road 82 and Corkscrew Road, while attempting to leave the area. Individuals that successfully cross the road or leave the Project site would be more vulnerable to predation and intraspecific aggression as they attempt to establish new home ranges. The loss of a home range would be expected to impair the indigo snake's ability to feed, breed, and shelter until a new home range is established.

Individuals that leave an established territory may miss foraging and mating opportunities and these individuals may be more vulnerable to predation as they are forced into other areas. We anticipate that some of the snakes that leave the development footprint because of the disturbance from construction would establish new territories or modify existing territories. However, others may die of predation or lack of food. It is difficult to determine the exact number of indigo snakes (adults, juveniles, hatchlings and nests) that would be affected by disturbance due to the Project. However, as previously described, we estimate that at least 36 adult indigo snakes and 27 nests could be present within the development footprint and would be affected by land clearing and construction activities.

The activities of humans living in the residential development following completion of the Project may indirectly adversely affect indigo snakes. The presence of humans and their pets will increase the potential for injuries or mortalities of any indigo snakes remaining in the conservation area or migrating into the development area. Some humans fear snakes and may indiscriminately attack or kill indigo snakes when encountered. Free-roaming pets of residents may also injure or kill snakes. Finally, collisions from motor vehicles using the roads in and near the new development will increase the potential that any indigo snakes remaining in the

Project area will be injured or killed. The number of indigo snakes injured or killed resulting from these activities is expected to be small.

Intense habitat restoration work will take place on portions of the 3,273.62 acres within the conservation areas on the Project site. Activities associated with the restoration and management have the potential to adversely affect the indigo snake. Due to the nature of the proposed restoration work (i.e., vegetation removal, earth moving and piling, earth scraping, grading, transport of construction materials by trucks), the Service estimates that indigo snakes present at the time of the action could be adversely affected by the Project. The earth moving, scraping, and piling have the potential to crush indigo snakes, their nests, and eggs. Snakes can also be buried in their burrows and other refugia. To help minimize the potential for injuries and mortalities of indigo snakes during the restoration work all personnel involved in the restoration effort will follow the indigo snake SPMs. The Service finds that the protection measures to be employed by the Applicant will reduce the potential that injuries and mortalities of indigo snakes will occur during the restoration work. However, injuries and mortalities of indigo snakes could still occur.

Disturbance due to noise and vibration from personnel and equipment during restoration activities will likely adversely affect indigo snakes by causing them to temporarily vacate their territory. This temporary disturbance may cause them to miss foraging and mating opportunities and these individuals may be more vulnerable to predation and intraspecific aggression as they are forced into other areas. Once restoration is complete, the conservation area will provide improved habitat for the indigo snake. Periodic monitoring and management (such as exotic plant treatment and prescribed fires) may also cause temporary disturbances to indigo snakes. However, the number of indigo snakes injured or killed due to these activities is expected to be small.

*Cumulative Effects*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in this project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on indigo snakes is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take*

The Service has reviewed the biological information for the indigo snake, information presented by the Applicant's consultant, and other available information relevant to this action. The Project will result in take of indigo snakes in the form of harm due to the disturbance from development and construction activities, as well as loss of foraging and nesting habitat in the

Project footprint. Direct mortality could result from the operation of construction equipment in occupied habitat. Based on the calculations above, up to 60 indigo snakes and 45 nests may be present on the Project site, with 36 snakes potentially occupying the development area. Because of the nonuniform and disjointed configuration of development and unknown distribution of the snakes on the landscape, it is not expected that each snake would be affected equally. As such, the 36 snakes and 27 nests within the development footprint represents the upper bound of indigo snakes that could be adversely affected by this action.

*Incidental take resulting from the project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to incidentally result in take of the indigo snake in the form of harm (*i.e.,* the loss of, degradation and fragmentation of 3,242 acres of habitat) and injury or mortality of up to 36 snakes and 27 nests.

*Jeopardy assessment*

After considering the status of the indigo snake, additional information on the proposed Project provided by the applicant, the adverse effects of the proposed Project and any potential cumulative effects, the Service finds that the Project as proposed is not likely to jeopardize the continued existence of the indigo snake. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) The number of indigo snakes and their nests that are expected to be injured or killed due to land clearing associated with the Project's development and restoration activities is expected to be small as snakes are able to move to adjacent suitable habitat.

2) Although 3,242 acres of occupied indigo snake habitat will be permanently lost, this amount represents a small reduction in the geographic range of the species.

3) The loss of this habitat is expected to be minimized by the restoration and preservation of 3,273.62 acres onsite.

4) The Applicant will implement the SPMs for the indigo snake (Service 2021) during land clearing, construction, and operation of the proposed Project, which should reduce mortality caused by vehicles, equipment, or if a snake is encountered by workers or residents.

5) A small number of indigo snakes are expected to be killed due to interactions from humans and their pets living in the new residential development.

6) Motor vehicle use and the potential for injuries and deaths of indigo snakes due to collisions will increase on the Project site and in the Action Area, but the Service does not expect this increase to jeopardize the species. The construction of wildlife crossing will provide safe passage across roadways if snakes use them.

With respect to reasons 1 and 2, the Service does not expect the small number of indigo snakes that could be incidentally injured or killed due to the Project to significantly affect the range-wide population of the species. Furthermore, we note that many thousands of acres of indigo snake habitat remain in Florida. However, we acknowledge that, collectively, habitat loss could threaten the survival and recovery of the indigo snake. Therefore, we will continue to monitor the effects of habitat loss to the indigo snake throughout its range. With respect to reason 6, the Service also acknowledges that motor vehicle related injuries and mortalities of indigo snakes, in concert with other threats to the indigo snake, could collectively threaten the survival and recovery of this species. Therefore, we will continue to monitor the effects of motor vehicle related injuries and mortalities to the indigo snake throughout its range.

**Florida Panther**

*Action Area*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. For this Project, the Service considers the action area for panthers as all lands within the footprint of the Project, and all lands within 25 miles of the Project footprint. The 25-mile buffer around the Project footprint is designed to encompass mean dispersal distance of sub-adult male panthers, which was reported by Maehr et al. (2002) to be 23.2 miles and by Comiskey et al. (2002) to be 24.9 miles. The 25-mile buffer distance encompasses the dispersal distance of both male and female panthers because male panther dispersal distances are known to exceed those reported for female panthers (Comiskey et al. 2002; Maehr et al. 2002). The size of the Action Area for this consultation is consistent with action areas defined in our recent biological opinions for the panther, and it accounts for the

large movements and home ranges of panthers. While the Action Area is a 25-mile buffer around the Project footprint, effects to species other than panthers are not expected to extend beyond the Project boundaries.

*Status of the Species in the Action Area*

This Project lies within the consultation area for the Florida panther (panther) and is within the Primary and Secondary Zones of the focus area. 21 panthers equipped with telemetry collars have been documented within 5 miles of the Project from March 1989 to October 2019, with seven occurring within the Project footprint from March 2008 to February 2019. Panther sign was observed onsite during site assessments conducted by the Applicant's consultant in 2022. The closest identified panther den is approximately 0.45 miles west of the Project site. The number of panthers that may use the Project area is not known, but based on estimated home range sizes, no more than roughly 5 to 11 percent of an individual male or female panther's home range, respectively, is within the proposed development area of the Project (see below, *effects of the action*).

According to the Service's GIS database, since monitoring of panthers began in 1982, there have been 382 documented panther deaths within the Action Area (e.g. within 25 miles of the proposed Project) as of December 2022. Specifically, 280 of those deaths were attributed to motor vehicles, 43 were due to intraspecific aggression, and 59 were due to other causes (disease, starvation, etc.). We assume that based on population size, these causes represent the variety of ways that panthers are most often killed.

Although an exact population size of panthers is not known, recent modeling techniques using vehicle mortality data from radio-collared panthers estimated a population of approximately 269 individuals in 2012, with a 95 percent confidence interval from 143 and 509 panthers (McClintock et al. 2015). In 2019, the McClintock et al. (2015) model was updated with six additional years of data, resulting in a population size point estimate of 407 panthers in 2018, with a 95 percent confidence interval ranging from 222 to 773 panthers. Based on the data provided in both iterations of the McClintock et al. (2015) model, the panther population has increased from an approximate range of between 143 and 509 individuals in 2012 to between approximately 222 to 773 individuals in 2018, an average annual increase of between 11 and 37 (79 to 264 individuals/7 years=11.28 and 37.7, rounded down to 11 and 37) panthers. Although survival rates for Florida panthers were described by Benson et al. (2011), those values are model-averaged and categorized by sex and age cohort, making them difficult to apply to a panther population of unknown demographics. Specifically, the survival rate for a subadult panther is 0.951 for a female (1 to 2.5 years old), in comparison to 0.713 for a male (1 to 3.5 years old). Similarly, survival rate of a prime adult female (2.5 to 10 years old) panther is 0.872 and 0.799 for a male (3.5 to 10 years old). Given the challenges using these estimated survival rates, coupled with known variability in number of breeding females in the population and litter size, the Service will use the approximate population growth described above as a conservative estimate of recruitment.

*Effects of the Action*

The proposed Project incorporates the conversion of approximately 3,400 acres of panther habitat to commercial and residential development, as well as the conservation and restoration of approximately 3,273.62 acres of habitat. In the absence of the Project, continued development is expected to occur in this area but may include fewer conservation measures than those proposed by the Applicant which includes the conservation of large blocks of intact habitat, reduced human-wildlife conflict, and improved road conditions to reduce impacts to panthers and other wildlife.

The land clearing and construction activities associated with the Project have the potential to injure or kill panthers. However, panthers are intelligent and highly agile. Therefore, the Service expects that panthers will avoid the Project footprint during land clearing and construction, and injuries or mortalities of panthers due to these activities are unlikely.

Land clearing and construction activities associated with the Project will result in the permanent loss of habitat for panthers, and their prey. Specifically, approximately 3,400 acres of panther habitat will be permanently lost. According to the most current home range estimates of the panther (Lotz et al. 2005), this loss represents 11 percent of a single female panther's average home range (29,059 acres) and 5 percent of a male panther's average home range (62,542 acres). Moreover, this loss represents 0.28 percent of the 1,200,906 acres of available non-urban private lands available to panthers in the Service's focus area south of the Caloosahatchee River. As a conservation measure to benefit the survival and recovery of the panther, the applicant will strategically restore and protect 3,273.62 acres of currently unprotected habitat in areas where habitat connectivity can be maintained. The Consultant used the Service's Panther Habitat Assessment Methodology (2012) to determine the amount of panther habitat units (PHUs) needed to compensate for the panther habitat lost on the Project site. Based on the use of this methodology, it is the Service's judgement that the PHUs provided by the conservation and restoration of the onsite preservation areas and the credits acquired from the Panther Passage Conservation Bank, adequately compensate for the habitat lost to development and any resulting harm to panthers.

Panthers are known to sometimes attack and kill other panthers. This is called intraspecific aggression and occurs when males may kill other rival males when defending a territory, juveniles from another sire, and occasionally adult female panthers. Habitat loss may increase the potential for this to occur as individual panthers adjust their home ranges or dispersal patterns. As mentioned above, a total of 43 documented panther deaths due to intraspecific aggression have occurred within the action area since 1982, with the most recent known death occurring in June 2019. The Project will remove about 3,400 acres of panther habitat. Based on estimates of home range size (described above), this loss of habitat is expected to impact no more than 1 male or female panther home range. As such, the Service finds that an increase in

intraspecific aggression could result in harm as a result of the project displacing a resident panther or panthers using different dispersal or movement patterns.

In addition to habitat loss and disturbance, the Project will result in increased vehicular traffic in the Action Area. As described earlier, vehicle collisions make up the largest cause of documented panther deaths since 1982 in the Action Area. Panther vehicular mortality (PVM) can be thought of as random events based on the two complex processes of panthers moving across the landscape and traffic moving throughout the road system. Both panthers and cars must obviously be present for a collision to occur and while one expects the risk of a panther mortality on a road segment to increase with increasing traffic, formal direct modeling of the relationship between changes in traffic and changes in mortalities is challenging. Likewise, one expects the number of panther vehicle deaths to increase as the population size of panthers increases (this assumption has been relied upon to obtain population size estimates as described earlier), but formal modeling of the association is challenging, particularly when the amount of traffic is also changing. If one of the processes were held constant it would be an easier exercise, but this is not the case in reality. An increase in the number of panthers hit by cars beyond what is expected due to the variability indicative of the underlying random processes, may indicate an increase in the total number of panthers in the population or a change in the volume of traffic, or both. Therefore, in evaluating a project's potential to increase injuries and mortalities to panthers resulting from motor vehicle collisions, we consider the location of the project in relation to surrounding native habitats, preserved lands, and wildlife corridors that are frequently used by panthers. We also consider the current configuration and traffic patterns of surrounding and internal roadways and the projected increase and traffic patterns expected to result from the proposed action. These factors are considered as an effective way to reduce impacts to panthers from increased traffic within the Project area as panthers are directed to specific sections of roadway where collision avoidance measures can be implemented. The Project has been designed to conserve native habitat that maintains and improves existing wildlife corridors, which is expected to reduce impacts from vehicles by installing strategically placed wildlife crossings and fencing.

As discussed above, several panthers have been killed by collisions with motor vehicles in the Action Area. To assess potential effects of the Project on motor vehicle related panther injuries and mortalities, the Service used a Traffic Impact Statement (TIS) for the Project site provided by the Applicant and reviewed by the Service. This information indicated that most vehicles entering and leaving the Project site would occur from entrances on State Road 82 and Corkscrew Road and estimated that a total of 82,456 external trips per day would be generated by vehicles associated with the Project. Of these trips, nearly 85% would use State Road 82 and Corkscrew Road to travel west towards Fort Myers and Estero, away from more rural areas where vehicle collision with panther is more likely.

Motor vehicle accidents are somewhat stochastic and influenced by many variables that are outside of the control of the project proponents. Several factors such as panther population size and composition, individual animal behavior, habitat configuration, road design, driver behavior

and others, all play a role in circumstances that lead to a panther (or any species of wildlife) being hit by a car. Specifically attributing future panther vehicle collisions to traffic induced by the Project within the Action Area is impossible due the complex systems at play and other changes in background traffic levels co-occurring with the project. Ideally, we would see the future with the project and the future without the project and compare the number of vehicle mortalities in both, but clearly that is impossible; instead, the charge is to reasonably assess the situation given all the information available, including any quantitative information which is currently required to assess whether the effects of the project may jeopardize the panther population.

The Traffic Impact Statement used in our analysis covered a 30-year period from 2015 through 2045 as defined by the FDOT traffic projects, which included both predictions of background traffic in the Action Area and excess traffic beyond background generated from the Project. The magnitude of the projected increases in traffic, as measured by ratios of predicted 2045 AADT (including the project) to 2015 AADT, vary by road segment, with a minimum of 1.67, a maximum of 27.6, and a median of 3.5. The percent attributed to the project of the total predicted 2045 AADT ranges from 7.3% to 84.3%, with a median of 22.4%.

Although the Project is expected to increase traffic in the Action Area, predicted background levels also increase making it difficult to distinguish between Project and non-project incidents of vehicle collisions with panthers. However, the Service acknowledges that vehicle collisions are the most commonly documented cause of death for Florida panthers (FWC 2019), and the Project's potential effects on this mortality requires analysis.

Range-wide, 226 panther mortalities due to vehicle collisions were reported from 2014 through 2022 (FWC 2023), with a yearly average of roughly 26 (226 panthers/9 years=25.1 rounded to 26) panther deaths. Over that same time period within the Action Area, 143 panthers were killed as a result of vehicle collisions, with a yearly average of 16 panther deaths. The Service has previously used an approach to predicting future PVMs that assumed the ratio of future to current PVMs is exactly equal to the ratio of future to current AADT values, separately for each road segment. This is not a statistical model fit from observed data, but a simple mathematical formula used deterministically with no quantification of uncertainty. Given the complexity of the systems involved, known uncertainty in inputs, and projection 30 years into the future, we expect substantial uncertainty in the resulting PVM predictions. Knowing there is substantial uncertainty, but having no way to estimate and reflect such uncertainty makes decision making based on the single number not only difficult, but also fails to provide an estimate of how much PVM is reasonably certain to occur based on the best available information. Therefore, we use simulation to approximate known sources of uncertainty in the predictions to support decision making, knowing the intervals presented are an understatement. If the uncertainty is large enough that it covers both values that would support the decision of the expected number of PVM, and values that would support the decision of how this impacted the overall panther population, then the prediction procedure is not precise enough to rely on for important decisions and additional expert knowledge of the system should be used as the main basis of the decision.

If we were to assume that traffic volume is directly correlated to the number of panthers killed by vehicle collisions, the 98.68 percent increase over current background traffic generated by the Project would add 16 (16*0.9868=15.78, rounded to 16) panther deaths to the yearly average upon Project buildout. For comparison, the forecasted 2045 background traffic without the Project would add 43, and 2045 background plus project traffic would contribute 59 additional panther deaths.

The formula used above is overly simple and not based on fit of a statistical model to observed data. Instead, it is a mathematical formula assuming the ratio of future to current PVMs is equal to the ratio of future to current AADT for each road segment. This can result in predictions that are too low - if a segment has 0 current PVM then it will always be predicted to have 0 future PVM regardless of how much AADT increases; and also predictions that are unrealistically high for large increases in AADT for segments with previous PVMs. Additionally, evaluation of both the Action Area and range-wide 2014 through 2022 datasets (FWC 2023) indicates no clear trend in panther deaths, while traffic has increased statewide and by more than 50 percent on Corkscrew Road and State Road 82 alone since 2018 (FDOT 2023). In historic data, the association between AADT values and number of mortalities for road segments is unclear -- all values of AADT are found with all magnitudes of annual counts (5 was maximum for a segment). So, while theoretically it makes sense that the "risk" of seeing a mortality on a road segment would increase with increasing traffic, there are so many variables to consider that it is not straightforward to turn an increased risk into a future predicted count. Because of the uncertainties in describing the effects of traffic on panther mortality outlined above, time lag of the predicted change in traffic volume, as well as any bias in the reporting of panther deaths, the Service expects that the calculation expressed above (16*0.9868=15.78, rounded to 16) contains substantial uncertainty. Rather than focusing on the single point estimate of the number of panthers that could be killed by Project-generated traffic every year we will try to reasonably represent uncertainty associated with this estimate. To be clear, these are estimates based on the assumptions stated above and used here to assess the potential impacts to the panther population.

To assist in reducing the threat of vehicle-related panther deaths, the Applicant has committed to fund the installation of a wildlife crossing along the eastern boundary of the project site on Corkscrew Road. This east-west roadway facilitates travel away from developed areas, into an area where there is a higher risk of vehicles striking panthers because of the remote nature of the area and more suitable habitat for panthers. Therefore, this crossing is expected to provide safe passage for panthers between the Project conservation areas and the Corkscrew Regional Ecosystem Watershed Wildlife and Environmental Area. Additionally, the Applicant has committed to contribute to the Lee County Proportionate Share Fund (as described above) which supports hydrological improvements and wildlife crossing installation, as well as the Fish and Wildlife Foundation of Florida. As more wildlife crossings are installed and wildlife corridors are identified through development of habitat-based models, risk of vehicle-related panther deaths is expected to be minimized and mitigated to the maximum extent practicable. By identifying individual road segments where there is a high likelihood of panthers crossing roads

based on habitat conditions and past history of vehicles striking panthers, efforts can be made to install crossing and fences where they are most effective at reducing impacts to panthers.

*Cumulative Effects*

The Service defines cumulative effects as the effects of future State, Tribal, local, or private actions that have the potential to affect Federally listed threatened and endangered species and are reasonably certain to occur in the Project's Action Area. Federal actions unrelated to the proposed action are not considered cumulative effects because they require separate consultation pursuant to section 7 of the Endangered Species Act of 1973, as amended (87 Stat. 884; 16 U.S.C. 1531 et seq. (Act).

Our projection of non-Federal actions (*i.e.,* cumulative effects) in the Action Area incorporates Florida Land Use Cover and Forms Classification System (FLUCCS) mapping to decide if a property may be exempt from Federal Clean Water Act, section 404 wetland regulatory review by the Corps or by the State of Florida (Florida Department of Environmental Protection) who has recently assumed administration of the Section 404 permitting program from Corps (through approval of the Environmental Protection Agency). We acknowledge it is difficult to forecast development related to non-Federal actions in the Action Area and it comes with unknown uncertainty. To assess if a development project would likely be exempt from regulatory review, we identified the percentage of the project site that was classified as wetland habitat based on FLUCCS 600 series (wetland), and the 411 and 419 (hydric pine flatwood) mapping unit classifications. Projects on properties with less than 5 percent wetlands were considered exempt from the Corps' regulatory review because impacts to wetlands could likely be avoided by project design.

Based on this approach, and information provided by the Applicant's consultant, the Service finds that from 2018 through 2021, 354 projects in the Action Area affecting approximately 9,479 acres were exempt from regulatory review. Therefore, the Service estimates approximately 2,370 acres per year (9,479 acres/4 years = 2,370 acres per year) would be exempt from regulatory review in the Action Area. We find this value is representative of future yearly development likely to occur in the Action Area. The Service notes many unforeseen factors can affect development in the Action Area. However, the Service believes the rate of development based on 2018-2021 development provides a reasonable approximation of non-Federal actions reasonably certain to occur and meets our definition of a cumulative effect. This level of development represents 8 percent of a female panther's average home range (29,059 acres) and 3.8 percent of a male panther's average home range (62,542 acres). However, we expect the development to be spread over multiple home ranges instead of that belonging only to one female and one male Florida panther. This level of development also represents 0.12 percent of the non-urban private lands at risk of development in the Service's panther core area which covers 1,962,294 acres. In relation to the anticipated 2045 buildout of the proposed Project, non-Federal actions could develop approximately 52,132 acres (2,370 acres per year multiplied by 22 years) without regulatory review. In conjunction with the project, this would amount to 55,531 acres or 2.83 percent of the estimated 1,962,294 acres of non-urban private lands at risk of development in the Service's panther core area by 2042. In addition, the Service is aware of three other development projects under Section 404 permitting within the Action Area that will

impact approximately 10,689.01 acres of non-urban private lands (Bellmar: 1,793 acres; FFD: 2292.61 acres; Rural Lands West: 6603.4). In total, these 404 and non-Federal projects are expected to develop 62,821 acres or 3.2 percent of the estimated remaining non-urban private lands in the panther core area over the next two decades. However, if approved, the Section 404 projects mentioned above will conserve in perpetuity 8,969 acres (Bellmar: 2,392 acres; FFD: 2,916 acres; Rural Lands West: 3,661 acres), removing the risk of development in those conserved areas. In addition, development of these Section 404 projects is expected to reduce the likelihood that smaller, non-Federally reviewed actions will be needed to meet the commercial and residential needs of the rapidly growing human population in this area regardless of whether these 404 projects are authorized. The Service believes the conservation measures included in these 404 projects will provide greater benefits to panthers compared to non-Federally reviewed projects because they include measures to maintain high quality habitats that are connected, install fencing and crossings to reduce roadway mortality and are planned to reduce human and wildlife conflicts.

Based on the above analysis, we believe the effects to the panther due to habitat loss associated with these lands will be minor in the short term but may increase as development continues to occur in the future in the Action Area. Consequently, the Service continues to monitor the effects of habitat loss to the panther throughout its range, and we encourage project proponents to develop Habitat Conservation Plans and seek Incidental Take Permits under section 10 of the Act to receive take coverage and minimize and mitigate any adverse effects to the panther resulting from non-Federal actions if not covered under Section 404 permitting.

In addition to land development, these non-Federal projects are expected to also contribute to additional motor vehicle traffic in the Action Area. However, as these projects are anticipated to be dispersed throughout the Action Area, this increase is expected to be reflected by the future background numbers provided in the TIS previously discussed. Therefore, the cumulative effects of traffic is conservatively estimated as stated in the *Effects of the Action* section above.

*Amount of Take*

The increase in noise and human activities due to construction activities may increase disturbance to panthers in the Project vicinity during construction of the Project. Consequently, the Service notes that these activities may cause resident or dispersing panthers to avoid the Project site during construction. Moreover, resident panthers may adjust their territories to avoid the disturbance. To quantify the effect of habitat lost due to the Project, we considered the reduction of panther habitat carrying capacity due to the loss of 3,400 acres of panther habitat. We used panther habitat selection ranking (Onorato et al. 2011) to estimate the loss of panther habitat carrying capacity. Based on the habitat preference values in Onorato et al. 2011, the loss of 3,400 acres of panther habitat approximates the loss of habitat carrying capacity for between 0.18 and 0.55 panthers based on varying density estimates of between 1.37 and 4.03 panthers per 100 square kilometers. Therefore, the Service expects no more than one Florida panther to be harmed by this loss in habitat carrying capacity and a potential increase in intraspecific aggression.

In addition to habitat loss, the Service has evaluated the potential impacts to panthers based on an increase in traffic in the Action Area. As described above, our method of evaluation assumes that Project-related traffic will increase the number of panthers killed by traffic collisions each year. To support decision making, we also take into account the magnitude of potential uncertainty in the estimate by approximating uncertainty in the inputs (AADT and average PVM counts). After incorporating reasonable uncertainty in the inputs for the reasons described above, a 99% interval is 3 to 22, and a 95% interval from 4 to 20. Therefore, based on the quantitative analysis and for the purposes of estimating impacts to panthers, we assume the Project could result in the loss of 4 to 23 panthers per year and slightly fewer in each subsequent year once noise and habitat removal has been completed. The large uncertainty suggests additional information about realistic effects of the project-related traffic on mortalities must be taken into account to inform the decision. This is a more responsible approach than taking the point estimate as if it has no uncertainty associated with it, even if deemed conservative. The magnitude of uncertainty also points to places where future information could be collected to help improve precision.

*Incidental take resulting from the Project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to incidentally result in take of the Florida panther in the form of harm due to the destruction of habitat in the project footprint, disturbance due to land clearing and construction activities, and mortality. The loss of 3,400 acres of panther habitat is

expected to result in the loss of habitat carrying capacity for 0.46 panthers, whereas traffic increases are predicted to increase vehicle collision mortality by 3 to 22 panthers per year (assuming the proportional increase in traffic is equal to that of panther mortalities). Therefore, the Service expects no more than between 4 and 23 Florida panthers to be harmed by the combination of this loss in habitat carrying capacity, intraspecific aggression, and vehicle collision in year one, and 3 to 22 panthers each year following.

*Jeopardy assessment*

After considering the status of the Florida panther, additional information on the proposed project provided by the applicant, the adverse effects of the proposed project and any potential cumulative effects, the Service finds that the project as proposed is not likely to jeopardize the continued existence of the Florida panther. "*Jeopardize the continued existence*" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Due to their mobility and large home ranges, panthers are not expected to be killed or injured during land clearing associated with the project's development and restoration activities.
2) Although 3,400 acres currently used by the panther and their prey will be permanently lost, this acreage represents a small portion (0.28 percent) of panther habitat available in south Florida. Also, the loss of 3,400 acres of panther habitat would reduce carrying capacity in this area for between 1.8 to 0.55 panthers depending on panther densities of between 1.37 and 4.03 panthers per 100 square kilometers.
3) The small reduction in panther habitat from the Project is not expected to affect more than 2 panthers via intraspecific aggression because of the small proportion of any individual panther's home range that will be impacted in the Action Area.
4) The loss of this habitat is expected to be minimized by the restoration and preservation of 3,273.62 acres of habitat that will remain available to the panther onsite. In the absence of the Project, this retention of habitat is not certain and would likely occur in smaller dispersed areas as non-Federally reviewed urbanization would occur in this area over time.
5) This project is located in an area where panther movement to the north is limited by existing development and is not crucial to the anticipated range expansion. This area serves as somewhat of a sink for the panther population as a whole and other intact habitat areas of public conservation lands further to the south will continue to support the existing panther population. Further, the habitats occupied by panthers in the Corkscrew Regional Ecosystem watershed will become even more isolated in the future as the result of human population growth in southern Lee County and northwestern Collier County independent of the Kingston project.
6) The potential increase in vehicle-related panther deaths from project-generated traffic is expected to be minimized through the Applicant's funding of wildlife crossings on area roads and increased understanding and maintenance of permanent wildlife corridors.
7) While the upper end of our estimated increase in panther mortality due to vehicle strikes exceeds the approximate population growth rate of eight panthers a year, we do not expect the actual number of panthers killed by vehicles to reach the estimated value for

the reasons stated above.  There are too many unknown variables related to calculating a precise number of panthers killed by vehicles to quantify the actual impacts.  As such, we will rely on monitoring the number of vehicle collisions with panthers and take steps necessary to reduce this number if it exceeds the annual current average of 16 panthers per year within the action area.  These steps can include construction of additional fencing, recommending installation of additional crossings, reducing speed limits, adding signage or other methods to increase driver awareness.

With respect to reason 2, the Service notes that many thousands of acres of panther habitat remain in Florida.  Therefore, we do not expect that this minor loss of habitat resulting from the project to substantially affect the range-wide population size of this species.  However, we acknowledge, that collectively over time, habitat loss could threaten the survival and recovery of this species.  Therefore, we will continue to monitor the effects of habitat loss to the panther throughout its range.  With respect to reason 5, the Service also acknowledges that motor vehicle related injuries and mortalities of panther, in concert with other threats to the panther, could collectively threaten the survival and recovery of this species.  Therefore, we will continue to monitor the effects of motor vehicle related injuries and mortalities to the panther throughout its range.  Actions specifically aimed at reducing traffic impacts such as those included in the design for this project will continue to be high priority recommendations and permit conditions for projects moving forward.


**Tricolored bat**

*Action Area*

The Action Area is defined as all areas to be affected directly or indirectly by the action and not merely the immediate area involved in the action. The Action Area for this species is the entire 6,676.82-acre Project site.

*Status of the Species in the Action Area*

This Project lies within the range of the proposed Federally endangered tricolored bat (TCB). The entire Project site contains suitable TCB foraging and/or roosting habitat, which commonly forage along waterways and forest edges, and roost primarily in deciduous hardwood trees (Service 2021).  According to data available through the U.S. Geological Survey North American Bat Monitoring Program, the TCB has been detected via acoustic surveys in the area of Corkscrew Swamp Sanctuary in 2007 (USGS 2023).  TCB will use leaf clusters, moss, lichens, and some evergreen trees to roost during the non-hibernating season, and move to more robust (caves, mines, etc.) shelter to hibernate.  In the southern portions of its range where caves are limited, TCB typically hibernate in road-associated culverts (Service 2021).  A recent study on TCB by Smith et al. (2022) found evidence that suggests TCB at the southern edge of its range (i.e. south Florida) may move north to find cooler hibernacula to support torpor and reproductive success.  Furthermore, as TCB generally move between winter hibernacula and

summer roosting sites, up to 151 miles (Samoray et al. 2019), this species may only use the Project site seasonally.

*Effects of the Action*

Potential effects to the TCB due to the proposed action include a number of direct and indirect effects on the bat and its habitat. Potential direct effects include: (1) direct mortality from conversion of 3,403.2 acres, of which 3.27 acres are forested areas and potential roosting sites; (2) harassment by construction activities; and (3) disruption of normal behaviors from the conversion of available habitat for roosting, foraging, breeding, and dispersing. Potential indirect effects include reduced foraging and roosting opportunities due to habitat loss. The timing for construction of this Project, relative to sensitive periods in the life history of the TCB, is unknown.

Any actions that occur in areas known to be occupied by the TCB and result in the removal of potential roost sites (i.e., snags, trees, utility poles, buildings, etc.) or impact foraging habitat (i.e., filling in of canals and ditches) are likely to have direct and indirect adverse effects to the TCB and its habitat. The Service evaluated the Project in the context of how the action has the potential to result in both beneficial and adverse effects to the TCB, at the individual, population, and landscape scales. The use of specific minimization measures as part of the action such as pre-construction roost surveys, preservation of roost trees, the use of avoidance buffers around known roosts, and retention of potential roosting habitat (wherever possible) are expected to significantly reduce the potential adverse effects to the TCB as a result of construction activities. However, some adverse effects to the TCB are likely to occur despite the inclusion of these measures into the proposed action.

*Cumulative Effects*

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in this project's Action Area. Future Federal actions unrelated to the proposed action are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

The effects of this action on TCB is not expected to extend beyond the proposed Project's footprint; therefore, no additional cumulative effects are included in this analysis.

*Amount of Take*

The Service has reviewed the biological information for the TCB presented by the Applicant's consultant, and other available information relevant to this action. Incidental take in the form of harm (i.e., the loss of, degradation and fragmentation of 3,403.2 acres of habitat, and the direct injury or mortality of 10 TCBs and one roost), and harassment is expected to result from the action. The Service bases the amount of take (10 individuals and one roost) on findings of the Species Status Assessment (Service 2021) that 40 percent of hibernating TCB colonies consisted

of one to ten individuals. As TCB typically roost singly or in pairs during non-hibernating seasons, an occupied hibernacula conservatively represents the upper limit of expected take. The Service anticipates incidental take of TCB will be difficult to detect and quantify for the following reasons: 1) TCB roost sites are difficult to identify; 2) trees used by the TCB as roost sites are not easily located or examined; 3) the small size of individual TCB make finding an injured or dead specimen unlikely; and 4) TCB are not uniformly distributed across suitable habitat. Incidental take of TCBs is anticipated for one TCB roost containing up to 10 individual TCBs, and 3,403.2 acres of roosting and foraging habitat within the construction footprint. The Service believes all individuals occurring within this portion of the Project footprint will be incidentally taken. In addition, disturbance to TCBs may occur from increased human activity and noise from the proposed action.

*Incidental take resulting from the Project*

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. "Take" is defined as to "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or to attempt to engage in any such conduct." "Harm" is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering. "Harass" is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns that include, but are not limited to, breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking, that is incidental to and not intended as part of the action of a Federal agency, is not considered to be prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of the Incidental Take Statement listed in the Service's biological opinion for the action.

With respect to the assumption of the CWA 404 permitting program by the State of Florida, any take incidental to the execution of activities permitted by a State 404 permit will be considered exempt through the Incidental Take Statement provided in the Service's biological opinion to EPA dated November 17, 2020, if the permittee implements all permit conditions agreed to by the Service and the State of Florida.

The Service expects the proposed Project to incidentally result in take of the TCB in the form of harm (i.e., the loss of, degradation and fragmentation of 3,403.2 acres of habitat; and the disturbance, injury or mortality of 10 TCBs and one roost)

*Jeopardy assessment*

After considering the status of the TCB, additional information on the proposed Project provided by the applicant, the adverse effects of the proposed Project and any potential cumulative effects, the Service finds that the Project as proposed is not likely to jeopardize the continued existence

of the TCB. "Jeopardize the continued existence" is defined as reducing appreciably the likelihood of both the survival and recovery of the species in the wild by reducing its reproduction, numbers, or distribution. We base this finding on the following:

1) Although construction activities for the Project will result in the conversion of 3,403.2 acres of potential roosting and foraging habitat, only 3.27 acres consists of forested area. Because of the wide range and semi-migratory nature of the species, this loss is not expected to have a measurable impact on the species as a whole.

2) The Project will result in the preservation of approximately 3,273.62 acres of suitable TCB roosting and foraging habitat in the TCB consultation area.

3) The State permit, if issued, will include conditions to implement a bat roost survey prior to tree removal, reducing the likelihood that individual bats that use the roost will be injured or killed.

4) The TCB is expected to be able to forage over the development area following construction completion.

The Service may confirm this Technical Assistance if the TCB is listed in Florida. If the Service reviews the proposed action and finds there have been no significant changes in the action as planned or in the information used during the Technical Assistance, the Service will confirm that this Technical Assistance remains valid and no further review will be necessary.

## D.    APPROVAL

Based on the information provided in this form, it has been determined that

☒ Upon FDEP's incorporation of the necessary avoidance and minimization measures as permit conditions, the USFWS concludes the issuance of the State 404 permit is not likely to jeopardize any federally listed species or adversely modify or destroy any critical habitat and complies with the USFWS programmatic biological opinion addressing Florida's assumption of the CWA 404 program. This is based on the information in the permit application, as well as the status of the affected species, and any cumulative effects within the permit applications' Action Area.

☐ The USFWS concludes the issuance of the State 404 permit does not comply with the USFWS programmatic biological opinion addressing Florida's assumption of the CWA 404 program for the following reasons:

**Reviewing Biologist**
Adam Knutson/ Fish and Wildlife
Biologist

**ADAM KNUTSON** Digitally signed by ADAM KNUTSON
Date: 2023.10.26 10:08:46 -04'00'

| Name/Title | Signature | Date |

**Supervisor**

| | | |
|---|---|---|
| Name/Title | Signature | Date |

**If project results in take:**

**USFWS Regulatory Division Manager or Project Leader**

Robert L. Carey, Manager
Division of Environmental Review

**ROBERT CAREY**

Digitally signed by ROBERT CAREY
Date: 2023.10.26 10:15:16 -04'00'

| | | |
|---|---|---|
| Name/Title | Signature | Date |

**LITERATURE CITED**

Bauder, J.M., D.R. Breininger, M.R. Bolt, M.L. Legare, C.L. Jenkins, B.B. Rothermel, K. McGarigal. 2016. Seasonal variation in eastern indigo snake (Drymarchon couperi) movement patterns and space use in peninsular Florida at multiple temporal scales. Herpetologica 72:214-226.

Benson, J. F., J. A. Hostetler, D. P. Onorato, W. E. Johnson, M. E. Roelke, S. J. O'Brien, D. Jansen, and M. K. Oli. 2011. Intentional genetic introgression influences survival of adults and subadults in a small, inbred felid population. Journal of Animal Ecology 80:958–967.

Comiskey, E.J., O.L. Bass, Jr., L.J. Gross, R.T. McBride, and R. Salinas. 2002. Panthers and forests in south Florida: an ecological perspective. Conservation Ecology 6:18. Forman, R.T.T., D. Sperling, J.A. Bissonette, A.P. Clevenger, C.D. Cutshall, V.H. Dale, L. Fahrig, R. France, C.R. Goldman, K. Heanue, J.A. Jones, F.J. Swanson, T. Turrentine, and T.C. Winter. 2003. Road Ecology: Science and Solutions, Island Press, Washington, D.C.

Florida Department of Transportation (FDOT). 2023. Florida Traffic Online. Tallahassee, Florida. Available from: https://tdaappsprod.dot.state.fl.us/fto/. Accessed June 1, 2023.

Florida Fish and Wildlife Conservation Commission (FWC). 2019. Annual report on the research and management of Florida panthers: 2018-2019. Fish and Wildlife Research Institute and Division of Habitat and Species Conservation, Naples, Florida.

Florida Fish and Wildlife Conservation Commission (FWC). 2023. Panther Pulse. Tallahassee, Florida. Available from: https://myfwc.com/wildlifehabitats/wildlife/panther/pulse/. Accessed February 22, 2023.

Florida Fish and Wildlife Conservation Commission and U.S. Fish and Wildlife Service (FWC, and USFWS). 2017. Determining the size of the Florida panther population. Outreach Document.

Layne, J.N., and T.M. Steiner. 1996. Eastern indigo snake (*Drymarchon corais couperi*): summary of research conducted on Archbold Biological Station. Report prepared under Order 43910-6-0134 to the U.S. Fish and Wildlife Service; Jackson, Mississippi.

Lotz, M., D. Land, M. Cunningham, and B. Ferree. 2005. Florida panther annual report 2004-05. Florida Fish and Wildlife Conservation Commission, Tallahassee, Florida.

Maehr, D.S., E.D. Land, D.B. Shindle, O.L. Bass, and T.S. Hector. 2002. Florida panther dispersal and conservation. Biological Conservation 106:187-197.

McClintock, B.T., D.P. Onorato, and J. Martin. 2015. Endangered Florida panther population size determined from public reports of motor vehicle collision mortalities. Journal of Applied Ecology 52:893-901.

Morrison, J.L. 2001. Recommended management practices and survey protocols for Audubon's crested caracaras (*Caracara cheriway audubonii*) in Florida. Technical Report Number 18. Florida Fish and Wildlife Conservation Commission; Tallahassee, Florida.

Onorato, D. P., M. Criffield, M. Lotz, M. W. Cunningham, R. McBride, E. H. Leone, O. L. Bass, and E. C. Hellgren. 2011. Habitat selection by critically endangered Florida panthers across the diel period: implications for land management and conservation. Animal Conservation 14:196-205.

Samoray, S.T., S.N. Cotham, and M.W. Gumbert. 2019. Spring migration behavior of a *Perimyotis subflavus* (tri-colored bat) from Tennessee. Southeastern Naturalist 18(3):16–20.

Smith, L.M., J.A. Gore, T.J. Doonan, and C.J. Campbell. 2022. Tricolored bats at a southern range edge exhibit partial migration northward in autumn. Movement Ecology 10 (56).

Steiner, T.M., O.L. Bass, Jr., and J.A. Kushlan. 1983. Status of the eastern indigo snake in Southern Florida National Parks and vicinity. South Florida Research Center Report SFRC-83-01, Everglades National Park; Homestead, Florida.

U.S. Fish and Wildlife Service (Service). 1999. South Florida multi-species recovery plan. U.S. Fish and Wildlife Service, Atlanta, Georgia.

U. S. Fish and Wildlife Service (Service). 2012. Panther Habitat Assessment Methodology. https://ipac.ecosphere.fws.gov/guideline/assessment/population/8/office/41420.pdf

U.S. Fish and Wildlife Service (Service). 2021. Standard Protection Measures for the Eastern Indigo Snake. South Florida Ecological Services Office; Vero Beach, Florida.

U.S. Fish and Wildlife Service (Service). 2021. Species Status Assessment Report for the Tricolored Bat (Perimyotis subflavus), Version 1.1. December 2021. Hadley, MA.

U.S. Geological Survey (USGS). 2023. North American Bat Monitoring Program (NABat). Reston, Virginia. Available from: https://sciencebase.usgs.gov/nabat/#/data/inventory. Accessed March 14, 2023.

# Enclosure A

## Kingston Special Conditions



October 20, 2023


Mr. Adam Knutson
U.S. Fish and Wildlife Service
777 37th Street, Suite D-101
Vero Beach, Florida 32960

RE:    DEP Application No.: 423130-001; Site ID: 423130
       Kingston
       Project No. 21CCL3707

Dear Adam:

Per your email request dated October 20, 2023, the Special Conditions for the Kingston project
(Project) have been finalized and are attached.

Additionally, construction of the large wildlife crossing proposed along the Project's spine road
will commence no later than 2027. Construction of the small wildlife crossings (12 total) will be
completed concurrently with the construction of each development pod. The Kingston developer
agreement with Lee County requires proportionate share funding of future improvements along
both Corkscrew Road and Alico Road, including large wildlife crossings; however, the timeline
for these improvements will be determined by Lee County.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

PASSARELLA & ASSOCIATES, INC.

Shane Johnson
Vice President

SJ/vv

Enclosures

cc:    Ray Blacksmith, w/enclosures
       Tony Cameratta, w/enclosures

*Offices in Florida and South Carolina*

13620 Metropolis Avenue ▪ Suite 200 ▪ Fort Myers, Florida 33912 ▪ Phone: (239) 274-0067 ▪ Fax: (239) 274-0069 ▪ www.Passarella.net

## SPECIAL CONDITIONS

1. **Compliance with Project Commitments**: As a condition of this permit, and for purposes of compliance with the Endangered Species Act and completion of technical assistance between the U.S. Fish and Wildlife Service (USFWS) and the Florida Department of Environmental Protection (FDEP), the Permittee has agreed to and will implement the following commitments for the Project.

   a. Location of Project Footprint and Preserved Lands: The Project totals 6,676.82± acres and is located in Sections 2, 3, 10, 11, 14, 15, 23-26, and 34-36; Townships 46 South; Range 27 East; and Section 35; Township 45 South; Range 27 East; Lee County. Development of the Project will require direct impacts to 12.87± acres of South Florida Water Management District (SFWMD) and FDEP wetlands and 133.42± acres of surface waters. Additionally, the Project will result in secondary impacts to 3.53± acres of wetlands.

   b. Wetland Mitigation: As required by FDEP condition, 4.57 wetland mitigation credits will be purchased from Corkscrew Regional Mitigation Bank (CRMB) for off-site wetland impacts within the Project. The CRMB wetland credits will be purchased before initiating construction on the Project site.

   c. Permanent Protection of Preserved Lands: As required by FDEP condition, permanent conservation easements will be placed on the on-site preservation lands before Project construction begins so that mitigation for listed species is achieved prior to Project impacts. The conservation easements will be recorded in phases, will run with the land, and will be held by Lee County with third-party beneficiary rights to the USFWS.

   d. Fish and Wildlife Foundation of Florida Fund Contributions: The Permittee will make contributions to the Fish and Wildlife Foundation of Florida Fund to be used to initiate and support conservation activities selected by the Fund's Board of Directors. Conservation activities to be supported through expenditures from the Fund include such activities as the construction of wildlife crossings and fencing, habitat acquisition and restoration, corridor enhancement, public education and outreach focused on the importance of wildlife conservation, and scientific research relevant to species conservation. Contributions to the Fund will be made as follows.

      i. Upon issuance of the FDEP permit, the Permittee will pay $350 per development acre (or approximately $1,186,150) to fund panther conservation and research.

      ii. The Permittee will pay $200 per residential building permit at the date of building permit issuance (or approximately $2,000,000) and $200 per home resale.

   e. Additional Off-Site Contribution: Upon issuance of the FDEP permit the Permittee has voluntarily agreed to convey, via quitclaim deed to the National Audubon Society, Inc., or its nominee which must be agreed to by the Service, those portions of the outstanding oil, gas, and mineral interests in Sections 16, 17, 20, 21, and 22; Township 47 South;

and Range 27 East in Collier County located within and outside of the Corkscrew Swamp Sanctuary, pursuant to deed recorded in Official Records Book 2497, Page 2505 of the Public Records of Collier County, Florida. The Service understands that this conveyance will contain appropriate reverter language if third-party litigation is filed that interrupts the activities that would otherwise be authorized by the Permit.

    f.   <u>Best Management Practices</u>:  The Permittee has committed to the following conservation measures and best management practices (BMPs).

        i.   *Prescribed Fire and Smoke Notice*:  The Permittee will provide notice of the use of prescribed fire in the Kingston area. This notice will be provided and recorded in a manner such that initial and subsequent residents and owners will be made aware of the use of prescribed fire in the vicinity of the Kingston area to manage wildland fuels and maintain fire-adapted ecological communities within preserve areas. The following notice concerning the use of prescribed fire will be provided:

> *"Periodic prescribed burning is a recognized land management tool and a recommended method of fuel management in Southwest Florida, including in the vicinity of the Kingston area, for minimizing wildfire hazards and maintaining healthy fire-adapted ecological communities. Homeowners will receive notice that prescribed burning may result in the periodic occurrence of temporary smoke and ash that drifts through developed areas."*

        ii.   *Environmental Education and BMPs for Living with Wildlife*:  The materials contained in Appendices D through I of the Projects Protected Species Management & Human-Wildlife Coexistence Plan will be included with the Homeowners' Association (HOA) documents for the Kingston community. Decisions regarding which educational materials and BMPs will be implemented within each community are left to the HOA and community residents, but the materials will be transferred to the developer and HOA.

        iii.   *Securing and Vaccinating Pets*:  HOA and/or homeowners' documents for the Kingston community will state that pets within the community be kept indoors, on a leash when outdoors, or kept within a securely covered kennel. Residents will be informed that vaccinating cats for the feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. As there is no definitive cure for FLV, community-wide vaccination of all pet cats protects homeowners' pets from illness, as well as preventing illness in Florida panthers.

2.  **Additional Best Management Practices**:  The Permittee will work with developers and HOAs to promote additional BMPs that will be implemented within the Project area, where appropriate, to minimize potential wildlife impacts and/or provide wildlife conservation benefits. BMPs that will be implemented at the Project are described below.

a. <u>Community Environmental Education</u>: This University of Florida program promotes residential environmental education that engages homeowners in understanding and implementing natural resource conservation strategies. Research has demonstrated that engaging residents improves environmental attitudes, knowledge, and behaviors (Hostetler et al. 2008). http://www.buildgreen.ufl.edu/enveducation.htm

b. <u>Environmental Covenants, Codes, and Restrictions for HOAs</u>: This publication provides sample language for developing HOA covenants, codes, and restrictions related to wildlife within residential development communities and environmental management in general (Hoestetler 2006). http://edis.ifas.ufl.edu/pdffiles/UW/UW24800.pdf

c. <u>Landscaping</u>: "Florida-Friendly Landscaping" promotes using native plants, efficient watering and fertilizing, xeriscaping, integrated pest management, and similar strategies to attract birds, butterflies, and beneficial insects to residential yards. http://www.floridayards.org/

d. <u>Community Lighting and "Dark Skies"</u>: The mission of DarkSky International "is to preserve and protect the nighttime environment and our heritage of dark skies through environmentally responsible outdoor lighting." Light pollution (the inappropriate use of light at night) can affect wildlife and ecosystems, human health, energy consumption, and the aesthetics of viewing the night sky. DarkSky International states, "A dark sky does not necessarily mean a dark ground. Smart lighting that directs light where it is needed creates a balance between safety and starlight." The DarkSky International webpage (http://www.darksky.org/) provides links to numerous resources for planning and implementing appropriate outdoor lighting within residential/commercial developments. These resources include the use of five outdoor lighting zones within communities (http://www.darksky.org/lighting/model-lighting-laws-policy/recommended-lighting-zones/), outdoor lighting basics (http://www.darksky.org/lighting/lighting-basics/), and practical guidelines for energy-efficient LED lighting (http://www.darksky.org/lighting/led-guide/). Implementing DarkSky-approved practices can reduce disturbances to wildlife within and adjacent to development areas. The Florida Wildlife Commission (FWC) maintains a "Wildlife Lighting" webpage that provides basic information and links to outdoor lighting resources (http://myfwc.com/conservation/you-conserve/lighting/).

e. <u>Living With Wildlife</u>: The Permittee will employ and promote a series of community design elements that advance wildlife conservation and minimize the potential for human-wildlife interactions within development areas, especially for large mammals (e.g., Florida panther; bear; deer; feral hogs), nocturnal species (e.g., Florida bonneted bat), and species that may pose human health risks (e.g., Eastern diamondback rattlesnake). FWC has published educational brochures for HOAs and residents living in proximity to Florida wildlife species such as the Florida panther, black bear, and various bats, birds, and reptiles (http://myfwc.com/conservation/you-conserve/wildlife/). Links for these wildlife brochures and/or webpages are as follows:

i.    A Guide to Living with Florida Panthers
(http://myfwc.com/media/152454/LivingWithPanthers.pdf)

ii.    Florida Panther Safety Tips
(http://myfwc.com/media/152457/PantherSafetyTipsFlyer.pdf)

iii.    Florida's BearWise
(http://myfwc.com/wildlifehabitats/managed/bear/wise/ and www.bearwise.org)

iv.    A Guide to Living in Bear Country
(http://myfwc.com/media/1333887/LivinginBearCountryBrochure.pdf)

v.    Living with Bats
(http://myfwc.com/media/3031963/LivingWithBats.pdf)

vi.    Sandhill Cranes
(http://myfwc.com/conservation/you-conserve/wildlife/sandhill- cranes/)

vii.    Everglade Snail Kite
(http://myfwc.com/media/152978/kitesbrochure.pdf)

viii.    A Guide to Living with Alligators
(http://myfwc.com/media/152524/Alligator- Brochure.pdf)

ix.    Getting Along with Snakes
(https://www.floridamuseum.ufl.edu/herpetology/fl- snakes/gettingalong/)

x.    A Guide to Living with Gopher Tortoises
(http://myfwc.com/media/1329739/GopherTortoise_LivingWithBrochure.pdf)

xi.    A Guide to Living with Urban Coyotes
(http://myfwc.com/media/2675483/Living-With-Urban-Coyotes.pdf)

xii.    Plants for Birds. The National Audubon Society provides an online database for selecting native plant species (by zip code) that support bird species (http://www.audubon.org/plantsforbirds).

3. **Management Plans for Specific Species**: The Permittee will implement the following protection guidelines during and after Project construction.

a. <u>American Alligator</u>

i.    Signs will be posted to instruct on-site workers and community residents not to feed or harass the American alligator, and will indicate that to do so is punishable by law.

4

ii.   Construction personnel and residents will be instructed that in the event there is a problem with a persistent nuisance alligator, they will need to contact FWC, as that is the only agency empowered to handle nuisance alligators.

iii.  Extensive, high-quality American alligator habitat will be provided throughout the property through wetland preservation, enhancement, and restoration. Following enhancement activities, these conservation areas will serve as potential foraging and nesting habitat. Invasive exotic species removal will result in wetland preserves more suitable to alligators and their prey species. The conservation areas will be maintained per the Project's Indigenous Preserve, Restoration, and Management Plan.

b.  Eastern Indigo Snake

i.   The Permittee shall implement the U.S. Fish and Wildlife Service's Standard Protection Measures for the Eastern Indigo Snake (SPM; Service March 23, 2021) during the construction of the Project and restoration of the conservation area.

ii.  Informational brochures addressing the identification and conservation of the Eastern indigo snake will be provided to all construction staff.

iii. The conservation areas associated with the Project will be maintained per the Project's Indigenous Preserve, Restoration, and Management Plan.

c.  Crested Caracara

i.   Prior to conducting any clearing activities within 1,500 meters (4,920 feet) of any previously documented or newly discovered crested caracara nest site, the Permittee shall conduct a survey during the crested caracara nesting season (January 1 through April 30) to determine if the documented or discovered nest is active, and if other crested caracara nests are present. The survey area shall include potential nesting and foraging habitat within 4,920 feet (1,500 meters) of the identified caracara nest, including potential habitat located in land adjacent to the Project site that is under the Permittee's ownership or neighboring areas where access is allowed.

ii.  To minimize the potential for disturbance to nesting crested caracaras, the Permittee shall conduct land clearing activities outside the nesting season for areas that occur within the primary zone, 984 feet (300 meters), of any documented crested caracara nest site. Should it be necessary to conduct land clearing activities during the nesting season, land clearing within 984 feet (300 meters) of any nest identified during the survey referenced above will not occur until monitoring has determined that the nest has been abandoned or chicks within the nest have fledged and left the nest site. Once the nest is empty, clearing that primary zone and nest tree can proceed in concert with condition no. iii.

    iii.    If construction activities are to occur within 984 feet (300 meters) of an active nest identified in the most recent nesting season, the Permittee shall conduct restoration of caracara nesting and foraging habitat on a scale equal to the portion of the breeding territory that is impacted by construction activities. Restoration activities will be conducted by restoring native dry or wet prairie with scattered cabbage palms or creating improved pasture and planting scattered cabbage palms. Restoration activities will occur on existing agricultural lands located within the Project site or on agricultural lands adjacent to the Project site under the Permittee's ownership. The Permittee shall contact the USFWS's Florida Ecological Services Office (FESO) at (772) 562-3909 for technical assistance and will notify the FWC at ConservationPlanningServices@MyFWC.com prior to the start of the construction activities and shall provide the location and extent of proposed restoration activities. Once restoration activities have been completed, the restored habitat will be maintained in perpetuity and managed in a state that supports the use of crested caracara. The Permittee shall report the final location and extent of the restored habitat to the FESO, the FDEP, and the FWC upon the completion of restoration activities.

d.    <u>Florida Sandhill Crane and Other Wading Birds</u>

    i.    Enhancement and restoration activities will be conducted within existing wetlands located within the conservation areas associated with the Project. These activities will include removing invasive exotic plants and installing supplemental plantings, resulting in more suitable habitats for wading bird foraging and roosting.

    ii.    The creation of flow-ways from existing agricultural lands, along with the creation of lakes and lake littoral zones as part of the Project, will provide foraging habitat for wading birds.

    iii.    Plans for the Project include wetland enhancement and restoration. These activities will convert agricultural and exotic plant-infested habitats to native wetland habitats. This restoration will also enhance sheet flow through the Project and restore significant areas of habitat for wildlife, including wading birds.

    iv.    The grading plan for the wetland restoration areas includes the establishment of wading bird foraging habitat by grading to varying depths to allow the concentration of prey for wading birds at alternating times of the year as water levels seasonally rise and recede.

    v.    Project residents and maintenance staff will be provided with a brochure titled "Wading Bird Informational Pamphlet," prepared by Passarella and Associates, Inc. This brochure provides wading bird information and methods to prevent human-wading bird interactions. In addition, the brochure informs residents of the need to avoid disturbance around nesting colonies should a colony be identified on the property in the future.

e. <u>Florida Bonneted Bat and Tricolored Bat</u>

    i.    The Permittee shall conduct a cavity tree and roost survey on the Project site within 30 days prior to the removal of trees, snags, or structures. When possible, trees, snags, and structures will be removed outside the breeding season (January 1 through April 15 for Florida bonneted bat, May through July for tricolored bat). If evidence of use by either Florida bonneted bats or tricolored bats is observed, the tree removal will be discontinued, and the Permittee shall contact the FESO at (772) 562-3909 for technical assistance and will notify the FWC at <u>ConservationPlanningServices@MyFWC.com</u>.

    ii.    The Permittee shall maintain a 250-foot buffer around known or suspected Florida bonneted bat or tricolored bat roosts when using heavy equipment to minimize disturbance to roosting bats.

    iii.    The Permittee shall implement the preservation and enhancement of 1,173.58± acres of existing on-site wetlands to promote Florida bonneted bat and tricolored bat foraging and roosting opportunities. In addition, approximately 447± acres of wetland flow-way marsh will be created from existing agricultural lands, providing additional foraging habitat for the Florida bonneted bat and tricolored bat.

    iv.    The Permittee shall enhance riparian habitat by planting native vegetation along the lake shorelines (i.e., littoral zone plantings).

    v.    Widespread application of insecticides by the Permittee shall be avoided in areas where Florida bonneted bats or tricolored bats are known or expected to forage or roost.

    vi.    The Permittee shall plant native trees and shrubs within open spaces and buffer areas to promote insect diversity, availability, and abundance.

    vii.    The Permittee shall retain mature trees and snags within the proposed Conservation Areas that could provide roosting habitat for Florida bonneted bat.

    viii.    The Permittee shall implement DarkSky International lighting initiatives to minimize the use of artificial lighting and retain natural light conditions to the greatest extent practicable.

    ix.    The Permittee will implement prescribed fire as a management tool within Conservation Areas to promote foraging habitat for Florida bonneted bat and tricolored bat.

f.  Big Cypress Fox Squirrel

    i.    Prior to the commencement of clearing activities in the development area and removal of exotic trees within the preserve areas, a survey will be conducted by a qualified ecologist to identify potential Big Cypress fox squirrel nests. If potential nests are identified within the clearing limits or the preserve areas, observations will be conducted to determine if Big Cypress fox squirrels are utilizing the nests. The FWC will be notified of nests determined to be utilized by Big Cypress fox squirrels. Active nests will be temporarily protected from clearing by a 125-foot radius undisturbed buffer until juvenile fox squirrels have vacated the nest(s), as confirmed by a qualified ecologist. After the completion of nesting and observations document that juvenile fox squirrels have vacated the nest(s), a written request to remove the nest tree(s) will be made to the FWC. After receipt of the written authorization from the FWC, the nest tree and buffer can be cleared.

    ii.   The conservation areas associated with the Project will be enhanced and managed per the Project's Indigenous Preservation, Restoration, and Management Plan and will provide foraging and nesting habitats for Big Cypress fox squirrels.

g.  Florida Black Bear

    i.    In order to deter the potential for interactions between humans and large mammals such as the Florida black bear, perimeter fencing will be utilized between the development and the conservation areas to deter large mammals from accessing the development areas.

    ii.   Kingston residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by FWC, titled "A guide to living in bear country," available at https://myfwc.com/media/1891/livinginbearcountrybrochure.pdf.

h.  Florida Panther

    i.    As stated in 1.d. above, the Permittee will make contributions to the Fish and Wildlife Foundation of Florida Fund as follows:

    ii.   Upon issuance of the FDEP permit, the Permittee will pay $350 per development acre (or approximately $1,186,150) to fund panther conservation and research.

    iii.  The Permittee will pay $200 per each residential building permit at date of building permit issuance (or approximately $2,000,000) and $200 per each home resale.

iv.  The Permittee will contribute approximately $20,000,000 to Lee County Proportionate Share for Corkscrew Road roadway improvements inclusive of pavement widening, flow-way culverts, and wildlife crossings.

v.  The Permittee will, at its sole cost and expense, construct a large wildlife crossing along the four-lane spine road. This location will provide and preserve a wildlife movement corridor between conservation lands east and west of the property. Additionally, 12 small wildlife crossings shall also be constructed within the Project to maintain intra-preserve connectivity and hydrologic flow throughout the Project. The wildlife crossing locations are shown in the Project plans.

vi.  The Permittee shall ensure that HOA and/or homeowners documents for the Kingston community state that pets within the community should be kept indoors, on a leash or supervised when outdoors in common areas, or secured within a covered kennel. Residents shall be informed that vaccinating cats for feline leukemia virus (FLV) can prevent disease transmission from house cats to Florida panthers. The Permittee shall ensure HOA and/or homeowners documents inform residents of the importance of community-wide vaccination of all pet cats for FLV since it protects homeowners' pets from illness, as there is no definitive cure, and assists in preventing illness in Florida panthers.

vii.  Kingston residents, community association managers, and maintenance staff will be provided with an educational brochure prepared by USFWS and FWC, titled "A guide to living with Florida Panthers." This brochure, which provides safety tips and instructions for panther encounters, is available at https://myfwc.com/media/3112/livingwithpanthers.pdf.

i.  Gopher Tortoise: Prior to commencing Project construction, a gopher tortoise survey will be conducted in accordance with FWC's gopher tortoise permitting guidelines (FWC 2020) to identify potential gopher tortoise burrows within the construction area. If gopher tortoise burrows are identified, the Permittee will obtain the appropriate permit from the FWC for the relocation of the gopher tortoises.

j.  Florida Burrowing Owl: Prior to clearing activities, a survey will be conducted in the impact area and adjacent habitats for the presence of burrowing owl burrows. Inactive (i.e., contains no eggs or flightless chicks) nest burrows within the proposed impact area will be removed with an FWC permit and in accordance with State and Federal regulations. Nest burrows can generally be considered inactive from July 10 to February 15, although some nesting occurs as early as October each year. Between February 15 and July 10, burrows attended by one or more burrowing owls are considered active nests unless information is available to suggest otherwise (i.e., proof that young fledged from the nest prior to July 10). Burrows within the impact area that are determined to be active will be temporarily protected from clearing by a 50-foot radius of undisturbed buffer (staked and/or roped-off) until the young fledge, as confirmed by a qualified biologist. These burrows will then be removed with an FWC permit and in accordance with state regulations.

9

k.  <u>Everglade Snail Kite</u>: Impacts to potential Everglade snail kite foraging habitat will be offset through the implementation of the on-site wetland preservation and enhancement and the creation of the Project's flow-ways, lake buffers, and stormwater management ponds, with associated littoral zones and native plantings. These activities will result in an increase in potential foraging habitat for the Everglade snail kite within the landscape and therefore is expected to have an incremental beneficial effect to the Everglade snail kite.