# EXHIBIT C

## COMPARISION TABLE OF SPECIES REVIEW PROCESS IN CORPS-LED AND FLORIDA-LED SECTION 404 PROGRAMS

**Comparison of Species Review Process in Corps-led and Florida-led Section 404 Programs**

| | **Corps-led 404 Program** | **Florida-led 404 Program** |
|---|---|---|
| **Agency Participants** | Corps, EPA, FWS, FWC | FDEP, EPA, FWS,[a] FWC |
| **Review Standard** | Whether permit "is likely to jeopardize the continued existence of" listed species or "adversely modify" designated "critical habitat"[b] | Same standard[c] |
| **"No Effect" Finding by Corps/FDEP** | No FWS review[d] | FWS receives and reviews all permit applications[e] |
| **"May Affect" Finding by Corps/FDEP** (Informal Consultation) | If permit "may affect" listed species or critical habitat, Corps informally consults with FWS.[f] | Same standard[g] |
| **"May Affect, Not Likely to Adversely Affect" Finding** (Informal Consultation Ends) | If permit "is not likely to adversely affect" listed species or critical habitat, consultation ends.[h] | Same standard[i] |
| **"Likely to Adversely Affect" Finding** (Formal Consultation) | If either the Corps or FWS determines that the proposed permit is "likely to adversely affect" listed species or critical habitat, formal consultation between the Corps and FWS begins.[j] | Same standard[k] |
| **Jeopardy Standard** | FWS issues a "biological opinion" evaluating whether the permit is likely to jeopardize the continued existence of a listed species or adversely modify critical habitat; if it makes that finding, the BiOp will include "reasonable and prudent" alternatives to the action, if any.[l] | Same standard[m] |
| **Incidental Take Authorization** | If there is "no jeopardy" but "incidental take" of listed species or critical habitat is reasonably certain to occur, FWS will issue an incidental take statement that specifies the impact of the incidental taking on the species, those "reasonable and prudent measures" necessary or appropriate to minimize such impact, measures necessary to comply with any take authorization, and any terms and conditions required to implement these measures.[n] | Same standard[o] |
| **Incidental Take Liability Protection Only If Complies with FWS Conditions** | Take liability protection is afforded only if permittee complies with FWS's conservation measures, terms and conditions.[p] This exemption may extend to private applicants covered by the federal action (i.e., Corps' issuance of a permit).[q] | Same standard[r] |
| **Species Review Terms and Conditions** | Corps has the <u>option</u> to accept or disregard FWS conditions[s] | FDEP must accept FWS's conditions[t] |
| **Permit Denial based on Species Concerns** | Corps "<u>may</u>" decide to not grant the permit.[u] | "If the FWC, FWS, or NMFS concludes that a permit application is likely to jeopardize or adversely modify designated critical habitat and no protection measures are available to reduce the risk to an acceptable level, [FDEP] <u>shall deny</u> the permit or shall |

|  | **Corps-led 404 Program** | **Florida-led 404 Program** |
|---|---|---|
|  |  | take no action and notify EPA and the applicant of the decision…"[v] |
| **EPA Oversight** | EPA may veto permits issued by the Corps of Engineers for limited reasons.[w] | EPA retains full oversight authority including the ability to object to or make recommendations on avoidance, minimization, and compensation measures for species.[x] |
| **Public Comment** | No right of public comment on project BiOp/ITS[y] | Public review and comment on all aspects of FDEP permit, including FWS and FWC species analysis and conservation measures, terms and conditions[z] |
| **Public Access to Species Review Documentation** | FOIA[aa] | Available in real-time on FDEP Information Portal[bb] |
| **Best Available Science** | FWS uses best available science[cc] | FWS must use "best available science" and BiOp requires State of Florida to use "best available data"[dd] |
| **Legal Challenges** | District court lawsuit challenging 404 permit and/or Biological Opinion[ee] | Florida Administrative Hearing[ff]<br>Florida Judicial Review in state courts[gg] |
| **Need for TRO/PI to Block an Issued Permit** | Plaintiff must obtain TRO/PI from federal court to block project pending judicial review | No final agency action if state administrative appeal is filed[hh] |
| **Standard of Review for Challenges to Species Protection Provisions in Section 404 Permits** | Arbitrary or Capricious, Abuse of Discretion, or Not in Accordance with Law[ii] | Factual findings not supported by competent, substantial evidence, erroneous interpretation of law, or exercise of discretion outside the range of discretion delegated to the agency by law[jj] |
| **Enforcement for Take due to Non-compliance with Incidental Take Provisions** | Federal enforcement[kk]<br>Citizen suit[ll] | State enforcement[mm]<br>Federal enforcement[nn]<br>Citizen suit[oo] |
| **Primary Source/Guidance** | FWS ESA Regulations (50 CFR Part 17)<br>ESA Consultation Handbook | Programmatic BiOp with ITS<br>FDEP-FWS-FWC Memorandum of Understanding<br>FDEP 404 Regulations<br>FDEP "will utilize [FWS]-approved permitting guidance that currently is used by the [Corps]"[pp] |

<u>Agencies</u>: U.S. Army Corps of Engineers (Corps), Florida Department of Environmental Protection (FDEP), U.S. Environmental Protection Agency (EPA), U.S. Fish & Wildlife Service (FWS), National Marine Fisheries Service (NMFS), Florida Fish & Wildlife Conservation Commission (FWC).[qq]

<u>Documents</u>: The ESA Section 7 Consultation Handbook ("ESA Handbook") is publicly available at https://www.fws.gov/media/endangered-species-consultation-handbook, and in the Administrative Record ("AR") at EPA-HQ-OW-2018-0640-0387-A10. The State 404 Program Applicant's Handbook ("Florida 404 Handbook"), which was adopted by Florida as a regulation (Fla. Admin. Code. R. 62-331.010(5)), is available in the AR at EPA-HQ-OW-2018-0640-0002-A20. The FWS Programmatic Biological Opinion ("BiOp") is found in the AR at EPA-HQ-OW-2018-0640-0642. The Memorandum of Understanding between FDEP, FWC, and FWS ("MOU") is available in the AR at EPA-HQ-OW-2018-0640-0016-A2.

[a] *"Technical assistance refers to a type of coordination process described in the ESA Section 7 Consultation Handbook (1998) that outlines a variety of ways in which the FWS provides expertise and guidance on an individual project basis. In the context of FDEP's 404 permit application reviews, the FWS will provide technical assistance to the State of Florida by providing information, reviews, and recommendations on effect determinations and protective measures to ensure compliance with the ESA, CWA, and Chapter 62-331, F.A.C." BiOp at x (emphasis added).

[b] 16 U.S.C. § 1536(a)(2).

[c] Florida-led process is intended to be "as protective as" the ESA Section 7 process in the Corps-led permit program. *See* MOU at 4. FWS "will provide technical assistance to FDEP to insure that no State 404 permit action jeopardizes the continued existence of ESA-listed species or adversely modifies or destroys critical habitat…" BiOp at 5 (emphasis added). FWS uses the same review standards as for Corps-led permits. *See id.* at 24-25 (explaining analysis for "no effect/no impact," "not likely to adversely affect/impact," "likely to adversely affect/impact," and "jeopardizes the continued existence of the species, and/or destroys or adversely modifies critical habitat"). As explained in the BiOp, "FDEP's processes and procedures to review State 404 applications will be similar to and will utilize the USFWS-approved permitting guidance that is currently used by the USACE, to ensure consistency with CWA and ESA requirements." BiOp at 67.

[d] If the Corps finds that a proposed permit will have "no effect" on listed species or critical habitat, ESA consultation does not occur. ESA Handbook at 3-12.

[e] BiOp at 11 ("FDEP will … forward submitted applications to FWS and USFWS"); *id.* at 12 ("USFWS will receive all permit applications and public notices directly from FDEP…USFWS will review all permit applications and effects assessments received from FDEP and FWC. USFWS will submit questions, information and comments or measures necessary to minimize effects to ESA-listed species as needed. FDEP, in coordination with FWC, will receive, review, and incorporate any impact minimization measures received from USFWS into its permit actions…"). FWS will "[r]eceive all the 404 permit applications sent by FDEP" and "[r]eview all the 404 permit applications sent by FDEP," and will "determine whether the permit application has the required information to assess: a. Whether or not issuing the permit is likely to jeopardize an ESA-listed or proposed fish, wildlife, or plant species or cause adverse modification to proposed or designated critical habitat of such species; and b. whether or not take, as defined by the ESA and [its] implementing regulations…is reasonably certain to occur as a result of issuing the permit after taking into account all the protection measures that the FDEP and/or the applicant propose to implement." *Id.* at 19-20; *see also* BiOp at 67-68 (explaining that "[a]ll State 404 applications will be forwarded to USFWS for review," with "FDEP or FWC preliminary determinations for effects to ESA-listed species…").

[f] ESA Handbook at 3-1.

[g] If permit "may affect/impact" listed species or critical habitat, FWS provides technical assistance and FDEP must adopt all FWS comments, terms, conditions, and protective measures. *See* BiOp at 11-12, 16.

[h] ESA Handbook at 3-12.

[i] BiOp at 24-25.

[j] ESA Handbook at 3-13.

[k] BiOp at 24-25.

[l] ESA Handbook at 4-1 to 4-2.

[m] FDEP is "prohibit[ed] [from] issuance of a permit that will likely jeopardize the continued existence of endangered or threatened species, or result in the likely destruction or adverse modification of habitat designated as critical for these species as determined by USFWS. The USFWS evaluation of the likelihood that a permit action may jeopardize a species or adversely modify critical habitat will take into account the effects of any unrelated non-federal actions occurring in the project area, similar to the way a cumulative effects analysis is conducted under section 7 of the ESA." BiOp at 25.

[n] ESA Handbook at 4-1 to 4-2.

[o] BiOp at 69-73.

[p] ESA Handbook at 2-12.

[q] 16 U.S.C. § 1536(b)(4); ESA Handbook at 2-12 to 2-13.

[r] BiOp at 69-73 (requiring compliance with all FWS terms and conditions in order for incidental take liability protection to apply).

[s] If a jeopardy/adverse modification determination results, the Corps "may" adopt FWS's reasonable and prudent alternatives, decide not to grant the permit, propose modifications of the action or offer other alternatives "not yet considered," or "choose to take other action if it believes, after a review of the biological opinion and the best available scientific information, such action satisfies [ESA] section 7(a)(2)." ESA Handbook at 2-11 to 2-12.

[t] FDEP "shall incorporate as permit conditions all recommended impact avoidance and minimization measures (protection measures) provided by the FWC, FWS, or NMFS under their respective authorities, to avoid jeopardizing listed species or adversely modifying designated or proposed critical habitat." Florida 404 Handbook, Section 5.2.3; BiOp at 68 (explaining that "FDEP will incorporate as permit conditions all recommended impact avoidance and minimization measures (protection measures) provided by the USFWS to avoid jeopardizing listed or proposed species and/or adversely modifying designated or proposed critical habitat").

[u] ESA Handbook at 2-11 to 2-12.

[v] Florida 404 Handbook, Section 5.2.3.

[w] 33 U.S.C. § 1344(c) (authorizing EPA veto of Corps permit in certain instances, i.e., "unacceptable adverse effect on municipal water supplies, shellfish beds and fishery areas (including spawning and breeding areas), wildlife, or recreational areas").

[x] BiOp at 12. While EPA may waive review of certain 404 permits, any Florida 404 permit applications "with reasonable potential for affecting ESA-listed or ESA-proposed species or critical habitat, however, are not waived" by EPA under any situation. *Id.* at 13. "Under the State 404 program, projects with reasonable potential for affecting ESA-listed species or ESA-proposed species or critical habitat are defined as projects that have been determined by FDEP and FWC, in coordination with USFWS, to affect listed species and their critical habitats, whether effects are beneficial or adverse." *Id.*

[y] Dkt. 99 at 38-40; Dkt. 102 at 41; *Nat'l Ass'n of Home Builders v. Defs. of Wildlife*, 551 U.S. 644, 660 n.6 (2007) (explaining that there is not an "independent right to public comment with regard to consultations conducted under § 7(a)(2)" of the ESA).

[z] BiOp at 13. "Details regarding the types and magnitude of effects to species and their critical habitats, as well as proposed protection measures are to be included in the public notice." *Id.*

[aa] https://www.usace.army.mil/FOIA/Offices.aspx; *see also* Dkt. 72 (comparing availability of environmental documents under Florida-led versus Corps-led programs).

[bb] Technical assistance process with FWS "will be accomplished prior to the Public Notice, when possible." MOU at 6. This is intended to allow species impact analysis and proposed protection measures to be available for public input, and to allow FWS and FWC the ability to consider and address those comments, as appropriate, including through changes to permit conditions and requirements. *Id.*

[cc] 16 U.S.C. § 1536(a)(2) ("In fulfilling the requirements of this paragraph each agency shall use the best scientific and commercial data available.").

[dd] Because FWS is participating in the Technical Assistance Process by virtue of its obligations arising under Section 7(a)(2) of the ESA in accordance with the Programmatic Biological Opinion, FWS must use the best available science. *Id.*; *see also* Dkt. 99 at 69. As explained in the Programmatic Biological Opinion, the State of Florida and FWS must use the "best available data," defined as: "Best available data means data to assure the quality of the science used to establish official positions, decisions, and actions *taken by the State of Florida during the review of State 404 program permit applications*, the quality of the biological, ecological, technical, and other relevant information that is used will only be that which is reliable, credible and represents the best data available. Under Section 7(a)(2) of the ESA, the USFWS is required to use the best available science..." BiOp at iv (emphasis added).

[ee] Permit applicants and permit opponents seek judicial review of Corps-led permit actions in federal district court.

[ff] Fla. Stat. § 120.569-.57; Fla. Admin. Code R. 28-106.215-.217.

[gg] Fla. Stat. § 120.68.

[hh] Fla. Admin. Code R. 62-110.106(7)(e)(2), (10)(a).

[ii] 5 U.S.C. § 706(2)(A).

[jj] Fla. Stat. § 120.68(7)(b), (d), (e).
[kk] 16 U.S.C. § 1540(e)
[ll] 16 U.S.C. § 1540(g)
[mm] Fla. Stat. § 120.68(7)(b).
[nn] 16 U.S.C. § 1540(e)
[oo] 16 U.S.C. § 1540(g)
[pp] BiOp at 67.
[qq] Since 1976, FWS and FWC have been parties to a cooperative agreement under Section 6(a) of the Endangered Species Act, which directs FWS to "cooperate to the maximum extent practicable with the States." *See* MOU at 4.