UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    *Plaintiffs,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    *Defendants,*

and

STATE OF FLORIDA, *et al.*,

    *Defendant-Intervenors.*

Civil Action No. 21-119 (RDM)

## UNOPPOSED MOTION TO INTERVENE OF CAMERATTA COMPANIES, LLC AND CAM7-SUB, LLC

Cameratta Companies, LLC and CAM7-Sub, LLC ("Cameratta") by and through their undersigned counsel, hereby submit this motion to intervene pursuant to Federal Rule of Civil Procedure 24(a).

On December 2, 2023, Plaintiffs filed a Motion for A Temporary Restraining Order and Preliminary Injunction, "to prevent the imminent issuance of two state 404 permits for projects that will cause them irreparable harm: the Bellmar and Kingston development projects." (Mot. at 7)[1] (Dkt. No. 135). Plaintiffs request the Court to enjoin Defendants from taking any action to

---

[1] Citations are to the docket entry page.

issue the permits for these two projects. *Id.* CAM7-Sub, LLC is an affiliate of Cameratta Companies LLC and the permit applicant for the Kingston development project. On January 12, 2024, Cameratta submitted a brief of Amicus Curiae (Dkt. No. 146) and attached declarations. (Dkt. No. 146-3 and 146-4). On January 22, 2024, the Court granted leave to file the brief but denied leave to file the declarations. (01/22/24 Minute Order). Cameratta seeks to intervene for the limited purposes of submitting the two declarations and to participate in the argument on the TRO motion if warranted.[2]

Under the Federal Rules of Civil Procedure, Cameratta may intervene as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively through permissive intervention pursuant to Fed. R. Civ. P. 24(b)(2).

Cameratta should be granted intervention of right under Fed. R. Civ. P. 24(a) because: (1) the motion to intervene is timely; (2) Cameratta has direct, substantial and legally protected interests in the permits which are the subject of the TRO motion; (3) the disposition of this action may, as a practical matter, impair or impede those interests; and (4) the present parties to the action do not adequately represent Cameratta's interests.

In the event Permittees are not granted intervention of right, Permittees request permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1)(B). The responses and defenses that Permittees would assert present questions of law and fact in common with the underlying suit, and would respond directly to the Plaintiffs' claims. Permittees' unique and valuable perspective on the underlying facts in this case would aid the Court's understanding of the legal and factual issues and, thereby, assist in the efficient resolution of this action. Further, Permittees' motion to intervene is timely, the request is limited, and would not delay or prejudice the litigation.

---

[2] Cameratta would be prepared to answer any questions concerning the Kingston project.

A separate memorandum accompanies this motion.

## CONCLUSION

For the reasons set forth above, the Court should grant Cameratta Companies, LLC and CAM7-SUB, LLC's motion to intervene.

Date:  January 23, 2024                    Respectfully submitted,


                HOLLAND & KNIGHT LLP


                By: /s/ Rafe Petersen
                Rafe Petersen (Bar ID No: 465542)
                Alexandra E. Ward (Bar ID No. 1688003)
                800 17th Street NW, Suite #1100
                Washington, D.C. 2006
                rafe.petersen@hklaw.com
                (202)419-2481


                Chené M. Thompson (pro hac pending)
                Fla. Bar No. 0541540
                Pavese Law Firm
                1833 Hendry Street
                Fort Myers, FL 33901

                *Attorneys for Cameratta Companies, LLC and CAM7-SUB, LLC*

**LCvR 7(m) CERTIFICATE OF CONFERRAL**

Pursuant to LCvR 7(m) of the U.S. District Court for the District of Columbia, I hereby certify that all parties were timely notified of Cameratta's motion to intervene.

Counsel for Plaintiffs indicated that "they do not oppose intervention for the limited purpose of opposing the Motion for TRO/Preliminary Injunction, as previously submitted with the motion for leave to appear as amici, and request an additional 5 pages for Plaintiffs' consolidated reply."

Counsel for Defendant Florida Department of Environmental Protection indicated that they take no position on Cameratta's motion to intervene.

Counsel for Defendant-Intervenor indicated that they take no position Cameratta's motion to intervene.

Counsel for Federal Defendants indicated that they take no position on Cameratta's motion to intervene.

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 23, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. District Court for the District of Columbia via the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by that system.

*/s/ Rafe Petersen*
Rafe Petersen

*Attorney for Cameratta Companies, LLC and CAM7-SUB, LLC*

#239791499_v1

5