UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    *Plaintiffs,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    *Defendants,*

and

STATE OF FLORIDA, *et al.*,

    *Defendant-Intervenors.*

Civil Action No. 21-119 (RDM)

### [PROPOSED] ORDER

Upon consideration of Cameratta Companies, LLC and CAM7-SUB, LLC's unopposed Motion to Intervene, it is hereby **GRANTED**.

**SO ORDERED** this ___ day of _____, 2024.

_____
Judge Randolph D. Moss

#239818807_v1