### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants, <br><br> and <br><br> STATE OF FLORIDA, et al., <br><br> Defendant-Intervenors, | CIVIL CASE NO.: 1:21-cv-119 (RDM) |

### MOTION FOR ADMISSION OF CHENÉ M. THOMPSON TO APPEAR
### *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Cameratta Companies, LLC and CAM7-Sub, LLC, respectfully move for the admission of Chené M. Thompson to appear and participate *pro hac vice* in the above-captioned matter. This motion is signed by Rafe Petersen, a sponsoring member of the Bar of this Court, and is supported by the accompanying Declaration of Chené M. Thompon, attached as **Exhibit A**.

Respectfully submitted this 24TH day of January, 2024.

>/s/ Rafe Petersen
>RAFE PETERSEN (Bar # 465542)
>800 17th Street NW, Suite 1100
>Washington, District of Columbia  20006
>Telephone: 202.419.2481
>Rafe.Petersen@hklaw.com
>*Counsel for Cameratta Companies, LLC and CAM7-Sub, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 24, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. District Court for the District of Columbia via the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by that system.

/s/ Rafe Petersen
Rafe Petersen

*Attorney for Cameratta Companies, LLC and CAM7-SUB, LLC*