IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>  Defendants,<br><br>and<br><br>STATE OF FLORIDA, et al.,<br><br>  Defendant-Intervenors, | CIVIL CASE NO.: 1:21-cv-119 (RDM) |

**DECLARATION OF CHENÉ M. THOMPSON IN SUPPORT OF MOTION FOR CHENÉ M. THOMPSON TO APPEAR AND PARTICIPATE *PRO HAC VICE***

I, Chené M. Thompson, declare as follows:

1. I am attorney with the Pavese Law Firm, located at 1833 Hendry Street, Fort Myers, Florida 33901. My office telephone number is 239.336.6234.

2. I am admitted to the following bars: Florida, The U.S. District Court for the Middle District of Florida; and the U.S. District Court for the Southern District of Florida.

3. I certify that I have never been disciplined by the Florida Bar Association, or any other bar or Court.

4. I have not been admitted *pro hac vice* in this Court in the past two (2) years.

5.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending in the District of Columbia bar.

6.  I seek pro hac vice status to represent *Amici Curiae* Cameratta Companies, LLC and CAM7-Sub, LLC.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of January, 2024.

*C. Thompson*
CHENÉ M. THOMPSON