# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　Defendants,<br><br>and<br><br>STATE OF FLORIDA, et al.,<br><br>　　Defendant-Intervenors, | CIVIL CASE NO.: 1:21-cv-119 (RDM) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CHENÉ M. THOMPSON PRO HAC VICE

The Court has reviewed Counsel for Cameratta Companies, LLC and CAM7-Sub, LLC's motion for admission of attorney Chene M. Thompson. Upon consideration of that motion, the Court grants attorney Chene M. Thompson pro hac vice admission to this Court.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Randolph D. Moss
United States District Judge