# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants,<br><br>and<br><br>STATE OF FLORIDA, et al.,<br><br>    Defendant-Intervenors, | CIVIL CASE NO.: 1:21-cv-119 (RDM) |

## NOTICE OF APPEARANCE OF COUNSEL

To: The Clerk of Court and All Parties of Record:

I am admitted to practice in this Court under LCvR 83.2(c)(1), and I appear in this case as co-counsel on behalf of Cameratta Companies, LLC and CAM7-Sub, LLC, in the above-captioned matter.

Respectfully submitted this 29th day of January, 2024.

/s/ Chené M. Thompson
CHENÉ M. THOMPSON*
Florida Bar No. 465542
Pavese Law Firm
P.O. Box 1507
Fort Myers, FL  33902-1507
Telephone: 239.336.6234
Email: CheneThompson@paveselaw.com
*Co-Counsel for Cameratta Companies, LLC and CAM7-Sub, LLC*
   * Admitted pro hac vice