IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 1:21-cv-0119 (RDM) |

**NOTICE REGARDING PERMIT APPLICATION NO. 396364-001**

EPA hereby informs the Court and the parties that on February 1, 2024, it notified the Florida Department of Environmental Protection that it would not provide comments on, object to, or make recommendations regarding, the Florida Section 404 permit application for the Bellmar Villages project, Application No. 396364-001.

Dated: February 1, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Andrew S. Coghlan
Andrew S. Coghlan (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9275
Fax: (202) 514-8865
Email: Andrew.Coghlan@usdoj.gov

Alison C. Finnegan (PA Bar 88519)
United States Department of Justice

1

                                                    Environment & Natural Resources Division
                                                    Wildlife & Marine Resources Section
                                                    P.O. Box 7611
                                                    Washington, DC 20044-7611
                                                    Tel: 202-305-0500
                                                    Email: Alison.C.Finnegan@usdoj.gov
                                                    *Attorneys for Federal Defendants*

## Certificate of Service

I certify that on February 1, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

                                                /s/ Andrew S. Coghlan
                                                ANDREW S. COGHLAN