IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL S. REGAN, *et al.*, <br><br> *Defendants*. | Civil Action No. 21-119 (RDM) |

_____

**FLORIDA INTERVENORS' MOTION FOR LEAVE TO FILE REPLY ON REMEDY**
_____

The State of Florida and the Florida Department of Environmental Protection ("FDEP") (together, "Florida Intervenors") respectfully move for leave to file the accompanying memorandum (less than two pages) concerning remedy. This Court has wide discretion to accept a reply or supplemental brief where "helpful" to the Court or "where doing so promotes the fair and efficient administration of justice." *Pao Tatneft v. Ukraine*, No. 17-582 (CKK), 2020 WL 2476034, at *2 (D.D.C. May 13, 2020). Good cause supports this motion because an improper remedy would impose broad economic and environmental consequences. To support vacatur, Plaintiffs discuss two "options" for "comply[ing] with the [Endangered Species Act (ESA)]." Dkt. 161 at 10. Florida Intervenors' short reply addresses those options, explaining how the "first option" – an adequate programmatic BiOp with ITS – reinforces "remand without vacatur"; and how Plaintiffs' notion of a "second option" – a program where "may affect" permits are given to the Corps of Engineers – contravenes the Clean Water Act and ESA. The Court should have the benefit of this information

1

before ruling on the pending motions. Federal Defendants take no position on the relief requested.

Plaintiffs take no position on the motion but believe further briefing is unnecessary.

Dated:  February 12, 2024                                  Respectfully submitted,

                                                                                  BAKER BOTTS L.L.P.


                                                                                  */s/ Jeffrey H. Wood*
                                                                                  Jeffrey H. Wood (D.C. Bar No. 1024647)
                                                                                  700 K Street, NW
                                                                                  Washington, D.C. 20001
                                                                                  Phone: (202) 639-7700
                                                                                  jeff.wood@bakerbotts.com

                                                                                  Lily N. Chinn (D.C. Bar No. 979919)
                                                                                  101 California Street
                                                                                  San Francisco, CA 94111
                                                                                  Phone: (415) 291-6200
                                                                                  lily.chinn@bakerbotts.com

                                                                                  Aaron M. Streett (TX Bar No. 24037561)
                                                                                  Harrison Reback (TX Bar No. 24012897)
                                                                                  (*pro hac vice*)
                                                                                  910 Louisiana Street
                                                                                  Houston, TX 77002-4995
                                                                                  Phone: (713) 229-1234
                                                                                  aaron.streett@bakerbotts.com
                                                                                  harrison.reback@bakerbotts.com

## CERIFICATE OF SERVICE

I hereby certify that on this the 12th day of February 2024, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com
