UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

        *Plaintiffs*,

  v.

MICHAEL S. REGAN, *et al.*,

        *Defendants.*

Civil Action No. 21-119 (RDM)

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 163, it is hereby **ORDERED** that Plaintiffs' motion for summary judgment, Dkt. 98, is **GRANTED** with respect to Counts 3, 4, 6, and 10–13 of Plaintiffs' amended complaint, Dkt. 77. The Federal Defendants' cross-motion for summary judgment, Dkt. 99, and Defendant-Intervenors' cross-motion for summary judgment, Dkt. 102, are hereby **DENIED** as to those same Counts; and

It is further **ORDERED** that the programmatic biological opinion and incidental take statement are **VACATED**. It is also **ORDERED** that the EPA's approval of Florida's application to assume authority to issue permits under Section 404 of the Clean Water Act, 33 U.S.C. § 1344, is hereby **VACATED**. The Court will, however, permit Defendants to seek a limited stay of the Court's order vacating the assumption decision within ten days of this order, as explained in the Court's memorandum opinion, but, unless and until such a limited stay issues, the State is without any authority to issue a Section 404 permit, and all Section 404 permitting authority in the State of Florida is vested in the Army Corps of Engineers;

It is further **ORDERED** that the Center for Biological Diversity and the Sierra Club's motion for a temporary restraining order and preliminary injunction, Dkt. 135, is **DENIED** as moot; and

It is further **ORDERED** that the State of Florida's request that the Court enter partial final judgment pursuant to Federal Rule of Civil Procedure 54(b) is **DENIED** without prejudice as premature.

    **SO ORDERED**.

                                                     /s/ Randolph D. Moss
                                                   RANDOLPH D. MOSS
                                                   United States District Judge

Date:  February 15, 2024