# EXHIBIT C

# EXHIBIT C

## Florida Section 404 Program "May Affect" Process

*For Use During Period of Limited Stay of February 15, 2024 Vacatur Order
Issued by U.S. District Court Judge Randolph Moss*

1. FDEP receives a permit application.

2. Within approximately 3-5 days, FDEP will send a copy to FWS and FWC. FWC will send questions or requests for information, and if possible, a preliminary affected species list and type of effects determination to FWS.

   **NOTE: Various federal agency tools are available for assisting with initial determinations concerning potential effects to listed species. For example, an applicant could submit the results generated from the FWS "Information for Planning and Consultation" online tool (also known as "iPaC"), which is available at https://ipac.ecosphere.fws.gov/, to assist with supporting a "no effect" finding. FDEP will continue to coordinate with FWC for State-listed species as needed.**

3. Within approximately 15 days of receipt, FWS may send to FDEP any comments or questions it has about missing information, or potential effects to listed species or critical habitat, or protective measures to avoid or minimize effects.

4. Within 30 days from receipt, FDEP must either request additional information (RAI) from applicant or deem the application complete.

5. After FDEP receives additional info, FDEP has 30 days to review the response and: (a) Request clarification of answers to the questions, including those requested by FWS or FWC; or (b) Notify the applicant their application is complete.

6. Before the application is deemed complete and/or before a public notice is issued, FWC and FWS may determine whether there is reasonable potential to affect listed species, or critical habitats, and if so, the types of effects. These determinations are forwarded to FDEP.

   **NOTE: For the duration of the limited stay of the vacatur order, FDEP will consider a "may affect" situation as existing where FDEP, FWC, FWS, NMFS, or EPA find that a permit application, if approved, "may affect" any federally-listed species or designated critical habitat. This includes any situation where any of these agencies find that a permit application has a "reasonable potential for affecting endangered or threatened species or critical habitat."**

   **Where a "may affect" permit situation is found to exist, FDEP will invite the permit applicant to select one of the following options: (1) request that FDEP hold the permit application in abeyance pending further notice from the applicant; (2) amend the permit application with changes to ensure "no effect" on listed species/critical habitat;**

**(3) withdraw the permit application; or (4) request that FDEP transfer the permit application file to the Corps for processing. For the duration of the limited stay order, FDEP will not process or issue Section 404 permits that "may affect" listed species or designated critical habitat, as described herein.**

**Notwithstanding a "may affect" finding as described above, FDEP is authorized to process permit applications with a "may affect" finding where the project will be subject to Section 7 procedures (e.g,, for a project with an additional federal action otherwise triggering Section 7 consultation) or a Section 10 Incidental Take Permit (e.g., for a project where the applicant has voluntarily decided to pursue a Section 10 permit).**

7. After the application is found to have "no effect" on listed species and is otherwise deemed complete, FDEP has 10 days to issue a public notice for applications for individual permits.

8. For the duration of the limited stay of the vacatur order, reviews by EPA will no longer be waived. After the public comment period closes, FDEP has 60 days to issue or deny the permit.

9. If EPA reviews the public notice, then EPA's Section 404 regulations (40 C.F.R. § 233.50) will govern the process of State 404 permit review by EPA.
    a. EPA has 10 days to send a copy of the public notice to FWS.
    b. FWS has 15 days to notify EPA it intends to comment
    c. Upon notification by FWS, EPA has 30 days from the receipt of public notice to provide notice to FDEP of intent to provide comment, object, or make recommendations, or reserve its right to comment or object.
    d. FWS has 50 days from receipt of public notice from EPA to send comments to EPA
    e. EPA has 90 days to send comments or objection to FDEP. The final decision to comment, object, or to require permit conditions will be made by EPA.

**NOTE**: **For the duration of the limited stay of the vacatur order, an initial "no effect" finding may be revisited if, after public notice, any of these agencies (FDEP, FWC, FWS, NMFS, or EPA) find that a permit application "may affect" listed species or critical habitat. In other words, the initial "no effect" finding can be reconsidered based on public comments. Again, FDEP will consider a "may affect" situation as existing where FDEP, FWC, FWS, NMFS, <u>or</u> EPA find that a permit application, if approved, "may affect" any federally-listed species or designated critical habitat.**