#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL.<br><br>    Plaintiffs,<br><br>     v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.<br><br>    Defendants. | **CASE NO.** 1:21-cv-00119 (RDM) |

#### [PROPOSED] ORDER GRANTING LIMITED STAY OF FEBRUARY 15, 2024 VACATUR ORDER

Upon consideration of the State of Florida and the Florida Department of Environmental Protection's motion for limited stay, and in consideration of the entire record, it is hereby **ORDERED** that the motion for limited stay is **GRANTED** as set forth herein.

[This Court's February 15, 2024 order vacating EPA's approval of Florida's Section 404 Program is **STAYED** as to all Florida Section 404 permits and permit modifications in assumable waters, <u>except</u> as to any pending or future permit applications which "may affect" listed species or designated critical habitat. The process set forth in Florida Intervenors' **Exhibit C** shall govern "may affect" procedures during the period of this limited stay. Moreover, notwithstanding a "may affect" finding, the State of Florida shall continue to administer Section 404 permit applications in assumable waters where a project has been, is, or necessarily will be subject to (A) an Endangered Species Act (ESA) Section 7 consultation process (e.g,, for a project requiring an additional federal action triggering Section 7 consultation procedures), or (B) a Section 10 Incidental Take Permit

process (e.g., for a project where the applicant has voluntarily decided to obtain a Section 10 permit).]

[*This Court's February 15, 2024 order vacating EPA's approval of Florida's Section 404 Program is **STAYED** as to all Florida Section 404 permits and permit modifications in assumable waters. During the period of this limited stay, the State of Florida shall continue to implement the State's existing species review process in coordination with the U.S. Environmental Protection Agency, U.S. Fish and Wildlife Service, National Marine Fisheries Service, and Florida Fish and Wildlife Conservation Commission, as supplemented in accordance with the "Procedures" set forth in Section III of the New Jersey-EPA-FWS Memorandum of Agreement (as found in the Administrative Record at FWS-006148 to -006152).*][1]

This limited stay is also subject to the following:

This limited stay shall be in effect for a period of six (6) months, unless extended by further order of this Court. Florida Intervenors and Federal Defendants are directed to file status reports with this Court on the 15th day of each month for the duration of this limited stay. Such monthly reports shall identify (A) all individual and general permits under review by FDEP at the time of the report's filing that have been found to "may affect" listed species, (B) any such permits that have been transferred to the U.S. Army Corps of Engineers for processing during the time period covered by each report; and (C) any other steps taken by Florida Intervenors and Federal Defendants to respond to this Court's February 15th opinion and order.

---

[1] This bracketed option is provided in the event that this Court does not accept the prior paragraph.

This Court's vacatur of the Programmatic Biological Opinion and Incidental Take Statement remains in effect during the period of this limited stay.

Nothing in this order affects Florida's authority to enforce the Section 404 program in assumable waters for the duration of this limited stay.

**IT IS SO ORDERED.**

DATE: _____                              _____
                                                  HON. Randolph D. Moss
                                                  **United States District Court Judge**