IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY, ET AL.

      Plaintiffs,

      v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.

      Defendants.

**CASE NO.** 1:21-cv-00119 (RDM)

_____

**[PROPOSED] ORDER ENTERING FINAL JUDGMENT**
_____

Upon consideration of Florida Intervenors' motion for entry of final judgment, and in consideration of the entire record, it is hereby **ORDERED** that the motion is **GRANTED**. [In accordance with this Court's opinion and order of February 15, 2024, final judgment is now entered for Plaintiffs (as a separate document in accordance with Rule 58(d)) as to the Endangered Species Act Claims (Counts 3, 4, 6, 10–13). Because complete relief has been granted to Plaintiffs, all other claims are dismissed as moot.]

[ALTERNATE – In accordance with this Court's opinion and order of February 15, 2024, partial final judgment is now entered for Plaintiffs under Rule 54(b) as to the distinct Endangered Species Act Claims for relief (Counts 3, 4, 6, 10–13). The Court finds "no just reason for delay."]

**IT IS SO ORDERED.**

DATE: _____

_____
HON. Randolph D. Moss
**United States District Court Judge**