# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　Plaintiffs,<br><br>　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　Defendants. | Case No. 1:21-cv-0119 (RDM) |

## FEDERAL DEFENDANTS' NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Under Local Rule 83.6, Michael R. Eitel enters his appearance and substitutes in place of Alison C. Finnegan as co-counsel for Federal Defendants in this matter. For Mr. Eitel, service of all papers should be made to the address below:

Michael R. Eitel (NE Bar 22889)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 302
Denver, Colorado 80202
Tel: 303-844-1479
Fax: 303-844-1350
Email: Michael.Eitel@usdoj.gov

Dated: March 13, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Andrew S. Coghlan (CA Bar 313332)
Environmental Defense Section

P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9275
Fax: (202) 514-8865
Email: Andrew.Coghlan@usdoj.gov

*/s/ Michael R. Eitel*
Michael R. Eitel (NE Bar 22889)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 302
Denver, Colorado 80202
Tel: 303-844-1479
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*