IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

    Plaintiffs,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    Defendants.

CASE NO. 1:21-cv-00119 (RDM)

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

    Plaintiffs, by and through undersigned counsel, respectfully move the Court for a three-day extension of time to respond to the March 11, 2024, Florida Intervenors' Expedited Motion for Entry of Final Judgment, Dkt. 171. On Friday, March 8, 2024, Florida Intervenors asked for the Plaintiffs' position on a forthcoming motion, which they suggested would merely be renewing their request for entry of partial judgment on the ESA claims, citing their prior request for entry of partial judgment and the Court's order on that request. *See* Composite Exh. at 2 (citing Dkt. 160 at 2 n. 1, Dkt. 163 at 97). On Monday, March 11, 2024, Plaintiffs' stated that they opposed that relief and would file a response. *See* Composite Exh. at 3.

    Counsel for Florida did not disclose to Plaintiffs that Florida Intervenors would instead be moving for dismissal of Plaintiffs' remaining counts as moot, for entry of final judgment on all claims, and to cut Plaintiffs' response time from 14 days to 7. *See* Composite Exh. at 4; Dkt. 171 at 5. Counsel for Florida also did not disclose that Florida Intervenors would ask for the Court's status conference to be moved to the "next earliest available date." *Id.* Counsel's statement to the Court that Florida Intervenors had "sought the position of the other parties on

1

*this* motion" was therefore untrue.  Dkt. 171 at 5 (emphasis added).  In light of Florida's motion, on Tuesday, March 12, 2024, the Court ordered that responses be filed by March 18, 2024 (rather than the March 25, 2024, deadline afforded by the rules).

Plaintiffs respectfully request that they be granted at least an additional three days (to March 21, 2024) to file a response.  Plaintiffs' counsel require additional time in order to adequately prepare for the unanticipated issues Florida Intervenors have raised and to adequately confer with the seven Plaintiffs they represent.  In addition, of the three attorneys litigating this matter, one is on leave until March 18, 2024.  Florida Intervenors have not articulated a need to cut short Plaintiffs' response time that would outweigh the need for Plaintiffs to have adequate time to respond.  Their lack of candor as to what relief they would be seeking from the Court was also prejudicial to the Plaintiffs' ability to prepare.

Florida Intervenors have advised the Plaintiffs that they oppose an additional three days to respond to the motion "in light of the urgent need for their requested relief."  Composite Exh. at 7.  Plaintiffs note, however, that the Florida Intervenors' motion was filed more than three weeks after the Court's ruling, Dkt. 163, and while the Court has before it Florida Intervenors' motion for a stay, Dkt. 166.  The Federal Defendants advise that they take no position on the relief requested.

In light of the foregoing, Plaintiffs respectfully request that they be granted at least three more days to respond to Florida Intervenors' Expedited Motion for Entry of Final Judgment, Dkt. 171, to at least March 21, 2024.

Dated: March 13, 2024

                                                    Respectfully submitted,

                                                    /s/ Tania Galloni
                                                    TANIA GALLONI*

Fla. Bar No. 619221
CHRISTINA I. REICHERT*
Fla. Bar No. 0114257
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org
creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

* Appearing *pro hac vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2024, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

    Respectfully submitted,

    /s/ Tania Galloni
    TANIA GALLONI
    Fla. Bar No. 619221
    Earthjustice
    4500 Biscayne Blvd., Ste 201
    Miami, FL 33137
    T: 305-440-5432
    F: 850-681-0020
    tgalloni@earthjustice.org