# COMPOSITE EXHIBIT

**Tania Galloni**

| | |
|---|---|
| **From:** | Wood, Jeffrey <jeff.wood@BakerBotts.com> |
| **Sent:** | Friday, March 8, 2024 9:47 AM |
| **To:** | Tania Galloni; Christina Reichert; Bonnie Malloy; Coghlan, Andrew (ENRD); Finnegan, Alison C. (ENRD) |
| **Cc:** | Chinn, Lily; Streett, Aaron |
| **Subject:** | RE: CBD v. Wheeler, 21-cv-119 (D.D.C.) |

**External Sender**



Dear Counsel,

As referenced in our post-hearing remedy brief (Dkt. 160 at 2 n. 1) and as permitted by Judge Moss's February 15th ruling (Dkt. 163 at 97), Florida Intervenors plan to file a request for entry of judgment at the earliest opportunity. Please let us know your position on such a motion by the close of business on Monday. Thank you for your kind attention to this request.

Best,

Jeff

**Jeffrey H. Wood**

Partner

Baker Botts L.L.P.

jeff.wood@bakerbotts.com

T +1.202.639.7732

M +1.202.600.1630

700 K Street NW

1

# Tania Galloni

| | |
|---|---|
| **From:** | Tania Galloni |
| **Sent:** | Monday, March 11, 2024 3:20 PM |
| **To:** | Wood, Jeffrey; Christina Reichert; Bonnie Malloy; Coghlan, Andrew (ENRD); Finnegan, Alison C. (ENRD) |
| **Cc:** | Chinn, Lily; Streett, Aaron |
| **Subject:** | Re: CBD v. Wheeler, 21-cv-119 (D.D.C.) |

Hi, Jeff.

You can represent our position as:

Plaintiffs oppose the motion and intend to file a response in opposition.

Thanks,
Tania

---

**From:** Wood, Jeffrey <jeff.wood@BakerBotts.com>
**Sent:** Friday, March 8, 2024 9:46:37 AM
**To:** Tania Galloni <tgalloni@earthjustice.org>; Christina Reichert <creichert@earthjustice.org>; Bonnie Malloy <bmalloy@earthjustice.org>; Coghlan, Andrew (ENRD) <Andrew.Coghlan@usdoj.gov>; Finnegan, Alison C. (ENRD) <Alison.C.Finnegan@usdoj.gov>
**Cc:** Chinn, Lily <lily.chinn@bakerbotts.com>; Streett, Aaron <Aaron.Streett@BakerBotts.com>
**Subject:** RE: CBD v. Wheeler, 21-cv-119 (D.D.C.)

**External Sender**

Dear Counsel,

As referenced in our post-hearing remedy brief (Dkt. 160 at 2 n. 1) and as permitted by Judge Moss's February 15th ruling (Dkt. 163 at 97), Florida Intervenors plan to file a request for entry of judgment at the earliest opportunity. Please let us know your position on such a motion by the close of business on Monday. Thank you for your kind attention to this request.

Best,

Jeff

| | |
|---|---|
| **From:** | Tania Galloni |
| **To:** | Wood, Jeffrey; Christina Reichert; Bonnie Malloy; Coghlan, Andrew (ENRD); Finnegan, Alison C. (ENRD) |
| **Cc:** | Chinn, Lily; Streett, Aaron |
| **Subject:** | RE: CBD v. Wheeler, 21-cv-119 (D.D.C.) - Confer re Motion for Extension of Time |
| **Date:** | Tuesday, March 12, 2024 10:45:15 PM |

Dear All:

We will be asking the Court to extend our time to respond to Florida's Motion for Entry of Final Judgment (Dkt. 171) by 3 days to Thursday, March 21.

As shown by the exchange below, Jeff's pre-filing conference suggested that Florida would merely be renewing its request for entry of partial judgment on the ESA claims, which is what Florida requested, and Judge Moss denied without prejudice, in the filings Jeff cited below.  *See* Dkt. 160 at 2 n. 1, Dkt. 163 at 97.  We stated our position as to that request within the time Jeff asked.  But Jeff did not disclose that he would be moving for dismissal of our remaining counts as moot, for entry of judgment on all claims, to cut our response time from 14 days to 7, or to move the date of the status conference (and therefore did not confer with us on any of those matters).  Today, the Court ordered that responses be filed by March 18 (half the time permitted by the rules).

We require additional time to confer with our clients and prepare a response to these matters (as well as to what is now Florida's alternate request for relief, the entry of partial judgment).  Please let us know your position on our request by 5PM EST Wednesday, March 13.

Thanks,
Tania

**From:** Wood, Jeffrey <jeff.wood@BakerBotts.com>
**Sent:** Monday, March 11, 2024 3:31 PM
**To:** Tania Galloni <tgalloni@earthjustice.org>; Christina Reichert <creichert@earthjustice.org>; Bonnie Malloy <bmalloy@earthjustice.org>; Coghlan, Andrew (ENRD) <Andrew.Coghlan@usdoj.gov>; Finnegan, Alison C. (ENRD) <Alison.C.Finnegan@usdoj.gov>
**Cc:** Chinn, Lily <lily.chinn@bakerbotts.com>; Streett, Aaron <Aaron.Streett@BakerBotts.com>
**Subject:** RE: CBD v. Wheeler, 21-cv-119 (D.D.C.)

**External Sender**

Thank you

**From:** Tania Galloni <tgalloni@earthjustice.org>
**Sent:** Monday, March 11, 2024 3:20 PM
**To:** Wood, Jeffrey <jeff.wood@BakerBotts.com>; Christina Reichert <creichert@earthjustice.org>;

Bonnie Malloy <bmalloy@earthjustice.org>; Coghlan, Andrew (ENRD) <Andrew.Coghlan@usdoj.gov>; Finnegan, Alison C. (ENRD) <Alison.C.Finnegan@usdoj.gov>
**Cc:** Chinn, Lily <lily.chinn@bakerbotts.com>; Streett, Aaron <Aaron.Streett@BakerBotts.com>
**Subject:** Re: CBD v. Wheeler, 21-cv-119 (D.D.C.)

**[EXTERNAL EMAIL]**

Hi, Jeff.

You can represent our position as:

Plaintiffs oppose the motion and intend to file a response in opposition.

Thanks,
Tania

**From:** Wood, Jeffrey <jeff.wood@BakerBotts.com>
**Sent:** Friday, March 8, 2024 9:46:37 AM
**To:** Tania Galloni <tgalloni@earthjustice.org>; Christina Reichert <creichert@earthjustice.org>; Bonnie Malloy <bmalloy@earthjustice.org>; Coghlan, Andrew (ENRD) <Andrew.Coghlan@usdoj.gov>; Finnegan, Alison C. (ENRD) <Alison.C.Finnegan@usdoj.gov>
**Cc:** Chinn, Lily <lily.chinn@bakerbotts.com>; Streett, Aaron <Aaron.Streett@BakerBotts.com>
**Subject:** RE: CBD v. Wheeler, 21-cv-119 (D.D.C.)

**External Sender**

Dear Counsel,

As referenced in our post-hearing remedy brief (Dkt. 160 at 2 n. 1) and as permitted by Judge Moss's February 15th ruling (Dkt. 163 at 97), Florida Intervenors plan to file a request for entry of judgment at the earliest opportunity. Please let us know your position on such a motion by the close of business on Monday. Thank you for your kind attention to this request.

Best,

Jeff

**Jeffrey H. Wood**

Partner

Baker Botts L.L.P.

[jeff.wood@bakerbotts.com](mailto:jeff.wood@bakerbotts.com)

T +1.202.639.7732

M +1.202.600.1630

700 K Street NW

Washington DC 20001

USA

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

| | |
|---|---|
| **From:** | Wood, Jeffrey |
| **To:** | Tania Galloni |
| **Cc:** | Christina Reichert; Bonnie Malloy; Coghlan, Andrew (ENRD); Finnegan, Alison C. (ENRD); Chinn, Lily; Streett, Aaron |
| **Subject:** | Re: CBD v. Wheeler, 21-cv-119 (D.D.C.) - Confer re Motion for Extension of Time |
| **Date:** | Wednesday, March 13, 2024 8:30:25 AM |

**External Sender**


Good morning Tania,
You can state that Florida Intervenors oppose the extension request in light of the urgent need for their requested relief.
Best,
Jeff

> On Mar 12, 2024, at 10:45 PM, Tania Galloni <tgalloni@earthjustice.org> wrote:
>
> **[EXTERNAL EMAIL]**
>
> Dear All:
>
> We will be asking the Court to extend our time to respond to Florida's Motion for Entry of Final Judgment (Dkt. 171) by 3 days to Thursday, March 21.
>
> As shown by the exchange below, Jeff's pre-filing conference suggested that Florida would merely be renewing its request for entry of partial judgment on the ESA claims, which is what Florida requested, and Judge Moss denied without prejudice, in the filings Jeff cited below. *See* Dkt. 160 at 2 n. 1, Dkt. 163 at 97. We stated our position as to that request within the time Jeff asked. But Jeff did not disclose that he would be moving for dismissal of our remaining counts as moot, for entry of judgment on all claims, to cut our response time from 14 days to 7, or to move the date of the status conference (and therefore did not confer with us on any of those matters). Today, the Court ordered that responses be filed by March 18 (half the time permitted by the rules).
>
> We require additional time to confer with our clients and prepare a response to these matters (as well as to what is now Florida's alternate request for relief, the entry of partial judgment). Please let us know your position on our request by 5PM EST Wednesday, March 13.
>
> Thanks,
> Tania
>
> ---
>
> **From:** Wood, Jeffrey <jeff.wood@BakerBotts.com>