IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>    Defendants. | **Civil Action No.** 1:21-cv-119 (RDM) |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Upon consideration of Plaintiffs' Motion for Extension of Time, it is hereby **ORDERED** that the motion (Dkt. \_\_\_\_ ) is **GRANTED**. Plaintiffs shall have until _____ to respond to Florida Intervenors' Expedited Motion for Entry of Final Judgment, Dkt. 171.

**IT IS SO ORDERED.**

_____
RANDOLPH D. MOSS
United States District Judge

1