# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>MICHAEL S. REGAN, *et al.*,<br><br>      *Defendants*. | Civil Action No. 21-119 (RDM) |

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 183, it is **ORDERED** that Florida's motion for a limited stay, Dkt. 166, is hereby **DENIED**.

It is further **ORDERED** that Counts 1, 2, and 5 of Plaintiffs' Amended Complaint, Dkt. 77, are hereby **DISMISSED** without prejudice.

It is further **ORDERED** that Florida's motion for entry of final judgment, Dkt. 171, is hereby **GRANTED** with respect to entry of partial judgment under Federal Rule of Civil Procedure 54(b) and is hereby **DENIED** with respect to entry of final judgment under Rule 58(d).

The Court hereby directs the entry of final judgment pursuant to Rule 54(b) as to Counts 1–6 and 8–13 of Plaintiffs' Amended Complaint, Dkt. 77.

**SO ORDERED**.

                                                      /s/ Randolph D. Moss
                                                      RANDOLPH D. MOSS
                                                      United States District Judge

Date: April 12, 2024