IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MICHAEL S. REGAN, *et al.*,<br><br>    *Defendants*. | Civil Action No. 21-119 (RDM) |

**NOTICE OF APPEAL**

Notice is hereby given on this fifteenth day of April, 2024 that the State of Florida and Florida Department of Environmental Protection (collectively, Florida Intervenors), pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment entered in this action on April 12, 2024 (Dkt. 184) in favor of Plaintiffs against Defendants and Florida Intervenors, in accordance with the Memorandum Opinion of this Court entered in this action on February 15, 2024 (Dkt. 163) and the February 15, 2024 vacatur order (Dkt. 164), as amended on April 12, 2024 (Dkt. 182).  Florida Intervenors intend to file with this Court a Motion for a Stay Pending Appeal.

Dated:  April 15, 2024                                                     Respectfully submitted,

                                                                                          BAKER BOTTS L.L.P.

Aaron M. Streett (pro hac vice)                              */s/ Jeffrey H. Wood*
Harrison Reback (pro hac vice)                             Jeffrey H. Wood (DC Bar No. 1024647)
910 Louisiana Street                                                700 K Street NW
Houston, TX 77002                                                 Washington, D.C. 20001
Phone: (713) 229-1234                                           Phone: (202) 639-7700
aaron.streett@bakerbotts.com                             jeff.wood@bakerbotts.com
harrison.reback@bakerbotts.com

## CERIFICATE OF SERVICE

I hereby certify that on this the 15th day of April 2024, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

                                                                           Respectfully submitted,
                                                                           BAKER BOTTS L.L.P.

                                                                           */s/ Jeffrey H. Wood*
                                                                           Jeffrey H. Wood (D.C. Bar No. 1024647)
                                                                           700 K Street, NW
                                                                           Washington, D.C. 20001
                                                                           Phone: (202) 639-7700
                                                                           jeff.wood@bakerbotts.com