APPEAL,TYPE−C

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: <u>1:21−cv−00119−RDM</u>
# *Internal Use Only*

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al v. ANDREW WHEELER et al | Date Filed: 01/14/2021 |
| | Jury Demand: None |
| Assigned to: Judge Randolph D. Moss | Nature of Suit: 893 Environmental Matters |
| Cause: 33:1319 Clean Water Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY** | represented by | **Tania Galloni** |
| | | EARTHJUSTICE |
| | | 4500 Biscayne Boulevard, Suite 201 |
| | | Miami, FL 33137 |
| | | (305) 440−5434 |
| | | Fax: 850−681−0020 |
| | | Email: tgalloni@earthjustice.org |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Bonnie Malloy** |
| | | EARTHJUSTICE |
| | | 11 S. Martin Luther King Jr. Blvd |
| | | Tallahassee, FL 32301 |
| | | 850−681−0031 |
| | | Email: bmalloy@earthjustice.org |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Christina Irene Reichert** |
| | | EARTHJUSTICE |
| | | 4500 Biscayne Blvd |
| | | Suite 201 |
| | | Miami, FL 33137 |
| | | 305−440−5432 |
| | | Email: creichert@earthjustice.org |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Anna Marie Sewell** |
| | | EARTHJUSTICE |
| | | 1001 G Street NW |
| | | Suite 1000 |
| | | Washington, DC 20001 |
| | | 202−797−5233 |
| | | Fax: 202−667−2356 |
| | | Email: asewell@earthjustice.org |

1

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEFENDERS OF WILDLIFE**                represented by    **Tania Galloni**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonnie Malloy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Irene Reichert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anna Marie Sewell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SIERRA CLUB**                represented by    **Tania Galloni**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonnie Malloy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Irene Reichert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anna Marie Sewell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CONSERVANCY OF SOUTHWEST
FLORIDA**                represented by    **Tania Galloni**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonnie Malloy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Irene Reichert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anna Marie Sewell**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**MIAMI WATERKEEPER**                 represented by    **Tania Galloni**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonnie Malloy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Irene Reichert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anna Marie Sewell**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**ST. JOHNS RIVERKEEPER**             represented by    **Tania Galloni**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonnie Malloy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Irene Reichert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Anna Marie Sewell
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FLORIDA WILDLIFE FEDERATION**    represented by    **Anna Marie Sewell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tania Galloni**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bonnie Malloy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christina Irene Reichert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ANDREW WHEELER**    represented by    **Andrew S. Coghlan**
*in his official capacity as Administrator*    DOJ–ENRD
*for the U.S. Environmental Protection*    Eds
*Agency*    150 M Street NE
*TERMINATED: 04/19/2022*    Suite 4.400
Washington, DC 20002
202–514–9275
Fax: 202–514–8865
Email: andrew.coghlan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Finnegan**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
Division
P.O. Box 7611
Washington, DC 20044–7611
(202) 305–0500
Email: alison.c.finnegan@usdoj.gov
*ATTORNEY TO BE NOTICED*

4

**Defendant**

**DAVE ROSS**
*in his official capacity as Assistant Administrator for the Office of Water of the U.S. Environmental Protection Agency*
*TERMINATED: 04/19/2022*

represented by **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID FOTOUHI**
*in his official capacity as Acting General Counsel for the U.S. Environmental Protection Agency*
*TERMINATED: 04/19/2022*

represented by **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SUSAN BODINE**
*in her official capacity as Assistant Administrator for the Office of Enforcement and Compliance Assurance for the U.S. Environmental Protection Agency*
*TERMINATED: 04/19/2022*

represented by **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARY WALKER**
*in her official capacity as Administrator for Region 4 of the U.S. Environmental Protection Agency*
*TERMINATED: 04/19/2022*

represented by **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**AURELIA SKIPWITH**
*in her official capacity as Director for the U.S. Fish and Wildlife Service*
*TERMINATED: 04/19/2022*

represented by **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **LEOPOLDO MIRANDA–CASTRO**<br>*in his official capacity as Regional<br>Director for the U.S. Fish and Wildlife<br>Service* | represented by | **Andrew S. Coghlan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Richard Eitel**
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
Division
999 18th Street
South Terrace
Denver, CO 80202
(303) 844–1479
Fax: (303) 844–1350
Email: michael.eitel@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES ARMY CORPS OF<br>ENGINEERS** | represented by | **Andrew S. Coghlan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Richard Eitel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **SCOTT SPELLMON**<br>*Lieutenant General, in his official<br>capacity as Chief of Engineers and<br>Commanding General of the U.S. Army<br>Corps of Engineers* | represented by | **Andrew S. Coghlan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Richard Eitel**
(See above for address)
*ATTORNEY TO BE NOTICED*

6

**Defendant**

**ANDREW KELLY**                                     represented by   **Andrew S. Coghlan**
*Colonel, in his official capacity as*                                 (See above for address)
*District Commander of the Jacksonville*                               *LEAD ATTORNEY*
*District for the U.S. Army Corps of*                                   *ATTORNEY TO BE NOTICED*
*Engineers*
*TERMINATED: 04/19/2022*                                               **Alison C. Finnegan**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*


**Defendant**

**UNITED STATES**                                    represented by   **Andrew S. Coghlan**
**ENVIRONMENTAL PROTECTION**                                          (See above for address)
**AGENCY**                                                            *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Alison C. Finnegan**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Michael Richard Eitel**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Defendant**

**UNITED STATES FISH AND**                           represented by   **Andrew S. Coghlan**
**WILDLIFE SERVICE**                                                  (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Alison C. Finnegan**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Michael Richard Eitel**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*


**Defendant**

**MICHAEL S. REGAN**                                 represented by   **Andrew S. Coghlan**
*in his official capacity as Administrator*                           (See above for address)
*for the U.S. Environmental Protection*                               *LEAD ATTORNEY*
*Agency*                                                              *ATTORNEY TO BE NOTICED*

                                                                      **Alison C. Finnegan**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Michael Richard Eitel**
                                                                      (See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**RADHIKA FOX**
*in her official capacity as Assistant*
*Administrator for the Office of Water of*
*the U.S. Environmental Protection*
*Agency*

represented by **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Richard Eitel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JEFFREY PRIETO**
*in his official capacity as General*
*Counsel for the U.S. Environmental*
*Protection Agency*

represented by **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Richard Eitel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LAWRENCE STARFIELD**
*in his official capacity as Acting Assistant*
*Administrator for the Office of*
*Enforcement and Compliance Assurance*
*for the U.S. Environmental Protection*
*Agency*

represented by **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Finnegan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Richard Eitel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN BLEVINS**
*in his official capacity as Acting*
*Administrator for Region 4 of the U.S.*
*Environmental Protection Agency*

represented by **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Alison C. Finnegan
(See above for address)
*ATTORNEY TO BE NOTICED*

Michael Richard Eitel
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARTHA WILLIAMS**
*in her official capacity as Principal*
*Deputy Director for the U.S. Fish and*
*Wildlife Service*

represented by  **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Alison C. Finnegan
(See above for address)
*ATTORNEY TO BE NOTICED*

Michael Richard Eitel
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JAMES BOOTH**
*Colonel; in his official capacity as*
*District Commander of the Jacksonville*
*District for the U.S. Army Corps of*
*Engineers*

represented by  **Andrew S. Coghlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Alison C. Finnegan
(See above for address)
*ATTORNEY TO BE NOTICED*

Michael Richard Eitel
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**ASSOCIATION OF FLORIDA**
**COMMUNITY DEVELOPERS,**
**INCORPORATED (AFCD)**

represented by  **Gary V. Perko**
HOLTZMAN VOGEL
119 S Monroe Street
Suite 500
Tallahassee, FL 32301
850–391–0502
Email: gperko@holtzmanvogel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammad Omar Jazil**
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S Monroe Street

Suite 500
Tallahassee, FL 32301
850–391–0503
Email: mjazil@holtzmanvogel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M. Wenger**
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street, NW
Suite 643a
Washington, DC 20037
202–737–8808
Email: emwenger@holtzmanvogel.com
*ATTORNEY TO BE NOTICED*

**Kenneth Clark Daines**
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341–8808
Fax: (540) 341–8809
Email: KDaines@HoltzmanVogel.com
*ATTORNEY TO BE NOTICED*

**Movant**

**FLORIDA CHAMBER OF COMMERCE**                represented by  **Gary V. Perko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammad Omar Jazil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M. Wenger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Clark Daines**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**CAMERATTA COMPANIES LLC**                represented by  **Rafe Petersen**
HOLLAND & KNIGHT LLP
1800 17th st., NW
1100

Washington, DC 20006
(202) 419–2481
Fax: (202) 955–5564
Email: rafe.petersen@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rafe Peterson**
HOLLAND AND KNIGHT
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 419–2481
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chene M. Thompson**
PAVESE LAW FIRM
1833 Hendry Street
Fort Myers, FL 33901
239–334–2195
Email: chenethompson@paveselaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**CAM7–SUB, LLC**                    represented by **Rafe Petersen**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Rafe Peterson**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Chene M. Thompson**
                                     (See above for address)
                                     *PRO HAC VICE*
                                     *ATTORNEY TO BE NOTICED*

**Movant**

**LENNAR CORPORATION**               represented by **Edward M. Wenger**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Movant**

**G.L. Homes**                       represented by **Edward M. Wenger**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Movant**

**GREENPOINTE HOLDINGS**                      represented by   **Edward M. Wenger**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**KB HOME**                                   represented by   **Edward M. Wenger**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**PULTE GROUP**                               represented by   **Edward M. Wenger**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**TAYLOR MORRISON**                           represented by   **Edward M. Wenger**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**FLORIDA TRANSPORTATION**                    represented by   **Edward M. Wenger**
**BUILDERS ASSOCIATION**                                      (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**FLORIDA STATE HISPANIC**                    represented by   **Edward M. Wenger**
**CHAMBER OF COMMERCE**                                       (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**LEADING BUILDERS OF AMERICA**               represented by   **Edward M. Wenger**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Movant**

**ASSOCIATED INDUSTRIES OF**                  represented by   **Edward M. Wenger**
**FLORIDA**                                                   (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Intervenor**

**STATE OF FLORIDA**                    represented by   **Jeffrey Heath Wood**
BAKER BOTTS LLP
700 K St. NW
Washington, DC 20001
202–639–7732
Email: jeff.wood@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron M. Streett**
BAKER & BOTTS, L.L.P.
3000 One Shell Plaza
910 Louisiana Street
Houston, TX 77002–4995
713–229–1855
Fax: 713–229–7855
Email: aaron.streett@bakerbotts.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Harrison Reback**
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, TX 77002
713–229–1567
Email: harrison.reback@bakerbotts.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared Russell Wigginton**
GOOD STEWARD LEGAL PLLC
The Warner Building
284 Moose Trail
Whitefish, MT 59937
206–822–9280
Email: jared@goodstewardlegal.com
*TERMINATED: 05/21/2021*

**Lily N. Chinn**
HOGAN LOVELLS US LLP
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
415–374–2443
Fax: 415–374–2499
Email: lily.chinn@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor**

| | | |
|---|---|---|
| **FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION** | represented by | **Jeffrey Heath Wood** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Aaron M. Streett** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Harrison Reback** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Jared Russell Wigginton** (See above for address) *TERMINATED: 05/21/2021* |
| | | **Lily N. Chinn** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **TARPON BLUE SILVER KING I, LLC** *doing business as* COLLIER ENTERPRISES, LTD. | represented by | **Andrew Jacob Turner** HUNTON ANDREW KURTH LLP 2200 Pennsylvania Avenue, N.W. Washington, DC 20037 (202) 955–1658 Fax: (202) 778–2201 Email: aturner@huntonak.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Elizabeth Carter Chandler Clements** HUNTON ANDREWS KURTH LLP 2200 Pennsylvania Avenue, NW Washington, DC 20037 (202) 955–1504 Email: eclements@huntonak.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **George P. Sibley , III** HUNTON ANDREWS KURTH LLP 951 East Byrd Street Riverfront Plaza, East Tower Richmond, VA 23219 (804) 788–8200 Fax: (804) 343–4869 Email: gsibley@hunton.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2021 | 1 | COMPLAINT against ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, ANDREW KELLY, LEOPOLDO MIRANDA–CASTRO, DAVE ROSS, AURELIA SKIPWITH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER ( Filing fee $ 402 receipt number ADCDC–8076717) filed by DEFENDERS OF WILDLIFE, CENTER FOR BIOLOGICAL DIVERSITY, ST. JOHNS RIVERKEEPER, SIERRA CLUB, CONSERVANCY OF SOUTHWEST FLORIDA, MIAMI WATERKEEPER. (Attachments: # 1 Civil Cover Sheet, # 2 Request for Summons)(Sewell, Anna) (Entered: 01/14/2021) |
| 01/14/2021 | | Case Assigned to Judge Randolph D. Moss. (adh, ) (Entered: 01/14/2021) |
| 01/14/2021 | 2 | SUMMONS (12) Issued Electronically as to ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, ANDREW KELLY, LEOPOLDO MIRANDA–CASTRO, DAVE ROSS, AURELIA SKIPWITH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER. (Attachment: # 1 Notice and Consent(adh, ) (Entered: 01/14/2021) |
| 01/14/2021 | 3 | STANDING ORDER: The parties are hereby ORDERED to comply with the directives set forth in the attached Standing Order. See document for details. Signed by Judge Randolph D. Moss on 1/14/2021. (lcrdm3) (Entered: 01/14/2021) |
| 01/19/2021 | 4 | MOTION to Intervene by STATE OF FLORIDA, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION. (Attachments: # 1 Memorandum in Support Statement of Points and Authorities, # 2 Declaration Ex. 1 – Declaration of Justin Wolfe (FDEP General Counsel), # 3 Text of Proposed Order)(Wood, Jeffrey) (Entered: 01/19/2021) |
| 01/19/2021 | 5 | NOTICE of Appearance by Jeffrey Heath Wood on behalf of FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA (Wood, Jeffrey) (Entered: 01/19/2021) |
| 01/19/2021 | | MINUTE ORDER: Upon consideration of the Motion to Intervene by the State of Florida and the Florida Department of Environmental Protection, Dkt. 4 , it is hereby ORDERED that Plaintiffs shall file a notice with the Court on or before January 22, 2021 indicating whether they oppose the Motion. It is further ORDERED that if Plaintiffs do oppose the motion, Plaintiffs shall file their opposition brief on or before January 29, 2021. Signed by Judge Randolph D. Moss on 1/19/2021. (lcrdm3) (Entered: 01/19/2021) |
| 01/19/2021 | 6 | NOTICE of Appearance by Jared Russell Wigginton on behalf of FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA (Wigginton, Jared) (Entered: 01/19/2021) |
| 01/20/2021 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Bonnie Malloy, Filing fee $ 100, receipt number ADCDC–8099682. Fee Status: Fee Paid. by CENTER FOR |

| | | |
|---|---|---|
| | | BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Sewell, Anna) (Entered: 01/20/2021) |
| 01/20/2021 | 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Tania Galloni, Filing fee $ 100, receipt number ADCDC–8099700. Fee Status: Fee Paid. by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Sewell, Anna) (Entered: 01/20/2021) |
| 01/20/2021 | 9 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Christina I. Reichert, Filing fee $ 100, receipt number ADCDC–8099710. Fee Status: Fee Paid. by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Sewell, Anna) (Entered: 01/20/2021) |
| 01/21/2021 | | MINUTE ORDER: Upon consideration of Plaintiffs' Motions for Admission Pro Hac Vice, Dkt. 7 , Dkt. 8 , and Dkt. 9 , it is hereby ORDERED that each Motion is GRANTED. Bonnie Malloy, Tania Galloni, and Christina I. Reichert are hereby GRANTED leave to appear pro hac vice in this case.**Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for Instructions**. Signed by Judge Randolph D. Moss on 1/21/2021. (lcrdm3) Modified on 1/21/2021 (ztnr). (Entered: 01/21/2021) |
| 01/21/2021 | 10 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Lily N. Chinn, Filing fee $ 100, receipt number ADCDC–8106901. Fee Status: Fee Paid. by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Wigginton, Jared) (Entered: 01/21/2021) |
| 01/21/2021 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Aaron Streett, Filing fee $ 100, receipt number ADCDC–8107040. Fee Status: Fee Paid. by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Wigginton, Jared) (Entered: 01/21/2021) |
| 01/22/2021 | 12 | NOTICE of Appearance by Tania Galloni on behalf of CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER (Galloni, Tania) (Entered: 01/22/2021) |
| 01/22/2021 | 13 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER (Galloni, Tania) (Entered: 01/22/2021) |
| 01/22/2021 | 14 | NOTICE by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER re Order,, Set Deadlines, (Galloni, Tania) (Entered: 01/22/2021) |

| 01/22/2021 | | MINUTE ORDER: Upon consideration of the pending Motions for Admission Pro Hac Vice, Dkt. 10 and 11 , it is hereby ORDERED that the Motions are GRANTED. Lily N. Chinn and Aaron Streett are hereby GRANTED leave to appear pro hac vice in this case. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** **Click for instructions**. Signed by Judge Randolph D. Moss on 1/22/2021. (lcrdm3) (Entered: 01/22/2021) |
|---|---|---|
| 01/22/2021 | 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Harrison F. Reback, Filing fee $ 100, receipt number ADCDC–8112692. Fee Status: Fee Paid. by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Wigginton, Jared) (Entered: 01/22/2021) |
| 01/24/2021 | | MINUTE ORDER: Upon consideration of the pending Motion for Admission Pro Hac Vice, Dkt. 15 , it is hereby ORDERED that the Motion is GRANTED. Harrison F. Reback is hereby GRANTED leave to appear pro hac vice in this case. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to Local Civil Rule 83.6(a). Click for Instructions**. Signed by Judge Randolph D. Moss on 1/24/2021. ( lcrdm3) (Entered: 01/24/2021) |
| 01/26/2021 | 16 | NOTICE of Appearance by Harrison Reback on behalf of FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA (Reback, Harrison) (Entered: 01/26/2021) |
| 01/26/2021 | 17 | NOTICE of Appearance by Lily N. Chinn on behalf of FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA (Chinn, Lily) (Entered: 01/26/2021) |
| 01/27/2021 | 18 | NOTICE of Appearance by Bonnie Malloy on behalf of CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER (Malloy, Bonnie) (Entered: 01/27/2021) |
| 01/27/2021 | 19 | NOTICE of Appearance by Christina Reichert on behalf of All Plaintiffs (Reichert, Christina) (Entered: 01/27/2021) |
| 01/27/2021 | 20 | NOTICE of Appearance by Andrew S. Coghlan on behalf of All Defendants (Coghlan, Andrew) (Entered: 01/27/2021) |
| 01/29/2021 | 21 | NOTICE *REQUESTING PRE–MOTION CONFERENCE* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER (Galloni, Tania) (Entered: 01/29/2021) |
| 02/01/2021 | | MINUTE ORDER: Upon consideration of Plaintiffs' Notice Requesting Pre–Motion Conference, Dkt. 21 , and pursuant to subsection 10(a)(i) of the Court's standing order, Dkt. 3 at 4, it is hereby ORDERED that the State of Florida, the Florida Department of Environmental Protection, and the Defendants shall file, on or before February 5, 2021, "a short notice via ECF, not to exceed six double–spaced pages in length... setting forth their anticipated responses to [Plaintiffs'] proposed motion," *id.* It is further ORDERED that the Motion to Intervene by the State of Florida and the Florida Department of Environmental Protection, Dkt. 4 is hereby GRANTED in light of Plaintiffs' consent to the Motion, Dkt. 14 . The State of Florida and the Florida |

| | | |
|---|---|---|
| | | Department of Environmental Protection are accordingly permitted to intervene in this case under Federal Rule of Civil Procedure 24(a)(2). The Clerk of Court is directed to amend the caption accordingly. Finally, it is ORDERED that all parties shall appear for a pre–motion conference on February 17, 2021 at 3:30pm. The conference shall occur by telephone using the telephonic dial–in information to be provided by the Courtroom Deputy Clerk. Signed by Judge Randolph D. Moss on 2/1/2021. (lcrdm3) (Entered: 02/01/2021) |
| 02/05/2021 | 22 | RESPONSE TO REQUEST FOR PRE–MOTION CONFERENCE by ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, ANDREW KELLY, LEOPOLDO MIRANDA–CASTRO, DAVE ROSS, AURELIA SKIPWITH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER re 21 Notice (Other) (Coghlan, Andrew) Modified event on 2/5/2021 (ztd). (Entered: 02/05/2021) |
| 02/05/2021 | 23 | RESPONSE TO REQUEST FOR PRE–MOTION CONFERENCE by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA re 21 Notice (Other) (Wood, Jeffrey) Modified event title on 2/9/2021 (znmw). (Entered: 02/05/2021) |
| 02/09/2021 | 24 | NOTICE of Appearance by Aaron M. Streett on behalf of FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA (Streett, Aaron) (Entered: 02/09/2021) |
| 02/10/2021 | 25 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ANDREW WHEELER served on 1/25/2021; SUSAN BODINE served on 1/25/2021; DAVID FOTOUHI served on 1/25/2021; ANDREW KELLY served on 1/21/2021; LEOPOLDO MIRANDA–CASTRO served on 1/21/2021; DAVE ROSS served on 1/25/2021; AURELIA SKIPWITH served on 1/21/2021; SCOTT SPELLMON served on 1/21/2021; UNITED STATES ARMY CORPS OF ENGINEERS served on 2/8/2021; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY served on 1/25/2021; UNITED STATES FISH AND WILDLIFE SERVICE served on 1/21/2021; MARY WALKER served on 1/21/2021 (Attachments: # 1 USPS return receipts for Summons)(Galloni, Tania) (Entered: 02/10/2021) |
| 02/12/2021 | 26 | NOTICE of Appearance by Alison C. Finnegan on behalf of All Defendants (Finnegan, Alison) (Entered: 02/12/2021) |
| 02/17/2021 | | Minute Entry for proceedings held before Judge Randolph D. Moss: Telephonic Pre–motion Conference held on 2/17/2021. By close of business Friday, EPA Defendants shall file the index to the certified administrative record. Plaintiff's Summary Judgment motion due by 3/5/2021; Defendants and Intervenor Defendant Responses to Motion for Summary Judgment and Cross Motions are due by 4/26/2021; Plaintiff's Reply to Motion for Summary Judgment and Cross Opposition are due by 5/24/2021; Final Reply due by 6/7/2021. (Court Reporter Jeff Hook.) (kt) (Entered: 02/17/2021) |
| 02/19/2021 | 27 | NOTICE of Filing Certified Index to the Administrative Record by ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, DAVE ROSS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (Attachments: # 1 Certification, # 2 Index)(Coghlan, Andrew) (Entered: 02/19/2021) |
| 02/26/2021 | 28 | NOTICE of Filing Corrected Certified Index to the Administrative Record by ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, DAVE ROSS, |

| | | |
|---|---|---|
| | | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (Attachments: # 1 Certification, # 2 Amended Index)(Coghlan, Andrew) (Entered: 02/26/2021) |
| 02/26/2021 | 29 | Unopposed MOTION to Intervene by ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), Florida Chamber of Commerce. (Attachments: # 1 Statement of Points & Authorities in Support, # 2 Exhibit A– Walker Declaration, # 3 Exhibit B– Pierce Declaration, # 4 Proposed Order)(Jazil, Mohammad) (Entered: 02/26/2021) |
| 03/04/2021 | 30 | MEMORANDUM OPINION AND ORDER: For the reasons stated herein, it is hereby ORDERED that the Motion to Intervene by the Florida Chamber of Commerce and Association of Florida Community Developers (collectively, "Movants"), Dkt. 29 , is DENIED without prejudice; and it is further ORDERED that Movants shall, on or before April 2, 2021, file any renewed motion to intervene or any motion for leave to participate in this matter as amici. See document for details. Signed by Judge Randolph D. Moss on 3/4/2021. (lcrdm3) Modified on 3/4/2021 to change document type to "opinion". (kt). (Entered: 03/04/2021) |
| 03/05/2021 | 31 | MOTION for Partial Summary Judgment by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Crooks' Declaration, # 2 Umpierre's Declaration, # 3 Silverstein's Declaration, # 4 Wiley's Declaration, # 5 Hartl's Declaration, # 6 Carter's Declaration, # 7 Robertson's Declaration, # 8 Rinaman's Declaration, # 9 Text of Proposed Order)(Galloni, Tania) (Entered: 03/05/2021) |
| 04/01/2021 | 32 | MOTION to Intervene *(Renewed)* by ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), FLORIDA CHAMBER OF COMMERCE. (Attachments: # 1 Amended Statement of Points & Authorities, # 2 Declaration of Frank Walker, # 3 Declaration of Lance Pierce, # 4 Declaration of Michael Dennis, # 5 Declaration of Leslie Candes, # 6 Declaration of Kristy Boss, # 7 Declaration of Jeremy Susac, # 8 Proposed Order Granting Motion to Intervene)(Jazil, Mohammad) (Entered: 04/01/2021) |
| 04/22/2021 | 33 | MOTION for Leave to File Excess Pages by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Text of Proposed Order Proposed Order)(Wigginton, Jared) (Entered: 04/22/2021) |
| 04/26/2021 | 34 | Cross MOTION for Summary Judgment *(Partial)* by ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, ANDREW KELLY, LEOPOLDO MIRANDA–CASTRO, DAVE ROSS, AURELIA SKIPWITH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER. (Attachments: # 1 Text of Proposed Order)(Coghlan, Andrew) (Entered: 04/26/2021) |
| 04/26/2021 | 35 | Memorandum in opposition to re 31 MOTION for Partial Summary Judgment filed by ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, ANDREW KELLY, LEOPOLDO MIRANDA–CASTRO, DAVE ROSS, AURELIA SKIPWITH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER. (Attachments: # 1 Text of Proposed Order)(Coghlan, Andrew) (Entered: 04/26/2021) |

| 04/26/2021 | 36 | Cross MOTION to Dismiss by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Text of Proposed Order)(Wigginton, Jared) (Entered: 04/26/2021) |
|---|---|---|
| 04/26/2021 | 37 | Memorandum in opposition to re 31 MOTION for Partial Summary Judgment *and in Support of Cross−Motion to Dismiss* filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Text of Proposed Order)(Wigginton, Jared) (Entered: 04/26/2021) |
| 04/26/2021 | 38 | MOTION for Leave to File *A RESPONSE IN OPPOSITION TO THE PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS 8 AND 9 OF COMPLAINT* by ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), FLORIDA CHAMBER OF COMMERCE. (Attachments: # 1 Proposed Response, # 2 Proposed Order)(Jazil, Mohammad) (Entered: 04/26/2021) |
| 04/26/2021 | | MINUTE ORDER: Upon consideration of the State of Florida and the Florida Department of Environmental Protection's ("Florida Intervenors") motion for leave to exceed page limitations, Dkt. 33 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the Florida Intervenors are permitted to file a consolidated brief in response to Plaintiffs' pending motion for summary judgment and in support of its cross−motion to dismiss, not to exceed 70 pages in length. Signed by Judge Randolph D. Moss on 4/26/2021. (lcrdm3) (Entered: 04/26/2021) |
| 05/02/2021 | 39 | MEMORANDUM OPINION AND ORDER: For the reasons stated herein, it is hereby ORDERED that the Motion to Intervene by the Florida Chamber of Commerce and Association of Florida Community Developers (collectively "Movants"), Dkt. 32 , is DENIED without prejudice. It is further ORDERED that Movants' Motion for Leave to File a Response in Opposition to the Plaintiffs' Motion for Partial Summary Judgment on Claims 8 and 9 of the complaint, Dkt. 38 , is GRANTED. See document for details. Signed by Judge Randolph D. Moss on 5/2/2021. (lcrdm3) (Entered: 05/02/2021) |
| 05/04/2021 | 40 | **TRANSCRIPT OF TELEPHONIC PRE−MOTION CONFERENCE** before Judge Randolph D. Moss held on February 17, 2021. Page Numbers: 1 − 42. Date of Issuance: May 4, 2021. Court Reporter: Jeff Hook. Telephone number: 202−354−3373. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/25/2021. Redacted Transcript Deadline set for 6/4/2021. Release of Transcript Restriction set for 8/2/2021.(Hook, Jeff) (Entered: 05/04/2021) |
| 05/21/2021 | 41 | |

| | | NOTICE OF WITHDRAWAL OF APPEARANCE as to FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. Attorney Jared Russell Wigginton terminated. (Wigginton, Jared) (Entered: 05/21/2021) |
|---|---|---|
| 05/24/2021 | 42 | ENTERED IN ERROR. . . . .MOTION for Partial Summary Judgment by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Declaration Declaration, # 2 Text of Proposed Order Proposed Order)(Galloni, Tania) Modified on 5/25/2021 (ztd). (Entered: 05/24/2021) |
| 05/24/2021 | 43 | REPLY to opposition to motion re 31 Motion for Partial Summary Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Declaration Declaration, # 2 Text of Proposed Order Proposed Order)(Galloni, Tania) Modified text and linkage on 5/25/2021 (ztd). (Entered: 05/24/2021) |
| 05/24/2021 | 44 | Memorandum in opposition to re 34 Cross MOTION for Summary Judgment *(Partial)*, 36 Cross MOTION to Dismiss filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (SEE DOCKET ENTRY NO. 43 TO VIEW.) (ztd) (Entered: 05/25/2021) |
| 06/07/2021 | 45 | REPLY to opposition to motion re 34 Cross MOTION for Summary Judgment *(Partial)* filed by ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, ANDREW KELLY, LEOPOLDO MIRANDA–CASTRO, DAVE ROSS, AURELIA SKIPWITH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER. (Coghlan, Andrew) (Entered: 06/07/2021) |
| 06/07/2021 | 46 | REPLY to opposition to motion re 36 Cross MOTION to Dismiss filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Wood, Jeffrey) (Entered: 06/07/2021) |
| 06/11/2021 | 47 | MOTION for Leave to File *A SUR–REPLY IN RESPONSE TO DEFENDANTS CROSS–MOTION FOR PARTIAL SUMMARY JUDGMENT AND INTERVENORS CROSS–MOTION FOR DISMISSAL* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Text of Proposed Order)(Galloni, Tania) (Entered: 06/11/2021) |
| 06/14/2021 | 48 | RESPONSE re 47 MOTION for Leave to File *A SUR–REPLY IN RESPONSE TO DEFENDANTS CROSS–MOTION FOR PARTIAL SUMMARY JUDGMENT AND INTERVENORS CROSS–MOTION FOR DISMISSAL* filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Text of Proposed Order)(Wood, Jeffrey) (Entered: 06/14/2021) |
| 06/21/2021 | 49 | JOINT APPENDIX by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS |

| | | |
|---|---|---|
| | | RIVERKEEPER. (Attachments: # <u>1</u> Joint Appendix AR Index)(Galloni, Tania) (Entered: 06/21/2021) |
| 06/22/2021 | <u>50</u> | Unopposed MOTION for Extension of Time to File *CONTENTS OF JOINT APPENDIX* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Text of Proposed Order)(Galloni, Tania) (Entered: 06/22/2021) |
| 06/22/2021 | <u>51</u> | LARGE ADDITIONAL ATTACHMENT(S) – Part 1 0001–0002 A5 by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER <u>49</u> Joint Appendix filed by FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY. (rj) (Entered: 06/22/2021) |
| 06/22/2021 | <u>52</u> | LARGE ADDITIONAL ATTACHMENT(S) *Part 2 – 0002–A6–A28, Part 3 – 0002–A29–A31, Part 4a – 0002–A32, Part 4b – 0002–A32, Part 4c – 0002–A32* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER <u>49</u> Joint Appendix filed by FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, <u>50</u> Unopposed MOTION for Extension of Time to File *CONTENTS OF JOINT APPENDIX* filed by DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, <u>51</u> Large Additional Attachment(s), filed by DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # <u>1</u> AR Documents – Part 3, # <u>2</u> AR Documents – Part 4a, # <u>3</u> AR Documents – Part 4b, # <u>4</u> AR Documents – Part 4c)(Galloni, Tania) (Entered: 06/22/2021) |
| 06/22/2021 | <u>53</u> | LARGE ADDITIONAL ATTACHMENT(S) *Part 5a – 0002–A33, Part 5b – 0002–A33, Part 5c – 0002–A33 – A34, Part 6a – 0002–A35, Part 6b – 0002–A35, Part 6c – 0002–A35* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER <u>49</u> Joint Appendix filed by FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, <u>50</u> Unopposed MOTION for Extension of Time to File *CONTENTS OF JOINT APPENDIX* filed by DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # <u>1</u> AR Documents – Part 5b, # <u>2</u> AR Documents – Part 5c, # <u>3</u> AR Documents – Part 6a, # <u>4</u> |

| | | |
|---|---|---|
| | | AR Documents – Part 6b, # <u>5</u> AR Documents – Part 6c)(Galloni, Tania) (Entered: 06/22/2021) |
| 06/22/2021 | <u>54</u> | LARGE ADDITIONAL ATTACHMENT(S) *Part 7a – 0002–A36–A38, Part 7b – 0002–A39, Part 7c – 0002–A39–A40, Part 8 – 0002–A41–A51* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER <u>49</u> Joint Appendix filed by FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, <u>50</u> Unopposed MOTION for Extension of Time to File *CONTENTS OF JOINT APPENDIX* filed by DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # <u>1</u> AR Documents – Part 7b, # <u>2</u> AR Documents – Part 7c, # <u>3</u> AR Documents – Part 8)(Galloni, Tania) (Entered: 06/22/2021) |
| 06/22/2021 | <u>55</u> | LARGE ADDITIONAL ATTACHMENT(S) *Part 9 – 0002–A52 – 0012–A18, Part 10a – 0012–A19 – 0020–A1, Part 10b – 0020–A2, Part 10c – 0020–A3 – 0051–A2* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER <u>49</u> Joint Appendix filed by FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, <u>50</u> Unopposed MOTION for Extension of Time to File *CONTENTS OF JOINT APPENDIX* filed by DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # <u>1</u> AR Documents – Part 10a, # <u>2</u> AR Documents – Part 10b, # <u>3</u> AR Documents – Part 10c)(Galloni, Tania) (Entered: 06/22/2021) |
| 06/22/2021 | <u>56</u> | LARGE ADDITIONAL ATTACHMENT(S) *Part 11 – 0066–A1 – 0386–A6, Part 12 – 0386–A7 – 0662* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER <u>49</u> Joint Appendix filed by FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, <u>50</u> Unopposed MOTION for Extension of Time to File *CONTENTS OF JOINT APPENDIX* filed by DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # <u>1</u> AR Documents – Part 12)(Galloni, Tania) (Entered: 06/22/2021) |
| 06/24/2021 | <u>57</u> | NOTICE *OF FILING AMENDED INDEX TO JOINT APPENDIX* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER re <u>49</u> Joint Appendix (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(Galloni, Tania) (Entered: 06/24/2021) |

| 06/26/2021 | | MINUTE ORDER: Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Contents of Joint Appendix, Dkt. 50 , it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the Joint Appendix is hereby deemed timely filed. Signed by Judge Randolph D. Moss on 6/26/2021. (lcrdm3) (Entered: 06/26/2021) |
|---|---|---|
| 08/17/2021 | 58 | NOTICE of Change of Address by Mohammad Omar Jazil (Jazil, Mohammad) (Entered: 08/17/2021) |
| 10/28/2021 | 59 | NOTICE OF SUPPLEMENTAL AUTHORITY by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER (Attachments: # 1 Exhibit EPA Current Implementation of Waters of the United States, # 2 Exhibit FDEP WOTUS Determinations)(Galloni, Tania) (Entered: 10/28/2021) |
| 11/04/2021 | 60 | RESPONSE re 59 NOTICE OF SUPPLEMENTAL AUTHORITY, filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Wood, Jeffrey) (Entered: 11/04/2021) |
| 01/04/2022 | 61 | MOTION for Leave to File *FIRST AMENDED COMPLAINT* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Text of Proposed Order Proposed Order)(Reichert, Christina) (Entered: 01/04/2022) |
| 01/04/2022 | | MINUTE ORDER: Upon consideration of Plaintiffs' motion for leave to file an amended complaint, Dkt. 61 , it is hereby ORDERED that (1) the State of Florida shall respond on or before January 18, 2022; and (2) Plaintiffs shall file their reply brief on or before January 25, 2022. Signed by Judge Randolph D. Moss on 1/4/2022. (lcrdm3) (Entered: 01/04/2022) |
| 01/05/2022 | 62 | MOTION to Amend/Correct 61 MOTION for Leave to File *FIRST AMENDED COMPLAINT* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Text of Proposed Order Proposed Order)(Reichert, Christina) (Entered: 01/05/2022) |
| 01/18/2022 | 63 | RESPONSE re 62 MOTION to Amend/Correct 61 MOTION for Leave to File *FIRST AMENDED COMPLAINT* filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Wood, Jeffrey) (Entered: 01/18/2022) |
| 01/21/2022 | 64 | REPLY to opposition to motion re 62 MOTION to Amend/Correct 61 MOTION for Leave to File *FIRST AMENDED COMPLAINT* filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Exhibit Exhibit 1)(Reichert, Christina) (Entered: 01/21/2022) |
| 01/25/2022 | 65 | MOTION for Leave to Supplement Briefing on Motion for Partial Summary Judgment with Admission by EPA re 31 MOTION for Partial Summary Judgment by |

| | | |
|---|---|---|
| | | CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Exhibit EPA Memorandum in Adamkus)(Galloni, Tania) Modified event on 1/26/2022 (znmw). (Entered: 01/25/2022) |
| 01/25/2022 | | MINUTE ORDER: Upon consideration of plaintiffs' motion for leave to supplement briefing, Dkt. 65 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that (1) EPA and the State of Florida shall file any response, not to exceed five pages, on or before February 2, 2022; and (2) plaintiffs shall file their reply brief, not to exceed three pages, on or before February 9, 2022. Signed by Judge Randolph D. Moss on 1/25/2022. (lczg) (Entered: 01/25/2022) |
| 02/02/2022 | 66 | SUPPLEMENTAL MEMORANDUM to re 65 MOTION for Leave to File filed by ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, ANDREW KELLY, LEOPOLDO MIRANDA–CASTRO, DAVE ROSS, AURELIA SKIPWITH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER. (Coghlan, Andrew) (Entered: 02/02/2022) |
| 02/02/2022 | 67 | SUPPLEMENTAL MEMORANDUM to re 65 MOTION for Leave to File filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Wood, Jeffrey) (Entered: 02/02/2022) |
| 02/09/2022 | 68 | REPLY re 67 Supplemental Memorandum, 66 Supplemental Memorandum, *IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE: ADMISSION BY EPA* filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 02/09/2022) |
| 03/01/2022 | | MINUTE ORDER: Upon consideration of Plaintiffs' motion for leave to file a surreply, Dkt. 47 , it is hereby ORDERED that Plaintiffs shall file their proposed surreply on or before March 4, 2022, to assist in the Court's evaluation of that motion and Defendant–Intervenor's opposition. Signed by Judge Randolph D. Moss on 3/1/2022. (lcrdm3) (Entered: 03/01/2022) |
| 03/04/2022 | 69 | SURREPLY to re 34 Cross MOTION for Summary Judgment *(Partial)*, 36 Cross MOTION to Dismiss *(PROPOSED)* filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 03/04/2022) |
| 03/04/2022 | | MINUTE ORDER: Upon consideration of Plaintiffs' motion for partial summary judgment, Dkt. 31 , the government's cross–motion for partial summary judgment, Dkt. 34 , the State of Florida's cross–motion to dismiss, Dkt. 36 , and Plaintiffs' amended motion for leave to file an amended complaint, Dkt. 62 , it is hereby ORDERED that the parties shall appear by video for a motions hearing on March 15, 2022, at 3:00 p.m. The parties will receive Zoom log–in information for the motions hearing from the Deputy Clerk of Court. Signed by Judge Randolph D. Moss on 03/04/2022. (lcrdm3) (Entered: 03/04/2022) |
| 03/15/2022 | | |

|  |  | Minute Entry for proceedings held before Judge Randolph D. Moss: Video (Zoom) Motion Hearing held on 3/15/2022 re: 31 MOTION for Partial Summary Judgment filed by CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, 34 Cross MOTION for Summary Judgment *(Partial)* filed by MARY WALKER, SUSAN BODINE, SCOTT SPELLMON, DAVE ROSS, UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES ARMY CORPS OF ENGINEERS, DAVID FOTOUHI, ANDREW KELLY, AURELIA SKIPWITH, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEOPOLDO MIRANDA–CASTRO, ANDREW WHEELER, 36 Cross MOTION to Dismiss filed by STATE OF FLORIDA, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, and 62 MOTION to Amend/Correct by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. Matters TAKEN UNDER ADVISEMENT; Supplemental filings due by Friday. (Court Reporter: Jeff Hook.) (kt) (Entered: 03/15/2022) |
| 03/18/2022 | 70 | SUPPLEMENTAL MEMORANDUM re 31 MOTION for Partial Summary Judgment filed by DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Exhibit Composite CFR Provisions of EPA–approved state programs, # 2 Exhibit Comparison of ESA Biological Opinions and Florida Program)(Galloni, Tania) Modified event title on 3/21/2022 (znmw). (Entered: 03/18/2022) |
| 03/18/2022 | 71 | SUPPLEMENTAL MEMORANDUM re 34 Cross MOTION for Summary Judgment *(Partial)* filed by MARY WALKER, SUSAN BODINE, SCOTT SPELLMON, DAVE ROSS, UNITED STATES FISH AND WILDLIFE SERVICE, UNITED STATES ARMY CORPS OF ENGINEERS, DAVID FOTOUHI, ANDREW KELLY, AURELIA SKIPWITH, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEOPOLDO MIRANDA–CASTRO, ANDREW WHEELER by ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, ANDREW KELLY, LEOPOLDO MIRANDA–CASTRO, DAVE ROSS, AURELIA SKIPWITH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER. (Coghlan, Andrew) Modified event title on 3/21/2022 (znmw). (Entered: 03/18/2022) |
| 03/18/2022 | 72 | SUPPLEMENTAL MEMORANDUM re 36 Cross MOTION to Dismiss filed by STATE OF FLORIDA, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION by STATE OF FLORIDA. (Attachments: # 1 Exhibit Exhibit A – Side–by–Side Comparison, # 2 Exhibit Exhibit B – EIS Search Results)(Wood, Jeffrey) Modified event title on 3/21/2022 (znmw). (Entered: 03/18/2022) |
| 03/30/2022 | 73 | MEMORANDUM OPINION AND ORDER: For the reasons provided in the attached Memorandum Opinion and Order, it is hereby ORDERED that Plaintiffs' motion for partial summary judgment, Dkt. 31 , is DENIED with respect to Count Nine and |

| | | |
|---|---|---|
| | | DENIED without prejudice as to Count Eight; the EPA's cross–motion for partial summary judgment, Dkt. 34 , is GRANTED with respect to Count Nine and DENIED without prejudice with respect to Count Eight; and Florida's cross–motion to dismiss, Dkt. 36 , is GRANTED with respect to Count Nine, DENIED without prejudice as to Count Eight, and DENIED in all other respects. It is further ORDERED that the parties shall meet and confer regarding next steps in this litigation and shall appear by video for a status conference on April 18, 2022, at 3:00 p.m. See document for details. Signed by Judge Randolph D. Moss on 03/30/2022. (lcrdm3) (Entered: 03/30/2022) |
| 04/01/2022 | | MINUTE ORDER: Due to a conflict in the Court's schedule, it is hereby ORDERED that the video status conference currently scheduled for April 18, 2022, at 3:00 p.m., is VACATED and RESCHEDULED for April 14, 2022, at 9:00 a.m. To access the video status conference, the parties may use the same Zoom log–in information previously provided by the Deputy Clerk of Court. Signed by Judge Randolph D. Moss on 04/01/2022. (lcrdm3) (Entered: 04/01/2022) |
| 04/01/2022 | 74 | Unopposed MOTION to Continue *Status Conference* by ANDREW WHEELER, SUSAN BODINE, DAVID FOTOUHI, ANDREW KELLY, LEOPOLDO MIRANDA–CASTRO, DAVE ROSS, AURELIA SKIPWITH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER. (Attachments: # 1 Text of Proposed Order)(Coghlan, Andrew) (Entered: 04/01/2022) |
| 04/01/2022 | | MINUTE ORDER: Upon consideration of the unopposed motion to continue, Dkt. 74 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the video status conference currently scheduled for April 14, 2022, at 9:00 a.m., is VACATED and RESCHEDULED for April 19, 2022, at 9:00 a.m. To access the video status conference, the parties may use the same Zoom log–in information previously provided by the Deputy Clerk of Court. Signed by Judge Randolph D. Moss on 04/01/2022. (lcrdm3) (Entered: 04/01/2022) |
| 04/18/2022 | 75 | NOTICE of Appearance by Gary V. Perko on behalf of ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), FLORIDA CHAMBER OF COMMERCE (Perko, Gary) (Entered: 04/18/2022) |
| 04/18/2022 | 76 | NOTICE of Change of Address by Gary V. Perko (Perko, Gary) (Entered: 04/18/2022) |
| 04/19/2022 | | Minute Entry for proceedings held before Judge Randolph D. Moss: Video (Zoom) Status Conference held on 4/19/2022. Plaintiffs' supplemental brief due by 4/26/2022; Defendant EPA's response due by 5/26/2022; Movant and Florida Intervenor responses due by 6/9/2022; Plaintiffs' consolidated reply due by 6/23/2022. A Motion Hearing is set for 7/22/2022, at 2:00 PM, by video (same link), before Judge Randolph D. Moss. Plaintiffs' 61 Motion for Leave to File First Amended Complaint is GRANTED, and the Amended Complaint is deemed filed. Defendant's Answer due by 5/19/2022; Florida's Answer due by 5/26/2022; Lodging of the record due by 7/18/2022; Any opposition due by 8/1/2022; Federal Defendants' Response due by 8/15/2022; Any agreement to add to the record by Federal Defendants, due by 8/29/2022, and if no agreement, then Plaintiffs' and Intervenors motion to challenge is due by 8/29/2022; Federal Defendants' Response due by 9/26/2022; Plaintiffs' Reply due by 10/11/2022. A Status Conference is set for 10/21/2022, at 10:00 AM, by video (same link), before Judge Randolph D. Moss. (Court Reporter: Jeff Hook.) (kt) Modified on 4/19/2022 to add date/language to include motion to challenge if no |

| | | agreement (kt). (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | 77 | AMENDED COMPLAINT against LEOPOLDO MIRANDA–CASTRO, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MICHAEL S. REGAN, RADHIKA FOX, JEFFREY PRIETO, LAWRENCE STARFIELD, JOHN BLEVINS, MARTHA WILLIAMS, JAMES BOOTH filed by DEFENDERS OF WILDLIFE, CENTER FOR BIOLOGICAL DIVERSITY, ST. JOHNS RIVERKEEPER, SIERRA CLUB, CONSERVANCY OF SOUTHWEST FLORIDA, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER. (Attachments: # 1 Exhibits)(znmw) (Entered: 04/19/2022) |
| 04/26/2022 | 78 | SUPPLEMENTAL MEMORANDUM to re 31 MOTION for Partial Summary Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 04/26/2022) |
| 05/19/2022 | 79 | ANSWER to 77 Amended Complaint,, by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS.(Finnegan, Alison) (Entered: 05/19/2022) |
| 05/24/2022 | 80 | NOTICE of Appearance by Edward M. Wenger on behalf of ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), FLORIDA CHAMBER OF COMMERCE (Wenger, Edward) (Entered: 05/24/2022) |
| 05/26/2022 | 81 | ANSWER to 77 Amended Complaint,, by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA.(Wood, Jeffrey) (Entered: 05/26/2022) |
| 05/26/2022 | 82 | SUPPLEMENTAL MEMORANDUM to re 34 Cross MOTION for Summary Judgment *(Partial)* filed by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Coghlan, Andrew) (Entered: 05/26/2022) |
| 06/09/2022 | 83 | SUPPLEMENTAL MEMORANDUM to re 36 Cross MOTION to Dismiss filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Exhibit Exh. 1 – Cover Email dated Jan. 20, 2021)(Wood, Jeffrey) (Entered: 06/09/2022) |
| 06/09/2022 | 84 | SUPPLEMENTAL MEMORANDUM re 36 Cross MOTION to Dismiss filed by STATE OF FLORIDA, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION by ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), FLORIDA CHAMBER OF COMMERCE. (Jazil, Mohammad) Modified event title on 6/9/2022 (znmw). (Entered: 06/09/2022) |
| 06/17/2022 | 85 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply *on Redressability as to Claim 8* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 06/17/2022) |
| 06/21/2022 | | MINUTE ORDER: Upon consideration of Plaintiffs' unopposed motion for extension of time, Dkt. 85 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Plaintiffs shall file their consolidated reply brief on redressability on or before June 30, 2022. Signed by Judge Randolph D. Moss on 06/21/2022. (lcrdm3) (Entered: 06/21/2022) |
| 06/29/2022 | 86 | NOTICE *of Filing Certified Index to the Administrative Record* by JAMES BOOTH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS (Attachments: # 1 Certification, # 2 Index)(Coghlan, Andrew) (Entered: 06/29/2022) |
| 06/30/2022 | 87 | SUPPLEMENTAL MEMORANDUM to re 31 MOTION for Partial Summary Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Exhibit, # 2 Exhibit)(Galloni, Tania) (Entered: 06/30/2022) |
| 07/14/2022 | 88 | TRANSCRIPT OF VIDEO MOTION HEARING before Judge Randolph D. Moss held on March 15, 2022. Page Numbers: 1 – 135. Date of Issuance: July 14, 2022. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter ref erenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/4/2022. Redacted Transcript Deadline set for 8/14/2022. Release of Transcript Restriction set for 10/12/2022.(Hook, Jeff) (Entered: 07/14/2022) |
| 07/15/2022 | | MINUTE ORDER: Due to a conflict in the Court's schedule, the video motions hearing scheduled in this matter for July 22, 2022, at 2:00 p.m., is hereby VACATED and RESCHEDULED for August 17, 2022, at 2:00 p.m. Signed by Judge Randolph D. Moss on 07/15/2022. (lcrdm3) (Entered: 07/15/2022) |
| 07/18/2022 | 89 | NOTICE *of Filing Second Amended Index to the Administrative Record* by JOHN BLEVINS, RADHIKA FOX, JEFFREY PRIETO, MICHAEL S. REGAN, LAWRENCE STARFIELD, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (Attachments: # 1 Certification, # 2 Second Amended |

| | | Index)(Finnegan, Alison) (Entered: 07/18/2022) |
|---|---|---|
| 07/18/2022 | 90 | NOTICE *of Filing Certified Index to the Administrative Record* by LEOPOLDO MIRANDA–CASTRO, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS (Attachments: # 1 Certification, # 2 Index)(Finnegan, Alison) (Entered: 07/18/2022) |
| 07/26/2022 | 91 | Joint MOTION to Modify Scheduling Order *to be Modified* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Text of Proposed Order)(Galloni, Tania) Modified event on 7/27/2022 (znmw). (Entered: 07/26/2022) |
| 07/27/2022 | | MINUTE ORDER: Upon consideration of the parties' joint motion to modify administrative record deadlines, Dkt. 91 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that (1) Plaintiffs and Intervenor shall notify Federal Defendants of any record issues on or before September 1, 2022; (2) Federal Defendants shall respond to Plaintiffs and Intervenors on or before September 16, 2022; (3) any agreement to add to the record shall be filed by Federal Defendants on or before September 30, 2022; (4) Plaintiffs and Intervenors shall file any motions challenging the adequacy of the record on or before October 7, 2022; (5) Federal Defendants shall file a response to any motions on or before November 4, 2022; and (6) Plaintiffs and Intervenors shall file any reply on or before November 14, 2022. It is further ORDERED that the video status conference scheduled in this matter for October 21, 2022, at 10:00 a.m. is hereby VACATED and RESCHEDULED for 9:00 a.m. on November 22, 2022, by video. Signed by Judge Randolph D. Moss on 07/27/2022. (lcrdm3) (Entered: 07/27/2022) |
| 08/02/2022 | | MINUTE ORDER: Due to a conflict in the Court's schedule, the video motions hearing scheduled in this matter for August 17, 2022, at 2:00 p.m., is hereby VACATED and RESCHEDULED for October 17, 2022, at 10:00 a.m. Signed by Judge Randolph D. Moss on 08/02/2022. (lcrdm3) (Entered: 08/02/2022) |
| 10/05/2022 | 92 | Unopposed MOTION for Scheduling Order *to be Modified* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Text of Proposed Order Proposed Order)(Galloni, Tania) (Entered: 10/05/2022) |
| 10/07/2022 | | MINUTE ORDER: Upon consideration of Plaintiffs' unopposed motion to modify administrative record deadlines, Dkt. 92 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that (1) Plaintiffs and Intervenors shall file any motions challenging the adequacy of the record on or before October 14, 2022; (2) Federal Defendants shall file a response to any motions on or before November 14, 2022; and (3) Plaintiffs and Intervenors shall file any replies on or before November 21, 2022. Signed by Judge Randolph D. Moss on 10/7/2022. (lcrdm3) (Entered: 10/07/2022) |
| 10/17/2022 | | Minute Entry for proceedings held before Judge Randolph D. Moss: Video (Zoom) Motion Hearing held on 10/17/2022 re: supplemental briefing on the motions for summary judgment. For the reasons stated on the record, the parties shall file a Joint Status Report by 11/15/2022. Matter taken UNDER ADVISEMENT. (Court Reporter: Nancy Meyer.) (kt) (Entered: 10/17/2022) |

| 11/01/2022 | 93 | NOTICE *of Filing Certified Index to Revised Administrative Record* by UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS (Attachments: # 1 Certification, # 2 Index to Revised Administrative Record)(Finnegan, Alison) (Entered: 11/01/2022) |
|---|---|---|
| 11/01/2022 | 94 | NOTICE *of Filing Certified Index to Revised Administrative Record* by JAMES BOOTH, SCOTT SPELLMON, UNITED STATES ARMY CORPS OF ENGINEERS (Attachments: # 1 Certification, # 2 Index to Revised Administrative Record)(Coghlan, Andrew) (Entered: 11/01/2022) |
| 11/01/2022 | 95 | NOTICE *of Filing Certified Index to Third Revised Administrative Record* by JOHN BLEVINS, RADHIKA FOX, JEFFREY PRIETO, MICHAEL S. REGAN, LAWRENCE STARFIELD, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (Attachments: # 1 Certification, # 2 Revised Index)(Coghlan, Andrew) (Entered: 11/01/2022) |
| 11/15/2022 | 96 | Joint STATUS REPORT by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Coghlan, Andrew) (Entered: 11/15/2022) |
| 11/18/2022 |  | MINUTE ORDER: Upon consideration of the parties' joint status report, it is hereby ORDERED that the status conference scheduled in this matter on November 22, 2022, at 9:00 a.m. is hereby VACATED. Signed by Judge Randolph D. Moss on 11/18/2022. (lcrdm3) (Entered: 11/18/2022) |
| 01/30/2023 | 97 | Joint MOTION for Scheduling Order by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Text of Proposed Order)(Galloni, Tania) (Entered: 01/30/2023) |
| 01/31/2023 |  | MINUTE ORDER: Upon consideration of the parties' joint motion for scheduling order, Dkt. 97 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that (1) Plaintiffs shall file a motion for summary judgment of no more than 70 pages on or before February 28, 2023; (2) Defendants shall file a response and cross–motion for summary judgment of no more than 70 pages on or before April 26, 2023; (3) Intervenors shall file a response and cross–motion for summary judgment of no more than 50 pages on or before May 10, 2023; (4) Plaintiffs shall file a reply and response, of no more than 100 total pages, to the motions filed by Defendants and Intervenors, on or before June 9, 2023; (5) Defendants shall file their reply of no more than 40 pages on or before June 30, 2023; and (6) Intervenors shall file their reply of no more than 30 pages on or before July 7, 2023. It is further ORDERED that Plaintiffs shall, if necessary, file a separate motion for leave to file a surreply after the conclusion of briefing. It is further ORDERED that the parties shall appear for oral argument on their motions before Judge Randolph D. Moss on September 8, 2023, at 10:00 a.m., in Courtroom 8. Signed by Judge Randolph D. Moss on 1/31/2023. (lcrdm3) (Entered: 01/31/2023) |
| 02/28/2023 | 98 | MOTION for Summary Judgment by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, |

| | | |
|---|---|---|
| | | ST. JOHNS RIVERKEEPER. (Attachments: # 1 Declaration of Amber Crooks, # 2 Declaration of Andrew Carter, # 3 Declaration of Elizabeth Fleming, # 4 Declaration of Brett Hartl, # 5 Declaration of Matt Schwartz, # 6 Declaration of Lisa Rinaman, # 7 Declaration of Rachel Silverstein, # 8 Declaration of Preston Robertson, # 9 Declaration of Sarah Gledhill, # 10 Declaration of Diana Umpierre, # 11 Declaration of Richard Hamann, # 12 Declaration of Sarah Hollenhorst, # 13 Declaration of Bob Knight, # 14 Proposed Order)(Galloni, Tania) (Entered: 02/28/2023) |
| 04/26/2023 | 99 | Cross MOTION for Summary Judgment by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARY WALKER, MARTHA WILLIAMS. (Attachments: # 1 Exhibit A – State Law Criminal Negligence Standards and Statutes of Limitations, # 2 Exhibit B – Declaration of Denisse D. Diaz, # 3 Text of Proposed Order)(Coghlan, Andrew) (Entered: 04/26/2023) |
| 04/26/2023 | 100 | Memorandum in opposition to re 98 Motion for Summary Judgment,,, filed by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE. (Attachments: # 1 Exhibit A – State Law Criminal Negligence Standards and Statutes of Limitations, # 2 Exhibit B – Declaration of Denisse D. Diaz, # 3 Text of Proposed Order)(Coghlan, Andrew) (Entered: 04/26/2023) |
| 05/10/2023 | 101 | Cross MOTION for Summary Judgment by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Text of Proposed Order)(Wood, Jeffrey) (Entered: 05/10/2023) |
| 05/10/2023 | 102 | Memorandum in opposition to re 98 Motion for Summary Judgment,,, 99 Motion for Summary Judgment,, 101 Motion for Summary Judgment *(Cross Motions)* filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Exhibit Exhibit A – Declaration of Justin Wolfe)(Wood, Jeffrey) (Entered: 05/10/2023) |
| 05/10/2023 | 103 | AMICUS BRIEF re 99 Cross MOTION for Summary Judgment filed by JEFFREY PRIETO, MARY WALKER, LAWRENCE STARFIELD, SCOTT SPELLMON, UNITED STATES FISH AND WILDLIFE SERVICE, MICHAEL S. REGAN, MARTHA WILLIAMS, UNITED STATES ARMY CORPS OF ENGINEERS, JAMES BOOTH, JOHN BLEVINS, RADHIKA FOX, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEOPOLDO MIRANDA–CASTRO, 101 Cross MOTION for Summary Judgment filed by STATE OF FLORIDA, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION by ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), FLORIDA CHAMBER OF COMMERCE. (Wenger, Edward) Modified on 5/11/2023 to correct event (zjm). (Entered: 05/10/2023) |
| 06/09/2023 | 104 | REPLY to opposition to motion re 98 MOTION for Summary Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1: Supplemental Declaration of Amber Crooks, # 2 Exhibit 2: Supplemental Declaration of Rachel Silverstein, # 3 Exhibit 3: Supplemental Declaration of Lisa Rinaman)(Galloni, Tania) (Attachment 2 replaced on 6/12/2023) (rj). Modified on 6/12/2023 to flatten pdf (rj). (Entered: 06/09/2023) |
| 06/09/2023 | 105 | RESPONSE re 99 Cross MOTION for Summary Judgment , 101 Cross MOTION for Summary Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Exhibit 1: Supplemental Declaration of Amber Crooks, # 2 Exhibit 2: Supplemental Declaration of Rachel Silverstein, # 3 Exhibit 3: Supplemental Declaration of Lisa Rinaman)(Galloni, Tania) (Attachment 2 replaced on 6/12/2023) (rj). Modified on 6/12/2023 to flatten pdf(rj). (Entered: 06/09/2023) |
| 06/30/2023 | 106 | REPLY to opposition to motion re 99 Cross MOTION for Summary Judgment filed by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Coghlan, Andrew) (Entered: 06/30/2023) |
| 07/07/2023 | 107 | REPLY re 98 MOTION for Summary Judgment , 99 Cross MOTION for Summary Judgment , 101 Cross MOTION for Summary Judgment filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Exhibit Supplemental Declaration of Justin Wolfe)(Wood, Jeffrey) (Entered: 07/07/2023) |
| 07/07/2023 | 108 | AMICUS BRIEF *Reply in Support of Defendants' Motions for Summary Judgment* by ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), FLORIDA CHAMBER OF COMMERCE. (Wenger, Edward) (Entered: 07/07/2023) |
| 07/14/2023 | 109 | MOTION for Leave to File *Sur–Reply and Exhibit* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Galloni, Tania) (Entered: 07/14/2023) |
| 07/14/2023 | 110 | Unopposed MOTION for Extension of Time to File Response/Reply as to 109 MOTION for Leave to File *Sur–Reply and Exhibit by Florida Intervenors and* by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Finnegan, Alison) (Entered: 07/14/2023) |
| 07/17/2023 | | MINUTE ORDER: Upon consideration of Defendants' unopposed motion, Dkt. 110 , for extension of time to respond to plaintiffs' motion for leave to file sur–reply and exhibit, Dkt. 109 , it is hereby ORDERED that it is GRANTED. It is further ORDERED that Defendants shall file their respective oppositions to Plaintiffs' motion on or before August 4, 2023. Signed by Judge Randolph D. Moss on 07/17/2023. |

| | | |
|---|---|---|
| | | (lcrdm3) (Entered: 07/17/2023) |
| 07/19/2023 | 111 | JOINT APPENDIX *Notice of Filing Supplemental Joint Appendix* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 07/19/2023) |
| 07/19/2023 | 112 | LARGE ADDITIONAL ATTACHMENT(S) *(Supplemental Joint Appendix)* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER 111 Joint Appendix, filed by FLORIDA WILDLIFE FEDERATION, DEFENDERS OF WILDLIFE, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY. (Attachments: # 1 Supplemental Joint Appx: Volume 1, # 2 Supplemental Joint Appx: Volume 2, # 3 Supplemental Joint Appx: Volume 3, # 4 Supplemental Joint Appx: Volume 4, # 5 Supplemental Joint Appx: Volume 5, # 6 Supplemental Joint Appx: Volume 6, # 7 Supplemental Joint Appx: Volume 7, # 8 Supplemental Joint Appx: Volume 8)(Galloni, Tania) (Entered: 07/19/2023) |
| 07/19/2023 | 113 | NOTICE *of Completion of Biological Evaluation* by JOHN BLEVINS, RADHIKA FOX, JEFFREY PRIETO, MICHAEL S. REGAN, LAWRENCE STARFIELD, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (Finnegan, Alison) (Entered: 07/19/2023) |
| 07/19/2023 | 114 | JOINT APPENDIX *(Index)* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Index to Supplemental Joint Appendix)(Galloni, Tania) (Entered: 07/19/2023) |
| 07/19/2023 | 115 | NOTICE *of Proposed Agency Action* by JOHN BLEVINS, RADHIKA FOX, JEFFREY PRIETO, MICHAEL S. REGAN, LAWRENCE STARFIELD, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY (Finnegan, Alison) (Entered: 07/19/2023) |
| 07/27/2023 | | NOTICE of Hearing on Motion 99 Cross MOTION for Summary Judgment , 101 Cross MOTION for Summary Judgment , 98 MOTION for Summary Judgment : Motion Hearing set for 10/13/2023 at 10:00 AM in Courtroom 8– In Person before Judge Randolph D. Moss. (zglw) (Entered: 07/27/2023) |
| 08/04/2023 | 116 | Memorandum in opposition to re 109 Motion for Leave to File, filed by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Coghlan, Andrew) (Entered: 08/04/2023) |
| 08/04/2023 | 117 | Memorandum in opposition to re 109 Motion for Leave to File, filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Wood, Jeffrey) (Entered: 08/04/2023) |
| 08/11/2023 | 118 | |

| | | |
|---|---|---|
| | | REPLY to opposition to motion re <u>109</u> MOTION for Leave to File *Sur−Reply and Exhibit* filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 08/11/2023) |
| 08/23/2023 | <u>119</u> | MEMORANDUM OPINION AND ORDER: For the reasons provided in the attached Memorandum Opinion and Order, it is hereby ORDERED that: (1) Plaintiff's renewed motion for partial summary judgment, Dkt. <u>78</u> , is DENIED; (2) the EPA's renewed cross−motion for partial summary judgment, Dkt. <u>82</u> , is GRANTED; (3) Florida's renewed cross−motion to dismiss, Dkt. <u>83</u> , is GRANTED; and (4) Count 8 of Plaintiffs' amended complaint is hereby DISMISSED without prejudice for lack of jurisdiction. See document for details. Signed by Judge Randolph D. Moss on 08/23/2023. (lcrdm3) (Entered: 08/23/2023) |
| 09/22/2023 | <u>120</u> | MOTION for Leave to File *Supplemental Declaration* by SIERRA CLUB. (Attachments: # <u>1</u> Exhibit Declaration of Cris Costello)(Galloni, Tania) (Entered: 09/22/2023) |
| 09/25/2023 | | MINUTE ORDER: Upon consideration of Plaintiffs' motion for leave to file supplemental declaration, Dkt. <u>120</u> , it is hereby ORDERED that the motion is GRANTED. Signed by Judge Randolph D. Moss on 09/25/2023. (lcrdm3) (Entered: 09/25/2023) |
| 09/25/2023 | <u>121</u> | DECLARATION *of Cris Costello* by SIERRA CLUB re <u>98</u> MOTION for Summary Judgment . (Galloni, Tania) (Entered: 09/25/2023) |
| 10/05/2023 | | MINUTE ORDER: Upon consideration of Plaintiffs' motion for leave to file surreply and exhibit, Dkt. <u>109</u> , it is hereby ORDERED that the motion is GRANTED. "The decision to grant or deny leave to file a surreply is committed to the sound discretion of the Court, and in making its decision, the Court considers whether the surreply is helpful to the adjudication" of the pending motions and "whether the defendant[s] will be unduly prejudiced if the Court grants leave to allow the surreply." *Plunkett v. Dep't of Just.*, 249 F. Supp. 3d 73, 74 n.2 (D.D.C. 2017) (internal quotation marks and alterations omitted). The Court concludes that Plaintiffs' surreply will be helpful to the resolution of the pending motions and that neither the EPA nor Florida will be unduly prejudiced by the grant of leave to file. Signed by Judge Randolph D. Moss on 10/5/2023. (lcrdm3) (Entered: 10/05/2023) |
| 10/05/2023 | <u>122</u> | ENTERED IN ERROR.....SURREPLY to re <u>99</u> Cross MOTION for Summary Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachment: # <u>1</u> Exhibit)(zjm) Modified on 10/6/2023 surreply will be filed at a later time (zjm). (Entered: 10/06/2023) |
| 10/06/2023 | | MINUTE ORDER: The Clerk is directed to substitute Michael S. Regan, Administrator, U.S. Environmental Protection Agency for Defendant Andrew Wheeler in this case. *See* Fed. R. Civ. P. 25(d). The Clerk is further directed to update the case caption to reflect this substitution. Signed by Judge Randolph D. Moss on 10/06/2023. (lcrdm3) Modified on 10/13/2023 to add substitute "for"(zglw). (Entered: 10/06/2023) |
| 10/06/2023 | | MINUTE ORDER: By way of clarification, it is hereby ORDERED that Plaintiffs' surreply and exhibit, *see* Dkt. 109; Min. Order (Oct. 5, 2023), shall be filed on or |

| | | |
|---|---|---|
| | | before October 12, 2023. It is further ORDERED that Plaintiffs' surreply shall not exceed 20 pages in length. In order to allow the Court time to review this filing, the hearing originally scheduled for October 11, 2023, is hereby VACATED and RESCHEDULED for October 19, 2023, at 2:00 p.m., in Courtroom 8. Signed by Judge Randolph D. Moss on 10/06/2023. (lcrdm3) (Entered: 10/06/2023) |
| 10/12/2023 | 123 | SURREPLY to re 98 MOTION for Summary Judgment , 99 Cross MOTION for Summary Judgment , 101 Cross MOTION for Summary Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Exhibit)(Galloni, Tania) (Entered: 10/12/2023) |
| 10/18/2023 | 124 | NOTICE of Appearance by Kenneth Clark Daines on behalf of ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), FLORIDA CHAMBER OF COMMERCE (Daines, Kenneth) (Entered: 10/18/2023) |
| 10/19/2023 | | Minute Entry for proceedings held before Judge Randolph D. Moss: Motion Hearing held on 10/19/2023 re 98 MOTION for Summary Judgment filed by FLORIDA WILDLIFE FEDERATION, DEFENDERS OF WILDLIFE, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY, 99 Cross MOTION for Summary Judgment filed by JEFFREY PRIETO, MARY WALKER, LAWRENCE STARFIELD, SCOTT SPELLMON, UNITED STATES FISH AND WILDLIFE SERVICE, MICHAEL S. REGAN, MARTHA WILLIAMS, UNITED STATES ARMY CORPS OF ENGINEERS, JAMES BOOTH, JOHN BLEVINS, RADHIKA FOX, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEOPOLDO MIRANDA–CASTRO, 101 Cross MOTION for Summary Judgment filed by STATE OF FLORIDA, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION. (Court Reporter Tammi Sefranek) (zglw) (Entered: 10/20/2023) |
| 10/20/2023 | 125 | NOTICE of Filing Addition to Supplemental Joint Appendix by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER re 111 Joint Appendix, (Attachments: # 1 Appendix Document FWS–006639)(Galloni, Tania) (Entered: 10/20/2023) |
| 10/20/2023 | 126 | NOTICE of Filing Amended Index to Supplemental Joint Appendix by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER (Attachments: # 1 Amended Index to Supplemental Joint Appendix)(Galloni, Tania) (Entered: 10/20/2023) |
| 10/26/2023 | 127 | MOTION for Leave to File Post–Hearing Memorandum by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Post–Hearing Brief, # 2 Attachment 1 – Hearing Demonstrative, # 3 Attachment 2 – Michigan–Corps MOA, # 4 Attachment 3 – New Jersey–Corps MOA)(Wood, Jeffrey) (Entered: 10/26/2023) |
| 10/27/2023 | 128 | RESPONSE re 127 MOTION for Leave to File Post–Hearing Memorandum filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST |

| | | |
|---|---|---|
| | | FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 10/27/2023) |
| 10/27/2023 | | MINUTE ORDER: Upon consideration of Intervenors' motion for leave to file a post–hearing memorandum, Dkt. <u>127</u> , and Plaintiffs' response thereto, Dkt. <u>128</u> , it is hereby ORDERED that Intervenors' motion is GRANTED. It is further ORDERED: (1) that Florida's 6–page memorandum at Dkt. <u>127</u> shall be deemed filed and (2) that Plaintiffs shall file, if any, a 6–page response on or before November 3, 2023. Signed by Judge Randolph D. Moss on 10/27/2023. (lctn) (Entered: 10/27/2023) |
| 10/27/2023 | <u>130</u> | MEMORANDUM by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (zjm) (Entered: 11/01/2023) |
| 10/30/2023 | <u>129</u> | RESPONSE re <u>130</u> Memorandum *Response to Florida Intervenors' Post–Hearing Memorandum, Dkt. 127–1* filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) Modified on 11/1/2023 to correct event/ docket text/ add docket link (zjm). (Entered: 10/30/2023) |
| 11/06/2023 | <u>131</u> | MOTION for Leave to File *Supplemental Brief in Response to Issues Raised in Plaintiffs' Supplemental Filings* by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Attachments: # <u>1</u> Supplemental Brief in Response to Issues Raised in Plaintiffs' Supplemental Filings)(Coghlan, Andrew) (Entered: 11/06/2023) |
| 11/07/2023 | <u>132</u> | RESPONSE re <u>131</u> MOTION for Leave to File *Supplemental Brief in Response to Issues Raised in Plaintiffs' Supplemental Filings by Federal Defendants* filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 11/07/2023) |
| 11/07/2023 | | MINUTE ORDER: Upon consideration of Federal Defendants' motion for leave to file supplemental brief, Dkt. <u>131</u> , it is hereby ORDERED that the motion is GRANTED. The brief attached to Dkt. <u>131</u> shall be deemed filed. Upon consideration of Plaintiffs' response, Dkt. <u>132</u> , in opposition to Dkt. <u>131</u> , the Court will allow Plaintiffs to submit a short response not to exceed 4 pages in length on or before November 13, 2023. No further briefs will be accepted with respect to the now fully briefed and submitted cross–motions for summary judgment. Signed by Judge Randolph D. Moss on 11/7/2023. (lcrdm3) (Entered: 11/07/2023) |
| 11/07/2023 | <u>134</u> | SUPPLEMENTAL MEMORANDUM to filed by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (zjm) (Entered: 11/15/2023) |
| 11/09/2023 | <u>133</u> | RESPONSE re <u>134</u> SUPPLEMENTAL MEMORANDUM *Response to Defendants' Supplemental Brief, Dkt. 131–1,* filed by CENTER FOR BIOLOGICAL |

|  |  | DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) Modified on 11/15/2023 to add docket link (zjm). (Entered: 11/09/2023) |
|---|---|---|
| 12/04/2023 | 135 | MOTION for Temporary Restraining Order *by December 7, 2023*, MOTION for Preliminary Injunction by CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB. (Attachments: # 1 Exhibit Dec. of Robert Frakes, # 2 Exhibit Dec. of Joan Morrison, # 3 Exhibit Dec. of Matthew Schwartz, # 4 Exhibit Dec. of Michael McGrath, # 5 Exhibit Dec. of Rhonda Roff, # 6 Exhibit Bellmar Public Notice, # 7 Exhibit Bellmar Meeting Notice, # 8 Exhibit Bellmar Technical Assistance Form, # 9 Exhibit Kingston Public Notice, # 10 Exhibit Kingston Technical Assistance Form, # 11 Text of Proposed Order (TRO), # 12 Text of Proposed Order (Preliminary Injunction))(Galloni, Tania) (Entered: 12/04/2023) |
| 12/04/2023 |  | MINUTE ORDER: In light of Plaintiffs' motion for a temporary restraining order and preliminary injunction, Dkt. 135 , the parties are hereby ORDERED to appear for a telephonic scheduling conference on December 5, 2023, at 8:00 a.m. Signed by Judge Randolph D. Moss on 12/4/2023. (lcrdm3) (Entered: 12/04/2023) |
| 12/04/2023 |  | MINUTE ORDER: Due to a scheduling conflict, the telephonic scheduling conference currently set for December 5, 2023, at 8:00 a.m., is hereby RESCHEDULED to December 5, 2023, at 9:00 a.m. Signed by Judge Randolph D. Moss on 12/4/2023. (lcrdm3) (Entered: 12/04/2023) |
| 12/05/2023 | 136 | NOTICE *Following December 5, 2023 Scheduling Conference* by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA re 135 Motion for TRO,,, Motion for Preliminary Injunction,, (Attachments: # 1 Exhibit FDEP Letter dated Nov. 17, 2023, # 2 Exhibit FDEP Letter dated Dec. 1, 2023)(Wood, Jeffrey) (Entered: 12/05/2023) |
| 12/05/2023 |  | Minute Entry for proceedings held before Judge Randolph D. Moss: Scheduling Conference held on 12/5/2023 re 135 MOTION for Temporary Restraining Order. The Court ordered U.S. Environmental Protection Agency to provide notice with respect to timing for this litigation by close of business December 6, 2023. Parties are also ordered to file a joint status report with respect to a briefing schedule or their respective positions by 5 p.m. on December 7,2023. (Court Reporter Janice Dickman.) (zed) (Entered: 12/05/2023) |
| 12/06/2023 | 137 | NOTICE *Regarding Timing of EPA Review of Pending Permit Applications* by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS (Coghlan, Andrew) (Entered: 12/06/2023) |
| 12/07/2023 | 138 | Joint STATUS REPORT by CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB. (Galloni, Tania) (Entered: 12/07/2023) |
| 12/11/2023 |  | MINUTE ORDER: Upon consideration of the parties' joint status report, Dkt. 138 , it is hereby ORDERED that the parties' proposed briefing schedule is adopted. It is further ORDERED that: (1) Defendants and Intervenors shall each file their responses on or before January 12, 2024; (2) Plaintiffs shall file their consolidated reply, not to exceed 50 pages in length, on or before January 26, 2024. Signed by Judge Randolph |

| | | |
|---|---|---|
| | | D. Moss on 12/11/2023. (lcrdm3) (Entered: 12/11/2023) |
| 12/22/2023 | 139 | Unopposed MOTION to Intervene *and Incorporated Memorandum of Law* by Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Sibley, George) (Entered: 12/22/2023) |
| 12/22/2023 | 140 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises (Sibley, George) (Entered: 12/22/2023) |
| 12/22/2023 | 141 | NOTICE of Appearance by George P. Sibley, III on behalf of Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises (Sibley, George) (Entered: 12/22/2023) |
| 12/22/2023 | | MINUTE ORDER: Upon consideration of Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises' unopposed motion to intervene, Dkt. 139 , it is hereby ORDERED that the motion is GRANTED for the limited purposes of opposing Plaintiffs' motion for a temporary restraining order and preliminary injunction, Dkt. 135. It is further ORDERED that Tarpon Blue Silver King I shall file an opposition brief of no more than 10 pages on or before January 12, 2024 (the deadline set for Defendants to respond to Plaintiffs' motion). In light of this change, Plaintiffs shall be permitted to submit an additional 5 pages of argument in reply, for a total of 55 pages. If Tarpon Blue Silver King I seeks leave to intervene for any other purpose, it may file a supplemental motion. Signed by Judge Randolph D. Moss on 12/22/2023. (lcrdm3) (Entered: 12/22/2023) |
| 12/26/2023 | | NOTICE of Provisional/Government Not Certified Status re 141 NOTICE of Appearance by George P. Sibley, III on behalf of Tarpon Blue Silver King I, LLC d/b/a Collier Enterprises (Sibley, George).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 1/2/2024. (zmrl) (Entered: 12/26/2023) |
| 01/02/2024 | 142 | NOTICE of Appearance by Andrew Jacob Turner on behalf of TARPON BLUE SILVER KING I, LLC (Turner, Andrew) (Entered: 01/02/2024) |
| 01/02/2024 | 143 | NOTICE of Appearance by Elizabeth Carter Chandler Clements on behalf of TARPON BLUE SILVER KING I, LLC (Chandler Clements, Elizabeth) (Entered: 01/02/2024) |
| 01/09/2024 | 144 | Unopposed MOTION for Hearing re 135 MOTION for Temporary Restraining Order *by December 7, 2023* MOTION for Preliminary Injunction by CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB. (Attachments: # 1 Text of Proposed Order)(Galloni, Tania) (Entered: 01/09/2024) |
| 01/11/2024 | | MINUTE ORDER: Upon consideration of Plaintiffs' unopposed motion to set oral argument, Dkt. 144 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the parties shall appear for oral argument on Plaintiffs' motion |

| | | |
|---|---|---|
| | | for temporary restraining order and preliminary injunction, Dkt. <u>135</u> , on January 30, 2024, at 1:00 p.m., in Courtroom 8. Signed by Judge Randolph D. Moss on 1/11/2024. (lcrdm3) (Entered: 01/11/2024) |
| 01/12/2024 | <u>145</u> | Memorandum in opposition to re <u>135</u> Motion for TRO,,, Motion for Preliminary Injunction,, *Collier Entreprises's Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction* filed by TARPON BLUE SILVER KING I, LLC. (Sibley, George) (Entered: 01/12/2024) |
| 01/12/2024 | <u>146</u> | Unopposed MOTION for Leave to File *Brief of Amici Curiae* by Cameratta Companies, LLC, CAM7–SUB, LLC. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Memorandum in Support of Defendants, # <u>3</u> Declaration Joseph Cameratta, # <u>4</u> Declaration Shane Johnson)(Petersen, Rafe) (Entered: 01/12/2024) |
| 01/12/2024 | <u>147</u> | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CAM7–SUB, LLC, Cameratta Companies, LLC (Petersen, Rafe) (Entered: 01/12/2024) |
| 01/12/2024 | <u>148</u> | Memorandum in opposition to re <u>135</u> Motion for TRO,,, Motion for Preliminary Injunction,, filed by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Attachments: # <u>1</u> Exhibit A (Declaration of R. Carey), # <u>2</u> Exhibit B (FWS–FWC–FDEP Memorandum of Understanding), # <u>3</u> Exhibit C (Programmatic Biological Opinion))(Finnegan, Alison) (Entered: 01/12/2024) |
| 01/12/2024 | <u>149</u> | Memorandum in opposition to re <u>135</u> Motion for TRO,,, Motion for Preliminary Injunction,, filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # <u>1</u> Exhibit Ex. A – Declaration of J. Wolfe, # <u>2</u> Exhibit Ex. B – Declaration of M. Duncan, # <u>3</u> Exhibit Comparison of Species Review Process)(Wood, Jeffrey) (Entered: 01/12/2024) |
| 01/22/2024 | | MINUTE ORDER: The Clerk's Office entered a notice regarding attorney George P. Sibley, III's attorney renewal/government certification on December 26, 2023. *See* Notice (Dec. 26, 2023). The notice informed attorney Sibley that his attorney renewal/government certification had not been received. *Id.*. It stated: "As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status." *Id.*. The Court has been informed that attorney Sibley has not corrected that error, despite filing an opposition, Dkt. 145, on January 12, 2024. Accordingly, it is hereby ORDERED that attorney Sibley show cause on or before January 26, 2024 why he should be allowed to practice before this Court. *See* LCvR 83.9(c) ("An attorney who fails to file the required certifications and pay the renewal fee shall be provisionally removed from the list of members in good standing and pursuant to LCrR44.1(a) shall not be permitted to practice before this Court until restored as a member in good standing."). Signed by Judge Randolph D. Moss on 1/22/2024. (lcrdm3) (Entered: 01/22/2024) |
| 01/22/2024 | | MINUTE ORDER: Upon consideration of Cameratta Companies' and CAM7–SUB's motion to file a brief of amici curiae, Dkt. <u>146</u> , in opposition to Plaintiffs' motion for a temporary restraining order and preliminary injunction, Dkt. <u>135</u> , it is hereby |

| | | |
|---|---|---|
| | | ORDERED that the motion is GRANTED in PART and DENIED in PART. It is further ORDERED that (1) Camerata's brief, Dkt. 146–2, is deemed FILED but that (2) leave to file the supplemental declarations attached thereto, Dkt. 146–3; Dkt. 146–4, is DENIED. *See United States v. Microsoft Corp.*, No. 98–cv–1232 (CKK), 2002 WL 319366, at *2 (D.D.C. Feb. 28, 2002) ("[I]t is solely within the discretion of the Court to determine the fact, extent, and manner of participation by the amicus."). An amicus filing should be limited to the factual record before the Court and should not introduce additional facts that do not appear in the administrative record and that no party to the case has presented. Signed by Judge Randolph D. Moss on 1/22/02. (lcrdm3) (Entered: 01/22/2024) |
| 01/23/2024 | | MINUTE ORDER: The Court was misinformed about the status of attorney Sibley's membership. Accordingly, the order to show cause entered on January 22, 2024, *see* Min. Order (Jan. 22, 2024), is hereby VACATED, and counsel should disregard it. Signed by Judge Randolph D. Moss on 1/23/2024. (lcrdm3) (Entered: 01/23/2024) |
| 01/23/2024 | 150 | Unopposed MOTION to Intervene by CAM7–SUB, LLC, CAMERATTA COMPANIES LLC. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum in Support)(Petersen, Rafe) (Entered: 01/23/2024) |
| 01/24/2024 | 151 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Chene M. Thompson, Filing fee $ 100, receipt number ADCDC–10641120. Fee Status: Fee Paid. by CAM7–SUB, LLC, CAMERATTA COMPANIES LLC. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Petersen, Rafe) (Entered: 01/24/2024) |
| 01/24/2024 | | MINUTE ORDER: Upon consideration of Cameratta and CAM7–Sub's unopposed motion to intervene, Dkt. 150 , it is hereby ORDERED that the motion is GRANTED for the limited purposes of opposing Plaintiffs' motion for a temporary restraining order and preliminary injunction, Dkt. 135 . If Cameratta seeks leave to intervene for any other purpose than the above, it may file a supplemental motion. It is further ORDERED that: (1) the two supplemental declarations attached to Cameratta's earlier filed motion, Dkt. 146 ; Dkt. 146–3; Dkt. 146–4, are deemed FILED and (2) Cameratta is granted permission to participate in the argument to the extent the Court has questions about the Kingston project. Signed by Judge Randolph D. Moss on 1/24/2024. (lcrdm3) (Entered: 01/24/2024) |
| 01/24/2024 | | MINUTE ORDER: Upon consideration of Intervenor Cameratta's Motion for Admission Pro Hac Vice, Dkt. 151 , it is hereby ORDERED that the motion is GRANTED. Chene M. Thompson is hereby granted leave to appear pro hac vice in this case. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)/LCrR 44.5(a). Click for Instructions**. Signed by Judge Randolph D. Moss on 1/24/2024. (lcrdm3) (Entered: 01/24/2024) |
| 01/25/2024 | | NOTICE OF ERROR regarding 151 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Chene M. Thompson, Filing fee $ 100, receipt number ADCDC–10641120. Fee Status: Fee Paid.. The following error(s) need correction: Pro Hac Vice motion must be accompanied by a Certificate of Good Standing issued within the last 30 days (LCvR 83.2(c)(2)). Please file certificate as an Errata (zjm) (Entered: 01/25/2024) |
| 01/26/2024 | 152 | ERRATA *Certificate of Good Standing* by CAM7–SUB, LLC, CAMERATTA COMPANIES LLC re 151 Motion for Leave to Appear Pro Hac Vice,. (Petersen, Rafe) (Entered: 01/26/2024) |
| 01/26/2024 | 153 | |

|  |  | REPLY to opposition to motion re <u>135</u> MOTION for Temporary Restraining Order *by December 7, 2023* MOTION for Preliminary Injunction filed by CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB. (Attachments: # <u>1</u> Technical Assistance and ESA s. 7 Comparison Chart)(Galloni, Tania) (Entered: 01/26/2024) |
|---|---|---|
| 01/29/2024 | <u>154</u> | NOTICE of Appearance by Chene M. Thompson on behalf of CAM7–SUB, LLC, CAMERATTA COMPANIES LLC (Thompson, Chene) (Entered: 01/29/2024) |
| 01/30/2024 |  | Minute Entry for proceedings held before Judge Randolph D. Moss: Motion Hearing held on 1/30/2024 re <u>135</u> MOTION for Temporary Restraining Order *by December 7, 2023* MOTION for Preliminary Injunction filed by SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY. Parties to submit Briefs on or before 2/16/24. (Court Reporter Tammi Sefranek) (zglw) (Entered: 01/31/2024) |
| 02/01/2024 | <u>155</u> | NOTICE by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS (Coghlan, Andrew) (Entered: 02/01/2024) |
| 02/02/2024 | <u>156</u> | TRANSCRIPT OF MOTION HEARING before Judge Randolph D. Moss held on 10/19/23; Page Numbers: 1–158. Date of Issuance:2/2/24. Court Reporter/Transcriber Tamara Sefranek, Telephone number 202–354–3246, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/23/2024. Redacted Transcript Deadline set for 3/4/2024. Release of Transcript Restriction set for 5/2/2024.(Sefranek, Tamara) (Entered: 02/02/2024) |
| 02/03/2024 | <u>157</u> | MEMORANDUM by CAM7–SUB, LLC, CAMERATTA COMPANIES LLC. (Petersen, Rafe) (Entered: 02/03/2024) |
| 02/04/2024 | <u>158</u> | MEMORANDUM by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Finnegan, Alison) (Entered: 02/04/2024) |
| 02/04/2024 | <u>159</u> | MEMORANDUM by TARPON BLUE SILVER KING I, LLC. (Sibley, George) (Entered: 02/04/2024) |

| 02/04/2024 | 160 | MEMORANDUM by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Declaration Ex. A – Declaration of J. Wolfe)(Wood, Jeffrey) (Entered: 02/04/2024) |
|---|---|---|
| 02/09/2024 | 161 | MEMORANDUM re 98 MOTION for Summary Judgment filed by FLORIDA WILDLIFE FEDERATION, DEFENDERS OF WILDLIFE, MIAMI WATERKEEPER, CONSERVANCY OF SOUTHWEST FLORIDA, SIERRA CLUB, ST. JOHNS RIVERKEEPER, CENTER FOR BIOLOGICAL DIVERSITY by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 02/09/2024) |
| 02/12/2024 | 162 | Unopposed MOTION for Leave to File *Reply Brief on Remedy (of less than 2 pages)* by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Reply Brief on Remedy)(Wood, Jeffrey) (Entered: 02/12/2024) |
| 02/12/2024 | | MINUTE ORDER: Upon consideration of Intervenors' motion for leave to file reply on remedy, Dkt. 162 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the memorandum at Dkt. 162 –1 is hereby deemed filed. Signed by Judge Randolph D. Moss on 2/12/2024. (lcrdm3) (Entered: 02/12/2024) |
| 02/15/2024 | 163 | MEMORANDUM OPINION: Plaintiffs' motion for summary judgment, Dkt. 98 , is hereby GRANTED with respect to Counts 3, 4, 6 and 10–13 of Plaintiffs' Amended Complaint, Dkt. 77 . The Federal Defendants' cross–motion for summary judgment, Dkt. 99 , and Defendant–Intervenors' cross–motion for summary judgment, Dkt. 101 ; Dkt. 102 , are hereby DENIED as to those same Counts. See document for details. Modified on 2/16/2024 to change 1013 to 10–13 (zglw). (Main Document 163 replaced on 2/16/2024) (zglw). (Entered: 02/15/2024) |
| 02/15/2024 | 164 | ORDER: For the reasons explained in the Court's memorandum opinion, Dkt. 163 , it is hereby ORDERED that Plaintiffs' motion for summary judgment, Dkt. 98 , is GRANTED with respect to Counts 3, 4, 6, and 10–13 of Plaintiffs' amended complaint, Dkt. 77 . The Federal Defendants' cross–motion for summary judgment, Dkt. 99 , and Defendant–Intervenors' cross–motion for summary judgment, Dkt. 101 ; Dkt. 102 , are hereby DENIED as to those same Counts. It is further ORDERED that the programmatic biological opinion and incidental take statement are VACATED. It is also ORDERED that the EPA's approval of Florida's application to assume authority to issue permits under Section 404 of the Clean Water Act, 33 U.S.C. § 1344, is hereby VACATED pending further order of the Court. It is further ORDERED that the Center for Biological Diversity and the Sierra Club's motion for a temporary restraining order and preliminary injunction, Dkt. 135 , is DENIED as moot. See document for details. Signed by Judge Randolph D. Moss on 2/15/2024. (lcrdm3) (Entered: 02/15/2024) |
| 02/26/2024 | 165 | MEMORANDUM by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Coghlan, Andrew) (Entered: 02/26/2024) |
| 02/26/2024 | 166 | |

| | | |
|---|---|---|
| | | MOTION to Stay re 163 Order on Motion for Summary Judgment,,,,,,,,, Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, 164 Order,,,, by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Declaration of J. Wolfe (Ex. A), # 2 Table of Pending 404 Permit Applications (Ex. B), # 3 "May Affect" Process (Ex. C), # 4 Proposed Order)(Wood, Jeffrey) (Entered: 02/26/2024) |
| 02/26/2024 | | MINUTE ORDER: Upon consideration of the Federal Defendants' memorandum, Dkt. 165 , and Defendant Intervenor Florida's motion to stay, Dkt. 166 , Plaintiffs are hereby ORDERED to respond on or before March 7, 2024. Signed by Judge Randolph D. Moss on 2/26/2024. (lcrdm3) (Entered: 02/26/2024) |
| 02/26/2024 | 167 | MEMORANDUM re 163 Order on Motion for Summary Judgment,,,,,,,,, Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, by TARPON BLUE SILVER KING I, LLC. (Sibley, George) (Entered: 02/26/2024) |
| 03/02/2024 | 168 | MOTION for Leave to File Amicus Brief re 166 MOTION to Stay re 163 Order on Motion for Summary Judgment,,,,,,,,, Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, 164 Order,,,, by ASSOCIATION OF FLORIDA COMMUNITY DEVELOPERS, INCORPORATED (AFCD), FLORIDA CHAMBER OF COMMERCE, LENNAR CORPORATION, G.L. Homes, GreenPointe Holdings, KB Home, Pulte Group, taylor morrison, Florida Transportation Builders Association, Florida State Hispanic Chamber of Commerce, Leading Builders of America, Associated Industries of Florida. (Attachments: # 1 Proposed Amicus Brief)(Wenger, Edward) Modified on 3/4/2024 to correct relief (zjm). (Entered: 03/02/2024) |
| 03/04/2024 | | MINUTE ORDER: Upon consideration of Florida Chamber of Commerce et al.'s motion for leave to file brief of amici curiae, Dkt. 168 , it is hereby ORDERED that the motion is GRANTED. The brief attached to Dkt. 168 as Exhibit 1 is hereby deemed FILED. Signed by Judge Randolph D. Moss on 3/4/2024. (lcrdm3) (Entered: 03/04/2024) |
| 03/07/2024 | 169 | Memorandum in opposition to re 166 Motion to Stay, filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Galloni, Tania) (Entered: 03/07/2024) |
| 03/08/2024 | | MINUTE ORDER: Upon consideration of Florida's motion to stay, Dkt. 166 , and the related memoranda of the Federal Defendants, Dkt. 165 , and the Plaintiffs, Dkt. 169 , it is hereby ORDERED that the parties appear for a status conference on April 4, 2024, at 2:30 p.m., in Courtroom 8. The parties should be prepared to discuss next steps in the litigation. Signed by Judge Randolph D. Moss on 3/8/2024. (lcrdm3) (Entered: 03/08/2024) |
| 03/11/2024 | 170 | REPLY to opposition to motion re 166 MOTION to Stay re 163 Order on Motion for Summary Judgment,,,,,,,,, Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, 164 Order,,,, filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Wood, Jeffrey) (Entered: 03/11/2024) |
| 03/11/2024 | 171 | MOTION for Entry of Final Judgment *with Request for Expedited Consideration* by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Proposed Order)(Wood, Jeffrey) (Entered: 03/11/2024) |

| 03/12/2024 | | MINUTE ORDER: Upon consideration of Florida's motion for entry of final judgment, Dkt. 171 , it is hereby ORDERED that Plaintiffs and the Federal Defendants shall file responses on or before March 18, 2024. The limited intervenors, Cameratta and Tarpon Blue Silver King I, may file responses on the same timeline. Signed by Judge Randolph D. Moss on 3/12/2024. (lcrdm3) (Entered: 03/12/2024) |
| 03/13/2024 | 172 | NOTICE of Appearance by Michael Richard Eitel on behalf of JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS (Eitel, Michael) (Entered: 03/13/2024) |
| 03/13/2024 | 173 | MOTION for Extension of Time to File Response/Reply as to 171 MOTION for Entry of Final Judgment *with Request for Expedited Consideration* by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # 1 Composite Exhibit, # 2 Text of Proposed Order)(Galloni, Tania) (Entered: 03/13/2024) |
| 03/13/2024 | | MINUTE ORDER: Upon consideration of Plaintiffs' motion for extension of time, Dkt. 173 , it is hereby ORDERED that Florida shall respond on or before March 14, 2024 at 12:00 p.m. Signed by Judge Randolph D. Moss on 3/13/2024. (lcrdm3) (Entered: 03/13/2024) |
| 03/13/2024 | 174 | Memorandum in opposition to re 173 Motion for Extension of Time to File Response/Reply, filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Wood, Jeffrey) (Entered: 03/13/2024) |
| 03/14/2024 | | MINUTE ORDER: Upon consideration of Plaintiffs' motion for an extension of time, Dkt. 173 , it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Plaintiffs' response to Florida's motion for entry of final judgment, Dkt. 171 , shall be filed on or before March 21, 2024.<br><br>The Court, at Florida's request, shortened the time provided under the Local Rules to file an opposition from fourteen days to seven days. Plaintiffs have requested, not the full fourteen days, but instead a modest extension of three additional days. The Court is unpersuaded by Florida's conclusory argument that "six days to respond...is more than adequate under the urgent situation facing the State of Florida." Dkt. 174 at 4. Florida has offered no specific reason why the three days that Plaintiffs request will prejudice the State. Nor has the State explained how granting Plaintiffs' request for an additional three days to respond would alter the "urgent situation facing the State." Indeed, Florida itself waited over three weeks from the entry of the Court's order to renew its request for entry of final judgment. Dkt. 164 (order entered February 15, 2024); Dkt. 171 (motion for entry of final judgment filed on March 11, 2024). That timing strongly suggests that the situation is not as urgent as Florida suggests. *See* Dkt. 174 . To be sure, the Court previously denied without prejudice Florida's request for partial final judgment under Rule 54(b) as premature and, at that time, invited the State to "renew its request after the parties have reviewed this decision and have decided whether to seek a limited stay of the Court's vacatur of the assumption decision, and, if they seek a limited stay, the Court has decided how to proceed." Dkt. |

| | | |
|---|---|---|
| | | <u>163</u> at 97. After the Court issued its opinion, Florida sought a limited stay. Dkt. <u>166</u> . The Federal Defendants, however, opposed a limited stay, advising that, from their perspective, such a stay would be "practically and legally unworkable." Dkt. <u>165</u> at 3. Given that unique posture, the Court determined that hearing from the parties before proceeding was the proper course of action. Against this backdrop, Plaintiffs modest request for three additional days to respond to Florida's renewed motion for entry of final judgment is entirely appropriate.<br><br>Signed by Judge Randolph D. Moss on 3/14/2024. (lcrdm3) (Entered: 03/14/2024) |
| 03/18/2024 | <u>175</u> | RESPONSE re <u>171</u> MOTION for Entry of Final Judgment *with Request for Expedited Consideration* filed by JOHN BLEVINS, JAMES BOOTH, RADHIKA FOX, LEOPOLDO MIRANDA–CASTRO, JEFFREY PRIETO, MICHAEL S. REGAN, SCOTT SPELLMON, LAWRENCE STARFIELD, UNITED STATES ARMY CORPS OF ENGINEERS, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES FISH AND WILDLIFE SERVICE, MARTHA WILLIAMS. (Eitel, Michael) (Entered: 03/18/2024) |
| 03/18/2024 | <u>176</u> | RESPONSE re <u>171</u> MOTION for Entry of Final Judgment *with Request for Expedited Consideration* filed by CAM7–SUB, LLC, CAMERATTA COMPANIES LLC. (Petersen, Rafe) (Entered: 03/18/2024) |
| 03/18/2024 | <u>177</u> | RESPONSE re <u>171</u> MOTION for Entry of Final Judgment *with Request for Expedited Consideration* filed by TARPON BLUE SILVER KING I, LLC. (Sibley, George) (Entered: 03/18/2024) |
| 03/21/2024 | <u>178</u> | Memorandum in opposition to re <u>171</u> Motion for Entry of Final Judgment filed by CENTER FOR BIOLOGICAL DIVERSITY, CONSERVANCY OF SOUTHWEST FLORIDA, DEFENDERS OF WILDLIFE, FLORIDA WILDLIFE FEDERATION, MIAMI WATERKEEPER, SIERRA CLUB, ST. JOHNS RIVERKEEPER. (Attachments: # <u>1</u> Exhibit)(Galloni, Tania) (Entered: 03/21/2024) |
| 03/25/2024 | <u>179</u> | REPLY to opposition to motion re <u>171</u> MOTION for Entry of Final Judgment *with Request for Expedited Consideration* filed by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Wood, Jeffrey) (Entered: 03/25/2024) |
| 04/03/2024 | | MINUTE ORDER: On April 4, 2023 at 2:30 p.m. in Courtroom 8 the Court will hold a status conference in this case and hear from the parties on Florida's pending motion for a limited stay, Dkt. <u>164</u> , and Florida's pending motion for entry of final judgment, Dkt. <u>171</u> . Members of the public who wish to listen to the conference live may dial into a teleconference. The dial–in number may be found at: https://www.dcd.uscourts.gov/public–access–teleconference–information. The Court hereby PROHIBITS those who make use of the dial–in from recording or rebroadcasting the proceedings in any many whatsoever. Signed by Judge Randolph D. Moss on 4/3/2024. (lcrdm3) (Entered: 04/03/2024) |
| 04/04/2024 | | Minute Entry for proceedings held before Judge Randolph D. Moss: Motion Hearing held on 4/4/2024 re <u>166</u> MOTION to Stay re <u>163</u> Order on Motion for Summary Judgment,,,,,,,, Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, <u>164</u> Order,,,, by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. (Attachments: # 1 Declaration of J. Wolfe (Ex. A), # 2 Table of Pending 404 Permit Applications (Ex. B), # 3 "May Affect" Process (Ex. C), # 4 Proposed Order)(Wood, Jeffrey) AND <u>171</u> MOTION for Entry |

| | | |
|---|---|---|
| | | of Final Judgment *with Request for Expedited Consideration* filed by STATE OF FLORIDA, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION. MATTER TAKEN UNDER ADVISEMENT. (Court Reporter Sherry Lindsay) (zglw) Modified on 4/5/2024 to change the Motion from 168 to 166.(zglw). (Entered: 04/05/2024) |
| 04/09/2024 | 180 | ENETRED IN ERROR.....NOTICE OF WITHDRAWAL OF APPEARANCE as to FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. Attorney Lily N. Chinn terminated. (Wood, Jeffrey) Modified on 4/11/2024 (zjm). (Entered: 04/09/2024) |
| 04/10/2024 | 181 | TRANSCRIPT OF PROCEEDINGS before Judge Randolph D. Moss held on 4/4/2024; Page Numbers: 1–67. Date of Issuance:4/10/2024. Court Reporter/Transcriber Sherry Lindsay, Telephone number 202–354–3053, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/1/2024. Redacted Transcript Deadline set for 5/11/2024. Release of Transcript Restriction set for 7/9/2024.(stl) (Entered: 04/10/2024) |
| 04/11/2024 | | NOTICE OF ERROR regarding 180 Notice of Withdrawal of Appearance. The following error(s) need correction: Notice of withdrawal must be signed and filed by the withdrawing attorney and signed by the party/parties represented (LCvR 83.6(b)). (zjm) (Entered: 04/11/2024) |
| 04/12/2024 | 182 | AMENDED MEMORANDUM OPINION: The attached memorandum opinion has been amended in minor respect, Dkt. 163 , none of which have any bearing on the Court's conclusions. See document for details. Signed by Judge Randolph D. Moss on 4/12/2024. (lcrdm3) (Entered: 04/12/2024) |
| 04/12/2024 | 183 | MEMORANDUM OPINION: Defendant–Intervenor Florida's motion for a limited stay, Dkt. 166 , is DENIED. Defendant–Intervenor Florida's motion for entry of final judgment pursuant to Federal Rule of Civil Procedure 58(d), or, in the alternative, for entry of partial, final judgment pursuant to Rule 54(b), Dkt. 171 , is DENIED as to entry of final judgment pursuant to Rule 58(d) and is hereby GRANTED as to entry of partial, final judgment pursuant to Rule 54(b). Counts 1, 2, and 5 are DISMISSED on grounds of prudential mootness, and partial final judgment will be entered as to Counts 1–6 and 8–13. See document for details. Signed by Judge Randolph D. Moss on 4/12/2024. (lcrdm3) (Entered: 04/12/2024) |
| 04/12/2024 | 184 | ORDER: For the reasons explained in the Court's memorandum opinion, Dkt. 183 , it is ORDERED that Florida's motion for a limited stay, Dkt. 166 , is hereby DENIED. It is further ORDERED that Counts 1, 2, and 5 of Plaintiffs' Amended Complaint, |

| | | |
|---|---|---|
| | | Dkt. <u>77</u> , are hereby DISMISSED without prejudice. It is further ORDERED that Florida's motion for entry of final judgment, Dkt. <u>171</u> , is hereby GRANTED with respect to entry of partial, final judgment under Federal Rule of Civil Procedure 54(b) and is DENIED with respect to entry of final judgment under Rule 58(d). Pursuant to Rule 54(b), the Clerk is directed to enter partial, final judgment as to Counts 1–6 and 8–13 of Plaintiffs' Amended Complaint, Dkt. <u>77</u> . See document for details. Signed by Judge Randolph D. Moss on 4/12/2024. Signed by Judge Randolph D. Moss on 4/12/2024. (lcrdm3) (Entered: 04/12/2024) |
| 04/15/2024 | <u>185</u> | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>184</u> Order on Motion to Stay,,,, Order on Motion for Entry of Final Judgment,,, by FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF FLORIDA. Filing fee $ 605, receipt number ADCDC–10829672. Fee Status: Fee Paid. Parties have been notified. (Wood, Jeffrey) (Entered: 04/15/2024) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>MICHAEL S. REGAN, *et al.*,<br><br>        *Defendants*. | Civil Action No. 21-119 (RDM) |

**NOTICE OF APPEAL**

Notice is hereby given on this fifteenth day of April, 2024 that the State of Florida and Florida Department of Environmental Protection (collectively, Florida Intervenors), pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment entered in this action on April 12, 2024 (Dkt. 184) in favor of Plaintiffs against Defendants and Florida Intervenors, in accordance with the Memorandum Opinion of this Court entered in this action on February 15, 2024 (Dkt. 163) and the February 15, 2024 vacatur order (Dkt. 164), as amended on April 12, 2024 (Dkt. 182).  Florida Intervenors intend to file with this Court a Motion for a Stay Pending Appeal.

Dated:  April 15, 2024

Respectfully submitted,

BAKER BOTTS L.L.P.

| | |
|---|---|
| Aaron M. Streett (pro hac vice)<br>Harrison Reback (pro hac vice)<br>910 Louisiana Street<br>Houston, TX 77002<br>Phone: (713) 229-1234<br>aaron.streett@bakerbotts.com<br>harrison.reback@bakerbotts.com | */s/ Jeffrey H. Wood*<br>Jeffrey H. Wood (DC Bar No. 1024647)<br>700 K Street NW<br>Washington, D.C. 20001<br>Phone: (202) 639-7700<br>jeff.wood@bakerbotts.com |

## CERIFICATE OF SERVICE

I hereby certify that on this the 15th day of April 2024, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,
BAKER BOTTS L.L.P.

*/s/ Jeffrey H. Wood*
Jeffrey H. Wood (D.C. Bar No. 1024647)
700 K Street, NW
Washington, D.C. 20001
Phone: (202) 639-7700
jeff.wood@bakerbotts.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,
*et al.*,
                    *Plaintiffs*,

         v.

MICHAEL S. REGAN, *et al.*,

                  *Defendants.*

Civil Action No. 21-119 (RDM)

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 183, it is

**ORDERED** that Florida's motion for a limited stay, Dkt. 166, is hereby **DENIED**.

It is further **ORDERED** that Counts 1, 2, and 5 of Plaintiffs' Amended Complaint, Dkt.

77, are hereby **DISMISSED** without prejudice.

It is further **ORDERED** that Florida's motion for entry of final judgment, Dkt. 171, is

hereby **GRANTED** with respect to entry of partial judgment under Federal Rule of Civil

Procedure 54(b) and is hereby **DENIED** with respect to entry of final judgment under Rule

58(d).

The Court hereby directs the entry of final judgment pursuant to Rule 54(b) as to Counts

1–6 and 8–13 of Plaintiffs' Amended Complaint, Dkt. 77.

      **SO ORDERED**.

                        /s/ Randolph D. Moss
                        RANDOLPH D. MOSS
                        United States District Judge

Date:  April 12, 2024