IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>  Defendants. | Case No. 1:21-cv-0119 (RDM) |

**FEDERAL DEFENDANTS' RESPONSE TO FLORIDA INTERVENORS' MOTION FOR STAY OF VACATUR ORDER**

Federal Defendants take no position on Florida's motion for a stay pending appeal.[1] Federal Defendants do, however, submit that the Corps is administering 404 permitting in a way that serves the public. The Corps is diligently processing permit applications and will continue to do so to mitigate any disruption and delay to applicants.

Dated: April 18, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Andrew S. Coghlan
Andrew S. Coghlan (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611

---

[1] The Solicitor General is responsible for determining whether, and to what extent, the United States will pursue an appeal when the federal government receives an adverse decision. See 28 C.F.R. § 0.20. The Solicitor General has not yet decided whether to authorize an appeal in this case. The deadline for the United States to notice an appeal has not yet run.

Tel: (202) 514-9275
Fax: (202) 514-8865
Email: Andrew.Coghlan@usdoj.gov

Michael R. Eitel (NE Bar 22889)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 302
Denver, Colorado 80202
Tel: 303-844-1479
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*

2