IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00119 (RDM) |

**STIPULATION AND PROPOSED ORDER FOR AN EXTENSION TO FILE BILL OF COSTS AND A MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES**

In this case, Plaintiffs intend to seek costs under Federal Rule of Civil Procedure 54(d) and Local Rule 54.1 and attorneys' fees, costs, and other expenses under both the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(B), and the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g)(4).  Plaintiffs and the Federal Defendants (collectively "the Parties") hereby stipulate to, and respectfully request an order granting, an extension of time for Plaintiffs to file the bill of costs and any motion concerning attorneys' fees, costs, and other expenses under both statutes, in compliance with the deadlines set forth under EAJA, 28 U.S.C. § 2412(d)(1)(B).[1]
The Parties jointly provide the following reasons demonstrating good cause for this extension:

---

[1] The Federal Defendants stipulate only to an extension of time.  They reserve and do not waive any argument or defense relating to Plaintiffs' efforts to seek attorneys' fees and costs in this case.

1

(1)     On February 15, 2024, the Court issued a Memorandum Opinion granting summary judgment to Plaintiffs on Counts 3, 4, 6 and 10–13 of Plaintiffs' Amended Complaint. Dkt. 163.

(2)     On April 12, 2024, the Court issued an Amended Memorandum Opinion, amending its February 15, 2024, opinion.  Dkt. 182.

(3)     On April 12, 2024, the Court issued a Memorandum Opinion and separate Order dismissing without prejudice Counts 1, 2, and 5 of the Amended Complaint and directing entry of partial, final judgment on Counts 1–6 and 8–13 of the Amended Complaint, *see* Dkts. 183, 184.

(4)     On April 15, 2024, Defendant-Intervenors State of Florida and Florida Department of Environmental Protection filed a notice of appeal, *see* Dkt. 185.

(5)     Although Plaintiffs intend to negotiate with the Federal Defendants regarding the amount of fees, costs, and expenses under EAJA and the ESA to which Plaintiffs contend they are entitled in an effort to avoid burdening the Court with additional proceedings, Federal Rule of Civil Procedure 54(d) requires that any application concerning fees and expenses for the ESA claims be filed within 14 days "after the entry of judgment." Fed. R. Civ. P. 54(d)(2)(B).  In contrast, EAJA requires that any application concerning fees and costs be filed within 30 days of a final, *non-appealable* judgment.  *See* 28 U.S.C. § 2412(d)(1)(B), (d)(2)(G).  Local Rule 54.1(a) requires that a bill of costs be filed "within 21 days after entry of judgment" unless the time is extended by the Court.  LCvR 54.1(a).

(6)     The Parties agree that it would not be an efficient use of their time and the Court's resources to negotiate (let alone litigate) fee and costs issues at this juncture, before the time for filing a notice of appeal and notice of cross-appeal has expired and with one appeal already

pending. The Parties also agree that negotiating (and, if necessary, litigating) attorneys' fees, costs, and expenses would be highly inefficient for the Parties and the Court, if the EAJA claims and ESA claims are on a separate fee recovery track.

Accordingly, the Parties respectfully request an extension of time for Plaintiffs to file a bill of costs and any motion for attorneys' fees, costs, and expenses arising from the Court's partial final judgment—whether pursuant to EAJA or the ESA—coextensive with the fee application deadlines set forth in EAJA, *i.e.,* within 30 days of issuance of a final, non-appealable judgment in this case. Accordingly, in light of the fact that one appeal is pending, any bill of costs and motion for attorneys' fees, costs, and expenses would be deferred until after the resolution of that appeal and any other appeals of the Court's partial final judgment. This approach is also consistent with Local Rules 54.1 and 54.2.

Plaintiffs' counsel have conferred with counsel for the Florida Intervenors regarding the relief requested. Counsel for the Florida Intervenors advise that they take no position on the extension request.

Dated: April 25, 2024

                Respectfully submitted,

                /s/ Tania Galloni
                TANIA GALLONI*
                Fla. Bar No. 619221
                CHRISTINA I. REICHERT*
                Fla. Bar No. 0114257
                Earthjustice
                4500 Biscayne Blvd., Ste 201
                Miami, FL 33137
                T: 305-440-5432
                F: 850-681-0020
                tgalloni@earthjustice.org
                creichert@earthjustice.org

/s/ Bonnie Malloy
BONNIE MALLOY*
Fla. Bar No. 86109
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
T: 850-681-0031
F: 850-681-0020
bmalloy@earthjustice.org

/s/ Anna Sewell
ANNA SEWELL
D.C. Bar No. 241861
Earthjustice
1001 G St., Ste 1000
Washington, DC 20001
T: 202-667-4500
asewell@earthjustice.org

*Counsel for Plaintiffs*

* Appearing pro hac vice

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Andrew S. Coghlan (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9275
Fax: (202) 514-8865
Email: Andrew.Coghlan@usdoj.gov

/s/ Michael R. Eitel
Michael R. Eitel (NE Bar 22889)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 302
Denver, Colorado 80202
Tel: 303-844-1479
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2024, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Respectfully submitted,

/s/ Tania Galloni
TANIA GALLONI
Fla. Bar No. 619221
Earthjustice
4500 Biscayne Blvd., Ste 201
Miami, FL 33137
T: 305-440-5432
F: 850-681-0020
tgalloni@earthjustice.org

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
RANDOLPH D. MOSS
United States District Judge