### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, et al.** | |
| Plaintiff, | Case No. 1:21-cv-00119-RDM |
| v. | |
| **U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.**, | |
| Defendants. | |

### NOTICE OF WITHDRAWAL OF LILY N. CHINN AS COUNSEL FOR FLORIDA INTERVENORS

Pursuant to LCvR 83.6, Lily N. Chinn hereby withdraws her appearance as counsel for the State of Florida and Florida Department of Environmental Protection ("Florida Intervenors"). As of April 8, 2024, Ms. Chinn is no longer employed at Baker Botts, L.L.P. Additionally, no trial date has been set and Florida Intervenors have signed an Acknowledgement of Withdrawal of Counsel. Florida Intervenors continue to be represented by other counsel who have entered appearances in this case, including Jeffrey H. Wood and Aaron M. Streett, among others. Accordingly, this withdrawal is appropriate under LCvR 83.6(b).

Date: April 29, 2024                                Respectfully submitted,

                                                    /s/ *Lily N. Chinn*
                                                    Lily N. Chinn

## STATE OF FLORIDA'S ACKNOWLEDGEMENT
## OF WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b) of the Rules of the United States District Court for the District of Columbia, Timothy Newhall, in his official capacity as Special Counsel, Office of Attorney General of the State of Florida, acknowledges that Lily N. Chinn files this Notice of Withdrawal of Counsel and has no objection.

Timothy Newhall

## FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION'S ACKNOWLEDGEMENT OF WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b) of the Rules of the United States District Court for the District of Columbia, Justin Wolfe, in his official capacity as General Counsel of the Florida Department of Environmental Protection, acknowledges that Lily N. Chinn files this Notice of Withdrawal of Counsel and has no objection.

_____
Justin Wolfe

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 29, 2024, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

    Respectfully submitted,

    /s/ *Lily N. Chinn*