IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 1:21-cv-0119 (RDM) |

## FEDERAL DEFENDANTS' NOTICE OF APPEAL

Pursuant to Rules 3and 4(a) of the Federal Rules of Appellate Procedure, notice is hereby given that all Federal Defendants in the above-captioned matter appeal to the United States Court of Appeals for the District of Columbia Circuit the judgment entered in this action on April 12, 2024 (Dkt. 184), and related orders.

Dated: June 11, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ *Andrew S. Coghlan*
Andrew S. Coghlan (CA Bar 313332)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-9275
Fax: (202) 514-8865
Email: Andrew.Coghlan@usdoj.gov

Michael R. Eitel (NE Bar 22889)
United States Department of Justice

1

Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace 302
Denver, Colorado 80202
Tel: 303-844-1479
Email: Michael.Eitel@usdoj.gov

*Attorneys for Defendants*